AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | | |
|---|---|---|
| Robinson, et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 3:22-cv-00211-SDD-RLB | |
| Kyle Ardoin | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kyle Ardoin
Secretary of State

8585 Archives Ave.,
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John Adcock

3110 Canal St.
New Orleans, LA 70119
504-233-3125

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*



Date:  April 04, 2022

*Elisa Clement*

*Signature of Clerk or Deputy Clerk*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019

# AFFIDAVIT OF SERVICE

Client's File No.: _____
Index Number: 3:22-cv-00211-SDD-RLB
Date Filed: March 30, 2022

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**



PRESS ROBINSON, et al.,

Plaintiff

vs

KYLE ARDOIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE FOR LOUISIANA,

Defendant

STATE OF LOUISIANA COUNTY OF EAST BATON ROUGE SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Louisiana

That on the following date: April 5, 2022, at the following time: 2:16 PM,

at 8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809 deponent served the within

Summons In A Civil Action, Complaint and Civil Cover Sheet

[X] Papers so served were properly endorsed with the Index Number and date of filing.

Upon: KYLE ARDOIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE FOR LOUISIANA

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with _____, _____ Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place  [ ] place of business/employment  [ ] last known address within the State.  [ ] usual place of abode

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address on

[X] **Corporation LLC / LLP** By delivering to and leaving with Patricia Daigle said individual to be Paralegal
who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient** Sex: Female  Color of skin: White  Color of hair: Brown  Age: 35 - 50 Yrs.  Height: 5ft 4inch - 5ft 8inch
Weight: 131-160 Lbs.  Other Features:

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of $.

[ ] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

*Margaret G. Cassisa*
*La. Bar #26843*

Sworn to before me on *April 7, 2022*

*Tom Cassisa*
PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Tom Cassisa

PROCESS SERVER LICENSE #

COURT SUPPORT, INC. 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542

Work Order # 1458961

MARGARET A. CASSISA
PARISH OF JEFFERSON-STATE OF LOUISIANA
My Commission is issued for life.