# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
APRIL 13, 2022
CHIEF DISTRICT JUDGE SHELLY D. DICK

**PRESS ROBINSON**                                  CIVIL ACTION

**VERSUS**
                                                    NO. 22-211-SDD-SDJ
**KYLE ARDOIN, ET AL**

This matter came on this day for a *Video Status Conference*.

    **PRESENT:**   **John Nelson Adcock, Esq.**
                   **Kathryn Sadasivan, Esq.**
                   Counsel for Plaintiffs

                   **John Carroll Walsh, Esq.**
                   **Philip J. Strach, Esq.**
                   Counsel for Kyle Ardoin

By separate Order, this case shall be consolidated with *Galmon v. Ardoin*, 22-cv-214 and the following deadlines and dates shall apply to both cases:

Plaintiffs' *Motion for Preliminary Injunction* shall be filed by April 14, 2022. A *Motion for Preliminary Injunction* may be filed jointly by the *Galmon* and *Robinson* Plaintiffs, or separate motions are also permissible. Oppositions shall be filed on or before Monday, April 18, 2022, and replies are due April 21, 2022. Oppositions to the pending motions to intervene shall be filed tomorrow, April 14, 2022, which shall also be the deadline for any putative intervenors to file motions to intervene in this case.

The Court sets a hearing on the forthcoming *Motion(s) for Preliminary Injunction* to commence April 25, 2022 at 1:00 pm in Courtroom 3. The hearing is set through April

29, 2022 at 12:00 pm. The Court encourages the parties to arrive at stipulations to the extent possible. The Court further orders that Plaintiffs produce their shape files to Defendant on or before 4/14/2022.

* * * * *

Cv28/30 mins.