# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, *et al* | CIVIL ACTION |
| *versus* | 22-211-SDD-SDJ |
| KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana | |
| EDWARD GALMON, SR., *et al* | CIVIL ACTION |
| *versus* | 22-214-SDD-SDJ |
| R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana | |

## ORDER OF CONSOLIDATION

On March 30, 2022, the *Robinson* Plaintiffs filed a *Complaint* against Louisiana Secretary of State Kyle Ardoin, challenging the 2022 congressional map passed by the Louisiana legislature as violative of the Voting Rights Act of 1965 ("VRA"). The *Galmon* Plaintiffs filed a substantially similar *Complaint* against Secretary of State Ardoin on March 30, 2022. In their *Statement of Collateral Proceedings*, the *Galmon* Plaintiffs aver that their case "involves subject matter that comprises a material part of the subject matter or operative facts of [*Robinson*]."[1] After reviewing the *Complaints*, the Court agrees and finds that the interests of efficiency and judicial economy warrant consolidation.

Accordingly, **IT IS ORDERED** that Civil Action 22-211-SDD-SDJ and Civil Action 22-214-SDD-SDJ be and are hereby consolidated.

Signed in Baton Rouge, Louisiana, on April 13, 2022.

_____
**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. No. 1-2, p. 1.