# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,

                Plaintiffs,

v.

KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana.

                Defendant.

Civil Action No. 3:22-cv-00211-SDD-RLB

## MOTION FOR EXTENSION OF TIME TO FILE INTERVENTION

**MAY IT PLEASE THE COURT:**

Undersigned counsel just received a telephone call in his office on behalf of Louisiana State Representative, Vincent Pierre, Chairman of the Louisiana Legislative Black Caucus stating that the Louisiana Legislative Black Caucus would like to file an intervention in this matter. Additionally, it is our understanding that during a recent status conference in this matter, this Honorable Court set a deadline of today, April 14, 2022 as the deadline to file all interventions. Tomorrow, April 15, 2022 is the "Good Friday Holiday" and this is the" Easter Holiday" weekend,

Thus, the Chairman of the Louisianan Legislative Black Caucus has requested undersigned counsel to file this Motion to Request that the Court grant an Extension of Time until the end of the day on Tuesday, April 19, 2022 to file an intervention in this matter. Please be advise that this request is not intended to delay this case in any way including but not limited to the filing of its own motion for

preliminary injunction. However, the Louisiana legislative Black may join the plaintiffs' motion for preliminary injunction following a review of same.

**RESPECTFULLY SUBMITTED,**

**s/ ERNEST L. JOHNSON #07290**

**Attorney at Law**
**3313 GOVERNMENT Street**
**Baton Rouge, LA 70806**
**(225) 413-3219**
**ernestjohnson@lacapfund.com**

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system which provides electronic notice of filing to all counsel of record.

This the 14TH day of April, 2022.

/s/ Ernest L. Johnson

COUNSEL FOR THE LOUISIANA
LEGISALTIVE BLACK CACUSUS

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,

Civil Action No. 3:22-cv-00211-SDD-RLB

Plaintiffs,

v.

KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana.

Defendant.

## **ORDER**

IT IS HEREBY ORDERED THAT THE LOUISIANA LEGISLATIVE BLACK CAUSA IS HEREBY GIVEN UNTIL THE END OF THE DAY APRIL 19, 2022 TO FILE AN INTERVENTION IN THIS MATTER OR MOTION FOR EXTENSION OF TIME IS DENIED.

SIGNED THIS _____ DAY OF APRIL, 2022.

_____
**JUDGE**