**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

PRESS ROBINSON, EDGAR CAGE,
DOROTHY NAIRNE, EDWIN RENE
SOULE, ALICE WASHINGTON, CLEE
EARNEST LOWE, DAVANTE LEWIS,
MARTHA DAVIS, AMBROSE SIMS,
NATIONAL ASSOCIATION FOR THE                    Civil Action No.  3:22-cv-00211-
ADVANCEMENT OF COLORED PEOPLE
("NAACP") LOUISIANA STATE
CONFERENCE, AND POWER COALITION          SDD-RLB
FOR EQUITY AND JUSTICE,
                                       Plaintiffs,
v.

KYLE ARDOIN, in his official capacity as
Secretary of State for Louisiana.
                              Defendant.

## MOTION FOR EXTENSION OF TIME TO FILE INTERVENTION

**MAY IT PLEASE THE COURT:**

Undersigned counsel just received a telephone call in his office on behalf of Louisiana State

Representative, Vincent Pierre, Chairman of the Louisiana Legislative Black Caucus stating that the

Louisiana Legislative Black Caucus would like to file an intervention in this matter.  Additionally, it is

our understanding that during a recent status conference in this matter, this Honorable Court set a

deadline of today, April 14, 2022 as the deadline to file all interventions.  Tomorrow, April 15, 2022 is

the "Good Friday Holiday" and this is the" Easter Holiday" weekend,

Thus, the Chairman of the Louisianan Legislative Black Caucus has requested undersigned

counsel to file this Motion to Request that the Court grant an Extension of Time until the end of the day

on Tuesday, April 19, 2022 to file an intervention in this matter.  Please be advise that this request is not

intended to delay this case in any way including but not limited to the filing of its own motion for

preliminary injunction.  However, the Louisiana legislative Black may join the plaintiffs' motion for

preliminary injunction following a review of same.

**RESPECTFULLY SUBMITTED,**

**s/ ARTHUR R. THOMAS #12797**

**ARTHUR R. THOMAS & ASSOCIATES**
**3313 GOVERNMENT Street**
**Baton Rouge, LA 70806**
**(225) 334-7490**
**artthomas51@gmail.com**

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed a copy of the foregoing with the Clerk of Court

using the CM/ECF system which provides electronic notice of filing to all counsel of record.

This the 14TH day of April, 2022.

/s/ Arthur R. Thomas

COUNSEL FOR THE LOUISIANA
LEGISALTIVE BLACK CACUSUS

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

PRESS ROBINSON, EDGAR CAGE,
DOROTHY NAIRNE, EDWIN RENE
SOULE, ALICE WASHINGTON, CLEE
EARNEST LOWE, DAVANTE LEWIS,
MARTHA DAVIS, AMBROSE SIMS,
NATIONAL ASSOCIATION FOR THE            Civil Action No.  3:22-cv-00211-
ADVANCEMENT OF COLORED PEOPLE
("NAACP") LOUISIANA STATE
CONFERENCE, AND POWER COALITION         SDD-RLB
FOR EQUITY AND JUSTICE,
                          Plaintiffs,

v.

KYLE ARDOIN, in his official capacity as
Secretary of State for Louisiana.
                          Defendant.

## ORDER

     IT IS HEREBY ORDERED THAT THE LOUISIANA LEGISLATIVE BLACK CAUSA IS

HEREBY GIVEN UNTIL THE END OF THE DAY APRIL 19, 2022 TO FILE AN INTERVENTION

IN THIS MATTER OR MOTION FOR EXTENSION OF TIME IS DENIED.

     SIGNED THIS _____ DAY OF APRIL, 2022.


                           _____
                                  **JUDGE**