**Exhibit 1 – Expert Report of William Cooper – Exhibit List**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Summary of Redistricting Work |
| B | Methodology and Sources |
| C–1 | Louisiana 2020 Population by Parish |
| C–2 | Louisiana 2010 Population by Parish |
| C–3 | Louisiana 2000 Population by Parish |
| C–4 | Louisiana 1990 Population by Parish |
| D–1 | Map of Act 10 (2001): Congressional Districts |
| D–2 | Population Summary for 2001 Plan |
| E–1 | Map of 1984 Court–ordered Plan 1980 Census |
| E–2 | Map of 1996 Court–ordered Plan 1990 Census |
| F–1 | Map of 103rd Congressional Plan 1990 Census |
| F–2 | Map of 104th Congressional Plan 1990 Census |
| G–1 | 2010 Population Summary – 2010 Census Illustrative Plan |
| G–2 | 2010 Census Illustrative Plan |
| G–3 | Political Subdivisions Split Between Districts – 2010 Census Illustrative Plan |
| H–1 | Population Summary Report – 2022 Enacted Congressional Plan |
| H–2 | Map of 2022 Enacted Congressional Plan – Statewide |
| H–3 | Map of 2022 Enacted Congressional Plan – Individual Districts |
| H–4 | Map of 2022 Enacted Congressional Plan – New Orleans MSA |
| H–5 | Map of 2022 Enacted Congressional Plan – Baton Rouge MSA |
| H–6 | Parish Population by District – 2022 Enacted Congressional Plan |
| H–7 | Political Subdivisions Split Between Districts – 2022 Enacted Congressional Plan |
| H–8 | Municipal Splits by Districts – 2022 Enacted Congressional Plan |
| H–9 | Regional District Splits CBSA – 2022 Enacted Congressional Plan |
| I–1 | Map of Louisiana 2020 CBSAs |
| I–2 | Map of 2022 State Board of Elementary and Secondary Education Districts (HB3) |
| I–3 | Map of 2022 Public Service Commission Map (HB2) |
| J–1 | Population Summary Report – Illustrative Plan 1 |
| J–2 | Map of Illustrative Plan 1 – Statewide |
| J–3 | Map of Illustrative Plan 1 – Individual Districts |
| J–4 | Map of Illustrative Plan 1 – New Orleans MSA |
| J–5 | Map of Illustrative Plan 1 – Baton Rouge MSA |
| J–6 | Parish Population by District – Illustrative Plan 1 |
| J–7 | Political Subdivisions Split Between Districts – Illustrative Plan 1 |
| J–8 | Municipal Splits by Districts – Illustrative Plan 1 |
| J–9 | Regional District Splits CBSA – Illustrative Plan 1 |
| K–1 | Population Summary Report – Illustrative Plan 2 |
| K–2 | Map of Illustrative Plan 2 – Statewide |
| K–3 | Map of Illustrative Plan 2 – Individual Districts |
| K–4 | Map of Illustrative Plan 2 – New Orleans MSA |

| EXHIBIT | DESCRIPTION |
|---|---|
| K–5 | Map of Illustrative Plan 2 – Baton Rouge MSA |
| K–6 | Parish Population by District – Illustrative Plan 2 |
| K–7 | Political Subdivisions Split Between Districts – Illustrative Plan 2 |
| K–8 | Municipal Splits by Districts – Illustrative Plan 2 |
| K–9 | Regional District Splits CBSA – Illustrative Plan 2 |
| L–1 | Population Summary Report – Illustrative Plan 2 |
| L–2 | Map of Illustrative Plan 3 – Statewide |
| L–3 | Map of Illustrative Plan 3 – Individual Districts |
| L–4 | Map of Illustrative Plan 3 – New Orleans MSA |
| L–5 | Map of Illustrative Plan 3 – Baton Rouge MSA |
| L–6 | Parish Population by District – Illustrative Plan 3 |
| L–7 | Political Subdivisions Split Between Districts – Illustrative Plan 3 |
| L–8 | Municipal Splits by Districts – Illustrative Plan 3 |
| L–9 | Regional District Splits CBSA – Illustrative Plan 3 |
| M–1 | Illustrative Plan 1 Compactness Report |
| M–2 | Illustrative Plan 2 Compactness Report |
| M–3 | Illustrative Plan 3 Compactness Report |
| M–4 | Enacted Plan Compactness Report |
| N–1 | 2019 ACS Charts |
| N–2 | 2019 ACS Statistics |
| O | 2019 ACS Charts – Baton Rouge MSA |
| P | 2019 ACS Charts – New Orleans MSA |

# Exhibit A

March 31, 2022

*William S. Cooper*
*P.O. Box 16066*
*Bristol, VA 24209*
*276-669-8567*
*bcooper@msn.com*

**Summary of Redistricting Work**

I have a B.A. in Economics from Davidson College in Davidson, North Carolina.

Since 1986, I have prepared proposed redistricting maps of approximately 750 jurisdictions for Section 2 litigation, Section 5 comment letters, and for use in other efforts to promote compliance with the Voting Rights Act of 1965. I have analyzed and prepared election plans in over 100 of these jurisdictions for two or more of the decennial censuses – either as part of concurrent legislative reapportionments or, retrospectively, in relation to litigation involving many of the cases listed below.

From 1986 to 2022, I have prepared election plans for Section 2 litigation in Alabama, Connecticut, Florida, Georgia, Louisiana, Maryland, Mississippi, Missouri, Montana, Nebraska, New Jersey, New York, North Carolina, Ohio, Pennsylvania, South Carolina, South Dakota, Tennessee, Texas, Utah, Virginia, Washington, and Wyoming.

**Post-2020 Redistricting Experience**

Since the release of the 2020 Census in August 2021, I have served as a redistricting/re-precincting consultant to the San Juan County, Utah Commission. On December 21, 2021, the San Juan County Commission adopted a three-district commission plan that I developed.

In October 2021, I briefly served as a consultant to the city council in Wenatchee, Washington and determined that the 2018 redistricting plan I drew is not malapportioned under the 2020 Census.

1

March 31, 2022

In 2022, I have testified at trial in five Sec. 2 lawsuits: Alabama (Congress), Florida (voter suppression), Georgia (State House, State Senate, and Congress), and Maryland (Baltimore County Commission).

**2010s Redistricting Experience**

I developed statewide legislative plans on behalf of clients in nine states (Alabama, Connecticut, Florida, Georgia, Kentucky, Mississippi, South Carolina, Texas, and Virginia), as well as over 150 local redistricting plans in approximately 30 states – primarily for groups working to protect minority voting rights. In addition, I have prepared congressional plans for clients in eight states (Alabama, Florida, Georgia, Louisiana, Maryland, Ohio, Pennsylvania, South Carolina, and Virginia).

In March 2011, I was retained by the Sussex County, Virginia Board of Supervisors and the Bolivar County, Mississippi Board of Supervisors to draft new district plans based on the 2010 Census. In the summer of 2011, both counties received Section 5 preclearance from the U.S. Department of Justice (DOJ).

Also in 2011, I was retained by way of a subcontract with Olmedillo X5 LLC to assist with redistricting for the Miami-Dade County, Florida Board of Commissioners and the Miami-Dade, Florida School Board. Final plans were adopted in late 2011 following public hearings.

In the fall of 2011, I was retained by the City of Grenada, Mississippi to provide redistricting services. The ward plan I developed received DOJ preclearance in March 2012.

In 2012 and 2013, I served as a redistricting consultant to the Tunica County, Mississippi Board of Supervisors and the Claiborne County, Mississippi Board of Supervisors.

In *Montes v. City of Yakima* (E.D. Wash. Feb. 17, 2015) the court adopted, as a remedy for the Voting Rights Act Section 2 violation, a seven single-member district plan that I developed for the Latino plaintiffs.  I served as the expert for the Plaintiffs in the liability and remedy phases of the case.

In *Pope v. Albany County* (N.D.N.Y. Mar. 24, 2015), the court approved, as a remedy for a Section 2 violation, a plan drawn by the defendants, creating a new Black-majority district.  I served as the expert for the Plaintiffs in the liability and remedy phases of the case.

In 2016, two redistricting plans that I developed on behalf of the plaintiffs for consent decrees in Section 2 lawsuits in Georgia were adopted (*NAACP v. Fayette County, Georgia* and *NAACP v. Emanuel County, Georgia)*.

In 2016, two federal courts granted summary judgment to the plaintiffs based in part on my *Gingles 1* testimony: *Navajo Nation v. San Juan County, Utah* (C.D. Utah 2016) and NAACP v. *Ferguson-Florissant School District, Missouri* (E. D. Mo. August 22, 2016).

Also in 2016, based in part on my analysis, the City of Pasco, Washington admitted to a Section 2 violation. As a result, in *Glatt v. City of Pasco* (E.D. Wash. Jan. 27, 2017), the court ordered a plan that created three Latino majority single-member districts in a 6 district, 1 at-large plan.

In 2018, I served as the redistricting consultant to the Governor Wolf interveners at the remedial stage of *League of Women Voters, et al. v. Commonwealth of Pennsylvania*.

In August 2018, the Wenatchee City Council adopted a hybrid election plan that I developed – five single-member districts with two members at-large. The Wenatchee election plan is the first plan adopted under the Washington Voting Rights Acts of 2018.

March 31, 2022

In February 2019, a federal court ruled in favor of the plaintiffs in a Section 2 case regarding Senate District 22 in Mississippi, based in part on my *Gingles* 1 testimony in *Thomas v. Bryant (S.D. Ms. Feb 16, 2019)*.

In the summer of 2019, I developed redistricting plans for the Grand County (Utah) Change of Form of Government Study Committee.

In the fall of 2019, a redistricting plan I developed for a consent decree involving the Jefferson County, Alabama Board of Education was adopted *Traci Jones, et al. v. Jefferson County Board of Education, et al*.

In May 2020, a federal court ruled in favor of the plaintiffs in a Section 2 case in *NAACP et al. v. East Ramapo Central School District, NY,* based in part on my *Gingles* 1 testimony. In October 2020, the federal court adopted a consent decree plan I developed for elections to be held in February 2021.

In May and June of 2020, I served as a consultant to the City of Quincy, Florida – the Defendant in a Section 2 lawsuit filed by two Anglo voters (*Baroody v. City of Quincy*). The federal court for the Northern District of Florida ruled in favor of the Defendants. The Plaintiffs voluntarily dismissed the case.

In the summer of 2020, I provided technical redistricting assistance to the City of Chestertown, Maryland.

I am currently a redistricting consultant and expert for the plaintiffs in *Jayla Allen v. Waller County, Texas.* I testified remotely at trial in October 2020.

Since 2011, I have served as a redistricting and demographic consultant to the Massachusetts-based Prison Policy Initiative for a nationwide project to end prison-based gerrymandering. I have analyzed proposed and adopted election plans in about 25 states as part of my work.

4

March 31, 2022

In 2018 (Utah) and again in 2020 (Arizona), I have provided technical assistance to the Rural Utah Project for voter registration efforts on the Navajo Nation Reservation.

**Post-2010 Demographics Experience**

My trial testimony in Section 2 lawsuits usually includes presentations of U.S. Census data with charts, tables, and/or maps to demonstrate socioeconomic disparities between non-Hispanic Whites and racial or ethnic minorities.

I served as a demographic expert for plaintiffs in four state-level voting cases related to the Covid-19 pandemic (South Carolina, Alabama, and Louisiana) and state court in North Carolina.

I have also served as an expert witness on demographics in non-voting trials. For example, in an April 2017 opinion in *Stout v. Jefferson County Board of Education* (Case no.2:65-cv-00396-MHH), a school desegregation case involving the City of Gardendale, Ala.,  the court made extensive reference to my testimony.

I provide technical demographic and mapping assistance to the Food Research and Action Center (FRAC) in Washington D.C and their constituent organizations around the country. Most of my work with FRAC involves the Summer Food Program and Child and Adult Care Food Program. Both programs provide nutritional assistance to school-age children who are eligible for free and reduced price meals. As part of this project, I developed an online interactive map to determine site eligibility for the two programs that has been in continuous use by community organizations and school districts around the country since 2003.  The map is updated annually with new data from a Special Tabulation of the American Community Survey prepared by the U.S. Census Bureau for the Food and Nutrition Service of the U.S. Department of Agriculture.

**Historical Redistricting Experience**

In the 1980s and 1990s, I developed voting plans in about 400 state and local jurisdictions – primarily in the South and Rocky Mountain West.  During the 2000s and 2010s, I prepared draft election plans involving about 350 state and local jurisdictions in 25 states. Most of these plans were prepared at the request of local citizens' groups, national organizations such as the NAACP, tribal governments, and for Section 2 or Section 5 litigation.

Election plans I developed for governments in two counties – Sussex County, Virginia and Webster County, Mississippi –  were adopted and precleared in 2002 by the U.S. Department of Justice. A ward plan I prepared for the City of Grenada, Mississippi was precleared in August 2005. A county supervisors' plan I produced for Bolivar County, Mississippi was precleared in January 2006.

In August 2005, a federal court ordered the State of South Dakota to remedy a Section 2 voting rights violation and adopt a state legislative plan I developed (*Bone Shirt v. Hazeltine*).

A county council plan I developed for Native American plaintiffs in a Section 2 lawsuit (*Blackmoon v. Charles Mix County*) was adopted by Charles Mix County, South Dakota in November 2005. A plan I drafted for Latino plaintiffs in Bethlehem, Pennsylvania (*Pennsylvania Statewide Latino Coalition v. Bethlehem Area School District*) was adopted in March 2009. Plans I developed for minority plaintiffs in Columbus County, North Carolina and Montezuma- Cortez School District in Colorado were adopted in 2009.

Since 1986, I have testified at trial as an expert witness on redistricting and demographics in federal courts in the following voting rights cases (approximate most recent testimony dates are in parentheses). I also filed declarations and was deposed in

most of these cases.

**Alabama**
*Caster v. Merrill* (2022)
*Chestnut v  Merrill (2019)*
*Alabama State Conference of the NAACP v. Alabama (2018)*
*Alabama Legislative Black Caucus et al. v. Alabama et al. (2013)*

**Colorado**
*Cuthair v. Montezuma-Cortez School Board (1997)*

**Florida**

*NAACP v. Lee (2022)*
*Baroody v. City of Quincy (2020)*

**Georgia**
*Pendergrass v. Raffensperger (2022)*
*Alpha Phi Alpha v. Raffensperger (2022)*
*Cofield v. City of LaGrange (1996)*
*Love v. Deal (1995)*
*Askew v. City of Rome (1995)*
*Woodard v. Lumber City (1989)*

**Louisiana**
*Terrebonne Parish NAACP v. Jindal, et al. (2017)*
*Wilson v. Town of St. Francisville (1996)*
*Reno v. Bossier Parish (1995*)
*Knight v. McKeithen (1994)*

**Maryland**
*NAACP v. Baltimore County (2022)*
*Cane v. Worcester County (1994)*

**Mississippi**

*Thomas v. Bryant (2019)*
*Fairley v. Hattiesburg (2014)*
*Boddie v. Cleveland School District (2010)*
*Fairley v. Hattiesburg (2008)*
*Boddie v. Cleveland  (2003)*
*Jamison v. City of Tupelo (2006)*
*Smith v. Clark (2002)*
*NAACP v. Fordice (1999)*
*Addy v Newton County (1995)*
*Ewing v. Monroe County (1995)*
*Gunn v. Chickasaw County  (1995)*

7

*Nichols v. Okolona (1995)*

**Montana**
*Old Person v. Brown (on remand) (2001)*
*Old Person v. Cooney (1998)*

**Missouri**
*Missouri NAACP v. Ferguson-Florissant School District (2016)*

**Nebraska**
*Stabler v. Thurston County (1995)*

*New York*
*NAACP v. East Ramapo Central School District (2020)*
*Pope v. County of Albany (2015)*
*Arbor Hills Concerned Citizens v. Albany County (2003)*

**Ohio**
*A. Philip Randolph Institute, et al. v. Ryan (2019)*

**South Carolina**
*Smith v. Beasley (1996)*

**South Dakota**
*Bone Shirt v. Hazeltine (2004)*
*Cottier v. City of Martin (2004)*

**Tennessee**
*Cousins v. McWherter (1994)*
*Rural West Tennessee  African American Affairs Council v. McWherter (1993)*

*Texas*
*Jayla Allen v. Waller County, Texas*

*Utah*
*Navajo Nation v. San Juan County (2017),*brief testimony –11 declarations, 2 depositions

**Virginia**
*Smith v. Brunswick County (1991)*
*Henderson v. Richmond County (1988)*
*McDaniel v. Mehfoud (1988)*
*White* v. *Daniel (1989)*

*Wyoming*
*Large v. Fremont County (2007)*

      In addition, I have filed expert declarations or been deposed in the following

cases that did not require trial testimony. The dates listed indicate the deposition date or

date of last declaration or supplemental declaration:

**Alabama**
*People First of Alabama v. Merrill (2020),* Covid-19 demographics only
*Alabama State NAACP v. City of Pleasant Grove (2019)*
*James v. Jefferson County Board of Education (2019)*
*Voketz v. City of Decatur (2018)*

**Arkansas**
*Mays v. Thurston (2020)--* Covid-19 demographics only)

**Connecticut**
*NAACP v. Merrill (2020)*

**Florida**
*Florida State Conference of the NAACP v. Lee, et al., (2021)*
*Calvin v. Jefferson County (2016)*
*Thompson v. Glades County (2001)*
*Johnson v. DeSoto County (1999)*
*Burton v. City of Belle Glade (1997)*

**Georgia**
*Alpha Phi Alpha Fraternity et al. v Raffensberger (2022)*
*Pendergrass v. Raffensberger (2022)*
*Dwight v. Kemp (2018)*
*Georgia NAACP et al. v. Gwinnett County, GA (2018*
*Georgia State Conference NAACP et al v. Georgia (2018)*
*Georgia State Conference NAACP, et al. v. Fayette County (2015)*
*Knighton v. Dougherty County (2002)*
*Johnson v. Miller (1998)*
*Jones v. Cook County (1993)*

**Kentucky**
*Herbert v. Kentucky State Board of Elections (2013)*

**Louisiana**
*Power Coalition for Equity and Justice v. Edwards (2020),* Covid-19 demographics only
*Johnson v. Ardoin (2019*
*NAACP v. St. Landry Parish Council (2005)*
*Prejean v. Foster (1998)*
*Rodney v. McKeithen (1993)*

**Maryland**
*Baltimore County NAACP v. Baltimore County (2022)*
*Benisek v. Lamone (2017)*

*Fletcher  v. Lamone (2011)*

**Mississippi**
*Partee v. Coahoma County (2015)*
*Figgs v. Quitman County (2015)*
*West v. Natchez (2015)*
*Williams v. Bolivar County (2005)*
*Houston v. Lafayette County (2002)*
*Clark v. Calhoun County (on remand)(1993)*
*Teague v. Attala County (on remand)(1993)*
*Wilson v. Clarksdale (1992)*
*Stanfield v. Lee County(1991)*

**Montana**
*Alden v. Rosebud County (2000)*

**North Carolina**
*Lewis v. Alamance County (1991)*
*Gause v. Brunswick County (1992)*
*Webster v. Person County (1992)*

**Rhode Island**
*Davidson v. City of Cranston (2015)*

**South Carolina**
*Thomas v. Andino (2020),* Covid-19 demographics only
*Vander Linden v. Campbell (1996*

**South Dakota**
*Kirkie v. Buffalo County (2004*
*Emery v. Hunt (1999)*

**Tennessee**
*NAACP v. Frost, et al. (2003)*

**Virginia**
*Moon v. Beyer (1990)*

***Washington***
*Glatt v. City of Pasco (2016)*
*Montes v. City of Yakima (2014*

<div align="center">*# # #*</div>

# Exhibit B

**Exhibit B – Methodology and Sources**

1.      In the preparation of this report, I analyzed population and geographic data from the 1990 to 2020 decennial censuses, as well as the *American Community Survey* published by the U.S. Census Bureau on an annual basis.

2.      For my redistricting analysis, I used a geographic information system (GIS) software package called *Maptitude for Redistricting*, developed by the Caliper Corporation.  This software is deployed by many local and state governing bodies across the country for redistricting and other types of demographic analysis.

3.      The geographic boundary files that I used with *Maptitude* are created from the U.S. Census TIGER (Topologically Integrated Geographic Encoding and Referencing) files.

4.      I used population data from the U. S. Census 1990, 2000 and 2010 PL 94-171 data files.  The PL 94-171 dataset is published in electronic format and is the complete count population file designed by the Census Bureau for use in legislative redistricting.  The file contains basic race and ethnicity data on the total population and voting-age population found in units of Census geography such as states, counties, municipalities, townships, reservations, school districts, census tracts, census block groups, precincts (called voting districts or "VTDs" by the Census Bureau) and census blocks.

1

5.      I developed the illustrative plans presented in this report using

*Maptitude for Redistricting,* The *Maptitude for Redistricting* software processes the

TIGER files to produce a map for display on a computer screen.  The software also

merges demographic data from the PL 94-171 files to match the relevant decennial

Census geography.

6.      I obtained PDF maps for the Board of Education and Congressional

plans via the link below:

**http://www.legislature.state.al.us/aliswww/ISD/ALReap_Maps.aspx**

7.      I also reviewed and used data from the American Community Survey

("ACS") conducted by the Census Bureau – specifically, the 1-year 2017 ACS and

the 5-year 2013-2017 ACS Special Tabulation of citizen population and voting age

population  by race and ethnicity (prepared by the Census Bureau for the U.S.

Department of Justice)  and  available from the link below:

https://www.census.gov/rdo/data/voting_age_population_by_citizenship_and_race_cvap.html

8.      I obtained 2017 population estimates from the U.S. Census Bureau

American Factfinder website via the links below.

https://factfinder.census.gov/bkmk/table/1.0/en/PEP/2017/PEPSR6H/0400000US01.05000?slice=Year~est72017
https://factfinder.census.gov/bkmk/table/1.0/en/PEP/2017/PEPSR5H/0400000US01.05000?slice=Year~est72017

# # #

# Exhibit C-1

## Louisiana 2020 Population by Parish

| Parish | Total | NH White | Latino | NH Black | SR Black | AP Black | % SR Black | % AP Black | % NH White | % Minority |
|---|---|---|---|---|---|---|---|---|---|---|
| Acadia | 57,576 | 44,115 | 1,641 | 9,946 | 9,989 | 10,864 | 17.35% | 18.87% | 76.62% | 23.4% |
| Allen | 22,750 | 15,146 | 1,893 | 4,016 | 4,102 | 4,490 | 18.03% | 19.74% | 66.58% | 33.4% |
| Ascension | 126,500 | 79,645 | 10,383 | 30,296 | 30,521 | 32,216 | 24.13% | 25.47% | 62.96% | 37.0% |
| Assumption | 21,039 | 13,580 | 914 | 5,973 | 6,013 | 6,220 | 28.58% | 29.56% | 64.55% | 35.5% |
| Avoyelles | 39,693 | 25,236 | 1,485 | 10,649 | 10,706 | 11,678 | 26.97% | 29.42% | 63.58% | 36.4% |
| Beauregard | 36,549 | 29,039 | 1,271 | 4,082 | 4,111 | 4,649 | 11.25% | 12.72% | 79.45% | 20.5% |
| Bienville | 12,981 | 6,901 | 211 | 5,273 | 5,307 | 5,600 | 40.88% | 43.14% | 53.16% | 46.8% |
| Bossier | 128,746 | 78,982 | 10,237 | 29,868 | 30,099 | 32,551 | 23.38% | 25.28% | 61.35% | 38.7% |
| Caddo | 237,848 | 101,727 | 8,381 | 114,769 | 115,298 | 119,304 | 48.48% | 50.16% | 42.77% | 57.2% |
| Calcasieu | 216,785 | 137,110 | 11,384 | 54,825 | 55,263 | 59,386 | 25.49% | 27.39% | 63.25% | 36.8% |
| Caldwell | 9,645 | 7,551 | 221 | 1,528 | 1,534 | 1,632 | 15.90% | 16.92% | 78.29% | 21.7% |
| Cameron | 5,617 | 5,174 | 197 | 71 | 72 | 125 | 1.28% | 2.23% | 92.11% | 7.9% |
| Catahoula | 8,906 | 5,738 | 614 | 2,275 | 2,297 | 2,395 | 25.79% | 26.89% | 64.43% | 35.6% |
| Claiborne | 14,170 | 7,064 | 479 | 6,138 | 6,184 | 6,360 | 43.64% | 44.88% | 49.85% | 50.1% |
| Concordia | 18,687 | 10,157 | 459 | 7,477 | 7,518 | 7,725 | 40.23% | 41.34% | 54.35% | 45.6% |
| Desoto | 26,812 | 15,122 | 762 | 9,586 | 9,621 | 9,973 | 35.88% | 37.20% | 56.40% | 43.6% |
| East Baton Rouge | 456,781 | 191,355 | 30,551 | 205,552 | 206,681 | 213,398 | 45.25% | 46.72% | 41.89% | 58.1% |
| East Carroll | 7,459 | 2,034 | 115 | 5,164 | 5,188 | 5,272 | 69.55% | 70.68% | 27.27% | 72.7% |
| East Feliciana | 19,539 | 11,411 | 391 | 7,108 | 7,139 | 7,341 | 36.54% | 37.57% | 58.40% | 41.6% |
| Evangeline | 32,350 | 21,162 | 1,336 | 8,609 | 8,664 | 9,235 | 26.78% | 28.55% | 65.42% | 34.6% |
| Franklin | 19,774 | 12,430 | 276 | 6,508 | 6,554 | 6,802 | 33.14% | 34.40% | 62.86% | 37.1% |
| Grant | 22,169 | 16,678 | 1,333 | 3,060 | 3,108 | 3,335 | 14.02% | 15.04% | 75.23% | 24.8% |
| Iberia | 69,929 | 38,572 | 3,897 | 22,984 | 23,162 | 24,556 | 33.12% | 35.12% | 55.16% | 44.8% |
| Iberville | 30,241 | 14,632 | 1,418 | 13,313 | 13,377 | 13,730 | 44.23% | 45.40% | 48.38% | 51.6% |
| Jackson | 15,031 | 9,896 | 468 | 3,945 | 3,956 | 4,166 | 26.32% | 27.72% | 65.84% | 34.2% |
| Jefferson | 440,781 | 208,385 | 79,057 | 115,900 | 117,892 | 126,217 | 26.75% | 28.63% | 47.28% | 52.7% |
| Jefferson Davis | 32,250 | 24,855 | 734 | 5,130 | 5,148 | 5,837 | 15.96% | 18.10% | 77.07% | 22.9% |
| Lafayette | 241,753 | 150,475 | 15,983 | 60,677 | 61,086 | 65,136 | 25.27% | 26.94% | 62.24% | 37.8% |
| Lafourche | 97,557 | 70,722 | 5,672 | 14,532 | 14,640 | 15,855 | 15.01% | 16.25% | 72.49% | 27.5% |
| Lasalle | 14,791 | 11,263 | 1,402 | 1,283 | 1,299 | 1,422 | 8.78% | 9.61% | 76.15% | 23.9% |
| Lincoln | 48,396 | 25,672 | 1,754 | 18,626 | 18,729 | 19,364 | 38.70% | 40.01% | 53.05% | 47.0% |
| Livingston | 142,282 | 114,876 | 8,791 | 11,178 | 11,268 | 12,658 | 7.92% | 8.90% | 80.74% | 19.3% |
| Madison | 10,017 | 3,414 | 204 | 6,173 | 6,224 | 6,363 | 62.13% | 63.52% | 34.08% | 65.9% |
| Morehouse | 25,629 | 12,220 | 381 | 11,976 | 12,048 | 12,484 | 47.01% | 48.71% | 47.68% | 52.3% |

## Louisiana 2020 Population by Parish

| Parish | Total | NH White | Latino | NH Black | SR Black | AP Black | % SR Black | % AP Black | % NH White | % Minority |
|---|---|---|---|---|---|---|---|---|---|---|
| Natchitoches | 37,515 | 18,898 | 1,490 | 14,857 | 14,948 | 15,725 | 39.85% | 41.92% | 50.37% | 49.6% |
| Orleans | 383,997 | 121,385 | 31,017 | 205,876 | 208,273 | 218,969 | 54.24% | 57.02% | 31.61% | 68.4% |
| Ouachita | 160,368 | 87,426 | 5,658 | 58,804 | 59,083 | 61,217 | 36.84% | 38.17% | 54.52% | 45.5% |
| Plaquemines | 23,515 | 13,764 | 2,236 | 4,863 | 4,920 | 5,428 | 20.92% | 23.08% | 58.53% | 41.5% |
| Pointe Coupee | 20,758 | 12,245 | 625 | 7,221 | 7,245 | 7,504 | 34.90% | 36.15% | 58.99% | 41.0% |
| Rapides | 130,023 | 76,323 | 5,090 | 40,261 | 40,484 | 42,592 | 31.14% | 32.76% | 58.70% | 41.3% |
| Red River | 7,620 | 4,150 | 188 | 2,952 | 2,965 | 3,106 | 38.91% | 40.76% | 54.46% | 45.5% |
| Richland | 20,043 | 11,667 | 400 | 7,303 | 7,336 | 7,603 | 36.60% | 37.93% | 58.21% | 41.8% |
| Sabine | 22,155 | 14,850 | 710 | 3,520 | 3,529 | 3,861 | 15.93% | 17.43% | 67.03% | 33.0% |
| St. Bernard | 43,764 | 23,165 | 6,010 | 11,370 | 11,507 | 12,309 | 26.29% | 28.13% | 52.93% | 47.1% |
| St. Charles | 52,549 | 32,708 | 4,141 | 13,024 | 13,133 | 13,928 | 24.99% | 26.50% | 62.24% | 37.8% |
| St. Helena | 10,920 | 4,494 | 216 | 5,846 | 5,861 | 6,031 | 53.67% | 55.23% | 41.15% | 58.8% |
| St. James | 20,192 | 9,917 | 343 | 9,486 | 9,523 | 9,762 | 47.16% | 48.35% | 49.11% | 50.9% |
| St. John The Baptist | 42,477 | 13,348 | 3,291 | 24,076 | 24,305 | 25,196 | 57.22% | 59.32% | 31.42% | 68.6% |
| St. Landry | 82,540 | 43,225 | 2,178 | 34,218 | 34,360 | 35,836 | 41.63% | 43.42% | 52.37% | 47.6% |
| St. Martin | 51,767 | 32,919 | 1,679 | 15,050 | 15,099 | 15,921 | 29.17% | 30.76% | 63.59% | 36.4% |
| St. Mary | 49,406 | 26,334 | 4,524 | 14,950 | 15,058 | 15,991 | 30.48% | 32.37% | 53.30% | 46.7% |
| St. Tammany | 264,570 | 192,144 | 20,844 | 33,969 | 34,356 | 38,643 | 12.99% | 14.61% | 72.63% | 27.4% |
| Tangipahoa | 133,157 | 79,825 | 7,242 | 39,770 | 40,039 | 41,879 | 30.07% | 31.45% | 59.95% | 40.1% |
| Tensas | 4,147 | 1,728 | 67 | 2,232 | 2,250 | 2,312 | 54.26% | 55.75% | 41.67% | 58.3% |
| Terrebonne | 109,580 | 68,802 | 7,358 | 21,059 | 21,253 | 23,147 | 19.39% | 21.12% | 62.79% | 37.2% |
| Union | 21,107 | 14,289 | 1,135 | 4,980 | 4,995 | 5,224 | 23.67% | 24.75% | 67.70% | 32.3% |
| Vermilion | 57,359 | 44,020 | 2,296 | 7,859 | 7,931 | 8,810 | 13.83% | 15.36% | 76.74% | 23.3% |
| Vernon | 48,750 | 33,599 | 4,175 | 6,325 | 6,491 | 7,611 | 13.31% | 15.61% | 68.92% | 31.1% |
| Washington | 45,463 | 29,588 | 1,410 | 12,758 | 12,858 | 13,434 | 28.28% | 29.55% | 65.08% | 34.9% |
| Webster | 36,967 | 22,554 | 688 | 12,142 | 12,185 | 12,679 | 32.96% | 34.30% | 61.01% | 39.0% |
| West Baton Rouge | 27,199 | 14,114 | 1,244 | 10,714 | 10,754 | 11,170 | 39.54% | 41.07% | 51.89% | 48.1% |
| West Carroll | 9,751 | 7,799 | 325 | 1,338 | 1,341 | 1,425 | 13.75% | 14.61% | 79.98% | 20.0% |
| West Feliciana | 15,310 | 10,585 | 651 | 3,589 | 3,618 | 3,740 | 23.63% | 24.43% | 69.14% | 30.9% |
| Winn | 13,755 | 8,498 | 1,023 | 3,518 | 3,525 | 3,727 | 25.63% | 27.10% | 61.78% | 38.2% |
| **Statewide** | **4,657,757** | **2,596,702** | **322,549** | **1,452,420** | **1,464,023** | **1,543,119** | **31.43%** | **33.13%** | **55.75%** | **44.2%** |

# Exhibit C-2

## Louisiana 2010 Population by Parish

| Parish | Total | NH White | Latino | NH Black | SR Black | AP Black | % SR Black | % AP Black | % NH White | % Minority |
|---|---|---|---|---|---|---|---|---|---|---|
| Acadia | 61,773 | 48,555 | 1,060 | 11,133 | 11,175 | 11,645 | 18.09% | 18.85% | 78.60% | 21.4% |
| Allen | 25,764 | 18,276 | 342 | 5,957 | 5,985 | 6,192 | 23.23% | 24.03% | 70.94% | 29.1% |
| Ascension | 107,215 | 75,949 | 5,024 | 23,727 | 23,846 | 24,466 | 22.24% | 22.82% | 70.84% | 29.2% |
| Assumption | 23,421 | 15,442 | 498 | 7,111 | 7,141 | 7,250 | 30.49% | 30.96% | 65.93% | 34.1% |
| Avoyelles | 42,073 | 27,877 | 606 | 12,318 | 12,398 | 12,876 | 29.47% | 30.60% | 66.26% | 33.7% |
| Beauregard | 35,654 | 28,730 | 1,003 | 4,597 | 4,655 | 5,016 | 13.06% | 14.07% | 80.58% | 19.4% |
| Bienville | 14,353 | 7,850 | 207 | 6,048 | 6,076 | 6,153 | 42.33% | 42.87% | 54.69% | 45.3% |
| Bossier | 116,979 | 80,991 | 7,026 | 24,245 | 24,461 | 25,606 | 20.91% | 21.89% | 69.24% | 30.8% |
| Caddo | 254,969 | 121,969 | 6,129 | 119,697 | 120,264 | 122,229 | 47.17% | 47.94% | 47.84% | 52.2% |
| Calcasieu | 192,768 | 133,703 | 4,945 | 47,490 | 47,782 | 49,825 | 24.79% | 25.85% | 69.36% | 30.6% |
| Caldwell | 10,132 | 8,045 | 222 | 1,735 | 1,746 | 1,778 | 17.23% | 17.55% | 79.40% | 20.6% |
| Cameron | 6,839 | 6,465 | 154 | 119 | 119 | 135 | 1.74% | 1.97% | 94.53% | 5.5% |
| Catahoula | 10,407 | 6,946 | 90 | 3,273 | 3,280 | 3,318 | 31.52% | 31.88% | 66.74% | 33.3% |
| Claiborne | 17,195 | 8,084 | 171 | 8,707 | 8,733 | 8,820 | 50.79% | 51.29% | 47.01% | 53.0% |
| Concordia | 20,822 | 11,829 | 209 | 8,503 | 8,513 | 8,604 | 40.88% | 41.32% | 56.81% | 43.2% |
| Desoto | 26,656 | 15,092 | 661 | 10,402 | 10,449 | 10,600 | 39.20% | 39.77% | 56.62% | 43.4% |
| East Baton Rouge | 440,171 | 206,664 | 16,274 | 198,590 | 199,505 | 202,534 | 45.32% | 46.01% | 46.95% | 53.0% |
| East Carroll | 7,759 | 2,198 | 127 | 5,324 | 5,356 | 5,398 | 69.03% | 69.57% | 28.33% | 71.7% |
| East Feliciana | 20,267 | 10,666 | 208 | 9,052 | 9,108 | 9,250 | 44.94% | 45.64% | 52.63% | 47.4% |
| Evangeline | 33,984 | 23,071 | 776 | 9,565 | 9,632 | 9,862 | 28.34% | 29.02% | 67.89% | 32.1% |
| Franklin | 20,767 | 13,853 | 196 | 6,500 | 6,537 | 6,620 | 31.48% | 31.88% | 66.71% | 33.3% |
| Grant | 22,309 | 17,361 | 931 | 3,441 | 3,470 | 3,602 | 15.55% | 16.15% | 77.82% | 22.2% |
| Iberia | 73,240 | 44,502 | 2,299 | 23,280 | 23,435 | 24,091 | 32.00% | 32.89% | 60.76% | 39.2% |
| Iberville | 33,387 | 15,987 | 664 | 16,338 | 16,454 | 16,620 | 49.28% | 49.78% | 47.88% | 52.1% |
| Jackson | 16,274 | 10,989 | 209 | 4,829 | 4,853 | 4,947 | 29.82% | 30.40% | 67.52% | 32.5% |
| Jefferson | 432,552 | 242,268 | 53,702 | 112,013 | 113,887 | 116,999 | 26.33% | 27.05% | 56.01% | 44.0% |
| Jefferson Davis | 31,594 | 24,835 | 538 | 5,450 | 5,468 | 5,836 | 17.31% | 18.47% | 78.61% | 21.4% |
| Lafayette | 221,578 | 148,972 | 8,597 | 56,633 | 57,073 | 58,912 | 25.76% | 26.59% | 67.23% | 32.8% |
| Lafourche | 96,318 | 75,080 | 3,647 | 12,679 | 12,746 | 13,363 | 13.23% | 13.87% | 77.95% | 22.0% |
| Lasalle | 14,890 | 12,520 | 331 | 1,758 | 1,769 | 1,808 | 11.88% | 12.14% | 84.08% | 15.9% |
| Lincoln | 46,735 | 25,313 | 1,189 | 18,860 | 18,925 | 19,184 | 40.49% | 41.05% | 54.16% | 45.8% |
| Livingston | 128,026 | 115,362 | 3,801 | 6,455 | 6,505 | 6,941 | 5.08% | 5.42% | 90.11% | 9.9% |
| Madison | 12,093 | 4,396 | 188 | 7,357 | 7,381 | 7,452 | 61.04% | 61.62% | 36.35% | 63.6% |
| Morehouse | 27,979 | 14,251 | 255 | 13,078 | 13,133 | 13,281 | 46.94% | 47.47% | 50.93% | 49.1% |

## Louisiana 2010 Population by Parish

| Parish | Total | NH White | Latino | NH Black | SR Black | AP Black | % SR Black | % AP Black | % NH White | % Minority |
|---|---|---|---|---|---|---|---|---|---|---|
| Natchitoches | 39,566 | 21,109 | 735 | 16,296 | 16,362 | 16,778 | 41.35% | 42.41% | 53.35% | 46.6% |
| Orleans | 343,829 | 104,770 | 18,051 | 204,866 | 206,871 | 210,447 | 60.17% | 61.21% | 30.47% | 69.5% |
| Ouachita | 153,720 | 91,573 | 2,760 | 55,946 | 56,216 | 57,194 | 36.57% | 37.21% | 59.57% | 40.4% |
| Plaquemines | 23,042 | 15,617 | 1,067 | 4,675 | 4,715 | 4,951 | 20.46% | 21.49% | 67.78% | 32.2% |
| Pointe Coupee | 22,802 | 13,748 | 492 | 8,247 | 8,284 | 8,427 | 36.33% | 36.96% | 60.29% | 39.7% |
| Rapides | 131,613 | 81,623 | 3,418 | 41,937 | 42,113 | 43,150 | 32.00% | 32.79% | 62.02% | 38.0% |
| Red River | 9,091 | 5,305 | 101 | 3,586 | 3,595 | 3,633 | 39.54% | 39.96% | 58.35% | 41.6% |
| Richland | 20,725 | 12,714 | 332 | 7,406 | 7,454 | 7,544 | 35.97% | 36.40% | 61.35% | 38.7% |
| Sabine | 24,233 | 16,776 | 820 | 4,009 | 4,026 | 4,234 | 16.61% | 17.47% | 69.23% | 30.8% |
| St. Bernard | 35,897 | 24,607 | 3,309 | 6,272 | 6,350 | 6,705 | 17.69% | 18.68% | 68.55% | 31.5% |
| St. Charles | 52,780 | 34,925 | 2,648 | 13,925 | 14,051 | 14,395 | 26.62% | 27.27% | 66.17% | 33.8% |
| St. Helena | 11,203 | 4,999 | 99 | 5,964 | 5,974 | 6,014 | 53.33% | 53.68% | 44.62% | 55.4% |
| St. James | 22,102 | 10,478 | 256 | 11,145 | 11,180 | 11,290 | 50.58% | 51.08% | 47.41% | 52.6% |
| St. John The Baptist | 45,924 | 18,374 | 2,175 | 24,405 | 24,576 | 24,944 | 53.51% | 54.32% | 40.01% | 60.0% |
| St. Landry | 83,384 | 46,025 | 1,321 | 34,295 | 34,442 | 35,153 | 41.31% | 42.16% | 55.20% | 44.8% |
| St. Martin | 52,160 | 33,831 | 1,071 | 15,956 | 16,039 | 16,397 | 30.75% | 31.44% | 64.86% | 35.1% |
| St. Mary | 54,650 | 31,267 | 2,920 | 17,648 | 17,765 | 18,290 | 32.51% | 33.47% | 57.21% | 42.8% |
| St. Tammany | 233,740 | 188,317 | 10,970 | 26,430 | 26,645 | 28,449 | 11.40% | 12.17% | 80.57% | 19.4% |
| Tangipahoa | 121,097 | 77,807 | 4,260 | 36,485 | 36,654 | 37,381 | 30.27% | 30.87% | 64.25% | 35.7% |
| Tensas | 5,252 | 2,178 | 65 | 2,957 | 2,967 | 2,991 | 56.49% | 56.95% | 41.47% | 58.5% |
| Terrebonne | 111,860 | 76,789 | 4,421 | 21,046 | 21,139 | 22,072 | 18.90% | 19.73% | 68.65% | 31.4% |
| Union | 22,721 | 15,398 | 943 | 6,153 | 6,182 | 6,242 | 27.21% | 27.47% | 67.77% | 32.2% |
| Vermilion | 57,999 | 46,305 | 1,381 | 8,246 | 8,286 | 8,654 | 14.29% | 14.92% | 79.84% | 20.2% |
| Vernon | 52,334 | 37,794 | 3,775 | 7,280 | 7,443 | 8,313 | 14.22% | 15.88% | 72.22% | 27.8% |
| Washington | 47,168 | 31,019 | 887 | 14,561 | 14,625 | 14,884 | 31.01% | 31.56% | 65.76% | 34.2% |
| Webster | 41,207 | 26,067 | 670 | 13,756 | 13,823 | 14,044 | 33.55% | 34.08% | 63.26% | 36.7% |
| West Baton Rouge | 23,788 | 13,931 | 544 | 8,953 | 8,972 | 9,132 | 37.72% | 38.39% | 58.56% | 41.4% |
| West Carroll | 11,604 | 9,337 | 299 | 1,810 | 1,822 | 1,870 | 15.70% | 16.12% | 80.46% | 19.5% |
| West Feliciana | 15,625 | 8,002 | 251 | 7,235 | 7,263 | 7,317 | 46.48% | 46.83% | 51.21% | 48.8% |
| Winn | 15,313 | 10,108 | 240 | 4,666 | 4,702 | 4,777 | 30.71% | 31.20% | 66.01% | 34.0% |
| | | | | | | | | | | |
| **Statewide** | **4,533,372** | **2,734,884** | **192,560** | **1,442,420** | **1,452,396** | **1,486,885** | **32.04%** | **32.80%** | **60.33%** | **39.7%** |

# Exhibit C-3

## Louisiana 2000 Population by Parish

| Parish | Total | NH White | Latino | NH Black | SR Black | AP Black | % SR Black | % AP Black | %NH White | % Minority |
|---|---|---|---|---|---|---|---|---|---|---|
| Acadia | 58,861 | 47,150 | 538 | 10,705 | 10,740 | 10,833 | 18.25% | 18.40% | 80.10% | 19.90% |
| Allen | 25,440 | 17,329 | 1,146 | 6,175 | 6,259 | 6,331 | 24.60% | 24.89% | 68.12% | 31.88% |
| Ascension | 76,627 | 58,378 | 1,883 | 15,466 | 15,539 | 15,684 | 20.28% | 20.47% | 76.18% | 23.82% |
| Assumption | 23,388 | 15,565 | 284 | 7,303 | 7,371 | 7,403 | 31.52% | 31.65% | 66.55% | 33.45% |
| Avoyelles | 41,481 | 28,147 | 404 | 12,173 | 12,233 | 12,362 | 29.49% | 29.80% | 67.86% | 32.14% |
| Beauregard | 32,986 | 27,513 | 468 | 4,229 | 4,261 | 4,375 | 12.92% | 13.26% | 83.41% | 16.59% |
| Bienville | 15,752 | 8,607 | 149 | 6,860 | 6,897 | 6,937 | 43.78% | 44.04% | 54.64% | 45.36% |
| Bossier | 98,310 | 71,701 | 3,063 | 20,347 | 20,468 | 20,947 | 20.82% | 21.31% | 72.93% | 27.07% |
| Caddo | 252,161 | 131,527 | 3,750 | 111,984 | 112,483 | 113,456 | 44.61% | 44.99% | 52.16% | 47.84% |
| Calcasieu | 183,577 | 133,716 | 2,463 | 43,769 | 44,025 | 44,782 | 23.98% | 24.39% | 72.84% | 27.16% |
| Caldwell | 10,560 | 8,396 | 157 | 1,884 | 1,890 | 1,901 | 17.90% | 18.00% | 79.51% | 20.49% |
| Cameron | 9,991 | 9,244 | 215 | 388 | 388 | 407 | 3.88% | 4.07% | 92.52% | 7.48% |
| Catahoula | 10,920 | 7,785 | 101 | 2,942 | 2,962 | 2,982 | 27.12% | 27.31% | 71.29% | 28.71% |
| Claiborne | 16,851 | 8,679 | 128 | 7,925 | 7,982 | 8,018 | 47.37% | 47.58% | 51.50% | 48.50% |
| Concordia | 20,247 | 12,172 | 300 | 7,573 | 7,637 | 7,702 | 37.72% | 38.04% | 60.12% | 39.88% |
| Desoto | 25,494 | 14,089 | 396 | 10,691 | 10,748 | 10,814 | 42.16% | 42.42% | 55.26% | 44.74% |
| East Baton Rouge | 412,852 | 227,445 | 7,363 | 164,853 | 165,526 | 167,002 | 40.09% | 40.45% | 55.09% | 44.91% |
| East Carroll | 9,421 | 2,933 | 112 | 6,297 | 6,339 | 6,353 | 67.29% | 67.43% | 31.13% | 68.87% |
| East Feliciana | 21,360 | 10,989 | 157 | 10,012 | 10,057 | 10,107 | 47.08% | 47.32% | 51.45% | 48.55% |
| Evangeline | 35,434 | 24,730 | 368 | 10,041 | 10,122 | 10,199 | 28.57% | 28.78% | 69.79% | 30.21% |
| Franklin | 21,263 | 14,197 | 160 | 6,692 | 6,721 | 6,762 | 31.61% | 31.80% | 66.77% | 33.23% |
| Grant | 18,698 | 15,859 | 213 | 2,212 | 2,222 | 2,264 | 11.88% | 12.11% | 84.82% | 15.18% |
| Iberia | 73,266 | 47,122 | 1,101 | 22,451 | 22,574 | 22,926 | 30.81% | 31.29% | 64.32% | 35.68% |
| Iberville | 33,320 | 16,202 | 343 | 16,486 | 16,560 | 16,631 | 49.70% | 49.91% | 48.63% | 51.37% |
| Jackson | 15,397 | 10,887 | 94 | 4,282 | 4,291 | 4,312 | 27.87% | 28.01% | 70.71% | 29.29% |
| Jefferson | 455,466 | 298,062 | 32,418 | 103,376 | 104,121 | 105,876 | 22.86% | 23.25% | 65.44% | 34.56% |
| Jefferson Davis | 31,435 | 25,138 | 312 | 5,571 | 5,591 | 5,718 | 17.79% | 18.19% | 79.97% | 20.03% |
| Lafayette | 190,503 | 137,762 | 3,320 | 45,149 | 45,346 | 46,013 | 23.80% | 24.15% | 72.31% | 27.69% |
| Lafourche | 89,974 | 73,937 | 1,284 | 11,287 | 11,349 | 11,548 | 12.61% | 12.83% | 82.18% | 17.82% |
| Lasalle | 14,282 | 12,225 | 117 | 1,732 | 1,742 | 1,754 | 12.20% | 12.28% | 85.60% | 14.40% |
| Lincoln | 42,509 | 24,206 | 492 | 16,846 | 16,934 | 17,079 | 39.84% | 40.18% | 56.94% | 43.06% |
| Livingston | 91,814 | 85,882 | 1,017 | 3,846 | 3,874 | 3,952 | 4.22% | 4.30% | 93.54% | 6.46% |
| Madison | 13,728 | 5,087 | 288 | 8,259 | 8,283 | 8,313 | 60.34% | 60.56% | 37.06% | 62.94% |
| Morehouse | 31,021 | 17,215 | 230 | 13,353 | 13,451 | 13,521 | 43.36% | 43.59% | 55.49% | 44.51% |

# Louisiana 2000 Population by Parish

| Parish | Total | NH White | Latino | NH Black | SR Black | AP Black | % SR Black | % AP Black | %NH White | % Minority |
|--------|-------|----------|--------|----------|----------|----------|------------|------------|-----------|------------|
| Natchitoches | 39,080 | 22,357 | 566 | 14,917 | 15,017 | 15,205 | 38.43% | 38.91% | 57.21% | 42.79% |
| Orleans | 484,674 | 128,871 | 14,826 | 323,392 | 325,947 | 329,171 | 67.25% | 67.92% | 26.59% | 73.41% |
| Ouachita | 147,250 | 94,013 | 1,747 | 49,270 | 49,526 | 49,842 | 33.63% | 33.85% | 63.85% | 36.15% |
| Plaquemines | 26,757 | 18,412 | 433 | 6,227 | 6,258 | 6,328 | 23.39% | 23.65% | 68.81% | 31.19% |
| Pointe Coupee | 22,763 | 13,720 | 245 | 8,553 | 8,601 | 8,670 | 37.79% | 38.09% | 60.27% | 39.73% |
| Rapides | 126,337 | 83,059 | 1,739 | 38,298 | 38,445 | 38,904 | 30.43% | 30.79% | 65.74% | 34.26% |
| Red River | 9,622 | 5,540 | 97 | 3,899 | 3,936 | 3,963 | 40.91% | 41.19% | 57.58% | 42.42% |
| Richland | 20,981 | 12,667 | 227 | 7,927 | 7,974 | 8,010 | 38.01% | 38.18% | 60.37% | 39.63% |
| Sabine | 23,459 | 16,726 | 642 | 3,934 | 3,958 | 4,020 | 16.87% | 17.14% | 71.30% | 28.70% |
| St. Bernard | 67,229 | 56,723 | 3,425 | 5,095 | 5,122 | 5,286 | 7.62% | 7.86% | 84.37% | 15.63% |
| St. Charles | 48,072 | 33,901 | 1,346 | 12,043 | 12,130 | 12,255 | 25.23% | 25.49% | 70.52% | 29.48% |
| St. Helena | 10,525 | 4,859 | 104 | 5,480 | 5,517 | 5,550 | 52.42% | 52.73% | 46.17% | 53.83% |
| St. James | 21,216 | 10,538 | 130 | 10,444 | 10,476 | 10,512 | 49.38% | 49.55% | 49.67% | 50.33% |
| St. John The Baptist | 43,044 | 21,946 | 1,230 | 19,204 | 19,268 | 19,416 | 44.76% | 45.11% | 50.99% | 49.01% |
| St. Landry | 87,700 | 49,160 | 794 | 36,762 | 36,952 | 37,287 | 42.13% | 42.52% | 56.05% | 43.95% |
| St. Martin | 48,583 | 31,813 | 405 | 15,464 | 15,535 | 15,707 | 31.98% | 32.33% | 65.48% | 34.52% |
| St. Mary | 53,500 | 33,051 | 1,152 | 16,945 | 17,009 | 17,197 | 31.79% | 32.14% | 61.78% | 38.22% |
| St. Tammany | 191,268 | 163,061 | 4,737 | 18,788 | 18,929 | 19,620 | 9.90% | 10.26% | 85.25% | 14.75% |
| Tangipahoa | 100,588 | 69,300 | 1,536 | 28,388 | 28,519 | 28,737 | 28.35% | 28.57% | 68.89% | 31.11% |
| Tensas | 6,618 | 2,842 | 83 | 3,642 | 3,665 | 3,699 | 55.38% | 55.89% | 42.94% | 57.06% |
| Terrebonne | 104,503 | 76,548 | 1,631 | 18,517 | 18,594 | 18,967 | 17.79% | 18.15% | 73.25% | 26.75% |
| Union | 22,803 | 15,772 | 461 | 6,355 | 6,373 | 6,414 | 27.95% | 28.13% | 69.17% | 30.83% |
| Vermilion | 53,807 | 44,026 | 742 | 7,527 | 7,624 | 7,800 | 14.17% | 14.50% | 81.82% | 18.18% |
| Vernon | 52,531 | 37,483 | 3,111 | 8,782 | 8,962 | 9,518 | 17.06% | 18.12% | 71.35% | 28.65% |
| Washington | 43,926 | 29,396 | 334 | 13,781 | 13,851 | 13,943 | 31.53% | 31.74% | 66.92% | 33.08% |
| Webster | 41,831 | 27,233 | 378 | 13,662 | 13,735 | 13,841 | 32.83% | 33.09% | 65.10% | 34.90% |
| West Baton Rouge | 21,601 | 13,394 | 313 | 7,649 | 7,666 | 7,740 | 35.49% | 35.83% | 62.01% | 37.99% |
| West Carroll | 12,314 | 9,741 | 166 | 2,315 | 2,325 | 2,327 | 18.88% | 18.90% | 79.11% | 20.89% |
| West Feliciana | 15,111 | 7,263 | 157 | 7,575 | 7,633 | 7,647 | 50.51% | 50.61% | 48.06% | 51.94% |
| Winn | 16,894 | 11,100 | 147 | 5,396 | 5,411 | 5,477 | 32.03% | 32.42% | 65.70% | 34.30% |
| **Statewide** | **4,468,976** | **2,794,391** | **107,738** | **1,443,390** | **1,451,944** | **1,468,317** | **32.49%** | **32.86%** | **62.53%** | **37.47%** |

# Exhibit C-4

## Louisiana 1990 Population by Parish

| Parish | Total | NH White | Latino | NH Black | SR Black | % SR Black | %NH White | % Minority |
|--------|-------|----------|--------|----------|----------|------------|-----------|------------|
| Acadia | 55,882 | 45,240 | 372 | 10,140 | 10,179 | 18.22% | 80.96% | 19.0% |
| Allen | 21,226 | 15,824 | 671 | 4,402 | 4,496 | 21.18% | 74.55% | 25.4% |
| Ascension | 58,214 | 43,818 | 923 | 13,204 | 13,268 | 22.79% | 75.27% | 24.7% |
| Assumption | 22,753 | 15,033 | 292 | 7,308 | 7,349 | 32.30% | 66.07% | 33.9% |
| Avoyelles | 39,159 | 27,893 | 621 | 10,485 | 10,585 | 27.03% | 71.23% | 28.8% |
| Beauregard | 30,083 | 24,965 | 417 | 4,449 | 4,489 | 14.92% | 82.99% | 17.0% |
| Bienville | 15,979 | 8,935 | 81 | 6,929 | 6,949 | 43.49% | 55.92% | 44.1% |
| Bossier | 86,088 | 65,812 | 1,799 | 17,301 | 17,381 | 20.19% | 76.45% | 23.6% |
| Caddo | 248,253 | 144,885 | 2,595 | 99,101 | 99,511 | 40.08% | 58.36% | 41.6% |
| Calcasieu | 168,134 | 126,922 | 1,847 | 38,265 | 38,445 | 22.87% | 75.49% | 24.5% |
| Caldwell | 9,810 | 7,868 | 160 | 1,760 | 1,760 | 17.94% | 80.20% | 19.8% |
| Cameron | 9,260 | 8,581 | 143 | 498 | 503 | 5.43% | 92.67% | 7.3% |
| Catahoula | 11,065 | 8,103 | 71 | 2,870 | 2,874 | 25.97% | 73.23% | 26.8% |
| Claiborne | 17,405 | 9,300 | 40 | 8,022 | 8,041 | 46.20% | 53.43% | 46.6% |
| Concordia | 20,828 | 13,082 | 130 | 7,564 | 7,596 | 36.47% | 62.81% | 37.2% |
| De Soto | 25,346 | 13,798 | 377 | 11,105 | 11,141 | 43.96% | 54.44% | 45.6% |
| East Baton Rouge | 380,105 | 236,479 | 5,761 | 131,856 | 132,328 | 34.81% | 62.21% | 37.8% |
| East Carroll | 9,709 | 3,296 | 120 | 6,269 | 6,291 | 64.80% | 33.95% | 66.1% |
| East Feliciana | 19,211 | 9,957 | 186 | 9,025 | 9,083 | 47.28% | 51.83% | 48.2% |
| Evangeline | 33,274 | 24,235 | 270 | 8,645 | 8,701 | 26.15% | 72.83% | 27.2% |
| Franklin | 22,387 | 15,197 | 120 | 7,015 | 7,040 | 31.45% | 67.88% | 32.1% |
| Grant | 17,526 | 14,739 | 153 | 2,521 | 2,540 | 14.49% | 84.10% | 15.9% |
| Iberia | 68,297 | 46,078 | 1,320 | 19,966 | 20,154 | 29.51% | 67.47% | 32.5% |
| Iberville | 31,049 | 16,034 | 598 | 14,307 | 14,385 | 46.33% | 51.64% | 48.4% |
| Jackson | 15,705 | 11,029 | 50 | 4,580 | 4,589 | 29.22% | 70.23% | 29.8% |
| Jefferson | 448,306 | 331,894 | 26,611 | 78,263 | 79,042 | 17.63% | 74.03% | 26.0% |
| Jefferson Davis | 30,722 | 24,591 | 201 | 5,809 | 5,836 | 19.00% | 80.04% | 20.0% |
| Lafayette | 164,762 | 123,436 | 2,613 | 36,652 | 36,846 | 22.36% | 74.92% | 25.1% |
| Lafourche | 85,860 | 71,402 | 1,249 | 10,667 | 10,703 | 12.47% | 83.16% | 16.8% |
| La Salle | 13,662 | 12,247 | 46 | 1,256 | 1,257 | 9.20% | 89.64% | 10.4% |
| Lincoln | 41,745 | 24,425 | 381 | 16,546 | 16,590 | 39.74% | 58.51% | 41.5% |
| Livingston | 70,526 | 65,689 | 642 | 3,914 | 3,920 | 5.56% | 93.14% | 6.9% |
| Madison | 12,463 | 4,917 | 126 | 7,390 | 7,415 | 59.50% | 39.45% | 60.5% |
| Morehouse | 31,938 | 18,528 | 136 | 13,209 | 13,263 | 41.53% | 58.01% | 42.0% |

## Louisiana 1990 Population by Parish

| Parish | Total | NH White | Latino | NH Black | SR Black | % SR Black | %NH White | % Minority |
|---|---|---|---|---|---|---|---|---|
| Natchitoches | 36,689 | 22,053 | 487 | 13,706 | 13,779 | 37.56% | 60.11% | 39.9% |
| Orleans | 496,938 | 164,526 | 17,238 | 305,047 | 307,728 | 61.92% | 33.11% | 66.9% |
| Ouachita | 142,191 | 96,045 | 1,194 | 43,996 | 44,096 | 31.01% | 67.55% | 32.5% |
| Plaquemines | 25,575 | 18,091 | 590 | 5,898 | 5,944 | 23.24% | 70.74% | 29.3% |
| Pointe Coupee | 22,540 | 13,074 | 166 | 9,244 | 9,275 | 41.15% | 58.00% | 42.0% |
| Rapides | 131,556 | 91,932 | 1,526 | 36,667 | 36,805 | 27.98% | 69.88% | 30.1% |
| Red River | 9,387 | 5,720 | 61 | 3,583 | 3,589 | 38.23% | 60.94% | 39.1% |
| Richland | 20,629 | 12,910 | 199 | 7,492 | 7,539 | 36.55% | 62.58% | 37.4% |
| Sabine | 22,646 | 17,143 | 1,031 | 3,966 | 3,984 | 17.59% | 75.70% | 24.3% |
| St. Bernard | 66,631 | 58,424 | 4,183 | 3,091 | 3,111 | 4.67% | 87.68% | 12.3% |
| St. Charles | 42,437 | 30,913 | 1,070 | 10,164 | 10,253 | 24.16% | 72.84% | 27.2% |
| St. Helena | 9,874 | 4,699 | 46 | 5,108 | 5,127 | 51.92% | 47.59% | 52.4% |
| St. James | 20,879 | 10,420 | 107 | 10,329 | 10,357 | 49.60% | 49.91% | 50.1% |
| St. John The Baptist | 39,996 | 24,399 | 954 | 14,369 | 14,419 | 36.05% | 61.00% | 39.0% |
| St. Landry | 80,331 | 47,185 | 639 | 32,183 | 32,392 | 40.32% | 58.74% | 41.3% |
| St. Martin | 43,978 | 28,460 | 502 | 14,443 | 14,532 | 33.04% | 64.71% | 35.3% |
| St. Mary | 58,086 | 36,883 | 1,128 | 18,262 | 18,337 | 31.57% | 63.50% | 36.5% |
| St. Tammany | 144,508 | 124,191 | 3,170 | 15,778 | 15,917 | 11.01% | 85.94% | 14.1% |
| Tangipahoa | 85,709 | 59,895 | 951 | 24,446 | 24,527 | 28.62% | 69.88% | 30.1% |
| Tensas | 7,103 | 3,279 | 43 | 3,763 | 3,785 | 53.29% | 46.16% | 53.8% |
| Terrebonne | 96,982 | 74,152 | 1,376 | 15,940 | 16,032 | 16.53% | 76.46% | 23.5% |
| Union | 20,690 | 14,775 | 133 | 5,742 | 5,767 | 27.87% | 71.41% | 28.6% |
| Vermilion | 50,055 | 41,765 | 592 | 6,930 | 6,956 | 13.90% | 83.44% | 16.6% |
| Vernon | 61,961 | 44,012 | 3,405 | 12,626 | 12,867 | 20.77% | 71.03% | 29.0% |
| Washington | 43,185 | 29,526 | 239 | 13,314 | 13,376 | 30.97% | 68.37% | 31.6% |
| Webster | 41,989 | 28,389 | 229 | 13,243 | 13,277 | 31.62% | 67.61% | 32.4% |
| West Baton Rouge | 19,419 | 12,170 | 206 | 6,972 | 6,993 | 36.01% | 62.67% | 37.3% |
| West Carroll | 12,093 | 9,927 | 115 | 2,010 | 2,020 | 16.70% | 82.09% | 17.9% |
| West Feliciana | 12,915 | 5,562 | 203 | 7,090 | 7,149 | 55.35% | 43.07% | 56.9% |
| Winn | 16,269 | 11,270 | 139 | 4,775 | 4,798 | 29.49% | 69.27% | 30.7% |
| **Statewide** | **4,219,973** | **2,776,022** | **93,044** | **1,291,470** | **1,299,281** | **30.79%** | **65.78%** | **34.2%** |

# Exhibit D-1

**Act 10 (2001): Congressional Districts**



# Exhibit D-2

Date: Oct 25, 2001
Time: 10:11 AM

# District Summary

## Total Population Ethnic Breakout
### Plan: Act. No. 10 '01 2nd E.S.

DB: GEO_LA_HSE

Plan Type: Congress7

Page: 1 of 1

| Name | Tot Pop | Tot White | Tot Black | Tot Asian | Tot Other | Tot Hispanic | Reg Total |
|------|---------|-----------|-----------|-----------|-----------|--------------|-----------|
| District 1 | 638,355 | 527,555 | 84,321 | 11,520 | 14,959 | 29,785 | 368,813 |
| | 100.000% | 82.643% | 13.209% | 1.805% | 2.343% | 4.666% | 76.932% |
| District 2 | 638,562 | 193,150 | 413,782 | 18,479 | 13,151 | 24,241 | 333,948 |
| | 100.000% | 30.248% | 64.799% | 2.894% | 2.059% | 3.796% | 72.943% |
| District 3 | 638,322 | 452,675 | 159,613 | 7,551 | 18,483 | 13,267 | 369,037 |
| | 100.000% | 70.916% | 25.005% | 1.183% | 2.896% | 2.078% | 81.174% |
| District 4 | 638,466 | 401,983 | 216,371 | 5,693 | 14,419 | 13,053 | 342,203 |
| | 100.000% | 62.961% | 33.889% | 0.892% | 2.258% | 2.044% | 73.572% |
| District 5 | 638,517 | 409,378 | 217,920 | 3,797 | 7,422 | 8,491 | 371,497 |
| | 100.000% | 64.114% | 34.129% | 0.595% | 1.162% | 1.330% | 79.737% |
| District 6 | 638,324 | 406,695 | 214,650 | 10,027 | 6,952 | 10,282 | 358,950 |
| | 100.000% | 63.713% | 33.627% | 1.571% | 1.089% | 1.611% | 76.780% |
| District 7 | 638,430 | 464,725 | 161,660 | 5,337 | 6,708 | 8,619 | 379,787 |
| | 100.000% | 72.792% | 25.321% | 0.836% | 1.051% | 1.350% | 82.779% |
| **Grand Total:** | **4,468,976** | **2,856,161** | **1,468,317** | **62,404** | **82,094** | **107,738** | **2,524,235** |
| | **100.000%** | **63.911%** | **32.856%** | **1.396%** | **1.837%** | **2.411%** | **77.688%** |

# Exhibit E-1



1984 Court-ordered Plan
1980 Census
Parish
Water Area
0 20 40 60
Miles
Claiborne
Union
Morehouse
West Carroll
East Carroll
Bossier
Webster
Caddo
Lincoln
Ouachita
Richland
Madison
Bienville
Jackson
5
4
Red River
Desoto
Caldwell
Franklin
Tensas
Winn
Natchitoches
Lasalle
Catahoula
Sabine
Grant
Concordia
Rapides
Vernon
Avoyelles
West Feliciana
East Feliciana
St. Helena
Washington
8
Pointe Coupee
6
Tangipahoa
Beauregard
Allen
Evangeline
St. Landry
East Baton Rouge
West Baton Rouge
Livingston
1
St. Tammany
Calcasieu
Jefferson Davis
7
Acadia
Lafayette
Iberville
Ascension
St. Martin
St. John The Baptist
2
Orleans
St. James
Assumption
St. Charles
St. Bernard
Cameron
Vermilion
3
Jefferson
Iberia
St. Mary
Lafourche
Plaquemines
Terrebonne

# Exhibit E-2



1996 Court-ordered Plan
1990 Census
Parish
Water Area
0 20 40 60
Miles
01
02
03
04
05
06
07
Claiborne
Union
Morehouse
West Carroll
East Carroll
Bossier
Webster
Caddo
Lincoln
Ouachita
Richland
Madison
Bienville
Jackson
Caldwell
Franklin
Red River
Desoto
Tensas
Winn
Natchitoches
Lasalle
Catahoula
Grant
Sabine
Concordia
Rapides
Vernon
Avoyelles
West Feliciana
East Feliciana
St. Helena
Washington
Evangeline
Pointe Coupee
Beauregard
Allen
St. Landry
Tangipahoa
East Baton Rouge
West Baton Rouge
Livingston
St. Tammany
Calcasieu
Jefferson Davis
Acadia
Lafayette
Iberville
Ascension
St. Martin
St. John The Baptist
Orleans
St. James
Assumption
St. Charles
St. Bernard
Cameron
Vermilion
Iberia
St. Mary
Jefferson
Lafourche
Plaquemines
Terrebonne

# Exhibit F-1



103rd Congress
1990 Census
Parish
Water Area
0 20 40 60
Miles
Claiborne
Union
Morehouse
West Carroll
East Carroll
Bossier
Webster
Caddo
Lincoln
Ouachita
Richland
Madison
Bienville
5
Jackson
Caldwell
Franklin
Desoto
Red River
Tensas
Winn
Natchitoches
4
Lasalle
Catahoula
Sabine
Grant
Concordia
6
Rapides
Vernon
Avoyelles
West Feliciana
East Feliciana
St. Helena
Washington
Evangeline
Pointe Coupee
Beauregard
Allen
St. Landry
Tangipahoa
1
East Baton Rouge
West Baton Rouge
Livingston
St. Tammany
Acadia
Calcasieu
Jefferson Davis
7
Lafayette
Iberville
Ascension
St. Martin
St. John The Baptist
Orleans
2
St. James
Assumption
St. Charles
St. Bernard
Cameron
Vermilion
3
Jefferson
Iberia
St. Mary
Lafourche
Plaquemines
Terrebonne

# Exhibit F-2



104th Congress
1990 Census
Parish
Water Area
0 20 40 60
Miles
1
2
3
4
5
6
7
Caddo
Bossier
Webster
Claiborne
Union
Morehouse
West Carroll
East Carroll
Lincoln
Ouachita
Richland
Madison
Bienville
Jackson
Caldwell
Franklin
Tensas
Desoto
Red River
Winn
Natchitoches
Lasalle
Catahoula
Grant
Sabine
Concordia
Rapides
Vernon
Avoyelles
West Feliciana
East Feliciana
St. Helena
Washington
Evangeline
Pointe Coupee
Beauregard
Allen
St. Landry
Tangipahoa
East Baton Rouge
West Baton Rouge
Livingston
St. Tammany
Acadia
Calcasieu
Jefferson Davis
Iberville
Lafayette
Ascension
St. Martin
St. John The Baptist
Orleans
St. James
Assumption
St. Charles
St. Bernard
Cameron
Vermilion
Jefferson
Iberia
St. Mary
Lafourche
Plaquemines
Terrebonne

# Exhibit G-1

# Population Summary Report
## Louisiana U.S. House -- Illustrative Plan 1

| District | Population | Deviation | AP Black | % AP Black | 18+ Pop | 18 + AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White | % NH SR Black CVAP | % NH White CVAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 755562 | 0 | 122512 | 16.21% | 574538 | 82058 | 14.28% | 41850 | 7.28% | 426565 | 74.24% | 15.09% | 75.39% |
| 2 | 755562 | 0 | 402062 | 53.21% | 576090 | 288462 | 50.07% | 35225 | 6.11% | 234767 | 40.75% | 52.19% | 40.19% |
| 3 | 755561 | -1 | 145042 | 19.20% | 570813 | 98898 | 17.33% | 20593 | 3.61% | 435952 | 76.37% | 17.89% | 76.63% |
| 4 | 755562 | 0 | 181434 | 24.01% | 561432 | 123400 | 21.98% | 15563 | 2.77% | 410214 | 73.07% | 22.13% | 73.15% |
| 5 | 755562 | 0 | 232046 | 30.71% | 569608 | 163781 | 28.75% | 15267 | 2.68% | 377638 | 66.30% | 29.50% | 65.73% |
| 6 | 755563 | 1 | 403789 | 53.44% | 562876 | 284102 | 50.47% | 9593 | 1.70% | 262525 | 46.64% | 51.24% | 46.11% |
| **Total** | **4533372** | | **1486885** | **32.80%** | **3415357** | **1040701** | **30.47%** | **138091** | **4.04%** | **2147661** | **62.88%** | | |

Note: % Citizen Voting Age ("CVAP" )calculated by disaggregating 2013-2017 ACS block group estimates  to 2010 census blocks.

# Exhibit G-2



©2019 CALIPER; ©2018 HERE

# Exhibit G-3

Plan Name:           Illustrative Plan 1
Plan Type:
Administrator:

# Political Subdivisions Split Between Districts

Wednesday July 17, 2019           10:22 AM

Number of subdivisions not split:

Parish           53

Number of subdivisions split into more than one district:

Parish           11

Number of subdivision splits which affect *no* population:

Parish           0

---

### Split Counts

Parish

Cases where a Parish is split among 2 Districts: 11

*Number of times a Parish has been split into more than one district:* 11

*Total of Parish splits:* 22

---

| Parish | District | Population |
|---|---|---|
| *Split Parishes :* | | |
| Ascension | 2 | 26,156 |
| Ascension | 3 | 81,059 |
| East Baton Rouge | 3 | 259,174 |
| East Baton Rouge | 6 | 180,997 |
| Iberia | 1 | 69,272 |
| Iberia | 4 | 3,968 |
| Jefferson | 1 | 250,256 |
| Jefferson | 2 | 182,296 |
| Orleans | 1 | 20,529 |
| Orleans | 2 | 323,300 |
| Ouachita | 5 | 56,141 |
| Ouachita | 6 | 97,579 |
| Rapides | 5 | 74,039 |
| Rapides | 6 | 57,574 |
| St. Martin | 2 | 1,443 |
| St. Martin | 4 | 50,717 |
| St. Mary | 1 | 9,897 |
| St. Mary | 2 | 44,753 |
| St. Tammany | 1 | 138,491 |
| St. Tammany | 3 | 95,249 |
| Vernon | 4 | 32,924 |
| Vernon | 5 | 19,410 |

# Exhibit H-1

## Population Summary Report
### Louisiana Congress -- 2022 Enacted Plan
#### 2020 Census

| District | Population | Deviation | AP Black | % AP Black | 18+ Pop | 18 + AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 776319 | 26 | 115462 | 14.87% | 601744 | 80844 | 13.43% | 65067 | 10.81% | 421595 | 70.06% |
| 2 | 776328 | 35 | 473288 | 60.96% | 600126 | 352103 | 58.67% | 47594 | 7.93% | 178310 | 29.71% |
| 3 | 776297 | 4 | 205546 | 26.48% | 586509 | 144156 | 24.58% | 28197 | 4.81% | 392319 | 66.89% |
| 4 | 776200 | -93 | 277454 | 35.75% | 590852 | 199698 | 33.80% | 24096 | 4.08% | 343350 | 58.11% |
| 5 | 776295 | 2 | 272800 | 35.14% | 597344 | 196691 | 32.93% | 21350 | 3.57% | 360335 | 60.32% |
| 6 | 776318 | 25 | 198569 | 25.58% | 593973 | 142277 | 23.95% | 37358 | 6.29% | 386201 | 65.02% |
| Total | 4657757 | | 1543119 | 33.13% | 3570548 | 1115769 | 31.25% | 223662 | 6.26% | 2082110 | 58.31% |

| District | % NH SR Black CVAP | % NH White CVAP | % July 2021 Black Registered |
|---|---|---|---|
| 1 | 12.38% | 78.22% | 11.38% |
| 2 | 61.89% | 31.34% | 61.52% |
| 3 | 24.53% | 70.86% | 24.03% |
| 4 | 34.14% | 60.88% | 34.31% |
| 5 | 34.34% | 62.50% | 33.23% |
| 6 | 23.25% | 71.14% | 22.65% |

Source for  % Citizen Voting Age (CVAP ) -- 2020 Citizen Voting Age Population by Race and Ethnicity Special Tabulation (U.S. Census Bureau)

   https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html

 -- calculated by disaggregating 2016-2020 ACS block group estimates  to 2020 census blocks

Source for Voter Registration Stats: State of Louisiana via  Redistricting Data Hub

   https://redistrictingdatahub.org/dataset/louisiana-voter-registration-file-at-the-vtd-level/
   https://redistrictingdatahub.org/wp-content/uploads/2021/09/readme_la_voter_reg_official.txt

 -- calculated by disaggregating 2020 VTD data to 2020 census blocks

# Exhibit H-2



# Exhibit H-3



2022 Enacted Plan

Louisiana U.S. House

©2019 CALIPER; ©2018 HERE





**2022 Enacted Plan**

0    7.5    15
Miles

**Louisiana U.S. House**

©2019 CALIPER; ©2018 HERE



**2022 Enacted Plan**

0    20    40
Miles

**Louisiana U.S. House**

©2019 CALIPER; ©2019



**2022 Enacted Plan**

**Louisiana U.S. House**



# Exhibit H-4



# Exhibit H-5



# Exhibit H-6

User:
Plan Name: **Enacted_2022_Plan**
Plan Type:

# Plan Components

| Saturday, April 9, 2022 | | | 10:01 AM |
|---|---|---|---|
| | **Population** | **[18+_Pop]** | **[18+ _AP_Blk]** |
| **District 1** | | | |
| County: Jefferson LA (part) | 1,005 | 820 | 4 |
| **County Jefferson LA Subtotal** | **238,491** | **190,889** | **22,307** |
| County: Lafourche LA (part) | 452 | 373 | 7 |
| **County Lafourche LA Subtotal** | **43,252** | **32,959** | **1,088** |
| County: Orleans LA (part) | 4,501 | 4,398 | 918 |
| **County Orleans LA Subtotal** | **49,479** | **40,805** | **3,409** |
| County: Plaquemines LA | 23,515 | 17,334 | 3,857 |
| County: St. Bernard LA | 43,764 | 31,775 | 7,944 |
| County: St. Tammany LA | 264,570 | 202,228 | 26,761 |
| County: Tangipahoa LA (part) | 1,780 | 1,332 | 125 |
| **County Tangipahoa LA Subtotal** | **45,941** | **35,045** | **5,769** |
| County: Terrebonne LA (part) | 592 | 465 | 10 |
| **County Terrebonne LA Subtotal** | **67,307** | **50,709** | **9,709** |
| **District 1 Total** | **776,319** | **601,744** | **80,844** |
| **District 2** | | | |
| County: Ascension LA (part) | 1,401 | 1,086 | 458 |
| **County Ascension LA Subtotal** | **20,892** | **15,426** | **9,766** |
| County: Assumption LA (part) | 165 | 134 | 24 |
| **County Assumption LA Subtotal** | **6,710** | **5,270** | **2,764** |
| County: East Baton Rouge LA (part) | 3,863 | 3,218 | 1,744 |
| **County East Baton Rouge LA Subtotal** | **95,000** | **71,475** | **64,120** |
| County: Iberville LA (part) | 242 | 182 | 129 |
| **County Iberville LA Subtotal** | **19,999** | **15,760** | **8,181** |
| County: Jefferson LA (part) | 1,325 | 973 | 802 |
| **County Jefferson LA Subtotal** | **202,290** | **153,765** | **69,868** |
| County: Orleans LA (part) | 927 | 831 | 139 |
| **County Orleans LA Subtotal** | **334,518** | **265,391** | **162,659** |
| County: St. Charles LA (part) | 1,102 | 814 | 53 |
| **County St. Charles LA Subtotal** | **31,273** | **23,457** | **6,598** |
| County: St. James LA | 20,192 | 15,505 | 7,297 |
| County: St. John the Baptist LA (part) | 225 | 186 | 16 |
| **County St. John the Baptist LA Subtotal** | **32,678** | **24,826** | **15,831** |
| County: West Baton Rouge LA (part) | 1,471 | 1,102 | 674 |
| **County West Baton Rouge LA Subtotal** | **12,776** | **9,251** | **5,019** |
| **District 2 Total** | **776,328** | **600,126** | **352,103** |
| **District 3** | | | |
| County: Acadia LA | 57,576 | 42,943 | 7,383 |
| County: Calcasieu LA (part) | 752 | 531 | 20 |
| **County Calcasieu LA Subtotal** | **211,632** | **159,315** | **41,416** |

**Maptitude**
For Redistricting

## Plan Components

| | Population | [18+_Pop] | [18+_AP_Blk] |
|---|---|---|---|
| **District 3** | | | |
| County: Cameron LA | 5,617 | 4,358 | 79 |
| County: Iberia LA | 69,929 | 52,791 | 17,069 |
| County: Jefferson Davis LA (part) | 1,125 | 855 | 46 |
| **County Jefferson Davis LA Subtotal** | **31,258** | **23,290** | **3,692** |
| County: Lafayette LA | 241,753 | 183,875 | 45,917 |
| County: St. Martin LA | 51,767 | 39,404 | 11,293 |
| County: St. Mary LA | 49,406 | 37,521 | 11,520 |
| County: Vermilion LA | 57,359 | 43,012 | 5,787 |
| **District 3 Total** | **776,297** | **586,509** | **144,156** |
| **District 4** | | | |
| County: Allen LA | 22,750 | 17,510 | 3,275 |
| County: Beauregard LA | 36,549 | 27,489 | 3,495 |
| County: Bienville LA | 12,981 | 10,073 | 4,284 |
| County: Bossier LA | 128,746 | 95,876 | 22,440 |
| County: Caddo LA | 237,848 | 182,407 | 86,359 |
| County: Calcasieu LA (part) | 710 | 549 | 16 |
| **County Calcasieu LA Subtotal** | **5,153** | **3,851** | **482** |
| County: Claiborne LA | 14,170 | 11,507 | 4,824 |
| County: De Soto LA | 26,812 | 20,440 | 7,425 |
| County: Evangeline LA | 32,350 | 24,408 | 6,483 |
| County: Jefferson Davis LA (part) | 992 | 749 | 314 |
| **County Jefferson Davis LA Subtotal** | **992** | **749** | **314** |
| County: Natchitoches LA | 37,515 | 29,349 | 11,415 |
| County: Rapides LA (part) | 681 | 546 | 104 |
| **County Rapides LA Subtotal** | **1,195** | **958** | **128** |
| County: Red River LA | 7,620 | 5,714 | 2,164 |
| County: Sabine LA | 22,155 | 17,064 | 2,655 |
| County: St. Landry LA | 82,540 | 61,811 | 25,497 |
| County: Union LA | 21,107 | 16,632 | 3,861 |
| County: Vernon LA | 48,750 | 36,261 | 5,133 |
| County: Webster LA | 36,967 | 28,753 | 9,464 |
| **District 4 Total** | **776,200** | **590,852** | **199,698** |
| **District 5** | | | |
| County: Avoyelles LA | 39,693 | 30,578 | 8,311 |
| County: Caldwell LA | 9,645 | 7,478 | 1,224 |
| County: Catahoula LA | 8,906 | 6,951 | 1,736 |
| County: Concordia LA | 18,687 | 14,217 | 5,613 |
| County: East Carroll LA | 7,459 | 5,901 | 4,043 |
| County: East Feliciana LA | 19,539 | 16,183 | 5,918 |
| County: Franklin LA | 19,774 | 15,028 | 4,779 |
| County: Grant LA | 22,169 | 17,527 | 2,717 |
| County: Jackson LA | 15,031 | 11,783 | 3,125 |
| County: LaSalle LA | 14,791 | 11,563 | 1,065 |
| County: Lincoln LA | 48,396 | 38,655 | 15,119 |

## Plan Components

| | Population | [18+_Pop] | [18+_AP_Blk] |
|---|---|---|---|
| **District 5** | | | |
| County: Madison LA | 10,017 | 7,435 | 4,391 |
| County: Morehouse LA | 25,629 | 20,062 | 9,300 |
| County: Ouachita LA | 160,368 | 120,200 | 42,290 |
| County: Pointe Coupee LA | 20,758 | 16,250 | 5,502 |
| County: Rapides LA (part) | 273 | 197 | 57 |
| **County Rapides LA Subtotal** | **128,828** | **97,834** | **30,077** |
| County: Richland LA | 20,043 | 15,383 | 5,546 |
| County: St. Helena LA | 10,920 | 8,463 | 4,371 |
| County: Tangipahoa LA (part) | 692 | 528 | 360 |
| **County Tangipahoa LA Subtotal** | **87,216** | **66,446** | **23,448** |
| County: Tensas LA | 4,147 | 3,235 | 1,728 |
| County: Washington LA | 45,463 | 34,951 | 9,732 |
| County: West Carroll LA | 9,751 | 7,532 | 1,010 |
| County: West Feliciana LA | 15,310 | 12,783 | 2,951 |
| County: Winn LA | 13,755 | 10,906 | 2,695 |
| **District 5 Total** | **776,295** | **597,344** | **196,691** |
| **District 6** | | | |
| County: Ascension LA (part) | 2,051 | 1,513 | 28 |
| **County Ascension LA Subtotal** | **105,608** | **76,531** | **12,373** |
| County: Assumption LA (part) | 1,922 | 1,464 | 39 |
| **County Assumption LA Subtotal** | **14,329** | **11,346** | **1,943** |
| County: East Baton Rouge LA (part) | 2,121 | 1,576 | 969 |
| **County East Baton Rouge LA Subtotal** | **361,781** | **284,137** | **92,670** |
| County: Iberville LA (part) | 891 | 727 | 628 |
| **County Iberville LA Subtotal** | **10,242** | **8,326** | **2,051** |
| County: Lafourche LA (part) | 1,835 | 1,375 | 766 |
| **County Lafourche LA Subtotal** | **54,305** | **41,660** | **9,989** |
| County: Livingston LA | 142,282 | 105,141 | 8,136 |
| County: St. Charles LA (part) | 1,611 | 1,251 | 969 |
| **County St. Charles LA Subtotal** | **21,276** | **16,084** | **3,292** |
| County: St. John the Baptist LA (part) | 2,026 | 1,586 | 517 |
| **County St. John the Baptist LA Subtotal** | **9,799** | **7,677** | **2,606** |
| County: Terrebonne LA (part) | 1,072 | 794 | 13 |
| **County Terrebonne LA Subtotal** | **42,273** | **31,796** | **6,087** |
| County: West Baton Rouge LA (part) | 442 | 368 | 34 |
| **County West Baton Rouge LA Subtotal** | **14,423** | **11,275** | **3,130** |
| **District 6 Total** | **776,318** | **593,973** | **142,277** |
| **State Total** | **4,657,757** | **3,570,548** | **1,115,769** |

# Exhibit H-7

User:
Plan Name: **Enacted_2022_Plan**
Plan Type:

# Political Subdivison Splits Between Districts

Saturday, April 9, 2022                                                                                                    9:52 AM

<u>Split Counts</u>

| Number of subdivisions split into more than one district: | | Number of splits involving no population: | |
|---|---|---|---|
| County | 15 | County | 0 |
| Voting District | | Voting District | 0 |

Number of times a subdivision is split into multiple districts:
County                                           15

| County | Voting District | District | Population |
|---|---|---|---|
| *Split  Counties:* | | | |
| Ascension LA | | 2 | 20,892 |
| Ascension LA | | 6 | 105,608 |
| Assumption LA | | 2 | 6,710 |
| Assumption LA | | 6 | 14,329 |
| Calcasieu LA | | 3 | 211,632 |
| Calcasieu LA | | 4 | 5,153 |
| East Baton Rouge LA | | 2 | 95,000 |
| East Baton Rouge LA | | 6 | 361,781 |
| Iberville LA | | 2 | 19,999 |
| Iberville LA | | 6 | 10,242 |
| Jefferson Davis LA | | 3 | 31,258 |
| Jefferson Davis LA | | 4 | 992 |
| Jefferson LA | | 1 | 238,491 |
| Jefferson LA | | 2 | 202,290 |
| Lafourche LA | | 1 | 43,252 |
| Lafourche LA | | 6 | 54,305 |
| Orleans LA | | 1 | 49,479 |
| Orleans LA | | 2 | 334,518 |
| Rapides LA | | 4 | 1,195 |
| Rapides LA | | 5 | 128,828 |
| St. Charles LA | | 2 | 31,273 |
| St. Charles LA | | 6 | 21,276 |
| St. John the Baptist LA | | 2 | 32,678 |
| St. John the Baptist LA | | 6 | 9,799 |
| Tangipahoa LA | | 1 | 45,941 |
| Tangipahoa LA | | 5 | 87,216 |
| Terrebonne LA | | 1 | 67,307 |
| Terrebonne LA | | 6 | 42,273 |
| West Baton Rouge LA | | 2 | 12,776 |
| West Baton Rouge LA | | 6 | 14,423 |

# Exhibit H-8

User:
Plan Name: **Enacted_2022_Plan**
Plan Type:

# Communities of Interest (Condensed)

Saturday, April 9, 2022                                                                                            9:58 AM

**Whole Census Place : 290**
**Census Place Splits: 32**
**Zero Population Census Place Splits: 2**

| District | Census Place | Population | % Pop | District | Census Place | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 1 | Kenner | 50,906 | 76.61% | | | | |
| 1 | New Orleans | 49,479 | 12.89% | | | | |
| 1 | Hammond | 4,935 | 25.20% | | | | |
| 2 | Kenner | 15,542 | 23.39% | | | | |
| 2 | Port Allen | 3,749 | 75.91% | | | | |
| 2 | Baton Rouge | 79,686 | 35.03% | | | | |
| 2 | Baker | 3,119 | 25.04% | | | | |
| 2 | New Orleans | 334,518 | 87.11% | | | | |
| 2 | White Castle | 1,722 | 100.00% | | | | |
| 2 | Gonzales | 5,972 | 48.83% | | | | |
| 2 | Plaquemine | 5,201 | 82.96% | | | | |
| 2 | Addis | 6,700 | 99.54% | | | | |
| 2 | Brusly | 481 | 18.66% | | | | |
| 3 | Basile | 0 | 0.00% | | | | |
| 3 | Eunice | 302 | 3.21% | | | | |
| 3 | Arnaudville | 39 | 3.87% | | | | |
| 3 | DeQuincy | 1 | 0.03% | | | | |
| 4 | Basile | 1,214 | 100.00% | | | | |
| 4 | Eunice | 9,120 | 96.79% | | | | |
| 4 | Downsville | 96 | 80.00% | | | | |
| 4 | Arnaudville | 970 | 96.13% | | | | |
| 4 | DeQuincy | 3,143 | 99.97% | | | | |
| 5 | Downsville | 24 | 20.00% | | | | |
| 5 | Hammond | 14,649 | 74.80% | | | | |
| 6 | Port Allen | 1,190 | 24.09% | | | | |
| 6 | Baton Rouge | 147,784 | 64.97% | | | | |
| 6 | Baker | 9,336 | 74.96% | | | | |
| 6 | White Castle | 0 | 0.00% | | | | |
| 6 | Gonzales | 6,259 | 51.17% | | | | |
| 6 | Plaquemine | 1,068 | 17.04% | | | | |
| 6 | Addis | 31 | 0.46% | | | | |
| 6 | Brusly | 2,097 | 81.34% | | | | |

# Exhibit H-9

User:
Plan Name: **Enacted_2022_Plan**
Plan Type:

# Communities of Interest (Condensed)

Saturday, April 9, 2022          1:38 PM

**Whole CBSA : 11**
**CBSA Splits: 18**
**Zero Population CBSA Splits: 0**

| District | CBSA | Population | % Pop | District | CBSA | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 1 | Houma-Thibodaux, LA | 110,559 | 53.37% | | | | |
| 1 | Hammond, LA | 45,941 | 34.50% | | | | |
| 1 | New Orleans-Metairie, LA | 619,819 | 48.73% | | | | |
| 2 | Baton Rouge, LA | 155,377 | 17.85% | | | | |
| 2 | New Orleans-Metairie, LA | 620,951 | 48.82% | | | | |
| 3 | Lake Charles, LA | 217,249 | 97.68% | | | | |
| 3 | Jennings, LA | 31,258 | 96.92% | | | | |
| 4 | Lake Charles, LA | 5,153 | 2.32% | | | | |
| 4 | Jennings, LA | 992 | 3.08% | | | | |
| 4 | Alexandria, LA | 1,195 | 0.79% | | | | |
| 4 | Monroe, LA | 21,107 | 10.19% | | | | |
| 5 | Alexandria, LA | 150,997 | 99.21% | | | | |
| 5 | Baton Rouge, LA | 66,527 | 7.64% | | | | |
| 5 | Hammond, LA | 87,216 | 65.50% | | | | |
| 5 | Monroe, LA | 185,997 | 89.81% | | | | |
| 6 | Houma-Thibodaux, LA | 96,578 | 46.63% | | | | |
| 6 | Baton Rouge, LA | 648,665 | 74.51% | | | | |
| 6 | New Orleans-Metairie, LA | 31,075 | 2.44% | | | | |