**Exhibit 1 – Expert Report of William Cooper – Exhibit List**

| EXHIBIT | DESCRIPTION |
| --- | --- |
| A | Summary of Redistricting Work |
| B | Methodology and Sources |
| C–1 | Louisiana 2020 Population by Parish |
| C–2 | Louisiana 2010 Population by Parish |
| C–3 | Louisiana 2000 Population by Parish |
| C–4 | Louisiana 1990 Population by Parish |
| D–1 | Map of Act 10 (2001): Congressional Districts |
| D–2 | Population Summary for 2001 Plan |
| E–1 | Map of 1984 Court–ordered Plan 1980 Census |
| E–2 | Map of 1996 Court–ordered Plan 1990 Census |
| F–1 | Map of 103rd Congressional Plan 1990 Census |
| F–2 | Map of 104th Congressional Plan 1990 Census |
| G–1 | 2010 Population Summary – 2010 Census Illustrative Plan |
| G–2 | 2010 Census Illustrative Plan |
| G–3 | Political Subdivisions Split Between Districts – 2010 Census Illustrative Plan |
| H–1 | Population Summary Report – 2022 Enacted Congressional Plan |
| H–2 | Map of 2022 Enacted Congressional Plan – Statewide |
| H–3 | Map of 2022 Enacted Congressional Plan – Individual Districts |
| H–4 | Map of 2022 Enacted Congressional Plan – New Orleans MSA |
| H–5 | Map of 2022 Enacted Congressional Plan – Baton Rouge MSA |
| H–6 | Parish Population by District – 2022 Enacted Congressional Plan |
| H–7 | Political Subdivisions Split Between Districts – 2022 Enacted Congressional Plan |
| H–8 | Municipal Splits by Districts – 2022 Enacted Congressional Plan |
| H–9 | Regional District Splits CBSA – 2022 Enacted Congressional Plan |
| I–1 | Map of Louisiana 2020 CBSAs |
| I–2 | Map of 2022 State Board of Elementary and Secondary Education Districts (HB3) |
| I–3 | Map of 2022 Public Service Commission Map (HB2) |
| J–1 | Population Summary Report – Illustrative Plan 1 |
| J–2 | Map of Illustrative Plan 1 – Statewide |
| J–3 | Map of Illustrative Plan 1 – Individual Districts |
| J–4 | Map of Illustrative Plan 1 – New Orleans MSA |
| J–5 | Map of Illustrative Plan 1 – Baton Rouge MSA |
| J–6 | Parish Population by District – Illustrative Plan 1 |
| J–7 | Political Subdivisions Split Between Districts – Illustrative Plan 1 |
| J–8 | Municipal Splits by Districts – Illustrative Plan 1 |
| J–9 | Regional District Splits CBSA – Illustrative Plan 1 |
| K–1 | Population Summary Report – Illustrative Plan 2 |
| K–2 | Map of Illustrative Plan 2 – Statewide |
| K–3 | Map of Illustrative Plan 2 – Individual Districts |
| K–4 | Map of Illustrative Plan 2 – New Orleans MSA |

| EXHIBIT | DESCRIPTION |
|---|---|
| K–5 | Map of Illustrative Plan 2 – Baton Rouge MSA |
| K–6 | Parish Population by District – Illustrative Plan 2 |
| K–7 | Political Subdivisions Split Between Districts – Illustrative Plan 2 |
| K–8 | Municipal Splits by Districts – Illustrative Plan 2 |
| K–9 | Regional District Splits CBSA – Illustrative Plan 2 |
| L–1 | Population Summary Report – Illustrative Plan 2 |
| L–2 | Map of Illustrative Plan 3 – Statewide |
| L–3 | Map of Illustrative Plan 3 – Individual Districts |
| L–4 | Map of Illustrative Plan 3 – New Orleans MSA |
| L–5 | Map of Illustrative Plan 3 – Baton Rouge MSA |
| L–6 | Parish Population by District – Illustrative Plan 3 |
| L–7 | Political Subdivisions Split Between Districts – Illustrative Plan 3 |
| L–8 | Municipal Splits by Districts – Illustrative Plan 3 |
| L–9 | Regional District Splits CBSA – Illustrative Plan 3 |
| M–1 | Illustrative Plan 1 Compactness Report |
| M–2 | Illustrative Plan 2 Compactness Report |
| M–3 | Illustrative Plan 3 Compactness Report |
| M–4 | Enacted Plan Compactness Report |
| N–1 | 2019 ACS Charts |
| N–2 | 2019 ACS Statistics |
| O | 2019 ACS Charts – Baton Rouge MSA |
| P | 2019 ACS Charts – New Orleans MSA |

# Exhibit I-1



U.S. Census Bureau, Population Division

# Exhibit I-2

# HB3 Enrolled - 2022 - Statewide



# Exhibit I-3

# HB2 Enrolled - 2022 - PSC - Statewide



# Exhibit J-1

**Population Summary Report**
**Louisiana Congress -- Illustrative Plan 1**
**2020 Census**

| District | Population | Deviation | AP Black | % AP Black | 18+ Pop | 18 + AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 776292 | -1 | 155355 | 20.01% | 599826 | 109041 | 18.18% | 60271 | 10.05% | 396685 | 66.13% |
| 2 | 776293 | 0 | 406680 | 52.39% | 603092 | 302513 | 50.16% | 51759 | 8.58% | 225537 | 37.40% |
| 3 | 776293 | 0 | 165787 | 21.36% | 586519 | 115841 | 19.75% | 30658 | 5.23% | 415185 | 70.79% |
| 4 | 776293 | 0 | 261185 | 33.65% | 596695 | 189880 | 31.82% | 24639 | 4.13% | 357357 | 59.89% |
| 5 | 776293 | 0 | 409265 | 52.72% | 592316 | 296402 | 50.04% | 20168 | 3.40% | 260464 | 43.97% |
| 6 | 776293 | 0 | 144847 | 18.66% | 592100 | 102092 | 17.24% | 36167 | 6.11% | 426882 | 72.10% |
| **Total** | **4657757** | | **1543119** | **33.13%** | **3570548** | **1115769** | **31.25%** | **223662** | **6.26%** | **2082110** | **58.31%** |

| District | % NH SR Black CVAP | % NH White CVAP | % July 2021 Black Registered |
|---|---|---|---|
| 1 | 16.93% | 73.88% | 16.88% |
| 2 | 53.35% | 39.31% | 52.33% |
| 3 | 19.69% | 74.91% | 18.72% |
| 4 | 32.93% | 62.58% | 31.28% |
| 5 | 50.94% | 46.19% | 51.84% |
| 6 | 17.04% | 77.84% | 15.40% |

Source for  % Citizen Voting Age (CVAP ) -- 2020 Citizen Voting Age Population by Race and Ethnicity Special Tabulation (U.S. Census Bureau)
   https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html

 -- calculated by disaggregating 2016-2020 ACS block group estimates  to 2020 census blocks

Source for Voter Registration Stats: State of Louisiana via  Redistricting Data Hub

   https://redistrictingdatahub.org/dataset/louisiana-voter-registration-file-at-the-vtd-level/
   https://redistrictingdatahub.org/wp-content/uploads/2021/09/readme_la_voter_reg_official.txt

 -- calculated by disaggregating 2020 VTD data to 2020 census blocks

# Exhibit J-2



**Illustrative Plan 1**

0    30    60
Miles

**Louisiana U.S. House**

©2019 CALIPER; ©2018 HERE

# Exhibit J-3



Illustrative Plan 1

Louisiana U.S. House

©2019 CALIPER; ©2018 HERE





Illustrative Plan 1

Louisiana U.S. House

©2019 CALIPER; ©2018 HERE







# Exhibit J-4



Illustrative Plan 1

CBSA

0    10    20
Miles

Louisiana U.S. House

©2019 CALIPER; ©2018 HERE

# Exhibit J-5



# Exhibit J-6

User:
Plan Name: **Illustrative_1**
Plan Type:

# Plan Components

| | Population | [18+_Pop] | [18+_AP_Blk] |
|---|---|---|---|
| **District 01** | | | |
| County: Assumption LA | 21,039 | 16,616 | 4,707 |
| County: Iberia LA (part) | 37,106 | 27,871 | 10,180 |
| **Subtotal** | **37,106** | **27,871** | **10,180** |
| **County Iberia LA Subtotal** | **37,106** | **27,871** | **10,180** |
| County: Jefferson LA (part) | 236,658 | 189,226 | 22,374 |
| **Subtotal** | **236,658** | **189,226** | **22,374** |
| **County Jefferson LA Subtotal** | **236,658** | **189,226** | **22,374** |
| County: Lafourche LA | 97,557 | 74,619 | 11,077 |
| County: Orleans LA (part) | 33,047 | 26,383 | 1,891 |
| **County Orleans LA Subtotal** | **33,047** | **26,383** | **1,891** |
| County: Plaquemines LA | 23,515 | 17,334 | 3,857 |
| County: St. Bernard LA | 43,764 | 31,775 | 7,944 |
| County: St. Martin LA | 51,767 | 39,404 | 11,293 |
| County: St. Tammany LA (part) | 122,259 | 94,093 | 19,922 |
| **Subtotal** | **122,259** | **94,093** | **19,922** |
| **County St. Tammany LA Subtotal** | **122,259** | **94,093** | **19,922** |
| County: Terrebonne LA | 109,580 | 82,505 | 15,796 |
| **District 01 Total** | **776,292** | **599,826** | **109,041** |
| **District 02** | | | |
| County: Ascension LA (part) | 48,562 | 35,690 | 14,530 |
| **Subtotal** | **48,562** | **35,690** | **14,530** |
| **County Ascension LA Subtotal** | **48,562** | **35,690** | **14,530** |
| County: Iberville LA | 30,241 | 24,086 | 10,232 |
| County: Jefferson LA (part) | 204,123 | 155,428 | 69,801 |
| **Subtotal** | **204,123** | **155,428** | **69,801** |
| **County Jefferson LA Subtotal** | **204,123** | **155,428** | **69,801** |
| County: Orleans LA (part) | 350,950 | 279,813 | 164,177 |
| **County Orleans LA Subtotal** | **350,950** | **279,813** | **164,177** |
| County: St. Charles LA | 52,549 | 39,541 | 9,890 |
| County: St. James LA | 20,192 | 15,505 | 7,297 |
| County: St. John the Baptist LA | 42,477 | 32,503 | 18,437 |
| County: West Baton Rouge LA | 27,199 | 20,526 | 8,149 |
| **District 02 Total** | **776,293** | **603,092** | **302,513** |
| **District 03** | | | |
| County: Acadia LA | 57,576 | 42,943 | 7,383 |
| County: Allen LA | 22,750 | 17,510 | 3,275 |
| County: Beauregard LA | 36,549 | 27,489 | 3,495 |
| County: Calcasieu LA | 216,785 | 163,166 | 41,898 |
| County: Cameron LA | 5,617 | 4,358 | 79 |

## Plan Components

| | Population | [18+_Pop] | [18+_AP_Blk] |
|---|---|---|---|
| **District 03** | | | |
| County: Evangeline LA | 32,350 | 24,408 | 6,483 |
| County: Iberia LA (part) | 32,823 | 24,920 | 6,889 |
| **Subtotal** | **32,823** | **24,920** | **6,889** |
| **County Iberia LA Subtotal** | **32,823** | **24,920** | **6,889** |
| County: Jefferson Davis LA | 32,250 | 24,039 | 4,006 |
| County: Lafayette LA (part) | 176,829 | 135,023 | 19,534 |
| **Subtotal** | **176,829** | **135,023** | **19,534** |
| **County Lafayette LA Subtotal** | **176,829** | **135,023** | **19,534** |
| County: Sabine LA (part) | 7,249 | 5,869 | 359 |
| **Subtotal** | **7,249** | **5,869** | **359** |
| **County Sabine LA Subtotal** | **7,249** | **5,869** | **359** |
| County: St. Mary LA | 49,406 | 37,521 | 11,520 |
| County: Vermilion LA | 57,359 | 43,012 | 5,787 |
| County: Vernon LA | 48,750 | 36,261 | 5,133 |
| **District 03 Total** | **776,293** | **586,519** | **115,841** |
| **District 04** | | | |
| County: Bienville LA | 12,981 | 10,073 | 4,284 |
| County: Bossier LA | 128,746 | 95,876 | 22,440 |
| County: Caddo LA | 237,848 | 182,407 | 86,359 |
| County: Caldwell LA | 9,645 | 7,478 | 1,224 |
| County: Claiborne LA | 14,170 | 11,507 | 4,824 |
| County: De Soto LA | 26,812 | 20,440 | 7,425 |
| County: Grant LA | 22,169 | 17,527 | 2,717 |
| County: Jackson LA | 15,031 | 11,783 | 3,125 |
| County: LaSalle LA | 14,791 | 11,563 | 1,065 |
| County: Lincoln LA | 48,396 | 38,655 | 15,119 |
| County: Natchitoches LA | 37,515 | 29,349 | 11,415 |
| County: Ouachita LA (part) | 65,317 | 49,519 | 4,212 |
| **Subtotal** | **65,317** | **49,519** | **4,212** |
| **County Ouachita LA Subtotal** | **65,317** | **49,519** | **4,212** |
| County: Rapides LA (part) | 48,517 | 37,318 | 5,191 |
| **Subtotal** | **48,517** | **37,318** | **5,191** |
| **County Rapides LA Subtotal** | **48,517** | **37,318** | **5,191** |
| County: Red River LA | 7,620 | 5,714 | 2,164 |
| County: Sabine LA (part) | 14,906 | 11,195 | 2,296 |
| **Subtotal** | **14,906** | **11,195** | **2,296** |
| **County Sabine LA Subtotal** | **14,906** | **11,195** | **2,296** |
| County: Union LA | 21,107 | 16,632 | 3,861 |
| County: Webster LA | 36,967 | 28,753 | 9,464 |
| County: Winn LA | 13,755 | 10,906 | 2,695 |
| **District 04 Total** | **776,293** | **596,695** | **189,880** |
| **District 05** | | | |
| County: Avoyelles LA | 39,693 | 30,578 | 8,311 |
| County: Catahoula LA | 8,906 | 6,951 | 1,736 |

## Plan Components

| | Population | [18+_Pop] | [18+_AP_Blk] |
|---|---|---|---|
| **District 05** | | | |
| County: Concordia LA | 18,687 | 14,217 | 5,613 |
| County: East Baton Rouge LA (part) | 221,639 | 169,497 | 116,231 |
| **Subtotal** | **221,639** | **169,497** | **116,231** |
| **County East Baton Rouge LA Subtotal** | **221,639** | **169,497** | **116,231** |
| County: East Carroll LA | 7,459 | 5,901 | 4,043 |
| County: East Feliciana LA | 19,539 | 16,183 | 5,918 |
| County: Franklin LA | 19,774 | 15,028 | 4,779 |
| County: Lafayette LA (part) | 64,924 | 48,852 | 26,383 |
| **Subtotal** | **64,924** | **48,852** | **26,383** |
| **County Lafayette LA Subtotal** | **64,924** | **48,852** | **26,383** |
| County: Madison LA | 10,017 | 7,435 | 4,391 |
| County: Morehouse LA | 25,629 | 20,062 | 9,300 |
| County: Ouachita LA (part) | 95,051 | 70,681 | 38,078 |
| **Subtotal** | **95,051** | **70,681** | **38,078** |
| **County Ouachita LA Subtotal** | **95,051** | **70,681** | **38,078** |
| County: Pointe Coupee LA | 20,758 | 16,250 | 5,502 |
| County: Rapides LA (part) | 81,506 | 61,474 | 25,014 |
| **Subtotal** | **81,506** | **61,474** | **25,014** |
| **County Rapides LA Subtotal** | **81,506** | **61,474** | **25,014** |
| County: Richland LA | 20,043 | 15,383 | 5,546 |
| County: St. Helena LA | 10,920 | 8,463 | 4,371 |
| County: St. Landry LA | 82,540 | 61,811 | 25,497 |
| County: Tensas LA | 4,147 | 3,235 | 1,728 |
| County: West Carroll LA | 9,751 | 7,532 | 1,010 |
| County: West Feliciana LA | 15,310 | 12,783 | 2,951 |
| **District 05 Total** | **776,293** | **592,316** | **296,402** |
| **District 06** | | | |
| County: Ascension LA (part) | 77,938 | 56,267 | 7,609 |
| **Subtotal** | **77,938** | **56,267** | **7,609** |
| **County Ascension LA Subtotal** | **77,938** | **56,267** | **7,609** |
| County: East Baton Rouge LA (part) | 235,142 | 186,115 | 40,559 |
| **Subtotal** | **235,142** | **186,115** | **40,559** |
| **County East Baton Rouge LA Subtotal** | **235,142** | **186,115** | **40,559** |
| County: Livingston LA | 142,282 | 105,141 | 8,136 |
| County: St. Tammany LA (part) | 142,311 | 108,135 | 6,839 |
| **Subtotal** | **142,311** | **108,135** | **6,839** |
| **County St. Tammany LA Subtotal** | **142,311** | **108,135** | **6,839** |
| County: Tangipahoa LA | 133,157 | 101,491 | 29,217 |
| County: Washington LA | 45,463 | 34,951 | 9,732 |
| **District 06 Total** | **776,293** | **592,100** | **102,092** |
| **State Totals** | **4,657,757** | **3,570,548** | **1,115,769** |

# Exhibit J-7

User:
Plan Name: **Illustrative_1**
Plan Type:

# Political Subdivison Splits Between Districts

Thursday, April 7, 2022                                                    1:41 PM

## Split Counts

| | | | |
|---|---|---|---|
| Number of subdivisions split into more than one district: | | Number of splits involving no population: | |
| County | 10 | County | 0 |
| Voting District | 13 | Voting District | 0 |

Number of times a subdivision is split into multiple districts:

| | |
|---|---|
| County | 10 |
| Voting District | 13 |

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Ascension LA | | 02 | 48,562 |
| Ascension LA | | 06 | 77,938 |
| East Baton Rouge LA | | 05 | 221,639 |
| East Baton Rouge LA | | 06 | 235,142 |
| Iberia LA | | 01 | 37,106 |
| Iberia LA | | 03 | 32,823 |
| Jefferson LA | | 01 | 236,658 |
| Jefferson LA | | 02 | 204,123 |
| Lafayette LA | | 03 | 176,829 |
| Lafayette LA | | 05 | 64,924 |
| Orleans LA | | 01 | 33,047 |
| Orleans LA | | 02 | 350,950 |
| Ouachita LA | | 04 | 65,317 |
| Ouachita LA | | 05 | 95,051 |
| Rapides LA | | 04 | 48,517 |
| Rapides LA | | 05 | 81,506 |
| Sabine LA | | 03 | 7,249 |
| Sabine LA | | 04 | 14,906 |
| St. Tammany LA | | 01 | 122,259 |
| St. Tammany LA | | 06 | 142,311 |
| *Split VTDs:* | | | |
| Ascension LA | 27 | 02 | 11 |
| Ascension LA | 27 | 06 | 2,040 |
| East Baton Rouge LA | 1-67 | 05 | 742 |
| East Baton Rouge LA | 1-67 | 06 | 8 |
| East Baton Rouge LA | 2-7 | 05 | 13 |
| East Baton Rouge LA | 2-7 | 06 | 2,428 |
| East Baton Rouge LA | 3-12 | 05 | 2,837 |
| East Baton Rouge LA | 3-12 | 06 | 562 |
| Iberia LA | 6-3 | 01 | 1,213 |
| Iberia LA | 6-3 | 03 | 716 |
| Jefferson LA | 131 | 01 | 295 |
| Jefferson LA | 131 | 02 | 424 |

## Political Subdivison Splits Between Districts

| County | Voting District | District | Population |
|---|---|---|---|
| Lafayette LA | 9 | 03 | 46 |
| Lafayette LA | 9 | 05 | 2,318 |
| Ouachita LA | 34 | 04 | 131 |
| Ouachita LA | 34 | 05 | 649 |
| Rapides LA | C22 | 04 | 456 |
| Rapides LA | C22 | 05 | 16 |
| Rapides LA | N19 | 04 | 2,897 |
| Rapides LA | N19 | 05 | 4 |
| Rapides LA | S19 | 04 | 251 |
| Rapides LA | S19 | 05 | 158 |
| Sabine LA | 6-4 | 03 | 120 |
| Sabine LA | 6-4 | 04 | 71 |
| St. Tammany LA | M04 | 01 | 704 |
| St. Tammany LA | M04 | 06 | 503 |

# Exhibit J-8

User:

Plan Name: **Illustrative_1**

Plan Type:

# Communities of Interest (Condensed)

Thursday, April 7, 2022                                                                                        1:45 PM

**Whole Census Place : 293**
**Census Place Splits: 26**
**Zero Population Census Place Splits: 2**

| District | Census Place | Population | % Pop | District | Census Place | Population | % Pop |
|----------|--------------|-----------|-------|----------|--------------|-----------|-------|
| 01 | Broussard | 190 | 1.42% | | | | |
| 01 | New Iberia | 27,435 | 96.08% | | | | |
| 01 | Arnaudville | 39 | 3.87% | | | | |
| 01 | Morgan City | 0 | 0.00% | | | | |
| 01 | Kenner | 56,858 | 85.57% | | | | |
| 01 | New Orleans | 33,047 | 8.61% | | | | |
| 01 | Mandeville | 5,043 | 38.23% | | | | |
| 02 | Kenner | 9,590 | 14.43% | | | | |
| 02 | New Orleans | 350,950 | 91.39% | | | | |
| 03 | Eunice | 302 | 3.21% | | | | |
| 03 | Lafayette | 84,954 | 69.99% | | | | |
| 03 | Broussard | 13,227 | 98.58% | | | | |
| 03 | New Iberia | 1,120 | 3.92% | | | | |
| 03 | Morgan City | 11,472 | 100.00% | | | | |
| 04 | Alexandria | 16,205 | 35.79% | | | | |
| 04 | Ball | 0 | 0.00% | | | | |
| 04 | West Monroe | 8,395 | 64.07% | | | | |
| 05 | Eunice | 9,120 | 96.79% | | | | |
| 05 | Lafayette | 36,420 | 30.01% | | | | |
| 05 | Arnaudville | 970 | 96.13% | | | | |
| 05 | Alexandria | 29,070 | 64.21% | | | | |
| 05 | Ball | 3,961 | 100.00% | | | | |
| 05 | Baton Rouge | 143,972 | 63.29% | | | | |
| 05 | West Monroe | 4,708 | 35.93% | | | | |
| 06 | Baton Rouge | 83,498 | 36.71% | | | | |
| 06 | Mandeville | 8,149 | 61.77% | | | | |

# Exhibit J-9

User:
Plan Name: **Illustrative_1**
Plan Type:

# Communities of Interest (Condensed)

Thursday, April 7, 2022                                                                                        4:43 PM

**Whole CBSA : 14**
**CBSA Splits: 14**
**Zero Population CBSA Splits: 0**

| District | CBSA | Population | % Pop | District | CBSA | Population | % Pop |
|----------|------|-----------|-------|----------|------|-----------|-------|
| 01 | Lafayette, LA | 88,873 | 18.58% | | | | |
| 01 | Baton Rouge, LA | 21,039 | 2.42% | | | | |
| 01 | New Orleans-Metairie, LA | 459,243 | 36.11% | | | | |
| 02 | Baton Rouge, LA | 106,002 | 12.18% | | | | |
| 02 | New Orleans-Metairie, LA | 670,291 | 52.70% | | | | |
| 03 | Lafayette, LA | 324,587 | 67.85% | | | | |
| 04 | Alexandria, LA | 70,686 | 46.45% | | | | |
| 04 | Monroe, LA | 86,424 | 41.73% | | | | |
| 05 | Alexandria, LA | 81,506 | 53.55% | | | | |
| 05 | Lafayette, LA | 64,924 | 13.57% | | | | |
| 05 | Baton Rouge, LA | 288,166 | 33.10% | | | | |
| 05 | Monroe, LA | 120,680 | 58.27% | | | | |
| 06 | Baton Rouge, LA | 455,362 | 52.31% | | | | |
| 06 | New Orleans-Metairie, LA | 142,311 | 11.19% | | | | |

# Exhibit K-1

**Population Summary Report**
**Louisiana Congress -- Illustrative Plan 2**
**2020 Census**

| District | Population | Deviation | AP Black | % AP Black | 18+ Pop | 18 + AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 776293 | 0 | 140334 | 18.08% | 598980 | 98862 | 16.51% | 65326 | 10.91% | 399732 | 66.74% |
| 2 | 776293 | 0 | 412581 | 53.15% | 606036 | 306982 | 50.65% | 46785 | 7.72% | 229831 | 37.92% |
| 3 | 776293 | 0 | 181209 | 23.34% | 585553 | 126424 | 21.59% | 29617 | 5.06% | 406600 | 69.44% |
| 4 | 776293 | 0 | 236618 | 30.48% | 592745 | 169811 | 28.65% | 25859 | 4.36% | 369521 | 62.34% |
| 5 | 776293 | 0 | 408130 | 52.57% | 593183 | 296852 | 50.04% | 20163 | 3.40% | 261385 | 44.06% |
| 6 | 776292 | -1 | 164247 | 21.16% | 594051 | 116838 | 19.67% | 35912 | 6.05% | 415041 | 69.87% |
| **Total** | **4657757** | | **1543119** | **33.13%** | **3570548** | **1115769** | **31.25%** | **223662** | **6.26%** | **2082110** | **58.31%** |

| District | % NH SR Black CVAP | % NH White CVAP | % July 2021 Black Registered |
|---|---|---|---|
| 1 | 15.37% | 74.79% | 14.83% |
| 2 | 53.66% | 39.53% | 52.72% |
| 3 | 21.39% | 73.84% | 20.70% |
| 4 | 29.29% | 65.43% | 28.18% |
| 5 | 51.26% | 45.92% | 51.53% |
| 6 | 19.26% | 75.79% | 18.12% |

Source for  % Citizen Voting Age (CVAP ) -- 2020 Citizen Voting Age Population by Race and Ethnicity Special Tabulation (U.S. Census Bureau)
   https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html

 -- calculated by disaggregating 2016-2020 ACS block group estimates  to 2020 census blocks

Source for Voter Registration Stats: State of Louisiana via  Redistricting Data Hub

   https://redistrictingdatahub.org/dataset/louisiana-voter-registration-file-at-the-vtd-level/
   https://redistrictingdatahub.org/wp-content/uploads/2021/09/readme_la_voter_reg_official.txt

 -- calculated by disaggregating 2020 VTD data to 2020 census blocks

# Exhibit K-2



Illustrative Plan 2

Miles

Louisiana U.S. House

©2019 CALIPER; ©2018 HERE

# Exhibit K-3







**Illustrative Plan 2**

0    7.5    15
Miles

**Louisiana U.S. House**

©2019 CALIPER; ©2018 HERE



**Illustrative Plan 2**

0    15    30
Miles

**Louisiana U.S. House**

©2019 CALIPER; ©2018 HERE



Illustrative Plan 2

Louisiana U.S. House



# Exhibit K-4



Louisiana U.S. House

Illustrative Plan 2
CBSA

0   10   20
Miles

©2019 CALIPER; ©2018 HERE

# Exhibit K-5



# Exhibit K-6

User:
Plan Name: **Illustrative_2**
Plan Type:

# Plan Components

| | Population | [18+_Pop] | [18+_AP_Blk] |
|---|---|---|---|
| **District 1** | | | |
| County: Jefferson LA (part) | 264,196 | 210,305 | 32,028 |
| **County Jefferson LA Subtotal** | **264,196** | **210,305** | **32,028** |
| County: Lafourche LA | 97,557 | 74,619 | 11,077 |
| County: Orleans LA (part) | 28,740 | 22,614 | 1,397 |
| **Subtotal** | **28,740** | **22,614** | **1,397** |
| **County Orleans LA Subtotal** | **28,740** | **22,614** | **1,397** |
| County: Plaquemines LA | 23,515 | 17,334 | 3,857 |
| County: St. Bernard LA | 43,764 | 31,775 | 7,944 |
| County: St. Charles LA (part) | 25,156 | 19,082 | 4,621 |
| **County St. Charles LA Subtotal** | **25,156** | **19,082** | **4,621** |
| County: St. Mary LA (part) | 559 | 420 | 215 |
| **Subtotal** | **559** | **420** | **215** |
| **County St. Mary LA Subtotal** | **559** | **420** | **215** |
| County: St. Tammany LA (part) | 183,226 | 140,326 | 21,927 |
| **Subtotal** | **183,226** | **140,326** | **21,927** |
| **County St. Tammany LA Subtotal** | **183,226** | **140,326** | **21,927** |
| County: Terrebonne LA | 109,580 | 82,505 | 15,796 |
| **District 1 Total** | **776,293** | **598,980** | **98,862** |
| **District 2** | | | |
| County: Ascension LA (part) | 9,737 | 7,283 | 4,890 |
| **County Ascension LA Subtotal** | **9,737** | **7,283** | **4,890** |
| County: Assumption LA | 21,039 | 16,616 | 4,707 |
| County: Iberville LA | 30,241 | 24,086 | 10,232 |
| County: Jefferson LA (part) | 176,585 | 134,349 | 60,147 |
| **County Jefferson LA Subtotal** | **176,585** | **134,349** | **60,147** |
| County: Lafayette LA (part) | 41,605 | 32,249 | 20,039 |
| **Subtotal** | **41,605** | **32,249** | **20,039** |
| **County Lafayette LA Subtotal** | **41,605** | **32,249** | **20,039** |
| County: Orleans LA (part) | 355,257 | 283,582 | 164,671 |
| **Subtotal** | **355,257** | **283,582** | **164,671** |
| **County Orleans LA Subtotal** | **355,257** | **283,582** | **164,671** |
| County: St. Charles LA (part) | 27,393 | 20,459 | 5,269 |
| **County St. Charles LA Subtotal** | **27,393** | **20,459** | **5,269** |
| County: St. James LA | 20,192 | 15,505 | 7,297 |
| County: St. John the Baptist LA | 42,477 | 32,503 | 18,437 |
| County: St. Martin LA | 51,767 | 39,404 | 11,293 |
| **District 2 Total** | **776,293** | **606,036** | **306,982** |
| **District 3** | | | |
| County: Acadia LA | 57,576 | 42,943 | 7,383 |

## Plan Components

| | Population | [18+_Pop] | [18+_AP_Blk] |
|---|---|---|---|
| **District 3** | | | |
| County: Allen LA | 22,750 | 17,510 | 3,275 |
| County: Beauregard LA (part) | 32,682 | 24,599 | 3,261 |
| **Subtotal** | **32,682** | **24,599** | **3,261** |
| **County Beauregard LA Subtotal** | **32,682** | **24,599** | **3,261** |
| County: Calcasieu LA | 216,785 | 163,166 | 41,898 |
| County: Cameron LA | 5,617 | 4,358 | 79 |
| County: Evangeline LA | 32,350 | 24,408 | 6,483 |
| County: Iberia LA | 69,929 | 52,791 | 17,069 |
| County: Jefferson Davis LA | 32,250 | 24,039 | 4,006 |
| County: Lafayette LA (part) | 200,148 | 151,626 | 25,878 |
| **Subtotal** | **200,148** | **151,626** | **25,878** |
| **County Lafayette LA Subtotal** | **200,148** | **151,626** | **25,878** |
| County: St. Mary LA (part) | 48,847 | 37,101 | 11,305 |
| **Subtotal** | **48,847** | **37,101** | **11,305** |
| **County St. Mary LA Subtotal** | **48,847** | **37,101** | **11,305** |
| County: Vermilion LA | 57,359 | 43,012 | 5,787 |
| **District 3 Total** | **776,293** | **585,553** | **126,424** |
| **District 4** | | | |
| County: Beauregard LA (part) | 3,867 | 2,890 | 234 |
| **Subtotal** | **3,867** | **2,890** | **234** |
| **County Beauregard LA Subtotal** | **3,867** | **2,890** | **234** |
| County: Bossier LA | 128,746 | 95,876 | 22,440 |
| County: Caddo LA | 237,848 | 182,407 | 86,359 |
| County: Caldwell LA | 9,645 | 7,478 | 1,224 |
| County: De Soto LA | 26,812 | 20,440 | 7,425 |
| County: Grant LA | 22,169 | 17,527 | 2,717 |
| County: Jackson LA | 15,031 | 11,783 | 3,125 |
| County: LaSalle LA | 14,791 | 11,563 | 1,065 |
| County: Natchitoches LA | 37,515 | 29,349 | 11,415 |
| County: Ouachita LA (part) | 72,964 | 55,388 | 4,704 |
| **County Ouachita LA Subtotal** | **72,964** | **55,388** | **4,704** |
| County: Rapides LA (part) | 77,658 | 59,346 | 6,992 |
| **Subtotal** | **77,658** | **59,346** | **6,992** |
| **County Rapides LA Subtotal** | **77,658** | **59,346** | **6,992** |
| County: Red River LA | 7,620 | 5,714 | 2,164 |
| County: Sabine LA | 22,155 | 17,064 | 2,655 |
| County: Vernon LA | 48,750 | 36,261 | 5,133 |
| County: Webster LA | 36,967 | 28,753 | 9,464 |
| County: Winn LA | 13,755 | 10,906 | 2,695 |
| **District 4 Total** | **776,293** | **592,745** | **169,811** |
| **District 5** | | | |
| County: Avoyelles LA | 39,693 | 30,578 | 8,311 |
| County: Bienville LA | 12,981 | 10,073 | 4,284 |
| County: Catahoula LA | 8,906 | 6,951 | 1,736 |

## Plan Components

| | Population | [18+_Pop] | [18+_AP_Blk] |
|---|---|---|---|
| **District 5** | | | |
| County: Claiborne LA | 14,170 | 11,507 | 4,824 |
| County: Concordia LA | 18,687 | 14,217 | 5,613 |
| County: East Baton Rouge LA (part) | 210,418 | 158,183 | 113,491 |
| **Subtotal** | **210,418** | **158,183** | **113,491** |
| **County East Baton Rouge LA Subtotal** | **210,418** | **158,183** | **113,491** |
| County: East Carroll LA | 7,459 | 5,901 | 4,043 |
| County: East Feliciana LA | 19,539 | 16,183 | 5,918 |
| County: Franklin LA | 19,774 | 15,028 | 4,779 |
| County: Lincoln LA | 48,396 | 38,655 | 15,119 |
| County: Madison LA | 10,017 | 7,435 | 4,391 |
| County: Morehouse LA | 25,629 | 20,062 | 9,300 |
| County: Ouachita LA (part) | 87,404 | 64,812 | 37,586 |
| **County Ouachita LA Subtotal** | **87,404** | **64,812** | **37,586** |
| County: Pointe Coupee LA | 20,758 | 16,250 | 5,502 |
| County: Rapides LA (part) | 52,365 | 39,446 | 23,213 |
| **Subtotal** | **52,365** | **39,446** | **23,213** |
| **County Rapides LA Subtotal** | **52,365** | **39,446** | **23,213** |
| County: Richland LA | 20,043 | 15,383 | 5,546 |
| County: St. Landry LA | 82,540 | 61,811 | 25,497 |
| County: Tensas LA | 4,147 | 3,235 | 1,728 |
| County: Union LA | 21,107 | 16,632 | 3,861 |
| County: West Baton Rouge LA | 27,199 | 20,526 | 8,149 |
| County: West Carroll LA | 9,751 | 7,532 | 1,010 |
| County: West Feliciana LA | 15,310 | 12,783 | 2,951 |
| **District 5 Total** | **776,293** | **593,183** | **296,852** |
| **District 6** | | | |
| County: Ascension LA (part) | 116,763 | 84,674 | 17,249 |
| **County Ascension LA Subtotal** | **116,763** | **84,674** | **17,249** |
| County: East Baton Rouge LA (part) | 246,363 | 197,429 | 43,299 |
| **Subtotal** | **246,363** | **197,429** | **43,299** |
| **County East Baton Rouge LA Subtotal** | **246,363** | **197,429** | **43,299** |
| County: Livingston LA | 142,282 | 105,141 | 8,136 |
| County: St. Helena LA | 10,920 | 8,463 | 4,371 |
| County: St. Tammany LA (part) | 81,344 | 61,902 | 4,834 |
| **Subtotal** | **81,344** | **61,902** | **4,834** |
| **County St. Tammany LA Subtotal** | **81,344** | **61,902** | **4,834** |
| County: Tangipahoa LA | 133,157 | 101,491 | 29,217 |
| County: Washington LA | 45,463 | 34,951 | 9,732 |
| **District 6 Total** | **776,292** | **594,051** | **116,838** |
| **State Totals** | **4,657,757** | **3,570,548** | **1,115,769** |

# Exhibit K-7

User:
Plan Name: **Illustrative_2**
Plan Type:

# Political Subdivison Splits Between Districts

Thursday, April 7, 2022                                                                                        2:20 PM

### Split Counts

| Number of subdivisions split into more than one district: | | Number of splits involving no population: | |
|---|---|---|---|
| County | 11 | County | 0 |
| Voting District | 10 | Voting District | 3 |

Number of times a subdivision is split into multiple districts:

| | |
|---|---|
| County | 11 |
| Voting District | 10 |

| County | Voting District | District | Population |
|---|---|---|---|
| *Split  Counties:* | | | |
| Ascension LA | | 2 | 9,737 |
| Ascension LA | | 6 | 116,763 |
| Beauregard LA | | 3 | 32,682 |
| Beauregard LA | | 4 | 3,867 |
| East Baton Rouge LA | | 5 | 210,418 |
| East Baton Rouge LA | | 6 | 246,363 |
| Jefferson LA | | 1 | 264,196 |
| Jefferson LA | | 2 | 176,585 |
| Lafayette LA | | 2 | 41,605 |
| Lafayette LA | | 3 | 200,148 |
| Orleans LA | | 1 | 28,740 |
| Orleans LA | | 2 | 355,257 |
| Ouachita LA | | 4 | 72,964 |
| Ouachita LA | | 5 | 87,404 |
| Rapides LA | | 4 | 77,658 |
| Rapides LA | | 5 | 52,365 |
| St. Charles LA | | 1 | 25,156 |
| St. Charles LA | | 2 | 27,393 |
| St. Mary LA | | 1 | 559 |
| St. Mary LA | | 3 | 48,847 |
| St. Tammany LA | | 1 | 183,226 |
| St. Tammany LA | | 6 | 81,344 |
| *Split  VTDs:* | | | |
| Beauregard LA | 3 | 3 | 384 |
| Beauregard LA | 3 | 4 | 41 |
| Beauregard LA | 30 | 3 | 1,019 |
| Beauregard LA | 30 | 4 | 0 |
| Beauregard LA | 7 | 3 | 177 |
| Beauregard LA | 7 | 4 | 1,193 |
| East Baton Rouge LA | 1-40 | 5 | 3 |
| East Baton Rouge LA | 1-40 | 6 | 1,199 |
| Lafayette LA | 70 | 2 | 1,052 |
| Lafayette LA | 70 | 3 | 12 |

# Political Subdivison Splits Between Districts

| County | Voting District | District | Population |
|---|---|---|---|
| Orleans LA | 7-41 | 1 | 466 |
| Orleans LA | 7-41 | 2 | 54 |
| Rapides LA | S23 | 4 | 605 |
| Rapides LA | S23 | 5 | 0 |
| St. Mary LA | 28 | 1 | 270 |
| St. Mary LA | 28 | 3 | 1,031 |
| St. Mary LA | 42 | 1 | 0 |
| St. Mary LA | 42 | 3 | 1,060 |
| St. Tammany LA | 406 | 1 | 427 |
| St. Tammany LA | 406 | 6 | 923 |

# Exhibit K-8

User:
Plan Name: **Illustrative_2**
Plan Type:

# Communities of Interest (Condensed)

Thursday, April 7, 2022                                                      2:22 PM

**Whole Census Place : 290**
**Census Place Splits: 33**
**Zero Population Census Place Splits: 3**

| District | Census Place | Population | % Pop | District | Census Place | Population | % Pop |
|----------|-------------|-----------|-------|----------|-------------|-----------|-------|
| 1 | Morgan City | 0 | 0.00% | | | | |
| 1 | New Orleans | 28,740 | 7.48% | | | | |
| 2 | Lafayette | 38,408 | 31.64% | | | | |
| 2 | Carencro | 821 | 8.85% | | | | |
| 2 | Broussard | 190 | 1.42% | | | | |
| 2 | Arnaudville | 39 | 3.87% | | | | |
| 2 | Morgan City | 0 | 0.00% | | | | |
| 2 | New Orleans | 355,257 | 92.52% | | | | |
| 3 | DeRidder | 9,198 | 93.36% | | | | |
| 3 | Eunice | 302 | 3.21% | | | | |
| 3 | Lafayette | 82,966 | 68.36% | | | | |
| 3 | Carencro | 8,451 | 91.15% | | | | |
| 3 | Broussard | 13,227 | 98.58% | | | | |
| 3 | Morgan City | 11,472 | 100.00% | | | | |
| 4 | DeRidder | 654 | 6.64% | | | | |
| 4 | Forest Hill | 605 | 100.00% | | | | |
| 4 | Alexandria | 15,160 | 33.48% | | | | |
| 4 | Pineville | 7,724 | 53.70% | | | | |
| 4 | West Monroe | 8,264 | 63.07% | | | | |
| 4 | Monroe | 7,734 | 16.21% | | | | |
| 5 | Eunice | 9,120 | 96.79% | | | | |
| 5 | Arnaudville | 970 | 96.13% | | | | |
| 5 | Forest Hill | 0 | 0.00% | | | | |
| 5 | Alexandria | 30,115 | 66.52% | | | | |
| 5 | Pineville | 6,660 | 46.30% | | | | |
| 5 | Baton Rouge | 130,936 | 57.56% | | | | |
| 5 | Zachary | 19,303 | 99.93% | | | | |
| 5 | Central | 1,266 | 4.28% | | | | |
| 5 | West Monroe | 4,839 | 36.93% | | | | |
| 5 | Monroe | 39,968 | 83.79% | | | | |
| 6 | Baton Rouge | 96,534 | 42.44% | | | | |
| 6 | Zachary | 13 | 0.07% | | | | |
| 6 | Central | 28,299 | 95.72% | | | | |

# Exhibit K-9

User:

Plan Name: **Illustrative_2**

Plan Type:

# Communities of Interest (Condensed)

Thursday, April 7, 2022                                                                        5:12 PM

**Whole CBSA : 12**
**CBSA Splits: 16**
**Zero Population CBSA Splits: 0**

| District | CBSA | Population | % Pop | District | CBSA | Population | % Pop |
|----------|------|-----------|-------|----------|------|-----------|-------|
| 1 | Morgan City, LA | 559 | 1.13% | | | | |
| 1 | New Orleans-Metairie, LA | 568,597 | 44.71% | | | | |
| 2 | Lafayette, LA | 93,372 | 19.52% | | | | |
| 2 | Baton Rouge, LA | 61,017 | 7.01% | | | | |
| 2 | New Orleans-Metairie, LA | 621,904 | 48.90% | | | | |
| 3 | DeRidder, LA | 32,682 | 89.42% | | | | |
| 3 | Lafayette, LA | 385,012 | 80.48% | | | | |
| 3 | Morgan City, LA | 48,847 | 98.87% | | | | |
| 4 | DeRidder, LA | 3,867 | 10.58% | | | | |
| 4 | Alexandria, LA | 99,827 | 65.59% | | | | |
| 4 | Monroe, LA | 72,964 | 35.23% | | | | |
| 5 | Alexandria, LA | 52,365 | 34.41% | | | | |
| 5 | Baton Rouge, LA | 293,224 | 33.68% | | | | |
| 5 | Monroe, LA | 134,140 | 64.77% | | | | |
| 6 | Baton Rouge, LA | 516,328 | 59.31% | | | | |
| 6 | New Orleans-Metairie, LA | 81,344 | 6.40% | | | | |