**Exhibit 1 – Expert Report of William Cooper – Exhibit List**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Summary of Redistricting Work |
| B | Methodology and Sources |
| C–1 | Louisiana 2020 Population by Parish |
| C–2 | Louisiana 2010 Population by Parish |
| C–3 | Louisiana 2000 Population by Parish |
| C–4 | Louisiana 1990 Population by Parish |
| D–1 | Map of Act 10 (2001): Congressional Districts |
| D–2 | Population Summary for 2001 Plan |
| E–1 | Map of 1984 Court–ordered Plan 1980 Census |
| E–2 | Map of 1996 Court–ordered Plan 1990 Census |
| F–1 | Map of 103rd Congressional Plan 1990 Census |
| F–2 | Map of 104th Congressional Plan 1990 Census |
| G–1 | 2010 Population Summary – 2010 Census Illustrative Plan |
| G–2 | 2010 Census Illustrative Plan |
| G–3 | Political Subdivisions Split Between Districts – 2010 Census Illustrative Plan |
| H–1 | Population Summary Report – 2022 Enacted Congressional Plan |
| H–2 | Map of 2022 Enacted Congressional Plan – Statewide |
| H–3 | Map of 2022 Enacted Congressional Plan – Individual Districts |
| H–4 | Map of 2022 Enacted Congressional Plan – New Orleans MSA |
| H–5 | Map of 2022 Enacted Congressional Plan – Baton Rouge MSA |
| H–6 | Parish Population by District – 2022 Enacted Congressional Plan |
| H–7 | Political Subdivisions Split Between Districts – 2022 Enacted Congressional Plan |
| H–8 | Municipal Splits by Districts – 2022 Enacted Congressional Plan |
| H–9 | Regional District Splits CBSA – 2022 Enacted Congressional Plan |
| I–1 | Map of Louisiana 2020 CBSAs |
| I–2 | Map of 2022 State Board of Elementary and Secondary Education Districts (HB3) |
| I–3 | Map of 2022 Public Service Commission Map (HB2) |
| J–1 | Population Summary Report – Illustrative Plan 1 |
| J–2 | Map of Illustrative Plan 1 – Statewide |
| J–3 | Map of Illustrative Plan 1 – Individual Districts |
| J–4 | Map of Illustrative Plan 1 – New Orleans MSA |
| J–5 | Map of Illustrative Plan 1 – Baton Rouge MSA |
| J–6 | Parish Population by District – Illustrative Plan 1 |
| J–7 | Political Subdivisions Split Between Districts – Illustrative Plan 1 |
| J–8 | Municipal Splits by Districts – Illustrative Plan 1 |
| J–9 | Regional District Splits CBSA – Illustrative Plan 1 |
| K–1 | Population Summary Report – Illustrative Plan 2 |
| K–2 | Map of Illustrative Plan 2 – Statewide |
| K–3 | Map of Illustrative Plan 2 – Individual Districts |
| K–4 | Map of Illustrative Plan 2 – New Orleans MSA |

| EXHIBIT | DESCRIPTION |
|---|---|
| K–5 | Map of Illustrative Plan 2 – Baton Rouge MSA |
| K–6 | Parish Population by District – Illustrative Plan 2 |
| K–7 | Political Subdivisions Split Between Districts – Illustrative Plan 2 |
| K–8 | Municipal Splits by Districts – Illustrative Plan 2 |
| K–9 | Regional District Splits CBSA – Illustrative Plan 2 |
| L–1 | Population Summary Report – Illustrative Plan 2 |
| L–2 | Map of Illustrative Plan 3 – Statewide |
| L–3 | Map of Illustrative Plan 3 – Individual Districts |
| L–4 | Map of Illustrative Plan 3 – New Orleans MSA |
| L–5 | Map of Illustrative Plan 3 – Baton Rouge MSA |
| L–6 | Parish Population by District – Illustrative Plan 3 |
| L–7 | Political Subdivisions Split Between Districts – Illustrative Plan 3 |
| L–8 | Municipal Splits by Districts – Illustrative Plan 3 |
| L–9 | Regional District Splits CBSA – Illustrative Plan 3 |
| M–1 | Illustrative Plan 1 Compactness Report |
| M–2 | Illustrative Plan 2 Compactness Report |
| M–3 | Illustrative Plan 3 Compactness Report |
| M–4 | Enacted Plan Compactness Report |
| N–1 | 2019 ACS Charts |
| N–2 | 2019 ACS Statistics |
| O | 2019 ACS Charts – Baton Rouge MSA |
| P | 2019 ACS Charts – New Orleans MSA |

# Exhibit L-1

**Population Summary Report**
**Louisiana Congress -- Illustrative Plan 3**
**2020 Census**

| District | Population | Deviation | AP Black | % AP Black | 18+ Pop | 18 + AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 776293 | 0 | 157338 | 20.27% | 599586 | 111043 | 18.52% | 60443 | 10.08% | 394484 | 65.79% |
| 2 | 776293 | 0 | 406680 | 52.39% | 603092 | 302513 | 50.16% | 51759 | 8.58% | 225537 | 37.40% |
| 3 | 776293 | 0 | 151597 | 19.53% | 586927 | 105558 | 17.98% | 28957 | 4.93% | 426910 | 72.74% |
| 4 | 776293 | 0 | 270437 | 34.84% | 597083 | 196784 | 32.96% | 23736 | 3.98% | 352454 | 59.03% |
| 5 | 776293 | 0 | 421811 | 54.34% | 589070 | 304153 | 51.63% | 21614 | 3.67% | 249264 | 42.31% |
| 6 | 776292 | -1 | 135256 | 17.42% | 594790 | 95718 | 16.09% | 37153 | 6.25% | 433461 | 72.88% |
| **Total** | **4657757** | | **1543119** | **33.13%** | **3570548** | **1115769** | **31.25%** | **223662** | **6.26%** | **2082110** | **58.31%** |

| District | % NH SR Black CVAP | % NH White CVAP | % July 2021 Black Registered |
|---|---|---|---|
| 1 | 17.92% | 72.89% | 17.46% |
| 2 | 53.40% | 39.31% | 52.33% |
| 3 | 17.62% | 77.01% | 16.58% |
| 4 | 33.79% | 61.73% | 32.48% |
| 5 | 52.78% | 44.86% | 53.35% |
| 6 | 14.80% | 79.20% | 14.27% |

Source for  % Citizen Voting Age (CVAP ) -- 2020 Citizen Voting Age Population by Race and Ethnicity Special Tabulation (U.S. Census Bureau)
   https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html

 -- calculated by disaggregating 2016-2020 ACS block group estimates  to 2020 census blocks

Source for Voter Registration Stats: State of Louisiana via  Redistricting Data Hub

   https://redistrictingdatahub.org/dataset/louisiana-voter-registration-file-at-the-vtd-level/
   https://redistrictingdatahub.org/wp-content/uploads/2021/09/readme_la_voter_reg_official.txt

 -- calculated by disaggregating 2020 VTD data to 2020 census blocks

# Exhibit L-2



Illustrative Plan 3

0    30    60

Miles

Louisiana U.S. House

©2019 CALIPER; ©2018 HERE

# Exhibit L-3



Illustrative Plan 3

Louisiana U.S. House

©2019 CALIPER; ©2018 HERE





Illustrative Plan 3

Louisiana U.S. House

©2019 CALIPER; ©2018 HERE







# Exhibit L-4



Illustrative Plan 3
◇ CBSA

0   10   20
Miles

Louisiana U.S. House

©2019 CALIPER; ©2018 HERE

# Exhibit L-5



# Exhibit L-6

User:
Plan Name: **Illustrative_3**
Plan Type:

# Plan Components

| | Population | [18+_Pop] | [18+_AP_Blk] |
|---|---:|---:|---:|
| **District 01** | | | |
| County: Assumption LA | 21,039 | 16,616 | 4,707 |
| County: Iberia LA (part) | 48,334 | 36,287 | 14,044 |
| **Subtotal** | **48,334** | **36,287** | **14,044** |
| **County Iberia LA Subtotal** | **48,334** | **36,287** | **14,044** |
| County: Jefferson LA (part) | 236,658 | 189,226 | 22,374 |
| **Subtotal** | **236,658** | **189,226** | **22,374** |
| **County Jefferson LA Subtotal** | **236,658** | **189,226** | **22,374** |
| County: Lafourche LA | 97,557 | 74,619 | 11,077 |
| County: Orleans LA (part) | 33,047 | 26,383 | 1,891 |
| **County Orleans LA Subtotal** | **33,047** | **26,383** | **1,891** |
| County: Plaquemines LA | 23,515 | 17,334 | 3,857 |
| County: St. Bernard LA | 43,764 | 31,775 | 7,944 |
| County: St. Martin LA | 51,767 | 39,404 | 11,293 |
| County: St. Mary LA | 49,406 | 37,521 | 11,520 |
| County: St. Tammany LA (part) | 61,626 | 47,916 | 6,540 |
| **Subtotal** | **61,626** | **47,916** | **6,540** |
| **County St. Tammany LA Subtotal** | **61,626** | **47,916** | **6,540** |
| County: Terrebonne LA | 109,580 | 82,505 | 15,796 |
| **District 01 Total** | **776,293** | **599,586** | **111,043** |
| **District 02** | | | |
| County: Ascension LA (part) | 48,562 | 35,690 | 14,530 |
| **Subtotal** | **48,562** | **35,690** | **14,530** |
| **County Ascension LA Subtotal** | **48,562** | **35,690** | **14,530** |
| County: Iberville LA | 30,241 | 24,086 | 10,232 |
| County: Jefferson LA (part) | 204,123 | 155,428 | 69,801 |
| **Subtotal** | **204,123** | **155,428** | **69,801** |
| **County Jefferson LA Subtotal** | **204,123** | **155,428** | **69,801** |
| County: Orleans LA (part) | 350,950 | 279,813 | 164,177 |
| **County Orleans LA Subtotal** | **350,950** | **279,813** | **164,177** |
| County: St. Charles LA | 52,549 | 39,541 | 9,890 |
| County: St. James LA | 20,192 | 15,505 | 7,297 |
| County: St. John the Baptist LA | 42,477 | 32,503 | 18,437 |
| County: West Baton Rouge LA | 27,199 | 20,526 | 8,149 |
| **District 02 Total** | **776,293** | **603,092** | **302,513** |
| **District 03** | | | |
| County: Acadia LA | 57,576 | 42,943 | 7,383 |
| County: Allen LA | 22,750 | 17,510 | 3,275 |
| County: Beauregard LA | 36,549 | 27,489 | 3,495 |
| County: Calcasieu LA | 216,785 | 163,166 | 41,898 |

## Plan Components

|  | Population | [18+_Pop] | [18+_AP_Blk] |
|---|---|---|---|
| **District 03** | | | |
| County: Cameron LA | 5,617 | 4,358 | 79 |
| County: Evangeline LA | 32,350 | 24,408 | 6,483 |
| County: Iberia LA (part) | 21,595 | 16,504 | 3,025 |
| **Subtotal** | **21,595** | **16,504** | **3,025** |
| **County Iberia LA Subtotal** | **21,595** | **16,504** | **3,025** |
| County: Jefferson Davis LA | 32,250 | 24,039 | 4,006 |
| County: Lafayette LA (part) | 170,269 | 130,333 | 17,857 |
| **Subtotal** | **170,269** | **130,333** | **17,857** |
| **County Lafayette LA Subtotal** | **170,269** | **130,333** | **17,857** |
| County: Rapides LA (part) | 74,443 | 56,904 | 7,137 |
| **Subtotal** | **74,443** | **56,904** | **7,137** |
| **County Rapides LA Subtotal** | **74,443** | **56,904** | **7,137** |
| County: Vermilion LA | 57,359 | 43,012 | 5,787 |
| County: Vernon LA | 48,750 | 36,261 | 5,133 |
| **District 03 Total** | **776,293** | **586,927** | **105,558** |
| **District 04** | | | |
| County: Bienville LA | 12,981 | 10,073 | 4,284 |
| County: Bossier LA | 128,746 | 95,876 | 22,440 |
| County: Caddo LA | 237,848 | 182,407 | 86,359 |
| County: Caldwell LA | 9,645 | 7,478 | 1,224 |
| County: Claiborne LA | 14,170 | 11,507 | 4,824 |
| County: De Soto LA | 26,812 | 20,440 | 7,425 |
| County: Grant LA | 22,169 | 17,527 | 2,717 |
| County: Jackson LA | 15,031 | 11,783 | 3,125 |
| County: LaSalle LA | 14,791 | 11,563 | 1,065 |
| County: Lincoln LA | 48,396 | 38,655 | 15,119 |
| County: Morehouse LA | 25,629 | 20,062 | 9,300 |
| County: Natchitoches LA | 37,515 | 29,349 | 11,415 |
| County: Ouachita LA (part) | 80,956 | 61,294 | 6,648 |
| **Subtotal** | **80,956** | **61,294** | **6,648** |
| **County Ouachita LA Subtotal** | **80,956** | **61,294** | **6,648** |
| County: Red River LA | 7,620 | 5,714 | 2,164 |
| County: Sabine LA | 22,155 | 17,064 | 2,655 |
| County: Union LA | 21,107 | 16,632 | 3,861 |
| County: Webster LA | 36,967 | 28,753 | 9,464 |
| County: Winn LA | 13,755 | 10,906 | 2,695 |
| **District 04 Total** | **776,293** | **597,083** | **196,784** |
| **District 05** | | | |
| County: Avoyelles LA | 39,693 | 30,578 | 8,311 |
| County: Catahoula LA | 8,906 | 6,951 | 1,736 |
| County: Concordia LA | 18,687 | 14,217 | 5,613 |
| County: East Baton Rouge LA (part) | 202,333 | 151,830 | 111,643 |
| **Subtotal** | **202,333** | **151,830** | **111,643** |
| **County East Baton Rouge LA Subtotal** | **202,333** | **151,830** | **111,643** |

# Plan Components

Illustrative_3

| | Population | [18+_Pop] | [18+_AP_Blk] |
|---|---|---|---|
| **District 05** | | | |
| County: East Carroll LA | 7,459 | 5,901 | 4,043 |
| County: East Feliciana LA | 19,539 | 16,183 | 5,918 |
| County: Franklin LA | 19,774 | 15,028 | 4,779 |
| County: Lafayette LA (part) | 71,484 | 53,542 | 28,060 |
| **Subtotal** | **71,484** | **53,542** | **28,060** |
| **County Lafayette LA Subtotal** | **71,484** | **53,542** | **28,060** |
| County: Madison LA | 10,017 | 7,435 | 4,391 |
| County: Ouachita LA (part) | 79,412 | 58,906 | 35,642 |
| **Subtotal** | **79,412** | **58,906** | **35,642** |
| **County Ouachita LA Subtotal** | **79,412** | **58,906** | **35,642** |
| County: Pointe Coupee LA | 20,758 | 16,250 | 5,502 |
| County: Rapides LA (part) | 55,580 | 41,888 | 23,068 |
| **Subtotal** | **55,580** | **41,888** | **23,068** |
| **County Rapides LA Subtotal** | **55,580** | **41,888** | **23,068** |
| County: Richland LA | 20,043 | 15,383 | 5,546 |
| County: St. Helena LA | 10,920 | 8,463 | 4,371 |
| County: St. Landry LA | 82,540 | 61,811 | 25,497 |
| County: Tangipahoa LA (part) | 79,940 | 61,154 | 24,344 |
| **Subtotal** | **79,940** | **61,154** | **24,344** |
| **County Tangipahoa LA Subtotal** | **79,940** | **61,154** | **24,344** |
| County: Tensas LA | 4,147 | 3,235 | 1,728 |
| County: West Carroll LA | 9,751 | 7,532 | 1,010 |
| County: West Feliciana LA | 15,310 | 12,783 | 2,951 |
| **District 05 Total** | **776,293** | **589,070** | **304,153** |
| **District 06** | | | |
| County: Ascension LA (part) | 77,938 | 56,267 | 7,609 |
| **Subtotal** | **77,938** | **56,267** | **7,609** |
| **County Ascension LA Subtotal** | **77,938** | **56,267** | **7,609** |
| County: East Baton Rouge LA (part) | 254,448 | 203,782 | 45,147 |
| **Subtotal** | **254,448** | **203,782** | **45,147** |
| **County East Baton Rouge LA Subtotal** | **254,448** | **203,782** | **45,147** |
| County: Livingston LA | 142,282 | 105,141 | 8,136 |
| County: St. Tammany LA (part) | 202,944 | 154,312 | 20,221 |
| **Subtotal** | **202,944** | **154,312** | **20,221** |
| **County St. Tammany LA Subtotal** | **202,944** | **154,312** | **20,221** |
| County: Tangipahoa LA (part) | 53,217 | 40,337 | 4,873 |
| **Subtotal** | **53,217** | **40,337** | **4,873** |
| **County Tangipahoa LA Subtotal** | **53,217** | **40,337** | **4,873** |
| County: Washington LA | 45,463 | 34,951 | 9,732 |
| **District 06 Total** | **776,292** | **594,790** | **95,718** |
| **State Totals** | **4,657,757** | **3,570,548** | **1,115,769** |

# Exhibit L-7

User:
Plan Name: **Illustrative_3**
Plan Type:

# Political Subdivison Splits Between Districts

Thursday, April 7, 2022                                                                                          2:38 PM

## Split Counts

| | | | |
|---|---|---|---|
| Number of subdivisions split into more than one district: | | Number of splits involving no population: | |
| County | 10 | County | 0 |
| Voting District | 13 | Voting District | 1 |

Number of times a subdivision is split into multiple districts:
| | |
|---|---|
| County | 10 |
| Voting District | 13 |

| County | Voting District | District | Population |
|---|---|---|---|
| *Split  Counties:* | | | |
| Ascension LA | | 02 | 48,562 |
| Ascension LA | | 06 | 77,938 |
| East Baton Rouge LA | | 05 | 202,333 |
| East Baton Rouge LA | | 06 | 254,448 |
| Iberia LA | | 01 | 48,334 |
| Iberia LA | | 03 | 21,595 |
| Jefferson LA | | 01 | 236,658 |
| Jefferson LA | | 02 | 204,123 |
| Lafayette LA | | 03 | 170,269 |
| Lafayette LA | | 05 | 71,484 |
| Orleans LA | | 01 | 33,047 |
| Orleans LA | | 02 | 350,950 |
| Ouachita LA | | 04 | 80,956 |
| Ouachita LA | | 05 | 79,412 |
| Rapides LA | | 03 | 74,443 |
| Rapides LA | | 05 | 55,580 |
| St. Tammany LA | | 01 | 61,626 |
| St. Tammany LA | | 06 | 202,944 |
| Tangipahoa LA | | 05 | 79,940 |
| Tangipahoa LA | | 06 | 53,217 |
| *Split  VTDs:* | | | |
| Ascension LA | 27 | 02 | 11 |
| Ascension LA | 27 | 06 | 2,040 |
| East Baton Rouge LA | 2-7 | 05 | 13 |
| East Baton Rouge LA | 2-7 | 06 | 2,428 |
| East Baton Rouge LA | 3-12 | 05 | 2,840 |
| East Baton Rouge LA | 3-12 | 06 | 559 |
| Iberia LA | 4-4 | 01 | 2,563 |
| Iberia LA | 4-4 | 03 | 326 |
| Jefferson LA | 131 | 01 | 295 |
| Jefferson LA | 131 | 02 | 424 |
| Lafayette LA | 119 | 03 | 1,030 |
| Lafayette LA | 119 | 05 | 121 |

## Political Subdivison Splits Between Districts

| County | Voting District | District | Population |
|---|---|---|---|
| Ouachita LA | 28 | 04 | 230 |
| Ouachita LA | 28 | 05 | 623 |
| Rapides LA | C13 | 03 | 16 |
| Rapides LA | C13 | 05 | 3,192 |
| Rapides LA | S6B | 03 | 554 |
| Rapides LA | S6B | 05 | 9 |
| St. Tammany LA | 805 | 01 | 114 |
| St. Tammany LA | 805 | 06 | 1,876 |
| St. Tammany LA | 909 | 01 | 1,345 |
| St. Tammany LA | 909 | 06 | 2,547 |
| St. Tammany LA | 922 | 01 | 387 |
| St. Tammany LA | 922 | 06 | 846 |
| Tangipahoa LA | 149 | 05 | 0 |
| Tangipahoa LA | 149 | 06 | 2,282 |

# Exhibit L-8

User:

Plan Name: **Illustrative_3**

Plan Type:

# Communities of Interest (Condensed)

Thursday, April 7, 2022                                                                          2:42 PM

**Whole Census Place : 291**
**Census Place Splits: 32**
**Zero Population Census Place Splits: 3**

| District | Census Place | Population | % Pop | District | Census Place | Population | % Pop |
|----------|--------------|-----------|-------|----------|--------------|-----------|-------|
| 01 | Broussard LA | 190 | 1.42% | | | | |
| 01 | New Iberia LA | 27,148 | 95.07% | | | | |
| 01 | Arnaudville LA | 39 | 3.87% | | | | |
| 01 | Kenner LA | 56,858 | 85.57% | | | | |
| 01 | New Orleans LA | 33,047 | 8.61% | | | | |
| 01 | Mandeville LA | 13,192 | 100.00% | | | | |
| 01 | Slidell LA | 0 | 0.00% | | | | |
| 02 | Kenner LA | 9,590 | 14.43% | | | | |
| 02 | New Orleans LA | 350,950 | 91.39% | | | | |
| 03 | Eunice LA | 302 | 3.21% | | | | |
| 03 | Scott LA | 7,224 | 88.98% | | | | |
| 03 | Lafayette LA | 84,924 | 69.97% | | | | |
| 03 | Broussard LA | 13,227 | 98.58% | | | | |
| 03 | New Iberia LA | 1,407 | 4.93% | | | | |
| 03 | Alexandria LA | 15,163 | 33.49% | | | | |
| 03 | Pineville LA | 8,141 | 56.60% | | | | |
| 04 | West Monroe LA | 8,828 | 67.37% | | | | |
| 04 | Monroe LA | 10,521 | 22.06% | | | | |
| 05 | Eunice LA | 9,120 | 96.79% | | | | |
| 05 | Scott LA | 895 | 11.02% | | | | |
| 05 | Lafayette LA | 36,450 | 30.03% | | | | |
| 05 | Arnaudville LA | 970 | 96.13% | | | | |
| 05 | Alexandria LA | 30,112 | 66.51% | | | | |
| 05 | Pineville LA | 6,243 | 43.40% | | | | |
| 05 | Baton Rouge LA | 124,663 | 54.80% | | | | |
| 05 | Tickfaw LA | 0 | 0.00% | | | | |
| 05 | West Monroe LA | 4,275 | 32.63% | | | | |
| 05 | Monroe LA | 37,181 | 77.94% | | | | |
| 06 | Baton Rouge LA | 102,807 | 45.20% | | | | |
| 06 | Mandeville LA | 0 | 0.00% | | | | |
| 06 | Tickfaw LA | 635 | 100.00% | | | | |
| 06 | Slidell LA | 28,781 | 100.00% | | | | |

**Maptitude**
For Redistricting

# Exhibit L-9

User:
Plan Name: **Illustrative_3**
Plan Type:

# Communities of Interest (Condensed)

Thursday, April 7, 2022                                                                                          5:20 PM

**Whole CBSA : 13**
**CBSA Splits: 17**
**Zero Population CBSA Splits: 0**

| District | CBSA | Population | % Pop | District | CBSA | Population | % Pop |
|----------|------|-----------:|-------|----------|------|-----------:|-------|
| 01 | Lafayette, LA | 100,101 | 20.92% | | | | |
| 01 | Baton Rouge, LA | 21,039 | 2.42% | | | | |
| 01 | New Orleans-Metairie, LA | 398,610 | 31.34% | | | | |
| 02 | Baton Rouge, LA | 106,002 | 12.18% | | | | |
| 02 | New Orleans-Metairie, LA | 670,291 | 52.70% | | | | |
| 03 | Alexandria, LA | 74,443 | 48.91% | | | | |
| 03 | Lafayette, LA | 306,799 | 64.13% | | | | |
| 04 | Alexandria, LA | 22,169 | 14.57% | | | | |
| 04 | Monroe, LA | 127,692 | 61.66% | | | | |
| 05 | Alexandria, LA | 55,580 | 36.52% | | | | |
| 05 | Lafayette, LA | 71,484 | 14.94% | | | | |
| 05 | Baton Rouge, LA | 268,860 | 30.88% | | | | |
| 05 | Hammond, LA | 79,940 | 60.03% | | | | |
| 05 | Monroe, LA | 79,412 | 38.34% | | | | |
| 06 | Baton Rouge, LA | 474,668 | 54.52% | | | | |
| 06 | Hammond, LA | 53,217 | 39.97% | | | | |
| 06 | New Orleans-Metairie, LA | 202,944 | 15.96% | | | | |

# Exhibit M-1

User:
Plan Name: **Illustrative_1**
Plan Type:

# Measures of Compactness Report

Saturday, April 9, 2022                                                                                                    5:25 PM

|  | Reock | Polsby-Popper | Area/Convex Hull |
|---|---|---|---|
| Sum | N/A | N/A | N/A |
| Min | 0.23 | 0.09 | 0.57 |
| Max | 0.54 | 0.29 | 0.87 |
| Mean | 0.36 | 0.19 | 0.70 |
| Std. Dev. | 0.10 | 0.07 | 0.12 |

| District | Reock | Polsby-Popper | Area/Convex Hull |
|---|---|---|---|
| 01 | 0.34 | 0.17 | 0.63 |
| 02 | 0.23 | 0.15 | 0.60 |
| 03 | 0.34 | 0.21 | 0.73 |
| 04 | 0.54 | 0.29 | 0.87 |
| 05 | 0.33 | 0.09 | 0.57 |
| 06 | 0.39 | 0.23 | 0.78 |

**Maptitude**
For Redistricting

# Measures of Compactness Report

Illustrative_1

Measures of Compactness Summary

**Reock**              The measure is always between 0 and 1, with 1 being the most compact.
**Polsby-Popper**      The measure is always between 0 and 1, with 1 being the most compact.
**Area / Convex Hull** The measure is always between 0 and 1, with 1 being the most compact.

# Exhibit M-2

User:
Plan Name: **Illustrative_2**
Plan Type:

# Measures of Compactness Report

Thursday, April 7, 2022          2:32 PM

|  | Reock | Polsby-Popper | Area/Convex Hull |
|---|---|---|---|
| Sum | N/A | N/A | N/A |
| Min | 0.23 | 0.09 | 0.54 |
| Max | 0.53 | 0.27 | 0.83 |
| Mean | 0.41 | 0.19 | 0.71 |
| Std. Dev. | 0.11 | 0.07 | 0.12 |

| District | Reock | Polsby-Popper | Area/Convex Hull |
|---|---|---|---|
| 1 | 0.47 | 0.22 | 0.75 |
| 2 | 0.23 | 0.12 | 0.58 |
| 3 | 0.46 | 0.23 | 0.75 |
| 4 | 0.53 | 0.18 | 0.78 |
| 5 | 0.33 | 0.09 | 0.54 |
| 6 | 0.45 | 0.27 | 0.83 |

# Measures of Compactness Report

Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |

# Exhibit M-3

User:
Plan Name: **Illustrative_3**
Plan Type:

# Measures of Compactness Report

Thursday, April 7, 2022                                                                                                                2:47 PM

|  | **Reock** | **Polsby-Popper** | **Area/Convex Hull** |
|---|---|---|---|
| Sum | N/A | N/A | N/A |
| Min | 0.23 | 0.08 | 0.52 |
| Max | 0.52 | 0.31 | 0.86 |
| Mean | 0.38 | 0.18 | 0.69 |
| Std. Dev. | 0.11 | 0.08 | 0.12 |

| **District** | **Reock** | **Polsby-Popper** | **Area/Convex Hull** |
|---|---|---|---|
| 01 | 0.37 | 0.19 | 0.69 |
| 02 | 0.23 | 0.15 | 0.60 |
| 03 | 0.49 | 0.23 | 0.76 |
| 04 | 0.52 | 0.31 | 0.86 |
| 05 | 0.30 | 0.08 | 0.52 |
| 06 | 0.38 | 0.14 | 0.70 |

**Maptitude**
For Redistricting

# Measures of Compactness Report

Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |

# Exhibit M-4

User:
Plan Name: **Enacted_2022_Plan**
Plan Type:

# Measures of Compactness Report

Thursday, April 7, 2022                                                                                      2:52 PM

|          | Reock | Polsby-Popper | Area/Convex Hull |
|----------|-------|---------------|------------------|
| Sum      | N/A   | N/A           | N/A              |
| Min      | 0.18  | 0.06          | 0.38             |
| Max      | 0.50  | 0.34          | 0.81             |
| Mean     | 0.37  | 0.16          | 0.62             |
| Std. Dev.| 0.11  | 0.10          | 0.14             |

| District | Reock | Polsby-Popper | Area/Convex Hull |
|----------|-------|---------------|------------------|
| 1        | 0.50  | 0.16          | 0.70             |
| 2        | 0.18  | 0.06          | 0.38             |
| 3        | 0.40  | 0.34          | 0.81             |
| 4        | 0.33  | 0.17          | 0.60             |
| 5        | 0.38  | 0.14          | 0.61             |
| 6        | 0.40  | 0.07          | 0.59             |

**Maptitude**
For Redistricting

# Measures of Compactness Report

Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |

# Exhibit N-1

# Selected Socio-Economic Data

## Louisiana

### Any Part African American vis-à-vis NH White

## Data Set: 2019 American Community Survey 1-Year Estimates

3-Apr-22

## Population by Age

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Household Type for Population in Households

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Marital Status for the Population 15 Years and Over

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Educational Attainment for the Population 25 Years and Older

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Veterans in the Civilian Population 18 Years and Over

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Disability by Age -- Civilian Noninstitutionalized Population

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Geographical Mobility in the Past Year (Population 1 Year and Over)

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Speak English Less than "Very Well" (Population 5 Years and Over)

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Employment Status for the Population 16 years and over

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Unemployment  (Civilian Labor Force -- Ages 16  and Over)

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Means of Transportation to Work (Workers 16 Years and Over)

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Occupation for the Civilian Employed 16 Years and Over Population

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Median Household Income in the Past 12 Months

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Receipt of Food Stamps/SNAP in the Past 12 Months by Household

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Median Family Income in the Past 12 Months

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Per capita Income in the Past 12 Months

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Lack of Health Insurance Coverage -- Civilian Noninstitutionalized Population

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Family Households Below Poverty in the Past 12 Months

## Louisiana



## Female-headed Households with Related Children Below Poverty in the Past 12 Months

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Home Owners and Renters by Household

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Population Below Poverty in the Past 12 Months

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## No Vehicles Available by Household

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## More than One Person per Room (Crowding) by Household

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Median Home Value -- Owner-Occupied

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Rent as a Percentage of Household Income (30% or more) -- Renter-Occupied

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Computers and Internet Use

## Louisiana



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**Households with Householder Living Alone**

**Louisiana**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**Female-Headed Households with Children Under 18 (As a Percentage of all Households)**

**Louisiana**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

# Exhibit N-2

**2019 ACS -- Table S0201 -- Louisiana**

| | All Persons | Black or African American alone or in combination | White alone, not Hispanic or Latino |
|---|---|---|---|
| | Estimate | Estimate | Estimate |
| **TOTAL NUMBER OF RACES REPORTED** | | | |
| Total population | 4,648,794 | 1,554,297 | 2,707,712 |
| One race | 98.0% | 96.8% | 100.0% |
| Two races | 1.8% | 2.8% | (X) |
| Three races | 0.2% | 0.4% | (X) |
| Four or more races | 0.0% | 0.0% | (X) |
| **SEX AND AGE** | | | |
| Total population | 4,648,794 | 1,554,297 | 2,707,712 |
| Male | 48.8% | 47.4% | 49.3% |
| Female | 51.2% | 52.6% | 50.7% |
| Under 5 years | 6.3% | 7.2% | 5.5% |
| 5 to 17 years | 17.0% | 19.9% | 14.8% |
| 18 to 24 years | 9.1% | 10.7% | 8.1% |
| 25 to 34 years | 13.8% | 14.7% | 13.0% |
| 35 to 44 years | 13.1% | 12.6% | 12.9% |
| 45 to 54 years | 11.7% | 10.9% | 12.3% |
| 55 to 64 years | 13.0% | 11.6% | 14.4% |
| 65 to 74 years | 9.6% | 7.9% | 11.2% |
| 75 years and over | 6.4% | 4.4% | 7.9% |
| Median age (years) | 37.7 | 33.3 | 41.5 |
| 18 years and over | 76.7% | 72.9% | 79.7% |
| 21 years and over | 72.5% | 68.1% | 76.0% |
| 62 years and over | 20.0% | 15.8% | 23.6% |
| 65 years and over | 16.0% | 12.3% | 19.1% |
| Under 18 years | 1,084,886 | 420,831 | 550,833 |
| Male | 51.5% | 51.1% | 51.8% |
| Female | 48.5% | 48.9% | 48.2% |
| **18 years and over** | **3,563,908** | **1,133,466** | **2,156,879** |
| Male | 48.0% | 46.0% | 48.6% |
| Female | 52.0% | 54.0% | 51.4% |
| 18 to 34 years | 1,067,129 | 395,700 | 569,709 |
| Male | 49.9% | 48.5% | 50.3% |
| Female | 50.1% | 51.5% | 49.7% |
| 35 to 64 years | 1,754,585 | 546,975 | 1,069,748 |
| Male | 48.5% | 45.9% | 49.5% |
| Female | 51.5% | 54.1% | 50.5% |

Page 1 of 10

**2019 ACS -- Table S0201 -- Louisiana**

| | All Persons | Black or African American alone or in combination | White alone, not Hispanic or Latino |
|---|---|---|---|
| | Estimate | Estimate | Estimate |
| **65 years and over** | **742,194** | **190,791** | **517,422** |
| Male | 44.0% | 41.2% | 44.9% |
| Female | 56.0% | 58.8% | 55.1% |
| **RELATIONSHIP** | | | |
| Population in households | 4,519,937 | 1,492,023 | 2,655,002 |
| Householder or spouse | 54.8% | 45.7% | 61.0% |
| Unmarried partner | 2.5% | 2.4% | 2.5% |
| Child | 31.0% | 36.2% | 27.4% |
| Other relatives | 8.5% | 12.9% | 5.9% |
| Other nonrelatives | 3.1% | 2.8% | 3.3% |
| **HOUSEHOLDS BY TYPE** | | | |
| Households | 1,741,076 | 545,759 | 1,080,915 |
| Family households | 64.0% | 59.4% | 65.7% |
| With own children of the householder under 18 years | 26.3% | 27.0% | 24.7% |
| Married-couple family | 42.3% | 24.9% | 50.4% |
| With own children of the householder under 18 years | 15.2% | 8.5% | 17.3% |
| Female householder, no spouse present, family | 16.4% | 28.5% | 10.5% |
| With own children of the householder under 18 years | 8.8% | 15.7% | 5.1% |
| Nonfamily households | 36.0% | 40.6% | 34.3% |
| Male householder | 17.1% | 18.0% | 16.6% |
| Living alone | 13.6% | 15.3% | 12.9% |
| Not living alone | 3.5% | 2.6% | 3.7% |
| Female householder | 19.0% | 22.6% | 17.7% |
| Living alone | 16.6% | 20.9% | 15.1% |
| Not living alone | 2.3% | 1.7% | 2.6% |
| Average household size | 2.60 | 2.67 | 2.52 |
| Average family size | 3.27 | 3.59 | 3.08 |
| **MARITAL STATUS** | | | |
| Population 15 years and over | 3,740,573 | 1,201,909 | 2,250,374 |
| Now married, except separated | 42.8% | 26.3% | 50.8% |
| Widowed | 6.6% | 6.4% | 7.1% |
| Divorced | 12.2% | 11.9% | 12.6% |
| Separated | 2.3% | 3.2% | 1.8% |
| Never married | 36.1% | 52.2% | 27.7% |
| Male 15 years and over | 1,802,230 | 557,378 | 1,097,245 |
| Now married, except separated | 44.5% | 29.1% | 51.8% |

**2019 ACS -- Table S0201 -- Louisiana**

| | All Persons | Black or African American alone or in combination | White alone, not Hispanic or Latino |
|---|---|---|---|
| | Estimate | Estimate | Estimate |
| Widowed | 3.1% | 2.8% | 3.5% |
| Divorced | 11.0% | 10.5% | 11.5% |
| Separated | 2.2% | 3.3% | 1.6% |
| Never married | 39.2% | 54.3% | 31.6% |
| Female 15 years and over | 1,938,343 | 644,531 | 1,153,129 |
| Now married, except separated | 41.3% | 23.9% | 49.8% |
| Widowed | 9.9% | 9.6% | 10.5% |
| Divorced | 13.2% | 13.1% | 13.7% |
| Separated | 2.4% | 3.0% | 2.0% |
| Never married | 33.3% | 50.3% | 24.0% |
| **SCHOOL ENROLLMENT** | | | |
| Population 3 years and over enrolled in school | 1,149,360 | 452,593 | 584,272 |
| Nursery school, preschool | 7.0% | 6.5% | 7.4% |
| Kindergarten | 5.4% | 5.1% | 5.3% |
| Elementary school (grades 1-8) | 42.9% | 43.8% | 42.0% |
| High school (grades 9-12) | 21.1% | 21.6% | 21.2% |
| College or graduate school | 23.6% | 23.0% | 24.0% |
| Male 3 years and over enrolled in school | 558,629 | 218,419 | 284,508 |
| Percent enrolled in kindergarten to grade 12 | 74.0% | 75.8% | 72.9% |
| Percent enrolled in college or graduate school | 19.3% | 17.6% | 20.2% |
| Female 3 years and over enrolled in school | 590,731 | 234,174 | 299,764 |
| Percent enrolled in kindergarten to grade 12 | 65.1% | 65.6% | 64.4% |
| Percent enrolled in college or graduate school | 27.6% | 28.0% | 27.7% |
| **EDUCATIONAL ATTAINMENT** | | | |
| Population 25 years and over | 3,140,201 | 966,401 | 1,938,051 |
| Less than high school diploma | 14.0% | 17.8% | 11.1% |
| High school graduate (includes equivalency) | 33.9% | 36.7% | 33.1% |
| Some college or associate's degree | 27.0% | 28.3% | 26.9% |
| Bachelor's degree | 16.0% | 10.5% | 18.9% |
| Graduate or professional degree | 8.9% | 6.6% | 10.0% |
| High school graduate or higher | 86.0% | 82.2% | 88.9% |
| Male, high school graduate or higher | 84.2% | 78.8% | 87.7% |
| Female, high school graduate or higher | 87.6% | 85.0% | 90.0% |
| Bachelor's degree or higher | 25.0% | 17.2% | 28.9% |
| Male, bachelor's degree or higher | 22.8% | 13.0% | 27.3% |
| Female, bachelor's degree or higher | 26.9% | 20.6% | 30.3% |

**2019 ACS -- Table S0201 -- Louisiana**

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| **FERTILITY** | | | |
| Women 15 to 50 years | 1,094,630 | 396,084 | 598,963 |
| Women 15 to 50 years who had a birth in the past 12 months | 57,992 | 22,460 | 30,608 |
| Unmarried women 15 to 50 years who had a birth in the past 12 months | 28,364 | 17,743 | 8,944 |
| As a percent of all women with a birth in the past 12 months | 48.9% | 79.0% | 29.2% |
| **RESPONSIBILITY FOR GRANDCHILDREN UNDER 18 YEARS** | | | |
| Population 30 years and over | 2,813,864 | 845,513 | 1,762,661 |
| Grandparents living with grandchild(ren) | 3.9% | 5.6% | 3.0% |
| Grandparents responsible for grandchildren as a percentage of living with grandchildren | 50.1% | 55.0% | 49.8% |
| **VETERAN STATUS** | | | |
| Civilian population 18 years and over | 3,543,061 | 1,129,005 | 2,143,960 |
| Civilian veteran | 6.5% | 5.9% | 7.1% |
| **DISABILITY STATUS** | | | |
| Total civilian noninstitutionalized population | 4,539,690 | 1,504,755 | 2,660,001 |
| With a disability | 15.9% | 16.2% | 16.4% |
| Civilian noninstitutionalized population under 18 years | 1,083,736 | 420,101 | 550,413 |
| With a disability | 6.0% | 6.2% | 5.7% |
| Civilian noninstitutionalized population 18 to 64 years | 2,733,214 | 900,233 | 1,605,045 |
| With a disability | 13.8% | 15.7% | 13.3% |
| Civilian noninstitutionalized population 65 years and older | 722,740 | 184,421 | 504,543 |
| With a disability | 38.6% | 41.2% | 37.9% |
| **RESIDENCE 1 YEAR AGO** | | | |
| Population 1 year and over | 4,595,111 | 1,534,256 | 2,678,697 |
| Same house | 87.5% | 86.3% | 88.5% |
| Different house in the U.S. | 12.2% | 13.5% | 11.2% |
| Same county | 7.4% | 9.2% | 6.5% |
| Different county | 4.8% | 4.3% | 4.8% |
| Same state | 3.3% | 3.4% | 3.2% |
| Different state | 1.5% | 0.9% | 1.6% |
| Abroad | 0.4% | 0.1% | 0.2% |
| **PLACE OF BIRTH, CITIZENSHIP STATUS AND YEAR OF ENTRY** | | | |
| Native | 4,452,219 | 1,541,770 | 2,674,999 |
| Male | 48.7% | 47.4% | 49.3% |
| Female | 51.3% | 52.6% | 50.7% |
| Foreign born | 196,575 | 12,527 | 32,713 |
| Male | 51.5% | 53.4% | 45.3% |

**2019 ACS -- Table S0201 -- Louisiana**

| | All Persons | Black or African American alone or in combination | White alone, not Hispanic or Latino |
|---|---|---|---|
| | Estimate | Estimate | Estimate |
| Female | 48.5% | 46.6% | 54.7% |
| Foreign born; naturalized U.S. citizen | 81,975 | 5,851 | 17,673 |
| Male | 46.5% | 53.2% | 44.3% |
| Female | 53.5% | 46.8% | 55.7% |
| Foreign born; not a U.S. citizen | 114,600 | 6,676 | 15,040 |
| Male | 55.1% | 53.5% | 46.4% |
| Female | 44.9% | 46.5% | 53.6% |
| Population born outside the United States | 196,575 | 12,527 | 32,713 |
| Entered 2010 or later | 35.5% | 38.9% | 32.6% |
| Entered 2000 to 2009 | 23.6% | 24.2% | 18.3% |
| Entered before 2000 | 41.0% | 37.0% | 49.1% |
| **WORLD REGION OF BIRTH OF FOREIGN BORN** | | | |
| Foreign-born population excluding population born at sea | 196,575 | 12,527 | 32,713 |
| Europe | 8.2% | N | 44.0% |
| Asia | 31.9% | N | 31.8% |
| Africa | 3.0% | N | 4.5% |
| Oceania | 0.3% | N | 1.3% |
| Latin America | 55.3% | N | 11.4% |
| Northern America | 1.3% | N | 7.0% |
| **LANGUAGE SPOKEN AT HOME AND ABILITY TO SPEAK ENGLISH** | | | |
| Population 5 years and over | 4,355,817 | 1,442,531 | 2,558,655 |
| English only | 92.2% | 98.2% | 95.8% |
| Language other than English | 7.8% | 1.8% | 4.2% |
| Speak English less than "very well" | 2.9% | 0.4% | 0.8% |
| **EMPLOYMENT STATUS** | | | |
| Population 16 years and over | 3,684,053 | 1,178,430 | 2,222,058 |
| In labor force | 59.2% | 58.2% | 58.9% |
| Civilian labor force | 58.6% | 57.8% | 58.3% |
| Employed | 55.4% | 53.2% | 55.9% |
| Unemployed | 3.2% | 4.6% | 2.4% |
| Unemployment Rate | 5.5% | 8.0% | 4.2% |
| Armed Forces | 0.6% | 0.4% | 0.6% |
| Not in labor force | 40.8% | 41.8% | 41.1% |
| Females 16 years and over | 1,911,777 | 633,147 | 1,140,202 |
| In labor force | 55.3% | 59.2% | 53.0% |
| Civilian labor force | 55.1% | 58.9% | 52.9% |

**2019 ACS -- Table S0201 -- Louisiana**

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Employed | 52.4% | 55.5% | 50.8% |
| Unemployed | 2.7% | 3.4% | 2.2% |
| Unemployment Rate | 4.9% | 5.8% | 4.1% |
| **COMMUTING TO WORK** | | | |
| Workers 16 years and over | 2,024,266 | 615,634 | 1,236,824 |
| Car, truck, or van - drove alone | 82.1% | 79.7% | 84.6% |
| Car, truck, or van - carpooled | 8.8% | 9.6% | 7.2% |
| Public transportation (excluding taxicab) | 1.2% | 2.8% | 0.4% |
| Walked | 2.1% | 3.2% | 1.5% |
| Other means | 1.9% | 2.3% | 1.6% |
| Worked from home | 3.9% | 2.4% | 4.7% |
| Mean travel time to work (minutes) | 26.6 | 23.9 | 27.9 |
| **OCCUPATION** | | | |
| Civilian employed population 16 years and over | 2,040,325 | 626,976 | 1,242,355 |
| Management, business, science, and arts occupations | 35.4% | 26.5% | 40.4% |
| Service occupations | 19.8% | 29.5% | 14.4% |
| Sales and office occupations | 20.9% | 20.5% | 22.1% |
| Natural resources, construction, and maintenance occupations | 11.1% | 7.1% | 11.8% |
| Production, transportation, and material moving occupations | 12.8% | 16.4% | 11.3% |
| Male civilian employed population 16 years and over | 1,038,095 | 275,514 | 663,664 |
| Management, business, science, and arts occupations | 29.5% | 17.5% | 34.9% |
| Service occupations | 15.7% | 25.9% | 11.3% |
| Sales and office occupations | 13.3% | 12.5% | 14.3% |
| Natural resources, construction, and maintenance occupations | 20.8% | 15.3% | 21.3% |
| Production, transportation, and material moving occupations | 20.7% | 28.9% | 18.2% |
| Female civilian employed population 16 years and over | 1,002,230 | 351,462 | 578,691 |
| Management, business, science, and arts occupations | 41.5% | 33.5% | 46.7% |
| Service occupations | 24.1% | 32.4% | 17.9% |
| Sales and office occupations | 28.8% | 26.7% | 31.1% |
| Natural resources, construction, and maintenance occupations | 1.0% | 0.7% | 0.9% |
| Production, transportation, and material moving occupations | 4.6% | 6.7% | 3.4% |
| **INDUSTRY** | | | |
| Civilian employed population 16 years and over | 2,040,325 | 626,976 | 1,242,355 |
| Agriculture, forestry, fishing and hunting, and mining | 3.8% | 1.4% | 4.9% |
| Construction | 8.2% | 4.6% | 8.8% |
| Manufacturing | 7.3% | 6.5% | 7.9% |

**2019 ACS -- Table S0201 -- Louisiana**

|  | All Persons | Black or African American alone or in combination | White alone, not Hispanic or Latino |
|---|---|---|---|
|  | Estimate | Estimate | Estimate |
| Wholesale trade | 2.5% | 1.7% | 3.1% |
| Retail trade | 11.5% | 13.8% | 10.7% |
| Transportation and warehousing, and utilities | 5.7% | 7.0% | 5.3% |
| Information | 1.4% | 1.2% | 1.7% |
| Finance and insurance, and real estate and rental and leasing | 5.1% | 4.1% | 5.8% |
| Professional, scientific, and management, and administrative and waste manageme | 9.3% | 6.5% | 10.6% |
| Educational services, and health care and social assistance | 24.6% | 30.4% | 22.7% |
| Arts, entertainment, and recreation, and accommodation and food services | 10.6% | 12.8% | 8.8% |
| Other services (except public administration) | 4.8% | 3.8% | 5.0% |
| Public administration | 5.1% | 6.3% | 4.9% |
| **CLASS OF WORKER** |  |  |  |
| Civilian employed population 16 years and over | 2,040,325 | 626,976 | 1,242,355 |
| Private wage and salary workers | 78.1% | 77.4% | 78.3% |
| Government workers | 15.3% | 18.4% | 14.5% |
| Self-employed workers in own not incorporated business | 6.4% | 4.0% | 7.1% |
| Unpaid family workers | 0.2% | 0.2% | 0.2% |
| **INCOME IN THE PAST 12 MONTHS (IN 2019 INFLATION-ADJUSTED DOLLARS)** |  |  |  |
| Households | 1,741,076 | 545,759 | 1,080,915 |
| Median household income (dollars) | 51,073 | 32,782 | 61,967 |
| With earnings | 74.1% | 72.4% | 73.8% |
| Mean earnings (dollars) | 75,581 | 52,784 | 87,489 |
| With Social Security income | 32.1% | 29.4% | 34.9% |
| Mean Social Security income (dollars) | 17,438 | 13,212 | 19,296 |
| With Supplemental Security Income | 6.9% | 11.2% | 5.0% |
| Mean Supplemental Security Income (dollars) | 9,171 | 8,631 | 9,821 |
| With cash public assistance income | 1.8% | 3.1% | 1.2% |
| Mean cash public assistance income (dollars) | 1,975 | 1,921 | 2,102 |
| With retirement income | 22.3% | 18.4% | 25.4% |
| Mean retirement income (dollars) | 25,947 | 23,272 | 26,600 |
| With Food Stamp/SNAP benefits | 14.4% | 27.0% | 8.6% |
| Families | 1,113,831 | 324,444 | 710,568 |
| Median family income (dollars) | 65,105 | 42,595 | 79,574 |
| Married-couple family | 66.2% | 42.0% | 76.6% |
| Median income (dollars) | 86,579 | 70,528 | 92,092 |
| Male householder, no spouse present, family | 8.2% | 10.2% | 7.4% |
| Median income (dollars) | 42,472 | 36,641 | 49,278 |

**2019 ACS -- Table S0201 -- Louisiana**

| | All Persons | Black or African American alone or in combination | White alone, not Hispanic or Latino |
|---|---|---|---|
| | Estimate | Estimate | Estimate |
| Female householder, no husband present, family | 25.6% | 47.9% | 16.0% |
| Median income (dollars) | 29,869 | 27,641 | 34,515 |
| Individuals | 4,648,794 | 1,554,297 | 2,707,712 |
| Per capita income (dollars) | 28,662 | 19,381 | 34,690 |
| With earnings for full-time, year-round workers: | | | |
| Male | 826,680 | 212,422 | 536,035 |
| Female | 688,514 | 251,077 | 391,442 |
| Mean earnings (dollars)  for full-time, year-round workers: | | | |
| Male | 68,790 | 48,399 | 78,215 |
| Female | 45,168 | 37,887 | 50,217 |
| Median earnings (dollars) full-time, year-round workers: | | | |
| Male | 51,733 | 37,161 | 60,441 |
| Female | 37,075 | 31,085 | 41,342 |
| **HEALTH INSURANCE COVERAGE** | | | |
| Civilian noninstitutionalized population | 4,539,690 | 1,504,755 | 2,660,001 |
| With private health insurance | 57.8% | 43.3% | 67.5% |
| With public coverage | 44.3% | 56.0% | 39.0% |
| No health insurance coverage | 8.9% | 8.9% | 6.9% |
| **POVERTY RATES FOR FAMILIES AND PEOPLE FOR WHOM POVERTY STATUS IS DETERMINED** | | | |
| All families | 14.3% | 24.8% | 8.8% |
| With related children of the householder under 18 years | 22.9% | 36.2% | 13.9% |
| With related children of the householder under 5 years only | 19.8% | 30.8% | 11.1% |
| Married-couple family | 5.3% | 8.2% | 3.7% |
| With related children of the householder under 18 years | 7.3% | 10.4% | 4.5% |
| With related children of the householder under 5 years only | 5.4% | 7.2% | 3.0% |
| Female householder, no spouse present, family | 35.5% | 39.1% | 28.7% |
| With related children of the householder under 18 years | 46.5% | 50.7% | 38.3% |
| With related children of the householder under 5 years only | 48.2% | 49.0% | 38.3% |
| All people | 19.0% | 29.4% | 12.7% |
| Under 18 years | 27.0% | 42.7% | 15.0% |
| Related children of the householder under 18 years | 26.8% | 42.5% | 14.8% |
| Related children of the householder under 5 years | 27.9% | 44.1% | 15.3% |
| Related children of the householder 5 to 17 years | 26.4% | 41.9% | 14.6% |
| 18 years and over | 16.5% | 24.3% | 12.1% |
| 18 to 64 years | 17.4% | 24.5% | 13.0% |
| 65 years and over | 13.2% | 23.5% | 9.3% |

**2019 ACS -- Table S0201 -- Louisiana**

| | All Persons | Black or African American alone or in combination | White alone, not Hispanic or Latino |
|---|---|---|---|
| | Estimate | Estimate | Estimate |
| People in families | 15.9% | 26.9% | 9.0% |
| Unrelated individuals 15 years and over | 32.0% | 39.5% | 27.8% |
| **HOUSING TENURE** | | | |
| Occupied housing units | 1,741,076 | 545,759 | 1,080,915 |
| Owner-occupied housing units | 66.5% | 49.0% | 76.6% |
| Renter-occupied housing units | 33.5% | 51.0% | 23.4% |
| Average household size of owner-occupied unit | 2.67 | 2.81 | 2.59 |
| Average household size of renter-occupied unit | 2.45 | 2.53 | 2.29 |
| **UNITS IN STRUCTURE** | | | |
| Occupied housing units | 1,741,076 | 545,759 | 1,080,915 |
| 1-unit, detached or attached | 70.2% | 63.5% | 74.8% |
| 2 to 4 units | 7.5% | 11.4% | 5.0% |
| 5 or more units | 10.1% | 16.1% | 6.6% |
| Mobile home, boat, RV, van, etc. | 12.2% | 8.9% | 13.6% |
| **YEAR STRUCTURE BUILT** | | | |
| Occupied housing units | 1,741,076 | 545,759 | 1,080,915 |
| Built 2014 or later | 4.9% | 3.3% | 5.6% |
| Built 2010 to 2013 | 3.9% | 3.1% | 4.4% |
| Built 2000 to 2009 | 14.8% | 11.7% | 16.4% |
| Built 1980 to 1999 | 27.8% | 25.5% | 28.8% |
| Built 1960 to 1979 | 30.3% | 36.6% | 27.2% |
| Built 1940 to 1959 | 12.6% | 14.8% | 11.9% |
| Built 1939 or earlier | 5.6% | 5.1% | 5.7% |
| **VEHICLES AVAILABLE** | | | |
| Occupied housing units | 1,741,076 | 545,759 | 1,080,915 |
| None | 8.5% | 16.4% | 4.7% |
| 1 or more | 91.5% | 83.6% | 95.3% |
| **HOUSE HEATING FUEL** | | | |
| Occupied housing units | 1,741,076 | 545,759 | 1,080,915 |
| Gas | 35.1% | 31.2% | 37.6% |
| Electricity | 64.0% | 68.1% | 61.3% |
| All other fuels | 0.5% | 0.4% | 0.6% |
| No fuel used | 0.4% | 0.3% | 0.4% |
| **SELECTED CHARACTERISTICS** | | | |
| Occupied housing units | 1,741,076 | 545,759 | 1,080,915 |
| No telephone service available | 1.2% | 1.9% | 0.8% |

**2019 ACS -- Table S0201 -- Louisiana**

| | All Persons | Black or African American alone or in combination | White alone, not Hispanic or Latino |
|---|---|---|---|
| | Estimate | Estimate | Estimate |
| 1.01 or more occupants per room | 2.3% | 3.0% | 1.6% |
| **SELECTED MONTHLY OWNER COSTS AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS** | | | |
| Housing units with a mortgage (excluding units where SMOC cannot be computed) | 593,279 | 139,223 | 419,536 |
| Less than 30 percent | 75.2% | 65.0% | 79.0% |
| 30 percent or more | 24.8% | 35.0% | 21.0% |
| **OWNER CHARACTERISTICS** | | | |
| Owner-occupied housing units | 1,157,652 | 267,307 | 828,125 |
| Median value (dollars) | 172,100 | 133,000 | 186,700 |
| Median selected monthly owner costs with a mortgage (dollars) | 1,279 | 1,161 | 1,319 |
| Median selected monthly owner costs without a mortgage (dollars) | 342 | 317 | 350 |
| **GROSS RENT AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS** | | | |
| Occupied units paying rent (excluding units where GRAPI cannot be computed) | 496,875 | 238,620 | 212,526 |
| Less than 30 percent | 47.9% | 41.5% | 55.4% |
| 30 percent or more | 52.1% | 58.5% | 44.6% |
| **GROSS RENT** | | | |
| Occupied units paying rent | 515,651 | 249,735 | 217,903 |
| Median gross rent (dollars) | 866 | 814 | 922 |
| **COMPUTERS AND INTERNET USE** | | | |
| Total households | 1,741,076 | 545,759 | 1,080,915 |
| With a computer | 89.4% | 84.3% | 91.6% |
| With a broadband Internet subscription | 80.6% | 72.6% | 84.3% |

# # #

# Exhibit O

# Selected Socio-Economic Data

## Baton Rouge, LA Metro Area

**Any Part African American vis-à-vis NH White**

**Data Set: 2019 American Community Survey 1-Year Estimates**

10-Apr-22

## Population by Age

## Baton Rouge, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Household Type for Population in Households

## Baton Rouge, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Marital Status for the Population 15 Years and Over

## Baton Rouge, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Educational Attainment for the Population 25 Years and Older

## Baton Rouge, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Veterans in the Civilian Population 18 Years and Over

## Baton Rouge, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Disability by Age -- Civilian Noninstitutionalized Population

## Baton Rouge, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Geographical Mobility in the Past Year (Population 1 Year and Over)

## Baton Rouge, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**Speak English Less than "Very Well" (Population 5 Years and Over)**

**Baton Rouge, LA Metro Area**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Employment Status for the Population 16 years and over

## Baton Rouge, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Unemployment  (Civilian Labor Force -- Ages 16  and Over)

## Baton Rouge, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Means of Transportation to Work (Workers 16 Years and Over)

## Baton Rouge, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Occupation for the Civilian Employed 16 Years and Over Population

## Baton Rouge, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Median Household Income in the Past 12 Months

## Baton Rouge, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Receipt of Food Stamps/SNAP in the Past 12 Months by Household

## Baton Rouge, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Median Family Income in the Past 12 Months

## Baton Rouge, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Per capita Income in the Past 12 Months

## Baton Rouge, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Lack of Health Insurance Coverage -- Civilian Noninstitutionalized Population

## Baton Rouge, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Family Households Below Poverty in the Past 12 Months

## Baton Rouge, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Female-headed Households with Related Children Below Poverty in the Past 12 Months

## Baton Rouge, LA Metro Area



Source:  S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Home Owners and Renters by Household

## Baton Rouge, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Population Below Poverty in the Past 12 Months

## Baton Rouge, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**No Vehicles Available by Household**

**Baton Rouge, LA Metro Area**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## More than One Person per Room (Crowding) by Household

## Baton Rouge, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Median Home Value -- Owner-Occupied

## Baton Rouge, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**Rent as a Percentage of Household Income (30% or more) -- Renter-Occupied**

**Baton Rouge, LA Metro Area**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Computers and Internet Use

## Baton Rouge, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**Households with Householder Living Alone**

**Baton Rouge, LA Metro Area**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**Female-Headed Households with Children Under 18 (As a Percentage of all Households)**

**Baton Rouge, LA Metro Area**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

# Exhibit P

# Selected Socio-Economic Data

## New Orleans-Metairie, LA Metro Area

### Any Part African American vis-à-vis NH White

### Data Set: 2019 American Community Survey 1-Year Estimates

10-Apr-22

## Population by Age

## New Orleans-Metairie, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Household Type for Population in Households

## New Orleans-Metairie, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Marital Status for the Population 15 Years and Over

## New Orleans-Metairie, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Educational Attainment for the Population 25 Years and Older

## New Orleans-Metairie, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**Veterans in the Civilian Population 18 Years and Over**

**New Orleans-Metairie, LA Metro Area**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**Disability by Age -- Civilian Noninstitutionalized Population**

**New Orleans-Metairie, LA Metro Area**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Geographical Mobility in the Past Year (Population 1 Year and Over)

## New Orleans-Metairie, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**Speak English Less than "Very Well" (Population 5 Years and Over)**

**New Orleans-Metairie, LA Metro Area**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Employment Status for the Population 16 years and over

## New Orleans-Metairie, LA Metro Area



Source:  S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**Unemployment  (Civilian Labor Force -- Ages 16  and Over)**

**New Orleans-Metairie, LA Metro Area**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Means of Transportation to Work (Workers 16 Years and Over)

## New Orleans-Metairie, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Occupation for the Civilian Employed 16 Years and Over Population

## New Orleans-Metairie, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Median Household Income in the Past 12 Months

## New Orleans-Metairie, LA Metro Area



Median household income in the past 12 months (in 2019 inflation-adjusted dollars)

Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Receipt of Food Stamps/SNAP in the Past 12 Months by Household

## New Orleans-Metairie, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Median Family Income in the Past 12 Months

## New Orleans-Metairie, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Per capita Income in the Past 12 Months

## New Orleans-Metairie, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Lack of Health Insurance Coverage -- Civilian Noninstitutionalized Population

## New Orleans-Metairie, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Family Households Below Poverty in the Past 12 Months

## New Orleans-Metairie, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Female-headed Households with Related Children Below Poverty in the Past 12 Months

## New Orleans-Metairie, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Home Owners and Renters by Household

## New Orleans-Metairie, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Population Below Poverty in the Past 12 Months

## New Orleans-Metairie, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**No Vehicles Available by Household**

**New Orleans-Metairie, LA Metro Area**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## More than One Person per Room (Crowding) by Household

## New Orleans-Metairie, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Median Home Value -- Owner-Occupied

## New Orleans-Metairie, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Rent as a Percentage of Household Income (30% or more) -- Renter-Occupied

## New Orleans-Metairie, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Computers and Internet Use

## New Orleans-Metairie, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Households with Householder Living Alone

## New Orleans-Metairie, LA Metro Area



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**Female-Headed Households with Children Under 18 (As a Percentage of all Households)**

**New Orleans-Metairie, LA Metro Area**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates