# EXHIBIT 5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON et al., <br><br> Plaintiffs, <br><br> v. <br><br> KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, <br><br> Defendant. | Case No. 3:22-cv-00211-SDD-SDJ |
| EDWARD GALMON, SR. et al., <br><br> Plaintiffs, <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State, <br><br> Defendant. | Case No. 3:22-cv-00214-SDD-SDJ |

### DECLARATION OF CHARLES CRAVINS IN SUPPORT OF
### *GALMON* PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Charles Cravins, hereby declare as follows:

1. I am a lawyer in private practice in Opelousas. I previously served as St. Landry Parish District Attorney and ran for that office in the 2020 election. Before that, I had worked in the District Attorney's office for more than two decades, and also previously served as a congressional staffer during the 1990s.

2. My family has lived in St. Landry Parish since 1764. My family and I have a long history of involvement in community affairs in the parish, including local politics and campaigns.

3. Based on my experiences as a resident, public servant, and political candidate in St. Landry Parish, I believe that the parish should be included in the same congressional district as Baton Rouge given the close ties between these communities.

4. For example, many St. Landry Parish residents, particularly on the eastern side of the parish, commute to and from Baton Rouge, both for work and to attend schools like Louisiana State University, Southern University, and Baton Rouge Community College.

5. St. Landry Parish and Baton Rouge also share economic and commercial interests. As just one example, St. Landry Parish contains a petrochemical plant along the Atchafalaya River in the eastern part of the parish, similar to the refineries along the Mississippi River in the Baton Rouge area and the delta parishes. These communities share both similar economic interests and a similar workforce.

6. Under the enacted congressional map, St. Landry Parish is included in the same district as Shreveport, Caddo Parish, and other parishes along the Texas border—communities with which St. Landry Parish has little in common. During my time working as a congressional staffer, the Fourth Congressional District similarly included Shreveport, St. Landry Parish, and the parishes in between. I learned doing constituent services in this district that these communities do not share similar needs and concerns. By contrast, St. Landry Parish and the Baton Rouge area share close ties and a cohesive community that should be preserved in the same congressional district.

Dated: April 15, 2022              Respectfully submitted,

By _____
Charles Cravins