# EXHIBIT 6

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>　　　　　Defendant. | Case No. 3:22-cv-00211-SDD-SDJ |
| EDWARD GALMON, SR. et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State,<br><br>　　　　　Defendant. | Case No. 3:22-cv-00214-SDD-SDJ |

## DECLARATION OF PLAINTIFF EDWARD GALMON, SR.

Pursuant to 20 U.S.C. § 1746, I, Edward Galmon, Sr., make the following declaration:

1. I am a Plaintiff in the above-captioned case.

2. I am a Black citizen of the United States and the State of Louisiana.

3. My address is 124 Versia Scott Ln., Greensburg, LA 70441 in St. Helena Parish.

4. I am a registered voter in Congressional District 5 under the 2022 enacted map.

5. I intend to vote in future congressional elections.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 15, 2022　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　　　Edward Galmon, Sr.

1