# EXHIBIT 7

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON et al., <br><br> Plaintiffs, <br><br> v. <br><br> KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, <br><br> Defendant. | Case No. 3:22-cv-00211-SDD-SDJ |
| EDWARD GALMON, SR. et al., <br><br> Plaintiffs, <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State, <br><br> Defendant. | Case No. 3:22-cv-00214-SDD-SDJ |

**DECLARATION OF PLAINTIFF CIARA HART**

Pursuant to 20 U.S.C. § 1746, I, Ciara Hart, make the following declaration:

1. I am a Plaintiff in the above-captioned case.

2. I am a Black citizen of the United States and the State of Louisiana.

3. My address is 10514 N. Oak Hills Pkwy., Baton Rouge, LA 70810 in East Baton Rouge Parish.

4. I am a registered voter in Congressional District 6 under the 2022 enacted map.

5. I intend to vote in future congressional elections.

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 15, 2022

Respectfully submitted,

/s/ *[signature]*
Ciara Hart