# EXHIBIT 8

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>        Defendant. | Case No. 3:22-cv-00211-SDD-SDJ |
| EDWARD GALMON, SR. et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State,<br><br>        Defendant. | Case No. 3:22-cv-00214-SDD-SDJ |

## **DECLARATION OF PLAINTIFF NORRIS HENDERSON**

Pursuant to 20 U.S.C. § 1746, I, Norris Henderson, make the following declaration:

1. I am a Plaintiff in the above-captioned case.

2. I am a Black citizen of the United States and the State of Louisiana.

3. My address is 7832 Ligustrum Dr., New Orleans, LA 70126 in Orleans Parish.

4. I am a registered voter in Congressional District 2 under the 2022 enacted map.

5. I intend to vote in future congressional elections.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 14, 2022

                                                        Respectfully submitted,

                                                        /s/ Norris Henderson
                                                        Norris Henderson