# EXHIBIT 9

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON et al., <br><br> Plaintiffs, <br><br> v. <br><br> KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, <br><br> Defendant. | Case No. 3:22-cv-00211-SDD-SDJ |
| EDWARD GALMON, SR. et al., <br><br> Plaintiffs, <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State, <br><br> Defendant. | Case No. 3:22-cv-00214-SDD-SDJ |

## DECLARATION OF PLAINTIFF TRAMELLE HOWARD

Pursuant to 20 U.S.C. § 1746, I, Tramelle Howard, make the following declaration:

1. I am a Plaintiff in the above-captioned case.

2. I am a Black citizen of the United States and the State of Louisiana.

3. My address is 270 Elmer Ave., Baton Rouge, LA 70807 in East Baton Rouge Parish.

4. I am a registered voter in Congressional District 2 under the 2022 enacted map.

5. I intend to vote in future congressional elections.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 15, 2022                               Respectfully submitted,

                                                    /s/ *Tramelle Howard*
                                                    Tramelle Howard

1