## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

PRESS ROBINSON, EDGAR CAGE,
DOROTHY NAIRNE, EDWIN RENE
SOULE, ALICE WASHINGTON, CLEE
EARNEST LOWE, DAVANTE LEWIS,
MARTHA DAVIS, AMBROSE SIMS,
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE
("NAACP") LOUISIANA STATE
CONFERENCE, AND POWER COALITION
FOR EQUITY AND JUSTICE,

                Plaintiffs,

v.

KYLE ARDOIN, in his official capacity as
Secretary of State for Louisiana.

                Defendant.

Civil Action No. 3:22-cv-00211-SDD-RLB

### PROPOSED MOTION TO STRIKE DOCUMENT NO. 38
### MOTION FOR EXTENSION OF TIME TO FILE INTERVENTION

Now into court, through undersigned counsel comes, Vincent Pierre, Chairman of the Louisiana Legislative Black Caucus proposing to intervene in this matter, who respectfully represents:

I.

On Thursday, April 14, 2022 there were two proposed motions filed in this matter requesting an extension of time to file a petition to intervene in this matter as reflected in Document No. 38 signed by attorney Ernest L Johnson and Document No. 39 signed by undersigned counsel.

2.

If allowed by this Honorable Court to intervene in this matter, Attorney Johnson and undersigned counsel will serve as co-counsels.

3.

Therefore, it is not necessary to have two of the same Motion for Extension Time pending in this matter and we are requesting that Document No. 38 be stricken from the record.

        **RESPECTFULLY SUBMITTED,**

        **s/ ARTHUR R. THOMAS #12797**

        **s/ERNEST L. JOHNSON #07290**

        **ARTHUR R. THOMAS & ASSOCIATES**
        **3313 GOVERNMENT STREET**
        **Baton Rouge, LA 70806**
        **(225) 334-7490**
        **artthomas51@gmail.com**

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system which provides electronic notice of filing to all counsel of record.

This the 18TH day of April, 2022.

/s/ Arthur R. Thomas

COUNSEL FOR THE LOUISIANA
LEGISALTIVE BLACK CACUSUS

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

PRESS ROBINSON, EDGAR CAGE,
DOROTHY NAIRNE, EDWIN RENE
SOULE, ALICE WASHINGTON, CLEE
EARNEST LOWE, DAVANTE LEWIS,
MARTHA DAVIS, AMBROSE SIMS,
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE
("NAACP") LOUISIANA STATE
CONFERENCE, AND POWER COALITION
FOR EQUITY AND JUSTICE,

                Plaintiffs,

v.

KYLE ARDOIN, in his official capacity as
Secretary of State for Louisiana.
                Defendant.

Civil Action No. 3:22-cv-00211-SDD-RLB

**ORDER**

IT IS HEREBY ORDERED THAT Document No. 38 be stricken from the record of this case..

SIGNED THIS _____ DAY OF APRIL, 2022.

_____
**JUDGE**