# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

PRESS ROBINSON, *et al*

versus

KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana

CIVIL ACTION

22-211-SDD-SDJ

EDWARD GALMON, SR., *et al*

versus

R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana

CIVIL ACTION

22-214-SDD-SDJ

## SCHEDULING ORDER

The following deadlines are established:

- Deadline to file witness and exhibit list: **April 29, 2022**
- Upload Exhibits to JERS, including expert reports: **May 2, 2022**
- Final Pretrial Conference via Zoom: **May 3, 2022, at 11:00 a.m. CST**
- File any Pretrial Stipulations: **May 6, 2022, by 5:00 p.m. CST**

The parties are to meet and confer regarding:

- Stipulation that all evidence offered shall be admitted in both consolidated matters;
- Exhibits which may be admitted without objection;
- Stipulation to the expertise of proposed expert witnesses

Signed in Baton Rouge, Louisiana, on April 19, 2022.

*Shelly D. Dick*

**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**