IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE, | CIVIL ACTION NO. 3:22-cv-00211<br><br>Chief Judge Shelly D. Dick<br>Magistrate Judge Scott D. Johnson |
| *Plaintiffs*, | |
| v. | |
| R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | |
| *Defendant.* | |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, and TRAMELLE HOWARD, | CIVIL ACTION NO. 3:22-cv-00214 (consolidated with Civil Action No. 3:22-cv-00211)<br><br>Chief Judge Shelly D. Dick<br>Magistrate Judge Scott D. Johnson |
| *Plaintiffs*, | |
| v. | |
| R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | |
| *Defendant.* | |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE*
IN SUPPORT OF NEITHER PARTY AND TO EXCEED THE PAGE LIMIT**

**NOW INTO COURT**, come proposed *Amici Curiae*, Michael Mislove, Lisa J. Fauci, Robert Lipton, and Nicholas Mattei (the "Proposed *Amici*"), who for the reasons explained in the accompanying memorandum, and with the consent of all parties, respectfully request leave of

Court to file a brief *amicus curiae* in support of neither party and, in doing so, to exceed the page limit for memoranda in Rule 7(g) of the Court's Local Rules.

**WHEREFORE**, Proposed *Amici* respectfully request leave of Court to file the attached brief *amicus curiae* in support of neither party and, in doing so, to exceed the page limit for memoranda in Rule 7(g) of the Court's Local Rules.

Dated: April 20, 2022

Sam Hirsch*
Jessica Ring Amunson*
Alex S. Trepp*
JENNER & BLOCK LLP
1099 New York Avenue, NW,
Suite 900
Washington, D.C. 20001
(202) 639-6000
shirsch@jenner.com
jamunson@jenner.com
atrepp@jenner.com

Keri L. Holleb Hotaling*
Andrew J. Plague*
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 923-2975
khotaling@jenner.com
aplague@jenner.com

* *Pro hac vice motion filed*

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso (La. Bar No. 2814)
Viviana Aldous (La. Bar No. 38653)
BARRASSO USDIN KUPPERMAN
  FREEMAN &SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, LA 70112
Tel: (504) 589-9700
Fax: (504) 589-9701
jbarrasso@barrassousdin.com
valdous@barrassousdin.com

*Counsel for Amici*