IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,<br><br>*Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>*Defendant.* | CIVIL ACTION NO. 3:22-cv-00211<br><br>Chief Judge Shelly D. Dick<br>Magistrate Judge Scott D. Johnson |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, and TRAMELLE HOWARD,<br><br>*Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>*Defendant.* | CIVIL ACTION NO. 3:22-cv-00214<br>(consolidated with Civil Action<br>No. 3:22-cv-00211)<br><br>Chief Judge Shelly D. Dick<br>Magistrate Judge Scott D. Johnson |

**[PROPOSED] ORDER**

Considering the Unopposed Motion for Leave to File Brief *Amicus Curiae* in Support of Neither Party and to Exceed the Page Limit and supporting memorandum of Michael Mislove, Lisa J. Fauci, Robert Lipton, and Nicholas Mattei,

**IT IS HEREBY ORDERED** that the Proposed *Amici*'s Motion is GRANTED and the *Amicus* Brief may be filed.

Baton Rouge, Louisiana, this _____ day of _____, 2022.

_____
SHELLY D. DICK
UNITED STATES DISTRICT JUDGE

1