# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE, Plaintiffs,

V.

KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, Defendant.

Civil Action No. 3:22-cv-00211
Chief Judge Shelly D. Dick
Magistrate Judge Richard L. Bourgeois, Jr.

## MOTION FOR LEAVE TO INTERVENE

Now before the Court comes The Louisiana Legislative Black Caucus (LLBC) an association of African American members of the Louisiana legislature. Members of LLBC opposed the plan which is the subject of this proceeding when it was first proposed and were united in opposing the plan throughout the process of its adoption by the Louisiana legislature. Throughout that process members of LLBC contended that the proposed plan was illegal, the same claim which is asserted by the Plaintiff in this proceeding and continued to oppose the plan when it was presented to and ultimately vetoed by the governor and also continued to be united in opposition to the plan during the veto override session when the plan was purportedly adopted. As is shown by the attached memorandum, LLBC has a substantial interest in this proceeding and meets all requirements to intervene.

Plaintiffs have advised that they do not oppose this motion. Defendant and intervenors have been contacted and have not, as of the filing of this motion, advised as to whether Defendant and/or Intervenors will oppose the motion.

Wherefore The Louisiana Legislative Black Caucus moves that the Court grant it leave to file the attached Petition of Intervention and intervene in this proceeding in support of the relief requested by Plaintiff.

Respectfully submitted,

*Stephen M. Irving*
STEPHEN M. IRVING (7170)   T.A.
Steve Irving, LLC
111 Founders Drive, Suite 700 Baton Rouge, LA 70810-8959
 Telephone: (225) 752-2688
Facsimile: (225) 752-2663
Email: steve@steveirvingllc.com - AND

ERNEST L. JOHNSON #07290
Attorney at Law
3313 Government Street
Baton Rouge, LA 70806
(225) 413-3219
ernestjohnson@lacapfund.com

## CERTIFICATE OF SERVICE

I do hereby certify that, on this 21st day of April 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

*Stephen M. Irving*
STEPHEN M. IRVING (7170)   T.A.
Steve Irving, LLC
111 Founders Drive, Suite 700 Baton Rouge, LA 70810-8959
 Telephone: (225) 752-2688

Facsimile: (225) 752-2663
steve@steveirvingllc.com