UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,
      Plaintiffs,

v.

KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana.
      Defendant.

Civil Action No. 3:22-cv-00211-

SDD-RLB

## PROPOSED MOTION TO STRIKE DOCUMENT NO. 83 SUPPLEMENTAL ORDER

Now into court, through undersigned counsel comes, Vincent Pierre, Chairman of the Louisiana Legislative Black Caucus proposing to intervene in this matter, who respectfully represents:

I.

Undersigned counsel has been informed by the Clerk of Court Office that it is not necessary to file a Supplemental Order (Doc. 83) to the Motion by the Louisiana Legislative Black Caucus to Intervene which was filed on April 21, 2022.

2.

Therefore, it is not necessary to file a Supplemental Order and request made to strike Document No. 83 from the record.

RESPECTFULLY SUBMITTED,

/s/ERNEST L. JOHNSON #07290

Arthur R. Thomas & Associates
3313 Government Street
Baton Rouge, LA 70806
Telephone: (225) 413-3219
Fax: (225) 334-7490
ernestjohnson@lacapfund.com - AND

STEPHEN M. IRVING (7170) T.A.
Steve Irving, LLC
111 Founders Drive, Suite 700
Baton Rouge, LA 70810-8959
Telephone: (225) 752-2688
Facsimile: (225)752-2663
Email: steve@steveirvingllc.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system which provides electronic notice of filing to all counsel of record.

This the 22nd day of April, 2022.

/s/ Ernest L. Johnson

COUNSEL FOR THE LOUISIANA
LEGISALTIVE BLACK CACUSUS

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,

Civil Action No. 3:22-cv-00211-

SDD-RLB

     Plaintiffs,

v.

KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana.
     Defendant.

## ORDER

IT IS HEREBY ORDERED THAT Document No. 83 be stricken from the record of this case..

SIGNED THIS _____ DAY OF APRIL, 2022.

_____
**JUDGE**