# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON et al., <br><br> Plaintiffs, <br><br> v. <br><br> KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, <br><br> Defendant. | Case No. 3:22-cv-00211-SDD-SDJ c/w |
| EDWARD GALMON, SR. et al., <br><br> Plaintiffs, <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State, <br><br> Defendant. | Case No. 3:22-cv-00214-SDD-SDJ |

## *GALMON* PLAINTIFFS' EXHIBIT LIST FOR PRELIMINARY INJUNCTION PROCEEDINGS

Pursuant to the Court's scheduling order of April 19, 2022, *see* Rec. Doc. No. 63, Plaintiffs Edward Galmon, Sr., Ciara Hart, Norris Henderson, and Tramelle Howard (the "*Galmon* Plaintiffs") respectfully submit the following list of exhibits they expect to use in connection with the preliminary injunction hearing to commence on May 9, 2022.[1]

---

[1] Because the deadline for exhibit lists precedes the deadline for the *Galmon* Plaintiffs' reply in support of their motion for preliminary injunction, they reserve the right to file an amended list to reflect any additional exhibits identified in or filed with their reply.

1

# EXHIBITS[2]

| Exhibit No. | Description | Docket Location |
|---|---|---|
| 1 | Expert report of William Cooper and accompanying exhibits and attachments, dated April 15, 2022 | Rec. Doc. Nos. 43–46 |
| 2 | Expert report of Dr. Maxwell Palmer and accompanying exhibits and attachments, dated April 15, 2022 | Rec. Doc. No. 47 |
| 3 | Expert report of Dr. Allan Lichtman and accompanying exhibits and attachments, dated April 15, 2022 | Rec. Doc. No. 48 |
| 4 | Declaration of Christopher J. Tyson, dated April 15, 2022 | Rec. Doc. No. 49 |
| 5 | Declaration of Charles Cravins, dated April 15, 2022 | Rec. Doc. No. 50 |
| 6 | Declaration of Edward Galmon, Sr., dated April 15, 2022 | Rec. Doc. No. 50-1 |
| 7 | Declaration of Ciara Hart, dated April 15, 2022 | Rec. Doc. No. 50-2 |
| 8 | Declaration of Norris Henderson, dated April 14, 2022 | Rec. Doc. No. 50-3 |
| 9 | Declaration of Tramelle Howard, dated April 15, 2022 | Rec. Doc. No. 50-4 |
| 10 | Piper Hutchinson, *'When We Sue, We Win': Black Baton Rouge Residents Call for Second Majority Black Congressional District*, Daily Reveille (Nov. 21, 2021), https://www.lsureveille.com/news/when-we-sue-we-win-black-baton-rouge-residents-call-for-second-majority-black-congressional/article_35da528c-4a3d-11ec-bff3-f341498a4f66.html | Rec. Doc. No. 51 |
| 11 | Steven Procopio & Melinda Deslatte, *Legislature Sought Public Input in Redistricting, but Mostly Ignored It*, The Advocate (Feb. 23, 2022), https://www.theadvocate.com/baton_rouge/opinion/article_c42f8b5a-94d0-11ec-81ec-7732dee83c2c.html | Rec. Doc. No. 51 |
| 12 | Blake Paterson, *Should Louisiana Draw a Second Majority-Black Congressional District? Here's What Lawmakers Proposed*, Advocate (Feb. 21, 2022), https://www.theadvocate.com/baton_rouge/news/politics/legislature/article_2324563e-83a3-11ec-9ce2-b3e0b1ee1a99.html | Rec. Doc. No. 51 |

---

[2] The *Galmon* Plaintiffs reserve the right to use exhibits listed by any other party to this action, as well as by the parties in the consolidated *Robinson* matter.

| Exhibit No. | Description | Docket Location |
|---|---|---|
| 13 | Wesley Muller, *Louisiana House Approves Congress Map With 1 Majority Black District*, La. Illuminator (Feb. 10, 2022), https://lailluminator.com/2022/02/10/louisiana-house-approves-congress-map | Rec. Doc. No. 51 |
| 14 | Wesley Muller, *Louisiana Senate Approves Map for Congress Without New Minority District*, Louisiana Illuminator (Feb. 8, 2022), https://lailluminator.com/2022/02/08/louisiana-senate-approves-map-for-congress-without-new-minority-district | Rec. Doc. No. 51 |
| 15 | Blake Paterson, *Louisiana Legislature Sends Congressional Map with One Majority-Black District to Governor's Desk*, Advocate (Feb. 18, 2022), https://www.theadvocate.com/baton_rouge/news/politics/legislature/article_dd507448-90e1-11ec-bc5d-1faf116428b4.html | Rec. Doc. No. 51 |
| 16 | Blake Paterson, *Gov. John Bel Edwards Says 'Fair' Congressional Maps Would Include Another Majority-Black District*, Advocate (Dec. 16, 2021), https://www.theadvocate.com/baton_rouge/news/politics/legislature/article_64e99736-5ea6-11ec-bea4-2fa9f0b6f8c9.html | Rec. Doc. No. 52 |
| 17 | *Gov. Edwards Vetoes Proposed Congressional District Map, Announces Other Action on Newly Drawn District Maps*, Office of Governor (Mar. 9, 2022), https://gov.louisiana.gov/index.cfm/newsroom/detail/3585 | Rec. Doc. No. 52 |
| 18 | *Letter from Governor John Bel Edwards to Speaker of the House Clay J. Schexnayder*, Office of Governor (Mar. 9, 2022), https://gov.louisiana.gov/assets/docs/Letters/SchexnayderLtr20220309VetoHB1.pdf | Rec. Doc. No. 52 |
| 19 | Wesley Muller & Greg Larose, *Louisiana Legislature Overrides Gov. Edwards' Veto of Congressional Map*, La. Illuminator (March 30, 2022), https://lailluminator.com/2022/03/30/louisiana-legislature-overrides-gov-edwards-veto-of-congressional-map | Rec. Doc. No. 52 |
| 20 | Joint Rule No. 21, La. State Legislature, https://www.legis.la.gov/Legis/Law.aspx?d=1238755 (last visited Apr. 11, 2022) | Rec. Doc. No. 52 |

| Exhibit No. | Description | Docket Location |
|---|---|---|
| 21 | *Former Leader of Klan Narrowly Wins Contest in Louisiana*, N.Y. Times (Feb. 19, 1989), https://www.nytimes.com/1989/02/19/us/former-leader-of-klan-narrowly-wins-contest-in-louisiana.html | Rec. Doc. No. 52 |
| 22 | Roberto Suro, *Duke Softens Past in Louisiana Race*, N.Y. Times (Sept. 2, 1991), https://www.nytimes.com/1991/09/24/us/duke-softens-past-in-louisiana-race.html | Rec. Doc. No. 52 |
| 23 | Paul West, *The Numbers from Louisiana Add up Chillingly Duke's Claim on White Vote Shows Depth of Discontent*, Baltimore Sun (Nov. 17, 1991), https://www.baltimoresun.com/news/bs-xpm-1991-11-18-1991322072-story.html | Rec. Doc. No. 52 |
| 24 | *2022 Elections*, La. Sec'y of State, https://www.sos.la.gov/ElectionsAndVoting/PublishedDocuments/ElectionsCalendar2022.pdf (last visited Apr. 11, 2022) | Rec. Doc. No. 52 |
| 25 | *Session Information for the 2022 Regular Session*, La. State Legislature, https://legis.la.gov/legis/SessionInfo/SessionInfo_22RS.aspx (last visited April 11, 2022)) | Rec. Doc. No. 52 |
| 26 | Declinatory, Dilatory, & Peremptory Exceptions on Behalf of the Secretary of State to Plaintiffs' Petition for Injunctive & Declaratory Relief, *Bullman v. Ardoin*, No. C-716690 (La. 19th Jud. Dist. Ct. Mar. 16, 2022) | Rec. Doc. No. 53 |
| 27 | Declinatory, Dilatory, & Peremptory Exceptions on Behalf of Clay Schexnayder, in His Official Capacity as Speaker of the Louisiana House of Representatives, and Patrick Page Cortez, in His Official Capacity as President of the Louisiana Senate, *Bullman v. Ardoin*, No. C-716690 (La. 19th Jud. Dist. Ct. Mar. 29, 2022) | Rec. Doc. No. 53 |
| 28 | Motion for Stay to Be Taken up After Exception Hearing, If Exceptions Are Denied by the District Court, *Bullman v. Ardoin*, No. C-716690 (La. 19th Jud. Dist. Ct. Mar. 24, 2022) | Rec. Doc. No. 53 |
| 29 | Transcript of Exception Hearing, *Bullman v. Ardoin*, No. C-716690 (La. 19th Jud. Dist. Ct. Apr. 11, 2022) | N/A |
| 30 | Jonathan Tilove, *David Vitter Ad Slammed as Racist by Advocates for Immigrants*, Times Picayune, https://www.nola.com/news/politics/article_7cb50f69-5e87-5ae9-98a3-2f14d67a6a9f.html (June 25, 2019) | N/A |

| Exhibit No. | Description | Docket Location |
|---|---|---|
| 31 | *Welcome Prize*, YouTube (Oct. 6, 2010), https://www.youtube.com/watch?v=9uvp0Jljh6U | N/A |
| 32 | *David Vitter 2015 Campaign Ad*, http://link.brightcove.com/services/player/bcpid1764219419001?bckey=AQ~~,AAAAAETmrZQ~,EVFEM4AKJdRI6UgfPhFgV0s-3wZ2v95n&bctid=4581843421001 (last visited Apr. 27, 2022) | N/A |
| 33 | *John Bel Edwards and Stacey Abrams: Too Liberal for Louisiana*, YouTube (Sept. 12, 2019), https://www.youtube.com/watch?v=so3LhNWs9R4&t=2s. | N/A |
| 34 | *"Scars and Bars" | Gary Chambers*, YouTube (Feb. 9, 2022), https://www.youtube.com/watch?v=X6iSRU9486I | N/A |

| | |
|---|---|
| Dated: April 29, 2022 | Respectfully submitted, |
| By *s/Darrel J. Papillion* | Abha Khanna* |
| Darrel J. Papillion (Bar Roll No. 23243) | Jonathan P. Hawley* |
| Renee C. Crasto (Bar Roll No. 31657) | **ELIAS LAW GROUP LLP** |
| Jennifer Wise Moroux (Bar Roll No. 31368) | 1700 Seventh Avenue, Suite 2100 |
| **WALTERS, PAPILLION,** | Seattle, Washington 98101 |
| **THOMAS, CULLENS, LLC** | Phone: (206) 656-0177 |
| 12345 Perkins Road, Building One | Facsimile: (206) 656-0180 |
| Baton Rouge, Louisiana 70810 | Email: akhanna@elias.law |
| Phone: (225) 236-3636 | Email: jhawley@elias.law |
| Fax: (225) 236-3650 | |
| Email: papillion@lawbr.net | Lalitha D. Madduri* |
| Email: crasto@lawbr.net | Olivia N. Sedwick* |
| Email: jmoroux@lawbr.net | Jacob D. Shelly* |
| | **ELIAS LAW GROUP LLP** |
| | 10 G Street NE, Suite 600 |
| | Washington, D.C. 20002 |
| | Phone: (202) 968-4490 |
| | Facsimile: (202) 968-4498 |
| | Email: lmadduri@elias.law |
| | Email: osedwick@elias.law |
| | Email: jshelly@elias.law |
| | *Counsel for Plaintiffs* |
| | *Admitted pro hac vice* |

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this 29th day of April, 2022, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent through the Court's electronic filing system to all counsel of record.

                                          *s/Darrel J. Papillion*
                                            Darrel J. Papillion