## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
MAY 9, 2022
CHIEF DISTRICT JUDGE SHELLY D. DICK

| | |
|---|---|
| **PRESS ROBINSON, ET AL** | CIVIL ACTION |
| VERSUS | |
| | NO. 22-211-SDD-SDJ |
| **KYLE ARDOIN, ET AL** | |

## CONSOLIDATED WITH

| | |
|---|---|
| **EDWARD GALMON, SR., ET AL** | CIVIL ACTION |
| VERSUS | |
| | NO. 22-214-SDD-SDJ |
| **KYLE ARDOIN, ET AL** | |

This matter came on this day for an evidentiary hearing on *Motion for Preliminary Injunction*.[1]

PRESENT:  **Stuart C. Naifeh, Esq.**
**Kathryn C. Sadasivan, Esq.**
Counsel for Robinson Plaintiffs

**Darrel James Papillion Esq.**
**Abha Khanna, Esq.**
**Jacob D. Shelly, Esq.**
**Olivia Sedwick, Esq.**
Counsel for Galmon Plaintiffs

**John Carroll Walsh, Esq.**
**Philip J. Strach, Esq.**
Counsel for Kyle Ardoin

**Patrick T. Lewis, Esq.**
**Katherine L. McKnight, Esq.**
Counsel for Clay Schexnayder and Patrick Page Cortez

---

[1] Rec. Doc. Nos. 41 and 42.

      **Jeffrey Michael Wale, Esq.**
      **Angelique Duhon Freel, Esq.**
      Counsel for State of Louisiana – Attorney General Landry

      **Stephen M. Irving, Esq.**
      **Ernest L. Johnson, I, Esq.**
      **Arthur Ray Thomas, Esq.**
      Counsel for Louisiana Legislative Black Caucus

Court discusses Stipulations that were previously filed into the record.

Exhibits filed.

Michael W. McClanahan is sworn and testifies.

William Cooper is sworn, tendered, and accepted as an expert in redistricting, demographic and census data, and testifies.

Anthony Fairfax is sworn, tendered, and accepted as an expert in redistricting, demographic and census data, and testifies.

The following persons are sworn and testify:

    Charles Cravins
    Christopher Tyson

Dr. Maxwell Palmer is sworn, tendered, and accepted as an expert in redistricting with an emphasis on racially polarized voting and data analysis, and testifies.

Court recesses until Tuesday, May 10, 2022, at 9:30 a.m.

                \* \* \* \* \*

C:  CV 13b; T: 6 hrs.