**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

MINUTE ENTRY:
MAY 10, 2022
CHIEF DISTRICT JUDGE SHELLY D. DICK

| | |
|---|---|
| **PRESS ROBINSON, ET AL** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 22-211-SDD-SDJ** |
| **KYLE ARDOIN, ET AL** | |

**CONSOLIDATED WITH**

| | |
|---|---|
| **EDWARD GALMON, SR., ET AL** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 22-214-SDD-SDJ** |
| **KYLE ARDOIN, ET AL** | |

This matter came on this day for continuation of the evidentiary hearing on *Motion for Preliminary Injunction.*[1]

**PRESENT:** **Stuart C. Naifeh, Esq.**
**Kathryn C. Sadasivan, Esq.**
**Sarah E. Brannon, Esq.**
**Samantha Osaki, Esq.**
**Amitav Chakraborty, Esq.**
**Ryan Rizzuto, Esq.**
**Adam Savitt, Esq.**
Counsel for Robinson Plaintiffs

**Darrel James Papillion Esq.**
**Abha Khanna, Esq.**
**Jacob D. Shelly, Esq.**
**Olivia Sedwick, Esq.**
**Jonathan Patrick Hawley, Esq.**
Counsel for Galmon Plaintiffs

**John Carroll Walsh, Esq.**
**Philip J. Strach, Esq.**
Counsel for Kyle Ardoin

[1] Rec. Doc. Nos. 41 and 42.

**Patrick T. Lewis, Esq.**
**Katherine L. McKnight, Esq.**
**Efrem Mark Braden, Esq.**
Counsel for Clay Schexnayder and Patrick Page Cortez

**Jeffrey Michael Wale, Esq.**
**Angelique Duhon Freel, Esq.**
**Thomas A. Farr, Esq.**
Counsel for State of Louisiana – Attorney General Landry

**Stephen M. Irving, Esq.**
**Ernest L. Johnson, I, Esq.**
**Arthur Ray Thomas, Esq.**
Counsel for Louisiana Legislative Black Caucus

Dr. Lisa Handley is sworn, tendered, and accepted as an expert in redistricting with an emphasis on racially polarized voting, and testifies.

Dr. Dorothy Nairne is sworn and testifies.

Dr. Traci Burch is sworn, tendered, and accepted as an expert in political behavior, political participation and barriers to voting, and testifies.

Dr. Allan Lichtman is sworn, tendered, and accepted as an expert in American politics, American political history, voting rights, and quantitative and qualitative social sciences.

Dr. Robert Blakeslee Gilpin is sworn, tendered, and accepted as an expert in Southern history.

Ashley Shelton is sworn and testifies.

Exhibits filed.

Court recesses until Wednesday, May 11, 2022, at 9:30 a.m.

* * * * *

C: CV 13b; T: 6 hrs.