**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

MINUTE ENTRY:
MAY 11, 2022
CHIEF DISTRICT JUDGE SHELLY D. DICK

**PRESS ROBINSON, ET AL** **CIVIL ACTION**

**VERSUS** **NO. 22-211-SDD-SDJ**

**KYLE ARDOIN, ET AL**

**CONSOLIDATED WITH**

**EDWARD GALMON, SR., ET AL** **CIVIL ACTION**

**VERSUS** **NO. 22-214-SDD-SDJ**

**KYLE ARDOIN, ET AL**

This matter came on this day for continuation of the evidentiary hearing on *Motion for Preliminary Injunction.*[1]

**PRESENT:** **Stuart C. Naifeh, Esq.**
**Kathryn C. Sadasivan, Esq.**
**Sarah E. Brannon, Esq.**
**Samantha Osaki, Esq.**
**Amitav Chakraborty, Esq.**
**Ryan Rizzuto, Esq.**
**Adam Savitt, Esq.**
**Jonathan Hurwitz, Esq.**
Counsel for Robinson Plaintiffs

**Darrel James Papillion Esq.**
**Abha Khanna, Esq.**
**Jacob D. Shelly, Esq.**
**Olivia Sedwick, Esq.**
**Jonathan Patrick Hawley, Esq.**
Counsel for Galmon Plaintiffs

[1] Rec. Doc. Nos. 41 and 42.

**John Carroll Walsh, Esq.**
**Philip J. Strach, Esq.**
Counsel for Kyle Ardoin

**Patrick T. Lewis, Esq.**
**Katherine L. McKnight, Esq.**
**Efrem Mark Braden, Esq.**
Counsel for Clay Schexnayder and Patrick Page Cortez

**Jeffrey Michael Wale, Esq.**
**Angelique Duhon Freel, Esq.**
**Thomas A. Farr, Esq.**
**Phillip Michael Gordon, Esq.**

Counsel for State of Louisiana – Attorney General Landry

**Stephen M. Irving, Esq.**
**Ernest L. Johnson, I, Esq.**
**Arthur Ray Thomas, Esq.**
Counsel for Louisiana Legislative Black Caucus

The Court addresses issues related to Covid-19.

Matthew Block is sworn and testifies.

Thomas Mark Bryan is sworn, tendered, and accepted as an expert in demographics, redistricting and census data, and testifies.

Tumulesh K.S. Solanky is sworn, tendered, and accepted as an expert in mathematics and statistical analysis.

Exhibits filed.

Court recesses until Thursday, May 12, 2022, at 10:00 a.m.

* * * * *

C: CV 13b; T: 4.5 hrs.