# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
JUNE 16, 2022
CHIEF DISTRICT JUDGE SHELLY D. DICK

**PRESS ROBINSON, ET AL**                                    **CIVIL ACTION**

**VERSUS**
                                                             **NO. 22-211-SDD-SDJ**
**KYLE ARDOIN, ET AL**

### CONSOLIDATED WITH

**EDWARD GALMON, SR., ET AL**                                **CIVIL ACTION**

**VERSUS**
                                                             **NO. 22-214-SDD-SDJ**
**KYLE ARDOIN, ET AL**


　　　　This matter came on this day for hearing on *Motion for Extension of Time to Enact Plan.*[1]

　　　　　　**PRESENT:**　**John N. Adcock, Esq.**
　　　　　　　　　　　　 **Tracie L. Washington, Esq.**
　　　　　　　　　　　　 Counsel for Robinson Plaintiffs

　　　　　　　　　　　　 **Darrel James Papillion Esq.**
　　　　　　　　　　　　 **Jennifer Wise Moroux, Esq.**
　　　　　　　　　　　　 Counsel for Galmon Plaintiffs

　　　　　　　　　　　　 **Katherine L. McKnight, Esq.**
　　　　　　　　　　　　 **Efrem Mark Braden, Esq.**
　　　　　　　　　　　　 Counsel for Clay Schexnayder and Patrick Page Cortez

　　　　　　　　　　　　 **Stephen M. Irving, Esq.**
　　　　　　　　　　　　 **Ernest L. Johnson, I, Esq.**
　　　　　　　　　　　　 Counsel for Louisiana Legislative Black Caucus

---

[1] Rec. Doc. No. 188.

The following persons are sworn and testify:

    Senate President Patrick Page Cortez
    House Speaker Clay Schexnayder

Exhibits filed.

Counsel present argument.

For oral reasons given, the Court DENIES the *Motion for Extension of Time to Enact Plan*.

The Court orders the parties to file briefs by 5:00pm setting forth their proposals for the nature and timeline of the judicial redistricting process in the event that the Legislature is unable to enact a remedial map. The Court specifies that each side will be permitted to offer one proposed remedial map.

* * * * *

C:  CV 25b; T: 1.5 hrs.