# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, *et al* | CIVIL ACTION |
| *versus* | 22-211-SDD-SDJ |
| KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana | |
| *consolidated with* | |
| EDWARD GALMON, SR., *et al* | CIVIL ACTION |
| *versus* | 22-214-SDD-SDJ |
| KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana | |

## ORDER

To ensure the expeditious adoption of a remedial map in the event that the Legislature fails to enact one by the Court-ordered deadline of June 20, 2022 at 6:00 p.m., the Court hereby **ORDERS** the following deadlines:

- Proposed remedial maps and memoranda in support shall be filed on or before **June 22, 2022**. Plaintiffs and Defendants shall each make one joint filing. Memoranda in support of remedial map submittals shall be limited to thirty (30) pages.

- The parties shall make disclosures required by Rule 26(a) of the Federal Rules of Civil Procedure on or before **June 22, 2022**.

- Responses or oppositions, if any, to the proposed remedial maps shall be limited to twenty (20) pages and filed on or before **June 27, 2022**. Plaintiffs

and Defendants shall each make one joint filing in response or opposition to the opponents proposed remedial map.

- An evidentiary hearing on the proposed remedial maps shall be held on **June 29, 2022,** at 9:00 a.m. in Courtroom 3.

- Limited discovery of the mapmakers and any experts identified in the Parties' Rule 26 disclosure shall be permitted up to the date of the hearing.

**IT IS SO ORDERED.**

Signed this 17th day of June, 2022, in Baton Rouge Louisiana.

_____
**SHELLY D. DICK
CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA**