# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENÉ SOULÉ, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, and POWER COALITION FOR EQUITY AND JUSTICE,<br><br>        Plaintiffs,<br><br>   v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>        Defendant. | Case No. 3:22-cv-00211-SDD-SDJ c/w |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, and TRAMELLE HOWARD,<br><br>        Plaintiffs,<br><br>   v.<br><br>R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State,<br><br>        Defendant. | Case No. 3:22-cv-00214-SDD-SDJ |

Pursuant to 28 U.S.C. § 1746, I, Anthony Fairfax, declare as follows:

1.      My name is Anthony E. Fairfax, I am over 18 years of age, and I have personal knowledge

of the statements made in this affidavit, and each is true and correct.

## I.    Introduction

2.     I was asked to create maps for submission to the Court in connection with a remedial proceeding. In particular, I was asked to start with my Illustrative Plan 2A previously submitted in this matter and to make certain changes to CD2, including adding Assumption Parish into the district, modifying as necessary to maintain population equality, and making any other appropriate changes in light of traditional redistricting criteria. To assess reasonable compactness, I ensured my remedial plan performs equal to or better than the state's enacted plan (either HB 1 or the 2011 plan) at adhering to traditional and state redistricting criteria, including those embodied in Joint Rule 21 (see Figure 1).



Figure 1 – Louisiana Congressional District Remedial Plan

3. My remedial map maintains the core of Illustrative District 5 in *Robinson* Illustrative Plans 1, 2, and 2A while seeking to ensure that the other majority-minority district, Congressional District 2 ("CD"), is more compact. I also sought to incorporate the testimony regarding communities of interest identified in the preliminary injunction hearing by maintaining the River Parishes in CD 2, and adding Assumption Parish into CD 2.

## II.    Background

4. In my expert report dated April 15, 2022, I found it was possible to draw an Illustrative Plan that adheres to state and federal redistricting criteria and creates two reasonably compact, majority-Black[1] districts in Louisiana's six-district Congressional map, satisfying the first precondition of *Thornburg v. Gingles*, 478 U.S. 30 (1986).

5. In its opinion dated June 6, 2022, this Court credited the above testimony in a decision in which the district court ordered the Louisiana Legislature to add a second majority-minority district by June 20, 2022. *Robinson v. Ardoin*, No. 22-211-SDD-SDJ, 2022 WL 2012389 (M.D. La. June 6, 2022).

6. On June 17, 2022, this Court issued an order requiring the parties to jointly submit a remedial map in the event the Louisiana legislature fails to do so. Thereafter, the Plaintiffs' counsel asked that I prepare a remedial congressional districting plan based on Illustrative Plan 2A that made the majority-Black districts more compact, minimized political boundary splits, particularly parishes, and incorporated testimony on communities of

---

[1]    Using voting age population ("VAP") and citizen voting age population ("CVAP").

interest identified at the Preliminary Injunction hearing, specifically the community of interest among Assumption Parish and the other River Parishes.

## III.    Qualifications

7.    My qualifications and expertise are described fully in my expert report, submitted on April 15, 2022, to this Court and available at ECF No. 41-2, 3:22-cv-00211-SDD-SDJ. This Court credited my testimony, in this case, *Robinson v. Ardoin*, in its opinion, dated June 6, 2022, as did a panel of the Fifth Circuit considering this case on June 12, 2022.

## IV.    Software and Data

8.    I used Maptitude for Redistricting ("Maptitude") by Caliper Corporation to develop the Remedial Plan in this report. Maptitude for Redistricting is one of the leading redistricting software applications that is utilized by state and city governments, major nonprofit groups, and consultants to develop redistricting plans.[2]

9.    I previously acquired, processed, and utilized the following data:

a.    The 2010 and 2020 census data for the total population were obtained from Caliper Corporation's datasets[3] for the state of Louisiana.

b.    The geographic boundaries for the 2011 congressional districts[4], 2010 and 2020 parishes, and Voting Districts ("VTDs") were also obtained from Caliper Corporation's datasets for the state of Louisiana. An updated shapefile version of

---

[2] See https://www.caliper.com/mtrnews/clients.htm for Maptitude for Redistricting's client list.
[3] Caliper Corporation provides 2020 Census Data (PL94-171 data) in a format readable for their software, Maptitude for Redistricting. The population data are identical to the data provided by the Census Bureau.
[4] I reviewed the 2011 congressional districts using 2010 Census data in Maptitude. The results in Maptitude generated the same population size and deviation as the Lousiana legislature's reports. The state's congressional district reports are located at the Louisiana Redistricting website: https://redist.legis.la.gov/CurrentDistricts.

the Louisiana VTDs was also downloaded from the Legislature's Redistricting website.[5]

## V.    Methodology

10.    To prepare my remedial plan, I first began with Illustrative plan 2A, which, like HB 1, used as its basis Louisiana's 2011 enacted Congressional plan. In the development of plan 2A, I began with the majority-Black district, CD 2, and sought to make the district more compact. I removed the cities of Baton Rouge and parts of East Baton Rouge Parish from CD 2 and as I expected, the district became more compact.

11.    I also sought to incorporate fewer political subdivision splits for CD 2, including parishes and census places. In the HB 1 plan, CD 2 included a significant number of split parishes and census places (see Table 1 below), including a number of split River Parishes. While keeping as a priority making the district more compact, I reduced the parish splits, particularly River Parishes, in CD 2.

12.    Two additional changes were made to Plan 2A. One included configuring the parish split of Iberia to be more compact by following mostly a major road in the remedial plan. The second was to modify and match HB1 and the 2011 plan's border for CD 2 near the Lake Pontchartrain area. Following the older border configuration reduces the number of areas that the remedial plan changes in the New Orleans parish HB1 and the 2011 plan's to two common areas.

---

[5] https://redist.legis.la.gov/default_ShapeFiles2020.  I analyzed the 2020 VTD splits using the 2020 Census VTDs available in Maptitude and the VTD shapefile on the state legislature's website and the results were the same.

13.     In creating the remedial plan, I maintained CD 5 as I had drawn it in Illustrative Plan 2A, ensuring that CD 5 includes the Delta parishes in the north and Baton Rouge in the south. By its nature, CD 5 in the remedial plan, as well as the HB 1 plan, the 2011 plan, and Illustrative plans, are less compact than other districts because the district stretches along Louisiana's eastern border, which follows the bends and turns of the Mississippi River and then extends along the Florida parishes to the east. Such geographic features inherently impose a substantial penalty in the calculation of the Polsby-Popper compactness metric in particular and also negatively impact other measures as well.

14.     I then sought to ensure that in every other district, I prioritized making the districts more compact, minimized political subdivision splits for parishes and VTDs, preserved communities of interest for census places, landmark areas, and communities identified in public testimony, and reduced fracking in each district and the plan overall.

**VI.     Plan Performance Comparison**

15.     The following tables include redistricting criteria and major race/ethnicity data of the Remedial and HB 1 plans.

16.     In my practice, it is appropriate to compare the metrics of CD 5 in the Remedial Plan with all the congressional districts in HB 1 because both high and low metrics reflect the range of acceptability for the state of Louisiana for any particular metric. In addition, in many instances, you are comparing different geographical areas between maps with similar district numbers. This is why I assessed the performance of the Illustrative Plans overall, as well as district by district, including looking to the mean compactness scores of the various plans as compared to HB 1.

6

17.    Table 1 contains a plan-level comparison of the Remedial and HB 1 plans using the eight

redistricting criteria that were followed during plan development.

**Table 1 – Remedial and HB 1 Plan Criteria Comparison**

| Criteria | Remedial Plan | HB1 Plan |
|---|---|---|
| Population Deviation | **61** | 65 |
| Contiguity | Y | Y |
| Parish Splits | **11** | 15 |
| VTD Splits | 0 | 0 |
| COI Census Places Splits | **27** | 32 |
| COI Landmark Splits | 58 | 58 |
| Compactness (mean) Roeck, Polsby-Popper, Convex Hull | **.40, .20, 70** | .37, .14, and .62 |
| Fracking (Total Pieces) | **12** | 17 |

Source: Remedial and HB1 Plans extracted from Maptitude for Redistricting reports

18.    Table 2 contains district-level data of the Remedial plan using the eight redistricting criteria

that were followed during plan development.

**Table 2 – Remedial Plan Redistricting Criteria**

| Plan | Contiguity | Equal Pop | Compactness (R-PP-CH) | Parish Splits | VTD Splits | COI Splits Places | COI Landmark Splits | Fracking (pieces) |
|---|---|---|---|---|---|---|---|---|
| 1 | Y | 3 | 0.37  0.22  0.72 | 3 | 0 | 7 | 27 | 4 |
| 2 | Y | 27 | 0.27  0.17  0.66 | 4 | 0 | 11 | 26 | 4 |
| 3 | Y | -34 | 0.48  0.21  0.75 | 4 | 0 | 9 | 30 | 0 |
| 4 | Y | -26 | 0.56  0.28  0.84 | 2 | 0 | 6 | 37 | 0 |
| 5 | Y | 27 | 0.34  0.10  0.56 | 5 | 0 | 13 | 33 | 4 |
| 6 | Y | 18 | 0.36  0.21  0.74 | 4 | 0 | 6 | 11 | 0 |

Source: Maptitude for Redistricting Reports from Remedial developed plan using 2020 Census Data
Note: All districts include incumbents; R-Reock, P-Polsby Popper, CH-Convex Hull

19.    Table 3 contains a district-level data of the HB 1 plan using the eight redistricting criteria.

### Table 3 – HB 1 Plan Redistricting Criteria

| Plan | Contiguity | Equal Pop | Compactness (R-PP-CH) | Parish Splits | VTD Splits | COI Splits Places | COI Landmark Splits | Fracking (pieces) |
|------|------------|-----------|-----------------------|---------------|------------|-------------------|---------------------|-------------------|
| 1 | Y | -25 | 0.50  0.16  0.71 | 5 | 0 | 14 | 15 | 4 |
| 2 | Y | 24 | 0.18  0.06  0.38 | 9 | 0 | 17 | 31 | 5 |
| 3 | Y | -18 | 0.37  0.29  0.79 | 2 | 0 | 5 | 30 | 0 |
| 4 | Y | 40 | 0.33  0.16  0.61 | 1 | 0 | 3 | 28 | 0 |
| 5 | Y | -16 | 0.37  0.12  0.60 | 2 | 0 | 3 | 40 | 4 |
| 6 | Y | -6 | 0.45  0.07  0.64 | 11 | 0 | 19 | 14 | 4 |

Source: Maptitude for Redistricting Reports from HB 1 LA legislature's Shapefile Plans using 2020 Census Data
Note: All districts include incumbents; R-Reock, P-Polsby Popper, CH-Convex Hull

20.    Table 4 contains a district-level comparison of the Remedial and HB 1 plans using the

voting age population ("VAP") of major race/ethnicity of the plans.

### Table 4 – Major Race/Ethnicity VAP of the Remedial and HB 1 Plans

| Plan | Remedial Hisp VAP | Remedial NHWhit VAP | Remedial DOJBlk VAP | Remedial APBlk VAP | HB 1 Hisp VAP | HB 1 NHWht VAP | HB 1 DOJBlk VAP | HB 1 APBlk VAP |
|------|-------------------|---------------------|---------------------|--------------------|---------------|----------------|-----------------|----------------|
| 1 | 10.95% | 66.23% | 15.97% | 17.05% | 10.94% | 69.86% | 12.49% | 13.48% |
| **2** | **7.73%** | **37.26%** | **49.66%** | **51.16%** | **7.84%** | **29.84%** | **57.03%** | **58.65%** |
| 3 | 4.94% | 72.22% | 17.93% | 18.57% | 4.69% | 67.01% | 23.94% | 24.63% |
| 4 | 4.02% | 59.9% | 31.25% | 31.9% | 4.07% | 58.12% | 33.09% | 33.82% |
| **5** | **3.46%** | **42.22%** | **51.15%** | **51.98%** | **3.61%** | **60.29%** | **32.33%** | **32.91%** |
| 6 | 6.37% | 72.12% | 16.39% | 16.91% | 6.35% | 65.01% | 23.27% | 23.86% |

Source: Maptitude for Redistricting Reports from Remedial developed plan using 2020 Census Data
Note: NH – Not Hispanic, AP – Any Parts, DOJ Blk – NH Black plus NH Black/White combined race

## VII.    Summary

21.    The Remedial Plan adheres to federal, state, and commonly used traditional redistricting principles such as equal population, contiguity, compactness, minimizing political subdivision splits, and preserving communities of interest. In fact, the Remedial plan performs equal to or better than HB 1 Plan on eight of eight redistricting criteria. Therefore, the Remedial Plan is more than acceptable in adhering to the state of Louisiana's traditional redistricting principles while also being fair to Louisiana voters.

Per 28 U.S. Code 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Anthony E. Fairfax
June 22, 2022

# Appendix A

## Redistricting Criteria Reports

### (Maps/Maptitude Data Reports – Remedial Plan)

1. Louisiana CD Remedial Plan (Statewide)
2. Louisiana CD Remedial Plan (District Zoom)
3. Equal Population/Pop Deviation – TTL
4. Equal Population/Pop Deviation – TTL for, VAP, CVAP, REG VOT
5. Equal Population/Pop Deviation – VAP
6. Equal Population/Pop Deviation – CVAP/REG VOT
7. Equal Population/Pop Deviation – "DOJ" Black VAP
8. Contiguity
9. Compactness
10. Political Sub Division Splits - Parish
11. Political Sub Division Splits – New VTDs
12. Community of Interest - Cities
13. Community of Interest - Landmark Splits
14. Fracking
15. District Core compared to H.B. 1



Louisiana
Congressional Districts
Remedial Plan
Legend
Parishes
DISTRICT
1
2
3
4
5
6
Caddo
Bossier
Webster
Claiborne
Union
Morehouse
West Carroll
East Carroll
Lincoln
Ouachita
Richland
Madison
Bienville
Jackson
Franklin
De Soto
Red River
Caldwell
Tensas
Winn
Catahoula
LaSalle
Natchitoches
Sabine
Grant
Concordia
Rapides
Vernon
Avoyelles
West Feliciana
East Feliciana
St. Helena
Tangipahoa
Washington
Beauregard
Allen
Evangeline
St. Landry
Pointe Coupee
East Baton Rouge
Livingston
West Baton Rouge
St. Tammany
Calcasieu
Jefferson Davis
Acadia
Lafayette
St. Martin
Iberville
Ascension
St. John the Baptist
Orleans
St. James
St. Charles
St. Bernard
Cameron
Vermilion
Iberia
Assumption
St. Mary
Lafourche
Jefferson
Terrebonne
Plaquemines
Source: U.S. Census Bureau 2020 Census Data
By: Tony Fairfax, CensusChannel LLC
Date: 6/20/22
Version 1
N
W
E
S

Louisiana
Congressional District 1
Remedial Plan

Legend
Parishes
DISTRICT
1
2
3
4
5
6

Source: U.S. Census Bureau 2020 Census Data

By: Tony Fairfax, CensusChannel LLC
Date: 6/21/22
Version 1



Concordia
Rapides
Avoyelles
West Feliciana
East Feliciana
St. Helena
Washington
5
Evangeline
St. Landry
Pointe Coupee
East Baton Rouge
Tangipahoa
6
Livingston
West Baton Rouge
St. Tammany
Acadia
Lafayette
St. Martin
Iberville
Ascension
2
St. John the Baptist
St. James
Orleans
Iberia
Assumption
St. Charles
St. Bernard
Jefferson
Vermilion
3
St. Mary
1
Lafourche
Terrebonne
N
W
E
S
Legend
Parishes
DISTRICT
1
2
3
4
5
6
Source: U.S. Census Bureau 2020 Census Data
By: Tony Fairfax, CensusChannel LLC
Date: 6/21/22
Version 1
Louisiana
Congressional District 2
Remedial Plan



Louisiana
Congressional District 3
Remedial Plan

Legend
Parishes
DISTRICT
1
2
3
4
5
6

Source: U.S. Census Bureau 2020 Census Data

By: Tony Fairfax, CensusChannel LLC
Date: 6/21/22
Version 1

14



Louisiana
Congressional District 4
Remedial Plan
Caddo
Bossier
Webster
Claiborne
Union
Morehouse
West Carroll
East Carroll
Lincoln
Ouachita
Richland
Madison
Bienville
Jackson
De Soto
Red River
4
Caldwell
Franklin
Tensas
Winn
Natchitoches
Catahoula
5
La Salle
Grant
Sabine
Concordia
Vernon
Rapides
Avoyelles
3
Beauregard
Allen
Landry
Baton Rouge
Legend
Parishes
DISTRICT
1
2
3
4
5
6
N
W
E
S
Source: U.S. Census Bureau 2020 Census Data
By: Tony Fairfax, CensusChannel LLC
Date: 6/21/22
Version 1



Louisiana
Congressional District 5
Remedial Plan
Legend
Parishes
DISTRICT
1
2
3
4
5
6
Source: U.S. Census Bureau 2020 Census Data
By: Tony Fairfax, CensusChannel LLC
Date: 6/21/22
Version 1
N
S
E
W
1
2
3
4
5
6
Bossier
Claiborne
Union
Morehouse
West Carroll
East Carroll
Webster
Lincoln
Ouachita
Richland
Madison
Caddo
Bienville
Jackson
Caldwell
Franklin
Tensas
Red River
De Soto
Winn
Catahoula
La Salle
Natchitoches
Grant
Concordia
Sabine
Rapides
Vernon
Avoyelles
West Feliciana
East Feliciana
St. Helena
Washington
Beauregard
Allen
Evangeline
St. Landry
Pointe Coupee
East Baton Rouge
Livingston
Tangipahoa
St. Tammany
West Baton Rouge
Jefferson
Acadia
Lafayette
St. Martin
Iberville
Orleans
Cameron
Vermilion
Iberia
Assumption
St. Charles
St. Mary
Lafourche
Plaquemines

Louisiana Congressional District 6 Remedial Plan

West Feliciana
East Feliciana
St. Helena
5
Washington
Pointe Coupee
East Baton Rouge
Tangipahoa
6
West Baton Rouge
Livingston
St. Tammany
Ascension
Iberville
N
W E
S
2
St. John the Baptist
1
Source: U.S. Census Bureau 2020 Census Data
St. James
Orleans
St. Charles
By: Tony Fairfax, CensusChannel LLC
Date: 6/21/22
Version 1
Assumption
Martin
St. Mary
Lafourche
17
Plaquemines

Legend
☐ Parishes
DISTRICT
1
2
3
4
5
6

User: **Tony Fairfax**
Plan Name: **LA CD Remedial Plan**
Plan Type: **LA Congressional Districts**

# Population Summary

Monday, June 20, 2022                                                                                              2:19 PM

| District | Population | Deviation | % Devn. | [Hispanic Origin] | [% Hispanic Origin] | NH_Wht | [% NH_Wht] | AP_Blk | [% AP_Blk] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 776,290 | -3 | 0.00% | 93,846 | 12.09% | 490,516 | 63.19% | 144,673 | 18.64% |
| 2 | 776,320 | 27 | 0.00% | 66,866 | 8.61% | 267,640 | 34.48% | 414,138 | 53.35% |
| 3 | 776,259 | -34 | 0.00% | 42,248 | 5.44% | 543,632 | 70.03% | 156,534 | 20.17% |
| 4 | 776,267 | -26 | 0.00% | 34,593 | 4.46% | 447,361 | 57.63% | 261,925 | 33.74% |
| 5 | 776,310 | 17 | 0.00% | 28,798 | 3.71% | 305,823 | 39.39% | 424,046 | 54.62% |
| 6 | 776,311 | 18 | 0.00% | 56,198 | 7.24% | 541,730 | 69.78% | 141,803 | 18.27% |

| | |
|---|---|
| Total Population: | 4,657,757 |
| Ideal District Population: | 776,293 |

### Summary Statistics:

| | |
|---|---|
| Population Range: | 776,259 to 776,320 |
| Ratio Range: | 0.00 |
| Absolute Range: | -34 to 27 |
| Absolute Overall Range: | 61 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.01% |
| Absolute Mean Deviation: | 20.83 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 23.03 |

User: **Tony Fairfax**
Plan Name: **LA CD Remedial Plan**
Plan Type: **LA Congressional Districts**

# Population Summary

Monday, June 20, 2022                                                                                              2:26 PM

| District | Population | Deviation | % Devn. | [18+_Pop] | CVAP_TOT20 | REGTTL1221 |
|----------|-----------|-----------|---------|-----------|------------|------------|
| 1 | 776,290 | -3 | 0.00% | 604,886 | 571,603 | 479,852 |
| 2 | 776,320 | 27 | 0.00% | 598,687 | 590,331 | 499,967 |
| 3 | 776,259 | -34 | 0.00% | 586,624 | 570,156 | 467,568 |
| 4 | 776,267 | -26 | 0.00% | 596,355 | 592,824 | 477,674 |
| 5 | 776,310 | 17 | 0.00% | 590,113 | 584,267 | 491,751 |
| 6 | 776,311 | 18 | 0.00% | 593,883 | 558,613 | 477,534 |

Total Population:                     4,657,757
Ideal District Population:            776,293

### Summary Statistics:

Population Range:              776,259 to 776,320
Ratio Range:                   0.00
Absolute Range:                -34 to 27
Absolute Overall Range:        61
Relative Range:                0.00% to 0.00%
Relative Overall Range:        0.01%
Absolute Mean Deviation:       20.83
Relative Mean Deviation:       0.00%
Standard Deviation:            23.03

User: **Tony Fairfax**
Plan Name: **LA CD Remedial Plan**
Plan Type: **LA Congressional Districts**

# Population Summary

| Monday, June 20, 2022 | 2:28 PM |
|---|---|

| District | Population | Deviation | % Devn. | [H18+_Pop] | [% H18+_Pop] | [NH18+_Wht] | [% NH18+_Wht] | [18+_AP_Blk] | [% 18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 776,290 | -3 | 0.00% | 66,207 | 10.95% | 400,638 | 66.23% | 103,146 | 17.05% |
| 2 | 776,320 | 27 | 0.00% | 46,285 | 7.73% | 223,076 | 37.26% | 306,288 | 51.16% |
| 3 | 776,259 | -34 | 0.00% | 28,951 | 4.94% | 423,684 | 72.22% | 108,925 | 18.57% |
| 4 | 776,267 | -26 | 0.00% | 23,991 | 4.02% | 357,213 | 59.9% | 190,266 | 31.9% |
| 5 | 776,310 | 17 | 0.00% | 20,411 | 3.46% | 249,175 | 42.22% | 306,739 | 51.98% |
| 6 | 776,311 | 18 | 0.00% | 37,817 | 6.37% | 428,324 | 72.12% | 100,405 | 16.91% |

| Total Population: | 4,657,757 |
|---|---|
| Ideal District Population: | 776,293 |

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 776,259 to 776,320 |
| Ratio Range: | 0.00 |
| Absolute Range: | -34 to 27 |
| Absolute Overall Range: | 61 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.01% |
| Absolute Mean Deviation: | 20.83 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 23.03 |

**Maptitude**
For Redistricting

User: **Tony Fairfax**
Plan Name: **LA CD Remedial Plan**
Plan Type: **LA Congressional Districts**

# Population Summary

Monday, June 20, 2022                                                                                     2:27 PM

| District | Population | Deviation | % Devn. | [% CVAP_HSP20] | [% CVAP_WHT20] | [% CVAP_BLK20] | [% REGWHT1221] | [% REGBLK1221] | [% REGOTH1221] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 776,290 | -3 | 0.00% | 5.62% | 73.86% | 16.22% | 75.43% | 15.44% | 9.13% |
| 2 | 776,320 | 27 | 0.00% | 3.97% | 39.42% | 53.76% | 39.33% | 53.15% | 7.52% |
| 3 | 776,259 | -34 | 0.00% | 2.76% | 76.44% | 18.35% | 78.31% | 17.21% | 4.48% |
| 4 | 776,267 | -26 | 0.00% | 2.34% | 62.64% | 32.91% | 64.66% | 31.2% | 4.13% |
| 5 | 776,310 | 17 | 0.00% | 1.41% | 44.71% | 52.44% | 43.39% | 53.41% | 3.2% |
| 6 | 776,311 | 18 | 0.00% | 2.8% | 77.99% | 16.82% | 79.78% | 14.82% | 5.4% |

Total Population:                    4,657,757
Ideal District Population:           776,293

## Summary Statistics:

| | |
|---|---|
| Population Range: | 776,259 to 776,320 |
| Ratio Range: | 0.00 |
| Absolute Range: | -34 to 27 |
| Absolute Overall Range: | 61 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.01% |
| Absolute Mean Deviation: | 20.83 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 23.03 |

User: **Tony Fairfax**
Plan Name: **LA CD Remedial Plan**
Plan Type: **LA Congressional Districts**

# Population Summary

Tuesday, June 21, 2022 | 3:16 PM

| District | Population | Deviation | % Devn. | [NH18+_Blk] | [% NH18+ _Blk] | [NH18+ _WhtBlk] | [% NH18+ _WhtBlk] | NHBlkBW18 | [NHBlkBW18 %] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 776,290 | -3 | 0.00% | 94,205 | 15.57% | 2,410 | 0.4% | 96,615 | 15.97% |
| 2 | 776,320 | 27 | 0.00% | 293,434 | 49.01% | 3,884 | 0.65% | 297,318 | 49.66% |
| 3 | 776,259 | -34 | 0.00% | 102,096 | 17.4% | 3,115 | 0.53% | 105,211 | 17.93% |
| 4 | 776,267 | -26 | 0.00% | 183,465 | 30.76% | 2,914 | 0.49% | 186,379 | 31.25% |
| 5 | 776,310 | 17 | 0.00% | 298,280 | 50.55% | 3,550 | 0.6% | 301,830 | 51.15% |
| 6 | 776,311 | 18 | 0.00% | 95,031 | 16% | 2,299 | 0.39% | 97,330 | 16.39% |

Total Population: 4,657,757
Ideal District Population: 776,293

## Summary Statistics:

| | |
|---|---|
| Population Range: | 776,259 to 776,320 |
| Ratio Range: | 0.00 |
| Absolute Range: | -34 to 27 |
| Absolute Overall Range: | 61 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.01% |
| Absolute Mean Deviation: | 20.83 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 23.03 |

User: **Tony Fairfax**
Plan Name: **LA CD Remedial Plan**
Plan Type: **LA Congressional Districts**

# Contiguity Report

Monday, June 20, 2022                                                                              4:49 PM

| District | Number of Distinct Areas |
|----------|--------------------------|
| 1 | 1 |
| 2 | 1 |
| 3 | 1 |
| 4 | 1 |
| 5 | 1 |
| 6 | 1 |

User: **Tony Fairfax**
Plan Name: **LA CD Remedial Plan**
Plan Type: **LA Congressional Districts**

# Measures of Compactness Report

Monday, June 20, 2022                                                                                          4:48 PM

|          | Reock | Polsby-Popper | Area/Convex Hull |
|----------|-------|---------------|------------------|
| Sum      | N/A   | N/A           | N/A              |
| Min      | 0.27  | 0.10          | 0.56             |
| Max      | 0.56  | 0.28          | 0.84             |
| Mean     | 0.40  | 0.20          | 0.71             |
| Std. Dev.| 0.10  | 0.06          | 0.09             |

| District | Reock | Polsby-Popper | Area/Convex Hull |
|----------|-------|---------------|------------------|
| 1        | 0.37  | 0.22          | 0.72             |
| 2        | 0.27  | 0.17          | 0.66             |
| 3        | 0.48  | 0.21          | 0.75             |
| 4        | 0.56  | 0.28          | 0.84             |
| 5        | 0.34  | 0.10          | 0.56             |
| 6        | 0.36  | 0.21          | 0.74             |

**Maptitude**
For Redistricting

## Measures of Compactness Report

Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |

User: **Tony Fairfax**
Plan Name: **LA CD Remedial Plan**
Plan Type: **LA Congressional Districts**

## Political Subdivision Splits Between Districts

Monday, June 20, 2022                                                                                    4:49 PM

Number of subdivisions not split:
County                                    53


Number of subdivisions split into more than one district:
County                                    11


Number of splits involving no population:
County                                    0



**Split Counts**

*County*
    Cases where an area is split among 2 Districts: 11

| County | District | Population |
|--------|----------|-----------|
| *Split  Counties:* | | |
| Ascension LA | 2 | 24,459 |
| Ascension LA | 6 | 102,041 |
| East Baton Rouge LA | 5 | 217,705 |
| East Baton Rouge LA | 6 | 239,076 |
| Iberia LA | 2 | 32,706 |
| Iberia LA | 3 | 37,223 |
| Jefferson LA | 1 | 236,631 |
| Jefferson LA | 2 | 204,150 |
| Lafayette LA | 3 | 175,072 |
| Lafayette LA | 5 | 66,681 |
| Orleans LA | 1 | 87,257 |
| Orleans LA | 2 | 296,740 |
| Ouachita LA | 4 | 90,953 |
| Ouachita LA | 5 | 69,415 |
| Rapides LA | 3 | 69,584 |
| Rapides LA | 5 | 60,439 |
| St. Tammany LA | 1 | 128,580 |
| St. Tammany LA | 6 | 135,990 |
| Tangipahoa LA | 5 | 21,698 |
| Tangipahoa LA | 6 | 111,459 |
| Vernon LA | 3 | 33,144 |
| Vernon LA | 4 | 15,606 |

User: **Tony Fairfax**
Plan Name: **LA CD Remedial Plan**
Plan Type: **LA Congressional Districts**

## New VTDs by District and by County

Monday, June 20, 2022                                                                                           5:09 PM

|  | Population | % of District |
|---|---|---|
| **District 1** | | |
| **Total District 1** | **776,290** | |
| **District 2** | | |
| **Total District 2** | **776,320** | |
| **District 3** | | |
| **Total District 3** | **776,259** | |
| **District 4** | | |
| **Total District 4** | **776,267** | |
| **District 5** | | |
| **Total District 5** | **776,310** | |
| **District 6** | | |
| **Total District 6** | **776,311** | |

User: **Tony Fairfax**
Plan Name: **LA CD Remedial Plan**
Plan Type: **LA Congressional Districts**

# Communities of Interest (Landscape, 11x8.5)

Monday, June 20, 2022                                                                                                            5:15 PM

| City/Town | District | Population | % |
|---|---|---|---|
| Alexandria LA | 3 | 13,740 | 30.4 |
| Alexandria LA | 5 | 31,535 | 69.7 |
| Arnaudville LA | 2 | 39 | 3.9 |
| Arnaudville LA | 5 | 970 | 96.1 |
| Baton Rouge LA | 5 | 137,827 | 60.6 |
| Baton Rouge LA | 6 | 89,643 | 39.4 |
| Broussard LA | 2 | 190 | 1.4 |
| Broussard LA | 3 | 13,227 | 98.6 |
| Brownsville LA | 4 | 4,014 | 92.2 |
| Brownsville LA | 5 | 339 | 7.8 |
| Central LA | 5 | 249 | 0.8 |
| Central LA | 6 | 29,316 | 99.2 |
| Des Allemands LA | 1 | 449 | 20.6 |
| Des Allemands LA | 2 | 1,730 | 79.4 |
| Eunice LA | 3 | 302 | 3.2 |
| Eunice LA | 5 | 9,120 | 96.8 |
| Gonzales LA | 2 | 5,038 | 41.2 |
| Gonzales LA | 6 | 7,193 | 58.8 |
| Independence LA | 5 | 1,619 | 99.0 |
| Independence LA | 6 | 16 | 1.0 |
| Jefferson LA | 1 | 9,432 | 88.7 |

**Maptitude**
For Redistricting

# Communities of Interest (Landscape, 11x8.5)

LA CD Remedial Plan

| City/Town | District | Population | % |
|---|---|---|---|
| Jefferson LA | 2 | 1,201 | 11.3 |
| Kenner LA | 1 | 53,996 | 81.3 |
| Kenner LA | 2 | 12,452 | 18.7 |
| Lafayette LA | 3 | 84,924 | 70.0 |
| Lafayette LA | 5 | 36,450 | 30.0 |
| Leesville LA | 3 | 1,992 | 35.3 |
| Leesville LA | 4 | 3,657 | 64.7 |
| Lewisburg LA | 1 | 420 | 100.0 |
| Lewisburg LA | 6 | 0 | 0.0 |
| Mandeville LA | 1 | 7,059 | 53.5 |
| Mandeville LA | 6 | 6,133 | 46.5 |
| Metairie LA | 1 | 141,267 | 98.4 |
| Metairie LA | 2 | 2,240 | 1.6 |
| Monroe LA | 4 | 10,565 | 22.2 |
| Monroe LA | 5 | 37,137 | 77.9 |
| Morgan City LA | 1 | 11,472 | 100.0 |
| Morgan City LA | 2 | 0 | 0.0 |
| New Iberia LA | 2 | 19,396 | 67.9 |
| New Iberia LA | 3 | 9,159 | 32.1 |
| New Llano LA | 3 | 634 | 28.7 |
| New Llano LA | 4 | 1,579 | 71.4 |
| New Orleans LA | 1 | 87,257 | 22.7 |
| New Orleans LA | 2 | 296,740 | 77.3 |
| Pineville LA | 3 | 4,753 | 33.0 |
| Pineville LA | 5 | 9,631 | 67.0 |

**Maptitude**
For Redistricting

## Communities of Interest (Landscape, 11x8.5)

LA CD Remedial Plan

| City/Town | District | Population | % |
|---|---|---|---|
| River Ridge LA | 1 | 11,276 | 83.0 |
| River Ridge LA | 2 | 2,315 | 17.0 |
| Scott LA | 3 | 7,413 | 91.3 |
| Scott LA | 5 | 706 | 8.7 |
| Swartz LA | 4 | 2,165 | 49.7 |
| Swartz LA | 5 | 2,189 | 50.3 |
| West Monroe LA | 4 | 7,824 | 59.7 |
| West Monroe LA | 5 | 5,279 | 40.3 |

## Communities of Interest (Landscape, 11x8.5)

| City/Town | -- Listed by District | |
|---|---|---|
| | Population | % |
| Des Allemands LA (part) | 449 | 20.6 |
| Jefferson LA (part) | 9,432 | 88.7 |
| Kenner LA (part) | 53,996 | 81.3 |
| Mandeville LA (part) | 7,059 | 53.5 |
| Metairie LA (part) | 141,267 | 98.4 |
| New Orleans LA (part) | 87,257 | 22.7 |
| River Ridge LA (part) | 11,276 | 83.0 |
| **District 1 Totals** | **629,964** | |
| Arnaudville LA (part) | 39 | 3.9 |
| Broussard LA (part) | 190 | 1.4 |
| Des Allemands LA (part) | 1,730 | 79.4 |
| Gonzales LA (part) | 5,038 | 41.2 |
| Jefferson LA (part) | 1,201 | 11.3 |
| Kenner LA (part) | 12,452 | 18.7 |
| Metairie LA (part) | 2,240 | 1.6 |
| Morgan City LA (part) | 0 | 0.0 |
| New Iberia LA (part) | 19,396 | 67.9 |
| New Orleans LA (part) | 296,740 | 77.3 |
| River Ridge LA (part) | 2,315 | 17.0 |
| **District 2 Totals** | **676,924** | |

## Communities of Interest (Landscape, 11x8.5)

|  | Population | % |
|---|---|---|
| Alexandria LA (part) | 13,740 | 30.4 |
| Broussard LA (part) | 13,227 | 98.6 |
| Eunice LA (part) | 302 | 3.2 |
| Lafayette LA (part) | 84,924 | 70.0 |
| Leesville LA (part) | 1,992 | 35.3 |
| New Iberia LA (part) | 9,159 | 32.1 |
| New Llano LA (part) | 634 | 28.7 |
| Pineville LA (part) | 4,753 | 33.0 |
| Scott LA (part) | 7,413 | 91.3 |
| **District 3 Totals** | **442,764** | |
| Brownsville LA (part) | 4,014 | 92.2 |
| Leesville LA (part) | 3,657 | 64.7 |
| Monroe LA (part) | 10,565 | 22.2 |
| New Llano LA (part) | 1,579 | 71.4 |
| Swartz LA (part) | 2,165 | 49.7 |
| West Monroe LA (part) | 7,824 | 59.7 |
| **District 4 Totals** | **470,605** | |

# Communities of Interest (Landscape, 11x8.5)

|  | Population | % |
|---|---|---|
| Alexandria LA (part) | 31,535 | 69.7 |
| Arnaudville LA (part) | 970 | 96.1 |
| Baton Rouge LA (part) | 137,827 | 60.6 |
| Brownsville LA (part) | 339 | 7.8 |
| Central LA (part) | 249 | 0.8 |
| Eunice LA (part) | 9,120 | 96.8 |
| Independence LA (part) | 1,619 | 99.0 |
| Lafayette LA (part) | 36,450 | 30.0 |
| Monroe LA (part) | 37,137 | 77.9 |
| Pineville LA (part) | 9,631 | 67.0 |
| Scott LA (part) | 706 | 8.7 |
| Swartz LA (part) | 2,189 | 50.3 |
| West Monroe LA (part) | 5,279 | 40.3 |
| **District 5 Totals** | **480,917** | |
| Baton Rouge LA (part) | 89,643 | 39.4 |
| Central LA (part) | 29,316 | 99.2 |
| Gonzales LA (part) | 7,193 | 58.8 |
| Independence LA (part) | 16 | 1.0 |
| Lewisburg LA (part) | 0 | 0.0 |
| Mandeville LA (part) | 6,133 | 46.5 |
| **District 6 Totals** | **317,394** | |

## Summary Statistics

| | |
|---|---|
| Number of City/Town not split | 461 |
| Number of City/Town split | 27 |
| Number of City/Town split in 2 | 27 |
| Total number of splits | 54 |

User: **Tony Fairfax**
Plan Name: **LA CD Remedial Plan**
Plan Type: **LA Congressional Districts**

# Communities of Interest (Landscape, 11x8.5)

Monday, June 20, 2022                                                                                    5:39 PM

| Landmark Area | District | Population | % |
|---|---|---|---|
| Jean Lafitte National Historical Park an | 1 | 48 | 63.2 |
| Jean Lafitte National Historical Park an | 2 | 28 | 36.8 |
| Louisiana State Univ | 5 | 0 | 0.0 |
| Louisiana State Univ | 6 | 8,838 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

**Landmark Area**          **-- Listed by District**

| | Population | % |
|---|---|---|
| Audobon Park Golf Course | 0 | 0.0 |
| East Jefferson General Hosp | 0 | 0.0 |
| Fontainbleau St Park Preserve | 0 | 0.0 |
| Franklin Foundation Hosp | 0 | 0.0 |
| Green St Cmtry | 0 | 0.0 |
| Jean Lafitte National Historical Park an (part) | 48 | 63.2 |
| Jean Lafitte National Historical Park an | 0 | 0.0 |
| Jean Lafitte National Historical Park an | 0 | 0.0 |
| Lawrence Park | 0 | 0.0 |
| Leonard J Chabert Medical Ctr | 0 | 0.0 |
| New Orleans Adolescent Hosp | 0 | 0.0 |
| Ochsner Baptist Medical Ctr | 0 | 0.0 |
| Ochsner Medical Ctr | 0 | 0.0 |
| Pearl River Wildlife Mngt Area | 0 | 0.0 |
| Plaquemines Parish Sheriff's Office-Bell | 0 | 0.0 |
| Slidell Memorial Hosp | 0 | 0.0 |
| Southern Surgical Hosp | 0 | 0.0 |
| St Mary Cmtry | 0 | 0.0 |
| St Mary Parish Correctional Ctr | 0 | 0.0 |
| Teche Regional Medical Ctr | 0 | 0.0 |
| Terrebonne General Medical Ctr | 0 | 0.0 |
| US Army Corps of Engineers | 0 | 0.0 |

## Communities of Interest (Landscape, 11x8.5)

| | Population | % |
|---|---|---|
| West End Park | 0 | 0.0 |
| **District 1 Totals** | **7,648** | |
| Algiers Technology Acdmy | 0 | 0.0 |
| Behrman Memorial Pk | 0 | 0.0 |
| Couba-Island | 0 | 0.0 |
| Folgers Coffee | 0 | 0.0 |
| Jean Lafitte National Historical Park an (part) | 28 | 36.8 |
| Jean Lafitte National Historical Park an | 0 | 0.0 |
| Jean Lafitte National Historical Park an | 0 | 0.0 |
| Jean Lafitte National Historical Park an | 0 | 0.0 |
| Louis Armstrong New Orleans Internationa | 0 | 0.0 |
| Louis Armstrong New Orleans Internationa | 0 | 0.0 |
| Louisiana Correctional Institute for Wom | 0 | 0.0 |
| Louisiana Correctional Institute for Wom | 0 | 0.0 |
| Louisiana State University Health Scienc | 0 | 0.0 |
| North Side City Park | 0 | 0.0 |
| Orleans Parish Intake Processing Ctr | 0 | 0.0 |
| Orleans Parish Prison | 0 | 0.0 |
| Orleans Parish Temporary Jails | 0 | 0.0 |
| South White Street Female Division | 0 | 0.0 |

## Communities of Interest (Landscape, 11x8.5)

|  | Population | % |
|---|---|---|
| St John Schl | 0 | 0.0 |
| St Martin Sheriff's Office Juvenile Trai | 0 | 0.0 |
| Touro Infirmary | 0 | 0.0 |
| Tulane Univ | 0 | 0.0 |
| Tulane Univ | 0 | 0.0 |
| University Medical Ctr | 0 | 0.0 |
| Xavier Univ of Louisiana | 0 | 0.0 |
| Xavier Univ of Louisiana | 0 | 0.0 |
| **District 2 Totals** | **6,574** | |
| A Kaplan Memorial Pk | 0 | 0.0 |
| Abrom Kaplan Memorial Hosp | 0 | 0.0 |
| Acadia Parish Detention Ctr | 0 | 0.0 |
| Acadia Parish Jail | 0 | 0.0 |
| Acadiana Rgnl Arprt | 0 | 0.0 |
| American Legion Hosp | 0 | 0.0 |
| C Paul Phelps Correctional Ctr | 0 | 0.0 |
| Cameron Parish Jail | 0 | 0.0 |
| Chicot State Park | 0 | 0.0 |
| Chicot State Park | 0 | 0.0 |
| Chicot State Park | 0 | 0.0 |
| Christus St Patrick Hosp | 0 | 0.0 |
| City Park | 0 | 0.0 |
| Dequincy City Jail | 0 | 0.0 |
| Duson Park | 0 | 0.0 |
| Evangeline Parish Jail | 0 | 0.0 |
| Jean Lafitte National Historical Park an | 0 | 0.0 |
| Jennings City Jail | 0 | 0.0 |

## Communities of Interest (Landscape, 11x8.5)

LA CD Remedial Plan

| | Population | % |
|---|---|---|
| Kaplan Indl Park | 0 | 0.0 |
| Lafayette General Medical Ctr | 0 | 0.0 |
| Lafayette General Surgical Hosp | 0 | 0.0 |
| Lafayette Regional | 0 | 0.0 |
| Lake Charles Regional | 0 | 0.0 |
| Levy Park | 0 | 0.0 |
| Louisiana State University Eunice | 0 | 0.0 |
| M L King Park | 0 | 0.0 |
| McNeese State Univ | 0 | 0.0 |
| Riverside Park | 0 | 0.0 |
| South Louisiana Correctional Ctr | 0 | 0.0 |
| Univ of Louisiana Lafayette | 0 | 0.0 |

| **District 3 Totals** | **5,676** | |
|---|---|---|
| Caldwell Detention Ctr | 0 | 0.0 |
| Caldwell Memorial Hosp | 0 | 0.0 |
| Caldwell Parish Jail | 0 | 0.0 |
| Cane River Creole Natl Hist Pk | 0 | 0.0 |
| Catholic Cmtry | 0 | 0.0 |
| Centenary College of Louisiana | 0 | 0.0 |
| Claiborne Parish Womens Jail | 0 | 0.0 |
| David Wade Correctional Ctr | 0 | 0.0 |
| Desoto Parish Detention Ctr | 0 | 0.0 |
| Desoto Regional Health System | 0 | 0.0 |
| Forcht-Wade Correctional Ctr | 0 | 0.0 |
| Grambling State Univ | 0 | 0.0 |
| Hardtner Medical Ctr | 0 | 0.0 |
| Hart Arprt | 0 | 0.0 |
| Hart Arprt | 0 | 0.0 |

|  | Population | % |
|---|---|---|
| Jackson Parish Hosp | 0 | 0.0 |
| L S U Health Shreveport | 0 | 0.0 |
| Louisiana Tech Univ | 0 | 0.0 |
| Louisiana Tech Univ | 0 | 0.0 |
| Natchitoches Regional Medical Ctr | 0 | 0.0 |
| New Llano City Park | 0 | 0.0 |
| Northern Louisiana Medical Ctr | 0 | 0.0 |
| Northwestern State Univ | 0 | 0.0 |
| Shreveport City Jail | 0 | 0.0 |
| Shreveport Regional | 0 | 0.0 |
| Specialists Hospital Shreveport | 0 | 0.0 |
| Springhill Police Dept | 0 | 0.0 |
| Squires Cmtry | 0 | 0.0 |
| Stonewall Park | 0 | 0.0 |
| United States Penitentiary Pollock | 0 | 0.0 |
| United States Penitentiary Pollock | 0 | 0.0 |
| Webster Parish Jail | 0 | 0.0 |
| White Rock Cmtry | 0 | 0.0 |
| Willis Knighton Medical Ctr | 0 | 0.0 |
| Winn Parish Jail | 0 | 0.0 |
| Winn Parish Medical Ctr | 0 | 0.0 |
| Winnfield City Jail | 0 | 0.0 |
| **District 4 Totals** | **12,529** | |
| Amite City Jail | 0 | 0.0 |
| Arsenal Park | 0 | 0.0 |
| Avoyelles Hosp | 0 | 0.0 |

# Communities of Interest (Landscape, 11x8.5)

|  | Population | % |
|---|---|---|
| Baton Rouge General Medical Ctr | 0 | 0.0 |
| Baton Rouge Metropolitan | 0 | 0.0 |
| Baton Rouge Metropolitan | 0 | 0.0 |
| Blakeman Park | 0 | 0.0 |
| Bunkie General Hosp | 0 | 0.0 |
| Camelot Colg | 0 | 0.0 |
| Civitan Park | 0 | 0.0 |
| Delhi Hosp | 0 | 0.0 |
| Evans Correctional Ctr | 0 | 0.0 |
| Evans Correctional Ctr | 0 | 0.0 |
| Glenwood Regional Medical Ctr | 0 | 0.0 |
| Greater Baton Rouge Surgical Hosp | 0 | 0.0 |
| Lallie Kemp Medical Ctr | 0 | 0.0 |
| Louisiana State Capitol | 0 | 0.0 |
| Louisiana State Univ (part) | 0 | 0.0 |
| Monroe Regional | 0 | 0.0 |
| Monroe Regional | 0 | 0.0 |
| Newman Park | 0 | 0.0 |
| Old City Cmtry | 0 | 0.0 |
| Opelousas City Jail | 0 | 0.0 |
| P&S Surgical Hosp | 0 | 0.0 |
| Palmetto Is | 0 | 0.0 |
| Pecanland Mall | 0 | 0.0 |
| Poverty Point Natl Mnmt | 0 | 0.0 |
| Rapides Regional Medical Ctr | 0 | 0.0 |
| Rapides Regional Medical Ctr | 0 | 0.0 |
| State Capitol Park | 0 | 0.0 |
| Tensas Parish Jail | 0 | 0.0 |

## Communities of Interest (Landscape, 11x8.5)

LA CD Remedial Plan

| | Population | % |
|---|---|---|
| West Carroll Parish Jail | 0 | 0.0 |
| Woman's Hosp | 0 | 0.0 |
| **District 5 Totals** | **16,911** | |
| Athletic Park | 0 | 0.0 |
| Bogalusa Medical Ctr | 0 | 0.0 |
| Carver Park | 0 | 0.0 |
| Jambalaya Park | 0 | 0.0 |
| Our Lady of the Lake Livingston | 0 | 0.0 |
| Our Lady of the Lake Regional Medical Ct | 0 | 0.0 |
| St Tammany Parish Hosp | 0 | 0.0 |
| Summit Hosp | 0 | 0.0 |
| Summit Hosp | 0 | 0.0 |
| Washington St Tammany Regional Medical C | 0 | 0.0 |
| Woman's Hosp | 0 | 0.0 |
| **District 6 Totals** | **13,173** | |

## Summary Statistics

| | |
|---|---|
| Number of Landmark Area not split | 384 |
| Number of Landmark Area split | 58 |
| Number of Landmark Area split in 2 | 41 |
| Number of Landmark Area split in 3 | 9 |
| Number of Landmark Area split in 4 | 3 |
| Number of Landmark Area split in 5 | 4 |
| Number of Landmark Area split in 6 | 0 |
| Number of Landmark Area split in 7 | 0 |
| Number of Landmark Area split in 8 | 0 |
| Number of Landmark Area split in 9 | 1 |
| Total number of splits | 150 |

User: **Tony Fairfax**
Plan Name: **LA CD Remedial Plan**
Plan Type: **LA Congressional Districts**

## Districts & Their Incumbents

Monday, June 20, 2022                                                                        6:01 PM

| District | Name | Party | Previous District |
|----------|------|-------|-------------------|
| 1 | scalise | r | 1 |
| 2 | carter | d | 2 |
| 3 | higgins | r | 3 |
| 4 | johnson | r | 4 |
| 5 | letlow | r | 5 |
| 6 | graves | r | 6 |

| | |
|---|---|
| Number of Incumbents in District with more than one Incumbent: | 0 |
| Number of Districts with No Incumbent: | 0 |
| Number of Districts with Incumbents of more than one party: | 0 |
| Number of Districts with Paired Democrats: | 0 |
| Number of Districts with Paired Republicans: | 0 |

**Maptitude**
For Redistricting

User: **Tony Fairfax**
Plan Name: **LA CD Remedial Plan**
Plan Type: **LA Congressional Districts**

# Fracking

Monday, June 20, 2022                                                            5:57 PM

|  | Pieces |
|---|---|
| **District 1** | |
| County: Jefferson LA (22051) | 2 |
| County: Orleans LA (22071) | 2 |
| **District 2** | |
| County: Jefferson LA (22051) | 2 |
| County: St. Martin LA (22099) | 2 |
| **District 5** | |
| County: Madison LA (22065) | 2 |
| County: West Feliciana LA (22125) | 2 |

User: **Tony Fairfax**
Plan Name: **LA CD Remedial Plan**
Plan Type: **LA Congressional Districts**

# Core Constituencies

Monday, June 20, 2022                                                                                     6:08 PM

From Plan:    **LA CD Plan HB1**

## Plan: LA CD Remedial Plan, District 1 --                776,290 Total Population

|  | Population | [Hispanic Origin] | NH_Wht | AP_Blk |
|---|---|---|---|---|
| Dist. 1 | 589,903 (75.99%) | 79,337 (84.54%) | 376,139 (76.68%) | 96,277 (66.55%) |
| Dist. 2 | 41,400 (5.33%) | 5,392 (5.75%) | 24,708 (5.04%) | 9,429 (6.52%) |
| Dist. 3 | 44,607 (5.75%) | 3,298 (3.51%) | 24,046 (4.90%) | 15,198 (10.51%) |
| Dist. 6 | 100,380 (12.93%) | 5,819 (6.20%) | 65,623 (13.38%) | 23,769 (16.43%) |
| Total and % Population | | 93,846 (12.09%) | 490,516 (63.19%) | 144,673 (18.64%) |

## Plan: LA CD Remedial Plan, District 2 --                776,320 Total Population

|  | Population | [Hispanic Origin] | NH_Wht | AP_Blk |
|---|---|---|---|---|
| Dist. 1 | 10,694 (1.38%) | 1,205 (1.80%) | 6,096 (2.28%) | 2,649 (0.64%) |
| Dist. 2 | 625,283 (80.54%) | 58,307 (87.20%) | 173,795 (64.94%) | 370,036 (89.35%) |
| Dist. 3 | 83,105 (10.70%) | 3,082 (4.61%) | 49,293 (18.42%) | 28,462 (6.87%) |
| Dist. 6 | 57,238 (7.37%) | 4,272 (6.39%) | 38,456 (14.37%) | 12,991 (3.14%) |
| Total and % Population | | 66,866 (8.61%) | 267,640 (34.48%) | 414,138 (53.35%) |

## Plan: LA CD Remedial Plan, District 3 --                776,259 Total Population

|  | Population | [Hispanic Origin] | NH_Wht | AP_Blk |
|---|---|---|---|---|
| Dist. 3 | 581,882 (74.96%) | 31,055 (73.51%) | 402,355 (74.01%) | 124,577 (79.58%) |
| Dist. 4 | 124,793 (16.08%) | 7,861 (18.61%) | 87,840 (16.16%) | 23,361 (14.92%) |
| Dist. 5 | 69,584 (8.96%) | 3,332 (7.89%) | 53,437 (9.83%) | 8,596 (5.49%) |
| Total and % Population | | 42,248 (5.44%) | 543,632 (70.03%) | 156,534 (20.17%) |

## Plan: LA CD Remedial Plan, District 4 --                776,267 Total Population

|  | Population | [Hispanic Origin] | NH_Wht | AP_Blk |
|---|---|---|---|---|
| Dist. 4 | 569,000 (73.30%) | 25,203 (72.86%) | 301,210 (67.33%) | 218,570 (83.45%) |
| Dist. 5 | 207,267 (26.70%) | 9,390 (27.14%) | 146,151 (32.67%) | 43,355 (16.55%) |
| Total and % Population | | 34,593 (4.46%) | 447,361 (57.63%) | 261,925 (33.74%) |

## Plan: LA CD Remedial Plan, District 5 --                776,310 Total Population

|  | Population | [Hispanic Origin] | NH_Wht | AP_Blk |
|---|---|---|---|---|
| Dist. 2 | 108,233 (13.94%) | 3,289 (11.42%) | 10,993 (3.59%) | 93,140 (21.96%) |
| Dist. 3 | 66,681 (8.59%) | 3,630 (12.61%) | 24,322 (7.95%) | 37,583 (8.86%) |
| Dist. 4 | 82,540 (10.63%) | 2,178 (7.56%) | 43,225 (14.13%) | 35,836 (8.45%) |
| Dist. 5 | 382,185 (49.23%) | 11,056 (38.39%) | 178,607 (58.40%) | 183,967 (43.38%) |
| Dist. 6 | 136,671 (17.61%) | 8,645 (30.02%) | 48,676 (15.92%) | 73,520 (17.34%) |
| Total and % Population | | 28,798 (3.71%) | 305,823 (39.39%) | 424,046 (54.62%) |

## Plan: LA CD Remedial Plan, District 6 --                776,311 Total Population

**Maptitude**
For Redistricting

**Core Constituencies**                                                    LA CD Remedial Plan

From Plan:  **LA CD Plan HB1**

|  | Population | [Hispanic Origin] | NH_Wht | AP_Blk |
|---|---|---|---|---|
| Dist. 1 | 175,671 (22.63%) | 12,887 (22.93%) | 138,002 (25.47%) | 16,912 (11.93%) |
| Dist. 2 | 1,401 (0.18%) | 240 (0.43%) | 499 (0.09%) | 631 (0.44%) |
| Dist. 5 | 117,241 (15.10%) | 5,722 (10.18%) | 71,435 (13.19%) | 36,810 (25.96%) |
| Dist. 6 | 481,998 (62.09%) | 37,349 (66.46%) | 331,794 (61.25%) | 87,450 (61.67%) |
| Total and % Population | | 56,198 (7.24%) | 541,730 (69.78%) | 141,803 (18.27%) |