# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENÉ SOULÉ, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, and POWER COALITION FOR EQUITY AND JUSTICE,<br><br>        Plaintiffs,<br><br>  v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>        Defendant. | Case No. 3:22-cv-00211-SDD-SDJ c/w |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, and TRAMELLE HOWARD,<br><br>        Plaintiffs,<br><br>  v.<br><br>R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State,<br><br>        Defendant. | Case No. 3:22-cv-00214-SDD-SDJ |

**DR. LISA HANDLEY REPORT ON REMEDIAL MAP**

Plaintiffs have introduced a proposed remedial map (Remedial Map), drawn by plaintiffs' demography expert Anthony Fairfax, for consideration by the Court. I have been asked to review the Remedial Map to determine whether it includes districts that would provide Black voters with an opportunity to elect their candidates of choice to the U.S. House. I have also been asked to ascertain whether a district with less than a majority Black voting age population in the specific area of Remedial District 5 would provide Black voters with an opportunity to elect their preferred candidates.

**District-specific, Functional Analysis of Remedial Map**

A district-specific, functional analysis of the districts in the Remedial Map produces effectiveness scores that demonstrate that the plan offers two districts that would provide Black voters with an opportunity to elect their candidates of choice: Districts 2 and 5. The effectiveness scores for all six districts in the Remedial Map are reported in Table 1.[1]

**Table 1: Effectiveness Scores for Remedial Map**

| Remedial Map Districts | Effectiveness Score #1: Percentage of Contests Black-Preferred Candidate Wins or Advances to Runoff (15 Elections) | Effectiveness Score #2: Percentage of Two-Candidate Contests Black-Preferred Candidate Wins (9 Elections) |
|---|---|---|
| 1 | 13.3% | 0.0% |
| 2 | 100.0% | 100.0% |
| 3 | 0.0% | 0.0% |
| 4 | 26.7% | 0.0% |
| 5 | 86.7% | 77.8% |

---

[1] This analysis was conducted using the same methodology as my previous reports in this matter. See my expert report (Expert Report of Dr. Lisa Handley, April 13, 2022) for a complete description of the process used to derive these effectiveness scores.

| Remedial Map Districts | Effectiveness Score #1: Percentage of Contests Black-Preferred Candidate Wins or Advances to Runoff (15 Elections) | Effectiveness Score #2: Percentage of Two-Candidate Contests Black-Preferred Candidate Wins (9 Elections) |
|---|---|---|
| 6 | 0.0% | 0.0% |

**Voting Patterns in Remedial Map District 5**

My analysis of voting patterns in recent statewide elections indicates that voting in Remedial District 5 is consistently and starkly racially polarized.[2] In every one of the 15 statewide elections analyzed, Black and white voters preferred different candidates. Black voters provided overwhelming support for their preferred candidates,[3] and white voters strongly favored the opponents of these candidates. Estimates of the percentage of Black and white voters who supported each of the candidates in these 15 contests can be found in *Appendix A*.

**Calculating the Black Voting Age Population Needed to Elect Black-Preferred Candidates**

To determine the Black voting age population ("BVAP") necessary to provide Black voters with an opportunity to elect their preferred candidates in this starkly polarized area of the State, I used turnout rates by race and estimates of Black and white support for Black-preferred

---

[2] This racial bloc voting analysis was conducted using the same methodology as my previous reports in this matter. See my expert report (Expert Report of Dr. Lisa Handley, April 13, 2022) for a description of the statistical techniques and data used to produce estimates of Black and white voting patterns. The racial bloc voting analysis here looks at the same 15 elections examined in my earlier analyses.

[3] The only exceptions to very high levels of Black cohesion were the two contests that included two Black candidates preferred by Black voters: U.S. Senate in November 2020 and Attorney General in October 2015. Black voters split their votes between these two candidates.

candidates to calculate the percentage of the vote each of the 15 Black-preferred candidates would receive given these specific voting patterns but varying BVAP percentages.[4]

Because Black Louisianans who are eligible to vote often turn out to vote at lower rates than white Louisianans (this is consistently the case in Remedial District 5, as reported in *Appendix A*), the BVAP needed to ensure that Black voters comprise at least half of the voters in an election is often higher than 50%. The BVAP percentage needed to equalize Black and white voters can be calculated mathematically.[5] But equalizing turnout is only the first step in the process – it does not take into account the voting patterns of Black and white voters. If voting is racially polarized but a significant number of white voters typically "crossover" to vote for Black voters' preferred candidate, it may be the case that this crossover voting can compensate for depressed Black turnout relative to white turnout. If this is the case, Black voters need not make

---

[4] For an in-depth discussion of this approach to creating effective minority districts, see Bernard Grofman, Lisa Handley and David Lublin, "Drawing Effective Minority Districts: A Conceptual Framework and Some Empirical Evidence," *North Carolina Law Review*, volume 79(5), June 2001.

[5] The equalizing percentage is calculated mathematically by solving the following equation:

Let
- $M$ = the proportion of the district's voting age population that is Black
- $W = 1-M$ = the proportion of the district's voting age population that is white
- $A$ = the proportion of the Black voting age population that turned out to vote
- $B$ = the proportion of the white voting age population that turned out to vote

Therefore,
- $M(A)$ = the proportion of the population that is Black and turned out to vote (1)
- $(1-M)B$ = the proportion of total population that is white and turned out to vote (2)

To find the value of M that is needed for (1) and (2) to be equal, (1) and (2) are set as equal and we solve for M algebraically:

$$M(A) = (1 - M)B$$
$$M(A) = B - M(B)$$
$$M(A) + M(B) = B$$
$$M(A + B) = B$$
$$M = B/(A+B)$$

Thus, for example, if 39.3% of the black population turned out and 48.3% of the white population turned out, B= .483 and A = .393, and M = .483/ (.393+.483) = .483/.876 = .5513, therefore a Black VAP of 55.1% would produce an equal number of Black and white voters. (For a more in-depth discussion of equalizing turnout see Kimball Brace, Bernard Grofman, Lisa Handley and Richard Niemi, "Minority Voting Equality: The 65 Percent Rule in Theory and Practice," *Law and Policy*, 10(1), January 1988.)

4

up at least 50% of the voters in an election for the Black-preferred candidate to win. On the other hand, without significant white crossover voting, a BVAP of 50%, or even higher, may be necessary to elect the candidates of choice of Black voters.

To illustrate this mathematically, consider a district that has 1000 persons of voting age, 50% of whom are Black and 50% of whom are white. Let us begin by assuming that Black turnout is lower than White turnout in a two-candidate election. In our hypothetical election example, 42% of the BVAP turn out to vote and 60% of the white voting age population ("WVAP") vote.[6]  This means that, for our illustrative election, there are 210 Black voters and 300 white voters.

Further suppose that 96% of the Black voters supported their candidate of choice and 25% of the white voters cast their votes for this candidate (with the other 75% supporting her opponent in the election contest). Thus, in our example, Black voters cast 200 of their 210 votes for the Black-preferred candidate and their other 8 votes for her opponent; white voters cast 75 of their 300 votes for the Black-preferred candidate and 225 votes for their preferred candidate:

|  | VAP | turnout | voters | support for Black-preferred candidate | votes for Black-preferred candidate | support for white-preferred candidate | votes for white-preferred candidate |
|---|---|---|---|---|---|---|---|
| Black | 500 | 0.42 | 210 | 0.96 | 202 | 0.04 | 8 |
| White | 500 | 0.60 | 300 | 0.25 | 75 | 0.75 | 225 |
|  |  |  | 510 |  | 277 |  | 233 |

The candidate of choice of Black voters would receive a total of 277 votes (202 from Black voters and 75 from white voters), while the candidate preferred by white voters would receive only 233 votes (8 from Black voters and 225 from white voters). The Black-preferred candidate would win the election with 55.4% (277/500) of the vote in this hypothetical 50% Black VAP district. And the Black-preferred candidate would be successful despite the fact that Black eligible voters turned out to vote at a lower rate than white eligible voters and the election was racially polarized.

---

[6] In this example, a district that is 58.8% BVAP would be required to ensure that 50% of the voters on Election Day are Black voters.

The candidate of choice of Black voters would still win the election by a very small margin (50.9%) in a district that is 45% Black with these same voting patterns:

|  | VAP | turnout | voters | support for Black-preferred candidate | votes for Black-preferred candidate | support for white-preferred candidate | votes for white-preferred candidate |
|---|---|---|---|---|---|---|---|
| Black | 450 | 0.42 | 189 | 0.96 | 181 | 0.04 | 8 |
| White | 550 | 0.60 | 330 | 0.25 | 83 | 0.75 | 248 |
|  |  |  | 519 |  | 264 |  | 255 |

In a district with a 40% BVAP, however, the Black-preferred candidate would garner only 47.5% of the vote.[7]

Table 2 utilizes the results of the racial bloc voting analysis of Black and white voters to calculate the percentage of the vote each Black-preferred candidate would receive,[8] given the turnout rates of Black and white eligible voters and the degree of Black cohesion and white crossover voting for each of these candidates, in a 55%, 50%, 45%, and 40% Black VAP district in this very specific area of the State.[9] I have offered opinions relying upon this methodology that have been accepted by courts in other voting cases.

The 15 elections have been divided into three sections: those elections with only two candidates, elections with more than two candidates, and the two elections in which Black voters

---

[7] In the illustrative examples, VAP and voting patterns are known and the equation solves for the percentage of votes received by the Black-preferred candidate. In determining the percentage of BVAP needed to provide Black voters with an opportunity to elect their candidates of choice, voting patterns and the percentage of votes are known and we are solving for the VAP needed to produce at least 50 percent of the votes for the Black-preferred candidate.

[8] Because there was a small number of voters (less than 3% in every instance) that indicated they were not Black or white – they marked "other" on their voter registration form – and I wanted to account for all possible voters in calculating the percentage Black VAP needed to win election, I conducted an additional racial bloc voting analysis with Black and non-Black voters. The results of this analysis can be found in *Appendix B*. (Because "other" voters had lower turnout rates than white voters and tended to support Black-preferred candidates more than white voters, non-Black turnout was lower than white turnout and Black-preferred candidates received a slightly higher percentage of the non-Black vote than the white vote.)

[9] Table 2 is generated based on the EI RxC estimates in *Appendix B*.

divided their support across two Black candidates (in contests that included more than two candidates). In the two contests in which Black voters were not cohesive in support of a single candidate, the Black-preferred candidates would not have won 50% of the vote with even 100% BVAP and therefore the discussion that follows disregards these contests and focuses on the 13 elections in which shifts in the percentage BVAP would impact whether the candidate would receive at least 50% of the vote.

In a district with a 40% BVAP, the Black-preferred candidate would have won only one of the 13 election contests (the Lieutenant Governor's contest in November 2015). If the district had a BVAP of 45%, the Black-preferred candidate would have won three of the possible 13 elections (Lieutenant Governor in November 2015, and Secretary of State in December 2018 and November 2019). However, it is not until the district has a BVAP of 50% that the Black-preferred candidate wins a majority of the two-candidate contests (6 out of 9), and one of the contests with more than two candidates, for a total of seven wins across the possible 13 contests (54%).

## Table 2: Percent Black Voting Age Population Needed to Win Election

| Remedial Map<br>Percent Black VAP needed for Black-Preferred candidate to win 50% of the vote in Congressional District 5 | race of B-P candidate | Turnout Rate and Percent of Vote for Black-preferred Candidates | | | | | | percent of vote B-P cand would have received if district was 55% black VAP | percent of vote B-P cand would have received if district was 50% black VAP | percent of vote B-P cand would have received if district was 45% black VAP | percent of vote B-P cand would have received if district was 40% black VAP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Black voters | | | Non-Black voters | | | | | | |
| | | turnout of VAP | votes for B-P | votes for all others | turnout of VAP | votes for B-P | votes for all others | | | | |
| **2 Candidate Contests** | | | | | | | | | | | |
| US President Nov 2020 | W/B | 58.8 | 92.6 | 7.4 | 61.7 | 16.0 | 84.0 | 57.2 | 53.4 | 49.6 | 45.8 |
| Lt Governor Oct 2019 | B | 38.9 | 88.8 | 11.2 | 43.5 | 7.0 | 93.0 | 49.7 | 45.6 | 41.6 | 37.6 |
| Attorney General Oct 2019 | B | 38.9 | 90.9 | 9.1 | 43.5 | 7.9 | 92.1 | 51.2 | 47.1 | 43.0 | 38.9 |
| Treasurer Oct 2019 | B | 38.9 | 94.4 | 5.6 | 43.5 | 9.4 | 90.6 | 53.8 | 49.5 | 45.3 | 41.1 |
| Secretary of State Nov 2019 | B | 48.3 | 96.8 | 3.2 | 45.0 | 11.1 | 88.9 | 59.7 | 55.5 | 51.2 | 46.8 |
| Secretary of State Dec 2018 | B | 17.4 | 96.9 | 3.1 | 17.0 | 14.0 | 86.0 | 60.1 | 55.9 | 51.8 | 47.6 |
| Treasurer Nov 2017 | B | 7.7 | 98.5 | 1.5 | 10.1 | 15.9 | 84.1 | 55.7 | 51.6 | 47.6 | 43.7 |
| Secretary of State Oct 2015 | B | 34.3 | 94.4 | 5.6 | 36.7 | 15.1 | 84.9 | 57.4 | 53.4 | 49.5 | 45.5 |
| Lieut Governor Nov 2015 | B | 36.4 | 97.5 | 2.5 | 34.2 | 24.6 | 75.4 | 65.8 | 62.2 | 58.5 | 54.9 |
| **Contests with more than 2 Candidates** | | | | | | | | | | | |
| Secretary of State Oct 2019 | B | 38.9 | 92.0 | 8.0 | 43.5 | 7.9 | 92.1 | 51.8 | 47.6 | 43.4 | 39.3 |
| Secretary of State 2018 Nov | B | 42.8 | 56.3 | 43.7 | 43.8 | 3.7 | 96.3 | 32.3 | 29.7 | 27.1 | 24.4 |
| Treasurer Oct 2017 | B | 7.3 | 88.4 | 11.6 | 13.6 | 7.3 | 92.7 | 39.4 | 35.6 | 32.0 | 28.7 |
| Lieut Governor Oct 2015 | B | 34.3 | 90.6 | 9.4 | 36.7 | 15.4 | 84.6 | 55.5 | 51.7 | 48.0 | 44.3 |
| **Contests with more than 1 Black Candidate** | | | | | | | | | | | |
| US Senate Nov 2020 | B | 58.8 | 46.6 | 53.4 | 61.7 | 4.5 | 95.5 | 27.2 | 25.0 | 22.9 | 20.9 |
| Attorney General Oct 2015 | B | 34.3 | 41.3 | 49.0 | 36.7 | 5.2 | 94.8 | 25.8 | 23.8 | 21.8 | 19.8 |

Table 3 summarizes Table 2 by providing the number (and percentage) of elections the Black-preferred candidate would win depending on the percentage BVAP.

**Table 3: Number of Elections Won by Black-Preferred Candidates Depending on the BVAP Percentage**

|  | 55% BVAP | 50% BVAP | 45% BVAP | 40% BVAP |
|---|---|---|---|---|
| **Two candidate contests** | 8 (88.9%) | 6 (66.7%) | 3 (33.3%) | 1 (11.1%) |
| **Contests with more than 2 candidates** | 2 (50.0%) | 1 (25.0%) | 0 (0.0%) | 0 (0.0%) |

**Conclusion**

The Remedial Map offers two districts that would provide Black voters with an opportunity to elect their preferred candidates to the U.S. House of Representatives: Districts 2 and 5. Because voting is consistently and starkly polarized in the area of Remedial District 5, and there is no significant white crossover voting in this specific area of the State, a district with a BVAP of at least 50% is needed to provide Black voters with an opportunity to participate in the electoral process and elect candidates of their choice to office.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed June 22, 2022.

*Lisa Handley*

Lisa Handley, Ph. D.

# Appendix A

| Appendix A<br>Remedial Map District 5 | Party | Race | Estimates for Black Voters | | | | | Estimates for White Voters | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | EI RxC | 95% confidence interval | EI 2x2 | ER | HP | EI RxC | 95% confidence interval | EI 2x2 | ER | HP |
| **2020 November** | | | | | | | | | | | | |
| **U.S. President** | | | | | | | | | | | | |
| Biden/Harris | D | W/B | 88.5 | 76.1, 94.2 | 96.6 | 99.2 | 94.3 | 19.5 | 12.9, 33.5 | 9.1 | 6.1 | 8.4 |
| Trump/Pence | R | W/W | 10.5 | 4.8, 22.9 | 2.9 | -1.1 | 4.1 | 79.8 | 65.6, 86.5 | 88.9 | 92.9 | 90.8 |
| Others | | | 0.9 | .8, 1.1 | 1.9 | 1.9 | 1.6 | 0.7 | .6, .9 | 1.3 | 1.0 | 0.8 |
| *Black turnout/BVAP* | *58.8* | | | | | | | | | | | |
| *White turnout/WVAP* | *68.4* | | | | | | | | | | | |
| **U.S. Senator** | | | | | | | | | | | | |
| Adrian Perkins | D | B | 46.5 | 46.0, 47.0 | 47.7 | 46.2 | 46.2 | 3.4 | 3.1, 3.8 | 2.9 | 1.7 | 3.0 |
| Derrick Edwards | D | B | 31.6 | 31.0, 32.2 | 32.4 | 33.2 | 29.7 | 1.8 | 1.5, 2.2 | 1.6 | 1.4 | 2.9 |
| Bill Cassidy | R | W | 5.7 | 5.3, 6.0 | 4.8 | 3.4 | 7.4 | 90.5 | 90.0, 90.8 | 90.2 | 91.7 | 88.7 |
| Others | | | 16.3 | 15.8, 16.8 | 17.3 | 17.2 | 16.8 | 4.3 | 3.9, 4.7 | 4.7 | 5.1 | 5.4 |
| *Black turnout/BVAP* | *58.8* | | | | | | | | | | | |
| *White turnout/WVAP* | *68.4* | | | | | | | | | | | |
| **2019 October** | | | | | | | | | | | | |
| **Lieutenant Governor** | | | | | | | | | | | | |
| Willie Jones | D | B | 87.5 | 87.0, 88.2 | 88.2 | 89.6 | 83.8 | 5.7 | 5.2, 6.2 | 6.1 | 6.2 | 9.6 |
| Billy Nungesser | R | W | 12.5 | 11.8, 13.0 | 11.8 | 10.5 | 16.2 | 94.3 | 93.8, 94.8 | 93.9 | 93.9 | 90.4 |
| *Black turnout/BVAP* | *38.9* | | | | | | | | | | | |
| *White turnout/WVAP* | *49.1* | | | | | | | | | | | |
| **Attorney General** | | | | | | | | | | | | |
| Ike Jackson | D | B | 89.4 | 88.9, 90.0 | 90.4 | 90.8 | 86.8 | 6.2 | 5.8, 6.7 | 6.9 | 6.6 | 9.8 |
| Jeff Landry | R | W | 10.6 | 10.0, 11.1 | 9.6 | 9.2 | 13.2 | 93.8 | 93.3, 94.2 | 93.1 | 93.4 | 90.2 |
| *Black turnout/BVAP* | *38.9* | | | | | | | | | | | |
| *White turnout/WVAP* | *49.1* | | | | | | | | | | | |

| Appendix A<br>Remedial Map District 5 | Party | Race | Estimates for Black Voters | | | | | Estimates for White Voters | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | EI RxC | 95% confidence interval | EI 2x2 | ER | HP | EI RxC | 95% confidence interval | EI 2x2 | ER | HP |
| **Secretary of State** | | | | | | | | | | | | |
| Gwen Collins-Greenup | D | B | 91.0 | 90.5, 91.5 | 91.8 | 92.2 | 88.1 | 6.6 | 6.1, 7.5 | 6.7 | 6.1 | 9.3 |
| Kyle Ardoin | R | W | 3.5 | 3.1, 3.7 | 3.2 | 2.8 | 5.4 | 60.3 | 59.7, 60.8 | 60.7 | 57.9 | 55.3 |
| Thomas Kennedy III | R | W | 3.4 | 3.1, 3.7 | 2.9 | 3.0 | 4.0 | 25.4 | 25.0, 25.7 | 25.4 | 27.2 | 26.7 |
| Amanda Smith | R | W | 2.1 | 1.7, 2.3 | 1.8 | 1.9 | 2.5 | 7.7 | 7.3, 8.0 | 8.1 | 8.8 | 8.7 |
| *Black turnout/BVAP* | *38.9* | | | | | | | | | | | |
| *White turnout/WVAP* | *49.1* | | | | | | | | | | | |
| **Treasurer** | | | | | | | | | | | | |
| Derrick Edwards | D | B | 94.0 | 93.5, 94.6 | 94.3 | 95.3 | 91.5 | 8.5 | 7.9, 9.5 | 7.7 | 7.5 | 11.4 |
| John Schroder | R | W | 2.5 | 2.1, 2.9 | 2.5 | 0.4 | 4.5 | 87.1 | 86.5, 87.6 | 86.9 | 87.2 | 83.7 |
| Teresa Kenny | | W | 3.4 | 3.0, 3.8 | 4.2 | 4.3 | 4.0 | 4.4 | 3.9, 4.8 | 5.2 | 5.3 | 4.9 |
| *Black turnout/BVAP* | *38.9* | | | | | | | | | | | |
| *White turnout/WVAP* | *49.1* | | | | | | | | | | | |
| **2019 November** | | | | | | | | | | | | |
| **Secretary of State** | | | | | | | | | | | | |
| Gwen Collins-Greenup | D | B | 95.7 | 95.4, 96.1 | 95.8 | 97.4 | 93.6 | 9.3 | 8.8, 9.8 | 10.0 | 8.5 | 12.5 |
| Kyle Ardoin | R | W | 4.3 | 3.9, 4.6 | 4.2 | 2.6 | 6.4 | 90.7 | 90.2, 91.2 | 90.0 | 91.5 | 87.5 |
| *Black turnout/BVAP* | *48.3* | | | | | | | | | | | |
| *White turnout/WVAP* | *50.5* | | | | | | | | | | | |
| **2018 November** | | | | | | | | | | | | |
| **Secretary of State** | | | | | | | | | | | | |
| Gwen Collins-Greenup | D | B | 55.6 | 55.1, 56.1 | 57.6 | 55.9 | 53.5 | 2.7 | 2.4, 3.2 | 2.0 | 2.1 | 4.3 |
| Renee Fontenot Free | D | W | 34.2 | 33.7, 34.6 | 34.9 | 35.3 | 33.3 | 7.9 | 7.4, 8.3 | 6.4 | 5.9 | 7.0 |
| Julie Stokes | R | W | 1.0 | .8, 1.2 | 1.0 | 1.2 | 1.5 | 10.1 | 9.8, 10.5 | 10.6 | 9.7 | 9.4 |
| Kyle Ardoin | R | W | 2.7 | 2.4, 2.9 | 2.5 | 1.6 | 3.9 | 37.5 | 37.1, 37.9 | 37.4 | 38.8 | 37.1 |
| Rick Edmonds | R | W | 1.5 | 1.3, 1.9 | 1.2 | 1.1 | 1.9 | 15.4 | 15.0, 15.7 | 15.5 | 14.6 | 14.5 |
| Thomas Kennedy III | R | W | 1.7 | 1.6, 1.9 | 1.3 | 1.1 | 2.1 | 14.4 | 14.1, 14.6 | 14.6 | 16.9 | 16.2 |
| Others | | | 3.4 | 3.1, 3.7 | 3.4 | 3.6 | 3.8 | 12.0 | 11.7, 12.3 | 12.1 | 11.9 | 11.6 |
| *Black turnout/BVAP* | *42.8* | | | | | | | | | | | |
| *White turnout/WVAP* | *49.1* | | | | | | | | | | | |

| Appendix A<br>Remedial Map District 5 | Party | Race | Estimates for Black Voters | | | | | Estimates for White Voters | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | El RxC | 95% confidence interval | El 2x2 | ER | HP | El RxC | 95% confidence interval | El 2x2 | ER | HP |
| **2018 December Secretary of State** | | | | | | | | | | | | |
| Gwen Collins-Greenup | D | B | 96.1 | 95.6, 96.5 | 94.7 | 98.8 | 93.0 | 12.1 | 11.5, 12.7 | 14.6 | 9.3 | 13.1 |
| Kyle Ardoin | R | W | 3.9 | 3.5, 4.4 | 5.3 | 1.3 | 7.0 | 87.9 | 87.3, 88.5 | 85.4 | 90.8 | 86.9 |
| *Black turnout/BVAP* | 17.4 | | | | | | | | | | | |
| *White turnout/WVAP* | 19.1 | | | | | | | | | | | |
| **2017 October Treasurer** | | | | | | | | | | | | |
| Derrick Edwards | D | B | 88.1 | 86.7, 89.1 | 85.9 | 90.5 | 85.1 | 6.8 | 6.1, 7.6 | 8.0 | 4.7 | 10.1 |
| Angele Davis | R | W | 4.9 | 4.2, 5.7 | 4.8 | 4.6 | 5.8 | 32.9 | 32.3, 33.5 | 33.0 | 29.9 | 28.3 |
| Neil Riser | R | W | 3.4 | 2.8, 4.1 | 5.0 | 1.1 | 5.8 | 36.6 | 36.0, 37.2 | 35.4 | 44.6 | 40.8 |
| John Schroder | R | W | 1.6 | 1.2, 2.1 | 1.1 | 1.9 | 1.6 | 18.9 | 18.4, 19.4 | 19.7 | 16.4 | 16.2 |
| Others | | | 2.0 | 1.6, 2.5 | 1.3 | 2.0 | 1.7 | 4.7 | 4.4, 5.1 | 5.2 | 4.3 | 4.7 |
| *Black turnout/BVAP* | 7.3 | | | | | | | | | | | |
| *White turnout/WVAP* | 15.6 | | | | | | | | | | | |
| **2017 November Treasurer** | | | | | | | | | | | | |
| Derrick Edwards | D | B | 98.3 | 97.9, 98.6 | 94.7 | 101.8 | 96.4 | 14.4 | 13.7, 15.1 | 17.8 | 11.4 | 15.9 |
| John Schroder | R | W | 1.7 | 1.4, 2.1 | 5.3 | -1.8 | 3.6 | 85.6 | 84.9, 86.3 | 82.2 | 88.6 | 84.1 |
| *Black turnout/BVAP* | 7.7 | | | | | | | | | | | |
| *White turnout/WVAP* | 11.5 | | | | | | | | | | | |
| **2015 October Lieutenant Governor** | | | | | | | | | | | | |
| Kip Holden | D | B | 90.1 | 89.6, 90.6 | 90.6 | 90.4 | 88.0 | 14.8 | 14.2, 15.5 | 14.3 | 12.4 | 16.1 |
| Billy Nungesser | R | W | 2.3 | 2.0, 2.7 | 2.1 | 1.8 | 3.5 | 36.3 | 35.7, 36.8 | 36.5 | 37.1 | 34.3 |
| John Young | R | W | 2.9 | 2.6, 3.3 | 2.5 | 2.4 | 3.9 | 35.1 | 34.5, 35.5 | 35.2 | 36.6 | 36.5 |
| Elbert Guillory | R | B | 4.7 | 4.3, 5.0 | 4.8 | 5.4 | 4.6 | 13.9 | 13.5, 14.3 | 14.1 | 14.0 | 13.0 |
| *Black turnout/BVAP* | 34.3 | | | | | | | | | | | |
| *White turnout/WVAP* | 41.7 | | | | | | | | | | | |

| Appendix A<br>Remedial Map District 5 | Party | Race | Estimates for Black Voters | | | | | Estimates for White Voters | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | EI RxC | 95% confidence interval | EI 2x2 | ER | HP | EI RxC | 95% confidence interval | EI 2x2 | ER | HP |
| **Attorney General** | | | | | | | | | | | | |
| Ike Jackson | D | B | 35.0 | 34.5, 35.6 | 36.0 | 35.1 | 32.9 | 1.8 | 1.4, 2.6 | 1.3 | 1.5 | 3.2 |
| Geri Broussard Baloney | D | B | 41.1 | 38.9, 41.8 | 41.8 | 41.2 | 38.8 | 4.7 | 4.1, 6.6 | 4.3 | 4.4 | 6.1 |
| Buddy Caldwell | R | W | 18.7 | 18.1, 19.9 | 17.1 | 18.3 | 21.9 | 50.0 | 49.0, 50.6 | 50.9 | 52.1 | 50.7 |
| Jeff Landry | R | W | 3.4 | 3.0, 5.0 | 2.8 | 3.6 | 4.2 | 39.6 | 38.0, 40.2 | 40.0 | 37.6 | 35.8 |
| Marty Maley | R | W | 1.7 | 1.5, 1.9 | 1.9 | 1.8 | 2.2 | 3.9 | 3.6, 4.1 | 4.4 | 4.5 | 4.3 |
| *Black turnout/BVAP* | 34.3 | | | | | | | | | | | |
| *White turnout/WVAP* | 41.7 | | | | | | | | | | | |
| **Secretary of State** | | | | | | | | | | | | |
| Chris Tyson | D | B | 93.6 | 93.1, 94.1 | 94.1 | 94.2 | 91.7 | 14.0 | 13.5, 14.5 | 13.7 | 14.3 | 18.5 |
| Tom Schedler | R | W | 6.4 | 5.9, 7.0 | 5.9 | 5.7 | 8.3 | 86.0 | 85.5, 86.5 | 86.3 | 85.7 | 81.5 |
| *Black turnout/BVAP* | 34.3 | | | | | | | | | | | |
| *White turnout/WVAP* | 41.7 | | | | | | | | | | | |
| **2015 November** | | | | | | | | | | | | |
| **Lieutenant Governor** | | | | | | | | | | | | |
| Kip Holden | D | B | 97.0 | 96.5, 97.4 | 96.8 | 98.7 | 94.4 | 23.6 | 22.9, 24.4 | 23.8 | 21.4 | 25.2 |
| Billy Nungesser | R | W | 3.0 | 2.6, 3.5 | 3.2 | 1.5 | 5.6 | 76.4 | 75.6, 77.1 | 76.2 | 78.6 | 74.8 |
| *Black turnout/BVAP* | 36.4 | | | | | | | | | | | |
| *White turnout/WVAP* | 38.6 | | | | | | | | | | | |

# Appendix B

| Appendix B<br>Remedial Map District 5 | Party | Race | Estimates for Black Voters | | | | Estimates for Non-Black Voters | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | El RxC | 95% confidence interval | El 2x2 | ER | El RxC | 95% confidence interval | El 2x2 | ER |
| **2020 November** | | | | | | | | | | |
| **U.S. President** | | | | | | | | | | |
| Biden/Harris | D | W/B | 92.6 | 77.3, 96.9 | 96.6 | 99.2 | 16.0 | 11.6, 31.7 | 12.4 | 8.2 |
| Trump/Pence | R | W/W | 5.6 | 1.2, 21.2 | 2.9 | -1.1 | 82.7 | 66.7, 87.2 | 85.1 | 90.8 |
| Others | | | 1.8 | 1.6, 2.1 | 1.9 | 1.9 | 1.3 | 1.1, 1.6 | 1.1 | 1.0 |
| *Black turnout/BVAP* | *58.8* | | | | | | | | | |
| *White turnout/WVAP* | *61.7* | | | | | | | | | |
| **U.S. Senator** | | | | | | | | | | |
| Adrian Perkins | D | B | 46.6 | 46.2, 47.0 | 47.7 | 46.2 | 4.5 | 4.2, 4.9 | 3.9 | 2.8 |
| Derrick Edwards | D | B | 32.4 | 32.0, 32.7 | 32.4 | 33.2 | 2.2 | 2.0, 2.5 | 1.9 | 2.1 |
| Bill Cassidy | R | W | 4.1 | 3.8, 4.4 | 4.8 | 3.4 | 87.8 | 87.4, 88.1 | 87.0 | 89.7 |
| Others | | | 17.0 | 16.6, 17.4 | 17.3 | 17.2 | 5.5 | 5.1, 5.8 | 5.0 | 5.4 |
| *Black turnout/BVAP* | *58.8* | | | | | | | | | |
| *White turnout/WVAP* | *61.7* | | | | | | | | | |
| **2019 October** | | | | | | | | | | |
| **Lieutenant Governor** | | | | | | | | | | |
| Willie Jones | D | B | 88.8 | 88.4, 89.3 | 88.2 | 89.6 | 7.0 | 6.6, 7.4 | 7.4 | 7.5 |
| Billy Nungesser | R | W | 11.2 | 10.7, 11.6 | 11.8 | 10.5 | 93.0 | 92.6, 93.4 | 92.7 | 92.5 |
| *Black turnout/BVAP* | *38.9* | | | | | | | | | |
| *White turnout/WVAP* | *43.5* | | | | | | | | | |
| **Attorney General** | | | | | | | | | | |
| Ike Jackson | D | B | 90.9 | 90.4, 91.3 | 90.4 | 90.8 | 7.9 | 7.5, 8.3 | 8.0 | 8.4 |
| Jeff Landry | R | W | 9.1 | 8.7, 9.6 | 9.6 | 9.2 | 92.1 | 91.7, 92.5 | 92.0 | 91.6 |
| *Black turnout/BVAP* | *38.9* | | | | | | | | | |
| *White turnout/WVAP* | *43.5* | | | | | | | | | |

| Appendix B<br>Remedial Map District 5 | | | Estimates for Black Voters | | | | Estimates for Non-Black Voters | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Party | Race | EI RxC | 95% confidence interval | EI 2x2 | ER | EI RxC | 95% confidence interval | EI 2x2 | ER |
| **Secretary of State** | | | | | | | | | | |
| Gwen Collins-Greenup | D | B | 92.0 | 91.6, 92.4 | 91.8 | 92.2 | 7.9 | 7.5, 8.3 | 8.3 | 7.5 |
| Kyle Ardoin | R | W | 2.8 | 2.4, 3.1 | 3.2 | 2.8 | 59.2 | 58.8, 59.6 | 59.2 | 57.2 |
| Thomas Kennedy III | R | W | 3.1 | 2.7, 3.4 | 2.9 | 3.0 | 25.0 | 24.6, 25.3 | 24.8 | 26.7 |
| Amanda Smith | R | W | 2.2 | 2.0, 2.4 | 1.8 | 1.9 | 7.9 | 7.6, 8.1 | 7.9 | 8.6 |
| *Black turnout/BVAP* | *38.9* | | | | | | | | | |
| *White turnout/WVAP* | *43.5* | | | | | | | | | |
| **Treasurer** | | | | | | | | | | |
| Derrick Edwards | D | B | 94.4 | 94.0, 94.8 | 94.3 | 95.3 | 9.4 | 9.0, 9.7 | 9.5 | 8.9 |
| John Schroder | R | W | 1.5 | 1.2, 1.7 | 2.5 | 0.4 | 85.2 | 84.9, 85.6 | 84.4 | 85.8 |
| Teresa Kenny | | W | 4.2 | 3.9, 4.4 | 4.2 | 4.3 | 5.4 | 5.1, 5.6 | 5.1 | 5.3 |
| *Black turnout/BVAP* | *38.9* | | | | | | | | | |
| *White turnout/WVAP* | *43.5* | | | | | | | | | |
| **2019 November** | | | | | | | | | | |
| **Secretary of State** | | | | | | | | | | |
| Gwen Collins-Greenup | D | B | 96.8 | 96.5, 97.2 | 95.8 | 97.4 | 11.1 | 10.7, 11.5 | 12.4 | 10.0 |
| Kyle Ardoin | R | W | 3.2 | 2.8, 3.5 | 4.2 | 2.6 | 88.9 | 88.5, 89.3 | 87.6 | 90.0 |
| *Black turnout/BVAP* | *48.3* | | | | | | | | | |
| *White turnout/WVAP* | *45.0* | | | | | | | | | |
| **2018 November** | | | | | | | | | | |
| **Secretary of State** | | | | | | | | | | |
| Gwen Collins-Greenup | D | B | 56.3 | 55.9, 56.8 | 57.6 | 55.9 | 3.7 | 3.3, 4.0 | 2.9 | 3.1 |
| Renee Fontenot Free | D | W | 34.1 | 33.7, 34.6 | 34.9 | 35.3 | 8.0 | 7.6, 8.4 | 7.2 | 6.5 |
| Julie Stokes | R | W | 1.1 | 1.0, 1.3 | 1.0 | 1.2 | 10.5 | 10.3, 10.7 | 10.5 | 9.6 |
| Kyle Ardoin | R | W | 2.2 | 2.0, 2.5 | 2.5 | 1.6 | 36.6 | 36.3, 37.0 | 36.1 | 38.1 |
| Rick Edmonds | R | W | 1.3 | 1.1, 1.5 | 1.2 | 1.1 | 15.2 | 15.0, 15.5 | 15.3 | 14.4 |
| Thomas Kennedy III | R | W | 1.6 | 1.4, 1.8 | 1.3 | 1.1 | 14.1 | 13.8, 14.3 | 14.2 | 16.5 |
| Others | | | 3.3 | 3.1, 3.6 | 3.4 | 3.6 | 11.9 | 11.6, 12.2 | 11.7 | 11.8 |
| *Black turnout/BVAP* | *42.8* | | | | | | | | | |
| *White turnout/WVAP* | *43.8* | | | | | | | | | |

| Appendix B<br>Remedial Map District 5 | Party | Race | Estimates for Black Voters | | | | Estimates for Non-Black Voters | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | EI RxC | 95% confidence interval | EI 2x2 | ER | EI RxC | 95% confidence interval | EI 2x2 | ER |
| **2018 December Secretary of State** | | | | | | | | | | |
| Gwen Collins-Greenup | D | B | 96.9 | 96.5, 97.2 | 94.7 | 98.8 | 14.0 | 13.4, 14.5 | 16.9 | 10.7 |
| Kyle Ardoin | R | W | 3.1 | 2.8, 3.5 | 5.3 | 1.3 | 86.0 | 85.5, 86.6 | 83.1 | 89.3 |
| *Black turnout/BVAP* | *17.4* | | | | | | | | | |
| *White turnout/WVAP* | *17.0* | | | | | | | | | |
| **2017 October Treasurer** | | | | | | | | | | |
| Derrick Edwards | D | B | 88.4 | 86.6, 89.4 | 85.9 | 90.5 | 7.3 | 6.7, 8.2 | 9.0 | 5.9 |
| Angele Davis | R | W | 4.6 | 3.9, 5.5 | 4.8 | 4.6 | 32.8 | 32.2, 33.4 | 32.6 | 29.7 |
| Neil Riser | R | W | 3.1 | 2.6, 4.0 | 5.0 | 1.1 | 36.1 | 35.5, 36.6 | 34.8 | 43.8 |
| John Schroder | R | W | 1.7 | 1.3, 2.3 | 1.1 | 1.9 | 18.7 | 18.2, 19.2 | 19.2 | 16.4 |
| Others | | | 2.2 | 1.8, 2.6 | 1.3 | 2.0 | 5.0 | 4.7, 5.3 | 5.1 | 4.3 |
| *Black turnout/BVAP* | *7.3* | | | | | | | | | |
| *White turnout/WVAP* | *13.6* | | | | | | | | | |
| **2017 November Treasurer** | | | | | | | | | | |
| Derrick Edwards | D | B | 98.5 | 98.1, 98.8 | 94.7 | 101.8 | 15.9 | 15.3, 16.6 | 19.7 | 12.8 |
| John Schroder | R | W | 1.5 | 1.2, 1.9 | 5.3 | -1.8 | 84.1 | 83.4, 84.7 | 80.3 | 87.2 |
| *Black turnout/BVAP* | *7.7* | | | | | | | | | |
| *White turnout/WVAP* | *10.1* | | | | | | | | | |
| **2015 October Lieutenant Governor** | | | | | | | | | | |
| Kip Holden | D | B | 90.6 | 90.0, 91.0 | 90.6 | 90.4 | 15.4 | 14.9, 15.9 | 15.9 | 13.5 |
| Billy Nungesser | R | W | 2.1 | 1.8, 2.4 | 2.1 | 1.8 | 36.0 | 35.6, 36.4 | 35.7 | 36.6 |
| John Young | R | W | 2.6 | 2.3, 2.9 | 2.5 | 2.4 | 34.7 | 34.3, 35.1 | 34.5 | 36.0 |
| Elbert Guillory | R | B | 4.8 | 4.4, 5.1 | 4.8 | 5.4 | 13.9 | 13.5, 14.3 | 13.9 | 13.9 |
| *Black turnout/BVAP* | *34.3* | | | | | | | | | |
| *White turnout/WVAP* | *36.7* | | | | | | | | | |

| Appendix B<br>Remedial Map District 5 | Party | Race | Estimates for Black Voters | | | | Estimates for Non-Black Voters | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | EI RxC | 95% confidence interval | EI 2x2 | ER | EI RxC | 95% confidence interval | EI 2x2 | ER |
| **Attorney General** | | | | | | | | | | |
| Ike Jackson | D | B | 35.6 | 35.1, 36.0 | 36.0 | 35.1 | 2.0 | 1.7, 2.3 | 1.6 | 1.9 |
| Geri Broussard Baloney | D | B | 41.3 | 39.9, 41.9 | 41.8 | 41.2 | 5.2 | 4.7, 6.1 | 4.7 | 4.9 |
| Buddy Caldwell | R | W | 18.1 | 17.5, 18.7 | 17.1 | 18.3 | 49.4 | 48.8, 49.9 | 50.3 | 51.5 |
| Jeff Landry | R | W | 3.0 | 2.6, 3.7 | 2.8 | 3.6 | 39.2 | 38.4, 39.6 | 39.2 | 37.2 |
| Marty Maley | R | W | 2.1 | 1.8, 2.3 | 1.9 | 1.8 | 4.3 | 4.1, 4.5 | 4.4 | 4.4 |
| *Black turnout/BVAP* | 34.3 | | | | | | | | | |
| *White turnout/WVAP* | 36.7 | | | | | | | | | |
| **Secretary of State** | | | | | | | | | | |
| Chris Tyson | D | B | 94.4 | 94.0, 94.9 | 94.1 | 94.2 | 15.1 | 14.6, 15.5 | 15.4 | 15.4 |
| Tom Schedler | R | W | 5.6 | 5.1, 6.0 | 5.9 | 5.7 | 84.9 | 84.5, 85.4 | 84.6 | 84.6 |
| *Black turnout/BVAP* | 34.3 | | | | | | | | | |
| *White turnout/WVAP* | 36.7 | | | | | | | | | |
| **2015 November** | | | | | | | | | | |
| **Lieutenant Governor** | | | | | | | | | | |
| Kip Holden | D | B | 97.5 | 97.2, 97.9 | 96.8 | 98.7 | 24.6 | 24.2, 25.1 | 25.9 | 22.6 |
| Billy Nungesser | R | W | 2.5 | 2.1, 2.8 | 3.2 | 1.5 | 75.4 | 74.9, 75.8 | 74.1 | 77.4 |
| *Black turnout/BVAP* | 36.4 | | | | | | | | | |
| *White turnout/WVAP* | 34.2 | | | | | | | | | |

Case 3:22-cv-00211-SDD-SDJ   Document 225-2   06/22/22   Page 20 of 20