# Exhibit C

```
 1                  UNITED STATES DISTRICT COURT

 2                 MIDDLE DISTRICT OF LOUISIANA

 3

 4   PRESS ROBINSON, ET AL      *       CIVIL ACTION
                                *
 5   VERSUS                     *       NO. 22-211-SDD
                                *
 6   KYLE ARDOIN, ET AL         *       CONSOLIDATED WITH
                                *
 7                              *
     EDWARD GALMON SR., ET AL   *       NO. 22-214-SDD
 8                              *
     VERSUS                     *       MAY 9, 2022
 9                              *
     KYLE ARDOIN, ET AL         *       VOLUME 1 OF 5
10   * * * * * * * * * * * * * *

11
            MOTION FOR PRELIMINARY INJUNCTION BEFORE
12               THE HONORABLE SHELLY D. DICK
             UNITED STATES CHIEF DISTRICT JUDGE
13

14   APPEARANCES:

15   FOR THE ROBINSON           NAACP LEGAL DEFENSE FUND AND
     PLAINTIFFS:                EDUCATIONAL FUND, INC.
16                              BY:  STUART NAIFEH, ESQ.
                                     KATHRYN SADASIVAN, ESQ.
17                                   VICTORIA WENGER, ESQ.
                                     SARA ROHANI, ESQ.
18                              40 RECTOR STREET, FIFTH FLOOR
                                NEW YORK, NEW YORK 10006
19
                                ADCOCK LAW, LLC
20                              BY:  JOHN ADCOCK, ESQ.
                                3110 CANAL STREET
21                              NEW ORLEANS, LOUISIANA 70119

22   FOR THE GALMON             WALTERS, PAPILLION, THOMAS,
     PLAINTIFFS:                CULLENS, LLC
23                              BY:  DARREL J. PAPILLION, ESQ.
                                12345 PERKINS ROAD, BUILDING ONE
24                              BATON ROUGE, LOUISIANA 70810

25
```

```
 1                        ELIAS LAW GROUP, LLP
                          BY:  ABHA KHANNA, ESQ.
 2                        1700 SEVENTH AVE., SUITE 2100
                          SEATTLE, WASHINGTON 98101
 3
                          ELIAS LAW GROUP, LLP
 4                        BY:  JACOB D. SHELLY, ESQ.
                               OLIVIA N. SEDWICK, ESQ.
 5                             LALITHA D. MADDURI, ESQ.
                          10 G STREET N.E., SUITE 600
 6                        WASHINGTON, D.C. 20002

 7  FOR KYLE ARDOIN,      SHOWS, CALI & WALSH, LLP
    IN HIS OFFICIAL       BY:  JOHN C. WALSH, ESQ.
 8  CAPACITY AS SECRETARY 628 ST. LOUIS STREET
    OF STATE              BATON ROUGE, LOUISIANA 70821
 9
                          NELSON MULLINS RILEY AND
10                        SCARBOROUGH, LLC
                          BY:  PHILLIP STRACH, ESQ.
11                             THOMAS A. FARR, ESQ.
                          4140 PARKLAKE AVENUE, SUITE 200
12                        RALEIGH, NORTH CAROLINA 27612

13  FOR THE LOUISIANA     STEPHEN M. IRVING, LLC
    LEGISLATIVE BLACK CAUCUS:  BY:  STEPHEN M. IRVING, ESQ.
14                        111 FLOUNDERS DRIVE, SUITE 700
                          BATON ROUGE, LOUISIANA 70810
15
                          JOHNSON LAW FIRM
16                        BY:  ERNEST L. JOHNSON, ESQ.
                          3313 GOVERNMENT STREET
17                        BATON ROUGE, LOUISIANA 70806

18                        ARTHUR THOMAS & ASSOCIATES
                          BY:  ARTHUR R. THOMAS, ESQ.
19                        3313 GOVERNMENT STREET
                          BATON ROUGE, LOUISIANA 70806
20
    FOR LEGISLATIVE       BAKERHOSTETLER, LLP
21  INTERVENORS CLAY      BY:  PATRICK T. LEWIS, ESQ.
    SCHEXNAYDER AND PATRICK  127 PUBLIC SQUARE, SUITE 2000
22  CORTEZ:               CLEVELAND, OHIO 44114

23                        BAKERHOSTETLER, LLP
                          BY:  E. MARK BRADEN, ESQ.
24                             KATHERINE L. MCKNIGHT, ESQ.
                          1050 CONNECTICUT AVENUE, N.W.,
25                        SUITE 1100
                          WASHINGTON, D.C. 20036
```

```
 1   INTERVENOR DEFENDANT          LOUISIANA'S OFFICE OF THE ATTORNEY
     STATE OF LOUISIANA:           GENERAL
 2                                 BY:   JEFFREY M. WALE, ESQ.
                                         ANGELIQUE D. FREEL, ESQ.
 3                                       CAREY TOM JONES, ESQ.
                                   1885 NORTH THIRD STREET
 4                                 BATON ROUGE, LOUISIANA 70802

 5                                 HOLTZMAN VOGEL BARAN TORCHINSKY &
                                   JOSEFIAK, PLLC
 6                                 BY:   PHILLIP M. GORDON, ESQ.
                                   15405 JOHN MARSHALL HIGHWAY
 7                                 HAYMARKET, VIRGINIA 20169

 8
     OFFICIAL COURT REPORTER:      SHANNON L. THOMPSON, CCR
 9                                 UNITED STATES COURTHOUSE
                                   777 FLORIDA STREET
10                                 BATON ROUGE, LOUISIANA 70801
                                   SHANNON_THOMPSON@LAMD.USCOURTS.GOV
11                                 (225)389-3567

12

13        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY USING
               COMPUTER-AIDED TRANSCRIPTION SOFTWARE
14

15

16

17

18

19

20

21

22

23

24

25
```

10:23 1    **A.**   OKAY.

2    **Q.**   SO YOU WOULD ADMIT THAT A LOT OF PEOPLE LIVING IN BATON

3    ROUGE -- LIVE HERE NOW, THEY ONCE LIVED IN NEW ORLEANS?

4    **A.**   I DON'T KNOW WHERE THEY CAME FROM 'CAUSE, YOU KNOW,

5    KATRINA AFFECTED ALMOST ALL OF LOUISIANA.

6    **Q.**   SURE.

7    **A.**   SO THEY COULD HAVE COME FROM A LITTLE BIT OF EVERYWHERE.

8    I DON'T KNOW WHERE THEY CAME FROM, THOUGH.

9    **Q.**   SURE.  BUT YOU COULD SEE THAT SOME PEOPLE DID -- YOU KNOW,

10   DID MOVE FROM NEW ORLEANS TO THE BATON ROUGE AREA?

11   **A.**   I KNOW A FEW THAT MOVED.

12           **MR. NAIFEH:**  OBJECTION.  ASKED AND ANSWERED.

13           **MR. WALE:**  I APOLOGIZE, YOUR HONOR.  I'M MOVING ON.

14   **BY MR. WALE:**

15   **Q.**   AND SO --

16           **THE COURT:**  OKAY, FOLKS.  IF YOU'RE GOING TO MAKE

17   OBJECTIONS, MAKE THEM AND THEN EITHER LET ME RULE ON THEM OR IF

18   -- I MEAN, OKAY.  GO AHEAD.  CARRY ON.

19           **MR. WALE:**  YES, YOUR HONOR, I APOLOGIZE.  I'M GOING

20   TO MOVE ON.

21           **THE COURT:**  CARRY ON.

22   **BY MR. WALE:**

23   **Q.**   SO WOULD YOU SAY THAT NEW ORLEANS AND BATON ROUGE WOULD

24   HAVE A LOT IN COMMON WITH EACH OTHER AS BOTH URBAN AREAS?

25   **A.**   NO.

10:24 1    **Q.**   YOU WOULD NOT.

2              WELL, IN YOUR DECLARATION YOU DO STATE THAT NEW

3    ORLEANS AND BATON ROUGE ARE DISTINCT CITIES WITH DISTINCT

4    NEEDS?

5    **A.**   "DISTINCT," THAT MEANS THAT THEY HAVE THEIR OWN -- NEW

6    ORLEANS HAS ITS OWN AND BATON ROUGE HAS ITS OWN.

7    **Q.**   RIGHT.   AND SO FOR THAT REASON YOU THINK THAT THEY SHOULD

8    BE IN DIFFERENT CONGRESSIONAL DISTRICTS.   RIGHT?

9    **A.**   YEAH.

10    **Q.**   AND SO MY QUESTION FOR YOU IS:   DON'T ALL THE

11    CONGRESSIONAL DISTRICTS HAVE CITIES THAT ARE VERY DISTINCT FROM

12    EACH OTHER?   I MEAN, FOR EXAMPLE, MONROE AND BOGALUSA ARE IN

13    THE SAME CONGRESSIONAL DISTRICT, BUT THEY HAVE VERY DISTINCT

14    NEEDS.

15              WOULD YOU AGREE TO THAT?

16    **A.**   YEAH.

17    **Q.**   AND WOULD YOU AGREE ABOUT LAKE CHARLES AND LAFAYETTE

18    HAVING DISTINCT NEEDS?

19    **A.**   UH-HUH.

20    **Q.**   AND THEN ALSO, YOU KNOW, LIKE SHREVEPORT AND MINDEN UP IN

21    NORTH LOUISIANA?

22    **A.**   RIGHT.

23    **Q.**   SO YOU WOULD AGREE WITH THAT.

24              I WAS INTERESTED THAT YOU HAD STATED IN YOUR

25    DECLARATION -- I DO FORGET WHERE -- THAT YOU SAID THAT YOU FEEL

03:27 1    **A.**    I DO.

2    **Q.**    YOU MENTIONED YOU'RE A LAWYER.  WHERE DID YOU ATTEND LAW

3    SCHOOL?

4    **A.**    SOUTHERN UNIVERSITY LAW CENTER IN BATON ROUGE.

5    **Q.**    IN YOUR EXPERIENCE, IS IT COMMON FOR ST. LANDRY RESIDENTS

6    TO ATTEND COLLEGE OR A UNIVERSITY IN BATON ROUGE?

7    **A.**    YES.

8    **Q.**    DO YOU HAVE ANY OTHER PERSONAL EXPERIENCE WITH THAT?

9    **A.**    YES.  WE ARE NINE SIBLINGS IN MY FAMILY.  OF THE NINE,

10    FIVE HAVE COLLEGE DEGREES OR POST-GRADUATE DEGREES.  ALL FIVE

11    OF THOSE ATTENDED COLLEGE IN BATON ROUGE.  ALSO, JUST A LOT --

12    THERE ARE A LOT OF PEOPLE I KNOW -- A LOT OF PEOPLE FROM ST.

13    LANDRY PARISH WHO ATTEND COLLEGE IN BATON ROUGE.

14    **Q.**    AND WHAT DO YOU ATTRIBUTE THAT EDUCATIONAL CONNECTION TO?

15    **A.**    WELL, I THINK AS FAR AS THE AFRICAN-AMERICAN COMMUNITY IS

16    CONCERNED, THAT STARTED AS THE ONLY OPTION, BECAUSE THERE WERE

17    NO INTEGRATED COLLEGES THAT PEOPLE COULD ATTEND.  THERE WAS

18    GRAMBLING, BUT GRAMBLING IS IN NORTHWEST LOUISIANA AND

19    VIRTUALLY INACCESSIBLE AT THAT TIME FROM ST. LANDRY PARISH.

20            AND THE OTHER COLLEGE IN LAFAYETTE WAS AT THE TIME

21    KNOWN AS SOUTHERN LOUISIANA INSTITUTE.  SO IT WAS A REGIONAL

22    COLLEGE AND JUST DIDN'T HAVE THE PRESTIGE THAT LSU HAD AND

23    CONTINUES TO HAVE IN LOUISIANA.

24            AND SO FROM THAT NECESSITY, I GUESS, FROM THE

25    SEGREGATION AND THE EDUCATIONAL OPPORTUNITIES, IT'S BECOME SORT

03:28  1   OF A TRADITION FOR PEOPLE TO ATTEND IN BATON ROUGE.

2   **Q.**   IN ADDITION TO THE EDUCATIONAL TIES, ARE THERE OTHER

3   ECONOMIC TIES THAT LINK ST. LANDRY PARISH WITH BATON ROUGE?

4   **A.**   DEFINITELY.

5   **Q.**   CAN YOU DESCRIBE THAT?

6   **A.**   ALL OF SOUTH LOUISIANA IS VERY INVOLVED AND, IN SOME

7   EXTENT, DEPENDENT UPON THE PETROCHEMICAL INDUSTRY, AND

8   PARTICULARLY AS IT RELATES TO OFFSHORE DRILLING AND REFINING.

9   AND SO THERE ARE A LOT OF JOBS IN THAT INDUSTRY.

10        MY FATHER, FOR INSTANCE, BELONGED TO BATON ROUGE

11   LOCAL 1177, WHICH IS THE LABORERS LOCAL.  AND HE AND A LOT OF

12   MEN FROM ST. LANDRY PARISH OF HIS GENERATION RODE A BUS OR

13   HITCHHIKED EVERY DAY TO BATON ROUGE TO WORK.  AS A MATTER OF

14   FACT, THOSE BUSES WEREN'T COMMERCIAL BUSES.  THEY WERE BUSES

15   THAT WERE SET UP SPECIFICALLY FOR THAT PURPOSE:  TO BRING

16   PEOPLE TO WORK IN BATON ROUGE.  SO THAT, AND, OF COURSE, WE

17   HAVE A REFINERY IN ST. LANDRY PARISH THAT'S A VERY STRONG TIE,

18   A VERY STRONG ECONOMIC TIE.

19        ALSO, THERE IS AGRICULTURAL TIES THAT -- YOU KNOW,

20   IMMEDIATELY TO THE WEST OF THE CITY OF BATON ROUGE.  IF YOU ARE

21   TRAVELING UP 190 TOWARD OPELOUSAS, YOU'LL SEE SUGARCANE FIELDS

22   ALL THROUGHOUT THAT AREA, AND THAT IS A VERY IMPORTANT RURAL

23   CROP IN ST. LANDRY PARISH AND A LOT OF SOUTH LOUISIANA UP -- AS

24   I SAID, UP TO THE BORDER OF BATON ROUGE PROPER.

25   **Q.**   ARE THERE SOCIAL AND CULTURAL CONNECTIONS THAT ST. LANDRY

03:30 1  PARISH SHARES WITH BATON ROUGE?

2  **A.**   WELL, WE DO A ZYDECO PUBLIC AFFAIRS PROGRAM, SO -- THAT

3  PEOPLE LISTEN TO IN BATON ROUGE.  AND YES, THERE ARE.  THE

4  MEDIA -- I KNOW A MEDIA MARKET IS A TERM OF ART USED IN THAT

5  INDUSTRY.  BUT MEDIA -- SO ST. LANDRY PARISH IS NOT PART OF THE

6  BATON ROUGE MEDIA MARKET, BUT THERE IS A GREAT DEAL OF BATON

7  ROUGE MEDIA CONSUMPTION IN ST. LANDRY PARISH.

8        WHEN YOU SUBSCRIBE FOR CABLE, FOR INSTANCE, YOU CAN

9  GET THE BATON ROUGE STATIONS.  THE BATON ROUGE NEWSPAPER IS

10  VERY WIDELY READ IN ST. LANDRY PARISH.  BATON ROUGE TELEVISION

11  STATIONS, RADIO STATIONS ARE VERY POPULAR IN ST. LANDRY PARISH.

12  SO THERE IS THAT CONNECTION.

13        THERE'S ALSO FAMILY CONNECTIONS THAT DERIVE FROM

14  THOSE ECONOMIC CONNECTIONS WE TALKED ABOUT EARLIER.  PEOPLE GET

15  JOBS AT THE PLANTS, THEY MOVE THERE, THEIR FAMILIES GROW UP

16  THERE.  I HAVE TWO DAUGHTERS WHO LIVE IN BATON ROUGE.

17        YOU ALSO HAVE THAT HISTORIC CONNECTION.  I TALKED

18  ABOUT SPANISH GOVERNANCE OF LOUISIANA.  BATON ROUGE AND ST.

19  LANDRY PARISH ALSO BOTH SHARE THE VESTIGES OF THAT STRONG

20  FRENCH AND SPANISH INFLUENCE ON BOTH OF THOSE AREAS, AND THE

21  FOOD.  YOU KNOW, IT'S PERVASIVE.  THOSE CONNECTIONS ARE

22  PERVASIVE.

23  **Q.**   ANY OTHER CONNECTIONS IN RELIGION, SPORTS, OTHER THINGS

24  LIKE THAT?

25  **A.**   YEAH.  THE CATHOLIC CHURCH IS VERY -- THERE ARE A LOT OF

03:32  1  CATHOLICS IN SOUTH LOUISIANA, AND THE CATHOLIC CHURCH
       2  HISTORICALLY HAS HAD A LOT OF INFLUENCE IN THE SOUTHERN PART OF
       3  THE STATE, BOTH -- WELL, PARTICULARLY FROM A CULTURAL AND
       4  SOCIAL STANDPOINT.
       5          AND AS FAR AS SPORTS ARE CONCERNED, THIS IS SAINTS
       6  COUNTRY.  AND SO, YOU KNOW, THIS IS WHERE THE SAINTS FANS ARE.
       7  Q.  WOULD COMMUNITIES OF INTEREST BEST BE MAINTAINED BY
       8  GROUPING ST. LANDRY PARISH IN A CONGRESSIONAL DISTRICT WITH
       9  SHREVEPORT OR WITH BATON ROUGE?
      10  A.  DEFINITELY BATON ROUGE.
      11  Q.  WHEN WE'RE THINKING SPECIFICALLY ABOUT CONGRESSIONAL
      12  REPRESENTATION, WHY IS IT IMPORTANT TO KEEP ST. LANDRY PARISH
      13  WITH BATON ROUGE?
      14  A.  ST. LANDRY PARISH IS NOT A SMALL PARISH, YOU KNOW,
      15  LOUISIANA -- AS FAR AS LOUISIANA PARISHES GO, BUT IT IS NOT A
      16  LARGE HEAVILY-POPULATED AREA.  GENERALLY MOSTLY RURAL, 13
      17  MUNICIPALITIES BUT NOT DENSELY POPULATED.  IN ORDER FOR ST.
      18  LANDRY TO HAVE ITS FULL POLITICAL POTENTIAL, IT NEEDS TO BE
      19  PAIRED WITH WHAT I CALL SOME CENTER OF INFLUENCE OR CENTERS OF
      20  INFLUENCE.
      21          AND THERE HAVE TRADITIONALLY BEEN MORE DENSELY --
      22  THREE -- THREE MORE DENSELY POPULATED AREAS THAT ST. LANDRY HAS
      23  BEEN ASSOCIATED WITH AND HAS ALIGNED WITH.  AND THOSE WOULD BE
      24  LAKE CHARLES, LAFAYETTE AND BATON ROUGE.  AND THERE ARE NO
      25  OTHER DENSELY-POPULATED AREAS THAT -- WHERE ST. LANDRY CAN

03:33 1  EXTEND AND MAGNIFY ITS INFLUENCE BY ASSOCIATING WITH THOSE
      2  AREAS.  IF ST. LANDRY IS CUT OFF FROM ONE OF THOSE, YOU CAN
      3  MAKE IT.  YOU STILL HAVE SOME VOICE BECAUSE YOU HAVE TWO
      4  REMAINING.  IF YOU'RE CUT OFF FROM TWO, YOU HAVE LESS OF A
      5  VOICE, BUT YOU STILL -- THERE IS STILL SOME REASON FOR PEOPLE
      6  TO PAY ATTENTION TO YOU.  BUT WHEN YOU'RE CUT OFF FROM ALL
      7  THREE, YOU ARE EFFECTIVELY DISENFRANCHISED AS FAR AS
      8  CONGRESSIONAL POLITICS GO BECAUSE NOBODY CARES ABOUT YOU.
      9          FOR INSTANCE, RIGHT NOW UNDER THE 2011 MAP, ST.
     10  LANDRY IS DIVIDED BETWEEN THE NORTHWESTERN PART OF THE STATE
     11  AND THE NORTHEASTERN PART OF THE STATE.  AS FAR AS I KNOW, THE
     12  CONGRESSMAN FROM SHREVEPORT HAS NEVER VISITED.  HE HAS ROUGHLY
     13  HALF THE GEOGRAPHIC AREA OF ST. LANDRY PARISH.  I DON'T KNOW
     14  THAT HE'S VISITED SINCE HE'S BEEN ELECTED.
     15          NOW, I DO KNOW THAT SEVERAL DIFFERENT CONGRESS PEOPLE
     16  FROM NORTHWEST LOUISIANA HAVE VISITED.  SO I DON'T -- I DON'T
     17  KNOW WHAT'S THE REASON FOR THAT DISPARITY.  WELL, I DO HAVE
     18  SOME IDEAS WHAT THE REASONS ARE FOR THAT DISPARITY, BUT THE
     19  DISPARITY EXISTS.
     20  Q.  JUST FOR THE RECORD, I THINK YOU SAID PEOPLE FROM
     21  NORTHWEST HAVE --
     22  A.  NO.  NORTHEAST.  I'M SORRY.  I MEANT TO SAY FROM THE
     23  NORTHEAST HAVE VISITED.  FROM THE MONROE AREA, THE CURRENT
     24  CONGRESSMAN IS FROM START, I BELIEVE.  I KNOW SHE'S BEEN THERE,
     25  WHICH IS IN THE NORTHEAST PORTION OF THE STATE.  BUT THE

03:35 1  CONGRESSMAN FROM THE NORTHWEST, WHO IS FROM SHREVEPORT, AS FAR

2  AS I KNOW, HAS NEVER VISITED ST. LANDRY.

3  **Q.**  ARE THERE POLICY INTERESTS THAT RESIDENTS OF ST. LANDRY

4  SHARE WITH BATON ROUGE THAT THEY DO NOT NECESSARILY SHARE WITH

5  SHREVEPORT RESIDENTS?

6  **A.**  ABSOLUTELY.  AND LET ME JUST -- I'LL GIVE YOU JUST A

7  COUPLE.  ONE IS THE PETROCHEMICAL INDUSTRY THAT I MENTIONED

8  EARLIER, PARTICULARLY AS IT DEALS WITH REFINING AND OFFSHORE

9  OIL DRILLING.  AND, YOU KNOW, THAT -- IN THE NORTHERN PART OF

10  THE STATE YOU HAVE NATURAL GAS.  BUT THAT IS A DIFFERENT ANIMAL

11  FROM THE REFINERY AND OFFSHORE OIL DRILLING PETROCHEMICAL

12  BUSINESS.

13      IN THE SOUTHERN PART OF THE STATE YOU ALSO HAVE THE

14  ENVIRONMENTAL CONCERNS THAT COME WITH THOSE REFINERIES.  AND

15  I'M SURE YOU'VE HEARD OF CANCER ALLEY AND THOSE TYPES OF

16  ENVIRONMENTAL CONCERNS INVOLVED WITH, YOU KNOW, AIR QUALITY AND

17  WATER QUALITY AND THAT TYPE OF THING THAT WOULD -- THAT WOULD

18  BE COMMON TO ST. LANDRY PARISH AND TO BATON ROUGE.

19      ALSO, YOU HAVE THE ISSUE OF CLIMATE AS IT RELATES TO

20  THE PETROCHEMICAL INDUSTRY, BUT YOU ALSO HAVE THE ISSUE OF

21  WEATHER AND DISASTER RELIEF.  IN SOUTH LOUISIANA, DISASTER

22  RELIEF -- CONGRESSIONAL POLICY ON DISASTER RELIEF IS CRITICAL.

23  AND BATON ROUGE AND ST. LANDRY PARISH WOULD SHARE THAT; WHEREAS

24  THE NORTHERN PART OF THE STATE, PARTICULARLY NORTHWESTERN PART

25  OF THE STATE -- THE NORTHEASTERN PART OF THE STATE HAS THE

03:37  1   RIVER -- MISSISSIPPI RIVER.  THERE ARE SOME FLOODING PROBLEMS.

      2   THERE ARE SOME DISASTER RELIEF ISSUES THAT WOULD AFFECT THAT

      3   PART.

      4          BUT THE SOUTHERN PART, HURRICANES ARE THE THING.  AND

      5   IT SEEMS THAT EVERY YEAR WE GET HIT WITH ONE, SOMETIMES

      6   MULTIPLE HURRICANES.  YOU MAY HAVE SEEN IN THE NEWS IN THE LAST

      7   COUPLE OF YEARS THERE ARE SOME CONGRESS PEOPLE WHO ARE OPPOSED

      8   TO THE FEDERAL GOVERNMENT'S AGGRESSIVE RESPONSE TO DISASTER --

      9   FEMA'S RESPONSE APPROPRIATIONS DEALING WITH DISASTER RELIEF.

     10          IN NORTH LOUISIANA YOU MIGHT BE ABLE TO GET AWAY WITH

     11   BEING OPPOSED TO THOSE RELIEF EFFORTS.  IN SOUTH LOUISIANA

     12   YOU'RE NOT GOING TO MAKE IT THROUGH THE NEXT ELECTION IF YOU

     13   ARE NOT SUPPORTING YOUR PEOPLE IN THAT DISASTER RELIEF.

     14   **Q.**   ARE THE CROPS THE SAME CROPS FOR --

     15   **A.**   ONE -- I WAS GOING TO TELL YOU ONE MORE.  AND THIS ONE IS

     16   NOT AS WIDELY KNOWN, BUT I MENTIONED THE SUGARCANE FIELDS WEST

     17   OF BATON ROUGE.  SUGARCANE IS AN IMPORTANT RURAL CROP IN SOUTH

     18   LOUISIANA.  AND THE ISSUE OF SUGAR SUPPORTS, THAT'S SOMETHING A

     19   LOT OF PEOPLE NEVER PAY ANY ATTENTION TO.  IT'S NOT AS WIDELY

     20   KNOWN AS MAYBE SOME OF THE OTHER ISSUES THAT I'VE MENTIONED.

     21   BUT THE ISSUE OF SUGAR SUPPORTS, PRICE SUPPORTS IS CRITICAL IN

     22   SOUTH LOUISIANA AND UNIMPORTANT IN THE NORTHWESTERN PART OF THE

     23   STATE.

     24   **Q.**   SWITCHING GEARS SLIGHTLY, HAS YOUR VOTING PRECINCT CHANGED

     25   RECENTLY?

03:57 1   FROM THOSE CENTERS OF INFLUENCE.

2   **Q.**   I'M SORRY.  I NEED YOU TO CLARIFY OR REPEAT SOMETHING FOR

3   ME.  WHAT DID YOU SAY THE THREE CENTERS OF INFLUENCE ARE?

4   **A.**   LAFAYETTE, LAKE CHARLES AND BATON ROUGE.

5   **Q.**   WHAT ARE THOSE THE THREE CENTERS OF INFLUENCE OF?

6   **A.**   OF POLITICAL INFLUENCE.  THEY ALSO HAVE ECONOMIC

7   INFLUENCE, SOCIAL INFLUENCE.  WE HAVE A CONNECTION.  WE HAVE

8   SOME COMMONALITIES WITH THOSE THREE AREAS THAT RESIDENTS OF THE

9   PARISH USE TO STRENGTHEN THEIR VOICE.  AS FAR -- WE'RE IN HERE

10   ON A HEARING ON AN INJUNCTION ON A POLITICAL MATTER, SO MY

11   FOCUS IS ABOUT POLITICS.  AND FROM A POLITICAL STANDPOINT, ST.

12   LANDRY'S CONNECTION WITH THOSE AREAS MAGNIFIES ST. LANDRY'S

13   INFLUENCE.

14   **Q.**   BUT ARE YOU SAYING THOSE ARE THE ONLY THREE CENTERS OF

15   INFLUENCE IN THE STATE?

16   **A.**   EXCUSE ME?

17   **Q.**   ARE YOU SAYING THOSE THREE CITIES THAT YOU NAMED ARE THE

18   ONLY THREE CENTERS OF INFLUENCE IN THE STATE OF LOUISIANA?

19   **A.**   I DON'T THINK I SAID THAT.

20   **Q.**   YOU SAID THOSE ARE THE THREE CENTERS OF INFLUENCE.

21   **A.**   THAT ST. LANDRY PARISH HAS COMMONALITY OF INTEREST WITH.

22   **Q.**   ALL RIGHT.  SO SPEAKING OF COMMONALITY --

23   **A.**   ST. LANDRY PARISH HAS NO COMMONALITY OF INTEREST WITH

24   SHREVEPORT.  SHREVEPORT IS THE CENTER OF INFLUENCE OF THE

25   STATE.  ST. LANDRY PARISH HAS LESS COMMONALITY OF INTEREST WITH

03:58 1    NEW ORLEANS THAN IT DOES WITH BATON ROUGE, LAKE CHARLES AND

2    LAFAYETTE.

3    Q.    ALL RIGHT, MR. CRAVINS.  ARE YOU FAMILIAR WITH INTERSTATE

4    49?

5    A.    I AM.

6    Q.    WHERE DOES INTERSTATE 49 TAKE YOU?  FROM WHERE TO WHERE?

7    A.    IT TAKES YOU FROM SHREVEPORT TO THIBODAUX AND ON TO NEW

8    ORLEANS.

9    Q.    ALL RIGHT.  DOES IT RUN THROUGH THE CENTER OF ST. LANDRY

10    PARISH?

11    A.    YES, IT DOES.

12    Q.    ALL RIGHT.  AND SO IF I WAS GOING -- IF I WAS TRAVELING TO

13    NORTH LOUISIANA FROM THE BATON ROUGE AREA, WHAT WOULD BE THE

14    QUICKEST WAY FOR ME TO GET TO SHREVEPORT?

15    A.    WHAT YOU FIRST DO IF YOU KNEW WHERE YOU -- WHERE YOU WERE

16    GOING AND HOW TO GET THERE MOST EXPEDITIOUSLY, IS THAT YOU

17    WOULD GO DOWN HIGHWAY 190 THROUGH ALL THOSE SUGARCANE FARMS

18    UNTIL YOU GOT TO OPELOUSAS.  AND THEN YOU WOULD TAKE A RIGHT

19    AND GET ON I-49 AND YOU WOULD TRAVEL NORTH AND YOU WOULD SEE

20    THOSE SAME SUGARCANE FARMS THAT I WAS TALKING ABOUT EARLIER ON

21    YOUR RIGHT AND LEFT AS YOU WERE HEADED TOWARDS SHREVEPORT.

22         NOW, IF YOU'RE HEADED SOUTH -- IF YOU MADE A WRONG

23    TURN ON I-49 AND YOU HEADED SOUTH, YOU WOULD ALSO SEE THOSE

24    SAME SUGARCANE FARMS AND YOU WOULD SEE ASPECTS OF THE OFFSHORE

25    DRILLING INDUSTRY.  IF YOU CONTINUED NORTH ON I-49 HAVING MADE

04:10 1   AND WHEN I LOOK BACK OVER MY LIFE -- I DON'T THINK I REALIZED

2   IT GROWING UP -- MANY OF THE CHANGES THAT WERE HAPPENING IN THE

3   CITY BECAUSE OF INTEGRATION AND BATON ROUGE'S KIND OF LONG

4   RESISTANCE TO IMPLEMENTING THE MANDATES OF BROWN WERE REFLECTED

5   IN MY LIFE IN THE CHANGES THAT I WOULD SEE IN THE CITY BEFORE

6   LEAVING FOR SCHOOL AND THEN COMING BACK TO FIND REALLY A TALE

7   OF TWO CITIES NARRATIVE AS WE TALK ABOUT OFTEN WITH BUILD BATON

8   ROUGE.  AND I THINK RESONATES WITH MANY PEOPLE AS WE GRAPPLE

9   WITH THE ISSUES OF RACE AND CLASS STRATIFICATION IN BATON

10   ROUGE.

11   **Q.**   SO I WANT TO SHIFT GEARS JUST A LITTLE BIT.  HAVE YOU HAD

12   THE OPPORTUNITY TO REVIEW THE GALMON PLAINTIFFS' ILLUSTRATIVE

13   PLANS?

14   **A.**   YES.

15   **Q.**   AND IN YOUR VIEW, WOULD IT MAKE SENSE TO CREATE A

16   CONGRESSIONAL DISTRICT THAT CONNECTS BATON ROUGE AND THE DELTA

17   PARISHES?

18   **A.**   ABSOLUTELY.

19   **Q.**   AT A HIGH LEVEL, COULD YOU SHARE WITH US THE CONNECTIONS

20   THAT YOU SEE BETWEEN BATON ROUGE AND THE DELTA PARISHES?

21   **A.**   WELL, BATON ROUGE IS HERE ON THE MISSISSIPPI RIVER, AND

22   LOUISIANA'S HISTORY FLOWS THROUGH THE DELTA -- AND LOUISIANA'S

23   BLACK HISTORY FLOWS THROUGH THE DELTA.  IN MANY WAYS, BLACK

24   POPULATION IS STILL CENTERED AROUND THE RIVER, WHICH WE KNOW IS

25   THE SOURCE OF THE PLANTATION INDUSTRY.  AND SO WE KNOW THAT

04:11 1  THOSE CONNECTIONS EXIST THROUGH FAMILY, THROUGH FAITH NETWORKS,
2  THROUGH CULTURAL EXPERIENCES.  THE CONNECTION TO BATON ROUGE
3  THROUGHOUT THE DELTA AND PARTS OF CENTRAL LOUISIANA INCLUDED I
4  THINK ARE FELT IN FAMILY BONDS.  I'VE SEEN IT IN MY FAMILY
5  THROUGH FAITH BONDS, AND PEOPLE TRAVEL FOR REVIVALS AND OTHER
6  EXPERIENCES THROUGHOUT THIS REGION.  THERE ARE STRONG
7  CONNECTIONS.  AND I KNOW MANY OTHERS WHOSE FAMILIES ARE
8  CONNECTED TO THE AREAS OF THE DELTA.  AND THEY SPEND WEEKENDS
9  GOING HOME FOR DINNER AND CAN BE BACK AT WORK IN BATON ROUGE ON
10 MONDAY MORNING.  SO I THINK THOSE CONNECTIONS ARE STRONG.
11 **Q.**   OKAY.  LET'S TAKE A FEW OF THOSE IN TURN.  SO FIRST, IF
12 YOU COULD KIND OF GIVE US -- YOU'VE GIVEN US A LITTLE BIT
13 ALREADY, BUT THE FAMILIAL TIES, THE EDUCATIONAL TIES BETWEEN
14 BATON ROUGE AND THE DELTA PARISHES.
15 **A.**   YEAH.  AND I'LL TAKE THOSE IN REVERSE.  THE EDUCATIONAL
16 TIES ARE STRONG.  MY FAMILY, AS MANY OTHERS, GRANDPARENTS AND
17 GREAT GRANDPARENTS RECEIVED EDUCATION FROM MCKINLEY SENIOR HIGH
18 SCHOOL WHEN THAT WAS THE ONLY OPTION FOR PURSUING HIGH SCHOOL
19 FOR BLACK STUDENTS IN THIS REGION BEFORE CAPITOL HIGH SCHOOL
20 WOULD COME ONLINE, I BELIEVE, IN THE 1950'S.  AND THEN WE HAD,
21 YOU KNOW, SLOW SCHOOL INTEGRATION AND OTHER OPTIONS.
22           AND SO MCKINLEY SENIOR HIGH SCHOOL, PEOPLE MAY NOT
23 REALIZE, WAS ONE OF THE ONLY PLACES TO PURSUE EDUCATION AFTER
24 EIGHTH GRADE FOR BLACK STUDENTS, NOT JUST IN BATON ROUGE BUT
25 THROUGHOUT THE REGION.  AND I'VE MET PEOPLE WHO -- ELDERLY

04:13  1   PEOPLE WHO TALK ABOUT COMING TO BATON ROUGE TO GO TO NINTH
       2   GRADE FROM THE RURAL AREAS OF THE DELTA.   AND SO THAT IS
       3   STRONG.
       4           WE ALSO KNOW THAT SOUTHERN UNIVERSITY IS HERE, AND
       5   ALSO LELAND COLLEGE USED TO BE HERE AS WELL.   SO YOU HAD TWO
       6   HISTORICALLY BLACK COLLEGES IN THE REGION.   BOTH OF MY
       7   GRANDMOTHERS ATTENDED BOTH INSTITUTIONS, AND SO -- AND THEY
       8   WERE CONNECTED TO OTHERS WHO CONNECTED TO THOSE INSTITUTIONS AS
       9   ROUTES TO HIGHER EDUCATION AND ONTO THE MIDDLE CLASS AS THOSE
      10   INSTITUTIONS WERE VERY IMPORTANT FOR BLACK ACCESS TO THE MIDDLE
      11   CLASS IN THIS REGION.
      12           FAMILIAL, AGAIN, I KNOW SO MANY PEOPLE, INCLUDING MY
      13   OWN FAMILY.   AND THEN YOU LOOK AT THE FUNERAL PROGRAMS AND YOU
      14   SEE THE CONNECTION THROUGHOUT THE DELTA AND MANY OTHERS WHO
      15   STILL HAVE PARENTS AND GRANDPARENTS THROUGHOUT THE DELTA THAT
      16   THEY VISIT AND CONNECT WITH ON A REGULAR BASIS, EVEN THOUGH
      17   THEY RESIDE HERE IN THE CITY OF BATON ROUGE OR IN THE BROADER
      18   METROPOLITAN AREA.
      19   Q.   NOW, WHAT ABOUT FROM AN ECONOMIC PERSPECTIVE, THE
      20   CONNECTIONS BETWEEN BATON ROUGE AND THE DELTA PARISHES?
      21   A.   WELL, BATON ROUGE OBVIOUSLY IS THE MOST URBANIZED AREA IN
      22   THE DELTA BEFORE YOU GET FURTHER DOWN TO NEW ORLEANS.   THE
      23   PETROCHEMICAL INDUSTRY HAS A STRONG FOOTHOLD HERE.   AND THAT
      24   HAS GROWN THROUGHOUT THE 20TH CENTURY.
      25           ONE OF MY GREAT-GRANDFATHERS WAS ONE OF THE FIRST

04:14 1   BLACK EMPLOYEES AT EXXON.  AND SO, YOU KNOW, THOSE JOBS

2   PROVIDED SOME OPPORTUNITIES FOR BLACK PEOPLE EARLY ON IN THE

3   20TH CENTURY AND CONTINUE TO DO SO TODAY.  AND THOSE ARE JOBS

4   THAT NOT ONLY EXIST IN BATON ROUGE, BUT STRETCH UP THE RIVER.

5   AND THE PEOPLE WHO WORK IN THOSE INDUSTRIES LIVE ALL AROUND AND

6   COMMUTE FROM ALL AROUND THE DELTA.  AND SO THERE ARE STRONG

7   ECONOMIC TIES THERE, TO SAY NOTHING OF THE GOVERNMENTAL BASE

8   HERE IN BATON ROUGE AND THE AMOUNT OF TRAVEL THAT PEOPLE ENJOY

9   WHEN THEY COMMUTE TO WORK FROM RURAL AREAS AS WE LIKE TO DO IN

10   LOUISIANA.

11   Q.   NOW, WHAT ABOUT FROM A HISTORICAL PERSPECTIVE?  YOU TALKED

12   ABOUT THE CONNECTION EARLIER, THE CONNECTION BETWEEN BATON

13   ROUGE AND THE MISSISSIPPI RIVER.  SO FROM A HISTORICAL

14   PERSPECTIVE, WHAT WOULD YOU SAY?

15   A.   THE HISTORY OF THAT, AGAIN, IS THE DELTA REGION, THE

16   PLANTATION ECONOMY TRANSFORMING INTO THE PETROCHEMICAL ECONOMY,

17   BLACK COMMUNITIES REALLY NEVER LEAVING THE PLANTATION GEOGRAPHY

18   OF LOUISIANA, STAYING CLOSE TO THE RIVER.  AND THAT'S WHERE WE

19   FIND POPULATION TO THIS DAY, LITERALLY, THROUGHOUT LOUISIANA.

20   Q.   NOW, SHIFTING GEARS AGAIN JUST A LITTLE BIT, YOU'VE ALSO

21   SEEN THE ENACTED MAP.  CORRECT?

22   A.   YES.

23   Q.   AND WHEN VIEWING THE ENACTED MAP, IT IS YOUR UNDERSTANDING

24   THAT DISTRICT 2 LINKS BATON ROUGE AND NEW ORLEANS TOGETHER.

25   CORRECT?

04:16 1    **A.**   YES.

2    **Q.**   AND IN YOUR LIVED EXPERIENCE, WOULD YOU SAY THAT BATON

3    ROUGE AND NEW ORLEANS ARE -- MAKE SENSE AS COMMUNITIES JOINED

4    TOGETHER?

5    **A.**   NO.  IN THE WAY THAT IT IS -- IT IS CONSTRUCTED IN CD --

6    IN THE EXISTING CD2, YOU HAVE IN BATON ROUGE AND NEW ORLEANS

7    THE TWO POPULATION CENTERS OF THE STATE.  AND WHILE THEY ARE AN

8    HOUR AND SOME CHANGE APART FROM EACH OTHER, THEY ARE VERY

9    DIFFERENT ECONOMIES.  THEY HAVE VERY DIFFERENT HISTORIES.  AND

10   THE SCALE AND SCOPE OF NEW ORLEANS' ECONOMY AND THE ISSUES IT

11   FACES -- AS IT RECEIVES OVER 30 MILLION VISITORS A YEAR IS A

12   SYMBOL FOR GLOBAL TOURISM -- ARE VERY DIFFERENT FROM THE STATE

13   CAPITAL, UNIVERSITY TOWN THAT BATON ROUGE IS.

14        I KNOW FROM MY EXPERIENCE IN SENATOR LANDRIEU'S

15   OFFICE AND ON CAPITOL HILL THE IMPORTANCE OF CONGRESSIONAL

16   REPRESENTATION TO BRING FEDERAL RESOURCES HOME TO THE DISTRICT

17   AND HOME TO LOUISIANA.  AND THE ISSUES THAT NEW ORLEANS FACES

18   AND THE ISSUES THAT BATON ROUGE FACE ARE VERY DIFFERENT AND

19   REQUIRE THEIR OWN LEVELS OR THEIR OWN ADVOCATES IN CONGRESS TO

20   ADVANCE THOSE ISSUES.

21        AND SO LINKING PEOPLE ON HARDING BOULEVARD AND PEOPLE

22   ON BULLARD DOES NOT NECESSARILY MAKE SENSE TO ME BECAUSE THOSE

23   ARE DISTINCT COMMUNITIES LINKED BY RACE.  BUT THERE ARE OTHER

24   FACTORS THAT I THINK NEED TO BE TAKEN INTO CONSIDERATION THAT

25   JUSTIFY HAVING A DIFFERENT REPRESENTATION IN THE BATON ROUGE

04:22  1   Q.   AND IN YOUR LIVED EXPERIENCE, DO YOU BELIEVE THAT IT MAKES
       2   MORE SENSE TO LINK BATON ROUGE WITH NEW ORLEANS AND THE RIVER
       3   PARISHES THAN TO LINK BATON ROUGE WITH THE DELTA PARISHES?
       4   A.   NO.   I THINK, AGAIN, RACE IS A FACTOR THAT WE TAKE INTO
       5   ACCOUNT, AND WE TAKE RACE INTO ACCOUNT WITH OTHER URBAN
       6   DYNAMICS.   I DO NOT THINK IT MAKES SENSE TO LINK BATON ROUGE
       7   AND NEW ORLEANS, THE TWO, YOU KNOW, LARGEST POPULATION CENTERS
       8   OF THE STATE, THE TWO LARGEST BLACK COMMUNITIES OF THE STATE
       9   AND VERY DIFFERENT ECONOMIES AND VERY DIFFERENT, YOU KNOW,
      10   SETTINGS THAT REQUIRE REPRESENTATION.
      11             I THINK BATON ROUGE IS NATURALLY CONNECTED TO THE
      12   DELTA REGION, AND I THINK THE HISTORY OF BLACK SETTLEMENT IN
      13   BATON ROUGE ALSO REFLECTS VERY REAL AND ENDURING CONNECTIONS TO
      14   THE DELTA REGION.
      15             MS. SEDWICK:  NO FURTHER QUESTIONS, YOUR HONOR.
      16             THE COURT:  CROSS.
      17             MR. WALSH:  GOOD AFTERNOON, YOUR HONOR.
      18             JOHN WALSH ON BEHALF OF SECRETARY OF STATE
      19   ARDOIN.
      20             THE COURT:  MR. WALSH.
      21                     CROSS-EXAMINATION
      22   BY MR. WALSH:
      23   Q.   GOOD AFTERNOON, MR TYSON.
      24   A.   GOOD AFTERNOON.
      25   Q.   IS IT MR. TYSON OR PROFESSOR TYSON?