# Exhibit D

```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF LOUISIANA


PRESS ROBINSON, ET AL           *        CIVIL ACTION
                                *
VERSUS                          *        NO. 22-211-SDD
                                *
KYLE ARDOIN, ET AL              *        CONSOLIDATED WITH
                                *
                                *
EDWARD GALMON SR., ET AL        *        NO. 22-214-SDD
                                *
VERSUS                          *        MAY 10, 2022
                                *
KYLE ARDOIN, ET AL              *        VOLUME 2 OF 5
* * * * * * * * * * * * * * * *


         MOTION FOR PRELIMINARY INJUNCTION BEFORE
              THE HONORABLE SHELLY D. DICK
            UNITED STATES CHIEF DISTRICT JUDGE


APPEARANCES:

FOR THE ROBINSON           NAACP LEGAL DEFENSE FUND AND
PLAINTIFFS:                EDUCATIONAL FUND, INC.
                           BY:  STUART NAIFEH, ESQ.
                                KATHRYN SADASIVAN, ESQ.
                                VICTORIA WENGER, ESQ.
                                SARA ROHANI, ESQ.
                           40 RECTOR STREET, FIFTH FLOOR
                           NEW YORK, NEW YORK 10006

                           ADCOCK LAW, LLC
                           BY:  JOHN ADCOCK, ESQ.
                           3110 CANAL STREET
                           NEW ORLEANS, LOUISIANA 70119

                           AMERICAN CIVIL LIBERTIES UNION
                           FOUNDATION VOTING RIGHTS PROJECT
                           BY:  SARAH E. BRANNON, ESQ.
                                SAMANTHA OSAKI, ESQ.
                           915 15TH STREET N.W.
                           WASHINGTON, D.C. 20005
```

```
 1                              PAUL, WEISS, RIFKIND, WHARTON &
                                GARRISON, LLP
 2                              BY:  AMITAV CHAKRABORTY, ESQ.
                                     RYAN RIZZUTO, ESQ.
 3                                   ADAM SAVITT, ESQ.
                                1285 AVENUE OF THE AMERICAS
 4                              NEW YORK, NEW YORK 10019

 5   FOR THE GALMON             WALTERS, PAPILLION, THOMAS,
     PLAINTIFFS:                CULLENS, LLC
 6                              BY:  DARREL J. PAPILLION, ESQ.
                                12345 PERKINS ROAD, BUILDING ONE
 7                              BATON ROUGE, LOUISIANA 70810

 8                              ELIAS LAW GROUP, LLP
                                BY:  ABHA KHANNA, ESQ.
 9                              1700 SEVENTH AVE., SUITE 2100
                                SEATTLE, WASHINGTON 98101
10
                                ELIAS LAW GROUP, LLP
11                              BY:  JACOB D. SHELLY, ESQ.
                                     OLIVIA N. SEDWICK, ESQ.
12                                   LALITHA D. MADDURI, ESQ.
                                10 G STREET N.E., SUITE 600
13                              WASHINGTON, D.C. 20002

14   FOR KYLE ARDOIN,           SHOWS, CALI & WALSH, LLP
     IN HIS OFFICIAL            BY:  JOHN C. WALSH, ESQ.
15   CAPACITY AS SECRETARY      628 ST. LOUIS STREET
     OF STATE                   BATON ROUGE, LOUISIANA 70821
16
                                NELSON MULLINS RILEY AND
17                              SCARBOROUGH, LLC
                                BY:  PHILLIP STRACH, ESQ.
18                                   THOMAS A. FARR, ESQ.
                                4140 PARKLAKE AVENUE, SUITE 200
19                              RALEIGH, NORTH CAROLINA 27612

20   FOR THE LOUISIANA          STEPHEN M. IRVING, LLC
     LEGISLATIVE BLACK CAUCUS:  BY:  STEPHEN M. IRVING, ESQ.
21                              111 FLOUNDERS DRIVE, SUITE 700
                                BATON ROUGE, LOUISIANA 70810
22

23                              JOHNSON LAW FIRM
                                BY:  ERNEST L. JOHNSON, ESQ.
24                              3313 GOVERNMENT STREET
                                BATON ROUGE, LOUISIANA 70806
25
```

```
                                    ARTHUR THOMAS & ASSOCIATES
                                    BY:  ARTHUR R. THOMAS, ESQ.
                                    3313 GOVERNMENT STREET
                                    BATON ROUGE, LOUISIANA 70806

FOR LEGISLATIVE                     BAKERHOSTETLER, LLP
INTERVENORS CLAY                    BY:  PATRICK T. LEWIS, ESQ.
SCHEXNAYDER AND PATRICK             127 PUBLIC SQUARE, SUITE 2000
CORTEZ:                             CLEVELAND, OHIO 44114

                                    BAKERHOSTETLER, LLP
                                    BY:  E. MARK BRADEN, ESQ.
                                         KATHERINE L. MCKNIGHT, ESQ.
                                    1050 CONNECTICUT AVENUE, N.W.,
                                    SUITE 1100
                                    WASHINGTON, D.C. 20036

INTERVENOR DEFENDANT,               LOUISIANA'S OFFICE OF THE ATTORNEY
STATE OF LOUISIANA:                 GENERAL
                                    BY:  JEFFREY M. WALE, ESQ.
                                         ANGELIQUE D. FREEL, ESQ.
                                         CAREY TOM JONES, ESQ.
                                    1885 NORTH THIRD STREET
                                    BATON ROUGE, LOUISIANA 70802

                                    HOLTZMAN VOGEL BARAN TORCHINSKY &
                                    JOSEFIAK, PLLC
                                    BY:  PHILLIP M. GORDON, ESQ.
                                    15405 JOHN MARSHALL HIGHWAY
                                    HAYMARKET, VIRGINIA 20169

OFFICIAL COURT REPORTER:            SHANNON L. THOMPSON, CCR
                                    UNITED STATES COURTHOUSE
                                    777 FLORIDA STREET
                                    BATON ROUGE, LOUISIANA 70801
                                    SHANNON_THOMPSON@LAMD.USCOURTS.GOV
                                    (225)389-3567


       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY USING
               COMPUTER-AIDED TRANSCRIPTION SOFTWARE
```

|       |    |                                                                            |
|-------|----|----------------------------------------------------------------------------|
| 11:06 | 1  | CONGRESSIONAL DISTRICT 6 OF THIS ENACTED MAP?                              |
|       | 2  | **A.**   SURE.  SO A LOT OF THE WORK THAT I DO IS WITH PEOPLE              |
|       | 3  | WITHIN THE RIVER PARISHES:  ST. JOHN, ST. JAMES, ST. CHARLES               |
|       | 4  | AND JEFFERSON AND ORLEANS PARISH.  AND SO WHEN IT COMES TIME TO            |
|       | 5  | DISCUSS CANDIDATES AND VOTING, I'M SILENT.  I HAVE NOTHING TO              |
|       | 6  | SAY BECAUSE THEY ARE IN ONE DISTRICT AND I'M IN ANOTHER.                   |
|       | 7  | **Q.**   SO UNDER CONGRESSIONAL DISTRICT 6, YOU'RE THE -- CAN YOU          |
|       | 8  | DESCRIBE SOME OF THE PARISHES THAT YOU WOULD BE LINKED WITH                |
|       | 9  | HERE?                                                                      |
|       | 10 | **A.**   SO ST. MARY'S, IBERVILLE, I HAVE ABSOLUTELY NO ALLIANCE           |
|       | 11 | THERE, NO COMMUNITY MEMBERS THERE IN THOSE PARISHES.                       |
|       | 12 | **Q.**   I'D LIKE TO TALK A LITTLE BIT MORE ABOUT THAT.  BASED ON          |
|       | 13 | YOUR LIVED EXPERIENCES, HOW WOULD YOU DESCRIBE SOME OF THOSE               |
|       | 14 | COMMUNITIES THAT ARE INCLUDED ALONGSIDE YOURS HERE?                        |
|       | 15 | **A.**   ==SO A LOT OF THE COMMUNITY WORK THAT I DO IS WITH THE RIVER==    |
|       | 16 | ==PARISHES WHERE WE DO A LOT OF WORK AROUND ENVIRONMENTAL JUSTICE==        |
|       | 17 | ==AND RACIAL JUSTICE AND LOOKING AT CANCER ALLEY AND LOOKING AT==          |
|       | 18 | ==JUST WHAT'S HAPPENING WITH PEOPLE'S LIVED EXPERIENCES, AS WELL==         |
|       | 19 | ==AS WITH HIV, WITH CRIME, AND WITH HOW WE IMPROVE EACH OTHER'S==          |
|       | 20 | ==LIVES.==                                                                 |
|       | 21 | ==SO I DON'T WORK WITH PEOPLE WITHIN TERREBONNE OR THE==                   |
|       | 22 | ==OTHER PARISHES, SO I'M KIND OF A SORE THUMB STANDING OUT THERE==         |
|       | 23 | ==BECAUSE WE WORK TOGETHER, BUT THEN WE DON'T VOTE TOGETHER.==             |
|       | 24 | **Q.**   I SEE.  SO IT SOUNDS LIKE YOU'RE SAYING YOU'RE NOT AS             |
|       | 25 | FAMILIAR WITH THESE -- THAT YOU'RE INCLUDED WITH?                          |

11:09   1  DISTRICT 2 IN THIS ILLUSTRATIVE MAP.  THANK YOU.
2  **BY MS. OSAKI:**
3  **Q.**  DR. NAIRNE, GEOGRAPHICALLY WHAT AREAS WOULD YOU BE LINKED
4  WITH IN THIS CONGRESSIONAL DISTRICT 2 OF THIS ILLUSTRATIVE MAP?
5  **A.**  IN THIS MAP I WOULD BE WITH THE PEOPLE THAT I'M WORKING
6  WITH CURRENTLY, ALONG WITH THE RIVER PARISHES, ALL THE WAY INTO
7  ORLEANS AND JEFFERSON PARISHES.  THIS MAP MAKES SENSE TO ME.
8  **Q.**  DO YOU HAVE ANY PERSONAL CONNECTIONS WITH ANY OF THOSE
9  OTHER PARISHES?
10  **A.**  I HAVE PERSONAL CONNECTIONS:  FAMILY, FRIENDS, COLLEAGUES
11  IN ALL OF THIS -- IN THIS ENTIRE AREA.
12  **Q.**  HOW WOULD YOU DESCRIBE COMMUNITIES IN THESE AREAS, THESE
13  RIVER PARISH AREAS, BASED ON YOUR PERSONAL KNOWLEDGE?
14  **A.**  WE HAVE A SHARED HISTORY.  WE HAVE A SHARED CULTURAL
15  HERITAGE, AND WE WORK TOGETHER TO MAKE IMPROVEMENTS ALONG THIS
16  AREA WITH COMMUNITY DEVELOPMENT WHERE WE'RE DOING WORK AROUND
17  CREATING JOBS FOR PEOPLE, OPPORTUNITIES FOR YOUNG PEOPLE AND
18  TRYING TO IMPROVE OUR HEALTH.
19  **Q.**  WHAT DID YOU MEAN BY THAT, "TRYING TO IMPROVE YOUR
20  HEALTH"?
21  **A.**  THIS AREA IS KNOWN AS CANCER ALLEY AND JUST -- SO I'VE
22  WORKED SOMEWHAT WITH THE CANCER INDEX AND LOOKING AT JUST
23  NEIGHBORS ACROSS THE STREET, NEXT TO ME, EVEN MY OWN MOTHER
24  WHO HAD A TUMOR THE SIZE OF A SOCCER BALL IN HER BELLY.  AND
25  SO, YOU KNOW, JUST CANCER IS EVERYWHERE.  AND, YOU KNOW, IF

11:10  1  IT'S IN MY OWN HOUSE, THEN IS IT IN ME TOO?  SO IT REALLY
2  REQUIRES US TO DO QUITE A BIT OF WORK TOGETHER.
3  **Q.**  SO YOU DESCRIBE SOME OF THE HEALTH INEQUITIES THAT ARE
4  SIMILAR ALONG THE RIVER PARISHES.  WHAT ABOUT INDUSTRIES?  ARE
5  THERE ANY INDUSTRIES THAT ARE SIMILAR ALONG THESE COMMUNITIES?
6  **A.**  WELL, THE SUGARCANE INDUSTRY DEFINED THIS AREA AND THIS
7  REGION, BUT NOW THE SUGARCANE INDUSTRY IS MECHANIZED SO PEOPLE
8  DON'T HAVE THOSE JOBS ANYMORE.  SO THERE'S A LOT OF NOT MUCH TO
9  DO GOING ON IN ASSUMPTION AND ST. JAMES, ST. JOHN AND ST.
10  CHARLES.
11  **Q.**  NOW, UNDER THIS NEW -- UNDER THIS ILLUSTRATIVE PLAN AND
12  BASED ON YOUR LIVED EXPERIENCES, DO YOU BELIEVE THAT YOUR
13  COMMUNITY'S INTEREST WOULD BE FAIRLY REPRESENTED?
14  **A.**  UNDER THIS MAP, YES.
15  **Q.**  WHY IS THAT?
16  **A.**  IT WOULD GIVES US A BASE SO THAT WE CAN MOBILIZE AND SO
17  THAT WE CAN ORGANIZE AND SO THAT WE HAVE ONE COLLECTIVE VOICE
18  AND SO THAT WE WOULD HAVE ACTION TOGETHER SO THAT WE CAN MOVE
19  FORWARD AND IMPROVE NOT JUST OUR COMMUNITIES AND OUR HOUSEHOLDS
20  BUT OUR ENTIRE STATE.
21  **Q.**  BASED ON YOUR LIVED EXPERIENCES AS A LOUISIANIAN, DOES IT
22  MAKE SENSE CULTURALLY, SOCIOECONOMICALLY, HISTORICALLY OR
23  OTHERWISE FOR YOUR COMMUNITY TO FALL UNDER THIS ILLUSTRATIVE
24  MAP'S CONGRESSIONAL DISTRICT 2 ALONGSIDE THESE OTHER RIVER
25  PARISH COMMUNITIES?

11:11  1  **A.**   TO ME IT MAKES COMPLETE SENSE THAT WE ARE IN THIS
       2  DISTRICT.
       3  **Q.**   THANK YOU.
       4          FINALLY, DR. NAIRNE, HOW WOULD YOU FEEL IF A MAP LIKE
       5  THIS ILLUSTRATIVE PLAN -- THAT IS, A MAP THAT ENACTS A SECOND
       6  MAJORITY-BLACK CONGRESSIONAL DISTRICT -- WERE TO BE ENACTED
       7  INTO LAW?
       8  **A.**   I KNOW EXACTLY THE HOUSEHOLDS THAT I'M GOING TO KNOCK ON
       9  THEIR DOORS, SHOULD THIS HAPPEN.  THERE WERE A NUMBER OF PEOPLE
      10  -- SO DURING THE CENSUS AND LEADING UP TO THE ELECTIONS FOR
      11  2020, I WAS A BLOCK CAPTAIN FOR "TOGETHER LOUISIANA."  SO THERE
      12  WERE A COUPLE OF HOUSEHOLDS THAT I KNOCKED ON THEIR DOORS, AND
      13  THEY WERE LIKE, "OH, GOOD.  YOU MEAN CHANGE IS COMING FOR US?"
      14  SO THEN WHEN THEY SEE THAT, AWE, CHANGE IS NOT REAL, THEIR
      15  HOPES ARE DASHED, THEY FEEL LIKE, "WOW," YET AGAIN
      16  DISAPPOINTED.  "YOU LIED TO ME," SOME MAN SAID.  SO IT'S JUST
      17  LIKE, "NO, I DIDN'T LIE TO YOU.  THIS PROCESS JUST TAKES A
      18  WHILE."
      19          SO I KNOW I WOULD GO TO HIS HOME.  THIS IS SOMEBODY
      20  I'VE KNOWN ALL MY LIFE.  AND JUST TO SEE THAT, YOU KNOW, HE'S
      21  WEATHERED AND WORN OUT, AND JUST TO HAVE HIM HAVE A LITTLE BIT
      22  OF HOPE, WOW, WOULD THAT MAKE MY YEAR, MY DAY, MY HOUR.  SO
      23  THAT'S WHERE I WOULD GO AND SAY, "LOOK, CHANGE IS COMING, EVEN
      24  HERE TO ASSUMPTION PARISH."  SO WE'D HAVE SOME HAPPY PEOPLE WHO
      25  WOULD HAVE HOPE AGAIN IN LOUISIANA.

05:22
1  **A.** YES. I THINK IT'S WELL-DOCUMENTED THAT BATON ROUGE IS A
2  TALE OF TWO CITIES. YOU KNOW, BASICALLY WE HAVE THE WORST AND
3  THE BEST QUALITY OF LIFE WITHIN A FEW SQUARE MILES OF EACH
4  OTHER, IN THAT, YOU KNOW, NORTH BATON ROUGE BEING PREDOMINANTLY
5  AFRICAN AMERICAN; SOUTH BATON ROUGE BEING PREDOMINANTLY WHITE
6  AND, YOU KNOW, THE INCOME BATCHING.
7       YOU KNOW, CERTAINLY THE NORTH BATON ROUGE COMMUNITY
8  IS POOR IN MODERATE INCOME, AND SOUTH BATON ROUGE IS SO MUCH
9  MORE A WEALTHY COMMUNITY. AND THEN, YOU KNOW, ALSO TOO
10 POLITICALLY. IT'S BEEN INTERESTING BECAUSE BASICALLY VOTERS IN
11 THE STATE OF LOUISIANA -- I MEAN, IN THE CITY OF BATON ROUGE,
12 THEY BASICALLY HAVE VOTED TO SECEDE FROM NORTH BATON ROUGE, IS
13 THE BEST WAY I COULD PUT IT. IT IS CURRENTLY IN COURT.
14 BUT I MEAN, IT GIVES YOU AN IDEA OF HOW POWERFUL THAT
15 DIFFERENCE IS OR THE DIVISION BETWEEN COMMUNITIES IN EAST BATON
16 ROUGE PARISH.
17 **Q.** THANK YOU.
18      AND YOU MENTIONED THAT NORTH BATON ROUGE WAS
19 PREDOMINANTLY PEOPLE OF COLOR. WOULD YOU SAY THAT NORTH BATON
20 ROUGE HAS -- OR THE PEOPLE OF NORTH BATON ROUGE HAVE COMMON
21 NEEDS THAT GO BEYOND RACE?
22 **A.** YES.
23 **Q.** AND COULD YOU SPEAK TO THOSE NEEDS?
24 **A.** I MEAN, I THINK THAT, YOU KNOW, WE'VE -- AGAIN, SECOND --
25 YOU KNOW, LIKE WE'RE THE SECOND POOREST STATE, BUT I THINK

05:24  1  AFTER SOME OF THE DATA WE SAW TODAY, MAYBE WE'VE BEAT
2  MISSISSIPPI, UNFORTUNATELY, TO BE THE POOREST STATE.
3  YOU KNOW, IN NORTH BATON ROUGE WE HAVE HOUSING
4  INSECURITY.  WE'VE GOT FOOD INSECURITY.  WE HAVE ABSOLUTELY,
5  YOU KNOW, FOOD DESERTS, AS WELL AS -- YOU KNOW, JUST NOT -- NO
6  OPPORTUNITIES FOR ECONOMIC -- YOU KNOW, ECONOMIC GROWTH, AND,
7  YOU KNOW, AND -- YEAH.
8  **Q.**  THANK YOU, MS. SHELTON.
9  SHIFTING GEARS AGAIN, THE DEFENDANTS ARGUE THAT
10  POLITICAL PARTY RATHER THAN RACE IS RESPONSIBLE FOR VOTING
11  PATTERNS IN LOUISIANA.  IN YOUR EXPERIENCE AS PRESIDENT AND CEO
12  OF POWER COALITION, DO YOU FIND THAT BLACK VOTERS VOTE FOR
13  DEMOCRATS JUST BECAUSE THEY ARE DEMOCRATS?
14  **A.**  NO.  I THINK THAT THEY VOTE FOR -- I MEAN, I THINK THEY
15  VOTE FOR WHO IS GOING TO CARE ABOUT THEIR SELF-INTERESTS.  DOES
16  THAT HAPPEN TO BE DEMOCRATS?  MOST OF THE TIME, MORE THAN
17  LIKELY.  HOWEVER, I THINK IT IS ALSO TRUE THAT I DON'T THINK
18  THAT BLACK COMMUNITIES ARE SERVED WELL BY EITHER SIDE.
19  **Q.**  THANK YOU, MS. SHELTON.
20  AND JUST ONE MORE TOPIC.  WHY IS IT IMPORTANT TO
21  POWER COALITION'S CONSTITUENTS FOR THERE TO BE AN ADDITIONAL
22  MAJORITY-BLACK DISTRICT?
23  **A.**  BECAUSE, AGAIN, I MEAN, I THINK THAT ONE OF THE THINGS
24  THAT WAS SO BEAUTIFUL WAS THAT WHEN WE STARTED THE
25  REDISTRICTING JOURNEY AS AN ORGANIZATION AND TRYING TO ENGAGE