**Douglas Johnson, Ph.D.**

# APPENDIX A – Resume

# Resume of Douglas Johnson, Ph.D.

P.O. Box 5271　　　　　　　　　　　　　　　　　　　　　　　　　　　　phone: (310) 200-2058
Glendale, CA 91221　　　　　　　　　　　　　　　　　　　　　　　　　　fax: (818) 254-1221
djohnson@NDCresearch.com

## Employment
President, National Demographics Corporation, 2006 – present.
Research Affiliate, Rose Institute of State and Local Government, 2001 – present.
Senior Analyst, National Demographics Corporation, 2001 – 2006.
Project Manager and Senior Manager at three internet startup companies, 1999 - 2001.
U.S. Representative Stephen Horn, Legislative Director and System Manager. 1993 – 1997.
Coro Foundation, Fellowship in Public Affairs. 1992 – 1993.
Rose Institute for State and Local Government, Student Manager. 1989 – 1992.

## Education
Claremont Graduate University, Ph.D. in Political Science, 2015.
　Dissertation: "Independent Redistricting Commissions: Hopes and Lessons Learned."
UCLA Anderson Graduate School of Management, MBA, 1999.
Claremont McKenna College, BA in Government (Political Science), 1992.

## Academic Honors
Graduated Cum Laude from Claremont McKenna College.
Phi Beta Kappa. Philip Roland Prize for Excellence in Public Policy.

## Publications and Articles
The CVRA [California Voting Rights Act] Tsunami Rolls Across California, with Dr. Justin Levitt. Paper presented at the American Political Science Association 2018 conference as part of the August 31, 2018, panel entitled "California Election Reform: Has It Improved Representation and Participation?"
Quiet Revolution in California Local Government Gains Momentum, Rose Institute of State and Local Government White Paper on California Voting Rights Act, November 3, 2016.
Visalia Times, "How to draw new city council districts," September 19, 2014.
Christian Science Monitor "Let the public help draw voting districts," October 25, 2013.
New York Times, "The Case for Open Primaries," February 19, 2009.
Los Angeles Times Opinion Articles:
　"A neighbor's help on redistricting" June 24, 2007.
　"A Trojan horse primary for the GOP" February 25, 2007.
　"Where a porn palace stood" (article on redevelopment), July 30, 2006.
Fresno Bee Opinion Article: "The Poison Handshake" June 15, 2004.
Redistricting in America. Rose Institute of State and Local Government, 2010.
Restoring the Competitive Edge: California's Need for Redistricting Reform and the Likely Impact of Proposition 77. Rose Institute of State and Local Government, 2005.
"Competitive Districts in California" Rose Institute of State and Local Government, 2005.
Latinos and Redistricting: "Californios For Fair Representation" and California Redistricting in the 1980s. Rose Institute of State and Local Government, 1991.



# Douglas M. Johnson, Ph.D.

## Independent and Advisory Commission Redistricting Projects

Ohio Redistricting Commission, "Independent Map-Drawer," 2022
Arizona Independent Redistricting Commission, lead Subject Matter Expert consultant, 2021
Santa Barbara County Independent Redistricting Commission, technical consultant, 2021
City of Menlo Park Advisory Districting Commission, lead technical consultant, 2018
Arizona Independent Redistricting Commission, lead technical consultant, 2001-2008
San Diego City Council Independent Redistricting Commission, lead technical consultant, 2011
City of Surprise Advisory Commission on Redistricting, 2011
Pasadena City Council Advisory Commission on Redistricting, co-lead technical consultant, 2011
Pasadena Unified School Board Advisory Commission on Redistricting, co-lead technical consultant, 2011
City of Modesto Independent Redistricting Commission, lead technical consultant, 2011
City of Modesto Independent Districting Commission, lead technical consultant, 2008

## Litigation Experience

"Independent Mapmaker," State of Ohio 2022 redistricting. Appointed by Ohio Redistricting Commission under order of the State Supreme Court, *League of Women Voters of Ohio et al vs Ohio Redistricting Commission et al*, Case No. 2022-0303.
After the "Independent Mapmaker" named by the Democratic members of the Commission had to leave the project early, both sides agreed my acting as sole "Independent Mapmaker" to continue working on State House and State Senate redistricting maps.

Expert witness declaration for the City of Redondo Beach, California, in *City of Redondo Beach vs State of California*, Los Angeles County Superior Court Case Case No. BS172218 litigation regarding the California Voter Participation Act (currently pending).

Expert witness declaration for West Contra Costa Unified School District in *Ruiz-Lozito vs West Contra Costa Unified School District* litigation under the California Voting Rights Act, Contra Costa Superior Court Case Number C18-00570 (currently pending).

Expert witness declaration, deposition and testimony for Kern County, California, in *Luna v County of Kern* litigation under the Federal Voting Rights Act.

Expert witness declaration and testimony for North Carolina in *Covington v State of North Carolina* litigation under the Federal Voting Rights Act.

Expert witness declaration for City of Fullerton in *Jamarillo v City of Fullerton* litigation under the California Voting Rights Act.

Expert witness declaration for City of Whittier in *Diego v City of Whittier* litigation under the California Voting Rights Act.

Expert witness declaration and deposition for plaintiff in *Harris vs Arizona Independent Redistricting Commission* litigation.

Expert witness declaration and deposition for Santa Clarita Community College District in *Solis v Santa Clarita Community College District* litigation under the California Voting Rights Act.

Expert witness declaration for the Ohio Redistricting Commission in *League of Women Voters of Ohio, et al., v. Ohio Redistricting Commission*, combined Case Numbers Case 2021-1193, 2021-1198 and 2021-1210.

Expert witness declaration, deposition and testimony for City of Highland in *Garrett v City of Highland* litigation under the California Voting Rights Act.

Expert witness declaration, deposition and testimony for City of Palmdale in *Jauregui et al vs City of Palmdale* and *Garrett v City of Highland* litigation under the California Voting Rights Act.

Testified as 30(b)(6) "Most Knowledgeable" witness for Arizona Independent Redistricting Commission in *Arizona Minority Coalition v Arizona Independent Redistricting Commission*, including seven days of direct testimony and cross-examination in the state court case. Also testified in the related federal court case.

Consulting expert for the following jurisdictions on their California Voting Rights Act-related cases, including preparing analysis and assisting with witness and attorney preparation: Cities of Anaheim; Compton, Modesto, Poway, Santa Clara, Santa Clarita, and Whittier; Santa Clarita Community College District; and Tulare Health Care District.



# Douglas M. Johnson, Ph.D.

### Speaker or Panelist

California League of Cities Los Angeles County Chapter, Keynote Speaker, "Redistricting Wrap-Up", March 3, 2022.

Tri-County Chamber of Commerce, "Redistricting Update," December 3, 2021.

California League of Cities Mayors and Council Members Executive Forum, "Coping with the New Reality of By-District Elections," June, 2020.

San Gabriel Valley Economic Partnership, June 26, 2019

Community Roundtable, " What's at Stake in the 2020 Census?," Hosted by U.S. Representative Ted Lieu. June 19, 2019.

Community Roundtable, "The Importance of the Census," Hosted by U.S. Representative Judy Chu. May 30, 2019.

League of Women Voters of Burbank and Glendale, Keynote Speaker, "Town Hall meeting on SB415" (The California Voter Participation Rights Act), May 8, 2018.

California League of Cities, City Manager Department Annual Conference, Panelist, "CVRA and the Profound Impact on Local Governance," February 15, 2019.

California League of Cities, Mayors and Councilmembers Executive Forum, Moderator, "The California Voting Rights Act and the District-Drawing Process," June 29, 2018.

California League of Cities, City Attorney Department, panelist, "The California Voting Rights Act: Recent Legislation & Litigation Outcomes," May 3, 2018.

California League of Cities, City Clerk Department, Co-Presenter, "California Voting Rights Act – Transitioning From At-Large To By-District Elections: A Practical Guide For City Clerks," April 19, 2018.

California School Board Association Annual Education Conference panelist: "15 Years with the California Voting Rights Act: Lessons Learned and Challenges Ahead." December 1, 2017.

University of California's National Public Service Law Conference: Civil Rights in the 21st Century: Moderator, "Voting Rights 101." September 23, 2017.

City Clerks Association of California Annual Conference panelist: "California Voting Rights Act: Putting the 2016 Legislation into Practice." April 13, 2017.

California School Board Association Annual Education Conference panelist: "The California Voting Rights Act: What Board Members Must Know." December 4, 2015.

Associated Cities of California – Orange County, Keynote Speaker, Newly Elected Officials' Reception and Dinner, "The California Voting Rights Act," January 29, 2015.

California League of Cities, City Manager Department, 2015 Department Meeting: "Opportunity to Engage Residents: The California Voting Rights Act." January 29, 2015.

California League of Cities, City Clerk Department, 2014 Annual Meeting: "Whose Line Is It Anyway: Making the transition from at-large to by-district elections." September 3, 2014.

National Conference of State Legislatures, Redistricting and Elections Standing Committee: 2007 Spring Forum, "The Arizona Independent Redistricting Commissions' experiences with the first-ever independent redistricting."

National Conference of State Legislatures, Redistricting and Elections Standing Committee: 2008 Spring Forum, "Communities of Interest In Redistricting: A Practical Guide."

National Conference of State Legislatures, Redistricting and Elections Standing Committee: 2009 Fall Forum, "The Key to Successful Redistricting."

National Conference of State Legislatures, Redistricting and Elections Standing Committee: 2010 Spring Forum, "Communities of Interest in Redistricting: A key to drawing 2011 plans (and for their defense)."

National Conference of State Legislatures, Redistricting and Elections Standing Committee: 2011 Winter Forum, "Citizen Voting Age Data from a line-drawer's viewpoint."

Luncheon Keynote Speaker, Santa Barbara's Channel Cities Club, "California's next experiment: independent, public redistricting," January 18, 2011.

Annual Conference, Arizona League of Cities and Towns, Presenter at "Redistricting Law and the Voting Rights Act: What It Means for Your City or Town in 2011," August 25, 2010.

Redistricting, The 2010 Census, and Your Budget, Sponsored by the Rose Institute of State and Local Government, California League of Cities, October 15, 2009.



# Douglas M. Johnson, Ph.D.

Arizona Election Law 2010 Continuing Legal Education Conference, "Communities of interest and technology in redistricting," sponsored by the Arizona State Bar Association, March 2010.
California's New Independent Redistricting Commission, sponsored by the Irvine Foundation and the California Redistricting Collaborative, December 15, 2009.
Tribal Association of Sovereign Indian Nations (TASIN) Legislative Day 2009, "The 2010 Census and 2011 Redistricting in California," December 2, 2009.
California School Board Association, "Litigation Issues and the California Voting Rights Act," December 4, 2009.
California Latino School Boards Association, "Introduction to the California Voting Rights Act," August 20, 2009.
Building a National Reform Movement, Salt Lake City, Utah, 2006, conference on redistricting .reform hosted by the League of Women Voters, Campaign Legal Center, and The Council for Excellence in Government.
Texas Tech University, "A Symposium on Redistricting," May, 2006.
California League of Cities, "Introduction to the California Voting Rights Act."
Voices of Reform, a project of the Commonwealth Club of San Francisco: multiple forums on redistricting and / or term limits, 2006 – 2007.
Classroom speaker at Bellflower High School, Pepperdine University, the University of La Verne, Pomona College and Claremont McKenna College.

## Charter and/or Ballot Language Consultant

Castaic Lake Water Agency and Newhall County Water District consultant advising on process, rules and legislation language for merger of the two districts including changing from at-large to by-district election system. (2015-2016)
City of Corona: consultant for City Council on a potential city charter and a move to by-district elections. (2015-2016)
City of El Cajon: consulted on writing of charter revision and public education campaign for ballot measure changing from at-large to by-district City Council elections. (2016)
City of Goleta: consulted on development of ordinances and ballot language asking voters what election system they preferred. (2003 – 2004)
City of Menifee: advised commission considering language on by-district elections. (2009 – 2010)
City of Modesto: advised commission that successfully developed a city charter change moving Modesto from at-large to by-district elections and created an independent redistricting commission. (2006 – 2008)
City of Pasadena (on behalf of Pasadena Unified School District): advised commission that successfully developed a city charter change moving Pasadena Unified from at-large to by-district elections and created a redistricting commission. (2011 – 2012)

## Voting Rights Act and Racial Bloc Voting Analysis

Attorney-client privilege bars the listing of most of NDC's specific clients, but NDC has performed racial bloc voting analysis for clients of the following law firms (and for other jurisdictions):

Nielsen, Merksamer, Parrinello, Gross & Leoni: Compiled and analyzed data for over 120 different jurisdictions facing voting rights litigation;
Lozano, Smith: Performed analysis of racial bloc voting in 4 separate jurisdictions.
Richards, Watson & Gerson: Compiled and analyzed potential liability under California Voting Rights Act and California Voter Participation Rights Act for about a dozen cities.
Atkinson, Andelson, Loya, Ruud & Romo: Performed/performing on analysis of racial bloc voting in dozens of jurisdictions and California Voter Participation Rights Act liability analysis for multiple school districts.
Dooley, Herr & Peltzer: Performed racial bloc voting analysis of 7 elections in 4 different election years. Also advised attorneys on rebuttal of plaintiff's racial bloc voting analysis.



# Douglas M. Johnson, Ph.D.
## Districting / Redistricting Clients Prior to 2021

**States**
Arizona 2001 Independent
    Redistricting Commission
Florida State Senate 2001

**Counties**
Los Angeles
Merced
San Diego
San Bernardino
San Mateo
Yuma (AZ)

**Cities**
 Anaheim
Apple Valley
Arcadia
Atwater City
Banning
Barstow
Bellflower
Big Bear Lake
Buckeye
Buena Park
Camarillo
Campbell
Carlsbad
Carpinteria
Cathedral City
Cathedral City
Ceres
Chino
Chino Hills
Chino Hills
Citrus Heights
Claremont
Colton
Compton
Corona
Dana Point
Dixon
Duarte
Eastvale
El Cajon
El Cajon
Encinitas

Escondido
Exeter
Firebaugh
Fontana
Fowler
Fullerton
Glendale (AZ)
Glendale (CA)
Glendora
Half Moon Bay
Hemet
Hesperia
Hesperia
Highland
Imperial Beach
Indio
Jurupa Valley
King City
Kingsburg City
La Mirada
La Mirada
Lake Elsinore
Lake Forest
Lemoore
Lodi
Lompoc
Los Alamitos City
Los Banos
Madera
Martinez City
Menifee
Menlo Park
Merced
Mesa (AZ)
Modesto
Monrovia
Monterey Park
Moorpark
Moreno Valley
Morgan Hill
Murietta
Oakland
Ojai
Oxnard City
Pacifica
Palm Springs
Palmdale

Parlier
Pasadena
Paso Robles
Patterson
Peoria (AZ)
Placentia
Porterville
Poway City
Rancho Cucamonga
Redlands
Redlands
Redwood City
Reedley
Riverbank
San Clemente
San Diego
San Marcos
San Marcos
San Rafael
Sanger
Santa Barbara
Santa Clarita
Santa Maria
Santa Rosa
Santee City
Simi Valley
Solana Beach
South Pasadena
South SF
Stanton
Surprise
Tehachapi
Temecula
Torrance
Tulare
Turlock
Twentynine Palms
Vallejo
Ventura
Victorville
Victorville
Visalia
Vista
Wasco
West Covina
Whittier
Wildomar



Douglas M. Johnson, Ph.D.

Yucaipa
Yucca Valley

## Community College Districts

Antelope Valley
Barstow
Coast
Cuesta
Glendale
Grossmont-Cuyamaca
MiraCosta
Palomar
Rancho Santiago
San Diego
Santa Clarita
Sierra
Southwestern

## Special Districts

Alta Irrigation
Castaic / Newhall Water
Castaic Lake Water Agency
Chino Fire
Desert Healthcare
Desert Water Agency
Fallbrook Regional Healthcare
Fresno Irrigation
Grossmont Healthcare
Imperial Irrigation District
Joshua Basin Water
Jurupa Community Service District
Kings River Conservation District
Lake Arrowhead CSD
Leucadia Wastewater
Mojave Water Agency
Monterey Airport
Palmdale Water
Palomar Healthcare
Rowland Water
San Bernardino Water
Santa Clara Valley Water
Santa Maria Airport
Tri-City Health

Tulare Health Care District
Upper San Gabriel Valley
West Valley Water
Western Municipal Water
Westside Community Health Care District
Winton Water

## School Districts

Alpine Union
Alpine Union Elementary
Alta Vista
Bakersfield City Schools
Barstow Unified
Bonsall Union Elementary
Borrego Springs Unified
Buena Park Elementary
Burton Elementary
Cajon Valley Union
Cajon Valley Union
Cajon Valley Union Elementary
Calistoga Joint Unified
Capistrano Unified
Capistrano Unified
Cardiff Elementary
Carlsbad Unified
Carlsbad Unified
Caruthers
Castaic Elem
Castaic Elementary
Cayucas
Centinela Valley
Central Unified
Central Union High
Centralia Elementary
Chula Vista Elementary
Claremont Unified
Clay Elementary
Clovis Unified
Coalinga-Huron
Coronado Unified
Covina Valley
Cypress Elem
Dehesa Elementary
Del Mar Union Elementary
Dinuba Unified
Eastern Sierra Unified
Eastside Union Elementary

El Monte Union High
Encinitas Union Elementary
Escalon Unified
Escondido Union Elementary
Escondido Union High
Exeter Elementary
Exeter High
Exeter Unified
Fallbrook Elementary
Fallbrook High
Fallbrook Union Elementary
Fallbrook Union High
Fillmore Unified
Firebaugh-Las Deltas
Fresno Unified
Fullerton Union High
Glendale
Glendale Unified
Golden Plains
Goleta Unified
Greenfield
Grossmont Union High
Hawthorn Elementary
Hughson Unified
Inglewood Unified
Irvine Unified
Jamul-Dulzura Union
Julian Union Elementary
Julian Union High
Kerman Unified
Kern High
Keyes Union
Kings Canyon Unified
Kings River
Kingsburg Elementary
Kingsburg High
La Mesa Spring Valley
La Mesa-Spring Valley
Lake Elsinore
Lakeside Union Elementary
Lakeside Union School
Lancaster Elementary
Lawndale Elem
Lawndale Elementary
Lemon Grove Elementary
Lindsay Unified
Los Alamitos Unified
Lowell Joint Union



Douglas M. Johnson, Ph.D.

| | | |
|---|---|---|
| Lucia Mar Unified | Poway Unified | Spencer Valley Elementary |
| Madera Unified | Poway USD | Strathmore Elementary |
| Magnolia Elementary | Ramona Unified | Sundale Union Elementary |
| Merced City Elementary | Ramona Unified | Sweetwater Union High |
| Merced Union High School District | Rancho Santa Fe Elementary | Tulare City Elementary |
| | Redlands Unified | Tulare City High |
| Modesto City Schools | Redwood City Schools | Tulelake Basin |
| Modesto City Schools | Richland School District | Turlock Unified |
| Modoc Unified | Riverbank | Tustin Unified |
| Monson Soltana | Riverdale Unified | Twin Rivers Unified |
| Morgan Hill Unified | Rosemead Unified | Vacaville Unified |
| Morongo Unified | Salida Union | Vallecitos Elementary |
| Mountain Empire | San Benito High | Valley Center Pauma Unified |
| Napa Valley Unified | San Dieguito | Victor School District |
| National Elementary | San Dieguito Union High | Visalia Unified |
| New Jerusalem | San Marcos Unified | Vista Unified |
| Newhall Elementary | San Pasqual Union Elementary | Walnut Valley Water |
| Newman Crows Landing | | Warner Unified |
| Oak Grove Elementary | San Ramon Unified | Washington Unified |
| Oceanside Unified | San Ysidro Elementary | Washington Union |
| Oceanside Unified | Santa Cruz City Schools | Waterford Union |
| Pacific Union | Santa Monica Unified | West Contra Costa USD |
| Palo Verde | Santee Elementary | West Fresno Elementary |
| Panama Buena Vista | Selma Unified | Westminster Elem |
| Pasadena Unified | Sequoia Union High | Whittier City Schools |
| Perris Union High | Sequoia Union High | Whittier Union High |
| Pixley Union | Simi Valley Unified | Whittier Union High |
| Placentia Yorba Linda | Solana Beach Elementary | Woodlake Union |
| Pleasant View | South Bay Union | |
| Pomona Unified | South Pasadena Unified | |
| Porterville Unified | South SF Unified | |



# Douglas M. Johnson, Ph.D.
## Districting / Redistricting Clients 2021/2022

**States**
Arizona 2021 Independent Redistricting Commission
Ohio Redistricting Commission, 2022

**Counties**
Fresno
Graham
Greenlee
Kings
Marin
Merced
Mohave
Navajo
Nevada
Sacramento
San Benito
San Mateo
Santa Barbara
Sonoma
Yuma

**Cities**
Anaheim
Apple Valley
Arcadia
Arroyo Grande
Bellflower
Brea
Buckeye
Buellton
Buena Park
Camarillo
Campbell
Carlsbad
Ceres
Chino
Chino Hills
Chula Vista
Citrus Heights
Claremont City
Costa Mesa
Dana Point
Dixon
Downey
Duarte
Dublin
El Cajon
El Monte City
Elk Grove City
Encinitas
Exeter
Fairfield
Folsom
Fontana
Fremont
Fresno
Fullerton
Glendale Az
Glendora
Goleta
Greenfield
Grover Beach
Half Moon Bay
Hesperia
Highland
Imperial Beach
Indio
Inglewood
Jurupa Valley
Kerman
King City
Kingsburg
La Mirada
La Palma
La Verne
Lake Elsinore
Lakewood
Lemoore
Lodi
Lompoc
Los Alamitos
Los Banos
Manteca
Marina
Merced
Monterey Park
Moorpark
Moreno Valley
Morgan Hill
Newport Beach
Novato
Orange
Oxnard
Pacifica
Palmdale
Pasadena
Paso Robles
Patterson
Placentia
Pomona
Poway
Rancho Cucamonga
Redlands
Reedley
Richmond
Riverbank
San Bruno
San Dimas
San Rafael City
Sanger
Santa Barbara
Santa Cruz
Santa Maria
Seal Beach
Selma
Simi Valley
Solana Beach
Solvang
South Pasadena
South San Francisco
Stockton
Sunnyvale
Temecula
Torrance
Tulare
Turlock
Twentynine Palms
Union City
Upland
Vallejo
Ventura
Visalia
Vista
West Covina
Westminster
Westminster
Whittier
Wildomar
Woodside



# Douglas M. Johnson, Ph.D.

Yuba City
Yucaipa
Yucca Valley

## Community College Districts

Antelope Valley
Butte-Glenn
Chaffey
Coast
Glendale
MiraCosta
Ohlone
Palomar
Sierra

## School Districts

Ballard
Barstow Unified
Buellton Union
Buena Park
Cajon Valley Union
Carpinteria Unified
Castaic Union
Cayucos Elementary
Centralia Elementary
Claremont Unified
Clovis Unified
Coast Unified
College
Cypress
Dinuba Unified
East Whittier City Schools
El Monte Union High
Elk Grove Unified
Fresno Unified
Fullerton Joint Union High
Glendale Unified
Glendora Unified
Grossmont High
Guadalupe Union
Hope Elementary
Hughes Elizabeth Lakes Union
Huntington Beach City Schools
Los Alamitos Unified
Lowell Joint
Lucia Mar Unified
Magnolia
Murdoc Joint Unified
Orange County Board of Education
Pacific Grove Unified
Ramona Unified
Roseville Joint Union High
San Luis Coastal Unified
San Mateo Foster City Schools
San Mateo Union High
San Ramon Unified
Santa Cruz City Schools
Santa Maria Joint Union High
South Bay Union
South Pasadena Unified
Standard
Tehachapi Unified
Tuolumne County Board of Education
Turlock Unified
Tustin Unified
Vista Unified
Westminster
Whittier City Schools

## Special Districts

Buena Park Library District
Camarillo Health Care District
Cambria Community Healthcare District
Carpinteria Valley Water
Cayucos Sanitary District
Central Fire Protection District of Santa Cruz County
Chino Valley Fire District
Del Puerto Health Care District
Desert Health Care District
East Bay Regional Park District
Fallbrook Healthcare
Lake Arrowhead Community Services District
Leucadia Wastewater District
Monterey Airport District
Oceano Community Services District
Palomar Healthcare
Pleasant Valley Recreation & Park District
San Miguel Fire Protection District
Santa Clarita Valley Water
Santa Cruz Port District
South Coast Water District
Tri-City Healthcare
Valley-Wide Recreation
Westside Community Health