**Douglas Johnson, Ph.D.**

# APPENDIX B – Full Page Maps















