# Exhibit B



# Transcript of Louisiana State Senate Redistricting Committee

**Date:** June 16, 2022
**Case:** Transcription Services

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

TRANSCRIPT OF VIDEO-RECORDED

TESTIMONY OF THE

LOUISIANA STATE SENATE

REDISTRICTING COMMITTEE

JUNE 16, 2022

Job No.: 453461

Pages: 1 - 240

Transcribed by: Christian Naaden

1                    P R O C E E D I N G S

2              SEN. HEWITT:  All right, members. I'd like to

3      call this meeting of senate governmental affairs to

4      order. This is June 16. Madam Secretary, if you would

5      please call the roll.

6              SECRETARY:  Senator Hewitt.

7              SEN. HEWITT:  Present.

8              SECRETARY:  Present. Senator Milligan?

9              SEN. MILLIGAN:  Present.

10             SECRETARY:  Present. Senator Allain?

11             SEN. ALLAIN:  Here.

12             SECRETARY:  Present. Senator Foil?

13             SEN. FOIL:  Here.

14             SECRETARY:  Present. Senator Tarver?

15             SEN. TARVER:  Present.

16             SECRETARY:  Present. Senator Womack?

17             SEN. WOMACK:  Present.

18             SECRETARY:  Present. Senator Reese?

19             SEN. REESE:  Here.

20             SECRETARY:  Present. And Senator Price?

21             SEN. PRICE:  Present.

22             SECRETARY:  Present. That is not -- I'm sorry,

1    I've got to add Senator Harris. Senator Harris?

2           SEN. HARRIS:  Present.

3           SECRETARY:  Present. That is nine in a quorum.

4           SEN. HEWITT:  Welcome back, Senator Harris.

5    All right, Senator Harris has been doing double duty on

6    a number of different committee assignments and we're

7    glad to have him back on senate governmental, so

8    welcome back.

9           All right, first order of business, members,

10   is approval of the minutes from June 3.

11          SEN. REESE:  [inaudible]

12          SEN. HEWITT:  A motion was made by Senator

13   Reese to approve those minutes. Is there any objection

14   to doing that? All right. Seeing no objections, that --

15   those minutes will be approved.

16          All right. Members, we are with two bills on

17   our agenda today. I'd like to start out with a few

18   opening comments to kind of set the stage a little bit

19   so that the public kind of knows why we're here and how

20   we got here, because it's been a lot to follow and

21   there's been a lot that's been happening on a pretty

22   fast pace.

1          As you know, this body met in February for a

2     three-week redistricting session that yielded a map

3     after 19 days that we enacted. The governor ultimately

4     vetoed and this legislature convened to override the

5     veto with a two-thirds vote.

6          On June 6, which was the day that we adjourned

7     from our regular session that followed the

8     redistricting session, the lower court issued an

9     injunction against our congressional plan.

10         The lower court also directed the legislature

11    to prepare a remedial plan by June 20. On June 6, a

12    motion was made to the lower court to stay that order

13    pending our appeal. We argued that the lower court had

14    not provided sufficient time to legislate a remedial

15    plan.

16         On June 7, the governor called a special

17    session of the legislature to comply with the lower

18    court's order to prepare a remedial plan. That session

19    began yesterday and it will last until Monday, June 20,

20    which is the deadline set by the lower court judge.

21         On June 9, the lower court denied the motion

22    to stay and noted that it would welcome any request for

1  additional time from the legislature to complete its

2  work. On June 9, we moved the Fifth Circuit to stay

3  that order pending our appeal.

4         On June 9, the Fifth Circuit stayed the lower

5  court's order pending briefing on the stay. On June 12,

6  the Fifth Circuit lifted that stay, but expedited the

7  appeal process on the merits so that we will argue the

8  case in the Fifth Circuit on July 8.

9         The Fifth Circuit noted that the lower court

10 had offered to extend the amount of time for the

11 legislative remedial session. On June 13, we moved that

12 the lower extend the amount of time for the legislative

13 remedial session and then today, June 14, the lower

14 court scheduled a hearing.

15        On June 14, they scheduled a hearing for

16 today, June 16, requiring the Speaker and the President

17 to attend to talk about the need to extend the time for

18 the session. And so that's kind of the -- the judicial

19 process that has been evolving, really since we passed

20 our map -- the enacted map, we call it.

21        And so we're here, the -- again, the order

22 from the lower court, and I'm going to read it

1  directly. The appropriate remedy in this context is a

2  remedial congressional redistricting plan that includes

3  an additional majority black congressional district.

4          The United States Supreme Court instructs that

5  the legislature should have the first opportunity to

6  draw that plan. Therefore, the court orders the

7  Louisiana legislature to enact a remedial plan on or

8  before June 20, 2022, and that is why we're here.

9          And so with that background, I would like to

10  invite Senator Fields to begin with Senate Bill 1.

11          SEN. FIELDS:  Did you fill out a card?

12          MR. EVANS:  [inaudible]

13          SEN. FIELDS:  Thank you, Madam Chair and

14  members of the committee. I'm going to be joined by Mr.

15  Jared Evans of the Legal Defense Fund and he will also

16  help explain the legal ramifications of my bill.

17          But before I -- I explain the bill, let me

18  first talk a little bit about why I introduced this

19  bill. I introduced this bill, because this bill is

20  nothing new to the committee and nothing new to the

21  legislature.

22          When we had the extraordinary session on

1   redistricting, during I think the second extraordinary

2   session on redistrict -- when we dealt with --

3          SEN. HEWITT:  All run together, don't they?

4          SEN. FIELDS:  They do. On redistricting, I

5   offered this, members of the committee, as an amendment

6   to Senate Bill 5 by the chair. This is the exact same

7   amendment. Nothing has changed.

8          And I did that for the purpose of -- I didn't

9   want to do anything different. I didn't want the

10  committee to see anything different. I didn't want the

11  public to see anything different. And I wanted it to

12  also comply with the -- what the judge has ordered.

13         So we saw this during the extraordinary

14  session.

15         SEN. HEWITT:  And was that amendment offered

16  in committee or on the floor?

17         SEN. FIELDS:  This -- this amendment was

18  offered both. No, no, no. This amendment was offered on

19  the floor. This amendment --

20         SEN. HEWITT:  So this committee has really

21  never heard this bill as you are presenting it today.

22         SEN. FIELDS:  This amendment -- if I may,

1   Madam Chair, so this amendment was offered on the floor

2   and so this committee has seen this bill. This

3   committee has seen it as -- as a [inaudible]. The

4   entire senate has seen this bill.

5          MR. EVANS:   [inaudible]

6          SEN. FIELDS:   Uh, one second, Mr. Evans. So

7   the entire senate has seen this amendment. Not only

8   have you seen it, you've debated it. You have had a

9   chance to question it. And we've spent a lot of time on

10  it.

11         But more importantly, the public have seen it.

12  And -- and -- and I filed the bill even after the

13  extraordinary session, Madam Chair and members. I filed

14  the bill during the regular session of the legislature.

15         It is Senate Bill 306.

16         SEN. HEWITT:   Was that ever heard?

17         SEN. FIELDS:   No, it wasn't heard.

18         SEN. HEWITT:   Did the -- did the public ever

19  have an opportunity to weigh in on your amended bill

20  that you presented on the floor?

21         SEN. FIELDS:   If -- if -- if I may, Madam

22  Chair, and I filed it for this purpose. Because I

1    wanted to put it in the public domain. Put it in the

2    public domain. So this bill is nothing new to this

3    legislature.

4            It's nothing new to the public, because it got

5    a number, and everybody know about Senate Bill 306. And

6    then I refiled it, pre-filed it, during this special

7    session as Senate Bill 1. So the long and short end of

8    it is this is nothing new.

9            Everybody in this legislature knows about

10   Senate Bill 1.

11           SEN. HEWITT:  Yeah, I don't agree with that.

12           SEN. FIELDS:  And -- well, I don't expect you

13   to. With all due respect. And -- go ahead, Jared.

14           MR. EVANS:  Senator Hewitt.

15           SEN. HEWITT:  Introduce yourself for the

16   record, please.

17           MR. EVANS:  Good morning, members. Jared

18   Evans, Legal Defense Fund. So the map before you today

19   is very similar, almost identical, to SB 2, which

20   Senator Fields introduced during the redistricting

21   session, which this committee did hear.

22           Now, what we did was we took SB 2. We lowered

1    the population deviation. We moved -- thank you. We

2    lowered the population deviation. We fixed a few

3    precinct splits. So this is nearly identical to SB 2.

4         So this committee has had a chance to hear

5    that bill.

6         SEN. HEWITT:  Significant -- there's

7    significant differences between this bill and SB 2.

8    This committee has never had an opportunity to vet this

9    bill in committee with the computer where we can zoom

10   in and look at maps.

11        We don't get a chance to do that on the floor.

12   The public doesn't have an opportunity to weigh in on

13   the floor, as you know. The fact that you filed a bill

14   in regular session does not mean that we have all read

15   the 2000 bills that get filed.

16        As you know, we don't read them or have an

17   opportunity to work on them until they come to

18   committee and come to the floor. That bill, Senate Bill

19   306, never did that.

20        SEN. FIELDS:  And I understand it. Ms. --

21   Madam Chair, I'm not here to -- to enter into some

22   disagreement with you. I'm just laying the record that

1   the bill has been there and we have debated the bill on

2   the floor during the redistricting session as an

3   amendment to Senate Bill 5.

4          And I filed the bill during the regular

5   session as 306. And that's undisputed. And now, so I

6   present it to you here again as Senate Bill 1.

7          Now, the population in this state as it

8   relates to black population is about 32 percent and the

9   white population is about 62 percent, if my consensus

10  number -- census numbers, rather, are correct.

11         And the congressional representation, we have

12  six members of Congress in Louisiana. The congressional

13  representation in Louisiana, we have five white members

14  of Congress and one black member of Congress.

15         If my math serves me correct, that's about 82

16  percent white representation and about 16 to 18 percent

17  black representation. Now, we've passed the bill this

18  past extraordinary session and we went to court and the

19  courts have basically ruled that we need to do

20  something different, and that's why we're here.

21         And that's why I've introduced the bill that

22  I've introduced and there's a companion bill on the

1   House side.

2          And I want to thank the chair and the members

3   of this committee for holding this hearing, because

4   it's -- it certainly gives us an opportunity to comply

5   with the court's order and it also gives us an

6   opportunity to do it in a timely fashion. So I thank

7   the chair for that reason.

8          Now, let me explain the bill. The bill, first

9   of all, in terms of deviations. The deviations in the

10  bill are -- you know, Congress, the idea of deviations

11  for a population deviation for a member of Congress,

12  since the Congress is split up into seven -- I mean,

13  six congressional districts.

14         The ideal population for each member of

15  Congress is 776,292 individuals in each congressional

16  district. In district number one, I have an actual

17  population of 776,288. My absolute deviation is a

18  negative four.

19         So I deviate by four people in district one.

20  The relative deviation is negative 0.001. So there's

21  only four people that do not comply with the ideal

22  deviation in district one.

1          In district number two, my actual population

2     is 776,324 people. I deviate a little bit higher and

3     it's 32 people. So I'm overpopulated by 32 people. So

4     my relative deviation number is up 0.004.

5          In district number three, my actual population

6     is 776,280 people. My absolute deviation is negative 12

7     people. The relative deviation is negative 0.002.

8          In district number four, my actual population

9     is 776,280 people. My absolute deviation is negative 12

10    people. And the relative deviation is negative 0.002.

11         In district five, the actual population in

12    district five is 776,292 people. My actual deviation is

13    zero. It is a perfect district in terms of actual

14    population. So there is no relative deviation in

15    district five.

16         In district six, my actual population is

17    776,293 people. My absolute deviation is one person. My

18    relative deviation is 0.000. So I'm only one person

19    off.

20         So in these six districts, the absolute means

21    deviation is seven. The absolute range is between

22    negative 12 to 32. The absolute overall range is 44 and

1    the relative overall range is 0.00.

2            So the basis of this -- these numbers are the

3    statistical numbers for deviation is pretty good in

4    this plan. It's not absolutely perfect, but it's almost

5    perfect.

6            Now, I've looked at other plans that's been

7    filed this session. There is another plan, and we have

8    not did the numbers on it, but there's a plan, and I'm

9    very impressed with it. There's a plan that does a

10   little bit better than this one.

11           It's filed by Representative Barry Ivory on

12   the House side. I was impressed with it. It -- it beats

13   -- it beats -- it's the first plan I've seen that beats

14   these -- these numbers.

15           Now, Madam Chair and members of the committee,

16   let's go through total populations. In district one,

17   district one, the total population of district one,

18   we've talked about it, is 776,228 -- 288 people. The

19   total white population is 499,169 people. The total

20   black population is 156,420.

21           The total Asian population in that district is

22   24,288. Total American Indian is 23,838.

1          SEN. HEWITT:  Chairman Fields --

2          SEN. FIELDS:  Yes, ma'am.

3          SEN. HEWITT:  We've -- we've got all that

4     information here before us. Do you feel like you need

5     to read all these numbers in for the record or can the

6     bill stand for the record?

7          SEN. FIELDS:  No. I -- I wish I was only

8     talking to you, Madam Chair and members of the

9     committee, but I'm sure that there are folk watching

10    and I -- if you want me to stop, I will, but I'm

11    reading it into the record and for those people who are

12    not here who are listening.

13          I really want them to know, but I will do

14    whatever you so desire. I mean, we -- we're only

15    dealing with this bill and your bill and I'll be happy

16    to read it all into the record, but I -- it is my

17    intent, like we did in '94, to move this bill out today

18    so that we can have a floor debate on it.

19          And so that's why I want to take my time and

20    put all of this into the record so that we can have a -

21    - a very vigorous discussion on it.

22          SEN. HEWITT:  Proceed.

1          SEN. FIELDS:   Thank you, Madam Chair. So

2    district one, the total American Indian population is

3    23,838. The other population is 72,573. The total

4    Hispanic population is 93,564.

5          The voting age population is 603,235. The

6    voting age population of the white voters of 406,023.

7    The voting age population of the black is -- black

8    population is 110,000. The voting age population of the

9    Asian votes, 18,094.

10          The voting age population of the Indian

11    Americans, 16,723. And then the voting age population

12    of the others of 51,829. And in voting age population

13    of Hispanic total is 64,590.

14          And so district two, the total population is

15    776,324. Total white voting age population is 260,535.

16    Total black population is 423,079. Total Asian

17    population is 27,469. The total American Indian

18    population is 9176. Total other population is 56,065.

19    Total Hispanic population is 72,176.

20          The voting age population total is 603,401.

21    The voting age population of the white voters are

22    219,344. The voting age population of the black --

1    black voters are 315,387. The voting age population of

2    the Asian voters is 21,871. The voting age population

3    of the Indian votes is 7071.

4            The voting age population of the other voters

5    are 39,728 and the voting age population of the

6    Hispanic voters of 50,271.

7            When you got to district number three, total

8    population is 776,280. The total population of the

9    white voters is 260,368. Total population of the black

10   voters is 150,741. Total population of the Asian voters

11   is 17,285 and the Indian voters, American voters, is

12   13,850. Other voters, 3406 and the Hispanic voters

13   41,805.

14           Voter population total is 586,948 and the

15   voter age population of the white voters is 435,388.

16   Voter age population of the black voters is 105,115 and

17   the voter age population of the Asian voters of 12,444.

18   Voter age population of the American Indian voters is

19   10,220.

20           Voter age population of others is 23,781 and

21   the voter age population of the Hispanic total is

22   28,649.

1        And then we go to district four and district

2    four, you have a total population of 76 -- I mean,

3    776,200. Total white voters, 455,428. Total black

4    voters 261,926. Total Asian voters is 12,007. Total

5    American Indian voters is 18,020. Others, 28,899.

6    Hispanic voters 34,593.

7        Voter age population total is 596,366. Voter

8    age population of the white voters would be 362,936.

9    Voter age population of the black voters is 109,262 --

10   67, I'm sorry. And voter age population of the Asian

11   voters is 8851.

12       Voter age population of the American Indian

13   voters is 13,735. Voter age population of the others is

14   20,577. And then Hispanic voters, voter age population

15   is 23,991.

16       And then we go to district five. We almost at

17   six. It's seven -- five is 776,292 is the total

18   population. The total white voters is 315,773. Total

19   black population is 419,465. Total Asian population is

20   8946. Total American Indian is 7908. Total other is

21   24,200. Total Hispanic is 28,638.

22       The voter age population is 58,177 [ph]. Voter

1  age white population is 255,642. Voter age population

2  of black is 302,438. The voter age population of the

3  Asian American -- Asians are 6781 and voter age

4  American Indians is 5894. Voter age of the population

5  of other is 17,467 and Hispanic voter age population is

6  2161.

7        And now, finally, district six. The total

8  population is 776,293. The total white population is

9  seven -- I mean, I'm sorry, 566,379. Total black

10  population is 131,488. Total Asian population is

11  17,293. Total American Indian is seven -- I mean,

12  14,268. Total other is 46,865 and Hispanic is 53,773.

13        Voter age population is 592,421. Total voter

14  age white population is 445,178. Total voter age black

15  population is 91,994. Voter age population for Asian is

16  12,375 and American Indian, 10,644. Voter age

17  population for other is 32,230 and Hispanic is 36,000.

18        That is the plan for the total population of

19  Senate Bill 1, Ms. -- Madam Chair and members of the

20  committee. The splits of this committee, it splits

21  several parishes, but not as many as the present plan

22  that we have then that we passed during the

1    extraordinary session of district one.

2            We -- it splits one, two, three, four, five,

3    six, seven -- seven parishes and it has -- you have the

4    map up?

5            MR. EVANS:  Sure.

6            SEN. FIELDS:  And it has one, two, three, four

7    -- four whole parishes. That is district one. District

8    two, it splits one, two, three, four, five -- five

9    split parishes. One, two, three, four, five -- five

10   whole parishes.

11           And then district number three, it splits one,

12   two, three, four, five, six -- six split parishes and

13   one, two, three, four, five, six, seven -- seven whole

14   parishes.

15           In district number four, it splits -- it

16   appears it splits only two parishes and the rest are

17   all whole parishes and district number -- district five

18   -- let's see, district four. Yeah, district five.

19           District five only splits one, two, three,

20   four, five, six parishes and the rest are whole

21   parishes and district number six splits one, two,

22   three, four, five and the rest are whole parishes.

1          And finally, Madam Chair and members of the

2     committee, this plan creates two majority black

3     districts. It complies with section two of the Voting

4     Rights Act and it also complies with the court order

5     and that's what the bill does.

6          And at this time, I'd tender the mic to Mr.

7     Jared Evans with the Legal Defense Fund.

8          MR. EVANS:  Thank you, Senator Fields, and

9     this is probably going to be my last opportunity to do

10    this, but Senator, I -- I want to thank you for your

11    leadership.

12         Every black kid in this state my age who grew

13    up in the '90s, we remember you as that skinny guy with

14    the glasses representing us in Washington who our

15    parents and our families were so proud of.

16         And I'm just -- I've learned so much from you

17    over the past year and it's truly been an honor to

18    fight alongside you in this fight.

19         Members, before I begin my remarks about

20    Senator Fields' bill, I come to you all with some very

21    good news. As you all know, I am one of the lawyers in

22    the litigation and my colleagues are right down the

1    street in court right now as we speak.

2              Members, all of this goes away. All of the

3    motions. All of the stays. All of the appeals, the

4    court filings. The $60,000 a month that you all are

5    paying for lawyers who keep losing. All of that goes

6    away.

7              If you all do the right and fair thing today,

8    we can all be home with our families for Father's Day.

9    We aren't asking you for anything that's going to cost

10   you a dime. The only relief we seek is an opportunity

11   for minority voters to elect their candidate of course

12   in two out of six districts.

13             The district court agreed with us that in SB 2

14   and the map that the majority passed, the minority

15   choice candidate has no chance to be successful in five

16   out of six districts. All of this litigation goes away,

17   members, and you don't have to keep losing in court.

18             You pass this bill I go back to D.C. and you

19   all don't have to see me again. All of our legal team

20   goes back home. All of the team that's been beating you

21   all in court, they all go back to New York and D.C.

22             Members, this is your way out. Turning to

1    Senator Fields' map. Now, I'm going to compare Senator

2    Fields' map to SB 2 and also the map that you all have

3    already passed that's been struck down by the -- by the

4    district court.

5           Starting with district one. In Senator

6    Hewitt's map, she said that it was very important to

7    keep that district as a coastal district. That district

8    one has historically been the first line of defense for

9    hurricanes.

10          Senator Fields' map does the same thing.

11   District one keeps St. Bernard and Plaquemines and that

12   whole little area is kept together.

13          Moving on to district three. During the road

14   show and in Senator Hewitt's map, we heard that it was

15   so important the Acadiana region wanted to be kept

16   together. Lake Charles and Lafayette said they -- Lake

17   Charles and Lafayette said they didn't want to be split

18   up.

19          In Senator Fields' map, all of Lake Charles

20   and the majority of Lafayette are kept together.

21          Senator Hewitt said that it was very important

22   for her, very important to her, that there still be two

1    vertical districts in north Louisiana. Those areas are

2    united by strong agricultural and industrial

3    industries. Senator Fields' map does the exact same

4    thing, members.

5              In district four, the northwest corner of the

6    state contains both Northwestern State University,

7    where both of my parents graduated from, LSUS and

8    Southern Shreveport.

9              Caddo and Bossier are kept together in

10   district four, which was also a big priority that we

11   heard at the Shreveport roadshow. They all said they

12   didn't want Caddo and Bossier to be split up. They're

13   kept together in this map.

14             Finally, where Senator Fields' map differs

15   from Senator Hewitt's map and the map that you all

16   passed and that's already been struck down is that

17   instead of packing black voters in New Orleans and

18   Baton Rouge into just one district, district two goes

19   west and includes communities in the river parish and

20   the bayou region.

21             Areas that, again, have many industries in

22   common, such as fishing. They also have some of the

1    same concerns and challenges such as hurricanes and

2    flooding. The communities in district two are also

3    united by a very large petrol chemical industry.

4            So, members, we present to you a map that will

5    meet the requirements of what the middle district laid

6    out in their opinion. SB 1 complies with section two of

7    the Voting Rights Act. It meets the standards set by

8    Judge Dick and her opinion and it complies with what

9    this session was called for.

10           SEN. HEWITT:  Is that the end of your

11   presentation, Senator Fields? Your opening remarks?

12           SEN. FIELDS:  Yes, ma'am.

13           SEN. HEWITT:  All right. Let me -- let me

14   begin by asking you a question then about -- about my

15   area. Were you at the -- at the roadshow, the Covington

16   roadshow, Senator Fields?

17           SEN. FIELDS:  No, ma'am. I was not.

18           SEN. HEWITT:  Okay, because I did not hear at

19   that roadshow anything that had anything to do with

20   dividing out, pulling out Slidell and Pearl River out

21   of the rest of St. Tammany Parish. As a matter of fact,

22   you know, that's my hometown.

1          You've divided up Slidell and Pearl River.

2     You've split up Lacombe and you've broken them out of

3     the rest of the parish in St. Tammany. So I was curious

4     about kind of what your thought process was for that

5     and -- and what your justification was in doing that?

6          You could maybe pull that map up for me, if

7     you will. That's the NorthShore map. So you can see St.

8     Tammany, I think, is in your new district six, which

9     changed dramatically from the enacted map and you've

10    got Slidell -- parts of Slidell -- my part of Slidell

11    is not in district one.

12         My part of Slidell is now in district six, so

13    you've split up Slidell. You've split up Lacombe, but

14    the majority of St. Tammany Parish would now be in

15    district six, previously had been in district one, and

16    I'm just sort of curious what your justification for

17    that is.

18         SEN. FIELDS:  Senator, I -- I was not at the

19    roadshow and in fact I was only at the roadshow that

20    took place in East Baton Rouge Parish, the district

21    which I represent. When you all were at Southern

22    University, I was present at that roadshow.

1           But I would -- my response to that is there

2     would be some parishes that will be split and in this

3     plan that's not split in your plan. My only response to

4     it is it only splits -- it splits less parishes than

5     your plan and it complies with the Voting Rights Act.

6           And this plan is, in fact, more compact than -

7     - than your plan. Now, does this plan please every

8     single local government? You know, I don't know. I

9     don't have the answer to that.

10          SEN. HEWITT:  Well, don't you think

11    communities of interest are important?

12          SEN. FIELDS:  Oh, absolutely and I think this

13    --

14          SEN. HEWITT:  But you've -- you've divided up

15    this community. Even Pearl River, as small as it is,

16    isn't fully within one district or the other. The

17    little town. It's a town. It is not fully in one

18    district or the other.

19          The town of Pearl River is split. The city of

20    Slidell is split. The city of Lacombe is split. I don't

21    really understand the justification for that.

22          SEN. FIELDS:  The justification is the plan

1   has been created to comply with subsection two of the

2   Voting Rights Act and -- and that has been satisfied

3   and we have continuity.

4           All of the legislators, all of the

5   congresspersons are in their respective districts, so

6   you do have continuity of service and in terms of

7   compactness, the districts are very compact and --

8           SEN. HEWITT:  Doesn't the Voting Rights Act

9   require that the minority population be sufficiently

10  compact?

11          SEN. FIELDS:  Yes, it does.

12          SEN. HEWITT:  Okay, your measurement -- your

13  measurement is the compactness of the entire district,

14  is it not?

15          SEN. FIELDS:  Yeah, and -- and this district

16  is more compact than the plan that you passed or we

17  passed in the extraordinary session.

18          SEN. HEWITT:  So the -- so the community of

19  interest on -- in my area didn't matter as much to you.

20  What was your reasoning then? Was it -- were you

21  looking at race? Trying to -- to cobble together enough

22  black precincts or what were you -- what was the --

1    what was the logic there?

2            SEN. FIELDS:  You -- you know when you say was

3    -- was race the reason I -- I don't even know what

4    areas you're talking about, quite frankly.

5            You know, so race was not the predominant

6    reason for the drawing of any of -- any of the plans

7    I've presented before you and it certainly wasn't the

8    predominant reason for drawing this plan.

9            But was race a reason? Of course it was a

10   reason, in complying with the subsection two of the

11   Voting Rights Act. But at the end of the day, Senator,

12   this -- this plan complied with jingles [ph] and it

13   also complied with all of the senate factors.

14           And when taking all of those issues into

15   effect, it complied with the plans and every parish

16   will not be whole. You know, even in your plan, it

17   split parishes. It split, in fact, more parishes.

18           You know, it just so happened that's the way

19   it ends up.

20           SEN. HEWITT:  Well, again, communities of

21   interest do matter and that is a community of interest

22   that I'm very familiar with that you have destroyed in

1    your plan.

2            SEN. FIELDS:  Well, you know, if -- we can

3    talk about this all day, but at the end of the day, if

4    I recall right, and I may be wrong, you know, but when

5    I read the opinion, you know, your lawyers went to

6    court and they were talking.

7            They argued community of -- they made an issue

8    in their brief about community of interest and when it

9    was time to argue the issue, they failed to even argue

10   the issue of community of interest.

11           SEN. HEWITT:  Well, we're not in a court of

12   law. We're in a legislative hearing and I care about

13   communities of interest.

14           SEN. FIELDS:  I understand where we are.

15           SEN. HEWITT:  Communities of interest is

16   definitely one of our redistricting principles.

17           SEN. FIELDS:  Then -- then your lawyers should

18   have argued it in court.

19           SEN. HEWITT:  And I'm very familiar with this

20   community of interest.

21           SEN. FIELDS:  And they did not argue it in

22   court.

1        SEN. HEWITT:  I am not in court right? My job

2   is not to brief or testify --

3        SEN. FIELDS:  No, but when you bring up these

4   legal -- when you up these legal --

5        SEN. HEWITT:  -- I am here in a legislative

6   hearing.

7        SEN. FIELDS:  Madam Chair, with all respect,

8   all due respect, when you bring up the legal arguments,

9   you know, the -- the time to make these arguments are

10  in court and your lawyers, not mine, your lawyers,

11  failed to do that.

12        You -- you bringing up a legal argument that

13  your lawyers have failed to make in court.

14        SEN. HEWITT:  I am not bringing up a legal

15  argument. I am asking about --

16        SEN. FIELDS:  Community of interest is a legal

17  argument.

18        SEN. HEWITT:  -- as the map drawer, what was

19  your intent -- what was your intent in drawing this

20  map? And you have destroyed a community of interest

21  that I am very familiar with in this map.

22        MR. EVANS:  May I say something?

1          SEN. FIELDS:  You may say.

2          MR. EVANS:  Well, Senator Hewitt, I could say

3    the very same thing about your map as well and as you

4    know --

5          SEN. HEWITT:  You're not debating my map. We

6    are here debating Senator Fields SB 1 map. Isn't that -

7    - is that not what's on the agenda?

8          MR. EVANS:  That's right. That's -- yes, it --

9          SEN. HEWITT:  That is the purpose.

10         MR. EVANS:  Yes, Madam Chair.

11         SEN. HEWITT:  The purpose is not to decide --

12         MR. EVANS:  And let's -- and let's talk about

13   Senator Fields' map. When we started drawing this map,

14   our goal, and Senator Hewitt, was to draw a map -- and

15   I'm going to be very honest with you, that was more

16   compact than your map, that kept communities of

17   interest together and that had two minority districts.

18         Yes, race was a factor, but it was not a

19   predominant factor. And, in drawing your map and in

20   drawing our map, as we've said, there is no map that

21   makes everybody happy.

22         I cannot tell you how many hours I have spent

1    over the phone over the past year with members of the

2    community who are angry. My parents are angry with me,

3    because we couldn't draw a map that had Natchitoches in

4    a majority district.

5            There are members in Shreveport and in Lake

6    Charles who want their -- who want to be in district

7    five or district two in our maps. There's no map,

8    Senator Hewitt, that kept every single community of

9    interest together.

10           SEN. HEWITT:  Well, that's our purpose today

11   is to talk about some of those things, because that is

12   a redistricting principle, communities of interest, is

13   it not?

14           MR. EVANS:  Absolutely.

15           SEN. HEWITT:  Okay.

16           MR. EVANS:  As is compactness and this bill is

17   more compact than your bill.

18           SEN. HEWITT:  We are not comparing bills.

19           MR. EVANS:  As is population deviation.

20           SEN. HEWITT:  We are not comparing bills. We

21   are here to talk about Senate Bill 1.

22           MR. EVANS:  Okay. Well, SB 1 is more compact

1    than any bill that has been introduced and is more

2    compact than the bill that's being debated in court as

3    we speak and it has lower population deviations than

4    the bill that's being debated in court down the street.

5            SEN. HEWITT:  Can you -- can you articulate

6    the compactness of the minority district? The minority

7    population has to be sufficiently compact within the

8    district.

9            MR. EVANS:  Absolutely.

10           SEN. HEWITT:  Can you articulate what that

11   number is?

12           MR. EVANS:  I can tell you what the court

13   says, Ms. Senator Hewitt, and the -- and the court

14   ruled that in both district two and in district five,

15   in all the maps that we presented to the court, and one

16   of them is very similar to SB 1, which is before you,

17   that the minority population in both of those districts

18   were sufficiently large and geographically compact for

19   the minority voters in those districts to elect a

20   candidate of their choice.

21           SEN. HEWITT:  Yeah, but -- but I think the

22   court also said that you didn't do a good job of

1  proving the minority compactness. You looked at the

2  compactness of the entire district.

3          All right, Senator Tarver?

4          SEN. TARVER:  Senator Fields, you mentioned

5  that this bill now was an amendment on the floor of the

6  Senate. How long was it debated?

7          SEN. FIELDS:  Oh --

8          SEN. TARVER:  Approximately, I know --

9          SEN. FIELDS:  I do not recall the exact time,

10 Senator, but it was debated for -- I don't -- I can't

11 recall how long. I really can't.

12         SEN. TARVER:  I -- I understand. Was it on the

13 internet? This bill?

14         SEN. FIELDS:  Yes.

15         SEN. TARVER:  The amendment at the time?

16         SEN. FIELDS:  Yes.

17         SEN. TARVER:  It was on the website?

18         SEN. FIELDS:  Yes, sir.

19         SEN. TARVER:  And so it had time for a lot of

20 people to see, correct?

21         SEN. FIELDS:  Yes, sir.

22         SEN. TARVER:  All the -- basically all the

1  bills was on the website. A lot of the bills was on the

2  website for people to see, correct?

3          SEN. FIELDS:  Yes, sir. It was.

4          SEN. TARVER:  Now, your particular bill here,

5  Senate Bill 1, it gives representation to minorities in

6  Louisiana that have been denied representation in the

7  past. Is that correct?

8          SEN. FIELDS:  Yes, it does.

9          SEN. TARVER:  All the other bills that passed

10  the Senate and all the other bills, basically that --

11  that the court saw, did not give proper representation

12  to minorities.

13          SEN. FIELDS:  It -- they -- they do not and

14  did not.

15          SEN. TARVER:  The bill that passed this

16  committee basically did not give complete

17  representation to minorities. Is that correct?

18          SEN. FIELDS:  That's correct. I gave some

19  percentages earlier in my opening remarks.

20          SEN. TARVER:  Okay, but so your bill and the

21  bill that you placed on the floor -- the amendment that

22  you placed on the floor, gave representation to all the

1    people of Louisiana and minorities, correct?

2              SEN. FIELDS:  Absolutely.

3              SEN. TARVER:  Okay.

4              SEN. FIELDS:  I mean, if you're going to have

5    a representative democracy, it's just -- it makes basic

6    sense that people have an opportunity to elect

7    candidates of their choice.

8              SEN. TARVER:  The reason we're here is because

9    the court knocked down the ones that were passed by the

10   [inaudible] legislature.

11             SEN. FIELDS:  That's correct.

12             SEN. TARVER:  And the governor had to call the

13   special session and that's why we're here today.

14             SEN. FIELDS:  That is exactly why we're here

15   today, Senator, and the governor did have the

16   restraints on that call, because the courts, in its

17   order, basically said we had to have something done by

18   the 20th.

19             And interesting enough, we have had

20   redistricting sessions called in six days and we have

21   completed our business in the past with redistricting

22   in six days.

1          SEN. TARVER:  Not only in redistricting, but

2     in other bills that have came before the legislature.

3     House Bill 1, House Bill 2, have also passed within six

4     days.

5          SEN. FIELDS:  I --

6          SEN. TARVER:  In the history of Louisiana,

7     correct?

8          SEN. FIELDS:  I'm under the impression that in

9     2018, some of you were present during that time, that

10    you all have passed an appropriation HB 1, which is a

11    very complication -- complicated bill.

12         HB 1, in six days.

13         SEN. TARVER:  And it made it in six days, was

14    that correct?

15         SEN. FIELDS:  That's correct. I was not here,

16    but that was a -- that's the most recent history, in

17    2018, HB 1 was passed in six days.

18         SEN. TARVER:  So in this redistricting, we

19    have enough time -- in session we have enough time to

20    pass a redistricting bill and we really actually don't

21    need any more time. Six days is basically enough

22    because of the history of other bills that have passed

1    in Louisiana. Is that correct?

2              SEN. FIELDS:  Absolutely. I think six days is

3    more than enough to pass a redistricting plan, because

4    we have done it before. But you would have to have the

5    will to do it. If you don't have the will to do it, 12

6    days is not enough.

7              Look, we've had -- we've had a whole session

8    to do it and we didn't pass this bill. So you've got to

9    have the will to do it and if this legislature doesn't

10   have the will to do it, no matter how much time we have

11   to do it, we are not going to do it.

12             So if we don't have the will, we just don't do

13   it. So if we have the will to do it, six days is more

14   than enough time.

15             SEN. TARVER:  And -- and the bill that was

16   vetoed by the governor came back to the Senate and was

17   -- it was overridden by two-thirds. What percentage of

18   the two-thirds were republicans that voted for that

19   bill?

20             SEN. FIELDS:  The -- the override?

21             SEN. TARVER:  Yes.

22             SEN. FIELDS:  Well, I mean, I -- I'm one of

1  the members of the legislature and people may not

2  believe me, but I never go back and look at a vote. I

3  just don't.

4          SEN. TARVER:  Oh, but I think it was 27.

5          SEN. FIELDS:  I -- but I can only assume --

6  yeah.

7          SEN. TARVER:  At that time, right?

8          SEN. FIELDS:  Twenty-seven?

9          SEN. TARVER:  It took 26 and there were 27

10 basically republicans voting for it and basically the

11 democrats voted against it, correct?

12         SEN. FIELDS:  I would take your word. I know

13 that all the democratic -- as I recall, I think all the

14 democrats voted the same way. But I -- I just -- I

15 never go back and look at a vote. After I make a vote,

16 it's -- that vote is passed.

17         SEN. TARVER:  And at the same time, the 27

18 republicans that voted against it, all of them were

19 white, correct?

20         SEN. FIELDS:  All the republicans are white.

21         SEN. TARVER:  But the democrats we have, we're

22 mixed, correct? We have minorities and we have

1   majorities, correct?

2        SEN. FIELDS:  We do have -- we do have white

3   democrats.

4        SEN. TARVER:  Okay. Thank you.

5        SEN. HEWITT:  Senator Reese.

6        SEN. REESE:  Thank you, Madam Chairwoman.

7   Senator Fields, you know, I think -- I think we all

8   shared common goals as we started the redistricting

9   process and -- and it's a very confusing process,

10  especially for those of us that don't have a legal

11  background to determine what principles of -- because

12  there are many in redistricting that have to be applied

13  to ultimately come up with a map that we think

14  satisfies, you know, kind of all of those redistricting

15  principles.

16        And -- and like you, I think throughout the

17  process, we -- we try to keep in mind as well, you

18  know, what opportunities do we have to create majority,

19  minority districts within the confines of applying all

20  of the principles that we have to apply to ultimately

21  arrive at that.

22        I understand that -- that there's also law

1    that basically, you know, we talk about the percentage

2    of total population to minority population.

3            I think there's a particular law that -- that

4    says that -- that you don't necessarily draw districts

5    to equal any percent of that particular minority's

6    population to the total population of a state, because

7    again, it matters where people live, you know, if you -

8    - if you can't get it compact enough to do that.

9            And then you start applying those principles

10   of, you know, communities of interest and geographic

11   boundaries and municipal boundaries and continuity of

12   representation and then you apply all that and then

13   decide with -- once you've applied that, can you

14   actually create these -- this second district?

15           And so I really just want to -- to kind of

16   focus some of my comments, because this is a

17   conversation you and I have had before, probably when

18   this amendment was on the floor of the Senate.

19           You know, in -- in -- and I'll just kind of

20   focus in on this Vernon Parish piece of it, you know,

21   on the western side of the state where -- where it

22   seems that the only way we draw the district is you

1   have to really abandon all of those other traditional

2   redistricting principles to prioritize another goal to

3   end up with a district drawn in that area the way it

4   is, because we take the -- the largest federal

5   installation in the state of Louisiana and we divide it

6   in half.

7           And we take the communities, the primary

8   community that provides the support for the

9   installation and the education for the students who

10  live on the installation and we divide that

11  municipality in half.

12          And so we kind of have to abandon geography.

13  We have to abandon continuity of representation.

14          We have to abandon the -- the desire to try to

15  honor municipal boundaries and then we have to abandon

16  what I could articulate in many, many ways to be a

17  strong community of interest, as I'm sure you would

18  appreciate, having served in Congress, that -- that,

19  you know, deals with that major federal installation,

20  which is the bedrock of the entire economy of that side

21  of the state.

22          So but maybe speak to, you know, how the

1   principles you applied to end up with your map calls

2   the principles that I would say are required to be

3   honored there to be kind of abandoned to focus on

4   another end, perhaps.

5            SEN. FIELDS:  You want to answer?

6            MR. EVANS:  Yes, yes. So Senator Reese, thank

7   you for that question.

8            In creating Senator Fields' map that's before

9   you today, we took in everything that we heard from the

10  roadshow and as I've said earlier and as I've said to

11  this committee before, there is no map that keeps every

12  single community of interest, every single area

13  together.

14           So in this map, we did what we could. As I

15  said earlier, we kept Shreveport and Bossier together.

16  We did our best to keep the heart of the Acadiana

17  region, all of Lake Charles, most of Lafayette and all

18  those parishes in between.

19           We did our best to keep those two districts in

20  north Louisiana that are united by agriculture

21  industries.

22           We did our absolute best to keep those

1    parishes on the coast that are our first line of

2    defense against hurricanes, like the many we've had in

3    the past couple of years, we did our best to keep those

4    together, and we did our best to keep the parishes in

5    the river region together.

6            Unfortunately, not every area is going to be

7    kept together in every map and all the maps that we've

8    seen come before us during the redistricting session,

9    there are some areas that were -- that were -- that

10   were split up.

11           It's just some areas have to be sacrificed.

12           SEN. REESE:  No, and look, and I'm not being

13   argumentative about that. I mean, I -- that's what I

14   think we're all speaking to the same thing.

15           The tremendous difficulty it is to -- to honor

16   all of those principles of redistricting and end up

17   with the results that we're all -- that we're all

18   trying to end up with, within the legal confines what

19   we're all guided by, right?

20           And so you do have to make decisions at some

21   point, you know, holding some communities together, but

22   choosing to divide others. And I think that's what

1    makes the process so incredibly difficult.

2              And in this particular case, though, I think

3    that -- that we divide what I would argue would be the

4    largest federal interest in the state of Louisiana and

5    divide it in half.

6              And so that seems to me that we would have to

7    abandon so many of the principles that we're supposed

8    to follow and try to develop a map in order -- in order

9    to try to adhere to other goals in creating districts.

10             And that -- just a concern of mine that --

11   that appears there, so --

12             MR. EVANS:  Yes. Yes, Senator Reese, and

13   that's the case in every single map that's come before

14   this committee. There are some communities of interest

15   that unfortunately just had to be split up in any map.

16             SEN. REESE:  Yeah, and I know we -- I may get

17   into this a little bit more later on.

18             There may be people here that want to speak to

19   it, but I -- you know, you'll have people living in one

20   side of the district, maybe on the -- on the military

21   installation that are going to be educate -- in one

22   congressional district, will cross over and be educated

1    in another congressional district.

2             The funding for the schools that they're going

3    to attend requires a congressional appropriation called

4    Impact Aid to make up for the fact that the military

5    owns 50 percent of the landmass in the parish and we've

6    divided that kind of in half as well.

7             So again, that's what makes it so difficult in

8    understanding, you know, whether or not this is the

9    appropriate map to adopt, because in some ways, at

10   least in the area I'm most familiar with, we're

11   abandoning all of those traditional redistricting

12   principles for other goals in the totality of the

13   state.

14            So that's my --

15            MR. EVANS:  And, unfortunately, Senator Reese,

16   the concerns that you raise are not uncommon, even in

17   the current map.

18            I do a lot of voter protection work during

19   election season and we have a hard time explaining to

20   people in St. Landry Parish why their grandmother

21   across the street or their cousin around the corner is

22   in district four instead of district three.

1          SEN. REESE:  True.

2          MR. EVANS:  Or in district five. When we have

3   elections in New Orleans currently, there's a lot of

4   people who go -- show up thinking that their friends

5   told them to go vote in a special election and they

6   realized they're in a different congressional district,

7   even though they live across the street from each

8   other.

9          SEN. REESE:  Yeah. Yeah. Well, thank you.

10  Thank you for your response. I appreciate that. Thank

11  you, Madam Chairwoman.

12         SEN. HEWITT:  All right, thank you. Senator

13  Foil.

14         SEN. FOIL:  Thank you, Madam Chair. Senator

15  Fields, I appreciate your efforts through this process.

16  I know you've worked hard and we did pass a plan. I

17  voted for it. I know you voted against it. At the time,

18  I felt like the plan -- and still did, was legal.

19         I realize now it's gone through the court

20  system and, as you know, around the country there's

21  litigation all over the place about redistricting. And

22  so I just want to make sure we're clear for the public

1    where we are in the -- in the court process.

2            I mean, at this point in time, there's never

3    been a trial on the merits at the district courts on

4    the validity of the plan that was passed, would you

5    agree?

6            SEN. FIELDS:  That's correct. There's no --

7    there -- there has been no trial on the merits, but --

8            SEN. FOIL:  And I realize Judge Dick has

9    granted a preliminary injunction with her orders, which

10   is why we're here today, and I've read the Fifth

11   Circuit decision a couple of times and I -- I

12   understand the Fifth Circuit did not keep a stay in

13   place.

14           But the only order I saw by the Fifth Circuit

15   judges was that the Clerk issued an expedited briefing

16   schedule and to calendar this matter for argument

17   before the next available randomly selected merits

18   panel that is already scheduled to hear arguments.

19           So that's the only thing -- only order I saw

20   from the First Circuit is it ordered that this be

21   placed on an expedited docket for a merits panel.

22           SEN. FIELDS:  You mean a Fifth Circuit?

1          SEN. FOIL:  The Fifth Circuit, yes.

2          SEN. FIELDS:  Okay. And -- and there is an

3    audit in place from the First Circuit and the Fifth

4    Circuit has ordered it for a hearing on the 8th and

5    right now, we're under the latest expression of the

6    court and the latest expression of the court is the

7    First Circuit.

8          SEN. FOIL:  You mean the district -- middle

9    district?

10         SEN. FIELDS:  Yes. I mean the middle district.

11         SEN. FOIL:  Yeah. And I -- and I understand

12   that, but there might be -- I read the paper this

13   morning and read some things in the paper that may have

14   been misconstrued that the -- at least it implied that

15   the Fifth Circuit was ordering that we go in and -- and

16   make a new map.

17         I didn't see that order in this -- in this

18   decision.

19         SEN. FIELDS:  Well, it's not an order of the

20   Fifth Circuit and if anyone said that, you know, I -- I

21   guess it can be implied, I guess, because they lifted

22   the stay, so it can be implied.

1          But the Fifth Circuit did not say that, but

2    the district court actually did say that and as an

3    officer of the court and as a law abiding citizen and

4    as a person who took the oath of office, when I said I

5    was going to uphold the Constitution of the State and

6    of the United States, I'm dutybound to do what the

7    federal court has ordered me to do and that's why I'm

8    here.

9          SEN. FOIL:  And I do agree with you that we do

10   have an obligation to try to do what the district court

11   ordered us to do, I just --

12         SEN. FIELDS:  I -- I don't think we should try

13   to do. I think we should do. I -- look, I disagree with

14   you on that. We shouldn't try to do what the district

15   court ordered us to do. I think we should do what the

16   district court has ordered us to do and that's why I'm

17   here.

18         I mean, we -- we shouldn't play with that,

19   Senator, with all due respect. I think we should do

20   what the district court has ordered us to do. That's

21   where we differ.

22         SEN. FOIL:  Let me -- let me make clear, for

1  the record now, I want to make sure people understand,

2  but the Fifth Circuit has not ruled on the merits of

3  the -- granting the preliminary injunction.

4        SEN. FIELDS:  I agree with you. I agree with

5  you, Senator. I agree.

6        SEN. FOIL:  And you and I are both attorneys

7  and we know there are times when we lose at the trial

8  level and we have the right to --

9        SEN. FIELDS:  I have done that.

10        SEN. FOIL:  -- appeal that decision.

11        SEN. FIELDS:  I've done that before.

12        SEN. FOIL:  I know you have. You're -- you're

13  a well-known attorney. But --

14        SEN. FIELDS:  But -- but -- but let me clear.

15  I don't think we should try. I think we should do what

16  the federal court has ordered us to do. As an officer

17  of the court, I want to be clear.

18        SEN. FOIL:  You -- you are and I appreciate

19  that and understand where you're coming from. But let

20  me just finish this line of questioning just to make

21  sure the public understands.

22        If this matter were to continue to be

1    litigated, it could potentially go to a trial at the

2    middle district. Then it could be appealed if there's

3    an adverse ruling. Well, there will be an adverse

4    ruling.

5            It could be appealed by the losing party to

6    the Fifth Circuit and then it could go to the Supreme

7    Court. So there's still potential for more litigation

8    ahead of us.

9            SEN. FIELDS:  Senator, as a lawyer, you're a

10   lawyer. You know, as a lawyer, once a court issues a

11   ruling, we -- we take -- we take appeals all the time.

12           SEN. FOIL:  Right.

13           SEN. FIELDS:  But the latest order of the

14   court, pending appeal, we have to follow that. We have

15   an order of the court and -- and we shouldn't give this

16   legislature any -- there are a lot of non-lawyers in

17   this legislature.

18           SEN. FOIL:  Right.

19           SEN. FIELDS:  And -- and -- and we as lawyers,

20   we should let them know they don't have the luxury of

21   not following, this court following, this court order.

22   This is a real judge who has issued a real order and we

1    should follow it.

2              SEN. FOIL:  I realize that and I understand

3    that, but my concern is because of the timetable.

4              At the appropriate time, I would -- not just

5    for your bill, but any -- any proposals that we -- we

6    present, I would like to offer an amendment that puts

7    some qualifying language that if your bill passes or

8    some other bill passes, if a court later finds the

9    first plan to be upheld, then the -- the second bill

10   would -- would not be law.

11             I wanted something to that effect. Obviously

12   we don't have the luxury of time to know what the

13   courts are going to do, because we're here today and

14   we've got to do something.

15             So I would want some kind of -- put some kind

16   of language in that respect when we get to that time on

17   amendments, I'm going to want to work on that with you.

18             SEN. FIELDS:  [inaudible]

19             SEN. FOIL:  And it wouldn't be just your bill,

20   Senator, it would be -- it would be any bill that's

21   proposed to the process. Thank you, Madam Chair.

22             SEN. HEWITT:  All right, Senator. Thank you.

1    Senator Milligan.

2            SEN. MILLIGAN:  Thank you, Madam Chairwoman.

3    You know, Senator, I sit here and -- and think about

4    everything that we've talked about this morning and --

5    and yesterday, of course, on the floor.

6            I sit there and question the fact that with --

7    with our map, with our congressional map that -- that

8    two chambers overwhelmingly supported and overrode a

9    veto, the judge had 24 days to consider one instrument.

10           Right? A very important instrument on a very

11   important topic. And she needs all the time she can --

12   needed. She took all the time that she needed to do it.

13           But yet we're expected, in six days, to

14   reconsider not just one instrument, but multiple

15   instruments that are all very important and we have to

16   take into account every one of those instruments.

17           So I'm -- I'm not real happy with the fact

18   that we're in a rush to get something done this

19   important in six days' time. Can it be done? Yes. But

20   we have to consider multiple instruments.

21           The next thing I want to talk about -- I'm

22   just voicing my opinion there, because I -- I'm

1  frustrated by that on such an important topic. The next

2  thing I want to talk about is the fact that how in the

3  world is race not the issue?

4          We just heard your attorney. Race is not the

5  issue in drawing this map, yet we've been ordered not

6  to draw two majority minority districts. We've been

7  ordered to draw two black districts.

8          When I look at SB 1, when I look at the map,

9  and I understand we're trying to hit all the numbers

10  and you went over all the numbers this morning. It --

11  it's almost like we're trying to drive a square peg

12  through a round hole to make those numbers work.

13          And with the computer, you can make those

14  numbers work. But when you sit and look at the map and

15  you look at these little jut outs that are solely

16  designed to capture, not population, capture black

17  population to make the numbers work, how is this not

18  about race?

19          How is race not the issue in drawing this map?

20  What I want to ask you, and your attorney, the current

21  map that we all under, was approved under the Obama

22  administration.

1           The map that this body and the House approved

2     is very similar. That original map was okay. It was

3     fine. No problem. It was approved. We passed it. We

4     moved on. We've adhered by it for the last 10 years.

5           The map that's been drawn is relatively

6     similar, but it's not. It's terrible. And look, in 10

7     roadshows we've all been called racist because of that

8     map. I didn't draw that map, but I live by that map.

9           And all of the congressional members along

10    with all of us on this panel and you yourself, we are

11    all public servants. I don't represent black people. I

12    don't represent white people. I represent all people,

13    as does all of our congressional leaders.

14          So my question to you, and to your attorney,

15    is -- and maybe we've covered this. We've been at this

16    a long time.

17          I need somebody to explain to me and this body

18    how the current map and the map that's been drawn and

19    approved does not allow for representation, the right

20    to vote or the right to run of any minority inside

21    those districts.

22          Because there's nothing in the current maps.

1    There's nothing in the map that's been drawn. There's

2    nothing in the map that you drew that denies

3    representation. It denies the right to vote. It denies

4    the right to run.

5         There's nothing that blocks that. And I take

6    offense to it, because I sit there as a public servant

7    thinking, I represent 119,000 people at home, but I

8    represent everybody at home and nobody in my district

9    can say they're not represented.

10        Nobody in my district can say they can't run,

11   because I'm a white man. Nobody in my district says

12   they can't vote because I'm a white man. I take offense

13   to that. We draw maps based on population and federal

14   standards and we try to check every one of those boxes.

15        Every one of those boxes. It's not drawn for

16   the republicans and it's not drawn for democrats. It's

17   not drawn for white, black, Mexican; I don't care. It's

18   not drawn for those purposes.

19        But yet I have to sit here and we have to sit

20   here through all the roadshows, through all the

21   committee hearings, and we're -- we're told race is not

22   the issue. But yet it is and I take offense to that.

1          I -- I need somebody to explain to me again

2    how people are not represented, they can't vote and

3    they can't run because of the current map or the maps

4    that have been proposed.

5          And I -- when you look at your map, Senator,

6    you can easily make all the numbers work, but you're

7    taking a little bit of Slidell. You're taking Ville

8    Plat. You're carving up a little Rapides. Carving

9    Ouachita.

10          I realize there's going to be some

11    fragmentation. I realize that. Arguments are made. But

12    when you look at this map, the current map that you've

13    drawn, basically what happens in the fifth district is

14    the fifth district now belongs to Baton Rouge.

15          How is -- how is there a community of

16    interest? How is there any common interest from someone

17    in Morehouse and West Carroll versus East Baton Rouge

18    Parish?

19          So I -- I'll stop there, but -- but tell me

20    again how -- how there's no representation based on the

21    current map and how your map is going to change the

22    representation. I realize it may -- it may allow for

1   another -- another African American in Congress.

2           I realize that. But you may also weaken

3   another district to not allow representation. I just

4   don't understand this argument. So I -- I'll -- my

5   apologies, but I'll turn it back over to you.

6           SEN. FIELDS:  Thank you, Senator. Well,

7   Senator, the way this -- this system of voting rights

8   work is every 10 years the -- the states have something

9   called a census. And they do -- they send people out

10  and now they do it through computers and they count.

11          And through the -- the most recent census,

12  Louisiana actually increased in minority population and

13  decreased in white population.

14          SEN. MILLIGAN:  I understand.

15          SEN. FIELDS:  And then there are some other --

16  others as well. There's Hispanic, so forth and so on.

17  So Louisiana increased, I think by -- by four percent -

18  - six percent -- I mean, four percent in -- in black

19  population.

20          That number has went up and white population

21  it actually decreased like by six percent. And -- and

22  so after redistricting, we have to do this thing called

1  redistricting.

2          SEN. MILLIGAN:  I understand.

3          SEN. FIELDS:  And -- and we have to redraw

4  lines and so that's why we're here. And we have to do

5  it based on something, you know, you know, there are

6  all kinds of legal terms that we use. There are cases

7  that have been litigated.

8          Jingles versus Thornburg. Then they're

9  legislated. Jurors have had hearings. Like and they

10 have come up with all kinds of interesting terms.

11 Senate factors. And we have to put all that stuff

12 together and we have to redraw lines and we have to use

13 these guidelines.

14         And -- and then the court has to vet it if

15 somebody challenge it. And so that's what has happened

16 here in Louisiana. We have drew lines and it wasn't

17 challenged last time. We drew lines and it's been

18 challenged.

19         And -- and because it's wrong. It doesn't

20 comply with subsection two of the Voting Rights Act.

21 Now, back in the day, we had something called

22 subsection five, which we still do, but we don't have

1  to go through that rigorous -- the Justice Department

2  doesn't have to do that rigorous oversight.

3         Because Louisiana has a history of

4  discriminating against black people. There was a time I

5  had to state the [inaudible] I had to do all kinds of

6  things. My grandparents had to do all kinds of things

7  just to register to vote.

8         And so -- so that's why we're here. Now, this

9  plan is more compact than the present plan that we have

10  today and our population, the black population in this

11  state, is -- is high. Very high. Eight two -- 83

12  percent of the congressional representation is white.

13         I think that's wrong when you've got a compact

14  black population where you can create a black

15  congressional seat. And -- and that's why there's such

16  a big fight. I know it's a tough -- you know, look, I

17  know your heart.

18         You and I, we've worked together. I've worked

19  with everybody on this panel. Everybody in the Senate.

20  But it's a tough deal. But it's not tough for me,

21  because I know it's wrong. It's just dead wrong. We've

22  just got to get it right.

1          And I know where you come from, man, but we've

2     got to fix it and we've got to fix it now. And the

3     court has given us until, what is it, Monday?

4          SEN. HEWITT:  June 20 at 6:00 p.m.

5          SEN. FIELDS:  The 20th to fix it and we've

6     just got to just fix it. We've got to fix it.

7          SEN. MILLIGAN:  Thank you, Madam Chairman.

8     Thank you, Senator.

9          SEN. HEWITT:  Let me just sort of add in here

10    about some of the numbers. You talk about the numbers

11    of the black population. I've got some numbers here.

12         SEN. FIELDS:  Let's go.

13         SEN. HEWITT:  In -- well, let me start out

14    first by getting some clarifying information from Mr.

15    Evans. When we -- let's see. When we did the census in

16    2010, citizens had to check one box, did they not?

17         You had to check white, black, Asian,

18    etcetera. You could check one box. Is that correct?

19         MR. EVANS:  I'm not aware of what was on the

20    census in 2010, Senator. I was still in college.

21         SEN. HEWITT:  Okay. But you counted, right?

22    Everybody gets counted in the census.

1            MR. EVANS:  Yes, ma'am. Yes, Senator.

2            SEN. HEWITT:  Okay. All right. I believe

3    that's right. All right, in 2020, we changed the

4    process by which we gathered census data where people

5    could check multiple boxes, right? Check all that

6    apply.

7            And so people could check multiple boxes. Is

8    that correct?

9            MR. EVANS:  That is correct. Yes, Senator.

10           SEN. HEWITT:  Okay. And I believe the way the

11   data has been accumulated is if -- if citizens checked

12   black and anything else, it got put into the black

13   bucket. Is that correct?

14           MR. EVANS:  I'm not aware of what the

15   intricacies of the census were, Senator.

16           SEN. HEWITT:  You're not aware of what? I'm

17   sorry.

18           MR. EVANS:  What the intricacies of the census

19   were.

20           SEN. HEWITT:  Well, I'm surprised because

21   you're -- those aren't intricacies. Those are -- I

22   mean, those are the numbers, right, by which you're

1   basing a lot of your arguments.

2           When we say any part black, isn't that -- APB,

3   isn't that an acronym that's used in the -- in the

4   discussions about the census and the -- how we should

5   draw the maps? APB?

6           MR. EVANS:  That is correct, Senator. That is

7   -- that is correct.

8           SEN. HEWITT:  All right. So any part black,

9   does that mean that if you checked black and anything

10  else, that you were registered as any part black in

11  terms of -- not registered, like registered to vote,

12  but -- but that's how you were counted, is that

13  correct?

14          MR. EVANS:  I believe that to be correct,

15  Senator, yes.

16          SEN. HEWITT:  Okay. I'm really asking. I'm

17  trying to make sure that I've got all the acronyms

18  right.

19          MR. EVANS:  It's -- no, Senator, you are

20  correct. There's a lot of acronyms and I'm not sure

21  what all of them mean myself.

22          SEN. HEWITT:  Okay. All right. I've got a

1    table here that shows this is about black voting age

2    population, BVAP. You're familiar with that?

3              MR. EVANS:  Yes. Yes, Senator.

4              SEN. HEWITT:  Any part black. All right. In

5    the year 2000, in the state of Louisiana, we had 29.6

6    percent black voting age population when you use any

7    part black. In 2010, we had 30.47. In 2020, we had

8    31.25 percent.

9              All right, so in 10 years we went from 30.47

10   percent to 31.25 percent. This is black voting age

11   population. Meanwhile, during that 20-year time, we

12   went from seven districts -- congressional districts,

13   to six.

14             So in 2000, when we had seven seats, the ideal

15   district size was 638,425. In 2010, we dropped down to

16   six seats, because other -- other states were growing

17   faster than we were. Our ideal population district size

18   -- ideal district size was 755,562.

19             Today, in 2020, it is 776,293, which is a

20   difference in terms of ideal district size over the

21   last 10 years of 20,731. Okay, so my point is, the

22   black population has not changed that much in 10 years.

1        In terms of black voting age population, it

2   has not changed that much and yet we have gone from

3   seven seats to six seats.

4        The growth of the -- of the districts is

5   larger than it was with fewer seats, so it makes it

6   much more difficult to draw a district that is majority

7   black when you have fewer districts and a larger ideal

8   district size. Would you not agree with that?

9        SEN. FIELDS:  No, I will not agree with that

10  at all, because let me just go to -- I was going from

11  the US Census number -- I'm going to go to the state

12  senate numbers, which I assume is the US Senate Census

13  number.

14        Total white population in this state is 57.0

15  percent according the population from the senate and

16  the total black population is 33.1 percent. Look, there

17  are six districts. Six districts in the state.

18        You know, I -- I -- going from the -- the 62,

19  I said, you know, but the white population according to

20  the state is 57 percent. You know, you go 57 percent,

21  how can you say that one out of 57 -- when you're 57

22  percent of the population, you want to occupy over 80

1   percent of the seats?

2           Eighty percent? I mean, come on, now. I mean,

3   that's -- no, that's not right. No, that's not fair.

4   That's not fair under any circumstances. It -- it -- no

5   one on this panel can even think -- can even dream that

6   that's fair.

7           Senator Hewitt, you know that's not fair. And

8   when the population is compact, the -- here's a plan

9   before you that shows you if you put up -- if you put

10  up the present -- put -- can you put up the present

11  plan?

12          The present plan, if you put up the present

13  plan, you'll see that district five is really no

14  different from district -- district five under the

15  Senate Bill 1. I mean, it's just really no difference.

16          It's -- it's really the same. You know? And --

17  and no, it's not fair. You will not get me to concede

18  to that point.

19          SEN. HEWITT:  Well, I wasn't asking you about

20  fairness. That's not even a legally defined term.

21          SEN. FIELDS:  But that's what we're here for.

22  We're here to talk about fairness.

1             SEN. HEWITT:  We're here to talk about a map

2        that this legislature wants to enact --

3             SEN. FIELDS:  That's fair.

4             SEN. HEWITT:  -- that meets all the federal

5        and state laws.

6             SEN. FIELDS:  A map that's fair. That's why

7        we're here. We have passed an unfair map. We're here to

8        pass a fair map so we can get the federal court off of

9        our back.

10            SEN. HEWITT:  Where in the law does it --

11       where does -- in the law does it define fair?

12            SEN. FIELDS:  Under subsection two of the

13       Voting Rights Act.

14            SEN. HEWITT:  It's -- the word fair I don't

15       think shows up anywhere in the Voting Rights Act. What

16       does show up is something that says, and I quote, that

17       nothing in this section establishes a right to have

18       members of a protected class elected in numbers equal

19       to the proportion in the population.

20            SEN. FIELDS:  No, here, Senator, is your plan.

21       That's -- that's the present plan that we are operating

22       under today. Now, that's what we're operating under

1  today, right now, today. Now, click on what we are

2  debating right now.

3          Oh, wait, that's what we are -- that's the

4  plan that we are operating under today. Today, that's

5  the -- no, not -- not today. That's what they plan to

6  run under. That's the one that's passed. We have passed

7  this plan this past legislative extraordinary session.

8          Now, if we -- if the court -- if we can -- if

9  we're allowed to run for office under this plan, this

10 is the plan that the legislature has approved. Now, put

11 -- pull up Senate Bill 1. Now, tell me -- I mean, I

12 can't even imagine how anybody sitting on this panel --

13 panel can say that that's not fair.

14         You -- you've got 80-some percent of the seats

15 right now today, Senator, 80-some percent, 80-some

16 percent of the congressional representation in Congress

17 today are white.

18         And this is what you want -- this is how the

19 congressional seats look and this is what I'm

20 proposing.

21         And that's why the court struck it down and

22 we're still here debating -- we're still here debating

1  about the same thing. That's -- you know, let's --

2  let's move on.

3         SEN. HEWITT:  I don't believe the court struck

4  it down. Didn't you just have that debate or that

5  conversation with Senator Foil? This map has not been

6  considered yet on the merits. Isn't that correct?

7         SEN. FIELDS:  And in fact -- in fact, look, we

8  can actually -- actually it has. Actually it has. We've

9  had the trial in the merit in the district court. The

10 appeals court, that's why we say appeal.

11        Appeal is for appeal the record. The case has

12 been submitted. We've had the trial. All the appeal is

13 going to do is appeal the record in the case. The

14 record has been settled. You know? It's --

15        SEN. HEWITT:  As a preliminary injunction.

16        SEN. FIELDS:  Yes, the injunction.

17        SEN. HEWITT:  A preliminary injunction is not

18 the same as the merits, is it?

19        SEN. FIELDS:  The -- the -- appeals court

20 can't hear a trial. The appeals court is going to hear

21 the appeal on the record. On the record. You're not

22 putting new evidence in, in the appeal.

1        SEN. HEWITT: The issue before the district

2   court, though, it was a preliminary injunction, wasn't

3   it?

4        SEN. FIELDS:  Yes, it was.

5        SEN. HEWITT:  That's not merit.

6        SEN. FIELDS:  An injunction on the merits. An

7   injunction. The whole case has been submitted. Look,

8   I'm not here to argue with you about the case, although

9   I can, but I'm here to argue with you about my bill.

10       I'm trying to comply with the court order. The

11  court has ordered us to do something and I'm submitting

12  it to you, Senator, and my fellow members. Look, let's

13  -- I'm just trying to help all of us, as members of the

14  senate, to comply with the court order.

15       We've -- we've been ordered to do something

16  and I'm doing everything I can do for us to comply with

17  it.

18       SEN. HEWITT:  And we -- we are here today to

19  do the same thing, but we're a deliberative body and

20  there's -- there's no way that you or I individually

21  could say that this body will do what the court

22  ordered, right?

1        Even if you want to and you will it, and I

2    want to and I will it, we can't do that, because we're

3    a deliberative body with 144 people that all have an

4    opinion and a vote.

5        SEN. FIELDS:  I agree with you, but it's 37 of

6    us and the 37 of us or 36, I forget about the numbers,

7    Senator Harris. I don't know how many of us is it now,

8    but the 36 or 37 of us can do.

9        The 36 of us, we need to show -- we need --

10   we're the leaders of this legislature. We need to show

11   the court that we are doing what we -- what we have

12   been ordered to do and we can do that.

13       SEN. HEWITT:  And we are in day two of that

14   process.

15       SEN. FIELDS:  And I -- and look, I'm impressed

16   with what the president and what you and what this

17   entire senate is doing and has done to this point,

18   because we are -- we -- we are doing what we need to do

19   and -- and I just think we should continue on those

20   path -- on that path.

21       SEN. HEWITT:  All right. Question, again,

22   Senator Reese.

1          SEN. REESE:  Chairwoman. Senator Fields, one

2     other thing, just a piece of underlying data that --

3     while you guys are at the table and have the expertise

4     to answer it.

5          So in developing your map to -- to comply with

6     -- with the court's order in creating two majority

7     minority districts, obviously one of the things that

8     we've all debated along this path as we try to develop

9     our own maps related to what -- what is that

10    percentage?

11         So tell me -- tell me what -- of all the

12    demographic measures, what -- what percentage measure

13    in your two minority majority districts -- or majority

14    minority districts did you rely upon to label them as

15    such?

16         SEN. FIELDS:  I'm going to let Jared -- Jared

17    answer this question, but that was -- that issue came

18    up in court in terms of performance.

19         SEN. REESE:  Right.

20         SEN. FIELDS:  You know, will these districts

21    perform? And I think the chair has -- has made a big

22    issue about performance in previous hearings, and I've

1    testified to this before.

2            These districts will perform, because that was

3    another issue, whether or not the districts will

4    perform.

5            SEN. REESE:  Right.

6            SEN. FIELDS:  And I -- I'm -- we did some kind

7    of test on these districts.

8            MR. EVANS:  We performed a racially polarized

9    voting test. And Senator Reese, thank you for that

10   question, because we had a weeklong trial before the

11   middle district and that probably took more time up

12   than anything else.

13           Both sides put forth several witnesses who

14   talked about racially polarized voting, who talked

15   about the history of racially polarized voting in this

16   state and the court ruled in our favor that both

17   district two and district five would perform for

18   minority choice candidates.

19           And the keyword they used, Senator, is

20   opportunity. Section five, as --

21           SEN. REESE:  Right.

22           MR. EVANS:  -- Senator Hewitt has said several

1    times, it doesn't mandate --

2              SEN. REESE:  Right.

3              MR. EVANS:  -- anything proportional, but it

4    does -- the language does provide -- the language does

5    call for districts that provide an opportunity and it

6    is our belief, and it is the belief of the middle

7    district, that both district five and district two and

8    Senator Fields' map will provide that opportunity for

9    minority voters in this state.

10             SEN. REESE:  So tell -- talk to me a little

11   bit about how that's applied, then. So your -- your --

12   are you -- is the demographic the black voting age

13   population?

14             Is the demographic -- what -- what demographic

15   measure are you using when you apply that test that you

16   say, all right, I need to be at 51 percent. I need to

17   be at 57 percent. Is it -- is it that --

18             MR. EVANS:  No, that -- that's an --

19             SEN. REESE:  -- measure or is it a combination

20   of demographics?

21             MR. EVANS:  That -- that's an excellent -- an

22   excellent question, Senator, and it is -- there is no

1    magic number. I -- sometimes I wish it was, because

2    there would -- it would make our job a whole lot

3    easier.

4           But you have to look at the voting pattern of

5    each individual area. You have to look at where there

6    is white crossover voting, which means where there is

7    white voters who are willing to vote for the minority

8    choice candidate.

9           And unfortunately, in this state, outside of

10   metro New Orleans, there is virtually zero crossover

11   voting. So a district that is at 52 percent somewhere

12   else in the state might --

13          SEN. REESE:  When you say 52 percent, you're

14   referring to 52 percent VAP?

15          MR. EVANS:  Yes. Yes, or 49 or whatever, any -

16   - any number. It would be different in the New Orleans

17   area than it would anywhere else in the state.

18          SEN. REESE:  So when you apply that

19   percentage, it's not correct to -- to apply that

20   percentage statewide regardless of the configurations.

21          You're saying you've got to actually draw a

22   district precinct by precinct and apply that measure

1  and you'll come up with something that says it either

2  will perform or it will not perform?

3          MR. EVANS:  Well, nothing can be applied

4  statewide, Senator, because voting patterns are -- are

5  different parish by parish, area by area.

6          So I -- to answer your question, there is no

7  one magic number that we can say, okay, we're going to

8  make all districts 55 percent black and they're all

9  going to perform. We're going to make all districts 51,

10 52, whatever it is.

11         There's no magic formula that you can apply

12 statewide.

13         SEN. REESE:  But you are saying -- you are

14 saying that you have some data that says that -- that

15 district two and district five as constructed in this

16 map, do perform as opportunity districts? You have that

17 data?

18         MR. EVANS:  Absolutely, and the court -- and -

19 - and the court has -- and the court agreed with our

20 experts. We -- we provided that -- we put on experts in

21 the trial in the middle district and the court agreed

22 with our witnesses.

1      SEN. REESE:  So your experts in trial, though,

2  took the map that we're looking at in Senate Bill 1 and

3  said how it would work? Or your -- your experts were in

4  there saying how the map that the legislature passed

5  did not work?

6      MR. EVANS:  Well, in the record, Senator

7  Reese, they looked at both of them. They looked at the

8  map that the majority passed over Governor Edwards'

9  veto and they also look at the remedial maps that we

10 proposed to them as alternatives.

11     And they talked about how a racially polarized

12 voting test is done. You look at previous elections,

13 not just for -- not just local elections for

14 schoolboard or mayor, but you look at how they have

15 voted for offices like state treasurer, for Congress,

16 for President, for governor.

17     And you -- essentially you come up with a

18 number or a list of how those candidates would have

19 performed. How the minority choice candidate would

20 perform.

21     And that's what our experts testified to in

22 court and that Judge Dick agreed with our witnesses,

1    that both of these districts would perform.

2            SEN. REESE:  Okay. All right. Thank you, Madam

3    Chairwoman.

4            SEN. HEWITT:  Thank you, Senator. Didn't --

5    didn't in fact your experts show that there was cross -

6    - white crossover vote and that they could perform at

7    something significantly less than 50 percent black?

8            MR. EVANS:  Repeat your question again for me,

9    Senator?

10           SEN. HEWITT:  Didn't your experts demonstrate

11   that -- that districts could perform even at something

12   significantly less than 50 percent black?

13           MR. EVANS:  I'm not aware of that --

14           SEN. HEWITT:  Because of a white crossover

15   vote?

16           MR. EVANS:  I'm -- I'm not aware of that,

17   Senator. What I am aware of is that our witnesses

18   testified that both of these districts would perform

19   for minority choice candidate. That's what I can

20   testify to today.

21           SEN. HEWITT:  Okay. And this racially

22   polarized voting data that you're talking about, this

1    is the same data that -- that you -- you discussed

2    during this -- the redistricting process that I asked

3    you for that three times and you were never willing to

4    share it while we were developing maps. Is that

5    correct?

6              MR. EVANS:  That is correct, Senator, but when

7    we got to court, we were able to provide multiple

8    witnesses, world renowned expert witnesses, I might

9    add, that had histories of work and racially polarized

10   voting in redistricting and voting rights.

11             SEN. HEWITT:  Okay.

12             SEN. FIELDS:  And Senator, I'm sure you're

13   aware, but that -- you know, I got a text a few minutes

14   ago that the court denied the extension, so we have

15   until the 20th to get this done. And the court denied

16   the extension of time filed by your lawyer.

17             So, I mean, we have until the 20th to get this

18   -- to get this done.

19             SEN. HEWITT:  We are here on day two, Senator,

20   doing our part.

21             SEN. FIELDS:  I agree with you. We are. We

22   are. And I appreciate that.

1           SEN. HEWITT:  All right. Senator Price.

2           SEN. PRICE:  Thank you, Madam Chairman, and

3    Senator Fields and Mr. Evans. Thank you for all you're

4    doing. But one of the things that has not been brought

5    up is that -- and we're a deliberative body and we were

6    given the first shot at developing a second minority

7    district.

8           And if not, isn't it in the court order that

9    then the court -- it would proceed to the court for

10   them to take it and do it?

11          SEN. FIELDS:  That's exactly right. I mean, if

12   we -- let's just say we fail this session. Let's just

13   say on the 20th, nothing happens. You know, I think,

14   you know, for folk who are sitting and saying, well,

15   we're going to wait until the 8th, I would think that

16   the court is going to do something.

17          The court made it very clear I'm going to give

18   the legislature one last shot at it. And -- and I can't

19   speak for the court and don't want to even think about

20   speaking for the court. But you know, the court could

21   very well hire a special master and then create their

22   own plan.

1          And then come the 8th, you can have a court

2     ordered plan. But I don't know. I do not want to say

3     that I'm speaking for the court, but I think we lose

4     our shot at it, at that point.

5          I -- I don't think we have no more right to,

6     you know, but if you think we're going to have another

7     shot at it, I just think we're sadly mistaken. This is

8     our last bite at the apple and I just think we should

9     take advantage of it.

10         SEN. PRICE:  And -- and that's why I brought

11    it up, because when you read the order, there's

12    something that they say is about the court possibly

13    moving in and -- and drawing the district themselves if

14    we do not do something.

15         And that's what we face at this point.

16         MR. EVANS:  Well -- well, not -- not possibly,

17    Senator Price. Judge Dick had the foresight to

18    understand the -- I will say political climate of this

19    legislature and she ordered that if this body did not

20    pass a map by June 20, that she would begin remedial

21    proceedings to pass a map -- to enact a new map that

22    did comply with section two of the Voting Rights Act.

1          SEN. PRICE:  Okay. Thank you.

2          SEN. HEWITT:  Senator, thank you. Senator

3     Womack.

4          SEN. WOMACK:  Thank you, Madam Chair. Senator

5     Fields and -- I've had the pleasure for the last three

6     years serving with you and -- and we've helped one

7     another along the way, so I need you to help me here.

8          SEN. FIELDS:  Yes, sir.

9          SEN. WOMACK:  Do you feel like in the last 40

10    years that we've made progress in our state with

11    African Americans moving forward in our education

12    system, in our legislative process and our government

13    throughout our municipalities, school boards and that

14    sort of thing?

15         SEN. FIELDS:  Well, I mean, that's a -- when

16    you look at -- when you -- when it comes to

17    redistricting, no, absolutely not.

18         I mean, because you know, although African

19    Americans increased in population in the state and the

20    white population decreased in population in the state,

21    during this past previous redistricting session, we did

22    not increase not one African American seat in any area.

1          Not in a legislative area. Not in a

2     congressional area. Not one -- we did not create not

3     one additional seat on any level. If -- if I may be so

4     [inaudible] to talk about local, you know, you know,

5     like the First Circuit, one African American, you know,

6     on a bench that includes several parishes.

7          You know, I can go on and on. I mean, when you

8     look at it from that perspective, it's -- it's

9     disappointing. So, you know, I think we have a long

10    ways to go when it comes -- comes to that. So -- and --

11    and I'll just leave it at that.

12          SEN. WOMACK:  So in our -- in our landscape --

13    of course, district five, I represent 10 parishes out

14    of district five and then due to my work, I am involved

15    in several other -- other parishes where there's -- I

16    represent or either work for mayors who are African

17    American. And I work for -- I know there's mayors

18    that's been elected and held office for several years

19    at a time because of their outstanding performance by

20    majority white.

21          I know that in our -- in this day and time, we

22    have interracial churches. We have boards that are

1  interracial. I personally feel like we've made strides

2  in the last 40 years. Are we there yet? Maybe not. But

3  we've made strides in our processes, and our elections,

4  and in our representation.

5          I have to question the fact that when we talk

6  about representation that from the local areas of our

7  state, across the -- across the board, we go everything

8  from pastors, to justices of the peace, at large

9  members, police jury, the town councils, to school

10  boards, to state representative, to state senators, to

11  committees by the hundreds.

12          So the representation for all -- for all

13  people, as Senator Milligan alluded to, I answer the

14  phone no matter who it is, and we represent. And I have

15  to believe my constituents do the same, I believe you

16  do the same thing. You've done that for me in your

17  committee. So from the representation, the -- whether

18  we call it organic growth, or movement, or what, it

19  just seems to be working.

20          And as a legislative body we spent roadshows,

21  we spent time, we voted, and which we do in session day

22  in and day out. And sometimes we're winners and

1    sometimes we're losers. But we move on. However, this

2    process chose to take a different route. But taking

3    that different route leads us to other routes.

4            Now, I know we've been -- been asked or told

5    to have a map out of here. But there's also other

6    avenues that, you know, possibly we have to take, or

7    can take, or have the ability to take. I'm just

8    concerned about the -- the fact that we're having to

9    address something that to me is already happening

10   within itself, you know, happening within itself across

11   -- across our state.

12           SEN. FIELDS:  Yeah. And I spoke on it on the

13   floor just for a tiny bit. You know, and everybody

14   know, I have no desire to go back to Congress. I --

15   yeah. Ain't no way I'd go back now.

16           SEN. WOMACK:  I've heard you say that.

17           SEN. FIELDS:  But -- but, you know, you're

18   speaking to someone who -- who's actually been there. I

19   talked about the money part of how much money. We deal

20   with billions here, they deal with trillions upon

21   trillions there. You know, it's an important seat. I

22   mean, it's an important seat. And when you got to such

1    a large African American population, they want to

2    participate in that.

3            You know, but it's not only the dollars they

4    deal with, they also deal with appointments. You know?

5    You -- your federal judge -- judges come from Congress,

6    you know, and -- and -- and -- and you got African

7    Americans who sit at their homes. There are African

8    Americans who want to be federal judges one day, you

9    know? And -- and -- and they really come from

10   the U.S. Senate.

11           We -- we -- I don't know if Louisiana will

12   ever have a U.S. senator, a Black U.S. senator. So the

13   closest thing an African American will get to a U.S.

14   senator from Louisiana is probably a U.S. congressman -

15   - a U.S. congressman. You know?

16           And -- and -- and so, you know, I -- I -- you

17   know, policy comes from Washington. I mean, so on a

18   national level, that's their road, that's their

19   roadmap. I mean, that's the way they get to Congress.

20   And so while -- while many -- and I don't think for --

21   for evil reasons, because I know your hearts. I mean, I

22   -- while many of you think this is some [caveat ?] it's

1   just -- no. This is -- this is real. People need to be

2   represented at the highest level of government.

3             SEN. WOMACK:  We had a -- we had a president,

4   President Obama --

5             SEN. FIELDS:  And -- and -- and people --

6             SEN. WOMACK:  -- was a Black president, and we

7   all worked under President Obama.

8             SEN. FIELDS:  Absolutely.

9             SEN. WOMACK:  So I have to -- I have to kind

10  of agree to disagree that we've been there. I'm not

11  saying that it won't happen again. We all -- we all

12  vote for character, we try to vote for the -- for the

13  best guy. And if we don't win, you know what we do? We

14  work with him.

15            SEN. FIELDS:  That's right.

16            SEN. WOMACK:  And they -- they appoint judges,

17  and he appointed judges and -- and we -- we lived with

18  that.

19            SEN. FIELDS:  And -- and -- and when President

20  Obama was elected, it was a day that -- that -- that I

21  cried with joy, and that was a good thing. But he lost

22  Louisiana. Look -- look -- look, that was a good day.

1      SEN. WOMACK:  But we got to look at the big

2  picture that it -- it -- it cannot happen every day, or

3  it does not happen every day.

4      SEN. FIELDS:  I understand.

5      SEN. WOMACK:  You know, a -- my business grew

6  under him, a lot of businesses grew under President

7  Obama. We got a president at LSU now, African American.

8      SEN. FIELDS:  Right.

9      SEN. WOMACK:  You know what we doing? I met

10  with him this morning, we're working to try to move

11  Louisiana forward, not segregate to the point that we

12  first got to deal with this. We -- we got to move the

13  state forward. As we move the state forward, we -- we -

14  -- we move all people forward.

15      SEN. FIELDS:  I agree with you, Senator

16  Womack. And -- and we do it by passing this map, this

17  would be a great step in the right direction. Because

18  you make very good points. And -- and -- and -- and

19  this is just one step. You know? We -- we -- we -- we

20  have to do it with inclusion. You had a comment you

21  wanted to make?

22      MR. EVANS:  Yes, Senator Womack, thank you for

1    that question. You raise a lot of good -- good points.

2    I -- I do a lot of work on the local level for

3    redistricting as well. And this kind of ties into what

4    Senator -- Senator Reese was saying.

5            When you look -- when we are looking to add

6    potential additional minority seats to school boards,

7    to city councils, to parish councils, when a racially

8    polarized voting analysis is done, we look to the

9    elections that you just alluded to. That's why to

10   Senator Reese's point, there's no magic number that you

11   can put that says that you have to have this amount of

12   minorities in a district.

13           But tho- -- it's not our words, this isn't us,

14   Senator Fields, saying that federal courts and state

15   courts, judges appointed by both republican and

16   democratic presidents have found that racially

17   polarized voting pervades congressional and statewide

18   elections in Louisiana.

19           So when we do our -- when we do our analysis

20   for our congressional maps, for PSC maps, for any other

21   area that covers multiple parishes when you have large

22   areas, you don't look at those local elections. Because

1  those are isolated elections that affect, again, school

2  boards, parish council, city councils.

3         You look at elections, like, for PSC, like,

4  for Congress, like, for state treasurer, like, for

5  governor. And in looking at those elections, again,

6  federal courts have found that racially polarized

7  voting pervades elections for all of those major

8  offices.

9         SEN. WOMACK:  I just go back to we elected a

10  president. And we elected a -- we -- we -- we have

11  council members, we have other members, we have a -- we

12  have a -- a woman congressman, 51 percent of the state

13  are women.

14         So where does it stop? Other than organically

15  people moving forward in their education, in their

16  committees, in their character, in their work, and

17  pursuing that dream of wanting to be, as some have

18  proved that it can be in the past.

19         SEN. FIELDS:  I agree with --

20         SEN. WOMACK:  Thank you.

21         SEN. FIELDS:  -- you, senator. I mean, some

22  states have Black U.S. senators. Look -- look, we have

1    to get there -- we have to get there. And we can start

2    today by passing this map. You know, this is -- this is

3    one step in the right direction.

4                SEN. WOMACK:  But are we pushing the process

5    and let -- letting -- instead of letting it happening

6    organically, are we --

7                SEN. FIELDS:  Organic --

8                SEN. WOMACK:  -- trying to --

9                SEN. FIELDS:  I'm sorry.

10               SEN. WOMACK:  -- to -- to -- to cut the cut

11   the pa- -- cut the fabric to the pattern, or the

12   pattern to the fabric here? That -- that's -- that's

13   what I'm --

14               SEN. FIELDS:  Organically --

15               SEN. WOMACK:  What my comment is is, is

16   allowing it to -- to grow, our -- our population, Black

17   population has went up. Who's not going to say it's not

18   going to happen the next term or the next term?

19   Allowing it to happen and everybody striving for that,

20   setting that goal and striving for that goal.

21               SEN. FIELDS:  Senator, I -- I would think

22   organically is to do what's -- what's -- what's

1     required under the law, and now what's required by the

2     courts. And I mean, I've just shown two maps. I mean,

3     what we passed in the extraordinary extra session, and

4     what we -- what we have before us today. I mean, I just

5     think it's the right thing to do.

6              And look, Senator Womack, you and I have been

7     working together, I know where you're coming from. And

8     I -- I know how hard you work for your constituents. So

9     -- and -- and -- and I know where your heart is, you

10    know. But hopefully, we can get past this today and we

11    can make this -- this state a better place. Thank

12              you.

13              SEN. HEWITT:  All right. Thank you, Senator

14    Foil.

15              SEN. FOIL:  Thank you, madam -- thank you,

16    Madam Chairwoman for another [bite ?]. And this will be

17    real quick. And, Mr. Evans [ph], since you were part of

18    the -- in -- in court, this is -- my question's about

19    the judge's order and what your interpretation might

20    be. It's a pretty -- pretty narrow or pretty tight

21    order.

22              I mean, it says to enact a remedial plan. But

1  then the judge says what the appropriate remedy is, and

2  specifically says majority, Black -- not majority

3  minority. Is this unusual with other states to put

4  majority Black versus majority minority?

5          MR. EVANS:  Not at all, Senator Foil. Those

6  terms are used inter- -- interchangeably.

7          SEN. FOIL:  So the way I read the order is if

8  we have a district less than 50.1 percent then it would

9  not be an appropriate remedy. So if it was 49 percent,

10 for example, it may be more Black voters than white

11 voters. But that would not -- I don't think that would

12 solve or comply with the language.

13         MR. EVANS:  Senator Foil, I -- I cannot speak

14 to your hypothetical. But what I can speak to is a map

15 that Senator Fields has before you today. And there is

16 a majority Black population in both Congressional

17 District 5 and Congress- -- Congressional District 2.

18 And the middle district in that opinion that you have

19 in your hand agree with us that those districts were --

20 would perform for a minority choice candidate.

21         SEN. FOIL:  And I'm -- once again, because

22 there -- there can be other instruments. And while

1   you're at the table, for efficiency, I was asking you

2   since you were in the -- in the hearing, is it your

3   understanding from the judge when she says majority

4   Black that would be over 50 percent?

5          MR. EVANS:  That is my understanding. Yes,

6   Senator.

7          SEN. FOIL:  I appreciate that. Thank you,

8   Madam Chairwoman.

9          SEN. HEWITT:  Thank you, Senator Foil. I'm

10  curious about your comment. Black and minority are used

11  interchangeably?

12         MR. EVANS:  Ab- -- ab- -- absolutely. Majority

13  -- majority-minority, majority Black. We say that --

14  yes. We use those terms interchangeably.

15         SEN. HEWITT:  Really? Be- -- because there are

16  other minorities besides just Black. And so if it was a

17  majority, minority district, wouldn't you roll up all

18  of the minorities, would make -- make a majority-

19  minority district versus a majority Black district?

20         3:  You -- you raise a really good point,

21  Senator Hewitt. And what courts look at, and again, I

22  go back to our racially polarized voting analysis, and

1    they looked at the voting patterns of those minority

2    groups. And courts have found in this state that

3    minorities, irrespective of whether that's Bla- --

4    Black, Asian, or Hispanic, tend to vote for the same

5    type of candidates. And those can- --

6              SEN. HEWITT:  What court has found that --

7    what court has found that?

8              MR. EVANS:  Senator, I don't have any -- I

9    don't have the specific cite to give you right now. But

10   that -- that's what courts have -- in -- in -- in

11   Louisiana, I can tell you that courts have found that

12   min- -- when minorities tend to vote together.

13             SEN. HEWITT:  But Hispanics and Blacks in the

14   state of Louisiana you believe vote the same?

15             MR. EVANS:  Those aren't my words, Senator.

16   Those are words from -- from courts.

17             SEN. HEWITT:  Okay. I'm not aware of that.

18   That would be -- that would be an interesting thing to

19   -- to track down. All right, Senator Harris.

20             SEN. HARRIS:  Right. Thank you, Madam Chair.

21   Senator Fields, one, thank you for -- for bringing this

22   bill. Many of the -- the -- the questions and the

1  statements that I initially had were based on whether

2  or not this extension was granted or not granted.

3         And based on what we understand is that the

4  extension was -- wasn't denied. So a lot of the stuff

5  that I -- I had written down, I -- I think at this

6  point is kind of moot. But just for the record, I just

7  want to make sure that we -- we understand based on the

8  judge's order that we have to draw this district by

9  June 20th. Is that correct?

10         SEN. FIELDS:  That's correct, sir.

11         SEN. HARRIS:  Okay. And if -- and if not, if

12  I'm correct, then the court will draw the map, as -- as

13  Senator Price mentioned. Is -- is that correct?

14         SEN. FIELDS:  That -- that would be my

15  assumption. I do not want to speak for the court, but

16  that would be my assumption.

17         SEN. HARRIS:  Okay. So I know there's been

18  conversation about having a six day session, a six day

19  window and it not being enough time for us to be able

20  to -- to draw a map. And it's a lot of stuff that goes

21  into -- into these things. And I truly understand --

22  you know, understand that. You did mention some time in

1  reference to when we did do -- we did have a six day

2  session, a eight day session or whatever back in --

3  what? It was '92 --

4           SEN. FIELDS:  '94.

5           SEN. HARRIS:  -- or '94?

6           SEN. FIELDS:  Yes, sir.

7           SEN. HARRIS:  And we had a couple of sessions.

8  If I'm not mistaken, you -- you mentioned that on the

9  mike yesterday.

10          SEN. FIELDS:  Yes. We've had several six days

11  sessions. Redistricting session was called for eight

12  days, it ended up being a six day session. And we've

13  had a couple -- we have had a few six day called

14  sessions. So we just have to have the will so -- to do

15  it. But we can do it in six days.

16          SEN. HARRIS:  Right. And I -- I say that

17  because I know some may look at 1994 as being a nice --

18  being -- being some time ago. But I can recall back in

19  2018, we had a second extraordinary session, in which

20  we de- -- we did HB1, ultimately. Back then I was in

21  the House, and there was young man by --

22          SEN. FIELDS:  Maybe you could speak to that.

1          SEN. HARRIS:  Right. There was a young man --

2    there was a representative by the name of Franklin Foil

3    that presented the bill on the floor of the House. And

4    --

5          SEN. FIELDS:  I didn't know.

6          SEN. HARRIS:  -- Representative Foil at that

7    time, got the bill out -- we got that bill out of the

8    House, I want to say two or three days. And we had a

9    day of layover. So technically, it was -- it was a

10   seven day, but we actually completed the work in six

11   days, six legislative days.

12         So I just wanted to make sure that we have

13   something from a more recent standpoint with a face

14   that we can put to something that was a part of that.

15   As well as many of us that -- that are on this -- this

16   -- this -- this current panel to show that if there's a

17   will, it can be done. And each and every one of us on

18   this panel, as well as sitting in that audience, know

19   just how important HB1 is to the state of Louisiana.

20         You know, you mentioned trillions of dollars

21   that flow through the federal government. Well, we're

22   talking billions of dollars that flow through the --

1    you know, through the state of Louisiana that has to

2    get to our citizens as well. So I just wanted to make

3    sure that we put -- put that out there to let it be

4    known that there -- there is a more recent time than

5    '94 that we did that.

6              Another thing, there's been conversation about

7    split parishes and -- and these things, and

8              many not wanting to have split parishes. And I

9    -- I truly understand that, and -- and I get it. My

10   Senate district is 100 percent encompassed in Orleans

11   Parish. I'm the only senator that has that from an

12   Orleans Parish standpoint.

13             However, but I can say my constituents have

14   two -- two congressional members in -- in my district.

15   Part of my district is in one congressional district,

16   another part of my district is in a second -- or is in

17   a different congressional district. And I only bring

18   that up to say, you know, would I like to have one

19   congressional member? I probably would, but I don't

20   have that luxury.

21             But you know what I do do is I work with both

22   of them to make sure that we answer and do the things

1   that we have to do for our constituents. So I truly

2   understand that people not wanting to have parishes

3   split and those other things. But I'm a living example

4   of having that in Orleans Parish with my Senate

5   district being 100 percent encompassed in the parish.

6   So I just wanted to also, you know, state that.

7           Senator Fields, you, you know -- you know

8   probably better than -- than anyone on this panel my

9   progression to where I am today. What I can say is,

10  when I first decided to run for office, you were one of

11  the first persons that I talked to, and you encouraged

12  me to -- to -- to do these things. When -- and I have a

13  unique perspective of this that no one else on the --

14  the -- the panel had.

15          And I say that because I had the opportunity

16  prior to being elected to working for a congressional

17  member. And my job was to run up and down those 10

18  parishes making sure that those 10 parishes were taken

19  care of. Orleans, Jefferson, St. Charles, St. John, St.

20  James, Ascension, Assumption, Iberville, East, and West

21  Baton Rouge Parishes. Up and down the river.

22          However, what I can tell you all is that I've

1    received phone calls. When I was working for this

2    member, we received several phone calls from members

3    outside of the dis- -- outside of those 10 parishes

4    that felt that they needed to have somebody help them

5    with some sort of representation. This is not something

6    that I heard, I'm telling you, this is what I know

7    because I have fielded those conversations.

8             And Senator Fields, you know this former

9    congressman has flown around the state in other areas

10   trying to help individuals. Again, that's not something

11   that I heard. That's something that I know and that I

12   have personally experienced.

13            So I have the luxury of sitting here and

14   saying, okay, I have a Black congressman. However,

15   there are many that are in this state that don't have

16   that luxury. And we all tend to -- to -- to -- to

17   advocate for our districts, we all tend to represent

18   our districts. But I can tell you that there are people

19   out there that don't feel that they're getting that

20   representation. And that's -- that's just the -- the --

21   the -- the truth in it.

22            So based on those sorts of things, this court,

1    from my understanding, has wri- -- has stated that the

2    current map that we have that we passed does not

3    satisfy adequate representation for all in the state of

4    Louisiana. Is that a fair statement?

5         SEN. FIELDS:  Yeah. Doesn't comply with

6    subsection two.

7         SEN. HARRIS:  And I would -- and I -- I would

8    pretty much end with this. Again, that based on not

9    granting of this extension that we have an obligation

10   as a legislature to draw this second minority-majority

11   district by June the 20th. Is that correct?

12        SEN. FIELDS:  That is correct.

13        SEN. HARRIS:  Okay. All right. Thank you,

14   Madam Chair.

15        SEN. HEWITT:  Yes, sir. Thank you, Senator

16   Harris. Senator Allain.

17        SEN. ALLAIN:  Thank you, Madam Chairwoman. So,

18   excuse me, I had to -- I had to go to bond commission

19   so I didn't get to listen to all the discussion. And if

20   I repeat some of the arguments that have already been

21   made, I -- I apologize.

22        But in -- in listening to it, you know, you're

1   saying that these maps weren't solely drawn on race.

2   But we all seem to just be talking about race. So can

3   you help me explain what other criteria we use besides

4   race? Because that seems to be all we talking about

5   right here, is gerrymandering districts to be -- to

6   come up with some magical number. Can you help me with

7   what other criteria is being used?

8           SEN. FIELDS:  Senator, these maps were not

9   drawn solely based on race, these maps were drawn based

10  on a number of factors. And I'll let Jarrett [ph] speak

11  to those factors if you want me to -- want him to. But

12  we are here today because we have drawn maps that do

13  not comply with Subsection 2 of the Voting Rights Act.

14  And so this map --

15          SEN. ALLAIN:  Because of race. So the judge is

16  dictating that we need to draw maps based on race.

17          SEN. FIELDS:  Did the judge -- did the judge -

18  - well, this map was drawn before the court's de- --

19  opinion.

20          SEN. ALLAIN:  I understand.

21          SEN. FIELDS:  That this map --

22          SEN. ALLAIN:  But the judge is saying we need

1    to draw maps based on race.

2            SEN. FIELDS:  The -- the judge is saying that

3    we clearly had an opportunity to draw a map that

4    complied with the Voting Rights Act, and we didn't.

5    What -- no. Clearly had an opportunity to adopt a map

6    that complied with the Voting Rights Act, and we

7    didn't. We clearly had an opportunity to do that.

8            And so the judge is basically saying that we

9    need to do it. You know, the minority population is

10   cohesive enough to do it, is compact enough to do it.

11   And we just failed to do it. Now why we failed to do

12   it, she don't care. She's just saying, you got to do

13   it.

14           SEN. ALLAIN:  Based on race.

15           SEN. FIELDS:  Based on the fact that the

16   population is compact enough, it's cohesive enough, and

17   it meets all [gen ?] goals, and -- and Senator Hewitt's

18   lawyer didn't put on a case. Senator Hewitt's lawyer

19   was on the stand -- not her -- her lawyer. Her lawyers

20   had an opportunity to put on her case during the

21   injunction trial and they failed to put on a case.

22           SEN. ALLAIN:  Okay.

1      SEN. FIELDS:  They -- they actually raised the

2  issues that they didn't even put on. And so they had an

3  opportunity to argue the case. We've hired lawyers to

4  go put on their case, and they failed to put on their

5  case. And so now the judge have said listen, you all

6  haven't put on a case, so now I've ruled. You know, and

7  look, put up -- put up Senator Hewitt's plan. This is

8  the plan that the legislature has adopted. And we have

9  had how many days in the court? How- -- well, however

10 many days.

11      SEN. ALLAIN:  Go to trial.

12      SEN. FIELDS:  We've had a week trial, and the

13 judges have -- have the D judge have had an opportunity

14 to hear this plan. And the judge has opined that it

15 didn't meet all the factors. It wasn't just race. Race

16 is a factor, not the predominant factor. Yet this pla-

17 --

18      SEN. ALLAIN:  So what is the predominant

19 factor?

20      SEN. FIELDS:  It's a multitude of factors, a

21 multitude of factors. And -- and we came up with that

22 plan, and the judge looked at other plans that we

1   reviewed. And he said, well, she's -- and -- and I

2   guess the ju- -- I said, well, hold up, let me say, now

3   -- now, look at the other plan that we reviewed, and

4   that plan. This plan is more compact, and we ignored

5   it, we said no to it. And there's no other reason other

6   than race that we ignored it.

7           SEN. ALLAIN:  So she said, redraw them by

8   race.

9           SEN. FIELDS:  No. She didn't say that. Well,

10  yeah -- yeah.

11          SEN. ALLAIN:  Let me --

12          SEN. FIELDS:  Yes. She said, go draw two Black

13  plans, that's what she said.

14          SEN. ALLAIN:  That's what you said.

15          SEN. FIELDS:  Because we ignored -- we ignored

16  it the first time.

17          SEN. ALLAIN:  Let me -- let me actually -- and

18  I don't really -- really want to -- correct me if I'm

19  wrong. But doesn't the Constitution say that the

20  legislature has the sole right to -- to draw the maps?

21          SEN. FIELDS:  Un- -- unless they violate

22  federal law and the judge gives them the -- the -- the

1  legislature is the primary authority on the drawing

2  lines, unless they violate federal law, the judge

3  actually gives them the -- like the judge is doing now.

4        SEN. ALLAIN:  And one section of the Voting

5  Rights Act was ruled unconstitutional by the Supreme

6  Court. Wasn't it?

7        SEN. FIELDS:  Yeah. It was.

8        SEN. ALLAIN:  Okay.

9        SEN. FIELDS:  What -- what section you said? I

10  don't want to overstate.

11        SEN. ALLAIN:  I said there was a section.

12        SEN. FIELDS:  Yeah. Okay.

13        MR. EVANS:  May -- may -- may I clarify?

14        SEN. FIELDS:  It was not ruled

15  unconstitutional. The -- the -- the -- the court said

16  in the Holden case --

17        MR. EVANS:  Shelby v. Holden.

18        SEN. FIELDS:  She- -- Shelby v. Holden that

19  the -- the ten states, it was -- I think it's eight or

20  ten. It's 10 states that were using these criterias --

21        MR. EVANS:  The formula.

22        SEN. FIELDS:  -- the formula that would judge

1  re- -- what states were under Subsection 5. And they

2  said those -- that formula was too old, they had to

3  come up with a new formula. And so that was -- so

4  they've got to come up with a new formula as to what

5  states will be under Subsection 5. So it wasn't ruled

6  unconstitutional.

7          SEN. ALLAIN:  Okay. That's -- thank you for

8  the clarification.

9          SEN. FIELDS:  Thank you, sir.

10         SEN. ALLAIN:  Has it ever been argued that --

11  I mean, it seems like this law supersedes what the

12  constitution says.

13         SEN. FIELDS:  Wha- -- which law?

14         SEN. ALLAIN:  The -- the order.

15         SEN. FIELDS:  No. The order is in line with

16  the Constitution. Understand that -- look, there are

17  three different levels of government. There's --

18         SEN. ALLAIN:  Right.

19         SEN. FIELDS:  -- the executive branch, exec- -

20  - legislative branch, and the judicial branch. This is

21  the judicial branch doing exactly what it's supposed to

22  do. It basically interprets laws. And it basically

1   says, look, this legislature has overstepped its

2   bounds, and you all got to do the right thing. That's

3   all it's doing.

4           SEN. ALLAIN:  Okay. The -- the -- specifically

5   your map, I do have --

6           SEN. FIELDS:  And -- and let me be clear here

7   --

8           SEN. ALLAIN:  I do have some concerns.

9           SEN. FIELDS:  -- it did not say -- I'm sorry,

10  Senator. The -- the legis- -- I mean, the judicial --

11  the judge did not say, go adopt eight -- SB1, I want to

12  be clear on it, it didn't say that. The judge did not

13  say go and adopt SB1.

14          SEN. ALLAIN:  But it said, draw two Black

15  districts.

16          SEN. FIELDS:  To comply with Subsection 2 of

17  the Voting Rights Act. Because you can --

18          SEN. ALLAIN:  Based on race.

19          SEN. FIELDS:  You can do it, you've seen,

20  obviously, enough plans that you can do it, and you

21  failed to do it, and your lawyers did not put on a

22  compelling case where the injunction should not be

1    issued.

2            SEN. ALLAIN:  They -- there -- I understand.

3    And I -- I yield to the judges right to take in the --

4    the -- the arguments and -- and make that decision. Let

5    me tell you about two concerns that I have. So I'm

6    looking at -- at your map, and let's specifically talk

7    about your map.

8            You and I agree that Congress is way too

9    polarized these days. And I've resisted you, and I've

10   talked at length on the floor about how Louisiana

11   should not become polarized. But the fact of the matter

12   is, it's no secret. They've become so polarized that

13   it's almost impossible to get meaningful legislation

14   done up there. That -- it's an impediment to their

15   doing their job. Don't you agree?

16           SEN. FIELDS:  To -- to -- to -- to a large

17   degree. Yes.

18           SEN. ALLAIN:  Yeah. My concern with -- with

19   your map is not the Black population. But you've kind

20   of created -- I'm -- I'm looking at this two 80 percent

21   majority white districts. I mean, we're creating -- and

22   I know it's a philosophical thing. But what kind of

1   members you think are going to get elected out of these

2   lily-white districts?

3           SEN. FIELDS:  The same kind of members that

4   are elected today.

5           SEN. ALLAIN:  My -- my fear -- I hope you're

6   right.

7           SEN. FIELDS:  I -- I -- I think --

8           SEN. ALLAIN:  But my fear is that --

9           SEN. FIELDS:  -- I'm absolutely right.

10          SEN. ALLAIN:  -- that the -- the Black members

11  that get elected are going to be more -- are -- are

12  going to need for their reelection more of the white

13  population and be more beholden to them, while the --

14  while the white members are -- are not.

15          So what if you're a Black man in -- in one of

16  these lily-white districts? Your -- your chances of

17  getting elected are nothing. And your chances of

18  getting decent representation I think are -- are

19  limited, particularly if you have somebody that's

20  philosophically very far on the right. So aren't we

21  creating a more polarized -- helping to create a more

22  polarized Congress?

1      SEN. FIELDS:  I -- I don't think -- I -- I

2  think the same kind of representation an African

3  American has today is going to be the same kind of

4  representation it will have tomorrow.

5      SEN. ALLAIN:  I -- I -- I appreciate it.

6      SEN. FIELDS:  Other than --

7      SEN. ALLAIN:  My -- my fear -- and I'm just --

8      SEN. FIELDS:  Yeah. I understand.

9      SEN. ALLAIN:  -- letting you know what my

10  concern is.

11      SEN. FIELDS:  Other than --

12      SEN. ALLAIN:  That -- that we are -- that we

13  are creating polarized members of Congress to make the

14  situation in D.C. worse.

15      SEN. FIELDS:  Other than the fact that an

16  African American will have an opportunity to elect two

17  members of Congress of their choice.

18      SEN. ALLAIN:  I appreciate that. My last -- my

19  last concern is communities of interest. I noticed in

20  your -- in your district one, my home parish of St.

21  Mary, along with the Lafourche and Terrebonne, and a

22  lot of them were being lumped together with -- with

1   Jefferson and Orleans to a large degree where we'll --

2   our representation won't be near what it is in the

3   current district.

4           I know my -- I know my parish, and it's

5   agricultural, and it's rural. And to have the majority

6   of the vote, or a good portion of the representation

7   being in Jefferson or Orleans, which I don't think we

8   have any commonality with, gives me grave concern that

9   -- that the agricultural interest and no -- and a lot

10  of other interests of the rural community will be

11  overshadowed by -- by those in -- in Jefferson and

12  Orleans.

13          And I've known them, I've gotten to know the

14  members up here from Jefferson and Orleans. And they're

15  not the same interests, they're not common --

16  commonality between them and my home parish. And it

17  just gives me concern. I'm not saying there's not a --

18  a map out there that could create two minority-majority

19  districts.

20          I mean, but the -- the judge said Black, which

21  I'm -- I'm still grappling with also. But I'm not

22  saying there's not a plan out there that I could

1   support, but I've -- I got real trouble supporting this

2   one, just -- just out of concern. Thank you.

3          SEN. FIELDS:  I understand. Thank you,

4   Senator.

5          SEN. HEWITT:  Thank you, Senator. Senator

6   Tarver. And then I'm going to go and note that the

7   public has been waiting patiently, and a lot of you

8   have traveled here across the state. So Senator Tarver,

9   and then I'll invite members of the public.

10          SEN. TARVER:  Isn't the real reason we're here

11   because we created six white districts, five -- five

12   white districts in Louisiana and we ignored minorities?

13   Isn't that the reason we're here?

14          SEN. FIELDS:  Yes, sir.

15          SEN. TARVER:  Because the legislature created

16   white districts. That's the reason we're here. Is that

17   correct?

18          SEN. FIELDS:  Yes, sir.

19          SEN. TARVER:  Thank you.

20          SEN. HEWITT:  All right, Senator. Thank you.

21   All right. I've got several cards here in support not

22   wishing to speak. Telley Medina [ph] from the SPLC

1    Action Fund, Terry Landry, Jr., SPLC Action Fund, and

2    Zac Lemoine from the governor's office.

3            All right. I've got a number of cards here in

4    opposition that would like to speak. And so I will --

5    excuse me, one more card. I'll take it right here. I

6    think Lauren [ph] just stepped out. Thank you. Okay.

7    One more card that would like to speak, Edgar Cage with

8    Together Louisiana. Slid in by the skin of your teeth

9    right here. Okay.

10           MR. CAGE:  Yes, ma'am. Thank you very much. My

11   name is Edgar Cage. I'm with Together Louisiana and I

12   wasn't going to speak until I heard some things that I

13   felt I had to address. And thank you very much for

14   giving me this -- this opportunity.

15           First of all, you know, I think this body has

16   ignored information that has been presented to it

17   through the census, through the roadshow, through the

18   extraordinary session, and now the court to create a

19   second minority or Black district, however you want --

20   however you want to phrase it.

21           I don't know what more it can take. We -- we -

22   - we have to get off where we are now. And to Senator

1  Price, to the point that you made, if we don't do it,

2  the court is going to do it for us.

3       And Senator Reese, you may be upset the way

4  this SB1 look. But if a court does it, you may be more

5  upset. So we have an opportunity now to do something.

6  To do something that we -- we might -- we might could

7  live with, more palatable than we have somebody outside

8  -- outside doing it.

9       And -- and, Senator Womack, to your point. You

10  asked the question, have Blacks made strides in

11  Louisiana? Obviously, yes. But you know why most cases?

12  We were forced to do it. It wasn't because of our will

13  or something we wanted to. We had the federal

14  government come in and do certain things to force us.

15  Like, now if we don't do this, the federal government's

16  going to come in and force a map on us if we don't take

17  that opportunity to do it.

18       So I implore you now. And I understand the

19  politics in it. If you don't want to do -- to vote for

20  a second minority-majority district, for whatever

21  reasons that you -- you might have, that you want the

22  court to do it, then let's not -- let's  stop this

1    process then.

2          Because we -- we're really wasting time and

3    money if we don't have the will to go ahead and do what

4    the court has ordered us to do, what the constituents

5    in the roadshow has told us at every stop. Even in the

6    Slidell area, they want a second majority-minority

7    district.

8          There -- there were other things that came up,

9    but consistently -- consistently across the state, that

10   was the theme of the roadshow, a second majority-

11   minority district. And I implore you to just -- to --

12   to listen. And if we don't want to listen, then let's

13   go home and let the courts do it. So thank you very

14   much for this opportunity.

15          SEN. HEWITT:  Sir, would you take a question

16   from Senator Womack?

17          MR. CAGE:  Sure.

18          SEN. WOMACK:  Thank you, Mr. Cage. I just --

19   back to my original thought pattern. You know, in the -

20   - in the early 1900s, over a million Black people went

21   north. They went north to better themselves because

22   there was jobs that paid more.

1         In the cities up there, it grew. It grew

2    economically, it was businesses, they -- they -- they

3    made it happen. They're more than welcome, some of the

4    descendants, to come back. And some of them already

5    have because there's jobs in Louisiana. So the -- the -

6    - the population can -- can -- can come back and -- and

7    -- and do the same thing here. From an organic

8    standpoint, come back, get our job, work our job, and

9    move in. And they can elect or we can elect the people

10   of our choice of whoever it is. By character because

11   they've worked themselves up. We've all, from a working

12   standpoint, to -- to bring that back. Not that the

13   federal government -- the federal government didn't

14   force them to go up there, they went because they

15   wanted a better life. And they went and made that

16   happen.

17        MR. CAGE:  Appreciate the question, glad you

18   opened it up. I think it would be difficult for us to

19   attract maybe the people you're looking for at $7.25 an

20   hour. We have to do some things here to make our -- us

21   more attractive. And you talk about opportunity. I can

22   give you a personal story that affected me in 1974.

1    I was the first African American group sales

2    representative Blue Cross of Louisiana had. And you

3    know why? Affirmative action. I would not have gotten

4    an opportunity, not have gotten the chance to be that

5    if it wasn't for affirmative action. So that's what I'm

6    speaking of.

7    It wasn't the goodness of the heart, it wasn't

8    because it was the right thing to do, or the just thing

9    to do. It was because of force. You -- we can look at

10   the Voters Right Act and other things too that force

11   states like Louisiana to get off the Jim Crow, or the

12   segregation that -- that was happening.

13   The federal government forces, it wasn't the

14   goodness of the heart, for the most part. But no. I

15   agree with you that people have the opportunity to come

16   back. But we got to make it attractive and a good

17   reason for them to come back. And $7.25 an hour won't

18   get -- won't get a lot of people.

19   And you got young people now leaving get the

20   education because of things that are happening maybe in

21   this body that they see. We're not progressive, we are

22   still kind of stuck where we have always been. And

1    yeah. We may be inching -- inching forward, but we need

2    to be going miles instead of inches forward.

3          And this is an opportunity now where we can

4    expedite that process. We can show -- we can show maybe

5    tho- -- those people you're talking about to come back.

6    Well, yeah. They -- they are concerned about all

7    citizens. They're concerned about the representation.

8    And -- and yeah. Maybe I might consider going back now.

9          But if we continue to resist, not creating as

10   the roadshow, with the census, the roadshow, the

11   extraordinary session, and the court now, and now this

12   session to do the right thing, we're sending a signal

13   that won't be attractive to those people you're talking

14   about bringing back home.

15         SEN. WOMACK:  Well, I was at those roadshows,

16   and -- and a lot of the same people were there. But

17   when you look at the percentage of the people there,

18   the 30 or 40, maybe more -- I -- I -- I missed the New

19   Orleans roadshow and I think the Baton Rouge roadshow

20   due to family.

21         But when you look at the percentage, it wasn't

22   a lot of representation when you look at the amount of

1   people there, and the amount of people in -- in the --

2   that we're trying to represent, that -- that -- that

3   this bill is trying to represent.

4           MR. CAGE:  Well, yeah. I agree with that. And

5   I think you can -- I'm not a marketer, you can look at

6   statistics and show, for one person speaking that

7   person was representing -- could be 500 people that

8   didn't show up. But that -- that gives a

9   representative. Well, that -- that may be a problem you

10  have with the roadshow, not properly advertising, or

11  whatever. I don't know, I don't want to get into that.

12          But because the people who were there, the

13  voices you heard were loud and clear, a second

14  majority-minority district. The ones that wasn't there,

15  I'm not going to speculate on what they -- what they

16  wanted, or what they were asking for. But the people

17  who were there made it quite clear and plain.

18          SEN. WOMACK:  Thank you, Mr. Cage.

19          MR. CAGE:  Thank you.

20          SEN. HEWITT:  All right. Tha- -- yep. Thank

21  you, Senator. All right. And just for the record too, I

22  forgot to say this earlier. But Senator Fields, I do

1   not -- I'm not a plaintiff or defendant in the case,

2   nor do I have any lawyers. So you mentioned that

3   earlier. I wanted to clarify that. And I know that you

4   know that. But -- all right.

5           Okay. We got two late green cards. I'd like to

6   invite you guys to come to the table, Lady Carlson with

7   Together Louisiana and Christopher Toombs, maybe. Both

8   present and would like to speak.

9           MS. CARLSON:  Good morning, my name is Lady

10  Carlson. I'd like to tell you a quick story, Senator

11  Womack. There was a congresswoman named Barbara Jordan,

12  she was from Texas. Her grandfather in the 1800s or

13  1900s had been elected to the Texas legislature, and he

14  was told that if he took his seat, he would be lynched.

15          And so let's be clear, everybody that left the

16  -- the south did not leave for jobs. Some people left

17  because they were afraid of their lives. And I think

18  that story of -- of Congresswoman Jor- -- her story

19  represents an example of why people -- other people

20  left.

21          I'm here to say to you this. I've heard lots

22  of testimony about the reason the maps were drawn the

1   way they were, the reason they were accepted was

2   because it didn't guarantee that a -- a person of color

3   would be elected, and that we'd have a -- to vote for a

4   person of our choice. I think that basically says we

5   don't understand the process.

6              And if you look at Senator Jay Luneau, who is

7   a white democrat, he was elected by the people of their

8   choice. Give us a choice. For you to make the decision

9   for me about who I can and cannot vote for renders me

10  incompetent.

11             And the other thing I would say is this, the

12  people of Baton Rouge have consistently said they have

13  nothing in common with the people in New Orleans. That

14  has not stopped that the maps that are drawn that put

15  Baton Rouge and New Orleans in the same district. And

16  so if we're going to play by the rules, stop changing

17  the rules. Stop moving the goalposts, and let's have

18  one set of rules for everybody. Thank you.

19             SEN. HEWITT:  Ma'am, would you -- would you

20  take a question?

21             MS. CARLSON:  Yes.

22             SEN. HEWITT:  So help me understand. I -- I've

1  not heard that, that people in Baton Rouge say that

2  they're not -- that they don't have any common interest

3  to people in New Orleans. And I was at all the

4  roadshows, I don't recall hearing that. So help me

5  understand from your perspective, how is it that they

6  don't have interest in common? Or how -- how is it that

7  they're different?

8        MS. CARLSON:  They're two very different

9  parishes. New Orleans -- Orleans Parish, Jefferson

10 Parish, they're very different from the Baton Rouge

11 parishes. There's a show -- and I did hear this in the

12 -- in -- in the roadshow, people say that they didn't

13 have anything in common.

14       There's a radio show, Talk Louisiana, Jim

15 Engster, and consistently people call that show to talk

16 about they don't feel they're being represented by

17 their congressperson -- fairly represented by their

18 congressperson. And that they -- they would like to

19 have more access to their representative. And, look,

20 I've heard this con- -- maybe you haven't, but I have.

21 I've heard it consistently.

22       SEN. HEWITT:  So I didn't understand though,

1   your answer. How -- how are they different? I mean,

2   these are two large urban areas, I think they have many

3   issues in common. What is it that -- how is it that you

4   see that they're different?

5        MS. CARLSON:  I think that the way the -- the

6   map is drawn, it's too large, you have the river

7   parishes in that -- in that map, New Orleans, Baton

8   Rouge. Yes. Some of our issues are the same, but not

9   all of our issues are the same. And that -- to have --

10  to put the river parishes and New Orleans in the same

11  bo- -- book with Baton Rouge just doesn't make sense.

12  It doesn't make sense politically to do that.

13       SEN. HEWITT:  Okay. Thank you. Yes, sir. If

14  you would introduce yourself. I'm sorry if I butchered

15  your name.

16       MR. TOOMBS:  Oh, no. It's okay, you were

17  pretty close. The last name is Toombs. And thank you

18  for having me here today to be in front of your

19  committee and speak on this item. I just want to say

20  something that would probably be a little bit

21  enlightening to this committee. It probably wouldn't be

22  better served to say Black and minority.

1       There is a term in lingo with the diversity,

2   equity, and inclusion type of genre, and it's called

3   historically underserved groups. Okay. That's the

4   terminology that we use at DEI at LSU. I myself am a

5   recent graduate from LSU. I graduated with my master's

6   in liberal arts. And I want to thank Senator Womack, is

7   it? For meeting with our good president, because he's

8   trying to do some good work down there. So thank you

9   for doing that.

10       Now, I'll get down to the issues at hand here.

11   I was highlighted in an article in the Washington Post

12   that talked about the dis- -- wealth disparities in --

13   in, pretty much, Baton Rouge. And the way that I see it

14   is this. By us being progressive with this bill, this -

15   - this bill is progressive. Make no mistake about it.

16       Louisiana, Baton Rouge in particular, we have

17   one of the biggest drain -- brain drains. We educate

18   kids at BRCC, LSU and Southern every year and they

19   leave because of the optics, because of the way things

20   look, because of the way things feel. I know this

21   because I was a retentionist at the university. And I

22   would ask them, what do you plan on doing when you

1    graduate? Leave, I can't stay here, it is too

2    conservative.

3              Now, there is a quick story I'd like to give

4    you. In 1862, there was a -- there was a seminary and

5    military school in Pineville. Okay? And they were

6    training soldiers and people to be in the ministry. And

7    in an 18 -- in well a -- well, let me fra- -- let me

8    back -- let me backtrack that.

9              In 1862, it was the Battle of Baton Rouge. And

10   at that point, the school had a decision. They could

11   stay in Pineville and keep learning and trading, or

12   they could go to Baton Rouge and fight for the

13   Confederacy. They chose to go fight, they lost. They

14   had to go back in 1860 -- I think 1869, the school

15   burned down. And then they had to come to Baton Rouge.

16   So when they got to Baton Rouge, they were trying to

17   develop this deal right not too far from in the

18   barracks.

19             And they began to drop the military and the

20   seminary deal, and then they became a college. At some

21   point, Thomas Boyd felt like the college was getting

22   too large, too many people there. So they decided they

1    wanted to move at the -- I think it's the Gartness

2    Plantation. And so when they went to the Gartness

3    Plantation, they evaluated it, and they wanted it, the

4    state awarded them $82,000, they rebuilt that school,

5    that school is now LSU.

6            So the Confederacy, in essence, it -- it never

7    stopped after the war, the energy stayed. And so what

8    I'm saying is this. If we want to be a progressive

9    state, stopping the brain drain, stopping all of the

10   other atrocities that are happening to us day in day

11   out, you guys have a big decision to make. Because the

12   world is watching. The world is watching how we deal

13   with this.

14           If we deal with this in a very progressive,

15   idealistic way, there is big probability that

16   businesses would want to -- love to come to Baton

17   Rouge, come to Louisiana and be a part of our process.

18   But as long as we have a stone-age idealism, we're

19   always going to be 50, 49, 48 pick. Right?

20           And so the brain drain, how we stop that is we

21   kill the bad optics. This is ridiculous. It looks like

22   -- I'm just saying, it looks like the court is having

1    to tell our legislature how to do your job. And your

2    job is to be rational, practical, and reasonable. And I

3    implore you, I encourage you, please, if it's not this

4    map, it needs to be a map that's representative of our

5    population. It's that simple.

6            The gentleman said earlier, is this about

7    race? Of course it's about race, no doubt. You have a

8    segment of people that have been isolated and have been

9    segued for a long time. Now, that's not to say that we

10   haven't had good ivory hue allies, do not let me be

11   remissed on that. Because I believe the ivory hue

12   community has been very supportive in ways with the

13   ebony hue community, without a doubt.

14           But we have to work together, we have to be

15   rational. The world is watching. Everybody sees what

16   we're doing and this is on an international stage. You

17   have the opportunity to make something progressive

18   happen and change the landscape of this state for the

19   next 50 years. Take advantage of it. That is my piece.

20   Thank you.

21           SEN. HEWITT:  Thank you, sir. Thank you for

22   being here today. All right. Do I have any other green

1    cards? Okay. And I think I have -- I have e-mails, but

2    I don't have any in support. Is that right? Okay --

3    okay. Let me go to the -- to the cards in opposition.

4    And I'll -- I'll call you all up several at a time and

5    give you a chance to speak.

6            I'll start first with Josh Guillory, the

7    mayor-president in Lafayette, Doyle Boudreaux from the

8    city of Scott, let's see, and Keely McGibboney from One

9    Acadiana. If you all would like to come up. All right.

10   Welcome, who would like to start?

11           MR. GUILLORY:  I'll start, Senator. Thank you,

12   Madam Chair. Appreciate the courtesies. Thank you.

13   Senator -- oh, he -- he left? I was going to say --

14           SEN. HEWITT:  Introduce yourself for the

15   record.

16           MR. GUILLORY:  Josh Guillory, Lafayette,

17   Mayor-president. So thank you for allowing us to be

18   here today. And I was going to tell Senator Fields I

19   think the world of him. So I appreciate his efforts.

20   And I believe that there's good intent here, and I

21   think that everybody's heart's in the right place. So -

22   -

1          But I'm going to speak to this very honorable

2     body in the lens of a parish president. So everything I

3     say is from Lafayette parish's viewpoint, vantage

4     point, which I hope you take in consideration, it could

5     probably be echoed with other parish presidents, other

6     mayors across our state. So I definitely thank you.

7          And I -- I can't sympathize with you, I

8     empathize with you. Because I don't know what you're

9     going through. But it -- it sure looks difficult. So

10    when you have the courts involved and you're trying to

11    get it right every 10 years, you got to make sure

12    everybody has representation, it's fair, you know,

13    everybody has equal opportunity. So I do thank you for

14    the diligence that you're putting in and the time. So

15    we appreciate you.

16          While I respect the legal and legislative

17    process, I respectfully oppose this particular pro- --

18    proposed map. It separates our parish, it divides our

19    parish. And Laf- -- Lafayette Parish has been in the

20    same district as -- as you know, since 2011, along with

21    Lake Charles, Calcasieu, Parish, Cameron Parish, and

22    all the parishes in between. And the majority of the

1    Acadiana region that was spoken -- spoken about

2    earlier.

3           This particular proposed map would divide

4    northern parts of Lafayette and St. Martin Parishes and

5    includes a sizable amount of the city of Lafayette,

6    which means it would divide not only a significant

7    portion of our parish, but also our city.

8           And this particular region is -- is used to

9    being divided historically, and we've worked really

10   hard the last 30 years as a community, particularly in

11   the city of Lafayette to keep -- to keep us on the path

12   of unification as -- as opposed to being divided. So

13   please take that in consideration.

14          It also separates Carencro a -- a municipality

15   in its entirety from our parish, and links it to

16   parishes on the Arkansas border, or close to it. We

17   believe our parish should not be split. And ultimately,

18   our shared communities of interest should be pre- --

19   preserved, specifically preserved in this con- -- in

20   this context.

21          We share culture, we share values, our

22   heritage is unique, just like every region of our

1    state. Every region of our state can make this

2    argument. We're majority Catholic, Cajun and Creole

3    roots, Cajun zydeco music, our economies, our -- the

4    spirit of our economy, the spirit of our initiatives on

5    tourism is very, very closely related, specifically in

6    our parish. And our parish is a little different. We're

7    small geographically, but we're heavily populated.

8            So Caren- -- to say Carencro is a distance

9    away is -- is would be inaccurate. And I -- I'm not

10   saying any of you are saying that. But literally, you

11   wouldn't know unless you know. You can drive from

12   Carencro to Lafayette and Broussard, Louisiana and

13   think it's all one municipality. So very, very key

14   point that I -- I ask you to keep in consideration. The

15   broad geographical area of the proposal does not work.

16           Residents of North Lafayette and Carencro

17   specifically would have minimal representation as this

18   particular congressman or congresswoman would have to

19   divide many of their -- much of their efforts, much of

20   their time would have to -- which is very limited when

21   they're back in district, as you guys know. And to

22   tailor their approach to satisfying the needs of their

1    respective district would be way more difficult, to say

2    the least.

3          So I urge you not to move forward with this

4    proposed map. But I will also say that whatever the

5    legislature decides, we will respect, we will continue

6    to work with the legislature, Lafayette has a great

7    relationship with -- with many of you. And we do thank

8    you for your service to our -- to our great state. So

9    thank you for this time. And I'll yield back.

10          SEN. HEWITT:  Tha- -- thank you, Mr.

11    President. And I asked Bill to come back to the table

12    to be able to pull up the -- the map. I'm sorry we

13    didn't have it up while you were speaking. But this is

14    the Acadiana map. If you all could just pull that up.

15    And I'm a picture person. So it does help a little bit

16    to see what you're talking about. If you want to talk

17    us through that just a little bit.

18          You can see right at the southern part, I

19    guess, where the yellow, which is district five, and

20    the purple, which is district three kind of meat on the

21    southern part. That is -- that is the primary Lafayette

22    area I think that you were speaking of.

1          MR. GUILLORY:  That is correct, Madam Chair.

2    And again, please take in consideration the historical

3    context of that particular area that you just

4    referenced. Actually, just south of that in the -- in -

5    - right around the downtown area. And then what's

6    commonly referred to as the north side in Lafayette has

7    -- has -- there's been a racial divide. We're talking

8    race, we're talking a lot about race today.

9          There's been a racial divide in that

10    particular area. But dividing this par- -- di- --

11    dividing our parish and our city in this context would

12    not help that. If you think you're helping the minority

13    voice, I know this is on the -- on the federal level,

14    we don't believe that -- that it would be strengthened

15    that way. Because the majority of their -- their

16    district would be further north, not south.

17          It -- it's only natural when you -- when God

18    only gives us 24 hours a day, it's only natural for you

19    to go to what's closer to you. I mean, it's -- I -- I'm

20    -- I'm not telling an untruth here. This is the fact,

21    physically mentally. So for -- for our local efforts,

22    this would be -- this would run -- run afoul of our

1    local efforts.

2            And at the state level too, our legislators

3    were -- they're very familiar with this, our

4    legislators understand. And I don't know where they'll

5    land on their vote, but they definitely understand the

6    divide that I'm -- I'm referencing. And -- and dividing

7    us up on our federal -- our federal voice, it's our

8    federal voice, it wouldn't help the cause. Not -- not

9    in this parish.

10           SEN. HEWITT:  Well, appreciate that. It's

11   certainly helpful to have, you know, people from the

12   area talk about communities of interest. These are not

13   things that are defined. Right? It's not a geographic

14   circle that you can draw around it as we can a parish

15   or a city. Those are well defined. Communities of

16   interest are defined by the people who live there, in

17   my opinion. And so it's helpful to hear what you have

18   to say. Would you take a question from Senator Price?

19           MR. GUILLORY:  I'd be honored to.

20           SEN. PRICE:  Thank you. And -- and more of a

21   comment. And look, we all would love to have all our

22   parishes whole, no doubt, under the present map that

1    was enacted. And I represent along the river parish,

2    and I can tell you Orleans Parish is split, Jefferson

3    Parish is split, St. Charles Parish is split, St. John

4    Parish is split, St. James Parish is split, Ascension

5    Parish is split, Assumption Parish is split, Iberville

6    Parish is split, and East Baton Rouge Parish is split.

7            So we would love to say, keep these parishes

8    whole. But in order to draw maps and due to population,

9    we have to at some point split -- split parishes. In

10   the map that's actually been enacted, there are most

11   split parishes in that map than this map. So just a

12   comment just -- just so that you know we would love

13   them whole, but it just doesn't happen because of the

14   way the population is. Thank you.

15           MR. GUILLORY:  Thanks, Senator.

16           SEN. HEWITT:  All right. Thanks, Senator. Yes,

17   sir. If you would introduce yourself for the record and

18   -- and offer your comments.

19           MR. BOUDREAUX:  Thank you, Madam Chair, and

20   members of the jury. My name is Doyle Boudreaux. I am

21   here -- I am here representing the city of Scott in

22   opposition of the bill. Everything Mayor-President

1    Guillory had just said. But most importantly, is -- is

2    to keep our parish as a whole. Represent- -- Senator

3    Price would understand, somebody's got to be split.

4    We're just fighting that it won't be our parish.

5              Diversity was talked about at length today.

6    And as briefly as I can be, you know, without solid

7    proof, I think Lafayette Parish is probably one of the

8    most diverse parishes we have in the state.

9              We have our first minority affairs director in

10   LCG, thanks to Mayor-President Guillory. In the city of

11   Scott, we've had the first female mayor, who was Mayor

12   Myers, who served for 20 plus years and retired under

13   her own will. Following her was African American, Mayor

14   Purvis Morrison, who served two terms, second term was

15   unopposed.

16             And just north of us, the city that might show

17   the most diversity on their council is made up of five

18   members all at large. They have two African Americans,

19   two females, and one white guy. You know, and we want

20   to keep that diversity all in -- in the confines of

21   Lafayette Parish. We understand some may have to be

22   divided, we're just hoping it's not our parish.

1      You know, Lafayette Parish has shown growth in

2    diversity over the years on its own, like Senator

3    Womack has -- has said, through organic nature. And,

4    you know, we just want to keep our parish together in

5    one conger- -- congressional district.

6      SEN. HEWITT:  And -- and I can appreciate

7    that. I know, it's -- it's har- -- we do have to divide

8    parishes sometimes. I think the map we enacted divides

9    one more parish than the map that's -- that we're

10   debating today. And we try to do that in ways that

11   aren't as disruptive to the communities of interest.

12      So, you know, we had a big debate on the -- on

13   the floor about a parish that we had to split in a

14   conference committee when we enacted the last plan. And

15   we chose to split it in the -- in a national forest.

16   Right? Because we didn't interfere so much with -- with

17   the community of interest. And there's just never --

18   it's not an easy decision.

19      But I can certainly appreciate the points that

20   you're making about how divisive perhaps, or maybe

21   that's not exactly the right word. But -- but splitting

22   up the city itself would be very difficult. And Scott

1   is certainly -- I drive through there all the time. I

2   mean, it's the next exit over, so I'm very aware. All

3   right. Thank you all very much for being here. We

4   appreciate your testimony and -- and your time.

5           MR. GUILLORY:  Thank you Madam Chair. And

6   again, thank you for your time. We ask that you also

7   keep First Lady Savoie in your prayers, she passed

8   away, pray for her soul and Dr. Savoie, and the family.

9   So I'm actually sprinting over there to go the funeral.

10  So thank you for -- for your service. God bless you.

11          SEN. HEWITT:  Yes sir. Thank you. And I

12  apologize to Keely McGibboney, earlier put in a card

13  not wishing to speak, but in opposition. So I -- I

14  misread that card earlier. All right. I have one more

15  from the Lafayette area that would like to speak. Gavin

16  Abington [ph] present would like to speak in

17  opposition. Gavin Abington? Okay. All right.

18          Trying to kind of keep these grouped a little

19  bit by -- by city. All right. We have the -- the may- -

20  - Mayor Rick Allen from the city of Leesville in Fort

21  Polk. If you'd like to come forward, I know you offered

22  a white card present, would like to speak and provide

1   some information. Would it be appropriate to add this

2   one also at the same time?

3           MR. ALLEN:  Madam Chair, gentleman, I am Mayor

4   Rick Allen, the city Leesville and also chairman of

5   Fort Polk Progress. And I would like to thank you for

6   an opportunity to speak to you today about how the

7   community of interest in the ongoing congressional

8   redistricting plan affects my community.

9           As you know, a community of interest is a

10  community, neighborhood, or a group of local residents

11  who have common concerns, and who benefit from being

12  maintained in a single congressional district. In this

13  case, I would like to talk to you about Fort Polk and

14  why it's important that Fort Polk remain in the same

15  district as Vernon Parish.

16          As a lifetime resident of the city of

17  Leesville, and the mayor of that great city, and

18  chairman of Fort Polk Progress, a nonprofit

19  organization that's solely dedicated to a healthy and

20  robust relationship between Fort Polk and the

21  community, and our congress- -- congressional

22  delegation, I believe that I can provide you with a

1    local perspective in -- on the importance of our

2    relationship.

3         A couple of key highlights I'd like to talk to

4    you about today. Our army community goes to school in

5    Vernon Parish. So our community exhausted its

6    bondability and built the most

7         modern high schools in our parish that we

8    could afford to build. For Polk Progress' education

9    initiative has been known around the world as a model

10   for education initiatives and military communities.

11        In exchange for the property owned by Fort

12   Polk, the military in Vernon Parish, the school

13   district receives impact aid that is appropriated by

14   Congress, and the cost of education, educating these

15   military students.

16        SEN. REESE:  So mayor, if you don't mind me,

17   interrupting you just a little bit there. So obviously

18   -- obviously, I very much respect your position being

19   here today, and really just kind of focusing on the

20   community of interest of Vernon Parish, and not wishing

21   necessarily to weigh in on any particular map that the

22   legislature may or may not adopt, and I respect that.

1        But certainly you and I share this common

2    interest in -- in holding together in whatever version

3    of a map that passes that -- that strong community of

4    interest. And so when you talk about impact aid, and

5    I'll just reference the map being discussed now.

6    Obviously, every map has a zillion different ways it

7    can be designed.

8        But -- so in -- in this particular map that we

9    have, we would have -- you have military students

10   living in one congressional district, and they would

11   attend school in another congressional district.

12       But impact aid, which is the money the federal

13   government pays the school district in lieu of property

14   taxes to educate -- provide educational services, that

15   you would have those kids attending another

16   congressional district. But the money has to be

17   appropriated for impact aid. Right?

18       And so it's kind of an inextricable -- you

19   can't divide that interest, that congre- -- you know,

20   that -- that federal interest. Right? So the impact aid

21   is paid to the school districts to support educating

22   the military children.

1          MR. ALLEN:  That's absolutely correct, sir --

2     Senator. And it may not be priority for a con --

3     congressman and another district to make sure that that

4     impact aid is -- is received for those schools.

5          SEN. REESE:  In the oth- -- in the other

6     district

7          MR. ALLEN:  The other district. Yes, sir.

8          SEN. REESE:  Okay.

9          MR. ALLEN:  So Vernon Parish, you know, is

10    laser focused upon Fort Polk and its family education.

11    When Congress authorized the defense community's

12    infrastructure program, known as the DCIP, the parish

13    and the state went after the first DCIP grant ever, and

14    competed against communities all across the nation. We

15    were able to win a $7.5 million grant for our schools,

16    and we invested that $7.5 million in STEM classrooms at

17    five of our schools.

18          And so the investment continues for Vernon

19    Parish and Leesville. Vernon Parish answered the army's

20    call for additional land and sold another 42,000 acres

21    of land -- or 47,000 acres of land out of our parish.

22    So -- which makes Fort Polk own 50 percent of Vernon

1    Parish.

2             SEN. REESE:  So -- so Mayor, I mean, it --

3    once again it looks like that -- that connection, that

4    community of interest connection continues to extend.

5    And I know that they have, you know, in this version of

6    the map -- and we're not here -- you're not here to

7    necessarily talk about one map or the other.

8             But in this version of a map under

9    consideration, it appears that we're actually splitting

10   apart into two congressional districts the army base

11   proper, and the additional land that was purchased that

12   they use for their training. And so that -- that

13   federal facility is kind of sliced.

14            And -- and that additional property you're

15   speaking of that the parish no longer has the ability

16   to tax, and then has to rely on federal appropriations

17   to support things like school districts and others

18   would be divided. Is that --?

19            MR. ALLEN:  That's absolutely correct,

20   Senator. And it splits my city as well.

21            SEN. REESE:  Yeah.

22            MR. ALLEN:  So it's -- it -- it puts us in a

1    position to where the -- and -- and the military is

2    also interested in purchasing more land from Vernon

3    Parish, which will be in the opposite district as well.

4    So it's well known that Fort Polk is the largest

5    economic driver -- generator in Vernon Parish, and the

6    second largest employer in the whole state of

7    Louisiana.

8              It's a -- the recent economic impact study

9    funded by the state demonstrates that there's no other

10   parish that is dependent on a nearby military in- --

11   installation, whether it be Belle Chasse or Barksdale

12   Air Force Base, or others as compared to Fort Polk and

13   Vernon Parish.

14             SEN. REESE:  So -- so mayor, that -- in -- in

15   terms of that connection, not just economic connection,

16   but, you know, one of -- one of the things that all of

17   us that live anywhere near a military installation live

18   in constant fear of is Base Realignment and Closure.

19   And we -- we talk about that often.

20             And in the Base Realign- -- Realignment and

21   Closure process, you know, there are a lot of factors

22   that the military measures to determine whether or not

1    that installation is going to remain open, or closed,

2    or grow, or shrink, or all those factors. But isn't --

3    isn't one of those factors the -- the -- in terms of

4    talking about a community of interest, one of those

5    factors is the community support measurement piece.

6    Right?

7             You know, whether that's housing, whether

8    that's job opportunity, or whether that's education

9    opportunity. And again, we've -- we've kind of divided

10   that in terms of federal interest here. But that is --

11   is that not part of what they measure in a -- in a

12   BRAC?

13           MR. ALLEN:  It's absolutely the -- one of the

14   key issues in how it's scored. And -- and this would

15   sever that relationship. And that -- so beyond that

16   fact, however, you know, there are families working

17   inside the fence line of Fort Polk, and the civilians

18   of the parish and -- and citizens outside that are

19   supporting Fort Polk.

20           It's -- it's hard to describe to you the

21   emotions that are involved in our parish members --

22   with our parish members and our -- our soldiers, unless

1  you've been to a parade, or a change of command, or --

2  or been there for Veterans Day, or something along

3  those lines. It -- you just -- I can't explain to you

4  the relationship that we have with Fort Polk, and we're

5  very proud of that in Vernon Parish.

6           SEN. REESE:  So Mayor, the -- the installation

7  in this case, in this particular version there, where

8  we kind of divide out the installation proper from the

9  town of Leesville, there's -- in terms of military

10 personnel stationed at that installation, those --

11 there's a percentage of those that live on base,

12 there's a percentage of those that live off base. You -

13 -

14          MR. ALLEN:  Yes, sir.

15          SEN. REESE:  What would you say that current

16 makeup is?

17          MR. ALLEN:  So 40 percent of the military

18 lives in our community off base.

19          SEN. REESE:  Okay.

20          MR. ALLEN:  So one -- one last point that I'd

21 like to -- to stress to you, that when it comes to

22 Congress rep- -- representation, the nexus between

1  Vernon Parish, Fort Polk, and the congressional

2  delegation district that -- that understands and serves

3  both entities should not be overlooked.

4          Many of the partnering activities between the

5  army and the Vernon Parish, whether it's education, or

6  energy, or shared activities between the army and

7  Vernon Parish, whether it's having Fort Polk, and the

8  parish, and the congressional district working together

9  has been a key advantage in retaining missions and

10  trust of the army at Fort Polk.

11          Breaking that nexus could cause harm to the

12  parish and to the army. We will continue to support the

13  army under any eventuality. But being Congress -- being

14  a congressional district that is unmoored from Fort

15  Polk will inevitably disrupt this cohesive- --

16  cohesiveness and coordination that we have served the

17  parish and the army for -- well, for very many years.

18          SEN. REESE:  So Mayor, the -- the -- why don't

19  -- why don't you talk a little bit about -- because

20  again, one of the things we're talking about here is

21  not only a community of interest, but in how that

22  integrates in with congressional decision making.

1          So -- so you guys worked hard to create in

2    Congress some law called intergovernmental support

3    agreements. And maybe -- maybe tell me a little bit

4    about how the intergovernmental support agreement works

5    in terms of community of interest, that in the case of

6    this map, we're kind of dividing in half. But tell me a

7    little bit about how that -- how that's worked for some

8    of the communities.

9          MR. ALLEN:  So in 2012 and '13, whenever they

10   passed a law in Congress that allowed us to enter into

11   an intergovernmental service agreement with a base next

12   our communities, it allowed us to go after some

13   services that the city Leesville, for instance, already

14   provides that -- that Fort Polk the army base needed.

15         SEN. REESE:  Mm-hmm.

16         MR. ALLEN:  We landed a $3.2 million

17   vegetation control contract, which is a vital part of

18   the city's budget. And it set us on a new trajectory

19   geographically where we're located. There are not very

20   many opportunities to increase revenue or to increase

21   our budget. But that interserver- --intergovernmental

22   service agreement, we hold three of the largest in the

1    world, and Leesville has the largest intergovernmental

2    service agreement in the world with Fort Polk.

3              SEN. REESE:  So, you know, all of these things

4    require congressional action. You know, is -- is my

5    observation. You know, so you've got to have the

6    authority to perform these kinds of services, which

7    takes congressional action, you have to have the

8    appropriations at congressional level that -- that

9    funds these sort of actions. And one of the things

10   we've struggled with, I think, historically is

11   maintaining seats on the House Arm- -- Armed Services

12   Committee.

13             Don't -- would -- would you -- would you

14   believe that -- that in terms of communities of

15   interest, maintaining things like Barksdale Air Force

16   Base and Fort Polk, our state's two largest

17   installations in the state, together is -- is probably

18   how we leverage that congressional seat on House Armed

19   Services. Versus dividing out where one congressman has

20   half of Fort Polk, and another congressman has half of

21   Fort Polk.

22             MR. ALLEN:  Absolutely. And --

1        SEN. REESE:  Kind of been the practice we've -

2    - we've seen.

3        MR. ALLEN:  And you can see the -- the results

4    of that in just the last wins for Fort Polk and Barstow

5    Air Force Base, over $123 million in MILCON projects

6    alone for those two bases. And absolutely would be

7    affected by splitting that base, taking that leverage

8    away from our now congressman, or whoever the

9    congressman will be could affect that tremendously.

10        SEN. REESE:  Thank you.

11        MR. ALLEN:  I appreciate you listening to me

12    today. And I -- and I understand that -- that you have

13    a very tough decision to make here. But Leesville and

14    Vernon Parish is a community of interest. And it will

15    greatly affect our ability to support and continue to

16    support Fort Polk and our military families.

17        I'm proud of -- of the work we've done. But

18    we've got a lot of work left to do. And splitting --

19    splitting our cities, and splitting our parish, and

20    actually dividing the training ground that our great

21    military uses to train at Fort Polk would -- would be a

22    bad move for us.

1          So again, I want to thank you, for all you do.

2     And -- and I understand that you have a very tough

3     decision to make. But with prayer, we will get through

4     this. And I -- I again, want to -- want to thank you

5     for the opportunity. And I'll take any more questions

6     at this time.

7          SEN. REESE:  Mayor, I -- I appreciate your

8     sincere effort at -- for detailing to this committee

9     and others, you know, how -- how you can't abandon

10    necessarily that -- that community of interest that --

11    for the -- the -- the largest military installation in

12    the state of Louisiana, which is a federal asset, which

13    is absolutely governed by Congress, absolutely

14    influenced by Congress.

15         And we would seek to divide that federal

16    installation in half, giving half of an installation to

17    one congressional district, and half of an installation

18    to another congressional district. And then divide the

19    city responsible for providing the bulk of that support

20    to the federal partner, divide that city in half.

21         But I also respect the fact that -- that you

22    weren't -- are not willing to necessarily speak on the

1    -- the merits of one map versus another map, but to

2    focus in really on what we -- you know, the -- the --

3    just the parameters of that parish, and the fact that

4    it is an undistinguishable community of interest.

5    Really undistinguishable community of interest, you

6    know, in terms of -- of federal policy. So I thank you

7    for taking the time to do that.

8           MR. ALLEN:  Thank you. And -- and I'm -- I'm

9    glad that's not my job today. Thank you all.

10          SEN. HEWITT:  Would you take a question or a

11   comment from Senator Milligan?

12          MR. ALLEN:  Absolutely.

13          SEN. REESE:  You can probably take the map --

14   the map -- senator? He wants the map. Okay. All right.

15          SEN. MILLIGAN:  Thank you, Madam Chairwoman.

16   And -- and Mr. Mayor, thank you, again for being here,

17   and what you do, and certainly representing the folks

18   around Fort Polk. And -- and really, Senator Reese, if

19   you don't mind, you and I serve on military affairs

20   together, and -- and you've got a deep history of Fort

21   Polk.

22          And you understand the power and the -- the

1   responsibility that the -- the 4th Congressional

2   District has with having two big military

3   installations. But also have seen the investments in

4   our communities because of that power. And so would you

5   just hit that again, and -- and reiterate the fact that

6   keeping those together in the same district is a win

7   for Louisiana, and how, please?

8          SEN. HEWITT:  I will add you to the party,

9   Senator.

10         SEN. REESE:  No. I appreciate that. Yeah. I

11  mean, and that -- and that's been my -- my observation

12  is -- is in terms of the 4th District, you know, being

13  able to aggregate that military influence of both

14  Barksdale Air Force Base, you know, so two branches of

15  service, two vital assets to our -- to our nation. But

16  really, in terms of their economic impact, and other

17  impacts to the state of Louisiana, they're the two

18  largest.

19         And that's given us the leverage historically

20  that one congressman representing both of those two

21  large installations has been -- had the opportunity to

22  be on the influential committees that make a difference

1    in terms of appropriations, and in terms of military

2    policy, that allow them to thrive, and allow them to

3    continue to be positive impacts on the state of

4    Louisiana. And to be -- to be viable in their -- in

5    supporting the mission of national defense.

6            You know, I think that's the reason we've been

7    so successful in -- in accruing the -- the resources

8    necessary, is because we can aggregate those into one

9    district. Because it is such a shared interest between

10   those two communities, those two bases.

11           SEN. MILLIGAN:  And I appreciate that I've

12   seen the infrastructure investments in -- in -- in

13   Bossier surrounding the base. I've seen the investment

14   into cyber and -- and those responsibilities in the

15   Northwest Louisiana community. We've seen that

16   investment. And certainly you've seen it in the Fort

17   Polk area, and you spoke on that several times.

18           I -- I would hate to think that we would

19   weaken our responsibility, our representation for the

20   military community and the investment that the

21   government makes in our state by dividing this up among

22   numerous congressman. We certainly in Louisiana need

1   every -- every positive we can get. And that's

2   certainly a very strong one for us.

3           I -- I would like not to see that broke up and

4   split. I want to see that -- that the -- the power is

5   retained under one congressional member for the sake of

6   not just our communities, but all Louisiana. So thank

7   you for --

8           SEN. REESE:  Thank you.

9           SEN. MILLIGAN:  Thank you, Mr. Mayor.

10          MR. ALLEN:  Thank you, sir.

11          SEN. REESE:  Thank you, Mayor Allen.

12          MR. ALLEN:  Thank you.

13          SEN. HEWITT:  All right, Mayor. Thank you very

14  much. We appreciate you. All right. I've got a white

15  card here also from Timothy Magner, the greater

16  Shreveport Chamber, if you would like to come forward.

17          DR. MAGNER:  Good afternoon, and thank you so

18  much for the opportunity to meet with you today. I'm

19  Dr. Tim Magner, the president of the Greater Shreveport

20  Chamber of Commerce. And I wanted to provide you some

21  additional background on -- on the 4th District.

22          As you know, the political boundaries are

1    comprised of overlapping communities of interest. They

2    begin with small units, such as streets and

3    neighborhoods, moving outwards to towns, and cities,

4    and military installations, further to parishes,

5    regions, and then configurations like the 4th District

6    and the state of Louisiana.

7            Thus, larger boundaries are built on smaller

8    communities. The logic of this approach is that the

9    value is added as more contiguous communities are

10   linked together. One example of this value which we --

11   we talked about here at length is the inclusion of the

12   state's two important military installations of

13   Barksdale Air Force Base and Fort Polk, and the Joint

14   Readiness Training Center.

15           Beyond the singular impact of either

16   institution is the impact that their combined inclusion

17   has on the 4th District, which will equip whoever holds

18   that congressional seat with great influence in

19   Washington D.C. These two installations are critically

20   important to national security interests, and their

21   importance virtually guarantees that the member who

22   represents them will sit on the powerful Armed Services

1  Committee.

2        A seat on the Armed Services Committee allows

3  the representative to better compete for funding that

4  is essential not just to the economy of the 4th

5  District, but to the state's economy as well.

6        As a recent example, the 2022 National Defense

7  Authorization Act, the Louisiana military installations

8  led by Barksdale Air Force Base and Fort Polk are set

9  to secure about $1 billion in funding, which includes

10  more military construction dollars for the Air Force

11  and the Army than anywhere else in the world.

12        Representative Johnson's [ph] position on the

13  House Armed Services Committee representing both bases

14  was a critical factor in bringing those federal dollars

15  to Louisiana. Dividing our base communities into

16  separate districts would dilute the bargaining strength

17  and have potentially negative effects on our state.

18        Both Barksdale and Fort Polk are poised to

19  expand importance in -- in -- in the future as a

20  weapons generation facility that's slated to go into --

21  into Barksdale. And I know Fort Polk is looking to

22  expand as well, as you just heard. With the planned

1    expansions, there will be opportunities to create new

2    businesses and attract businesses from out of state.

3            A single representative in Congress can help

4    facilitate those expansions, but splitting the

5    installations into two districts put those -- puts

6    those plans at risk. And it's not just the financial

7    impacts.

8            Military Families often have different needs

9    than you and I, and having those base communities in

10   the same district allows their representative in

11   Congress to have a better understanding of those needs.

12   Fort Polk has approximately 8,000 soldiers stationed,

13   with 13,000 family members living on and off, as well

14   as 6,000 department of the army civilians and contract

15   employees, and more than 40,000 retirees in that area

16   alone.

17           Barksdale, by contrast, has a population of

18   almost 15,000, which is comprised of about 5,000 active

19   duty, 1,300 or so reservists, almost 5,500 military

20   family members, 23 -- 2,500 civilian employees, and

21   over 25,000 retirees in that area.

22           Many service members, veterans, and their

1   families face similar problems virtually all military

2   families and their -- military personnel and their

3   families encounter. Ensuring that these populations are

4   part of a single congressional district allows their

5   elected representative to better address their needs

6   than if they were divided among multiple districts.

7          The 4th District also unites rural,

8   agricultural, and timber industries. The 4th Di- --

9   District is largely rural and thus includes the par- --

10  the included parishes share concerns that rural

11  districts have, such as rural broadband, rural water,

12  and access to education to name but a few.

13         This is also a significant agricultural

14  district. The 4th District is in the top 25 percent of

15  all congressional districts in agriculture, supporting

16  the state's $11 billion industry because the district

17  encompasses poultry, cattle, crawfish, rice, and

18  soybeans are growing across the district and Caddo,

19  Bossier, Natchitoches, Evangeline, and St. Landry.

20         This is also a strong timber district, with

21  timber processing facilities also across the district

22  in Homer, Ringgold, Coushatta, Chestnut, Oakdale,

1   Chopin, and a new one being constructed in Bossier

2   Parish. Thus, there are some population and economic

3   similarities and interdependencies between and among

4   the component parishes of the 4th District.

5          However, I would offer that the strength of

6   the 4th District is not simply due to the outlines of

7   the district itself. But that in the manner in which it

8   is constructed builds on the combined strength of the

9   communities, such as the bases, cities, towns, and

10  parishes that are contained wholly within the district.

11  The strength of the whole, therefore, is predicated on

12  the integrity and internal continuity of each of its

13  parts. Thank you.

14         SEN. HEWITT:  All right. Thank you, doctor.

15  Appreciate that. So I was a little bit confused by --

16  by some of the points. Were you speaking in support of

17  the enacted bill? Or were you speaking in support of --

18  of the bill? I know you turned in a white card, you're

19  basically trying to provide information, I guess, and

20  describe it. When you just talk about the district, are

21  you describing the district as it exists today?

22         DR. MAGNER:  As -- as -- as it's currently

1    constructed.

2              SEN. HEWITT:  Okay.

3              DR. MAGNER:  Yes, ma'am.

4              SEN. HEWITT:  All right. I understand now.

5    Thank you. All right, Senator Milligan.

6              SEN. MILLIGAN:  Thank you, Madam Chairwoman. I

7    don't have a question to him. But I -- I want to thank

8    you for your leadership, and -- and taking the time to

9    come down today.

10             DR. MAGNER:  Appreciate it.

11             SEN. MILLIGAN:  You and your team are rock

12   stars, and -- and -- and certainly lead the -- the --

13   the charge in -- in Shreveport and Northwest Louisiana

14   as a whole. So I do appreciate you.

15             DR. MAGNER:  Thank you so much.

16             SEN. HEWITT:  All right. Sir, would you take a

17   question from Senator Reese?

18             DR. MAGNER:  Certainly.

19             SEN. REESE:  Mr. Magner, thank you for -- for

20   coming in to testify today. And I know you turned in a

21   white card, so I won't ask you necessarily about a

22   particular position on a bill. But again, one of the

1   difficulties that we have is, you know, how you

2   construct bills and layer all of the requirements for

3   redistricting principles on top of one another to

4   ultimately arrive at something that both meets all

5   legal standards that -- that we've discussed here

6   today.

7          But at the same time, you know, holds together

8   communities of interest. Some communities of interest

9   are cultural, some are -- some are very, you know,

10  local related communities of interest. But in terms of

11  -- of congressional policy, and today we're talking

12  about congressional maps, and congressional

13  representation, I mean, is there -- is there a stronger

14  congressional policy tie in terms of community of

15  interest than we -- than what you had witnessed to --

16  to be that of Barksdale and -- and Fort Polk?

17         DR. MAGNER:  No. And again, I think the -- the

18  -- it's the implication of what that has for the state

19  as a whole. The -- the combination of those two

20  installations have tremendous impact individually on

21  the -- as we heard from the gentleman from Vernon

22  Parish earlier, and certainly the impact on the -- the

1    Caddo, Barksdale region is -- is significant.

2             But the combination of those two together

3    within the -- within a single congressional district

4    has profound influence on what happens, not just in

5    that district, but in the state of Louisiana as well.

6             And so maintaining those connections, and

7    similarly, to the extent possible, maintaining the --

8    the integrity of, as we heard cities around the -- the

9    -- the bases. And the ability to be able to have that

10   community's sort of organizational integrity reflected

11   in, and how that is supported throughout the district.

12            SEN. REESE:  Well, I appreciate you taking the

13   time and -- and effort to help educate us on that.

14   Thank you.

15            DR. MAGNER:  Certainly. Happy to do so.

16            SEN. HEWITT:  All right. I think that's the --

17   the last question. Thank you very much for being here.

18   We appreciate it. All right. Next I'd like to call up

19   from St. Tammany Parish, Parish President Mike Cooper

20   and Councilman Mike Lorino.

21            MALE 1:  All right. No. Thank you, Mike.

22            SEN. HEWITT:  All right. Thank y'all very much

1   for being here. Who would like to go first?

2             MALE 1:  President Cooper.

3             SEN. HEWITT:  President --

4             PRES. COOPER:  I'll go first. Yes --

5             SEN. HEWITT:  President Cooper, thank you for

6   being here, sir.

7             PRES. COOPER:  Thank you. Thank you, Madam

8   Chair, members of the committee, Senator Fields.

9   Currently, all of St. Tammany Parish is represented by

10  congressional district number one. Senate bill one

11  divides St. Tammany Parish into two congressional

12  districts, congressional district one and congressional

13  district six.

14            St. Tammany Parish has been represented by

15  congressional district one since 1974, almost a half

16  century. We'd appreciate this committee giving the same

17  attention that was given act five and Senate bill five

18  of the 2022 first extraordinary session with respect to

19  the boundaries of political subdivisions by keeping us

20  whole within congressional district number one.

21            Act five, SB5 preserves our core principle

22  values and the community of interest within St. Tammany

1    Parish as was mentioned earlier. St. Tammany is

2    naturally included within the New Orleans economic

3    region and SB1 puts more than half of our parish within

4    the congressional district based in and around Baton

5    Rouge instead of New Orleans.

6            Finally, whether it is our infrastructure

7    projects, flood protection issues, our economic

8    priorities, or our cultural way of life, our priorities

9    in St. Tammany are united and stretch across our entire

10   parish. The people of St. Tammany Parish strongly

11   support remaining intact within the first congressional

12   district.

13           I would respectfully ask that you vote to

14   defer Senate bill one and keep all of St. Tammany

15   Parish within congressional district one as enacted by

16   act five of the first extraordinary session of 2022.

17   Thank you.

18           SEN. HEWITT:  All right. Thank you, Mr.

19   President. Yes. Councilman, if you would introduce

20   yourself again for the record?

21           MR. LORENO:  Yes, ma'am. Mike Loreno [ph],

22   Councilman district for St. Tammany Parish council.

1    Before I get started, what a tough job you all -- you

2    have. We're getting ready to start redistricting

3    ourself. And I can just imagine in a few weeks sitting

4    on that side and handling the issues that you're

5    bringing forth, and it's going to be a tough, tough go.

6    But I want to thank you all for that.

7            Madam Chair, there's not much that I can add

8    to what President Cooper said and which you eloquently

9    described as so important to St. Tammany Parish to

10   remain whole. Senator, I realize that there's a lot of

11   district -- a lot of areas that are divided. But that

12   doesn't mean you have to change one because another one

13   is there.

14           There should be a way to look at these things

15   and try to figure them out and work them the best you

16   can. And if you can't well, you can't. But as I sat

17   there and listened today, committee only has three

18   choices as I sit there. Keep what you have now, vote

19   for Senator Fields is a new one, or let the courts do

20   it.

21           So whatever way you choose, that's a tough

22   decision on each and every one of you sitting here and

1    it's going to be guided by your principles and your

2    beliefs, but sitting here, I would rather see you

3    ladies and gentlemen, do it much more than a court

4    handle it. Because everything I've seen come out of

5    courts over the years, sometimes aren't the most

6    friendly and correct.

7           And so I'd just like to once again, say thank

8    you very much. I realize the job you had. And I also

9    ask you to leave St. Tammany whole, if possible, if

10   possible. We just had a major election in St. Tammany

11   Parish. And at the beginning of that election, that

12   issue was supposed to divide St. Tammany Parish. And it

13   didn't because all the people in St. Tammany Parish had

14   an opportunity to vote and all the people voted what

15   they wanted to have done, and that's what we strive to

16   do.

17          And I know that's what you strive to do. So

18   once again, thank you very much. And we really

19   appreciate the job and a difficult job. Thank you,

20   Madam Chair, and it's great to see you as always.

21          SEN. HEWITT:  Well, I appreciate you all

22   coming over here to -- to -- to our world, and

1    appreciate what you do. Yeah. This -- the -- this map,

2    as it's represented here for our parish is very -- is

3    very troubling to me. And -- and you all know these

4    precincts as well as I do. You know, we're sp- -- we're

5    splitting -- we're splitting neighborhoods in the

6    military road area.

7            You know, we're taking Pearl River that has

8    maybe four or five precincts and putting four of them

9    in one district and -- and the other one in a different

10   district, a congressional district, we're doing the

11   same in Lacombe where we're, you know, these are very

12   small areas; right? And -- and splitting them is -- is

13   very concerning to me.

14           And then I think the other thing, and I'm

15   going to put you guys on the spot a little bit, you

16   know, we have a little competition kind of between the

17   east side and the west side of the parish. And again,

18   kind of putting the east side over in a different

19   congressional district than the west side only helps

20   promulgate that; wouldn't -- wouldn't you think?

21           PRES. COOPER:  Yes, it does. In fact, we

22   represent eight municipalities as well. There are eight

1    municipalities in St. Tammany Parish and they meet

2    regularly as the St. Tammany municipal association. We

3    are a cohesive parish, we're the fourth largest parish

4    in the state of Louisiana. Yet we are, we are very

5    cohesive. We continue to grow and yes, by dividing our

6    cities or splitting some of the cities from the rest of

7    the -- the other municipalities in a different

8    congressional district would be detrimental to our

9    parish.

10           MR. LORENO:  Mad- -- Madam Chair, may I say

11   one other thing?

12           SEN. HEWITT:  Sure.

13           MR. LORENO:  I left off one important point.

14   This would be the second time district four has been

15   affected by -- or St. Tammany has been affected by a

16   change. We just -- we just came down with a new Senate

17   district. And then now in my district, I have half the

18   highway 22 in the new Senate district and the other

19   half of the highway in the old Senate district.

20           You know, and residents don't really

21   understand that. Especially new residents that are

22   moving in instead of moving in, they just think, hey,

1    here's my Senator, but they don't realize well across

2    the street, it's a different Senator. So, you know, we

3    just went through that. And if, as I said, if we can

4    keep St. Tammany whole as it is, it would be great.

5         SEN. HEWITT:  And -- and I appreciate that.

6    And we do see ourselves as a -- as a community of

7    interest; right? We have festivals and, you know, all

8    of -- all of those things, we have one chamber of

9    commerce that represents both sides. We used to have

10   two separate ones. We have one chamber.

11        PRES. COOPER:  Yes.

12        SEN. HEWITT:  We have one economic development

13   organization. You know, we -- we definitely see

14   ourselves as one community of interest and, you know,

15   dividing us this way, is again, it -- it d- -- it

16   violates everything that I know about our parish and --

17   and where we've raised our kids for 35 years.

18        PRES. COOPER:  And of course, again,

19   economically, we're a part of GNO Inc, Greater New

20   Orleans, Inc. That's our economic development

21   organization. And it's important that we be a part of

22   the New Orleans region, as opposed to being shifted to

1  the Baton Rouge region.

2          SEN. HEWITT:  Okay. Okay. Well, I appreciate

3  y'all taking the time to --

4          PRES. COOPER:  Yes.

5          SEN. HEWITT:  To come and speak here with us.

6  I -- I wish I could take you to lunch. Looks like we're

7  going to kind of work through lunch.

8          PRES. COOPER:  I'll take a rain check.

9          SEN. HEWITT:  But thank you very much for

10 being here.

11         PRES. COOPER:  You're welcome. Thank you,

12 members of --

13         MR. LORENO:  Thank you.

14         PRES. COOPER:  Committee.

15         MR. LORENO:  Thank you.

16         SEN. HEWITT:  Thank you.

17         PRES. COOPER:  Thank you, Michael.

18         MR. LORENO:  Thank you, sir.

19         SEN. HEWITT:  All right. I've got a couple of

20 folks here from Washington Parish, Sheriff Randy Seale

21 [ph] and Brent Jones from Franklinton. All right. We

22 must have worn them out. That would be easy to do. All

1    right. From Rayville, Ethan Estes [ph] and Harrison

2    Cooper from Rayville, Louisiana. Okay.

3              MR. ESTES:  Okay.

4              SEN. HEWITT:  All right. Welcome.

5              MR. ESTES:  Can you hear me?

6              SEN. HEWITT:  Pull it a little bit closer and

7    then introduce yourself for the record.

8              MR. ESTES:  How about now? Can you hear me?

9              SEN. HEWITT:  Much better.

10             MR. ESTES:  Perfect. All right. Good

11   afternoon. My name is Ethan Estes and I am from

12   Rayville, Louisiana. It is a very small town in

13   Northeast Louisiana with about 3,000 people. So we're

14   just a map dot. I'm a student at the University of

15   Louisiana Monroe, and I have worked in the political

16   arena, I guess, for the last three or four different

17   years.

18             My first job was working as an intern for then

19   Congressman Ralph Abraham. And my most recent job was

20   working for Congressman Elect Luke Letlow, and I've

21   traveled all 24 parishes and almost all 64 parishes in

22   the state, 24 parishes that comprises our fifth

1    congressional district. And I've met many, many

2    different people along the way, but we all have a lot

3    of similar similarities; right?

4            We've heard a lot this morning, Senator

5    Hewitt, you talked about communities of interest --

6    interest; right? And so Louisiana's fifth congressional

7    district is comprised of nothing but communities of the

8    same interest. We are comprised of agriculture in

9    Northeast Louisiana, soybeans, cotton, corn. And the

10   central Louisiana of our district it's timber and the

11   Florida parishes it's cattle and strawberries, peaches.

12           The fifth congressional district exports is

13   one of the largest exporters of agriculture. And we are

14   the largest district that runs parallel to the

15   Mississippi River prime for economic development and

16   economic growth. Our now Congresswoman Julia Letlow

17   sits on the appropriations committee up in Washington,

18   DC, a very powerful committee in Washington, DC.

19           That is a grand slam of bringing dollars and

20   money back to our district and invested in our

21   communities to where it matters. Senator Milligan, you

22   talked this morning about West Carol Parish and

1    Ouachita Parish and Richland Parish, you know, in

2    Northeast Louisiana, we're the redheaded stepchild;

3    right? Nobody ever really gives us enough credit.

4            And rural the -- we are the rural parish. We

5    are a very rural district. And so, we sort of get the

6    hand me downs on some end of the deal. But that's okay.

7    But at the same time, we also have a voice too, in --

8    in all of this; right? This bill, Senate bill one,

9    diminishes the rural life of Northeast Louisiana.

10           It does away with the communities of similar

11   different or similarities, excuse me. East Baton Rouge

12   Parish. What this -- what this bill does is 30 percent

13   of the population would now reside in East Baton Rouge

14   Parish alone, and the entire district that's being

15   proposed in Senate bill one that goes all the way up to

16   Lake Providence, West Carol -- East Carol Parish. The

17   representation would most likely fall to East Baton

18   Rouge Parish, and we would not have a voice at that

19   point.

20           SEN. HEWITT:  So you're saying 30 percent of

21   the congressional district five, the way it's drawn in

22   this bill would be from East Baton Rouge Parish.

1          MR. ESTES:  Thirty percent of the population.

2          SEN. HEWITT:  Of the population.

3          MR. ESTES:  Would be concentrated to East

4    Baton Rouge Parish.

5          SEN. HEWITT:  Which completely -- and do you

6    see that as a community of interest where you talked

7    about all the agriculture and the rural part of really

8    what -- what you s- -- as you all see yourselves as

9    being, how does -- that doesn't really fit with East

10   Baton Rouge?

11         MR. ESTES:  Not at all. Again, Northeast

12   Louisiana, we are country folks. And we are the

13   agriculture district, but we don't have similarities

14   with East Baton Rouge Parish; right? And -- and we

15   don't believe that our voices would be represented or -

16   - or accurately represented if it comes down to this.

17         Another thing that I want to pinpoint, I know

18   that we don't have the map up, but Ouachita Parish is

19   split --

20         SEN. HEWITT:  We can pull it up. We can pull

21   it up.

22         MR. ESTES:  Okay. Perfect.

1          SEN. HEWITT:  We know people that can pull up

2     maps.

3          MR. ESTES:  [indiscernible]

4          SEN. HEWITT:  You want to pull up the Ouachita

5     area?

6          MR. ESTES:  Perfect.

7          SEN. HEWITT:  Okay.

8          MR. ESTES:  So looking at Ouachita Parish, we

9     can clearly see that it is split and that has not

10    happened. And I don't know how long. But Monroe,

11    Louisiana, and some of the city limits of west Monroe

12    would reside in the proposed district five while the

13    other half of Ouachita Parish would then be in

14    Congressman Mike Johnson's district.

15          This would cause a multitude of problems. As

16    far as education, economic growth, our Ouachita Parish

17    school board would not have a voice around this

18    particular district. You know, half of Ouachita Parish

19    may get funding, the other half may not. That creates

20    just an -- an astronomical amount of, of hurdles that

21    would need to be overcame with that.

22          And so, myself and some folks that are here

1  today with me, are strongly against the proposed bill

2  because we believe it pulls our voice away. And we

3  believe that with this new concentration of most of the

4  population or a good bit of the population being

5  concentrated to East Baton Rouge Parish would bring our

6  voices away.

7         And that's something that we are not ready to

8  do, considering that most of the members in of Congress

9  are along the I10 corridor. And with that, that is all

10  that I have. I'm going to pass it now over to Mr.

11  Cooper, if there's any questions.

12         SEN. HEWITT:  Yes, sir. Mr. Cooper, introduce

13  yourself for the record.

14         MR. COOPER:  Yes, ma'am. I'm Harrison Cooper.

15  I'm from Rayville, Louisiana. I've spent my whole life

16  in the fifth district. I grew up in Rayville. I just

17  graduated from Louisiana Tech in Rustin, which is in

18  Lincoln Parish. So I've spent the whole, like my whole

19  life in the fifth district, along the I20 corridor.

20         And to see it being split, it would just

21  change the whole dynamics of that area. My dad farms.

22  And so I've seen farmland in the whole district and for

1    that to get split and moved and for the voice to be

2    taken away that we do have right now, it would change a

3    lot of things. And that's basically it.

4              SEN. HEWITT:  All right. No, I appreciate

5    that. And I did not realize 30 percent of the

6    population would be in East Baton Rouge. So you're, you

7    know, at -- at risk of converting or changing a

8    district that is agriculture based and rural based, you

9    know, we c- -- we talked about the Delta and lumping it

10   in with East Baton Rouge, which had, you know, urban,

11   much different issues, concerns, priorities, etc. So

12   that -- that was a -- that was a significant point.

13             MR. COOPER:  Can I give you one more

14   percentage?

15             SEN. HEWITT:  Yes.

16             MR. COOPER:  So over 60 percent of the fifth

17   district would be in south Louisiana around Baton

18   Rouge, also.

19             SEN. HEWITT:  Okay. Yep. Yeah. That's

20   significant. And I appreciate you pointing that out. It

21   didn't, you know, it's not that obvious when you look

22   at the geography, you know, because it is such a large

1  district, but when you talk about where the population

2  is centered, that is a c- -- completely different

3  picture.

4        And to me completely changes the complexion of

5  the district as -- as it was intended and minimizes the

6  importance of agriculture in our state. We're an ag- --

7  we are an agriculture state and much of that comes from

8  the fifth district. And so I appreciate you all making

9  those points.

10       MR. COOPER:  Yes, ma'am. Thank you.

11       MR. ESTES:  If I can make one more comment

12  really quickly. I'll -- I'll promise to be brief.

13  During my time on Luke Letlow's campaign, we traveled

14  again all 24 parishes in -- in the fifth congressional

15  district every day from March to December. And anywhere

16  he went, he never met a stranger; right? No matter who

17  it was, no matter your background, no matter anything,

18  he always bound and determined to get to know you.

19       His wife shares that same character. Doc- --

20  Dr. Letlow -- Congresswoman Letlow has been an advocate

21  for higher education. She's been an ag- -- advocate for

22  agriculture and she's been an advocate for all the

1    people of the fifth congressional district. And we

2    would like the -- to urge the committee to keep the

3    fifth district the way it is. And one of the similar

4    bills that you have recently presented, Madam Chair. So

5    with that, we yield our time.

6            SEN. HEWITT:  All right. We appreciate that

7    very much. Thank y'all for being here at -- and

8    traveling to -- to be with us today at the capital.

9    We've got one more person up from Northeastern part of

10   the state. And that's Brooke Edmondson from west

11   Monroe. Brooke, would you like to come?

12           MS. EDMONDSON:  Hello.

13           SEN. HEWITT:  Welcome.

14           MS. EDMONDSON:  My name is Brooke Edmondson

15   and I'm from west Monroe, Louisiana. I currently go to

16   school at Louisiana Tech I'm in civil engineering, but

17   kind of just piggybacking off of what you just heard.

18   I've lived in Ouachita Parish my entire life. Our

19   parish has made up of lots of different people though

20   we have several municipalities in Ouachita Parish, we

21   are one. We are one together. We work together. We have

22   different cities, of course, but we are one together.

1          And then splitting up this parish would just

2     take away some of the things that we have worked so

3     hard to overcome over the past few years, our parishes

4     have always worked collaboratively together. However,

5     in the past few years we have done an excellent job of

6     exp- -- expanding that and just continuing to do so.

7          But splitting up our parish would take away

8     from our infrastructure improvements, our eco- --

9     economic advances, and then right off of what you just

10    said, you just heard from the agriculture standpoint of

11    it. So we just urge you once again to reconsider this.

12    You know, we do have -- you do have to make tough

13    decisions in this and splitting up communities, but we

14    are just asking that you will reconsider the Ouachita

15    Parish community.

16          SEN. HEWITT:  Well, thank you for -- for

17    taking the time to -- to join us. You know, as I look

18    at the map and you may not be able to answer this

19    question, but -- but I'm not sure if all of west Monroe

20    is even included in the same district or not.

21          It looks like there could be parts of west

22    Monroe in district five and parts in district four. I -

1   - I don't know if you've looked at those precincts --

2          MS. EDMONDSON:  Correct.

3          SEN. HEWITT:  Or you know them.

4          MS. EDMONDSON:  Yes, ma'am.

5          SEN. HEWITT:  Is that -- is that true?

6          MS. EDMONDSON:  Yes, ma'am. That is true. And

7   that's one thing -- like even me being from west

8   Monroe, I live outside of the city limits. And so we do

9   a lot of our work in west Monroe. I work there, we do

10  like our eating, our shopping, everything is in west

11  Monroe city limits. However, we live a mile away from

12  the city limits.

13         So we will technically be considered in Mike

14  Johnson's district, if this passes. However, everything

15  else that we do resides in the fifth district. So

16  that's the main change, just kind of advocating for

17  those other communities like Brownsville, Clayburn,

18  those areas of Ouachita Parish.

19         SEN. HEWITT:  So you all in the -- that

20  community, you think of yourselves as being, you know,

21  a one community of interest.

22         MS. EDMONDSON:  Absolutely.

1          SEN. HEWITT:  The way it's divided to -- on

2     this proposed map, doesn't make any sense to you in the

3     west Monroe area in particular; is that right?

4          MS. EDMONDSON:  Correct. Yes, ma'am.

5          SEN. HEWITT:  Okay. And again, and I'm asking,

6     I'm not trying to put words in your mouth, but I'm

7     trying to -- it -- it does -- it does look to me the

8     way it's drawn that there are parts of west Monroe that

9     are out.

10          MS. EDMONDSON:  Yes, ma'am. And like I just

11     said, like the city limits, of course, of west Monroe,

12     they are included in the fifth district still, however,

13     when I think of west Monroe, you know, it's not just

14     the city limits, it's all of the people, the community

15     right outside of these city limits that make up west

16     Monroe.

17          We are one, we are a whole, we are very family

18     oriented, community based, and we all support each

19     other. And so drawing this line in between us just kind

20     of strips that away from us.

21          SEN. HEWITT:  Okay. All right. And best of

22     luck in your civil engineering career.

1           MS. EDMONDSON:  Thank you very much. One more

2    year.

3           SEN. HEWITT:  It's a -- it's a great field and

4    I'm a little partial to female engineers, so --

5           MS. EDMONDSON:  Yes.

6           SEN. HEWITT:  Give you all the encouragement I

7    can.

8           MS. EDMONDSON:  Well, I certainly appreciate

9    it. Thank you.

10           SEN. HEWITT:  Thank you for being here. All

11   right. Let me go to -- to Metairie, Nathan Kenig [ph] -

12   - Keonig [ph]? Is -- Nathan, are you still here? Okay.

13   All right. In Pineville, Cade Smith.

14           MR. SMITH:  Good afternoon.

15           SEN. HEWITT:  Good afternoon.

16           MR. SMITH:  If you will, would you pull up the

17   Rapides Parish map, please?

18           MALE 1:  Sure. Just read my mind.

19           MR. SMITH:  So my name is Cade Smith. I am

20   from Alexandria, Louisiana. I currently res- -- reside

21   in Pineville, but I'm a recent graduate in political

22   science from the University of Louisiana Monroe. So

1    it's a little unique.

2           I -- when looking at this map have my hometown

3    of Alexandria being divided and our community being

4    divided, but also where I went to college, Monroe also

5    being divided outside of west Monroe, as they

6    previously talked about.

7           I grew up in Boce, which is Northwest of

8    Alexandria and all of these little towns that you see,

9    all -- everything happens in Alexandria. People live

10   outside, sort of like how they were talking about in

11   west Monroe. People live outside of the city limits,

12   but everyone comes to Alexandria. And if you look

13   above, this is kind of a cluster right here, you have,

14   and, you know, Pollock all the way down to Ball to

15   Alexandria.

16          Everyone comes to Alexandria. And that's being

17   split among three different districts in this proposed

18   map, which is why I -- I'm emerging all of you to

19   reconsider. And I'm not here to debate on whether or

20   not there should be -- I know we talked earlier about

21   the racial disparities. I'm looking at the communities

22   of interest myself.

1        And I know everyone wants their parishes to be

2   clean cut, which isn't feasible. And I think it would -

3   - I would prefer to see a parish kind of dug into

4   outside of the communities of interest rather than have

5   say Alexandria -- Alexandria metro area split up into

6   two or three different districts.

7        Also to kind of touch on the agricultural side

8   of things like we already discussed earlier, if you

9   could zoom out to just the state map? Can we get the --

10  the current map? Is there a current map? Yeah. So this

11  is the current map, as you can see, Northeast Louisiana

12  has essentially all the yellow is agricultural.

13       We are the agricultural district of Louisiana.

14  We essentially produce nearly 50 percent of all

15  agricultural sales from Louisiana comes from the fifth

16  district. And if you go to the -- the new map that was

17  proposed, you see how much of the district gets lost in

18  this. And one, that's going to hurt our agricultural

19  community.

20       We have all these farmers that are in the

21  Northeast district, sort of like leveraging armed

22  services. This goes back to agriculture. We have

1    Congresswoman Julia Letlow, who sits on the agriculture

2    committee in the House right now. And if we lose part

3    of our area to another representative, they might not

4    get that same representation. They might not get those

5    same grants and funding from the federal government,

6    which is just really important to consider when looking

7    at redistricting.

8              I know, like I said, you know, it would be

9    ideal to have every parish clean cut in a different

10   district, but it's -- it's not, but also we want to

11   avoid cutting into these communities of interest. And

12   like I pointed out earlier, like between Grant and

13   Rapides Parish, everybody kind of goes into Alexandria.

14             I have family that lives in Grant Parish, I

15   have family that lives in Ball, Pineville, Alexandria.

16   So like having them split between three different

17   districts, that's just completely insane in my opinion,

18   which is why I'm urging y'all to reconsider this area

19   in particular Alexandria.

20             But also not really going into the Monroe area

21   in Ouachita Parish, because that's already been

22   covered, but that's also another area of concern. And

1   that is all I have.

2          SEN. HEWITT:  Would -- would you go back and

3   just sort of touch on, I think you talked about this a

4   little bit, go back to the, Bill, -- the -- the Rapides

5   Vernon Parish map kind of the Alexandria Leesville

6   area. D- -- were you saying that that's -- that -- I

7   mean, that -- that appears to be chopped up? Is that

8   what you're saying?

9          MR. SMITH:  Oh, I was just talk- -- I didn't -

10  - I didn't realize I mentioned Vernon Parish.

11         SEN. HEWITT:  Well, yeah, that's just sort of

12  the -- the name of the -- the title on the slide, but -

13  - but blow up, Bill, in the -- in the Alexandria

14  Pineville area. I think this was the beginning of your

15  comments.

16         MR. SMITH:  Yeah.

17         SEN. HEWITT:  Yeah. So that area is broken up

18  into at least two districts there in the Alexandria

19  Pineville area; is that right?

20         MR. SMITH:  Yes, ma'am.

21         SEN. HEWITT:  I mean, is Pine -- Pineville is

22  split into two d- -- two districts and Alexandria is

1    also split into two districts?

2            MR. SMITH:  I'm not sure in terms of

3    Pineville. I mean, Alexandria, it looks like for sure

4    is split into two districts part of it at least. I'm

5    not sure. I believe Pineville is also split into two

6    districts right there as well.

7            SEN. HEWITT:  Yeah. And I mean, I always think

8    of those as being, again, one -- one area, one

9    community of interest.

10           MR. SMITH:  Yeah.

11           SEN. HEWITT:  Yeah. That's -- that's very --

12   very odd drawing there to me.

13           MR. SMITH:  And I drive going to school -- I'm

14   pursuing a master's degree, but I still go out to

15   Monroe, of course. I drive up highway 165 to get from

16   Alexandria to Monroe. And everybody as many like of the

17   towns, you can see on this map right here, Pollock

18   down, everyone comes to Alexandria. So it's just like

19   crazy that all the commercial happens in Alexandria.

20           But just because they live outside, I mean,

21   having three different districts and I'm mainly talking

22   about the Alexandria Metro area itself, just Alexandria

1   Pineville area is what I'm mainly concerned about, but

2   still, looking into Grant Parish, I know preserving

3   parish lines is what we would want, but it's also

4   important to -- important to consider the communities

5   of Pollock and Prospect and all those other communities

6   as well. That's something to look at.

7           SEN. HEWITT:  Okay. All right. I don't see any

8   other questions on the board. Thank you so much for

9   being here.

10          MR. SMITH:  Thank you for having me.

11          SEN. HEWITT:  I appreciate your travels. All

12  right. We've got -- I think the rest of these cards are

13  -- are present, not wishing to speak, but in

14  opposition. Susie Labre [ph], Savannah Harrison from

15  Baton Rouge, Wade Evans from Baton Rouge, and Jamie

16  Angel [ph], actually from St. Martin Parish, Arno [ph].

17  Okay.

18          FEMALE:  To the back.

19          SEN. HEWITT:  Okay. All right. I've got a few

20  -- and members you'll have this in your folders, emails

21  in opposition. And I'll just read the names very

22  quickly. Darla Lenox [ph] from Lake Charles, Holly

1    Royston, Sandra Campbell, Andre Bro [ph], from

2    Wanakitiana [ph], Susie Labre [ph], Paula Blue, Shirley

3    Adams, Kathy Constanza [ph], from Prairieville. Little

4    Beagles. Terry Head.

5            Okay. I think those are my cards. All right.

6    Sorry. We're -- we're multitasking here a little bit.

7    All right. A loss -- did I lose my computer -- my

8    computer driver? [speaking in background,

9    indiscernible] Okay.

10           Yeah. I think -- I think I'm good. I think I'm

11   going to let that go. All right. Any other questions or

12   -- or comments from the -- from the committee? I think

13   we've heard all the cards. Mr. DeVille, do we have any

14   amendments?

15           MR. DEVILLE:  Not at this time.

16           SEN. HEWITT:  Okay. Yeah. I think we're ready.

17   Yeah. Hang on one second. I know we've got members in

18   and out. I apologize. In and out trying to take care of

19   a little bit of other business as well. [speaking in

20   background, indiscernible]

21           Okay. I appreciate the -- the -- the kind of

22   pause there for a minute as we gathered up our group

1  again. We did also get a card from Senator Troy Carter,

2  as you know, a member of Congress, present in support,

3  not exactly present, but in support. Do not wish to

4  speak. He's got long tentacles, I guess, from

5  Washington, DC. Sen- -- Senator Price, would you like

6  to -- to speak on his behalf?

7           SEN. PRICE:  Uh, yes. Thank you, Madam

8  Chairman. I did receive texts from US Congressman Troy

9  Carter. I fully support the creation of a second

10 congressional district -- second minority district.

11 Louisiana deserve a fair map that creates meaningful

12 opportunity for African American to elect a candidate

13 of their choice. Please share my support for Senate

14 bill one with the committee today. Thank you.

15 Congressman Troy Carter, congressional district two.

16          SEN. HEWITT:  All right. Senator, thank you

17 for that. All right. Senator Foil?

18          SEN. FOIL:  Thank you, Madam Chairwoman. I

19 have an amendment that I had sort of discussed in

20 concept earlier with Senator Fields and because the g-

21 -- the judge has given us a direct order, and it's a

22 short timeframe, we just don't know ultimately what the

1    litigation may go, but we do know we need to take

2    action during this special session.

3           So I asked the staff to work on up an

4    amendment, which I'm going to probably offer for any

5    plan that comes through, which I'll summarize it and --

6    and the staff can explain it further detail. But

7    basically, if we do pass a bill with this amendment,

8    that bill would be the plan for the fall elections.

9           However, if at a later date, a court upholds

10   the previous plan we held, then that plan would

11   continue to move forward. And there's more wording in

12   it. I tried to make it -- summarize it, but the staff

13   can probably explain further.

14          SEN. HEWITT:  All right. Would you all like to

15   -- like to add to that?

16          MR. DEVILLE:  Would you like me to distribute

17   it first?

18          SEN. HEWITT:  Yes. Let's do that. Let's

19   distribute. That's a great idea. Let's distribute the

20   amendment first.

21          SEN. FOIL:  Amendment.

22          SEN. HEWITT:  All right. So S- -- Senator

1  Foil, you -- you have the floor, would you like to --

2  to speak on the amendment again and -- and we'll give -

3  -

4           SEN. FOIL:  Yeah. It's -- it's a wordy

5  amendment. I mean, the concept that I ask staff to

6  incorporate is basically that it -- the plan that we

7  pass for this legislative session, that -- that would

8  be the plan and effect for the fall election.

9           However, if at a later date a court upholds

10 the previous plan we passed, then that plan would

11 supersede the plan we passed this session. That's --

12 that's what the goal of the amendment is. I know it's a

13 wordy amendment, but -- but it's simply, since we have

14 to act by the 20th, on -- to do something, this simply

15 puts that protection in place if the litigation

16 continues.

17          SEN. HEWITT:  Okay. All right. Matt, did you

18 want to add anything to that? Or that's --

19          MR. DEVILLE:  I think the Senator summed it up

20 nicely.

21          SEN. HEWITT:  Okay. All right. All right.

22 Senator Fields, I know you're -- you're reading the --

1    the amendment. Do you have any objection to the

2    amendment?

3            SEN. FIELDS:  No, ma'am, Madam Chair. No

4    objections to the amendment as -- as written.

5            SEN. HEWITT:  Okay. All right. Senator Allain?

6            SEN. ALLAIN:  Yes. So thank you, Madam

7    Chairwoman. I'm a little confused. So they'd run under

8    one district, but if the court changes its mind or --

9    or upholds the original plan, then all of a sudden

10   they're elected in that district, but representing

11   another district.

12           So how do -- how do we know -- how do they

13   know if they -- I mean, somebody may get elected that -

14   - that is elected in an original district, but ends up

15   in somebody else's district?

16           SEN. FOIL:  [indiscernible] staff

17   [indiscernible]. Okay. Well, I'll -- I'll --

18           SEN. ALLAIN:  I mean, I -- I -- I think this

19   adds more confusion and --

20           SEN. FOIL:  Well, and it may be in the way

21   it's worded, but the -- the goal is since we have to do

22   the judge has ordered us to pass a plan by the 20th. We

1    don't know what the appellate courts will do with --

2              SEN. ALLAIN:  Right.

3              SEN. FOIL:  With our original plan. And so the

4    goal was if we pass something and then the courts a few

5    weeks later, come back and say, hey, the original plan

6    was okay, this -- then that plan would supersede this

7    plan because we don't have the -- we don't know what's

8    gonna happen in the future with the courts.

9              SEN. ALLAIN:  Yeah. I -- I know, but I think

10   it just adds to --

11             SEN. FOIL:  That was the -- that was the goal.

12             SEN. ALLAIN:  The more confusion. Thank --

13   thank you for effort.

14             SEN. FOIL:  Thank you.

15             SEN. HEWITT:  Okay. So let me make sure that I

16   understand now that we -- now that we're talking it

17   through again. I thought I did and now -- now maybe

18   not. So -- so the idea is, you know, we're saying again

19   that we don't know how the courts may rule; right? Or

20   what plan the judge may put in place.

21             SEN. FOIL:  That's right. There's just a --

22   it's trying to take care of the uncertainties as best

1    we can. But once again, it's simply saying, let's say

2    hypothetically, we pass Senator Fields's plan with this

3    amendment. His plan would then be -- and if it's goes

4    through the process and is signed by the governor, his

5    plan would then be in effect for the fall.

6         However, this amendment says if the fifth

7    circuit or another court, or even the district court

8    has a different ruling and says, the original plan is

9    now valid, then that would take preference over Senator

10   Fields's plan. Does that -- and that's what the goal

11   is. And -- and -- and I'm certainly willing to work.

12   I've asked staff to help me with the wording to -- to

13   get that right.

14        SEN. HEWITT:  Okay. Sen- -- Senator Harris?

15        SEN. HARRIS:  I just want to make sure. And we

16   have some bright attorneys in the room. The plan

17   adopted by this act is an interim plan that will be

18   effective for elections to the 118th United States

19   Congress only.

20        I guess what my question is, is if the courts

21   agree that this map, that Senator Fields is currently

22   discussing, and they say that that is the plan, if I'm

1    not mistaken, this is stated -- stating that it only

2    applies to this particular election, which would be the

3    118th. So what happens in two years?

4            Is that, you know, in two years, will there be

5    a different plan or will it be this plan, because the

6    way this reads, it says elections to the 118th United

7    States Congress only. So that's specific to this

8    upcoming fall election. And I'm -- I just --

9            SEN. FOIL:  No. I just saw this amendment

10   myself this morning.

11           SEN. HARRIS:  Yeah.

12           SEN. FOIL:  And that's a valid -- that's a

13   good question. And -- and maybe that's something that

14   we can look at with staff on how we word it. I mean, I

15   think you know what my goal is.

16           SEN. HARRIS:  Right. Yes.

17           SEN. FOIL:  But I don't want to create more

18   confusion and so maybe we can strike that language

19   possibly.

20           SEN. HARRIS:  All right.

21           SEN. FOIL:  Because I think if you -- I think

22   if you just struck the -- if you struck like four

1   elections, the 118 United States Congress only that

2   they solved your -- your concerns.

3            SEN. HARRIS:  Right. I -- I believe so. I just

4   --

5            SEN. FOIL:  Doing on the fly, but I think --

6            SEN. HARRIS:  Yeah. I just -- just didn't want

7   to -- to -- to -- to do something that would only

8   impact this one -- this one particular election.

9            SEN. FOIL:  I -- I -- I understand you're

10  concerned. That's a valid concern. And I can talk to

11  staff about that or Madam Chair -- Chairwoman. What --

12  how would you like to proceed?

13           SEN. HEWITT:  Well, I guess what I'm thinking,

14  I -- I think these are all good questions. You know,

15  and I -- I reflect on the 2010 census. I mean, many of

16  those lawsuits didn't get resolved for eight or nine

17  years. I mean, they just got resolved before we took

18  the 2020 census.

19           And so we could be talking about a number of

20  congressional elections before all of this gets

21  settled. And so maybe we need to take a step back.

22  Senator, there will be, you know, many opportunities to

1    add amendments to this bill, you know, should it go

2    forward and maybe we need to put some more legal

3    eyeballs on this before we adopt it.

4              What would you say if we not -- if we not --

5    maybe withdraw the -- the motion to consider this

6    amendment and let's look for another opportunity to --

7    to consider it and work on it a little bit more.

8              SEN. FOIL:  Yeah. I'm -- I'm more than willing

9    to do that, Madam Chairwoman. And I think you could

10   probably fix it by just striking out a few words in --

11   in the first and second sentence, but I'll -- I'll work

12   with staff on that.

13             SEN. HEWITT:  Okay. Are y'all alright with

14   that? The other members of the -- the committee, if we

15   -- I think Senator Foil has withdrawn the motion;

16   right? To -- he's with -- Senator Foil, I believe is

17   withdrawing the motion to -- to on the amendment set

18   13.

19             SEN. FOIL:  I am based on the way it's worded.

20   Yeah. Based on the way it's worded. I -- I -- I think

21   Senator Harris raises a good point that it might leave

22   some other questions. So I would like the opportunity

1   to work with staff to get it cleared up and make it

2   more concise.

3          SEN. HEWITT:  Okay. All right. Fair enough.

4   All right. Do we have any other amendments?

5          SEN. REESE:  I do.

6          SEN. HEWITT:  Yes. Okay.

7          SEN. REESE:  The staff need to pass it out.

8          SEN. HEWITT:  All right. I think Senator Reese

9   has an amendment. That -- would y'all pass that out?

10         MALE 1:  Yes, sir. [talking in background,

11  indiscernible] This one. It switches from here.

12  [indiscernible] doesn't change anything else.

13         SEN. HEWITT:  Did you turn in your card?

14         MALE 1:  Two or five. It only affects four and

15  three. Doesn't change anything else. Yes. It's just

16  putting drain holes [indiscernible] yeah and -- and

17  Grant. Well, look at -- let me look at their numbers.

18  See, it's that to that. Doesn't change any of that.

19  That. It's just here. It's Vernon, Grant, and LaSalle.

20  The only changes.

21         SEN. HEWITT:  Okay. S- -- Senator -- Senator

22  Reese introduces amendment set 12. Senator Reese on

1    your amendment.

2            SEN. REESE:  Thank you, Madam Chairwoman.

3    Members, the -- the amendment that I have to this map

4    today, Senate bill 12, or -- or amendment amendment set

5    12, seeks to rectify one of the principles of

6    redistricting that I absolutely feel like we cannot

7    abandon in the effort to -- to comply with the court

8    order in developing two majority minority districts.

9    And that is to abandon those communities of interest

10   that I think are most integral to federal policy in the

11   state of Louisiana.

12           And in -- and in so doing, I believe that any

13   -- anything that seeks to divide the largest federal

14   installation, the state of Louisiana into multiple

15   congressional districts would violate those other

16   principles of redistricting. And so my amendment seeks

17   to rectify that.

18           Senator Fields, I do not in this amendment,

19   modify in any way, the two majority minority districts

20   that -- that you propose in your map, which is

21   districts five and districts two. I -- I seek to

22   rectify this in modifications to districts four and

1    districts three.

2           And so this amendment primarily in summary

3    keeps the Vernon Parish in one congressional district,

4    there -- thereby resolving the issue related to the

5    community, the strong federal community of interest

6    that exists with Fort Polk and the military

7    installation.

8           And it makes up for those population numbers I

9    believe in the parishes of Grant and LaSalle to the

10   best -- to the extent that we can -- we can do that.

11   That's what the amendment does, Madam Chairwoman.

12          SEN. FIELDS:  I -- I'm doing my best, Madam

13   Chair to go through --

14          SEN. HEWITT:  Yes, Senator Fields?

15          SEN. FIELDS:  Thank you, Madam Chair. As -- as

16   it apr- -- as I appreciated Senator Reese, this

17   amendment does not affect district two or district

18   five.

19          SEN. REESE:  Okay. Here.

20          SEN. FIELDS:  And district two and district

21   five actually remains the same.

22          SEN. REESE:  Correct. I -- I'm looking for a

1    head nod from Bill there, but yes.

2              SEN. FIELDS:  It only changes --

3              MALE 1:  Vernon.

4              SEN. FIELDS:  Vernon.

5              MALE 1:  Makes Vernon whole.

6              SEN. FIELDS:  Makes Vernon whole. And it --

7              MALE 1:  Adds Grant --

8              SEN. FIELDS:  And it adds Grant and part of

9    LaSalle.

10             SEN. REESE:  I believe that's what the

11   amendment does, Senator.

12             SEN. FIELDS:  Will switch in between two

13   congressional districts and those two congressional

14   districts would be Senate district -- I mean,

15   Congressional district -- where's my map?

16             MALE 1:  Three and four.

17             SEN. FIELDS:  Three and four.

18             SEN. REESE:  Yes, sir.

19             SEN. FIELDS:  Okay.

20             SEN. REESE:  That's -- that's what --

21             SEN. FIELDS:  I have no objection to that. The

22   -- but the -- it -- it -- it bumps the deviation up to

1    eight and I think it's 17 instead of -- hold up one

2    second. Don't have any objection.

3              SEN. REESE:  Okay.

4              SEN. FIELDS:  It -- it bumps up the deviations

5    a little bit, but I think the deviations move up from

6    it -- you know, slightly. But I -- I -- I think that

7    meets all the court's requirements.

8              SEN. REESE:  Madam Chairwoman, I'd move for

9    adoption of amendment set 12.

10             SEN. HEWITT:  Senator, let me ask you this.

11   Have you had a chance to talk with, you know, any of

12   the locals that are impacted by these changes in -- in

13   LaSalle or Grant -- Grant Parish? Let's see, I guess it

14   was mostly LaSalle. Well, both; right? LaSalle and

15   Grant -- LaSalle's being split up now.

16             They weren't, you know, an hour ago, you know,

17   we still haven't addressed the issue in the -- in the -

18   - kind of what I see as an issue in the Alexandria

19   area.

20             SEN. REESE:  No, ma'am.

21             SEN. HEWITT:  This does fix the -- this does

22   fix your -- your issue that you're seeking to fix in

1    Vernon. But of course, you know, all of these changes

2    and this is what makes redistricting maps so

3    challenging [indiscernible] is that there's a ripple

4    effect; right? So any change that you make in one part

5    of the map, ripples into other parts of the map; right?

6         And so it affects other people that this

7    morning didn't think they were affected at all, or

8    changes them from one district to another. Have you had

9    -- this is all moving very fast. Have you had an

10    opportunity to talk?

11         SEN. REESE:  No, ma'am. No, Madam Chairwoman.

12    I appreciate that concern, but no, I -- I've not, I --

13    I've just based on the testimony today and in my own

14    knowledge, sought to rectify, what I -- I felt like was

15    a abandonment of one of those core principles in terms

16    of the way that federal installation was being treated.

17    So --

18         SEN. HEWITT:  And I appreciate that. I -- I

19    mean, I do think that's a concern that -- that many of

20    us share on the -- on the military basis. So again, I -

21    - I -- I support the -- the -- the -- the correction

22    that you're trying to make. I just want to make sure

1    that we understand, you know, the ramifications of --

2    of what new challenges we may be creating as a result

3    of that.

4            You know, so what I would like for us to be

5    able to do is what we have done in the past with all of

6    our other redistricting efforts. And that is to hold

7    this bill until tomorrow.

8            And -- and I don't remember if we normally

9    adopted the amendment or we waited till the next day to

10   adopt the amendment, but we want to give -- I guess we

11   adopt it so that we can enact it and -- not enact it,

12   enroll it; right?

13           So then what we see tomorrow is one that's got

14   it all put back together. Isn't that what we did in the

15   past? I think so. No?

16           MALE 1:  I don't know, ma'am.

17           SEN. HEWITT:  Isn't -- isn't that what we did

18   so -- so you have overnight to put them together

19   because part of the issue is you're trying to make sure

20   you haven't dropped any precincts or double dipped any

21   precincts or whatever.

22           SEN. FIELDS:  Madam -- M- -- Madam Chair, I

1   mean, if I may, it -- I mean -- I mean, what -- what do

2   we have this together?

3           MALE 1:  Mm-hmm.

4           SEN. FIELDS:  Yeah. B- -- bec- -- we are under

5   operating under a strict time limit. I mean, and -- and

6   I'm not trying to push the committee. I'm not trying to

7   push the legislature. I just want us to be able to get

8   it to the house in a timely fashion so that they would

9   have enough time to do what's necessary for them to do

10  if they chose -- if they choose to do it.

11          And so it was my desire to have the bill on

12  the floor today so that they could very -- at the very

13  least read it in. And -- and -- and, you know, I would

14  urge the committee to pass it. If it's the desire of

15  the committee to pass it, to pass it today, not let it

16  lie over. Because I do think that would put the -- the

17  legislative process in a -- in a -- in a -- in -- in --

18  in jeopardy.

19          SEN. HEWITT:  Well, I, you know --

20          SEN. REESE:  I -- it is your call, but I --

21  I'm just -- I'm just -- I -- I'm just putting the --

22  I'm just giving you notice if you -- if it lies over,

1    it puts us in a -- in -- in -- it puts -- puts the bill

2    in jeopardy of passing the entire process.

3         SEN. HEWITT:  Well, which is back to the

4    original point of six days is just not quite enough. I

5    mean, we have to have an opportunity to be

6    deliberative; right? And to offer amendments and to do

7    some of those things as -- as we always do.

8         I mean, the goal is not just to pass something

9    in six days, I don't think, and I'm not trying to d- --

10   diminish the work that you've done in any way or say

11   that this is, I mean, this -- this was a thoughtful

12   proposal on your part. And so I'm not trying to

13   disparage it in any way, but I do think that, you know,

14   the goals should not be for us just to pass -- pass a

15   bill without having an opportunity to deliberate and

16   amend it as -- as the body sees fit.

17        I'm also aware that there is a -- I think

18   another bill that is going to be dropped that will have

19   an -- a two black districts that I would like for us to

20   be able to -- to see and to hear tomorrow. And so I --

21   what I'm going to suggest to the committee is that we

22   do hold this bill over till tomorrow with the

1    amendment, hear t- -- and hear the other bill before we

2    decide which bill, if any, we want to pass out the

3    committee.

4            I think that is, again, keeping with what we

5    have done in the past in this committee, we heard the

6    bills, we -- we moved one of them out. And I think that

7    that is a prudent step for this legislature. And one

8    that is very consistent with how we have managed our

9    business in the past. These are very complicated bills.

10   We want to make sure that we're doing it right. And to

11   give everything very thoughtful consideration.

12           SEN. FIELDS:  What I mean it -- it's, I mean,

13   it's your committee and -- and it's the committee's

14   rules the committee can do what it so desire. I -- I --

15   I just simply urge the committee to pass an instrument

16   out today so that we can receive it on the floor today,

17   when we go into session.

18           If the committee chooses not to do that, we

19   will go in today to do nothing. That would be nothing

20   to do today when we go in and if we go in today,

21   there's absolutely nothing to do. And we would've

22   wasted a day of floor work.

1          So I mean, if -- if -- if -- if you -- if you

2   -- if -- if that is the committee's desire, because

3   when we adopt committee amendments on the floor, we

4   don't let it lie over on the floor when we adopt

5   committee amendments on the floor.

6          So if it's that important, I would urge the

7   committee because we haven't adopt the amendment yet --

8   amendment yet -- don't adopt the amendment on the -- on

9   -- in the committee, adopt the amendment on the floor

10  because look it -- it's not even about -- it's about

11  getting the process done.

12         I'm just really trying to get the legislature

13  to not put itself in a worse position than it's already

14  in. And -- and I -- I -- I just see us putting

15  ourselves in that position and I just don't want us to

16  do that, but it's -- but it's -- I don't set the rules.

17  I'm just -- just trying to get us to abide by the -- by

18  the court's order.

19         SEN. HEWITT:  And -- and -- and I understand

20  that and -- and, you know, I'm trying to also make sure

21  that -- that we, as a committee are doing our due

22  diligence and -- and working with you to make the bill

1    better. And in my opinion, bills are get better as time

2    goes on, generally. And I think this is a reasonable

3    amendment on the part of Senator Reese that we would

4    like to consider, but we want to make sure that we're

5    doing it in a thoughtful way.

6              SEN. REESE:  Yes, ma'am.

7              SEN. HEWITT:  So staff, can you advise me? I

8    do not -- I really don't remember before if we adopted

9    the amendment and committee and held it over, or if we

10   -- we -- [speaking in background, indiscernible]

11   Because then it gets it --

12             MALE 1:  That's why we lie over. So

13   [indiscernible] gets a chance to see the adopted

14   amendment.

15             SEN. HEWITT:  That's right. Okay. All right.

16   Ms. Sullivan?

17             MS. SULLIVAN:  Madam Chairwoman, the -- the,

18   yes, the committee would adopt the amendment and hold

19   the bill and committee, but there is no engrossment

20   that's prepared so that you can look at the bill as it

21   would be if the amendment were adopted on the floor.

22             SEN. HEWITT:  Okay. Okay. All right. So -- so

1    adopting it -- adopting it, having it lie over so

2    everyone has an opportunity to see it, go back, talk to

3    the locals in that area. Gather more information is

4    what we've done in the past. All right. Senator Tarver?

5            SEN. TARVER:  Are we going to adopt Reese

6    amendment?

7            SEN. HEWITT:  Yes. That's what I'm -- that's

8    what I'm suggesting is I'll -- Senator Reese is going

9    to make a motion.

10           SEN. TARVER:  Okay. Okay.

11           SEN. HEWITT:  Right? To adopt amendment set --

12   what's the amendment set? Amendment set 12. Okay. So

13   Senator Reese has made a motion that we adopt amendment

14   set 12. Is there any objection? All right. A q- -- a

15   question from Senator Harris.

16           SEN. HARRIS:  Yeah. I just want to make sure

17   that we -- we -- we are very clear that if we adopt

18   this amendment and we hold this bill in committee, that

19   it's not violating the timeline that was given by the

20   judge.

21           I stated earlier we have a Sep- -- I mean, a

22   June 20th timeline in which to -- to operate under.

1  Now, I get it. And I understand if we want to keep it

2  in here and, you know, give parishes an opportunity to

3  see whether or not they like it or not. I mean, you

4  know, in -- and all -- with all due respect, if that's

5  what we -- if we that's what we're doing, we don't have

6  to adopt the amendment. We could talk to the parishes

7  and adopt it on the floor.

8          But if this is a -- a -- a -- a situation in

9  which we're trying to keep it in committee and we run

10  out of time, that's not what I'm here for. And I just

11  want to put it on the record and let that be known

12  because we're running up against a timeline we're

13  running up on June 20th. That -- to -- today is

14  Thursday. We're talking about Monday, and we understand

15  that we all are aware how this process goes.

16          So I just want to be on record to state that

17  if -- if it's the will of the committee to keep it in

18  committee and hear something later on or another bill

19  being dropped, that none of us have seen, that's one

20  thing.

21          But if we are all operating in a manner of

22  good faith, and we want to make sure that these

1  parishes and everybody have an opportunity to look at

2  it, we can do that today and -- and -- and tomorrow.

3  This bill can come out of here and those conversations

4  can be had, and that amendment can be put on -- on the

5  floor.

6          So I -- I -- I don't want to sit here, you

7  know, now coming back on this committee, because it's

8  so important, it's -- this is such an important issue.

9  Being back here pretty much wasting my time because I'm

10 here because I -- I -- I believe that we are here to do

11 a job and it's the right thing to do, and we all want -

12 - want to do that, but I did not ask to come back here

13 for us to still be in violation of a court order.

14         So I just want to put that out there and make

15 sure that everyone, you know, on this committee

16 understands where I'm coming from, you know, in

17 reference to -- to what it is that we are doing right

18 now.

19         So I have no problem with Senator Reese's

20 amendment, but if that's something that would throw us

21 outta whack on time, that's a problem. I sat here. I

22 gave you all a timeline. I mentioned my colleague

1   Senator Foil, who was in the House at the time. We did

2   it in six days and that was the budget bill. Something

3   that everybody in here is very much concerned about and

4   affects everybody.

5          So I just want to put that on the record that,

6   you know, I have no problem with -- with the amendment,

7   but since we're running up on this timeline, we have to

8   be very careful.

9          SEN. FIELDS:  S- -- Madam Chair.

10         SEN. HEWITT:  All right. Thank you. Senator

11  Harris. Senator Tarver, do you have a question?

12         SEN. TARVER:  Did we adopt his amendment?

13         SEN. HEWITT:  Not yet.

14         SEN. TARVER:  Okay. Okay.

15         SEN. HEWITT:  All right.

16         SEN. FIELDS:  Madam Chair?

17         SEN. HEWITT:  Senator -- I'm sorry, who spoke?

18         SEN. FIELDS:  I -- I did.

19         SEN. HEWITT:  Yes, sir.

20         SEN. FIELDS:  If -- if I may ask Senator Reese

21  a question, would the Senator, I mean, if -- if it's

22  the -- the -- the committee's desire to hold the bill

1  over, if they adopt the committee, I mean, the

2  amendment would the gentleman be willing to just hold

3  on his amendment and -- and -- and -- and put the

4  amendment on -- on the floor?

5          Because I -- I do think it -- if you hold a

6  bill over overnight, then -- then we have nothing to do

7  when we go in today. I mean, a whole purpose of being

8  here today is to get a -- a bill out of committee

9  today. And -- and I -- I just urge the committee to get

10 a bill out today so that we could --

11         SEN. HEWITT:  I --

12         SEN. FIELDS:  We can move a bill forward when

13 we go in today.

14         SEN. HEWITT:  I do think we will have

15 something to do today, and that is the s- -- the -- the

16 -- the other bill, I think that's being introduced will

17 be introduced today. So that --

18         SEN. FIELDS:  Yeah. But from a -- from a time

19 perspective, that bill then has -- has to be referred

20 to committee. And we -- look, we -- we have to be out

21 of here by the 20th. I mean, I wish we could just push

22 that bill. We can change the author on this bill. I

1    don't care. I just -- look, I -- I, we need a bill out

2    of here by the 20th.

3          And -- and we -- I -- I think we are running

4    in a jeopardy. If the purpose is to give the house a

5    bill where it can't pass it, then we are wasting all of

6    our time. I -- I just want us to be in good faith with

7    the court, and -- and we have an instrument before us.

8          We can amend the bill that you're going to

9    introduce today to the -- to -- you can amend this bill

10   to the bill that you're going introduce today when we

11   hear this bill. I mean, I -- we -- we just do not need

12   to run out of time. And I think we are -- we are

13   getting to that point.

14         SEN. HEWITT:  Well, Senator Milligan?

15         SEN. MILLIGAN:  Thank you. Madam Chairwoman

16   and -- and members. The -- the precedence of this

17   committee has set in the previous redistricting session

18   is once we made an amendment of substantial amendment,

19   like Senator Reese's that we gave the public the

20   ability, the folks that are listening, the ability to

21   look at the changes.

22         You know, this is an important matter. And --

1    and frankly, I feel like we were hamstrung from the

2    very beginning because we were only given six. We

3    weren't given eight, we weren't given 10 and that could

4    have happened.

5            I don't think we ought to violate our

6    precedence, our standard that we set the first three

7    weeks by forcing something out of here with changes

8    like Senator Reese's amendment, without letting the

9    folks see it. And if the shoe was on the other foot, I

10   would -- I could hear the argument would be different.

11           But in this case, we've got to follow

12   precedent. You know, Senator Harris, you mentioned

13   Senator Foil and his six day miracle with HB1. He

14   probably had more days to do it, but he got it done in

15   six.

16           We are only given six, but I don't think we

17   ought to violate the precedent that we -- we adopted

18   and used in the previous redistricting session to

19   hurry, hurry something, the floor that -- that -- that

20   needs to be changed and looked at and considered with

21   another bill that's coming up that we'll hear tomorrow

22   in this committee. That's just my two cents, Madam

1    Chairwoman.

2             SEN. FIELDS:  Senator Milligan, with all due

3    respect. I mean, with all, you know, listen to

4    precedence, you know, we -- we on a court order and I

5    think that takes precedence.

6             SEN. MILLIGAN:  We -- we are under court

7    order, but as far as we are under court order, but as

8    far as this committee, the business at hand, we have to

9    handle it the way we're supposed to handle it. And I

10   think that's -- that's the best way. That's the best

11   approach.

12            SEN. FIELDS:  Okay. What --

13            SEN. MILLIGAN:  Okay. It's the approach that

14   we've -- we've done.

15            SEN. FIELDS:  Okay. Then you -- you -- you've

16   been around here perhaps longer than me. Then you tell

17   me how we pass -- how we get a bill tomorrow. Tell me

18   how we get a bill through the process when it's filed

19   in the files of the Senate tomorrow, explain it to me.

20   How do we do it?

21            SEN. MILLIGAN:  We have to -- to listen to the

22   testimony we heard today, we have to take the

1    amendments that Senator Reese are offering. And we have

2    to put that out there. We have to let that lie over

3    overnight in case folks want to come tomorrow testify

4    on or against Senator Reese's amendment.

5              That's only fair. That's giving those people a

6    voice. I don't see where we have a choice not to do

7    those things. Our constituents back home, Senator

8    Reese's constituents back home, they can't come testify

9    on the floor of the Senate tomorrow. They can only come

10   here to testify tomorrow.

11             And that was the standards that we set

12   originally. We weren't given a choice on the number of

13   days we're trying to operate inside of number of days

14   that we were handcuffed with, but we're doing the best

15   we can. And I think that sticking to our precedent is

16   the right thing to do.

17             SEN. FIELDS:  Okay. So you had -- you hadn't

18   given me how we get to the 20th. So if you do it based

19   on your scenario, we are putting our fingers in the

20   judge's face. And I don't think we should do that. I

21   really don't, Senators. I think -- I think we are going

22   down a very slippery road and I'm a member of the

1    Senate and I'm going to speak out.

2            And I'm a -- I'm going to do the right thing.

3    I think we are doing the wrong thing if we go down that

4    road because not one of you can tell me, how are we

5    going to do it starting tomorrow? And if you do know

6    how to do it, tell me I want to hear it right now. Tell

7    me how we going to do it starting tomorrow. Now we have

8    lost two days.

9            You know, let's not play games with a federal

10   court. Now, I know we got some good lawyers who have

11   told us, look, we -- we going to get the Supreme Court

12   to decide, give us your cell numbers. We going to get

13   the Supreme Court involved in this.

14           I know y'all got some good lawyers given y'all

15   good advice, but so far it's been bad. Keep listening

16   to them and see where it gets you. You might win, but

17   you just might not. I'm not willing to roll those dice.

18           And as a member of this Senate, I'm telling

19   you, you need to get a bill out of this committee now.

20   Now, you can wait until tomorrow, but I'm telling you

21   that's bad advice. Bad advice. I've put on the bill,

22   put on -- look, do what you want to do, Madam Chair and

1    members.

2          I -- you know, I can't keep trying to tell you

3    to do the right thing. Y'all keep trying to get more

4    and more time. You have no more time. Your president

5    has been before the court and she just told your

6    president no more time. And you're still trying to get

7    more time. Your t- -- the gentleman and the gentle

8    lady's time has expired. You have no more time.

9          Off of the amendment, adopt the amendment,

10   hold a bill over, if you so desire. I'm telling you it'

11   a bad -- it's bad advice.

12         SEN. MILLIGAN:  Thank you Senator Fields.

13         SEN. HEWITT:  And I would like to say, we're

14   not getting advice on how to legislate. This is -- this

15   legislative body's job to legislate. This is not advice

16   from a legal group. This -- this is us doing our job,

17   making sure that we have transparency in the process

18   as, Senator Milligan said. And the fact that, you know,

19   yes -- we are under a timeframe. I can't control that.

20         But we are -- we are -- we also have a

21   responsibility for due diligence and doing our job.

22   It's not just, I mean, if Cl- -- if Cleo could just

1   pass a bill on your own, we could be out of here in a

2   couple of days. But that's not how the process works.

3   There's 144 members that all want -- and the public

4   that want to have input into the process.

5           And -- and that is -- that is our

6   responsibility as elected leaders of our -- we're

7   representing our districts, our constituents, that is

8   part of the process. And so I -- I -- I -- I don't

9   understand how you can -- you can expect us to pass the

10  bill and just continue moving it because it's more

11  about the timeline than it is about the -- the quality

12  or the -- the content of the bill.

13          SEN. FIELDS:  It's -- it's -- it's two o'clock

14  it's 1:43, Senator, Madam Chair. We've been here since

15  nine o'clock. Senator Reese has offered up a good

16  amendment, in my opinion. He wants to protect the

17  people in his area. It's not complicated. At the end of

18  the day, explain to me how you can get a bill through

19  the process if you start tomorrow.

20          SEN. HEWITT:  Well, I would say, ask the judge

21  that put together a six day clock; right? This is --

22  this is not -- this is not what I would've picked. If

1    you had asked me, and there was a document, I forget

2    the legal word presented by the president to the court,

3    asking for whatever it was nine or 10 days; right?

4           Because the timeline that we all know and

5    appreciate and understand would take something closer

6    to nine or 10 days to be able to execute.

7           SEN. FIELDS:  See, I -- I think that we are --

8    we -- we are going to find ourselves in contempt of the

9    middle district; right? Because we are playing with

10   this federal judge and -- and -- and -- and -- and I

11   just think that's a bad way to go. Look, I'm finished.

12   Y'all my colleagues. I -- I've said enough probably

13   said too much. Vote your conscience.

14          SEN. HEWITT:  All right, Senator Tarver?

15          SEN. TARVER:  I have a substitute motion. I'd

16   like to move this bill, all favorable.

17          SEN. HEWITT:  All right.

18          MALE 1:  Well, I've got a -- I've got a motion

19   on the floor to adopt the amendment.

20          SEN. TARVER:  No, but I got a substitute

21   motion.

22          MALE 1:  The substitute motions on the bill,

1   not the amendment.

2          SEN. TARVER:  I have a substitute motion. You

3   made a motion. I made a substitute.

4          SEN. HEWITT:  All right. Hang on.

5          MALE 1:  [indiscernible] substitute motion.

6          SEN. HEWITT:  All right. Let me get my -- my

7   experts here. So we have a motion to adopt the

8   amendment. We also have what's Senator Tarver's calling

9   a substitute motion to report the bill favorable. Do we

10  deal with the substitute motion or is it -- is it

11  different because one is dealing with the bill and

12  one's dealing with the -- the amendment.

13         MALE 1:  [indiscernible]

14         SEN. HEWITT:  All right. We're checking on

15  that.

16         SEN. TARVER:  Understand the process.

17  [indiscernible] I made the substitute motion. You made

18  a motion. I made a substitute, bring up the

19  [indiscernible].

20         SEN. HEWITT:  Okay. All right. Members,

21  everybody, we're working a little short staffed here.

22  All right. So Senator Tarver is correct. We take the

1  substitute motion first. The substitute motion is to

2  report the bill favorable as drafted. [talking in

3  background, indiscernible] Okay?

4         So the substitute motion is to report the bill

5  favorable. So a vote yes would be to report the bill

6  favorable. A vote no would be to go back to the

7  original motion. All right. So Madam Secretary, if you

8  will call the roll call the vote.

9         FEMALE:  Senator Milligan, no. Senator Harris,

10  yes. Senator Allain.

11         SEN. ALLAIN:  No.

12         FEMALE:  No. Senator Foil.

13         SEN. FOIL:  No.

14         FEMALE:  No. Senator Tarver, yes. Senator

15  Womack [ph].

16         SEN. WOMACK:  No.

17         FEMALE:  No. Senator Reese, no. Senator Price,

18  yes. Senator Hewitt.

19         SEN. HEWITT:  No.

20         FEMALE:  No. That is six nays and three yays.

21         SEN. HEWITT:  All right. So now we take up the

22  original motion, which was to adopt amendment set 12,

1    any objections to adopting the amendment? All right.

2    Seeing none, then amendment set 12 is adopted. All

3    right. Senator Foil. Did you want t- -- take up your

4    amendment?

5            SEN. FOIL:  I do, Madam Chair, because I don't

6    want to delay things by taking this up tomorrow. So I'd

7    like to put this on today. I have -- in -- in light of

8    the suggestions by Senator Harris, I've taken out any

9    reference to the upcoming -- the 118th Congress

10   election.

11           So the way I understand the amendment to read

12   now is simply if -- if this bill goes into effect, it

13   will not go into effect or I'm sorry, it will be

14   preceded by the existing map, if the existing map is

15   later determined to be r- -- legal map.

16           The amendment also puts an effective date on

17   the bill. There's no effective date as -- as staff has

18   told me. So it also puts an effective date on Senator

19   Fields' bill, effective on signature of the governor.

20   So those are the two amendments.

21           SEN. HEWITT:  What set do you have Senator

22   Foil?

1          SEN. FOIL:  I have 15.

2          SEN. HEWITT:  All right. All right. I was --

3    sorry, I was looking at the old set. Okay. So set 15.

4    Does everybody have a s- -- have a copy of that?

5          SEN. FOIL:  So it t- -- takes out any

6    reference to the 118th Congressional election. It

7    simply leaves it that this will -- this act will be in

8    effect unless the other act we passed previously is

9    found to be in compliance.

10          SEN. HEWITT:  Okay. Any questions about the

11    amendment?

12          SEN. TARVER:  I have another substitute

13    motion.

14          SEN. HEWITT:  I didn't hear the first one yet.

15          SEN. TARVER:  He made a motion to adopt

16    amendment.

17          SEN. HEWITT:  Okay.

18          SEN. TARVER:  My substitute motion is to

19    report this bill favorable as amended.

20          SEN. HEWITT:  All right. Okay. So Senator

21    Tarver makes a motion that we report this bill

22    favorable as amended, which would include Senator

1    Reese's amendment. Any objection, Senator Womack

2    objects. All right. So we're going to call for the

3    vote.

4             So a vote -- a vote yes, is to report the bill

5    with Senator Reese's amendment. A vote no, is to return

6    back to the original motion, which would be to consider

7    Senator Foil's amendment. Yes is to report the bill

8    favorable with the first amendment. No is to return to

9    the original motion. All right? Madam Secretary call

10   the roll.

11            FEMALE:  Senator Milligan, no. Senator Harris,

12   yes. Senator Allain.

13            SEN. ALLAIN:  No.

14            FEMALE:  No. Senator Foil?

15            SEN. FOIL:  No.

16            FEMALE:  No. Senator Tarver.

17            SEN. TARVER:  Yes.

18            FEMALE:  Yes. Senator Womack.

19            SEN. WOMACK:  No.

20            FEMALE:  No. Senator Reese.

21            SEN. REESE:  No.

22            FEMALE:  No. Senator Price.

1           SEN. PRICE:  Yes.

2           FEMALE:  Yes. Senator Hewitt.

3           SEN. HEWITT:  No.

4           FEMALE:  No. That is six nays and three yays.

5           SEN. HEWITT:  Okay. So we go back to Senator

6    Foil's amendment. He moves that we adopt amendment set

7    15. Is there any objection to adopting that amendment?

8    Okay. Seeing none, then that amendment set is adopted.

9    All right. I'm going to make a motion that we hold this

10   bill until tomorrow and consider the amendments. Any

11   objection to doing that?

12          SEN. PRICE:  I object. I make a substitute

13   motion to hold the bill as amended.

14          SEN. HEWITT:  Okay. So I made the motion to

15   hold the bill until tomorrow to -- to give the public

16   time to consider and the members of the committee, the

17   amendments, to which Senator Price objected. Senator

18   Price offered a substitute motion to report the bill

19   favorable as amended, which includes the two amendments

20   now.

21          All right. So we're going to call the role. A

22   vote yes would be to report the bill as amended. A

1    report no would be to go back to the original motion.

2    Madam Secretary, if you would call the role?

3              FEMALE:  Senator Milligan.

4              SEN. MILLIGAN:  No.

5              FEMALE:  No. Senator Harris, yes. Senator

6    Allain.

7              SEN. ALLAIN:  No.

8              FEMALE:  No. Senator Foil.

9              SEN. FOIL:  No.

10             FEMALE:  No. Senator Tarver.

11             SEN. TARVER:  Yes.

12             FEMALE:  Yes. Senator Womack.

13             SEN. WOMACK:  No.

14             FEMALE:  No. Senator Reese.

15             SEN. REESE:  No.

16             FEMALE:  No. Senator Price.

17             SEN. PRICE:  Yes.

18             FEMALE:  Yes. Senator Hewitt.

19             SEN. HEWITT:  No.

20             FEMALE:  No. That is six nays and three yays.

21             SEN. HEWITT:  All right. So we go back to the

22    original motion, which is to hold this bill until

1    tomorrow to consider the amendments. Any objection to

2    doing that?

3            SEN. PRICE:  I object.

4            MALE 1:  You already objected. Yeah. You

5    already objected.

6            SEN. PRICE:  I did object.

7            SEN. HEWITT:  Okay. So Senator Price, objects.

8    So we will vote one -- one more time. A vote -- a vote

9    yes is to hold the bill until committee tomorrow. A

10   vote no -- I don't know what a vote no does. Yeah.

11           SEN. PRICE:  I -- I just objected.

12           MALE 1:  So it didn't pass.

13           SEN. HEWITT:  Right. [speaking in background,

14   indiscernible] yeah. So -- so the -- the motion is to

15   hold the bill over in committee.

16           SEN. PRICE:  Until tomorrow.

17           SEN. HEWITT:  Until tomorrow. So a vote yes

18   would be to do that. A vote no, I guess we keep

19   debating it. I don't know what a vote no means. Because

20   we've already voted -- voted not to report the bill.

21   All right. Let's take a vote. So a vote yes is to keep

22   the bill in committee. A vote no is to do something

1   else.

2           FEMALE:  Senator Milligan.

3           SEN. HEWITT:  All right.

4           SEN. MILLIGAN:  Yes.

5           FEMALE:  Yes. Senator Harris. No. Senator

6   Allain.

7           SEN. ALLAIN:  Yes.

8           FEMALE:  Yes. Senator Foil.

9           SEN. FOIL:  Yes.

10          FEMALE:  Yes. Senator Tarver.

11          SEN. TARVER:  No.

12          FEMALE:  No. Senator Womack.

13          SEN. WOMACK:  Yes.

14          FEMALE:  Yes. Senator Reese.

15          SEN. REESE:  Yes.

16          FEMALE:  Yes. Senator Price. No. And Senator

17  Hewitt.

18          SEN. HEWITT:  Yes.

19          FEMALE:  Yes. That is six yays and three nays.

20          SEN. HEWITT:  Okay.

21          SEN. FIELDS:  Thank you, Madam Chair and

22  members.

1          SEN. HEWITT:  Yes, sir. Thank you. All right.

2     The -- the second bill on our schedule is Senate bill

3     two, which is the bill that -- that -- that I dropped.

4     This was not the bill that we enacted. This was the

5     original version of that bill that ultimately we

6     enacted.

7          But I think given again, the work that we've

8     done today, the bill that has been filed, I -- I

9     believe that it's going to be dropped today. That would

10    have another minority district. I think we should wait

11    and c- -- and consider that tomorrow.

12         And so at this point, I'm -- I'm not going to

13    present Senate bill two; all right? Any other business

14    before this committee?

15         SEN. MILLIGAN:  Motion to adjourn.

16         SEN. HEWITT:  All right. Seeing none, motion

17    from Senator Milligan to adjourn.

18         [talking in background, indiscernible]

19

20

21

22

1              CERTIFICATE OF TRANSCRIBER

2       I, Chris Naaden, a transcriber, hereby declare

3   under penalty of perjury that to the best of my ability

4   from the audio recordings and supporting information;

5   and that I am neither counsel for, related to, nor

6   employed by any of the parties to this case and have no

7   interest, financial or otherwise, in its outcome, the

8   above 239 pages contain a full, true and correct

9   transcription of the tape-recording that I received

10  regarding the event listed on the caption on page 1.

11

12       I further declare that I have no interest in

13  the event of the action.

14

15  _____

16       June 23, 2022

17       Chris Naaden

18

19  (453461, Senate Committee June 16)

20

21

22

## A

**ab**
96:12
**abandon**
43:1, 43:12,
43:13, 43:14,
43:15, 46:7,
155:9, 206:7,
206:9
**abandoned**
44:3
**abandoning**
47:11
**abandonment**
210:15
**abide**
215:17
**abiding**
51:3
**ability**
87:7, 147:15,
154:15, 167:9,
222:20, 240:3
**abington**
142:16, 142:17
**able**
81:7, 98:19,
136:12, 146:15,
157:13, 167:9,
185:18, 211:5,
212:7, 213:20,
229:6
**above**
189:13, 240:8
**abraham**
176:19
**absolute**
12:17, 13:6,
13:9, 13:17,
13:20, 13:21,
13:22, 44:22
**absolutely**
14:4, 27:12,
33:14, 34:9,
37:2, 39:2,
78:18, 84:17,
89:8, 96:12,

113:9, 146:1,
147:19, 149:13,
153:22, 154:6,
155:13, 156:12,
186:22, 206:6,
214:21
**acadiana**
23:15, 44:16,
132:9, 134:1,
136:14
**accepted**
125:1
**access**
126:19, 163:12
**according**
67:15, 67:19
**account**
55:16
**accruing**
158:7
**accumulated**
64:11
**accurately**
179:16
**acres**
146:20, 146:21
**acronym**
65:3
**acronyms**
65:17, 65:20
**across**
47:21, 48:7,
86:7, 87:10,
87:11, 116:8,
119:9, 133:6,
146:14, 163:18,
163:21, 169:9,
174:1
**act**
21:4, 25:7,
27:5, 28:2,
28:8, 29:11,
61:20, 69:13,
69:15, 83:22,
105:13, 106:4,
106:6, 109:5,
111:17, 121:10,
161:7, 168:17,

168:21, 169:16,
198:14, 201:17,
233:7, 233:8
**action**
117:1, 121:3,
121:5, 153:4,
153:7, 197:2,
240:13
**actions**
153:9
**active**
162:18
**activities**
151:4, 151:6
**actual**
12:16, 13:1,
13:5, 13:8,
13:11, 13:12,
13:13, 13:16
**actually**
38:20, 42:14,
51:2, 60:12,
60:21, 71:8,
77:21, 87:18,
100:10, 107:1,
108:17, 109:3,
137:4, 139:10,
142:9, 147:9,
154:20, 194:16,
207:21
**adams**
195:3
**add**
3:1, 63:9,
81:9, 91:5,
143:1, 157:8,
170:7, 197:15,
198:18, 204:1
**added**
160:9
**additional**
5:1, 6:3, 85:3,
91:6, 146:20,
147:11, 147:14,
159:21
**address**
87:9, 117:13,
163:5

**addressed**
209:17
**adds**
199:19, 200:10,
208:7, 208:8
**adequate**
104:3
**adhere**
46:9
**adhered**
57:4
**adjourn**
239:15, 239:17
**adjourned**
4:6
**administration**
56:22
**adopt**
47:9, 106:5,
111:11, 111:13,
144:22, 204:3,
211:10, 211:11,
215:3, 215:4,
215:7, 215:8,
215:9, 216:18,
217:5, 217:11,
217:13, 217:17,
218:6, 218:7,
220:12, 221:1,
227:9, 229:19,
230:7, 231:22,
233:15, 235:6
**adopted**
107:8, 201:17,
211:9, 216:8,
216:13, 216:21,
223:17, 232:2,
235:8
**adopting**
217:1, 232:1,
235:7
**adoption**
209:9
**advances**
185:9
**advantage**
83:9, 131:19,
151:9

adverse
53:3
advertising
123:10
advice
226:15, 226:21,
227:11, 227:14,
227:15
advise
216:7
advocate
103:17, 183:20,
183:21, 183:22
advocating
186:16
affairs
2:3, 140:9,
156:19
affect
92:1, 154:9,
154:15, 207:17
affected
120:22, 154:7,
173:15, 210:7
affects
143:8, 205:14,
210:6, 220:4
affirmative
121:3, 121:5
afford
144:8
afoul
137:22
afraid
124:17
african
60:1, 84:11,
84:18, 84:22,
85:5, 85:16,
88:1, 88:6,
88:7, 88:13,
90:7, 114:2,
114:16, 121:1,
140:13, 140:18,
196:12
after
4:3, 8:12,
40:15, 60:22,

130:7, 146:13,
152:12
afternoon
159:17, 176:11,
188:14, 188:15
ag
183:6, 183:21
again
5:21, 11:6,
22:19, 24:21,
29:20, 42:7,
47:7, 59:1,
59:20, 73:21,
80:8, 89:11,
92:1, 92:5,
95:21, 96:21,
103:10, 104:8,
137:2, 142:6,
147:3, 149:9,
151:20, 155:1,
155:4, 156:16,
157:5, 165:22,
166:17, 169:20,
171:7, 171:18,
172:17, 174:15,
174:18, 179:11,
183:14, 185:11,
187:5, 193:8,
196:1, 198:2,
200:17, 200:18,
201:1, 210:20,
214:4, 239:7
against
4:9, 40:11,
40:18, 45:2,
48:17, 62:4,
146:14, 181:1,
218:12, 225:4
age
16:5, 16:6,
16:7, 16:8,
16:10, 16:11,
16:12, 16:15,
16:20, 16:21,
16:22, 17:1,
17:2, 17:4,
17:5, 17:15,
17:16, 17:17,

17:18, 17:20,
17:21, 18:7,
18:8, 18:9,
18:10, 18:12,
18:13, 18:14,
18:22, 19:1,
19:2, 19:3,
19:4, 19:5,
19:13, 19:14,
19:15, 19:16,
21:12, 66:1,
66:6, 66:10,
67:1, 76:12
agenda
3:17, 32:7
aggregate
157:13, 158:8
ago
81:14, 99:18,
209:16
agree
9:11, 49:5,
51:9, 52:4,
52:5, 67:8,
67:9, 73:5,
81:21, 89:10,
90:15, 92:19,
95:19, 112:8,
112:15, 121:15,
123:4, 201:21
agreed
22:13, 78:19,
78:21, 79:22
agreement
152:4, 152:11,
152:22, 153:2
agreements
152:3
agricultural
24:2, 115:5,
115:9, 163:8,
163:13, 190:7,
190:12, 190:13,
190:15, 190:18
agriculture
44:20, 163:15,
177:8, 177:13,
179:7, 179:13,

182:8, 183:6,
183:7, 183:22,
185:10, 190:22,
191:1
ahead
9:13, 53:8,
119:3
aid
47:4, 144:13,
145:4, 145:12,
145:17, 145:20,
146:4
ain't
87:15
air
148:12, 153:15,
154:5, 157:14,
160:13, 161:8,
161:10
alexandria
188:20, 189:3,
189:8, 189:9,
189:12, 189:15,
189:16, 190:5,
191:13, 191:15,
191:19, 192:5,
192:13, 192:18,
192:22, 193:3,
193:16, 193:18,
193:19, 193:22,
209:18
allain
2:10, 2:11,
104:16, 104:17,
105:15, 105:20,
105:22, 106:14,
106:22, 107:11,
107:18, 108:7,
108:11, 108:14,
108:17, 109:4,
109:8, 109:11,
110:7, 110:10,
110:14, 110:18,
111:4, 111:8,
111:14, 111:18,
112:2, 112:18,
113:5, 113:8,
113:10, 114:5,

114:7, 114:9,
114:12, 114:18,
199:5, 199:6,
199:18, 200:2,
200:9, 200:12,
231:10, 231:11,
234:12, 234:13,
236:6, 236:7,
238:6, 238:7

**allen**
142:20, 143:3,
143:4, 146:1,
146:7, 146:9,
147:19, 147:22,
149:13, 150:14,
150:17, 150:20,
152:9, 152:16,
153:22, 154:3,
154:11, 156:8,
156:12, 159:10,
159:11, 159:12

**allies**
131:10

**allow**
57:19, 59:22,
60:3, 158:2

**allowed**
70:9, 152:10,
152:12

**allowing**
93:16, 93:19,
132:17

**allows**
161:2, 162:10,
163:4

**alluded**
86:13, 91:9

**almost**
9:19, 14:4,
18:16, 56:11,
112:13, 162:18,
162:19, 168:15,
176:21

**alone**
154:6, 162:16,
178:14

**along**
57:9, 74:8,

84:7, 114:21,
133:20, 139:1,
150:2, 177:2,
181:9, 181:19

**alongside**
21:18

**already**
23:3, 24:16,
49:18, 87:9,
104:20, 120:4,
152:13, 190:8,
191:21, 215:13,
237:4, 237:5,
237:20

**alright**
204:13

**also**
4:10, 6:15,
7:12, 12:5,
21:4, 23:2,
24:10, 24:22,
25:2, 29:13,
34:22, 38:3,
41:22, 60:2,
79:9, 87:5,
88:4, 102:6,
115:21, 134:7,
134:14, 136:4,
142:6, 143:2,
143:4, 148:2,
155:21, 157:3,
159:15, 163:7,
163:13, 163:20,
163:21, 171:8,
178:7, 182:18,
189:4, 190:7,
191:10, 191:20,
191:22, 193:1,
193:5, 194:3,
196:1, 213:17,
215:20, 227:20,
230:8, 232:16,
232:18

**alternatives**
79:10

**although**
72:8, 84:18

**always**
121:22, 130:19,

171:20, 183:18,
185:4, 193:7,
213:7

**amend**
213:16, 222:8,
222:9

**amended**
8:19, 233:19,
233:22, 235:13,
235:19, 235:22

**amendment**
7:5, 7:7, 7:15,
7:17, 7:18,
7:19, 7:22, 8:1,
8:7, 11:3, 35:5,
35:15, 36:21,
42:18, 54:6,
196:19, 197:4,
197:7, 197:20,
197:21, 198:2,
198:5, 198:12,
198:13, 199:1,
199:2, 199:4,
201:3, 201:6,
202:9, 204:6,
204:17, 205:9,
205:22, 206:1,
206:3, 206:4,
206:16, 206:18,
207:2, 207:11,
207:17, 208:11,
209:9, 211:9,
211:10, 214:1,
215:7, 215:8,
215:9, 216:3,
216:9, 216:14,
216:18, 216:21,
217:6, 217:11,
217:12, 217:13,
217:18, 218:6,
219:4, 219:20,
220:6, 220:12,
221:2, 221:3,
221:4, 222:18,
223:8, 225:4,
227:9, 228:16,
229:19, 230:1,
230:8, 230:12,

231:22, 232:1,
232:2, 232:4,
232:11, 232:16,
233:11, 233:16,
234:1, 234:5,
234:7, 234:8,
235:6, 235:7,
235:8

**amendments**
54:17, 195:14,
204:1, 205:4,
213:6, 215:3,
215:5, 225:1,
232:20, 235:10,
235:17, 235:19,
237:1

**american**
14:22, 16:2,
16:17, 17:11,
17:18, 18:5,
18:12, 18:20,
19:3, 19:4,
19:11, 19:16,
60:1, 84:22,
85:5, 85:17,
88:1, 88:13,
90:7, 114:3,
114:16, 121:1,
140:13, 196:12

**americans**
16:11, 84:11,
84:19, 88:7,
88:8, 140:18

**among**
158:21, 163:6,
164:3, 189:17

**amount**
5:10, 5:12,
91:11, 122:22,
123:1, 134:5,
180:20

**analysis**
91:8, 91:19,
96:22

**andre**
195:1

**angel**
194:16

**angry**
33:2
**another**
14:7, 43:2,
44:4, 47:1,
60:1, 60:3,
75:3, 83:6,
84:7, 94:16,
101:6, 101:16,
145:11, 145:15,
146:3, 146:20,
153:20, 155:18,
156:1, 166:3,
170:12, 179:17,
191:3, 191:22,
199:11, 201:7,
204:6, 210:8,
213:18, 218:18,
223:21, 233:12,
239:10
**answer**
27:9, 44:5,
74:4, 74:17,
78:6, 86:13,
101:22, 127:1,
185:18
**answered**
146:19
**any**
3:13, 4:22,
29:6, 34:1,
38:21, 42:5,
46:15, 53:16,
54:5, 54:20,
57:20, 59:16,
65:2, 65:8,
65:10, 66:4,
66:6, 68:4,
77:15, 77:16,
84:22, 85:3,
91:20, 97:8,
115:8, 124:2,
126:2, 131:22,
132:2, 135:10,
144:21, 151:13,
155:5, 181:11,
187:2, 194:7,
195:11, 195:13,

197:4, 199:1,
205:4, 205:18,
206:12, 206:19,
209:2, 209:11,
210:4, 211:20,
213:10, 213:13,
214:2, 217:14,
232:1, 232:8,
233:5, 233:10,
234:1, 235:7,
235:10, 237:1,
239:13, 240:6
**anybody**
70:12
**anyone**
50:20, 102:8
**anything**
7:9, 7:10,
7:11, 22:9,
25:19, 64:12,
65:9, 75:12,
76:3, 126:13,
183:17, 198:18,
205:12, 205:15,
206:13
**anywhere**
69:15, 77:17,
148:17, 161:11,
183:15
**apart**
147:10
**apb**
65:2, 65:5
**apologies**
60:5
**apologize**
104:21, 142:12,
195:18
**appeal**
4:13, 5:3, 5:7,
52:10, 53:14,
71:10, 71:11,
71:12, 71:13,
71:21, 71:22
**appealed**
53:2, 53:5
**appeals**
22:3, 53:11,

71:10, 71:19,
71:20
**appears**
20:16, 46:11,
147:9, 192:7
**appellate**
200:1
**apple**
83:8
**applied**
41:12, 42:13,
44:1, 76:11,
78:3
**applies**
202:2
**apply**
41:20, 42:12,
64:6, 76:15,
77:18, 77:19,
77:22, 78:11
**applying**
41:19, 42:9
**appoint**
89:16
**appointed**
89:17, 91:15
**appointments**
88:4
**appreciate**
43:18, 48:10,
48:15, 52:18,
81:22, 96:7,
114:5, 114:18,
120:17, 132:12,
132:19, 133:15,
138:10, 141:6,
141:19, 142:4,
154:11, 155:7,
157:10, 158:11,
159:14, 164:15,
165:10, 165:14,
167:12, 167:18,
168:16, 171:19,
171:21, 172:1,
174:5, 175:2,
182:4, 182:20,
183:8, 184:6,
188:8, 194:11,

195:21, 210:12,
210:18, 229:5
**appreciated**
207:16
**approach**
135:22, 160:8,
224:11, 224:13
**appropriate**
6:1, 47:9,
54:4, 95:1,
95:9, 143:1
**appropriated**
144:13, 145:17
**appropriation**
38:10, 47:3
**appropriations**
147:16, 153:8,
158:1, 177:17
**approval**
3:10
**approve**
3:13
**approved**
3:15, 56:21,
57:1, 57:3,
57:19, 70:10
**approximately**
35:8, 162:12
**apr**
207:16
**area**
23:12, 25:15,
28:19, 43:3,
44:12, 45:6,
47:10, 77:5,
77:17, 78:5,
84:22, 85:1,
85:2, 91:21,
119:6, 135:15,
136:22, 137:3,
137:5, 137:10,
138:12, 142:15,
158:17, 162:15,
162:21, 172:6,
180:5, 181:21,
187:3, 190:5,
191:3, 191:18,
191:20, 191:22,

192:6, 192:14,
192:17, 192:19,
193:8, 193:22,
194:1, 209:19,
217:3, 228:17
**areas**
24:1, 24:21,
29:4, 45:9,
45:11, 86:6,
91:22, 103:9,
127:2, 170:11,
172:12, 186:18
**aren't**
22:9, 64:21,
97:15, 113:20,
141:11, 171:5
**arena**
176:16
**argue**
5:7, 30:9,
30:21, 46:3,
72:8, 72:9,
107:3
**argued**
4:13, 30:7,
30:18, 110:10
**argument**
31:12, 31:15,
31:17, 49:16,
60:4, 135:2,
223:10
**argumentative**
45:13
**arguments**
31:8, 31:9,
49:18, 59:11,
65:1, 104:20,
112:4
**arkansas**
134:16
**arm**
153:11
**armed**
153:11, 153:18,
160:22, 161:2,
161:13, 190:21
**army**
144:4, 147:10,

151:5, 151:6,
151:10, 151:12,
151:13, 151:17,
152:14, 161:11,
162:14
**army's**
146:19
**arno**
194:16
**around**
47:21, 48:20,
103:9, 137:5,
138:14, 144:9,
156:18, 167:8,
169:4, 180:17,
182:17, 224:16
**arrive**
41:21, 166:4
**article**
128:11
**articulate**
34:5, 34:10,
43:16
**arts**
128:6
**ascension**
102:20, 139:4
**asian**
14:21, 16:9,
16:16, 17:2,
17:10, 17:17,
18:4, 18:10,
18:19, 19:3,
19:10, 19:15,
63:17, 97:4
**asians**
19:3
**asked**
81:2, 87:4,
118:10, 136:11,
197:3, 201:12,
229:1
**asking**
22:9, 25:14,
31:15, 65:16,
68:19, 96:1,
123:16, 185:14,
187:5, 229:3

**asset**
155:12
**assets**
157:15
**assignments**
3:6
**association**
173:2
**assume**
40:5, 67:12
**assumption**
98:15, 98:16,
102:20, 139:5
**astronomical**
180:20
**atrocities**
130:10
**attend**
5:17, 47:3,
145:11
**attending**
145:15
**attention**
168:17
**attorney**
52:13, 56:4,
56:20, 57:14
**attorneys**
52:6, 201:16
**attract**
120:19, 162:2
**attractive**
120:21, 121:16,
122:13
**audience**
100:18
**audio**
240:4
**audit**
50:3
**author**
221:22
**authority**
109:1, 153:6
**authorization**
161:7
**authorized**
146:11

**available**
49:17
**avenues**
87:6
**avoid**
191:11
**awarded**
130:4
**aware**
63:19, 64:14,
64:16, 80:13,
80:16, 80:17,
81:13, 97:17,
142:2, 213:17,
218:15
**away**
22:2, 22:6,
22:16, 135:9,
142:8, 154:8,
178:10, 181:2,
181:6, 182:2,
185:2, 185:7,
186:11, 187:20

**B**

**b**
212:4
**back**
3:4, 3:7, 3:8,
22:18, 22:20,
22:21, 39:16,
40:2, 40:15,
60:5, 61:21,
69:9, 87:14,
87:15, 92:9,
96:22, 99:2,
99:18, 99:20,
119:19, 120:4,
120:6, 120:8,
120:12, 121:16,
121:17, 122:5,
122:8, 122:14,
129:8, 129:14,
135:21, 136:9,
136:11, 177:20,
190:22, 192:2,
192:4, 194:18,
200:5, 203:21,

211:14, 213:3,
217:2, 219:7,
219:9, 219:12,
225:7, 225:8,
231:6, 234:6,
235:5, 236:1,
236:21
**background**
6:9, 41:11,
159:21, 183:17,
195:8, 195:20,
205:10, 216:10,
231:3, 237:13,
239:18
**backtrack**
129:8
**bad**
130:21, 154:22,
226:15, 226:21,
227:11, 229:11
**ball**
189:14, 191:15
**barbara**
124:11
**bargaining**
161:16
**barksdale**
148:11, 153:15,
157:14, 160:13,
161:8, 161:18,
161:21, 162:17,
166:16, 167:1
**barracks**
129:18
**barry**
14:11
**barstow**
154:4
**base**
147:10, 148:12,
148:18, 148:20,
150:11, 150:12,
150:18, 152:11,
152:14, 153:16,
154:5, 154:7,
157:14, 158:13,
160:13, 161:8,
161:15, 162:9

**based**
58:13, 59:20,
61:5, 98:1,
98:3, 98:7,
103:22, 104:8,
105:9, 105:16,
106:1, 106:14,
106:15, 111:18,
169:4, 182:8,
187:18, 204:19,
204:20, 210:13,
225:18
**bases**
154:6, 158:10,
161:13, 164:9,
167:9
**basic**
37:5
**basically**
11:19, 35:22,
36:10, 36:16,
37:17, 38:21,
40:10, 42:1,
59:13, 106:8,
110:22, 125:4,
164:19, 182:3,
197:7, 198:6
**basing**
65:1
**basis**
14:2, 210:20
**baton**
24:18, 26:20,
59:14, 59:17,
102:21, 122:19,
125:12, 125:15,
126:1, 126:10,
127:7, 127:11,
128:13, 128:16,
129:9, 129:12,
129:15, 129:16,
130:16, 139:6,
169:4, 175:1,
178:11, 178:13,
178:17, 178:22,
179:4, 179:10,
179:14, 181:5,
182:6, 182:10,

182:17, 194:15
**battle**
129:9
**bayou**
24:20
**beagles**
195:4
**beating**
22:20
**beats**
14:12, 14:13
**bec**
212:4
**became**
129:20
**become**
112:11, 112:12
**bedrock**
43:20
**been**
3:5, 3:20,
3:21, 5:19,
11:1, 14:6,
21:17, 22:20,
23:3, 23:8,
24:16, 26:15,
28:1, 28:2,
34:1, 36:6,
49:3, 49:7,
50:14, 56:5,
56:6, 57:5,
57:7, 57:15,
57:18, 58:1,
59:4, 61:7,
61:17, 64:11,
71:5, 71:12,
71:14, 72:7,
72:15, 73:12,
82:4, 85:18,
87:4, 87:18,
89:10, 94:6,
98:17, 101:6,
104:20, 110:10,
116:7, 117:16,
121:22, 124:13,
131:8, 131:12,
133:19, 137:7,
137:9, 139:10,

144:9, 150:1,
150:2, 151:9,
154:1, 157:11,
157:21, 158:6,
168:14, 173:14,
173:15, 183:20,
183:21, 183:22,
191:21, 224:16,
226:15, 227:5,
228:14, 239:8
**before**
6:8, 6:17,
9:18, 15:4,
21:19, 29:7,
34:16, 38:2,
39:4, 42:17,
44:8, 44:11,
45:8, 46:13,
49:17, 52:11,
68:9, 72:1,
75:1, 75:10,
94:4, 95:15,
105:18, 170:1,
203:17, 203:20,
204:3, 214:1,
216:8, 222:7,
227:5, 239:14
**began**
4:19, 129:19
**begin**
6:10, 21:19,
25:14, 83:20,
160:2
**beginning**
171:11, 192:14,
223:2
**behalf**
196:6
**beholden**
113:13
**being**
34:2, 34:4,
45:12, 98:19,
99:12, 99:17,
99:18, 102:5,
102:16, 105:7,
114:22, 115:7,
126:16, 128:14,

131:22, 134:9,
134:12, 142:3,
143:11, 144:18,
145:5, 151:13,
156:16, 157:12,
164:1, 167:17,
168:1, 168:6,
174:22, 175:10,
178:14, 179:9,
181:4, 181:20,
184:7, 186:7,
186:20, 188:10,
189:3, 189:5,
189:16, 193:8,
194:9, 209:15,
210:16, 218:19,
219:9, 221:7,
221:16
**belief**
76:6
**beliefs**
171:2
**believe**
40:2, 64:2,
64:10, 65:14,
71:3, 86:15,
97:14, 131:11,
132:20, 134:17,
137:14, 143:22,
153:14, 179:15,
181:2, 181:3,
193:5, 203:3,
204:16, 206:12,
207:9, 208:10,
219:10, 239:9
**belle**
148:11
**belongs**
59:14
**bench**
85:6
**benefit**
143:11
**bernard**
23:11
**besides**
96:16, 105:3
**best**
44:16, 44:19,

44:22, 45:3,
45:4, 89:13,
170:15, 187:21,
200:22, 207:10,
207:12, 224:10,
225:14, 240:3
**better**
14:10, 94:11,
102:8, 119:21,
120:15, 127:22,
161:3, 162:11,
163:5, 176:9,
216:1
**between**
10:7, 13:21,
44:18, 115:16,
133:22, 143:20,
150:22, 151:4,
151:6, 158:9,
164:3, 172:16,
187:19, 191:12,
191:16, 208:12
**beyond**
149:15, 160:15
**big**
24:10, 62:16,
74:21, 90:1,
130:11, 130:15,
141:12, 157:2
**biggest**
128:17
**billion**
161:9, 163:16
**billions**
87:20, 100:22
**bills**
3:16, 10:15,
33:18, 33:20,
36:1, 36:9,
36:10, 38:2,
38:22, 166:2,
184:4, 214:6,
214:9, 216:1
**bit**
3:18, 6:18,
13:2, 14:10,
46:17, 59:7,
76:11, 87:13,

127:20, 136:15,
136:17, 142:19,
144:17, 151:19,
152:3, 152:7,
164:15, 172:15,
176:6, 181:4,
192:4, 195:6,
195:19, 204:7,
209:5
**bite**
83:8, 94:16
**bla**
97:3
**black**
6:3, 11:8,
11:14, 11:17,
14:20, 16:7,
16:16, 16:22,
17:1, 17:9,
17:16, 18:3,
18:9, 18:19,
19:2, 19:9,
19:14, 21:2,
21:12, 24:17,
28:22, 56:7,
56:16, 57:11,
58:17, 60:18,
62:4, 62:10,
62:14, 63:11,
63:17, 64:12,
65:2, 65:8,
65:9, 65:10,
66:1, 66:4,
66:6, 66:7,
66:10, 66:22,
67:1, 67:7,
67:16, 76:12,
78:8, 80:7,
80:12, 88:12,
89:6, 92:22,
93:16, 95:2,
95:4, 95:10,
95:16, 96:4,
96:10, 96:13,
96:16, 96:19,
97:4, 103:14,
108:12, 111:14,
112:19, 113:10,

113:15, 115:20,
117:19, 119:20,
127:22, 213:19
**blacks**
97:13, 118:10
**bless**
142:10
**blocks**
58:5
**blow**
192:13
**blue**
121:2, 195:2
**bo**
127:11
**board**
86:7, 180:17,
194:8
**boards**
84:13, 85:22,
86:10, 91:6,
92:2
**boce**
189:7
**body**
4:1, 57:1,
57:17, 72:19,
72:21, 73:3,
82:5, 83:19,
86:20, 117:15,
121:21, 133:2,
213:16
**body's**
227:15
**bond**
104:18
**bondability**
144:6
**book**
127:11
**border**
134:16
**bossier**
24:9, 24:12,
44:15, 158:13,
163:19, 164:1
**both**
7:18, 24:6,

24:7, 34:14,
34:17, 52:6,
75:13, 75:16,
76:7, 79:7,
80:1, 80:18,
91:15, 95:16,
101:21, 124:7,
151:3, 157:13,
157:20, 161:13,
161:18, 166:4,
174:9, 209:14
**boudreaux**
132:7, 139:19,
139:20
**bound**
183:18
**boundaries**
42:11, 43:15,
159:22, 160:7,
168:19
**bounds**
111:2
**box**
63:16, 63:18
**boxes**
58:14, 58:15,
64:5, 64:7
**boyd**
129:21
**brac**
149:12
**brain**
128:17, 130:9,
130:20
**branch**
110:19, 110:20,
110:21
**branches**
157:14
**brcc**
128:18
**breaking**
151:11
**brent**
175:21
**brief**
30:8, 31:2,
183:12

**briefing**
5:5, 49:15
**briefly**
140:6
**bright**
201:16
**bring**
31:3, 31:8,
101:17, 120:12,
181:5, 230:18
**bringing**
31:12, 31:14,
97:21, 122:14,
161:14, 170:5,
177:19
**bro**
195:1
**broad**
135:15
**broadband**
163:11
**broke**
159:3
**broken**
26:2, 192:17
**brooke**
184:10, 184:11,
184:14
**brought**
82:4, 83:10
**broussard**
135:12
**brownsville**
186:17
**bucket**
64:13
**budget**
152:18, 152:21,
220:2
**build**
144:8
**builds**
164:8
**built**
144:6, 160:7
**bulk**
155:19
**bumps**
208:22, 209:4

**burned**
129:15
**business**
3:9, 37:21,
90:5, 195:19,
214:9, 224:8,
239:13
**businesses**
90:6, 120:2,
130:16, 162:2
**butchered**
127:14
**bvap**
66:2

| C |

**c**
182:9, 183:2,
239:11
**caddo**
24:9, 24:12,
163:18, 167:1
**cade**
188:13, 188:19
**cage**
117:7, 117:10,
117:11, 119:17,
119:18, 120:17,
123:4, 123:18,
123:19
**cajun**
135:2, 135:3
**calcasieu**
133:21
**calendar**
49:16
**call**
2:3, 2:5, 5:20,
37:12, 37:16,
76:5, 86:18,
126:15, 132:4,
146:20, 167:18,
212:20, 231:8,
234:2, 234:9,
235:21, 236:2
**called**
4:16, 25:9,
37:20, 47:3,

57:7, 60:9,
60:22, 61:21,
99:11, 99:13,
128:2, 152:2
**calling**
230:8
**calls**
44:1, 103:1,
103:2
**came**
38:2, 39:16,
74:17, 107:21,
119:8, 173:16
**cameron**
133:21
**campaign**
183:13
**campbell**
195:1
**can't**
35:10, 35:11,
42:8, 58:10,
58:12, 59:2,
59:3, 70:12,
71:20, 73:2,
82:18, 129:1,
133:7, 145:19,
150:3, 155:9,
170:16, 222:5,
225:8, 227:2,
227:19
**candidate**
22:11, 22:15,
34:20, 77:8,
79:19, 80:19,
95:20, 196:12
**candidates**
37:7, 75:18,
79:18, 97:5
**cannot**
32:22, 90:2,
95:13, 125:9,
206:6
**capital**
184:8
**caption**
240:10
**capture**
56:16

card
6:11, 117:5,
117:7, 142:12,
142:14, 142:22,
159:15, 164:18,
165:21, 196:1,
205:13
cards
116:21, 117:3,
124:5, 132:1,
132:3, 194:12,
195:5, 195:13
care
30:12, 58:17,
102:19, 106:12,
195:18, 200:22,
222:1
career
187:22
careful
220:8
caren
135:8
carencro
134:14, 135:8,
135:12, 135:16
carlson
124:6, 124:9,
124:10, 125:21,
126:8, 127:5
carol
177:22, 178:16
carroll
59:17
carter
196:1, 196:9,
196:15
carving
59:8
case
5:8, 46:2,
46:13, 71:11,
71:13, 72:7,
72:8, 106:18,
106:20, 106:21,
107:3, 107:4,
107:5, 107:6,
109:16, 111:22,

124:1, 143:13,
150:7, 152:5,
223:11, 225:3,
240:6
cases
61:6, 118:11
catholic
135:2
cattle
163:17, 177:11
cause
138:8, 151:11,
180:15
caveat
88:22
cell
226:12
census
11:10, 60:9,
60:11, 63:15,
63:20, 63:22,
64:4, 64:15,
64:18, 65:4,
67:11, 67:12,
117:17, 122:10,
203:15, 203:18
center
160:14
centered
183:2
central
177:10
cents
223:22
century
168:16
certain
118:14
certainly
12:4, 29:7,
138:11, 141:19,
142:1, 145:1,
156:17, 158:16,
158:22, 159:2,
165:12, 165:18,
166:22, 167:15,
188:8, 201:11
certificate
240:1

chair
6:13, 7:6, 8:1,
8:13, 8:22,
10:21, 12:2,
12:7, 14:15,
15:8, 16:1,
19:19, 21:1,
31:7, 32:10,
48:14, 54:21,
74:21, 84:4,
97:20, 104:14,
132:12, 137:1,
139:19, 142:5,
143:3, 168:8,
170:7, 171:20,
173:10, 184:4,
199:3, 203:11,
207:13, 207:15,
211:22, 220:9,
220:16, 226:22,
228:14, 232:5,
238:21
chairman
15:1, 63:7,
82:2, 143:4,
143:18, 196:8
chairwoman
41:6, 48:11,
55:2, 74:1,
80:3, 94:16,
96:8, 104:17,
156:15, 165:6,
196:18, 199:7,
203:11, 204:9,
206:2, 207:11,
209:8, 210:11,
216:17, 222:15,
224:1
challenge
61:15
challenged
61:17, 61:18
challenges
25:1, 211:2
challenging
210:3
chamber
159:16, 159:20,

174:8, 174:10
chambers
55:8
chance
8:9, 10:4,
10:11, 22:15,
121:4, 132:5,
209:11, 216:13
chances
113:16, 113:17
change
59:21, 131:18,
150:1, 170:12,
173:16, 181:21,
182:2, 186:16,
205:12, 205:15,
205:18, 210:4,
221:22
changed
7:7, 26:9,
64:3, 66:22,
67:2, 223:20
changes
183:4, 199:8,
205:20, 208:2,
209:12, 210:1,
210:8, 222:21,
223:7
changing
125:16, 182:7
character
89:12, 92:16,
120:10, 183:19
charge
165:13
charles
23:16, 23:17,
23:19, 33:6,
44:17, 102:19,
133:21, 139:3,
194:22
chasse
148:11
check
58:14, 63:16,
63:17, 63:18,
64:5, 64:7,
175:8

checked
64:11, 65:9
checking
230:14
chemical
25:3
chestnut
163:22
children
145:22
choice
22:15, 34:20,
37:7, 75:18,
77:8, 79:19,
80:19, 95:20,
114:17, 120:10,
125:4, 125:8,
196:13, 225:6,
225:12
choices
170:18
choose
170:21, 212:10
chooses
214:18
choosing
45:22
chopin
164:1
chopped
192:7
chose
87:2, 129:13,
141:15, 212:10
chris
240:2, 240:17
christian
1:22
christopher
124:7
churches
85:22
circle
138:14
circuit
5:2, 5:4, 5:6,
5:8, 5:9, 49:11,
49:12, 49:14,

49:20, 49:22,
50:1, 50:3,
50:4, 50:7,
50:15, 50:20,
51:1, 52:2,
53:6, 85:5,
201:7
circumstances
68:4
cite
97:9
cities
120:1, 154:19,
160:3, 164:9,
167:8, 173:6,
184:22
citizen
51:3
citizens
63:16, 64:11,
101:2, 122:7,
149:18
city
27:19, 27:20,
91:7, 92:2,
132:8, 134:5,
134:7, 134:11,
137:11, 138:15,
139:21, 140:10,
140:16, 141:22,
142:19, 142:20,
143:4, 143:16,
143:17, 147:20,
152:13, 155:19,
155:20, 180:11,
186:8, 186:11,
186:12, 187:11,
187:14, 187:15,
189:11
city's
152:18
civil
184:16, 187:22
civilian
162:20
civilians
149:17, 162:14
cl
227:22

clarification
110:8
clarify
109:13, 124:3
clarifying
63:14
class
69:18
classrooms
146:16
clayburn
186:17
clean
190:2, 191:9
clear
48:22, 51:22,
52:14, 52:17,
82:17, 111:6,
111:12, 123:13,
123:17, 124:15,
217:17
cleared
205:1
clearly
106:3, 106:5,
106:7, 180:9
cleo
227:22
clerk
49:15
click
70:1
climate
83:18
clock
228:21
close
127:17, 134:16
closed
149:1
closely
135:5
closer
137:19, 176:6,
229:5
closest
88:13
closure
148:18, 148:21

cluster
189:13
coast
45:1
coastal
23:7
cobble
28:21
cohesive
106:10, 106:16,
151:15, 173:3,
173:5
cohesiveness
151:16
collaboratively
185:4
colleague
219:22
colleagues
21:22, 229:12
college
63:20, 129:20,
129:21, 189:4
color
125:2
combination
76:19, 166:19,
167:2
combined
160:16, 164:8
come
10:17, 10:18,
21:20, 41:13,
45:8, 46:13,
61:10, 63:1,
68:2, 78:1,
79:17, 83:1,
88:5, 88:9,
105:6, 110:3,
110:4, 118:14,
118:16, 120:4,
120:6, 120:8,
121:15, 121:17,
122:5, 124:6,
129:15, 130:16,
130:17, 132:9,
136:11, 142:21,
159:16, 165:9,

171:4, 175:5,
184:11, 200:5,
219:3, 219:12,
225:3, 225:8,
225:9
**comes**
84:16, 85:10,
88:17, 150:21,
179:16, 183:7,
189:12, 189:16,
190:15, 193:18,
197:5
**coming**
52:19, 94:7,
165:20, 171:22,
219:7, 219:16,
223:21
**command**
150:1
**comment**
90:20, 93:15,
96:10, 138:21,
139:12, 156:11,
183:11
**comments**
3:18, 42:16,
139:18, 192:15,
195:12
**commerce**
159:20, 174:9
**commercial**
193:19
**commission**
104:18
**committee**
1:9, 3:6, 6:14,
6:20, 7:5, 7:10,
7:16, 7:20, 8:2,
8:3, 9:21, 10:4,
10:8, 10:9,
10:18, 12:3,
14:15, 15:9,
19:20, 21:2,
36:16, 44:11,
46:14, 58:21,
86:17, 127:19,
127:21, 141:14,
153:12, 155:8,

161:1, 161:2,
161:13, 168:8,
168:16, 170:17,
175:14, 177:17,
177:18, 184:2,
191:2, 195:12,
196:14, 204:14,
212:6, 212:14,
212:15, 213:21,
214:3, 214:5,
214:13, 214:14,
214:15, 214:18,
215:3, 215:5,
215:7, 215:9,
215:21, 216:9,
216:18, 216:19,
217:18, 218:9,
218:17, 218:18,
219:7, 219:15,
221:1, 221:8,
221:9, 221:20,
222:17, 223:22,
224:8, 226:19,
235:16, 237:9,
237:15, 237:22,
239:14, 240:19
**committee's**
214:13, 215:2,
220:22
**committees**
86:11, 92:16,
157:22
**common**
24:22, 41:8,
59:16, 115:15,
125:13, 126:2,
126:6, 126:13,
127:3, 143:11,
145:1
**commonality**
115:8, 115:16
**commonly**
137:6
**communities**
24:19, 25:2,
27:11, 29:20,
30:13, 30:15,
32:16, 33:12,

42:10, 43:7,
45:21, 46:14,
114:19, 134:18,
138:12, 138:15,
141:11, 144:10,
146:14, 152:8,
152:12, 153:14,
157:4, 158:10,
159:6, 160:1,
160:8, 160:9,
161:15, 162:9,
164:9, 166:8,
166:10, 177:5,
177:7, 177:21,
178:10, 185:13,
186:17, 189:21,
190:4, 191:11,
194:4, 194:5,
206:9
**community**
27:15, 28:18,
29:21, 30:7,
30:8, 30:10,
30:20, 31:16,
31:20, 33:2,
33:8, 43:8,
43:17, 44:12,
59:15, 115:10,
131:12, 131:13,
134:10, 141:17,
143:7, 143:8,
143:9, 143:10,
143:21, 144:4,
144:5, 144:20,
145:3, 147:4,
149:4, 149:5,
150:18, 151:21,
152:5, 154:14,
155:10, 156:4,
156:5, 158:15,
158:20, 166:14,
168:22, 174:6,
174:14, 179:6,
185:15, 186:20,
186:21, 187:14,
187:18, 189:3,
190:19, 193:9,
207:5

**community's**
146:11, 167:10
**compact**
27:6, 28:7,
28:10, 28:16,
32:16, 33:17,
33:22, 34:2,
34:7, 34:18,
42:8, 62:9,
62:13, 68:8,
106:10, 106:16,
108:4
**compactness**
28:7, 28:13,
33:16, 34:6,
35:1, 35:2
**companion**
11:22
**compare**
23:1
**compared**
148:12
**comparing**
33:18, 33:20
**compelling**
111:22
**compete**
161:3
**competed**
146:14
**competition**
172:16
**complete**
5:1, 36:16
**completed**
37:21, 100:10
**completely**
179:5, 183:2,
183:4, 191:17
**complexion**
183:4
**compliance**
233:9
**complicated**
38:11, 214:9,
228:17
**complication**
38:11

**complied**
29:12, 29:13,
29:15, 106:4,
106:6
**complies**
21:3, 21:4,
25:6, 25:8, 27:5
**comply**
4:17, 7:12,
12:4, 12:21,
28:1, 61:20,
72:10, 72:14,
72:16, 74:5,
83:22, 95:12,
104:5, 105:13,
111:16, 206:7
**complying**
29:10
**component**
164:4
**comprised**
160:1, 162:18,
177:7, 177:8
**comprises**
176:22
**computer**
10:9, 56:13,
195:7, 195:8
**computers**
60:10
**con**
126:20, 134:19,
146:2
**concede**
68:17
**concentrated**
179:3, 181:5
**concentration**
181:3
**concept**
196:20, 198:5
**concern**
46:10, 54:3,
112:18, 114:10,
114:19, 115:8,
115:17, 116:2,
191:22, 203:10,
210:12, 210:19

**concerned**
87:8, 122:6,
122:7, 194:1,
203:10, 220:3
**concerning**
172:13
**concerns**
25:1, 47:16,
111:8, 112:5,
143:11, 163:10,
182:11, 203:2
**concise**
205:2
**confederacy**
129:13, 130:6
**conference**
141:14
**configurations**
77:20, 160:5
**confines**
41:19, 45:18,
140:20
**confused**
164:15, 199:7
**confusing**
41:9
**confusion**
199:19, 200:12,
202:18
**conger**
141:5
**congre**
145:19
**congress**
11:12, 11:14,
12:10, 12:11,
12:12, 12:15,
43:18, 60:1,
70:16, 79:15,
87:14, 88:5,
88:19, 92:4,
95:17, 112:8,
113:22, 114:13,
114:17, 143:21,
144:14, 146:11,
150:22, 151:13,
152:2, 152:10,
155:13, 155:14,

162:3, 162:11,
181:8, 196:2,
201:19, 202:7,
203:1, 232:9
**congressional**
4:9, 6:2, 6:3,
11:11, 11:12,
12:13, 12:15,
46:22, 47:1,
47:3, 48:6,
55:7, 57:9,
57:13, 62:12,
62:15, 66:12,
70:16, 70:19,
85:2, 91:17,
91:20, 95:16,
95:17, 101:14,
101:15, 101:17,
101:19, 102:16,
141:5, 143:7,
143:12, 143:21,
145:10, 145:11,
145:16, 147:10,
151:1, 151:8,
151:14, 151:22,
153:4, 153:7,
153:8, 153:18,
155:17, 155:18,
157:1, 159:5,
160:18, 163:4,
163:15, 166:11,
166:12, 166:14,
167:3, 168:10,
168:11, 168:12,
168:15, 168:20,
169:4, 169:11,
169:15, 172:10,
172:19, 173:8,
177:1, 177:6,
177:12, 178:21,
183:14, 184:1,
196:10, 196:15,
203:20, 206:15,
207:3, 208:13,
208:15, 233:6
**congressman**
88:14, 88:15,
92:12, 103:9,

103:14, 135:18,
146:3, 153:19,
153:20, 154:8,
154:9, 157:20,
158:22, 176:19,
176:20, 180:14,
196:8, 196:15
**congressperson**
126:17, 126:18
**congresspersons**
28:5
**congresswoman**
124:11, 124:18,
135:18, 177:16,
183:20, 191:1
**connection**
147:3, 147:4,
148:15
**connections**
167:6
**conscience**
229:13
**consensus**
11:9
**conservative**
129:2
**consider**
55:9, 55:20,
122:8, 191:6,
194:4, 204:5,
204:7, 216:4,
234:6, 235:10,
235:16, 237:1,
239:11
**consideration**
133:4, 134:13,
135:14, 137:2,
147:9, 214:11
**considered**
71:6, 186:13,
223:20
**considering**
181:8
**consistent**
214:8
**consistently**
119:9, 125:12,
126:15, 126:21

constant
148:18
constanza
195:3
constituents
86:15, 94:8,
101:13, 102:1,
119:4, 225:7,
225:8, 228:7
constitution
51:5, 108:19,
110:12, 110:16
construct
166:2
constructed
78:15, 164:1,
164:8, 165:1
construction
161:10
contain
240:8
contained
164:10
contains
24:6
contempt
229:8
content
228:12
context
6:1, 134:20,
137:3, 137:11
contiguous
160:9
continue
52:22, 73:19,
122:9, 136:5,
151:12, 154:15,
158:3, 173:5,
197:11, 228:10
continues
146:18, 147:4,
198:16
continuing
185:6
continuity
28:3, 28:6,
42:11, 43:13,

164:12
contract
152:17, 162:14
contrast
162:17
control
152:17, 227:19
convened
4:4
conversation
42:17, 71:5,
98:18, 101:6
conversations
103:7, 219:3
converting
182:7
cooper
167:19, 168:2,
168:4, 168:5,
168:7, 170:8,
172:21, 174:11,
174:18, 175:4,
175:8, 175:11,
175:14, 175:17,
176:2, 181:11,
181:12, 181:14,
182:13, 182:16,
183:10
coordination
151:16
copy
233:4
core
168:21, 210:15
corn
177:9
corner
24:5, 47:21
correct
11:10, 11:15,
35:20, 36:2,
36:7, 36:17,
36:18, 37:1,
37:11, 38:7,
38:14, 38:15,
39:1, 40:11,
40:19, 40:22,
41:1, 49:6,

63:18, 64:8,
64:9, 64:13,
65:6, 65:7,
65:13, 65:14,
65:20, 71:6,
77:19, 81:5,
81:6, 98:9,
98:10, 98:12,
98:13, 104:11,
104:12, 108:18,
116:17, 137:1,
146:1, 147:19,
171:6, 186:2,
187:4, 207:22,
230:22, 240:8
correction
210:21
corridor
181:9, 181:19
cost
22:9, 144:14
cotton
177:9
could
26:6, 32:2,
43:16, 44:14,
53:1, 53:2,
53:5, 53:6,
63:18, 64:5,
64:7, 72:21,
80:6, 80:11,
82:20, 99:22,
115:18, 115:22,
118:6, 123:7,
129:10, 129:12,
133:4, 136:14,
144:8, 151:11,
154:9, 175:6,
185:21, 190:9,
203:19, 204:9,
212:12, 218:6,
221:10, 221:21,
223:3, 223:10,
227:22, 228:1
couldn't
33:3
council
92:2, 92:11,

140:17, 169:22
councilman
167:20, 169:19,
169:22
councils
86:9, 91:7,
92:2
counsel
240:5
count
60:10
counted
63:21, 63:22,
65:12
country
48:20, 179:12
couple
45:3, 49:11,
99:7, 99:13,
144:3, 175:19,
228:2
course
22:11, 29:9,
55:5, 85:13,
131:7, 174:18,
184:22, 187:11,
193:15, 210:1
court's
4:18, 5:5,
12:5, 74:6,
105:18, 209:7,
215:18
courtesies
132:12
courts
11:19, 37:16,
49:3, 54:13,
91:14, 91:15,
92:6, 94:2,
96:21, 97:2,
97:10, 97:11,
97:16, 119:13,
133:10, 170:19,
171:5, 200:1,
200:4, 200:8,
200:19, 201:20
coushatta
163:22

cousin
47:21
covered
57:15, 191:22
covers
91:21
covington
25:15
crawfish
163:17
crazy
193:19
create
41:18, 42:14,
62:14, 82:21,
85:2, 113:21,
115:18, 117:18,
152:1, 162:1,
202:17
created
28:1, 112:20,
116:11, 116:15
creates
21:2, 180:19,
196:11
creating
44:8, 46:9,
74:6, 112:21,
113:21, 114:13,
122:9, 211:2
creation
196:9
credit
178:3
creole
135:2
cried
89:21
criteria
105:3, 105:7
criterias
109:20
critical
161:14
critically
160:19
cross
46:22, 80:5,

121:2
crossover
77:6, 77:10,
80:6, 80:14
crow
121:11
cultural
166:9, 169:8
culture
134:21
curious
26:3, 26:16,
96:10
current
47:17, 56:20,
57:18, 57:22,
59:3, 59:12,
59:21, 100:16,
104:2, 115:3,
150:15, 190:10,
190:11
currently
48:3, 164:22,
168:9, 184:15,
188:20, 201:21
cut
93:10, 93:11,
190:2, 191:9
cutting
191:11
cyber
158:14

**D**

d
174:15, 192:6,
192:22, 213:9
dad
181:21
darla
194:22
data
64:4, 64:11,
74:2, 78:14,
78:17, 80:22,
81:1
date
197:9, 198:9,

232:16, 232:17,
232:18
day
4:6, 22:8,
29:11, 30:3,
61:21, 73:13,
81:19, 85:21,
86:21, 86:22,
88:8, 89:20,
89:22, 90:2,
90:3, 98:18,
99:1, 99:2,
99:12, 99:13,
100:9, 100:10,
130:10, 137:18,
150:2, 183:15,
211:9, 214:22,
223:13, 228:18,
228:21
days
4:3, 37:20,
37:22, 38:4,
38:12, 38:13,
38:17, 38:21,
39:2, 39:6,
39:13, 55:9,
55:13, 55:19,
99:10, 99:12,
99:15, 100:8,
100:11, 107:9,
107:10, 112:9,
213:4, 213:9,
220:2, 223:14,
225:13, 226:8,
228:2, 229:3,
229:6
dc
177:18, 196:5
dcip
146:12, 146:13
de
99:20, 105:18
dead
62:21
deadline
4:20
deal
62:20, 87:19,

87:20, 88:4,
90:12, 129:17,
129:20, 130:12,
130:14, 178:6,
230:10
dealing
15:15, 230:11,
230:12
deals
43:19
dealt
7:2
debate
15:18, 71:4,
141:12, 189:19
debated
8:8, 11:1,
34:2, 34:4,
35:6, 35:10,
74:8
debating
32:5, 32:6,
70:2, 70:22,
141:10, 237:19
december
183:15
decent
113:18
decide
32:11, 42:13,
214:2, 226:12
decided
102:10, 129:22
decides
136:5
decision
49:11, 50:18,
52:10, 112:4,
125:8, 129:10,
130:11, 141:18,
151:22, 154:13,
155:3, 170:22
decisions
45:20, 185:13
declare
240:2, 240:12
decreased
60:13, 60:21,

84:20
**dedicated**
143:19
**deep**
156:20
**defendant**
124:1
**defense**
6:15, 9:18,
21:7, 23:8,
45:2, 146:11,
158:5, 161:6
**defer**
169:14
**define**
69:11
**defined**
68:20, 138:13,
138:15, 138:16
**definitely**
30:16, 133:6,
138:5, 174:13
**degree**
112:17, 115:1,
193:14
**dei**
128:4
**delay**
232:6
**delegation**
143:22, 151:2
**deliberate**
213:15
**deliberative**
72:19, 73:3,
82:5, 213:6
**delta**
182:9
**democracy**
37:5
**democrat**
125:7
**democratic**
40:13, 91:16
**democrats**
40:11, 40:14,
40:21, 41:3,
58:16

**demographic**
74:12, 76:12,
76:14
**demographics**
76:20
**demonstrate**
80:10
**demonstrates**
148:9
**denied**
4:21, 36:6,
81:14, 81:15,
98:4
**denies**
58:2, 58:3
**department**
62:1, 162:14
**dependent**
148:10
**descendants**
120:4
**describe**
149:20, 164:20
**described**
170:9
**describing**
164:21
**deserve**
196:11
**designed**
56:16, 145:7
**desire**
15:14, 43:14,
87:14, 212:11,
212:14, 214:14,
215:2, 220:22,
227:10
**destroyed**
29:22, 31:20
**detail**
197:6
**detailing**
155:8
**determine**
41:11, 148:22
**determined**
183:18, 232:15
**detrimental**
173:8

**develop**
46:8, 74:8,
129:17
**developing**
74:5, 81:4,
82:6, 206:8
**development**
174:12, 174:20,
177:15
**deviate**
12:19, 13:2
**deviation**
10:1, 10:2,
12:11, 12:17,
12:20, 12:22,
13:4, 13:6,
13:7, 13:9,
13:10, 13:12,
13:14, 13:17,
13:18, 13:21,
14:3, 33:19,
208:22
**deviations**
12:9, 12:10,
34:3, 209:4,
209:5
**deville**
195:13, 195:15,
197:16, 198:19
**di**
137:10, 163:8
**dice**
226:17
**dick**
25:8, 49:8,
79:22, 83:17
**dictating**
105:16
**differ**
51:21
**difference**
66:20, 68:15,
157:22
**differences**
10:7
**different**
3:6, 7:9, 7:10,
7:11, 11:20,

48:6, 68:14,
77:16, 78:5,
87:2, 87:3,
101:17, 110:17,
126:7, 126:8,
126:10, 127:1,
127:4, 135:6,
145:6, 162:8,
172:9, 172:18,
173:7, 174:2,
176:16, 177:2,
178:11, 182:11,
183:2, 184:19,
184:22, 189:17,
190:6, 191:9,
191:16, 193:21,
201:8, 202:5,
223:10, 230:11
**differs**
24:14
**difficult**
46:1, 47:7,
67:6, 120:18,
133:9, 136:1,
141:22, 171:19
**difficulties**
166:1
**difficulty**
45:15
**diligence**
133:14, 215:22,
227:21
**dilute**
161:16
**dime**
22:10
**diminish**
213:10
**diminishes**
178:9
**dipped**
211:20
**direct**
196:21
**directed**
4:10
**direction**
90:17, 93:3

**directly**
6:1
**director**
140:9
**dis**
103:3, 128:12
**disagree**
51:13, 89:10
**disagreement**
10:22
**disappointing**
85:9
**discriminating**
62:4
**discussed**
81:1, 145:5,
166:5, 190:8,
196:19
**discussing**
201:22
**discussion**
15:21, 104:19
**discussions**
65:4
**disparage**
213:13
**disparities**
128:12, 189:21
**disrupt**
151:15
**disruptive**
141:11
**distance**
135:8
**distribute**
197:16, 197:19
**districts**
12:13, 13:20,
21:3, 22:12,
22:16, 24:1,
28:5, 28:7,
32:17, 34:17,
34:19, 41:19,
42:4, 44:19,
46:9, 56:6,
56:7, 57:21,
66:12, 67:4,
67:7, 67:17,

74:7, 74:13,
74:14, 74:20,
75:2, 75:3,
75:7, 76:5,
78:8, 78:9,
78:16, 80:1,
80:11, 80:18,
95:19, 103:17,
103:18, 105:5,
111:15, 112:21,
113:2, 113:16,
115:19, 116:11,
116:12, 116:16,
145:21, 147:10,
147:17, 161:16,
162:5, 163:6,
163:11, 163:15,
168:12, 189:17,
190:6, 191:17,
192:18, 192:22,
193:1, 193:4,
193:6, 193:21,
206:8, 206:15,
206:19, 206:21,
206:22, 207:1,
208:13, 208:14,
213:19, 228:7
**diverse**
140:8
**diversity**
128:1, 140:5,
140:17, 140:20,
141:2
**divide**
43:5, 43:10,
45:22, 46:3,
46:5, 134:3,
134:6, 135:19,
137:7, 137:9,
138:6, 141:7,
145:19, 150:8,
155:15, 155:18,
155:20, 171:12,
206:13
**divided**
26:1, 27:14,
47:6, 134:9,
134:12, 140:22,

147:18, 149:9,
163:6, 170:11,
187:1, 189:3,
189:4, 189:5
**divides**
133:18, 141:8,
168:11
**dividing**
25:20, 137:10,
137:11, 138:6,
152:6, 153:19,
154:20, 158:21,
161:15, 173:5,
174:15
**divisive**
141:20
**doc**
183:19
**docket**
49:21
**doctor**
164:14
**document**
229:1
**doing**
3:5, 3:14,
26:5, 72:16,
73:11, 73:17,
73:18, 81:20,
82:4, 90:9,
109:3, 110:21,
111:3, 112:15,
118:8, 128:9,
128:22, 131:16,
172:10, 203:5,
206:12, 207:12,
214:10, 215:21,
216:5, 218:5,
219:17, 225:14,
226:3, 227:16,
227:21, 235:11,
237:2
**dollars**
88:3, 100:20,
100:22, 161:10,
161:14, 177:19
**domain**
9:1, 9:2

**done**
37:17, 39:4,
52:9, 52:11,
55:18, 55:19,
73:17, 79:12,
81:15, 81:18,
86:16, 91:8,
100:17, 112:14,
154:17, 171:15,
185:5, 211:5,
213:10, 214:5,
215:11, 217:4,
223:14, 224:14,
239:8
**dot**
176:14
**double**
3:5, 211:20
**doubt**
131:7, 131:13,
138:22
**down**
21:22, 23:3,
24:16, 34:4,
37:9, 66:15,
70:21, 71:4,
97:19, 98:5,
102:17, 102:21,
128:8, 128:10,
129:15, 165:9,
173:16, 179:16,
189:14, 193:18,
225:22, 226:3
**downs**
178:6
**downtown**
137:5
**doyle**
132:7, 139:20
**dr**
142:8, 159:17,
159:19, 164:22,
165:3, 165:10,
165:15, 165:18,
166:17, 167:15,
183:20
**drafted**
231:2

**drain**
128:17, 130:9,
130:20, 205:16
**drains**
128:17
**dramatically**
26:9
**draw**
6:6, 32:14,
33:3, 42:4,
42:22, 56:6,
56:7, 57:8,
58:13, 65:5,
67:6, 77:21,
98:8, 98:12,
98:20, 104:10,
105:16, 106:1,
106:3, 108:12,
108:20, 111:14,
138:14, 139:8
**drawer**
31:18
**drawing**
29:6, 29:8,
31:19, 32:13,
32:19, 32:20,
56:5, 56:19,
83:13, 109:1,
187:19, 193:12
**drawn**
43:3, 57:5,
57:18, 58:1,
58:15, 58:16,
58:17, 58:18,
59:13, 105:1,
105:9, 105:12,
105:18, 124:22,
125:14, 127:6,
178:21, 187:8
**dream**
68:5, 92:17
**drew**
58:2, 61:16,
61:17
**drive**
56:11, 135:11,
142:1, 193:13,
193:15

**driver**
148:5, 195:8
**drop**
129:19
**dropped**
66:15, 211:20,
213:18, 218:19,
239:3, 239:9
**due**
9:13, 31:8,
51:19, 85:14,
122:20, 139:8,
164:6, 215:21,
218:4, 224:2,
227:21
**dug**
190:3
**during**
7:1, 7:13,
8:14, 9:6, 9:20,
11:2, 11:4,
19:22, 23:13,
38:9, 45:8,
47:18, 66:11,
81:2, 84:21,
106:20, 183:13,
197:2
**duty**
3:5, 162:19
**dutybound**
51:6
**dynamics**
181:21

**E**

**e-mails**
132:1
**each**
12:14, 12:15,
48:7, 77:5,
100:17, 164:12,
170:22, 187:18
**earlier**
36:19, 44:10,
44:15, 123:22,
124:3, 131:6,
134:2, 142:12,
142:14, 166:22,

169:1, 189:20,
190:8, 191:12,
196:20, 217:21
**early**
119:20
**easier**
77:3
**easily**
59:6
**east**
26:20, 59:17,
102:20, 139:6,
172:17, 172:18,
178:11, 178:13,
178:16, 178:17,
178:22, 179:3,
179:9, 179:14,
181:5, 182:6,
182:10
**easy**
141:18, 175:22
**eating**
186:10
**ebony**
131:13
**echoed**
133:5
**eco**
185:8
**economic**
148:5, 148:8,
148:15, 157:16,
164:2, 169:2,
169:7, 174:12,
174:20, 177:15,
177:16, 180:16,
185:9
**economically**
120:2, 174:19
**economies**
135:3
**economy**
43:20, 135:4,
161:4, 161:5
**edgar**
117:7, 117:11
**edmondson**
184:10, 184:12,

184:14, 186:2,
186:4, 186:6,
186:22, 187:4,
187:10, 188:1,
188:5, 188:8
**educate**
46:21, 128:17,
145:14, 167:13
**educated**
46:22
**educating**
144:14, 145:21
**education**
43:9, 84:11,
92:15, 121:20,
144:8, 144:10,
144:14, 146:10,
149:8, 151:5,
163:12, 180:16,
183:21
**educational**
145:14
**edwards**
79:8
**effect**
29:15, 54:11,
198:8, 201:5,
210:4, 232:12,
232:13, 233:8
**effective**
201:18, 232:16,
232:17, 232:18,
232:19
**effects**
161:17
**efficiency**
96:1
**effort**
155:8, 167:13,
200:13, 206:7
**efforts**
48:15, 132:19,
135:19, 137:21,
138:1, 211:6
**eight**
62:11, 99:2,
99:11, 109:19,
111:11, 172:22,

203:16, 209:1,
223:3
**eighty**
68:2
**either**
78:1, 85:16,
160:15
**elect**
22:11, 34:19,
37:6, 114:16,
120:9, 176:20,
196:12
**elected**
69:18, 85:18,
89:20, 92:9,
92:10, 102:16,
113:1, 113:4,
113:11, 113:17,
124:13, 125:3,
125:7, 163:5,
199:10, 199:13,
199:14, 228:6
**election**
47:19, 48:5,
171:10, 171:11,
198:8, 202:2,
202:8, 203:8,
232:10, 233:6
**elections**
48:3, 79:12,
79:13, 86:3,
91:9, 91:18,
91:22, 92:1,
92:3, 92:5,
92:7, 197:8,
201:18, 202:6,
203:1, 203:20
**eloquently**
170:8
**else**
64:12, 65:10,
75:12, 77:12,
77:17, 102:13,
161:11, 186:15,
205:12, 205:15,
238:1
**else's**
199:15

**emails**
194:20
**emerging**
189:18
**emotions**
149:21
**empathize**
133:8
**employed**
240:6
**employees**
162:15, 162:20
**employer**
148:6
**enact**
6:7, 69:2,
83:21, 94:22,
211:11
**enacted**
4:3, 5:20,
26:9, 139:1,
139:10, 141:8,
141:14, 164:17,
169:15, 239:4,
239:6
**encompassed**
101:10, 102:5
**encompasses**
163:17
**encounter**
163:3
**encourage**
131:3
**encouraged**
102:11
**encouragement**
188:6
**end**
9:7, 25:10,
29:11, 30:3,
43:3, 44:1,
44:4, 45:16,
45:18, 104:8,
178:6, 228:17
**ended**
99:12
**ends**
29:19, 199:14

**energy**
130:7, 151:6
**engineering**
184:16, 187:22
**engineers**
188:4
**engrossment**
216:19
**engster**
126:15
**enlightening**
127:21
**enough**
28:21, 37:19,
38:19, 38:21,
39:3, 39:6,
39:14, 42:8,
98:19, 106:10,
106:16, 111:20,
178:3, 205:3,
212:9, 213:4,
229:12
**enroll**
211:12
**ensuring**
163:3
**enter**
10:21, 152:10
**entire**
8:4, 8:7,
28:13, 35:2,
43:20, 73:17,
169:9, 178:14,
184:18, 213:2
**entirety**
134:15
**entities**
151:3
**equal**
42:5, 69:18,
133:13
**equip**
160:17
**equity**
128:2
**especially**
41:10, 173:21
**essence**
130:6

**essential**
161:4
**essentially**
79:17, 190:12,
190:14
**establishes**
69:17
**estes**
176:1, 176:3,
176:5, 176:8,
176:10, 176:11,
179:1, 179:3,
179:11, 179:22,
180:3, 180:6,
180:8, 183:11
**etc**
182:11
**etcetera**
63:18
**ethan**
176:1, 176:11
**evaluated**
130:3
**evangeline**
163:19
**evans**
6:12, 6:15,
8:5, 8:6, 9:14,
9:17, 9:18,
20:5, 21:7,
21:8, 31:22,
32:2, 32:8,
32:10, 32:12,
33:14, 33:16,
33:19, 33:22,
34:9, 34:12,
44:6, 46:12,
47:15, 48:2,
63:15, 63:19,
64:1, 64:9,
64:14, 64:18,
65:6, 65:14,
65:19, 66:3,
75:8, 75:22,
76:3, 76:18,
76:21, 77:15,
78:3, 78:18,
79:6, 80:8,

80:13, 80:16,
81:6, 82:3,
83:16, 90:22,
94:17, 95:5,
95:13, 96:5,
96:12, 97:8,
97:15, 109:13,
109:17, 109:21,
194:15
**even**
8:12, 27:15,
29:3, 29:16,
30:9, 47:16,
48:7, 68:5,
68:20, 70:12,
73:1, 80:11,
82:19, 107:2,
119:5, 185:20,
186:7, 201:7,
215:10
**event**
240:10, 240:13
**eventuality**
151:13
**ever**
8:16, 8:18,
88:12, 110:10,
146:13, 178:3
**every**
21:12, 27:7,
29:15, 33:8,
44:11, 44:12,
45:6, 45:7,
46:13, 55:16,
58:14, 58:15,
60:8, 90:2,
90:3, 100:17,
119:5, 128:18,
133:11, 134:22,
135:1, 145:6,
159:1, 170:22,
183:15, 191:9
**everybody**
9:5, 9:9,
32:21, 58:8,
62:19, 63:22,
87:13, 93:19,
124:15, 125:18,

131:15, 133:12,
133:13, 191:13,
193:16, 219:1,
220:3, 220:4,
230:21, 233:4
**everybody's**
132:21
**everyone**
189:12, 189:16,
190:1, 193:18,
217:2, 219:15
**everything**
44:9, 55:4,
72:16, 86:7,
133:2, 139:22,
171:4, 174:16,
186:10, 186:14,
189:9, 214:11
**evidence**
71:22
**evil**
88:21
**evolving**
5:19
**exact**
7:6, 24:3, 35:9
**exactly**
37:14, 82:11,
110:21, 141:21,
196:3
**example**
95:10, 102:3,
124:19, 160:10,
161:6
**excellent**
76:21, 76:22,
185:5
**exchange**
144:11
**excuse**
104:18, 117:5,
178:11
**exec**
110:19
**execute**
229:6
**executive**
110:19

**exhausted**
144:5
**existing**
232:14
**exists**
164:21, 207:6
**exit**
142:2
**exp**
185:6
**expand**
161:19, 161:22
**expanding**
185:6
**expansions**
162:1, 162:4
**expect**
9:12, 228:9
**expected**
55:13
**expedite**
122:4
**expedited**
5:6, 49:15,
49:21
**experienced**
103:12
**expert**
81:8
**expertise**
74:3
**experts**
78:20, 79:1,
79:3, 79:21,
80:5, 80:10,
230:7
**expired**
227:8
**explain**
6:16, 6:17,
12:8, 57:17,
59:1, 105:3,
150:3, 197:6,
197:13, 224:19,
228:18
**explaining**
47:19
**exporters**
177:13

**exports**
177:12
**expression**
50:5, 50:6
**extend**
5:10, 5:12,
5:17, 147:4
**extension**
81:14, 81:16,
98:2, 98:4,
104:9
**extent**
167:7, 207:10
**extra**
94:3
**extraordinary**
6:22, 7:1,
7:13, 8:13,
11:18, 20:1,
28:17, 70:7,
94:3, 99:19,
117:18, 122:11,
168:18, 169:16
**eyeballs**
204:3

**F**
**fabric**
93:11, 93:12
**face**
83:15, 100:13,
163:1, 225:20
**facilitate**
162:4
**facilities**
163:21
**facility**
147:13, 161:20
**fact**
10:13, 25:21,
26:19, 27:6,
29:17, 47:4,
55:6, 55:17,
56:2, 71:7,
80:5, 86:5,
87:8, 106:15,
112:11, 114:15,
137:20, 149:16,

155:21, 156:3,
157:5, 172:21,
227:18

**factor**
32:18, 32:19,
107:16, 107:19,
161:14

**factors**
29:13, 61:11,
105:10, 105:11,
107:15, 107:20,
107:21, 148:21,
149:2, 149:3,
149:5

**fail**
82:12

**failed**
30:9, 31:11,
31:13, 106:11,
106:21, 107:4,
111:21

**fair**
22:7, 68:3,
68:4, 68:6,
68:7, 68:17,
69:3, 69:6,
69:8, 69:11,
69:14, 70:13,
104:4, 133:12,
196:11, 205:3,
225:5

**fairly**
126:17

**fairness**
68:20, 68:22

**faith**
218:22, 222:6

**fall**
178:17, 197:8,
198:8, 201:5,
202:8

**familiar**
29:22, 30:19,
31:21, 47:10,
66:2, 138:3

**families**
21:15, 22:8,
149:16, 154:16,

162:8, 163:1,
163:2, 163:3

**family**
122:20, 142:8,
146:10, 162:13,
162:20, 187:17,
191:14, 191:15

**far**
113:20, 129:17,
180:16, 224:7,
224:8, 226:15

**farmers**
190:20

**farmland**
181:22

**farms**
181:21

**fashion**
12:6, 212:8

**fast**
3:22, 210:9

**faster**
66:17

**father's**
22:8

**favor**
75:16

**favorable**
229:16, 230:9,
231:2, 231:5,
231:6, 233:19,
233:22, 234:8,
235:19

**fear**
113:5, 113:8,
114:7, 148:18

**feasible**
190:2

**february**
4:1

**federal**
43:4, 43:19,
46:4, 51:7,
52:16, 58:13,
69:4, 69:8,
88:5, 88:8,
91:14, 92:6,
100:21, 108:22,

109:2, 118:13,
118:15, 120:13,
121:13, 137:13,
138:7, 138:8,
145:12, 145:20,
147:13, 147:16,
149:10, 155:12,
155:15, 155:20,
156:6, 161:14,
191:5, 206:10,
206:13, 207:5,
210:16, 226:9,
229:10

**feel**
15:4, 84:9,
86:1, 103:19,
126:16, 128:20,
206:6, 223:1

**fellow**
72:12

**felt**
48:18, 103:4,
117:13, 129:21,
210:14

**female**
140:11, 188:4,
194:18, 231:9,
231:12, 231:14,
231:17, 231:20,
234:11, 234:14,
234:16, 234:18,
234:20, 234:22,
235:2, 235:4,
236:3, 236:5,
236:8, 236:10,
236:12, 236:14,
236:16, 236:18,
236:20, 238:2,
238:5, 238:8,
238:10, 238:12,
238:14, 238:16,
238:19

**females**
140:19

**fence**
149:17

**festivals**
174:7

**few**
3:17, 10:2,
81:13, 99:13,
163:12, 170:3,
185:3, 185:5,
194:19, 200:4,
204:10

**fewer**
67:5, 67:7

**field**
188:3

**fielded**
103:7

**fields's**
201:2, 201:10

**fifth**
5:2, 5:4, 5:6,
5:8, 5:9, 49:10,
49:12, 49:14,
49:22, 50:1,
50:3, 50:15,
50:20, 51:1,
52:2, 53:6,
59:13, 59:14,
176:22, 177:6,
177:12, 181:16,
181:19, 182:16,
183:8, 183:14,
184:1, 184:3,
186:15, 187:12,
190:15, 201:6

**fight**
21:18, 62:16,
129:12, 129:13

**fighting**
140:4

**figure**
170:15

**filed**
8:12, 8:13,
8:22, 10:13,
10:15, 11:4,
14:7, 14:11,
81:16, 224:18,
239:8

**files**
224:19

**filings**
22:4

**fill**
6:11
**finally**
19:7, 21:1,
24:14, 169:6
**financial**
162:6, 240:7
**find**
229:8
**finds**
54:8
**fine**
57:3
**fingers**
225:19
**finish**
52:20
**finished**
229:11
**first**
3:9, 6:5, 6:18,
12:8, 14:13,
23:8, 45:1,
49:20, 50:3,
50:7, 54:9,
63:14, 82:6,
85:5, 90:12,
102:10, 102:11,
108:16, 117:15,
121:1, 132:6,
140:9, 140:11,
142:7, 146:13,
168:1, 168:4,
168:18, 169:11,
169:16, 176:18,
197:17, 197:20,
204:11, 223:6,
231:1, 233:14,
234:8
**fishing**
24:22
**fit**
179:9, 213:16
**five**
11:13, 13:11,
13:12, 13:15,
18:16, 18:17,
20:2, 20:8,

20:9, 20:12,
20:13, 20:17,
20:18, 20:19,
20:20, 20:22,
22:15, 33:7,
34:14, 48:2,
61:22, 68:13,
68:14, 75:17,
75:20, 76:7,
78:15, 85:13,
85:14, 116:11,
136:19, 140:17,
146:17, 168:17,
168:21, 169:16,
172:8, 178:21,
180:12, 185:22,
205:14, 206:21,
207:18, 207:21
**fix**
63:2, 63:5,
63:6, 204:10,
209:21, 209:22
**fixed**
10:2
**flood**
169:7
**flooding**
25:2
**floor**
7:16, 7:19,
8:1, 8:20,
10:11, 10:13,
10:18, 11:2,
15:18, 35:5,
36:21, 36:22,
42:18, 55:5,
87:13, 100:3,
112:10, 141:13,
198:1, 212:12,
214:16, 214:22,
215:3, 215:4,
215:5, 215:9,
216:21, 218:7,
219:5, 221:4,
223:19, 225:9,
229:19
**florida**
177:11

**flow**
100:21, 100:22
**flown**
103:9
**fly**
203:5
**focus**
42:16, 42:20,
44:3, 156:2
**focused**
146:10
**focusing**
144:19
**foil**
2:12, 2:13,
48:13, 48:14,
49:8, 50:1,
50:8, 50:11,
51:9, 51:22,
52:6, 52:10,
52:12, 52:18,
53:12, 53:18,
54:2, 54:19,
71:5, 94:14,
94:15, 95:5,
95:7, 95:13,
95:21, 96:7,
96:9, 100:2,
100:6, 196:17,
196:18, 197:21,
198:1, 198:4,
199:16, 199:20,
200:3, 200:11,
200:14, 200:21,
202:9, 202:12,
202:17, 202:21,
203:5, 203:9,
204:8, 204:15,
204:16, 204:19,
220:1, 223:13,
231:12, 231:13,
232:3, 232:5,
232:22, 233:1,
233:5, 234:14,
234:15, 236:8,
236:9, 238:8,
238:9
**foil's**
234:7, 235:6

**folders**
194:20
**folk**
15:9, 82:14
**folks**
156:17, 175:20,
179:12, 180:22,
222:20, 223:9,
225:3
**follow**
3:20, 46:8,
53:14, 54:1,
223:11
**followed**
4:7
**following**
53:21, 140:13
**foot**
223:9
**force**
118:14, 118:16,
120:14, 121:9,
121:10, 148:12,
153:15, 154:5,
157:14, 160:13,
161:8, 161:10
**forced**
118:12
**forces**
121:13
**forcing**
223:7
**foresight**
83:17
**forest**
141:15
**forget**
73:6, 229:1
**forgot**
123:22
**former**
103:8
**formula**
78:11, 109:21,
109:22, 110:2,
110:3, 110:4
**fort**
142:20, 143:5,

143:13, 143:14,
143:18, 143:20,
144:11, 146:10,
146:22, 148:4,
148:12, 149:17,
149:19, 150:4,
151:1, 151:7,
151:10, 151:14,
152:14, 153:2,
153:16, 153:20,
153:21, 154:4,
154:16, 154:21,
156:18, 156:20,
158:16, 160:13,
161:8, 161:18,
161:21, 162:12,
166:16, 207:6

**forth**
60:16, 75:13,
170:5

**forward**
84:11, 90:11,
90:13, 90:14,
92:15, 122:1,
122:2, 136:3,
142:21, 159:16,
197:11, 204:2,
221:12

**found**
91:16, 92:6,
97:2, 97:6,
97:7, 97:11,
233:9

**four**
12:18, 12:19,
12:21, 13:8,
18:1, 18:2,
20:2, 20:6,
20:7, 20:8,
20:9, 20:12,
20:13, 20:15,
20:18, 20:20,
20:22, 24:5,
24:10, 47:22,
60:17, 60:18,
172:8, 173:14,
176:16, 185:22,
202:22, 205:14,

206:22, 208:16,
208:17

**fourth**
173:3

**fra**
129:7

**fragmentation**
59:11

**franklin**
100:2

**franklinton**
175:21

**frankly**
29:4, 223:1

**friendly**
171:6

**friends**
48:4

**front**
127:18

**frustrated**
56:1

**full**
240:8

**fully**
27:16, 27:17,
196:9

**fund**
6:15, 9:18,
21:7, 117:1

**funded**
148:9

**funding**
47:2, 161:3,
161:9, 180:19,
191:5

**funds**
153:9

**funeral**
142:9

**further**
137:16, 160:4,
197:6, 197:13,
240:12

**future**
161:19, 200:8

**G**

**g**
196:20

**games**
226:9

**gartness**
130:1, 130:2

**gather**
217:3

**gathered**
64:4, 195:22

**gave**
36:18, 36:22,
219:22, 222:19

**gavin**
142:15, 142:17

**gen**
106:17

**generally**
216:2

**generation**
161:20

**generator**
148:5

**genre**
128:2

**gentle**
227:7

**gentleman**
131:6, 143:3,
166:21, 221:2,
227:7

**gentlemen**
171:3

**geographic**
42:10, 138:13

**geographical**
135:15

**geographically**
34:18, 135:7,
152:19

**geography**
43:12, 182:22

**gerrymandering**
105:5

**getting**
63:14, 103:19,
113:17, 113:18,
129:21, 170:2,
215:11, 222:13,
227:14

**give**
36:11, 36:16,
53:15, 82:17,
97:9, 120:22,
125:8, 129:3,
132:5, 182:13,
188:6, 198:2,
211:10, 214:11,
218:2, 222:4,
226:12, 235:15

**given**
63:3, 82:6,
157:19, 168:17,
196:21, 217:19,
223:2, 223:3,
223:16, 225:12,
225:18, 226:14,
239:7

**gives**
12:4, 12:5,
36:5, 108:22,
109:3, 115:8,
115:17, 123:8,
137:18, 178:3

**giving**
117:14, 155:16,
168:16, 212:22,
225:5

**glad**
3:7, 120:17,
156:9

**glasses**
21:14

**gno**
174:19

**go**
9:13, 14:16,
18:1, 18:16,
22:18, 22:21,
40:2, 40:15,
48:4, 48:5,
50:15, 53:1,
53:6, 62:1,
63:12, 67:10,
67:11, 67:20,
85:7, 85:10,
86:7, 87:14,
87:15, 92:9,

96:22, 104:18,
107:4, 107:11,
108:12, 111:11,
111:13, 116:6,
119:3, 119:13,
120:14, 129:12,
129:13, 129:14,
132:3, 137:19,
142:9, 152:12,
161:20, 168:1,
168:4, 170:5,
184:15, 188:11,
190:16, 192:2,
192:4, 193:14,
195:11, 197:1,
204:1, 207:13,
214:17, 214:19,
214:20, 217:2,
221:7, 221:13,
226:3, 229:11,
231:6, 232:13,
235:5, 236:1,
236:21

**goal**
32:14, 43:2,
93:20, 198:12,
199:21, 200:4,
200:11, 201:10,
202:15, 213:8

**goalposts**
125:17

**goals**
41:8, 46:9,
47:12, 106:17,
213:14

**god**
137:17, 142:10

**goes**
22:2, 22:5,
22:16, 22:20,
24:18, 98:20,
144:4, 178:15,
190:22, 191:13,
201:3, 216:2,
218:15, 232:12

**going**
5:22, 6:14,
21:9, 22:9,

23:1, 32:15,
37:4, 39:11,
45:6, 46:21,
47:2, 51:5,
54:13, 54:17,
59:10, 59:21,
67:10, 67:11,
67:18, 71:13,
71:20, 74:16,
78:7, 78:9,
82:15, 82:16,
82:17, 83:6,
93:17, 93:18,
113:1, 113:11,
113:12, 114:3,
116:6, 117:12,
118:2, 118:16,
122:2, 122:8,
123:15, 125:16,
130:19, 132:13,
132:18, 133:1,
133:9, 149:1,
170:5, 171:1,
172:15, 175:7,
181:10, 190:18,
191:20, 193:13,
195:11, 197:4,
213:18, 213:21,
217:5, 217:8,
222:8, 222:10,
225:21, 226:1,
226:2, 226:5,
226:7, 226:11,
226:12, 229:8,
234:2, 235:9,
235:21, 239:9,
239:12

**gone**
48:19, 67:2

**gonna**
200:8

**good**
9:17, 14:3,
21:21, 34:22,
89:21, 89:22,
90:18, 91:1,
96:20, 115:6,
121:16, 124:9,

128:7, 128:8,
131:10, 132:20,
159:17, 176:10,
181:4, 188:14,
188:15, 195:10,
202:13, 203:14,
204:21, 218:22,
222:6, 226:10,
226:14, 226:15,
228:15

**goodness**
121:7, 121:14

**gotten**
115:13, 121:3,
121:4

**governed**
155:13

**government**
27:8, 84:12,
89:2, 100:21,
110:17, 118:14,
120:13, 121:13,
145:13, 158:21,
191:5

**government's**
118:15

**governmental**
2:3, 3:7

**governor**
4:3, 4:16,
37:12, 37:15,
39:16, 79:8,
79:16, 92:5,
201:4, 232:19

**governor's**
117:2

**graduate**
128:5, 129:1,
188:21

**graduated**
24:7, 128:5,
181:17

**grand**
177:19

**grandfather**
124:12

**grandmother**
47:20

**grandparents**
62:6

**grant**
146:13, 146:15,
191:12, 191:14,
194:2, 205:17,
205:19, 207:9,
208:7, 208:8,
209:13, 209:15

**granted**
49:9, 98:2

**granting**
52:3, 104:9

**grants**
191:5

**grappling**
115:21

**grave**
115:8

**great**
90:17, 136:6,
136:8, 143:17,
154:20, 160:18,
171:20, 174:4,
188:3, 197:19

**greater**
159:15, 159:19,
174:19

**greatly**
154:15

**green**
124:5, 131:22

**grew**
21:12, 90:5,
90:6, 120:1,
181:16, 189:7

**ground**
154:20

**group**
121:1, 143:10,
195:22, 227:16

**grouped**
142:18

**groups**
97:2, 128:3

**grow**
93:16, 149:2,
173:5

**growing**
66:16, 163:18
**growth**
67:4, 86:18,
141:1, 177:16,
180:16
**guarantee**
125:2
**guarantees**
160:21
**guess**
50:21, 108:2,
136:19, 164:19,
176:16, 196:4,
201:20, 203:13,
209:13, 211:10,
237:18
**guided**
45:19, 171:1
**guidelines**
61:13
**guillory**
132:6, 132:11,
132:16, 137:1,
138:19, 139:15,
140:1, 140:10,
142:5
**guy**
21:13, 89:13,
140:19
**guys**
74:3, 124:6,
130:11, 135:21,
152:1, 172:15

**H**

**half**
43:6, 43:11,
46:5, 47:6,
152:6, 153:20,
155:16, 155:17,
155:20, 168:15,
169:3, 173:17,
173:19, 180:13,
180:18, 180:19
**hamstrung**
223:1
**hand**
95:19, 128:10,

178:6, 224:8
**handcuffed**
225:14
**handle**
171:4, 224:9
**handling**
170:4
**hang**
195:17, 230:4
**happen**
89:11, 90:2,
90:3, 93:18,
93:19, 120:3,
120:16, 131:18,
139:13, 200:8
**happened**
29:18, 61:15,
180:10, 223:4
**happening**
3:21, 87:9,
87:10, 93:5,
121:12, 121:20,
130:10
**happens**
59:13, 82:13,
167:4, 189:9,
193:19, 202:3
**happy**
15:15, 32:21,
55:17, 167:15
**har**
141:7
**hard**
47:19, 48:16,
94:8, 134:10,
149:20, 152:1,
185:3
**harm**
151:11
**harris**
3:1, 3:2, 3:4,
3:5, 73:7,
97:19, 97:20,
98:11, 98:17,
99:5, 99:7,
99:16, 100:1,
100:6, 104:7,
104:13, 104:16,

201:14, 201:15,
202:11, 202:16,
202:20, 203:3,
203:6, 204:21,
217:15, 217:16,
220:11, 223:12,
231:9, 232:8,
234:11, 236:5,
238:5
**harrison**
176:1, 181:14,
194:14
**hate**
158:18
**hb**
38:10, 38:12,
38:17
**hb1**
99:20, 100:19,
223:13
**head**
195:4, 208:1
**healthy**
143:19
**hear**
9:21, 10:4,
25:18, 49:18,
71:20, 107:14,
126:11, 138:17,
176:5, 176:8,
213:20, 214:1,
218:18, 222:11,
223:10, 223:21,
226:6, 233:14
**heard**
7:21, 8:16,
8:17, 23:14,
24:11, 44:9,
56:4, 87:16,
103:6, 103:11,
117:12, 123:13,
124:21, 126:1,
126:20, 126:21,
161:22, 166:21,
167:8, 177:4,
184:17, 185:10,
195:13, 214:5,
224:22

**hearing**
5:14, 5:15,
12:3, 30:12,
31:6, 50:4,
96:2, 126:4
**hearings**
58:21, 61:9,
74:22
**heart**
44:16, 62:17,
94:9, 121:7,
121:14
**heart's**
132:21
**hearts**
88:21
**heavily**
135:7
**held**
85:18, 197:10,
216:9
**hello**
184:12
**help**
6:16, 72:13,
84:7, 103:4,
103:10, 105:3,
105:6, 125:22,
126:4, 136:15,
137:12, 138:8,
162:3, 167:13,
201:12
**helped**
84:6
**helpful**
138:11, 138:17
**helping**
113:21, 137:12
**helps**
172:19
**here's**
68:8, 174:1
**hereby**
240:2
**heritage**
134:22
**hewitt's**
23:6, 23:14,

24:15, 106:17,
106:18, 107:7
**hey**
173:22, 200:5
**high**
62:11, 144:7
**higher**
13:2, 183:21
**highest**
89:2
**highlighted**
128:11
**highlights**
144:3
**highway**
173:18, 173:19,
193:15
**hire**
82:21
**hired**
107:3
**hispanic**
16:4, 16:13,
16:19, 17:6,
17:12, 17:21,
18:6, 18:14,
18:21, 19:5,
19:12, 19:17,
60:16, 97:4
**hispanics**
97:13
**historical**
137:2
**historically**
23:8, 128:3,
134:9, 153:10,
157:19
**histories**
81:9
**history**
38:6, 38:16,
38:22, 62:3,
75:15, 156:20
**hit**
56:9, 157:5
**hold**
108:2, 152:22,
209:1, 211:6,

213:22, 216:18,
217:18, 220:22,
221:2, 221:5,
227:10, 235:9,
235:13, 235:15,
236:22, 237:9,
237:15
**holden**
109:16, 109:17,
109:18
**holding**
12:3, 45:21,
145:2
**holds**
160:17, 166:7
**hole**
56:12
**holes**
205:16
**holly**
194:22
**home**
22:8, 22:20,
58:7, 58:8,
114:20, 115:16,
119:13, 122:14,
225:7, 225:8
**homer**
163:22
**homes**
88:7
**hometown**
25:22, 189:2
**honest**
32:15
**honor**
21:17, 43:15,
45:15
**honorable**
133:1
**honored**
44:3, 138:19
**hope**
113:5, 133:4
**hopefully**
94:10
**hoping**
140:22

**hour**
120:20, 121:17,
209:16
**hours**
32:22, 137:18
**house**
12:1, 14:12,
38:3, 57:1,
99:21, 100:3,
100:8, 153:11,
153:18, 161:13,
191:2, 212:8,
220:1, 222:4
**housing**
149:7
**however**
87:1, 101:13,
102:22, 103:14,
107:9, 117:19,
117:20, 149:16,
164:5, 185:4,
186:11, 186:14,
187:12, 197:9,
198:9, 201:6
**hue**
131:10, 131:11,
131:13
**hundreds**
86:11
**hurdles**
180:20
**hurricanes**
23:9, 25:1,
45:2
**hurry**
223:19
**hurt**
190:18
**hypothetical**
95:14
**hypothetically**
201:2

---
**I**
---

**iberville**
102:20, 139:5
**idea**
12:10, 197:19,

200:18
**ideal**
12:14, 12:21,
66:14, 66:17,
66:18, 66:20,
67:7, 191:9
**idealism**
130:18
**idealistic**
130:15
**identical**
9:19, 10:3
**ignored**
108:4, 108:6,
108:15, 116:12,
117:16
**imagine**
70:12, 170:3
**impact**
47:4, 144:13,
145:4, 145:12,
145:17, 145:20,
146:4, 148:8,
157:16, 160:15,
160:16, 166:20,
166:22, 203:8
**impacted**
209:12
**impacts**
157:17, 158:3,
162:7
**impediment**
112:14
**implication**
166:18
**implied**
50:14, 50:21,
50:22
**implore**
118:18, 119:11,
131:3
**importance**
144:1, 160:21,
161:19, 183:6
**important**
23:6, 23:15,
23:21, 23:22,
27:11, 55:10,

55:11, 55:15,
55:19, 56:1,
87:21, 87:22,
100:19, 143:14,
160:12, 160:20,
170:9, 173:13,
174:21, 191:6,
194:4, 215:6,
219:8, 222:22
**importantly**
8:11, 140:1
**impossible**
112:13
**impressed**
14:9, 14:12,
73:15
**impression**
38:8
**improvements**
185:8
**inaccurate**
135:9
**inc**
174:19, 174:20
**inches**
122:2
**inching**
122:1
**include**
233:22
**included**
163:10, 169:2,
185:20, 187:12
**includes**
6:2, 24:19,
85:6, 134:5,
161:9, 163:9,
235:19
**inclusion**
90:20, 128:2,
160:11, 160:16
**incompetent**
125:10
**incorporate**
198:6
**increase**
84:22, 152:20
**increased**
60:12, 60:17,

84:19
**incredibly**
46:1
**indian**
14:22, 16:2,
16:10, 16:17,
17:3, 17:11,
17:18, 18:5,
18:12, 18:20,
19:11, 19:16
**indians**
19:4
**individual**
77:5
**individually**
72:20, 166:20
**individuals**
12:15, 103:10
**industrial**
24:2
**industries**
24:3, 24:21,
44:21, 163:8
**industry**
25:3, 163:16
**inevitably**
151:15
**inextricable**
145:18
**influence**
157:13, 160:18,
167:4
**influenced**
155:14
**influential**
157:22
**information**
15:4, 63:14,
117:16, 143:1,
164:19, 217:3,
240:4
**infrastructure**
146:12, 158:12,
169:6, 185:8
**initially**
98:1
**initiative**
144:9

**initiatives**
135:4, 144:10
**injunction**
4:9, 49:9,
52:3, 71:15,
71:16, 71:17,
72:2, 72:6,
72:7, 106:21,
111:22
**input**
228:4
**insane**
191:17
**inside**
57:20, 149:17,
225:13
**installation**
43:5, 43:9,
43:10, 43:19,
46:21, 148:11,
148:17, 149:1,
150:6, 150:8,
150:10, 155:11,
155:16, 155:17,
206:14, 207:7,
210:16
**installations**
153:17, 157:3,
157:21, 160:4,
160:12, 160:19,
161:7, 162:5,
166:20
**instance**
152:13
**instead**
24:17, 47:22,
93:5, 122:2,
169:5, 173:22,
209:1
**institution**
160:16
**instructs**
6:4
**instrument**
55:9, 55:10,
55:14, 214:15,
222:7
**instruments**
55:15, 55:16,

55:20, 95:22
**intact**
169:11
**integral**
206:10
**integrates**
151:22
**integrity**
164:12, 167:8,
167:10
**intended**
183:5
**intent**
15:17, 31:19,
132:20
**inter**
95:6
**interchangeably**
95:6, 96:11,
96:14
**interdependencies**
164:3
**interest**
27:11, 28:19,
29:21, 30:8,
30:10, 30:13,
30:15, 30:20,
31:16, 31:20,
32:17, 33:9,
33:12, 42:10,
43:17, 44:12,
46:4, 46:14,
59:16, 114:19,
115:9, 126:2,
126:6, 134:18,
138:12, 138:16,
141:11, 141:17,
143:7, 143:9,
144:20, 145:2,
145:4, 145:19,
145:20, 147:4,
149:4, 149:10,
151:21, 152:5,
153:15, 154:14,
155:10, 156:4,
156:5, 158:9,
160:1, 166:8,
166:10, 166:15,

168:22, 174:7,
174:14, 177:5,
177:6, 177:8,
179:6, 186:21,
189:22, 190:4,
191:11, 193:9,
206:9, 207:5,
240:7, 240:12
**interested**
148:2
**interesting**
37:19, 61:10,
97:18
**interests**
115:10, 115:15,
160:20
**interfere**
141:16
**intergovernmental**
152:2, 152:4,
152:11, 153:1
**interim**
201:17
**intern**
176:18
**internal**
164:12
**international**
131:16
**internet**
35:13
**interpretation**
94:19
**interprets**
110:22
**interracial**
85:22, 86:1
**interrupting**
144:17
**interserver**
152:21
**intricacies**
64:15, 64:18,
64:21
**introduce**
9:15, 127:14,
132:14, 139:17,
169:19, 176:7,

181:12, 222:9,
222:10
**introduced**
6:18, 6:19,
9:20, 11:21,
11:22, 34:1,
221:16, 221:17
**introduces**
205:22
**invested**
146:16, 177:20
**investment**
146:18, 158:13,
158:16, 158:20
**investments**
157:3, 158:12
**invite**
6:10, 116:9,
124:6
**involved**
85:14, 133:10,
149:21, 226:13
**irrespective**
97:3
**isolated**
92:1, 131:8
**issue**
30:7, 30:9,
30:10, 56:3,
56:5, 56:19,
58:22, 72:1,
74:17, 74:22,
75:3, 171:12,
207:4, 209:17,
209:18, 209:22,
211:19, 219:8
**issued**
4:8, 49:15,
53:22, 112:1
**issues**
29:14, 53:10,
107:2, 127:3,
127:8, 127:9,
128:10, 149:14,
169:7, 170:4,
182:11
**item**
127:19

**itself**
87:10, 141:22,
164:7, 193:22,
215:13
**ivory**
14:11, 131:10,
131:11

---

### J

**james**
102:20, 139:4
**jamie**
194:15
**jared**
6:15, 9:13,
9:17, 21:7,
74:16
**jarrett**
105:10
**jay**
125:6
**jefferson**
102:19, 115:1,
115:7, 115:11,
115:14, 126:9,
139:2
**jeopardy**
212:18, 213:2,
222:4
**jim**
121:11, 126:14
**jingles**
29:12, 61:8
**job**
1:20, 31:1,
34:22, 77:2,
102:17, 112:15,
120:8, 131:1,
131:2, 149:8,
156:9, 170:1,
171:8, 171:19,
176:18, 176:19,
185:5, 219:11,
227:15, 227:16,
227:21
**jobs**
119:22, 120:5,
124:16

**john**
102:19, 139:3
**johnson's**
161:12, 180:14,
186:14
**join**
185:17
**joined**
6:14
**joint**
160:13
**jones**
175:21
**jor**
124:18
**jordan**
124:11
**josh**
132:6, 132:16
**joy**
89:21
**jr**
117:1
**ju**
108:2
**judge**
4:20, 7:12,
25:8, 49:8,
53:22, 55:9,
79:22, 83:17,
88:5, 95:1,
96:3, 105:15,
105:17, 105:22,
106:2, 106:8,
107:5, 107:13,
107:14, 107:22,
108:22, 109:2,
109:3, 109:22,
111:11, 111:12,
115:20, 196:21,
199:22, 200:20,
217:20, 228:20,
229:10
**judge's**
94:19, 98:8,
225:20
**judges**
49:15, 88:5,

88:8, 89:16,
89:17, 91:15,
107:13, 112:3
**judicial**
5:18, 110:20,
110:21, 111:10
**julia**
177:16, 191:1
**july**
5:8
**june**
1:10, 2:4,
3:10, 4:6, 4:11,
4:16, 4:19,
4:21, 5:2, 5:4,
5:5, 5:11, 5:13,
5:15, 5:16, 6:8,
63:4, 83:20,
98:9, 104:11,
217:22, 218:13,
240:16, 240:19
**jurors**
61:9
**jury**
86:9, 139:20
**justice**
62:1
**justices**
86:8
**justification**
26:5, 26:16,
27:21, 27:22
**jut**
56:15

**K**

**kathy**
195:3
**keely**
132:8, 142:12
**keep**
22:5, 22:17,
23:7, 41:17,
44:16, 44:19,
44:22, 45:3,
45:4, 49:12,
129:11, 134:11,
135:14, 139:7,

140:2, 140:20,
141:4, 142:7,
142:18, 169:14,
170:18, 174:4,
184:2, 218:1,
218:9, 218:17,
226:15, 227:2,
227:3, 237:18,
237:21
**keeping**
157:6, 168:19,
214:4
**keeps**
23:11, 44:11,
207:3
**kenig**
188:11
**keonig**
188:12
**kept**
23:12, 23:15,
23:20, 24:9,
24:13, 32:16,
33:8, 44:15,
45:7
**key**
135:13, 144:3,
149:14, 151:9
**keyword**
75:19
**kid**
21:12
**kids**
128:18, 145:15,
174:17
**kill**
130:21
**kind**
3:18, 3:19,
5:18, 26:4,
41:14, 42:15,
42:19, 43:12,
44:3, 47:6,
54:15, 75:6,
89:9, 91:3,
98:6, 112:19,
112:22, 113:3,
114:2, 114:3,

121:22, 136:20,
142:18, 144:19,
145:18, 147:13,
149:9, 150:8,
152:6, 154:1,
172:16, 172:18,
175:7, 184:17,
186:16, 187:19,
189:13, 190:3,
190:7, 191:13,
192:5, 195:21,
209:18
**kinds**
61:6, 61:10,
62:5, 62:6,
153:6
**knocked**
37:9
**knowledge**
210:14
**known**
101:4, 115:13,
144:9, 146:12,
148:4, 218:11
**knows**
3:19, 9:9

**L**

**label**
74:14
**labre**
194:14, 195:2
**lacombe**
26:2, 26:13,
27:20, 172:11
**ladies**
171:3
**lady**
124:6, 124:9,
142:7
**lady's**
227:8
**laf**
133:19
**lafayette**
23:16, 23:17,
23:20, 44:17,
132:7, 132:16,

133:3, 133:19,
134:4, 134:5,
134:11, 135:12,
135:16, 136:6,
136:21, 137:6,
140:7, 140:21,
141:1, 142:15
**lafourche**
114:21
**laid**
25:5
**lake**
23:16, 23:19,
33:5, 44:17,
133:21, 178:16,
194:22
**land**
138:5, 146:20,
146:21, 147:11,
148:2
**landed**
152:16
**landmass**
47:5
**landry**
47:20, 117:1,
163:19
**landscape**
85:12, 131:18
**language**
54:7, 54:16,
76:4, 95:12,
202:18
**large**
25:3, 34:18,
86:8, 88:1,
91:21, 112:16,
115:1, 127:2,
127:6, 129:22,
140:18, 157:21,
182:22
**largely**
163:9
**larger**
67:5, 67:7,
160:7
**largest**
43:4, 46:4,

148:4, 148:6,
152:22, 153:1,
153:16, 155:11,
157:18, 173:3,
177:13, 177:14,
206:13
**lasalle**
205:19, 207:9,
208:9, 209:13,
209:14
**lasalle's**
209:15
**laser**
146:10
**last**
4:19, 21:9,
57:4, 61:17,
66:21, 82:18,
83:8, 84:5,
84:9, 86:2,
114:18, 114:19,
127:17, 134:10,
141:14, 150:20,
154:4, 167:17,
176:16
**late**
124:5
**later**
46:17, 54:8,
197:9, 198:9,
200:5, 218:18,
232:15
**latest**
50:5, 50:6,
53:13
**lauren**
117:6
**law**
30:12, 41:22,
42:3, 51:3,
54:10, 69:10,
69:11, 94:1,
108:22, 109:2,
110:11, 110:13,
152:2, 152:10
**laws**
69:5, 110:22
**lawsuits**
203:16

**lawyer**
53:9, 53:10,
81:16, 106:18,
106:19
**lawyers**
21:21, 22:5,
30:5, 30:17,
31:10, 31:13,
53:19, 106:19,
107:3, 111:21,
124:2, 226:10,
226:14
**layer**
166:2
**laying**
10:22
**layover**
100:9
**lcg**
140:10
**lead**
165:12
**leaders**
57:13, 73:10,
228:6
**leadership**
21:11, 165:8
**leads**
87:3
**learned**
21:16
**learning**
129:11
**least**
47:10, 50:14,
136:2, 192:18,
193:4, 212:13
**leave**
85:11, 124:16,
128:19, 129:1,
171:9, 204:21
**leaves**
233:7
**leaving**
121:19
**led**
161:8
**leesville**
142:20, 143:4,

143:17, 146:19,
150:9, 152:13,
153:1, 154:13,
192:5
**left**
124:15, 124:16,
124:20, 132:13,
154:18, 173:13
**legal**
6:15, 6:16,
9:18, 21:7,
22:19, 31:4,
31:8, 31:12,
31:14, 31:16,
41:10, 45:18,
48:18, 61:6,
133:16, 166:5,
204:2, 227:16,
229:2, 232:15
**legally**
68:20
**legis**
111:10
**legislate**
4:14, 227:14,
227:15
**legislated**
61:9
**legislation**
112:13
**legislative**
5:11, 5:12,
30:12, 31:5,
70:7, 84:12,
85:1, 86:20,
100:11, 110:20,
133:16, 198:7,
212:17, 227:15
**legislators**
28:4, 138:2,
138:4
**legislature**
4:4, 4:10,
4:17, 5:1, 6:5,
6:7, 6:21, 8:14,
9:3, 9:9, 37:10,
38:2, 39:9,
40:1, 53:16,

53:17, 69:2,
70:10, 73:10,
79:4, 82:18,
83:19, 104:10,
107:8, 108:20,
109:1, 111:1,
116:15, 124:13,
131:1, 136:5,
136:6, 144:22,
212:7, 214:7,
215:12
**lemoine**
117:2
**length**
112:10, 140:5,
160:11
**lenox**
194:22
**lens**
133:2
**less**
27:4, 80:7,
80:12, 95:8
**let's**
14:16, 20:18,
32:12, 63:12,
63:15, 71:1,
71:2, 72:12,
82:12, 112:6,
118:22, 119:12,
124:15, 125:17,
132:8, 197:18,
197:19, 201:1,
204:6, 209:13,
226:9, 237:21
**letlow**
176:20, 177:16,
183:20, 191:1
**letlow's**
183:13
**letting**
93:5, 114:9,
223:8
**level**
52:8, 85:3,
88:18, 89:2,
91:2, 137:13,
138:2, 153:8

levels
110:17
leverage
153:18, 154:7,
157:19
leveraging
190:21
liberal
128:6
lie
212:16, 215:4,
216:12, 217:1,
225:2
lies
212:22
lieu
145:13
life
120:15, 169:8,
178:9, 181:15,
181:19, 184:18
lifetime
143:16
lifted
5:6, 50:21
light
232:7
likely
178:17
lily-white
113:2, 113:16
limit
212:5
limited
113:19, 135:20
limits
180:11, 186:8,
186:11, 186:12,
187:11, 187:14,
187:15, 189:11
lincoln
181:18
line
23:8, 45:1,
52:20, 110:15,
149:17, 187:19
lines
61:4, 61:12,

61:16, 61:17,
109:2, 150:3,
194:3
lingo
128:1
linked
160:10
links
134:15
list
79:18
listed
240:10
listen
104:19, 107:5,
119:12, 224:3,
224:21
listened
170:17
listening
15:12, 104:22,
154:11, 222:20,
226:15
literally
135:10
litigated
53:1, 61:7
litigation
21:22, 22:16,
48:21, 53:7,
197:1, 198:15
little
3:18, 6:18,
13:2, 14:10,
23:12, 27:17,
46:17, 56:15,
59:7, 59:8,
76:10, 127:20,
135:6, 136:15,
136:17, 142:18,
144:17, 151:19,
152:3, 152:7,
164:15, 172:15,
172:16, 176:6,
188:4, 189:1,
189:8, 192:4,
195:3, 195:6,
195:19, 199:7,

204:7, 209:5,
230:21
live
42:7, 43:10,
48:7, 57:8,
118:7, 138:16,
148:17, 150:11,
150:12, 186:8,
186:11, 189:9,
189:11, 193:20
lived
89:17, 184:18
lives
124:17, 150:18,
191:14, 191:15
living
46:19, 102:3,
145:10, 162:13
local
27:8, 79:13,
85:4, 86:6,
91:2, 91:22,
137:21, 138:1,
143:10, 144:1,
166:10
locals
209:12, 217:3
located
152:19
logic
29:1, 160:8
long
9:7, 35:6,
35:11, 57:16,
85:9, 130:18,
131:9, 180:10,
196:4
longer
147:15, 224:16
look
10:10, 39:7,
40:2, 40:15,
45:12, 51:13,
56:8, 56:14,
56:15, 57:6,
59:5, 59:12,
62:16, 67:16,
70:19, 71:7,

72:7, 72:12,
73:15, 77:4,
77:5, 79:9,
79:12, 79:14,
84:16, 85:8,
89:22, 90:1,
91:5, 91:8,
91:22, 92:3,
92:22, 94:6,
96:21, 99:17,
107:7, 108:3,
110:16, 111:1,
118:4, 121:9,
122:17, 122:21,
122:22, 123:5,
125:6, 126:19,
128:20, 138:21,
170:14, 182:21,
185:17, 187:7,
189:12, 194:6,
202:14, 204:6,
205:17, 215:10,
216:20, 219:1,
221:20, 222:1,
222:21, 226:11,
226:22, 229:11
looked
14:6, 35:1,
79:7, 97:1,
107:22, 186:1,
223:20
looking
28:21, 79:2,
91:5, 92:5,
112:6, 112:20,
120:19, 161:21,
180:8, 189:2,
189:21, 191:6,
194:2, 207:22,
233:3
looks
130:21, 130:22,
133:9, 147:3,
175:6, 185:21,
193:3
loreno
169:21, 173:10,
173:13, 175:13,

175:15, 175:18
**lorino**
167:20
**lose**
52:7, 83:3,
191:2, 195:7
**losers**
87:1
**losing**
22:5, 22:17,
53:5
**loss**
195:7
**lost**
89:21, 129:13,
190:17, 226:8
**lot**
3:20, 3:21,
8:9, 35:19,
36:1, 47:18,
48:3, 53:16,
65:1, 65:20,
77:2, 90:6,
91:1, 91:2,
98:4, 98:20,
114:22, 115:9,
116:7, 121:18,
122:16, 122:22,
137:8, 148:21,
154:18, 170:10,
170:11, 177:2,
177:4, 182:3,
186:9
**lots**
124:21, 184:19
**loud**
123:13
**louisiana**
1:8, 6:7,
11:12, 11:13,
24:1, 36:6,
37:1, 38:6,
39:1, 43:5,
44:20, 46:4,
60:12, 60:17,
61:16, 62:3,
66:5, 88:11,
88:14, 89:22,

90:11, 91:18,
97:11, 97:14,
100:19, 101:1,
104:4, 112:10,
116:12, 117:8,
117:11, 118:11,
120:5, 121:2,
121:11, 124:7,
126:14, 128:16,
130:17, 135:12,
148:7, 155:12,
157:7, 157:17,
158:4, 158:15,
158:22, 159:6,
160:6, 161:7,
161:15, 165:13,
167:5, 173:4,
176:2, 176:12,
176:13, 176:15,
177:9, 177:10,
178:2, 178:9,
179:12, 180:11,
181:15, 181:17,
182:17, 184:15,
184:16, 188:20,
188:22, 190:11,
190:13, 190:15,
196:11, 206:11,
206:14
**louisiana's**
177:6
**love**
130:16, 138:21,
139:7, 139:12
**lower**
4:8, 4:10,
4:12, 4:13,
4:17, 4:20,
4:21, 5:4, 5:9,
5:12, 5:13,
5:22, 34:3
**lowered**
9:22, 10:2
**lsu**
90:7, 128:4,
128:5, 128:18,
130:5
**lsus**
24:7

**luck**
187:22
**luke**
176:20, 183:13
**lumped**
114:22
**lumping**
182:9
**lunch**
175:6, 175:7
**luneau**
125:6
**luxury**
53:20, 54:12,
101:20, 103:13,
103:16
**lynched**
124:14

## M

**m**
211:22
**ma'am**
15:2, 25:12,
25:17, 64:1,
117:10, 125:19,
165:3, 169:21,
181:14, 183:10,
186:4, 186:6,
187:4, 187:10,
192:20, 199:3,
209:20, 210:11,
211:16, 216:6
**mad**
173:10
**madam**
2:4, 6:13, 8:1,
8:13, 8:21,
10:21, 14:15,
15:8, 16:1,
19:19, 21:1,
31:7, 32:10,
41:6, 48:11,
48:14, 54:21,
55:2, 63:7,
80:2, 82:2,
84:4, 94:15,
94:16, 96:8,

97:20, 104:14,
104:17, 132:12,
137:1, 139:19,
142:5, 143:3,
156:15, 165:6,
168:7, 170:7,
171:20, 173:10,
184:4, 196:7,
196:18, 199:3,
199:6, 203:11,
204:9, 206:2,
207:11, 207:12,
207:15, 209:8,
210:11, 211:22,
216:17, 220:9,
220:16, 222:15,
223:22, 226:22,
228:14, 231:7,
232:5, 234:9,
236:2, 238:21
**made**
3:12, 4:12,
30:7, 38:13,
59:11, 74:21,
82:17, 84:10,
86:1, 86:3,
104:21, 118:1,
118:10, 120:3,
120:15, 123:17,
140:17, 184:19,
217:13, 222:18,
230:3, 230:17,
230:18, 233:15,
235:14
**magic**
77:1, 78:7,
78:11, 91:10
**magical**
105:6
**magner**
159:15, 159:17,
159:19, 164:22,
165:3, 165:10,
165:15, 165:18,
165:19, 166:17,
167:15
**main**
186:16

mainly
193:21, 194:1
maintained
143:12
maintaining
153:11, 153:15,
167:6, 167:7
major
43:19, 92:7,
171:10
majorities
41:1
majority
6:3, 21:2,
22:14, 23:20,
26:14, 33:4,
41:18, 56:6,
67:6, 74:6,
74:13, 79:8,
85:20, 95:2,
95:4, 95:16,
96:3, 96:12,
96:13, 96:17,
96:18, 96:19,
112:21, 115:5,
119:10, 133:22,
135:2, 137:15,
206:8, 206:19
majority-minority
96:13, 119:6,
123:14
make
31:9, 31:13,
40:15, 45:20,
47:4, 48:22,
50:16, 51:22,
52:1, 52:20,
56:12, 56:13,
56:17, 59:6,
65:17, 77:2,
78:8, 78:9,
90:18, 90:21,
94:11, 96:18,
98:7, 100:12,
101:2, 101:22,
112:4, 114:13,
120:20, 121:16,
125:8, 127:11,

127:12, 128:15,
130:11, 131:17,
133:11, 135:1,
146:3, 154:13,
155:3, 157:22,
183:11, 185:12,
187:2, 187:15,
197:12, 200:15,
201:15, 205:1,
210:4, 210:22,
211:19, 214:10,
215:20, 215:22,
216:4, 217:9,
217:16, 218:22,
219:14, 235:9,
235:12
makes
32:21, 37:5,
46:1, 47:7,
67:5, 146:22,
158:21, 207:8,
208:5, 208:6,
210:2, 233:21
makeup
150:16
making
102:18, 141:20,
151:22, 183:8,
227:17
male
167:21, 168:2,
188:18, 205:10,
205:14, 208:3,
208:5, 208:7,
208:16, 211:16,
212:3, 216:12,
229:18, 229:22,
230:5, 230:13,
237:4, 237:12
man
58:11, 58:12,
63:1, 99:21,
100:1, 113:15
managed
214:8
mandate
76:1
manner
164:7, 218:21

many
19:21, 24:21,
32:22, 41:12,
43:16, 45:2,
46:7, 73:7,
88:20, 88:22,
97:22, 100:15,
101:8, 103:15,
107:9, 107:10,
127:2, 129:22,
135:19, 136:7,
151:4, 151:17,
152:20, 162:22,
177:1, 193:16,
203:15, 203:22,
210:19
maps
10:10, 33:7,
34:15, 45:7,
57:22, 58:13,
59:3, 65:5,
74:9, 79:9,
81:4, 91:20,
94:2, 105:1,
105:8, 105:9,
105:12, 105:16,
106:1, 108:20,
124:22, 125:14,
139:8, 166:12,
180:2, 210:2
march
183:15
marketer
123:5
martin
134:4, 194:16
mary
114:21
master
82:21
master's
128:5, 193:14
math
11:15
matt
198:17
matter
25:21, 28:19,

29:21, 39:10,
49:16, 52:22,
86:14, 112:11,
183:16, 183:17,
222:22
matters
42:7, 177:21
maybe
26:6, 43:22,
46:20, 57:15,
86:2, 99:22,
120:19, 121:20,
122:4, 122:8,
122:18, 124:7,
126:20, 141:20,
152:3, 172:8,
200:17, 202:13,
202:18, 203:21,
204:2, 204:5
mayor
79:14, 140:11,
140:13, 142:20,
143:3, 143:17,
144:16, 147:2,
148:14, 150:6,
151:18, 155:7,
156:16, 159:9,
159:11, 159:13
mayor-president
132:7, 132:17,
139:22, 140:10
mayors
85:16, 85:17,
133:6
mcgibboney
132:8, 142:12
mean
10:14, 12:12,
15:14, 18:2,
19:9, 19:11,
37:4, 39:22,
45:13, 49:2,
49:22, 50:8,
50:10, 51:18,
60:18, 64:22,
65:9, 65:21,
68:2, 68:15,
70:11, 81:17,

82:11, 84:15,
84:18, 85:7,
87:22, 88:17,
88:19, 88:21,
92:21, 94:2,
94:4, 94:22,
110:11, 111:10,
112:21, 115:20,
127:1, 137:19,
142:2, 147:2,
157:11, 166:13,
170:12, 192:7,
192:21, 193:3,
193:7, 193:20,
198:5, 199:13,
199:18, 202:14,
203:15, 203:17,
208:14, 210:19,
212:1, 212:5,
213:5, 213:8,
213:11, 214:12,
215:1, 217:21,
218:3, 220:21,
221:1, 221:7,
221:21, 222:11,
224:3, 227:22

**meaningful**
112:13, 196:11

**means**
13:20, 77:6,
134:6, 237:19

**meanwhile**
66:11

**measure**
74:12, 76:15,
76:19, 77:22,
149:11

**measurement**
28:12, 28:13,
149:5

**measures**
74:12, 148:22

**meat**
136:20

**medina**
116:22

**meet**
25:5, 107:15,

159:18, 173:1

**meeting**
2:3, 128:7

**meets**
25:7, 69:4,
106:17, 166:4,
209:7

**member**
11:14, 12:11,
12:14, 101:19,
102:17, 103:2,
159:5, 160:21,
196:2, 225:22,
226:18

**members**
2:2, 3:9, 3:16,
6:14, 7:5, 8:13,
9:17, 11:12,
11:13, 12:2,
14:15, 15:8,
19:19, 21:1,
21:19, 22:2,
22:17, 22:22,
24:4, 25:4,
33:1, 33:5,
40:1, 57:9,
69:18, 72:12,
72:13, 86:9,
92:11, 101:14,
103:2, 113:1,
113:3, 113:10,
113:14, 114:13,
114:17, 115:14,
116:9, 139:20,
140:18, 149:21,
149:22, 162:13,
162:20, 162:22,
168:8, 175:12,
181:8, 194:20,
195:17, 204:14,
206:3, 222:16,
227:1, 228:3,
230:20, 235:16,
238:22

**mentally**
137:21

**mention**
98:22

**mentioned**
35:4, 98:13,
99:8, 100:20,
124:2, 169:1,
192:10, 219:22,
223:12

**merit**
71:9, 72:5

**merits**
5:7, 49:3,
49:7, 49:17,
49:21, 52:2,
71:6, 71:18,
72:6, 156:1

**met**
4:1, 90:9,
177:1, 183:16

**metairie**
188:11

**metro**
77:10, 190:5,
193:22

**mexican**
58:17

**mic**
21:6

**michael**
175:17

**middle**
25:5, 50:8,
50:10, 53:2,
75:11, 76:6,
78:21, 95:18,
229:9

**might**
50:12, 77:12,
81:8, 94:19,
118:6, 118:21,
122:8, 140:16,
191:3, 191:4,
204:21, 226:16,
226:17

**mike**
99:9, 167:19,
167:20, 167:21,
169:21, 180:14,
186:13

**milcon**
154:5

**mile**
186:11

**miles**
122:2

**military**
46:20, 47:4,
129:5, 129:19,
144:10, 144:12,
144:15, 145:9,
145:22, 148:1,
148:10, 148:17,
148:22, 150:9,
150:17, 154:16,
154:21, 155:11,
156:19, 157:2,
157:13, 158:1,
158:20, 160:4,
160:12, 161:7,
161:10, 162:8,
162:19, 163:1,
163:2, 172:6,
207:6, 210:20

**milligan**
2:8, 2:9, 55:1,
55:2, 60:14,
61:2, 63:7,
86:13, 156:11,
156:15, 158:11,
159:9, 165:5,
165:6, 165:11,
177:21, 222:14,
222:15, 224:2,
224:6, 224:13,
224:21, 227:12,
227:18, 231:9,
234:11, 236:3,
236:4, 238:2,
238:4, 239:15,
239:17

**million**
119:20, 146:15,
146:16, 152:16,
154:5

**min**
97:12

**mind**
41:17, 144:16,
156:19, 188:18,

199:8
**mine**
31:10, 46:10
**minimal**
135:17
**minimizes**
183:5
**ministry**
129:6
**minorities**
36:5, 36:12,
36:17, 37:1,
40:22, 91:12,
96:16, 96:18,
97:3, 97:12,
116:12
**minority**
22:11, 22:14,
28:9, 32:17,
34:6, 34:17,
34:19, 35:1,
41:19, 42:2,
56:6, 57:20,
60:12, 74:7,
74:13, 74:14,
75:18, 76:9,
77:7, 79:19,
80:19, 82:6,
91:6, 95:3,
95:4, 95:20,
96:10, 96:17,
96:19, 97:1,
106:9, 117:19,
119:11, 127:22,
137:12, 140:9,
196:10, 206:8,
206:19, 239:10
**minority's**
42:5
**minority-majority**
104:10, 115:18,
118:20
**minute**
195:22
**minutes**
3:10, 3:13,
3:15, 81:13
**miracle**
223:13

**misconstrued**
50:14
**misread**
142:14
**missed**
122:18
**mission**
158:5
**missions**
151:9
**mississippi**
177:15
**mistake**
128:15
**mistaken**
83:7, 99:8,
202:1
**mixed**
40:22
**mm-hmm**
152:15, 212:3
**model**
144:9
**modern**
144:7
**modifications**
206:22
**modify**
206:19
**monday**
4:19, 63:3,
218:14
**money**
87:19, 119:3,
145:12, 145:16,
177:20
**monroe**
176:15, 180:10,
180:11, 184:11,
184:15, 185:19,
185:22, 186:8,
186:9, 186:11,
187:3, 187:8,
187:11, 187:13,
187:16, 188:22,
189:4, 189:5,
189:11, 191:20,
193:15, 193:16

**month**
22:4
**moot**
98:6
**more**
8:11, 27:6,
28:16, 29:17,
32:15, 33:17,
33:22, 34:1,
38:21, 39:3,
39:13, 46:17,
53:7, 62:9,
67:6, 75:11,
83:5, 95:10,
100:13, 101:4,
108:4, 113:11,
113:12, 113:13,
113:21, 117:5,
117:7, 117:21,
118:4, 118:7,
119:22, 120:3,
120:21, 122:18,
126:19, 136:1,
138:20, 141:9,
142:14, 148:2,
155:5, 160:9,
161:10, 162:15,
169:3, 171:3,
182:13, 183:11,
184:9, 188:1,
197:11, 199:19,
200:12, 202:17,
204:2, 204:7,
204:8, 205:2,
217:3, 223:14,
227:3, 227:4,
227:6, 227:7,
227:8, 228:10,
237:8
**morehouse**
59:17
**morning**
9:17, 50:13,
55:4, 56:10,
90:10, 124:9,
177:4, 177:22,
202:10, 210:7
**morrison**
140:14

**most**
38:16, 44:17,
47:10, 60:11,
118:11, 121:14,
139:10, 140:1,
140:8, 140:17,
144:6, 171:5,
176:19, 178:17,
181:3, 181:8,
206:10
**mostly**
209:14
**motion**
3:12, 4:12,
4:21, 204:5,
204:15, 204:17,
217:9, 217:13,
229:15, 229:18,
229:21, 230:2,
230:3, 230:5,
230:7, 230:9,
230:10, 230:17,
230:18, 231:1,
231:4, 231:7,
231:22, 233:13,
233:15, 233:18,
233:21, 234:6,
234:9, 235:9,
235:13, 235:14,
235:18, 236:1,
236:22, 237:14,
239:15, 239:16
**motions**
22:3, 229:22
**mouth**
187:6
**move**
15:17, 71:2,
87:1, 90:10,
90:12, 90:13,
90:14, 120:9,
130:1, 136:3,
154:22, 197:11,
209:5, 209:8,
221:12, 229:16
**moved**
5:2, 5:11,
10:1, 57:4,

182:1, 214:6
**movement**
86:18
**moves**
235:6
**moving**
23:13, 83:13,
84:11, 92:15,
125:17, 160:3,
173:22, 210:9,
228:10
**much**
21:16, 28:19,
39:10, 66:22,
67:2, 67:6,
87:19, 104:8,
117:10, 117:13,
119:14, 128:13,
135:19, 141:16,
142:3, 144:18,
159:14, 159:18,
165:15, 167:17,
167:22, 170:7,
171:3, 171:8,
171:18, 175:9,
176:9, 182:11,
183:7, 184:7,
188:1, 190:17,
194:8, 219:9,
220:3, 229:13
**multiple**
55:14, 55:20,
64:5, 64:7,
81:7, 91:21,
163:6, 206:14
**multitasking**
195:6
**multitude**
107:20, 107:21,
180:15
**municipal**
42:11, 43:15,
173:2
**municipalities**
84:13, 172:22,
173:1, 173:7,
184:20
**municipality**
43:11, 134:14,

135:13
**music**
135:3
**must**
175:22
**myers**
140:12
**myself**
65:21, 128:4,
180:22, 189:22,
202:10

**N**

**naaden**
1:22, 240:2,
240:17
**name**
100:2, 117:11,
124:9, 127:15,
127:17, 139:20,
163:12, 176:11,
184:14, 188:19,
192:12
**named**
124:11
**names**
194:21
**narrow**
94:20
**natchitoches**
33:3, 163:19
**nathan**
188:11, 188:12
**nation**
146:14, 157:15
**national**
88:18, 141:15,
158:5, 160:20,
161:6
**natural**
137:17, 137:18
**naturally**
169:2
**nature**
141:3
**nays**
231:20, 235:4,
236:20, 238:19

**near**
115:2, 148:17
**nearby**
148:10
**nearly**
10:3, 190:14
**necessarily**
42:4, 144:21,
147:7, 155:10,
155:22, 165:21
**necessary**
158:8, 212:9
**need**
5:17, 11:19,
15:4, 38:21,
57:17, 59:1,
73:9, 73:10,
73:18, 76:16,
84:7, 89:1,
105:16, 105:22,
106:9, 113:12,
122:1, 158:22,
180:21, 197:1,
203:21, 204:2,
205:7, 222:1,
222:11, 226:19
**needed**
55:12, 103:4,
152:14
**needs**
55:11, 131:4,
135:22, 162:8,
162:11, 163:5,
223:20
**negative**
12:18, 12:20,
13:6, 13:7,
13:9, 13:10,
13:22, 161:17
**neighborhood**
143:10
**neighborhoods**
160:3, 172:5
**neither**
240:5
**never**
7:21, 10:8,
10:19, 40:2,

40:15, 49:2,
81:3, 130:6,
141:17, 183:16
**new**
6:20, 9:2, 9:4,
9:8, 22:21,
24:17, 26:8,
48:3, 50:16,
71:22, 77:10,
77:16, 83:21,
110:3, 110:4,
122:18, 125:13,
125:15, 126:3,
126:9, 127:7,
127:10, 152:18,
162:1, 164:1,
169:2, 169:5,
170:19, 173:16,
173:18, 173:21,
174:19, 174:22,
181:3, 190:16,
211:2
**news**
21:21
**next**
49:17, 55:21,
56:1, 93:18,
131:19, 142:2,
152:11, 167:18,
211:9
**nexus**
150:22, 151:11
**nice**
99:17
**nicely**
198:20
**nine**
3:3, 203:16,
228:15, 229:3,
229:6
**nobody**
58:8, 58:10,
58:11, 178:3
**nod**
208:1
**non-lawyers**
53:16
**none**
218:19, 232:2,

235:8, 239:16
**nonprofit**
143:18
**normally**
211:8
**north**
24:1, 44:20,
119:21, 135:16,
137:6, 137:16,
140:16
**northeast**
176:13, 177:9,
178:2, 178:9,
179:11, 190:11,
190:21
**northeastern**
184:9
**northern**
134:4
**northshore**
26:7
**northwest**
24:5, 158:15,
165:13, 189:7
**northwestern**
24:6
**note**
116:6
**noted**
4:22, 5:9
**nothing**
6:20, 7:7, 9:2,
9:4, 9:8, 57:22,
58:1, 58:2,
58:5, 69:17,
78:3, 82:13,
113:17, 125:13,
177:7, 214:19,
214:21, 221:6
**notice**
212:22
**noticed**
114:19
**number**
3:6, 9:5,
11:10, 12:16,
13:1, 13:4,
13:5, 13:8,

17:7, 20:11,
20:15, 20:17,
20:21, 34:11,
60:20, 67:11,
67:13, 77:1,
77:16, 78:7,
79:18, 91:10,
105:6, 105:10,
117:3, 168:10,
168:20, 203:19,
225:12, 225:13
**numbers**
11:10, 14:2,
14:3, 14:8,
14:14, 15:5,
56:9, 56:10,
56:12, 56:14,
56:17, 59:6,
63:10, 63:11,
64:22, 67:12,
69:18, 73:6,
205:17, 207:8,
226:12
**numerous**
158:22

**O**

**o'clock**
228:13, 228:15
**oakdale**
163:22
**oath**
51:4
**obama**
56:21, 89:4,
89:7, 89:20,
90:7
**object**
235:12, 237:3,
237:6
**objected**
235:17, 237:4,
237:5, 237:11
**objection**
3:13, 199:1,
208:21, 209:2,
217:14, 234:1,
235:7, 235:11,

237:1
**objections**
3:14, 199:4,
232:1
**objects**
234:2, 237:7
**obligation**
51:10, 104:9
**observation**
153:5, 157:11
**obvious**
182:21
**obviously**
54:11, 74:7,
111:20, 118:11,
144:17, 144:18,
145:6
**occupy**
67:22
**odd**
193:12
**offense**
58:6, 58:12,
58:22
**offer**
54:6, 139:18,
164:5, 197:4,
213:6
**offered**
5:10, 7:5,
7:15, 7:18, 8:1,
142:21, 228:15,
235:18
**offering**
225:1
**office**
51:4, 70:9,
85:18, 102:10,
117:2
**officer**
51:3, 52:16
**offices**
79:15, 92:8
**often**
148:19, 162:8
**oh**
27:12, 35:7,
40:4, 70:3,

127:16, 132:13,
192:9
**okay**
25:18, 28:12,
33:15, 33:22,
36:20, 37:3,
41:4, 50:2,
57:2, 63:21,
64:2, 64:10,
65:16, 65:22,
66:21, 78:7,
80:2, 80:21,
81:11, 84:1,
97:17, 98:11,
98:17, 103:14,
104:13, 106:22,
109:8, 109:12,
110:7, 111:4,
117:6, 117:9,
124:5, 127:13,
127:16, 128:3,
129:5, 132:1,
132:2, 132:3,
142:17, 146:8,
150:19, 156:14,
165:2, 175:2,
176:2, 176:3,
178:6, 179:22,
180:7, 182:19,
187:5, 187:21,
188:12, 194:7,
194:17, 194:19,
195:5, 195:9,
195:16, 195:21,
198:17, 198:21,
199:5, 199:17,
200:6, 200:15,
201:14, 204:13,
205:3, 205:6,
205:21, 207:19,
208:19, 209:3,
216:15, 216:22,
217:10, 217:12,
220:14, 224:12,
224:13, 224:15,
225:17, 230:20,
231:3, 233:3,
233:10, 233:17,

233:20, 235:5,
235:8, 235:14,
237:7, 238:20
**old**
110:2, 173:19,
233:3
**once**
42:13, 53:10,
95:21, 147:3,
171:7, 171:18,
185:11, 201:1,
222:18
**one's**
230:12
**ones**
37:9, 123:14,
174:10
**ongoing**
143:7
**only**
8:7, 12:21,
13:18, 15:7,
15:14, 20:16,
20:19, 22:10,
26:19, 27:3,
27:4, 38:1,
40:5, 42:22,
49:14, 49:19,
88:3, 101:11,
101:17, 134:6,
137:17, 137:18,
151:21, 170:17,
172:19, 201:19,
202:1, 202:7,
203:1, 203:7,
205:14, 205:20,
208:2, 223:2,
223:16, 225:5,
225:9
**open**
149:1
**opened**
120:18
**opening**
3:18, 25:11,
36:19
**operate**
217:22, 225:13

**operating**
69:21, 69:22,
70:4, 212:5,
218:21
**opined**
107:14
**opinion**
25:6, 25:8,
30:5, 55:22,
73:4, 95:18,
105:19, 138:17,
191:17, 216:1,
228:16
**opportunities**
41:18, 152:20,
162:1, 203:22
**opportunity**
6:5, 8:19,
10:8, 10:12,
10:17, 12:4,
12:6, 21:9,
22:10, 37:6,
75:20, 76:5,
76:8, 78:16,
102:15, 106:3,
106:5, 106:7,
106:20, 107:3,
107:13, 114:16,
117:14, 118:5,
118:17, 119:14,
120:21, 121:4,
121:15, 122:3,
131:17, 133:13,
143:6, 149:8,
149:9, 155:5,
157:21, 159:18,
171:14, 196:12,
204:6, 204:22,
210:10, 213:5,
213:15, 217:2,
218:2, 219:1
**oppose**
133:17
**opposed**
134:12, 174:22
**opposite**
148:3
**opposition**
117:4, 132:3,

139:22, 142:13,
142:17, 194:14,
194:21
**optics**
128:15, 130:21
**order**
2:4, 3:9, 4:12,
4:18, 5:3, 5:5,
5:21, 12:5,
21:4, 37:17,
46:8, 49:14,
49:19, 50:17,
50:19, 53:13,
53:15, 53:21,
53:22, 72:10,
72:14, 74:6,
82:8, 83:11,
94:19, 94:21,
95:7, 98:8,
110:14, 110:15,
139:8, 196:21,
206:8, 215:18,
219:13, 224:4,
224:7
**ordered**
7:12, 49:20,
50:4, 51:7,
51:11, 51:15,
51:16, 51:20,
52:16, 56:5,
56:7, 72:11,
72:15, 72:22,
73:12, 83:2,
83:19, 119:4,
199:22
**ordering**
50:15
**orders**
6:6, 49:9
**organic**
86:18, 93:7,
120:7, 141:3
**organically**
92:14, 93:6,
93:14, 93:22
**organization**
143:19, 174:13,
174:21

**organizational**
167:10
**oriented**
187:18
**original**
57:2, 119:19,
199:9, 199:14,
200:3, 200:5,
201:8, 213:4,
231:7, 231:22,
234:6, 234:9,
236:1, 236:22,
239:5
**originally**
225:12
**orleans**
24:17, 48:3,
77:10, 77:16,
101:10, 101:12,
102:4, 102:19,
115:1, 115:7,
115:12, 115:14,
122:19, 125:13,
125:15, 126:3,
126:9, 127:7,
127:10, 139:2,
169:2, 169:5,
174:20, 174:22
**oth**
146:5
**other**
14:6, 16:3,
16:18, 17:4,
17:12, 18:20,
19:5, 19:12,
19:17, 27:16,
27:18, 36:9,
36:10, 38:2,
38:22, 43:1,
46:9, 47:12,
48:8, 54:8,
60:15, 66:16,
74:2, 85:15,
87:3, 87:5,
91:20, 92:11,
92:14, 95:3,
95:22, 96:16,
102:3, 103:9,

105:3, 105:7,
107:22, 108:3,
108:5, 114:6,
114:11, 114:15,
115:10, 119:8,
121:10, 124:19,
125:11, 130:10,
131:22, 133:5,
146:5, 146:7,
147:7, 148:9,
157:16, 172:9,
172:14, 173:7,
173:11, 173:18,
180:13, 180:19,
186:17, 187:19,
194:5, 194:8,
195:11, 195:19,
204:14, 204:22,
205:4, 206:15,
210:5, 210:6,
211:6, 214:1,
221:16, 223:9,
233:8, 239:13

**others**
16:12, 17:20,
18:5, 18:13,
45:22, 60:16,
147:17, 148:12,
155:9

**otherwise**
240:7

**ouachita**
59:9, 178:1,
179:18, 180:4,
180:8, 180:13,
180:16, 180:18,
184:18, 184:20,
185:14, 186:18,
191:21

**ought**
223:5, 223:17

**ourself**
170:3

**ourselves**
174:6, 174:14,
215:15, 229:8

**out**
3:17, 6:11,

15:17, 22:12,
22:16, 22:22,
25:6, 25:20,
26:2, 60:9,
63:13, 67:21,
85:13, 86:22,
87:5, 100:7,
101:3, 103:19,
113:1, 115:18,
115:22, 116:2,
117:6, 130:11,
146:21, 150:8,
153:19, 162:2,
170:15, 171:4,
175:22, 182:20,
187:9, 190:9,
191:12, 193:14,
195:18, 204:10,
205:7, 205:9,
214:2, 214:6,
214:16, 218:10,
219:3, 219:14,
221:8, 221:10,
221:20, 222:1,
222:12, 223:7,
225:2, 226:1,
226:19, 228:1,
232:8, 233:5

**outcome**
240:7

**outlines**
164:6

**outs**
56:15

**outside**
77:9, 103:3,
118:7, 118:8,
149:18, 186:8,
187:15, 189:5,
189:10, 189:11,
190:4, 193:20

**outstanding**
85:19

**outta**
219:21

**outwards**
160:3

**over**
21:17, 33:1,

46:22, 48:21,
56:10, 60:5,
66:20, 67:22,
79:8, 96:4,
119:20, 141:2,
142:2, 142:9,
154:5, 162:21,
171:5, 171:22,
172:18, 181:10,
182:16, 185:3,
201:9, 212:16,
212:22, 213:22,
215:4, 216:9,
216:12, 217:1,
221:1, 221:6,
225:2, 227:10,
237:15

**overall**
13:22, 14:1

**overcame**
180:21

**overcome**
185:3

**overlapping**
160:1

**overlooked**
151:3

**overnight**
211:18, 221:6,
225:3

**overpopulated**
13:3

**overridden**
39:17

**override**
4:4, 39:20

**overrode**
55:8

**overshadowed**
115:11

**oversight**
62:2

**overstate**
109:10

**overstepped**
111:1

**overwhelmingly**
55:8

**own**
74:9, 82:22,
140:13, 141:2,
146:22, 210:13,
228:1

**owned**
144:11

**owns**
47:5

**P**

**pa**
93:11

**pace**
3:22

**packing**
24:17

**page**
240:10

**pages**
1:21, 240:8

**paid**
119:22, 145:21

**palatable**
118:7

**panel**
49:18, 49:21,
57:10, 62:19,
68:5, 70:12,
70:13, 100:16,
100:18, 102:8,
102:14

**paper**
50:12, 50:13

**par**
137:10, 163:9

**parade**
150:1

**parallel**
177:14

**parameters**
156:3

**parents**
21:15, 24:7,
33:2

**parish's**
133:3

**parishes**
19:21, 20:3,

20:7, 20:9,
20:10, 20:12,
20:14, 20:16,
20:17, 20:20,
20:21, 20:22,
27:2, 27:4,
29:17, 44:18,
45:1, 45:4,
85:6, 85:13,
85:15, 91:21,
101:7, 101:8,
102:2, 102:18,
102:21, 103:3,
126:9, 126:11,
127:7, 127:10,
133:22, 134:4,
134:16, 138:22,
139:7, 139:9,
139:11, 140:8,
141:8, 160:4,
163:10, 164:4,
164:10, 176:21,
176:22, 177:11,
183:14, 185:3,
190:1, 207:9,
218:2, 218:6,
219:1

**part**
26:10, 26:12,
65:2, 65:8,
65:10, 66:4,
66:7, 81:20,
87:19, 94:17,
100:14, 101:15,
101:16, 121:14,
130:17, 136:18,
136:21, 149:11,
152:17, 163:4,
174:19, 174:21,
179:7, 184:9,
191:2, 193:4,
208:8, 210:4,
211:19, 213:12,
216:3, 228:8

**partial**
188:4

**participate**
88:2

**particular**
36:4, 42:3,
42:5, 46:2,
128:16, 133:17,
134:3, 134:8,
135:18, 137:3,
137:10, 144:21,
145:8, 150:7,
165:22, 180:18,
187:3, 191:19,
202:2, 203:8

**particularly**
113:19, 134:10

**parties**
240:6

**partner**
155:20

**partnering**
151:4

**parts**
26:10, 134:4,
164:13, 185:21,
185:22, 187:8,
210:5

**party**
53:5, 157:8

**pass**
22:18, 38:20,
39:3, 39:8,
48:16, 69:8,
83:20, 83:21,
181:10, 197:7,
198:7, 199:22,
200:4, 201:2,
205:7, 205:9,
212:14, 212:15,
213:8, 213:14,
214:2, 214:15,
222:5, 224:17,
228:1, 228:9,
237:12

**passed**
5:19, 11:17,
19:22, 22:14,
23:3, 24:16,
28:16, 28:17,
36:9, 36:15,
37:9, 38:3,

38:10, 38:17,
38:22, 40:16,
49:4, 57:3,
69:7, 70:6,
79:4, 79:8,
94:3, 104:2,
142:7, 152:10,
198:10, 198:11,
233:8

**passes**
54:7, 54:8,
145:3, 186:14

**passing**
90:16, 93:2,
213:2

**past**
11:18, 21:17,
33:1, 36:7,
37:21, 45:3,
70:7, 84:21,
92:18, 94:10,
185:3, 185:5,
211:5, 211:15,
214:5, 214:9,
217:4

**pastors**
86:8

**path**
73:20, 74:8,
134:11

**patiently**
116:7

**pattern**
77:4, 93:11,
93:12, 119:19

**patterns**
78:4, 97:1

**paula**
195:2

**pause**
195:22

**paying**
22:5

**pays**
145:13

**peace**
86:8

**peaches**
177:11

**pearl**
25:20, 26:1,
27:15, 27:19,
172:7

**peg**
56:11

**penalty**
240:3

**pending**
4:13, 5:3, 5:5,
53:14

**people**
12:19, 12:21,
13:2, 13:3,
13:6, 13:7,
13:9, 13:10,
13:12, 13:17,
14:18, 14:19,
15:11, 35:20,
36:2, 37:1,
37:6, 40:1,
42:7, 46:18,
46:19, 47:20,
48:4, 52:1,
57:11, 57:12,
58:7, 59:2,
60:9, 62:4,
64:4, 64:7,
73:3, 86:13,
89:1, 89:5,
90:14, 92:15,
102:2, 103:18,
119:20, 120:9,
120:19, 121:15,
121:18, 121:19,
122:5, 122:13,
122:16, 122:17,
123:1, 123:7,
123:12, 123:16,
124:16, 124:19,
125:7, 125:12,
125:13, 126:1,
126:3, 126:12,
126:15, 129:6,
129:22, 131:8,
138:11, 138:16,
169:10, 171:13,
171:14, 176:13,

177:2, 180:1,
184:1, 184:19,
187:14, 189:9,
189:11, 210:6,
225:5, 228:17
**percent**
11:8, 11:9,
11:16, 42:5,
47:5, 60:17,
60:18, 60:21,
62:12, 66:6,
66:8, 66:10,
67:15, 67:16,
67:20, 67:22,
68:1, 68:2,
70:14, 70:15,
70:16, 76:16,
76:17, 77:11,
77:13, 77:14,
78:8, 80:7,
80:12, 92:12,
95:8, 95:9,
96:4, 101:10,
102:5, 112:20,
146:22, 150:17,
163:14, 178:12,
178:20, 179:1,
182:5, 182:16,
190:14
**percentage**
39:17, 42:1,
74:10, 74:12,
77:19, 77:20,
122:17, 122:21,
150:11, 150:12,
182:14
**percentages**
36:19
**perfect**
13:13, 14:4,
14:5, 176:10,
179:22, 180:6
**perform**
74:21, 75:2,
75:4, 75:17,
78:2, 78:9,
78:16, 79:20,
80:1, 80:6,

80:11, 80:18,
95:20, 153:6
**performance**
74:18, 74:22,
85:19
**performed**
75:8, 79:19
**perhaps**
44:4, 141:20,
224:16
**perjury**
240:3
**person**
13:17, 13:18,
51:4, 123:6,
123:7, 125:2,
125:4, 136:15,
184:9
**personal**
120:22
**personally**
86:1, 103:12
**personnel**
150:10, 163:2
**persons**
102:11
**perspective**
85:8, 102:13,
126:5, 144:1,
221:19
**pervades**
91:17, 92:7
**petrol**
25:3
**ph**
18:22, 29:12,
94:17, 105:10,
116:22, 117:6,
142:16, 161:12,
169:21, 175:21,
176:1, 188:11,
188:12, 194:14,
194:16, 194:22,
195:1, 195:2,
195:3, 231:15
**philosophical**
112:22
**philosophically**
113:20

**phone**
33:1, 86:14,
103:1, 103:2
**phrase**
117:20
**physically**
137:21
**pick**
130:19
**picked**
228:22
**picture**
90:2, 136:15,
183:3
**piece**
42:20, 74:2,
131:19, 149:5
**piggybacking**
184:17
**pine**
192:21
**pineville**
129:5, 129:11,
188:13, 188:21,
191:15, 192:14,
192:19, 192:21,
193:3, 193:5,
194:1
**pinpoint**
179:17
**pla**
107:16
**place**
26:20, 48:21,
49:13, 50:3,
94:11, 132:21,
198:15, 200:20
**placed**
36:21, 36:22,
49:21
**plain**
123:17
**plaintiff**
124:1
**plan**
4:9, 4:11,
4:15, 4:18, 6:2,
6:6, 6:7, 14:4,

14:7, 14:8,
14:9, 14:13,
19:18, 19:21,
21:2, 27:3,
27:5, 27:6,
27:7, 27:22,
28:16, 29:8,
29:12, 29:16,
30:1, 39:3,
48:16, 48:18,
49:4, 54:9,
62:9, 68:8,
68:11, 68:12,
68:13, 69:20,
69:21, 70:4,
70:5, 70:7,
70:9, 70:10,
82:22, 83:2,
94:22, 107:7,
107:8, 107:14,
107:22, 108:3,
108:4, 115:22,
128:22, 141:14,
143:8, 197:5,
197:8, 197:10,
198:6, 198:8,
198:10, 198:11,
199:9, 199:22,
200:3, 200:5,
200:6, 200:7,
200:20, 201:2,
201:3, 201:5,
201:8, 201:10,
201:16, 201:17,
201:22, 202:5
**planned**
161:22
**plans**
14:6, 29:6,
29:15, 107:22,
108:13, 111:20,
162:6
**plantation**
130:2, 130:3
**plaquemines**
23:11
**plat**
59:8

**play**
51:18, 125:16,
226:9

**playing**
229:9

**please**
2:5, 9:16,
27:7, 131:3,
134:13, 137:2,
157:7, 188:17,
196:13

**pleasure**
84:5

**plus**
140:12

**point**
45:21, 49:2,
66:21, 68:18,
73:17, 83:4,
83:15, 90:11,
91:10, 96:20,
98:6, 118:1,
118:9, 129:10,
129:21, 133:4,
135:14, 139:9,
150:20, 173:13,
178:19, 182:12,
204:21, 213:4,
222:13, 239:12

**pointed**
191:12

**pointing**
182:20

**points**
90:18, 91:1,
141:19, 164:16,
183:9

**poised**
161:18

**polarized**
75:8, 75:14,
75:15, 79:11,
80:22, 81:9,
91:8, 91:17,
92:6, 96:22,
112:9, 112:11,
112:12, 113:21,
113:22, 114:13

**police**
86:9

**policy**
88:17, 156:6,
158:2, 166:11,
166:14, 206:10

**political**
83:18, 159:22,
168:19, 176:15,
188:21

**politically**
127:12

**politics**
118:19

**polk**
142:21, 143:5,
143:13, 143:14,
143:18, 143:20,
144:8, 144:12,
146:10, 146:22,
148:4, 148:12,
149:17, 149:19,
150:4, 151:1,
151:7, 151:10,
151:15, 152:14,
153:2, 153:16,
153:20, 153:21,
154:4, 154:16,
154:21, 156:18,
156:21, 158:17,
160:13, 161:8,
161:18, 161:21,
162:12, 166:16,
207:6

**pollock**
189:14, 193:17,
194:5

**populated**
135:7

**populations**
14:16, 163:3

**portion**
115:6, 134:7

**position**
144:18, 148:1,
161:12, 165:22,
215:13, 215:15

**positive**
158:3, 159:1

**possible**
167:7, 171:9,
171:10

**possibly**
83:12, 83:16,
87:6, 202:19

**post**
128:11

**potential**
53:7, 91:6

**potentially**
53:1, 161:17

**poultry**
163:17

**power**
156:22, 157:4,
159:4

**powerful**
160:22, 177:18

**practical**
131:2

**practice**
154:1

**prairieville**
195:3

**pray**
142:8

**prayer**
155:3

**prayers**
142:7

**pre**
134:18

**pre-filed**
9:6

**preceded**
232:14

**precedence**
222:16, 223:6,
224:4, 224:5

**precedent**
223:12, 223:17,
225:15

**precinct**
10:3, 77:22

**precincts**
28:22, 172:4,
172:8, 186:1,

211:20, 211:21

**predicated**
164:11

**predominant**
29:5, 29:8,
32:19, 107:16,
107:18

**prefer**
190:3

**preference**
201:9

**preliminary**
49:9, 52:3,
71:15, 71:17,
72:2

**prepare**
4:11, 4:18

**prepared**
216:20

**pres**
168:4, 168:7,
172:21, 174:11,
174:18, 175:4,
175:8, 175:11,
175:14, 175:17

**present**
2:7, 2:8, 2:9,
2:10, 2:12,
2:14, 2:15,
2:16, 2:17,
2:18, 2:20,
2:21, 2:22, 3:2,
3:3, 11:6,
19:21, 25:4,
26:22, 38:9,
54:6, 62:9,
68:10, 68:12,
69:21, 124:8,
138:22, 142:16,
142:22, 194:13,
196:2, 196:3,
239:13

**presentation**
25:11

**presented**
8:20, 29:7,
34:15, 100:3,
117:16, 184:4,

229:2

**presenting**
7:21

**preserved**
134:19

**preserves**
168:21

**preserving**
194:2

**president**
5:16, 73:16,
79:16, 89:3,
89:4, 89:6,
89:7, 89:19,
90:6, 90:7,
92:10, 128:7,
133:2, 136:11,
159:19, 167:19,
168:2, 168:3,
168:5, 169:19,
170:8, 227:4,
227:6, 229:2

**presidents**
91:16, 133:5

**pretty**
3:21, 14:3,
94:20, 104:8,
127:17, 128:13,
219:9

**previous**
74:22, 79:12,
84:21, 197:10,
198:10, 222:17,
223:18

**previously**
26:15, 189:6,
233:8

**price**
2:20, 2:21,
82:1, 82:2,
83:10, 83:17,
84:1, 98:13,
118:1, 138:18,
138:20, 140:3,
196:5, 196:7,
231:17, 234:22,
235:1, 235:12,
235:17, 235:18,

236:16, 236:17,
237:3, 237:6,
237:7, 237:11,
237:16, 238:16

**primarily**
207:2

**primary**
43:7, 109:1,
136:21

**prime**
177:15

**principle**
33:12, 168:21

**principles**
30:16, 41:11,
41:15, 41:20,
42:9, 43:2,
44:1, 44:2,
45:16, 46:7,
47:12, 166:3,
171:1, 206:5,
206:16, 210:15

**prior**
102:16

**priorities**
169:8, 182:11

**prioritize**
43:2

**priority**
24:10, 146:2

**pro**
133:17

**probability**
130:15

**probably**
21:9, 42:17,
75:11, 88:14,
101:19, 102:8,
127:20, 127:21,
133:5, 140:7,
153:17, 156:13,
197:4, 197:13,
204:10, 223:14,
229:12

**problem**
57:3, 123:9,
219:19, 219:21,
220:6

**problems**
163:1, 180:15

**proceed**
15:22, 82:9,
203:12

**proceedings**
83:21

**process**
5:7, 5:19,
26:4, 41:9,
41:17, 46:1,
48:15, 49:1,
54:21, 64:4,
73:14, 81:2,
84:12, 87:2,
93:4, 119:1,
122:4, 125:5,
130:17, 133:17,
148:21, 201:4,
212:17, 213:2,
215:11, 218:15,
224:18, 227:17,
228:2, 228:4,
228:8, 228:19,
230:16

**processes**
86:3

**processing**
163:21

**produce**
190:14

**profound**
167:4

**program**
146:12

**progress**
84:10, 143:5,
143:18, 144:8

**progression**
102:9

**progressive**
121:21, 128:14,
128:15, 130:8,
130:14, 131:17

**projects**
154:5, 169:7

**promise**
183:12

**promulgate**
172:20

**proof**
140:7

**proper**
36:11, 147:11,
150:8

**properly**
123:10

**property**
144:11, 145:13,
147:14

**proportion**
69:19

**proportional**
76:3

**proposal**
135:15, 213:12

**proposals**
54:5

**propose**
206:20

**proposed**
54:21, 59:4,
79:10, 133:18,
134:3, 136:4,
178:15, 180:12,
181:1, 187:2,
189:17, 190:17

**proposing**
70:20

**prospect**
194:5

**protect**
228:16

**protected**
69:18

**protection**
47:18, 169:7,
198:15

**proud**
21:15, 150:5,
154:17

**proved**
92:18

**provide**
76:4, 76:5,
76:8, 81:7,

142:22, 143:22,
145:14, 159:20,
164:19
**provided**
4:14, 78:20
**providence**
178:16
**provides**
43:8, 152:14
**providing**
155:19
**proving**
35:1
**prudent**
214:7
**psc**
91:20, 92:3
**public**
3:19, 7:11,
8:11, 8:18, 9:1,
9:2, 9:4, 10:12,
48:22, 52:21,
57:11, 58:6,
116:7, 116:9,
222:19, 228:3,
235:15
**pull**
26:6, 70:11,
136:12, 136:14,
176:6, 179:20,
180:1, 180:4,
188:16
**pulling**
25:20
**pulls**
181:2
**purchased**
147:11
**purchasing**
148:2
**purple**
136:20
**purpose**
7:8, 8:22,
32:9, 32:11,
33:10, 221:7,
222:4
**purposes**
58:18

**pursuing**
92:17, 193:14
**purvis**
140:14
**push**
212:6, 212:7,
221:21
**pushing**
93:4
**put**
9:1, 15:20,
54:15, 61:11,
64:12, 68:9,
68:10, 68:12,
70:10, 75:13,
78:20, 91:11,
95:3, 100:14,
101:3, 106:18,
106:20, 106:21,
107:2, 107:4,
107:6, 107:7,
111:21, 125:14,
127:10, 142:12,
162:5, 172:15,
187:6, 200:20,
204:2, 211:14,
211:18, 212:16,
215:13, 218:11,
219:4, 219:14,
220:5, 221:3,
225:2, 226:21,
226:22, 228:21,
232:7
**puts**
54:6, 147:22,
162:5, 169:3,
198:15, 213:1,
232:16, 232:18
**putting**
71:22, 133:14,
172:8, 172:18,
205:16, 212:21,
215:14, 225:19

---
**Q**
---

**qualifying**
54:7
**quality**
228:11

**question**
8:9, 25:14,
44:7, 55:6,
57:14, 73:21,
74:17, 75:10,
76:22, 78:6,
80:8, 86:5,
91:1, 118:10,
119:15, 120:17,
125:20, 138:18,
156:10, 165:7,
165:17, 167:17,
185:19, 201:20,
202:13, 217:15,
220:11, 220:21
**question's**
94:18
**questioning**
52:20
**questions**
97:22, 155:5,
181:11, 194:8,
195:11, 203:14,
204:22, 233:10
**quick**
94:17, 124:10,
129:3
**quickly**
183:12, 194:22
**quite**
29:4, 123:17,
213:4
**quorum**
3:3
**quote**
69:16

---
**R**
---

**r**
232:15
**race**
28:21, 29:3,
29:5, 29:9,
32:18, 56:3,
56:4, 56:18,
56:19, 58:21,
105:1, 105:2,
105:4, 105:9,

105:15, 105:16,
106:1, 106:14,
107:15, 108:6,
108:8, 111:18,
131:7, 137:8
**racial**
137:7, 137:9,
189:21
**racially**
75:8, 75:14,
75:15, 79:11,
80:21, 81:9,
91:7, 91:16,
92:6, 96:22
**racist**
57:7
**radio**
126:14
**rain**
175:8
**raise**
47:16, 91:1,
96:20
**raised**
107:1, 174:17
**raises**
204:21
**ralph**
176:19
**ramifications**
6:16, 211:1
**randomly**
49:17
**randy**
175:20
**range**
13:21, 13:22,
14:1
**rapides**
59:8, 188:17,
191:13, 192:4
**rather**
11:10, 171:2,
190:4
**rational**
131:2, 131:15
**rayville**
176:1, 176:2,

**176:12, 181:15,**
**181:16**
**read**
5:22, 10:14,
10:16, 15:5,
15:16, 30:5,
49:10, 50:12,
50:13, 83:11,
95:7, 188:18,
194:21, 212:13,
232:11
**readiness**
160:14
**reading**
15:11, 198:22
**reads**
202:6
**ready**
170:2, 181:7,
195:16
**real**
53:22, 55:17,
89:1, 94:17,
116:1, 116:10
**realign**
148:20
**realignment**
148:18, 148:20
**realize**
48:19, 49:8,
54:2, 59:10,
59:11, 59:22,
60:2, 170:10,
171:8, 174:1,
182:5, 192:10
**realized**
48:6
**really**
5:19, 7:20,
15:13, 27:21,
35:11, 38:20,
42:15, 43:1,
65:16, 68:13,
68:15, 68:16,
88:9, 96:15,
96:20, 108:18,
119:2, 134:9,
144:19, 156:2,

156:5, 156:18,
157:16, 171:18,
173:20, 178:3,
179:7, 179:9,
183:12, 191:6,
191:20, 215:12,
216:8, 225:21
**reason**
12:7, 29:3,
29:6, 29:8,
29:9, 29:10,
37:8, 108:5,
116:10, 116:13,
116:16, 121:17,
124:22, 125:1,
158:6
**reasonable**
131:2, 216:2
**reasoning**
28:20
**reasons**
88:21, 118:21
**rebuilt**
130:4
**recall**
30:4, 35:9,
35:11, 40:13,
99:18, 126:4
**receive**
196:8, 214:16
**received**
103:1, 103:2,
146:4, 240:9
**receives**
144:13
**recent**
38:16, 60:11,
100:13, 101:4,
128:5, 148:8,
161:6, 176:19,
188:21
**recently**
184:4
**reconsider**
55:14, 185:11,
185:14, 189:19,
191:18
**record**
9:16, 10:22,

15:5, 15:6,
15:11, 15:16,
15:20, 52:1,
71:11, 71:13,
71:14, 71:21,
79:6, 98:6,
123:21, 132:15,
139:17, 169:20,
176:7, 181:13,
218:11, 218:16,
220:5
**recordings**
240:4
**rectify**
206:5, 206:17,
206:22, 210:14
**redheaded**
178:2
**redistrict**
7:2
**redistricting**
1:9, 4:2, 4:8,
6:2, 7:1, 7:4,
9:20, 11:2,
30:16, 33:12,
37:20, 37:21,
38:1, 38:18,
38:20, 39:3,
41:8, 41:12,
41:14, 43:2,
45:8, 45:16,
47:11, 48:21,
60:22, 61:1,
81:2, 81:10,
84:17, 84:21,
91:3, 99:11,
143:8, 166:3,
170:2, 191:7,
206:6, 206:16,
210:2, 211:6,
222:17, 223:18
**redraw**
61:3, 61:12,
108:7
**reelection**
113:12
**reese**
2:18, 2:19,

3:11, 3:13,
41:5, 41:6,
44:6, 45:12,
46:12, 46:16,
47:15, 48:1,
48:9, 73:22,
74:1, 74:19,
75:5, 75:9,
75:21, 76:2,
76:10, 76:19,
77:13, 77:18,
78:13, 79:1,
79:7, 80:2,
91:4, 118:3,
144:16, 146:5,
146:8, 147:2,
147:21, 148:14,
150:6, 150:15,
150:19, 151:18,
152:15, 153:3,
154:1, 154:10,
155:7, 156:13,
156:18, 157:10,
159:8, 159:11,
165:17, 165:19,
167:12, 205:5,
205:7, 205:8,
205:22, 206:2,
207:16, 207:19,
207:22, 208:10,
208:18, 208:20,
209:3, 209:8,
209:20, 210:11,
212:20, 216:3,
216:6, 217:5,
217:8, 217:13,
220:20, 225:1,
228:15, 231:17,
234:20, 234:21,
236:14, 236:15,
238:14, 238:15
**reese's**
91:10, 219:19,
222:19, 223:8,
225:4, 225:8,
234:1, 234:5
**reference**
99:1, 145:5,

219:17, 232:9, 233:6
**referenced** 137:4
**referencing** 138:6
**referred** 137:6, 221:19
**referring** 77:14
**refiled** 9:6
**reflect** 203:15
**reflected** 167:10
**regarding** 240:10
**regardless** 77:20
**region** 23:15, 24:20, 44:17, 45:5, 134:1, 134:8, 134:22, 135:1, 167:1, 169:3, 174:22, 175:1
**regions** 160:5
**register** 62:7
**registered** 65:10, 65:11
**regular** 4:7, 8:14, 10:14, 11:4
**regularly** 173:2
**reiterate** 157:5
**related** 74:9, 135:5, 166:10, 207:4, 240:5
**relates** 11:8
**relationship** 136:7, 143:20,

144:2, 149:15, 150:4
**relative** 12:20, 13:4, 13:7, 13:10, 13:14, 13:18, 14:1
**relatively** 57:5
**relief** 22:10
**rely** 74:14, 147:16
**remain** 143:14, 149:1, 170:10
**remaining** 169:11
**remains** 207:21
**remarks** 21:19, 25:11, 36:19
**remedial** 4:11, 4:14, 4:18, 5:11, 5:13, 6:2, 6:7, 79:9, 83:20, 94:22
**remedy** 6:1, 95:1, 95:9
**remember** 21:13, 211:8, 216:8
**remissed** 131:11
**renders** 125:9
**renowned** 81:8
**rep** 150:22
**repeat** 80:8, 104:20
**report** 230:9, 231:2, 231:4, 231:5, 233:19, 233:21,

234:4, 234:7, 235:18, 235:22, 236:1, 237:20
**represent** 26:21, 57:11, 57:12, 58:7, 58:8, 85:13, 85:16, 86:14, 103:17, 123:2, 123:3, 139:1, 140:2, 172:22
**representation** 11:11, 11:13, 11:16, 11:17, 36:5, 36:6, 36:11, 36:17, 36:22, 42:12, 43:13, 57:19, 58:3, 59:20, 59:22, 60:3, 62:12, 70:16, 86:4, 86:6, 86:12, 86:17, 103:5, 103:20, 104:3, 113:18, 114:2, 114:4, 115:2, 115:6, 122:7, 122:22, 133:12, 135:17, 150:22, 158:19, 166:13, 178:17, 191:4
**representative** 14:11, 37:5, 86:10, 100:2, 100:6, 121:2, 123:9, 126:19, 131:4, 161:3, 161:12, 162:3, 162:10, 163:5, 191:3
**represented** 58:9, 59:2, 89:2, 126:16, 126:17, 168:9, 168:14, 172:2, 179:15, 179:16
**representing** 21:14, 123:7,

139:21, 156:17, 157:20, 161:13, 199:10, 228:7
**represents** 124:19, 160:22, 174:9
**republican** 91:15
**republicans** 39:18, 40:10, 40:18, 40:20, 58:16
**request** 4:22
**require** 28:9, 153:4
**required** 44:2, 94:1
**requirements** 25:5, 166:2, 209:7
**requires** 47:3
**requiring** 5:16
**res** 188:20
**reservists** 162:19
**reside** 178:13, 180:12, 188:20
**resident** 143:16
**residents** 135:16, 143:10, 173:20, 173:21
**resides** 186:15
**resist** 122:9
**resisted** 112:9
**resolved** 203:16, 203:17
**resolving** 207:4
**resources** 158:7

respect
9:13, 31:7,
31:8, 51:19,
54:16, 133:16,
136:5, 144:18,
144:22, 155:21,
168:18, 218:4,
224:3
respectfully
133:17, 169:13
respective
28:5, 136:1
response
27:1, 27:3,
48:10
responsibilities
158:14
responsibility
157:1, 158:19,
227:21, 228:6
responsible
155:19
rest
20:16, 20:20,
20:22, 25:21,
26:3, 173:6,
194:12
restraints
37:16
result
211:2
results
45:17, 154:3
retained
159:5
retaining
151:9
retentionist
128:21
retired
140:12
retirees
162:15, 162:21
return
234:5, 234:8
revenue
152:20
reviewed
108:1, 108:3

rice
163:17
richland
178:1
rick
142:20, 143:4
ridiculous
130:21
rights
21:4, 25:7,
27:5, 28:2,
28:8, 29:11,
60:7, 61:20,
69:13, 69:15,
81:10, 83:22,
105:13, 106:4,
106:6, 109:5,
111:17
rigorous
62:1, 62:2
ringgold
163:22
ripple
210:3
ripples
210:5
risk
162:6, 182:7
river
24:19, 25:20,
26:1, 27:15,
27:19, 45:5,
102:21, 127:6,
127:10, 139:1,
172:7, 177:15
road
23:13, 88:18,
172:6, 225:22,
226:4
roadmap
88:19
roadshow
24:11, 25:15,
25:16, 25:19,
26:19, 26:22,
44:10, 117:17,
119:5, 119:10,
122:10, 122:19,

123:10, 126:12
roadshows
57:7, 58:20,
86:20, 122:15,
126:4
robust
143:20
rock
165:11
role
235:21, 236:2
roll
2:5, 96:17,
226:17, 231:8,
234:10
room
201:16
roots
135:3
rouge
24:18, 26:20,
59:14, 59:17,
102:21, 122:19,
125:12, 125:15,
126:1, 126:10,
127:8, 127:11,
128:13, 128:16,
129:9, 129:12,
129:15, 129:16,
130:17, 139:6,
169:5, 175:1,
178:11, 178:13,
178:18, 178:22,
179:4, 179:10,
179:14, 181:5,
182:6, 182:10,
182:18, 194:15
round
56:12
route
87:2, 87:3
routes
87:3
royston
195:1
rule
200:19
ruled
11:19, 34:14,

52:2, 75:16,
107:6, 109:5,
109:14, 110:5
rules
125:16, 125:17,
125:18, 214:14,
215:16
ruling
53:3, 53:4,
53:11, 201:8
run
7:3, 57:20,
58:4, 58:10,
59:3, 70:6,
70:9, 102:10,
102:17, 137:22,
199:7, 218:9,
222:12
running
218:12, 218:13,
220:7, 222:3
runs
177:14
rural
115:5, 115:10,
163:7, 163:9,
163:10, 163:11,
178:4, 178:5,
178:9, 179:7,
182:8
rush
55:18
rustin
181:17

S

s
21:13, 179:8,
197:22, 205:21,
220:9, 221:15,
233:4
sacrificed
45:11
sadly
83:7
said
23:6, 23:16,
23:17, 23:21,

24:11, 32:20,
34:22, 37:17,
44:10, 44:15,
50:20, 51:4,
67:19, 75:22,
79:3, 107:5,
108:1, 108:2,
108:5, 108:7,
108:12, 108:13,
108:14, 109:9,
109:11, 109:15,
110:2, 111:14,
115:20, 125:12,
131:6, 140:1,
141:3, 170:8,
174:3, 185:10,
187:11, 191:8,
227:18, 229:12,
229:13

**sake**
159:5

**sales**
121:1, 190:15

**same**
7:6, 23:10,
24:3, 25:1,
32:3, 40:14,
40:17, 45:14,
68:16, 71:1,
71:18, 72:19,
81:1, 86:15,
86:16, 97:4,
97:14, 113:3,
114:2, 114:3,
115:15, 120:7,
122:16, 125:15,
127:8, 127:9,
127:10, 133:20,
143:2, 143:14,
157:6, 162:10,
166:7, 168:16,
172:11, 177:8,
178:7, 183:19,
185:20, 191:4,
191:5, 207:21

**sandra**
195:1

**sat**
170:16, 219:21

**satisfied**
28:2

**satisfies**
41:14

**satisfy**
104:3

**satisfying**
135:22

**savannah**
194:14

**savoie**
142:7, 142:8

**saw**
7:13, 36:11,
49:14, 49:19,
202:9

**say**
29:2, 31:22,
32:1, 32:2,
44:2, 51:1,
51:2, 58:9,
58:10, 65:2,
67:21, 70:13,
71:10, 72:21,
76:16, 77:13,
78:7, 82:12,
82:13, 83:2,
83:12, 83:18,
87:16, 93:17,
96:13, 99:16,
100:8, 101:13,
101:18, 102:9,
102:15, 108:2,
108:9, 108:19,
111:9, 111:11,
111:12, 111:13,
123:22, 124:21,
125:11, 126:1,
126:12, 127:19,
127:22, 131:9,
132:13, 133:3,
135:8, 136:1,
136:4, 138:18,
139:7, 150:15,
171:7, 173:10,
190:5, 200:5,
201:1, 201:22,
204:4, 213:10,

227:13, 228:20

**saying**
77:21, 78:13,
78:14, 79:4,
82:14, 89:11,
91:4, 91:14,
103:14, 105:1,
105:22, 106:2,
106:8, 106:12,
115:17, 115:22,
130:8, 130:22,
135:10, 178:20,
192:6, 192:8,
200:18, 201:1

**says**
34:13, 42:4,
58:11, 69:16,
78:1, 78:14,
91:11, 94:22,
95:1, 95:2,
96:3, 110:12,
111:1, 125:4,
201:6, 201:8,
202:6

**sb**
9:19, 9:22,
10:3, 10:7,
22:13, 23:2,
25:6, 32:6,
33:22, 34:16,
56:8

**sb1**
111:11, 111:13,
118:4, 169:3

**sb5**
168:21

**scenario**
225:19

**schedule**
49:16, 239:2

**scheduled**
5:14, 5:15,
49:18

**school**
84:13, 86:9,
91:6, 92:1,
129:5, 129:10,
129:14, 130:4,

130:5, 144:4,
144:12, 145:11,
145:13, 145:21,
147:17, 180:17,
184:16, 193:13

**schoolboard**
79:14

**schools**
47:2, 144:7,
146:4, 146:15,
146:17

**science**
188:22

**scored**
149:14

**scott**
132:8, 139:21,
140:11, 141:22

**seale**
175:20

**season**
47:19

**seat**
62:15, 84:22,
85:3, 87:21,
87:22, 124:14,
153:18, 160:18,
161:2

**seats**
66:14, 66:16,
67:3, 67:5,
68:1, 70:14,
70:19, 91:6,
153:11

**second**
7:1, 8:6,
42:14, 54:9,
82:6, 99:19,
101:16, 104:10,
117:19, 118:20,
119:6, 119:10,
123:13, 140:14,
148:6, 173:14,
195:17, 196:9,
196:10, 204:11,
209:2, 239:2

**secret**
112:12

**secretary**
2:4, 2:6, 2:8,
2:10, 2:12,
2:14, 2:16,
2:18, 2:20,
2:22, 3:3,
231:7, 234:9,
236:2
**section**
21:3, 25:6,
69:17, 75:20,
83:22, 109:4,
109:9, 109:11
**secure**
161:9
**security**
160:20
**see**
7:10, 7:11,
20:18, 22:19,
26:7, 35:20,
36:2, 50:17,
63:15, 68:13,
121:21, 127:4,
128:13, 132:8,
136:16, 136:18,
154:3, 159:3,
159:4, 171:2,
171:20, 174:6,
174:13, 179:6,
179:8, 180:9,
181:20, 189:8,
190:3, 190:11,
190:17, 193:17,
194:7, 205:18,
209:13, 209:18,
211:13, 213:20,
215:14, 216:13,
217:2, 218:3,
223:9, 225:6,
226:16, 229:7
**seeing**
3:14, 232:2,
235:8, 239:16
**seek**
22:10, 155:15,
206:21
**seeking**
209:22

**seeks**
206:5, 206:13,
206:16
**seem**
105:2
**seems**
42:22, 46:6,
86:19, 105:4,
110:11
**seen**
8:2, 8:3, 8:4,
8:7, 8:8, 8:11,
14:13, 45:8,
111:19, 154:2,
157:3, 158:12,
158:13, 158:15,
158:16, 171:4,
181:22, 218:19
**sees**
131:15, 213:16
**segment**
131:8
**segregate**
90:11
**segregation**
121:12
**segued**
131:9
**selected**
49:17
**seminary**
129:4, 129:20
**senate**
1:8, 2:3, 3:7,
6:10, 7:6, 8:4,
8:7, 8:15, 9:5,
9:7, 9:10,
10:18, 11:3,
11:6, 19:19,
29:13, 33:21,
35:6, 36:5,
36:10, 39:16,
42:18, 61:11,
62:19, 67:12,
67:15, 68:15,
70:11, 72:14,
73:17, 79:2,
88:10, 101:10,

102:4, 168:10,
168:17, 169:14,
173:16, 173:18,
173:19, 178:8,
178:15, 196:13,
206:4, 208:14,
224:19, 225:9,
226:1, 226:18,
239:2, 239:13,
240:19
**senators**
86:10, 92:22,
225:21
**send**
60:9
**sending**
122:12
**sense**
37:6, 127:11,
127:12, 187:2
**sentence**
204:11
**sep**
217:21
**separate**
161:16, 174:10
**separates**
133:18, 134:14
**servant**
58:6
**servants**
57:11
**serve**
156:19
**served**
43:18, 127:22,
140:12, 140:14,
151:16
**serves**
11:15, 151:2
**service**
28:6, 136:8,
142:10, 152:11,
152:22, 153:2,
157:15, 162:22
**services**
145:14, 152:13,
153:6, 153:11,

153:19, 160:22,
161:2, 161:13,
190:22
**serving**
84:6
**session**
4:2, 4:7, 4:8,
4:17, 4:18,
5:11, 5:13,
5:18, 6:22, 7:2,
7:14, 8:13,
8:14, 9:7, 9:21,
10:14, 11:2,
11:5, 11:18,
14:7, 20:1,
25:9, 28:17,
37:13, 38:19,
39:7, 45:8,
70:7, 82:12,
84:21, 86:21,
94:3, 98:18,
99:2, 99:11,
99:12, 99:19,
117:18, 122:11,
122:12, 168:18,
169:16, 197:2,
198:7, 198:11,
214:17, 222:17,
223:18
**sessions**
37:20, 99:7,
99:11, 99:14
**set**
3:18, 4:20,
25:7, 125:18,
152:18, 161:8,
204:17, 205:22,
206:4, 209:9,
215:16, 217:11,
217:12, 217:14,
222:17, 223:6,
225:11, 231:22,
232:2, 232:21,
233:3, 235:6,
235:8
**setting**
93:20
**settled**
71:14, 203:21

**seven**
12:12, 13:21,
18:17, 19:9,
19:11, 20:3,
20:13, 66:12,
66:14, 67:3,
100:10

**sever**
149:15

**several**
19:21, 75:13,
75:22, 85:6,
85:15, 85:18,
99:10, 103:2,
116:21, 132:4,
158:17, 184:20

**share**
81:4, 134:21,
145:1, 163:10,
196:13, 210:20

**shared**
41:8, 134:18,
151:6, 158:9

**shares**
183:19

**shelby**
109:17, 109:18

**sheriff**
175:20

**shifted**
174:22

**shirley**
195:2

**shoe**
223:9

**shopping**
186:10

**short**
9:7, 196:22,
230:21

**shot**
82:6, 82:18,
83:4, 83:7

**should**
6:5, 30:17,
51:12, 51:13,
51:15, 51:19,
52:15, 53:20,

54:1, 65:4,
73:19, 83:8,
111:22, 112:11,
134:17, 134:18,
151:3, 170:14,
189:20, 204:1,
213:14, 225:20,
239:10

**shouldn't**
51:14, 51:18,
53:15

**show**
23:14, 48:4,
69:16, 73:9,
73:16, 80:5,
100:16, 122:4,
123:6, 123:8,
126:11, 126:14,
126:15, 140:16

**shown**
94:2, 141:1

**shows**
66:1, 68:9,
69:15

**shreveport**
24:8, 24:11,
33:5, 44:15,
159:16, 159:19,
165:13

**shrink**
149:2

**side**
12:1, 14:12,
42:21, 43:20,
46:20, 137:6,
170:4, 172:17,
172:18, 172:19,
190:7

**sides**
75:13, 174:9

**signal**
122:12

**signature**
232:19

**signature-7dmpd**
240:14

**signed**
201:4

**significant**
10:6, 10:7,
134:6, 163:13,
167:1, 182:12,
182:20

**significantly**
80:7, 80:12

**similar**
9:19, 34:16,
57:2, 57:6,
163:1, 177:3,
178:10, 184:3

**similarities**
164:3, 177:3,
178:11, 179:13

**similarly**
167:7

**simple**
131:5

**simply**
164:6, 198:13,
198:14, 201:1,
214:15, 232:12,
233:7

**since**
5:19, 12:12,
94:17, 96:2,
133:20, 168:15,
198:13, 199:21,
220:7, 228:14

**sincere**
155:8

**single**
27:8, 33:8,
44:12, 46:13,
143:12, 162:3,
163:4, 167:3

**singular**
160:15

**sir**
35:18, 35:21,
36:3, 84:8,
98:10, 99:6,
104:15, 110:9,
116:14, 116:18,
119:15, 127:13,
131:21, 139:17,
142:11, 146:1,

146:7, 150:14,
159:10, 165:16,
168:6, 175:18,
181:12, 205:10,
208:18, 220:19,
239:1

**sit**
55:3, 55:6,
56:14, 58:6,
58:19, 88:7,
160:22, 170:18,
219:6

**sits**
177:17, 191:1

**sitting**
70:12, 82:14,
100:18, 103:13,
170:3, 170:22,
171:2

**situation**
114:14, 218:8

**six**
11:12, 12:13,
13:16, 13:20,
18:17, 19:7,
20:3, 20:12,
20:13, 20:20,
20:21, 22:12,
22:16, 26:8,
26:12, 26:15,
37:20, 37:22,
38:3, 38:12,
38:13, 38:17,
38:21, 39:2,
39:13, 55:13,
55:19, 60:18,
60:21, 66:13,
66:16, 67:3,
67:17, 98:18,
99:1, 99:10,
99:12, 99:13,
99:15, 100:10,
100:11, 116:11,
168:13, 213:4,
213:9, 220:2,
223:2, 223:13,
223:15, 223:16,
228:21, 231:20,

235:4, 236:20,
238:19
**sizable**
134:5
**size**
66:15, 66:17,
66:18, 66:20,
67:8
**skin**
117:8
**skinny**
21:13
**slam**
177:19
**slated**
161:20
**sliced**
147:13
**slid**
117:8
**slide**
192:12
**slidell**
25:20, 26:1,
26:10, 26:12,
26:13, 27:20,
59:7, 119:6
**slightly**
209:6
**slippery**
225:22
**small**
27:15, 135:7,
160:2, 172:12,
176:12
**smaller**
160:7
**smith**
188:13, 188:14,
188:16, 188:17,
192:9, 192:16,
192:20, 193:2,
193:10, 193:13,
194:10
**sold**
146:20
**soldiers**
129:6, 149:22,

162:12
**sole**
108:20
**solely**
56:15, 105:1,
105:9, 143:19
**solid**
140:6
**solve**
95:12
**solved**
203:2
**some**
10:21, 21:20,
24:22, 27:2,
33:11, 36:18,
38:9, 42:16,
45:9, 45:11,
45:20, 45:21,
46:14, 47:9,
50:13, 54:7,
54:8, 54:15,
59:10, 60:15,
63:10, 63:11,
63:14, 70:14,
70:15, 75:6,
78:14, 88:22,
92:17, 92:21,
98:22, 99:17,
99:18, 103:5,
104:20, 105:6,
111:8, 117:12,
120:3, 120:4,
120:20, 124:16,
127:8, 128:8,
129:20, 139:9,
140:21, 143:1,
152:2, 152:7,
152:12, 159:20,
164:2, 164:16,
166:8, 166:9,
173:6, 178:6,
180:11, 180:22,
185:2, 201:16,
204:2, 204:22,
213:7, 226:10,
226:14
**somebody**
57:17, 59:1,

61:15, 103:4,
113:19, 118:7,
199:13, 199:15
**somebody's**
140:3
**someone**
59:16, 87:18
**something**
11:20, 31:22,
37:17, 54:11,
54:14, 55:18,
60:8, 61:5,
61:21, 69:16,
72:11, 72:15,
78:1, 80:7,
80:11, 82:16,
83:12, 83:14,
87:9, 100:13,
100:14, 103:5,
103:10, 103:11,
118:5, 118:6,
118:13, 127:20,
131:17, 150:2,
166:4, 181:7,
194:6, 198:14,
200:4, 202:13,
203:7, 213:8,
218:18, 219:20,
220:2, 221:15,
223:7, 223:19,
229:5, 237:22
**sometimes**
77:1, 86:22,
87:1, 141:8,
171:5
**somewhere**
77:11
**sorry**
2:22, 18:10,
19:9, 64:17,
93:9, 111:9,
127:14, 136:12,
195:6, 220:17,
232:13, 233:3
**sort**
26:16, 63:9,
84:14, 103:5,
153:9, 167:10,

178:5, 189:10,
190:21, 192:3,
192:11, 196:19
**sorts**
103:22
**sought**
210:14
**soul**
142:8
**south**
124:16, 137:4,
137:16, 182:17
**southern**
24:8, 26:21,
128:18, 136:18,
136:21
**soybeans**
163:18, 177:9
**sp**
172:4
**speak**
22:1, 34:3,
43:22, 46:18,
82:19, 95:13,
95:14, 98:15,
99:22, 105:10,
116:22, 117:4,
117:7, 117:12,
124:8, 127:19,
132:5, 133:1,
142:13, 142:15,
142:16, 142:22,
143:6, 155:22,
175:5, 194:13,
196:4, 196:6,
198:2, 226:1
**speaker**
5:16
**speaking**
45:14, 82:20,
83:3, 87:18,
121:6, 123:6,
136:13, 136:22,
147:15, 164:16,
164:17, 195:8,
195:19, 216:10,
237:13
**special**
4:16, 9:6,

37:13, 48:5,
82:21, 197:2
**specific**
97:9, 202:7
**specifically**
95:2, 111:4,
112:6, 134:19,
135:5, 135:17
**speculate**
123:15
**spent**
8:9, 32:22,
86:20, 86:21,
181:15, 181:18
**spirit**
135:4
**splc**
116:22, 117:1
**split**
12:12, 20:9,
20:12, 23:17,
24:12, 26:2,
26:13, 27:2,
27:3, 27:19,
27:20, 29:17,
45:10, 46:15,
101:7, 101:8,
102:3, 134:17,
139:2, 139:3,
139:4, 139:5,
139:6, 139:9,
139:11, 140:3,
141:13, 141:15,
159:4, 179:19,
180:9, 181:20,
182:1, 189:17,
190:5, 191:16,
192:22, 193:1,
193:4, 193:5,
209:15
**splits**
10:3, 19:20,
20:2, 20:8,
20:11, 20:15,
20:16, 20:19,
20:21, 27:4,
147:20
**splitting**
141:21, 147:9,

154:7, 154:18,
154:19, 162:4,
172:5, 172:12,
173:6, 185:1,
185:7, 185:13
**spoke**
87:12, 158:17,
220:17
**spoken**
134:1
**spot**
172:15
**sprinting**
142:9
**square**
56:11
**st**
23:11, 25:21,
26:3, 26:7,
26:14, 47:20,
102:19, 114:20,
134:4, 139:3,
139:4, 163:19,
167:19, 168:9,
168:11, 168:14,
168:22, 169:1,
169:9, 169:10,
169:14, 169:22,
170:9, 171:9,
171:10, 171:12,
171:13, 173:1,
173:2, 173:15,
174:4, 194:16
**staff**
197:3, 197:6,
197:12, 198:5,
199:16, 201:12,
202:14, 203:11,
204:12, 205:1,
205:7, 216:7,
232:17
**staffed**
230:21
**stage**
3:18, 131:16
**stand**
15:6, 106:19
**standard**
223:6

**standards**
25:7, 58:14,
166:5, 225:11
**standpoint**
100:13, 101:12,
120:8, 120:12,
185:10
**stars**
165:12
**start**
3:17, 42:9,
63:13, 93:1,
132:6, 132:10,
132:11, 170:2,
228:19
**started**
32:13, 41:8,
170:1
**starting**
23:5, 226:5,
226:7
**state**
1:8, 11:7,
21:12, 24:6,
42:6, 42:21,
43:5, 43:21,
46:4, 47:13,
51:5, 62:5,
62:11, 66:5,
67:11, 67:14,
67:17, 67:20,
69:5, 75:16,
76:9, 77:9,
77:12, 77:17,
79:15, 84:10,
84:19, 84:20,
86:7, 86:10,
87:11, 90:13,
91:14, 92:4,
92:12, 94:11,
97:2, 97:14,
100:19, 101:1,
102:6, 103:9,
103:15, 104:3,
116:8, 119:9,
130:4, 130:9,
131:18, 133:6,
135:1, 136:8,

138:2, 140:8,
146:13, 148:6,
148:9, 153:17,
155:12, 157:17,
158:3, 158:21,
160:6, 161:17,
162:2, 166:18,
167:5, 173:4,
176:22, 183:6,
183:7, 184:10,
190:9, 206:11,
206:14, 218:16
**state's**
153:16, 160:12,
161:5, 163:16
**stated**
104:1, 202:1,
217:21
**statement**
104:4
**statements**
98:1
**states**
6:4, 51:6,
60:8, 66:16,
92:22, 95:3,
109:19, 109:20,
110:1, 110:5,
121:11, 201:18,
202:7, 203:1
**statewide**
77:20, 78:4,
78:12, 91:17
**stating**
202:1
**stationed**
150:10, 162:12
**statistical**
14:3
**statistics**
123:6
**stay**
4:12, 4:22,
5:2, 5:5, 5:6,
49:12, 50:22,
129:1, 129:11
**stayed**
5:4, 130:7

stays
22:3
stem
146:16
step
90:17, 90:19,
93:3, 203:21,
214:7
stepchild
178:2
stepped
117:6
sticking
225:15
still
23:22, 48:18,
53:7, 61:22,
63:20, 70:22,
115:21, 121:22,
187:12, 188:12,
193:14, 194:2,
209:17, 219:13,
227:6
stone-age
130:18
stop
15:10, 59:19,
92:14, 118:22,
119:5, 125:16,
125:17, 130:20
stopped
125:14, 130:7
stopping
130:9
story
120:22, 124:10,
124:18, 129:3
stranger
183:16
strawberries
177:11
street
22:1, 34:4,
47:21, 48:7,
174:2
streets
160:2
strength
161:16, 164:5,

164:8, 164:11
strengthened
137:14
stress
150:21
stretch
169:9
strict
212:5
strides
86:1, 86:3,
118:10
strike
202:18
striking
204:10
strips
187:20
strive
171:15, 171:17
striving
93:19, 93:20
strong
24:2, 43:17,
145:3, 159:2,
163:20, 207:5
stronger
166:13
strongly
169:10, 181:1
struck
23:3, 24:16,
70:21, 71:3,
202:22
struggled
153:10
stuck
121:22
student
176:14
students
43:9, 144:15,
145:9
study
148:8
stuff
61:11, 98:4,
98:20

subdivisions
168:19
submitted
71:12, 72:7
submitting
72:11
subsection
28:1, 29:10,
61:20, 61:22,
69:12, 104:6,
105:13, 110:1,
110:5, 111:16
substantial
222:18
substitute
229:15, 229:20,
229:22, 230:2,
230:3, 230:5,
230:9, 230:10,
230:17, 230:18,
231:1, 231:4,
233:12, 233:18,
235:12, 235:18
successful
22:15, 158:7
sudden
199:9
sufficient
4:14
sufficiently
28:9, 34:7,
34:18
suggest
213:21
suggesting
217:8
suggestions
232:8
sullivan
216:16, 216:17
summarize
197:5, 197:12
summary
207:2
summed
198:19
supersede
198:11, 200:6

supersedes
110:11
support
43:8, 116:1,
116:21, 132:2,
145:21, 147:17,
149:5, 151:12,
152:2, 152:4,
154:15, 154:16,
155:19, 164:16,
164:17, 169:11,
187:18, 196:2,
196:3, 196:9,
196:13, 210:21
supported
55:8, 167:11
supporting
116:1, 149:19,
158:5, 163:15,
240:4
supportive
131:12
supposed
46:7, 110:21,
171:12, 224:9
supreme
6:4, 53:6,
109:5, 226:11,
226:13
sure
15:9, 20:5,
43:17, 48:22,
52:1, 52:21,
65:17, 65:20,
81:12, 98:7,
100:12, 101:3,
101:22, 102:18,
119:17, 133:9,
133:11, 146:3,
173:12, 185:19,
188:18, 193:2,
193:3, 193:5,
200:15, 201:15,
210:22, 211:19,
214:10, 215:20,
216:4, 217:16,
218:22, 219:15,
227:17

| | | | |
|---|---|---|---|
| **surprised** | 232:3, 237:21 | 122:13, 136:16, | 233:15, 233:18, |
| 64:20 | **taken** | 137:7, 137:8, | 233:21, 234:16, |
| **surrounding** | 102:18, 182:2, | 149:4, 151:20, | 234:17, 236:10, |
| 158:13 | 232:8 | 166:11, 189:10, | 236:11, 238:10, |
| **susie** | **takes** | 193:21, 200:16, | 238:11 |
| 194:14, 195:2 | 153:7, 224:5, | 203:19, 205:10, | **tarver's** |
| **switch** | 233:5 | 218:14, 231:2, | 230:8 |
| 208:12 | **taking** | 239:18 | **tax** |
| **switches** | 29:14, 59:7, | **tammany** | 147:16 |
| 205:11 | 87:2, 154:7, | 25:21, 26:3, | **taxes** |
| **sympathize** | 156:7, 165:8, | 26:8, 26:14, | 145:14 |
| 133:7 | 167:12, 172:7, | 167:19, 168:9, | **team** |
| **system** | 175:3, 185:17, | 168:11, 168:14, | 22:19, 22:20, |
| 48:20, 60:7, | 232:6 | 168:22, 169:1, | 165:11 |
| 84:12 | **talk** | 169:9, 169:10, | **tech** |
| **T** | 5:17, 6:18, | 169:14, 169:22, | 181:17, 184:16 |
| **t** | 30:3, 32:12, | 170:9, 171:9, | **technically** |
| 214:1, 227:7, | 33:11, 33:21, | 171:10, 171:12, | 100:9, 186:13 |
| 232:3, 233:5 | 42:1, 55:21, | 171:13, 173:1, | **teeth** |
| **table** | 56:2, 63:10, | 173:2, 173:15, | 117:8 |
| 66:1, 74:3, | 68:22, 69:1, | 174:4 | **tell** |
| 96:1, 124:6, | 76:10, 85:4, | **tape-recording** | 32:22, 34:12, |
| 136:11 | 86:5, 112:6, | 240:9 | 59:19, 70:11, |
| **tailor** | 120:21, 126:14, | **tarver** | 74:11, 76:10, |
| 135:22 | 126:15, 136:16, | 2:14, 2:15, | 97:11, 102:22, |
| **take** | 138:12, 143:13, | 35:3, 35:4, | 103:18, 112:5, |
| 15:19, 40:12, | 144:3, 145:4, | 35:8, 35:12, | 124:10, 131:1, |
| 43:4, 43:7, | 147:7, 148:19, | 35:15, 35:17, | 132:18, 139:2, |
| 53:11, 55:16, | 151:19, 164:20, | 35:19, 35:22, | 152:3, 152:6, |
| 58:5, 58:12, | 183:1, 192:9, | 36:4, 36:9, | 224:16, 224:17, |
| 58:22, 82:10, | 203:10, 209:11, | 36:15, 36:20, | 226:4, 226:6, |
| 83:9, 87:2, | 210:10, 217:2, | 37:3, 37:8, | 227:2 |
| 87:6, 87:7, | 218:6 | 37:12, 38:1, | **telley** |
| 112:3, 117:5, | **talked** | 38:6, 38:13, | 116:22 |
| 117:21, 118:16, | 14:18, 55:4, | 38:18, 39:15, | **telling** |
| 119:15, 125:20, | 75:14, 79:11, | 39:21, 40:4, | 103:6, 137:20, |
| 131:19, 133:4, | 87:19, 102:11, | 40:7, 40:9, | 226:18, 226:20, |
| 134:13, 137:2, | 112:10, 128:12, | 40:17, 40:21, | 227:10 |
| 138:18, 155:5, | 140:5, 160:11, | 41:4, 116:6, | **ten** |
| 156:10, 156:13, | 177:5, 177:22, | 116:8, 116:10, | 109:19, 109:20 |
| 165:16, 175:6, | 179:6, 182:9, | 116:15, 116:19, | **tend** |
| 175:8, 185:2, | 189:6, 189:20, | 217:4, 217:5, | 97:4, 97:12, |
| 185:7, 195:18, | 192:3 | 217:10, 220:11, | 103:16, 103:17 |
| 197:1, 200:22, | **talking** | 220:12, 220:14, | **tender** |
| 201:9, 203:21, | 15:8, 29:4, | 229:14, 229:15, | 21:6 |
| 224:22, 229:5, | 30:6, 80:22, | 229:20, 230:2, | **tentacles** |
| 230:22, 231:21, | 100:22, 105:2, | 230:16, 230:22, | 196:4 |
| | 105:4, 122:5, | 231:14, 233:12, | **term** |
| | | | 68:20, 93:18, |

128:1, 140:14
**terminology**
128:4
**terms**
12:9, 13:13,
28:6, 61:6,
61:10, 65:11,
66:20, 67:1,
74:18, 95:6,
96:14, 140:14,
148:15, 149:3,
149:10, 150:9,
152:5, 153:14,
156:6, 157:12,
157:16, 158:1,
166:10, 166:14,
193:2, 210:15
**terrebonne**
114:21
**terrible**
57:6
**terry**
117:1, 195:4
**test**
75:7, 75:9,
76:15, 79:12
**testified**
75:1, 79:21,
80:18
**testify**
31:2, 80:20,
165:20, 225:3,
225:8, 225:10
**testimony**
1:7, 124:22,
142:4, 210:13,
224:22
**texas**
124:12, 124:13
**text**
81:13
**texts**
196:8
**th**
37:18, 63:5,
81:15, 81:17,
82:13, 98:9,
104:11, 198:14,

199:22, 201:18,
202:3, 202:6,
217:22, 218:13,
221:21, 222:2,
225:18, 232:9,
233:6
**tha**
123:20, 136:10
**thanks**
139:15, 139:16,
140:10
**theme**
119:10
**themselves**
83:13, 119:21,
120:11
**thereby**
207:4
**therefore**
6:6, 164:11
**they'd**
199:7
**thing**
22:7, 23:10,
24:4, 32:3,
45:14, 49:19,
55:21, 56:2,
60:22, 71:1,
72:19, 74:2,
84:14, 86:16,
88:13, 89:21,
94:5, 97:18,
101:6, 111:2,
112:22, 120:7,
121:8, 122:12,
125:11, 172:14,
173:11, 179:17,
186:7, 218:20,
219:11, 225:16,
226:2, 226:3,
227:3
**things**
33:11, 50:13,
62:6, 74:7,
82:4, 98:21,
101:7, 101:22,
102:3, 102:12,
103:22, 117:12,

118:14, 119:8,
120:20, 121:10,
121:20, 128:19,
128:20, 138:13,
147:17, 148:16,
151:20, 153:3,
153:9, 153:15,
170:14, 174:8,
182:3, 185:2,
190:8, 213:7,
225:7, 232:6
**thinking**
48:4, 58:7,
203:13
**thirty**
179:1
**tho**
91:13, 122:5
**thomas**
129:21
**thornburg**
61:8
**thought**
26:4, 119:19,
200:17
**thoughtful**
213:11, 214:11,
216:5
**three**
13:5, 17:7,
20:2, 20:6,
20:8, 20:9,
20:11, 20:12,
20:13, 20:19,
20:22, 23:13,
47:22, 81:3,
84:5, 100:8,
110:17, 136:20,
152:22, 170:17,
176:16, 189:17,
190:6, 191:16,
193:21, 205:15,
207:1, 208:16,
208:17, 223:6,
231:20, 235:4,
236:20, 238:19
**three-week**
4:2

**thrive**
158:2
**through**
14:16, 48:15,
48:19, 56:12,
58:20, 60:10,
60:11, 62:1,
100:21, 100:22,
101:1, 117:17,
133:9, 136:17,
141:3, 142:1,
155:3, 174:3,
175:7, 197:5,
200:17, 201:4,
207:13, 224:18,
228:18
**throughout**
41:16, 84:13,
167:11
**throw**
219:20
**thursday**
218:14
**tie**
166:14
**ties**
91:3
**tight**
94:20
**till**
211:9, 213:22
**tim**
159:19
**timber**
163:8, 163:20,
163:21, 177:10
**time**
4:14, 5:1,
5:10, 5:12,
5:17, 8:9,
15:19, 21:6,
30:9, 31:9,
35:9, 35:15,
35:19, 38:9,
38:19, 38:21,
39:10, 39:14,
40:7, 40:17,
47:19, 48:17,

| | | | |
|---|---|---|---|
| 49:2, 53:11,<br>54:4, 54:12,<br>54:16, 55:11,<br>55:12, 55:19,<br>57:16, 61:17,<br>62:4, 66:11,<br>75:11, 81:16,<br>85:19, 85:21,<br>86:21, 98:19,<br>98:22, 99:18,<br>100:7, 101:4,<br>108:16, 119:2,<br>131:9, 132:4,<br>133:14, 135:20,<br>136:9, 142:1,<br>142:4, 142:6,<br>143:2, 155:6,<br>156:7, 165:8,<br>166:7, 167:13,<br>173:14, 175:3,<br>178:7, 183:13,<br>184:5, 185:17,<br>195:15, 212:5,<br>212:9, 216:1,<br>218:10, 219:9,<br>219:21, 220:1,<br>221:18, 222:6,<br>222:12, 227:4,<br>227:6, 227:7,<br>227:8, 235:16,<br>237:8<br>**timeframe**<br>196:22, 227:19<br>**timeline**<br>217:19, 217:22,<br>218:12, 219:22,<br>220:7, 228:11,<br>229:4<br>**timely**<br>12:6, 212:8<br>**times**<br>49:11, 52:7,<br>76:1, 81:3,<br>158:17<br>**timetable**<br>54:3<br>**timothy**<br>159:15 | **tiny**<br>87:13<br>**title**<br>192:12<br>**today**<br>3:17, 5:13,<br>5:16, 7:21,<br>9:18, 15:17,<br>22:7, 33:10,<br>37:13, 37:15,<br>44:9, 49:10,<br>54:13, 62:10,<br>66:19, 69:22,<br>70:1, 70:4,<br>70:5, 70:15,<br>70:17, 72:18,<br>80:20, 93:2,<br>94:4, 94:10,<br>95:15, 102:9,<br>105:12, 113:4,<br>114:3, 127:18,<br>131:22, 132:18,<br>137:8, 140:5,<br>141:10, 143:6,<br>144:4, 144:19,<br>154:12, 156:9,<br>159:18, 164:21,<br>165:9, 165:20,<br>166:6, 166:11,<br>170:17, 181:1,<br>184:8, 196:14,<br>206:4, 210:13,<br>212:12, 212:15,<br>214:16, 214:19,<br>214:20, 218:13,<br>219:2, 221:7,<br>221:8, 221:9,<br>221:10, 221:13,<br>221:15, 221:17,<br>222:9, 222:10,<br>224:22, 232:7,<br>239:8, 239:9<br>**together**<br>7:3, 23:12,<br>23:16, 23:20,<br>24:9, 24:13,<br>28:21, 32:17,<br>33:9, 44:13, | 44:15, 45:4,<br>45:5, 45:7,<br>45:21, 61:12,<br>62:18, 94:7,<br>97:12, 114:22,<br>117:8, 117:11,<br>124:7, 131:14,<br>141:4, 145:2,<br>151:8, 153:17,<br>156:20, 157:6,<br>160:10, 166:7,<br>167:2, 184:21,<br>184:22, 185:4,<br>211:14, 211:18,<br>212:2, 228:21<br>**told**<br>48:5, 58:21,<br>87:4, 119:5,<br>124:14, 226:11,<br>227:5, 232:18<br>**tomorrow**<br>114:4, 211:7,<br>211:13, 213:20,<br>213:22, 219:2,<br>223:21, 224:17,<br>224:19, 225:3,<br>225:9, 225:10,<br>226:5, 226:7,<br>226:20, 228:19,<br>232:6, 235:10,<br>235:15, 237:1,<br>237:9, 237:16,<br>237:17, 239:11<br>**took**<br>9:22, 26:20,<br>40:9, 44:9,<br>51:4, 55:12,<br>75:11, 79:2,<br>124:14, 203:17<br>**toombs**<br>124:7, 127:16,<br>127:17<br>**top**<br>163:14, 166:3<br>**topic**<br>55:11, 56:1<br>**total**<br>14:16, 14:17, | 14:19, 14:21,<br>14:22, 16:2,<br>16:3, 16:13,<br>16:14, 16:15,<br>16:16, 16:17,<br>16:18, 16:19,<br>16:20, 17:7,<br>17:8, 17:9,<br>17:10, 17:14,<br>17:21, 18:2,<br>18:3, 18:4,<br>18:7, 18:17,<br>18:18, 18:19,<br>18:20, 18:21,<br>19:7, 19:8,<br>19:9, 19:10,<br>19:11, 19:12,<br>19:13, 19:14,<br>19:18, 42:2,<br>42:6, 67:14,<br>67:16<br>**totality**<br>47:12<br>**touch**<br>190:7, 192:3<br>**tough**<br>62:16, 62:20,<br>154:13, 155:2,<br>170:1, 170:5,<br>170:21, 185:12<br>**tourism**<br>135:5<br>**town**<br>27:17, 27:19,<br>86:9, 150:9,<br>176:12<br>**towns**<br>160:3, 164:9,<br>189:8, 193:17<br>**track**<br>97:19<br>**trading**<br>129:11<br>**traditional**<br>43:1, 47:11<br>**train**<br>154:21<br>**training**<br>129:6, 147:12, |

154:20, 160:14
**trajectory**
152:18
**transcribed**
1:22
**transcriber**
240:1, 240:2
**transcript**
1:6
**transcription**
240:9
**transparency**
227:17
**traveled**
116:8, 176:21,
183:13
**traveling**
184:8
**travels**
194:11
**treasurer**
79:15, 92:4
**treated**
210:16
**tremendous**
45:15, 166:20
**tremendously**
154:9
**trial**
49:3, 49:7,
52:7, 53:1,
71:9, 71:12,
71:20, 75:10,
78:21, 79:1,
106:21, 107:11,
107:12
**tried**
197:12
**trillions**
87:20, 87:21,
100:20
**trouble**
116:1
**troubling**
172:3
**troy**
196:1, 196:8,
196:15

**true**
48:1, 186:5,
186:6, 240:8
**truly**
21:17, 98:21,
101:9, 102:1
**trust**
151:10
**truth**
103:21
**try**
41:17, 43:14,
46:8, 46:9,
51:10, 51:12,
51:14, 52:15,
58:14, 74:8,
89:12, 90:10,
141:10, 170:15
**trying**
28:21, 45:18,
56:9, 56:11,
65:17, 72:10,
72:13, 93:8,
103:10, 123:2,
123:3, 128:8,
129:16, 133:10,
142:18, 164:19,
187:6, 187:7,
195:18, 200:22,
210:22, 211:19,
212:6, 213:9,
213:12, 215:12,
215:17, 215:20,
218:9, 225:13,
227:2, 227:3,
227:6
**turn**
60:5, 205:13
**turned**
164:18, 165:20
**turning**
22:22
**twenty-seven**
40:8
**two**
3:16, 13:1,
16:14, 20:2,
20:6, 20:8,

20:9, 20:12,
20:13, 20:16,
20:19, 20:21,
21:2, 21:3,
22:12, 23:22,
24:18, 25:2,
25:6, 28:1,
29:10, 32:17,
33:7, 34:14,
44:19, 55:8,
56:6, 56:7,
61:20, 62:11,
69:12, 73:13,
74:6, 74:13,
75:17, 76:7,
78:15, 81:19,
83:22, 94:2,
100:8, 101:14,
104:6, 108:12,
111:14, 112:5,
112:20, 114:16,
115:18, 124:5,
126:8, 127:2,
140:14, 140:18,
140:19, 147:10,
153:16, 154:6,
157:2, 157:14,
157:15, 157:17,
157:20, 158:10,
160:12, 160:19,
162:5, 166:19,
167:2, 168:11,
174:10, 190:6,
192:18, 192:22,
193:1, 193:4,
193:5, 196:15,
202:3, 202:4,
205:14, 206:8,
206:19, 206:21,
207:17, 207:20,
208:12, 208:13,
213:19, 223:22,
226:8, 228:13,
232:20, 235:19,
239:3, 239:13
**two-thirds**
4:5, 39:17,
39:18

**type**
97:5, 128:2

---
**U**
---

**uh**
8:6, 196:7
**ultimately**
4:3, 41:13,
41:20, 99:20,
134:17, 166:4,
196:22, 239:5
**un**
108:21
**uncertainties**
200:22
**uncommon**
47:16
**unconstitutional**
109:5, 109:15,
110:6
**under**
38:8, 50:5,
56:21, 68:4,
68:14, 69:12,
69:22, 70:4,
70:6, 70:9,
89:7, 90:6,
94:1, 110:1,
110:5, 138:22,
140:12, 147:8,
151:13, 159:5,
199:7, 212:4,
212:5, 217:22,
224:6, 224:7,
227:19, 240:3
**underlying**
74:2
**underserved**
128:3
**understand**
10:20, 27:21,
30:14, 35:12,
41:22, 49:12,
50:11, 52:1,
52:19, 54:2,
56:9, 60:4,
60:14, 61:2,
83:18, 90:4,

98:3, 98:7,
98:21, 98:22,
101:9, 102:2,
105:20, 110:16,
112:2, 114:8,
116:3, 118:18,
125:5, 125:22,
126:5, 126:22,
138:4, 138:5,
140:3, 140:21,
154:12, 155:2,
156:22, 165:4,
173:21, 200:16,
203:9, 211:1,
215:19, 218:1,
218:14, 228:9,
229:5, 230:16,
232:11
**understanding**
47:8, 96:3,
96:5, 104:1,
162:11
**understands**
52:21, 151:2,
219:16
**undisputed**
11:5
**undistinguishable**
156:4, 156:5
**unfair**
69:7
**unfortunately**
45:6, 46:15,
47:15, 77:9
**unification**
134:12
**unique**
102:13, 134:22,
189:1
**united**
6:4, 24:2,
25:3, 44:20,
51:6, 169:9,
201:18, 202:6,
203:1
**unites**
163:7
**units**
160:2

**university**
24:6, 26:22,
128:21, 176:14,
188:22
**unless**
108:21, 109:2,
135:11, 149:22,
233:8
**unmoored**
151:14
**unopposed**
140:15
**until**
4:19, 10:17,
63:3, 81:15,
81:17, 82:15,
117:12, 211:7,
226:20, 235:10,
235:15, 236:22,
237:9, 237:16,
237:17
**untruth**
137:20
**unusual**
95:3
**upcoming**
202:8, 232:9
**upheld**
54:9
**uphold**
51:5
**upholds**
197:9, 198:9,
199:9
**upset**
118:3, 118:5
**urban**
127:2, 182:10
**urge**
136:3, 184:2,
185:11, 212:14,
214:15, 215:6,
221:9
**urging**
191:18
**use**
61:6, 61:12,
66:6, 96:14,

105:3, 128:4,
147:12
**uses**
154:21
**using**
76:15, 109:20

---

**V**

**valid**
201:9, 202:12,
203:10
**validity**
49:4
**value**
160:9, 160:10
**values**
134:21, 168:22
**vantage**
133:3
**vap**
77:14
**vegetation**
152:17
**vernon**
42:20, 143:15,
144:5, 144:12,
144:20, 146:9,
146:18, 146:19,
146:22, 148:2,
148:5, 148:13,
150:5, 151:1,
151:5, 151:7,
154:14, 166:21,
192:5, 192:10,
205:19, 207:3,
208:3, 208:4,
208:5, 208:6,
210:1
**version**
145:2, 147:5,
147:8, 150:7,
239:5
**versus**
59:17, 61:8,
95:4, 96:19,
153:19, 156:1
**vertical**
24:1

**vet**
10:8, 61:14
**veterans**
150:2, 162:22
**veto**
4:5, 55:9, 79:9
**vetoed**
4:4, 39:16
**viable**
158:4
**video-recorded**
1:6
**viewpoint**
133:3
**vigorous**
15:21
**ville**
59:7
**violate**
108:21, 109:2,
206:15, 223:5,
223:17
**violates**
174:16
**violating**
217:19
**violation**
219:13
**virtually**
77:10, 160:21,
163:1
**vital**
152:17, 157:15
**voice**
137:13, 138:7,
138:8, 178:7,
178:18, 180:17,
181:2, 182:1,
225:6
**voices**
123:13, 179:15,
181:6
**voicing**
55:22
**vote**
4:5, 40:2,
40:15, 40:16,
48:5, 57:20,

58:3, 58:12,
59:2, 62:7,
65:11, 73:4,
77:7, 80:6,
80:15, 89:12,
97:4, 97:12,
97:14, 115:6,
118:19, 125:3,
125:9, 138:5,
169:13, 170:18,
171:14, 229:13,
231:5, 231:6,
231:8, 234:3,
234:4, 234:5,
235:22, 237:8,
237:10, 237:17,
237:18, 237:19,
237:21, 237:22
**voted**
39:18, 40:11,
40:14, 40:18,
48:17, 79:15,
86:21, 171:14,
237:20
**voter**
17:14, 17:15,
17:16, 17:17,
17:18, 17:20,
17:21, 18:7,
18:9, 18:10,
18:12, 18:13,
18:14, 18:22,
19:1, 19:2,
19:3, 19:4,
19:5, 19:13,
19:14, 19:15,
19:16, 47:18
**voters**
16:6, 16:21,
17:1, 17:2,
17:4, 17:6,
17:9, 17:10,
17:11, 17:12,
17:15, 17:16,
17:17, 17:18,
18:3, 18:4,
18:5, 18:6,
18:8, 18:9,

18:11, 18:13,
18:14, 18:18,
22:11, 24:17,
34:19, 76:9,
77:7, 95:10,
95:11, 121:10
**votes**
16:9, 17:3
**voting**
16:5, 16:6,
16:7, 16:8,
16:10, 16:11,
16:12, 16:15,
16:20, 16:21,
16:22, 17:1,
17:2, 17:4,
17:5, 21:3,
25:7, 27:5,
28:2, 28:8,
29:11, 40:10,
60:7, 61:20,
66:1, 66:6,
66:10, 67:1,
69:13, 69:15,
75:9, 75:14,
75:15, 76:12,
77:4, 77:6,
77:11, 78:4,
79:12, 80:22,
81:10, 83:22,
91:8, 91:17,
92:7, 96:22,
97:1, 105:13,
106:4, 106:6,
109:4, 111:17

---
**W**

**wade**
194:15
**wait**
70:3, 82:15,
226:20, 239:10
**waited**
211:9
**waiting**
116:7
**wanakitiana**
195:2

**want**
7:9, 7:10,
12:2, 15:10,
15:13, 15:19,
21:10, 23:17,
24:12, 33:6,
42:15, 44:5,
46:18, 48:22,
52:1, 52:17,
54:15, 54:17,
55:21, 56:2,
56:20, 67:22,
70:18, 73:1,
73:2, 82:19,
83:2, 88:1,
88:8, 98:7,
98:15, 100:8,
105:11, 108:18,
109:10, 111:11,
117:19, 117:20,
118:19, 118:21,
119:6, 119:12,
123:11, 127:19,
128:6, 130:8,
130:16, 136:16,
140:19, 141:4,
155:1, 155:4,
159:4, 165:7,
170:6, 179:17,
180:4, 191:10,
194:3, 198:18,
201:15, 202:17,
203:6, 210:22,
211:10, 212:7,
214:2, 214:10,
215:15, 216:4,
217:16, 218:1,
218:11, 218:16,
218:22, 219:6,
219:11, 219:12,
219:14, 220:5,
222:6, 225:3,
226:6, 226:22,
228:3, 228:4,
232:3, 232:6
**wanted**
7:11, 9:1,
23:15, 54:11,

90:21, 100:12,
101:2, 102:6,
118:13, 120:15,
123:16, 124:3,
130:1, 130:3,
159:20, 171:15
**wanting**
92:17, 101:8,
102:2
**wants**
69:2, 156:14,
190:1, 228:16
**war**
130:7
**washington**
21:14, 88:17,
128:11, 160:19,
175:20, 177:17,
177:18, 196:5
**wasted**
214:22
**wasting**
119:2, 219:9,
222:5
**watching**
15:9, 130:12,
131:15
**water**
163:11
**way**
22:22, 29:18,
40:14, 42:22,
43:3, 60:7,
64:10, 72:20,
84:7, 87:15,
88:19, 95:7,
112:8, 118:3,
125:1, 127:5,
128:13, 128:19,
128:20, 130:15,
136:1, 137:15,
139:14, 169:8,
170:14, 170:21,
174:15, 177:2,
178:15, 178:21,
184:3, 187:1,
187:8, 189:14,
199:20, 202:6,

**204:19, 204:20,**
206:19, 210:16,
213:10, 213:13,
216:5, 224:9,
224:10, 229:11,
232:11

**ways**
43:16, 47:9,
85:10, 131:12,
141:10, 145:6

**we'll**
115:1, 198:2,
223:21

**we've**
8:9, 11:17,
14:18, 15:3,
32:20, 39:7,
45:2, 45:7,
47:5, 54:14,
55:4, 56:5,
56:6, 57:4,
57:7, 57:15,
62:18, 62:21,
63:1, 63:2,
63:5, 63:6,
71:8, 71:12,
72:15, 74:8,
84:6, 84:10,
86:1, 86:3,
87:4, 89:10,
99:10, 99:12,
107:3, 107:12,
120:11, 134:9,
140:11, 149:9,
153:10, 154:1,
154:2, 154:17,
154:18, 158:6,
158:15, 166:5,
174:17, 177:4,
184:9, 194:12,
195:13, 195:17,
217:4, 223:11,
224:14, 228:14,
237:20, 239:7

**weaken**
60:2, 158:19

**wealth**
128:12

**weapons**
161:20

**website**
35:17, 36:1,
36:2

**week**
107:12

**weeklong**
75:10

**weeks**
170:3, 200:5,
223:7

**weigh**
8:19, 10:12,
144:21

**welcome**
3:4, 3:8, 4:22,
120:3, 132:10,
175:11, 176:4,
184:13

**well-known**
52:13

**went**
11:18, 30:5,
56:10, 60:20,
66:9, 66:12,
93:17, 119:20,
119:21, 120:14,
120:15, 130:2,
146:13, 174:3,
183:16, 189:4

**weren't**
105:1, 155:22,
209:16, 223:3,
225:12

**west**
24:19, 59:17,
102:20, 172:17,
172:19, 177:22,
178:16, 180:11,
184:10, 184:15,
185:19, 185:21,
186:7, 186:9,
186:10, 187:3,
187:8, 187:11,
187:13, 187:15,
189:5, 189:11

**western**
42:21

**wha**
110:13

**whack**
219:21

**whatever**
15:14, 77:15,
78:10, 99:2,
118:20, 123:11,
136:4, 145:2,
170:21, 211:21,
229:3

**whenever**
152:9

**whether**
47:8, 75:3,
86:17, 97:3,
98:1, 148:11,
148:22, 149:7,
149:8, 151:5,
151:7, 169:6,
189:19, 218:3

**white**
11:9, 11:13,
11:16, 14:19,
16:6, 16:15,
16:21, 17:9,
17:15, 18:3,
18:8, 18:18,
19:1, 19:8,
19:14, 40:19,
40:20, 41:2,
57:12, 58:11,
58:12, 58:17,
60:13, 60:20,
62:12, 63:17,
67:14, 67:19,
70:17, 77:6,
77:7, 80:6,
80:14, 84:20,
85:20, 95:10,
112:21, 113:12,
113:14, 116:11,
116:12, 116:16,
125:7, 140:19,
142:22, 159:14,
164:18, 165:21

**whoever**
120:10, 154:8,

**160:17**

**whole**
20:7, 20:10,
20:13, 20:17,
20:20, 20:22,
23:12, 29:16,
39:7, 72:7,
77:2, 138:22,
139:8, 139:13,
140:2, 148:6,
164:11, 165:14,
166:19, 168:20,
170:10, 171:9,
174:4, 181:15,
181:18, 181:21,
181:22, 187:17,
208:5, 208:6,
221:7

**wholly**
164:10

**wife**
183:19

**willing**
77:7, 81:3,
155:22, 201:11,
204:8, 221:2,
226:17

**win**
89:13, 146:15,
157:6, 226:16

**window**
98:19

**winners**
86:22

**wins**
154:4

**wish**
15:7, 77:1,
175:6, 196:3,
221:21

**wishing**
116:22, 142:13,
144:20, 194:13

**withdraw**
204:5

**withdrawing**
204:17

**withdrawn**
204:15

**within**
27:16, 34:7,
38:3, 41:19,
45:18, 87:10,
164:10, 167:3,
168:20, 168:22,
169:2, 169:3,
169:11, 169:15
**without**
131:13, 140:6,
213:15, 223:8
**witnessed**
166:15
**witnesses**
75:13, 78:22,
79:22, 80:17,
81:8
**womack**
2:16, 2:17,
84:3, 84:4,
84:9, 85:12,
87:16, 89:3,
89:6, 89:9,
89:16, 90:1,
90:5, 90:9,
90:16, 90:22,
92:9, 92:20,
93:4, 93:8,
93:10, 93:15,
94:6, 118:9,
119:16, 119:18,
122:15, 123:18,
124:11, 128:6,
141:3, 231:15,
231:16, 234:1,
234:18, 234:19,
236:12, 236:13,
238:12, 238:13
**woman**
92:12
**women**
92:13
**word**
40:12, 69:14,
141:21, 202:14,
229:2
**worded**
199:21, 204:19,

204:20
**wording**
197:11, 201:12
**words**
91:13, 97:15,
97:16, 187:6,
204:10
**wordy**
198:4, 198:13
**work**
5:2, 10:17,
47:18, 54:17,
56:12, 56:14,
56:17, 59:6,
60:8, 79:3,
79:5, 81:9,
85:14, 85:16,
85:17, 89:14,
91:2, 92:16,
94:8, 100:10,
101:21, 120:8,
128:8, 131:14,
135:15, 136:6,
154:17, 154:18,
170:15, 175:7,
184:21, 186:9,
197:3, 201:11,
204:7, 204:11,
205:1, 213:10,
214:22, 239:7
**worked**
48:16, 62:18,
89:7, 120:11,
134:9, 152:1,
152:7, 176:15,
185:2, 185:4
**working**
86:19, 90:10,
94:7, 102:16,
103:1, 120:11,
149:16, 151:8,
176:18, 176:20,
215:22, 230:21
**works**
152:4, 228:2
**world**
56:3, 81:8,
130:12, 131:15,

132:19, 144:9,
153:1, 153:2,
161:11, 171:22
**worn**
175:22
**worse**
114:14, 215:13
**would've**
214:21, 228:22
**wouldn't**
54:19, 96:17,
127:21, 135:11,
138:8, 172:20
**wri**
104:1
**written**
98:5, 199:4
**wrong**
30:4, 61:19,
62:13, 62:21,
108:19, 226:3

## Y

**y'all**
167:22, 175:3,
184:7, 191:18,
204:13, 205:9,
226:14, 227:3,
229:12
**yays**
231:20, 235:4,
236:20, 238:19
**yeah**
9:11, 20:18,
28:15, 34:21,
40:6, 46:16,
48:9, 50:11,
87:12, 87:15,
104:5, 108:10,
109:7, 109:12,
112:18, 114:8,
122:1, 122:6,
122:8, 123:4,
147:21, 157:10,
172:1, 182:19,
190:10, 192:11,
192:16, 192:17,
193:7, 193:10,

193:11, 195:10,
195:16, 195:17,
198:4, 200:9,
202:11, 203:6,
204:8, 204:20,
205:16, 212:4,
217:16, 221:18,
237:4, 237:10,
237:14
**year**
21:17, 33:1,
66:5, 66:11,
128:18, 188:2
**years**
45:3, 57:4,
60:8, 66:9,
66:21, 66:22,
84:6, 84:10,
85:18, 86:2,
131:19, 133:11,
134:10, 140:12,
141:2, 151:17,
171:5, 174:17,
176:17, 185:3,
185:5, 202:3,
202:4, 203:17
**yellow**
136:19, 190:12
**yep**
123:20, 182:19
**yesterday**
4:19, 55:5,
99:9
**yield**
112:3, 136:9,
184:5
**yielded**
4:2
**york**
22:21
**young**
99:21, 100:1,
121:19
**yourself**
9:15, 57:10,
127:14, 132:14,
139:17, 169:20,
176:7, 181:13

**yourselves**
179:8, 186:20

**Z**

**zac**
117:2
**zero**
13:13, 77:10
**zillion**
145:6
**zoom**
10:9, 190:9
**zydeco**
135:3

**$**

**$1**
161:9
**$11**
163:16
**$123**
154:5
**$3.2**
152:16
**$60,000**
22:4
**$7.25**
120:19, 121:17
**$7.5**
146:15, 146:16
**$82,000**
130:4

**0**

**0.00**
14:1
**0.000**
13:18
**0.001**
12:20
**0.002**
13:7, 13:10
**0.004**
13:4
**00**
63:4

**1**

**1**
167:21, 168:2,

188:18, 205:10,
205:14, 208:3,
208:5, 208:7,
208:16, 211:16,
212:3, 216:12,
228:14, 229:18,
229:22, 230:5,
230:13, 237:4,
237:12
**1,300**
162:19
**10**
57:4, 57:6,
60:8, 66:9,
66:21, 66:22,
85:13, 102:17,
102:18, 103:3,
109:20, 133:11,
181:9, 223:3,
229:3, 229:6
**10,220**
17:19
**10,644**
19:16
**100**
101:10, 102:5
**105,115**
17:16
**109,262**
18:9
**110,000**
16:8
**118**
201:18, 202:3,
202:6, 203:1,
232:9, 233:6
**119,000**
58:7
**12**
5:5, 13:6,
13:9, 13:22,
39:5, 205:22,
206:4, 206:5,
209:9, 217:12,
217:14, 231:22,
232:2
**12,007**
18:4

**12,375**
19:16
**12,444**
17:17
**13**
5:11, 152:9,
204:18
**13,000**
162:13
**13,735**
18:13
**13,850**
17:12
**131,488**
19:10
**14**
5:13, 5:15
**14,268**
19:12
**144**
73:3, 228:3
**15**
233:1, 233:3,
235:7
**15,000**
162:18
**150,741**
17:10
**156,420**
14:20
**16**
1:10, 2:4,
5:16, 11:16,
240:19
**16,723**
16:11
**165**
193:15
**17**
209:1
**17,285**
17:11
**17,293**
19:11
**17,467**
19:5
**18**
11:16, 129:7

**18,020**
18:5
**18,094**
16:9
**1800**
124:12
**1860**
129:14
**1862**
129:4, 129:9
**1869**
129:14
**19**
4:3
**1900**
119:20, 124:13
**1974**
120:22, 168:15
**1994**
99:17

**2**

**2,500**
162:20
**20**
4:11, 4:19,
6:8, 37:18,
63:4, 63:5,
66:11, 81:15,
81:17, 82:13,
83:20, 98:9,
104:11, 140:12,
181:19, 198:14,
199:22, 217:22,
218:13, 221:21,
222:2, 225:18
**20,577**
18:14
**20,731**
66:21
**2000**
10:15, 66:5,
66:14
**2010**
63:16, 63:20,
66:7, 66:15,
203:15
**2011**
133:20

**2012**
152:9
**2018**
38:9, 38:17,
99:19
**2020**
64:3, 66:7,
66:19, 203:18
**2022**
1:10, 6:8,
161:6, 168:18,
169:16, 240:16
**21,871**
17:2
**2161**
19:6
**219,344**
16:22
**22**
6:8, 173:18
**23**
162:20, 240:16
**23,781**
17:20
**23,838**
14:22, 16:3
**23,991**
18:15
**239**
240:8
**24**
55:9, 137:18,
176:21, 176:22,
183:14
**24,200**
18:21
**24,288**
14:22
**240**
1:21
**25**
163:14
**25,000**
162:21
**255,642**
19:1
**26**
40:9

**260,368**
17:9
**260,535**
16:15
**261,926**
18:4
**27**
40:4, 40:9,
40:17
**27,469**
16:17
**28,638**
18:21
**28,649**
17:22
**28,899**
18:5
**288**
14:18
**29.6**
66:5

**———— 3 ————**

**3**
96:20
**3,000**
176:13
**30**
122:18, 134:10,
178:12, 178:20,
182:5
**30.47**
66:7, 66:9
**302,438**
19:2
**306**
8:15, 9:5,
10:19, 11:5
**31.25**
66:8, 66:10
**315,387**
17:1
**315,773**
18:18
**32**
11:8, 13:3,
13:22
**32,230**
19:17

**33.1**
67:16
**34,593**
18:6
**3406**
17:12
**35**
174:17
**36**
73:6, 73:8,
73:9
**36,000**
19:17
**362,936**
18:8
**37**
73:5, 73:6,
73:8
**39,728**
17:5

**———— 4 ————**

**40**
84:9, 86:2,
122:18, 150:17
**40,000**
162:15
**406,023**
16:6
**41,805**
17:13
**419,465**
18:19
**42,000**
146:20
**423,079**
16:16
**43**
228:14
**435,388**
17:15
**44**
13:22
**445,178**
19:14
**453461**
1:20, 240:19
**455,428**
18:3

**46,865**
19:12
**47,000**
146:21
**48**
130:19
**49**
77:15, 95:9,
130:19
**499,169**
14:19
**4th**
157:1, 157:12,
159:21, 160:5,
160:17, 161:4,
163:7, 163:8,
163:14, 164:4,
164:6

**———— 5 ————**

**5,000**
162:18
**5,500**
162:19
**50**
47:5, 80:7,
80:12, 96:4,
130:19, 131:19,
146:22, 190:14
**50,271**
17:6
**50.1**
95:8
**500**
123:7
**51**
76:16, 78:9,
92:12
**51,829**
16:12
**52**
77:11, 77:13,
77:14, 78:10
**53,773**
19:12
**55**
78:8
**56,065**
16:18

**566,379**
19:9
**57**
67:20, 67:21,
76:17
**57.0**
67:14
**58,177**
18:22
**586,948**
17:14
**5894**
19:4
**592,421**
19:13
**596,366**
18:7

---
**6**
---

**6**
63:4
**6,000**
162:14
**60**
182:16
**603,235**
16:5
**603,401**
16:20
**62**
11:9, 67:18
**638,425**
66:15
**64**
176:21
**64,590**
16:13
**67**
18:10
**6781**
19:3

---
**7**
---

**7071**
17:3
**72,176**
16:19
**72,573**
16:3

**755,562**
66:18
**76**
18:2
**776,200**
18:3
**776,228**
14:18
**776,280**
13:6, 13:9,
17:8
**776,288**
12:17
**776,292**
12:15, 13:12,
18:17
**776,293**
13:17, 19:8,
66:19
**776,324**
13:2, 16:15
**7908**
18:20

---
**8**
---

**8,000**
162:12
**80**
67:22, 70:14,
70:15, 112:20
**82**
11:15
**83**
62:11
**8851**
18:11
**8946**
18:20
**8th**
50:4, 82:15,
83:1

---
**9**
---

**90**
21:13
**91,994**
19:15
**9176**
16:18

**92**
99:3
**93,564**
16:4
**94**
15:17, 99:4,
99:5, 101:5