# Exhibit C



# Transcript of Louisiana State Senate Redistricting Committee

**Date:** June 17, 2022
**Case:** Transcription Services

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1

2

3

4

5

6                TRANSCRIPT OF VIDEO-RECORDED

7                   TESTIMONY OF THE

8                LOUISIANA STATE SENATE

9                REDISTRICTING COMMITTEE

10                   JUNE 17, 2022

11

12

13

14

15

16

17

18

19

20   Job No.: 453585

21   Pages: 1 - 128

22   Transcribed by: Christian Naaden

```
 1                P R O C E E D I N G S

 2          SEN. HEWITT:  All right members, I'd like to

 3   call this meeting of Senate Governmental Affairs to

 4   order. It is Friday, June the 17th. As you know, most

 5   of the State offices are closed today in celebration of

 6   Juneteenth, so to those who are here today working with

 7   us, we appreciate that very much.

 8          MALE 1:  Could we get time and a half?

 9          SEN. HEWITT:  Yeah. Yeah, I'll throw in a

10   little extra into your pay this week, yeah.

11          All right, um, Madam Secretary, if you would,

12   please call the roll.

13          MADAM SECRETARY:  Senator Hewitt.

14          SEN. HEWITT:  Present.

15          MADAM SECRETARY:  Present. Senator Milligan.

16          SEN. MILLIGAN:  Present.

17          MADAM SECRETARY:  Present. Senator Allain.

18          SEN. ALLAIN:  Present.

19          MADAM SECRETARY:  Present. Senator Foil.

20   Senator Harris.

21          SEN. HARRIS:  Present.

22          MADAM SECRETARY:  Present. Senator Price.
```

```
1              SEN. PRICE:  Here.

2              MADAM SECRETARY:  Present. Senator Reese [ph].

3              SEN. REESE:  Here.

4              MADAM SECRETARY:  Present. Senator Tarver.

5              SEN. TARVER:  Here.

6              MADAM SECRETARY:  Present. And Senator Womack.

7              SEN. WOMACK:  Present.

8              MADAM SECRETARY:  Present. That is eight and a

9     quorum.

10             SEN. HEWITT:  All right. Good. Thank you all

11    very much. Okay. A couple of things here that -- to get

12    us started. As -- as you all know, we -- we had a -- a

13    -- a very thorough hearing yesterday on -- on Senate

14    Bill 1. I think it was about five hours, so thank you

15    all for that. And lots of participation from the

16    community as well.

17             One thing I want to clear up, because there

18    was some confusion and I created probably some of that

19    confusion, and that has to do with the amendment that

20    we added. We added two amendments as you recall. One

21    amendment from Senator Foil had kind of some language

22    in it. The other amendment from Senator Reese was
```

1    actually changing up Vernon parish, LaSalle and Grant

2    parishes.

3           So, those -- those -- that amendment, you

4    know, we've done it both ways in this committee on

5    redistricting bills, in some cases amendments are

6    affecting nearly every district. And, so, the amendment

7    ends up being kind of a new bill because we're

8    restating every district that was affected.

9           In this case, only Districts 3 and 4 were

10   affected. And, so, the amendment addressed Districts 3

11   and 4 and replaced the old District 3 and 4 description

12   in the original bill. And, so, for those of you in the

13   public that are trying to follow along with us, those

14   amendments -- both amendments are online and you can

15   see those.

16          So, to see Districts 3 and 4 you have to read

17   the amendment. To see the other four districts, you

18   read the original bill. Okay? So, that -- I just wanted

19   to clarify that because there was some confusion about

20   all that yesterday.

21          The other thing that I'd like to point out,

22   and members you have the -- the bill in your -- in your

1   folder and the amendments, we also have picked up a

2   fiscal note. It has zeros but the -- the consideration

3   or the idea was that, you know, any work that the

4   Secretary of State has done so far in preparing for an

5   election under the maps that we passed or the map that

6   we passed several months ago, the enacted bill, any of

7   that work that he had already done or expense he had

8   gone through should we enact a different map, there

9   would be perhaps some new expenses as a result of that.

10          And you'll -- when you read the fiscal note

11  you'll see that, you know, that was sort of a statement

12  by the fiscal office. They don't have any information

13  from the Secretary of State's office as to exactly what

14  those dollars would be. So, there's a little bit of arm

15  waving in the description and zeros because, you know,

16  we don't have exact numbers.

17          But the anticipation was that there would be

18  some expenses, although I don't know that -- you know,

19  I don't know how much they would be or how significant

20  they might be. So, that fiscal note I think you'll see

21  is on every bill, Senate Bill 1, 2 and 3. But I just

22  wanted to kind point that out, that's something new

1    since yesterday.

2                Okay. So, yesterday we spent a good bit of the

3    time -- a good bit of the time talking about

4    communities of interest and how those were -- were

5    represented or perhaps interrupted, depending on whose

6    view you had. Interrupted as the map, Senate Bill 1 map

7    is being proposed.

8                And, so, I'd like to kind of further explore

9    that a little bit, Senator, and talk about, you know,

10   kind of the reasons and some very specific areas. The

11   reasons why the -- the map was drawn the way it was and

12   the redistricting principal that was used in that

13   particular area.

14               And to help us kind of with that conversation,

15   I had Bill kind of create a map for me. If you would

16   pull that up. And I'm -- I'm mostly interested, again,

17   in what I see as kind of the fingers, I'll call them,

18   for lack of a better word.

19               And, so, this map -- and my eyes aren't quite

20   as good as they used to be -- if -- if I was up close

21   to the screen I would blow that up. But -- but Bill

22   talk about the legend. How about just read through the

1    legend first so we'll understand what all the coloring

2    coding means.

3              DR. BLAIR:  Yes, Madam Chairwoman.

4              SEN. HEWITT:  And --

5              DR. BLAIR:  For --

6              SEN. HEWITT:  -- I guess introduce yourself.

7              DR. BLAIR:  My name's William -- Dr. William

8    Blair. I'm the legislative demographer, I guess for --

9              SEN. HEWITT:  Okay. Thank you.

10             DR. BLAIR:  For simplicity this map color

11   codes the state, the -- the Louisiana database of

12   precincts we use to redistrict into four categories of

13   0-25, 25 to 50, 50 to 75, and 75 plus percent voting

14   age population black from our data. So, the darker the

15   color, the higher the percentage voting age African-

16   American.

17             SEN. HEWITT:  Okay. All right. So, everybody -

18   - and kind of understands the -- the color code. So,

19   for example, you know, one big thing that -- that jumps

20   out is down in Plaquemines on the east bank which

21   actually is part of my district, the east bank of

22   Plaquemines is dark -- dark blue or navy.

1          So, that is, according to our database, all of

2     those precincts that you have shaded are in the 75 to

3     100 percent black voting age population.

4          DR. BLAIR:  Yes, ma'am.

5          SEN. HEWITT:  Okay. Okay. So, let's start out

6     just, you know, by way of example, let's go up to

7     Washington Parish. And we had some discussion about

8     that yesterday in terms of communities of interest.

9     I'll find it on my other map. Okay.

10         So -- so we had some discussion yesterday

11    about communities of interest and the observation was

12    that, you know, we pulled out parts of Monroe and --

13    and West Monroe into Congressional District 5. Left

14    some of it, the West Monroe area and some of that in

15    Congressional District 4.

16         And, so, there were -- there -- we did get

17    some input from folks from the public that came and

18    spoke about perhaps they -- in their opinion it was

19    disrupting that -- they saw themselves as a community

20    of interest and that was disruptive. And, so, I wanted

21    to go back then and ask -- I mean, I think, you know,

22    this is the map again and that area that shows that

1    finger, I'll call it for lack of a better word, in the

2    -- in the Monroe area how it takes in Congressional

3    District 5.

4             So Senator Fields tell me, what then was the -

5    - was the logic, you know, was race the primary reason

6    why, you know, that was pulled into Congressional

7    District 5?

8             SEN. FIELDS:  Ma- -- Madam Chairman, first of

9    all thank you very much for -- for having me for a

10   second time. And let me thank the members of the

11   committee for discussing this plan for a third time for

12   five hours yesterday. With all due respect, Madam

13   President, as you know we under a court order.

14            SEN. HEWITT:  Chairwoman.

15            SEN. FIELDS:  I'm -- I'm sorry. You're right.

16   It's -- look, we all tired. I'm calling you president

17   now. Madam Chairwoman.

18            [talking in background, inaudible]

19            SEN. FIELDS:  Look, if -- if -- if any member

20   of this committee is not satisfied with this map, I'm

21   going to just off- -- ask you to offer an amendment.

22   I'm not going to sit here for another five hours and go

1   precinct to precinct. I sat here yesterday to do that.

2   And I thought the purpose of today was to give the

3   public an opportunity to review the amendment --

4   amendment and then we would vote the map up or down

5   today.

6          I'm here today to take a vote on the map. If

7   you don't like it, vote it down. I'm -- I'm just tired

8   of all these delays, with all due respect. If you don't

9   like the way Monroe is shaped, amend it. If you don't

10  like the way the shore -- north shore is shaped, amend

11  it. I'm just -- look, I -- let's not get tide up in the

12  analysis of the paralysis. We all know why we're here.

13  I've explained this map over and over and over again.

14  And I'm not going to explain it anymore.

15         So, with all due respect, and look you all my

16  colleagues, I love each of you. But I'm not going to

17  sit here and do a dog and pony show over and over

18  again. And that's what -- that's with respect, you

19  know. And I -- and I respect each of you. So, if you

20  don't like it, change it, but I'm not going to sit here

21  and keep answering the same questions over and over

22  again.

1      SEN. HEWITT:  Well, Senator, I think you are

2  disrespecting this committee and I do think that we are

3  asking questions about your bill and under- -- trying

4  to understand your bill. I think these are reasonable

5  questions. This is not a question that we asked

6  yesterday and I would like to understand your bill.

7      SEN. FIELDS:  That -- well, that's contrary to

8  what you said yesterday, Madam Chair. You said

9  yesterday the purpose of holding the bill over was to

10 give the public an opportu- -- if there's a person in

11 the public who wants -- it's the pub- -- anybody in the

12 public who wants to testify --

13     SEN. HEWITT:  I'm running this committee

14 hearing, Senator Fields, and the public will have an

15 opportunity to comment and they will have an

16 opportunity to talk about the amendment. But I would

17 like to ask you a question, right, about the reason for

18 why you drew the map you did. And I don't think that's

19 an unreasonable question.

20     SEN. FIELDS:  It -- you -- you're welcome to

21 come and address Monroe.

22     SEN. JACKSON:  I originally, Madam

1    Chairperson, came to support Senator Fields as part of

2    this deal but the conversation has come up about the

3    Monroe area and the Washington Parish area which I

4    represent. And the testimony that took place through

5    the road show. I believe at that time I had COVID, if

6    I'm not mistaken and I attended --

7           SEN. HEWITT:  I'm sorry -- I'm sorry, Senator.

8    I know we all -- we all know you but for the record --

9           SEN. JACKSON:  Oh, I apologize --

10          SEN. HEWITT:  -- if you don't mind just --

11          SEN. JACKSON:  -- yes.

12          SEN. HEWITT:  -- introducing yourself.

13          SEN. JACKSON:  Senator Katrina Jackson,

14   District 34, encompassing a large portion of Washington

15   Parish and the entirety of most Monroe, a large portion

16   of Monroe, Louisiana.

17          The question has come up, I originally came to

18   support the senator and other members who co -authored

19   this bill about the testimony in Washington Parish and

20   Monroe regarding the Fifth Congressional District

21   during that road show.

22          I believe the -- during that time I had COVID

1    and I attended by Zoom and I listened to every piece of

2    testimony of my constituents. There was an overwhelming

3    majority of African-Americans in Washington and Mor- --

4    Mor- -- Washington Parish and Monroe who testified

5    overwhelming that they wanted to be able to elect a

6    person of their choosing and they didn't think the

7    current maps did that.

8              I do remember probably three to five people

9    who came to talk about not wanting that. But I -- I --

10   I remember about 20 or 30 people ad nauseum giving

11   testimony to Madam Chairperson and this committee

12   during the road show talking about Washington and Mor-

13   -- Morehouse Parish and Monroe wanting to elect a

14   candidate of their choice.

15             And believing that they had not been

16   represented adequately. Not by the person, but by the

17   way the district was drawn. Because I want to be very

18   clear on that. I get along very well with my congress

19   woman but as you know, I can't support a drawn district

20   based on who represents my district. I -- I draw and

21   I'll support districts based on fairness.

22             And, so, there was some testimony just now

1   from Madam Chairperson, or a statement, that there were

2   people from Washington and Monroe who -- and it was, it

3   was three to five people. On the reverse side of that

4   during the road show, there was 20 to 30 people from

5   that same area who talked about wanting a fair

6   district. And, so, for that reason I only came to the

7   table because you asked a question about the area I

8   represent.

9         SEN. HEWITT:  And the testimony that I was

10  referring to was testimony that we had here yesterday

11  in this committee where we had people that came from

12  the Monroe area. We were asking them to help us

13  understand, you know, the community of interest in that

14  area. The map as it's drawn takes parts of west Monroe

15  and leaves them in District 4. It takes parts in

16  District 5, along with the rest of Monroe.

17        So, the questions were, you know, why are we

18  doing that. What's the logic behind that? How do -- how

19  do the people in Monroe -- how do you believe the

20  people in Monroe see themselves as a community of

21  interest?

22        SEN. JACKSON:  I can only --

1        SEN. HEWITT:  In the greater Monroe area --

2        SEN. JACKSON:  Right.

3        SEN. HEWITT:  -- I'll say.

4        SEN. JACKSON:  I -- I'll speak from what they

5   spoke on not only during the road show but in this

6   committee because I was also in a committee doing

7   redistricting, when a number of people came from

8   Monroe. Their concern was less about, honestly, keeping

9   a parish whole for a congressional district and making

10  sure that parish had adequate representation.

11       I believe that -- I've talked to some people

12  and they said, look, to have two congressmen

13  representing our parish works for them because that's

14  two people fighting for that parish. And that's the way

15  they looked at it. And -- and I can say here, when I

16  look at the delegations, because of our population,

17  we're smaller in number than most delegations. So, when

18  we come into the legislative session each year as a

19  delegation, we don't have as many people fighting for

20  our area.

21       So, we thought it to be advantageous when I

22  spoke with them last night. I did have a Zoom and after

1    the Zoom we went on a private meeting. We thought it to

2    be advantageous that we would have two congressional

3    members from our area fighting for us. We felt that it

4    was better.

5              SEN. HEWITT:  And do you believe that where

6    the district is drawn makes sense from a community of

7    interest standpoint?

8              SEN. JACKSON:  I do, yes. Eve- -- if you look

9    at Congressional District 4 and 5, both of them have

10   some very populated agricultural areas. And, so, we

11   have that commonality.

12             They also both center around an urban area or

13   our ur- -- urban area in Congressional District 5,

14   being Monroe, the urban area in Congressional District

15   4 at the time being, you know, the old map being

16   Shreveport. Our districts are very similar in that the

17   outlying areas of our districts are very rural.

18             And then the hub of those districts, where the

19   main population lies, and not the main populations as

20   far as the district, when you look at those two

21   parishes, right, Caddo and Washington and -- because

22   those are the hubs really in the north of those two

1    districts are very urban.

2            And, so, we have always been very similar in

3    our districts, our district make up and our population

4    of rural versus urban. And we've shared that

5    commonality. Northeast Louisiana and northwest

6    Louisiana generally share a lot of commonality in

7    communities of interest and what that means and what

8    our representatives will fight for.

9            SEN. HEWITT:  Did -- did you hear the

10   testimony in committee yesterday from some individuals,

11   don't remember everyone's name, I didn't know everybody

12   that was here, but they testified to the fact that in

13   Congressional District 5 the way it was drawn in

14   Senator Fields' map that 30 to 35 percent of the

15   population of that district would be in East Baton

16   Rouge. Did you hear that testimony?

17           SEN. JACKSON:  I didn't but I -- I'll take

18   your word for it if that was the testimony given. I was

19   in and out of watching it with my family yesterday. But

20   I -- but I would tell you this right now in

21   Congressional District 5, a large portion of our

22   population is intangible [inaudible] and other

1    parishes.

2            Congressional District 5 currently sits in

3    what 20 some parishes. I -- I don't think that this

4    district is any more unique than the district we

5    currently sit in as far as having multiple parishes in

6    one district.

7            Northeast Louisiana carries a density of

8    population. It -- I mean, a -- a -- a -- basically it's

9    -- it's real like -- not dense. I apologize. It's very

10   fractured our population. We have a lot of rural areas

11   that are -- that are low in population.

12           So, regardless of how we draw Congressional

13   District 5, if you look at the current map,

14   Congressional District 5 consists of about 20 some

15   parishes right now.

16           SEN. HEWITT:  Mostly rural.

17           SEN. JACKSON:  Mm.

18           SEN. HEWITT:  Wouldn't you agree that the map

19   the way it's being proposed in Senate Bill 1, because

20   it includes such a large part of East Baton Rouge, you

21   are changing Congressional District 5 from one of rural

22   agricultural base district to one that has an -- an

1   anchor in a very urban area? That was, again, I'm not

2   quoting but --

3           SEN. JACKSON:  Well --

4           SEN. HEWITT:  -- that was --

5           SEN. JACKSON:  -- when I looked --

6           SEN. HEWITT:  -- sort of my --

7           SEN. JACKSON:  -- at the nu- --

8           SEN. HEWITT:  -- takeaway --

9           SEN. JACKSON:  Yeah. Madam Chairperson --

10          SEN. HEWITT:  -- from the --

11          SEN. JACKSON:  -- when I looked at the

12  numbers, Baton Rouge -- East Baton Rouge Parish doesn't

13  make up a majority of that district. I think it makes

14  up a hundred and some thousand of seven- -- I think 700

15  and some thousand people. So, I'm not sure if the

16  constituents who testified yesterday had the actual

17  numbers. But I mean I think what -- how much is that

18  district hold in population right now under this map?

19          SEN. HEWITT:  The whole district?

20          SEN. JACKSON:  Yes.

21          MALE:  760.

22          SEN. HEWITT:  We could -- we could pull it up

1    Senator Fields had all those numbers yesterday --

2            SEN. JACKSON:  Right.

3            SEN. HEWITT:  -- he read through.

4            SEN. JACKSON:  And -- and I left my map at

5    home because, like I said, I came to support but then

6    you guys asked questions about my area and since I had

7    just talked to my constituents I wanted to be very

8    clear on where my constituents were with Senator

9    Fields' map.

10            SEN. HEWITT:  Yes. So, District -- the --

11    District 5 has 776,292 people.

12            SEN. JACKSON:  And in Baton Rouge, east Baton

13    Rouge, in that district?

14            SEN. HEWITT:  189,802.

15            SEN. JACKSON:  That's not a majority. That's

16    not --

17            SEN. HEWITT:  We didn't say majority. I think

18    the testimony yesterday was 30 or 35 percent.

19            SEN. JACKSON:  Right. And -- and --

20            SEN. HEWITT:  We can do --

21            SEN. JACKSON:  -- so --

22            SEN. HEWITT:  -- the math on that.

1        SEN. JACKSON:  Right. And I --

2        SEN. HEWITT:  The --

3        SEN. JACKSON:  -- think in the con- -- current

4  Congressional District 5 there's no one parish, you

5  know, probably, maybe holding 30 percent but it's a

6  wide sped -- spread district. I think that regardless

7  of how Congressional District 5 is drawn as far as

8  you're going to have parishes with more population than

9  other parishes.

10        As I said because when you get into the rural

11  areas of our parishes, you have less population. But at

12  the end of the day, if -- if we look at it, and I think

13  go- -- I think Senator Fields he's always prepared even

14  when I'm just here cheering him on. If you look at

15  Congressional District 5 Avoyelles is -- Avoyelles is a

16  rural parish. It has 39,000.

17        Catahoula has almost 9,000. Concordia in my

18  district is a very rural parish with almost 19,000.

19  East Carroll is a extremely rural delta area with

20  almost 7500. East Feliciana rural area with almost

21  20,000. Evangeline with almost 9,000; that's a rural

22  area. Franklin extremely rural, 20,000. Iberville rural

1    with 3500. And Madison very rural with 10,000.

2    Morehouse with 25,000. Washington parish with 69,000.

3            If you take Morehouse and Washington together,

4    you are at a rural population count before adding

5    everything I just read of about 100,000 or 105,000.

6    Pointe Coupee's rural with 20,000. Rapides is a rural

7    area with 60,000. So -- and -- and I can go on and on

8    but I don't need to do it. I'm sure the committee has

9    this map. This district is still heavily rural based on

10   the rural population of the parishes.

11           And, so, even if you took, let's say, East

12   Baton Rouge, 189,000, when you add up all the rural

13   constituents, this district is overwhelmingly rural in

14   its population.

15           SEN. HEWITT:  It's certainly not as rural in

16   the new map as it would be under the -- under the old

17   map or the current map.

18           SEN. JACKSON:  I -- I -- I do understand that

19   but I -- you know, as the Senator said, we are not here

20   because we called ourselves back into session. We're

21   here because a federal judge ordered us to create two

22   majority -- minority districts.

1        So with that, it -- it was not on our fruition

2   of being called here. And so, we -- you know, we know

3   what we're here to do and so when I look at -- number

4   one, I'm an attorney so I'm never going to attempt to

5   not follow a court's order. Okay. Because I -- I love

6   bar license.

7        And then I'm a senator who took the oath of

8   office and to -- and to abide by the Constitution and

9   how the framework is signed and there's a check and

10  balance system on the three branches of government.

11       The judicial branch has exercised its check

12  and balance system. So I come here with good intent to

13  try to preserve everything I can from my area and its

14  representation while also following the oath that I

15  took in completing the duties of that judicial order

16  that came out. And when --

17       SEN. HEWITT:  And when --

18       SEN. JACKSON:  -- I do that I have to balance

19  that. And, so, we know we can't stay with the old, even

20  if we wanted to. But my constituents didn't want to

21  anyway. The road show showed that and their testimony

22  in committee during redistricting showed that.

1          So, representing my constituents, upholding

2    the oath that I take, there is a balancing act that has

3    to be performed. And in that balancing act, when I

4    looked at this district, and that's why I co-authored

5    it, this district was very heavily populated rural.

6          St. Landry parish 82,000. St. Martin 42-.

7    Tangipahoa rural area 20,000. West Baton Rouge is

8    considered for me to be somewhat rural. West Feliciana

9    is definitely, West Carroll is definitely rural. And --

10   and that's what I judged it by, was the majority --

11   overwhelming majority of the population in

12   Congressional District 5 based on this map still

13   considered a rural district. And for me it was when I

14   looked at the numbers.

15          But I do find it, the advantage, Madam

16   Chairperson. I've always had one person representing me

17   from my area in Congress. I do find it to be a great

18   advantage that we would have two. That's two voices

19   speaking for you. I can speak your part of the Orleans

20   delegation when you guys want something from Orleans in

21   the state of Louisiana, the legislature, you all come

22   together.

1        When we want something in our rural areas,

2    four, five what representatives or six representatives

3    and three or four senators, that -- those votes

4    outnumber us a lot. And so I like the fact of having

5    someone else up there to represent me. I like the fact

6    of having two congressmen to represent our area and our

7    interests.

8        SEN. HEWITT:  And I -- and I appreciate those

9    points. And I appreciate your perspective. You know,

10   the questions again were centered around communities --

11   communities of interest and the -- the rationale and

12   the logic behind drawing the map the way it was drawn.

13       SEN. JACKSON:  And -- and for me, the -- the

14   overwhelming thing for me when I looked at this map is

15   this deal -- overwhelming rural district as far as the

16   population and it was and it is.

17       SEN. HEWITT:  But you would admit that it's

18   less rural under the new map, the proposed map than it

19   -- than it currently is.

20       SEN. JACKSON:  I'm not sure. I would have to

21   look at the current numbers but what's less rural than

22   not rural is also the people that it represents and

1    whether all of the people in that district have a for-

2    -- fair voice.

3              And -- and so I think this map gives them a

4    fair voice while giving them and our parish -- I may be

5    being a little selfish in that but I think we all come

6    to do the job of our constituency -- two congressmen to

7    represent us who can -- who can expound our interests.

8    And no one is oppos- -- ever opposed to having two

9    congressmen from their -- that represent their area.

10             SEN. HEWITT:  Okay. Okay.

11             SEN. FIELDS:  Madam Chair, do you have anyone

12   from the public who wish to be heard?

13             SEN. HEWITT:  Would you like to come to sit in

14   my chair, Senator --

15             SEN. FIELDS:  No --

16             SEN. HEWITT:  -- Fields?

17             SEN. FIELDS:  -- not at all, Madam Chair. Not

18   at all. And I -- and -- not at all. And I only say

19   that, not out of disrespect at all. I -- but -- but I

20   thought that was the purpose of us being here today.

21             SEN. HEWITT:  Well, let's do that. Let's --

22   let's get on with it. If you'll give up the table, I've

1   got some red cards.

2           SEN. FIELDS:  Thank you, Madam Chair.

3           SEN. HEWITT:  All right. I've got several red

4   cards here. Trying to see what make the most sense in

5   terms of --

6           MALE 2:  [inaudible] back here.

7           SEN. HEWITT:  -- out of which groups. Okay.

8   Okay. I'm going to -- we'll -- I'll bring up two of you

9   at a time so you don't have to wrestle with the -- with

10  the laptop. Tom Kendrick, LaSalle Parish accessor and

11  Gabe -- Senator Firment -- I mean, excuse me,

12  representative Firment representing Grant LaSalle.

13          REP. FIRMENT:  [inaudible] a [inaudible] --

14          SEN. HEWITT:  I gave you a promotion just as

15  Senator Fields gave me a promotion.

16          MALE 3:  Get a picture with him without his

17  crutches.

18          REP. FIRMENT:  Hopefully my doctor is not

19  watching.

20          MALE 3:  What I --

21          MR. KENDRICK:  He's milking this thing pretty

22  hard.

1          MALE 3:  Might need that some time.

2          REP. FIRMENT:  It's worked so far.

3          SEN. HEWITT:  Let's see, who would -- let's --

4     Representative would you like to start?

5          REP. FIRMENT:  Yeah. Thank you, Madam

6     Chairwoman. Gabe Firment, District 22 state rep and I'm

7     -- I'm here this afternoon because I guess about this

8     time yesterday I started getting calls from people

9     around my district, Grant LaSalle Parish, and, you

10    know, they said, look, do you know the Senate is

11    working on a -- a plan that would put Grant and LaSalle

12    in a congressional district with -- that -- that Clay

13    Higgins represents with Lake Charles and -- and

14    Lafayette and I said I do not -- I did not know that

15    but let me look into it.

16         And -- and so really I would -- I would

17    certainly be opposed to that plan and you've -- we've

18    been talking about communities of interest and, you

19    know, that plan would drastically disrupt the

20    communities of interest in Grant LaSalle Parish. And,

21    so, that's my primary opposition. Have looked at the

22    original bill, which puts Grant and -- and LaSalle, I

1    believe, in District 4 would -- would certainly be

2    opposed to that as well.

3              So, it -- it just when you -- when you look at

4    that map and -- and some of these things have been

5    mentioned but Grant LaSalle are very rural timber,

6    agricultural based parishes. You know, there's cultural

7    cohesion, I think, with the 5th District and more so

8    with 5th but also with the 4th District.

9              You know, the -- the i- -- the idea for me

10   that -- that Jena and Breaux Bridge would be in the

11   same district that Pollock and Abbeville, Dry Prong,

12   and Cameron would be in the -- in the same district

13   frankly is just kind of ludicrous.

14             And just one -- one particular thing that

15   stood out to me is -- is looking at -- at my district,

16   going up Highway 165 in LaSalle Parish you've got

17   little small towns of Olla, Urania, and Tullos that --

18   they're really like families, dysfunctional at times

19   but -- but -- but families.  And the amendment, I

20   believe it was Committee Amendment 12, would actually

21   split those communities in two.

22             And Senator Womack may be more knowledgeable

1    about this than me, but just to give you an idea of

2    what that would -- would do, their water systems are

3    connected, their sewer systems are connected. I believe

4    Urania takes Tullos' sewer and -- and, you know, Urania

5    gets water from Olla.

6              So, the idea of splitting those communities

7    and -- and, you know, not to mention the fact they go

8    to church together, they go to school together. They --

9    they work at the same place. There's a big hospital and

10   a prison right there between those communities and --

11   and to split -- split those up just doesn't make sense.

12             SEN. HEWITT:  Well, I know you're very

13   passionate about your area and very knowledgeable and

14   so we appreciate your perspective on that and -- and

15   bring some of those -- that additional information to

16   the table.

17             REP. FIRMENT:  And -- and Senator Hewitt, if I

18   -- if I could, and -- and, you know, maybe the most

19   concerning thing about this process to me is -- is --

20   so I started getting these calls and, you know, I --

21   people wanted to come down here but today's a holiday,

22   Sunday's father's day and to try to get people down

1    here to testify in person with less than 24 hours'

2    notice is -- is just unfair and undemocratic to -- to

3    me and I know the committee really, it doesn't have any

4    -- any control over that.

5            But I don't know if -- if you all have entered

6    the emails you've received into the record but I know

7    I've gotten emails from dozens of people in -- in

8    LaSalle, the -- the LaSalle accessor's here with me. I

9    know the sheriff, school superintendent, school board

10   members, police [inaudible] members, president of the

11   police jury in Grant Parish have all sent emails in

12   opposition.

13           Just and -- and -- and the message is really

14   the same, it's we -- we just do not share many

15   commonalities with -- with the 3rd District. Please

16   keep us together. So, I'll -- I'll -- I'll be happy to

17   answer any questions. I know Mr. Kendrick would --

18   would like to say a few words as well.

19           SEN. HEWITT:  All right, thank you. If you

20   would introduce yourself.

21           MR. KENDRICK:  So, I'm Tom Kendrick, I'm

22   LaSalle Parish accessor. And I've been accessor for

1    about 10 years. And what I figured out is that you

2    don't really know a place until you've hung out around

3    there a while. And I've been to every door in LaSalle

4    Parish. I've knocked on every door in LaSalle Parish;

5    every color, every everybody. It doesn't matter to me.

6            And I think that -- that LaSalle belongs in

7    District 5. I know we've been there for about 20 years.

8    We're very rural. We have a- -- around 15,000 people.

9    We have lots of things in common with them.

10           You know, if you go below -- I was looking at

11   this map sitting over there and I'm going to tell you

12   besides my accessor friends, I bet you I don't know 25

13   people that live below Rapides Parish because we don't

14   have anything in common. We never go down there. It

15   doesn't -- it doesn't fit in our -- in our mix.

16           But I know the -- I know we've been in

17   District 5 for about 30 years or better and that's

18   always seemed to work with us, rural, farming,

19   agriculture kind of a parish. But then when I saw this

20   map, I said, okay, not only are we coming out of 5,

21   we're also being chopped up. And I don't -- I don't

22   understand that because, you know, I got a pretty good

1   idea of where the people live in my parish. We build

2   maps in our office.

3            And I mean it can't be that many people and

4   then to go all the way around -- I -- none of this

5   makes any sense to me because I can't figure out what

6   people in West Carroll Parish have to -- have in common

7   with people in St. Landry Parish. I mean, that makes no

8   sense to me. So, but I'm not here to talk about them.

9            But, you know, what I would -- what we would

10  like to do is have LaSalle Parish whole and be with

11  parishes like ours and we believe that that's in the

12  5th District.

13           SEN. HEWITT:  All right. I appreciate that

14  perspective very much. All right. A question from

15  Senator Price.

16           SEN. PRICE:  Madam -- thank you, Madam Chair.

17  Representative, in the bill that was enacted was not

18  Grant Parish split in that bill?

19           REP. FIRMENT:  It was. Yeah, it was split

20  between the 5th and the 4th District.

21           SEN. PRICE:  Correct. And now you're saying

22  they're -- they're holding in -- in the bill that is

1   here, it's just that is not in the 5th District. Is

2   that correct?

3           REP. FIRMENT:  Yeah, so, my primary opposition

4   would be to the bill that puts Grant and LaSalle in the

5   3rd District which goes all the way down to the -- to

6   the coast. But, yeah, I -- I --

7           SEN. PRICE:  Grant and LaSalle's in the 5th

8   District in this map.

9           REP. FIRMENT:  Well, I guess it depends on

10  which one we're talking about. I believe we've got an

11  amendment --

12          SEN. PRICE:  Cole's [??] map.

13          REP. FIRMENT:  Yeah. You -- we're -- we're

14  talking about the bill unamended, correct? Is that what

15  you're --

16          SEN PRICE:  Right --

17          REP. FIRMENT:  -- referring to?

18          SEN. PRICE:  -- exactly.

19          REP. FIRMENT:  Right.

20          SEN. PRICE:  As amended by Representative

21  Reese.

22          REP. FIRMENT:  Right. Yeah, so --

1             SEN. PRICE:  And -- and --

2             REP. FIRMENT:  -- as --

3             SEN. PRICE:  -- but you're talking about being

4    split --

5             REP. FIRMENT:  Yeah, so as the LaSalle --

6             SEN. PRICE:  -- and it was --

7             REP. FIRMENT:  -- Parish state rep --

8             SEN. PRICE:  -- it was --

9             REP. FIRMENT:  -- I --

10            SEN. PRICE:  -- also splitting the enacted

11   map.

12            REP. FIRMENT:  Yeah. So, first of all as the

13   LaSalle Parish state rep, I would echo the objections

14   of Mr. Kendrick that historically LaSalle Parish has

15   been in the 5th District and this -- this map would

16   change that and put LaSalle in with Vernon,

17   Natchitoches, Caddo, so, yes, certainly some

18   disruptions in communities of interest there as well.

19            SEN. PRICE:  But I was just trying to figure

20   out if it was splitting the enacted map. Did you vote

21   for the enacted map?

22            REP. FIRMENT:  Yes, sir. You know, LaSalle --

1          SEN. PRICE:  It was --

2          REP. FIRMENT:  -- District is in the 5th --

3    the 5th District under that map currently.

4          SEN. PRICE:  But it was also split.

5          REP. FIRMENT:  No.

6          SEN. PRICE:  Yes, not LaSalle but -- look,

7    which one?

8          FEMALE:  Grant.

9          SEN. PRICE:  Grant was --

10         REP. FIRMENT:  Yeah, there was a small sliver

11   of Grant --

12         SEN. PRICE:  Yeah.

13         REP. FIRMENT:  -- didn't like it then, I can't

14   -- I still can't say that I was crazy about it but I --

15   and I will certainly say that there's more in common

16   with western Grant and the 4th Congressional District.

17   So, no, we didn't -- wasn't crazy about it but Senator

18   got -- kind of got out voted on that, you know how that

19   goes.

20         SEN. PRICE:  But you voted for it.

21         REP. FIRMENT:  Yeah.

22         SEN. PRICE:  You didn't get outvoted, you went

1    --

2              REP. FIRMENT:  No, well, I voted for it. I

3    think the -- I voted to concur with the -- with the

4    final bill but I voted against it initially.

5              [talking in background, inaudible]

6              REP. FIRMENT:  Yeah.

7              SEN. PRICE:  Okay. Thank you.

8              SEN. HEWITT:  All right. Okay. I don't see any

9    -- any other questions. I appreciate you all very much

10   for being here. Thank you.

11             MR. KENDRICK:  Thanks.

12             SEN. HEWITT:  All right. Deborah Randolph from

13   the Central Louisiana Regional Chamber of Commerce if

14   you'd like to come to the table, present, would like to

15   speak in opposition. And then the other card I have in

16   opposition, Blake Phillips the LaSalle Economic

17   Development District, present in opposition but does

18   not wish to speak.

19             MS. RANDOLPH:  Thank you, Madam Chair and

20   members of the committee. I'm Deborah Randolph

21   president of the Central Louisiana Regional Chamber of

22   Commerce and I appreciate the opportunity to be here

1    today to share our thoughts and concerns about Rapides

2    Parish and some of the surrounding areas in central

3    Louisiana.

4            The question we're facing is -- is whether to

5    break apart our district, split up countless

6    communities of common interests and drastically divide

7    some of our parishes and municipalities. And certainly

8    that's the case with -- with Rapides Parish with this

9    map. And I'm here to express some concerns about that.

10           Adopting this map, for example, will cost

11   north Louisiana a congressional seat and here's what I

12   mean by that. And -- and more than just this map would

13   make Baton Rouge the population center of a district --

14   new district, shifting away from our current

15   configuration and like -- and -- and dividing the

16   representation from Monroe and Alexandria.

17           And, so, basically the 5th District would have

18   more residents from East Baton Rouge Parish than

19   Washington and Rapides combined. And, so, this not only

20   creates a situation where the numbers drastically shift

21   from north to south but the 5th District would

22   literally also have more residents in La- -- in

1    Lafayette Parish than Rapides. And the voting

2    population from Lafayette Parish would nearly be equal

3    to the one in Washington as well.

4              So, if this map is allowed to be enacted, more

5    than 60 percent of the 5th's population would now live

6    in south Louisiana and it would en- -- ensure that

7    sometime in the near future, five of our six

8    representatives in Congress would be from below I-10.

9              Adopting the maps will break a bar -- apart

10   communities of common interest, divides Monroe,

11   Alexandria, Lafayette, Baton Rouge and New Orleans. The

12   only major population center in the state that doesn't

13   seem to be split up is -- is Shreveport, Bossier, and

14   Lake Charles.

15             And honestly, relative to communities of

16   interest to -- to place a big swath of Rapides Parish

17   in the 3rd Congressional District with Lake Charles and

18   Lafayette is problematic for us relative to those

19   communities of interest. Our biggest sectors are

20   agriculture and timber. We're a healthcare hub and we

21   have some manufacturing as well. And other than that we

22   are a region of -- of small businesses but so much

1    agriculture and timber in our area.

2              But it's not just the major cities, the map

3    separates Slidell from Covington, Pineville from

4    Alexandria, Ville Plate from Mamou, Carencro from

5    Broussard, Breaux Bridge from St. Martinville and New

6    Iberia, Zachary from Central for example, and Lacount

7    from Forest Hill.

8              So, look, I -- I -- to me the -- the common

9    areas of interest are very local to me in -- in their

10   definition. And they have so much in common in

11   geography, commerce, culture and character. And, so, of

12   course that's -- that's what I'm so concerned with.

13             And there -- the legal case argues that the

14   maps must account for unique economies and different

15   histories between New Orleans and Baton Rouge but then

16   it doesn't account for it in other areas of the state,

17   it looks like to me.

18             The case also argues that the delta in south

19   Louisiana parishes such as St. Martin and St. Landry

20   should be joined because they have shared eco- --

21   economic interests in petroleum and sugar cane but ag-

22   -- in reality, any good farmer will tell you that

1  there's -- there's -- there's no sugar cane north of --

2  of Rapides Parish.

3          But look, we're looking at these common areas

4  of interest and that's so important in drafting these

5  districts. And I understand what an incredibly

6  difficult job this is. But our -- our -- the people

7  back home where I live feel like we've been carved up

8  more times lately than a Thanksgiving turkey only

9  they're not feeling all that thankful about some of it.

10         So, that's what I'm asking consideration of is

11 -- is keeping us whole. As Representative Firment said

12 in -- in such a passionate way about his parish, we

13 would like to be left whole. So, this map has part of

14 us in the 3rd and part of us in the new 5th District.

15 And, so, that's basically something that we see that is

16 problematic for us.

17         And -- and -- and the way I see it too, what

18 is happening here is that the map pit cities against

19 the rural areas. And -- and so such that rural

20 interests such as agriculture and broadband and that

21 access plays second fiddle to the urban interests. And

22 so I see that as -- as problematic for us and the

1    things that we're trying to work on so diligently and

2    achieve in our district in our area of the state right

3    now.

4              And, so, honestly it's going to give cities a

5    greater bite at the apple while the rural areas are

6    left behind to -- to -- to struggle. And, so, I -- the

7    other thing that -- that I see is that history tells us

8    that redrawing such as it's proposed in this could very

9    easily be overturned.

10             And, so, I -- I would ask that we -- that we

11   work together to -- to look at it and to try to come up

12   with a way to keep parishes together and communities of

13   interest together while achieving what we want to do

14   with our -- with our redistricting. And I appreciate

15   the opportunity to share some thoughts.

16             SEN. HEWITT:  Thank you, Miss Randolph. I

17   thought you made an interesting point that I had not

18   really heard made exactly this same way and that was

19   and I'm -- I'm paraphrasing or restating in some way,

20   but when you look at the fir- -- the -- the 5th

21   district, when you're grabbing parts of Monroe, parts

22   of Alexandria, parts of Lafayette and parts of Baton

1   Rouge, your worry is, I believe you said, that now

2   you've got some of these urban areas in here that get

3   kind of all the attention to the ex- -- at the expense

4   of the rural communities --

5          MS. RANDOLPH:  Right.

6          SEN. HEWITT:  -- and that is one of the things

7   that makes the 5th District, you know, so unique is

8   that, you know, again trying to focus on the rural

9   aspects of it to make sure that you're getting your

10  share of the funding, both at the federal, the state

11  level. So, that was -- that was kind of an interesting

12  point. Did I say that right? Is that -- was that part

13  of what you're --

14         MS. RANDOLPH:  It is a concern --

15         SEN. HEWITT:  -- message was.

16         MS. RANDOLPH:  -- because what the -- what

17  this proposed map does is place a big swath of Rapides

18  Parish, particularly the more rural area of it in the

19  3rd Congressional District, which puts it in the same

20  congressional district with -- with Lake Charles and

21  Lafayette, for example. And then the little -- if -- if

22  you can call Alexandria and Pineville more urban, that

1    area does go into the 5th District.

2            So, but then that area, which is certainly the

3    smaller guy on the block, with some of the other urban

4    areas that go into the new 5th create that concern that

5    -- that you restated.

6            SEN. HEWITT:  Well, Bill, I'm going to ask you

7    to come back if you would and pull up the -- the

8    Rapides -- of -- I think we call it Rapides Vernon map

9    so we can just see that a -- in a little more detail.

10   And I don't know if you've -- this is the map.

11           So, can you see it from where you are? I think

12   the -- the yellow, again, is District 5, you know, the

13   -- the finger there, I'll call it, is the Alexandria

14   area. Can you recognize where we are on -- on the map?

15           So, when you look at the Alexandria Pineville

16   area, how -- how do you see that as a community of

17   interest and -- and do we have the whole community of

18   interest together? I -- I appreciate your points about

19   not wanting to split between two congressional

20   districts but -- but even if you were to say, let's put

21   the whole Alexandria Pineville area in District 5, did

22   we do that with this map or are we missing some pieces?

1          MS. RANDOLPH:  Well, again, a big swath of

2     Rapides Parish, such as Woodworth and Boyce and Rock

3     Hill and Pollock, Creola, Ball, which is a very -- a --

4     a big growing community are in -- are placed into the

5     3rd under this map, the 3rd District with Lake Charles

6     and Lafayette.

7          And then in the yellow portion and -- of

8     Alexandria and Pineville and other surrounding

9     communities and those precincts go into the 5th down to

10    Echo, Fifth Ward, Lacount [ph].

11         SEN. HEWITT:  The area that you all in general

12    consider to be the Alexandria Pineville area is it all

13    in District 5 or not under this map, can you tell?

14         MS. RANDOLPH:  So, I'm sorry. I'm --

15         SEN. HEWITT:  The -- the area that you all

16    would consider, I mean, you know, in Slidell we -- we -

17    - it's not just the city of Slidell boundaries, it's,

18    you know, there's others of us that have a ZIP code

19    that says Slidell but we're not in the city of Slidell

20    boundaries. We're in the parish part.

21         But, so, how does it work in the Alexandria

22    Pineville area, do you all -- I don't know which of

1    these prescients you all would consider to be kind of

2    in the Alexandria area. Did we capture all of those in

3    yellow and put them in District 5 or did we not? Did --

4           MS. RANDOLPH:  Did --

5           SEN. HEWITT:  -- we split them up in some way?

6           MS. RANDOLPH:  No, we did not. And we very

7    much work as a -- first of all, we work as a region but

8    we certainly work together as a parish to move forward.

9    And have great people who work in a wonderful fashion

10   together to promote and grow the businesses that we

11   have of all sizes and to attract new ones.

12          And, so, this certainly splits us up to --

13   relative to the way that we work economic development,

14   for example.

15          SEN. HEWITT:  Is there anything based on what

16   you know as the head of the Chamber of Commerce in this

17   area that -- that would cause you to want to separate,

18   again, this Alexandria area into two pieces as it's

19   separated out? Is there something unique? A community

20   of interest that would justify, you know, part of it

21   being in District 3 and part of it being in District 5?

22          MS. RANDOLPH:  No, it would not. I would favor

1    keeping all of Rapides Parish together in one district

2    because of those common interests of the parish.

3            SEN. HEWITT:  Okay. Okay.

4            MS. RANDOLPH:  And we work certainly with a

5    wider swath of central Louisiana but certainly it is --

6    it's daunting and difficult to think of our -- our own

7    parish base to be -- to be split like the -- like it's

8    proposed to be.

9            SEN. HEWITT:  Yeah, and I -- I can certainly

10   appreciate that. All right.

11           Bill, if -- if you would, Dr. Blair, if you

12   don't mind, pull up the -- the color coded black voting

13   age population map and see if you can find our way to

14   the Alexandria Pineville area.

15           Okay. So, the darker colors are the higher

16   black voting age population which in -- in my opinion

17   models pretty -- pretty well what we pulled into

18   District 5. So, I -- what appears to me is -- is an

19   attempt again to go grab the black -- the blacker

20   precincts in that area for District 5 to try to get the

21   numbers up to a -- you know, minority district, a -- a

22   black district.

1          Okay. Anything else, Miss Randolph?

2          MS. RANDOLPH:  Thank you very much for your

3  consideration.

4          SEN. REESE:  Madam Chair, [inaudible].

5          SEN. HEWITT:  Yeah, would you -- I'm sorry,

6  Senator Reese.

7          SEN. REESE:  Thank you, Madam Chairwoman.

8          Miss Randolph, I just didn't want to miss the

9  opportunity. You've been such a leader in central

10 Louisiana especially in terms of -- of liaising with

11 the legislature on issues that are important to not

12 just Rapides Parish but the greater region.

13         And I thank you for coming down here today

14 because I think, you know, the -- the better

15 understanding that you have as -- as, you know,

16 somebody working on the ground in that area to -- to

17 best portray to the legislature the community of

18 interests that exist in -- in not dividing the city of

19 Alexandria into multiple districts or not dividing the

20 city of Pineville in multiple districts.

21         And the -- and the, you know, the efforts that

22 have been underway for many decades now and all work

1    together on economic development, on -- on education,

2    on a -- you know, workforce training, all these things

3    occur as a -- a team effort in that area and I think

4    that's kind of what you were detailing, so.

5            MS. RANDOLPH:  That -- that's certainly the

6    case. We work on those together with our various

7    partners in economic development as well as our -- our

8    mayors, our -- so our city government, our parish

9    government. And, so, you stated that very well and I

10   appreciate that. And -- and of course we have a great

11   working relationship with -- with Vernon Parish and --

12           SEN. REESE:  Right. Well, thank you -- thank

13   you for taking the time to bring that to our attention.

14           MS. RANDOLPH:  Thank you very much.

15           SEN. HEWITT:  Okay. All right, thank you very

16   much. All right. I have, I think those are all the red

17   cards. I did get a late green card I want to read in,

18   Terry Landry Jr., SPLC Action Fund, present in support,

19   not wishing to speak.

20           And members you have a number of documents in

21   your folder relative to -- I think these are all in

22   opposition. Is that right, Madam Secretary?

```
1              MADAM SECRETARY:   [Nodding affirmatively.]

2              SEN. HEWITT:   These are all in opposition to

3    SB1.

4              MADAM SECRETARY:   [inaudible]

5              SEN. HEWITT:   Yeah, okay. So you also had in

6    your folder an email that I -- I think we touched on it

7    yesterday, but perhaps not, from Congressman Troy

8    Carter in support of SB1, so you've got that in your

9    folder. You've also got a number of -- and I'll just

10   try to briefly mention the names here. Randall Briggs.

11   These are all in opposition.

12             Let's see. Gabe -- Gabe Firment in opposition,

13   we heard from him earlier.            Former Congressman

14   Bob Livingston in opposition.         Sh- -- Shad Rice.

15   Cynthia Cocker- -- Cockerham from La- -- LaSalle

16   Economic Development District. Sorry, it's difficult,

17   some of these are -- are long. Miss- -- now, let's see.

18   Dura Walter or Walter Doro.

19             MALE:   Walter Dora.

20             SEN. HEWITT:   Walter Dora, okay. Stephanie

21   Knight. Gene Steen. Janice Steen. Blake Phillips. I

22   think I can see these. We're just about at the end
```

1    here. Reid Walters. Okay. So, those are all in your

2    folder.

3            Okay. In addition, I -- I've just received

4    these cards in support. Wishing to speak, Chico Yancy,

5    if you'd like to come forward.

6            MR. YANCY:  I'm going to wave.

7            SEN. HEWITT:  You're going to wave. Okay.

8    Thank you, sir.

9            Ashley Shelton, president, support, not

10   wishing to speak, Power Coalition.

11           Edgar Cage, present in support, not wishing to

12   speak.

13           Shay Foster, present in support, not wishing

14   to speak with the SPLC Action Fund.

15           And Kayla Kudrow, the Amanda Louisiana Group,

16   present in support.

17           Okay. All right. I think those are all the

18   cards, all the emails. The board is clear. Do I see any

19   other questions or comments from the group, from the

20   committee? All right. So, we have an amended bill

21   before us. What's the pleasure of the committee?

22           MALE:  I move to go ahead and vote.

1          SEN. HEWITT:  Yes, yes. Thank you, good idea.

2   Senator Fields.

3          SEN. FIELDS:  Thank you, Madam Chairwoman and

4   members of the committee for the time you have put in

5   this bill.

6          I -- I've been before this committee several

7   times and I want to thank you for the patience you have

8   put in deliberating on redistricting. And it's been a

9   very long, tedious process because you've been all over

10  the state dealing with this issue.

11          But as always, I always take a moment of

12  personal privilege when I talk about congressional

13  redistricting because it is personal to me and I've

14  shared with this committee. In the 1800s the first

15  black man ever elected to congress was never seated.

16  And he wasn't seated because he was black. And when

17  John Willis Menard tried to take his -- Menard tried to

18  take his oath of office, they didn't allow him to take

19  his seat. He was elected from the 2nd Congressional

20  District in New Orleans.

21          And a gentleman from Ohio objected to his

22  certification only because he was black. No other

1    reason. He wasn't the first black person elected from

2    Louisiana; he was the first black person elected in the

3    history of this country. And that gentleman from Ohio

4    said, let's -- it's just not time for a black person to

5    be elected to this body. No other reason. No other

6    reason.

7            And he said, let's -- I -- I want to move not

8    to seat this colored guy. Let's save the $5,000 and

9    let's send him back to New Orleans, Louisiana. And he

10   didn't have -- John Willis Menard didn't have the power

11   to fight. He was one vote. Packed his bags and he came

12   back to New Orleans. Didn't have no power. Fighting

13   against the 434 members of congress. Got elected but

14   didn't have the power to fight.

15           But then you know about Charles Nash. He got

16   elected from Baton Rouge to Opelousas and they seated

17   him. Nobody ever talks about John Willis Menard because

18   they never gave him an opportunity to be seated. Now,

19   when you read in the history books, you will learn that

20   five people were elected and seated. Five black people

21   in the history of this state. Five. Five. Five black

22   people have been elected and seated in the United

1    States Congress. How many have been elected total- --

2    total. 172 people. Out of 172 people, five have been

3    black. Five.

4            And today I just simply offer you a bill.

5    Since reconstruction, there have been four blacks

6    elected to the United States Congress. Four. I'm one of

7    them. Four. We elect six every two years. I'm asking

8    you to just send two. Two. Just two of the six. This

9    bill is compact. I mean it's the best plan I could come

10   up with.

11           And Chairman Hewitt, I -- I really meant no

12   disrespect. I really didn't. And I know you didn't. And

13   I apologize to you. But I'm ready to just get this

14   thing done, one way or the other.

15           So, I tender this bill to you. If you vote for

16   it that's a good thing, it's a step in the right

17   direction for our state. If you vote against it, we're

18   going to spend more money litigating. You know, in the

19   courts we call it dilatory tac- -- tactics. You just

20   keep delaying. Do I stop delaying the inevitable?

21           Do you think black people deserve

22   representation in Congress? Of course they do. And

1   that's what this bill is all about. That's why these

2   four federal judges said, you know, you all need to get

3   this business done. Come on now. It's not right.

4   Everybody in here know, it's just not right. Not right.

5          And then sometimes people just got to do the

6   right thing. And now is that time. Now is that time,

7   right now is the time to do the right thing. Right now.

8   Not tomorrow. Not after this bill. Right now is the

9   time to do the right thing. You might not have

10  tomorrow.

11         So, I offer this bill to you and I ask you to

12  vote for it. Thank you for your time.

13         SEN. HEWITT:  All right. Senator, thank you

14  very much. I -- I appreciate your passion for this

15  topic and the work that you've done to -- to propose

16  solutions that -- that you support.

17         [talking in background, inaudible]

18         SEN. HEWITT:  I certainly agree with you on

19  one point and -- and, you know, I'm ready for all this

20  to be over as well.

21         [talking in background, inaudible]

22         SEN. HEWITT:  And, you know, these are -- I

1    think redistricting bills are tougher than any --

2    almost any bills that we -- we've heard and -- and you

3    and I have both served for a few years now in the

4    legislature and they -- they're difficult. They're --

5    not only are just -- are they just technically

6    difficult because any move in one district of course

7    has a ripple effect in the other district. It's hard to

8    make all the numbers balance and to fit all the

9    criteria that are -- that are put on us to do so.

10           This is also complicated in trying to thread

11   the needle between the Voting Rights Act and the 4- --

12   14th Amendment.

13           [talking in background, inaudible]

14           SEN. HEWITT:  And especially when we're

15   talking about race, which, you know, because of the --

16   the judge's order put us directly in a conversation

17   about race for these six- -- the six-day session and it

18   -- I think it has made it a -- a very difficult

19   conversation to have.

20           And, so, you know, I apologize to you as well.

21   You know, if -- if I was pushing a little bit too hard

22   or pushing back or showing my emotions as well.

1          But I do believe that the map that we've

2    passed already, we have done the right thing. And --

3    and I do believe that that is a good map. I understand

4    the judiciary has a role in all of this and the

5    legislature has a role and -- and we're all trying to

6    do our part to the best of our ability and I know that

7    you are as well.

8          All right. Senator Tarver.

9          SEN. TARVER:  Madam Chair, I'd like to move

10   that we report this bill favorable as amended.

11         SEN. HEWITT:  All right. Sen- -- Senator

12   Womack.

13         SEN. WOMACK:  Substitute motion to defer.

14         SEN. HEWITT:  All right. All right. So,

15   Senator Tarver has made a motion to which Senator

16   Womack has made a substitute motion to defer. A vote

17   yes would be to defer. A vote no would be to go back to

18   the original motion. All right.

19         Madam Secretary, if you would call the roll.

20         MADAM SECRETARY:  Senator Milligan.

21         SEN. MILLIGAN:  [no audible response]

22         MADAM SECRETARY:  Yes.

```
1              Senator Allain.

2              SEN. ALLAIN:  Yes.

3              MADAM SECRETARY:  Yes.

4              Senator Foil.

5      SEN. FOIL:  Yes.

6              MADAM SECRETARY:  Yes.

7              Senator Harris.

8              SEN. HARRIS:  No.

9              MADAM SECRETARY:  No.

10             Senator Price.

11             SEN. PRICE:  No.

12             MADAM SECRETARY:  No.

13             Senator Reese.

14             SEN. REESE:  Yes.

15             MADAM SECRETARY:  Yes.

16             Senator Tarver.

17             SEN. TARVER:  No.

18             MADAM SECRETARY:  No.

19             Senator Womack.

20             SEN. WOMACK:  Yes.

21             MADAM SECRETARY:  Yes.

22             Senator Hewitt.
```

1          SEN. HEWITT:  Yes.

2          MADAM SECRETARY:  Yes.

3          That is 6 yeas and 3 nays.

4          SEN. HEWITT:  All right. And the bill is

5   deferred.

6          SEN. FIELDS:  Thank you, Madam Chair and

7   members.

8          SEN. HEWITT:  Yes, sir. Thank you.

9          All right. Next bill on our agenda is Senator

10  Ward with SB3. Sorry, we're reshuffling here a little

11  bit.

12         SEN. WARD:  I understand.

13         SEN. HEWITT:  Trying to get -- we can collect

14  a lot of paper in these redistricting bills as well.

15  All right. Senate Bill 3, Senator, whenever you're

16  ready.

17         SEN. WARD:  All right. Thank you, Madam Chair,

18  members. I'm not going to do a -- a lengthy opening --

19         SEN. HEWITT:  [inaudible]

20         SEN. WARD:  -- or introduction of the bill

21  mainly because I know you all are probably much more

22  familiar with the numbers and all those things related

1    to maps than I am. So, but I -- I will get into that in

2    a second.

3            My main reason for filing a bill was federal

4    judge put in place an order to which at this point I

5    feel like we had an obligation to put our best foot

6    forward in trying to come to some- -- something other

7    than what we had in place right now.

8            And I know that there's ways to do that and we

9    can have that discussion and -- and part of that is

10    trying to find some middle ground in terms of what we

11    passed, maybe even what was just read moments before

12    this and it's not an easy thing to do.

13            I -- I think when the -- when the bill was

14    filed yesterday they probably had folks from both sides

15    of this argument or equation that we're unhappy with

16    and I -- I've handled a -- a number of bills at this

17    time in my career and typically whenever you're trying

18    to strike a balance, the starting point for most --

19    most bills that are filed with that in mind are people

20    being upset from both sides.

21            So, I understood that that would probably

22    happen but be that as it may, I'm -- I'm just going to

1    briefly touch on the bill and then of course we can --

2    we can go on and answer questions from there.

3           So, within the order that we are here to

4    operate under, one of the things -- or the -- the main

5    thing that was discussed is that we shall have -- or we

6    should have two minority -- or not minority seats but

7    two majority black seats.

8           And, so, what this district does it takes

9    District 2 and it makes it 52 percent and a little --

10   52.09 percent black and 47.9 percent of white and

11   other. District 6, 51.95 percent black and 48.04

12   percent white and other.

13          In terms of the -- the deviation for all the

14   districts, I believe the -- the big -- the largest

15   deviation out of all of them, all the districts, all

16   six, is 84 and that would be District 4. And the second

17   largest would be District 5, which is a minus 70 off of

18   the perfect number 776,292.

19          So, I know there's going to be a ton of

20   questions. Instead of me continuing to present it that

21   way, I'd -- I'd be happy to just go on through and --

22   and answer. I'm sure you'll probably do a lot of that

1    yourself. But I'll be here to answer what I can.

2              SEN. HEWITT:  Okay. All right. Thank you for

3    the introductory comments. So, you know, one of the --

4    I guess the first things that -- that, you know, I

5    notice about this map compared to many of the other

6    maps that we've looked at is, I just visually -- it

7    makes some pretty significant changes in terms of where

8    the geography is for the different districts.

9              SEN. WARD:  Mm-hmm.

10             SEN. HEWITT:  You know, so, you know, there --

11   there's -- there's several notable ones, right, so now

12   District 5 comes across the northern part of the state.

13   You have a little bit more -- you know, the horizontal

14   type perspective on that rather than the, you know, the

15   two districts that we currently have.

16             SEN. WARD:  Right.

17             SEN. HEWITT:  So, you know, we've got the map

18   up there. You know, you've got District 3 representing

19   the entire coast from Cameron to St. Bernard, you know,

20   which is very different than -- than the map -- the

21   enacted map has, you know, three different people

22   representing the coast.

1           You know, District 6 becomes more of a north

2      shore district. Yeah, so District 6 picks up a lot of

3      the Florida Parishes, etcetera.

4           SEN. WARD:  Mm-hmm.

5           SEN. HEWITT:  Kind of over in my area which is

6      -- which is very different. So, what -- what

7      consideration did you give to, you know, the

8      traditional redistricting principals which includes

9      continuity of representation?

10          You know, so to me one of the -- one of the --

11     again, the noticeable things is, when you compare,

12     let's say, the maps that we're currently working under

13     of -- the -- from the 2010 census to this map, there's

14     some pretty major shifts in terms of continuity of

15     representation. You know, was that something that you

16     considered when you were drafting your map?

17          SEN. WARD:  I think -- I think that was

18     considered and I -- I believe whenever you -- whenever

19     you look at the map in general, there's -- continuity

20     can be looked at in -- in many different ways. For

21     example, the -- the map that goes across more north

22     Louisiana, I think you could make a good argument that

1   there's a lot in common there in terms of those

2   parishes.

3           You know, if you go down to District 6 in

4   terms of how it lays out, it's not -- it's not a whole

5   lot different than -- than how you would see some of

6   the legislative districts grown -- drawn in terms of

7   continuity and -- and things like that. But really the

8   starting point for drawing this map was to try and give

9   us a starting point that adhered to the -- the order

10  that we are operating under and -- and from there we --

11  we worked on it from there.

12          And, so, look I -- can you ever get to that

13  perfect place in terms of continuity? I don't know, but

14  I -- I do think that this does carry that. And I know,

15  for example, District 3 -- 3 that goes entirely across

16  the coast, well, when you have -- you know, when you

17  have one person that they could really become an expert

18  on such things as coastal erosion or any other -- any

19  other matter dealing with the coast. And so certainly

20  there -- there's a -- there's a lot that goes on there.

21          Now look, are -- are -- are the folks

22  different in Cameron maybe than they are in Plaquemines

1    or St. Bernard? I'm sure they are but in terms of a lot

2    of what they deal with on -- on a daily basis I think

3    would be similar.

4          SEN. HEWITT:  Okay. And so similar to, you

5    know, some of the things that we observed in -- in

6    Senate Bill 1, there was -- there's a lot of, you know,

7    fingers kind of jutting out in places where we split

8    some parishes.

9          You know, one of the ones I notice is over in

10   my district over in -- in St. Bernard, you know, that -

11   - that, to me, I mean, the people in the parish,

12   they're all one community of interest and -- and I --

13   and I see you split it between District 3 and District

14   2. Yeah. So there you are.

15         So that's got -- you can see, so St. Bernard

16   is over on the Eastern side of that, of that map.

17   You've got kind of the big finger there that picks up,

18   you know, District fiv- -- Precinct 50, and then

19   you've, you know, you've got this -- this purple part

20   from District 3 that just comes right into -- right

21   into St. Bernard.

22         You know, splits it right in half as a matter

1    of fact, you know. So for me in my area and knowing --

2    knowing that community, I mean, that just quite

3    honestly just makes no sense whatsoever from a

4    community of interest standpoint. What -- what was your

5    -- what was your thinking about that area?

6              SEN. WARD:  I don't know that I necessarily

7    thought about that area specifically, but whenever

8    you're talking about doing things like that. So in West

9    Baton Rouge where I live currently, we have two

10   congressional districts that -- that rundown LA one,

11   and you -- you've got Addis [ph] and Brusly and these

12   different -- City of Port Allen and in a very similar

13   way, on one side of the road, you've got one

14   Congressman representing and on the other side of the

15   road you've got another Congressman representing that

16   area. And so --

17             SEN. HEWITT:  Well, this is even worse than

18   that. I mean, to drive from one side of St. Bernard to

19   the other, you have to drive through Congressional

20   District 3 to get there, right? You'd go from -- from

21   District 2 through 3 back to District 2. You know, and

22   so that just -- that just doesn't make any sense to me.

1              SEN. WARD:  And -- and look, and I understand

2      that perspective. What I would say to that is, under

3      our current maps, you have -- when I say current, I

4      mean, the ones that --

5              SEN. HEWITT:  The 2010 map that we're

6      operating under now?

7              SEN. WARD:  [Inaudible] it. You have a lot of

8      similar situations and I -- and I think the reason for

9      that is, you can do your absolute best to try and keep

10     community interest together. But whenever you were

11     trying to weigh how you -- how you draw maps and keep

12     them -- keep the deviation as close as possible, but

13     also manage in terms of the -- the population and the

14     demographics, it can become difficult to -- to not have

15     some areas around the state that -- that look similar

16     to that. And like I said, the -- that goes on all the

17     way dating back to the 2010 map in -- in the parish I

18     live in.

19             SEN. HEWITT:  Okay. Bill -- Dr. Blair, if you

20     would put up kind of that St. Bernard area with the

21     black voting age population, color coded map thing that

22     we have, and see if you can zoom in on the -- zoom in

1    on that area.

2            Okay. So, I mean, there's the -- so you

3    weren't here. I don't -- were you in the room earlier,

4    Senator Ward, when we talked about the color coding on

5    this map. Bill -- Dr. Blair, maybe explain the color

6    codings to -- for the Senator.

7            SEN. BLAIR:  Madam Chairwoman and senator. The

8    color coding is the darker blue. It gets the more

9    voting age population, black, the precinct is. So the

10   deep blue is plus 75 percent African-American VAP. The

11   lighter blue is 50 percent to 75 percent. The light

12   green is 25 percent to 50 percent, and gray is 0

13   percent to 25 percent. [Inaudible] population black

14   percentage.

15           SEN. WARD:  Okay.

16           SEN. HEWITT:  Okay. And then when I go back to

17   our redistricting principles, HCR90, and I'll -- I'll

18   read this directly. This is H. All redistricting plans

19   shall respect the established boundaries of parishes,

20   municipalities, and other political subdivisions, and

21   natural geography of the state, to the extent

22   practicable.

1        However, this criterion is subordinate to, and

2    shall not be used to undermine the maintenance of

3    communities of interest within the same district to the

4    extent practicable. So again, communities of interest

5    are very important.

6        And I would submit to you that this area of

7    your map breaks up a community of interest that -- that

8    I know and love that the people of Chalmette. And it

9    appears to me that maybe, and you sort of hinted to

10   this earlier in your comments, you know, this appears

11   to me to be largely drawn to try to adhere to the

12   directive of the court to draw two black districts. And

13   the precincts that you included in District 2 were done

14   deliberately to -- to create a black district in

15   District 2. Would you not agree with that?

16        SEN. BLAIR:  Well, I think what I would say to

17   that is, you know, and from what you just read, the

18   last part of that, the sentence, I believe was to the

19   extent possible. So you do want to do your best to keep

20   those communities of interest together to the extent

21   possible. And so I think we did that in this map to the

22   extent possible.

1          SEN. HEWITT:  It's practicable, and there's

2     some legal difference between that I'm -- but I'm --

3          SEN. BLAIR:  Pa- -- practicable. I -- I

4     apologize. I -- I thought, you know, I tried to write

5     it down, but --

6          SEN. HEWITT:  Yeah. It's practicable.

7          SEN. BLAIR:  Practical. So, but either way, to

8     the extent practicable, and -- and I think we -- we

9     attempted to do that, but also within the guardrails of

10    -- of what we are -- were actually called back here to

11    do.

12         And so I do think those things were kept in

13    mind, but -- but yes, that was -- that was -- there --

14    there's no doubt that when you see some of the

15    different fingers that go into different communities,

16    there --, there's always a reason for that.

17         And a lot of times it has to do with

18    population. And so I'm kind of a visual person

19    sometime, but we've talked a lot about percentages and

20    -- and things like that. So when you've got -- when you

21    have six of anything in particular --

22         SEN. HEWITT:  Hang on one second. Let's get

1   the screen set so we can see what you're doing a little

2   bit better. I didn't know we were going to have show

3   and tell today, so that's -- let's get --

4          SEN. BLAIR:  I have to simplify things for

5   myself, so.

6          SEN. HEWITT:  Let's get the lights back on so

7   we can see what you're doing. Okay. All right. Senator,

8   thank you.

9          SEN. BLAIR:  We have -- we have six districts

10  that we have to draw. If everything was just six solid

11  pieces, it would be easy. It would look like this, you

12  know, four and two. It'd be simple. We wouldn't have

13  any problems.

14          But what we have to do is get six districts

15  out of something that looks more like this, and you've

16  got four and two, you know, four orange and two blue,

17  but they're in a lot of cases all mixed together.

18          And so there's no way to not have situation

19  where you have to -- have to dive into certain places

20  and -- and get the appropriate amount of -- of votes

21  necessary in certain areas. And so I don't think that

22  there's a map that could be drawn in any iter- --

1    iteration where you wouldn't have -- have some of that

2    to take place.

3            SEN. HEWITT:  And I mean, that's -- that's the

4    whole -- that's the whole rub, isn't it? I mean, that's

5    the challenge is -- is trying to, again, respect all

6    the redistricting principles of the federal and the

7    state laws, protect our communities of interest,

8    provide continuity of representation, you know, while

9    balancing both the Voting Rights Act and the 14th

10   Amendment.

11           And so you know, that's -- that's what this

12   committee has been working to do now for nine months.

13   You know, we're coming up on a nine-month effort to do

14   just that. So, you know, I -- I appreciate your effort

15   and your -- your thoughts.

16           There is an infinite number of ways to draw

17   maps and, you know, I know that when we look at our own

18   individual maps, the map in our areas that we're most

19   familiar with, you know, it's easy to find, you know,

20   shortcomings in those maps.

21           Did you start out -- I mean, I'm not sure if

22   you said this or not, but so let me ask you again,

1   because I thought I heard you say it. Did you start out

2   drawing the two majority black districts first to meet

3   the court order and then drew the other ones after

4   that?

5          SEN. BLAIR:  No. I -- I don't -- I don't think

6   that was the way we went about it. The way we really

7   went about it was, when I sat down with staff, my

8   thoughts were, I'd like to see a map that is drawn in a

9   way that -- that complies with the current court order.

10          And I don't -- I don't necessarily mean to

11   draw one, or two, or three of the districts in any

12   particular order, but the final outcome of what that

13   map is, I wanted us -- I wanted to be able to sit down

14   at the table knowing that what I had complied. And --

15   and from there we, you know, just kind of went.

16          SEN. HEWITT:  So most of the other maps ended

17   up -- that I guess Senate Bill 1, as well as the House

18   maps that I've looked at, take Congressional District 5

19   and -- and turn that into a -- a majority black

20   district as well as District 2, which as you know,

21   currently is, why did you choose six?

22          SEN. BLAIR:  Quite honestly, we were just

1     looking for a way to keep five in a more of a east,

2     west manner and number four going from, you know, more

3     north to central-type Louisiana. And then once -- so in

4     an effort to keep those things that way, in order to

5     come up with the sixth district, you have what you have

6     now.

7                SEN. HEWITT:  Okay. So part of your

8     instruction to staff was to start out by having an

9     east, west strategy in the northern most districts?

10               SEN. BLAIR:  That's correct.

11               SEN. HEWITT:  Okay. And what was the thought

12    behind that? I mean, why -- why do that again,

13    continuity representation would -- would cause you to

14    want to continue having north, south districts as we  -

15    - we're accustomed to today?

16               SEN. BLAIR:  Well, maybe so. I don't -- I

17    don't know the -- for example, the -- the current, I

18    guess it would be currently five, you know, you've got,

19    for example, Congresswoman Letlow, she represents from

20    East and West Carroll all the way over through the

21    Feliciana and St. Helena and into Tangipahoa, maybe all

22    the way into -- all the way into Washington Parish. So

1    I think in terms of continuity, this, you know, feels

2    more -- more likely to have that than what currently is

3    in place to me. I -- I --

4              SEN. HEWITT:  Well, the way we have kind of

5    been using continuity of representation is the idea

6    that, you know, I want to have the same congressman or

7    co- -- congresswoman today that I do tomorrow because,

8    I, as a voter know how well that person has been

9    representing my district.

10             And if you dump me over into a different

11   district, it's kind of a whole new ballgame, but I know

12   how well the person representing me in Congress has

13   been doing or not doing. And so the more people you

14   shift into a new congressional district, that is

15   disrupting the continuity of representation.

16             And although I didn't do the math on it, but

17   you know, to me, because everything is, you started out

18   with a strategy of having an east, west district up in

19   District 5, you know, and District 6 comes into the

20   Florida parishes that were previously there in District

21   5.

22             SEN. HEWITT:  I mean, I think you would have a

1   lot of people in the State of Louisiana that now are in

2   a different congressional district than the one they

3   were, you know, yesterday, I'll say.

4           SEN. BLAIR:  True.

5           SEN. HEWITT:  And so for me, that is a huge

6   disruption of continuity of representation. And, you

7   know, all -- in addition, you probably, in terms of,

8   you know, congressional projects and things that

9   they're working on, these are long term projects in

10  Washington.

11          You know, you would hate to just sort of all

12  of a sudden kind of shift to where now this big project

13  you've been working on for 10 years with a particular

14  congressman or congresswoman, now gets handed over to

15  somebody else that may not have all the history, not to

16  say that they're not all competent with great staffs.

17  But that would be disruptive in my -- in my way of

18  thinking. And that's part of the point behind

19  continuity of representation.

20          SEN. BLAIR:  Yeah. And I understand that. I

21  think -- I don't think there's any easy way to do that

22  or do this, I should say. But I do believe whenever i-

1  -- if you -- if we didn't take a look at something

2  different, we would've, you know, probably just kind of

3  been stuck in neutral.

4         So I wanted to give a different look and I

5  know all those things have to be weighed in the court.

6  We'll -- we'll weigh all those things as -- as this

7  moves forward or -- or -- or the current proceedings

8  move forward, but this was the best effort we could

9  make in terms of trying to provide a different look.

10        SEN. HEWITT:  Okay. All right. I appreciate

11  that. All right. Let's move al- -- move along here.

12  Senator Allain?

13        SEN. ALLAIN:  Thank you, Madam chairwoman.

14  Actually, the party map that I like is that you

15  consolidated the coast. I think that's something that -

16  - that I've often advocated for that you -- that the

17  coast is consolidated.

18        I know the -- the biggest problem that I see

19  right here in -- in, you know, after talking to several

20  other members, which I may be the only one here that

21  likes the -- the map, I know it's -- it's pretty widely

22  disliked, chopping up Lafayette, chopping up Lake

1    Charles is problematic at best.

2              And that include also Rapides and -- and I

3    guess parts of -- of St. Bernard that Senator Hewitt

4    spoke about. But a general concept of consolidating the

5    coast into -- into one district, has some appeal to me.

6    So I don't hate your map or maybe you wanted a few,

7    but, you know, it's, I -- I think, you know, something

8    I could live with, but I -- I'm -- I'm afraid that it's

9    not going to go very far.

10             SEN. HEWITT:  All right. Senator, thank you.

11   Senator Milligan.

12             SEN. MILLIGAN:  Thank you, Madam Chair. I'm

13   looking at the map and it's Barksdale Air Force Base is

14   -- is under this map in the fifth district, isn't it?

15             SEN. BLAIR:  It is.

16             SEN. MILLIGAN:  Okay. And -- and yesterday we

17   -- we spoke at length about, you know, the strength and

18   the continuity of strength and the common interest that

19   having both of our large military installations under

20   one congressman, what that does as far as the power

21   that it gives us.

22             You know, Barksdale, Fort Polk, currently, we

1    mentioned this yesterday provides 10 billion -- 10

2    billion in annual economic impact. 77,000 jobs, $350

3    million in state income taxes on annual basis.

4         And on top of that, according to the 2022

5    National Defense Authorization Act, we're provided over

6    $1 billion in -- in construction funding between those

7    two installations going forward.

8         You know, my concern with that is dividing

9    these bases into separate districts, dilutes that

10   power, that -- that -- that Congressman Johnson has on

11   his committee and weakens us as a state, and so I'm --

12   I'm concerned there. And then it appears from the map

13   that --

14        SEN. BLAIR:  If I could just speak to that

15   before we move on. So I have sp- -- I have talked to

16   staff because I -- I looked back at what was discussed

17   yesterday and, of course, the bill had already been

18   made ready and filed.

19        But if -- if we were fortunate enough to make

20   the floor, there is an amendment that could -- could

21   solve that --

22        SEN. MILLIGAN:  Could fix that?

1          SEN. BLAIR:  -- and put them both in the same

2     congressional district and us not have a major problem

3     in terms of numbers for the -- for either district. I

4     appreciate your consideration of that. I mean, that's a

5     huge win for our state and -- and we -- we need all the

6     wins -- we -- we -- we can get and having that, I would

7     commit to you to do that if -- if we -- if this bill

8     moved forward.

9          SEN. MILLIGAN:  Okay. The other thing that you

10    may just want to check on, I don't know the answer to

11    this, but it looks like under this map, the

12    congressman's been drawn into District 5. He lives in

13    Benton [inaudible] which looks like is precinct 2.1.

14    I'm not sure if you've had a conversation with -- with

15    the congressman, but I believe he's just been drawn

16    into Congressional District 5.

17         SEN. BLAIR:  And -- and that's very possible.

18    I don't -- I don't know where -- quite honestly, I

19    don't know where any six of them live and I have not

20    spoken with any of them.

21         SEN. MILLIGAN:  Understand. Understand.

22         SEN. BLAIR:  Just -- just for many reasons.

1    But I did not speak with any of them about this, but I

2    would understand that. I would say this though, the

3    difference between legislative seats and congressional

4    seats, you do not have to live within the district that

5    you run for.

6         SEN. MILLIGAN:  Okay. Okay. All right. Thank

7    you. Thank you, Ms. Chair.

8         SEN. HEWITT:  I've been told congressman

9    Graves is kind of right on the edge of his district

10   also in the way this is drawn. I'm not sure if he's in

11   or out, but he's kind of right on the edge. Okay. All

12   right, Senator Foil.

13        SEN. FOIL:  Thank you. Mada- -- Madam

14   Chairwoman. Senator Ward, thank you for the proposal.

15   I'm going to ask you a couple of questions just to

16   clarify for the record and s- -- really some things I

17   went through with Senator Fields on his bill as well,

18   just to clarify where we are in the judicial process,

19   and really why we -- why we are here.

20        We -- we -- we have an ongoing case but the

21   judge has ruled by -- on a motion, on a preliminary

22   injunction. But just to be clear, there's not been a

1   trial on the merits of the -- of the lawsuit at this

2   point.

3           SEN. BLAIR:  No. There -- there has not been a

4   trial or a hearing on the merits of the appeal at this

5   point. So we are -- we are just operating under --

6   under an order that is up for appeal that will, I

7   guess, be heard sometime in July.

8           SEN. FOIL:  And -- and even on top of that,

9   the only thing that was granted so far was a

10  preliminary injunction. So even if the preliminary

11  injunction were -- were to stand, the defendants would

12  certainly have a right to go back to the trial court,

13  to have a full-fledged trial on whether or not the --

14  the maps are out of compliance.

15          SEN. BLAIR:  As far as I know, I'm -- I'm not

16  exactly sure. I -- I -- I -- I know at some point there

17  was a week long, I don't know if it was a trial or a

18  hearing.

19          SEN. FOIL:  Tr- -- trial and a preliminary

20  injunction because the only thing that's been granted

21  so far by the trial judge is a preliminary injunction.

22  And so the- -- just trying to clarify for the record,

1    there's some other things going on out there and as you

2    -- you've already pointed out, the Fifth Circuit has

3    already agreed to take up the argument on the

4    preliminary injunction on the merits in July, but

5    they've not ruled whether or not it's valid or not at

6    this point.

7              SEN. BLAIR:  They -- they have not ruled

8    whether or not they will uphold or not uphold the

9    district court's ruling at this time.

10             SEN. FOIL:  And then, arguably the losing

11   party could go at least apply for REITs to the Supreme

12   Court if they -- they chose to do that.

13             SEN. BLAIR:  They could.

14             SEN. FOIL:  And so I put some amendments which

15   Senator Fields was willing to accept which I appreciate

16   on his bill regarding these contingencies. And it looks

17   like you've already put that amendment in your bill.

18   I'm looking --

19             SEN. BLAIR:  Double checking. I think -- I

20   think we added that language. I actually left -- I have

21   the numbers and the --

22             SEN. FOIL:  You do -- it's on -- it's on page

1    -- it's on -- I'm looking for page 12, line 15. So I

2    don't -- I don't think I need to add the amendment to

3    your bill because I think you have that clarification

4    language in here which -- which looks at what happens

5    with the litigation.

6           SEN. BLAIR:  Yes. It -- it is there and --

7           SEN. FOIL:  So -- so I appreciate that

8    language because if your bill were to pass, that gives

9    the parties a chance to still look at the older map

10   through the court process if they choose to do that.

11          SEN. BLAIR:  No. I -- I think that's right. I

12   mean, I -- I, my -- from my perspective, it -- having

13   that language gives -- gives us the ability to operate

14   under the current court order. But at the same time

15   discussion as the process moves forward, if -- if the

16   final ruling, whether it be the Supreme Court or

17   whatever it may be, is something other than what has

18   already passed, then -- then we would have decided what

19   we wanted to replace it with as opposed to maybe the

20   judicial system.

21          SEN. FOIL:  And then -- and then really

22   lastly, just about the map itself, I know you're doing

1    the best you can with the data you have. All of us have

2    suggestions to make things better, I would say.

3              But then it throws something else off as well.

4    But something I really would want to look at and I'm

5    not prepared to try to offer an amendment today because

6    I just haven't had enough time to get with staff.

7              But if you look at the -- the new third

8    district, it does include, actually where I live in

9    East Baton Rouge Parish, and it's a pretty wide area

10   from Cameron all the way to St. Bernard. So I would --

11   I would want to work with you Senator Ward on what

12   you've done with East Baton Rouge Parish to see if we

13   could tighten that up a little bit.

14             SEN. BLAIR:  Look, I -- and I appreciate that.

15   I -- I am open to, if this bill were to get -- were to

16   make it to the floor, I'm open to really anything that

17   keeps us in the vein or between the guardrails of

18   complying with the -- the current court order that

19   we're operating under. And so in terms of amendments to

20   try and make the districts better or more suitable for

21   representation, I'm -- I'm wide open to suggestions.

22             SEN. FOIL:  Well, I appreciate that. Once

1    again, these are somewhat unusual times with the --

2    with this deadline that we're under and all the

3    uncertainty, but I appreciate your efforts because, you

4    know, we're here to -- to act in good faith and -- and

5    do what we can here. So thank you, Madam Chairwoman.

6           SEN. HEWITT:  Thank you, senator. And just

7    kind of as a -- as a reminder, again, you know, the --

8    the position that this committee has taken is that, you

9    know, we would work to do amendments in this committee

10   so that the public has an opportunity to comment on

11   those amendments as they did earlier on the amendments

12   on Senate Bill 1.

13          You know, when we make a change in Vernon

14   Parish, it -- there was a ripple effect in LaSalle and

15   Grant and those folks had an opinion about that, and

16   they shared that with us earlier today.

17          And so while we want to move things along and

18   we understand there's a short timeline, you know, we

19   also don't want to short circuit the transparency steps

20   that are so important in redistricting because of

21   course this is the map that we're going to live with

22   for the next 10 years.

1          So I just kind of wanted to put that on the

2    record while we're talking about that. And I'd be

3    remiss to, if I didn't talk about my former home parish

4    of Calcasieu, it's also pretty significantly chopped

5    up.

6          Again, you know, that's, you know, that -- one

7    of the big messages that we got when we were at the

8    road show and probably every month for five months

9    leading up to the road show was from George Swift and

10   the -- the folks over silver with the Southwest

11   Louisiana Economic Development.

12         And one Acadiana reminded me that they see

13   themselves as one group, one community of interest

14   between Acadiana and the Lafayette Lake Charles area,

15   basically, I will say. And so, you know, in -- in my

16   way of looking at it, you've really not adhered to that

17   -- that very, very, very strong message that we got,

18   not just on the road show, but every time I got dragged

19   into a -- a chamber meeting or a -- any kind of a panel

20   discussion in that part of the state, they always made

21   sure that I understood that that was their very strong

22   preference. And so, you know, I do see that as a

1    concern again of mine and that part of the -- that part

2    of the state.

3            SEN. BLAIR:  And look, I -- I understand that.

4    I think that the more you can keep the communities of

5    interest together, the better. My experience with

6    having multiple congressmen, or even multiple

7    legislators, or senators, or state representatives

8    sharing parishes, is that, if done right, and if

9    everybody works together, they can absolutely have

10   stronger representation with multiple people.

11           But I -- I -- I do understand, Senator Price

12   and I have been together before places where people

13   say, well, which -- which one, you know, whose district

14   do I live in? And we look at each other and say, we

15   don't know, because there's literally a street, a

16   neighborhood street, and some people on one side vote

17   in one district, and some people on the other side vote

18   in the other district. So it's -- it is part of the

19   process of trying to keep everybody together as best as

20   possible. And, but I do understand that.

21           SEN. HEWITT:  Okay. All right. Senator Reese,

22   are you ready?

1        SEN. REESE:  Thank you, Madam Chairwoman.

2   Senator Ward, just -- just one -- one topic, and I

3   won't get too deep into it, but one of the things we

4   didn't -- we didn't necessarily spell out in name as

5   we've discussed some of these maps is -- is one of --

6   one of the principles that you have to stay away from

7   in redistricting that of -- of gerrymandering, you

8   know, the drawing of a district solely for the purpose

9   of -- of capturing one -- one political group or

10  another.

11        You're -- you're -- you're an attorney I'm

12  not, probably understand the concept better than I do.

13  But -- but, you know, just the Rapides Parish, for

14  instance, in your District 6, I mean, what -- what

15  would be the -- what would be the point of that -- of

16  that incursion into Rapides Parish and, you know, from

17  the point where it begins to the point that it ends, if

18  not gerrymandering.

19        SEN. BLAIR:  Well, I'm sure that it could be

20  seen as -- as gerrymandering, if that's the way you

21  want to look at it. But in -- in terms of just trying

22  to get enough overall population to stay within the

1    deviation, you've -- you've got to find your way into

2    populated areas to get the numbers where you need them

3    to be.

4            And so from -- from my aspect or from my

5    perspective, that doesn't necessarily always mean

6    you're gerrymandering based on race, or party, or

7    anything like that, but you've got to have enough

8    population to make the district work numbers wise.

9    [Talking over each other].

10           SEN. REESE:  I mean if somebody else wants to

11   -- to do that, I'm -- I'm okay with that. I mean, I --

12   I just -- yeah, and I -- and I appreciate that, Senator

13   Ward. And I -- you know, it just -- it -- it just seems

14   like that.

15           And we've seen this in multiple different

16   versions, but that -- that district number six, you end

17   up -- you end up having to go out. You know, it could

18   be, you know, you could -- you could be using rivers as

19   a boundary.

20           You could be using, you know, other

21   subdivision or -- or municipal boundaries or, you know,

22   whatever and it doesn't appear that that -- that that

1    was necessarily the -- the -- the driving force behind

2    selecting the precincts ultimately made up, you know,

3    that the route through Rapides Parish, for instance.

4    But --

5            SEN. BLAIR:  And -- and I understand that and

6    I think -- I think what you have to look at is whenever

7    -- whenever all these different things and y'all know

8    the criteria much better than I do.

9            But when they're all being weighted right by

10   the court, they're all looked at and -- and, you know,

11   carry a certain amount of weight. What I think we had

12   to factor into drawing this map was the guardrails of

13   what we needed to do in order to -- to create two

14   majority black districts. And so --

15           SEN. REESE:  But I -- I think that -- I think

16   you -- you hit on, I mean, that -- that is the that's

17   the difficult task at hand, is it's how do you --

18           SEN. BLAIR:  It's a difficult thing to do.

19           SEN. REESE:  -- how do you make your best

20   effort at complying --

21           SEN. BLAIR:  Which is why --

22           SEN. REESE:  with supports recommendation. Oh,

1    I see you have a -- you have a -- you have

2    demonstrative tools there with you, but -- but I --

3              SEN. BLAIR:  I might [talking over each

4    other].

5              SEN. REESE:  -- but I think that's, that's the

6    difficulty is how do you achieve that task while

7    avoiding gerrymandering, while avoiding all the other

8    principles that -- that have to be utilized and are

9    supposed to be utilized first, you know, as you begin

10   to -- to draft these. And so I think it just kind of

11   highlights the difficulty in doing so, and I -- I

12   appreciate your effort at -- at trying to achieve it

13   though.

14             SEN. BLAIR:  That's right. I appreciate it.

15   Thank you.

16             SEN. REESE:  Thank you. But you can still go

17   ahead and use your --

18             SEN. BLAIR:  Oh. I'll set them here in case

19   you need to look at them further.

20             SEN. REESE:  Okay. Thank you.

21             SEN. HEWITT:  Okay. All right. The board is

22   clear from the -- from the senators. I have a -- a few

1    cards I'd like to -- to get to. The first we have -- we

2    have two white cards here from fellow senator, Senator

3    Talbot and Senator Mills. Would you all like to -- to

4    speak Senator Talbot, Senator Mills?

5              MALE 4:  You go first.

6              MALE 5:  Thank you.

7              SEN. MILLS:  Thank -- thank you, Madam

8    Chairwoman, and appreciate the patience with us. And I

9    have not spent a lot of time.

10             SEN. HEWITT:  Senator, just -- senator

11   introduce yourself, if you don't mind. We all know you,

12   but maybe everyone else watching online does not.

13             SEN. MILLS:  Thank you. And I'm Senator Robert

14   Mills, District 36. And I was looking at this map for

15   the first time and was concerned about the incursion

16   into Senate District 36 of a new Congress person.

17             And, you know, obviously we get along in north

18   Louisiana with Congressman Letlow and Congressman

19   Johnson. We surely have our favorite of -- of -- of

20   those, but that's personal of both highly qualified.

21             But Bossier Parish is split in this, and it

22   concerned me when I looked at it at first that

1   Congressman Johnson now currently serving in as a

2   congressman for the Forest dis- -- district had been

3   drawn out of the district.

4           But in fact, his current home is within a

5   couple of miles of the line and he's in this district,

6   but that's his current home. And, of course, quite a

7   bit of Bossier parish and -- and Mrs. Johnson's home

8   and family in Webster Parish are drawn out into the

9   other districts.

10          So it did -- it did seem a bit intrusive that

11  we've taken quite a bit of what has been historically

12  congressional District Four represented so well by

13  Congressman Mike Johnson and -- and brought in current

14  Congressman from -- from District 5. And it just --

15  change is always uncomfortable, and I just wanted to

16  express my opinion that I -- I feel like in -- in

17  representing District 36 I would object to this map.

18          SEN. HEWITT:  All right. Senator, thank you.

19  Senator Talbot, introduce yourself, please.

20          SEN. TALBOT:  Thank you. I'm Kirk Talbot. I'm

21  State Senator from District 10 which is East Jefferson

22  Parish. And I just -- I don't want to be redundant, but

1    I just want to point out in my area, you know, for the

2    first time I've ever seen, you know, we're taking north

3    Kenner and -- and cracking east Jefferson and putting

4    it in, I guess, it'd be District 2.

5            And then you have, I guess, what -- what

6    concerns me is that the continuity of communities seem

7    to be gone out the window with this map. I mean, you

8    have Lakeview mids- -- parts of Mid-City in the uptown

9    area, around [inaudible] in District 1, which is a very

10   conservative district.

11           Then you take out the very conservative areas

12   of north Kenner which is a lot of folks and put it in

13   with District 2. And it, you know, that to me makes no

14   sense. And -- and I won't, again, I won't beat a dead

15   horse, but I just want to point out that, you know,

16   looking at this map, it -- it becomes clearer and

17   clearer to me that -- is that my cue? Is that --

18           MALE 5:  [Inaudible].

19           SEN. TALBOT:  I got it. So that being said,

20   I'd just like to say it -- it just -- there's no

21   community continuity in my area of -- of interest. So

22   I'd be happy to answer any questions, if there are any,

1    but I appreciate you giving us the time.

2            SEN. HEWITT:  All right. I don't -- I don't

3    see any questions on the board. Thank y'all for your

4    time being here today and --

5            SEN. TALBOT:  Thank you.

6            SEN. HEWITT:  -- and helping us to better

7    understand your areas. Okay. I've got some cards in

8    support here wishing to speak, Checo Yancy from

9    [inaudible], wishing to speak. And Jay Frankie Hires

10   [ph] present would like to speak as well. So if y'all

11   would like to both come to the table.

12           MR. HIRES:  Good afternoon. My name's Frankie

13   Hires from Jefferson Parish. I'm traveling for, I

14   believe, the seventh or eighth occasion on this -- on

15   this effort. Principled representation, it might

16   matter, right? It's why we end up here.

17           I was just over at the other room, speaking to

18   this a bit. Jefferson Parish with 440,000 citizens,

19   Baton Rouge with over 456,000 would've been the second,

20   third largest states in this union when we first

21   enumerated.

22           And you don't have to wait 10 years; you have

1    to do it within 10 years. Though in 1920, we failed at

2    the federal level. Is there a union if you fail to do

3    what you're obliged to do? Has a contract been

4    nullified? I don't know. You don't want to address that

5    here.

6           But you don't have to wait 10 years to correct

7    for this. That's for sure. The constitution's clear

8    about that. It's within 10 years that you must do this

9    again. That being said, we've all sworn an oath to

10   defend the constitution, support the constitution, the

11   oath of affirmation, article six, right?

12          I did as a census worker. When it comes to

13   trying to deal with this issue of minorities, it's --

14   it's a floating thing, right? This is changing all the

15   time. Black folk are going to double their population

16   in the next predicted 20 years by the census figures.

17   They'll go from 13 to 15 percent of the national

18   population.

19          The demographic is going to increase by the

20   greatest margin and -- and trust. Non-Hispanic white

21   folk right here, we're the only ones losing. We've

22   topped out. We're opting in with the other races

1   because two or more races are going to 400 percent

2   growth. 400 percent growth for two or more races.

3           What happens when one of those people decides

4   to define themselves as black? What's going to happen

5   to your apportionment then? You're districting then.

6   You see in questions of power, the distribution of

7   power, as a Jeffersonian Republican, Thomas Jefferson

8   said this, let no more be heard about a confidence in

9   man.

10          I don't want to have to count on you to do the

11  right thing. I don't want to have to count on you to be

12  fair or equitable or any other such idealistic notion.

13  He said to bind them down from mischief, by the chains

14  of a constitution.

15          But if we don't comprehend the document or

16  what the very fundamental words say, representatives

17  and direct taxes put pin in the latter one because I'm

18  sure none of you know what direct taxes are, but direct

19  taxes and representatives are to be apportioned among

20  the several states, according to the respective

21  numbers.

22          And if you understand, article four, section

1    four, we're obliged that at the state level. We

2    surrendered this in 1842 on June 25th, as a matter of

3    fact, next Saturday a week from tomorrow, we'll mark

4    the 180th anniversary since John Tyler signed away

5    principled representation and the work of the 27th

6    Congress.

7           So March 4th, 1843, when that 28th Congress is

8    seated, you can no longer constitutionally speaking,

9    get much done. And what ends up happening, right?

10   Secession, abolition, a costly Civil War, Jim Crow,

11   reconstruction.

12          Robber barons to prohibition, suffrage,

13   prohibitions repeal. Y'all have seen this pendulum.

14   It's feeling like 1977 to me right now. We rationed gas

15   back in 1970, some of you might remember that. I was in

16   California. Trust me. We knew about it, right?

17          What makes up a minority and how we're going

18   to resolve these things requires some considerations of

19   the principles that guide for this. When that first

20   bill was -- was passed in 1792, narrowly, by one seat

21   in -- in one chamber and two in the other, they had no

22   principles at all for explaining the outcome.

1          They came to just intolerable results could

2     not be o- --objected to from the north, from the south,

3     from industrial agrarian. And if it had been obtained

4     by any means prescribed within the constitution, it had

5     been fine.

6          Jefferson found that it had not because it

7     provided for two ratios of representation. It's amazing

8     how, when I'm sitting in these special sessions, none

9     of you, not one person, not the representatives, nobody

10    wants to see their parish or their community dissected.

11         But 55 plus parishes serve more than one

12    master. The representative does at the state level.

13    We've got no sense of what it means to have principled

14    representation because it's been 180 years since we

15    knew what it meant.

16         Republican form, you're guaranteed it at the

17    state level. That's why I've been to these meetings.

18    Y'all are supposed to take a heads up on this. You're

19    supposed to go look into it. I can't find anybody

20    because nobody's coming to me and asking me afterwards.

21         Polly won't come see me. She tried to

22    redistrict me out of my district. That's the best y'all

1    could do. It's just silly. So he goes on to say, if you

2    permit the large fraction of one parish or one state to

3    choose a representative for one of the smaller

4    fractions in another state or another parish, you take

5    from the latter its election.

6                And this constitutes real representation and

7    substitute a virtual representation of disenfranchised

8    fraction, and the tendency of the doctrine, the vi- --

9    virtual representation, anybody know what the doctrine

10    of virtual representation refers to? Any y'all?

11                That's the Revolutionary War. No taxation

12    without representation, but nobody knows what direct

13    taxes are. Nobody knows what the principles of indirect

14    taxation are. Jefferson Parish taxes West Bank, half a

15    percent less for hospitality industry than it does the

16    East Bank.

17                That defies the constitution itself but nobody

18    knows what the document says. So y'all swear an oath,

19    but it's become perfunctory. The apportioned bill that

20    actually did pass after the veto, the first veto,

21    George Washington's veto, to ensure that we'd have a

22    basic divisor, principles to prescribe for future

1    apportionments.

2           That bill reads as such; House of

3    Representatives shall be composed of members elected

4    agreeably to a ratio of one member for every, at the

5    time 33,000. You know what our ratio is today for this,

6    what you're doing? 776,000 people. Each one of those

7    reps has got to try and speak for.

8           I don't care who -- who's voting for them.

9    They're not listening to anybody. They can't. How could

10   they? The only people any of these six representatives

11   are ever going to be able to listen to is the biggest

12   employer, and I found out it's the federal government.

13          Vernon parish has the biggest employer. Po- --

14   Polk -- Polk Base, army base, right? That's the biggest

15   employer in the state. And you know who the next

16   biggest employer of the state is? The state.

17          And this isn't a place where I live with --

18   I'm a Republican. I live in a socialized state,

19   completely socialized. The two biggest employers are

20   the federal government and the state government.

21          Anybody care for free market capitalism?

22   There's no such thing. [Inaudible] free markets I beat

1   you over the head and take your stuff, and that's free

2   kind of, I guess. Point is that, principle

3   representation matters. I need you all to consider

4   this.

5         I need you to establish some principles to

6   guide for future apportionments. Consider this greatly.

7   You've sworn an oath to do it. You've sworn an oath to

8   actually care about the things that I'm trying to get

9   to you. I'd appreciate it if y'all would do something

10  about it, more than give us lip service.

11        Look, the minority here in Jeffers- -- in

12  Louisiana, isn't black people. I said this over at the

13  other room. This is your census report. 40 something

14  parishes, right? 40 something parishes, all losing

15  population. The rules are the minority. The rules are

16  the minority.

17        And they've held power, more power than they

18  were entitled to going back to probably the formation

19  of the state because they could. I don't fault a shark

20  for being a shark, but at some point, you're going to

21  run out of food, right? So you got to figure out how to

22  -- how to give up some of the power from the north and

1    the west that you've had principally.

2              So you got six representatives. How about

3    this, right? Rules are -- that's the minority district.

4    So let's set aside one district to just be rural

5    parishes. And then go ahead and let East Baton Rouge be

6    the home for one pa- -- for one district.

7              Jefferson, be the home for a second district.

8    Orleans, be the home for a third district and so on,

9    down to St. Tammany and Lafayette. Now, Caddo Parish

10   would make like a third black district if it was the

11   home, but I'm not asking you overreach or to really

12   consider that.

13             But five parishes from East Baton Rouge,

14   Jefferson, Orleans, St. Tammany, Lafayette with 221,000

15   plus should not be suffering virtual representation

16   that we got away from in the Revolutionary War.

17             You could do better. Jefferson said this. If I

18   find -- if we find the people lacking, if I find the

19   people lacking for the enlightenment required to

20   exercise their discretion, exercise their control with

21   a wholesome discretion, that is, if I find them lacking

22   for the enlightenment required to exercise their

1    control with a wholesome discretion, the solution would

2    not be to take it from them. Not you.

3         You're just a reflection of our neglect and

4    opportunism, right? I'm not going to take the power

5    from you. No, he says the solution is to inform their

6    discretion. And that is a true corrective for cons- --

7    constitutional abuses of power.

8         You got to inform your discretion as to why.

9    How we empower an office of trust has to begin to

10   matter more to all of us than who holds it. Y'all are

11   term limited. You're gone. Before I can find out what

12   you did wrong, you're already onto your next gig. I

13   appreciate the time. Thank you much.

14        SEN. HEWITT:  Thank you, Mr. Hires. Mr. Yancy.

15        MR. YANCY:  Wow. I really know now what it is

16   sitting next to a Republican.

17        SEN. HEWITT:  Come and visit this committee

18   more often. You'll never know what you might have here.

19        MR. YANCY:  And -- and -- and, you know first

20   of all, my name is Checo Yancy. I represent -- I work

21   for Vote and I'm former incarcerated person. And I

22   gained my voting rights a couple years ago and, you

1    know, trying to be a part of the community and do the

2    right thing, but I tell you, wow.

3            You know, I think we are here today because

4    the federal judge said that we need two minority

5    districts. And I was really shocked when -- when --

6    when -- when a young man said, white folks are losing.

7    And I'm saying, wow, first time I heard that.

8            But in history, history is, you know, sometime

9    it repeats itself. What we are here to hear today and

10   what I'm -- what I'm in for is that we get the two

11   minority districts and I hope that we would do the

12   right thing. We had an opportunity, I've been to

13   several of the road shows and testified, and think my

14   voice was not heard.

15           I think a lot of other people's voice was not

16   heard. But I'm here today to say that you -- you -- you

17   ladies and -- ladies and gentlemen, you know, you hear

18   the bills, the instruments, and you make a law and we

19   have to follow it.

20           If I don't follow it, then I get in trouble

21   and go before a judge and then I have to mandate it to

22   follow it, am I correct? Well, the judges said that we

1    need to do the right thing and, you know, every --

2    somebody's district going to get cut up. Somebody's

3    district going to get separated.

4             But in the end, we want to be fair. We want to

5    make sure that we understand that everybody has an

6    equal opportunity. A second minority district would

7    give that opportunity in Congress to have an

8    opportunity to have a voice that somebody can listen to

9    what I'm saying or in that other district, what he's

10   saying or she's saying.

11            You know, we want to make sure that ladies and

12   gentlemen, again, let's just do the right thing. Why do

13   we need the federal judge to tell us to do when you're

14   reading the paper yesterday that Representative

15   Schexnayder and Senator Cortez got called.

16            They went to see the judge and the judge said,

17   hey, either you do it or I'm going to do it. And that's

18   where we are. That's where we are today. And I'm asking

19   you to take into consideration.

20            You voted down Senator Cleo Fields, and now we

21   got Senator Ward coming in, trying to do something. And

22   let's listen, you know, with -- with our organization

1    Vote, you know, we -- we believe in being a part of the

2    community and giving back, you know.

3           And I heard someone earlier talking about

4    being bust [ph] all over. Well, guess what? We've been

5    bust for years. As black people, we've been bust out

6    our neighborhood to other places to, you know, to make

7    it look good or whatever. So we don't -- we can't use

8    that excuse.

9           But we should in the light of the law, and

10   I've heard several committee members say in the

11   committees, the color of the law. Let's do what the

12   federal judge say. Let's get those two districts, get

13   it done.

14          And in my organization, what we say all the

15   time is, no surrender, no retreat. We'll be here

16   fighting, and I'm here. Thank you. I'll take any

17   questions if they any. But thank you for allowing me to

18   sit next to a Republican and that was good today.

19          SEN. HEWITT:  I'm sure he feels just as

20   fortunate to sit next to a Democrat. All right. Thank

21   you very much, Mr. Yancy.

22          MR. YANCY:  Thank you.

1          SEN. HEWITT:  All right. We have a few other

2     cards here in support, not wishing to speak Edgar Cage

3     with Together Louisiana, Ashley Shelton, the Power

4     Coalition, Terry Landry, Jr. SPLC Action Fund and

5     Devonte Lewis, Louisiana Budget Project.

6          Those were in support, not wishing to speak.

7     President opposition, not wishing to speak Mary Susie

8     Labrie. I've been practicing on that. Okay.

9          MS. LABRIE:  It's beautiful. A plus.

10         SEN. HEWITT:  Thank you. All right. And I

11    believe you all have -- I believe it's one letter in

12    opposition to SB3 from Keely McGibney [ph] from one

13    Katie Anna. That's in your folder. All right. Have I

14    missed anything else? Any other emails or cards? Okay.

15    Senator Ward, would you like to close on your bill? S-

16    -- Senator Ward before you close, would you be willing

17    to take a question from President Cortez?

18         SEN. WARD:  Absolutely.

19         PRESIDENT CORTEZ:  Thank you, Madam Chair. And

20    Senator Ward, and I have spoken offline about this, but

21    I feel compelled to put it on the record. Yesterday,

22    during, I think it was Senator Fields bill, the parish

1   president from Lafayette King as did -- as did a member

2   of the -- the city councils from Scott and a number of

3   different people relative to Lafayette Parish and the -

4   - and the -- the dividing of Lafayette Parish.

5            So this bill does basically the same thing. It

6   -- it, doesn't -- it's not a whole lot different in

7   that regard, in that area. And a lot has been said

8   during this debate and I -- I appreciate the passion

9   and debate and I love -- I'm a former civics and

10  history teacher, so I love all of that stuff, you know,

11  so everybody that brings a different angle to the

12  debate.

13           I love talking about the Revolutionary War. I

14  -- I always thought it a good job if I could keep the

15  kids awake during discussion of the Revolutionary War.

16  But Senator Ward's bill is -- and I commend him, it's

17  something different that we haven't heard.

18           So it kind of hits people really between the

19  eyes and kind of shakes you up and says, okay, we've

20  seen Senator Fields bill. We saw it in the regular se-

21  -- for previous special session. We've seen a lot of

22  similar bills that basically took the fifth

1   congressional district and made it into a second black

2   district.

3          This one appears to be a something that's just

4   a little different than all of those. While it does

5   that, it -- it does shake up a few things. It shakes up

6   cer- -- certainly the third which I currently reside in

7   that now beco- -- I become, I think I reside now in the

8   fourth.

9          And if I believe, and the third moves to the

10  coast a little further, just south to the coast. So it

11  does conf- -- create some confusion, I -- I grant that.

12  This would not be a bill that I would be willing to

13  support because doing the right thing is voting your

14  constituency.

15         Following the judge's order is different in

16  that this -- and I think there's been a lot of

17  confusion with regards to the federal judge's order

18  because I've watched many times, and I've seen, and I'm

19  going to tell if you will give me the latitude, I want

20  to tell a quick story.

21         I saw a courtroom now, I wasn't in the

22  courtroom at the time I saw a courtroom where there was

1    a -- I was told by my clerk of court, that there was a

2    jury selection and they asked a potential juror for the

3    murder trial. They said, would you be willing to be,

4    you know, willing to listen to all of the evidence

5    before you made a decision?

6            And he said, yes, I would. He said, wha- --

7    are -- do you have any preconceived notions? And he

8    said, if the police arrested him, he's guilty. And then

9    I've also seen when people get convicted of murder at

10   the district court, and we don't immediately say, hang

11   him, or shoot him, or put him in the electric chair.

12           We say, they're on appeal. They go to a second

13   court. And then if they get, you know, the same ruling,

14   we don't say immediately run over there, and before the

15   20th of next month, you got to have them -- you got to

16   have them in the electric chair.

17           We say, let it play out to the Supreme Court.

18   In fact, we passed bills recently, and I know Senator

19   Foil and I were in the house at the time when we passed

20   the bill out of House appropriations to give a man who

21   came to the table, who had spent some 30 something

22   years in jail and he had been released because they

1    found DNA evidence to prove that he was not guilty.

2          And so we put into law, I think $150,000 to

3    make up for the number of years he spent in jail. So

4    with that, I'm going to -- I'm going to say that the

5    judge that I did go in front of yesterday to ask for

6    more time because I truly do believe that this is a too

7    short a period of time.

8          And she asked me on the record, will you do

9    everything you can to expedite the process? To which I

10   said, I am one vote out of 143, but I will do what I

11   can judge to expedite the process. And so the- -- there

12   is -- but I did also mention to her and to the court

13   that we are bound by the constitution, the statutes,

14   and the rules of the Senate, and the rules of the

15   house, and the ru- -- and the joint rules of the

16   legislature.

17         And I mentioned to him that one of the rules

18   of the House is it requires a two-thirds vote to

19   suspend those rules. The Senate is not under that same

20   hurdle. We can suspend with a -- with a majority of

21   those president voting. So we can move around and do

22   business a little quicker than the House can. They take

1    a little longer to maneuver.

2              This is the last instrument that -- that is in

3    front of this committee and effectively the last

4    instrument that would be in front of the Senate. Absent

5    of the House sending us an instrument to deal with. My

6    understanding is the House has taken up their

7    instruments today.

8              I understand. I just -- I just spoke to

9    someone in the -- in the house. They're going to take

10   up another instrument that apparently has got some

11   amendments being proposed to it tomorrow. And so at

12   this point in time, absent of us moving forward, a

13   bill, we have no more business in the Senate.

14             And so again, I'm going to circle back to my

15   very first statement. I don't like the bill in the

16   current form. I wouldn't vote for the bill in the

17   current form. I'm not a member of this committee other

18   than ex officio, but I know that in talking to Senator

19   Ward, he knows I don't like the -- the elements that I

20   can't explain to my district, that I could vote for it

21   on final passage.

22             But I do also understand in a process, that if

1    this bill gets deferred in this committee, there is no

2    instrument in the Senate. That being said, even if the

3    bill were amended to where they could -- to where he

4    could get 20 votes on his instrument, there's no

5    guarantee the House would pass it, or even hear it, or

6    even suspend the rules to put it in committee.

7            So we find ourselves a little bit at a

8    quagmire, but I'm going to say that I appreciate

9    Senator Ward bringing the instrument, at least in an

10   attempt to give something different that hasn't been

11   the same. I'm going to say retread of the same

12   arguments and -- and to defer bills or not defer bills

13   that you've already deferred.

14           The last thing I'll say is that yesterday at

15   the end of the -- of the courtroom was in a trial, I

16   guess it was just a hearing. When I was relieved and I

17   could have left, I stayed and -- and the judge did tell

18   both the plaintiffs and the defendants that she was

19   ordering them to put together maps, remedial maps, the

20   lawyers.

21           She told the lawyers, go put together remedial

22   maps and get them back to me as soon as possible. Now,

1    I have to say on the -- the one hand, I -- I take

2    offense in that -- and I don't take personal offense by

3    the way. I only take the offense that the court is now

4    saying the legislature is doing nothing, is going to do

5    nothing, and I know that in advance.

6           So it's almost like the -- the judge has said,

7    I've predetermined the outcome, and I'm going to get --

8    pick the map I want to pi- -- pick anyway. So that just

9    came down and I wanted to make you all aware that I

10   just got a notification that they are required to have

11   those maps by June 22nd to the court.

12          And they'll have an opportunity to, I guess,

13   debate on either side, the merits of the map. And so to

14   suggest that somehow if his map doesn't get passed or

15   his map has been deferred, your map's not been taken

16   up, if the House doesn't have a map, there's going to

17   be a map.

18          And that's the first thing I'll -- I'll say,

19   there's going to be a map with two minority districts.

20   So for anybody who wants two minority districts to be

21   in the map, there's going to be one.

22          Secondly it hasn't been totally adjudicated

1    and the merits have not been heard yet and they're

2    going to at some point. And -- and I don't know which

3    side's going to -- going to be right or wrong and I say

4    it on the very last day of the first special session, I

5    think I -- I recall saying that we overrode the -- the

6    governor's veto and -- and I said the governor and the

7    executive branch opposed this map that the legislature

8    had put forward; as a coequal branch it had a right to

9    do that.

10           And the courts, the other third branch was

11   going to weigh in at the time. I didn't think it would

12   be the federal courts and didn't know, thought it might

13   be the state courts, but it could have well been the

14   federal courts. And while they are a different level,

15   and it's really a federalism issue, more so than a

16   three branches of government.

17           But I think my point still holds that two of

18   the three branches are going to decide if that first

19   map was legal and constitutional. Now, note, I don't

20   believe any judge can tell an elected official that

21   they have to come in here and do a particular thing.

22           We're trying to do something, no more so than

1    we could legislate that a state district judge call a

2    case on a particular day, or that we tell the secretary

3    of the department of transportation he has to let a

4    contract on a particular day. They execute the law. We

5    don't. We make the law. They don't.

6            And the way we make it is through our process

7    of the constitution, the statutes, and the rules of our

8    body. And so -- so with that, I'm -- I'm just going to

9    say, I -- I don't have -- I don't have a vote in this

10   committee.

11           But as a Senate, if -- if this bill were --

12   this bill were to be reported to the full Senate, then

13   at least there would be still opportunity to debate if,

14   and only if the House would move an instrument out of

15   their committee so that we know that they would at

16   least be receptive of a Senate instrument if it got to

17   them that they would be willing to suspend the rules.

18           Other than that, anything other than that

19   today, we have done our business here in the Senate,

20   and we are sitting in the proverbial bullpen waiting

21   for the House to -- to be -- to play ball. So I know

22   that was a little longwinded Madam Chair, but I wanted

1    to get everything on the record, a), that this bill is

2    not something that I could go back home and explaining

3    voting for on final passage.

4         But I know Senator Ward's intent and he said

5    it earlier was to work with everybody to attempt to

6    make it into a posture that some people could vote for.

7    And -- and then also to state that it is only, only a

8    backup plan if on final jurisdiction the other map were

9    to be ruled unconstitutional. So with that, as I tell

10   you always, do the right thing and the right thing is

11   to represent your people from back home. And -- and so

12   thank you for the [inaudible].

13        SEN. HEWITT:  Thank you, Mr. President, thank

14   you for your words and -- and kind of catching

15   everybody up to -- up to speed and -- and up to date,

16   so very well said. All right, Senator Ward to close on

17   your bill.

18        SEN. WARD:  Thank you, Madam Chair. Members,

19   look, y'all have been at this for a very long time. I

20   appreciate the opportunity to present the bill. I think

21   i- -- if you could just keep a couple of things in mind

22   as -- as we move forward with the vote, however, that

1    turns out.

2           One of the things that I think stuck out to me

3    the most in terms of talking about the map itself was,

4    did it break up community of interest and were -- were

5    parishes, or towns, or cities going to have multiple

6    congressmen?

7           And what I would like to say to that is, my

8    current senate district, the nine par- -- out of the

9    nine parishes I represent currently in the -- from the

10   2011 map, six of those nine parishes have multiple

11   congressional members for their representation, six of

12   the nine.

13          So that's -- that's not an uncommon thing.

14   That's something that happens. It's -- it's going to

15   happen somewhere in the state. Under our current

16   districts, it just so happens that it -- it -- it's the

17   region that I'm from. So that is -- that is one thing

18   to keep in mind.

19          The other thing that we talk about a lot in

20   this building is -- and the president alluded to it

21   just a -- a few minutes ago, there's three branches of

22   government. We're the legislative branch. All we're

1    asking for with this particular bill is to put

2    something in place that we -- that we chose together as

3    a body in case not -- not -- it's not a guarantee, but

4    in case once the judicial process runs its course.

5            And if the map that we -- that we already

6    passed is struck down, that this would -- would take

7    effect. Now, for -- for myself as somebody that

8    practices law, whenever you go in front of a judge, we

9    ask for similar things all the time.

10           And what we do is, you go into court and

11   whether it be a motion or some sort of hearing, or

12   anything, if they're going to rule on it and make a

13   judgment, you say, judge, this is what I really want,

14   but if you're not inclined to do that, how about this?

15           And I really think that that's what we're

16   doing here, but we're having a say in it. Because if we

17   don't move forward and -- and put this on the floor in

18   a way that we can at least attempt to continue to build

19   consensus around something, then we take ourselves out

20   of the equation completely, and we -- we rely solely on

21   the judicial system to make that decision.

22           So all I ask today is -- is that you give it a

1   fair shot and you give us the opportunity to continue

2   to try and build consensus around something. I don't

3   know that if -- if it -- if we find out that the house

4   is going to make it clear that they are not going to

5   build a work with us to build a consensus around

6   something. I don't know that we need to move forward

7   with it, but if we don't move forward with this

8   instrument today, we'll never have that opportunity to

9   know.

10          SEN. HEWITT:  All right. Thank you, Senator.

11  Senator Tarver?

12          SEN. TARVER:  Senator Ward, I -- I -- I'm

13  looking at your bill is a lot to be desired about your

14  bill. But I know you -- you brought the build a good

15  faith, and I think that you really want to do the --

16  the right thing. I look at the minority districts and

17  around 52 percent it need to be a little -- little

18  higher.

19          I know you are willing to -- you are open to

20  amendments on the floor. And I think that we can do

21  something to make this building show good faith to the

22  people of Louisiana, and also basically to the people

1   of Louisiana. That is what we are concerned about.

2           I know we need to get something out of here.

3   So if we don't get anything out of here, we'll be gone

4   today and the -- the House might get something out of

5   committee. I don't really know, but I can't be

6   concerned about the House. I got to be fair myself. And

7   I think that you have a pretty good bill.

8           I like north Louisiana, but I have to look at

9   the whole state as a whole. You could increase a little

10  bit in a lot -- a little bit, basically in -- in the

11  minority community, the two districts that you have. So

12  I'm going to make a motion to report this bill

13  favorable.

14          MALE 6:  Substitute motion. It did not amend

15  it.

16          SEN. HEWITT:  Yeah. I was just checking to --

17  to see if we -- we had no amendments on this bill,

18  right?

19          MALE 6:  No.

20          SEN. HEWITT:  Okay. Okay. Senator Allain?

21          SEN. ALLAIN:  I -- I can -- I cannot go along

22  with reporting this bill favorably. But I do believe

1    that we need to keep an instrument alive, at least in

2    the interim. So I'm going to make a substitute motion

3    that we report this bill with no action.

4            SEN. HEWITT:  Okay. All right. So Senator

5    Tarver made a motion to report the bill favorable.

6    Senator Allain made a motion to report it with no

7    action. A substitute motion. I will make a substitute

8    motion. Can I do a substitute on substitute?

9            SEN. ALLAIN:  Nope. You can't.

10            SEN. HEWITT:  All right. Okay. All right. So

11    Senator Allain the vote -- the Senator Allain has moved

12    that we report the bill without action. So a vote, yes,

13    would be to do so, that would send the bill to the

14    floor. A vote, no, would have us go back to the

15    original motion. [Inaudible]. Okay. So, all right. So

16    let me just read again. So a vote, yes, would send the

17    bill to the floor with no action. A vote, no, would

18    allow us to go back to the original motion. Let's see.

19            FEMALE 2:  We're ready?

20            FEMALE 3:  We're trying to explain this. You

21    go back to the original motion just to report it

22    [inaudible]. [Talking over each other].

1          SEN. HEWITT:  All right. I'm sorry. Put all

2     that back on the record. So we were trying to make sure

3     that everybody understands what the motion is.

4          MALE 7:  Madam? Madam?

5          FEMALE 4:  Thank you. [Talking over each

6     other].

7          SEN. HEWITT:  All right. Why do we always get

8     all the interesting motions here? All right. Okay. So

9     again, just for the record, Senator Allain, did you

10    want to say something else? No. Okay. Okay. I'll take

11    you off then. Are -- are you on?

12         SEN. ALLAIN:  No.

13         SEN. HEWITT:  All right.

14         SEN. ALLAIN:  [Inaudible] motion.

15         SEN. HEWITT:  Okay. So Senator Allain's

16    substitute motion is to report the bill without action

17    which would send the bill to the floor. So a vote, yes,

18    would be to report it with no action and send it to the

19    floor. A vote, no, will take us back to the earlier

20    motion, and I'll explain that if we get that -- to that

21    point. Okay? So if you will, Madam Secretary, call the

22    roll.

1          MADAM SECRETARY:  Senator Milligan?

2          SEN. MILLIGAN:  No.

3          MADAM SECRETARY:  No. Senator Allain?

4          SEN. ALLAIN:  Yes.

5          MADAM SECRETARY:  Yes. Senator Foyle?

6          SEN. FOTLE:  Yes.

7          MADAM SECRETARY:  Yes. Senator Harris?

8          SEN. HARRIS:  Yes.

9          MADAM SECRETARY:  Yes. Senator Price?

10          SEN. PRICE:  Yes.

11          MADAM SECRETARY:  Yes. Senator Reese?

12          SEN. REESE:  No.

13          MADAM SECRETARY:  No. Senator Tarver?

14          SEN. TARVER:  Yes.

15          MADAM SECRETARY:  Yes. Senator Womack?

16          SEN. WOMACK:  No.

17          MADAM SECRETARY:  No. Senator Hewitt?

18          SEN. HEWITT:  No.

19          MADAM SECRETARY:  No. That is five yeas and

20  four nays.

21          SEN. HEWITT:  Okay. So that bill gets reported

22  without action.

1          MALE 6:  Chairman. Move that we adjourn.

2          SEN. HEWITT:  Okay. I- -- is there any other

3   business before this committee? Then we sta- -- Senator

4   Tarver moves that we adjourn.

5          SEN. TARVER:  Thank you, members. [Talking

6   over each other].

7          MALE 8:  Let me know before we do anything

8   else.

9          SEN. TARVER:  I will. I know. If I have to

10  prepare for the floor, I definitely will. I'll call --

11  I -- I just want to better prepare for some of those

12  little [inaudible] if I get all the detail, maybe I

13  know you done those --

14

15

16

17

18

19

20

21

22

1                   CERTIFICATE OF TRANSCRIBER

2          I, Chris Naaden, a transcriber, hereby declare

3     under penalty of perjury that to the best of my ability

4     from the audio recordings and supporting information;

5     and that I am neither counsel for, related to, nor

6     employed by any of the parties to this case and have no

7     interest, financial or otherwise, in its outcome, the

8     above 127 pages contain a full, true and correct

9     transcription of the tape-recording that I received

10    regarding the event listed on the caption on page 1.

11

12         I further declare that I have no interest in

13    the event of the action.

14

15    _____

16         June 23, 2022

17         Chris Naaden

18

19    (453585, 1. Senate Committee June 17)

20

21

22

| A | | | |
|---|---|---|---|
| **abbeville** | 103:10, 104:2, | 109:4, 124:3, | **advantage** |
| 29:11 | 108:3, 109:20, | 124:7, 124:12, | 24:15, 24:18 |
| **abide** | 110:13, 120:3, | 124:17, 125:16, | **advantageous** |
| 23:8 | 120:19, 121:14, | 125:18, 126:22, | 15:21, 16:2 |
| **ability** | 122:13, 123:1, | 128:13 | **advocated** |
| 57:6, 84:13, | 123:6 | **actual** | 77:16 |
| 128:3 | **above** | 19:16 | **affairs** |
| **able** | 128:8 | **actually** | 2:3 |
| 13:5, 73:13, | **absent** | 4:1, 7:21, | **affected** |
| 102:11 | 114:4, 114:12 | 29:20, 70:10, | 4:8, 4:10 |
| **abolition** | **absolute** | 77:14, 83:20, | **affecting** |
| 99:10 | 67:9 | 85:8, 101:20, | 4:6 |
| **about** | **absolutely** | 103:8 | **affirmation** |
| 3:14, 4:19, | 88:9, 109:18 | **ad** | 97:11 |
| 6:3, 6:9, 6:22, | **abuses** | 13:10 | **affirmatively** |
| 8:7, 8:11, 8:18, | 105:7 | **add** | 50:1 |
| 11:3, 11:16, | **acadiana** | 22:12, 84:2 | **afraid** |
| 11:17, 12:2, | 87:12, 87:14 | **added** | 78:8 |
| 12:19, 13:9, | **accept** | 3:20, 83:20 | **african** |
| 13:10, 13:12, | 83:15 | **adding** | 7:15 |
| 14:5, 14:7, | **access** | 22:4 | **african-american** |
| 15:8, 18:14, | 41:21 | **addis** | 68:10 |
| 20:6, 22:5, | **accessor** | 66:11 | **african-americans** |
| 28:7, 28:18, | 27:10, 31:22, | **addition** | 13:3 |
| 30:1, 30:13, | 32:12 | 51:3, 76:7 | **after** |
| 30:19, 32:1, | **accessor's** | **additional** | 15:22, 55:8, |
| 32:7, 32:17, | 31:8 | 30:15 | 73:3, 77:19, |
| 33:8, 34:10, | **according** | **address** | 101:20 |
| 34:14, 35:3, | 8:1, 79:4, | 11:21, 97:4 | **afternoon** |
| 36:14, 36:17, | 98:20 | **addressed** | 28:7, 96:12 |
| 38:1, 38:9, | **account** | 4:10 | **afterwards** |
| 41:9, 41:12, | 40:14, 40:16 | **adequate** | 100:20 |
| 44:18, 50:22, | **accustomed** | 15:10 | **ag** |
| 52:12, 53:15, | 74:15 | **adequately** | 40:21 |
| 53:17, 55:1, | **achieve** | 13:16 | **again** |
| 56:15, 56:17, | 42:2, 92:6, | **adhere** | 6:16, 8:22, |
| 62:5, 66:5, | 92:12 | 69:11 | 10:13, 10:18, |
| 66:7, 66:8, | **achieving** | **adhered** | 10:22, 19:1, |
| 68:4, 70:19, | 42:13 | 64:9, 87:16 | 25:10, 43:8, |
| 73:6, 73:7, | **across** | **adjourn** | 44:12, 45:1, |
| 78:4, 78:17, | 62:12, 63:21, | 127:1, 127:4 | 46:18, 47:19, |
| 81:1, 84:22, | 64:15 | **adjudicated** | 63:11, 69:4, |
| 86:15, 87:2, | **act** | 116:22 | 72:5, 72:22, |
| 87:3, 93:15, | 24:2, 24:3, | **admit** | 74:12, 86:1, |
| 97:8, 98:8, | 56:11, 72:9, | 25:17 | 86:7, 87:6, |
| 99:16, 103:8, | 79:5, 86:4 | **adopting** | 88:1, 95:14, |
| | **action** | 38:10, 39:9 | 97:9, 107:12, |
| | 49:18, 51:14, | **advance** | 114:14, 124:16, |
| | | 116:5 | |

125:9
**against**
37:4, 41:18,
53:13, 54:17
**age**
7:14, 7:15,
8:3, 47:13,
47:16, 67:21,
68:9
**agenda**
59:9
**ago**
5:6, 105:22,
120:21
**agrarian**
100:3
**agree**
18:18, 55:18,
69:15
**agreeably**
102:4
**agreed**
83:3
**agricultural**
16:10, 18:22,
29:6
**agriculture**
32:19, 39:20,
40:1, 41:20
**ahead**
51:22, 92:17,
104:5
**air**
78:13
**al**
77:11
**alexandria**
38:16, 39:11,
40:4, 42:22,
43:22, 44:13,
44:15, 44:21,
45:8, 45:12,
45:21, 46:2,
46:18, 47:14,
48:19
**alive**
124:1
**allain**
2:17, 2:18,

58:1, 58:2,
77:12, 77:13,
123:20, 123:21,
124:6, 124:9,
124:11, 125:9,
125:12, 125:14,
126:3, 126:4
**allain's**
125:15
**allen**
66:12
**allow**
52:18, 124:18
**allowed**
39:4
**allowing**
108:17
**alluded**
120:20
**almost**
21:17, 21:18,
21:20, 21:21,
56:2, 116:6
**along**
4:13, 13:18,
14:16, 77:11,
86:17, 93:17,
123:21
**already**
5:7, 57:2,
79:17, 83:2,
83:3, 83:17,
84:18, 105:12,
115:13, 121:5
**also**
5:1, 15:6,
16:12, 23:14,
25:22, 29:8,
32:21, 35:10,
36:4, 38:22,
40:18, 50:5,
50:9, 56:10,
67:13, 70:9,
78:2, 81:10,
86:19, 87:4,
112:9, 113:12,
114:22, 119:7,
122:22

**although**
5:18, 75:16
**always**
17:2, 21:13,
24:16, 32:18,
52:11, 70:16,
87:20, 90:5,
94:15, 110:14,
119:10, 125:7
**amanda**
51:15
**amazing**
100:7
**amend**
10:9, 10:10,
123:14
**amended**
34:20, 51:20,
57:10, 115:3
**amendment**
3:19, 3:21,
3:22, 4:3, 4:6,
4:10, 4:17,
9:21, 10:3,
10:4, 11:16,
29:19, 29:20,
34:11, 56:12,
72:10, 79:20,
83:17, 84:2,
85:5
**amendments**
3:20, 4:5,
4:14, 5:1,
83:14, 85:19,
86:9, 86:11,
114:11, 122:20,
123:17
**american**
7:16
**among**
98:19
**amount**
71:20, 91:11
**analysis**
10:12
**anchor**
19:1
**angle**
110:11

**anna**
109:13
**anniversary**
99:4
**annual**
79:2, 79:3
**another**
9:22, 66:15,
89:10, 101:4,
114:10
**answer**
31:17, 61:2,
61:22, 62:1,
80:10, 95:22
**answering**
10:21
**anticipation**
5:17
**any**
5:3, 5:6, 5:12,
9:19, 18:4,
31:3, 31:4,
31:17, 33:5,
37:8, 37:9,
40:22, 51:18,
56:1, 56:2,
56:6, 64:18,
66:22, 71:13,
71:22, 73:11,
76:21, 80:19,
80:20, 81:1,
87:19, 95:22,
96:3, 98:12,
100:4, 101:10,
102:10, 108:16,
108:17, 109:14,
112:7, 117:20,
127:2, 128:6
**anybody**
11:11, 100:19,
101:9, 102:9,
102:21, 116:20
**anymore**
10:14
**anyone**
26:11
**anything**
32:14, 46:15,

48:1, 70:21,
85:16, 90:7,
109:14, 118:18,
121:12, 123:3,
127:7
**anyway**
23:21, 116:8
**apart**
38:5, 39:9
**apologize**
12:9, 18:9,
54:13, 56:20,
70:4
**apparently**
114:10
**appeal**
78:5, 82:4,
82:6, 112:12
**appear**
90:22
**appears**
47:18, 69:9,
69:10, 79:12,
111:3
**apple**
42:5
**apply**
83:11
**apportioned**
98:19, 101:19
**apportionment**
98:5
**apportionments**
102:1, 103:6
**appreciate**
2:7, 25:8,
25:9, 30:14,
33:13, 37:9,
37:22, 42:14,
44:18, 47:10,
49:10, 55:14,
72:14, 77:10,
80:4, 83:15,
84:7, 85:14,
85:22, 86:3,
90:12, 92:12,
92:14, 93:8,
96:1, 103:9,

105:13, 110:8,
115:8, 119:20
**appropriate**
71:20
**appropriations**
112:20
**area**
6:13, 8:14,
8:22, 9:2, 12:3,
14:5, 14:7,
14:12, 14:14,
15:1, 15:20,
16:3, 16:12,
16:13, 16:14,
19:1, 20:6,
21:19, 21:20,
21:22, 22:7,
23:13, 24:7,
24:17, 25:6,
26:9, 30:13,
40:1, 42:2,
43:18, 44:1,
44:2, 44:14,
44:16, 44:21,
45:11, 45:12,
45:15, 45:22,
46:2, 46:17,
46:18, 47:14,
47:20, 48:16,
49:3, 63:5,
66:1, 66:5,
66:7, 66:16,
67:20, 68:1,
69:6, 85:9,
87:14, 95:1,
95:9, 95:21,
110:7
**areas**
6:10, 16:10,
16:17, 18:10,
21:11, 25:1,
38:2, 40:9,
40:16, 41:3,
41:19, 42:5,
43:2, 44:4,
67:15, 71:21,
72:18, 90:2,
95:11, 96:7

**aren't**
6:19
**arguably**
83:10
**argues**
40:13, 40:18
**argument**
60:15, 63:22,
83:3
**arguments**
115:12
**arm**
5:14
**army**
102:14
**around**
16:12, 25:10,
28:9, 32:2,
32:8, 33:4,
67:15, 95:9,
113:21, 121:19,
122:2, 122:5,
122:17
**arrested**
112:8
**article**
97:11, 98:22
**ashley**
51:9, 109:3
**aside**
104:4
**asked**
11:5, 14:7,
20:6, 112:2,
113:8
**asking**
11:3, 14:12,
41:10, 54:7,
100:20, 104:11,
107:18, 121:1
**aspect**
90:4
**aspects**
43:9
**attempt**
23:4, 47:19,
115:10, 119:5,
121:18

**attempted**
70:9
**attended**
12:6, 13:1
**attention**
43:3, 49:13
**attorney**
23:4, 89:11
**attract**
46:11
**audible**
57:21
**audio**
128:4
**authored**
12:18
**authorization**
79:5
**avoiding**
92:7
**avoyelles**
21:15
**awake**
110:15
**aware**
116:9
**away**
38:14, 89:6,
99:4, 104:16

**B**
**back**
8:21, 22:20,
27:6, 41:7,
44:7, 53:9,
53:12, 56:22,
57:17, 66:21,
67:17, 68:16,
70:10, 71:6,
79:16, 82:12,
99:15, 103:18,
108:2, 114:14,
115:22, 119:2,
119:11, 124:14,
124:18, 124:21,
125:2, 125:19
**background**
9:18, 37:5,

55:17, 55:21,
56:13
**backup**
119:8
**bags**
53:11
**balance**
23:10, 23:12,
23:18, 56:8,
60:18
**balancing**
24:2, 24:3,
72:9
**ball**
45:3, 118:21
**ballgame**
75:11
**bank**
7:20, 7:21,
101:14, 101:16
**bar**
23:6, 39:9
**barksdale**
78:13, 78:22
**barons**
99:12
**base**
18:22, 47:7,
78:13, 102:14
**based**
13:20, 13:21,
22:9, 24:12,
29:6, 46:15,
90:6
**bases**
79:9
**basic**
101:22
**basically**
18:8, 38:17,
41:15, 87:15,
110:5, 110:22,
122:22, 123:10
**basis**
65:2, 79:3
**baton**
17:15, 18:20,
19:12, 20:12,

22:12, 24:7,
38:13, 38:18,
39:11, 40:15,
42:22, 53:16,
66:9, 85:9,
85:12, 96:19,
104:5, 104:13
**beat**
95:14, 102:22
**beautiful**
109:9
**because**
3:17, 4:7,
4:19, 5:15,
13:17, 14:7,
15:6, 15:13,
15:16, 16:21,
18:19, 20:5,
21:10, 22:20,
22:21, 23:5,
28:7, 32:13,
32:22, 33:5,
40:20, 43:16,
47:2, 48:14,
52:9, 52:13,
52:16, 52:22,
53:17, 56:6,
56:15, 59:21,
73:1, 75:7,
75:17, 79:16,
82:20, 84:3,
84:8, 85:5,
86:3, 86:20,
88:15, 98:1,
98:17, 100:6,
100:14, 100:20,
103:19, 106:3,
111:13, 111:18,
112:22, 113:6,
121:16
**beco**
111:7
**become**
64:17, 67:14,
101:11, 111:7
**becomes**
63:1, 95:16
**been**
13:15, 17:2,

28:18, 29:4,
31:22, 32:3,
32:7, 32:16,
35:15, 41:7,
48:9, 48:22,
52:6, 52:8,
52:9, 53:22,
54:1, 54:2,
54:5, 72:12,
75:5, 75:8,
75:13, 76:13,
77:3, 79:17,
80:12, 80:15,
81:8, 81:22,
82:3, 82:20,
88:12, 94:2,
94:11, 96:19,
97:3, 100:3,
100:5, 100:14,
100:17, 106:12,
108:4, 108:5,
109:8, 110:7,
111:16, 112:22,
115:10, 116:15,
116:22, 117:1,
117:13, 119:19
**before**
22:4, 51:21,
52:6, 60:11,
79:15, 88:12,
105:11, 106:21,
109:16, 112:5,
112:14, 127:3,
127:7
**begin**
92:9, 105:9
**begins**
89:17
**behind**
14:18, 25:12,
42:6, 74:12,
76:18, 91:1
**being**
4:7, 6:7,
16:14, 16:15,
18:19, 23:2,
26:5, 26:20,
32:21, 35:3,

37:10, 46:21,
60:20, 91:9,
95:19, 96:4,
97:9, 103:20,
108:1, 108:4,
114:11, 115:2
**believe**
12:5, 12:22,
14:19, 15:11,
16:5, 29:1,
29:20, 30:3,
33:11, 34:10,
43:1, 57:1,
57:3, 61:14,
63:18, 69:18,
76:22, 80:15,
96:14, 108:1,
109:11, 111:9,
113:6, 117:20,
123:22
**believing**
13:15
**belongs**
32:6
**below**
32:10, 32:13,
39:8
**benton**
80:13
**bernard**
62:19, 65:1,
65:10, 65:15,
65:21, 66:18,
67:20, 78:3,
85:10
**besides**
32:12
**best**
48:17, 54:9,
57:6, 60:5,
67:9, 69:19,
77:8, 78:1,
85:1, 88:19,
91:19, 100:22,
128:3
**bet**
32:12
**better**
6:18, 9:1,

16:4, 32:17,
48:14, 71:2,
85:2, 85:20,
88:5, 89:12,
91:8, 96:6,
104:17, 127:11
**between**
30:10, 33:20,
40:15, 44:19,
56:11, 65:13,
70:2, 79:6,
81:3, 85:17,
87:14, 110:18
**big**
7:19, 30:9,
39:16, 43:17,
45:1, 45:4,
61:14, 65:17,
76:12, 87:7
**biggest**
39:19, 77:18,
102:11, 102:13,
102:14, 102:16,
102:19
**bill**
3:14, 4:7,
4:12, 4:18,
4:22, 5:6, 5:21,
6:6, 6:15, 6:21,
11:3, 11:4,
11:6, 11:9,
12:19, 18:19,
28:22, 33:17,
33:18, 33:22,
34:4, 34:14,
37:4, 44:6,
47:11, 51:20,
52:5, 54:4,
54:9, 54:15,
55:1, 55:8,
55:11, 57:10,
59:4, 59:9,
59:15, 59:20,
60:3, 60:13,
61:1, 65:6,
67:19, 68:5,
73:17, 79:17,
80:7, 81:17,

83:16, 83:17,
84:3, 84:8,
85:15, 86:12,
99:20, 101:19,
102:2, 109:15,
109:22, 110:5,
110:16, 110:20,
111:12, 112:20,
114:13, 114:15,
114:16, 115:1,
115:3, 118:11,
118:12, 119:1,
119:17, 119:20,
121:1, 122:13,
122:14, 123:7,
123:12, 123:17,
123:22, 124:3,
124:5, 124:12,
124:13, 124:17,
125:16, 125:17,
126:21
**billion**
79:1, 79:2,
79:6
**bills**
4:5, 56:1,
56:2, 59:14,
60:16, 60:19,
106:18, 110:22,
112:18, 115:12
**bind**
98:13
**bit**
5:14, 6:2, 6:3,
6:9, 56:21,
59:11, 62:13,
71:2, 85:13,
94:7, 94:10,
94:11, 96:18,
115:7, 123:10
**bite**
42:5
**black**
7:14, 8:3,
47:12, 47:16,
47:19, 47:22,
52:15, 52:16,
52:22, 53:1,

53:2, 53:4,
53:20, 53:21,
54:3, 54:21,
61:7, 61:10,
61:11, 67:21,
68:9, 68:13,
69:12, 69:14,
73:2, 73:19,
91:14, 97:15,
98:4, 103:12,
104:10, 108:5,
111:1
**blacker**
47:19
**blacks**
54:5
**blair**
7:3, 7:5, 7:7,
7:8, 7:10, 8:4,
47:11, 67:19,
68:5, 68:7,
69:16, 70:3,
70:7, 71:4,
71:9, 73:5,
73:22, 74:10,
74:16, 76:4,
76:20, 78:15,
79:14, 80:1,
80:17, 80:22,
82:3, 82:15,
83:7, 83:13,
83:19, 84:6,
84:11, 85:14,
88:3, 89:19,
91:5, 91:18,
91:21, 92:3,
92:14, 92:18
**blake**
37:16, 50:21
**block**
44:3
**blow**
6:21
**blue**
7:22, 68:8,
68:10, 68:11,
71:16
**board**
31:9, 51:18,

92:21, 96:3
**bob**
50:14
**body**
53:5, 118:8,
121:3
**books**
53:19
**bossier**
39:13, 93:21,
94:7
**both**
4:4, 4:14,
16:9, 16:12,
43:10, 56:3,
60:14, 60:20,
72:9, 78:19,
80:1, 93:20,
96:11, 115:18
**bound**
113:13
**boundaries**
45:17, 45:20,
68:19, 90:21
**boundary**
90:19
**boyce**
45:2
**branch**
23:11, 117:7,
117:8, 117:10,
120:22
**branches**
23:10, 117:16,
117:18, 120:21
**break**
38:5, 39:9,
120:4
**breaks**
69:7
**breaux**
29:10, 40:5
**bridge**
29:10, 40:5
**briefly**
50:10, 61:1
**briggs**
50:10

bring
27:8, 30:15,
49:13
bringing
115:9
brings
110:11
broadband
41:20
brought
94:13, 122:14
broussard
40:5
brusly
66:11
budget
109:5
build
33:1, 121:18,
122:2, 122:5,
122:14
building
120:20, 122:21
bullpen
118:20
business
55:3, 113:22,
114:13, 118:19,
127:3
businesses
39:22, 46:10
bust
108:4, 108:5

C
caddo
16:21, 35:17,
104:9
cage
51:11, 109:2
calcasieu
87:4
california
99:16
call
2:3, 2:12,
6:17, 9:1,
43:22, 44:8,

44:13, 54:19,
57:19, 118:1,
125:21, 127:10
called
22:20, 23:2,
70:10, 107:15
calling
9:16
calls
28:8, 30:20
came
8:17, 12:1,
12:17, 13:9,
14:6, 14:11,
15:7, 20:5,
23:16, 53:11,
100:1, 112:21,
116:9
cameron
29:12, 62:19,
64:22, 85:10
can't
13:19, 23:19,
33:3, 33:5,
36:13, 36:14,
100:19, 102:9,
108:7, 114:20,
123:5, 124:9
candidate
13:14
cane
40:21, 41:1
cannot
123:21
capitalism
102:21
caption
128:10
capture
46:2
capturing
89:9
card
37:15, 49:17
cards
27:1, 27:4,
49:17, 51:4,
51:18, 93:1,

93:2, 96:7,
109:2, 109:14
care
102:8, 102:21,
103:8
career
60:17
carencro
40:4
carries
18:7
carroll
21:19, 24:9,
33:6, 74:20
carry
64:14, 91:11
carter
50:8
carved
41:7
case
4:9, 38:8,
40:13, 40:18,
49:6, 81:20,
92:18, 118:2,
121:3, 121:4,
128:6
cases
4:5, 71:17
catahoula
21:17
catching
119:14
categories
7:12
cause
46:17, 74:13
celebration
2:5
census
63:13, 97:12,
97:16, 103:13
center
16:12, 38:13,
39:12
centered
25:10
central
37:13, 37:21,

38:2, 40:6,
47:5, 48:9
central-type
74:3
cer
111:6
certain
71:19, 71:21,
91:11
certainly
22:15, 28:17,
29:1, 35:17,
36:15, 38:7,
44:2, 46:8,
46:12, 47:4,
47:5, 47:9,
49:5, 55:18,
64:19, 82:12,
111:6
certificate
128:1
certification
52:22
chains
98:13
chair
11:8, 26:11,
26:14, 26:17,
27:2, 33:16,
37:19, 48:4,
57:9, 59:6,
59:17, 78:12,
81:7, 109:19,
112:11, 112:16,
118:22, 119:18
chairman
9:8, 54:11,
127:1
chairperson
12:1, 13:11,
14:1, 19:9,
24:16
chairwoman
7:3, 9:14,
9:17, 28:6,
48:7, 52:3,
68:7, 77:13,
81:14, 86:5,

89:1, 93:8
**challenge**
72:5
**chalmette**
69:8
**chamber**
37:13, 37:21,
46:16, 87:19,
99:21
**chance**
84:9
**change**
10:20, 35:16,
86:13, 94:15
**changes**
62:7
**changing**
4:1, 18:21,
97:14
**character**
40:11
**charles**
28:13, 39:14,
39:17, 43:20,
45:5, 53:15,
78:1, 87:14
**check**
23:9, 23:11,
80:10
**checking**
83:19, 123:16
**checo**
96:8, 105:20
**cheering**
21:14
**chico**
51:4
**choice**
13:14
**choose**
73:21, 84:10,
101:3
**choosing**
13:6
**chopped**
32:21, 87:4
**chopping**
77:22

**chose**
83:12, 121:2
**chris**
128:2, 128:17
**christian**
1:22
**church**
30:8
**circle**
114:14
**circuit**
83:2, 86:19
**cities**
40:2, 41:18,
42:4, 120:5
**citizens**
96:18
**city**
45:17, 45:19,
48:18, 48:20,
49:8, 66:12,
110:2
**civics**
110:9
**civil**
99:10
**clarification**
84:3
**clarify**
4:19, 81:16,
81:18, 82:22
**clay**
28:12
**clear**
3:17, 13:18,
20:8, 51:18,
81:22, 92:22,
97:7, 122:4
**clearer**
95:16, 95:17
**cleo**
107:20
**clerk**
112:1
**close**
6:20, 67:12,
109:15, 109:16,
119:16

**closed**
2:5
**co-authored**
24:4
**coalition**
51:10, 109:4
**coast**
34:6, 62:19,
62:22, 64:16,
64:19, 77:15,
77:17, 78:5,
111:10
**coastal**
64:18
**cocker**
50:15
**cockerham**
50:15
**code**
7:18, 45:18
**coded**
47:12, 67:21
**codes**
7:11
**coding**
7:2, 68:4, 68:8
**codings**
68:6
**coequal**
117:8
**cohesion**
29:7
**cole's**
34:12
**colleagues**
10:16
**collect**
59:13
**color**
7:10, 7:15,
7:18, 32:5,
47:12, 67:21,
68:4, 68:5,
68:8, 108:11
**colored**
53:8
**coloring**
7:1

**colors**
47:15
**combined**
38:19
**come**
11:21, 12:2,
12:17, 15:18,
23:12, 24:21,
26:5, 26:13,
30:21, 37:14,
42:11, 44:7,
51:5, 54:9,
55:3, 60:6,
74:5, 96:11,
100:21, 105:17,
117:21
**comes**
62:12, 65:20,
75:19, 97:12
**coming**
32:20, 48:13,
72:13, 100:20,
107:21
**commend**
110:16
**comment**
11:15, 86:10
**comments**
51:19, 62:3,
69:10
**commerce**
37:13, 37:22,
40:11, 46:16
**commit**
80:7
**committee**
1:9, 4:4, 9:11,
9:20, 11:2,
11:13, 13:11,
14:11, 15:6,
17:10, 22:8,
23:22, 29:20,
31:3, 37:20,
51:20, 51:21,
52:4, 52:6,
52:14, 72:12,
79:11, 86:8,
86:9, 105:17,

108:10, 114:3,
114:17, 115:1,
115:6, 118:10,
118:15, 123:5,
127:3, 128:19
**committees**
108:11
**common**
32:9, 32:14,
33:6, 36:15,
38:6, 39:10,
40:8, 40:10,
41:3, 47:2,
64:1, 78:18
**commonalities**
31:15
**commonality**
16:11, 17:5,
17:6
**communities**
6:4, 8:8, 8:11,
17:7, 25:10,
25:11, 28:18,
28:20, 29:21,
30:6, 30:10,
35:18, 38:6,
39:10, 39:15,
39:19, 42:12,
43:4, 45:9,
69:3, 69:4,
69:20, 70:15,
72:7, 88:4, 95:6
**community**
3:16, 8:19,
14:13, 14:20,
16:6, 44:16,
44:17, 45:4,
46:19, 48:17,
65:12, 66:2,
66:4, 67:10,
69:7, 87:13,
95:21, 100:10,
106:1, 108:2,
120:4, 123:11
**compact**
54:9
**compare**
63:11

**compared**
62:5
**compelled**
109:21
**competent**
76:16
**completely**
102:19, 121:20
**completing**
23:15
**compliance**
82:14
**complicated**
56:10
**complied**
73:14
**complies**
73:9
**complying**
85:18, 91:20
**composed**
102:3
**comprehend**
98:15
**con**
21:3
**concept**
78:4, 89:12
**concern**
15:8, 43:14,
44:4, 79:8, 88:1
**concerned**
40:12, 79:12,
93:15, 93:22,
123:1, 123:6
**concerning**
30:19
**concerns**
38:1, 38:9,
95:6
**concordia**
21:17
**concur**
37:3
**conf**
111:11
**confidence**
98:8

**configuration**
38:15
**confusion**
3:18, 3:19,
4:19, 111:11,
111:17
**congress**
13:18, 24:17,
39:8, 52:15,
53:13, 54:1,
54:6, 54:22,
75:12, 93:16,
99:6, 99:7,
107:7
**congressional**
8:13, 8:15,
9:2, 9:6, 12:20,
15:9, 16:2,
16:9, 16:13,
16:14, 17:13,
17:21, 18:2,
18:12, 18:14,
18:21, 21:4,
21:7, 21:15,
24:12, 28:12,
36:16, 38:11,
39:17, 43:19,
43:20, 44:19,
52:12, 52:19,
66:10, 66:19,
73:18, 75:14,
76:2, 76:8,
80:2, 80:16,
81:3, 94:12,
111:1, 120:11
**congressman**
50:7, 50:13,
66:14, 66:15,
75:6, 76:14,
78:20, 79:10,
80:15, 81:8,
93:18, 94:1,
94:2, 94:13,
94:14
**congressman's**
80:12
**congressmen**
15:12, 25:6,

26:6, 26:9,
88:6, 120:6
**congresswoman**
74:19, 75:7,
76:14
**connected**
30:3
**cons**
105:6
**consensus**
121:19, 122:2,
122:5
**conservative**
95:10, 95:11
**consider**
45:12, 45:16,
46:1, 103:3,
103:6, 104:12
**consideration**
5:2, 41:10,
48:3, 63:7,
80:4, 107:19
**considerations**
99:18
**considered**
24:8, 24:13,
63:16, 63:18
**consists**
18:14
**consolidated**
77:15, 77:17
**consolidating**
78:4
**constituency**
26:6, 111:14
**constituents**
13:2, 19:16,
20:7, 20:8,
22:13, 23:20,
24:1
**constitutes**
101:6
**constitution**
23:8, 97:10,
98:14, 100:4,
101:17, 113:13,
118:7
**constitution's**
97:7

**constitutional**
105:7, 117:19
**constitutionally**
99:8
**construction**
79:6
**contain**
128:8
**contingencies**
83:16
**continue**
74:14, 121:18,
122:1
**continuing**
61:20
**continuity**
63:9, 63:14,
63:19, 64:7,
64:13, 72:8,
74:13, 75:1,
75:5, 75:15,
76:6, 76:19,
78:18, 95:6,
95:21
**contract**
97:3, 118:4
**contrary**
11:7
**control**
31:4, 104:20,
105:1
**conversation**
6:14, 12:2,
56:16, 56:19,
80:14
**convicted**
112:9
**correct**
33:21, 34:2,
34:14, 74:10,
97:6, 106:22,
128:8
**corrective**
105:6
**cortez**
107:15, 109:17,
109:19
**cost**
38:10

**costly**
99:10
**could**
2:8, 19:22,
30:18, 42:8,
54:9, 63:22,
64:17, 71:22,
77:8, 78:8,
79:14, 79:20,
79:22, 83:11,
83:13, 85:13,
89:19, 90:17,
90:18, 90:20,
100:1, 101:1,
102:9, 103:19,
104:17, 110:14,
114:20, 115:3,
115:4, 115:17,
117:13, 118:1,
119:2, 119:6,
119:21, 123:9
**councils**
110:2
**counsel**
128:5
**count**
22:4, 98:10,
98:11
**countless**
38:5
**country**
53:3
**coupee's**
22:6
**couple**
3:11, 81:15,
94:5, 105:22,
119:21
**course**
40:12, 49:10,
54:22, 56:6,
61:1, 79:17,
86:21, 94:6,
121:4
**court**
9:13, 69:12,
73:3, 73:9,
77:5, 82:12,

83:12, 84:10,
84:14, 84:16,
85:18, 91:10,
112:1, 112:10,
112:13, 112:17,
113:12, 116:3,
116:11, 121:10
**court's**
23:5, 83:9
**courtroom**
111:21, 111:22,
115:15
**courts**
54:19, 117:10,
117:12, 117:13,
117:14
**covid**
12:5, 12:22
**covington**
40:3
**cracking**
95:3
**crazy**
36:14, 36:17
**create**
6:15, 22:21,
44:4, 69:14,
91:13, 111:11
**created**
3:18
**creates**
38:20
**creola**
45:3
**criteria**
56:9, 91:8
**criterion**
69:1
**crow**
99:10
**crutches**
27:17
**cue**
95:17
**cultural**
29:6
**culture**
40:11

**current**
13:7, 18:13,
21:3, 22:17,
25:21, 38:14,
67:3, 73:9,
74:17, 77:7,
84:14, 85:18,
94:4, 94:6,
94:13, 114:16,
114:17, 120:8,
120:15
**currently**
18:2, 18:5,
25:19, 36:3,
62:15, 63:12,
66:9, 73:21,
74:18, 75:2,
78:22, 94:1,
111:6, 120:9
**cut**
107:2
**cynthia**
50:15

---
**D**
---

**daily**
65:2
**dark**
7:22
**darker**
7:14, 47:15,
68:8
**data**
7:14, 85:1
**database**
7:11, 8:1
**date**
119:15
**dating**
67:17
**daunting**
47:6
**day**
21:12, 30:22,
117:4, 118:2,
118:4
**dead**
95:14

**deadline**
86:2
**deal**
12:2, 25:15,
65:2, 97:13,
114:5
**dealing**
52:10, 64:19
**debate**
110:8, 110:9,
110:12, 116:13,
118:13
**deborah**
37:12, 37:20
**decades**
48:22
**decide**
117:18
**decided**
84:18
**decides**
98:3
**decision**
112:5, 121:21
**declare**
128:2, 128:12
**deep**
68:10, 89:3
**defend**
97:10
**defendants**
82:11, 115:18
**defense**
79:5
**defer**
57:13, 57:16,
57:17, 115:12
**deferred**
59:5, 115:1,
115:13, 116:15
**defies**
101:17
**define**
98:4
**definitely**
24:9, 127:10
**definition**
40:10

**delaying**
54:20
**delays**
10:8
**delegation**
15:19, 24:20
**delegations**
15:16, 15:17
**deliberately**
69:14
**deliberating**
52:8
**delta**
21:19, 40:18
**democrat**
108:20
**demographer**
7:8
**demographic**
97:19
**demographics**
67:14
**demonstrative**
92:2
**dense**
18:9
**density**
18:7
**department**
118:3
**depending**
6:5
**depends**
34:9
**description**
4:11, 5:15
**deserve**
54:21
**desired**
122:13
**detail**
44:9, 127:12
**detailing**
49:4
**development**
37:17, 46:13,
49:1, 49:7,
50:16, 87:11

**deviation**
61:13, 61:15,
67:12, 90:1
**devonte**
109:5
**difference**
70:2, 81:3
**different**
5:8, 40:14,
62:8, 62:20,
62:21, 63:6,
63:20, 64:5,
64:22, 66:12,
70:15, 75:10,
76:2, 77:2,
77:4, 77:9,
90:15, 91:7,
110:3, 110:6,
110:11, 110:17,
111:4, 111:15,
115:10, 117:14
**difficult**
41:6, 47:6,
50:16, 56:4,
56:6, 56:18,
67:14, 91:17,
91:18
**difficulty**
92:6, 92:11
**dilatory**
54:19
**diligently**
42:1
**dilutes**
79:9
**direct**
98:17, 98:18,
101:12
**direction**
54:17
**directive**
69:12
**directly**
56:16, 68:18
**dis**
94:2
**discretion**
104:20, 104:21,

105:1, 105:6,
105:8
**discussed**
61:5, 79:16,
89:5
**discussing**
9:11
**discussion**
8:7, 8:10,
60:9, 84:15,
87:20, 110:15
**disenfranchised**
101:7
**disliked**
77:22
**disrespect**
26:19, 54:12
**disrespecting**
11:2
**disrupt**
28:19
**disrupting**
8:19, 75:15
**disruption**
76:6
**disruptions**
35:18
**disruptive**
8:20, 76:17
**dissected**
100:10
**distribution**
98:6
**districting**
98:5
**districts**
4:9, 4:10,
4:16, 4:17,
13:21, 16:16,
16:17, 16:18,
17:1, 17:3,
22:22, 41:5,
44:20, 48:19,
48:20, 61:14,
61:15, 62:8,
62:15, 64:6,
66:10, 69:12,
71:9, 71:14,

73:2, 73:11,
74:9, 74:14,
79:9, 85:20,
91:14, 94:9,
106:5, 106:11,
108:12, 116:19,
116:20, 120:16,
122:16, 123:11
**dive**
71:19
**divide**
38:6
**divides**
39:10
**dividing**
38:15, 48:18,
48:19, 79:8,
110:4
**divisor**
101:22
**dna**
113:1
**doctor**
27:18
**doctrine**
101:8, 101:9
**document**
98:15, 101:18
**documents**
49:20
**dog**
10:17
**doing**
14:18, 15:6,
66:8, 71:1,
71:7, 75:13,
84:22, 92:11,
102:6, 111:13,
116:4, 121:16
**dollars**
5:14
**done**
4:4, 5:4, 5:7,
54:14, 55:3,
55:15, 57:2,
69:13, 85:12,
88:8, 99:9,
108:13, 118:19,

127:13
**door**
32:3, 32:4
**dora**
50:19, 50:20
**doro**
50:18
**double**
83:19, 97:15
**doubt**
70:14
**down**
7:20, 10:4,
10:7, 30:21,
30:22, 32:14,
34:5, 45:9,
48:13, 64:3,
70:5, 73:7,
73:13, 98:13,
104:9, 107:20,
116:9, 121:6
**dozens**
31:7
**dr**
7:3, 7:5, 7:7,
7:10, 8:4,
47:11, 67:19,
68:5
**draft**
92:10
**drafting**
41:4, 63:16
**dragged**
87:18
**drastically**
28:19, 38:6,
38:20
**draw**
13:20, 18:12,
67:11, 69:12,
71:10, 72:16,
73:11
**drawing**
25:12, 64:8,
73:2, 89:8,
91:12
**drawn**
6:11, 13:17,

13:19, 14:14,
16:6, 17:13,
21:7, 25:12,
64:6, 69:11,
71:22, 73:8,
80:12, 80:15,
81:10, 94:3,
94:8
**drew**
11:18, 73:3
**drive**
66:18, 66:19
**driving**
91:1
**dry**
29:11
**due**
9:12, 10:8,
10:15
**dump**
75:10
**dura**
50:18
**during**
12:21, 12:22,
13:12, 14:4,
15:5, 23:22,
109:22, 110:8,
110:15
**duties**
23:15
**dysfunctional**
29:18

**E**

**each**
10:16, 10:19,
15:18, 88:14,
90:9, 92:3,
102:6, 124:22,
125:5, 127:6
**earlier**
50:13, 68:3,
69:10, 86:11,
86:16, 108:3,
119:5, 125:19
**easily**
42:9

**east**
7:20, 7:21,
17:15, 18:20,
19:12, 20:12,
21:19, 21:20,
22:11, 38:18,
74:1, 74:9,
74:20, 75:18,
85:9, 85:12,
94:21, 95:3,
101:16, 104:5,
104:13
**eastern**
65:16
**easy**
60:12, 71:11,
72:19, 76:21
**echo**
35:13, 45:10
**eco**
40:20
**economic**
37:16, 40:21,
46:13, 49:1,
49:7, 50:16,
79:2, 87:11
**economies**
40:14
**edgar**
51:11, 109:2
**edge**
81:9, 81:11
**education**
49:1
**effect**
56:7, 86:14,
121:7
**effectively**
114:3
**effort**
49:3, 72:13,
72:14, 74:4,
77:8, 91:20,
92:12, 96:15
**efforts**
48:21, 86:3
**eight**
3:8

eighth
96:14
either
70:7, 80:3,
107:17, 116:13
elect
13:5, 13:13,
54:7
elected
52:15, 52:19,
53:1, 53:2,
53:5, 53:13,
53:16, 53:20,
53:22, 54:1,
54:6, 102:3,
117:20
election
5:5, 101:5
electric
112:11, 112:16
elements
114:19
else
25:5, 48:1,
76:15, 85:3,
90:10, 93:12,
109:14, 125:10,
127:8
email
50:6
emails
31:6, 31:7,
31:11, 51:18,
109:14
emotions
56:22
employed
128:6
employer
102:12, 102:13,
102:15, 102:16
employers
102:19
empower
105:9
en
39:6
enact
5:8

enacted
5:6, 33:17,
35:10, 35:20,
35:21, 39:4,
62:21
encompassing
12:14
end
21:12, 50:22,
90:16, 90:17,
96:16, 107:4,
115:15
ended
73:16
ends
4:7, 89:17,
99:9
enlightenment
104:19, 104:22
enough
79:19, 85:6,
89:22, 90:7
ensure
39:6, 101:21
entered
31:5
entire
62:19
entirely
64:15
entirety
12:15
entitled
103:18
enumerated
96:21
equal
39:2, 107:6
equation
60:15, 121:20
equitable
98:12
erosion
64:18
especially
48:10, 56:14
establish
103:5

established
68:19
etcetera
63:3
evangeline
21:21
eve
16:8
even
21:13, 22:11,
23:19, 44:20,
60:11, 66:17,
82:8, 82:10,
88:6, 115:2,
115:5, 115:6
event
128:10, 128:13
ever
26:8, 52:15,
53:17, 64:12,
95:2, 102:11
every
4:6, 4:8, 5:21,
13:1, 32:3,
32:4, 32:5,
54:7, 87:8,
87:18, 102:4,
107:1
everybody
7:17, 17:11,
32:5, 55:4,
88:9, 88:19,
107:5, 110:11,
119:5, 119:15,
125:3
everyone
93:12
everyone's
17:11
everything
22:5, 23:13,
71:10, 75:17,
113:9, 119:1
evidence
112:4, 113:1
ex
43:3, 114:18
exact
5:16

exactly
5:13, 34:18,
42:18, 82:16
example
7:19, 8:6,
38:10, 40:6,
43:21, 46:14,
63:21, 64:15,
74:17, 74:19
excuse
27:11, 108:8
execute
118:4
executive
117:7
exercise
104:20, 104:22
exercised
23:11
exist
48:18
expedite
113:9, 113:11
expense
5:7, 43:3
expenses
5:9, 5:18
experience
88:5
expert
64:17
explain
10:14, 68:5,
114:20, 124:20,
125:20
explained
10:13
explaining
99:22, 119:2
explore
6:8
expound
26:7
express
38:9, 94:16
extent
68:21, 69:4,
69:19, 69:20,

69:22, 70:8

**extra**
2:10

**extremely**
21:19, 21:22

**eyes**
6:19, 110:19

**F**

**facing**
38:4

**fact**
17:12, 25:4,
25:5, 30:7,
66:1, 94:4,
99:3, 112:18

**factor**
91:12

**fail**
97:2

**failed**
97:1

**fair**
14:5, 26:2,
26:4, 98:12,
107:4, 122:1,
123:6

**fairness**
13:21

**faith**
86:4, 122:15,
122:21

**familiar**
59:22, 72:19

**families**
29:18, 29:19

**family**
17:19, 94:8

**far**
5:4, 16:20,
18:5, 21:7,
25:15, 28:2,
78:9, 78:20,
82:9, 82:15,
82:21

**farmer**
40:22

**farming**
32:18

**fashion**
46:9

**father's**
30:22

**fault**
103:19

**favor**
46:22

**favorable**
57:10, 123:13,
124:5

**favorably**
123:22

**favorite**
93:19

**federal**
22:21, 43:10,
55:2, 60:3,
72:6, 97:2,
102:12, 102:20,
106:4, 107:13,
108:12, 111:17,
117:12, 117:14

**federalism**
117:15

**feel**
41:7, 60:5,
94:16, 109:21

**feeling**
41:9, 99:14

**feels**
75:1, 108:19

**feliciana**
21:20, 24:8,
74:21

**fellow**
93:2

**felt**
16:3

**female**
36:8, 124:19,
124:20, 125:5

**few**
31:18, 56:3,
78:6, 92:22,
109:1, 111:5,
120:21

**fiddle**
41:21

**fields**
9:4, 9:8, 9:15,
9:19, 11:7,
11:14, 11:20,
12:1, 17:14,
20:1, 20:9,
21:13, 26:11,
26:15, 26:16,
26:17, 27:2,
27:15, 52:2,
52:3, 59:6,
81:17, 83:15,
107:20, 109:22,
110:20

**fifth**
12:20, 45:10,
78:14, 83:2,
110:22

**fight**
17:8, 53:11,
53:14

**fighting**
15:14, 15:19,
16:3, 53:12,
108:16

**figure**
33:5, 35:19,
103:21

**figured**
32:1

**figures**
97:16

**filed**
60:14, 60:19,
79:18

**filing**
60:3

**final**
37:4, 73:12,
84:16, 114:21,
119:3, 119:8

**financial**
128:7

**find**
8:9, 24:15,
24:17, 47:13,
60:10, 72:19,
90:1, 100:19,

**104:18, 104:21,**
105:11, 115:7,
122:3

**fine**
100:5

**finger**
9:1, 44:13,
65:17

**fingers**
6:17, 65:7,
70:15

**fir**
42:20

**firment**
27:11, 27:12,
27:13, 27:18,
28:2, 28:5,
28:6, 30:17,
33:19, 34:3,
34:9, 34:13,
34:17, 34:19,
34:22, 35:2,
35:5, 35:7,
35:9, 35:12,
35:22, 36:2,
36:5, 36:10,
36:13, 36:21,
37:2, 37:6,
41:11, 50:12

**first**
7:1, 9:8,
35:12, 46:7,
52:14, 53:1,
53:2, 62:4,
73:2, 92:9,
93:1, 93:5,
93:15, 93:22,
95:2, 96:20,
99:19, 101:20,
105:19, 106:7,
114:15, 116:18,
117:4, 117:18

**fiscal**
5:2, 5:10,
5:12, 5:20

**fit**
32:15, 56:8

**fiv**
65:18

**five**
3:14, 9:12,
9:22, 13:8,
14:3, 25:2,
39:7, 53:20,
53:21, 54:2,
54:3, 74:1,
74:18, 87:8,
104:13, 126:19
**fix**
79:22
**floating**
97:14
**floor**
79:20, 85:16,
121:17, 122:20,
124:14, 124:17,
125:17, 125:19,
127:10
**florida**
63:3, 75:20
**focus**
43:8
**foil**
2:19, 3:21,
58:4, 58:5,
81:12, 81:13,
82:8, 82:19,
83:10, 83:14,
83:22, 84:7,
84:21, 85:22,
112:19
**folder**
5:1, 49:21,
50:6, 50:9,
51:2, 109:13
**folk**
97:15, 97:21
**folks**
8:17, 60:14,
64:21, 86:15,
87:10, 95:12,
106:6
**follow**
4:13, 23:5,
106:19, 106:20,
106:22
**following**
23:14, 111:15

**food**
103:21
**foot**
60:5
**force**
78:13, 91:1
**forest**
40:7, 94:2
**form**
100:16, 114:16,
114:17
**formation**
103:18
**former**
50:13, 87:3,
105:21, 110:9
**fort**
78:22
**fortunate**
79:19, 108:20
**forward**
46:8, 51:5,
60:6, 77:7,
77:8, 79:7,
80:8, 84:15,
114:12, 117:8,
119:22, 121:17,
122:6, 122:7
**foster**
51:13
**fotle**
126:6
**found**
100:6, 102:12,
113:1
**four**
4:17, 7:12,
25:2, 25:3,
54:5, 54:6,
54:7, 55:2,
71:12, 71:16,
74:2, 94:12,
98:22, 99:1,
126:20
**fourth**
111:8
**foyle**
126:5

**fraction**
101:2, 101:8
**fractions**
101:4
**fractured**
18:10
**framework**
23:9
**frankie**
96:9, 96:12
**franklin**
21:22
**frankly**
29:13
**free**
102:21, 102:22,
103:1
**friday**
2:4
**friends**
32:12
**front**
113:5, 114:3,
114:4, 121:8
**fruition**
23:1
**full**
118:12, 128:8
**full-fledged**
82:13
**fund**
49:18, 51:14,
109:4
**fundamental**
98:16
**funding**
43:10, 79:6
**further**
6:8, 92:19,
111:10, 128:12
**future**
39:7, 101:22,
103:6

---

**G**

**gabe**
27:11, 28:6,
50:12

**gained**
105:22
**gas**
99:14
**gave**
27:14, 27:15,
53:18
**gene**
50:21
**general**
45:11, 63:19,
78:4
**generally**
17:6
**gentleman**
52:21, 53:3
**gentlemen**
106:17, 107:12
**geography**
40:11, 62:8,
68:21
**george**
87:9, 101:21
**gerrymandering**
89:7, 89:18,
89:20, 90:6,
92:7
**getting**
28:8, 30:20,
43:9
**gig**
105:12
**give**
10:2, 11:10,
26:22, 30:1,
42:4, 63:7,
64:8, 77:4,
103:10, 103:22,
107:7, 111:19,
112:20, 115:10,
121:22, 122:1
**given**
17:18
**gives**
26:3, 78:21,
84:8, 84:13
**giving**
13:10, 26:4,

96:1, 108:2
**go**
8:6, 8:21,
9:22, 21:13,
22:7, 30:7,
30:8, 32:10,
32:14, 33:4,
44:1, 44:4,
45:9, 47:19,
51:22, 57:17,
61:2, 61:21,
64:3, 66:20,
68:16, 70:15,
78:9, 82:12,
83:11, 90:17,
92:16, 93:5,
97:17, 100:19,
104:5, 106:21,
112:12, 113:5,
115:21, 119:2,
121:8, 121:10,
123:21, 124:14,
124:18, 124:21
**goes**
34:5, 36:19,
63:21, 64:15,
64:20, 67:16,
101:1
**going**
9:21, 9:22,
10:14, 10:16,
10:20, 21:8,
23:4, 27:8,
29:16, 32:11,
42:4, 44:6,
51:6, 51:7,
54:18, 59:18,
60:22, 61:19,
71:2, 74:2,
78:9, 79:7,
81:15, 83:1,
86:21, 97:15,
97:19, 98:1,
98:4, 99:17,
102:11, 103:18,
103:20, 105:4,
107:2, 107:3,
107:17, 111:19,

113:4, 114:9,
114:14, 115:8,
115:11, 116:4,
116:7, 116:16,
116:19, 116:21,
117:2, 117:3,
117:11, 117:18,
118:8, 120:5,
120:14, 121:12,
122:4, 123:12,
124:2
**gone**
5:8, 95:7,
105:11, 123:3
**good**
3:10, 6:2, 6:3,
6:20, 23:12,
32:22, 40:22,
52:1, 54:16,
57:3, 63:22,
86:4, 96:12,
108:7, 108:18,
110:14, 122:14,
122:21, 123:7
**gotten**
31:7
**government**
23:10, 49:8,
49:9, 102:12,
102:20, 117:16,
120:22
**governmental**
2:3
**governor**
117:6
**governor's**
117:6
**grab**
47:19
**grabbing**
42:21
**grant**
4:1, 27:12,
28:9, 28:11,
28:20, 28:22,
29:5, 31:11,
33:18, 34:4,
34:7, 36:8,

36:9, 36:11,
36:16, 86:15,
111:11
**granted**
82:9, 82:20
**graves**
81:9
**gray**
68:12
**great**
24:17, 46:9,
49:10, 76:16
**greater**
15:1, 42:5,
48:12
**greatest**
97:20
**greatly**
103:6
**green**
49:17, 68:12
**ground**
48:16, 60:10
**group**
51:15, 51:19,
87:13, 89:9
**groups**
27:7
**grow**
46:10
**growing**
45:4
**grown**
64:6
**growth**
98:2
**guarantee**
115:5, 121:3
**guaranteed**
100:16
**guardrails**
70:9, 85:17,
91:12
**guess**
7:6, 7:8, 28:7,
34:9, 62:4,
73:17, 74:18,
78:3, 82:7,

95:4, 95:5,
103:2, 108:4,
115:16, 116:12
**guide**
99:19, 103:6
**guilty**
112:8, 113:1
**guy**
44:3, 53:8
**guys**
20:6, 24:20

## H

**half**
2:8, 65:22,
101:14
**hand**
91:17, 116:1
**handed**
76:14
**handled**
60:16
**hang**
70:22, 112:10
**happen**
60:22, 98:4,
120:15
**happening**
41:18, 99:9
**happens**
84:4, 98:3,
120:14, 120:16
**happy**
31:16, 61:21,
95:22
**hard**
27:22, 56:7,
56:21
**harris**
2:20, 2:21,
58:7, 58:8,
126:7, 126:8
**hate**
76:11, 78:6
**hcr**
68:17
**head**
46:16, 103:1

**heads**
100:18
**healthcare**
39:20
**hear**
17:9, 17:16,
106:9, 106:17,
115:5
**heard**
26:12, 42:18,
50:13, 56:2,
73:1, 82:7,
98:8, 106:7,
106:14, 106:16,
108:3, 108:10,
110:17, 117:1
**hearing**
3:13, 11:14,
82:4, 82:18,
115:16, 121:11
**heavily**
22:9, 24:5
**held**
103:17
**helena**
74:21
**help**
6:14, 14:12
**helping**
96:6
**here**
2:6, 3:1, 3:3,
3:5, 3:11, 9:22,
10:1, 10:6,
10:12, 10:17,
10:20, 14:10,
15:15, 17:12,
21:14, 22:19,
22:21, 23:2,
23:3, 23:12,
26:20, 27:4,
27:6, 28:7,
30:21, 31:1,
31:8, 33:8,
34:1, 37:10,
37:22, 38:9,
41:18, 43:2,
48:13, 50:10,

51:1, 55:4,
59:10, 61:3,
62:1, 68:3,
70:10, 77:11,
77:19, 77:20,
81:19, 84:4,
86:4, 86:5,
92:18, 93:2,
96:4, 96:8,
96:16, 97:5,
97:21, 103:11,
105:18, 106:3,
106:9, 106:16,
108:15, 108:16,
109:2, 117:21,
118:19, 121:16,
123:2, 123:3,
125:8
**here's**
38:11
**hereby**
128:2
**hey**
107:17
**higgins**
28:13
**higher**
7:15, 47:15,
122:18
**highlights**
92:11
**highly**
93:20
**highway**
29:16
**hill**
40:7, 45:3
**hinted**
69:9
**hires**
96:9, 96:12,
96:13, 105:14
**historically**
35:14, 94:11
**histories**
40:15
**history**
42:7, 53:3,

53:19, 53:21,
76:15, 106:8,
110:10
**hit**
91:16
**hits**
110:18
**hold**
19:18
**holding**
11:9, 21:5,
33:22
**holds**
105:10, 117:17
**holiday**
30:21
**home**
20:5, 41:7,
87:3, 94:4,
94:6, 94:7,
104:6, 104:7,
104:8, 104:11,
119:2, 119:11
**honestly**
15:8, 39:15,
42:4, 66:3,
73:22, 80:18
**hope**
106:11
**hopefully**
27:18
**horizontal**
62:13
**horse**
95:15
**hospital**
30:9
**hospitality**
101:15
**hours**
3:14, 9:12,
9:22, 31:1
**house**
73:17, 102:2,
112:19, 112:20,
113:15, 113:18,
113:22, 114:5,
114:6, 114:9,

115:5, 116:16,
118:14, 118:21,
122:3, 123:4,
123:6
**however**
69:1, 119:22
**hub**
16:18, 39:20
**hubs**
16:22
**huge**
76:5, 80:5
**hundred**
19:14
**hung**
32:2
**hurdle**
113:20

**I**

**iberia**
40:6
**iberville**
21:22
**idea**
5:3, 29:9,
30:1, 30:6,
33:1, 52:1, 75:5
**idealistic**
98:12
**immediately**
112:10, 112:14
**impact**
79:2
**important**
41:4, 48:11,
69:5, 86:20
**incarcerated**
105:21
**inclined**
121:14
**include**
78:2, 85:8
**included**
69:13
**includes**
18:20, 63:8
**income**
79:3

| | | | |
|---|---|---|---|
| **increase** | **instruments** | **introductory** | 104:14, 104:17 |
| 97:19, 123:9 | 106:18, 114:7 | 62:3 | **jeffersonian** |
| **incredibly** | **intangible** | **intrusive** | 98:7 |
| 41:5 | 17:22 | 94:10 | **jena** |
| **incursion** | **intent** | **issue** | 29:10 |
| 89:16, 93:15 | 23:12, 119:4 | 52:10, 97:13, | **jim** |
| **indirect** | **interest** | 117:15 | 99:10 |
| 101:13 | 6:4, 8:8, 8:11, | **issues** | **job** |
| **individual** | 8:20, 14:13, | 48:11 | 1:20, 26:6, |
| 72:18 | 14:21, 16:7, | **it'd** | 41:6, 110:14 |
| **individuals** | 17:7, 25:11, | 71:12, 95:4 | **jobs** |
| 17:10 | 28:18, 28:20, | **iter** | 79:2 |
| **industrial** | 35:18, 39:10, | 71:22 | **john** |
| 100:3 | 39:16, 39:19, | **iteration** | 52:17, 53:10, |
| **industry** | 40:9, 41:4, | 72:1 | 53:17, 99:4 |
| 101:15 | 42:13, 44:17, | **itself** | **johnson** |
| **inevitable** | 44:18, 46:20, | 84:22, 101:17, | 79:10, 93:19, |
| 54:20 | 65:12, 66:4, | 106:9, 120:3 | 94:1, 94:13 |
| **infinite** | 67:10, 69:3, | | **johnson's** |
| 72:16 | 69:4, 69:7, | **J** | 94:7 |
| **inform** | 69:20, 72:7, | **jackson** | **joined** |
| 105:5, 105:8 | 78:18, 87:13, | 11:22, 12:9, | 40:20 |
| **information** | 88:5, 95:21, | 12:11, 12:13, | **joint** |
| 5:12, 30:15, | 120:4, 128:7, | 14:22, 15:2, | 113:15 |
| 128:4 | 128:12 | 15:4, 16:8, | **jr** |
| **initially** | **interested** | 17:17, 18:17, | 49:18, 109:4 |
| 37:4 | 6:16 | 19:3, 19:5, | **judge** |
| **injunction** | **interesting** | 19:7, 19:9, | 22:21, 60:4, |
| 81:22, 82:10, | 42:17, 43:11, | 19:11, 19:20, | 81:21, 82:21, |
| 82:11, 82:20, | 125:8 | 20:2, 20:4, | 106:4, 106:21, |
| 82:21, 83:4 | **interests** | 20:12, 20:15, | 107:13, 107:16, |
| **input** | 25:7, 26:7, | 20:19, 20:21, | 108:12, 113:5, |
| 8:17 | 38:6, 40:21, | 21:1, 21:3, | 113:11, 115:17, |
| **installations** | 41:20, 41:21, | 22:18, 23:18, | 116:6, 117:20, |
| 78:19, 79:7 | 47:2, 48:18 | 25:13, 25:20 | 118:1, 121:8, |
| **instance** | **interim** | **jail** | 121:13 |
| 89:14, 91:3 | 124:2 | 112:22, 113:3 | **judge's** |
| **instead** | **interrupted** | **janice** | 56:16, 111:15, |
| 61:20 | 6:5, 6:6 | 50:21 | 111:17 |
| **instruction** | **intolerable** | **jay** | **judged** |
| 74:8 | 100:1 | 96:9 | 24:10 |
| **instrument** | **introduce** | **jeffers** | **judges** |
| 114:2, 114:4, | 7:6, 31:20, | 103:11 | 55:2, 106:22 |
| 114:5, 114:10, | 93:11, 94:19 | **jefferson** | **judgment** |
| 115:2, 115:4, | **introducing** | 94:21, 95:3, | 121:13 |
| 115:9, 118:14, | 12:12 | 96:13, 96:18, | **judicial** |
| 118:16, 122:8, | **introduction** | 98:7, 100:6, | 23:11, 23:15, |
| 124:1 | 59:20 | 101:14, 104:7, | 81:18, 84:20, |

121:4, 121:21
**judiciary**
57:4
**july**
82:7, 83:4
**jumps**
7:19
**june**
1:10, 2:4,
99:2, 116:11,
128:16, 128:19
**juneteenth**
2:6
**jurisdiction**
119:8
**juror**
112:2
**jury**
31:11, 112:2
**justify**
46:20
**jutting**
65:7

**K**

**katie**
109:13
**katrina**
12:13
**kayla**
51:15
**keely**
109:12
**keep**
10:21, 31:16,
42:12, 54:20,
67:9, 67:11,
67:12, 69:19,
74:1, 74:4,
88:4, 88:19,
110:14, 119:21,
120:18, 124:1
**keeping**
15:8, 41:11,
47:1
**keeps**
85:17
**kendrick**
27:10, 27:21,

31:17, 31:21,
35:14, 37:11
**kenner**
95:3, 95:12
**kept**
70:12
**kids**
110:15
**kind**
3:21, 4:7,
5:22, 6:8, 6:10,
6:14, 6:15,
6:17, 7:18,
29:13, 32:19,
36:18, 43:3,
43:11, 46:1,
49:4, 63:5,
65:7, 65:17,
67:20, 70:18,
73:15, 75:4,
75:11, 76:12,
77:2, 81:9,
81:11, 86:7,
87:1, 87:19,
92:10, 103:2,
110:18, 110:19,
119:14
**king**
110:1
**kirk**
94:20
**knew**
99:16, 100:15
**knight**
50:21
**knocked**
32:4
**knowing**
66:1, 66:2,
73:14
**knowledgeable**
29:22, 30:13
**knows**
101:12, 101:13,
101:18, 114:19
**kudrow**
51:15

**L**

**la**
38:22, 50:15,

66:10
**labrie**
109:8, 109:9
**lack**
6:18, 9:1
**lacking**
104:18, 104:19,
104:21
**lacount**
40:6, 45:10
**ladies**
106:17, 107:11
**lafayette**
28:14, 39:1,
39:2, 39:11,
39:18, 42:22,
43:21, 45:6,
77:22, 87:14,
104:9, 104:14,
110:1, 110:3,
110:4
**lake**
28:13, 39:14,
39:17, 43:20,
45:5, 77:22,
87:14
**lakeview**
95:8
**landry**
24:6, 33:7,
40:19, 49:18,
109:4
**language**
3:21, 83:20,
84:4, 84:8,
84:13
**laptop**
27:10
**large**
12:14, 12:15,
17:21, 18:20,
78:19, 101:2
**largely**
69:11
**largest**
61:14, 61:17,
96:20
**lasalle**
4:1, 27:10,

27:12, 28:9,
28:11, 28:20,
28:22, 29:5,
29:16, 31:8,
31:22, 32:3,
32:4, 32:6,
33:10, 34:4,
35:5, 35:13,
35:14, 35:16,
35:22, 36:6,
37:16, 50:15,
86:14
**lasalle's**
34:7
**last**
15:22, 69:18,
114:2, 114:3,
115:14, 117:4
**lastly**
84:22
**late**
49:17
**lately**
41:8
**latitude**
111:19
**latter**
98:17, 101:5
**law**
106:18, 108:9,
108:11, 113:2,
118:4, 118:5,
121:8
**laws**
72:7
**lawsuit**
82:1
**lawyers**
115:20, 115:21
**lays**
64:4
**leader**
48:9
**leading**
87:9
**learn**
53:19
**least**
83:11, 115:9,

118:13, 118:16,
121:18, 124:1
**leaves**
14:15
**left**
8:13, 20:4,
41:13, 42:6,
83:20, 115:17
**legal**
40:13, 70:2,
117:19
**legend**
6:22, 7:1
**legislate**
118:1
**legislative**
7:8, 15:18,
64:6, 81:3,
120:22
**legislators**
88:7
**legislature**
24:21, 48:11,
48:17, 56:4,
57:5, 113:16,
116:4, 117:7
**length**
78:17
**lengthy**
59:18
**less**
15:8, 21:11,
25:18, 25:21,
31:1, 101:15
**let's**
8:5, 8:6,
10:11, 22:11,
26:21, 26:22,
28:3, 44:20,
50:12, 50:17,
53:4, 53:7,
53:8, 53:9,
63:12, 70:22,
71:3, 71:6,
77:11, 104:4,
107:12, 107:22,
108:11, 108:12,
124:18

**letlow**
74:19, 93:18
**letter**
109:11
**level**
43:11, 97:2,
99:1, 100:12,
100:17, 117:14
**lewis**
109:5
**liaising**
48:10
**license**
23:6
**lies**
16:19
**light**
68:11, 108:9
**lighter**
68:11
**lights**
71:6
**likely**
75:2
**likes**
77:21
**limited**
105:11
**line**
84:1, 94:5
**lip**
103:10
**listed**
128:10
**listen**
102:11, 107:8,
107:22, 112:4
**listened**
13:1
**listening**
102:9
**literally**
38:22, 88:15
**litigating**
54:18
**litigation**
84:5
**little**
2:10, 5:14,

6:9, 26:5,
29:17, 43:21,
44:9, 56:21,
59:10, 61:9,
62:13, 71:1,
85:13, 111:4,
111:10, 113:22,
114:1, 115:7,
118:22, 122:17,
123:9, 123:10,
127:12
**live**
32:13, 33:1,
39:5, 41:7,
66:9, 67:18,
78:8, 80:19,
81:4, 85:8,
86:21, 88:14,
102:17, 102:18
**lives**
80:12
**livingston**
50:14
**local**
40:9
**logic**
9:5, 14:18,
25:12
**long**
50:17, 52:9,
76:9, 82:17,
119:19
**longer**
99:8, 114:1
**longwinded**
118:22
**look**
9:16, 9:19,
10:11, 10:15,
15:12, 15:16,
16:8, 16:20,
18:13, 21:12,
21:14, 23:3,
25:21, 28:10,
28:15, 29:3,
36:6, 40:8,
41:3, 42:11,
42:20, 44:15,

63:19, 64:12,
64:21, 67:1,
67:15, 71:11,
72:17, 77:1,
77:4, 77:9,
84:9, 85:4,
85:7, 85:14,
88:3, 88:14,
89:21, 91:6,
92:19, 100:19,
103:11, 108:7,
119:19, 122:16,
123:8
**looked**
15:15, 19:5,
19:11, 24:4,
24:14, 25:14,
28:21, 62:6,
63:20, 73:18,
79:16, 91:10,
93:22
**looking**
29:15, 32:10,
41:3, 74:1,
78:13, 83:18,
84:1, 87:16,
93:14, 95:16,
122:13
**looks**
40:17, 71:15,
80:11, 80:13,
83:16, 84:4
**losing**
83:10, 97:21,
103:14, 106:6
**lot**
17:6, 18:10,
25:4, 59:14,
61:22, 63:2,
64:1, 64:5,
64:20, 65:1,
65:6, 67:7,
70:17, 70:19,
71:17, 76:1,
93:9, 95:12,
106:15, 110:6,
110:7, 110:21,
111:16, 120:19,

122:13, 123:10
**lots**
3:15, 32:9
**louisiana**
1:8, 7:11,
12:16, 17:5,
17:6, 18:7,
24:21, 37:13,
37:21, 38:3,
38:11, 39:6,
40:19, 47:5,
48:10, 51:15,
53:2, 53:9,
63:22, 74:3,
76:1, 87:11,
93:18, 103:12,
109:3, 109:5,
122:22, 123:1,
123:8
**love**
10:16, 23:5,
69:8, 110:9,
110:10, 110:13
**low**
18:11
**ludicrous**
29:13

**M**

**ma**
9:8
**ma'am**
8:4
**mada**
81:13
**madam**
2:11, 2:13,
2:15, 2:17,
2:19, 2:22, 3:2,
3:4, 3:6, 3:8,
7:3, 9:8, 9:12,
9:17, 11:8,
11:22, 13:11,
14:1, 19:9,
24:15, 26:11,
26:17, 27:2,
28:5, 33:16,
37:19, 48:4,

48:7, 49:22,
50:1, 50:4,
52:3, 57:9,
57:19, 57:20,
57:22, 58:3,
58:6, 58:9,
58:12, 58:15,
58:18, 58:21,
59:2, 59:6,
59:17, 68:7,
77:13, 78:12,
81:13, 86:5,
89:1, 93:7,
109:19, 118:22,
119:18, 125:4,
125:21, 126:1,
126:3, 126:5,
126:7, 126:9,
126:11, 126:13,
126:15, 126:17,
126:19
**made**
42:17, 42:18,
56:18, 57:15,
57:16, 79:18,
87:20, 91:2,
111:1, 112:5,
124:5, 124:6
**madison**
22:1
**main**
16:19, 60:3,
61:4
**mainly**
59:21
**maintenance**
69:2
**major**
39:12, 40:2,
63:14, 80:2
**majority**
13:3, 19:13,
20:15, 20:17,
22:22, 24:10,
24:11, 61:7,
73:2, 73:19,
91:14, 113:20
**make**
17:3, 19:13,

27:4, 30:11,
38:13, 43:9,
56:8, 63:22,
66:22, 77:9,
79:19, 85:2,
85:16, 85:20,
86:13, 90:8,
91:19, 104:10,
106:18, 107:5,
107:11, 108:6,
113:3, 116:9,
118:5, 118:6,
119:6, 121:12,
121:21, 122:4,
122:21, 123:12,
124:2, 124:7,
125:2
**makes**
16:6, 19:13,
33:5, 33:7,
43:7, 61:9,
62:7, 66:3,
95:13, 99:17
**making**
15:9
**male**
2:8, 19:21,
27:6, 27:16,
27:20, 28:1,
50:19, 51:22,
93:5, 93:6,
95:18, 123:14,
123:19, 125:4,
127:1, 127:7
**mamou**
40:4
**man**
52:15, 98:9,
106:6, 112:20
**manage**
67:13
**mandate**
106:21
**maneuver**
114:1
**manner**
74:2
**manufacturing**
39:21

**many**
15:19, 31:14,
33:3, 48:22,
54:1, 62:5,
63:20, 80:22,
111:18
**map's**
116:15
**maps**
5:5, 13:7,
33:2, 39:9,
40:14, 60:1,
62:6, 63:12,
67:3, 67:11,
72:17, 72:18,
72:20, 73:16,
73:18, 82:14,
89:5, 115:19,
115:22, 116:11
**march**
99:7
**margin**
97:20
**mark**
99:3
**market**
102:21
**markets**
102:22
**martin**
24:6, 40:19
**martinville**
40:5
**mary**
109:7
**master**
100:12
**math**
20:22, 75:16
**matter**
32:5, 64:19,
65:22, 96:16,
99:2, 105:10
**matters**
103:3
**maybe**
21:5, 30:18,
60:11, 64:22,

68:5, 69:9,
74:16, 74:21,
78:6, 84:19,
93:12, 127:12
**mayors**
49:8
**mcgibney**
109:12
**mean**
8:21, 18:8,
19:17, 27:11,
33:3, 33:7,
38:12, 45:16,
54:9, 65:11,
66:2, 66:18,
67:4, 68:2,
72:3, 72:4,
72:21, 73:10,
74:12, 75:22,
80:4, 84:12,
89:14, 90:5,
90:10, 90:11,
91:16, 95:7
**means**
7:2, 17:7,
100:4, 100:13
**meant**
54:11, 100:15
**meet**
73:2
**meeting**
2:3, 16:1,
87:19
**meetings**
100:17
**member**
9:19, 102:4,
110:1, 114:17
**members**
2:2, 4:22,
9:10, 12:18,
16:3, 31:10,
37:20, 49:20,
52:4, 53:13,
59:7, 59:18,
77:20, 102:3,
108:10, 119:18,
120:11, 127:5

**menard**
52:17, 53:10,
53:17
**mention**
30:7, 50:10,
113:12
**mentioned**
29:5, 79:1,
113:17
**merits**
82:1, 82:4,
83:4, 116:13,
117:1
**message**
31:13, 43:15,
87:17
**messages**
87:7
**mid-city**
95:8
**middle**
60:10
**mids**
95:8
**might**
5:20, 28:1,
55:9, 92:3,
96:15, 99:15,
105:18, 117:12,
123:4
**mike**
94:13
**miles**
94:5
**military**
78:19
**milking**
27:21
**milligan**
2:15, 2:16,
57:20, 57:21,
78:11, 78:12,
78:16, 79:22,
80:9, 80:21,
81:6, 126:1,
126:2
**million**
79:3

**mills**
93:3, 93:4,
93:7, 93:13,
93:14
**mind**
12:10, 47:12,
60:19, 70:13,
93:11, 119:21,
120:18
**mine**
88:1
**minorities**
97:13
**minority**
22:22, 47:21,
61:6, 99:17,
103:11, 103:15,
103:16, 104:3,
106:4, 106:11,
107:6, 116:19,
116:20, 122:16,
123:11
**minus**
61:17
**minutes**
120:21
**mischief**
98:13
**miss**
42:16, 48:1,
48:8, 50:17
**missed**
109:14
**missing**
44:22
**mistaken**
12:6
**mix**
32:15
**mixed**
71:17
**mm**
18:17
**mm-hmm**
62:9, 63:4
**models**
47:17
**moment**
52:11

**moments**
60:11
**money**
54:18
**monroe**
8:12, 8:13,
8:14, 9:2, 10:9,
11:21, 12:3,
12:15, 12:16,
12:20, 13:4,
13:13, 14:2,
14:12, 14:14,
14:16, 14:19,
14:20, 15:1,
15:8, 16:14,
38:16, 39:10,
42:21
**month**
87:8, 112:15
**months**
5:6, 72:12,
87:8
**mor**
13:3, 13:4,
13:12
**more**
18:4, 21:8,
29:7, 29:22,
36:15, 38:12,
38:18, 38:22,
39:4, 41:8,
43:18, 43:22,
44:9, 54:18,
59:21, 62:13,
63:1, 63:21,
68:8, 71:15,
74:1, 74:2,
75:2, 75:13,
85:20, 88:4,
98:1, 98:2,
98:8, 100:11,
103:10, 103:17,
105:10, 105:18,
113:6, 114:13,
117:15, 117:22
**morehouse**
13:13, 22:2,
22:3

**most**
2:4, 12:15,
15:17, 27:4,
30:18, 60:18,
60:19, 72:18,
73:16, 74:9,
120:3
**mostly**
6:16, 18:16
**motion**
57:13, 57:15,
57:16, 57:18,
81:21, 121:11,
123:12, 123:14,
124:2, 124:5,
124:6, 124:7,
124:8, 124:15,
124:18, 124:21,
125:3, 125:14,
125:16, 125:20
**motions**
125:8
**move**
46:8, 51:22,
53:7, 56:6,
57:9, 77:8,
77:11, 79:15,
86:17, 113:21,
118:14, 119:22,
121:17, 122:6,
122:7, 127:1
**moved**
80:8, 124:11
**moves**
77:7, 84:15,
111:9, 127:4
**moving**
114:12
**much**
2:7, 3:11,
5:19, 9:9,
19:17, 33:14,
37:9, 39:22,
40:10, 46:7,
48:2, 49:14,
49:16, 55:14,
59:21, 91:8,
99:9, 105:13,

**multiple**
18:5, 48:19,
48:20, 88:6,
88:10, 90:15,
120:5, 120:10
**municipal**
90:21
**municipalities**
38:7, 68:20
**murder**
112:3, 112:9
**must**
40:14, 97:8
**myself**
71:5, 121:7,
123:6

---
**N**
---

**naaden**
1:22, 128:2,
128:17
**name**
17:11, 89:4,
105:20
**name's**
7:7, 96:12
**names**
50:10
**narrowly**
99:20
**nash**
53:15
**natchitoches**
35:17
**national**
79:5, 97:17
**natural**
68:21
**nauseum**
13:10
**navy**
7:22
**nays**
59:3, 126:20
**nd**
116:11
**near**
39:7

**nearly**
4:6, 39:2
**necessarily**
66:6, 73:10,
89:4, 90:5, 91:1
**necessary**
71:21
**need**
22:8, 28:1,
55:2, 80:5,
84:2, 90:2,
92:19, 103:3,
103:5, 106:4,
107:1, 107:13,
122:6, 122:17,
123:2, 124:1
**needed**
91:13
**needle**
56:11
**neglect**
105:3
**neighborhood**
88:16, 108:6
**neither**
128:5
**neutral**
77:3
**never**
23:4, 32:14,
52:15, 53:18,
105:18, 122:8
**new**
4:7, 5:9, 5:22,
22:16, 25:18,
38:14, 39:11,
40:5, 40:15,
41:14, 44:4,
46:11, 52:20,
53:9, 53:12,
75:11, 75:14,
85:7, 93:16
**next**
59:9, 86:22,
97:16, 99:3,
102:15, 105:12,
105:16, 108:18,
108:20, 112:15

**night**
15:22
**nine**
72:12, 120:8,
120:9, 120:10,
120:12
**nine-month**
72:13
**nobody**
53:17, 100:9,
101:12, 101:13,
101:17
**nobody's**
100:20
**nodding**
50:1
**non-hispanic**
97:20
**none**
33:4, 98:18,
100:8
**nope**
124:9
**north**
10:10, 16:22,
38:11, 38:21,
41:1, 63:1,
63:21, 74:3,
74:14, 93:17,
95:2, 95:12,
100:2, 103:22,
123:8
**northeast**
17:5, 18:7
**northern**
62:12, 74:9
**northwest**
17:5
**notable**
62:11
**note**
5:2, 5:10,
5:20, 117:19
**nothing**
116:4, 116:5
**notice**
31:2, 62:5,
65:9

noticeable
63:11
notification
116:10
notion
98:12
notions
112:7
nu
19:7
nullified
97:4
number
15:7, 15:17,
23:3, 49:20,
50:9, 60:16,
61:18, 72:16,
74:2, 90:16,
110:2, 113:3
numbers
5:16, 19:12,
19:17, 20:1,
24:14, 25:21,
38:20, 47:21,
56:8, 59:22,
80:3, 83:21,
90:2, 90:8,
98:21

**O**

o
100:2
oath
23:7, 23:14,
24:2, 52:18,
97:9, 97:11,
101:18, 103:7
object
94:17
objected
52:21
objections
35:13
obligation
60:5
obliged
97:3, 99:1
observation
8:11

observed
65:5
obtained
100:3
obviously
93:17
occasion
96:14
occur
49:3
offense
116:2, 116:3
offer
9:21, 54:4,
55:11, 85:5
office
5:12, 5:13,
23:8, 33:2,
52:18, 105:9
offices
2:5
official
117:20
officio
114:18
offline
109:20
often
77:16, 105:18
oh
12:9, 91:22,
92:18
ohio
52:21, 53:3
okay
3:11, 4:18,
6:2, 7:9, 7:17,
8:5, 8:9, 23:5,
26:10, 27:7,
27:8, 32:20,
37:7, 37:8,
47:3, 47:15,
48:1, 49:15,
50:5, 50:20,
51:1, 51:3,
51:7, 51:17,
62:2, 65:4,
67:19, 68:2,

68:15, 68:16,
71:7, 74:7,
74:11, 77:10,
78:16, 80:9,
81:6, 81:11,
88:21, 90:11,
92:20, 92:21,
96:7, 109:8,
109:14, 110:19,
123:20, 124:4,
124:10, 124:15,
125:8, 125:10,
125:15, 125:21,
126:21, 127:2
old
4:11, 16:15,
22:16, 23:19
older
84:9
olla
29:17, 30:5
once
74:3, 85:22,
121:4
one
3:17, 3:20,
7:19, 18:6,
18:21, 18:22,
21:4, 23:4,
24:16, 26:8,
29:14, 34:10,
36:7, 39:3,
43:6, 47:1,
53:11, 54:6,
54:14, 55:19,
56:6, 61:4,
62:3, 63:10,
64:17, 65:9,
65:12, 66:10,
66:13, 66:18,
70:22, 73:11,
76:2, 77:20,
78:5, 78:20,
87:6, 87:12,
87:13, 88:13,
88:16, 88:17,
89:2, 89:3,
89:5, 89:6,

89:9, 98:3,
98:17, 99:20,
99:21, 100:9,
100:11, 101:2,
101:3, 102:4,
102:6, 104:4,
104:6, 109:11,
109:12, 111:3,
113:10, 113:17,
116:1, 116:21,
120:2, 120:17
ones
46:11, 62:11,
65:9, 67:4,
73:3, 97:21
ongoing
81:20
online
4:14, 93:12
only
4:9, 14:6,
14:22, 15:5,
26:18, 32:20,
38:19, 39:12,
41:8, 52:22,
56:5, 77:20,
82:9, 82:20,
97:21, 102:10,
116:3, 118:14,
119:7
opelousas
53:16
open
85:15, 85:16,
85:21, 122:19
opening
59:18
operate
61:4, 84:13
operating
64:10, 67:6,
82:5, 85:19
opinion
8:18, 47:16,
86:15, 94:16
opportu
11:10
opportunism
105:4

**opportunity**
10:3, 11:15,
11:16, 37:22,
42:15, 48:9,
53:18, 86:10,
106:12, 107:6,
107:7, 107:8,
116:12, 118:13,
119:20, 122:1,
122:8
**oppos**
26:8
**opposed**
26:8, 28:17,
29:2, 84:19,
117:7
**opposition**
28:21, 31:12,
34:3, 37:15,
37:16, 37:17,
49:22, 50:2,
50:11, 50:12,
50:14, 109:7,
109:12
**opting**
97:22
**orange**
71:16
**order**
2:4, 9:13,
23:5, 23:15,
56:16, 60:4,
61:3, 64:9,
73:3, 73:9,
73:12, 74:4,
82:6, 84:14,
85:18, 91:13,
111:15, 111:17
**ordered**
22:21
**ordering**
115:19
**organization**
107:22, 108:14
**original**
4:12, 4:18,
28:22, 57:18,
124:15, 124:18,

124:21
**originally**
11:22, 12:17
**orleans**
24:19, 24:20,
39:11, 40:15,
52:20, 53:9,
53:12, 104:8,
104:14
**other**
3:22, 4:17,
4:21, 8:9,
12:18, 17:22,
21:9, 37:9,
37:15, 39:21,
40:16, 42:7,
44:3, 45:8,
51:19, 52:22,
53:5, 54:14,
56:7, 60:6,
61:11, 61:12,
62:5, 64:18,
64:19, 66:14,
66:19, 68:20,
73:3, 73:16,
77:20, 80:9,
83:1, 84:17,
88:14, 88:17,
88:18, 90:9,
90:20, 92:4,
92:7, 94:9,
96:17, 97:22,
98:12, 99:21,
103:13, 106:15,
107:9, 108:6,
109:1, 109:14,
114:17, 117:10,
118:18, 119:8,
120:19, 124:22,
125:6, 127:2,
127:6
**others**
45:18
**otherwise**
128:7
**ourselves**
22:20, 115:7,
121:19

**out**
4:21, 5:22,
7:20, 8:5, 8:12,
17:19, 23:16,
26:19, 27:7,
29:15, 32:1,
32:2, 32:20,
33:5, 35:20,
36:18, 46:19,
54:2, 61:15,
64:4, 65:7,
71:15, 72:21,
73:1, 74:8,
75:17, 81:11,
82:14, 83:1,
83:2, 89:4,
90:17, 94:3,
94:8, 95:1,
95:7, 95:11,
95:15, 97:22,
100:22, 102:12,
103:21, 105:11,
108:5, 112:17,
112:20, 113:10,
118:14, 120:1,
120:2, 120:8,
121:19, 122:3,
123:2, 123:3,
123:4
**outcome**
73:12, 99:22,
116:7, 128:7
**outlying**
16:17
**outnumber**
25:4
**outvoted**
36:22
**over**
10:13, 10:17,
10:21, 11:9,
31:4, 32:11,
52:9, 55:20,
63:5, 65:9,
65:10, 65:16,
74:20, 75:10,
76:14, 79:5,
87:10, 90:9,

92:3, 96:17,
96:19, 103:1,
103:12, 108:4,
112:14, 124:22,
125:5, 127:6
**overall**
89:22
**overreach**
104:11
**overrode**
117:5
**overturned**
42:9
**overwhelming**
13:2, 13:5,
24:11, 25:14,
25:15
**overwhelmingly**
22:13
**own**
47:6, 72:17

**P**

**pa**
70:3, 104:6
**packed**
53:11
**page**
83:22, 84:1,
128:10
**pages**
1:21, 128:8
**panel**
87:19
**paper**
59:14, 107:14
**par**
120:8
**paralysis**
10:12
**paraphrasing**
42:19
**parish**
4:1, 8:7, 12:3,
12:15, 12:19,
13:4, 13:13,
15:9, 15:10,
15:13, 15:14,

19:12, 21:4,
21:16, 21:18,
22:2, 24:6,
26:4, 27:10,
28:9, 28:20,
29:16, 31:11,
31:22, 32:4,
32:13, 32:19,
33:1, 33:6,
33:7, 33:10,
33:18, 35:7,
35:13, 35:14,
38:2, 38:8,
38:18, 39:1,
39:2, 39:16,
41:2, 41:12,
43:18, 45:2,
45:20, 46:8,
47:1, 47:2,
47:7, 48:12,
49:8, 49:11,
65:11, 67:17,
74:22, 85:9,
85:12, 86:14,
87:3, 89:13,
89:16, 91:3,
93:21, 94:7,
94:8, 94:22,
96:13, 96:18,
100:10, 101:2,
101:4, 101:14,
102:13, 104:9,
109:22, 110:3,
110:4

**parishes**
4:2, 16:21,
18:1, 18:3,
18:5, 18:15,
21:8, 21:9,
21:11, 22:10,
29:6, 33:11,
38:7, 40:19,
42:12, 63:3,
64:2, 65:8,
68:19, 75:20,
88:8, 100:11,
103:14, 104:5,
104:13, 120:5,

120:9, 120:10
**part**
7:21, 12:1,
18:20, 24:19,
41:13, 41:14,
43:12, 45:20,
46:20, 46:21,
57:6, 60:9,
62:12, 65:19,
69:18, 74:7,
76:18, 87:20,
88:1, 88:18,
106:1, 108:1
**participation**
3:15
**particular**
6:13, 29:14,
70:21, 73:12,
76:13, 117:21,
118:2, 118:4,
121:1
**particularly**
43:18
**parties**
84:9, 128:6
**partners**
49:7
**parts**
8:12, 14:14,
14:15, 42:21,
42:22, 78:3,
95:8
**party**
77:14, 83:11,
90:6
**pass**
84:8, 101:20,
115:5
**passage**
114:21, 119:3
**passed**
5:5, 5:6, 57:2,
60:11, 84:18,
99:20, 112:18,
112:19, 116:14,
121:6
**passion**
55:14, 110:8

**passionate**
30:13, 41:12
**patience**
52:7, 93:8
**pay**
2:10
**penalty**
128:3
**pendulum**
99:13
**people**
13:8, 13:10,
14:2, 14:3,
14:4, 14:11,
14:19, 14:20,
15:7, 15:11,
15:14, 15:19,
19:15, 20:11,
25:22, 26:1,
28:8, 30:21,
30:22, 31:7,
32:8, 32:13,
33:1, 33:3,
33:6, 33:7,
41:6, 46:9,
53:20, 53:22,
54:2, 54:21,
55:5, 60:19,
62:21, 65:11,
69:8, 75:13,
76:1, 88:10,
88:12, 88:16,
88:17, 98:3,
102:6, 102:10,
103:12, 104:18,
104:19, 108:5,
110:3, 110:18,
112:9, 119:6,
119:11, 122:22
**people's**
106:15
**percent**
7:13, 8:3,
17:14, 20:18,
21:5, 39:5,
61:9, 61:10,
61:11, 61:12,
68:10, 68:11,

68:12, 68:13,
97:17, 98:1,
98:2, 101:15,
122:17
**percentage**
7:15, 68:14
**percentages**
70:19
**perfect**
61:18, 64:13
**performed**
24:3
**perfunctory**
101:19
**perhaps**
5:9, 6:5, 8:18,
50:7
**period**
113:7
**perjury**
128:3
**permit**
101:2
**person**
11:10, 13:6,
13:16, 24:16,
31:1, 53:1,
53:2, 53:4,
64:17, 70:18,
75:8, 75:12,
93:16, 100:9,
105:21
**personal**
52:12, 52:13,
93:20, 116:2
**perspective**
25:9, 30:14,
33:14, 62:14,
67:2, 84:12,
90:5
**petroleum**
40:21
**ph**
3:2, 45:10,
66:11, 96:10,
108:4, 109:12
**phillips**
37:16, 50:21

pi
116:8
pick
116:8
picked
5:1
picks
63:2, 65:17
picture
27:16
piece
13:1
pieces
44:22, 46:18,
71:11
pin
98:17
pineville
40:3, 43:22,
44:15, 44:21,
45:8, 45:12,
45:22, 47:14,
48:20
pit
41:18
place
12:4, 30:9,
32:2, 39:16,
43:17, 60:4,
60:7, 64:13,
72:2, 75:3,
102:17, 121:2
placed
45:4
places
65:7, 71:19,
88:12, 108:6
plaintiffs
115:18
plan
9:11, 28:11,
28:17, 28:19,
54:9, 119:8
plans
68:18
plaquemines
7:20, 7:22,
64:22

plate
40:4
play
112:17, 118:21
plays
41:21
please
2:12, 31:15,
94:19
pleasure
51:21
plus
7:13, 68:10,
100:11, 104:15,
109:9
po
102:13
point
4:21, 5:22,
42:17, 43:12,
55:19, 60:4,
60:18, 64:8,
64:9, 76:18,
82:2, 82:5,
82:16, 83:6,
89:15, 89:17,
95:1, 95:15,
103:2, 103:20,
114:12, 117:2,
117:17, 125:21
pointe
22:6
pointed
83:2
points
25:9, 44:18
police
31:10, 31:11,
112:8
political
68:20, 89:9
polk
78:22, 102:14
pollock
29:11, 45:3
polly
100:21
pony
10:17

populated
16:10, 24:5,
90:2
population
7:14, 8:3,
15:16, 16:19,
17:3, 17:15,
17:22, 18:8,
18:10, 18:11,
19:18, 21:8,
21:11, 22:4,
22:10, 22:14,
24:11, 25:16,
38:13, 39:2,
39:5, 39:12,
47:13, 47:16,
67:13, 67:21,
68:9, 68:13,
70:18, 89:22,
90:8, 97:15,
97:18, 103:15
populations
16:19
port
66:12
portion
12:14, 12:15,
17:21, 45:7
portray
48:17
position
86:8
possible
67:12, 69:19,
69:21, 69:22,
80:17, 88:20,
115:22
posture
119:6
potential
112:2
power
51:10, 53:10,
53:12, 53:14,
78:20, 79:10,
98:6, 98:7,
103:17, 103:22,
105:4, 105:7,

109:3
practicable
68:22, 69:4,
70:1, 70:3,
70:6, 70:8
practical
70:7
practices
121:8
practicing
109:8
precinct
10:1, 65:18,
68:9, 80:13
precincts
7:12, 8:2,
45:9, 47:20,
69:13, 91:2
preconceived
112:7
predetermined
116:7
predicted
97:16
preference
87:22
preliminary
81:21, 82:10,
82:19, 82:21,
83:4
prepare
127:10, 127:11
prepared
21:13, 85:5
preparing
5:4
prescients
46:1
prescribe
101:22
prescribed
100:4
present
2:14, 2:15,
2:16, 2:17,
2:18, 2:19,
2:21, 2:22, 3:2,
3:4, 3:6, 3:7,

3:8, 37:14,
37:17, 49:18,
51:11, 51:13,
51:16, 61:20,
96:10, 119:20
**preserve**
23:13
**president**
9:13, 9:16,
31:10, 37:21,
51:9, 109:7,
109:17, 109:19,
110:1, 113:21,
119:13, 120:20
**pretty**
27:21, 32:22,
47:17, 62:7,
63:14, 77:21,
85:9, 87:4,
123:7
**previous**
110:21
**previously**
75:20
**price**
2:22, 3:1,
33:15, 33:16,
33:21, 34:7,
34:12, 34:16,
34:18, 34:20,
35:1, 35:3,
35:6, 35:8,
35:10, 35:19,
36:1, 36:4,
36:6, 36:9,
36:12, 36:20,
36:22, 37:7,
58:10, 58:11,
88:11, 126:9,
126:10
**primary**
9:5, 28:21,
34:3
**principal**
6:12
**principally**
104:1
**principals**
63:8

**principle**
103:2
**principled**
96:15, 99:5,
100:13
**principles**
68:17, 72:6,
89:6, 92:8,
99:19, 99:22,
101:13, 101:22,
103:5
**prison**
30:10
**private**
16:1
**privilege**
52:12
**probably**
3:18, 13:8,
21:5, 59:21,
60:14, 60:21,
61:22, 76:7,
77:2, 87:8,
89:12, 103:18
**problem**
77:18, 80:2
**problematic**
39:18, 41:16,
41:22, 78:1
**problems**
71:13
**proceedings**
77:7
**process**
30:19, 52:9,
81:18, 84:10,
84:15, 88:19,
113:9, 113:11,
114:22, 118:6,
121:4
**prohibition**
99:12
**prohibitions**
99:13
**project**
76:12, 109:5
**projects**
76:8, 76:9

**promote**
46:10
**promotion**
27:14, 27:15
**prong**
29:11
**proposal**
81:14
**propose**
55:15
**proposed**
6:7, 18:19,
25:18, 42:8,
43:17, 47:8,
114:11
**protect**
72:7
**prove**
113:1
**proverbial**
118:20
**provide**
72:8, 77:9
**provided**
79:5, 100:7
**provides**
79:1
**pub**
11:11
**public**
4:13, 8:17,
10:3, 11:10,
11:11, 11:12,
11:14, 26:12,
86:10
**pull**
6:16, 19:22,
44:7, 47:12
**pulled**
8:12, 9:6,
47:17
**purple**
65:19
**purpose**
10:2, 11:9,
26:20, 89:8
**pushing**
56:21, 56:22

**put**
28:11, 35:16,
44:20, 46:3,
52:4, 52:8,
56:9, 56:16,
60:4, 60:5,
67:20, 80:1,
83:14, 83:17,
87:1, 95:12,
98:17, 109:21,
112:11, 113:2,
115:6, 115:19,
115:21, 117:8,
121:1, 121:17,
125:1
**puts**
28:22, 34:4,
43:19
**putting**
95:3

**Q**

**quagmire**
115:8
**qualified**
93:20
**question**
11:5, 11:17,
11:19, 12:17,
14:7, 33:14,
38:4, 109:17
**questions**
10:21, 11:3,
11:5, 14:17,
20:6, 25:10,
31:17, 37:9,
51:19, 61:2,
61:20, 81:15,
95:22, 96:3,
98:6, 108:17
**quick**
111:20
**quicker**
113:22
**quite**
6:19, 66:2,
73:22, 80:18,
94:6, 94:11

**quorum**
3:9
**quoting**
19:2

**R**

**race**
9:5, 56:15,
56:17, 90:6
**races**
97:22, 98:1,
98:2
**randall**
50:10
**randolph**
37:12, 37:19,
37:20, 42:16,
43:5, 43:14,
43:16, 45:1,
45:14, 46:4,
46:6, 46:22,
47:4, 48:1,
48:2, 48:8,
49:5, 49:14
**rapides**
22:6, 32:13,
38:1, 38:8,
38:19, 39:1,
39:16, 41:2,
43:17, 44:8,
45:2, 47:1,
48:12, 78:2,
89:13, 89:16,
91:3
**rather**
62:14
**ratio**
102:4, 102:5
**rationale**
25:11
**rationed**
99:14
**ratios**
100:7
**read**
4:16, 4:18,
5:10, 6:22,
20:3, 22:5,

49:17, 53:19,
60:11, 68:18,
69:17, 124:16
**reading**
107:14
**reads**
102:2
**ready**
54:13, 55:19,
59:16, 79:18,
88:22, 124:19
**real**
18:9, 101:6
**reality**
40:22
**really**
16:22, 28:16,
29:18, 31:3,
31:13, 32:2,
42:18, 54:11,
54:12, 64:7,
64:17, 73:6,
81:16, 81:19,
84:21, 85:4,
85:16, 87:16,
104:11, 105:15,
106:5, 110:18,
117:15, 121:13,
121:15, 122:15,
123:5
**reason**
9:5, 11:17,
14:6, 53:1,
53:5, 53:6,
60:3, 67:8,
70:16
**reasonable**
11:4
**reasons**
6:10, 6:11,
80:22
**recall**
3:20, 117:5
**received**
31:6, 51:3,
128:9
**recently**
112:18

**receptive**
118:16
**recognize**
44:14
**recommendation**
91:22
**reconstruction**
54:5, 99:11
**record**
12:8, 31:6,
81:16, 82:22,
87:2, 109:21,
113:8, 119:1,
125:2, 125:9
**recordings**
128:4
**red**
27:1, 27:3,
49:16
**redistrict**
7:12, 100:10
**redistricting**
1:9, 4:5, 6:12,
15:7, 23:22,
42:14, 52:8,
52:13, 56:1,
59:14, 63:8,
68:17, 68:18,
72:6, 86:20,
89:7
**redrawing**
42:8
**redundant**
94:22
**reese**
3:2, 3:3, 3:22,
34:21, 48:4,
48:6, 48:7,
49:12, 58:13,
58:14, 88:21,
89:1, 90:10,
91:15, 91:19,
91:22, 92:5,
92:16, 92:20,
126:11, 126:12
**referring**
14:10, 34:17
**refers**
101:10

**reflection**
105:3
**regard**
110:7
**regarding**
12:20, 83:16,
128:10
**regardless**
18:12, 21:6
**regards**
111:17
**region**
39:22, 46:7,
48:12, 120:17
**regional**
37:13, 37:21
**regular**
110:20
**reid**
51:1
**reits**
83:11
**related**
59:22, 128:5
**relationship**
49:11
**relative**
39:15, 39:18,
46:13, 49:21,
110:3
**released**
112:22
**relieved**
115:16
**rely**
121:20
**remedial**
115:19, 115:21
**remember**
13:8, 13:10,
17:11, 99:15
**reminded**
87:12
**reminder**
86:7
**remiss**
87:3
**rep**
27:13, 27:18,

28:2, 28:5,
28:6, 30:17,
33:19, 34:3,
34:9, 34:13,
34:17, 34:19,
34:22, 35:2,
35:5, 35:7,
35:9, 35:12,
35:13, 35:22,
36:2, 36:5,
36:10, 36:13,
36:21, 37:2,
37:6
**repeal**
99:13
**repeats**
106:9
**replace**
84:19
**replaced**
4:11
**report**
57:10, 103:13,
123:12, 124:3,
124:5, 124:6,
124:12, 124:21,
125:16, 125:18
**reported**
118:12, 126:21
**reporting**
123:22
**represent**
12:4, 14:8,
25:5, 25:6,
26:7, 26:9,
105:20, 119:11,
120:9
**representation**
15:10, 23:14,
38:16, 54:22,
63:9, 63:15,
72:8, 74:13,
75:5, 75:15,
76:6, 76:19,
85:21, 88:10,
96:15, 99:5,
100:7, 100:14,
101:6, 101:7,

101:9, 101:10,
101:12, 103:3,
104:15, 120:11
**representative**
27:12, 28:4,
33:17, 34:20,
41:11, 100:12,
101:3, 107:14
**representatives**
17:8, 25:2,
39:8, 88:7,
98:16, 98:19,
100:9, 102:3,
102:10, 104:2
**represented**
6:5, 13:16,
94:12
**representing**
15:13, 24:1,
24:16, 27:12,
62:18, 62:22,
66:14, 66:15,
75:9, 75:12,
94:17
**represents**
13:20, 25:22,
28:13, 74:19
**reps**
102:7
**republican**
98:7, 100:16,
102:18, 105:16,
108:18
**required**
104:19, 104:22,
116:10
**requires**
99:18, 113:18
**reshuffling**
59:10
**reside**
111:6, 111:7
**residents**
38:18, 38:22
**resolve**
99:18
**respect**
9:12, 10:8,

10:15, 10:18,
10:19, 68:19,
72:5
**respective**
98:20
**response**
57:21
**rest**
14:16
**restated**
44:5
**restating**
4:8, 42:19
**result**
5:9
**results**
100:1
**retread**
115:11
**retreat**
108:15
**reverse**
14:3
**review**
10:3
**revolutionary**
101:11, 104:16,
110:13, 110:15
**rice**
50:14
**rights**
56:11, 72:9,
105:22
**ripple**
56:7, 86:14
**rivers**
90:18
**road**
12:5, 12:21,
13:12, 14:4,
15:5, 23:21,
66:13, 66:15,
87:8, 87:9,
87:18, 106:13
**robber**
99:12
**robert**
93:13

**rock**
45:2
**role**
57:4, 57:5
**roll**
2:12, 57:19,
125:22
**room**
68:3, 96:17,
103:13
**rouge**
17:16, 18:20,
19:12, 20:12,
20:13, 22:12,
24:7, 38:13,
38:18, 39:11,
40:15, 43:1,
53:16, 66:9,
85:9, 85:12,
96:19, 104:5,
104:13
**route**
91:3
**ru**
113:15
**rub**
72:4
**rule**
121:12
**ruled**
81:21, 83:5,
83:7, 119:9
**rules**
103:15, 104:3,
113:14, 113:15,
113:17, 113:19,
115:6, 118:7,
118:17
**ruling**
83:9, 84:16,
112:13
**run**
81:5, 103:21,
112:14
**rundown**
66:10
**running**
11:13

runs
121:4
rural
16:17, 17:4,
18:10, 18:16,
18:21, 21:10,
21:16, 21:18,
21:19, 21:20,
21:21, 21:22,
22:1, 22:4,
22:6, 22:9,
22:10, 22:12,
22:13, 22:15,
24:5, 24:7,
24:8, 24:9,
24:13, 25:1,
25:15, 25:18,
25:21, 25:22,
29:5, 32:8,
32:18, 41:19,
42:5, 43:4,
43:8, 43:18,
104:4

**S**

s
81:16, 109:15
said
11:8, 15:12,
20:5, 21:10,
22:19, 28:10,
28:14, 32:20,
41:11, 43:1,
53:4, 53:7,
55:2, 67:16,
72:22, 95:19,
97:9, 98:8,
98:13, 103:12,
104:17, 106:4,
106:6, 106:22,
107:16, 110:7,
112:3, 112:6,
112:8, 113:10,
115:2, 116:6,
117:6, 119:4,
119:16
same
10:21, 14:5,

29:11, 29:12,
30:9, 31:14,
42:18, 43:19,
69:3, 75:6,
80:1, 84:14,
110:5, 112:13,
113:19, 115:11
sat
10:1, 73:7
satisfied
9:20
saturday
99:3
save
53:8
saw
8:19, 32:19,
110:20, 111:21,
111:22
say
15:3, 15:15,
20:17, 22:11,
26:18, 31:18,
36:14, 36:15,
43:12, 44:20,
63:12, 67:2,
67:3, 69:16,
73:1, 76:3,
76:16, 76:22,
81:2, 85:2,
87:15, 88:13,
88:14, 95:20,
98:16, 101:1,
106:16, 108:10,
108:12, 108:14,
112:10, 112:12,
112:14, 112:17,
113:4, 115:8,
115:11, 115:14,
116:1, 116:18,
117:3, 118:9,
120:7, 121:13,
121:16, 125:10
saying
33:21, 106:7,
107:9, 107:10,
116:4, 117:5
says
45:19, 101:18,

105:5, 110:19
sb1
50:3, 50:8
sb3
59:10, 109:12
schexnayder
107:15
school
30:8, 31:9
scott
110:2
screen
6:21, 71:1
se
110:20
seat
38:11, 52:19,
53:8, 99:20
seated
52:15, 52:16,
53:16, 53:18,
53:20, 53:22,
99:8
seats
61:6, 61:7,
81:3, 81:4
secession
99:10
second
9:10, 41:21,
60:2, 61:16,
70:22, 96:19,
104:7, 107:6,
111:1, 112:12
secondly
116:22
secretary
2:11, 2:13,
2:15, 2:17,
2:19, 2:22, 3:2,
3:4, 3:6, 3:8,
5:4, 5:13,
49:22, 50:1,
50:4, 57:19,
57:20, 57:22,
58:3, 58:6,
58:9, 58:12,
58:15, 58:18,

58:21, 59:2,
118:2, 125:21,
126:1, 126:3,
126:5, 126:7,
126:9, 126:11,
126:13, 126:15,
126:17, 126:19
section
98:22
sectors
39:19
see
4:15, 4:16,
4:17, 5:11,
5:20, 6:17,
14:20, 27:4,
28:3, 37:8,
41:15, 41:17,
41:22, 42:7,
44:9, 44:11,
44:16, 47:13,
50:12, 50:17,
50:22, 51:18,
64:5, 65:13,
65:15, 67:22,
70:14, 71:1,
71:7, 73:8,
77:18, 85:12,
87:12, 87:22,
92:1, 96:3,
98:6, 100:10,
100:21, 107:16,
123:17, 124:18
seem
39:13, 94:10,
95:6
seemed
32:18
seems
90:13
seen
89:20, 90:15,
95:2, 99:13,
110:20, 110:21,
111:18, 112:9
selecting
91:2
selection
112:2

**selfish**
26:5
**senate**
1:8, 2:3, 3:13,
5:21, 6:6,
18:19, 28:10,
59:15, 65:6,
73:17, 86:12,
93:16, 113:14,
113:19, 114:4,
114:13, 115:2,
118:11, 118:12,
118:16, 118:19,
120:8, 128:19
**senators**
25:3, 88:7,
92:22
**send**
53:9, 54:8,
124:13, 124:16,
125:17, 125:18
**sending**
114:5
**sense**
16:6, 27:4,
30:11, 33:5,
33:8, 66:3,
66:22, 95:14,
100:13
**sent**
31:11
**sentence**
69:18
**separate**
46:17, 79:9
**separated**
46:19, 107:3
**separates**
40:3
**serve**
100:11
**served**
56:3
**service**
103:10
**serving**
94:1
**session**
15:18, 22:20,

56:17, 110:21,
117:4
**sessions**
100:8
**set**
71:1, 92:18,
104:4
**seven**
19:14
**seventh**
96:14
**several**
5:6, 27:3,
52:6, 62:11,
77:19, 98:20,
106:13, 108:10
**sewer**
30:3, 30:4
**sh**
50:14
**shad**
50:14
**shaded**
8:2
**shake**
111:5
**shakes**
110:19, 111:5
**shall**
61:5, 68:19,
69:2, 102:3
**shaped**
10:9, 10:10
**share**
17:6, 31:14,
38:1, 42:15,
43:10
**shared**
17:4, 40:20,
52:14, 86:16
**sharing**
88:8
**shark**
103:19, 103:20
**shay**
51:13
**shelton**
51:9, 109:3

**sheriff**
31:9
**shift**
38:20, 75:14,
76:12
**shifting**
38:14
**shifts**
63:14
**shocked**
106:5
**shoot**
112:11
**shore**
10:10, 63:2
**short**
86:18, 86:19,
113:7
**shortcomings**
72:20
**shot**
122:1
**should**
5:8, 40:20,
61:6, 76:22,
104:15, 108:9
**show**
10:17, 12:5,
12:21, 13:12,
14:4, 15:5,
23:21, 71:2,
87:8, 87:9,
87:18, 122:21
**showed**
23:21, 23:22
**showing**
56:22
**shows**
8:22, 106:13
**shreveport**
16:16, 39:13
**side**
14:3, 65:16,
66:13, 66:14,
66:18, 88:16,
88:17, 116:13
**side's**
117:3

**sides**
60:14, 60:20
**signature-oso**
128:14
**signed**
23:9, 99:4
**significant**
5:19, 62:7
**significantly**
87:4
**silly**
101:1
**silver**
87:10
**similar**
16:16, 17:2,
65:3, 65:4,
66:12, 67:8,
67:15, 110:22,
121:9
**simple**
71:12
**simplicity**
7:10
**simplify**
71:4
**simply**
54:4
**since**
6:1, 20:6,
54:5, 99:4,
100:14
**sir**
35:22, 51:8,
59:8
**sit**
9:22, 10:17,
10:20, 18:5,
26:13, 73:13,
108:18, 108:20
**sits**
18:2
**sitting**
32:11, 100:8,
105:16, 118:20
**situation**
38:20, 71:18
**situations**
67:8

| | | | |
|---|---|---|---|
| **six**<br>25:2, 39:7,<br>54:7, 54:8,<br>56:17, 61:16,<br>70:21, 71:9,<br>71:10, 71:14,<br>73:21, 80:19,<br>90:16, 97:11,<br>102:10, 104:2,<br>120:10, 120:11<br>**six-day**<br>56:17<br>**sixth**<br>74:5<br>**sizes**<br>46:11<br>**slidell**<br>40:3, 45:16,<br>45:17, 45:19<br>**sliver**<br>36:10<br>**small**<br>29:17, 36:10,<br>39:22<br>**smaller**<br>15:17, 44:3,<br>101:3<br>**socialized**<br>102:18, 102:19<br>**solely**<br>89:8, 121:20<br>**solid**<br>71:10<br>**solution**<br>105:1, 105:5<br>**solutions**<br>55:16<br>**solve**<br>79:21<br>**some**<br>3:18, 3:21,<br>4:5, 4:19, 5:9,<br>5:18, 6:10, 8:7,<br>8:10, 8:14,<br>8:17, 13:22,<br>15:11, 16:10,<br>17:10, 18:3,<br>18:14, 19:14, | 19:15, 27:1,<br>28:1, 29:4,<br>30:15, 35:17,<br>38:2, 38:7,<br>38:9, 39:21,<br>41:9, 42:15,<br>42:19, 43:2,<br>44:3, 44:22,<br>46:5, 50:17,<br>60:6, 60:10,<br>62:7, 63:14,<br>64:5, 65:5,<br>65:8, 67:15,<br>70:2, 70:14,<br>72:1, 78:5,<br>81:16, 82:16,<br>83:1, 83:14,<br>88:16, 88:17,<br>89:5, 96:7,<br>99:15, 99:18,<br>103:5, 103:20,<br>103:22, 111:11,<br>112:21, 114:10,<br>117:2, 119:6,<br>121:11, 127:11<br>**somebody**<br>48:16, 76:15,<br>90:10, 107:8,<br>121:7<br>**somebody's**<br>107:2<br>**somehow**<br>116:14<br>**someone**<br>25:5, 108:3,<br>114:9<br>**something**<br>5:22, 24:20,<br>25:1, 41:15,<br>46:19, 60:6,<br>63:15, 71:15,<br>77:1, 77:15,<br>78:7, 84:17,<br>85:3, 85:4,<br>103:9, 103:13,<br>103:14, 107:21,<br>110:17, 111:3,<br>112:21, 115:10, | 117:22, 119:2,<br>120:14, 121:2,<br>121:19, 122:2,<br>122:6, 122:21,<br>123:2, 123:4,<br>125:10<br>**sometime**<br>39:7, 70:19,<br>82:7, 106:8<br>**sometimes**<br>55:5<br>**somewhat**<br>24:8, 86:1<br>**somewhere**<br>120:15<br>**soon**<br>115:22<br>**sorry**<br>9:15, 12:7,<br>45:14, 48:5,<br>50:16, 59:10,<br>125:1<br>**sort**<br>5:11, 19:6,<br>69:9, 76:11,<br>121:11<br>**south**<br>38:21, 39:6,<br>40:18, 74:14,<br>100:2, 111:10<br>**southwest**<br>87:10<br>**sp**<br>79:15<br>**speak**<br>15:4, 24:19,<br>37:15, 37:18,<br>49:19, 51:4,<br>51:10, 51:12,<br>51:14, 79:14,<br>81:1, 93:4,<br>96:8, 96:9,<br>96:10, 102:7,<br>109:2, 109:6,<br>109:7<br>**speaking**<br>24:19, 96:17,<br>99:8 | **special**<br>100:8, 110:21,<br>117:4<br>**specific**<br>6:10<br>**specifically**<br>66:7<br>**sped**<br>21:6<br>**speed**<br>119:15<br>**spell**<br>89:4<br>**spend**<br>54:18<br>**spent**<br>6:2, 93:9,<br>112:21, 113:3<br>**splc**<br>49:18, 51:14,<br>109:4<br>**split**<br>29:21, 30:11,<br>33:18, 33:19,<br>35:4, 36:4,<br>38:5, 39:13,<br>44:19, 46:5,<br>47:7, 65:7,<br>65:13, 93:21<br>**splits**<br>46:12, 65:22<br>**splitting**<br>30:6, 35:10,<br>35:20<br>**spoke**<br>8:18, 15:5,<br>15:22, 78:4,<br>78:17, 114:8<br>**spoken**<br>80:20, 109:20<br>**spread**<br>21:6<br>**st**<br>24:6, 33:7,<br>40:5, 40:19,<br>62:19, 65:1,<br>65:10, 65:15,<br>65:21, 66:18, |

stated
49:9
statement
5:11, 14:1,
114:15
states
54:1, 54:6,
96:20, 98:20
statutes
113:13, 118:7
stay
23:19, 89:6,
89:22
stayed
115:17
steen
50:21
step
54:16
stephanie
50:20
steps
86:19
still
22:9, 24:12,
36:14, 84:9,
92:16, 117:17,
118:13
stood
29:15
stop
54:20
story
111:20
strategy
74:9, 75:18
street
88:15, 88:16
strength
78:17, 78:18
strike
60:18
strong
87:17, 87:21
stronger
88:10
struck
121:6

67:20, 74:21,
78:3, 85:10,
104:9, 104:14
sta
127:3
staff
73:7, 74:8,
79:16, 85:6
staffs
76:16
stand
82:11
standpoint
16:7, 66:4
start
8:5, 28:4,
72:21, 73:1,
74:8
started
3:12, 28:8,
30:20, 75:17
starting
60:18, 64:8,
64:9
state
1:8, 2:5, 5:4,
7:11, 24:21,
28:6, 35:7,
35:13, 39:12,
40:16, 42:2,
43:10, 52:10,
53:21, 54:17,
62:12, 67:15,
68:21, 72:7,
76:1, 79:3,
79:11, 80:5,
87:20, 88:2,
88:7, 94:21,
99:1, 100:12,
100:17, 101:2,
101:4, 102:15,
102:16, 102:18,
102:20, 103:19,
117:13, 118:1,
119:7, 120:15,
123:9
state's
5:13

struggle
42:6
stuck
77:3, 120:2
stuff
103:1, 110:10
subdivision
90:21
subdivisions
68:20
submit
69:6
subordinate
69:1
substitute
57:13, 57:16,
101:7, 123:14,
124:2, 124:7,
124:8, 125:16
sudden
76:12
suffering
104:15
suffrage
99:12
sugar
40:21, 41:1
suggest
116:14
suggestions
85:2, 85:21
suitable
85:20
sunday's
30:22
superintendent
31:9
support
12:1, 12:18,
13:19, 13:21,
20:5, 49:18,
50:8, 51:4,
51:9, 51:11,
51:13, 51:16,
55:16, 96:8,
97:10, 109:2,
109:6, 111:13
supporting
128:4

supports
91:22
supposed
92:9, 100:18,
100:19
supreme
83:11, 84:16,
112:17
sure
15:10, 19:15,
22:8, 25:20,
43:9, 61:22,
65:1, 72:21,
80:14, 81:10,
82:16, 87:21,
89:19, 97:7,
98:18, 107:5,
107:11, 108:19,
125:2
surely
93:19
surrender
108:15
surrendered
99:2
surrounding
38:2, 45:8
susie
109:7
suspend
113:19, 113:20,
115:6, 118:17
swath
39:16, 43:17,
45:1, 47:5
swear
101:18
swift
87:9
sworn
97:9, 103:7
system
23:10, 23:12,
84:20, 121:21
systems
30:2, 30:3

**T**

table
14:7, 26:22,

30:16, 37:14,
73:14, 96:11,
112:21
**tac**
54:19
**tactics**
54:19
**take**
10:6, 17:17,
22:3, 24:2,
52:11, 52:17,
52:18, 72:2,
73:18, 77:1,
83:3, 95:11,
100:18, 101:4,
103:1, 105:2,
105:4, 107:19,
108:16, 109:17,
113:22, 114:9,
116:1, 116:2,
116:3, 121:6,
121:19, 125:10,
125:19
**takeaway**
19:8
**taken**
86:8, 94:11,
114:6, 116:15
**takes**
9:2, 14:14,
14:15, 30:4,
61:8
**taking**
49:13, 95:2
**talbot**
93:3, 93:4,
94:19, 94:20,
95:19, 96:5
**talk**
6:9, 6:22,
11:16, 13:9,
33:8, 52:12,
87:3, 120:19
**talked**
14:5, 15:11,
20:7, 68:4,
70:19, 79:15
**talking**
6:3, 9:18,

13:12, 28:18,
34:10, 34:14,
35:3, 37:5,
55:17, 55:21,
56:13, 56:15,
66:8, 77:19,
87:2, 90:9,
92:3, 108:3,
110:13, 114:18,
120:3, 124:22,
125:5, 127:5
**talks**
53:17
**tammany**
104:9, 104:14
**tangipahoa**
24:7, 74:21
**tape-recording**
128:9
**tarver**
3:4, 3:5, 57:8,
57:9, 57:15,
58:16, 58:17,
122:11, 122:12,
124:5, 126:13,
126:14, 127:4,
127:5, 127:9
**task**
91:17, 92:6
**taxation**
101:11, 101:14
**taxes**
79:3, 98:17,
98:18, 98:19,
101:13, 101:14
**teacher**
110:10
**team**
49:3
**technically**
56:5
**tedious**
52:9
**tell**
9:4, 17:20,
32:11, 40:22,
45:13, 71:3,
106:2, 107:13,

111:19, 111:20,
115:17, 117:20,
118:2, 119:9
**tells**
42:7
**tendency**
101:8
**tender**
54:15
**term**
76:9, 105:11
**terms**
8:8, 27:5,
48:10, 60:10,
61:13, 62:7,
63:14, 64:1,
64:4, 64:6,
64:13, 65:1,
67:13, 75:1,
76:7, 77:9,
80:3, 85:19,
89:21, 120:3
**terry**
49:18, 109:4
**testified**
13:4, 17:12,
19:16, 106:13
**testify**
11:12, 31:1
**testimony**
1:7, 12:4,
12:19, 13:2,
13:11, 13:22,
14:9, 14:10,
17:10, 17:16,
17:18, 20:18,
23:21
**th**
2:4, 56:12,
72:9, 99:2,
99:4, 99:5,
99:7, 112:15
**thank**
3:10, 3:14,
7:9, 9:9, 9:10,
27:2, 28:5,
31:19, 33:16,
37:7, 37:10,

37:19, 42:16,
48:2, 48:7,
48:13, 49:12,
49:14, 49:15,
51:8, 52:1,
52:3, 52:7,
55:12, 55:13,
59:6, 59:8,
59:17, 62:2,
71:8, 77:13,
78:10, 78:12,
81:6, 81:7,
81:13, 81:14,
86:5, 86:6,
89:1, 92:15,
92:16, 92:20,
93:6, 93:7,
93:13, 94:18,
94:20, 96:3,
96:5, 105:13,
105:14, 108:16,
108:17, 108:20,
108:22, 109:10,
109:19, 119:12,
119:13, 119:18,
122:10, 125:5,
127:5
**thankful**
41:9
**thanks**
37:11
**thanksgiving**
41:8
**themselves**
8:19, 14:20,
87:13, 98:4
**thing**
3:17, 4:21,
7:19, 25:14,
27:21, 29:14,
30:19, 42:7,
54:14, 54:16,
55:6, 55:7,
55:9, 57:2,
60:12, 61:5,
67:21, 80:9,
82:9, 82:20,
91:18, 97:14,

98:11, 102:22,
106:2, 106:12,
107:1, 107:12,
110:5, 111:13,
115:14, 116:18,
117:21, 119:10,
120:13, 120:17,
120:19, 122:16

**things**
3:11, 29:4,
32:9, 42:1,
43:6, 49:2,
59:22, 61:4,
62:4, 63:11,
64:7, 64:18,
65:5, 66:8,
70:12, 70:20,
71:4, 74:4,
76:8, 77:5,
77:6, 81:16,
83:1, 85:2,
86:17, 89:3,
91:7, 99:18,
103:8, 111:5,
119:21, 120:2,
121:9

**think**
3:14, 5:20,
8:21, 11:1,
11:2, 11:4,
11:18, 13:6,
18:3, 19:13,
19:14, 19:17,
20:17, 21:3,
21:6, 21:12,
21:13, 26:3,
26:5, 29:7,
32:6, 37:3,
44:8, 44:11,
47:6, 48:14,
49:3, 49:16,
49:21, 50:6,
50:22, 51:17,
54:21, 56:1,
56:18, 60:13,
63:17, 63:22,
64:14, 65:2,
67:8, 69:16,

69:21, 70:8,
70:12, 71:21,
73:5, 75:1,
75:22, 76:21,
77:15, 78:7,
83:19, 83:20,
84:2, 84:3,
84:11, 88:4,
91:6, 91:11,
91:15, 92:5,
92:10, 106:3,
106:13, 106:15,
109:22, 111:7,
111:16, 113:2,
117:5, 117:11,
117:17, 119:20,
120:2, 121:15,
122:15, 122:20,
123:7

**thinking**
66:5, 76:18

**third**
9:11, 85:7,
96:20, 104:8,
104:10, 111:6,
111:9, 117:10

**thomas**
98:7

**thorough**
3:13

**thought**
10:2, 15:21,
16:1, 26:20,
42:17, 66:7,
70:4, 73:1,
74:11, 110:14,
117:12

**thoughts**
38:1, 42:15,
72:15, 73:8

**thousand**
19:14, 19:15

**thread**
56:10

**three**
13:8, 14:3,
23:10, 25:3,
62:21, 73:11,

117:16, 117:18,
120:21

**through**
5:8, 6:22,
12:4, 20:3,
61:21, 66:19,
66:21, 74:20,
81:17, 84:10,
91:3, 118:6

**throw**
2:9

**throws**
85:3

**tide**
10:11

**tighten**
85:13

**timber**
29:5, 39:20,
40:1

**time**
2:8, 6:3, 9:10,
9:11, 12:5,
12:22, 16:15,
27:9, 28:1,
28:8, 49:13,
52:4, 53:4,
55:6, 55:7,
55:9, 55:12,
60:17, 83:9,
84:14, 85:6,
87:18, 93:9,
93:15, 95:2,
96:1, 96:4,
97:15, 102:5,
105:13, 106:7,
108:15, 111:22,
112:19, 113:6,
113:7, 114:12,
117:11, 119:19,
121:9

**timeline**
86:18

**times**
29:18, 41:8,
52:7, 70:17,
86:1, 111:18

**tired**
9:16, 10:7

**today**
2:5, 2:6, 10:2,
10:5, 10:6,
26:20, 38:1,
48:13, 54:4,
71:3, 74:15,
75:7, 85:5,
86:16, 96:4,
102:5, 106:3,
106:9, 106:16,
107:18, 108:18,
114:7, 118:19,
121:22, 122:8,
123:4

**today's**
30:21

**together**
22:3, 24:22,
30:8, 31:16,
42:11, 42:12,
42:13, 44:18,
46:8, 46:10,
47:1, 49:1,
49:6, 67:10,
69:20, 71:17,
88:5, 88:9,
88:12, 88:19,
109:3, 115:19,
115:21, 121:2

**told**
81:8, 112:1,
115:21

**tom**
27:10, 31:21

**tomorrow**
55:8, 55:10,
75:7, 99:3,
114:11

**ton**
61:19

**took**
12:4, 22:11,
23:7, 23:15,
110:22

**tools**
92:2

**top**
79:4, 82:8

| | | | |
|---|---|---|---|
| **topic** | **true** | 66:9, 69:12, | 85:19, 86:2, |
| 55:15, 89:2 | 76:4, 105:6, | 71:12, 71:16, | 113:19, 120:15, |
| **topped** | 128:8 | 73:2, 73:11, | 128:3 |
| 97:22 | **truly** | 79:7, 91:13, | **undermine** |
| **total** | 113:6 | 93:2, 98:1, | 69:2 |
| 54:1, 54:2 | **trust** | 98:2, 99:21, | **understand** |
| **totally** | 97:20, 99:16, | 100:7, 102:19, | 7:1, 11:4, |
| 116:22 | 105:9 | 106:4, 106:10, | 11:6, 14:13, |
| **touch** | **try** | 108:12, 116:19, | 22:18, 32:22, |
| 61:1 | 23:13, 30:22, | 116:20, 117:17, | 41:5, 57:3, |
| **touched** | 42:11, 47:20, | 123:11 | 59:12, 67:1, |
| 50:6 | 50:10, 64:8, | **two-thirds** | 76:20, 80:21, |
| **tougher** | 67:9, 69:11, | 113:18 | 81:2, 86:18, |
| 56:1 | 85:5, 85:20, | **tyler** | 88:3, 88:11, |
| **towns** | 102:7, 122:2 | 99:4 | 88:20, 89:12, |
| 29:17, 120:5 | **trying** | **type** | 91:5, 96:7, |
| **tr** | 4:13, 11:3, | 62:14 | 98:22, 107:5, |
| 82:19 | 27:4, 35:19, | **typically** | 114:8, 114:22 |
| **traditional** | 42:1, 43:8, | 60:17 | **understanding** |
| 63:8 | 56:10, 57:5, | | 48:15, 114:6 |
| **training** | 59:13, 60:6, | **U** | **understands** |
| 49:2 | 60:10, 60:17, | **ultimately** | 7:18, 125:3 |
| **transcribed** | 67:11, 72:5, | 91:2 | **understood** |
| 1:22 | 77:9, 82:22, | **um** | 60:21, 87:21 |
| **transcriber** | 88:19, 89:21, | 2:11 | **underway** |
| 128:1, 128:2 | 92:12, 97:13, | **unamended** | 48:22 |
| **transcript** | 103:8, 106:1, | 34:14 | **unfair** |
| 1:6 | 107:21, 117:22, | **uncertainty** | 31:2 |
| **transcription** | 124:20, 125:2 | 86:3 | **unhappy** |
| 128:9 | **tullos** | **uncomfortable** | 60:15 |
| **transparency** | 29:17, 30:4 | 94:15 | **union** |
| 86:19 | **turkey** | **uncommon** | 96:20, 97:2 |
| **transportation** | 41:8 | 120:13 | **unique** |
| 118:3 | **turn** | **unconstitutional** | 18:4, 40:14, |
| **traveling** | 73:19 | 119:9 | 43:7, 46:19 |
| 96:13 | **turns** | **undemocratic** | **united** |
| **trial** | 120:1 | 31:2 | 53:22, 54:6 |
| 82:1, 82:4, | **two** | **under** | **unreasonable** |
| 82:12, 82:13, | 3:20, 15:12, | 5:5, 9:13, | 11:19 |
| 82:17, 82:19, | 15:14, 16:2, | 11:3, 19:18, | **until** |
| 82:21, 112:3, | 16:20, 16:22, | 22:16, 25:18, | 32:2 |
| 115:15 | 22:21, 24:18, | 36:3, 45:5, | **unusual** |
| **tried** | 25:6, 26:6, | 45:13, 61:4, | 86:1 |
| 52:17, 70:4, | 26:8, 27:8, | 63:12, 64:10, | **uphold** |
| 100:21 | 29:21, 44:19, | 67:2, 67:6, | 83:8 |
| **trouble** | 46:18, 54:7, | 78:14, 78:19, | **upholding** |
| 106:20 | 54:8, 61:6, | 80:11, 82:5, | 24:1 |
| **troy** | 61:7, 62:15, | 82:6, 84:14, | **upset** |
| 50:7 | | | 60:20 |

uptown
95:8
ur
16:13
urania
29:17, 30:4
urban
16:12, 16:13,
16:14, 17:1,
17:4, 19:1,
41:21, 43:2,
43:22, 44:3
use
7:12, 92:17,
108:7
using
75:5, 90:18,
90:20
utilized
92:8, 92:9

**V**

valid
83:5
vap
68:10
various
49:6
vein
85:17
vernon
4:1, 35:16,
44:8, 49:11,
86:13, 102:13
versions
90:16
versus
17:4
veto
101:20, 101:21,
117:6
vi
101:8
video-recorded
1:6
view
6:6
ville
40:4

virtual
101:7, 101:9,
101:10, 104:15
visit
105:17
visual
70:18
visually
62:6
voice
26:2, 26:4,
106:14, 106:15,
107:8
voices
24:18
vote
10:4, 10:6,
10:7, 35:20,
51:22, 53:11,
54:15, 54:17,
55:12, 57:16,
57:17, 88:16,
88:17, 105:21,
108:1, 113:10,
113:18, 114:16,
114:20, 118:9,
119:6, 119:22,
124:11, 124:12,
124:14, 124:16,
124:17, 125:17,
125:19
voted
36:18, 36:20,
37:2, 37:3,
37:4, 107:20
voter
75:8
votes
25:3, 71:20,
115:4
voting
7:13, 7:15,
8:3, 39:1,
47:12, 47:16,
56:11, 67:21,
68:9, 72:9,
102:8, 105:22,
111:13, 113:21,

119:3

**W**

wait
96:22, 97:6
waiting
118:20
walter
50:18, 50:19,
50:20
walters
51:1
want
3:17, 13:17,
23:20, 24:20,
25:1, 42:13,
46:17, 48:8,
49:17, 52:7,
53:7, 69:19,
74:14, 75:6,
80:10, 85:4,
85:11, 86:17,
86:19, 89:21,
94:22, 95:1,
95:15, 97:4,
98:10, 98:11,
107:4, 107:11,
111:19, 116:8,
121:13, 122:15,
125:10, 127:11
wanted
4:18, 5:22,
8:20, 13:5,
20:7, 23:20,
30:21, 73:13,
77:4, 78:6,
84:19, 87:1,
94:15, 116:9,
118:22
wanting
13:9, 13:13,
14:5, 44:19
wants
11:11, 11:12,
90:10, 100:10,
116:20
war
99:10, 101:11,

104:16, 110:13,
110:15
ward
45:10, 59:10,
59:12, 59:17,
59:20, 62:9,
62:16, 63:4,
63:17, 66:6,
67:1, 67:7,
68:4, 68:15,
81:14, 85:11,
89:2, 90:13,
107:21, 109:15,
109:16, 109:18,
109:20, 114:19,
115:9, 119:16,
119:18, 122:12
ward's
110:16, 119:4
washington
8:7, 12:3,
12:14, 12:19,
13:3, 13:4,
13:12, 14:2,
16:21, 22:2,
22:3, 38:19,
39:3, 74:22,
76:10
washington's
101:21
watched
111:18
watching
17:19, 27:19,
93:12
water
30:2, 30:5
wave
51:6, 51:7
waving
5:15
way
6:11, 8:6,
10:9, 10:10,
13:17, 15:14,
17:13, 18:19,
25:12, 33:4,
34:5, 41:12,

**41:17**, 42:12,
42:18, 42:19,
46:5, 46:13,
47:13, 54:14,
61:21, 66:13,
67:17, 70:7,
71:18, 73:6,
73:9, 74:1,
74:4, 74:20,
74:22, 75:4,
76:17, 76:21,
81:10, 85:10,
87:16, 89:20,
90:1, 116:3,
118:6, 121:18

**ways**
4:4, 60:8,
63:20, 72:16

**we'll**
7:1, 27:8,
77:6, 99:3,
108:15, 122:8,
123:3

**we're**
4:7, 10:12,
15:17, 22:20,
23:3, 32:8,
32:21, 34:10,
34:13, 38:4,
39:20, 41:3,
42:1, 45:19,
45:20, 50:22,
54:17, 56:14,
57:5, 59:10,
60:15, 63:12,
67:5, 72:13,
72:18, 74:15,
79:5, 85:19,
86:2, 86:4,
86:21, 87:2,
95:2, 97:21,
97:22, 99:1,
99:17, 117:22,
120:22, 121:15,
121:16, 124:19,
124:20

**we've**
4:4, 17:4,

28:17, 32:7,
32:16, 34:10,
41:7, 56:2,
57:1, 62:6,
62:17, 70:19,
89:5, 90:15,
94:11, 97:9,
97:21, 100:13,
108:4, 108:5,
110:19, 110:21

**weakens**
79:11

**webster**
94:8

**week**
2:10, 82:17,
99:3

**weigh**
67:11, 77:6,
117:11

**weighed**
77:5

**weight**
91:11

**weighted**
91:9

**welcome**
11:20

**went**
16:1, 36:22,
73:6, 73:7,
73:15, 81:17,
107:16

**weren't**
68:3

**west**
8:13, 8:14,
14:14, 24:7,
24:8, 24:9,
33:6, 66:8,
74:2, 74:9,
74:20, 75:18,
101:14, 104:1

**western**
36:16

**wha**
112:6

**whatever**
84:17, 90:22,

108:7

**whatsoever**
66:3

**whenever**
59:15, 60:17,
63:18, 66:7,
67:10, 76:22,
91:6, 91:7,
121:8

**whether**
26:1, 38:4,
82:13, 83:5,
83:8, 84:16,
121:11

**white**
61:10, 61:12,
93:2, 97:20,
106:6

**whole**
15:9, 19:19,
33:10, 41:11,
41:13, 44:17,
44:21, 64:4,
72:4, 75:11,
110:6, 123:9

**wholesome**
104:21, 105:1

**wide**
21:6, 85:9,
85:21

**widely**
77:21

**wider**
47:5

**william**
7:7

**willing**
83:15, 109:16,
111:12, 112:3,
112:4, 118:17,
122:19

**willis**
52:17, 53:10,
53:17

**win**
80:5

**window**
95:7

**wins**
80:6

**wise**
90:8

**wish**
26:12, 37:18

**wishing**
49:19, 51:4,
51:10, 51:11,
51:13, 96:8,
96:9, 109:2,
109:6, 109:7

**within**
61:3, 69:3,
70:9, 81:4,
89:22, 94:4,
97:1, 97:8,
100:4

**without**
27:16, 101:12,
124:12, 125:16,
126:22

**womack**
3:6, 3:7,
29:22, 57:12,
57:13, 57:16,
58:19, 58:20,
126:15, 126:16

**woman**
13:19

**wonderful**
46:9

**woodworth**
45:2

**word**
6:18, 9:1,
17:18

**words**
31:18, 98:16,
119:14

**work**
5:3, 5:7, 30:9,
32:18, 42:1,
42:11, 45:21,
46:7, 46:8,
46:9, 46:13,
47:4, 48:22,
49:6, 55:15,

85:11, 86:9,
90:8, 99:5,
105:20, 119:5,
122:5
**worked**
28:2, 64:11
**worker**
97:12
**workforce**
49:2
**working**
2:6, 28:11,
48:16, 49:11,
63:12, 72:12,
76:9, 76:13
**works**
15:13, 88:9
**worry**
43:1
**worse**
66:17
**would've**
77:2, 96:19
**wouldn't**
18:18, 71:12,
72:1, 114:16
**wow**
105:15, 106:2,
106:7
**wrestle**
27:9
**write**
70:4
**wrong**
105:12, 117:3

**Y**

**y'all**
91:7, 96:3,
96:10, 99:13,
100:18, 100:22,
101:10, 101:18,
103:9, 105:10,
119:19
**yancy**
51:4, 51:6,
96:8, 105:14,
105:15, 105:19,

105:20, 108:21,
108:22
**yeah**
2:9, 2:10,
19:9, 28:5,
33:19, 34:3,
34:6, 34:13,
34:22, 35:5,
35:12, 36:10,
36:12, 36:21,
37:6, 47:9,
48:5, 50:5,
63:2, 65:14,
70:6, 76:20,
90:12, 123:16
**year**
15:18
**years**
32:1, 32:7,
32:17, 54:7,
56:3, 76:13,
86:22, 96:22,
97:1, 97:6,
97:8, 97:16,
100:14, 105:22,
108:5, 112:22,
113:3
**yeas**
59:3, 126:19
**yellow**
44:12, 45:7,
46:3
**yesterday**
3:13, 4:20,
6:1, 6:2, 8:8,
8:10, 9:12,
10:1, 11:6,
11:8, 11:9,
14:10, 17:10,
17:19, 19:16,
20:1, 20:18,
28:8, 50:7,
60:14, 76:3,
78:16, 79:1,
79:17, 107:14,
109:21, 113:5,
115:14
**young**
106:6

**yourself**
7:6, 12:12,
31:20, 62:1,
93:11, 94:19

**Z**

**zachary**
40:6
**zeros**
5:2, 5:15
**zip**
45:18
**zoom**
13:1, 15:22,
16:1, 67:22

**$**

**$1**
79:6
**$150,000**
113:2
**$350**
79:2
**$5,000**
53:8

**0**

**0**
7:13

**1**

**1**
2:8
**10**
32:1, 39:8,
76:13, 79:1,
86:22, 94:21,
96:22, 97:1,
97:6, 97:8
**10,000**
22:1
**100**
8:3
**100,000**
22:5
**105,000**
22:5
**12**
29:20, 84:1

**127**
128:8
**128**
1:21
**13**
97:17
**14**
56:12, 72:9
**143**
113:10
**15**
84:1, 97:17
**15,000**
32:8
**165**
29:16
**17**
1:10, 2:4,
128:19
**172**
54:2
**1792**
99:20
**180**
99:4, 100:14
**1800**
52:14
**1842**
99:2
**1843**
99:7
**189,000**
22:12
**189,802**
20:14
**19,000**
21:18
**1920**
97:1
**1970**
99:15
**1977**
99:14

**2**

**2**
27:6, 124:19
**2.1**
80:13

**20**
13:10, 14:4,
18:3, 18:14,
32:7, 97:16,
112:15, 115:4
**20,000**
21:21, 21:22,
22:6, 24:7
**2010**
63:13, 67:5,
67:17
**2011**
120:10
**2022**
1:10, 79:4,
128:16
**22**
28:6, 116:11
**221,000**
104:14
**23**
128:16
**24**
31:1
**25**
7:13, 32:12,
68:12, 68:13,
99:2
**25,000**
22:2
**27**
99:5
**28**
99:7
**2nd**
52:19

---

**3**

**3**
27:16, 27:20,
28:1, 124:20
**30**
13:10, 14:4,
17:14, 20:18,
21:5, 32:17,
112:21
**33,000**
102:5

**34**
12:14
**35**
17:14, 20:18
**3500**
22:1
**36**
93:14, 93:16,
94:17
**39,000**
21:16
**3rd**
31:15, 34:5,
39:17, 41:14,
43:19, 45:5

---

**4**

**4**
56:11, 93:5,
125:5
**40**
103:13, 103:14
**400**
98:1, 98:2
**42**
24:6
**434**
53:13
**440,000**
96:18
**453585**
1:20, 128:19
**456,000**
96:19
**47.9**
61:10
**48.04**
61:11
**4th**
29:8, 33:20,
36:16, 99:7

---

**5**

**5**
93:6, 95:18
**50**
7:13, 65:18,
68:11, 68:12

**51.95**
61:11
**52**
61:9, 122:17
**52.09**
61:10
**55**
100:11
**5th**
29:7, 29:8,
33:12, 33:20,
34:1, 34:7,
35:15, 36:2,
36:3, 38:17,
38:21, 41:14,
42:20, 43:7,
44:1, 44:4, 45:9
**5th's**
39:5

---

**6**

**6**
123:14, 123:19,
127:1
**60**
39:5
**60,000**
22:7
**69,000**
22:2

---

**7**

**7**
125:4
**70**
61:17
**700**
19:14
**74**
128:14
**75**
7:13, 8:2,
68:10, 68:11
**7500**
21:20
**760**
19:21
**77,000**
79:2

**776,000**
102:6
**776,292**
20:11, 61:18

---

**8**

**8**
127:7
**82,000**
24:6
**84**
61:16

---

**9**

**9,000**
21:17, 21:21
**90**
68:17