# Exhibit E



# Transcript of State Hearing - Day 1

**Date:** June 15, 2022
**Case:** Transcription Services

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1               LOUISIANA STATE SENATE

2                   HEARING DAY 1

3              Wednesday, June 15, 2022

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20    Job:   453354

21    Pages:   1 - 54

22    Transcribed by:   Jennifer Candela-Alvarez

1    P R O C E E D I N G S

2            PRESIDENT CORTEZ:  The Senate will come to          00:00:09

3    order.                                                     00:00:10

4            Secretary, open the machines for roll              00:00:10

5    call.                                                      00:00:12

6            Senator Mizell is here.  Senator Womack is         00:00:15

7    here.  Senator Pope is here.  You're voting.               00:00:18

8            Close the machines.                                00:00:27

9            Thirty members in a quorum.                        00:00:28

10           Members, today we will be led in prayer by         00:00:29

11   President Pro tem Beth Mizell, and then she will lead      00:00:31

12   us in the pledge.                                          00:00:34

13           PRESIDENT PRO TEM MIZELL:  Thank you, Mr.          00:00:38

14   President.                                                 00:00:38

15           Members, if you would join me in prayer.          00:00:39

16           Dear Lord, we're back together with a task        00:00:42

17   at hand.  We ask for you to give us strength.  We ask     00:00:45

18   for you to keep us focused on you, Lord; and we ask       00:00:48

19   you to use us to magnify your name.  In this we pray      00:00:52

20   to our -- our Lord, Jesus Christ.  Amen.                  00:00:56

21           The Pledge.  I pledge allegiance to the          00:00:59

22   flag of the United States of America and to the          00:01:02

| | | |
|---|---|---|
| 1 | Republic for which it stands, under God, indivisible, | 00:01:05 |
| 2 | with liberty and justice for all. | 00:01:19 |
| 3 | PRESIDENT CORTEZ:  Reading of the journal. | 00:01:19 |
| 4 | SECRETARY DIXON:  Official Journal of the | 00:01:25 |
| 5 | Senate of the State of Louisiana, Monday, June 6th, | 00:01:26 |
| 6 | 2022. | 00:01:29 |
| 7 | PRESIDENT CORTEZ:  Senator Milligan moves | 00:01:29 |
| 8 | to dispense with the reading of the journal.  Without | 00:01:30 |
| 9 | objection, so ordered. | 00:01:32 |
| 10 | SECRETARY DIXON:  Petitions, memorials, | 00:01:34 |
| 11 | and communications.  We -- I am in receipt of a | 00:01:35 |
| 12 | proclamation from the governor calling the | 00:01:38 |
| 13 | legislature into session this date until 6:00 p.m., | 00:01:45 |
| 14 | June 20th. | 00:01:48 |
| 15 | I am in -- in receipt of a letter from the | 00:01:52 |
| 16 | president appointing Jimmy Harris to the Committee on | 00:01:55 |
| 17 | Senate & Governmental Affairs. | 00:01:58 |
| 18 | The president appoints a committee of five | 00:02:10 |
| 19 | to notify the House that the Senate is now in session | 00:02:12 |
| 20 | and ready to commence business.  Senators Hewitt, | 00:02:15 |
| 21 | Price, Reese, Womack, and Tarver.  Hewitt, Price, | 00:02:18 |
| 22 | Reese, Womack, and Tarver.  And the -- the president | 00:02:22 |

| | | |
|---|---|---|
| 1 | appoints a committee of five to notify the governor | 00:02:27 |
| 2 | that the Senate is now in session and ready to | 00:02:29 |
| 3 | commence business. | 00:02:31 |
| 4 | The president appoints Senators Bernard, | 00:02:33 |
| 5 | Foil, Harris, Milligan, and Mizell.  Bernard, Foil, | 00:02:36 |
| 6 | Harris, Milligan, and Mizell. | 00:02:41 |
| 7 | PRESIDENT CORTEZ:  The committees will | 00:02:44 |
| 8 | please organize and discharge their duties. | 00:02:44 |
| 9 | (No audio from 00:02:40 to 00:10:19) | |
| 10 | PRESIDENT CORTEZ:  Senator Bernard, the | 00:10:31 |
| 11 | report of your committee. | 00:10:31 |
| 12 | SENATOR BERNARD:  Uh-huh.  Thank you, Mr. | 00:10:34 |
| 13 | President.  The committee reported to the governor | 00:10:36 |
| 14 | that we are here and ready to do the Senate's | 00:10:39 |
| 15 | business. | 00:10:41 |
| 16 | PRESIDENT CORTEZ:  Very good.  Thank you. | 00:10:42 |
| 17 | (No audio from 00:10:35 to 00:14:09) | |
| 18 | PRESIDENT CORTEZ:  Senator Womack? | 00:14:16 |
| 19 | SENATOR WOMACK:  Thank you, Mr. President. | 00:14:20 |
| 20 | We notified the House that we're ready to do | 00:14:21 |
| 21 | business. | 00:14:27 |
| 22 | PRESIDENT CORTEZ:  Very good.  Thank you. | 00:14:28 |

1    (No audio from 00:14:26 to 00:22:11)

2          SECRETARY DIXON:  Members, introduction of          00:22:19

3    senate bills -- Senate Bill 1 by Senator Fields now       00:22:21

4    moves for a suspension the rules for the purpose of       00:22:28

5    taking up the bills, reading them the first and           00:22:31

6    second time, and referring them to committee.             00:22:34

7          PRESIDENT CORTEZ:  Without objection.               00:22:40

8          SECRETARY DIXON:  Senate Bill  1 by                 00:22:42

9    Senator Fields is an act to amend Title 18 and to         00:22:43

10   repeal certain sections of Act 5 of the 2022 First        00:22:49

11   Extraordinary Session relative to congressional           00:22:53

12   districting to provide for the redistricting of           00:22:56

13   Louisiana's congressional districts, referred to the      00:22:59

14   Committee on Senate & Governmental Affairs.               00:23:02

15          Senate Bill 2, by Senator Hewitt, is an            00:23:04

16   act to amend Title 18 and to repeal certain sections      00:23:07

17   of Section 5 of Act 5 of the 2022 First Extraordinary     00:23:12

18   Session of the legislature relative to congressional      00:23:16

19   districts and to provide for the redistricting of         00:23:18

20   Louisiana's congressional districts.  It is referred      00:23:21

21   to referred to Senate & Governmental Affairs.             00:23:24

22          PRESIDENT CORTEZ:  Senator Fields, you             00:23:31

1    have --                                                      00:23:32

2            SECRETARY DIXON:  Senator Hewitt now moves           00:23:33

3    for a suspension of the rules for the purposes of            00:23:33

4    allowing the Senate Committee on Senate &                    00:23:37

5    Governmental Affairs to meet tomorrow without the            00:23:39

6    required 1:00 p.m. posted notice.                            00:23:42

7            SENATOR FIELDS:  Mr. President?                       00:23:44

8            PRESIDENT CORTEZ:  Senator Fields on a                00:23:45

9    point of order.                                              00:23:46

10           SENATOR FIELDS:  I -- it breaks my point              00:23:47

11   of order.  I -- does the bill by Senator Hewitt              00:23:48

12   create two majority-minority districts?                      00:23:52

13           PRESIDENT CORTEZ:  I'm going to check with            00:23:58

14   the secretary.  I have not read the bill.  It just           00:23:58

15   was introduced.                                              00:24:01

16           SENATOR FIELDS:  Does it comply with the              00:24:07

17   court order?  And does it -- does it have --                 00:24:08

18           PRESIDENT CORTEZ:  My understanding --                00:24:14

19           SENATOR FIELDS:  -- two majority --                   00:24:15

20           PRESIDENT CORTEZ:  -- from the author and             00:24:16

21   from the secretary -- they do not believe that it            00:24:17

22   does have two majority-minority districts as it's            00:24:20

| | |
|---|---|
| 1 | filed. | 00:24:25 |
| 2 | SENATOR FIELDS:  Then I'm going to object | 00:24:26 |
| 3 | with the suspension of the rules because, if it | 00:24:28 |
| 4 | doesn't comply with the court order, there's no need | 00:24:30 |
| 5 | to send the bill to the committee.  I object. | 00:24:33 |
| 6 | PRESIDENT CORTEZ:  Okay.  Members -- | 00:24:39 |
| 7 | Senator Fields, you're -- you're objecting to sending | 00:24:45 |
| 8 | all bills?  Okay.  State your complete objection so | 00:24:48 |
| 9 | that we (inaudible) motion. | 00:24:55 |
| 10 | SENATOR FIELDS:  Sure, Mr. President. | 00:24:55 |
| 11 | Senate Bill 1 is already in committee.  I'm objecting | 00:24:56 |
| 12 | to Senate Bill 2.  There's -- we're on a short | 00:24:59 |
| 13 | circuit here.  We only have six days.  There's no | 00:25:02 |
| 14 | reason to send a bill that does not comply with the | 00:25:06 |
| 15 | court order to committee.  We're here to comply with | 00:25:10 |
| 16 | the court's order. | 00:25:14 |
| 17 | PRESIDENT CORTEZ:  So I'm told the motion | 00:25:22 |
| 18 | was for both the bills to be -- to suspend the rule | 00:25:23 |
| 19 | for both the bills to be referred to committee.  So | 00:25:26 |
| 20 | if the objection is for both of them -- | 00:25:30 |
| 21 | SENATOR FIELDS:  No.  No, sir, Mr. | 00:25:33 |
| 22 | President.  My bill was sent to committee.  I | 00:25:34 |

| | | |
|---|---|---|
| 1 | objected on sending Senator Hewitt's bill to | 00:25:37 |
| 2 | committee.  We're on Senate Bill 2.  My bill has | 00:25:40 |
| 3 | passed that process. | 00:25:43 |
| 4 | PRESIDENT CORTEZ:  Okay.  And your | 00:25:47 |
| 5 | objection is because as it is originated, it -- you | 00:25:47 |
| 6 | believe it does not comply with a court order? | 00:25:52 |
| 7 | SENATOR FIELDS:  Not that I believe.  If | 00:25:56 |
| 8 | the bill does not comply with Subsection 2, which | 00:25:58 |
| 9 | creates two majority black districts, it does not | 00:26:02 |
| 10 | comply with the court's order. | 00:26:05 |
| 11 | PRESIDENT CORTEZ:  Okay.  What I'm being | 00:26:06 |
| 12 | told is that, in general, it does comply with the | 00:26:23 |
| 13 | objects of the call; and the legislature is free to | 00:26:26 |
| 14 | legislate on any instrument that complies with the | 00:26:29 |
| 15 | call -- | 00:26:34 |
| 16 | SENATOR FIELDS:  That's not my -- | 00:26:35 |
| 17 | PRESIDENT CORTEZ:  -- that is to -- | 00:26:35 |
| 18 | SENATOR FIELDS:  I'm sorry, Mr. President. | 00:26:36 |
| 19 | SENATOR BERNARD:  -- that is the legislate | 00:26:36 |
| 20 | with regards to congressional districts. | 00:26:38 |
| 21 | SENATOR FIELDS:  And, Mr. President, with | 00:26:41 |
| 22 | all due respect -- respect, that is not my objection. | 00:26:42 |

| | | |
|---|---|---|
| 1 | My objection is her bill does not comply with the | 00:26:45 |
| 2 | court order.  We only have six days.  It makes no | 00:26:48 |
| 3 | sense to send a bill to committee that does not | 00:26:52 |
| 4 | comply with the court order.  Her bill only creates | 00:26:55 |
| 5 | one majority black district, and I'm objecting to | 00:26:58 |
| 6 | suspending the rules on that basis. | 00:27:02 |
| 7 | PRESIDENT CORTEZ:  Okay.  Objection noted. | 00:27:06 |
| 8 | Senator Fields, we're going to take a -- | 00:27:11 |
| 9 | we're going to take a vote on your objection, but I - | 00:27:12 |
| 10 | - before that I -- I feel compelled to notify the | 00:27:14 |
| 11 | Senate, the full Senate, that, if somehow a bill were | 00:27:20 |
| 12 | to be amended that was no longer in compliance, I | 00:27:24 |
| 13 | think a motion in order to remove it from the files | 00:27:28 |
| 14 | of Senate, namely, if Senate Bill 1 were to be | 00:27:30 |
| 15 | admitted in Senate & Governmental Affairs and | 00:27:33 |
| 16 | reported to the full Senate, I think the -- that by | 00:27:35 |
| 17 | virtue of this, you could actually -- there could be | 00:27:40 |
| 18 | a motion to remove your bill from the files at | 00:27:43 |
| 19 | Senate. | 00:27:45 |
| 20 | I -- I don't know that we want to get into | 00:27:45 |
| 21 | this.  The idea of the Senate Governmental Committee | 00:27:47 |
| 22 | or any committee in the legislative process -- the | 00:27:51 |

| | | |
|---|---|---|
| 1 | purpose is to vet the bills and to offer potential | 00:27:53 |
| 2 | amendments.  I don't want to speak for the author, | 00:27:57 |
| 3 | but I think everybody has read the call, and so at | 00:28:00 |
| 4 | this point I'm going to allow Senator Luneau to make | 00:28:04 |
| 5 | a point of order, but we're going to dispense with | 00:28:07 |
| 6 | his motion. | 00:28:10 |
| 7 | Senator Luneau, unless your -- your point | 00:28:10 |
| 8 | is about his motion, we're going to dispose of his | 00:28:12 |
| 9 | motion. | 00:28:15 |
| 10 | Would you like to make a statement before? | 00:28:17 |
| 11 | Okay.  Will you yield? | 00:28:19 |
| 12 | SENATOR LUNEAU:  Mr. President, we don't - | 00:28:21 |
| 13 | - it's not on the -- the bill is not on the computer | 00:28:22 |
| 14 | yet.  I'd like to see it and see what it looks like | 00:28:23 |
| 15 | before we vote on that motion if we could. | 00:28:25 |
| 16 | PRESIDENT CORTEZ:  Okay. | 00:28:43 |
| 17 | (No audio from 00:28:24 to 00:28:37) | |
| 18 | PRESIDENT CORTEZ:  Okay.  So Senator | 00:28:43 |
| 19 | Luneau, I'm told that until a bill is introduced and | 00:28:44 |
| 20 | gets a number, they don't put it up.  But it -- I'm - | 00:28:46 |
| 21 | - I'm being told that it's being put up as we speak. | 00:28:48 |
| 22 | (No audio from 00:28:44 to 00:28:58) | |

| | |
|---|---|
| 1 | PRESIDENT CORTEZ: Senator Luneau? | 00:29:03 |
| 2 | SENATOR LUNEAU: Thank -- thank you, Mr. | 00:29:03 |
| 3 | President. Members, I object to this as well and for | 00:29:07 |
| 4 | the same reasons that Senator Fields did. But also | 00:29:08 |
| 5 | we're -- we're voting on an instrument that we | 00:29:12 |
| 6 | haven't seen yet. That's not a good idea. We need | 00:29:13 |
| 7 | to at least see this instrument and see what it said | 00:29:15 |
| 8 | because I do agree that, if it doesn't meet the -- | 00:29:17 |
| 9 | the -- the objectives of what the court has told us | 00:29:20 |
| 10 | with four different judges now, that's problematic. | 00:29:23 |
| 11 | So we need to at least be able to look at it. | 00:29:26 |
| 12 | PRESIDENT CORTEZ: All right. So at this | 00:29:38 |
| 13 | point, we have a -- we have a -- an objection to the | 00:29:40 |
| 14 | suspension of the rules for the purpose of referring | 00:29:43 |
| 15 | Senate Bill 2, I think it will be, to the Committee | 00:29:48 |
| 16 | on Senate & Government Affairs. | 00:29:51 |
| 17 | Is there any objection? Well, there is -- | 00:29:52 |
| 18 | the motion has been made, and there's been | 00:29:55 |
| 19 | objections. | 00:29:56 |
| 20 | Senator Hewitt, do you want the floor on | 00:29:56 |
| 21 | the objection? | 00:29:58 |
| 22 | SENATOR HEWITT: Thank you, Mr. President. | 00:30:13 |

| | | |
|---|---|---|
| 1 | Members, as we know, there are no | 00:30:15 |
| 2 | guarantees that a bill, the way it's introduced, is | 00:30:17 |
| 3 | going to look that way when it's done at the end of | 00:30:19 |
| 4 | the process.  And so, you know, there's no guarantee | 00:30:22 |
| 5 | Senator Fields's bill is going to look the same, and | 00:30:26 |
| 6 | there's no guarantees that my bill will look the | 00:30:28 |
| 7 | same.  But we are here to adhere to the court order, | 00:30:30 |
| 8 | and so that would be my intent. | 00:30:38 |
| 9 | Having said that, I will say that, if you | 00:30:42 |
| 10 | want to let the bill lie over, Senator Luneau, so | 00:30:44 |
| 11 | that you have an opportunity to see it, I would be | 00:30:48 |
| 12 | happy to do that. | 00:30:50 |
| 13 | PRESIDENT CORTEZ:  Okay.  So Senator | 00:30:55 |
| 14 | Price, do you have a question?  Okay.  Can you -- | 00:30:56 |
| 15 | okay. | 00:31:00 |
| 16 | So Senator -- so Senator Fields has made a | 00:31:00 |
| 17 | motion to which he objected to, and so now at this | 00:31:06 |
| 18 | point, the vote is, if you're in favor of suspending | 00:31:09 |
| 19 | the rule, you will vote yea.  If you're opposed to | 00:31:13 |
| 20 | suspending the rule, you will vote nay.  And the | 00:31:17 |
| 21 | secretary will open the machines.  Okay. | 00:31:20 |
| 22 | Are you through voting?  Close the | 00:31:36 |

| | | |
|---|---|---|
| 1 | machines.  Zero yeas and 30 nays, and the rules have | 00:31:38 |
| 2 | failed to be suspended.  Senator Hewitt's bill will | 00:31:44 |
| 3 | lie over.  Okay. | 00:31:48 |
| 4 | Senator Peacock, do you have a point of | 00:32:01 |
| 5 | order? | 00:32:02 |
| 6 | SENATOR PEACOCK:  Thank you, Mr. | 00:32:06 |
| 7 | President.  But the motion was on both -- the rules | 00:32:06 |
| 8 | were suspended for both bills.  Correct? | 00:32:09 |
| 9 | PRESIDENT CORTEZ:  Yeah.  The -- the | 00:32:22 |
| 10 | initial motion was made by the Secretary of the | 00:32:23 |
| 11 | Senate on behalf of Senator Fields.  Senator Fields | 00:32:25 |
| 12 | came down and made a clarification on the motion.  It | 00:32:28 |
| 13 | was his motion.  He clarified that his bill was in | 00:32:30 |
| 14 | committee.  The motion that was made on his behalf by | 00:32:34 |
| 15 | the Senate secretary was to start the process as we | 00:32:38 |
| 16 | do every session.  We read bills on a first and | 00:32:43 |
| 17 | second reading to refer them.  We do that | 00:32:46 |
| 18 | traditionally. | 00:32:51 |
| 19 | The first bill -- the author of the first | 00:32:52 |
| 20 | bill is generally the one that makes the motion to | 00:32:55 |
| 21 | suspend the rules for all bills.  In this particular | 00:32:57 |
| 22 | case, it happened to be Senator Fields.  He had | 00:33:01 |

1    Senate Bill 1.                                          00:33:03

2            When Senate Bill 2 came up to be referred,      00:33:05

3    he objected, and I'm going to deduce that he            00:33:07

4    bifurcated his motion to say that his motion was to -   00:33:11

5    - to suspend the rules for Senate Bill 1 but objected   00:33:15

6    to the suspension of the rules for Senate Bill 2.       00:33:19

7            Senator Fields, if I'm misstating your          00:33:22

8    point, please come down and clarify.  Senator Barrow    00:33:24

9    --                                                      00:33:24

10           SENATOR PEACOCK:  At this point, I'd like        00:33:29

11   to reconsider the vote on suspension of the rule on     00:33:30

12   Senate Bill 1.                                          00:33:33

13           PRESIDENT CORTEZ:  Okay.  So at this time,       00:33:37

14   Senator Peacock has made a motion to reconsider the     00:33:39

15   motion to suspend the rules on Senate Bill 1            00:33:45

16           Is there any objection?                         00:33:57

17           Senator Fields, state your objection.           00:33:58

18           SENATOR FIELDS:  Point -- point of order.       00:34:00

19   Mr. President, Senate Bill 1 does comply with the       00:34:01

20   court order, and it does create two majority            00:34:04

21   districts, does it not?                                 00:34:06

22           PRESIDENT CORTEZ:  I haven't read the           00:34:08

| | | |
|---|---|---|
| 1 | bill, but I -- | 00:34:09 |
| 2 | SENATOR FIELDS:  I object. | 00:34:10 |
| 3 | PRESIDENT CORTEZ:  Senator Peacock has | 00:34:19 |
| 4 | made a motion to reconsider the vote by which the | 00:34:21 |
| 5 | rules were suspended in order to refer, on second | 00:34:25 |
| 6 | reading, Senate Bill 1 to Senate Governmental Affairs | 00:34:31 |
| 7 | to which Senator Fields objects. | 00:34:34 |
| 8 | The machines are open.  A vote yes is to | 00:34:37 |
| 9 | reconsider that vote.  A vote no is not to reconsider | 00:34:39 |
| 10 | the vote. | 00:34:42 |
| 11 | Ms. Secretary will open the machines.  Go | 00:34:43 |
| 12 | to your machines. | 00:34:49 |
| 13 | Are you through voting?  Close the | 00:34:54 |
| 14 | machines. | 00:34:59 |
| 15 | 18 yeas and 11 nays.  And the motion has | 00:35:00 |
| 16 | been reconsidered.  Senate Bill 1 will lie over. | 00:35:03 |
| 17 | Senator Fields, for the floor. | 00:35:13 |
| 18 | SENATOR FIELDS:  Mr. President, Members of | 00:35:31 |
| 19 | the Senate, now we're here today for one purpose and | 00:35:32 |
| 20 | one person only.  And that is we have been ordered | 00:35:38 |
| 21 | here by the courts to draw two black or minority | 00:35:42 |
| 22 | districts, and there is one bill that does that, and | 00:35:48 |

| | | |
|---|---|---|
| 1 | we're on a six-day period to do it.  And we have had | 00:35:58 |
| 2 | sessions in this capitol where we have passed bills | 00:36:04 |
| 3 | in six days. | 00:36:08 |
| 4 | So I -- I -- we can't say we can't do it. | 00:36:13 |
| 5 | We can say we don't have the will to do it, but | 00:36:17 |
| 6 | that's by choice, not by obligation.  A rule is a | 00:36:20 |
| 7 | rule, and we can suspend it anytime we get ready just | 00:36:26 |
| 8 | like we just did.  We make them, and we suspend them | 00:36:30 |
| 9 | just like we did. | 00:36:40 |
| 10 | Now not one judge, not two judges, not | 00:36:45 |
| 11 | three but four federal judges just told Louisiana to | 00:36:50 |
| 12 | do what we just said we're not going to do.  We just | 00:36:59 |
| 13 | told them we are not going to do it because we can. | 00:37:06 |
| 14 | We're the big legislature, the State of Louisiana. | 00:37:16 |
| 15 | You don't tell us what to do. | 00:37:20 |
| 16 | In 19- -- in 19- -- I think it was '90, we | 00:37:22 |
| 17 | had a session where we had we had to -- to draw | 00:37:35 |
| 18 | lines, and we did it in eight days, but we took two | 00:37:38 |
| 19 | days off.  So technically we did it in six days.  We | 00:37:42 |
| 20 | had an appropriation for corrections that same year, | 00:37:48 |
| 21 | and we had a session in six days. | 00:37:55 |
| 22 | Let's talk about rules.  Rules are made to | 00:37:59 |

| | | |
|---|---|---|
| 1 | be suspended.  If you suspend a rule here and you | 00:38:05 |
| 2 | take a bill, no one can say it's unconstitutional. | 00:38:10 |
| 3 | No court will hold a bill passed by this legislature | 00:38:15 |
| 4 | unconstitutional because we suspended a rule.  Just | 00:38:20 |
| 5 | say we don't want to do it.  Six members of congress | 00:38:26 |
| 6 | -- over a third this state is black.  Just say we | 00:38:32 |
| 7 | don't have the will to do it.  It has nothing to do | 00:38:37 |
| 8 | with Republican or Democrat.  It has everything to do | 00:38:48 |
| 9 | with right versus wrong.  You got the votes.  You got | 00:38:53 |
| 10 | the majority. | 00:39:04 |
| 11 | Senator Peacock, you gave it to me.  You | 00:39:07 |
| 12 | won't let that bill go into committee.  Then I won't | 00:39:15 |
| 13 | let your bill go into committee because I got the | 00:39:19 |
| 14 | votes, and I'll show him. | 00:39:24 |
| 15 | What has this state come to?  Is that the | 00:39:36 |
| 16 | way we do business?  Is that what we're about?  I'm | 00:39:40 |
| 17 | in the majority.  I don't care what you think, and I | 00:39:51 |
| 18 | certainly don't think -- don't care what those judges | 00:39:57 |
| 19 | think.  We're going to do what we want to do.  Now | 00:40:00 |
| 20 | we're going to lose this day because we can. | 00:40:05 |
| 21 | Now Senate Bill 1 -- it's been on the | 00:40:13 |
| 22 | calendar for three months.  It was Senate Bill 306 | 00:40:17 |

| | | |
|---|---|---|
| 1 | this past session.  And then during the regular or | 00:40:26 |
| 2 | during the special session for redistricting, you saw | 00:40:31 |
| 3 | it then.  It -- it never changed.  I argued it here. | 00:40:35 |
| 4 | I put it as -- put it up as an amendment to Senator | 00:40:39 |
| 5 | Hewitt's bill.  It's nothing new.  One out of six, | 00:40:42 |
| 6 | and that's just the way it's going to be until some | 00:40:55 |
| 7 | higher court higher than the Fifth Circuit tells us | 00:41:00 |
| 8 | different. | 00:41:09 |
| 9 |         Aren't we better than that?  Now, Senator | 00:41:10 |
| 10 | Hewitt, I know you are.  You traveled all over this | 00:41:16 |
| 11 | state holding town hall meetings.  You heard the | 00:41:22 |
| 12 | people in this state from Shreveport to New Orleans. | 00:41:29 |
| 13 | You heard them.  They said we want a second minority | 00:41:33 |
| 14 | district.  You heard them.  Every town hall meeting | 00:41:37 |
| 15 | you held, people said they wanted a second black | 00:41:44 |
| 16 | district. | 00:41:47 |
| 17 |         The plan is more compact.  It beats your | 00:41:55 |
| 18 | plan on every measure.  The president, with all due | 00:42:02 |
| 19 | respect, hired lawyers, and not one of you knew about | 00:42:09 |
| 20 | it.  The people on the committee didn't know about it | 00:42:15 |
| 21 | other than the chair, I guess. | 00:42:17 |
| 22 |         Now we have lawyers and court fighting | 00:42:26 |

| | | |
|---|---|---|
| 1 | against a second black district and they're losing | 00:42:31 |
| 2 | every time.  Why?  Not because they're not good | 00:42:33 |
| 3 | lawyers.  They just can't argue against it.  It's | 00:42:38 |
| 4 | wrong. | 00:42:42 |
| 5 | Let me tell you what they do in congress. | 00:42:46 |
| 6 | I can take a matter of personal privilege.  I've been | 00:42:49 |
| 7 | there.  They appropriate money, and they send it to | 00:42:51 |
| 8 | the several states.  And Louisiana has the second | 00:42:58 |
| 9 | highest black population in the entire country. | 00:43:03 |
| 10 | Black people need to be represented.  No | 00:43:08 |
| 11 | other state in this nation has more black people than | 00:43:14 |
| 12 | Louisiana.  This body is better than that.  We don't | 00:43:17 |
| 13 | need a court to tell us we need to do the right thing | 00:43:26 |
| 14 | every time. | 00:43:29 |
| 15 | It's not about Republican, Democrat.  It's | 00:43:32 |
| 16 | about right, wrong.  And nothing made me feel worse | 00:43:35 |
| 17 | than when the governor's veto was overridden.  You | 00:43:43 |
| 18 | could hear the shouts in the other body like someone | 00:43:49 |
| 19 | had won the Super Bowl. | 00:43:53 |
| 20 | Are we not better than that?  I don't know | 00:43:59 |
| 21 | what we're going to do this session.  I know why | 00:44:04 |
| 22 | we're here.  I've read the 100 and something page | 00:44:08 |

| | |
|---|---|
| 1 | opinion from the district court and 100 and something | 00:44:12 |
| 2 | page opinion from the appeals court.  How many times | 00:44:14 |
| 3 | they have to tell us to do the right thing? | 00:44:19 |
| 4 | We've got a job to do, gentlemen and | 00:44:31 |
| 5 | ladies.  Now what just happened, in my view as a | 00:44:32 |
| 6 | lawyer, is a -- is a contempt of court.  And now | 00:44:43 |
| 7 | tomorrow my president and the speaker of the house | 00:44:52 |
| 8 | has to go to a court and say why they need more time | 00:44:57 |
| 9 | when they sent a bill back to the calendar that | 00:45:06 |
| 10 | complied with the court order, but we need more time. | 00:45:12 |
| 11 | It's time for us to do the right thing. | 00:45:22 |
| 12 | It's not time to play games.  It's time to do what we | 00:45:25 |
| 13 | should have done the first time.  I have nothing | 00:45:30 |
| 14 | further to say, Mr. President, and I thank you for | 00:45:38 |
| 15 | the time. | 00:45:40 |
| 16 | PRESIDENT CORTEZ:  Thank you, Senator | 00:45:41 |
| 17 | Fields. | 00:45:42 |
| 18 | Senator Luneau, would you like the floor | 00:45:43 |
| 19 | on personal privilege? | 00:45:44 |
| 20 | SENATOR LUNEAU:  Thank you, Mr. President. | 00:45:45 |
| 21 | Members, I don't think any of us want to be here | 00:45:59 |
| 22 | today.  I know I don't.  But I'm here today because I | 00:46:03 |

| | | |
|---|---|---|
| 1 | have an obligation.  When I ran for office and I was | 00:46:07 |
| 2 | elected, I promised to do what I had to do to | 00:46:09 |
| 3 | represent the people of my district and the people of | 00:46:12 |
| 4 | the State of Louisiana; and that's what we're here to | 00:46:14 |
| 5 | do.  We have an obligation to do this.  We're | 00:46:16 |
| 6 | obligated to redraw these maps because the courts | 00:46:19 |
| 7 | have said you have to. | 00:46:21 |
| 8 | And Senator Fields is right.  There are | 00:46:24 |
| 9 | four different judges that agreed to that appointed | 00:46:25 |
| 10 | by, I believe, four different presidents.  For sure, | 00:46:28 |
| 11 | three different presidents. | 00:46:32 |
| 12 | And when they told us to do this, they | 00:46:33 |
| 13 | told us to do exactly what I asked you to do when we | 00:46:39 |
| 14 | were here in the first special session of this year | 00:46:43 |
| 15 | and that is to make the maps reflect the population | 00:46:46 |
| 16 | of the State of Louisiana because we are obligated to | 00:46:49 |
| 17 | do that.  And we all know that. | 00:46:52 |
| 18 | I'm not going to go through the courts and | 00:46:54 |
| 19 | talk to you about what the requirements are.  We all | 00:46:56 |
| 20 | know that.  But just a few short days ago, I stood at | 00:46:58 |
| 21 | this mic, and I asked you to do the right thing then; | 00:47:03 |
| 22 | and you did. | 00:47:07 |

| | |
|---|---|
| 1 | We passed a law that took away some of the | 00:47:09 |
| 2 | last vestiges of slavery in Louisiana from the | 00:47:12 |
| 3 | holiday list.  And I told you then that would be a | 00:47:16 |
| 4 | step in the right direction.  And you know what?  It | 00:47:19 |
| 5 | was a step in the right direction.  But we have an | 00:47:21 |
| 6 | opportunity to take a step in the right direction | 00:47:25 |
| 7 | again here today and through this session and that is | 00:47:27 |
| 8 | to draw legitimate maps that reflect the population | 00:47:33 |
| 9 | of the State of Louisiana. | 00:47:36 |
| 10 | Minority people do deserve the right to | 00:47:39 |
| 11 | elect the people they want to represent them in the | 00:47:42 |
| 12 | legislature, and we have the obligation to do that. | 00:47:44 |
| 13 | Let's get to work. | 00:47:50 |
| 14 | PRESIDENT CORTEZ:  Senator Hewitt and | 00:47:52 |
| 15 | Senator Bouie to the floor on personal privilege. | 00:47:53 |
| 16 | SENATOR BOUIE:  Thank you, Mr. President | 00:48:05 |
| 17 | and Members.  I concur with our colleagues.  But let | 00:48:06 |
| 18 | me tell you where what we just did puts us.  The | 00:48:10 |
| 19 | Declaration of Independence says, We hold these | 00:48:15 |
| 20 | truths be self-evident that all men are created | 00:48:18 |
| 21 | equal. | 00:48:23 |
| 22 | That's what this piece is about.  That we | 00:48:23 |

| | | |
|---|---|---|
| 1 | afford to every Louisiana citizen, based on numbers, | 00:48:27 |
| 2 | the right to be represented.  And so what kind of | 00:48:31 |
| 3 | Louisiana are we trying to build for our children and | 00:48:35 |
| 4 | grandchildren and great grandchildren? | 00:48:39 |
| 5 | Do we want vestiges of discrimination and | 00:48:41 |
| 6 | denial to continue?  I am -- I am very disappointed | 00:48:45 |
| 7 | in what we just did. | 00:48:50 |
| 8 | Thank you, Mr. President. | 00:48:53 |
| 9 | PRESIDENT CORTEZ:  Thank you. | 00:48:54 |
| 10 | Senator Jackson, personal privilege. | 00:48:55 |
| 11 | SENATOR JACKSON:  Thank you, Mr. | 00:49:07 |
| 12 | President and Members.  Members, I have read the | 00:49:08 |
| 13 | court opinions.  We all advocated for what, at the | 00:49:11 |
| 14 | time, we thought was right, I assume, or what I'm | 00:49:15 |
| 15 | finding we thought was politically expedient for some | 00:49:20 |
| 16 | of us. | 00:49:23 |
| 17 | When we redraw maps every ten years, | 00:49:25 |
| 18 | they're not to be drawn on party lines or to preserve | 00:49:28 |
| 19 | a status quo but to fairly draw maps that represent | 00:49:31 |
| 20 | all people.  As a black female that sits in this body | 00:49:36 |
| 21 | right now with one other black female, a limited | 00:49:40 |
| 22 | amount of minorities, although we make up one third | 00:49:45 |

1    of the state, congressionally, we make one out of          00:49:48

2    six.                                                        00:49:52

3              For me, it has always been simple math.          00:49:54

4    Dr. King said that A right delayed is essentially a         00:49:58

5    right denied.  As we sat through these next six days        00:50:03

6    and on the first session -- the first day of session        00:50:09

7    we delayed the right of a people to be properly             00:50:12

8    represented, the right for our state to have fair           00:50:16

9    maps.                                                       00:50:21

10             I believe when we come here, we represent         00:50:23

11   people, not ourselves, not our party, but people --        00:50:25

12   the population of what we call -- what I believe to         00:50:32

13   be the great State of Louisiana.  But I'm going to         00:50:36

14   submit that, if we don't do what we've been ordered        00:50:39

15   to do, then this state remains great for some while        00:50:42

16   remaining somewhat of a disappointment for others who      00:50:47

17   constantly ask for their rights not to be denied, to       00:50:51

18   have a fair seat at the table for one third of             00:50:55

19   population who pays taxes, for one third of a              00:51:00

20   population who works hard, for one third of a              00:51:04

21   population who has the same hopes and dreams for           00:51:08

22   their children as everyone else has to be fairly          00:51:11

1   represented.                                          00:51:14

2          So I came here to do the business of the       00:51:16

3   people, not the business of a party, not the business 00:51:18

4   of what my personal belief was, but the business of   00:51:23

5   the people; and that's always fair representation.  I  00:51:27

6   am hoping, after what just happened the day, we get    00:51:31

7   there and we realize that delaying anyone's right is   00:51:34

8   truly denying that person's right.                     00:51:40

9          Thank you, Mr. President and Members.           00:51:43

10         PRESIDENT CORTEZ:  Thank you.                   00:51:44

11         Senator Barrow for the floor on personal        00:51:45

12   privilege.                                            00:51:46

13         SENATOR BARROW:  Good afternoon, Mr.            00:51:57

14   President, and Members.  Here we go again.  As many   00:51:58

15   of you know, oftentimes when you see me, I have on     00:52:04

16   this one pin along with our state pin; and it says     00:52:06

17   one word.  Vote.  Voting is the one equalizer that     00:52:12

18   each of us have one of.  And at this point, it         00:52:20

19   appears that we are denying the people of color,       00:52:25

20   people that look like me, the opportunity to have the  00:52:28

21   choice to elect a candidate of their choosing because  00:52:33

22   we will not draw a map that can give them that         00:52:40

1    opportunity.                                          00:52:44

2           I know last time I came up here, I talked      00:52:47

3    about my own personal stories and things that I had   00:52:49

4    gone through and things that I have experienced.      00:52:51

5    They're honestly -- Peacock, I hope my children and   00:52:55

6    my grandchildren never experience unfairness to be    00:52:59

7    able to buy a home where I want to and not have       00:53:06

8    redlining as a part of the issues that we are         00:53:10

9    conflicted with because I have representation --      00:53:13

10   Womack, or somebody -- who understands the -- the     00:53:17

11   plight of folks that looks like me.                   00:53:20

12          So I'm asking you, Members.  Really, I'm       00:53:25

13   pleading with you, and I'm begging of you.  The       00:53:28

14   measure that we just took now seems like we may not   00:53:32

15   get there, but I'm hoping through the end or before   00:53:37

16   the end of this process, while we're spending all     00:53:41

17   this money, you know, for the attorneys that we have  00:53:44

18   and the time that we were here, that we come up with  00:53:48

19   a product that the courts have already told us we     00:53:52

20   have to do.  Let's do our own job and not have the    00:53:56

21   courts have to do our job.                            00:54:03

22          Thank you, Mr. President.                      00:54:05

| | |
|---|---|
| 1 | PRESIDENT CORTEZ:  Thank you. | 00:54:06 |
| 2 | Senator Price, the floor on personal | 00:54:07 |
| 3 | privilege. | 00:54:09 |
| 4 | SENATOR PRICE:  Thank you, Mr. President. | 00:54:19 |
| 5 | You know, I sit on the S&G, and I went around this | 00:54:22 |
| 6 | state, and I made every meeting we had, every | 00:54:26 |
| 7 | community, every town hall meeting.  And in each of | 00:54:31 |
| 8 | those meetings, people got up and said we need fair | 00:54:35 |
| 9 | and equitable maps, not just people of color.  It was | 00:54:39 |
| 10 | people.  It was citizens of this state that made | 00:54:46 |
| 11 | those statements. | 00:54:51 |
| 12 | And I felt then that it was falling on | 00:54:53 |
| 13 | deaf ears because when we came back to committee, and | 00:54:54 |
| 14 | I mentioned this in one of the committee hearings | 00:54:59 |
| 15 | that we did not listen to what the people were saying | 00:55:02 |
| 16 | around the state, everybody talked about the fact | 00:55:04 |
| 17 | that this state and the black population has | 00:55:08 |
| 18 | increased one third, and we needed fair and equitable | 00:55:12 |
| 19 | maps. | 00:55:16 |
| 20 | But what did we get?  We had to get a | 00:55:19 |
| 21 | court to come back and say you didn't do the right | 00:55:23 |
| 22 | thing, and today is an example of pleading and what | 00:55:26 |

| | | |
|---|---|---|
| 1 | our citizens has said to us, to do the right thing, | 00:55:33 |
| 2 | falling on deaf ears again.  And why?  Why are we | 00:55:37 |
| 3 | here?  Why are we not listening?  Why do we have to | 00:55:42 |
| 4 | have a court to tell us what we have to do if we're | 00:55:47 |
| 5 | going to do the right thing?  Why can't we do the | 00:55:50 |
| 6 | right thing? | 00:55:53 |
| 7 | Many of you went around the state with us. | 00:55:55 |
| 8 | Many of you heard it, but yet -- and still we return. | 00:55:58 |
| 9 | And we did something that the people of this state | 00:56:05 |
| 10 | stated that we should not do.  Because why?  And I | 00:56:08 |
| 11 | understand the process.  Let's maintain control.  We | 00:56:13 |
| 12 | are in control; so let's maintain control.  But | 00:56:17 |
| 13 | that's not always the fair thing to do.  It's not | 00:56:20 |
| 14 | always the right thing to do. | 00:56:23 |
| 15 | Politically, it may sound great.  Yes, | 00:56:28 |
| 16 | let's do it.  But what do we do?  And what we do in | 00:56:31 |
| 17 | the sight of God?  What type of people have we become | 00:56:38 |
| 18 | when we won't do the right thing?  We won't even try | 00:56:44 |
| 19 | to work together to do the right thing. | 00:56:48 |
| 20 | You know, I look above, and I let him | 00:56:54 |
| 21 | guide me, and he will guide us.  And at some point in | 00:56:56 |
| 22 | this world -- I pray every day that we do the right | 00:57:02 |

```
1   thing for each other.                              00:57:07

2           Thank you, Mr. President.                  00:57:09

3           PRESIDENT CORTEZ:  Thank you.              00:57:11

4           Senator Hewitt on the floor on personal    00:57:11

5   privilege.                                         00:57:13

6           SENATOR HEWITT:  Thank you, Mr. President. 00:57:25

7   Members, this legislature has the constitutional   00:57:27

8   responsibility for drawing districts, and we've done 00:57:30

9   that.  We were here for 19 days in a three-week    00:57:34

10  session, and two thirds of us determined that the map 00:57:39

11  that we passed was the best representation of the  00:57:44

12  State of Louisiana, and we did that.               00:57:48

13          We spent months before that on our road   00:57:52

14  show.  We -- this was the most public and transparent 00:57:56

15  process that we've ever had.  We made sure that, when 00:58:00

16  there were amendments put on these very complicated 00:58:04

17  bills, that members had an opportunity to understand 00:58:06

18  them.  The public had an opportunity to weigh in.  00:58:09

19  And we're going to continue to do that in this     00:58:13

20  process.                                           00:58:15

21          Now you talk about doing the right thing.  00:58:18

22  We did the right thing.  We -- we deliberated as a 00:58:21
```

| | | |
|---|---|---|
| 1 | legislative body and passed a map.  We did what we | 00:58:25 |
| 2 | always do.  Right?  People get to debate, the public | 00:58:36 |
| 3 | gets an opportunity to weigh in, and we did our job. | 00:58:40 |
| 4 | Redistricting is not an easy thing.  You | 00:58:50 |
| 5 | have to thread the needle between the Voting Rights | 00:58:53 |
| 6 | Act and the 14th Amendment.  The 14th Amendment says | 00:58:55 |
| 7 | you cannot use race as the predominant reason for | 00:59:00 |
| 8 | drawing a map. | 00:59:03 |
| 9 | Yet we're being directed by the court to | 00:59:05 |
| 10 | use race as the reason to draw a second district. | 00:59:08 |
| 11 | But here we are.  And although maybe there have been | 00:59:16 |
| 12 | bills or maps that have been passed before my time in | 00:59:24 |
| 13 | six days, I think it is extremely difficult to do | 00:59:28 |
| 14 | that without sacrificing transparency and the | 00:59:32 |
| 15 | opportunity for public input. | 00:59:35 |
| 16 | But we are here because of a court order, | 00:59:43 |
| 17 | and we will continue to do the job that -- that we | 00:59:50 |
| 18 | are all elected to do and that is to represent the | 00:59:53 |
| 19 | people in our district.  And I'm committed to doing | 00:59:55 |
| 20 | that, and I believe that you all are committed to -- | 00:59:59 |
| 21 | to doing that as well. | 01:00:01 |
| 22 | PRESIDENT CORTEZ:  Senator -- thank you. | 01:00:05 |

| | | |
|---|---|---|
| 1 | Senator Carter on the floor on personal | 01:00:06 |
| 2 | privilege. | 01:00:13 |
| 3 | SENATOR CARTER:  Thank you, Mr. President. | 01:00:14 |
| 4 | Members I read the middle district court's opinion, | 01:00:15 |
| 5 | and I encourage all of you to read it as well.  It's | 01:00:19 |
| 6 | 152 pages, but it reads fast.  And not only -- one -- | 01:00:22 |
| 7 | one of the things that's fascinating about the | 01:00:26 |
| 8 | opinion is the judge just doesn't rule that we should | 01:00:28 |
| 9 | create two minority districts, but the Court explains | 01:00:31 |
| 10 | why.  And the court explains the long documented | 01:00:34 |
| 11 | history of discrimination against African Americans | 01:00:37 |
| 12 | right here in the State of Louisiana. | 01:00:40 |
| 13 | And one of the things that's fascinating | 01:00:43 |
| 14 | about that opinion is that the defendants in the case | 01:00:44 |
| 15 | conceded Louisiana's long discriminatory history | 01:00:47 |
| 16 | about discriminating against African Americans in the | 01:00:52 |
| 17 | State of Louisiana.  It was conceded that Louisiana | 01:00:54 |
| 18 | has this long documented history of discrimination. | 01:00:58 |
| 19 | That's fascinating to me. | 01:01:01 |
| 20 | It's fascinating to me because we're | 01:01:03 |
| 21 | debating, just during the regular session, concepts | 01:01:06 |
| 22 | like Critical Race Theory that makes it improper or | 01:01:09 |

| | | |
|---|---|---|
| 1 | inappropriate for schools to teach Louisiana's | 01:01:13 |
| 2 | discriminatory past.  And yet it was conceded in the | 01:01:16 |
| 3 | district court that Louisiana has this long | 01:01:21 |
| 4 | discriminatory past. | 01:01:23 |
| 5 | And I have in front of me the -- the -- I | 01:01:25 |
| 6 | know it's on my screen, and I don't even have my | 01:01:28 |
| 7 | glasses on, but I'll show you.  It's the US | 01:01:29 |
| 8 | Constitution.  And when we formed our United States | 01:01:31 |
| 9 | Constitution, the most important branch of | 01:01:35 |
| 10 | government, all of government, according to many | 01:01:37 |
| 11 | legal scholars and historians, it's the United States | 01:01:41 |
| 12 | Congress.  That is why it is established in Article | 01:01:43 |
| 13 | 1, Section 1 of the United States Constitution. | 01:01:47 |
| 14 | Article 1, Section 1.  All legislative | 01:01:51 |
| 15 | power is hereby vested in the -- in the -- in the | 01:01:54 |
| 16 | legislative branch, the Congress, which shall be | 01:01:57 |
| 17 | conformed of a Senate and a House of Representatives. | 01:02:00 |
| 18 | It defines the Senate a little later on. | 01:02:04 |
| 19 | Each state shall give two.  But how our nation was | 01:02:06 |
| 20 | founded, how it was formed, how it came together was | 01:02:10 |
| 21 | all about how do you determine the appropriate number | 01:02:13 |
| 22 | of representation of the members of congress, the | 01:02:16 |

| | | |
|---|---|---|
| 1 | members of the house of representatives, the same | 01:02:18 |
| 2 | thing we're going through now.  How do we apportion | 01:02:21 |
| 3 | representation?  How do we district ourselves? | 01:02:24 |
| 4 | And you look at the original text from the | 01:02:27 |
| 5 | Constitution.  Article 1 establishes Congress. | 01:02:29 |
| 6 | Article 2 says this is how we're going to go about | 01:02:32 |
| 7 | establishing the House of Representatives.  It | 01:02:35 |
| 8 | provides the minimum age requirements.  It provides | 01:02:37 |
| 9 | the citizen requirements. | 01:02:40 |
| 10 | And then it gets to how do we -- how do we | 01:02:41 |
| 11 | apportion them?  And you know what it does?  It | 01:02:43 |
| 12 | considers my ancestors, African Americans. When it | 01:02:46 |
| 13 | comes to counting us, you just count them as three | 01:02:49 |
| 14 | fifths of a person.  It's embedded in our original | 01:02:52 |
| 15 | constitution. | 01:02:56 |
| 16 | African American slaves -- we shall be | 01:02:58 |
| 17 | counted as three Fifths of a person when trying to | 01:03:00 |
| 18 | figure out how to draw the maps, how to apportion the | 01:03:04 |
| 19 | original House of Representatives. | 01:03:07 |
| 20 | I mention that because not only does the | 01:03:11 |
| 21 | State of Louisiana have a long documented history, | 01:03:14 |
| 22 | uncontested history, of discrimination, but so does | 01:03:17 |

1    this nation.  And it continues today, not just with                01:03:20

2    our founding, but we have a federal judge right now                 01:03:25

3    pointing out to us our discriminatory practices.  It                01:03:28

4    continues.                                                          01:03:32

5           And I must tell you that I dealt with                        01:03:33

6    Critical Race Theory when I was a member of the                     01:03:35

7    Educational Committee on the House side.  I'm so much               01:03:37

8    happier to be on the Senate side.  It's much smaller.              01:03:41

9    There's less of us.  We really get to talk and get to              01:03:44

10   know each other.  And you're hearing from each and                 01:03:47

11   every one of us, the individual members of the black              01:03:49

12   caucus.  We're telling you how Democrats -- not just              01:03:52

13   African American legislators, but how personal this              01:03:56

14   is, how offensive it is that we have to have -- we                01:03:59

15   have this long documented history of discrimination              01:04:03

16   in our state at the nation.                                       01:04:05

17          We have federal courts, appellate courts                   01:04:07

18   telling us, reminding us to stop discriminating, to              01:04:09

19   do what's right.  And yet here we are.  We find                   01:04:12

20   ourselves doing it again and again and again.  It has            01:04:15

21   to stop.  Please let it stop.  Let's move forward                01:04:18

22   together, please.                                                01:04:23

| | |
|---|---|
| 1    Thank you, Mr. President. | 01:04:24 |
| 2    PRESIDENT CORTEZ:  Thank you. | 01:04:26 |
| 3    Senator Boudreaux for the floor on | 01:04:27 |
| 4    personal privilege. | 01:04:29 |
| 5    SENATOR BOUDREAUX:  Thank you, Mr. | 01:04:40 |
| 6    President.  Members, I -- I rise.  I know sometimes | 01:04:41 |
| 7    it's uncomfortable when you have these type of | 01:04:44 |
| 8    conversations.  I've -- I've spoken on a number of | 01:04:47 |
| 9    occasions about the Senate and the institution that | 01:04:49 |
| 10   we were so privileged to serve in. | 01:04:53 |
| 11   And if we just go back on memory lane just | 01:04:56 |
| 12   for a minute, historically, the numbers in the '60s | 01:04:58 |
| 13   and the '70s were predominantly Democrats in this | 01:05:02 |
| 14   place. | 01:05:07 |
| 15   Senator Fields talked, when we were in the | 01:05:08 |
| 16   redistricting session, about the number of African | 01:05:11 |
| 17   Americans who have ascended to Congress. | 01:05:13 |
| 18   So while it's uncomfortable to sit, we in | 01:05:18 |
| 19   this institution have an opportunity to change this. | 01:05:22 |
| 20   You know, Senator Bernard, you -- you served in -- in | 01:05:27 |
| 21   local government.  You understand where the rubber | 01:05:30 |
| 22   meets the road. | 01:05:32 |

| | | |
|---|---|---|
| 1 | See, our actions will trigger reactions to | 01:05:34 |
| 2 | so many other things in the community.  Now let's | 01:05:38 |
| 3 | just go back to the simple math.  Six congressional | 01:05:41 |
| 4 | seats, and there's one.  Just simple math.  When they | 01:05:44 |
| 5 | ask us for a second minority district, which would | 01:05:50 |
| 6 | still be two out of six, is that unreasonable?  Is | 01:05:55 |
| 7 | that distasteful?  If we don't do it, then who's | 01:06:02 |
| 8 | going to do it? | 01:06:06 |
| 9 | So we talk about the courts, and we say | 01:06:07 |
| 10 | let it go to the courts, and it's gone to the courts. | 01:06:09 |
| 11 | It -- it reminds me of the presidential election that | 01:06:14 |
| 12 | ended up in the courts with Al Gore and President | 01:06:18 |
| 13 | Bush. | 01:06:22 |
| 14 | They said let the courts decide.  And what | 01:06:24 |
| 15 | did Al Gore do?  At the end of that exhaustive | 01:06:28 |
| 16 | process, he said, it's over with.  He is -- President | 01:06:31 |
| 17 | Bush is our president because the courts decided | 01:06:35 |
| 18 | that. | 01:06:38 |
| 19 | We have people today who still believe the | 01:06:41 |
| 20 | last election was a big lie.  They haven't accepted | 01:06:45 |
| 21 | the fact that we do have another President.  But you | 01:06:49 |
| 22 | see, that's where we come in.  We have to change that | 01:06:52 |

1   narrative.                                                  01:06:55

2           But if we go around with that same                 01:06:57

3   rhetoric, we go around and saying, well, that court        01:06:59

4   missed it.  They didn't get it.  We have to show           01:07:02

5   respect to the courts when you're winning and when         01:07:05

6   you're losing, and -- and be graceful in defeat.           01:07:08

7           Now I'm not holier than anybody else in            01:07:12

8   this room, but I -- I -- I believe in the power of         01:07:15

9   prayer, and I'm going to continue to pray that the         01:07:18

10  court continues to be consistent in their rulings.         01:07:22

11  That's still not going to bring everybody where they       01:07:26

12  need to be.  But you know, we open in prayer every         01:07:28

13  day, and I tried to close my eyes because I have to        01:07:30

14  take care of me.  And that's why I'm up here today.        01:07:33

15          Each and every one of you know what is             01:07:36

16  right.  Two out of six is not anything.  I mean, it's      01:07:38

17  simple math.  I sent it when we were in                    01:07:43

18  redistricting.  If -- if -- if the African American        01:07:45

19  population went down during the census count, hell,        01:07:49

20  we'd be up here fighting because we wouldn't have one      01:07:53

21  seat.                                                      01:07:55

22          Senator Carter just talked about three            01:07:57

| | | |
|---|---|---|
| 1 | fifths.  It would be down to one -- one sixteenth of | 01:07:58 |
| 2 | a vote. | 01:08:03 |
| 3 | And I'm not being sarcastic.  I -- I hope | 01:08:04 |
| 4 | you understand that this body, this deliberative | 01:08:05 |
| 5 | body, the Senate, if we're just going to wait and | 01:08:08 |
| 6 | keep saying, well, that court's got it wrong, and -- | 01:08:12 |
| 7 | and let's appeal it -- | 01:08:15 |
| 8 | See, I prefer to take that money -- we -- | 01:08:17 |
| 9 | we did a lot on roads and bridges throughout all of | 01:08:20 |
| 10 | our districts, but I've got some people back home. | 01:08:23 |
| 11 | They're still at minimum wage. | 01:08:27 |
| 12 | And when we look at this whole process and | 01:08:30 |
| 13 | the amount of -- of dollars that spent to either | 01:08:33 |
| 14 | defend or to send out false information of where | 01:08:38 |
| 15 | we're going, we control that.  We control that. | 01:08:42 |
| 16 | So I'm going to ask you -- you know, my | 01:08:47 |
| 17 | years of officiating -- the first couple minutes of a | 01:08:49 |
| 18 | game, when the ball doesn't go in the hole, | 01:08:52 |
| 19 | (indiscernible) it's going to be a long day. | 01:08:55 |
| 20 | I have a bad taste in my mouth for how we | 01:09:00 |
| 21 | just started this short session.  It doesn't taste | 01:09:03 |
| 22 | good.  It doesn't feel good.  I'm glad it's not me | 01:09:07 |

| | | |
|---|---|---|
| 1 | that have to go to court tomorrow.  I don't know what | 01:09:13 |
| 2 | to say.  I -- I don't know where we're at.  I think | 01:09:15 |
| 3 | we're in a bad place.  I think we need to hit that | 01:09:18 |
| 4 | reset button and decide what -- what is it we want. | 01:09:21 |
| 5 | We talk about the we want for our kids and | 01:09:25 |
| 6 | our grandkids.  We talk about how great this is a | 01:09:27 |
| 7 | place to live in.  Be with those people who don't | 01:09:30 |
| 8 | have any contact with their congressman.  Be with | 01:09:34 |
| 9 | those people who feel that they are left out and not | 01:09:38 |
| 10 | listened to on any fronts.  Listen to them, and if it | 01:09:42 |
| 11 | doesn't trigger anything, I can't help you.  But I | 01:09:46 |
| 12 | can tell you I hurt for those who don't have a voice. | 01:09:50 |
| 13 | I hurt for those who -- who Senator Barrow said | 01:09:55 |
| 14 | earlier they have to rent. | 01:10:00 |
| 15 | You know, people say, well, they -- | 01:10:03 |
| 16 | they're in that situation because they put themselves | 01:10:03 |
| 17 | there.  Okay.  Okay.  Just keep believing that.  Just | 01:10:06 |
| 18 | keep believing that.  I'm going to ask.  We -- we -- | 01:10:11 |
| 19 | were off to a bad start. | 01:10:14 |
| 20 | Now there's been some teams winning the | 01:10:16 |
| 21 | Super Bowl.  I think somebody alluded to the Super | 01:10:18 |
| 22 | Bowl.  Some teams have won it, and they lost their | 01:10:21 |

1    first couple of games, and, boy, they hit a streak.          01:10:23

2    We've got to hit the streak.  We've got to do it for          01:10:26

3    our people.  We have to do it for all of God's               01:10:29

4    people.  We have to do it for the state.                     01:10:31

5          You know, we -- we -- we said before do we             01:10:34

6    want to look like Washington D.C.?  Is that what we          01:10:37

7    want?  Dysfunction.  Nobody wants to be here to              01:10:41

8    address this, but by God, we raised our hand, and we         01:10:46

9    took that oath.  Let's take care of the people's             01:10:50

10   business.                                                    01:10:52

11         I won't be here when -- when the pendulum              01:10:55

12   swings and more -- more people are in the -- the --          01:10:57

13   the people that are in the minority today will be in         01:11:01

14   the majority.  But I hope they'll be like Al Gore at         01:11:03

15   the end of the fight.  It was a good fight.  I would         01:11:06

16   hope they would be like John Lewis and go and fight          01:11:10

17   for all of the people.                                       01:11:13

18         We quote Dr. King often, but do we walk in             01:11:15

19   those same paths, along that same trail that he              01:11:19

20   walked up until his death?  And that's about service.        01:11:24

21   Let's take care of business.  Let's hit that reset           01:11:29

22   button today and decide.  We have to let the courts          01:11:32

1       tell us what to do; and then, when they tell us, we        01:11:36

2       don't listen.  Let's see where we're going.                01:11:39

3                   Thank you.                                      01:11:41

4                   PRESIDENT CORTEZ:  Thank you, Senator          01:11:43

5       Boudreaux.                                                  01:11:43

6                   SENATOR TALBOT:  President Cortez to the        01:11:49

7       floor.                                                      01:12:00

8                   PRESIDENT CORTEZ:  Thank you, Senator          01:12:00

9       Talbot.  Thank you, Members, for -- for being here         01:12:01

10      today, taking the time out of your life to come back       01:12:04

11      to this beautiful capital that we get to serve in.         01:12:07

12                  I want to kind of bring you up to speed as     01:12:10

13      to how we got here, a little bit of background on why      01:12:13

14      we're standing here today or sitting here today.           01:12:17

15                  There was a couple of people that alluded      01:12:20

16      to legal firms.  I want to remind you all that there       01:12:23

17      was a lawsuit brought against the State of Louisiana       01:12:29

18      before we ever filed a map.  I'm going to repeat           01:12:32

19      that.  Before a map was ever filed, there was a            01:12:35

20      lawsuit brought against the State of Louisiana.            01:12:39

21                  As the presiding officer of the Senate,        01:12:43

22      it's incumbent upon me, whether I like it or not, to       01:12:46

| | | |
|---|---|---|
| 1 | support the will of this deliberative body.  I can be | 01:12:50 |
| 2 | on the losing side.  I still have to support what the | 01:12:54 |
| 3 | body said.  I don't have a choice.  If it's 20 to 19, | 01:12:58 |
| 4 | and I was one of the 19, and the 20 won, and someone | 01:13:04 |
| 5 | sued us, I have to support the 20 even though I | 01:13:06 |
| 6 | didn't like it and even though I disagree with it. | 01:13:10 |
| 7 | I'm going to give you a little timeline. | 01:13:14 |
| 8 | On June 6th, the last day of our legislative session, | 01:13:17 |
| 9 | you all recall a federal district court judge issued | 01:13:20 |
| 10 | an injunction against our congressional plan that we | 01:13:25 |
| 11 | had passed in our Extraordinary Session from | 01:13:28 |
| 12 | previous. | 01:13:33 |
| 13 | That same judge also directed the | 01:13:35 |
| 14 | legislature to prepare a remedial plan by Monday, | 01:13:36 |
| 15 | June 20th.  I don't know if the judge knew what it | 01:13:41 |
| 16 | would take to get us into a special session or not. | 01:13:46 |
| 17 | That's not my job.  I don't want to question a judge | 01:13:50 |
| 18 | and their knowledge of the legislative process. | 01:13:54 |
| 19 | That's that's what they do.  I don't know what to do | 01:13:56 |
| 20 | in a court.  I've never been in a court before. | 01:14:00 |
| 21 | Tuesday, June 7th, the governor issued a | 01:14:03 |
| 22 | call for a special session to start today, June 15th, | 01:14:07 |

| | | |
|---|---|---|
| 1 | and to end Monday, June 20th. Now the governor has | 01:14:12 |
| 2 | the control of the call. He could have said it could | 01:14:18 |
| 3 | end June 25th or July 1st. He didn't. That's his | 01:14:21 |
| 4 | decision. | 01:14:27 |
| 5 | I'd say this many times. I -- I try to do | 01:14:29 |
| 6 | what we do on the first floor. I don't try to | 01:14:31 |
| 7 | dictate what the governor does on the fourth floor. | 01:14:35 |
| 8 | That's his job. He runs the Executive Branch. We've | 01:14:38 |
| 9 | got coequal branches of government in our democracy. | 01:14:41 |
| 10 | On June 9th, Thursday, the Fifth Circuit | 01:14:44 |
| 11 | stayed the lower court order pending a briefing on | 01:14:49 |
| 12 | the stay. Now, again, for those lawyers here, you're | 01:14:54 |
| 13 | going to maybe correct me later; but what they were | 01:14:57 |
| 14 | saying was we're going to stop this process until you | 01:14:59 |
| 15 | can come talk to us at which time some motions were | 01:15:04 |
| 16 | filed, and the three-judge panel at the Fifth Circuit | 01:15:08 |
| 17 | issued a -- a ruling. | 01:15:14 |
| 18 | Their ruling was we're not taking up the | 01:15:18 |
| 19 | merits of the case. And by the way, Senator Carter, | 01:15:21 |
| 20 | you -- you read the 152. I did too. It was -- it | 01:15:23 |
| 21 | was a very good read, and so was the 30-something | 01:15:25 |
| 22 | page Fifth Circuit. | 01:15:28 |

1     They said we're not taking up the merits          01:15:31

2     today.  What we're saying is that there's enough   01:15:32

3     information.  Y'all should go into session and honor 01:15:36

4     the fact that the district court said the first    01:15:40

5     opportunity to remediate ought to be with the      01:15:44

6     legislature.                                        01:15:48

7          On Sunday, June 12th, the Fifth Circuit       01:15:50

8     lifted their stay.  I can tell you, and I've talked 01:15:53

9     to people on all sides of this, many lawyers, some 01:15:59

10    that work on the fourth floor.  Not one of them    01:16:03

11    suggested that they thought the Fifth Circuit was  01:16:07

12    going to reverse that stay.                         01:16:09

13         I had many of you call me and say is it       01:16:11

14    safe for me to go on vacation?  Is it safe for me to 01:16:14

15    take a trip?  To which I had to reply, I don't know. 01:16:17

16    I don't work in the courts.  If you're taking a trip, 01:16:20

17    make sure you get insurance -- trip insurance.     01:16:23

18         This Sunday they reversed the stay.  So on    01:16:26

19    Monday, the 13th, myself, along with the speaker,  01:16:33

20    asked the district court -- because I could read from 01:16:38

21    the Fifth circus -- I don't have it with me, but I 01:16:40

22    could read from it.                                 01:16:43

| | | |
|---|---|---|
| 1 | It says, both in the district court and in | 01:16:44 |
| 2 | the appellate court, but if more time is needed, the | 01:16:47 |
| 3 | district court would be open to giving you more time. | 01:16:51 |
| 4 | Six days is a very short period of time to pass a | 01:16:55 |
| 5 | commemoration of Mother's Day being a good holiday. | 01:16:59 |
| 6 | It still Constitutionally requires three readings on | 01:17:02 |
| 7 | both sides.  It still requires a committee hearing on | 01:17:05 |
| 8 | both sides.  It still requires -- if the two | 01:17:08 |
| 9 | chambers, who are separate, decide to have a | 01:17:11 |
| 10 | disagreement, you would have to go to Conference | 01:17:14 |
| 11 | Committee.  Very, very difficult to do in something | 01:17:17 |
| 12 | that's so emotionally charged, affects every corner | 01:17:22 |
| 13 | of the state. | 01:17:26 |
| 14 | So on Tuesday, the 14th -- that was | 01:17:28 |
| 15 | yesterday -- the district court scheduled a hearing | 01:17:32 |
| 16 | for Thursday, tomorrow, June 16th, requiring that the | 01:17:36 |
| 17 | speaker and I attend to discuss the request for more | 01:17:41 |
| 18 | time.  I will say this:  The district court did | 01:17:45 |
| 19 | respect the authority of the legislature to offer a | 01:17:52 |
| 20 | remedial plan to the ruling that they laid down. | 01:17:56 |
| 21 | We have all known somebody who has gone to | 01:18:02 |
| 22 | court and gotten a bad ruling, and immediately what | 01:18:04 |

1    they do is appeal it to the next core.  And we've          01:18:09

2    watched it on TV, walking out of the courtroom            01:18:13

3    saying, don't worry.  We're appealing.  We believe        01:18:15

4    the court got it wrong.                                    01:18:19

5          We say all the time in legislation until            01:18:22

6    the court of final jurisdiction determines this shall     01:18:26

7    be the law, or -- we put that in -- in -- in bills        01:18:31

8    all the time.                                             01:18:35

9          But I want to read from the court that --           01:18:36

10   the 152 page that Senator Carter referenced.  It's on     01:18:40

11   page 2, and it's the early part of it.  In fact, when     01:18:43

12   I had a conversation with the governor with regards       01:18:46

13   to this special session, he said, Patrick, you won't      01:18:48

14   get to read very far.  It will tell you exactly what      01:18:50

15   -- what's going on.                                       01:18:52

16         On page 2, in the second paragraph down,            01:18:53

17   it says, The appropriate remedy in this context is a      01:18:56

18   remedial congressional redistricting plan that            01:19:00

19   includes an additional majority black congressional       01:19:03

20   district.                                                 01:19:06

21         The United States Supreme Court instructs           01:19:07

22   that the legislature should have the first                01:19:10

| | | |
|---|---|---|
| 1 | opportunity -- the first opportunity to draw that | 01:19:12 |
| 2 | plan.  Therefore, the court orders -- and it's in | 01:19:16 |
| 3 | bold -- the court orders.  That means that court | 01:19:20 |
| 4 | orders the Louisiana legislature that we are a | 01:19:23 |
| 5 | coequal branch of government.  We are not the | 01:19:27 |
| 6 | judicial branch, and we are a deliberative body. | 01:19:29 |
| 7 | No one can order us to do anything other | 01:19:34 |
| 8 | than to go try to get our job done, but -- but we -- | 01:19:38 |
| 9 | neither one of us in here controls this whole | 01:19:42 |
| 10 | process. | 01:19:46 |
| 11 | We're one vote, each of us, and currently | 01:19:47 |
| 12 | we have 143 members.  We can pass a bill out of this | 01:19:50 |
| 13 | Senate that would be in 100 percent agreement with | 01:19:54 |
| 14 | every one of the 38 senators we have elected, and | 01:19:56 |
| 15 | they could not get a single vote in the house. | 01:19:59 |
| 16 | So I want to go on in that order.  The | 01:20:03 |
| 17 | court orders the Louisiana legislature to enact a | 01:20:08 |
| 18 | remedial plan on or before June 20th, 2022.  Now | 01:20:10 |
| 19 | that's a terminus that was put in by a judge in a | 01:20:14 |
| 20 | process that that judge can't control or has no | 01:20:17 |
| 21 | control over.  We don't even have control over it. | 01:20:20 |
| 22 | When I say that, I mean that just what | 01:20:24 |

1   happened earlier here today.  A motion was made.  An          01:20:27

2   objection was made.  A vote occurred.  The outcome of         01:20:30

3   the vote was a byproduct of democracy.  That will             01:20:35

4   happen throughout this process over and over and over         01:20:40

5   again, and it will happen in two different chambers.          01:20:44

6            So Senator Fields was sort of the                    01:20:47

7   byproduct of being Senate Bill 1.  He was -- his --           01:20:51

8   his name was the name given to that first motion.  It         01:20:53

9   was a cumulative motion.  We do it every session.            01:20:57

10  The first bill gets read in.  We suspend.  We read it        01:21:02

11  first reading, introductory reading.  Normally, the          01:21:05

12  rules tell us it has to lie over until the second day        01:21:08

13  for a second reading, and then refer it to committee.        01:21:11

14           And then on the third day, it can be taken          01:21:15

15  up in committee.  But it doesn't require the chairman        01:21:17

16  to take it up on the third day.                              01:21:20

17           Remember, all you chairmen in here, there           01:21:21

18  are some bills that were filed on the first day that         01:21:24

19  you didn't take up maybe until five weeks into the           01:21:26

20  session because you had a lot of bills.  We have two         01:21:28

21  bills, folks -- two bills, Senators.                         01:21:31

22           And why would we want to stifle debate on           01:21:36

1   such an important issue by asking either one of them          01:21:39

2   not to be referred to committee?  If you believe the          01:21:42

3   order is the order, and if you believe a bill doesn't         01:21:46

4   conform with the order, then it's not going to matter         01:21:49

5   anyway.  But if it's a bill that was filed and                01:21:52

6   possibly could take on amendments and be within the           01:21:56

7   context of the order, let it be heard.  Don't delay           01:21:59

8   it for another day.                                           01:22:03

9           So I think we're -- we're starting off on            01:22:05

10  the wrong foot.  Senator Boudreaux suggested that.  I         01:22:08

11  think we need to hit the reset button.  And I'm going         01:22:10

12  to remind you that -- you know, I love Senator                01:22:14

13  Fields.  He is passionate about this issue -- as             01:22:18

14  passionate as anybody in this room.  What he did by           01:22:21

15  objecting to that motion was to stop discussion of a         01:22:26

16  second bill.                                                  01:22:30

17          So when we talk about when we lose, we               01:22:32

18  want -- we don't -- we want to take our ball and go           01:22:35

19  home.  Senator fields, I'm going to ask you -- let's          01:22:37

20  hear both of the bills.  I'm giving you all day to            01:22:41

21  hear it.  I'm giving Senator Hewitt as long as we             01:22:44

22  can.  We are going to set the date to return to               01:22:47

| | | |
|---|---|---|
| 1 | session as far away from the committee hearing | 01:22:49 |
| 2 | beginning so that all of the debate can be heard and | 01:22:53 |
| 3 | -- and as many people as possible can come. | 01:22:55 |
| 4 | We have, you all know, very little chance | 01:22:58 |
| 5 | of passing a bill if we let them lie over tomorrow | 01:23:02 |
| 6 | only to refer them both tomorrow only to have them | 01:23:07 |
| 7 | heard on Friday. | 01:23:11 |
| 8 | So to Senator Boudreaux's point, I'm going | 01:23:12 |
| 9 | to press the reset button, and I'm going to make a | 01:23:15 |
| 10 | motion that both Senate Bill 1 and 2 -- that we | 01:23:16 |
| 11 | suspend the rules to allow both Senate Bill 1 and 2 | 01:23:21 |
| 12 | simply to be referred to the Committee on Senate & | 01:23:24 |
| 13 | Governmental Affairs.  And that's my motion. | 01:23:27 |
| 14 | SENATOR TALBOT:  Thank you.  We have a | 01:23:31 |
| 15 | motion to report Senate Bill 1 and 2 -- to refer 1 | 01:23:32 |
| 16 | and 2 to suspend the rules to refer them to -- to | 01:23:36 |
| 17 | committee. | 01:23:41 |
| 18 | Is there any objection? | 01:23:41 |
| 19 | Senator Fields, do you want to state your | 01:23:43 |
| 20 | objection? | 01:23:44 |
| 21 | SENATOR FIELDS:  Mr. Chair, I -- I've been | 01:24:02 |
| 22 | asked to bifurcate the motion, and I would be happy | 01:24:03 |

1  to do that.  I'm going to -- I'm going to make the        01:24:06

2  first motion to suspend the rules to allow Senate         01:24:09

3  Bill 1 to be heard -- to be referred -- excuse me --      01:24:13

4  to Senate & Governmental Affairs.  That's the first       01:24:16

5  motion.                                                   01:24:18

6          The second motion will be -- and I know           01:24:19

7  you need to dispose of the first one before.  The         01:24:22

8  second one will be to suspend the rules to allow          01:24:23

9  Senate Bill 2 to be referred to Senate & Governmental     01:24:25

10 Affairs -- to suspend the rules to allow it.              01:24:28

11         SENATOR TALBOT:  Okay.  So we have a               01:24:32

12 motion to suspend the rules to refer Senate Bill 1 to     01:24:32

13 the Committee of Governmental Affairs.                    01:24:37

14         Any objection?  Seeing no objection, the          01:24:44

15 motion is adopted.                                        01:24:46

16         We now I have a motion by Senator Cortez          01:24:48

17 to report Senate Bill 2 -- Refer Senate Bill 2 to the     01:24:50

18 Committee on Governmental Affairs.                        01:24:54

19         Is there an objection?  Seeing no                 01:24:55

20 objection, the motion is adopted.  You want to state      01:24:57

21 your -- I'm sorry.  There is an objection.                01:25:03

22         Senator Fields, state your objection.  No?        01:25:05

| | | |
|---|---|---|
| 1 | Okay.  We have an objection; so the secretary will | 01:25:10 |
| 2 | call the roll, a vote when the machines are open.  A | 01:25:13 |
| 3 | vote yes is to refer the bill to Senate & | 01:25:16 |
| 4 | Governmental Affairs.  A vote no is not to refer. | 01:25:22 |
| 5 | The secretary will open the machine. | 01:25:25 |
| 6 | Secretary, close the machine. | 01:25:36 |
| 7 | 21 yeas, 9 nays.  The motion is adopted. | 01:25:37 |
| 8 | PRESIDENT CORTEZ:  The bill has been | 01:25:49 |
| 9 | referred. | 01:25:50 |
| 10 | Senator Hewitt? | 01:26:11 |
| 11 | SECRETARY DIXON:  Senator Hewitt now moves | 01:26:57 |
| 12 | for suspension of the rules for the purpose of | 01:26:59 |
| 13 | allowing the Senate Committee on Senate & | 01:27:02 |
| 14 | Governmental Affairs to meet without the required | 01:27:04 |
| 15 | 1:00 p.m. posted notice tomorrow. | 01:27:07 |
| 16 | PRESIDENT CORTEZ:  Is there any objection? | 01:27:10 |
| 17 | Seeing no objection, the motion is adopted.  All | 01:27:13 |
| 18 | right.  Announcements. | 01:27:19 |
| 19 | Senator Hewitt? | 01:27:31 |
| 20 | SENATOR HEWITT:  All right, Members, | 01:27:47 |
| 21 | Senate Governmental Affairs will meet tomorrow | 01:27:47 |
| 22 | morning at 9:00 a.m. in the Hainkel Room. | 01:27:49 |

| | | |
|---|---|---|
| 1 | PRESIDENT CORTEZ:  Senator price? | 01:27:54 |
| 2 | SENATOR PRICE:  I had a point.  The bill | 01:27:55 |
| 3 | still has not been posted.  I refreshed my screen. | 01:27:59 |
| 4 | It's not there.  I don't know. | 01:28:03 |
| 5 | PRESIDENT CORTEZ:  You're under second | 01:28:12 |
| 6 | extraordinary session? | 01:28:13 |
| 7 | SENATOR PRICE:  Yes.  I'll look at it | 01:28:14 |
| 8 | again. | 01:28:30 |
| 9 | PRESIDENT CORTEZ:  Senator Price, do you | 01:28:30 |
| 10 | have it?  All right.  Any other announcements? | 01:28:31 |
| 11 | Senator Talbot for a motion. | 01:28:47 |
| 12 | SENATOR TALBOT:  Thank you, Mr. President. | 01:28:52 |
| 13 | I'm going to make a motion that we adjourn and | 01:28:53 |
| 14 | convene tomorrow, Thursday, June 16th, at 4:00 p.m. | 01:28:54 |
| 15 | PRESIDENT CORTEZ:  Without objection. | 01:28:57 |
| 16 | (No audio from 01:28:51 to 01:29:49) | |
| 17 | (End of recording.) | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |

1               CERTIFICATE OF TRANSCRIBER

2          I, Jennifer Candela-Alvarez, do hereby

3    certify that the foregoing transcript is a true and

4    correct record of the recorded proceedings; that said

5    proceedings were transcribed to the best of my

6    ability from the audio recording as provided; and

7    that I am neither counsel for, related to, nor

8    employed by and of the parties to this case and have

9    no interest, financial or otherwise, in its outcome.

10

11

12

13   _____

14   JENNIFER CANDELA-ALVAREZ

15   JUNE 23, 2022

16

17

18

19

20

21

22

| A | | |
|---|---|---|
| **ability** | **affairs** | 21:17, 21:19, |
| 54:6 | 3:17, 5:14, | 22:20, 23:13, |
| **able** | 5:21, 6:5, 9:15, | 23:20, 26:16, |
| 11:11, 26:7 | 11:16, 15:6, | 30:18, 30:20, |
| **about** | 50:13, 51:4, | 31:5, 32:10, |
| 10:8, 16:22, | 51:10, 51:13, | 32:14, 32:21, |
| 17:16, 18:19, | 51:18, 52:4, | 38:9, 40:3, |
| 18:20, 19:15, | 52:14, 52:21 | 40:17, 41:16, |
| 19:16, 21:19, | **affects** | 42:9, 44:9, |
| 22:22, 26:3, | 45:12 | 45:21, 46:5, |
| 27:16, 29:21, | **afford** | 46:8, 48:17, |
| 31:7, 31:14, | 23:1 | 49:20, 50:2, |
| 31:16, 32:21, | **african** | 50:4, 52:17, |
| 33:6, 35:9, | 31:11, 31:16, | 52:20, 53:10 |
| 35:16, 36:9, | 33:12, 33:16, | **allegiance** |
| 37:22, 39:5, | 34:13, 35:16, | 2:21 |
| 39:6, 40:20, | 37:18 | **allow** |
| 49:13, 49:17 | **after** | 10:4, 50:11, |
| **above** | 25:6 | 51:2, 51:8, |
| 28:20 | **afternoon** | 51:10 |
| **accepted** | 25:13 | **allowing** |
| 36:20 | **again** | 6:4, 52:13 |
| **according** | 22:7, 25:14, | **alluded** |
| 32:10 | 28:2, 34:20, | 39:21, 41:15 |
| **act** | 43:12, 48:5, | **along** |
| 5:9, 5:10, | 53:8 | 25:16, 40:19, |
| 5:16, 5:17, 30:6 | **against** | 44:19 |
| **actions** | 19:1, 19:3, | **already** |
| 36:1 | 31:11, 31:16, | 7:11, 26:19 |
| **actually** | 41:17, 41:20, | **also** |
| 9:17 | 42:10 | 11:4, 42:13 |
| **additional** | **age** | **although** |
| 46:19 | 33:8 | 23:22, 30:11 |
| **address** | **ago** | **always** |
| 40:8 | 21:20 | 24:3, 25:5, |
| **adhere** | **agree** | 28:13, 28:14, |
| 12:7 | 11:8 | 30:2 |
| **adjourn** | **agreed** | **amen** |
| 53:13 | 21:9 | 2:20 |
| **admitted** | **agreement** | **amend** |
| 9:15 | 47:13 | 5:9, 5:16 |
| **adopted** | **al** | **amended** |
| 51:15, 51:20, | 36:12, 36:15, | 9:12 |
| 52:7, 52:17 | 40:14 | **amendment** |
| **advocated** | **all** | 18:4, 30:6 |
| 23:13 | 3:2, 7:8, 8:22, | **amendments** |
| | 11:12, 13:21, | 10:2, 29:16, |
| | 18:10, 18:18, | 49:6 |

| | |
|---|---|
| **america** | |
| 2:22 | |
| **american** | |
| 33:16, 34:13, | |
| 37:18 | |
| **americans** | |
| 31:11, 31:16, | |
| 33:12, 35:17 | |
| **amount** | |
| 23:22, 38:13 | |
| **ancestors** | |
| 33:12 | |
| **announcements** | |
| 52:18, 53:10 | |
| **another** | |
| 36:21, 49:8 | |
| **any** | |
| 8:14, 9:22, | |
| 11:17, 14:16, | |
| 20:21, 39:8, | |
| 39:10, 50:18, | |
| 51:14, 52:16, | |
| 53:10 | |
| **anybody** | |
| 37:7, 49:14 | |
| **anyone's** | |
| 25:7 | |
| **anything** | |
| 37:16, 39:11, | |
| 47:7 | |
| **anytime** | |
| 16:7 | |
| **anyway** | |
| 49:5 | |
| **appeal** | |
| 38:7, 46:1 | |
| **appealing** | |
| 46:3 | |
| **appeals** | |
| 20:2 | |
| **appears** | |
| 25:19 | |
| **appellate** | |
| 34:17, 45:2 | |
| **appointed** | |
| 21:9 | |
| **appointing** | |
| 3:16 | |

appoints
3:18, 4:1, 4:4
apportion
33:2, 33:11,
33:18
appropriate
19:7, 32:21,
46:17
appropriation
16:20
aren't
18:9
argue
19:3
argued
18:3
around
27:5, 27:16,
28:7, 37:2, 37:3
article
32:12, 32:14,
33:5, 33:6
ascended
35:17
asked
21:13, 21:21,
44:20, 50:22
asking
26:12, 49:1
assume
23:14
attend
45:17
attorneys
26:17
audio
4:9, 4:17, 5:1,
10:17, 10:22,
53:16, 54:6
author
6:20, 10:2,
13:19
authority
45:19
away
22:1, 50:1

**B**

back
2:16, 20:9,

27:13, 27:21,
35:11, 36:3,
38:10, 41:10
background
41:13
bad
38:20, 39:3,
39:19, 45:22
ball
38:18, 49:18
barrow
14:8, 25:11,
25:13, 39:13
based
23:1
basis
9:6
beats
18:17
beautiful
41:11
because
7:3, 8:5, 11:8,
16:13, 17:4,
17:13, 17:20,
19:2, 20:22,
21:6, 21:16,
25:21, 26:9,
27:13, 28:10,
30:16, 31:20,
33:20, 36:17,
37:13, 37:20,
39:16, 44:20,
48:20
become
28:17
been
11:18, 15:16,
15:20, 17:21,
19:6, 24:3,
24:14, 30:11,
30:12, 39:20,
42:20, 50:21,
52:8, 53:3
before
9:10, 10:10,
10:15, 26:15,
29:13, 30:12,

40:5, 41:18,
41:19, 42:20,
47:18, 51:7
begging
26:13
beginning
50:2
behalf
13:11, 13:14
being
8:11, 10:21,
30:9, 38:3,
41:9, 45:5, 48:7
belief
25:4
believe
6:21, 8:6, 8:7,
21:10, 24:10,
24:12, 30:20,
36:19, 37:8,
46:3, 49:2, 49:3
believing
39:17, 39:18
bernard
4:4, 4:5, 4:10,
4:12, 8:19,
35:20
best
29:11, 54:5
beth
2:11
better
18:9, 19:12,
19:20
between
30:5
bifurcate
50:22
bifurcated
14:4
big
16:14, 36:20
bill
5:3, 5:8, 5:15,
6:11, 6:14, 7:5,
7:11, 7:12,
7:14, 7:22, 8:1,
8:2, 8:8, 9:1,

9:3, 9:4, 9:11,
9:14, 9:18,
10:13, 10:19,
11:15, 12:2,
12:5, 12:6,
12:10, 13:2,
13:13, 13:19,
13:20, 14:1,
14:2, 14:5,
14:6, 14:12,
14:15, 14:19,
15:1, 15:6,
15:16, 15:22,
17:2, 17:3,
17:12, 17:13,
17:21, 17:22,
18:5, 20:9,
47:12, 48:7,
48:10, 49:3,
49:5, 49:16,
50:5, 50:10,
50:11, 50:15,
51:3, 51:9,
51:12, 51:17,
52:3, 52:8, 53:2
bills
5:3, 5:5, 7:8,
7:18, 7:19,
10:1, 13:8,
13:16, 13:21,
16:2, 29:17,
30:12, 46:7,
48:18, 48:20,
48:21, 49:20
bit
41:13
black
8:9, 9:5,
15:21, 17:6,
18:15, 19:1,
19:9, 19:10,
19:11, 23:20,
23:21, 27:17,
34:11, 46:19
body
19:12, 19:18,
23:20, 30:1,
38:4, 38:5,

42:1, 42:3, 47:6
**bold**
47:3
**both**
7:18, 7:19,
7:20, 13:7,
13:8, 45:1,
45:7, 45:8,
49:20, 50:6,
50:10, 50:11
**boudreaux**
35:3, 35:5,
41:5, 49:10
**boudreaux's**
50:8
**bouie**
22:15, 22:16
**bowl**
19:19, 39:21,
39:22
**boy**
40:1
**branch**
32:9, 32:16,
43:8, 47:5, 47:6
**branches**
43:9
**breaks**
6:10
**bridges**
38:9
**briefing**
43:11
**bring**
37:11, 41:12
**brought**
41:17, 41:20
**build**
23:3
**bush**
36:13, 36:17
**business**
3:20, 4:3,
4:15, 4:21,
17:16, 25:2,
25:3, 25:4,
40:10, 40:21
**button**
39:4, 40:22,

49:11, 50:9
**buy**
26:7
**byproduct**
48:3, 48:7

**C**

**calendar**
17:22, 20:9
**call**
2:5, 8:13,
8:15, 10:3,
24:12, 42:22,
43:2, 44:13,
52:2
**calling**
3:12
**came**
13:12, 14:2,
25:2, 26:2,
27:13, 32:20
**can't**
16:4, 19:3,
28:5, 39:11,
47:20
**candela-alvarez**
1:22, 54:2,
54:14
**candidate**
25:21
**cannot**
30:7
**capital**
41:11
**capitol**
16:2
**care**
17:17, 17:18,
37:14, 40:9,
40:21
**carter**
31:1, 31:3,
37:22, 43:19,
46:10
**case**
13:22, 31:14,
43:19, 54:8
**caucus**
34:12

**census**
37:19
**certain**
5:10, 5:16
**certainly**
17:18
**certificate**
54:1
**certify**
54:3
**chair**
18:21, 50:21
**chairman**
48:15
**chairmen**
48:17
**chambers**
45:9, 48:5
**chance**
50:4
**change**
35:19, 36:22
**changed**
18:3
**charged**
45:12
**check**
6:13
**children**
23:3, 24:22,
26:5
**choice**
16:6, 25:21,
42:3
**choosing**
25:21
**christ**
2:20
**circuit**
7:13, 18:7,
43:10, 43:16,
43:22, 44:7,
44:11
**circus**
44:21
**citizen**
23:1, 33:9
**citizens**
27:10, 28:1

**clarification**
13:12
**clarified**
13:13
**clarify**
14:8
**close**
2:8, 12:22,
15:13, 37:13,
52:6
**coequal**
43:9, 47:5
**colleagues**
22:17
**color**
25:19, 27:9
**come**
2:2, 14:8,
17:15, 24:10,
26:18, 27:21,
36:22, 41:10,
43:15, 50:3
**comes**
33:13
**commemoration**
45:5
**commence**
3:20, 4:3
**committed**
30:19, 30:20
**committee**
3:16, 3:18,
4:1, 4:11, 4:13,
5:6, 5:14, 6:4,
7:5, 7:11, 7:15,
7:19, 7:22, 8:2,
9:3, 9:21, 9:22,
11:15, 13:14,
17:12, 17:13,
18:20, 27:13,
27:14, 34:7,
45:7, 45:11,
48:13, 48:15,
49:2, 50:1,
50:12, 50:17,
51:13, 51:18,
52:13
**committees**
4:7

| | | | |
|---|---|---|---|
| communications | 8:20, 36:3, | correct | 9:4, 11:9, 12:7, |
| 3:11 | 42:10, 46:18, | 13:8, 43:13, | 14:20, 17:3, |
| community | 46:19 | 54:4 | 18:7, 18:22, |
| 27:7, 36:2 | congressionally | corrections | 19:13, 20:1, |
| compact | 24:1 | 16:20 | 20:2, 20:6, |
| 18:17 | congressman | cortez | 20:8, 20:10, |
| compelled | 39:8 | 2:2, 3:3, 3:7, | 23:13, 27:21, |
| 9:10 | considers | 4:7, 4:10, 4:16, | 28:4, 30:9, |
| complete | 33:12 | 4:18, 4:22, 5:7, | 30:16, 31:9, |
| 7:8 | consistent | 5:22, 6:8, 6:13, | 31:10, 32:3, |
| compliance | 37:10 | 6:18, 6:20, 7:6, | 37:3, 37:10, |
| 9:12 | constantly | 7:17, 8:4, 8:11, | 39:1, 42:9, |
| complicated | 24:17 | 8:17, 9:7, | 42:20, 43:11, |
| 29:16 | constitution | 10:16, 10:18, | 44:4, 44:20, |
| complied | 32:8, 32:9, | 11:1, 11:12, | 45:1, 45:2, |
| 20:10 | 32:13, 33:5, | 12:13, 13:9, | 45:3, 45:15, |
| complies | 33:15 | 14:13, 14:22, | 45:18, 45:22, |
| 8:14 | constitutional | 15:3, 20:16, | 46:4, 46:6, |
| comply | 29:7 | 22:14, 23:9, | 46:9, 46:21, |
| 6:16, 7:4, | constitutionally | 25:10, 27:1, | 47:2, 47:3, |
| 7:14, 7:15, 8:6, | 45:6 | 29:3, 30:22, | 47:17 |
| 8:8, 8:10, 8:12, | contact | 35:2, 41:4, | court's |
| 9:1, 9:4, 14:19 | 39:8 | 41:6, 41:8, | 7:16, 8:10, |
| computer | contempt | 51:16, 52:8, | 31:4, 38:6 |
| 10:13 | 20:6 | 52:16, 53:1, | courtroom |
| conceded | context | 53:5, 53:9, | 46:2 |
| 31:15, 31:17, | 46:17, 49:7 | 53:15 | courts |
| 32:2 | continue | could | 15:21, 21:6, |
| concepts | 23:6, 29:19, | 9:17, 10:15, | 21:18, 26:19, |
| 31:21 | 30:17, 37:9 | 19:18, 43:2, | 26:21, 34:17, |
| concur | continues | 44:20, 44:22, | 36:9, 36:10, |
| 22:17 | 34:1, 34:4, | 47:15, 49:6 | 36:12, 36:14, |
| conference | 37:10 | counsel | 36:17, 37:5, |
| 45:10 | control | 54:7 | 40:22, 44:16 |
| conflicted | 28:11, 28:12, | count | create |
| 26:9 | 38:15, 43:2, | 33:13, 37:19 | 6:12, 14:20, |
| conform | 47:20, 47:21 | counted | 31:9 |
| 49:4 | controls | 33:17 | created |
| conformed | 47:9 | counting | 22:20 |
| 32:17 | convene | 33:13 | creates |
| congress | 53:14 | country | 8:9, 9:4 |
| 17:5, 19:5, | conversation | 19:9 | critical |
| 32:12, 32:16, | 46:12 | couple | 31:22, 34:6 |
| 32:22, 33:5, | conversations | 38:17, 40:1, | cumulative |
| 35:17 | 35:8 | 41:15 | 48:9 |
| congressional | core | court | currently |
| 5:11, 5:13, | 46:1 | 6:17, 7:4, | 47:11 |
| 5:18, 5:20, | corner | 7:15, 8:6, 9:2, | **D** |
| | 45:12 | | date |
| | | | 3:13, 49:22 |

| | | | |
|---|---|---|---|
| **day** | **delay** | **disappointed** | **documented** |
| 1:2, 17:20, | 49:7 | 23:6 | 31:10, 31:18, |
| 24:6, 25:6, | **delayed** | **disappointment** | 33:21, 34:15 |
| 28:22, 37:13, | 24:4, 24:7 | 24:16 | **doing** |
| 38:19, 42:8, | **delaying** | **discharge** | 29:21, 30:19, |
| 45:5, 48:12, | 25:7 | 4:8 | 30:21, 34:20 |
| 48:14, 48:16, | **deliberated** | **discriminating** | **dollars** |
| 48:18, 49:8, | 29:22 | 31:16, 34:18 | 38:13 |
| 49:20 | **deliberative** | **discrimination** | **done** |
| **days** | 38:4, 42:1, | 23:5, 31:11, | 12:3, 20:13, |
| 7:13, 9:2, | 47:6 | 31:18, 33:22, | 29:8, 47:8 |
| 16:3, 16:18, | **democracy** | 34:15 | **down** |
| 16:19, 16:21, | 43:9, 48:3 | **discriminatory** | 13:12, 14:8, |
| 21:20, 24:5, | **democrat** | 31:15, 32:2, | 37:19, 38:1, |
| 29:9, 30:13, | 17:8, 19:15 | 32:4, 34:3 | 45:20, 46:16 |
| 45:4 | **democrats** | **discuss** | **dr** |
| **deaf** | 34:12, 35:13 | 45:17 | 24:4, 40:18 |
| 27:13, 28:2 | **denial** | **discussion** | **draw** |
| **dealt** | 23:6 | 49:15 | 15:21, 16:17, |
| 34:5 | **denied** | **dispense** | 22:8, 23:19, |
| **dear** | 24:5, 24:17 | 3:8, 10:5 | 25:22, 30:10, |
| 2:16 | **denying** | **dispose** | 33:18, 47:1 |
| **death** | 25:8, 25:19 | 10:8, 51:7 | **drawing** |
| 40:20 | **deserve** | **distasteful** | 29:8, 30:8 |
| **debate** | 22:10 | 36:7 | **drawn** |
| 30:2, 48:22, | **determine** | **district** | 23:18 |
| 50:2 | 32:21 | 9:5, 18:14, | **dreams** |
| **debating** | **determined** | 18:16, 19:1, | 24:21 |
| 31:21 | 29:10 | 20:1, 21:3, | **due** |
| **decide** | **determines** | 30:10, 30:19, | 8:22, 18:18 |
| 36:14, 39:4, | 46:6 | 31:4, 32:3, | **during** |
| 40:22, 45:9 | **dictate** | 33:3, 36:5, | 18:1, 18:2, |
| **decided** | 43:7 | 42:9, 44:4, | 31:21, 37:19 |
| 36:17 | **different** | 44:20, 45:1, | **duties** |
| **decision** | 11:10, 18:8, | 45:3, 45:15, | 4:8 |
| 43:4 | 21:9, 21:10, | 45:18, 46:20 | **dysfunction** |
| **declaration** | 21:11, 48:5 | **districting** | 40:7 |
| 22:19 | **difficult** | 5:12 | **E** |
| **deduce** | 30:13, 45:11 | **districts** | **each** |
| 14:3 | **directed** | 5:13, 5:19, | 25:18, 27:7, |
| **defeat** | 30:9, 42:13 | 5:20, 6:12, | 29:1, 32:19, |
| 37:6 | **direction** | 6:22, 8:9, 8:20, | 34:10, 37:15, |
| **defend** | 22:4, 22:5, | 14:21, 15:22, | 47:11 |
| 38:14 | 22:6 | 29:8, 31:9, | **earlier** |
| **defendants** | **disagree** | 38:10 | 39:14, 48:1 |
| 31:14 | 42:6 | **dixon** | **early** |
| **defines** | **disagreement** | 3:4, 3:10, 5:2, | 46:11 |
| 32:18 | 45:10 | 5:8, 6:2, 52:11 | |

| | | | |
|---|---|---|---|
| **ears** | **established** | 42:11, 53:6 | 8:7, 8:16, 8:18, |
| 27:13, 28:2 | 32:12 | **extremely** | 8:21, 9:8, 11:4, |
| **easy** | **establishes** | 30:13 | 12:16, 13:11, |
| 30:4 | 33:5 | **eyes** | 13:22, 14:7, |
| **educational** | **establishing** | 37:13 | 14:17, 14:18, |
| 34:7 | 33:7 | **F** | 15:2, 15:7, |
| **eight** | **even** | **fact** | 15:17, 15:18, |
| 16:18 | 28:18, 32:6, | 27:16, 36:21, | 20:17, 21:8, |
| **either** | 42:5, 42:6, | 44:4, 46:11 | 35:15, 48:6, |
| 38:13, 49:1 | 47:21 | **failed** | 49:13, 49:19, |
| **elect** | **ever** | 13:2 | 50:19, 50:21, |
| 22:11, 25:21 | 29:15, 41:18, | **fair** | 51:22 |
| **elected** | 41:19 | 24:8, 24:18, | **fields's** |
| 21:2, 30:18, | **every** | 25:5, 27:8, | 12:5 |
| 47:14 | 13:16, 18:14, | 27:18, 28:13 | **fifth** |
| **election** | 18:18, 19:2, | **fairly** | 18:7, 43:10, |
| 36:11, 36:20 | 19:14, 23:1, | 23:19, 24:22 | 43:16, 43:22, |
| **else** | 23:17, 27:6, | **falling** | 44:7, 44:11, |
| 24:22, 37:7 | 27:7, 28:22, | 27:12, 28:2 | 44:21 |
| **embedded** | 34:11, 37:12, | **false** | **fifths** |
| 33:14 | 37:15, 45:12, | 38:14 | 33:14, 33:17, |
| **emotionally** | 47:14, 48:9 | **far** | 38:1 |
| 45:12 | **everybody** | 46:14, 50:1 | **fight** |
| **employed** | 10:3, 27:16, | **fascinating** | 40:15, 40:16 |
| 54:8 | 37:11 | 31:7, 31:13, | **fighting** |
| **enact** | **everyone** | 31:19, 31:20 | 18:22, 37:20 |
| 47:17 | 24:22 | **fast** | **figure** |
| **encourage** | **everything** | 31:6 | 33:18 |
| 31:5 | 17:8 | **favor** | **filed** |
| **end** | **exactly** | 12:18 | 7:1, 41:18, |
| 12:3, 26:15, | 21:13, 46:14 | **federal** | 41:19, 43:16, |
| 26:16, 36:15, | **example** | 16:11, 34:2, | 48:18, 49:5 |
| 40:15, 43:1, | 27:22 | 34:17, 42:9 | **files** |
| 43:3, 53:17 | **excuse** | **feel** | 9:13, 9:18 |
| **ended** | 51:3 | 9:10, 19:16, | **final** |
| 36:12 | **executive** | 38:22, 39:9 | 46:6 |
| **enough** | 43:8 | **felt** | **financial** |
| 44:2 | **exhaustive** | 27:12 | 54:9 |
| **entire** | 36:15 | **female** | **find** |
| 19:9 | **expedient** | 23:20, 23:21 | 34:19 |
| **equal** | 23:15 | **few** | **finding** |
| 22:21 | **experience** | 21:20 | 23:15 |
| **equalizer** | 26:6 | **fields** | **firms** |
| 25:17 | **experienced** | 5:3, 5:9, 5:22, | 41:16 |
| **equitable** | 26:4 | 6:7, 6:8, 6:10, | **first** |
| 27:9, 27:18 | **explains** | 6:16, 6:19, 7:2, | 5:5, 5:10, |
| **essentially** | 31:9, 31:10 | 7:7, 7:10, 7:21, | 5:17, 13:16, |
| 24:4 | **extraordinary** | | 13:19, 20:13, |
| | 5:11, 5:17, | | |

21:14, 24:6,
38:17, 40:1,
43:6, 44:4,
46:22, 47:1,
48:8, 48:10,
48:11, 48:18,
51:2, 51:4, 51:7
**five**
3:18, 4:1,
48:19
**flag**
2:22
**floor**
11:20, 15:17,
20:18, 22:15,
25:11, 27:2,
29:4, 31:1,
35:3, 41:7,
43:6, 43:7,
44:10
**focused**
2:18
**foil**
4:5
**folks**
26:11, 48:21
**foot**
49:10
**foregoing**
54:3
**formed**
32:8, 32:20
**forward**
34:21
**founded**
32:20
**founding**
34:2
**four**
11:10, 16:11,
21:9, 21:10
**fourth**
43:7, 44:10
**free**
8:13
**friday**
50:7
**front**
32:5

**fronts**
39:10
**full**
9:11, 9:16
**further**
20:14

### G

**game**
38:18
**games**
20:12, 40:1
**gave**
17:11
**general**
8:12
**generally**
13:20
**gentlemen**
20:4
**give**
2:17, 25:22,
32:19, 42:7
**given**
48:8
**giving**
45:3, 49:20,
49:21
**glad**
38:22
**glasses**
32:7
**go**
15:11, 17:12,
17:13, 20:8,
21:18, 25:14,
33:6, 35:11,
36:3, 36:10,
37:2, 37:3,
38:18, 39:1,
40:16, 44:3,
44:14, 45:10,
47:8, 47:16,
49:18
**god**
3:1, 28:17,
40:8
**god's**
40:3

**going**
6:13, 7:2, 9:8,
9:9, 10:4, 10:5,
10:8, 12:3,
12:5, 14:3,
16:12, 16:13,
17:19, 17:20,
18:6, 19:21,
21:18, 24:13,
28:5, 29:19,
33:2, 33:6,
36:8, 37:9,
37:11, 38:5,
38:15, 38:16,
38:19, 39:18,
41:2, 41:18,
42:7, 43:13,
43:14, 44:12,
46:15, 49:4,
49:11, 49:19,
49:22, 50:8,
50:9, 51:1,
53:13
**gone**
26:4, 36:10,
45:21
**good**
4:16, 4:22,
11:6, 19:2,
25:13, 38:22,
40:15, 43:21,
45:5
**gore**
36:12, 36:15,
40:14
**gotten**
45:22
**government**
11:16, 32:10,
35:21, 43:9,
47:5
**governmental**
3:17, 5:14,
5:21, 6:5, 9:15,
9:21, 15:6,
50:13, 51:4,
51:9, 51:13,
51:18, 52:4,

52:14, 52:21
**governor**
3:12, 4:1,
4:13, 42:21,
43:1, 43:7,
46:12
**governor's**
19:17
**graceful**
37:6
**grandchildren**
23:4, 26:6
**grandkids**
39:6
**great**
23:4, 24:13,
24:15, 28:15,
39:6
**guarantee**
12:4
**guarantees**
12:2, 12:6
**guess**
18:21
**guide**
28:21

### H

**hainkel**
52:22
**hall**
18:11, 18:14,
27:7
**hand**
2:17, 40:8
**happen**
48:4, 48:5
**happened**
13:22, 20:5,
25:6, 48:1
**happier**
34:8
**happy**
12:12, 50:22
**hard**
24:20
**harris**
3:16, 4:5, 4:6

| | | | |
|---|---|---|---|
| **hear** | 49:21, 52:10, | 20:7, 32:17, | **interest** |
| 19:18, 49:20, | 52:11, 52:19, | 33:1, 33:7, | 54:9 |
| 49:21 | 52:20 | 33:19, 34:7, | **introduced** |
| **heard** | **hewitt's** | 47:15 | 6:15, 10:19, |
| 18:11, 18:13, | 8:1, 13:2, 18:5 | **hurt** | 12:2 |
| 18:14, 28:8, | **higher** | 39:12, 39:13 | **introduction** |
| 49:7, 50:2, | 18:7 | **I** | 5:2 |
| 50:7, 51:3 | **highest** | **idea** | **introductory** |
| **hearing** | 19:9 | 9:21, 11:6 | 48:11 |
| 1:2, 34:10, | **hired** | **immediately** | **issue** |
| 45:7, 45:15, | 18:19 | 45:22 | 49:1, 49:13 |
| 50:1 | **historians** | **important** | **issued** |
| **hearings** | 32:11 | 32:9, 49:1 | 42:9, 42:21, |
| 27:14 | **historically** | **improper** | 43:17 |
| **held** | 35:12 | 31:22 | **issues** |
| 18:15 | **history** | **inappropriate** | 26:8 |
| **hell** | 31:11, 31:15, | 32:1 | **J** |
| 37:19 | 31:18, 33:21, | **includes** | **jackson** |
| **help** | 33:22, 34:15 | 46:19 | 23:10, 23:11 |
| 39:11 | **hit** | **increased** | **jennifer** |
| **here** | 39:3, 40:1, | 27:18 | 1:22, 54:2, |
| 2:6, 2:7, 4:14, | 40:2, 40:21, | **incumbent** | 54:14 |
| 7:13, 7:15, | 49:11 | 41:22 | **jesus** |
| 12:7, 15:19, | **hold** | **independence** | 2:20 |
| 15:21, 17:1, | 17:3, 22:19 | 22:19 | **jimmy** |
| 18:3, 19:22, | **holding** | **individual** | 3:16 |
| 20:21, 20:22, | 18:11 | 34:11 | **job** |
| 21:4, 21:14, | **hole** | **indivisible** | 1:20, 20:4, |
| 22:7, 24:10, | 38:18 | 3:1 | 26:20, 26:21, |
| 25:2, 25:14, | **holiday** | **information** | 30:3, 30:17, |
| 26:2, 26:18, | 22:3, 45:5 | 38:14, 44:3 | 42:17, 43:8, |
| 28:3, 29:9, | **holier** | **initial** | 47:8 |
| 30:11, 30:16, | 37:7 | 13:10 | **john** |
| 31:12, 34:19, | **home** | **injunction** | 40:16 |
| 37:14, 37:20, | 26:7, 38:10, | 42:10 | **join** |
| 40:7, 40:11, | 49:19 | **input** | 2:15 |
| 41:9, 41:13, | **honestly** | 30:15 | **journal** |
| 41:14, 43:12, | 26:5 | **institution** | 3:3, 3:4, 3:8 |
| 47:9, 48:1, | **honor** | 35:9, 35:19 | **judge** |
| 48:17 | 44:3 | **instructs** | 16:10, 31:8, |
| **hereby** | **hope** | 46:21 | 34:2, 42:9, |
| 32:15, 54:2 | 26:5, 38:3, | **instrument** | 42:13, 42:15, |
| **hewitt** | 40:14, 40:16 | 8:14, 11:5, | 42:17, 47:19, |
| 3:20, 3:21, | **hopes** | 11:7 | 47:20 |
| 5:15, 6:2, 6:11, | 24:21 | **insurance** | **judges** |
| 11:20, 11:22, | **hoping** | 44:17 | 11:10, 16:10, |
| 18:10, 22:14, | 25:6, 26:15 | **intent** | 16:11, 17:18, |
| 29:4, 29:6, | **house** | 12:8 | |
| | 3:19, 4:20, | | |

21:9
**judicial**
47:6
**july**
43:3
**june**
1:3, 3:5, 3:14,
42:8, 42:15,
42:21, 42:22,
43:1, 43:3,
43:10, 44:7,
45:16, 47:18,
53:14, 54:15
**jurisdiction**
46:6
**justice**
3:2

**K**

**keep**
2:18, 38:6,
39:17, 39:18
**kids**
39:5
**kind**
23:2, 41:12
**king**
24:4, 40:18
**knew**
18:19, 42:15
**know**
9:20, 12:1,
12:4, 18:10,
18:20, 19:20,
19:21, 20:22,
21:17, 21:20,
22:4, 25:15,
26:2, 26:17,
27:5, 28:20,
32:6, 33:11,
34:10, 35:6,
35:20, 37:12,
37:15, 38:16,
39:1, 39:2,
39:15, 40:5,
42:15, 42:19,
44:15, 49:12,
50:4, 51:6, 53:4

**knowledge**
42:18
**known**
45:21

**L**

**ladies**
20:5
**laid**
45:20
**lane**
35:11
**last**
22:2, 26:2,
36:20, 42:8
**later**
32:18, 43:13
**law**
22:1, 46:7
**lawsuit**
41:17, 41:20
**lawyer**
20:6
**lawyers**
18:19, 18:22,
19:3, 43:12,
44:9
**lead**
2:11
**least**
11:7, 11:11
**led**
2:10
**left**
39:9
**legal**
32:11, 41:16
**legislate**
8:14, 8:19
**legislation**
46:5
**legislative**
9:22, 30:1,
32:14, 32:16,
42:8, 42:18
**legislators**
34:13
**legislature**
3:13, 5:18,

8:13, 16:14,
17:3, 22:12,
29:7, 42:14,
44:6, 45:19,
46:22, 47:4,
47:17
**legitimate**
22:8
**less**
34:9
**let's**
16:22, 22:13,
26:20, 28:11,
28:12, 28:16,
34:21, 36:2,
38:7, 40:9,
40:21, 41:2,
49:19
**letter**
3:15
**lewis**
40:16
**liberty**
3:2
**lie**
12:10, 13:3,
15:16, 36:20,
48:12, 50:5
**life**
41:10
**lifted**
44:8
**limited**
23:21
**lines**
16:18, 23:18
**list**
22:3
**listen**
27:15, 39:10,
41:2
**listened**
39:10
**listening**
28:3
**little**
32:18, 41:13,
42:7, 50:4

**live**
39:7
**local**
35:21
**long**
31:10, 31:15,
31:18, 32:3,
33:21, 34:15,
38:19, 49:21
**longer**
9:12
**look**
11:11, 12:3,
12:5, 12:6,
25:20, 28:20,
33:4, 38:12,
40:6, 53:7
**looks**
10:14, 26:11
**lord**
2:16, 2:18,
2:20
**lose**
17:20, 49:17
**losing**
19:1, 37:6,
42:2
**lost**
39:22
**lot**
38:9, 48:20
**louisiana**
1:1, 3:5,
16:11, 16:14,
19:8, 19:12,
21:4, 21:16,
22:2, 22:9,
23:1, 23:3,
24:13, 29:12,
31:12, 31:17,
32:3, 33:21,
41:17, 41:20,
47:4, 47:17
**louisiana's**
5:13, 5:20,
31:15, 32:1
**love**
49:12

lower
43:11
luneau
10:4, 10:7,
10:12, 10:19,
11:1, 11:2,
12:10, 20:18,
20:20

**M**

machine
52:5, 52:6
machines
2:4, 2:8,
12:21, 13:1,
15:8, 15:11,
15:12, 15:14,
52:2
made
11:18, 12:16,
13:10, 13:12,
13:14, 14:14,
15:4, 16:22,
19:16, 27:6,
27:10, 29:15,
48:1, 48:2
magnify
2:19
maintain
28:11, 28:12
majority
6:19, 8:9, 9:5,
14:20, 17:10,
17:17, 40:14,
46:19
majority-minority
6:12, 6:22
make
10:4, 10:10,
16:8, 21:15,
23:22, 24:1,
44:17, 50:9,
51:1, 53:13
makes
9:2, 13:20,
31:22
many
20:2, 25:14,

28:7, 28:8,
32:10, 36:2,
43:5, 44:9,
44:13, 50:3
map
25:22, 29:10,
30:1, 30:8,
41:18, 41:19
maps
21:6, 21:15,
22:8, 23:17,
23:19, 24:9,
27:9, 27:19,
30:12, 33:18
math
24:3, 36:3,
36:4, 37:17
matter
19:6, 49:4
maybe
30:11, 43:13,
48:19
mean
37:16, 47:22
means
47:3
measure
18:18, 26:14
meet
6:5, 11:8,
52:14, 52:21
meeting
18:14, 27:6,
27:7
meetings
18:11, 27:8
meets
35:22
member
34:6
members
2:9, 2:10,
2:15, 5:2, 7:6,
11:3, 12:1,
15:18, 17:5,
20:21, 22:17,
23:12, 25:9,
25:14, 26:12,

29:7, 29:17,
31:4, 32:22,
33:1, 34:11,
35:6, 41:9,
47:12, 52:20
memorials
3:10
memory
35:11
men
22:20
mention
33:20
mentioned
27:14
merits
43:19, 44:1
mic
21:21
middle
31:4
milligan
3:7, 4:5, 4:6
minimum
33:8, 38:11
minorities
23:22
minority
15:21, 18:13,
22:10, 31:9,
36:5, 40:13
minute
35:12
minutes
38:17
missed
37:4
misstating
14:7
mizell
2:6, 2:11,
2:13, 4:5, 4:6
monday
3:5, 42:14,
43:1, 44:19
money
19:7, 26:17,
38:8

months
17:22, 29:13
more
18:17, 19:11,
20:8, 20:10,
40:12, 45:2,
45:3, 45:17
morning
52:22
most
29:14, 32:9
mother's
45:5
motion
7:9, 7:17,
9:13, 9:18,
10:6, 10:8,
10:9, 10:15,
11:18, 12:17,
13:7, 13:10,
13:12, 13:13,
13:14, 13:20,
14:4, 14:14,
14:15, 15:4,
15:15, 48:1,
48:8, 48:9,
49:15, 50:10,
50:15, 50:15,
50:22, 51:2,
51:5, 51:6,
51:12, 51:15,
51:16, 51:20,
52:7, 52:17,
53:11, 53:13
motions
43:15
mouth
38:20
move
34:21
moves
3:7, 5:4, 6:2,
52:11
much
34:7, 34:8
must
34:5
myself
44:19

## N

name
2:19, 48:8
namely
9:14
narrative
37:1
nation
19:11, 32:19,
34:1, 34:16
nay
12:20
nays
13:1, 15:15,
52:7
need
7:4, 11:6,
11:11, 19:10,
19:13, 20:8,
20:10, 27:8,
37:12, 39:3,
49:11, 51:7
needed
27:18, 45:2
needle
30:5
neither
47:9, 54:7
never
18:3, 26:6,
42:20
new
18:5, 18:12
next
24:5, 46:1
nobody
40:7
normally
48:11
noted
9:7
nothing
17:7, 18:5,
19:16, 20:13
notice
6:6, 52:15
notified
4:20

notify
3:19, 4:1, 9:10
number
10:20, 32:21,
35:8, 35:16
numbers
23:1, 35:12

## O

oath
40:9
object
7:2, 7:5, 11:3,
15:2
objected
8:1, 12:17,
14:3, 14:5
objecting
7:7, 7:11, 9:5,
49:15
objection
3:9, 5:7, 7:8,
7:20, 8:5, 8:22,
9:1, 9:7, 9:9,
11:13, 11:17,
11:21, 14:16,
14:17, 48:2,
50:18, 50:20,
51:14, 51:19,
51:20, 51:21,
51:22, 52:1,
52:16, 52:17,
53:15
objections
11:19
objectives
11:9
objects
8:13, 15:7
obligated
21:6, 21:16
obligation
16:6, 21:1,
21:5, 22:12
occasions
35:9
occurred
48:2

offensive
34:14
offer
10:1, 45:19
office
21:1
officer
41:21
official
3:4
officiating
38:17
often
40:18
oftentimes
25:15
okay
7:6, 7:8, 8:4,
8:11, 9:7,
10:11, 10:16,
10:18, 12:13,
12:14, 12:15,
12:21, 13:3,
14:13, 39:17,
51:11, 52:1
one
9:5, 13:20,
15:19, 15:20,
15:22, 16:10,
17:2, 18:5,
18:19, 23:21,
23:22, 24:1,
24:18, 24:19,
24:20, 25:16,
25:17, 25:18,
27:14, 27:18,
31:6, 31:7,
31:13, 34:11,
36:4, 37:15,
37:20, 38:1,
42:4, 44:10,
47:7, 47:9,
47:11, 47:14,
49:1, 51:7, 51:8
only
7:13, 9:2, 9:4,
15:20, 31:6,
33:20, 50:6

open
2:4, 12:21,
15:8, 15:11,
37:12, 45:3,
52:2, 52:5
opinion
20:1, 20:2,
31:4, 31:8,
31:14
opinions
23:13
opportunity
12:11, 22:6,
25:20, 26:1,
29:17, 29:18,
30:3, 30:15,
35:19, 44:5,
47:1
opposed
12:19
order
2:3, 6:9, 6:11,
6:17, 7:4, 7:15,
7:16, 8:6, 8:10,
9:2, 9:4, 9:13,
10:5, 12:7,
13:5, 14:18,
14:20, 15:5,
20:10, 30:16,
43:11, 47:7,
47:16, 49:3,
49:4, 49:7
ordered
3:9, 15:20,
24:14
orders
47:2, 47:3,
47:4, 47:17
organize
4:8
original
33:4, 33:14,
33:19
originated
8:5
orleans
18:12
other
18:21, 19:11,

19:18, 23:21,
29:1, 34:10,
36:2, 47:7,
53:10
**others**
24:16
**otherwise**
54:9
**ought**
44:5
**ourselves**
24:11, 33:3,
34:20
**out**
18:5, 24:1,
33:18, 34:3,
36:6, 37:16,
38:14, 39:9,
41:10, 46:2,
47:12
**outcome**
48:2, 54:9
**over**
12:10, 13:3,
15:16, 17:6,
18:10, 36:16,
47:21, 48:4,
48:12, 50:5
**overridden**
19:17
**own**
26:3, 26:20

**P**

**page**
19:22, 20:2,
43:22, 46:10,
46:11, 46:16
**pages**
1:21, 31:6
**panel**
43:16
**paragraph**
46:16
**part**
26:8, 46:11
**particular**
13:21

**parties**
54:8
**party**
23:18, 24:11,
25:3
**pass**
45:4, 47:12
**passed**
8:3, 16:2,
17:3, 22:1,
29:11, 30:1,
30:12, 42:11
**passing**
50:5
**passionate**
49:13, 49:14
**past**
18:1, 32:2,
32:4
**paths**
40:19
**patrick**
46:13
**pays**
24:19
**peacock**
13:4, 13:6,
14:10, 14:14,
15:3, 17:11,
26:5
**pending**
43:11
**pendulum**
40:11
**people**
18:12, 18:15,
18:20, 19:10,
19:11, 21:3,
22:10, 22:11,
23:20, 24:7,
24:11, 25:3,
25:5, 25:19,
25:20, 27:8,
27:9, 27:10,
27:15, 28:9,
28:17, 30:2,
30:19, 36:19,
38:10, 39:7,

39:9, 39:15,
40:3, 40:4,
40:12, 40:13,
40:17, 41:15,
44:9, 50:3
**people's**
40:9
**percent**
47:13
**period**
16:1, 45:4
**person**
15:20, 33:14,
33:17
**person's**
25:8
**personal**
19:6, 20:19,
22:15, 23:10,
25:4, 25:11,
26:3, 27:2,
29:4, 31:1,
34:13, 35:4
**petitions**
3:10
**piece**
22:22
**pin**
25:16
**place**
35:14, 39:3,
39:7
**plan**
18:17, 18:18,
42:10, 42:14,
45:20, 46:18,
47:2, 47:18
**play**
20:12
**pleading**
26:13, 27:22
**please**
4:8, 14:8,
34:21, 34:22
**pledge**
2:12, 2:21
**plight**
26:11

**point**
6:9, 6:10,
10:4, 10:5,
10:7, 11:13,
12:18, 13:4,
14:8, 14:10,
14:18, 25:18,
28:21, 50:8,
53:2
**pointing**
34:3
**politically**
23:15, 28:15
**pope**
2:7
**population**
19:9, 21:15,
22:8, 24:12,
24:19, 24:20,
24:21, 27:17,
37:19
**possible**
50:3
**possibly**
49:6
**posted**
6:6, 52:15,
53:3
**potential**
10:1
**power**
32:15, 37:8
**practices**
34:3
**pray**
2:19, 28:22,
37:9
**prayer**
2:10, 2:15,
37:9, 37:12
**predominant**
30:7
**predominantly**
35:13
**prefer**
38:8
**prepare**
42:14

| | | | |
|---|---|---|---|
| **preserve** <br> 23:18 <br> **president** <br> 2:2, 2:11, <br> 2:13, 2:14, 3:3, <br> 3:7, 3:16, 3:18, <br> 3:22, 4:4, 4:7, <br> 4:10, 4:13, <br> 4:16, 4:18, <br> 4:19, 4:22, 5:7, <br> 5:22, 6:7, 6:8, <br> 6:13, 6:18, <br> 6:20, 7:6, 7:10, <br> 7:17, 7:22, 8:4, <br> 8:11, 8:17, <br> 8:18, 8:21, 9:7, <br> 10:12, 10:16, <br> 10:18, 11:1, <br> 11:3, 11:12, <br> 11:22, 12:13, <br> 13:7, 13:9, <br> 14:13, 14:19, <br> 14:22, 15:3, <br> 15:18, 18:18, <br> 20:7, 20:14, <br> 20:16, 20:20, <br> 22:14, 22:16, <br> 23:8, 23:9, <br> 23:12, 25:9, <br> 25:10, 25:14, <br> 26:22, 27:1, <br> 27:4, 29:2, <br> 29:3, 29:6, <br> 30:22, 31:3, <br> 35:1, 35:2, <br> 35:6, 36:12, <br> 36:16, 36:17, <br> 36:21, 41:4, <br> 41:6, 41:8, <br> 52:8, 52:16, <br> 53:1, 53:5, <br> 53:9, 53:12, <br> 53:15 <br> **presidential** <br> 36:11 <br> **presidents** <br> 21:10, 21:11 <br> **presiding** <br> 41:21 | **press** <br> 50:9 <br> **previous** <br> 42:12 <br> **price** <br> 3:21, 12:14, <br> 27:2, 27:4, <br> 53:1, 53:2, <br> 53:7, 53:9 <br> **privilege** <br> 19:6, 20:19, <br> 22:15, 23:10, <br> 25:12, 27:3, <br> 29:5, 31:2, 35:4 <br> **privileged** <br> 35:10 <br> **pro** <br> 2:11, 2:13 <br> **problematic** <br> 11:10 <br> **proceedings** <br> 54:4, 54:5 <br> **process** <br> 8:3, 9:22, <br> 12:4, 13:15, <br> 26:16, 28:11, <br> 29:15, 29:20, <br> 36:16, 38:12, <br> 42:18, 43:14, <br> 47:10, 47:20, <br> 48:4 <br> **proclamation** <br> 3:12 <br> **product** <br> 26:19 <br> **promised** <br> 21:2 <br> **properly** <br> 24:7 <br> **provide** <br> 5:12, 5:19 <br> **provided** <br> 54:6 <br> **provides** <br> 33:8 <br> **public** <br> 29:14, 29:18, <br> 30:2, 30:15 | **purpose** <br> 5:4, 10:1, <br> 11:14, 15:19, <br> 52:12 <br> **purposes** <br> 6:3 <br> **put** <br> 10:20, 10:21, <br> 18:4, 29:16, <br> 39:16, 46:7, <br> 47:19 <br> **puts** <br> 22:18 <br><br> **Q** <br> **question** <br> 12:14, 42:17 <br> **quo** <br> 23:19 <br> **quorum** <br> 2:9 <br> **quote** <br> 40:18 <br><br> **R** <br> **race** <br> 30:7, 30:10, <br> 31:22, 34:6 <br> **raised** <br> 40:8 <br> **ran** <br> 21:1 <br> **reactions** <br> 36:1 <br> **read** <br> 6:14, 10:3, <br> 13:16, 14:22, <br> 19:22, 23:12, <br> 31:4, 31:5, <br> 43:20, 43:21, <br> 44:20, 44:22, <br> 46:9, 46:14, <br> 48:10 <br> **reading** <br> 3:3, 3:8, 5:5, <br> 13:17, 15:6, <br> 48:11, 48:13 <br> **readings** <br> 45:6 | **reads** <br> 31:6 <br> **ready** <br> 3:20, 4:2, <br> 4:14, 4:20, 16:7 <br> **realize** <br> 25:7 <br> **really** <br> 26:12, 34:9 <br> **reason** <br> 7:14, 30:7, <br> 30:10 <br> **reasons** <br> 11:4 <br> **recall** <br> 42:9 <br> **receipt** <br> 3:11, 3:15 <br> **reconsider** <br> 14:11, 14:14, <br> 15:4, 15:9 <br> **reconsidered** <br> 15:16 <br> **record** <br> 54:4 <br> **recorded** <br> 54:4 <br> **recording** <br> 53:17, 54:6 <br> **redistricting** <br> 5:12, 5:19, <br> 18:2, 30:4, <br> 35:16, 37:18, <br> 46:18 <br> **redlining** <br> 26:8 <br> **redraw** <br> 21:6, 23:17 <br> **reese** <br> 3:21, 3:22 <br> **refer** <br> 13:17, 15:5, <br> 48:13, 50:6, <br> 50:15, 50:16, <br> 51:12, 51:17, <br> 52:3, 52:4 <br> **referenced** <br> 46:10 |

| referred | report | reversed | 13:1, 13:7, |
|---|---|---|---|
| 5:13, 5:20, | 4:11, 50:15, | 44:18 | 13:21, 14:5, |
| 5:21, 7:19, | 51:17 | **rhetoric** | 14:6, 14:15, |
| 14:2, 49:2, | **reported** | 37:3 | 15:5, 16:22, |
| 50:12, 51:3, | 4:13, 9:16 | **right** | 48:12, 50:11, |
| 51:9, 52:9 | **represent** | 11:12, 17:9, | 50:16, 51:2, |
| **referring** | 21:3, 22:11, | 19:13, 19:16, | 51:8, 51:10, |
| 5:6, 11:14 | 23:19, 24:10, | 20:3, 20:11, | 51:12, 52:12 |
| **reflect** | 30:18 | 21:8, 21:21, | **ruling** |
| 21:15, 22:8 | **representation** | 22:4, 22:5, | 43:17, 43:18, |
| **refreshed** | 25:5, 26:9, | 22:6, 22:10, | 45:20, 45:22 |
| 53:3 | 29:11, 32:22, | 23:2, 23:14, | **rulings** |
| **regards** | 33:3 | 23:21, 24:4, | 37:10 |
| 8:20, 46:12 | **representatives** | 24:5, 24:7, | **runs** |
| **regular** | 32:17, 33:1, | 24:8, 25:7, | 43:8 |
| 18:1, 31:21 | 33:7, 33:19 | 25:8, 27:21, | |
| **related** | **represented** | 28:1, 28:5, | **S** |
| 54:7 | 19:10, 23:2, | 28:6, 28:14, | **s** |
| **relative** | 24:8, 25:1 | 28:18, 28:19, | 35:12, 35:13 |
| 5:11, 5:18 | **republic** | 28:22, 29:21, | **s&g** |
| **remaining** | 3:1 | 29:22, 30:2, | 27:5 |
| 24:16 | **republican** | 31:12, 34:2, | **sacrificing** |
| **remains** | 17:8, 19:15 | 34:19, 37:16, | 30:14 |
| 24:15 | **request** | 52:18, 52:20, | **safe** |
| **remedial** | 45:17 | 53:10 | 44:14 |
| 42:14, 45:20, | **require** | **rights** | **said** |
| 46:18, 47:18 | 48:15 | 24:17, 30:5 | 11:7, 12:9, |
| **remediate** | **required** | **rise** | 16:12, 18:13, |
| 44:5 | 6:6, 52:14 | 35:6 | 18:15, 21:7, |
| **remedy** | **requirements** | **road** | 24:4, 27:8, |
| 46:17 | 21:19, 33:8, | 29:13, 35:22 | 28:1, 36:14, |
| **remember** | 33:9 | **roads** | 36:16, 39:13, |
| 48:17 | **requires** | 38:9 | 40:5, 42:3, |
| **remind** | 45:6, 45:7, | **roll** | 43:2, 44:1, |
| 41:16, 49:12 | 45:8 | 2:4, 52:2 | 44:4, 46:13, |
| **reminding** | **requiring** | **room** | 54:4 |
| 34:18 | 45:16 | 37:8, 49:14, | **same** |
| **reminds** | **reset** | 52:22 | 11:4, 12:5, |
| 36:11 | 39:4, 40:21, | **rubber** | 12:7, 16:20, |
| **remove** | 49:11, 50:9 | 35:21 | 24:21, 33:1, |
| 9:13, 9:18 | **respect** | **rule** | 37:2, 40:19, |
| **rent** | 8:22, 18:19, | 7:18, 12:19, | 42:13 |
| 39:14 | 37:5, 45:19 | 12:20, 14:11, | **sarcastic** |
| **repeal** | **responsibility** | 16:6, 16:7, | 38:3 |
| 5:10, 5:16 | 29:8 | 17:1, 17:4, 31:8 | **sat** |
| **repeat** | **return** | **rules** | 24:5 |
| 41:18 | 28:8, 49:22 | 5:4, 6:3, 7:3, | **saw** |
| **reply** | **reverse** | 9:6, 11:14, | 18:2 |
| 44:15 | 44:12 | | |

**say**
12:9, 14:4,
16:4, 16:5,
17:2, 17:5,
17:6, 20:8,
20:14, 27:21,
36:9, 39:2,
39:15, 43:5,
44:13, 45:18,
46:5, 47:22
**saying**
27:15, 37:3,
38:6, 43:14,
44:2, 46:3
**says**
22:19, 25:16,
30:6, 33:6,
45:1, 46:17
**scheduled**
45:15
**scholars**
32:11
**schools**
32:1
**screen**
32:6, 53:3
**seat**
24:18, 37:21
**seats**
36:4
**second**
5:6, 13:17,
15:5, 18:13,
18:15, 19:1,
19:8, 30:10,
36:5, 46:16,
48:12, 48:13,
49:16, 51:6,
51:8, 53:5
**secretary**
2:4, 3:4, 3:10,
5:2, 5:8, 6:2,
6:14, 6:21,
12:21, 13:10,
13:15, 15:11,
52:1, 52:5,
52:6, 52:11
**section**
5:17, 32:13,

32:14
**sections**
5:10, 5:16
**see**
10:14, 11:7,
12:11, 25:15,
36:1, 36:22,
38:8, 41:2
**seeing**
51:14, 51:19,
52:17
**seems**
26:14
**seen**
11:6
**self-evident**
22:20
**senate**
1:1, 2:2, 3:5,
3:17, 3:19, 4:2,
5:3, 5:8, 5:14,
5:15, 5:21, 6:4,
7:11, 7:12, 8:2,
9:11, 9:14,
9:15, 9:16,
9:19, 9:21,
11:15, 11:16,
13:11, 13:15,
14:1, 14:2,
14:5, 14:6,
14:12, 14:15,
14:19, 15:6,
15:16, 15:19,
17:21, 17:22,
32:17, 32:18,
34:8, 35:9,
38:5, 41:21,
47:13, 48:7,
50:10, 50:11,
50:12, 50:15,
51:2, 51:4,
51:9, 51:12,
51:17, 52:3,
52:13, 52:21
**senate's**
4:14
**senators**
3:20, 4:4,

47:14, 48:21
**send**
7:5, 7:14, 9:3,
19:7, 38:14
**sending**
7:7, 8:1
**sense**
9:3
**sent**
7:22, 20:9,
37:17
**separate**
45:9
**serve**
35:10, 41:11
**served**
35:20
**service**
40:20
**session**
3:13, 3:19,
4:2, 5:11, 5:18,
13:16, 16:17,
16:21, 18:1,
18:2, 19:21,
21:14, 22:7,
24:6, 29:10,
31:21, 35:16,
38:21, 42:8,
42:11, 42:16,
42:22, 44:3,
46:13, 48:9,
48:20, 50:1,
53:6
**sessions**
16:2
**set**
49:22
**several**
19:8
**shall**
32:16, 32:19,
33:16, 46:6
**short**
7:12, 21:20,
38:21, 45:4
**should**
20:13, 28:10,

31:8, 44:3,
46:22
**shouts**
19:18
**show**
17:14, 29:14,
32:7, 37:4
**shreveport**
18:12
**side**
34:7, 34:8,
42:2
**sides**
44:9, 45:7,
45:8
**sight**
28:17
**signature-kyoss**
54:12
**simple**
24:3, 36:3,
36:4, 37:17
**simply**
50:12
**single**
47:15
**sir**
7:21
**sit**
27:5, 35:18
**sits**
23:20
**sitting**
41:14
**situation**
39:16
**six**
7:13, 9:2,
16:3, 16:19,
16:21, 17:5,
18:5, 24:2,
24:5, 30:13,
36:3, 36:6,
37:16, 45:4
**six-day**
16:1
**sixteenth**
38:1

| | | | |
|---|---|---|---|
| **slavery**<br>22:2 | **spoken**<br>35:8 | **step**<br>22:4, 22:5,<br>22:6 | 51:2, 51:8,<br>51:10, 51:12 |
| **slaves**<br>33:16 | **standing**<br>41:14 | **stifle**<br>48:22 | **suspended**<br>13:2, 13:8,<br>15:5, 17:1, 17:4 |
| **smaller**<br>34:8 | **stands**<br>3:1 | **still**<br>28:8, 36:6, | **suspending**<br>9:6, 12:18, |
| **some**<br>18:6, 22:1,<br>23:15, 24:15,<br>28:21, 38:10,<br>39:20, 39:22,<br>43:15, 44:9,<br>48:18 | **start**<br>13:15, 39:19,<br>42:22 | 36:19, 37:11,<br>38:11, 42:2,<br>45:6, 45:7,<br>45:8, 53:3 | 12:20 |
| | **started**<br>38:21 | **stood**<br>21:20 | **suspension**<br>5:4, 6:3, 7:3,<br>11:14, 14:6,<br>14:11, 52:12 |
| | **starting**<br>49:9 | **stop**<br>34:18, 34:21,<br>43:14, 49:15 | **swings**<br>40:12 |
| **somebody**<br>26:10, 39:21,<br>45:21 | **state**<br>1:1, 3:5, 7:8,<br>14:17, 16:14, | **stories**<br>26:3 | **T** |
| **somehow**<br>9:11 | 17:6, 17:15,<br>18:11, 18:12,<br>19:11, 21:4, | **streak**<br>40:1, 40:2 | **table**<br>24:18 |
| **someone**<br>19:18, 42:4 | 21:16, 22:9,<br>24:1, 24:8,<br>24:13, 24:15, | **strength**<br>2:17 | **take**<br>9:8, 9:9, 17:2,<br>19:6, 22:6, |
| **something**<br>19:22, 20:1,<br>28:9, 43:21,<br>45:11 | 25:16, 27:6,<br>27:10, 27:16,<br>27:17, 28:7,<br>28:9, 29:12, | **submit**<br>24:14 | 37:14, 38:8,<br>40:9, 40:21,<br>42:16, 44:15,<br>48:16, 48:19, |
| **sometimes**<br>35:6 | 31:12, 31:17,<br>32:19, 33:21,<br>34:16, 40:4, | **subsection**<br>8:8 | 49:6, 49:18 |
| **somewhat**<br>24:16 | 41:17, 41:20,<br>45:13, 50:19,<br>51:20, 51:22 | **sued**<br>42:5 | **taken**<br>48:14 |
| **sorry**<br>8:18, 51:21 | **stated**<br>28:10 | **suggested**<br>44:11, 49:10 | **taking**<br>5:5, 41:10,<br>43:18, 44:1,<br>44:16 |
| **sort**<br>48:6 | **statement**<br>10:10 | **sunday**<br>44:7, 44:18 | **talbot**<br>41:6, 41:9,<br>50:14, 51:11,<br>53:11, 53:12 |
| **sound**<br>28:15 | **statements**<br>27:11 | **super**<br>19:19, 39:21 | |
| **speak**<br>10:2, 10:21 | **states**<br>2:22, 19:8,<br>32:8, 32:11,<br>32:13, 46:21 | **support**<br>42:1, 42:2,<br>42:5 | **talk**<br>16:22, 21:19,<br>29:21, 34:9,<br>36:9, 39:5,<br>39:6, 43:15,<br>49:17 |
| **speaker**<br>20:7, 44:19,<br>45:17 | **status**<br>23:19 | **supreme**<br>46:21 | |
| **special**<br>18:2, 21:14,<br>42:16, 42:22,<br>46:13 | **stay**<br>43:12, 44:8,<br>44:12, 44:18 | **sure**<br>7:10, 21:10,<br>29:15, 44:17 | **talked**<br>26:2, 27:16,<br>35:15, 37:22,<br>44:8 |
| **speed**<br>41:12 | **stayed**<br>43:11 | **suspend**<br>7:18, 13:21,<br>14:5, 14:15,<br>16:7, 16:8,<br>17:1, 48:10,<br>50:11, 50:16, | **tarver**<br>3:21, 3:22 |
| **spending**<br>26:16 | | | |
| **spent**<br>29:13, 38:13 | | | |

task
2:16
taste
38:20, 38:21
taxes
24:19
teach
32:1
teams
39:20, 39:22
technically
16:19
tell
16:15, 19:5,
19:13, 20:3,
22:18, 28:4,
34:5, 39:12,
41:1, 44:8,
46:14, 48:12
telling
34:12, 34:18
tells
18:7
tem
2:11, 2:13
ten
23:17
terminus
47:19
text
33:4
th
3:14, 30:6,
42:15, 42:22,
43:1, 43:3,
44:7, 44:19,
45:14, 45:16,
47:18, 53:14
thank
2:13, 4:12,
4:16, 4:19,
4:22, 11:2,
11:22, 13:6,
20:14, 20:16,
20:20, 22:16,
23:8, 23:9,
23:11, 25:9,
25:10, 26:22,

27:1, 27:4,
29:2, 29:3,
29:6, 30:22,
31:3, 35:1,
35:2, 35:5,
41:3, 41:4,
41:8, 41:9,
50:14, 53:12
themselves
39:16
theory
31:22, 34:6
therefore
47:2
thing
19:13, 20:3,
20:11, 21:21,
27:22, 28:1,
28:5, 28:6,
28:13, 28:14,
28:18, 28:19,
29:1, 29:21,
29:22, 30:4,
33:2
things
26:3, 26:4,
31:7, 31:13,
36:2
think
9:13, 9:16,
10:3, 11:15,
16:16, 17:17,
17:18, 17:19,
20:21, 30:13,
39:2, 39:3,
39:21, 49:9,
49:11
third
17:6, 23:22,
24:18, 24:19,
24:20, 27:18,
48:14, 48:16
thirds
29:10
thirty
2:9
thought
23:14, 23:15,

44:11
thread
30:5
three
16:11, 17:22,
21:11, 33:13,
33:17, 37:22,
45:6
three-judge
43:16
three-week
29:9
through
12:22, 15:13,
21:18, 22:7,
24:5, 26:4,
26:15, 33:2
throughout
38:9, 48:4
thursday
43:10, 45:16,
53:14
time
5:6, 14:13,
19:2, 19:14,
20:8, 20:10,
20:11, 20:12,
20:13, 20:15,
23:14, 26:2,
26:18, 30:12,
41:10, 43:15,
45:2, 45:3,
45:4, 45:18,
46:5, 46:8
timeline
42:7
times
20:2, 43:5
title
5:9, 5:16
today
2:10, 15:19,
20:22, 22:7,
27:22, 34:1,
36:19, 37:14,
40:13, 40:22,
41:10, 41:14,
42:22, 44:2,

48:1
together
2:16, 28:19,
32:20, 34:22
told
7:17, 8:12,
10:19, 10:21,
11:9, 16:11,
16:13, 21:12,
21:13, 22:3,
26:19
tomorrow
6:5, 20:7,
39:1, 45:16,
50:5, 50:6,
52:15, 52:21,
53:14
took
16:18, 22:1,
26:14, 40:9
town
18:11, 18:14,
27:7
traditionally
13:18
trail
40:19
transcribed
1:22, 54:5
transcriber
54:1
transcript
54:3
transparency
30:14
transparent
29:14
traveled
18:10
tried
37:13
trigger
36:1, 39:11
trip
44:15, 44:16,
44:17
true
54:3

**truly**
25:8
**truths**
22:20
**try**
28:18, 43:5,
43:6, 47:8
**trying**
23:3, 33:17
**tuesday**
42:21, 45:14
**tv**
46:2
**two**
6:12, 6:19,
6:22, 8:9,
14:20, 15:21,
16:10, 16:18,
29:10, 31:9,
32:19, 36:6,
37:16, 45:8,
48:5, 48:20,
48:21
**type**
28:17, 35:7

**U**

**uh-huh**
4:12
**uncomfortable**
35:7, 35:18
**unconstitutional**
17:2, 17:4
**uncontested**
33:22
**under**
3:1, 53:5
**understand**
28:11, 29:17,
35:21, 38:4
**understanding**
6:18
**understands**
26:10
**unfairness**
26:6
**united**
2:22, 32:8,

32:11, 32:13,
46:21
**unless**
10:7
**unreasonable**
36:6
**until**
3:13, 10:19,
18:6, 40:20,
43:14, 46:5,
48:12, 48:19
**use**
2:19, 30:7,
30:10

**V**

**vacation**
44:14
**versus**
17:9
**vested**
32:15
**vestiges**
22:2, 23:5
**vet**
10:1
**veto**
19:17
**view**
20:5
**virtue**
9:17
**voice**
39:12
**vote**
9:9, 10:15,
12:18, 12:19,
12:20, 14:11,
15:4, 15:8,
15:9, 15:10,
25:17, 38:2,
47:11, 47:15,
48:2, 48:3,
52:2, 52:3, 52:4
**votes**
17:9, 17:14
**voting**
2:7, 11:5,

12:22, 15:13,
25:17, 30:5

**W**

**wage**
38:11
**wait**
38:5
**walk**
40:18
**walked**
40:20
**walking**
46:2
**want**
9:20, 10:2,
11:20, 12:10,
17:5, 17:19,
18:13, 20:21,
22:11, 23:5,
26:7, 39:4,
39:5, 40:6,
40:7, 41:12,
41:16, 42:17,
46:9, 47:16,
48:22, 49:18,
50:19, 51:20
**wanted**
18:15
**wants**
40:7
**washington**
40:6
**watched**
46:2
**way**
12:2, 12:3,
17:16, 18:6,
43:19
**we're**
2:16, 4:20,
7:12, 7:15, 8:2,
9:8, 9:9, 10:5,
10:8, 11:5,
15:19, 16:1,
16:12, 16:14,
17:16, 17:19,
17:20, 19:21,

19:22, 21:4,
21:5, 26:16,
28:4, 29:19,
30:9, 31:20,
33:2, 33:6,
34:12, 38:5,
38:15, 39:2,
39:3, 41:2,
41:14, 43:14,
43:18, 44:1,
44:2, 46:3,
47:11, 49:9
**we've**
20:4, 24:14,
29:8, 29:15,
40:2, 43:8, 46:1
**wednesday**
1:3
**weeks**
48:19
**weigh**
29:18, 30:3
**went**
27:5, 28:7,
37:19
**whether**
41:22
**whole**
38:12, 47:9
**winning**
37:5, 39:20
**within**
49:6
**without**
3:8, 5:7, 6:5,
30:14, 52:14,
53:15
**womack**
2:6, 3:21,
3:22, 4:18,
4:19, 26:10
**won**
19:19, 39:22,
42:4
**word**
25:17
**work**
22:13, 28:19,

44:10, 44:16
**works**
24:20
**world**
28:22
**worry**
46:3
**worse**
19:16
**wouldn't**
37:20
**wrong**
17:9, 19:4,
19:16, 38:6,
46:4, 49:10

**Y**

**y'all**
44:3
**yea**
12:19
**yeah**
13:9
**year**
16:20, 21:14
**years**
23:17, 38:17
**yeas**
13:1, 15:15,
52:7
**yesterday**
45:15
**yield**
10:11

**Z**

**zero**
13:1

**0**

**00**
3:13, 4:9,
4:17, 5:1, 6:6,
10:17, 10:22,
52:15, 52:22,
53:14
**01**
53:16

**02**
4:9
**09**
4:17

**1**

**1**
6:6, 52:15
**10**
4:9, 4:17
**100**
19:22, 20:1,
47:13
**11**
5:1, 15:15
**12**
44:7
**13**
44:19
**14**
4:17, 5:1,
30:6, 45:14
**143**
47:12
**15**
1:3, 42:22
**152**
31:6, 43:20,
46:10
**16**
45:16, 53:14
**18**
5:9, 5:16,
15:15
**19**
4:9, 16:16,
29:9, 42:3, 42:4
**1st**
43:3

**2**

**20**
3:14, 42:3,
42:4, 42:5,
42:15, 43:1,
47:18
**2022**
1:3, 3:6, 5:10,

5:17, 47:18,
54:15
**21**
52:7
**22**
5:1, 47:18
**23**
54:15
**24**
10:17
**25**
43:3
**26**
5:1
**28**
10:17, 10:22,
53:16
**29**
53:16

**3**

**30**
13:1, 43:21
**306**
17:22
**35**
4:17
**37**
10:17
**38**
47:14

**4**

**4**
53:14
**40**
4:9
**44**
10:22
**453354**
1:20
**49**
53:16

**5**

**51**
53:16
**54**
1:21

**58**
10:22

**6**

**6**
3:13
**60**
35:12
**6th**
3:5, 42:8

**7**

**70**
35:13
**7th**
42:21

**9**

**9**
52:22
**90**
16:16
**9th**
43:10