# Exhibit F



# Transcript of Louisiana Senate Chamber

**Date:** June 16, 2022
**Case:** Transcription Services

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

TRANSCRIPT OF VIDEO-RECORDED

TESTIMONY OF THE

LOUISIANA SENATE CHAMBER

REDISTRICTING

JUNE 16, 2022

Job No.: 453461

Pages: 1 - 17

Transcribed by: Christian Naaden

1              P R O C E E D I N G S

2              SEN. CORTEZ:  Senate will come to order.

3    Secretary, open the machines for roll call. Vote your

4    machines.

5              Senator Abraham is here. Oh. Senator Milligan

6    is here. Close the machines.

7              Twenty-six members and a core of members

8    today. We're going to be open in prayer by Senator Mark

9    Abraham and he -- then he will lead us in the pledge.

10             SEN. ABRAHAM:  Thank you, Mr. President.

11             When Beth asked me about 45 minutes ago to do

12    the prayer, I -- this is what came to my mind, one of

13    my favorite scriptures. I'm sure y'all have heard of

14    the prayer of Jabez. It's -- maybe y'all have, maybe

15    not. It's found in First Chronicles 4.

16             And basically, Chronicles is a genealogy, and

17    you get tired of reading it. Someone begets someone

18    begets someone. It's on and on and on.

19             Right smack dab in the middle of those

20    genealogies was Jabez. And Jabez asked God, will you

21    bless me indeed, will you enlarge my territory, will

22    you guide me with your hand upon me, and will you keep

1  me from evil and harm? And God said, and he granted

2  Jabez's request. And then it goes on to the

3  genealogies.

4          It was so important to me that that was just -

5  - just sliced right into that scripture. And so I think

6  at this -- this time, with all what's going on and the

7  contentiousness that we might have in this body and the

8  body across the hall, I think we need to be blessed

9  indeed. So let us pray.

10         Lord, we do look to you for wisdom. We ask

11  that you bless this body indeed, that you enlarge our

12  territory, Lord, beyond on parochial mindset, and that

13  you will really put your hand on us and that -- and

14  keep us from harming each other. Keep us from saying

15  things and doing things that really put harm in this

16  body.

17         Lord, we ask that you grant this request for

18  this body and the body across the hall. And we know

19  that you have your hand on this proceeding.

20         We ask that you bless it. We ask that you give

21  us supernatural wisdom. We ask that you give us

22  kindness and love and -- and thoughtfulness as we go

1    through this process.

2            We ask these things in your name. Amen.

3            I pledge allegiance to the flag of the Unites

4    States of America and to the republic for which it

5    stands. One nation under God, indivisible, with liberty

6    and justice for all.

7            SEN. CORTEZ:  The reading of the journal.

8            MS. DIXON:  Official journal of the Senate of

9    the State of Louisiana, Wednesday --

10           SEN. CORTEZ:  And the buoy moves to suspend --

11   dispense with the reading of the journal. Without

12   objection, so ordered.

13           MS. DIXON:  Introduction of Senate bill.

14   Senate bill three by Senator Ward. Senator Ward now

15   moves for a suspension of the rules for the purpose of

16   reading the bill. Just introduce for the first and

17   second time and referring it to committee.

18           SEN. CORTEZ:  Just a second, Madam Secretary.

19   Senator Fields, you have a point of order?

20           SEN. FIELDS:  Mr. President, I assume that

21   this bill is -- does this bill create -- is this bill

22   in compliance with the court order? And does it create

1    two majority of like districts?

2            SEN. CORTEZ:  From my understand from --

3    understanding from my conversation with the authors is

4    that it does, but I can ask Senator Ward to come down

5    and confirm that. Senator Ward? The question is does it

6    -- does your map create two majority black districts?

7            SEN. WARD:  Yes, Mr. President. Yes, Senator

8    Fields, it does.

9            SEN. CORTEZ:  Okay. Very good. Is there any

10   objection to suspending the rules to read it on first

11   and second and refer it to committee? Seeing no

12   objection, the rules have been suspended.

13           MS. DIXON:  Senator Bill 3 by Senator Ward.

14   It's an enactment to title 18 and to repeal subsection

15   B of section five of act five of the 2022 first

16   extraordinary session relative to congressional

17   districts to provide further redistricting of

18   Louisiana's congressional districts. Refer to the

19   committee on Senate and governmental affairs.

20           SEN. CORTEZ:  Announcements. Yeah. Senator

21   Luneau, you -- you have a point of order?

22           SEN. LUNEAU:  I do.

1          SEN. CORTEZ:  State your point.

2          SEN. LUNEAU:  Thank you, Mr. President.

3     Members, I want to make a motion this morning to

4     discharge -- not to discharge but for the -- to order

5     the Senate of governmental affairs committee to report

6     SB1 without action. The reason for this is because this

7     is a bill that we can debate on the floor and that we

8     have time to do that now if we -- if we take this

9     action today to get this -- get this bill out and

10    moving.

11          As everyone here knows, we're on a time

12    shortage here. We have a short fuse to deal with, and

13    this would be a method by which we could do that.

14          So I would make that motion now, Mr.

15    President.

16          SEN. CORTEZ:  All right. Sen- -- Senator

17    Luneau's made a -- a motion to require the Senate of

18    governmental affairs committee to report Senate Bill 1

19    without action. Is there an objection?

20          Senator Hewitt, state your objection.

21          SEN. HEWITT:  Yeah. Thank you, Mr. President.

22          We had a five-hour hearing today in committee

1    hearing Senate Bill 1 and we adopted an amendment to

2    help make the bill better. We plan to hear this bill

3    tomorrow again. We -- I mean, we've debated it, for the

4    most part. We will consider it tomorrow, along with

5    Senator Ward's bill.

6            And my expectation is is that we will take it

7    -- be pre- -- prepared to take action on that bill

8    tomorrow. So I don't see any reason at this point to

9    discharge the committee or to require us, I should say,

10   the motion to require us to report the bill in a

11   particular way.

12           Allow the committee to do its work, and we

13   have done our work. We spent all day today debating

14   this bill and hearing this bill. Give us an opportunity

15   to finish our job tomorrow as -- as we have planned.

16           So I object to this motion. And I am not going

17   to support this.

18           SEN. CORTEZ:  Okay. Senator Luneau, you have a

19   right to close on your motion.

20           SEN. LUNEAU:  Thank you, Mr. President.

21   Members, the reason I bring this motion is because this

22   is an extraordinary circumstance. Normally, I would be

1    the first person that would come to this mic and say

2    let the committee do their job.

3            We don't have time to do that. This may, in

4    fact, seal the deal and make it where we cannot pass a

5    bill. If we do this today, it will give us all an

6    opportunity to debate here on the floor each and every

7    one of us, and we can do the same thing.

8            We have debated this exact bill time and time

9    and time again. We can certainly talk about amendments

10   that came up in committee today here on the floor this

11   afternoon. We entertain multiple page amendments on the

12   floor constantly during sessions. There's absolutely no

13   reason other than to delay that we could not do that

14   today.

15           I would ask for your favorable support.

16           SEN. CORTEZ:  Senator Luneau, your motion was

17   to direct the committee to report without action the

18   bill. You didn't give a time with which to do it. And

19   I'm -- I'm not sure if the motion -- the motion is

20   certainly in order.

21           I'm not sure the motion gives a clear

22   directive -- I'm going -- I'm going to use that word. I

1  don't know if it's appropriate. Directive to the

2  committee. And remember the -- the -- the committee --

3  committees, not unlike your committee, meet at the

4  pleasure of the call of the chairman or chairwoman.

5          So with that, I -- I just want to make sure

6  the members know what is the motion on the floor. You -

7  - would you like to --

8          SEN. LUNEAU:  Yes, sir. Thank you, Mr.

9  President. Members, the motion would be for that to be

10 done right now so that we can -- we can debate that

11 bill on the floor this afternoon.

12         SEN. CORTEZ:  Okay. So that clarifies it.

13 Senator Milligan, you have an objection. Do you want to

14 state anything? Or you just -- okay.

15         SEN. MILLIGAN:  Members, that bill, just like

16 in the previous redistricting session, was amended. It

17 was amended to change the precincts, the parishes

18 within that bill.

19         The -- the -- the public still has a right to

20 come tomorrow and testify. Those folks -- we made a

21 change in LaSalle Parish. Those po- -- those folks have

22 the right to come tomorrow to testify that they're not

1  in support of that. That they don't like their parish

2  being split.

3          For us to do it here on the floor, we take

4  that away from them. And I suspect people are coming

5  tomorrow. So for that reason, I object.

6          SEN. CORTEZ:  Senator Luneau.

7          SEN. LUNEAU:  Thank you, Mr. President. With

8  all due respect, senator, I understand that better than

9  most. My parish has been carved up and chopped up

10  innumerable times. My district has done the same thing.

11          It suffers that fate now in the current bill.

12  But I also understand that we have a mandate to do the

13  right thing, and that's what I'm trying to do is to

14  give us an opportunity to debate this, not let the

15  clock run out because the clock is a powerful thing. We

16  can't stop it. But we can give everybody the right to

17  debate this.

18          We could put it off for another year and let

19  people come and give their concerns. I know. I got

20  those calls today.

21          But the fact of the matter is, the time is

22  now. We need to do the right thing. Again, move

1    favorable passage.

2            SEN. CORTEZ:  Senator Luneau has offered up a

3    motion to require the Senate governmental affairs

4    committee to report today Senate Bill 1 without action.

5    All those in favor of requiring them to report --

6    Senator Peacock, did you have a point of -- corr- --

7    correct. Only -- only senators are -- are voting. Yes.

8            So a vote yea would be to re- -- require the

9    Senate governmental affairs committee to report Senate

10   Bill 1 without action today. A vote no would be not to

11   require them.

12           When the machines are open, all those in favor

13   will vote yea. Those opposed, vote nay. And the

14   secretary will open the motions.

15           Senator Jackson, yes. Senator Jackson was a

16   yes. You through voting? Close machine.

17           Nine yeas and 18 nays. And the motion fails to

18   carry.

19           Senator Ward, would you like personal

20   privilege?

21           SEN. WARD:  Thank you, Mr. President. Members,

22   I did not expect to be back here. I know most of you

1    didn't either.

2          But once the order came down from the court, I

3    felt like I had an obligation to be here. I had not

4    resigned yet. My letter had not been sent in. That was

5    in the works.

6          But since I had not, I felt my duty was to

7    come and try and carry out the duty and adhere as best

8    we could to the order given by the judge.

9          Now, I want to read to you one of the last

10   paragraphs of it. It says the appropriate remedy in

11   this context is remedial congressional redistricting

12   plan. That includes any additional majority black

13   congre- -- and additional majority black congressional

14   district.

15         The United States Supreme Court instructs the

16   legislature should have the first opportunity to start

17   to draw a new plan or to draw that plan. Therefore, the

18   court orders that the Louisiana legislature enact a

19   remedial plan on -- on or before June 20, 2022.

20         If the legislature is unable to pass remedial

21   plan by that date, the court will issue an additional

22   order to enact remedial complaint with the laws of the

1    constitution of the United States. And it goes on from

2    there.

3         I read that to you for a couple of different

4    reasons. One of them is I think we do have an

5    obligation to try and do two things. Number one is to

6    draw a map or a set of maps that has two minority --

7    majority districts. Or in the -- in the case of this

8    order, two majority black congressional districts. That

9    is what the order requested that -- or ordered us to

10    attempt to do.

11         Now, the second thing I want to point out to

12    you, though, is this. If we don't and at -- at the end

13    of it, it says if the legislature is unable to pass a

14    remedial plan, the court will issue an additional

15    order.

16         So we need to put our best foot forward and we

17    need to work as hard as we possibly can to make that

18    happen. We're limited in time, no doubt about it. I

19    think we've done ourselves a favor by being here daily

20    every day possible and working. I think it would've

21    been a mistake for us to have not done that.

22         But if we fail -- if we fail to do it, it's

1  not the last step in the process. The court will issue

2  an additional order and -- and we can go from there.

3          But I do feel like it was important for me to

4  come up here and say that it's -- it's our obligation

5  to continue to work hard to find a solution to what the

6  judge or the courts have ordered us to do at this

7  point.

8          So I look forward to working with all of you

9  for another four days. And I really think if we -- if

10 we do our best, we try and pull together, we can find a

11 solution to what we failed to find a solution to not

12 necessarily from the -- what the body has spoken to,

13 but from what the court has -- has ordered for us to do

14 at this point.

15          So we're going to -- we're going to work

16 towards that. And I look forward to a healthy debate

17 tomorrow in Senate governmental affairs.

18          Thank you. Thank you, Mr. President.

19          SEN. CORTEZ:  Thank you, Senator Ward.

20          Okay. Members, announcements. Senator Hewitt.

21          SEN. HEWITT:  All right. Thank you, Mr.

22 President. Members, Senate governmental affairs

1    committee will meet, as I said earlier, tomorrow at

2    1:00 in the Hainkel Room. Again, the idea behind that

3    is to give -- the House and governmental affairs

4    committee will meet at 10. So that gives the public an

5    opportunity to participate in that hearing as well as

6    our hearing later in the afternoon.

7            So we will start at one. We will hear Senator

8    Fields's bill, SB1, and we will hear Senator Ward's

9    bill, SB3.

10           And so I'll look forward to seeing you all

11   there and ap- -- appreciate those of you that have had

12   constituents from back in your districts come in and --

13   and participate in the process.

14           SEN. CORTEZ:  Very good. Any other

15   announcements? Okay. Senator Peacock for a motion.

16           Wait. Wait. Hold -- hold on Senator Peacock.

17           MS. DIXON:  Senator Hewitt now moves for a

18   suspension of the rules to allow the Senate and

19   governmental affairs committee to meet without posting

20   the agenda.

21           SEN. CORTEZ:  Without objection. All right.

22   Senator Peacock for a motion.

1          SEN. PEACOCK:  Thank you, Mr. President.

2    Members, I move we adjourn until Friday, June 17th at 5

3    p.m.

4          SEN. CORTEZ:  Without objection.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

```
 1              CERTIFICATE OF TRANSCRIBER

 2       I, Chris Naaden, a transcriber, hereby declare

 3  under penalty of perjury that to the best of my ability

 4  from the audio recordings and supporting information;

 5  and that I am neither counsel for, related to, nor

 6  employed by any of the parties to this case and have no

 7  interest, financial or otherwise, in its outcome, the

 8  above 16 pages contain a full, true and correct

 9  transcription of the tape-recording that I received

10  regarding the event listed on the caption on page 1.

11

12       I further declare that I have no interest in

13  the event of the action.

14

15       _____

16       June 23, 2022

17       Chris Naaden

18

19  (453461, Senate Chamber June 16)

20

21

22
```

| A | | | |
|---|---|---|---|

**A**

**ability**
17:3
**about**
2:11, 8:9,
13:18
**above**
17:8
**abraham**
2:5, 2:9, 2:10
**absolutely**
8:12
**across**
3:8, 3:18
**act**
5:15
**action**
6:6, 6:9, 6:19,
7:7, 8:17, 11:4,
11:10, 17:13
**additional**
12:12, 12:13,
12:21, 13:14,
14:2
**adhere**
12:7
**adjourn**
16:2
**adopted**
7:1
**affairs**
5:19, 6:5,
6:18, 11:3,
11:9, 14:17,
14:22, 15:3,
15:19
**afternoon**
8:11, 9:11,
15:6
**again**
7:3, 8:9,
10:22, 15:2
**agenda**
15:20
**ago**
2:11
**all**
3:6, 4:6, 6:16,

7:13, 8:5, 10:8,
11:5, 11:12,
14:8, 14:21,
15:10, 15:21
**allegiance**
4:3
**allow**
7:12, 15:18
**along**
7:4
**also**
10:12
**amen**
4:2
**amended**
9:16, 9:17
**amendment**
7:1
**amendments**
8:9, 8:11
**america**
4:4
**announcements**
5:20, 14:20,
15:15
**another**
10:18, 14:9
**any**
5:9, 7:8,
12:12, 15:14,
17:6
**anything**
9:14
**ap**
15:11
**appreciate**
15:11
**appropriate**
9:1, 12:10
**asked**
2:11, 2:20
**assume**
4:20
**attempt**
13:10
**audio**
17:4
**authors**
5:3

**away**
10:4

**B**

**back**
11:22, 15:12
**basically**
2:16
**because**
6:6, 7:21,
10:15
**been**
5:12, 10:9,
12:4, 13:21
**before**
12:19
**begets**
2:17, 2:18
**behind**
15:2
**being**
10:2, 13:19
**best**
12:7, 13:16,
14:10, 17:3
**beth**
2:11
**better**
7:2, 10:8
**beyond**
3:12
**bill**
4:13, 4:14,
4:16, 4:21,
5:13, 6:7, 6:9,
6:18, 7:1, 7:2,
7:5, 7:7, 7:10,
7:14, 8:5, 8:8,
8:18, 9:11,
9:15, 9:18,
10:11, 11:4,
11:10, 15:8,
15:9
**black**
5:6, 12:12,
12:13, 13:8
**bless**
2:21, 3:11,

3:20
**blessed**
3:8
**body**
3:7, 3:8, 3:11,
3:16, 3:18,
14:12
**bring**
7:21
**buoy**
4:10

**C**

**call**
2:3, 9:4
**calls**
10:20
**came**
2:12, 8:10,
12:2
**can't**
10:16
**cannot**
8:4
**caption**
17:10
**carry**
11:18, 12:7
**carved**
10:9
**case**
13:7, 17:6
**certainly**
8:9, 8:20
**certificate**
17:1
**chairman**
9:4
**chairwoman**
9:4
**chamber**
1:8, 17:19
**change**
9:17, 9:21
**chopped**
10:9
**chris**
17:2, 17:17

christian
1:22
chronicles
2:15, 2:16
circumstance
7:22
clarifies
9:12
clear
8:21
clock
10:15
close
2:6, 7:19,
11:16
come
2:2, 5:4, 8:1,
9:20, 9:22,
10:19, 12:7,
14:4, 15:12
coming
10:4
committee
4:17, 5:11,
5:19, 6:5, 6:18,
6:22, 7:9, 7:12,
8:2, 8:10, 8:17,
9:2, 9:3, 11:4,
11:9, 15:1,
15:4, 15:19
committees
9:3
complaint
12:22
compliance
4:22
concerns
10:19
confirm
5:5
congre
12:13
congressional
5:16, 5:18,
12:11, 12:13,
13:8
consider
7:4

constantly
8:12
constituents
15:12
constitution
13:1
contain
17:8
contentiousness
3:7
context
12:11
continue
14:5
conversation
5:3
core
2:7
corr
11:6
correct
11:7, 17:8
cortez
2:2, 4:7, 4:10,
4:18, 5:2, 5:9,
5:20, 6:1, 6:16,
7:18, 8:16,
9:12, 10:6,
11:2, 14:19,
15:14, 15:21,
16:4
could
6:13, 8:13,
10:18, 12:8
counsel
17:5
couple
13:3
court
4:22, 12:2,
12:15, 12:18,
12:21, 13:14,
14:1, 14:13
courts
14:6
create
4:21, 4:22, 5:6
current
10:11

D

dab
2:19
daily
13:19
date
12:21
day
7:13, 13:20
days
14:9
deal
6:12, 8:4
debate
6:7, 8:6, 9:10,
10:14, 10:17,
14:16
debated
7:3, 8:8
debating
7:13
declare
17:2, 17:12
delay
8:13
different
13:3
direct
8:17
directive
8:22, 9:1
discharge
6:4, 7:9
dispense
4:11
district
10:10, 12:14
districts
5:1, 5:6, 5:17,
5:18, 13:7,
13:8, 15:12
dixon
4:8, 4:13,
5:13, 15:17
doing
3:15
done
7:13, 9:10,

10:10, 13:19,
13:21
doubt
13:18
down
5:4, 12:2
draw
12:17, 13:6
due
10:8
during
8:12
duty
12:6, 12:7

E

each
3:14, 8:6
earlier
15:1
either
12:1
employed
17:6
enact
12:18, 12:22
enactment
5:14
end
13:12
enlarge
2:21, 3:11
entertain
8:11
event
17:10, 17:13
every
8:6, 13:20
everybody
10:16
everyone
6:11
evil
3:1
exact
8:8
expect
11:22

| | | | |
|---|---|---|---|
| **expectation**<br>7:6 | **floor**<br>6:7, 8:6, 8:10,<br>8:12, 9:6, 9:11,<br>10:3 | **governmental**<br>5:19, 6:5,<br>6:18, 11:3,<br>11:9, 14:17, | **hewitt**<br>6:20, 6:21,<br>14:20, 14:21,<br>15:17 |
| **extraordinary**<br>5:16, 7:22 | | 14:22, 15:3,<br>15:19 | **hold**<br>15:16 |
| **F** | **folks**<br>9:20, 9:21 | **grant**<br>3:17 | **house**<br>15:3 |
| **fact**<br>8:4, 10:21 | **foot**<br>13:16 | **granted**<br>3:1 | **I** |
| **fail**<br>13:22 | **forward**<br>13:16, 14:8,<br>14:16, 15:10 | **guide**<br>2:22 | **idea**<br>15:2 |
| **failed**<br>14:11 | **found**<br>2:15 | **H** | **important**<br>3:4, 14:3 |
| **fails**<br>11:17 | **four**<br>14:9 | **hainkel**<br>15:2 | **includes**<br>12:12 |
| **fate**<br>10:11 | **friday**<br>16:2 | **hall**<br>3:8, 3:18 | **indeed**<br>2:21, 3:9, 3:11 |
| **favor**<br>11:5, 11:12,<br>13:19 | **full**<br>17:8 | **hand**<br>2:22, 3:13,<br>3:19 | **indivisible**<br>4:5 |
| **favorable**<br>8:15, 11:1 | **further**<br>5:17, 17:12 | **happen**<br>13:18 | **information**<br>17:4 |
| **favorite**<br>2:13 | **fuse**<br>6:12 | **hard**<br>13:17, 14:5 | **innumerable**<br>10:10 |
| **feel**<br>14:3 | **G** | **harm**<br>3:1, 3:15 | **instructs**<br>12:15 |
| **felt**<br>12:3, 12:6 | **genealogies**<br>2:20, 3:3 | **harming**<br>3:14 | **interest**<br>17:7, 17:12 |
| **fields**<br>4:19, 4:20, 5:8 | **genealogy**<br>2:16 | **healthy**<br>14:16 | **introduce**<br>4:16 |
| **fields's**<br>15:8 | **give**<br>3:20, 3:21,<br>7:14, 8:5, 8:18,<br>10:14, 10:16,<br>10:19, 15:3 | **hear**<br>7:2, 15:7, 15:8 | **introduction**<br>4:13 |
| **financial**<br>17:7 | | **heard**<br>2:13 | **issue**<br>12:21, 13:14,<br>14:1 |
| **find**<br>14:5, 14:10,<br>14:11 | **given**<br>12:8 | **hearing**<br>6:22, 7:1,<br>7:14, 15:5, 15:6 | **J** |
| **finish**<br>7:15 | **gives**<br>8:21, 15:4 | **help**<br>7:2 | **jabez**<br>2:14, 2:20 |
| **first**<br>2:15, 4:16,<br>5:10, 5:15, 8:1,<br>12:16 | **go**<br>3:22, 14:2 | **here**<br>2:5, 2:6, 6:11,<br>6:12, 8:6, 8:10,<br>10:3, 11:22,<br>12:3, 13:19,<br>14:4 | **jabez's**<br>3:2 |
| | **god**<br>2:20, 3:1, 4:5 | | **jackson**<br>11:15 |
| **five**<br>5:15 | **goes**<br>3:2, 13:1 | | **job**<br>1:20, 7:15, 8:2 |
| **five-hour**<br>6:22 | **going**<br>2:8, 3:6, 7:16,<br>8:22, 14:15 | **hereby**<br>17:2 | **journal**<br>4:7, 4:8, 4:11 |
| **flag**<br>4:3 | **good**<br>5:9, 15:14 | | **judge**<br>12:8, 14:6 |

**june**
1:10, 12:19,
16:2, 17:16,
17:19
**justice**
4:6

### K
**keep**
2:22, 3:14
**kindness**
3:22
**know**
3:18, 9:1, 9:6,
10:19, 11:22
**knows**
6:11

### L
**lasalle**
9:21
**last**
12:9, 14:1
**later**
15:6
**laws**
12:22
**lead**
2:9
**legislature**
12:16, 12:18,
12:20, 13:13
**letter**
12:4
**liberty**
4:5
**limited**
13:18
**listed**
17:10
**look**
3:10, 14:8,
14:16, 15:10
**lord**
3:10, 3:12,
3:17
**louisiana**
1:8, 4:9, 12:18

**louisiana's**
5:18
**love**
3:22
**luneau**
5:21, 5:22,
6:2, 7:18, 7:20,
8:16, 9:8, 10:6,
10:7, 11:2
**luneau's**
6:17

### M
**machine**
11:16
**machines**
2:3, 2:4, 2:6,
11:12
**madam**
4:18
**made**
6:17, 9:20
**majority**
5:1, 5:6,
12:12, 12:13,
13:7, 13:8
**make**
6:3, 6:14, 7:2,
8:4, 9:5, 13:17
**mandate**
10:12
**map**
5:6, 13:6
**maps**
13:6
**mark**
2:8
**matter**
10:21
**maybe**
2:14
**mean**
7:3
**meet**
9:3, 15:1,
15:4, 15:19
**members**
2:7, 6:3, 7:21,

9:6, 9:9, 9:15,
11:21, 14:20,
14:22, 16:2
**method**
6:13
**mic**
8:1
**middle**
2:19
**might**
3:7
**milligan**
2:5, 9:13, 9:15
**mind**
2:12
**mindset**
3:12
**minority**
13:6
**minutes**
2:11
**mistake**
13:21
**morning**
6:3
**most**
7:4, 10:9,
11:22
**motion**
6:3, 6:14,
6:17, 7:10,
7:16, 7:19,
7:21, 8:16,
8:19, 8:21, 9:6,
9:9, 11:3,
11:17, 15:15,
15:22
**motions**
11:14
**move**
10:22, 16:2
**moves**
4:10, 4:15,
15:17
**moving**
6:10
**multiple**
8:11

### N
**naaden**
1:22, 17:2,
17:17
**name**
4:2
**nation**
4:5
**nay**
11:13
**nays**
11:17
**necessarily**
14:12
**need**
3:8, 10:22,
13:16, 13:17
**neither**
17:5
**new**
12:17
**nine**
11:17
**normally**
7:22
**number**
13:5

### O
**object**
7:16, 10:5
**objection**
4:12, 5:10,
5:12, 6:19,
6:20, 9:13,
15:21, 16:4
**obligation**
12:3, 13:5,
14:4
**offered**
11:2
**official**
4:8
**oh**
2:5
**okay**
5:9, 7:18,

9:12, 9:14,
14:20, 15:15
**once**
12:2
**one**
2:12, 4:5, 8:7,
12:9, 13:4,
13:5, 15:7
**only**
11:7
**open**
2:3, 2:8,
11:12, 11:14
**opportunity**
7:14, 8:6,
10:14, 12:16,
15:5
**opposed**
11:13
**order**
2:2, 4:19,
4:22, 5:21, 6:4,
8:20, 12:2,
12:8, 12:22,
13:8, 13:9,
13:15, 14:2
**ordered**
4:12, 13:9,
14:6, 14:13
**orders**
12:18
**other**
3:14, 8:13,
15:14
**otherwise**
17:7
**ourselves**
13:19
**out**
6:9, 10:15,
12:7, 13:11
**outcome**
17:7

**P**

**page**
8:11, 17:10
**pages**
1:21, 17:8

**paragraphs**
12:10
**parish**
9:21, 10:1,
10:9
**parishes**
9:17
**parochial**
3:12
**part**
7:4
**participate**
15:5, 15:13
**particular**
7:11
**parties**
17:6
**pass**
8:4, 12:20,
13:13
**passage**
11:1
**peacock**
11:6, 15:15,
15:16, 15:22,
16:1
**penalty**
17:3
**people**
10:4, 10:19
**perjury**
17:3
**person**
8:1
**personal**
11:19
**plan**
7:2, 12:12,
12:17, 12:19,
12:21, 13:14
**planned**
7:15
**pleasure**
9:4
**pledge**
2:9, 4:3
**po**
9:21

**point**
4:19, 5:21,
6:1, 7:8, 11:6,
13:11, 14:7,
14:14
**possible**
13:20
**possibly**
13:17
**posting**
15:19
**powerful**
10:15
**pray**
3:9
**prayer**
2:8, 2:12, 2:14
**pre**
7:7
**precincts**
9:17
**prepared**
7:7
**president**
2:10, 4:20,
5:7, 6:2, 6:15,
6:21, 7:20, 9:9,
10:7, 11:21,
14:18, 14:22,
16:1
**previous**
9:16
**privilege**
11:20
**proceeding**
3:19
**process**
4:1, 14:1,
15:13
**provide**
5:17
**public**
9:19, 15:4
**pull**
14:10
**purpose**
4:15
**put**
3:13, 3:15,

10:18, 13:16

**Q**

**question**
5:5

**R**

**read**
5:10, 12:9,
13:3
**reading**
2:17, 4:7,
4:11, 4:16
**really**
3:13, 3:15,
14:9
**reason**
6:6, 7:8, 7:21,
8:13, 10:5
**reasons**
13:4
**received**
17:9
**recordings**
17:4
**redistricting**
1:9, 5:17,
9:16, 12:11
**refer**
5:11, 5:18
**referring**
4:17
**regarding**
17:10
**related**
17:5
**relative**
5:16
**remedial**
12:11, 12:19,
12:20, 12:22,
13:14
**remedy**
12:10
**remember**
9:2
**repeal**
5:14

**report**
6:5, 6:18,
7:10, 8:17,
11:4, 11:5, 11:9
**republic**
4:4
**request**
3:2, 3:17
**requested**
13:9
**require**
6:17, 7:9,
7:10, 11:3,
11:8, 11:11
**requiring**
11:5
**resigned**
12:4
**respect**
10:8
**right**
2:19, 3:5,
6:16, 7:19,
9:10, 9:19,
9:22, 10:13,
10:16, 10:22,
14:21, 15:21
**roll**
2:3
**room**
15:2
**rules**
4:15, 5:10,
5:12, 15:18
**run**
10:15

---
S
---

**said**
3:1, 15:1
**same**
8:7, 10:10
**say**
7:9, 8:1, 14:4
**saying**
3:14
**says**
12:10, 13:13

**sb1**
6:6, 15:8
**sb3**
15:9
**scripture**
3:5
**scriptures**
2:13
**seal**
8:4
**second**
4:17, 4:18,
5:11, 13:11
**secretary**
2:3, 4:18,
11:14
**section**
5:15
**see**
7:8
**seeing**
5:11, 15:10
**sen**
2:2, 2:10, 4:7,
4:10, 4:18,
4:20, 5:2, 5:7,
5:9, 5:20, 5:22,
6:1, 6:2, 6:16,
6:21, 7:18,
7:20, 8:16, 9:8,
9:12, 9:15,
10:6, 10:7,
11:2, 11:21,
14:19, 14:21,
15:14, 15:21,
16:1, 16:4
**senate**
1:8, 2:2, 4:8,
4:13, 4:14,
5:19, 6:5, 6:17,
6:18, 7:1, 11:3,
11:4, 11:9,
14:17, 14:22,
15:18, 17:19
**senator**
2:5, 2:8, 4:14,
4:19, 5:4, 5:5,
5:7, 5:13, 5:20,

6:16, 6:20, 7:5,
7:18, 8:16,
9:13, 10:6,
10:8, 11:2,
11:6, 11:15,
11:19, 14:19,
14:20, 15:7,
15:8, 15:15,
15:16, 15:17,
15:22
**senators**
11:7
**sent**
12:4
**session**
5:16, 9:16
**sessions**
8:12
**set**
13:6
**short**
6:12
**shortage**
6:12
**should**
7:9, 12:16
**signature-onxrw**
17:14
**since**
12:6
**sir**
9:8
**sliced**
3:5
**smack**
2:19
**solution**
14:5, 14:11
**someone**
2:17, 2:18
**spent**
7:13
**split**
10:2
**spoken**
14:12
**stands**
4:5

**start**
12:16, 15:7
**state**
4:9, 6:1, 6:20,
9:14
**states**
4:4, 12:15,
13:1
**step**
14:1
**still**
9:19
**stop**
10:16
**subsection**
5:14
**suffers**
10:11
**supernatural**
3:21
**support**
7:17, 8:15,
10:1
**supporting**
17:4
**supreme**
12:15
**sure**
2:13, 8:19,
8:21, 9:5
**suspect**
10:4
**suspend**
4:10
**suspended**
5:12
**suspending**
5:10
**suspension**
4:15, 15:18

---
T
---

**take**
6:8, 7:6, 7:7,
10:3
**talk**
8:9
**tape-recording**
17:9

**territory**
2:21, 3:12
**testify**
9:20, 9:22
**testimony**
1:7
**th**
16:2
**thank**
2:10, 6:2,
6:21, 7:20, 9:8,
10:7, 11:21,
14:18, 14:19,
14:21, 16:1
**therefore**
12:17
**thing**
8:7, 10:10,
10:13, 10:15,
10:22, 13:11
**things**
3:15, 4:2, 13:5
**think**
3:5, 3:8, 13:4,
13:19, 13:20,
14:9
**thoughtfulness**
3:22
**three**
4:14
**through**
4:1, 11:16
**time**
3:6, 4:17, 6:8,
6:11, 8:3, 8:8,
8:9, 8:18,
10:21, 13:18
**times**
10:10
**tired**
2:17
**title**
5:14
**today**
2:8, 6:9, 6:22,
7:13, 8:5, 8:10,
8:14, 10:20,
11:4, 11:10

**together**
14:10
**tomorrow**
7:3, 7:4, 7:8,
7:15, 9:20,
9:22, 10:5,
14:17, 15:1
**towards**
14:16
**transcribed**
1:22
**transcriber**
17:1, 17:2
**transcript**
1:6
**transcription**
17:9
**true**
17:8
**try**
12:7, 13:5,
14:10
**trying**
10:13
**twenty-six**
2:7
**two**
5:1, 5:6, 13:5,
13:6, 13:8

**U**

**unable**
12:20, 13:13
**under**
4:5, 17:3
**understand**
5:2, 10:8,
10:12
**understanding**
5:3
**united**
12:15, 13:1
**unites**
4:3
**unlike**
9:3
**until**
16:2

**use**
8:22

**V**

**video-recorded**
1:6
**vote**
2:3, 11:8,
11:10, 11:13
**voting**
11:7, 11:16

**W**

**wait**
15:16
**want**
6:3, 9:5, 9:13,
12:9, 13:11
**ward**
4:14, 5:4, 5:5,
5:7, 5:13,
11:19, 11:21,
14:19
**ward's**
7:5, 15:8
**way**
7:11
**we're**
2:8, 6:11,
13:18, 14:15
**we've**
7:3, 13:19
**wednesday**
4:9
**wisdom**
3:10, 3:21
**within**
9:18
**without**
4:11, 6:6,
6:19, 8:17,
11:4, 11:10,
15:19, 15:21,
16:4
**word**
8:22
**work**
7:12, 7:13,

13:17, 14:5,
14:15
**working**
13:20, 14:8
**works**
12:5
**would've**
13:20

**Y**

**y'all**
2:13, 2:14
**yea**
11:8, 11:13
**yeah**
5:20, 6:21
**year**
10:18
**yeas**
11:17

**0**

**00**
15:2

**1**

**1**
15:2
**10**
15:4
**16**
1:10, 17:8,
17:19
**17**
1:21, 16:2
**18**
5:14, 11:17

**2**

**20**
12:19
**2022**
1:10, 5:15,
12:19, 17:16
**22**
12:19
**23**
17:16

| **4** |
| --- |

**45**
2:11
**453461**
1:20, 17:19