# Exhibit G



# Transcript of Louisiana Senate Chamber

**Date:** June 17, 2022
**Case:** Transcription Services

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1
 2
 3
 4
 5
 6              TRANSCRIPT OF VIDEO-RECORDED
 7                   TESTIMONY OF THE
 8              LOUISIANA SENATE CHAMBER
 9                     REDISTRICTING
10                    JUNE 17, 2022
11
12
13
14
15
16
17
18
19
20   Job No.: 453585
21   Pages: 1 - 7
22   Transcribed by: Christian Naaden
```

```
1    P R O C E E D I N G S
2          SEN. CORTEZ:  Senate will come to order.              00:00:04
3    Secretary, open the machines for roll call. Senator         00:00:05
4    Bernard is here and Senator Cloud is here. Senator          00:00:09
5    Bouie's here, Senator Womack is here, Senator Boudreaux     00:00:12
6    is here.                                                    00:00:16
7          Senator Jackson is here. Close the machines.          00:00:17
8    31 members in the quorum. Members, today we will be         00:00:22
9    opened up in prayer by Senator Heather Cloud and then       00:00:25
10   she will lead us in the pledge. Senator Cloud.              00:00:28
11         SEN. CLOUD:  Thank you, Mr. President. There          00:00:31
12   is no doubt, members, that this is a difficult time for    00:00:34
13   our legislature, for our communities and for our state.     00:00:37
14   I know that there's differing opinions and                  00:00:40
15   disagreements and concerns and we're all working            00:00:42
16   through the process.                                        00:00:45
17         But what has been apparent to me, and I know          00:00:46
18   it's been apparent to you, is that our love for one         00:00:48
19   another has remained. Black, white, Democrat,               00:00:51
20   Republican, female, male, we all in this body know each     00:00:54
21   other's heart.                                              00:00:58
22         We feel each other's struggles, and I know            00:00:59
```

| | | |
|---|---|---|
| 1 | that when it's all said and done, because we choose it, | 00:01:01 |
| 2 | that love will remain. My prayer today is the lyrics to | 00:01:04 |
| 3 | one of my favorite worship songs and I pray that it | 00:01:08 |
| 4 | soothes our weary hearts in the days and hours to come. | 00:01:11 |
| 5 | Dear Lord, in the eye of the storm, you remain | 00:01:15 |
| 6 | in control and in the middle of the struggle, you guard | 00:01:19 |
| 7 | our souls. You alone are the anchor when our sails are | 00:01:23 |
| 8 | torn. Your love surrounds us in the eye of the storm. | 00:01:27 |
| 9 | And when the tears of pain and heartache are | 00:01:32 |
| 10 | pouring down our face, we find our peace in Jesus' | 00:01:34 |
| 11 | name. The Lord is our shepherd. We have all that we | 00:01:38 |
| 12 | need. He lets us rest in green meadows and leads us | 00:01:41 |
| 13 | beside peaceful streams. | 00:01:44 |
| 14 | He renews our strength. He guides us along | 00:01:46 |
| 15 | right paths and he brings honor to his name. And even | 00:01:49 |
| 16 | when we walk through the darkest valley, we will not be | 00:01:53 |
| 17 | afraid because we know that you are close beside us. | 00:01:57 |
| 18 | Thank you, Jesus. Amen. | 00:02:01 |
| 19 | I pledge allegiance to the flag of the United | 00:02:05 |
| 20 | States of America and to the Republic for which it | 00:02:08 |
| 21 | stands, one nation, under God, indivisible with liberty | 00:02:10 |
| 22 | and justice for all. | 00:02:29 |

```
 1          SEN. CORTEZ:  Reading in the journal.              00:02:29
 2          MS. DIXON:  Official journal of the Senate of      00:02:37
 3   the state of Louisiana.                                   00:02:39
 4          SEN. CORTEZ:  Senator Foil moves to dispense       00:02:40
 5   of the reading of the journal without objection. So       00:02:42
 6   ordered.                                                  00:02:50
 7          MS. DIXON:  Reports of committees. Report of       00:02:51
 8   the committee on Senate and governmental affairs.         00:02:53
 9   Senate Bill 3 reported without action. Respectfully       00:02:55
10   submit, Sharon Hewitt, Chairman. Senator Ward now moves   00:02:59
11   for a suspension of the rules for the purpose of          00:03:04
12   advancing the report just read.                           00:03:07
13          SEN. CORTEZ:  Without objection.                   00:03:11
14          MS. DIXON:  Senate Bill 3 by Senator Ward is       00:03:16
15   an act to amend Title 18 and to repeal Section 4 and      00:03:18
16   Subsection B of Section 5 of Act 5 for the 2022 first     00:03:21
17   extraordinary session of the legislature relative to      00:03:25
18   congressional districts.                                  00:03:29
19          It comes from the committee reported without       00:03:31
20   action. Senator Hewitt moves to withdraw the bill from    00:03:34
21   the files of the Senate.                                  00:03:38
22          SEN. CORTEZ:  Senator Ward, do you have an         00:03:41
```

| | | |
|---|---|---|
| 1 | objection? Come down and state your objection. | 00:03:41 |
| 2 | SEN. WARD: Thank you, Mr. President. Members, | 00:03:50 |
| 3 | we had a healthy debate in committee on this | 00:03:52 |
| 4 | instrument, Senate Bill 3. | 00:03:55 |
| 5 | If we are going to have an opportunity to pass | 00:03:57 |
| 6 | something between now and Monday, it is vitally | 00:04:00 |
| 7 | important that this bill does not get removed from the | 00:04:04 |
| 8 | files of the Senate. | 00:04:07 |
| 9 | So I move -- or I object to it being removed | 00:04:08 |
| 10 | from the files of the Senate and I ask you to vote with | 00:04:11 |
| 11 | me to move the bill to a third reading and final | 00:04:15 |
| 12 | passage. | 00:04:20 |
| 13 | SEN. CORTEZ: Yeah. Senator Ward has objected | 00:04:21 |
| 14 | to the removal of the bill from the files of the Senate | 00:04:23 |
| 15 | and has now moved that it be engrossed and moved to | 00:04:26 |
| 16 | third and final passage. | 00:04:29 |
| 17 | Is there any objection? Seeing no objection, | 00:04:31 |
| 18 | the bill will be engrossed and moved to third and final | 00:04:34 |
| 19 | passage. All right. Any announcements? Okay. So we need | 00:04:41 |
| 20 | a -- Senator Talbot? Senator Talbot for a motion. | 00:04:49 |
| 21 | SEN. TALBOT: Thank you, Mr. President. I make | 00:04:58 |
| 22 | a motion that we adjourn and convene tomorrow at 9:30, | 00:04:59 |

```
1    June 18th, Saturday.                              00:05:04
2            SEN. CORTEZ:   A.m.                       00:05:08
3            SEN. TALBOT:   A.m.  A.m.                 00:05:08
4            SEN. CORTEZ:   Without objection.         00:05:09
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

```
1              CERTIFICATE OF TRANSCRIBER
2        I, Chris Naaden, a transcriber, hereby declare
3   under penalty of perjury that to the best of my ability
4   from the audio recordings and supporting information;
5   and that I am neither counsel for, related to, nor
6   employed by any of the parties to this case and have no
7   interest, financial or otherwise, in its outcome, the
8   above 6 pages contain a full, true and correct
9   transcription of the tape-recording that I received
10  regarding the event listed on the caption on page 1.
11
12            I further declare that I have no interest in
13  the event of the action.
14
15            _____
16            June 24, 2022
17            Chris Naaden
18
19  (453585, 7. Senate Chamber June 17)
20
21
22
```

**A**

ability 7:3
above 7:8
act 4:15, 4:16
action 4:9, 4:20, 7:13
adjourn 5:22
advancing 4:12
affairs 4:8
afraid 3:17
all 2:15, 2:20, 3:1, 3:11, 3:22, 5:19
allegiance 3:19
alone 3:7
along 3:14
amen 3:18
amend 4:15
america 3:20
anchor 3:7
announcements 5:19
another 2:19
any 5:17, 5:19, 7:6
apparent 2:17, 2:18
audio 7:4

**B**

because 3:1, 3:17
been 2:17, 2:18
being 5:9
bernard 2:4
beside 3:13, 3:17
best 7:3
between 5:6
bill 4:9, 4:14, 4:20, 5:4, 5:7, 5:11, 5:14, 5:18
black 2:19
body 2:20
boudreaux 2:5
bouie's 2:5
brings 3:15

**C**

call 2:3
caption 7:10
case 7:6
certificate 7:1
chairman 4:10
chamber 1:8, 7:19
choose 3:1
chris 7:2, 7:17
christian 1:22
close 2:7, 3:17
cloud 2:4, 2:9, 2:10, 2:11
come 2:2, 3:4, 5:1
comes 4:19
committee 4:8, 4:19, 5:3
committees 4:7
communities 2:13
concerns 2:15
congressional 4:18
contain 7:8
control 3:6
convene 5:22
correct 7:8
cortez 2:2, 4:1, 4:4, 4:13, 4:22, 5:13, 6:2, 6:4
counsel 7:5

**D**

darkest 3:16
days 3:4
dear 3:5
debate 5:3
declare 7:2, 7:12
democrat 2:19
differing 2:14
difficult 2:12
disagreements 2:15
dispense 4:4
districts 4:18
dixon 4:2, 4:7, 4:14
done 3:1
doubt 2:12
down 3:10, 5:1

**E**

each 2:20, 2:22
employed 7:6
engrossed 5:15, 5:18
even 3:15
event 7:10, 7:13
extraordinary 4:17
eye 3:5, 3:8

**F**

face 3:10
favorite 3:3
feel 2:22
female 2:20
files 4:21, 5:8, 5:10, 5:14
final 5:11, 5:16, 5:18
financial 7:7

| | | | |
|---|---|---|---|
| find 3:10 | **I** | love 2:18, 3:2, 3:8 | 5:17, 6:4 |
| first 4:16 | important 5:7 | lyrics 3:2 | official 4:2 |
| flag 3:19 | indivisible 3:21 | **M** | okay 5:19 |
| foil 4:4 | information 7:4 | machines 2:3, 2:7 | one 2:18, 3:3, 3:21 |
| full 7:8 | instrument 5:4 | make 5:21 | open 2:3 |
| further 7:12 | interest 7:7, 7:12 | male 2:20 | opened 2:9 |
| **G** | **J** | meadows 3:12 | opinions 2:14 |
| god 3:21 | jackson 2:7 | members 2:8, 2:12, 5:2 | opportunity 5:5 |
| going 5:5 | jesus 3:10, 3:18 | middle 3:6 | order 2:2 |
| governmental 4:8 | job 1:20 | monday 5:6 | ordered 4:6 |
| green 3:12 | journal 4:1, 4:2, 4:5 | motion 5:20, 5:22 | other's 2:21, 2:22 |
| guard 3:6 | june 1:10, 6:1, 7:16, 7:19 | move 5:9, 5:11 | otherwise 7:7 |
| guides 3:14 | justice 3:22 | moved 5:15, 5:18 | outcome 7:7 |
| **H** | **K** | moves 4:4, 4:10, 4:20 | **P** |
| healthy 5:3 | know 2:14, 2:17, 2:20, 2:22, 3:17 | **N** | page 7:10 |
| heart 2:21 | **L** | naaden 1:22, 7:2, 7:17 | pages 1:21, 7:8 |
| heartache 3:9 | lead 2:10 | name 3:11, 3:15 | pain 3:9 |
| hearts 3:4 | leads 3:12 | nation 3:21 | parties 7:6 |
| heather 2:9 | legislature 2:13, 4:17 | need 3:12, 5:19 | pass 5:5 |
| here 2:4, 2:5, 2:6, 2:7 | liberty 3:21 | neither 7:5 | passage 5:12, 5:16, 5:19 |
| hereby 7:2 | listed 7:10 | **O** | paths 3:15 |
| hewitt 4:10, 4:20 | lord 3:5, 3:11 | object 5:9 | peace 3:10 |
| honor 3:15 | louisiana 1:8, 4:3 | objected 5:13 | peaceful 3:13 |
| hours 3:4 | | objection 4:5, 4:13, 5:1, | penalty 7:3 |

**perjury**
7:3
**pledge**
2:10, 3:19
**pouring**
3:10
**pray**
3:3
**prayer**
2:9, 3:2
**president**
2:11, 5:2, 5:21
**process**
2:16
**purpose**
4:11

**Q**

**quorum**
2:8

**R**

**read**
4:12
**reading**
4:1, 4:5, 5:11
**received**
7:9
**recordings**
7:4
**redistricting**
1:9
**regarding**
7:10
**related**
7:5
**relative**
4:17
**remain**
3:2, 3:5
**remained**
2:19
**removal**
5:14
**removed**
5:7, 5:9
**renews**
3:14

**repeal**
4:15
**report**
4:7, 4:12
**reported**
4:9, 4:19
**reports**
4:7
**republic**
3:20
**republican**
2:20
**respectfully**
4:9
**rest**
3:12
**right**
3:15, 5:19
**roll**
2:3
**rules**
4:11

**S**

**said**
3:1
**sails**
3:7
**saturday**
6:1
**secretary**
2:3
**section**
4:15, 4:16
**seeing**
5:17
**sen**
2:2, 2:11, 4:1,
4:4, 4:13, 4:22,
5:2, 5:13, 5:21,
6:2, 6:3, 6:4
**senate**
1:8, 2:2, 4:2,
4:8, 4:9, 4:14,
4:21, 5:4, 5:8,
5:10, 5:14, 7:19
**senator**
2:3, 2:4, 2:5,

2:7, 2:9, 2:10,
4:4, 4:10, 4:14,
4:20, 4:22,
5:13, 5:20
**session**
4:17
**sharon**
4:10
**shepherd**
3:11
**signature-b7fzp**
7:14
**something**
5:6
**songs**
3:3
**soothes**
3:4
**souls**
3:7
**stands**
3:21
**state**
2:13, 4:3, 5:1
**states**
3:20
**storm**
3:5, 3:8
**streams**
3:13
**strength**
3:14
**struggle**
3:6
**struggles**
2:22
**submit**
4:10
**subsection**
4:16
**supporting**
7:4
**surrounds**
3:8
**suspension**
4:11

**T**

**talbot**
5:20, 5:21, 6:3

**tape-recording**
7:9
**tears**
3:9
**testimony**
1:7
**th**
6:1
**thank**
2:11, 3:18,
5:2, 5:21
**third**
5:11, 5:16,
5:18
**through**
2:16, 3:16
**time**
2:12
**title**
4:15
**today**
2:8, 3:2
**tomorrow**
5:22
**torn**
3:8
**transcribed**
1:22
**transcriber**
7:1, 7:2
**transcript**
1:6
**transcription**
7:9
**true**
7:8

**U**

**under**
3:21, 7:3
**united**
3:19

**V**

**valley**
3:16
**video-recorded**
1:6

**vitally**
5:6
**vote**
5:10
             **W**
**walk**
3:16
**ward**
4:10, 4:14,
4:22, 5:2, 5:13
**we're**
2:15
**weary**
3:4
**white**
2:19
**withdraw**
4:20
**without**
4:5, 4:9, 4:13,
4:19, 6:4
**womack**
2:5
**working**
2:15
**worship**
3:3
             **Y**
**yeah**
5:13
             **1**
**17**
1:10, 7:19
**18**
4:15, 6:1
             **2**
**2022**
1:10, 4:16,
7:16
**24**
7:16
             **3**
**30**
5:22
**31**
2:8
             **4**
**453585**
1:20, 7:19
             **9**
**9**
5:22