# Exhibit H



# Transcript of Louisiana Senate Chamber - Part 1

**Date:** June 18, 2022
**Case:** Transcription Services

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

TRANSCRIPT OF VIDEO-RECORDED

TESTIMONY OF THE

LOUISIANA SENATE CHAMBER

REDISTRICTING

JUNE 18, 2022

PART 1

Job No.: 453585

Pages: 1 - 90

Transcribed by: Christian Naaden

1              P R O C E E D I N G S

2              SEN. CORTEZ:  Senate will come to order.

3    Secretary, open the machines for roll call. Senator

4    Carter is here. Senator Lambert is here. Senator Price

5    is here. Senator White is here. Senator Henry is here.

6    Senator Jackson is here. Senator Barrow is here.

7    Senator Boudreaux is here.

8              All right, close the machines. 34 members and

9    quorum members today. Senator Gary Carter will open us

10   up in prayer and then lead us in the pledge. Senator

11   Carter --

12             SEN. CARTER:  Thank you members. It's a great

13   honor to -- to be able to deliver the prayer this

14   morning, especially as we engage in such important work

15   dealing with redistricting and I also want to remind

16   everyone in a happy way that we are celebrating

17   Juneteenth.

18             And as we're celebrating Juneteenth, I want to

19   refer you all to the scripture in the book of Jeremiah,

20   the 29th chapter and this is a letter it's described as

21   his letter to the captives and these are the words of

22   Jeremiah the prophet.

1          This is Jeremiah 29 verse 1. Now, these are

2     the words to the letter Jeremiah that the prophets sent

3     from Jerusalem on to the residue of the elders, which

4     were carried away captives and it continues.

5          Thus said the Lord of hosts, the God of Israel

6     to all that were carried away captive, whom the Lord

7     has caused to be carried away from Jerusalem to

8     Babylon. These are his instructions. Build ye houses

9     and dwell in them and plant gardens and eat the fruit

10    thereof.

11         Take ye wives and beget sons and daughters and

12    take wives for your sons and give daughters to your

13    husbands that they may bear sons and daughters that ye

14    may increase and not diminish.

15         And this is the part I really want us to focus

16    on. And seek the peace in the city that I have caused

17    you to be carried away captive, and pray unto the Lord

18    for it, for in its peace you shall have peace. Let us

19    pray.

20         Thank you Father God for this wonderful

21    opportunity to serve your state, to serve the people of

22    this nation and in all of our communities and let all

1    of our communities have peace and prosperity all across

2    our state, all across our parishes, all across our

3    nation.

4           Let us have peace and prosperity for the God

5    and guide us as we lead this state and lead our people

6    to that end. Bless us Father and your mighty son Jesus.

7    And we thank you and we praise you. Amen.

8           ALL:  I pledge allegiance to the flag of the

9    United States of America and to the republic for which

10   it stands, one nation under God, indivisible, with

11   liberty and justice for all.

12          SEN. CORTEZ:  The reading of the journal.

13          CLERK:  Official journal of the senate of the

14   State of Louisiana Friday, June 3rd.

15          SEN. CORTEZ:  Senator Bernard [inaudible]

16   dispense with the reading of the journal without

17   objection so order. Senator Milligan would you like

18   personal privilege?

19          SEN. MILLIGAN:  Thank you Mr. President and

20   members. Yesterday, I got to slip away for a special

21   event. Yesterday morning at 9 a.m. my second

22   granddaughter was born Miss Abigail Jean Oliver to my

1  daughter, Madison and her husband, Clint and my 2-year-

2  old granddaughter and big sister, Miss Ellawe.

3          She was born yesterday at 9:11, 6 pounds 13

4  ounces, 19-1/2 inches and she is absolutely beautiful.

5  And so, I missed our struggles here and -- and somewhat

6  tough days, hard days, and it was a very bright light

7  yesterday for me and I --

8          I just wanted to share with all of you guys

9  and wish mom and dad well. Thank you. Thank you, Mr.

10  President.

11          SEN. CORTEZ:  Congratulations.

12          CLERK:  Senate bills on third reading and

13  final passage, senate bill 3 by Senator Ward is an

14  [inaudible] title 18 and to repeal section 4 and

15  subsection B of section 5 of act 5 of the 2022 first

16  extraordinary session of the legislature relative to

17  congressional districts.

18          SEN. CORTEZ:  Senator Ward are you -- you

19  prepared? Senator Fields you have a point of order.

20          SEN. FIELDS:  Mr. President, my point of order

21  is -- and I thank you for recognizing me. Before we

22  discuss this very important piece of legislation and I

1    thank the gentleman for introducing the bill, I just

2    want to make sure that Mr. Ward is a member of the

3    senate and my question is have you received any

4    communication from Mr. Ward resigning from the Senate?

5              SEN. CORTEZ:  I have not.

6              SEN. FIELDS:  Okay.

7              SEN. CORTEZ:  Senator Ward, on your bill.

8              SEN. WARD:  Thank you Mr. President. Members,

9    we've been at all of this for quite some time. For this

10   particular special session, it's only been a few days.

11             For those that have worked on redistricting,

12   it's been a 9 or 10-month process, and it's something I

13   was not heavily involved in, have not been heavily

14   involved in, but for the few days that I have been,

15   thank you for all the hard work that you've put into

16   this topic, because it is not an easy one.

17             Over the years, I've always worked to try and

18   build consensus around things as best as I possibly

19   can, a lot of times trying to take on issues that were

20   maybe something where groups were in different corners

21   and trying to pull people together.

22             I can tell you that out of all the different

1    things I've worked on, this is by far the most

2    difficult one that I've ever -- ever tried to work on.

3            But where we are currently, is this and I know

4    I've started with this every time I've spoken on this

5    bill, whether it was whenever we were introducing it

6    into the files of the senate or whenever I was getting

7    ready to start my presentation in the committee

8    yesterday.

9            We're here because of an order from the judge,

10   a federal judge that called us back here for the

11   purpose of remedial congressional redistricting plan

12   that includes an additional majority black

13   congressional district. That's why we're here. That's

14   what we're here to do.

15           And so, of all the different plans that I've

16   looked at over the last few months I felt like they

17   were all very similar and one of the reasons for that

18   is because it is not an easy task the way our

19   population is in terms of how it lays out.

20           It can be a difficult thing to achieve for a

21   number of reasons and, in particular, more so for

22   congressional seats than legislative seats, the

1    variation or the deviation, I should say, has to be

2    much closer and so when you -- when you factor in all

3    the delegations we have around the state and the way

4    the population structure, it becomes a difficult task.

5          So, I wanted to try and give us an attempt at

6    building consensus around something that quite frankly

7    looked different than most anything we've seen so far.

8    And this is what we've come up with at this point.

9          So, I'm going -- I'm going to go down and read

10   the bill briefly and then I'll -- I'll be happy to

11   answer your questions as the light is already lit up.

12   But the focal point of the bill in particular was

13   really District 2 and District 6.

14          District 2 has a black population of 52.097

15   and a white and other population of 47.9. Now that

16   would -- that would be where current congressman Troy

17   Carter currently resides and would continue to -- to

18   represent.

19          District 6 is 51.95 percent black population

20   and the white and other is 48.047 percent. Now the

21   reason I start off by talking about those two in

22   particular is one of the things that this map does is

1    the 6th district does not displace a sitting congress

2    person.

3            What it does, it creates a district, a second

4    majority black district that does not turn -- someone

5    who's already serving does not change their district

6    into that.

7            So, what we have is the only two districts

8    where a sitting congress person is not included in

9    another person's or would have to make a choice of who

10   they're going to run against would be District 1 and

11   that's Congressman Scalise and District 2 and that's

12   Congressman Carter.

13           So, whether be in District 5, District 4, or

14   District 3, depending on how those would shape up as we

15   move this forward there may be a choice between a

16   congressman or congresswoman whether or not they were

17   going to have to run against or end up in the same

18   district.

19           So, that's the focus of the bill. Of course,

20   there's many, many more details to all the other

21   districts, but before we get into any sort of

22   amendments or anything I really would like to answer

1    questions about the bill as it sits right now. And Mr.

2    President, I do see a question.

3            SEN. CORTEZ:  Question on the bill, Senator

4    Robert Mills.

5            SEN. MILLS:  Thank you for your work on this

6    Senator Ward and my interest is in going back and just

7    trying to understand what we're trying to do and in

8    Caddo, Bossier, Webster, DeSoto, Red River, and that is

9    a community that is very similar in nature all the way

10   up and down.

11           It's really the heart of northwest Louisiana.

12   Your -- your map is disruptive to that area as far as

13   I'm concerned. We've got similar communities and

14   cities. We got employees that travel throughout the

15   area for their employment.

16           Shreveport, the city of, Barksdale Air Force

17   Base and Camp Minden are all connected and rely on each

18   other and must be protected and splitting that area

19   with congressional districts is not desirable.

20           Would you entertain an amendment that would

21   just move in between congressional districts 4 and 5

22   only, not touching 6, not touching 3. Would you

1   entertain an amendment that I would offer to

2   consolidate Caddo, Bossier, Webster, DeSoto, Red River,

3   a small section of Bienville with the rest of the

4   congressional District 4 and allow us to maintain the

5   distinct lines with the congressional representation

6   that we've enjoyed in the past.

7          SEN. WARD:  Senator Mills, look I -- and I

8   stated this yesterday in committee. Really my -- my

9   purpose of being very adamant that we have something on

10  the floor to debate is that we try and build consensus

11  around it.

12         I'm certainly willing to look at that

13  amendment that you offer up and see if it's something

14  that will help us reach a point that allows us to build

15  consensus around something and keep this process

16  moving. So, if throughout the day you offer that

17  amendment, I'll certainly be happy to entertain it.

18         SEN. MILLS:  Thank you and I would like to

19  offer that amendment and I've spoken with Senator

20  Peacock and Senator Milligan and we really -- we might

21  have some minor differences between us, but we really

22  think that it's in the best interest of our

1   constituency in northwest Louisiana and I offer

2   amendment that has been drafted.

3        SEN. CORTEZ:  Senator Mills, if I can

4   interrupt you for a second. We have a large number of

5   people that want to question the bill. We also have a

6   large number of amendments that are going to be offered

7   as is the tradition.

8        The first amendments that are offered are the

9   author's amendments and then we go in order as they

10  were filed. So, you can ask your questions, but we're

11  not prepared at this time to start taking up

12  amendments, but we will get you back up with it when

13  the amendments start to get offered.

14       SEN. WARD:  And Senator Mills, I'm not trying

15  to play coy with you. The difficulty in handling these

16  things is this. We could -- I could just blindly accept

17  your amendment and it may satisfy your delegation and

18  everybody up there would be happy, what I have to be

19  able to pull back and look at is what does it do to the

20  rest of the state and -- and all those sorts of things.

21       So, that's why I say I'm certainly happy to

22  entertain any amendment that will help us -- help us

1    move this process forward and in particular keep the

2    conversation going, but we're going to at some point

3    have to look at them all holistically in order to see

4    how they work together.

5           SEN. MILLS:  That's fine and I understand

6    that. And entertaining would definitely improve the

7    attitudes of Senator Peacock and Senator Milligan as

8    well as myself. Thank you very much.

9           SEN. WARD:  Thank you.

10          SEN. CORTEZ:  Thank you. Senator White for a

11   question on the bill.

12          SEN. WARD:  It's a lot of paper.

13          SEN. WHITE:  A lot paper. A lot of questions.

14   I just wanted to establish, you still are Senator Ward,

15   right?

16          SEN. WARD:  Unless somebody sent a letter in

17   on my behalf, I am.

18          SEN. WHITE:  All right, wanted to get that

19   clear. Looking at the new districts on the state map,

20   it's a great deal different from what this body sent

21   out by 230 votes. Is that true?

22          SEN. WARD:  That is true. It's much different

1   than what we passed a few months ago.

2           SEN. WHITE:  So, this map, the only

3   deliberation we'll get on it is one or two days or

4   maybe three days as I see.

5           SEN. WARD:  That's correct. It's a -- we're --

6   we're tight on time so we're just doing the best we can

7   in terms of transparency and running this process the

8   best we can.

9           SEN. WHITE:  Did you go all over the state

10  like you did on a previous map and get input from the

11  locals and everybody like some of the meetings I went

12  to that you were there.

13          SEN. WARD:  I did not. I did not.

14          SEN. WHITE:  Okay. I guess I'll just kind of

15  cut to the metro area then where I live. As you see

16  that area right there, that white area or gray,

17  whatever it is, light gray --

18          SEN. WARD:  Yeah.

19          SEN. WHITE:  On the west side, the Comite

20  River, that's central. And it comes down and it goes

21  into St. George area, and then St. George area is the

22  south part of the parish above section from the Amite

1    River to the Mississippi River.

2           It looks to me it's cut in two or three

3    pieces. It looks like it has part of three, part of the

4    new District 6, maybe just those two. But East Baton

5    Rouge Parish, it has part of 6, part of Scalise. What's

6    Scalise, 1? And part of [inaudible] 3.

7           So, it's cut in three parishes and some people

8    say you know that's good, you got three senators, but

9    if you look at the population where this is, I mean

10   there's no representation of maybe 150,000 in the new

11   district, maybe 40,000 in Scalise and maybe 50,000-

12   100,000 in number 3, so that's less power for the

13   greater Baton Rouge area, the most populated area, the

14   capital city.

15          There's -- I mean if you're a senator you

16   really with 600,000 you would have to pay a lot of

17   attention to anybody in this district. Would you say

18   that's possible?

19          SEN. WARD:  I certainly understand that point.

20   I looked at all that and I -- I guess for myself I

21   represent an area and I said this yesterday in

22   committee, out of the nine parishes I represent, six of

1    them are represented by multiple congressmen.

2            Very similar to my senate district, it is also

3    broken up. Out of the nine parishes, only two of the

4    parishes I have are whole and complete parishes. So, it

5    does make it difficult and I understand that, but it

6    was just a byproduct of trying to draw something that

7    it suited the needs of what we're trying to do here.

8            SEN. WHITE:  Well, I thank you for that

9    response, but I still have -- I pointed out and I still

10   have great concerns about the representation of the

11   whole east Baton Rouge Parish. We would not have a

12   congressman that had a great deal of population in East

13   Baton Rouge Parish; therefore, they wouldn't have to

14   give us a lot of attention if they didn't want to.

15   They're biggest votes in other parts of the state.

16           SEN. WARD:  And I understand that. Your

17   concern is that being sort of the tail end of any

18   particular district could leave you where your feeling

19   like the whole parish may not have much of any

20   representation, and I do understand that concern.

21           SEN. CORTEZ:  Yeah.

22           SEN. WHITE:  And I -- I bring that point for

1   this reason in my senate -- senate district goes to

2   Tangipahoa Parish and I represent Hammond and

3   Ponchatoula and some unincorporated areas.

4          Where Hammond and Ponchatoula are very, they

5   fight, they're jealous of each other, but the one

6   commonality that both of them have, they hate Baton

7   Rouge because they think Baton Rouge gets too much.

8          So, for that reason, I think that you've left

9   East Baton Rouge Parish out to where any areas of the

10  state that's jealous of East Baton Rouge Parish, us

11  congressman don't have to pay us any attention.

12         SEN. WARD:  And -- and I understand that

13  Senator White and I'm -- I'm willing to entertain any -

14  - any changes you may have where we can try and make

15  this work, but put that in a better posture that you

16  see that's better.

17         SEN. WHITE:  Okay, thank you Senator.

18         SEN. CORTEZ:  Thank you. Senator Talbot for

19  question on the bill.

20         SEN. TALBOT:  How are you doing Senator? And I

21  won't belabor the point. I guess I'm going to kind of

22  echo what -- what Senator Mills said. It looks like

1    I've got to get into the amendment room as well.

2            My concern is we have in this -- in this bill

3    Kenner, the city of Kenner, which is, you know north of

4    Kenner especially, you know very conservative area, is

5    now in District 2, and I guess my -- you know that's a

6    big community of interest.

7            Really, the whole East Jefferson of Jefferson

8    Parish on the East Bank except for maybe the Southwest

9    part, which is South Kenner, which has always been in

10   that other congressional district.

11           So, that's my concern and -- and you know I

12   can't speak for my Orleans counterparts, but we have,

13   you know, Lakeview, Mid-City and parts of uptown in

14   District 1 and it would seem like it would make sense

15   to swap that out with North Kenner.

16           So, I just wanted -- and I appreciate what

17   you're doing, which is a very difficult thing, and I

18   won't waste your time up here, but I'll say it looks I

19   have to go to the amendment room as well because of my

20   concerns about breaking up this community of interest,

21   so I just wanted to point that out to you.

22           SEN. WARD:  And look, once again, I appreciate

1    that. I'm willing to take a look at anything that

2    someone provides me that will not only solve their

3    issues, but also keep this in a posture where it

4    doesn't disrupt the map holistically.

5            Because as you know whenever you change a

6    precinct here or a precinct there, it has a ripple

7    effect around the state in terms of numbers, so I'm

8    willing to take all of it into account and see if we

9    can make it work. That's really my goal today.

10           SEN. TALBOT:  Okay. I appreciate that, and I

11   will get on that in the amendment room. Thank you.

12           SEN. CORTEZ:  Thank you. Senator Cloud for a

13   question.

14           SEN. CLOUD:  Thank you Mr. President. Senator

15   Ward, looking at your version of -- of the map, do you

16   realize in Evangeline Parish, which I represent, that

17   you have very distinctively created outliers?

18           There is a finger and there's been other

19   versions of -- of this effort, that has taken a section

20   of my home parish, of Evangeline Parish and extracted

21   out populations just to -- to get the numbers right and

22   it's in order -- in an effort of trying to get the

1    numbers right to create a certain district, we're

2    creating an outlier.

3            We're creating communities that are -- that

4    are going to be disadvantaged, competing with the

5    attention and the time from a congressman that

6    represents East Baton Rouge Parish, West Baton Rouge

7    Parish, West Feliciana, St. Helena, and then you have

8    these few little precincts and Evangeline Parish that

9    are going to be competing, especially we've all been

10   through with COVID, we've been through the -- all these

11   natural disasters.

12           That's really the time that you need your

13   congressperson to pick up the phone. How -- I mean

14   could you -- do you realize that what a disadvantage --

15   I mean you're -- you're a senator, what a disadvantage

16   it puts these few precincts and -- and these elected

17   officials in, in trying to get surfaces and dollars and

18   assistance, especially in times of great need?

19           SEN. WARD:  So, look, I am aware that -- that

20   it breaks parishes and some cases even smaller and

21   tighter than that. From my perspective, we had a goal

22   or I had a goal to try and draw a map that abided by

1   the order that came down from the judge and I was not

2   as concerned about that particular point because, as I

3   referenced earlier, I represent nine parishes, seven of

4   which are only pieces of parishes.

5          And so, I've always tried to make is a point

6   whether I represent 1,200 people from one parish or the

7   entire parish, I try and represent them just the same.

8   But I do understand that concern because I remember the

9   first time I ran and you go to some of those places

10  where you only represent one small corner and the first

11  thing that most people say is well, you know, please

12  don't forget about us, we know you're -- we know we're

13  -- you know 3 percent of your entire district, so

14  please represent us.

15         And so, I do know that that's an issue for

16  people. I think that it is a very difficult task to try

17  and draw a map that does what we're trying to do here

18  without creating some outliers around the state.

19         The question is really where are those

20  outliers going to be and I have several of those same

21  sort of fingers in and around the area I represent, so

22  I absolutely understand -- understand that point.

1       SEN. CLOUD:  It appears to me that you know in

2   trying to identify communities of interest and they're

3   sort of like population harvesting going on to try to

4   meet those numbers, we're losing focus on what is in

5   the best interest of these communities and I know -- I

6   know because I've so served in local government in a

7   very rural area and how hard it is to have your voice

8   heard and even moreso in this situation where a very,

9   very rural disadvantaged area is going to be competing

10  with some very populated areas and their voice is going

11  to be lost in the mix.

12       And I don't -- I don't think that that's fair

13  to them. Avoyelles Parish in your version of the map 2

14  was taken out and -- and put in this congressional

15  District 6 and I can tell you I've traveled frequently

16  all over Avoyelles Parish, there is very little that's

17  similar in Avoyelles Parish with East Baton Rouge and

18  West Baton Rouge culturally in every facet of life and

19  the economics, the industries that are there, there's

20  the similarities in Avoyelles Parish as compared to the

21  rest of the district are vastly different.

22       And then, just quite simply as a female -- as

1   a female, how many females Senator Ward, do we have

2   elected in congress right now?

3            SEN. WARD:  Just one.

4            SEN. CLOUD:  One. We have one female. And I'm

5   so proud that we have Congresswoman Julia Letlow. We

6   are putting -- we are setting up the potential, a high

7   potential of losing the only female that we have

8   elected to congress in trying to solve this problem.

9            We may end up without having any female

10  representation in congress, because finally, we have a

11  female serving. She's there. She just got there and now

12  we're setting her up for potential failure and

13  inability to be re-elected.

14           SEN. WARD:  Sure. And look and I understand

15  that. My goal was not to hurt or protect any sitting

16  congressperson. That was not part of what I was trying

17  to do. I was simply trying to give us a different look,

18  something new to look at regardless of who was serving

19  where and I'm just being honest about that.

20           I did not get their input. I don't know what

21  they feel about this. Every single sitting

22  congressperson may hate this; one or two of them may

1    love it. I have no idea, but it was -- it was simply

2    just to try and give us something new to look at.

3          SEN. CLOUD:  And I'm not speaking, you know,

4    to a person with a name, I'm speaking to the female

5    representation, right? We're going to -- where there's

6    a potential of losing all female representation in

7    congress by doing this. Yes.

8          Well, I too want to visit more on changes that

9    need to be made. My people in Evangeline Parish, my

10   people in Avoyelles Parish are very, very, very upset.

11   My phone has been ringing off the hook over the last

12   few days.

13          Many of them -- our police jury president

14   actually in Evangeline Parish sent over an email. He

15   was alerted late in the game about these -- these maps

16   and what was going on with this process and he has come

17   and participated in testimony for years as a long

18   serving, a longtime police jury member and because of

19   how rapid, how quick, how tight the timeline is, my

20   people have not had the time to mobilize, take off of

21   work, get down here and participate in this process.

22          This democratic process and they're very, very

1    upset with this legislature and quite frankly this

2    order.

3         SEN. WARD:  And I understand that and look,

4    they can -- I don't if there -- there probably won't be

5    time for public testimony in the federal court system

6    on all of this, but my thought on that is we do have an

7    opportunity to try and do something throughout the

8    democrat or with the democratic process this way if we

9    don't take advantage of that.

10        They will absolutely have no say if a court

11   redraws it, and so -- and which is the next step, so

12   this is just one step in the process. But at least in

13   this matter or in this fashion we do give some

14   opportunity for our constituent's voice to be heard.

15        SEN. CLOUD:  Well, my constituent's voices

16   have not been heard and they want the opportunity and

17   they cannot come and stand on this floor and testify,

18   but here we are.

19        SEN. WARD:  I know.

20        SEN. CLOUD:  Thank you.

21        SEN. WARD:  Thank you.

22        SEN. CORTEZ:  Senator Allain for a question.

1    Senator Allain, question.

2            SEN. ALLAIN:  Yeah, I work much better with

3    visual aids, so I brought a map. So, in drawing the

4    third district, you know I appreciate that St. Mary and

5    [inaudible] some of my whole parishes were for left

6    whole, but when we talk about continuity of interest,

7    you're literally looping in New Orleans.

8            So, this entire area we agree is -- is mainly

9    agricultural. I mean you have some offshore interests

10   and oil and gas interest in -- in lower Lafourche and

11   Terrebonne, but mainly this is -- this is a rural area.

12           We've always been included with Lafayette,

13   which I consider to be part of the region and somewhat

14   -- and somewhat agricultural because there is a lot of

15   ag around there. But you're looping us in with New

16   Orleans.

17           I mean do you know how much acreage of

18   sugarcane is in New Orleans?

19           SEN. WARD:  Probably not a whole lot, but I

20   bet they buy a lot of sugar.

21           SEN. ALLAIN:  They -- they do buy a lot of

22   sugar. But my concern is as I look at this map, the

1   rural and the urban areas are somewhat being thrown

2   together. You know, I mean, we've always been able to

3   draw districts that -- that was a clear understanding

4   of who and what that congressman represented and the

5   rural areas were pretty well had leadership or a

6   congressman that -- that would take on their issues

7   because they knew.

8            With this, I mean we're -- we're, you know,

9   St. Bernard, Orleans, Plaquemine has -- has very little

10  agriculture. They do have fishing and that kind of

11  thing, but I mean it's -- it's very dissimilar.

12           And I did recognize that gentleman, Mr. Mills,

13  brought to argument about the north Louisiana and --

14  and I think I've talked a little bit to -- to Barrow

15  Peacock about the problems they -- they have in north

16  Louisiana.

17           I have the same problems, but the quagmire is

18  going to be if you fix his, you can't fix mine; if you

19  fix mine, you can't fix his. I mean I know we both have

20  amendments that -- that are going to be coming up, but

21  it's going to be tough to come to a consensus really

22  with any of these maps. Don't you agree?

1          SEN. WARD:  Look, I think that's what I stated

2     when we started with this. The difficulty is if I fix

3     your problem, it creates problem over here; if I fix

4     this person's problem, it creates a problem for me.

5          We all represent different regions of the

6     state and so it is a very difficult thing to try and

7     satisfy everybody. We don't even have to satisfy

8     everybody to satisfy 20 people and -- and put something

9     in the place where we consider -- consider having a

10    consensus and a way that we can move forward with a new

11    map.

12         But that is what I'm trying to do here and so

13    I understand that people are going to try and fix their

14    problems. I'm willing to look at all of them to see how

15    they -- how we can mesh them together and make this

16    work.

17         SEN. ALLAIN:  I appreciate that. And

18    particularly in my area, I see that Lafayette and St.

19    Barton is split. I -- I know that's a problem.

20    Lafayette has been put in the fourth district and

21    separated from my geographic area, Iberia and n St.

22    Mary, which is, I don't think has ever happened before.

1       Maybe back [inaudible] that it did happen, but

2   I -- you know it's -- it's there, and I know you and I

3   have spoken offline that -- that there are many, many

4   problems and -- and I just don't know how we come to a

5   consensus with even 20 people in the short amount of

6   time we were given.

7       And that's -- that's the problem. If we, you

8   know, if maybe we had more than five days or six days

9   at the deadline that we have right here, but I do have

10  an amendment coming and I know already after seeing the

11  other maps, I know they're not all going to jive, so I

12  don't know if we -- if we, you know how we -- how we

13  coordinate all of these together.

14      I -- I guess we'll take a little break and --

15  and see if any of it makes sense, but it's -- I don't

16  see how we solve one problem without creating another.

17      SEN. WARD:  And I -- I understand that. I

18  don't disagree. What -- what I think we do -- we're

19  going to have to do is -- is take a look -- look at the

20  amendments as they come and if -- if some get on and

21  some don't, ultimately we're going to have to put them

22  all together and see what -- what the final product of

1    that looks like and see if it keeps us in a posture of

2    a map that stays in line with the -- with the court

3    order and something that builds enough of a consensus

4    for us to keep moving forward.

5           SEN. ALLAIN:  And listen, I want to I want to

6    make this statement that I -- I do appreciate your

7    effort of you at least making an attempt. I think it's

8    a -- it's a good try at where we're going. I just --

9    I'm hoping that there's a formula in there that -- that

10   at the end of the day works, but right now I have my

11   doubts, but thank you for trying [inaudible].

12          SEN. WARD:  Thank you.

13          SEN. CORTEZ:  Senator Lambert for a question

14   on the bill.

15          SEN. LAMBERT:  Senator Ward, I'm kind of

16   looking over this and it looks like we've got to have

17   populations in each one of these districts of about

18   776,200 people, give or take a few. Is that right?

19          SEN. WARD:  Yeah, that's correct.

20          SEN. LAMBERT:  And out of that we've got to

21   try to reach some kind of racial balances and so forth.

22   All right? And I understand this appears to be a pretty

1    monumental task now that I'm looking at this and really

2    looking at in detail, but you know I have a concern

3    that I'm looking at District 3, which looks like I live

4    in that now, where I used to be in District 6.

5          District 3 goes from EBR to St. Bernard, then

6    all the way across the coast of Louisiana to the Texas

7    line. And if I'm looking at communities of interest and

8    issues, I just don't see where there's a whole lot of

9    the same interest in this community.

10          And I'm going to tell you what really brings

11    me to mind is in the Baton Rouge area, we've had a lot

12    of problems in 2016 with flooding, the EBR, Livingston,

13    Ascension, St. James area and even Iberville really

14    have the Amite River Basin Commission. We've had that

15    issue.

16          This map completely divides that district up.

17    Wouldn't you agree?

18          SEN. WARD:  Yes, I do see what you're talking

19    about and where that basin would go through two part of

20    3 and parts of 6, so I mean, yes, I do understand the

21    concern there.

22          SEN. ALLAIN:  And that's what I have a problem

1    with and I'm looking at this. I mean I look at the

2    state as different regions have different issues. And

3    what we're doing now is, now I don't know if

4    Congressman Graves lives in District 3 or he lives in

5    District 6 or where, but I mean he's familiar with

6    these issues, worked, you know with us, the local

7    delegations to get funding for these areas.

8           Now, what you're doing is with this map, it

9    basically throws that to the wind. I mean we now have a

10   situation where we would have to deal with possibly two

11   new congressmen, who are not going to be familiar with

12   this area, much less some of the other things that we

13   have like -- I'm looking like Prairieville and Baton

14   Rouge doesn't have a whole lot in common with the

15   issues in Vermilion Parish.

16          SEN. WARD:  Look, I understand that. I think -

17   - I think what you're dealing with here is I was simply

18   trying to give us something different look at and what

19   we have so far. Most of the maps are very similar with

20   the populations tweaked here and there to try and reach

21   different goals.

22          This tries to reach a goal of complying with

1   the judge's court order, but in a completely different

2   way because up until this point, we have not been able

3   to build a consensus around anything that does comply

4   with that order that looked in a similar way to what

5   all the other maps have looked at. So, this is just a

6   different look to give us another opportunity to try

7   and make that happen.

8          SEN. ALLAIN:  And look, I want to applaud you

9   for this, but I mean looking at this and I think a

10  couple other people, this is a monumental task and it's

11  something that's not going to be easily done because of

12  the difference in the communities -- I'm going to call

13  it communities of interest, seems to be the buzzword.

14         Because different regions of the state have

15  different issues and I know as far as I'm looking at in

16  District 3, a lot of our issues are not the same as in

17  Vermilion, Cameron, and I just don't know how we can

18  have effective legislation in congress when we're

19  divided up like this.

20         SEN. WARD:  Again, I'm going to go back to the

21  district [inaudible] or if I go from the Feliciana and

22  St. Helena all the way down into lower St. Martin, so -

1    - and everything in between, so I understand the task

2    of representing different communities of interest. It

3    is not an easy thing to do.

4            Whether congress is ever effective or not

5    effective in passing legislation, I'm sure we could all

6    debate that for a long time, but I would hope that

7    regardless of where any of these people landed in terms

8    of how far away or how new it would be to represent a

9    group of people, they would -- they would do their best

10   to try and represent them all.

11           It's not an easy thing to do. You represent a

12   group of people that, you know most of their livelihood

13   is timber and things like that and you drive to the

14   other end of you district and its craw fisherman,

15   commercial fisherman and then while you're traveling

16   from point A to point B you're passing through

17   sugarcane and -- and everything else.

18           So, we're a diverse state and once you start

19   traveling from parish to parish, it becomes

20   increasingly hard to -- to put communities of interest

21   together.

22           SEN. ALLAIN:  Well, and I guess it does when

1   you try to factor in other factors because I'm looking

2   at this, it just doesn't appear as far as District 3 is

3   concerned that we have those communities of interest.

4   And I appreciate your efforts on it and I got to say

5   this is a monumental task.

6            SEN. CORTEZ:  Thank you. Senator Milligan for

7   a question on the bill.

8            SEN. MILLIGAN:  Thank you Senator and I

9   appreciate your work on this and -- and -- and trying

10  to draw a map that we can all get behind. My question I

11  guess looking at the new district is Barksdale Air

12  Force Base. Is that still in 4 or has it been drawn in

13  District 5?

14           SEN. WARD:  As of now, it's in District 5.

15  Once we get to the amendments, as I said yesterday in

16  committee, my -- my first amendment as far as -- my

17  only amendment will be to -- to fix that and I know

18  staff has -- has already put that together in a way

19  where it will not disrupt the numbers throughout the

20  district, so we are going to -- to fix that problem in

21  terms of making sure that those bases are in the same -

22  - same district.

1          SEN. MILLIGAN:   And I do appreciate that. And

2     I shared with you in committee yesterday and with the

3     members of the committee and I'll share with the

4     members here of just how strong we are militarily, but

5     economically having those two in the fourth district.

6          I don't know that you know that the 2022

7     National Defense Authorization Act pledged a billion

8     dollars in construction spending between Fort Polk,

9     Camp Minden and Barksdale and so that's, to me,

10    testimony of the strength of having those spaces all in

11    one district.

12         And -- and certainly those bases in our -- in

13    our state provide 9.6 billion in economic impact,

14    77,000 jobs and 350 million in taxes to our state

15    locally as well.

16         So, my concern obviously is diluting our

17    strength, but if your amendment's going to take care of

18    that, I appreciate you altering that amendment and

19    we'll see what that looks like.

20         SEN. WARD: Thank you Senator.

21         SEN. MILLIGAN:   Thank you Senator.

22         SEN. CORTEZ:   Senator Abraham for a question

1   on the bill.

2          SEN. WARD:   There's no more money for your

3   bridge contained in this bill.

4          SEN. ABRAHAM:   Well, I can vote for it if you

5   can find me some money, that's what I wanted to

6   publicly declare up -- no, look I'm not trying to pile

7   on, just want to make a short, quick comment. Calcasieu

8   Parish is where I live and Jeff Davis and Calcasieu are

9   almost identical and you've split it right down the

10  middle of big V and you take the Lake Charles area and

11  parts of Jeff Davis and you move it to the north and

12  you take everything else right in the middle of the

13  parish and bring it to the south.

14          I mean you've split a major, major community

15  of interest. I'm not going to offer an amendment, but I

16  want just to give you the information so maybe you can

17  do something and try to work it, because I know it's

18  like a whack-a-mole, you change one thing, it pops up

19  on the other.

20          So, I just wanted to let you know that, so if

21  you have any comments on that.

22          SEN. WARD:   Yeah, look I -- I understand that.

1   Again, around the state there has been some of that

2   that's taken place. Maybe that's something I should've

3   paid closer attention to.

4         It was not at the forefront of my thoughts,

5   probably because almost every parish I represent is

6   split and is represented by multiple congressmen, so I

7   -- I understand that concern and if there's a way for

8   us to rectify that problem throughout this process and

9   not disrupt everything else, I think we can try and do

10   it. I just don't know what that looks like.

11         SEN. ABRAHAM:  Well, others have offered

12   amendments and I'm not going to offer one, like I said

13   earlier, but I want you to keep that in mind when

14   you're trying to work through everything that has been

15   talked about today.

16         SEN. WARD:  Thank you.

17         SEN. ABRAHAM:  Okay. Thank you.

18         SEN. CORTEZ:  Senator Fesi for a question on

19   the bill.

20         SEN. FESI:  Thank you Mr. President. Senator

21   Ward, I'm looking at this coastline and I was wondering

22   how much you took in effect the -- the western side of

1    Louisiana coast versus the eastern side and know the

2    difference in the contour?

3           SEN. WARD:  So, I did not necessarily take

4    into account the difference in contour of the east

5    versus west. I know the way they function is different

6    and the way they -- they -- they, even though it's all

7    coastline, I do know and understand they have different

8    issues.

9           SEN. FESI:  Well, I'll try to help you out a

10   little bit. Usually on the western side, you still have

11   a lot of beachfront that they're still -- that they're

12   trying to save.

13          On the eastern side, we've lost our beach,

14   we've lost our islands, and now we're losing our

15   Morrish and now we're losing our land.

16          So, it is a big difference between the two.

17   Steve Scalise and Congressman Scalise and Congressman

18   Graves have been champions that's been helping get

19   money to the eastern side of the coast to make sure we

20   can save our coast.

21          They've brought in millions and millions of

22   dollars, billions of dollars, and -- and we're -- and

1  it's working. And then in your plan here, I lose both

2  of those congressman and Congressman Higgins, I don't

3  know how much he knows about saving the coast.

4          SEN. WARD:  Well, I will -- I will say that

5  currently Congressman Graves under this map would

6  reside in -- in congressional seat 3.

7              Now, I know maybe in a little bit of a reverse

8  of what we've been talking about, that would not be the

9  same as having Congressman Graves and Congressman

10 Scalise, but it does go in and touch EBR and as far as

11 I know, Congressman Graves would reside currently in

12 under this map in 3.

13         SEN. FESI:  So, okay. I thought that -- I

14 thought Congressman Graves was 6?

15         SEN. WARD:  In this drawn congressional seat

16 6, there's no sitting congressman or woman that lives

17 in 6, they all reside in one of the other 5 seats.

18         SEN. FESI:  Okay. Well, I just don't know how

19 powerful it is for someone not to live in the seat that

20 represent and so I think that's a challenge.

21             The next thing is it would take probably a

22 hundred amendments to try to straighten this map up and

1    you know, to get our coastal zone back into the

2    guidelines of what the -- you know the redistricting

3    calls for. I mean this thing just totally changes

4    everything in the whole state.

5          SEN. WARD:  And look, and I understand that.

6    Once again, I really have had two things in mind.

7    Number one, start off with something that complies with

8    the federal judge's court order, and number two, do it

9    in a way that gives us a whole other look in comparison

10   to what we've been looking at for quite some time now.

11         And so, look, maybe it made more people

12   unhappy than happy, but we're here talking about a way

13   to try and build a consensus around something and I

14   don't know if we would've had that chance otherwise.

15         SEN. FESI:  I appreciate for what you're

16   trying to do, but you know, in a fact that we disrupt

17   probably 70 to 80 percent of the whole state to try to

18   fix a 30 percent problem, I think we could've done a

19   lot better job and that's why I felt that the map that

20   we had we had done that because we went over this over

21   and over and over again and now, we're here trying to

22   start from scratch in just six days when it took six

1    months to do the other one.

2            SEN. WARD:  I understand that. It's a -- it's

3    a tall task for sure.

4            SEN. FESI:  Okay. Well, let's see what

5    happens. Thank you.

6            SEN. CORTEZ:  Thank you. Senator Peacock for a

7    question on the bill.

8            SEN. PEACOCK:  Thank you Mr. President. And

9    Senator Ward, I understand bringing this map and trying

10   to comply with the order in and Senator Mills and

11   Senator Milligan have talked about our concerns about

12   Barksdale Air Force Base and some of your discussions

13   with the other senators. You talk about this is not

14   designed in a way to really try to keep the congressman

15   in their districts.

16           But when I look at the fourth congressional

17   district on your map, which goes all the way down from

18   Lafayette to Lake Charles, all the way up to Bossier,

19   it has none of Caddo.

20           Representative Mike Johnson lives in the part

21   of Bossier that you have in there, but do you realize -

22   - and he does a very good job covering the district and

1    the districts are -- are big in general, but given this

2    map, do you realize that the area that he resides in,

3    the population difference and where it ranks, that

4    Lafayette has the most population, that Calcasieu has

5    the second amount.

6            Lafayette is at 167,000. Calcasieu at 163,000,

7    and you keep going down, Bossier Parish would be the

8    eighth in population.

9            You're basically putting where Congressman

10   Johnson lives into a Lafayette, Lake Charles district

11   with that. How -- how does that not -- you mentioned

12   this was sort of done to try to keep the --

13           I mean he would do a very good job with

14   whoever, but how does that work when you -- when we

15   start digging into these numbers and I know there are

16   some amendments out there, but I don't know that we

17   have all these numbers to look at it by parish, by

18   parish, by parish and see where the numbers are. Am I

19   reading this correct?

20           SEN. WARD:  I mean I hope you're reading it

21   correct in terms of that's -- I'm sure it matches the

22   map we're looking at.

1          But look, I did not take into account the

2    population weight in terms of where our current -- and

3    this is no disrespect to any of them.

4          That just wasn't in the thought process of

5    what I was trying to achieve, but I did not look at the

6    population and where it sat in regard to any of the

7    sitting congressman, that was -- that was just not part

8    of the of the strategy I took in trying to come up with

9    this map.

10         And once again, I -- that's no disrespect to

11   anyone of them. It was -- that was not the goal I had

12   in mind for what we were trying to get to here.

13         SEN. PEACOCK:  But that's really when we get -

14   - when we dig down into these numbers into the bill,

15   you know these numbers of the 18 parishes, six of them

16   are split and you start looking at the numbers and you

17   start looking that Bossier Parish would be the eighth

18   in ranking in congressional District 4, because you

19   have -- you have divided the metropolitan area of

20   Shreveport, Bossier with this map.

21         And I just -- I -- I know you've said that you

22   didn't -- weren't able, but that's something that as we

1    get more into this, that is a great concern to me and

2    then that senate that I represent that area in my

3    senate district, how much do you have diminished where

4    Congressman Johnson currently lives in congressional

5    District 4.

6           And I really think given his -- his -- his ten

7    years now in congress and his armed service committees,

8    you know that's just concern, so I just want to make

9    sure that you've looked at that and I know you said you

10   have some amendments to fix it, but I hope we have this

11   data when we see those amendments.

12          SEN. WARD:  Yeah look, once we get to the

13   amendments as they -- well, I'll speak for the

14   amendment that I have to try and fix the Air Force Base

15   issue, I'm going to take it very slow, that way it has

16   enough time to populate to the computer if it has not

17   already and everybody can -- can take a look at it and

18   see what it does.

19          SEN. PEACOCK:  And we'll have this data.

20          SEN. WARD:  As far as I know.  I -- I'm not --

21   I'm not that smart, but you know I hope that we have

22   that, yeah.

 1           SEN. PEACOCK:  Okay, but you see my concern?

 2           SEN. WARD:  Oh, I absolutely see your concern.

 3           SEN. PEACOCK:  Okay.

 4           SEN. CORTEZ:  Senator Morris for a question on

 5   the bill.

 6           SEN. MORRIS:  Senator Ward, you -- you --

 7   would you assert that southeast Louisiana and southwest

 8   Louisiana have a community of interest with one

 9   another?

10           SEN. WARD:  I think they share a coastline. I

11   think that -- that is an argument for a similar

12   interest. Beyond that, I can see that, of course, it's

13   two -- two different communities, and a lot of the

14   interests would be different. But they do share a

15   coastline, which is -- which is a pretty big deal.

16           SEN. MORRIS:  So you -- you could understand

17   that they have maybe or not the same community, just

18   like northwest and northeastern Louisiana have separate

19   communities?

20           SEN. WARD:  Absolutely. I -- I understand that

21   just -- just as I understand, like I said, for -- for

22   my current district. When I go to Greensburg in St.

1    Helena, it is very different than when I go to Pierre

2    Part down in Assumption Parish.

3           SEN. MORRIS:  And so you could understand why

4    people from my area as well as people from northwest

5    Louisiana don't believe we have identical -- just

6    because we're all in north Louisiana, doesn't mean we

7    have the identical communities of interest, just like

8    all people in south Louisiana don't have an identical

9    community of interest. Would you agree?

10          SEN. WARD:  One hundred percent. Yeah. That's

11   -- that's true.

12          SEN. MORRIS:  Ye- -- yet your map does not

13   reflect that difference. Does it?

14          SEN. WARD:  Well, look, I don't think we have

15   seen a map that does not have, you know,  some sort of

16   area that -- where you've got different communities of

17   interest represented by the same person.

18          In part, because a lot of our state as a

19   whole, is so sparsely populated that in order to come

20   to the numbers, you got to have somebody -- there will

21   be, you know, probably multiple Congress men or women

22   who represent much different communities of interest.

1    And so that's -- that's always going to be part of this

2    process.

3            SEN. MORRIS:  But wouldn't you agree that

4    since two thirds of this body preferred the maps that

5    kept distinct northwest, northeast, as well as

6    southeast and southwest districts would likely be

7    preferrable to the people of the state?

8            SEN. WARD:  Look, I think that we did -- we

9    did pass a bill with the two thirds of this body. And I

10   think if you look at the language of this particular

11   bill, it does not say that we no longer, or this body,

12   I guess, as a whole, doesn't -- no longer agree with

13   that.

14           It just simply says if the -- if the process

15   plays out and our current map is -- is seen to be

16   unconstitutional, that this -- this new one would fall

17   into place. So I don't think in any way, this body

18   would be portraying that we don't think we did the, you

19   know -- we did good work earlier. So that's where we

20   seem to be.

21           SEN. MORRIS:  Now, Rapides Parish in

22   particular is, in essence, gutted with a peninsul- --

1   peninsular that strikes out from what I would call, the

2   Baton Rouge Center District or purported Baton Rouge

3   Center District, that being six. Can you tell me why

4   that juts out so obviously and extends well beyond the

5   cohesiveness of District 6?

6           SEN. WARD:  Yeah. I mean, it's a matter of

7   capturing population. I think there's all sorts of

8   things you have to have in place to try and balance

9   what the courts look at. But what was at the forefront

10  of what we were trying to do here, to comply with the

11  order -- and I've -- I've read it repeatedly but it --

12  it -- in the remedial Congressional districting plan,

13  it must include in addition, a majority black

14  Congressional district.

15          And so in order to do those things, you have

16  to -- you have to find the right community, and no- --

17  not just communities of interest, but also communities

18  that allow you to draw districts that have the

19  population that would fit the criteria to get your

20  percentages where they need to be.

21          SEN. MORRIS:  I -- I appreciate your hard work

22  on this; however, I -- in its current state, I can't

1   support this map, as it disembowels northeast Louisiana

2   from its traditional community of interest in a

3   district that has been recognized and approved by the

4   courts in -- in prior years. And -- and really, it is a

5   disservice to the people of central Louisiana.

6           And so for that reason, I -- I can't support

7   it in its current shape. But I -- I -- I know you're

8   trying to do what the court says. But this -- this

9   court case, if not resolved by your map, has a long way

10  to go, and judge -- the -- the -- the lower court

11  judge's order is just very preliminary in this

12  proceeding. Did you know?

13          SEN. WARD:  Thank you.

14          SEN. CORTEZ:  Thank you. Senator Hewitt for

15  question on the bill.

16          SEN. HEWITT:  Thank you, Mr. President. And I

17  think you, Senator for bringing this bill, this, you

18  know -- yeah, the -- I and our community have been

19  working on redistricting for a long time. And so we

20  know how complicated it is -- it is to do a map. And

21  you're -- you're basically kind of trying to make some

22  of these changes on the fly.

1          And we have something like 3,400 precincts

2    you're trying to keep up with and make sure, you know,

3    we're not double-dipping or dropping any or whatever.

4    And so it's a -- it's a herculean effort, both on -- on

5    the part of the author as well as the staff, to try to

6    pull this together. So I do appreciate it. And I

7    appreciate, you know, your willingness to offer an

8    option, as I do with all the authors that have

9    participated this week.

10          I mentioned this in committee yesterday, you

11   know, specifically about my district in St. Bernard.

12   And I think, yeah, that's in that Jefferson, on the

13   Jefferson Orleans cut in St. Bernard, you know. You are

14   truly splitting up Chalmette right between District 3

15   and District 2 by doing that. I mean, it's just carving

16   out right in the middle of -- of Chalmette.

17          If ever there was a textbook community of

18   interest, and I would have said this before I was ever

19   elected and before I ever knew what a community of

20   interest was, it is the epitome of the people in

21   Chalmette. They're a multigenerational that have grown

22   up and lived in Chalmette.

1        You know, they -- there were finery workers,

2   they are fishermen, they're oyster men, they're seafood

3   guys, they're crabbers. Everybody's got a pair of white

4   shrimp boats, you know, at the front door.

5        They go to Rocky & Carlo's after church on

6   Sundays. I mean, it is a community of interest. And so

7   I absolutely, you know, would not be able to support a

8   map that breaks them up like this, into two different

9   Congressional districts. They are part of, you know,

10  some major flood protection systems.

11       There are many major projects on the books

12  that we are working to get to help protect St. Bernard,

13  who flooded, of course, so badly after Katrina. And so

14  that is -- that is a concern I raised yesterday and a

15  concern that I -- that I still have with the map and

16  its current posture.

17       A couple of others, sort of, just big picture

18  ideas -- and I think you've heard from some of the

19  members already and whose districts these reside, but

20  such a big team in the road shows, was about the late

21  Charles Lafayette area being seen as a community of

22  interest. You know, they have economic development

1    organizations that work across those -- all of those

2    parishes.

3           They are a very tight-knit community, and --

4    and they absolutely made the point very, very early on

5    and often, in this process, that they are a community

6    of interest. I also am concerned about some of the --

7    the fingers or the tentacles that we see throughout the

8    map. We talked about that a little bit yesterday in

9    committee.

10          You know, I -- I do think that, you know,

11   those -- those tentacles are done strictly for the

12   purpose of picking up black precincts to create the two

13   minority districts. And would you agree that that is --

14   that that was sort of the guiding principle or what you

15   were trying to accomplish was some of those?

16          SEN. WARD:  I -- I think in some cases -- I

17   went over this somewhat yesterday in committee. You

18   know, whenever you've got to try and get to certain

19   populations for different districts, whatever that may

20   look like, you -- you do have to end up with, I guess,

21   the way you describe it, tentacles here and there. And

22   it's -- it's mainly because our -- our population is

1    not necessarily just stacked in -- in locations

2    everywhere.

3            So in order to -- in order to make maps work,

4    you've -- you've got to find the appropriate amount of

5    population to make each district fit -- fit certain

6    criteria.

7            And so I think that all the different criteria

8    that go into drawing a map are weighted, and in this

9    particular case, wha- -- what we were ordered to do, in

10   my opinion, made it to where we -- we could to a

11   certain extent, you could even argue that it was in --

12   in the state's interest as us, drawing the map to -- to

13   move forward and try and find certain pockets of

14   population in order to make it work and abide by the

15   order that we were trying to operate under.

16           SEN. HEWITT:  So the order was to draw two

17   majority black districts. Was it not?

18           SEN. WARD:  That's correct.

19           SEN. HEWITT:  Did the judge tell us to do that

20   at the expense of communities of interest?

21           SEN. WARD:  I did not read the entire order,

22   so I -- I can't speak to that. But I do know that that

1   was the overarching reason for the order and -- and

2   what we were supposed to do in terms of trying to come

3   up with a new map.

4           SEN. HEWITT:  Okay. Well, I -- I have read the

5   order, and -- and I certainly can provide it to you.

6   But it -- communities of interest were not mentioned in

7   the order. I do not think she instructed us to -- to

8   draw districts at the expense of communities of

9   interest. I do not think we were instructed to draw

10  districts at the expense of our -- our cities, you

11  know. I do not -- she did not instruct us to do it any

12  particular way. She said, "Go do -- go draw two black

13  districts."

14          And so I do think there are -- obviously,

15  there have been several different creative ways

16  presented on -- on how to do that. But it is a

17  balancing act, and I do think that, you know, we still

18  have to honor all of the other redistricting principles

19  and not throw all of those out the window. strictly for

20  the purpose of trying to comply with the judge's order.

21  Would you not agree with that?

22          SEN. WARD:  Look, absolutely, I think you have

1    to follow all the -- all the redistricting principles

2    that have been in place for -- for quite some time.

3    What I -- what I can't predict is how a [inaudible]

4    judge will weigh them.

5            I -- I know that there's principles that have

6    been in place through court orders or through rulings

7    from over the years, but how -- how they have to

8    balance those or able to balance those, I don't have

9    the answer to.

10           But I do know that in terms of what we had to

11   do here, we had to make -- make a cognizant effort to

12   try and come up with two -- two districts.

13           SEN. HEWITT:  I also think one of the -- the

14   principles that -- that this map kind of violates in a

15   big way, and I think Senator Fesi touched on this, is

16   continuity of representation. You know, when you just

17   look at the map, and I've got the enacted map here to

18   compare, just visually, you look at how different that

19   is to your map.

20           And continuity of representation basically is

21   saying voters know their -- the performance of their

22   Congressmen or Congresswomen better than anybody. You

1   don't want to dump them tomorrow, into a new district,

2   right, where, you know -- the -- you're -- you're

3   basically not allowing the voters to hold that person

4   accountable that they have go- -- gotten to know and to

5   work with on the projects that are important to their

6   community.

7           And so by changing the overall complexion in

8   my opinion, you know, where you have the east west

9   district to the north, you certainly have the big

10  district along the coastline. District 6 is

11  dramatically different.

12          You know, if -- if we had enough time and we

13  could count up how many voters in your map would be in

14  a different district compared to the -- to the map as

15  it currently exists, I think it would be a significant

16  number of people in our state. It's got to be well

17  beyond half of them, would be in a new district.

18          And so, you know, continuity of representation

19  is one of those tra- -- it is called traditional

20  redistricting principles. It is one of those, and one

21  of those that we valued a lot in the map that we

22  enacted, which looks a lot like the map that we -- you

1    know, that we did in -- in 2010.

2            And so I do think continuity of -- of

3    representation is a big issue for me. I don't know how

4    you'd do an amendment, you know, to fix that, other

5    than, you know, amending the enacted plan into your

6    map. I mean, obviously, that would be one way to do it,

7    but that would not fulfill the two minority requirement

8    order, black order that we got from the judge. But that

9    is a concern of mine.

10           And again, it is -- that's what's been the

11   challenge for our -- our community throughout this

12   process, is balancing all of the redistricting

13   principles and the federal and state laws. And that's,

14   I guess, my -- I'll just wrap with this.

15           I do believe that -- that the map as you have

16   presented it, and again -- I do appreciate that it's

17   something different and it's a different look, but it

18   is to me, so focused solely on black districts and

19   black precincts, that it is done at the expense of all

20   the other redistricting principles. And I just, you

21   know, conceptually and personally have difficulty

22   balancing all that in my mind, where everything else is

1   kind of thrown out the window for that benefit.

2           So amendments to fix, St. Bernard would be

3   appreciated. Amendments, I think, to put Lake Charles

4   and Lafayette back together, would be appreciated, you

5   know, to the extent that in the process of that, we

6   could eliminate some of these fingers and tentacles.

7   Because you're going to have to make up these numbers

8   somewhere as you're making these changes, you know.

9           As you'll discover, you know, whenever you

10  make a change in one corner of the state, you will feel

11  the ripple all the way across the state. Probably every

12  district will be affected by that. Because you have to

13  balance them by equal population, which in general, the

14  courts have said in -- probably informally or at least

15  it's kind of been what we've been working within the

16  committee, something less than double-digit

17  differences.

18          Right. So you're talking about the difference

19  in the number of people, compared to the ideal number,

20  is like single-digits or double-digit differences. And

21  so that causes you -- of course, all precincts are not

22  the same size. So adding a precinct in one place, you -

1    - it's not an easy swap, because you've got precincts

2    with different numbers.

3         So I know our staffs are very capable, and I

4    know they'll work with you, you know, in trying to

5    address some of these issues. Thank you for your

6    willingness to try to take this on.

7         SEN. WARD:  Thank you.

8         SEN. CORTEZ:  Okay. Senator Ward, that's all

9    the questions. Members, what I- -- what I'd like to do,

10   I know we have set -- seven sets of amendments. I'm

11   told that the amendments, if one were to be adopted,

12   they would not be coordinated with the other

13   amendments.

14        So what I'd like to do is allow you to come up

15   and offer your amendment conceptually, and then let's

16   temporarily return it after you get the amendment

17   presented. And then at some point, I would like to be

18   able to recess and see if these amendments can fix some

19   of the concerns we heard up at this time. Senator Ward,

20   are you okay with that?

21        Okay. I believe we -- as we always do, we

22   start with the author's amendment first and then as

1    they were filed. So Madam Sector.

2            SEC. DIXON:  First set of amendments by

3    Senator Ward. They are set number 17. Set number 17. We

4    are hand -- passing out copies, but they are also on

5    your computer.

6            SEN. CORTEZ:  Senator Ward on your amendment.

7            SEN. WARD:  Members, I'm going to hold off for

8    a moment until everybody gets a paper copy. It's a lot

9    of moving parts. Get to the numbers here. Think we're

10   about ready. Get to the right page myself.

11           SEN. CORTEZ:  Senator Ward, just go ahead and

12   tell us what -- effectively, what the amendment does to

13   that.

14           SEN. WARD:  Yes. So the -- what we're doing

15   with the amendment is, we're just simply putting -- it

16   -- it came up multiple times on multiple bills with --

17   with the -- with the military bases and wanting to have

18   them all in one Congressional district.

19           So what we would do is, we would put Barksdale

20   Air Force Base into Congressional District 4. And by --

21   by doing that, in fact, we actually tighten up the

22   deviation across the state. It actually ends up being a

1    little tighter than what it was and -- or what it would

2    be in the original map. I do see a question.

3            SEN. CORTEZ:  Question on amendment. Senator

4    Peacock.

5            SEN. PEACOCK:  Thank you, Mr. President.

6    Senator Ward, I -- I appreciate you trying to address

7    the issue with -- with Barksdale Air Force Base, but --

8    and -- and this is just, I guess, part -- you still

9    have not addressed Camp Minden that is -- is -- that is

10   integral to our military defense of -- of -- of and

11   Webster Parish, and of course, Barksdale with Fort

12   Polk.

13           So Camp Minden is right on the Webster Parish-

14   Bossier Parish line. And -- and I know our National

15   Guard and it is part of our -- our [inaudible] defense

16   funding is related to Camp Minden along with Barksdale

17   Air Force Base in Fort Polk.

18           So that -- that is something I just want to,

19   you know, to address in this. I -- I do appreciate --

20   but then also, what we brought up earlier, you still

21   have where Congressman Johnson lives, significantly

22   down in population to the overall district. There's not

1  a substantial change.

2         SEN. WARD:  And -- and I understand that. And

3  I -- in terms of the Camp Minden portion, that was not

4  brought to my attention in committee, so I sought to

5  address what we discussed there. But what we are doing

6  is just to --

7         SEN. PEACOCK:  Just we're talking --

8         SEN. WARD:  -- talking about them in

9  principle. If there's a way we can try and address that

10  going forward, I'll -- I'll certainly do it.

11         SEN. PEACOCK:  Okay. Thank you.

12         SEN. CORTEZ:  Thank you. Se- -- Senator Foil,

13  did -- did you want -- okay. There are no further

14  questions on the amendment. Senator Ward, you want to

15  temporarily return it and let the next amendment --.

16  Okay. He returns it. Next amen- --

17         SEC. DIXON:  Next set of amendments are by

18  Senator Fields. They are set number 21. Set number 21.

19  We are passing them out. And they are on your computer.

20         SEN. CORTEZ:  Senator Fields.

21         SEN. FIELDS:  Thank you, Mr. President,

22  members. Thi- --this amendment, quite frankly, will do

1    three things. It will basically put the bill in the

2    same posture, SB1, with two exceptions. With two

3    exceptions, so I can be very transparent. It would be

4    the same app that I filed under SB1, but there will be

5    two exceptions to that.

6            One exception would be Senator Reese offered

7    an amendment in committee, that would make Vernon

8    Parish a whole. It would have that amendment on the

9    bill to keep the military community together. So that

10   amendment would be in this bill. And the other

11   amendment that was in the bill that Senator Foil

12   offered, that amendment would not be on the bill.

13           That's what this amendment would do. The

14   deviations would change slightly, but not enough to

15   affect the overall acceptable deviations. That's what

16   the amendment does. And I see that there are no

17   questions. And at the appropriate time, I move the

18   adoption. I [inaudible] now --

19           SEN. CORTEZ:  Look, there's a -- there's a

20   question.

21           SEN. FIELDS:  I know, I do see a question.

22           SEN. CORTEZ:  Question on the amendment.

1  Senator Foil.

2          SEN. FOIL:  Senator Fields, can you explain

3  the amendment that was -- that I had offered that's not

4  --

5          SEN. FIELDS:  Yes.

6          SEN. FOIL:  -- acceptable? Yes.

7          SEN. FIELDS:  I took your amendment off

8  Senator because your amendment basically in my view,

9  somewhat violates the judge's order, because it -- it

10 dictates to the court what it is to do. It basically

11 vio- -- violates the court order in this respect. One,

12 it -- if the -- if we --

13         SEN. CORTEZ:  Senat- -- Senator Fields, could

14 you explain to the members what his amendment did? It

15 was a committee of amendment that did not get adopted

16 since your bill did not get forwarded, so that the

17 members would know what his amendment offer?

18         SEN. FIELDS:  All right. Senator Foil had an

19 amendment that basically provided that if this bill is

20 ad- -- is adopted a pass, then it becomes law -- and

21 the court amendment -- I mean, and the court order is

22 overwritten by a higher court, that we would go back to

1    a previous act of the legislator.

2             And I -- I -- I think that's inappropriate. I

3    think basically what Senator Foil would be saying is,

4    the latest expression of the law would not be the

5    latest expression of the law. And so I took that out,

6    because I think that's inappropriate. Because the

7    latest expression of the law would be this bill.

8             SEN. FOIL:  Just to be clear, Senator Fields,

9    my amendment dealt with your bill. Senator Ward

10   introduced this bill with that language in it, so it

11   was not my amendment. That language was in the bill as

12   introduced by Senator Ward.

13            SEN. FIELDS:  A- -- and I apologize, but I'm

14   telling -- I'm talking about my bill as it pass the

15   committee, but that's right. And -- and so it takes

16   that out.

17            SEN. FOIL:  Right. So -- so the language that

18   you're taking out that Senator Ward has in his bill, in

19   summary, states, "If this litigation process goes

20   forward in the first map or determine to be legal, then

21   this piece of legislation would not go into effect."

22            SEN. FIELDS:  My bill would be clean. It won't

1    have any of that language in it whatsoever. That's what

2    -- that's what my amendment would do.

3            SEN. FOIL:  Thank you.

4            SEN. FIELDS:  You're welcome.

5            SEN. CORTEZ:  Question on the amendment.

6    Senator White.

7            SEN. WHITE:  Senator, I was just wanting to

8    look at your map because I left your map on my desk.

9    See how it differs. Okay. So this map senate District

10   6, does Senator Graves live in it?

11           SEN. FIELDS:  Yeah. Continuity of

12   representation was important. So all of the members of

13   -- present members of Congress, actually live in their

14   respective districts.

15           SEN. WHITE:  What's -- what's -- what's the

16   new minority districts?

17           SEN. FIELDS:  The new minority districts would

18   be -- would be senate -- I mean, Congressional District

19   number 5.

20           SEN. WHITE:  So five and two would be the

21   minority districts?

22           SEN. FIELDS:  Yes, sir.

1          SEN. WHITE:  And so -- I'm just going to ask

2     you, because you've been around a long time like me --

3     I never served in Congress but I watched many members

4     serve -- with this new federal court order, as I look

5     at it, and we wrestle with it, how do we fix it, what

6     do we do, what's the different continuities, do you

7     recall Judge John Parker's court order for East Baton

8     Rouge Parish for desegregation?

9          SEN. FIELDS:  I don't recall all of the

10     specifics, but I do recall. Yes, sir.

11          SEN. WHITE:  If you recall, I recall, because

12     I had children, and we were trying to be in public -- I

13     wanted them in public school. And that order, he

14     ordered East Baton Rouge Parish school board to redraw

15     all the lines, all the school districts lines.

16          And what he basically did, was took all of --

17     and -- and because we're using black and white in this,

18     I'm going to use the same language -- he forced all the

19     black kids in Baton Rouge to be bussed to the areas of

20     Central, St. George, Zachary, those areas. He ordered

21     all the white kids in those areas to be bussed to the

22     inner city.

1          We went from about 90,000 to about 60,000

2     students in East Baton Rouge Parish in a matter of

3     about 10 years. He completely destroyed our public

4     school system. It was good for extension in Levingston

5     and west Baton Rouge, because they gained all our

6     middle class kids it could more.

7          And -- and I -- and at that time, I coached

8     AAU, and I had a team with my daughter and 12 African

9     American girls on it. Their parents weren't happy with

10    it either, because they were forced to go to other

11    areas. It took forever to get that desegregation order

12    out, but by that time, we had lost our public schools

13    in east Baton Rouge parish.

14         And they were the top ranked -- them and

15    Jefferson were the two top ranked districts in the

16    state. And they went down to the bottom in a matter of

17    about 15 years. I'm -- I'm just wondering what's -- I

18    just -- an analogy, I see similarities if this judge is

19    going to pound us and keep making us draw districts.

20    What does it do for us? Is anybody going to know their

21    Congressman? Is anybody going to have the same

22    continuity that were seek to do this?

1          SEN. FIELDS:  A-- ye- -- absolutely, Cong- --

2    Senator. There are six members of the US Congress. Five

3    of them are white, one of them is black. The judge

4    simply said that's unfair. And this plan basically

5    complies with the judge's order.

6          And it makes two of the six majority black

7    districts. I -- I -- that's all it does. I mean, to me

8    it's very simple. A- -- and it only gives them the

9    opportunity to elect a candidate of their choice.

10          SEN. WHITE:  So the maps that the previous

11    senator had up here, you don't like those maps?

12          SEN. FIELDS:  In fact, I -- I plan to vote for

13    that map if they take an amendment off. There's an

14    amendment that -- that -- that really, in my opinion,

15    you know, defies the judge's order. If they take that

16    amendment off, I plan to vote for it, because it comp-

17    -- because it -- it -- outside of that a- -- out side

18    of that -- that amendment, I think it complies with

19    what the court order has -- I'll get it.

20          SEN. WHITE:  I'm sorry.

21          SEN. FIELDS:  I think it complies with what

22    the court has ordered.

1      SEN. WHITE:  Well, I -- I don't like it

2   because it cuts his parish in three pieces. And I -- I

3   know that if I need something, I can call Garret Graves

4   direct on his cell line, whether he is Baton Rouge or

5   whether he's in Washington, and -- and have a

6   discussion about an issue. I know he does the same on

7   state issues.

8      But if we have three Congressmen, I don't

9   know that I'll have that connectivity, the three

10  different Congressmen.

11     And it concerns me a great deal for the -- for

12  the metro area where no Congressman has a majority of

13  our metro Baton Rouge, East Baton Rouge Parish, the

14  biggest parish in the state.

15     And I -- I -- feel that we'll just be the

16  tail. We won't be the dog. We'll be the tail. And we'll

17  have to wag the dog if we get something done.

18     SEN. FIELDS:  Well, cong- -- Senator, there is

19  some -- there is an advantage to having more than one

20  Congressman. Baton Rouge have always had more than one

21  Congressman, you know. And -- and -- and when -- when -

22  - and there's been a big advantage to that.

1          I served with Congressman Richard Baker. As

2    you know, he's a Republican, I'm a Democrat. And down

3    there in Washington, everything is, you know -- not

4    everything, but most things are based on party. I was

5    the Democrat; he was the Republican. When the

6    Republicans win charge, we leaned on him. When the

7    Democrats win charge, they leaned on me. And we did a

8    good job delivering for the state of -- I mean, for the

9    city of Baton Rouge.

10          So the -- when -- when I hear members -- when

11   I heard members yesterday in a committee talking about,

12   "I want one single member of Congress representing this

13   area," there -- there -- there is nothing wrong with

14   having more than one member of Congress. In fact, there

15   is a big benefit having more than one, fighting for

16   your area, for federal dollars, for federal

17   appropriation, there is an advantage to that.

18          And -- and I think Richard Baker and I did a

19   good job for Baton Rouge. And I -- and I welcome more

20   than one member of Congress.

21          SEN. WHITE:  Well, thank you. And I appreciate

22   that. I remember those days, but it's not that simple

1  in Congress anymore. As you know, it's -- it's not that

2  simple. Those days were probably a lot better days than

3  what we are experiencing now.

4          My fear is we get three and -- and we can't

5  get their attention. And I just -- I don't -- I don't

6  think we would have the same stroke as you all had

7  then. And for that reason, I -- I can't support a lot

8  of these amendments and maps. But I just wanted to let

9  you know my concerns.

10          SEN. FIELDS:  Thank you, Senator White.

11          SEN. CORTEZ:  Thank you. Members, I want to

12  remind you that we are presenting these amendments in

13  concept, and I don't want to stifle debate. And I want

14  to allow everybody to ask questions.

15          We have four more people for questions on this

16  particular amendment, and a person for the floor on

17  this particular amendment, and then we have five more

18  amendments to go through in concept.

19          These are all being returned to the calendar

20  for you to go and work amongst yourselves to see if

21  there's a consensus that you can get to. Everybody

22  that's opposed to this amendment does not need to come

1    tell Senator Fields they are opposed to his amendment.

2          If you want to point out something that -- I -

3    - I -- I'm happy to have you do that. But I guess the

4    point being, if you're going to come for every

5    amendment and tell the same part that you're opposed to

6    on each amendment, I think we got that on the bill,

7    that you're opposed specifics of Senator Ward's bill.

8    So without having people having people repeat

9    themselves -- Senator Morris for question on the

10   amendment.

11         SEN. MORRIS:  I- -- I'll try to be bri- --

12   brief. Senator Fields, your map has a little section in

13   northeast Louisiana that juts into Ouachita Parish. And

14   you also have a section in -- that juts a -- a

15   significant part of East Baton Rouge and juts into

16   parts of East Baton Rouge Parish, I -- I think

17   including where we're standing here, if I'm not

18   mistaken. Can you explain why you have that little

19   appendage coming into Ouachita Parish and East Baton

20   Rouge Parish?

21         SEN. FIELDS:  That was the drawing of the map.

22   Senator, let me ask you a question. If -- if -- if that

1    bothers you, I- -- I'm more than willing for you to,

2    you know, make that a swear. And -- and -- and -- and

3    if it doesn't interfere with two majority black

4    districts, I would accept that as an amendment.

5            SEN. MORRIS:  I -- I appreciate that, but I --

6    I want to know your justification for this, why would

7    you reach out and grab these people in Ouachita and

8    these people in East Baton Rouge Parish.

9            SEN. FIELDS:  In drawing -- in drawing the

10   map, Senator, you know, I had to be within the

11   deviations. There are 6- -- 700 and some thousand

12   people you -- you had to be within a deviation.

13           And none of the maps were going to be

14   absolutely perfect, so I had to be within deviations.

15   So I -- tha- -- tha -- that would be best explanation I

16   could give for that.

17           SEN. MORRIS:  So you -- you didn't reach out

18   and grab the African American voters in Ouachita Parish

19   and African American voters in East Baton Rouge Parish?

20           SEN. FIELDS:  With District 6, as you know, is

21   not and African American district. So certainly, I did

22   not grab African Americans in District 6. That's --

1          SEN. MORRIS:  I'm pointing to five. The

2     yellow.

3          SEN. FIELDS:  I thought you were pointing to

4     six.

5          SEN. MORRIS:  I'm pointing to five.

6          SEN. FIELDS:  Okay.

7          SEN. MORRIS:  See that little pinged that

8     sticks in there?

9          SEN. FIELDS:  Yes. So I didn't grab them in

10    six. So District 5, that's a large portion of the

11    parish, in District 5. I mean, I had to be within the

12    deviation, so that's why the ma- -- map looks the way

13    it looks.

14          It's -- no- -- none of these maps, members,

15    are going to be perfectly shaped. You have to fall

16    within a certain deviation, and that's the way the

17    cookie will crumble, when you have to be in a -- a

18    perfect deviation, with members of Congress.

19          SEN. MORRIS:  So you did not intend -- because

20    these are apparently African American precincts -- so

21    that was not the purpose of grabbing of -- of -- of

22    that appendaged of District 5, which starts at the

1    Arkansas line and comes to where we are right now?

2           SEN. FIELDS:  That was not the sole purpose.

3    No, Se- -- Senator.

4           SEN. MORRIS:  But it was a purpose?

5           SEN. FIELDS:  Yeah. You can take race into

6    account in drawing maps. So race was a factor but it

7    was not the predominant factor.

8           SEN. MORRIS:  Thank you.

9           SEN. FIELDS:  Thank you, sir. I see that there

10   are further questions on the board [inaudible] --

11          SEN. CORTEZ:  Senator Hewitt for question on

12   the amendment.

13          SEN. FIELDS:  Be happy to hear.

14          SEN. HEWITT:  Thank you, Mr. President.

15   Senator, thank you again for being very consistent and

16   participating throughout this whole process in offering

17   solutions and maps, both in the normal -- the regular

18   redistricting session and again, in this one. And I --

19   and I respect that deeply.

20          So we had a -- this -- we had a five-hour

21   hearing at 9:00 a.m. on day two, to hear your bill. And

22   this bill, as you described it, is basically the same.

1   You took out the legal language that Senator Foil added

2   in committee, though it basically was added in Rick

3   Ward's bill, the original bill, and you took it out.

4   But the effect was the same, which I don't agree with.

5           And then you addressed the air- -- the

6   Barksdale Air Force Amendment that Senator Reese put on

7   the committee. And I -- I did support that. I thought

8   that was a good move. But there were lots of people

9   that came in that day to testify about problems in very

10  specific areas of the state.

11          We had, you know, the mayor for my hometown,

12  my parish, talk about Slidell. And I did talk about

13  that in my district about how it's carved up. I mean,

14  completely carved up in terms of a community of

15  interest with other parts of Slidell, parts of Pearl

16  River, parts of Lacombe, and how problematic that was

17  for us. It's just an example.

18          Did you -- I mean, you were there for the --

19  for the whole five hours -- did you in- -- incorporate

20  any of those concerns that were raised in committee and

21  -- and amendments in any way, in -- in this bill that

22  you're presenting to us today?

1      SEN. FIELDS:  N- -- n- -- no. I did not. And

2  in fact -- a- -- and I did hear their testimony, and it

3  did not go on deaf ears.  The- -- they were very fine

4  people. And -- and I talked to a few of them outside in

5  the hall. In fact, one of them said, "I apologize. I

6  think you -- I -- I hate -- I hate what you're -- you

7  know, I hate to be in your shoes." But I had to make

8  my, you know -- I had to say what I had to say.

9      But at the end of the day, you know, we're

10  under a court order to do what we're doing. And I -- I

11  really appreciate all of their testimony. But -- but

12  no, I -- I only took into account what the court has

13  said and what my colleague, Mr. Reese offered, because

14  it was a reasonable, very reasonable amendment.

15      And -- and I took my -- my other colleague,

16  Senator Foil's, amendment off, because I just didn't

17  think it was appropriate at the time.

18      SEN. HEWITT:  But wouldn't you agree that the

19  court order, the court didn't give us a map. Right? She

20  didn't tell us how to do it. Right? There are infinite

21  numbers of ways that you could draw a map that would

22  adhere to the court's order, and -- but yet -- so here

1    -- that's why we're here this week, is to try to do the

2    very best we can, in honoring all of the redistricting

3    principles, while drawing two black districts.

4            And I think there are opportunities to do

5    that. And you heard many suggestions on how to do that

6    in the committee hearing. And I guess I'm -- I would

7    have been -- I was hopeful that perhaps you had

8    incorporated some of those things in your map, because

9    you have had more time than anybody, to work on your

10   map. We heard your map first.

11           And Senator Ward's map is a day behind, which

12   doesn't sound like a lot, but in a six-day session,

13   it's huge.

14           And so, you know, I find that we're -- we're

15   in scramble mode here, trying to work on a map, on

16   Senator Ward's map, which we had the least amount of

17   time to look at and work on.

18           And -- and you've had the benefit of more

19   time, and, you know, was hopeful that -- that some of

20   that feedback that we got from people back home, would

21   have been considered in whatever amendment you might

22   bring today.

1          SEN. FIELDS:  You know, Senator, I'm glad you

2     mentioned that, because you've had that same time.

3     You've had the benefit of introducing a map. You

4     introduced the map without -- with -- with -- with one

5     -- you've introduced the map with one minority

6     district. You have made no effort to include in your

7     map, two minority districts. You have made no effort to

8     -- in fact -- well -- look, I'm doing the best I can.

9     I'm doing --

10          SEN. HEWITT:  [inaudible].

11          SEN. FIELDS: -- the best I can. I'm -- look,

12     tomorrow is Father's Day and -- and -- I -- I -- I want

13     to just -- I want to take a vote, and I want it to be

14     up or down. And I want us to just -- if -- if we can

15     get out of here today, let's get out of here today. But

16     -- but -- but I know what I've done, and you know what

17     I've done. And you have a bill in the committee right

18     now, that has one black district. And that's not what

19     the judge told us to do.

20          SEN. HEWITT:  It is an instrument, right, that

21     you could amend anything. You could amend your bill

22     onto that instrument, we could amend any bill onto that

1    instrument, so the purpose of that was to have another

2    instrument.

3            I -- I know you're working hard and I pra- --

4    and I'm working hard right next to you. Right? We're

5    putting in all the same hours. Appreciate your efforts.

6    And I also look forward to getting home for Father's

7    Day, if that be the will of this body. Thank you.

8            SEN. CORTEZ:  Thank you. Senator Morris, you

9    have your button for the floor on the bill. I think

10   Senator Fields is going to return this to the calendar,

11   but if you want to -- I didn- -- I don't want to stifle

12   the debate. If want to make a comment on the floor, you

13   certainly have the right to the floor.

14           SEN. FIELDS:  I thank [inaudible].

15           SEN. MORRIS:  Thank you, Mr. President. And I

16   -- I -- I have great respect for Senator Fields. He's

17   been here long time and -- and knows a lot about this

18   process. However, I do have to point out some things a-

19   -- about this whole process and what's -- what we're

20   voting on or will be voting on when we vote on this

21   amendment.

22           We have had more than one majority African

1    American district in this state. In fact, on two

2    occasions, we've had more than one majority African

3    American district. And you know what happened to those

4    districts? They were struck down by the United States

5    Supreme Court, because racial gerrymandering is not

6    appropriate.

7              And although according to Senator Fields, and

8    I take him at his word, that it was not racially ger- -

9    - gerrymandered, and that's why he doesn't reach out

10   and grab what appears to be all the -- the majority of

11   the African American districts in northeast Louisiana

12   and Ouachita Parish, by little odd-shaped appendage.

13   And also reaching into East Baton Rouge Parish, right

14   here where we're standing, maybe that's not racial

15   gerrymandering, but it gives every appearance of being

16   that.

17             And with -- with that, I'm going to close with

18   just a quote from the United States Supreme Court, and

19   this is in a 2018 case. "The equal protection clause

20   forbids racial gerrymandering. That is intentionally

21   assigning citizens to a district on the basis of race

22   without sufficient justification."

1          I asked Senator Fields what his justification

2     was, for those appendages I referred to a moment ago,

3     and the only thing I heard was, "We just need some more

4     population." I think it has to be more than that,

5     because I think this amendment -- the map created by

6     this amendment, would not only be bad for my area, but

7     I think it would be unconstitutional. And that's why at

8     the appropriate time, [inaudible]. Thank you, Mr.

9     President.

10          SEN. CORTEZ:  Thank you. There are no further

11     questions, no further members for to the floor. At this

12     time, Senator Fields will return it to the calendar

13     temporarily. Next amendment.

14          SEC. DIXON:  Next amendment is by Senator

15     Allain. Set number 20. Set number 20.

16          SEN. CORTEZ:  Senator Allain.

17          SEN. ALLAIN:  I'm going to wait until the maps

18     are passed out, but -- but basically, it was -- I was

19     trying to preserve the -- the communities of interest

20     in my area, the -- the -- the rural area as it stands.

21     And it's been represented for decades.

22          We move the third district out of Orleans

1   Parish and over toward Lafayette. And we did pick up

2   Lafayette because I believe there is a lot of common

3   interest between Dubois [ph] District in -- in my area.

4            So parts of Jefferson, Plaquermines,

5   Terrebonne, Assumption, St. Mary, Iberia, St. Martin,

6   and Abbeville, and going up in to -- a little bit up

7   into EBR, is what it does.

8            I -- I mean, this is strictly to satisfy what

9   I believe should be maintained as a community interest.

10  I see no questions. I'll -- I'll just let it stand as

11  it is.

12           SEN. CORTEZ:  Okay. Senator Allain returns it

13  to the -- temporarily returns it. Next amendment.

14           SEC. DIXON:  Next amendments are by Senator

15  Robert Mills. They are set number 22. Set number 22.

16           SEN. CORTEZ:  Senator Mills.

17           SEN. MILLS:  Thank you, Mr. President. And as

18  I mentioned earlier, when talking to Senator Ward, this

19  map simply brings back together Claiborne, Bossier,

20  Webster, this other Red River, as a -- a operating

21  unit, which it really is in fact. And it -- it only

22  deals with populations in Districts 4 and 5. And that's

1    basically the gist of this amendment, which I would ask

2    you to support at the appropriate time.

3             SEN. CORTEZ:  Okay. There are no questions.

4    Thank you, Senator Mills. He returns -- temporarily

5    returns it. Next amendment.

6             SEC. DIXON:  Next set of amendments are by

7    Senator Peacock. They are set number 19.

8             SEN. CORTEZ:  Senator Peacock.

9             SEN. PEACOCK:  Thank you, Mr. President.

10   Members, I'm going to waive my amendment, given what

11   Senator Mills just presented, because it -- it -- it

12   establishes the same concept. So I -- I withdraw my

13   amendment.

14            SEN. CORTEZ:  He withdraws.

15            SEC. DIXON:  And the last set of amendments

16   are by Senator Luneau. They are set number 23. Set

17   number 23.

18            SEN. CORTEZ:  Senator Luneau.

19            SEN. LUNEAU:  Thank you, Mr. President.

20   Members, this amendment, what is does is that it makes

21   the -- the act effective upon the signature of the

22   governor, if not signed by the governor upon the

1  expiration of time for the bills to become law without

2  the signature.

3          The reason for that is because the court has

4  given us a deadline within which to have this done. And

5  this would -- this would comply with the deadline. As

6  the bill stands now, it does not comply with that, so

7  it would not be in compliance with the court's order.

8          Even though I have my legislative hat on

9  today, I have to keep my lawyer hat on all the time.

10  And as an officer of the court, I believe it's

11  important that I follow the -- the orders of the court,

12  and that is a direct order of the court. So that's the

13  reason for this amendment.

14          SEN. CORTEZ:  Okay. Thank you, Senator. He

15  temporarily returns it.

16          SEC. DIXON:  The next set of amendments are by

17  Senator Fields. They are set number 25. Set number 25.

18          SEN. CORTEZ:  Senator Fields.

19          SEN. FIELDS:  Mr. President, it came to my

20  attention that -- I explained the amendment already.

21  They did not take the amendment out that deals with the

22  -- upon the signature of the governor. So this would

1   have to be a second amendment. So that's what this

2   amendment does.

3          SEN. CORTEZ:  Okay. And is this amendment on

4   the computer?

5          SEC. DIXON:  Yes.

6          SEN. CORTEZ:  Okay. Members, this one has not

7   been handed out but -- or it is being handed out, but

8   it is on the computer, if you'd like to pull it up.

9          SEN. FIELDS:  Basically, it was a -- a draft

10  thing error. When I add bill to draft the amendment, I

11  told him I wanted to -- to accept Mr. Reece's

12  amendment. But I did not want to accept my -- my Baton

13  Rouge colleague's amendment. And they forgot to take

14  off my Baton Rouge's colleagues amendment. And this

15  would basically take it off.

16         SEN. CORTEZ:  My understand, Senator Fields,

17  this is a -- a exact duplicate of what Senator Luneau

18  just presented as well?

19         SEN. FIELDS:  Yes.

20         SEN. CORTEZ:  Okay. Duplicate amendment. All

21  right. He temporarily re- -- returns it. Any other

22  amendments?

1          Okay, members, you've been presented the bill.

2     You've been -- you've heard the questions and the

3     comments, and you've been presented with seven, I think

4     now eight amendments. One has been withdrawn.

5          At this time, what I'd like to do, is have a

6     standard recess to allow Senator Ward to -- to visit

7     with you all on the different amendments and to see if

8     there's an opportunity to find consensus to get -- as

9     you know, in this building, it's about getting 20

10    votes. So at this time, I'm going to -- I'm going to

11    allow us to stand at recess until 1:15. Stand at recess

12    till 1:15.

13

14

15

16

17

18

19

20

21

22

1          CERTIFICATE OF TRANSCRIBER

2          I, Chris Naaden, a transcriber, hereby declare

3     under penalty of perjury that to the best of my ability

4     from the audio recordings and supporting information;

5     and that I am neither counsel for, related to, nor

6     employed by any of the parties to this case and have no

7     interest, financial or otherwise, in its outcome, the

8     above 89 pages contain a full, true and correct

9     transcription of the tape-recording that I received

10    regarding the event listed on the caption on page 1.

11

12          I further declare that I have no interest in

13    the event of the action.

14

15    _____

16    June 27, 2022

17    Chris Naaden

18

19    (453585, 3. Senate Chamber June 18 Part 1)

20

21

22

| **A** |
| --- |

**a-**
70:1
**aau**
69:8
**abbeville**
85:6
**abide**
54:14
**abided**
20:22
**abigail**
4:22
**ability**
90:3
**able**
2:13, 12:19,
27:2, 33:2,
44:22, 52:7,
56:8, 60:18
**about**
8:21, 10:1,
16:10, 18:20,
21:2, 21:12,
23:19, 23:21,
24:15, 26:6,
27:13, 27:15,
30:17, 31:19,
38:15, 40:3,
40:8, 41:12,
42:11, 42:13,
51:11, 52:20,
53:6, 53:8,
59:18, 61:10,
63:8, 66:14,
69:1, 69:3,
69:17, 71:6,
72:11, 78:9,
78:12, 78:13,
82:17, 82:19,
89:9
**above**
14:22, 90:8
**abraham**
36:22, 37:4,
38:11, 38:17
**absolutely**
5:4, 21:22,

25:10, 46:2,
46:20, 52:7,
53:4, 55:22,
70:1, 75:14
**accept**
12:16, 75:4,
88:11, 88:12
**acceptable**
64:15, 65:6
**accomplish**
53:15
**according**
83:7
**account**
19:8, 39:4,
44:1, 77:6,
79:12
**accountable**
57:4
**achieve**
7:20, 44:5
**acreage**
26:17
**across**
4:1, 4:2, 31:6,
53:1, 59:11,
61:22
**act**
5:15, 36:7,
55:17, 66:1,
86:21
**action**
90:13
**actually**
24:14, 61:21,
61:22, 67:13
**ad**
65:20
**adamant**
11:9
**add**
88:10
**added**
78:1, 78:2
**adding**
59:22
**addition**
49:13

**additional**
7:12
**address**
60:5, 62:6,
62:19, 63:5,
63:9
**addressed**
62:9, 78:5
**adhere**
79:22
**adopted**
60:11, 65:15,
65:20
**adoption**
64:18
**advantage**
25:9, 71:19,
71:22, 72:17
**affect**
64:15
**affected**
59:12
**african**
69:8, 75:18,
75:19, 75:21,
75:22, 76:20,
82:22, 83:2,
83:11
**after**
29:10, 52:5,
52:13, 60:16
**ag**
26:15
**again**
18:22, 33:20,
38:1, 41:6,
41:21, 44:10,
58:10, 58:16,
77:15, 77:18
**against**
9:10, 9:17
**ago**
14:1, 84:2
**agree**
26:8, 27:22,
31:17, 47:9,
48:3, 48:12,
53:13, 55:21,

78:4, 79:18
**agricultural**
26:9, 26:14
**agriculture**
27:10
**ahead**
61:11
**aids**
26:3
**air**
10:16, 35:11,
42:12, 45:14,
61:20, 62:7,
62:17, 78:5,
78:6
**alerted**
24:15
**all**
2:8, 2:19, 3:6,
3:22, 4:1, 4:2,
4:8, 4:11, 5:8,
6:9, 6:15, 6:22,
7:15, 7:17, 8:2,
9:20, 10:9,
10:17, 12:20,
13:3, 13:18,
14:9, 15:20,
19:8, 20:9,
20:10, 22:16,
24:6, 25:6,
28:5, 28:14,
29:11, 29:13,
29:22, 30:22,
31:6, 33:5,
33:22, 34:5,
34:10, 35:10,
36:10, 39:6,
40:17, 42:17,
42:18, 43:17,
47:6, 47:8,
49:7, 51:8,
53:1, 54:7,
55:18, 55:19,
56:1, 58:12,
58:19, 58:22,
59:11, 59:21,
60:8, 61:18,
65:18, 67:12,

68:9, 68:15,
68:16, 68:18,
68:21, 69:5,
70:7, 73:6,
73:19, 79:11,
80:2, 82:5,
83:10, 87:9,
88:20, 89:7
**allain**
25:22, 26:1,
26:2, 26:21,
28:17, 30:5,
31:22, 33:8,
34:22, 84:15,
84:16, 84:17,
85:12
**allegiance**
4:8
**allow**
11:4, 49:18,
60:14, 73:14,
89:6, 89:11
**allowing**
57:3
**allows**
11:14
**almost**
37:9, 38:5
**along**
57:10, 62:16
**already**
8:11, 9:5,
29:10, 35:18,
45:17, 52:19,
87:20
**also**
2:15, 12:5,
16:2, 19:3,
49:17, 53:6,
56:13, 61:4,
62:20, 74:14,
82:6, 83:13
**altering**
36:18
**although**
83:7
**always**
6:17, 18:9,

21:5, 26:12,
27:2, 48:1,
60:21, 71:20
**amen**
4:7, 63:16
**amend**
81:21, 81:22
**amending**
58:5
**amendment**
10:20, 11:1,
11:13, 11:17,
11:19, 12:2,
12:17, 12:22,
18:1, 18:19,
19:11, 29:10,
35:16, 35:17,
36:18, 37:15,
45:14, 58:4,
60:15, 60:16,
60:22, 61:6,
61:12, 61:15,
62:3, 63:14,
63:15, 63:22,
64:7, 64:8,
64:10, 64:11,
64:12, 64:13,
64:16, 64:22,
65:3, 65:7,
65:8, 65:14,
65:15, 65:17,
65:19, 65:21,
66:9, 66:11,
67:2, 67:5,
70:13, 70:14,
70:16, 70:18,
73:16, 73:17,
73:22, 74:1,
74:5, 74:6,
74:10, 75:4,
77:12, 78:6,
79:14, 79:16,
80:21, 82:21,
84:5, 84:6,
84:13, 84:14,
85:13, 86:1,
86:5, 86:10,
86:13, 86:20,

87:13, 87:20,
87:21, 88:1,
88:2, 88:3,
88:10, 88:12,
88:13, 88:14,
88:20
**amendment's**
36:17
**amendments**
9:22, 12:6,
12:8, 12:9,
12:12, 12:13,
27:20, 29:20,
35:15, 38:12,
40:22, 43:16,
45:10, 45:11,
45:13, 59:2,
59:3, 60:10,
60:11, 60:13,
60:18, 61:2,
63:17, 73:8,
73:12, 73:18,
78:21, 85:14,
86:6, 86:15,
87:16, 88:22,
89:4, 89:7
**america**
4:9
**american**
69:9, 75:18,
75:19, 75:21,
76:20, 83:1,
83:3, 83:11
**americans**
75:22
**amite**
14:22, 31:14
**amongst**
73:20
**amount**
29:5, 43:5,
54:4, 80:16
**analogy**
69:18
**another**
9:9, 29:16,
33:6, 46:9, 82:1
**answer**
8:11, 9:22,

56:9
**any**
6:3, 9:21,
12:22, 16:17,
16:19, 17:9,
17:11, 17:13,
17:14, 23:9,
23:15, 27:22,
29:15, 34:7,
37:21, 44:3,
44:6, 48:17,
51:3, 55:11,
67:1, 78:20,
78:21, 81:22,
88:21, 90:6
**anybody**
15:17, 56:22,
69:20, 69:21,
80:9
**anymore**
73:1
**anyone**
44:11
**anything**
8:7, 9:22,
19:1, 33:3,
81:21
**apologize**
66:13, 79:5
**app**
64:4
**apparently**
76:20
**appear**
35:2
**appearance**
83:15
**appears**
22:1, 30:22,
83:10
**appendage**
74:19, 83:12
**appendaged**
76:22
**appendages**
84:2
**applaud**
33:8

**appreciate**
18:16, 18:22,
19:10, 26:4,
28:17, 30:6,
35:4, 35:9,
36:1, 36:18,
41:15, 49:21,
51:6, 51:7,
58:16, 62:6,
62:19, 72:21,
75:5, 79:11,
82:5
**appreciated**
59:3, 59:4
**appropriate**
54:4, 64:17,
79:17, 83:6,
84:8, 86:2
**appropriation**
72:17
**approved**
50:3
**area**
10:12, 10:15,
10:18, 14:15,
14:16, 14:21,
15:13, 15:21,
18:4, 21:21,
22:7, 22:9,
26:8, 26:11,
28:18, 28:21,
31:11, 31:13,
32:12, 37:10,
43:2, 44:19,
45:2, 47:4,
47:16, 52:21,
71:12, 72:13,
72:16, 84:6,
84:20, 85:3
**areas**
17:3, 17:9,
22:10, 27:1,
27:5, 32:7,
68:19, 68:20,
68:21, 69:11,
78:10
**argue**
54:11

**argument**
27:13, 46:11
**arkansas**
77:1
**armed**
45:7
**around**
6:18, 8:3, 8:6,
11:11, 11:15,
19:7, 21:18,
21:21, 26:15,
33:3, 38:1,
41:13, 68:2
**ascension**
31:13
**asked**
84:1
**assert**
46:7
**assigning**
83:21
**assistance**
20:18
**assumption**
47:2, 85:5
**attempt**
8:5, 30:7
**attention**
15:17, 16:14,
17:11, 20:5,
38:3, 63:4,
73:5, 87:20
**attitudes**
13:7
**audio**
90:4
**author**
51:5
**author's**
12:9, 60:22
**authorization**
36:7
**authors**
51:8
**avoyelles**
22:13, 22:16,
22:17, 22:20,
24:10

**aware**
20:19
**away**
3:4, 3:6, 3:7,
3:17, 4:20, 34:8

**B**

**babylon**
3:8
**back**
7:10, 10:6,
12:12, 12:19,
29:1, 33:20,
41:1, 59:4,
65:22, 80:20,
85:19
**bad**
84:6
**badly**
52:13
**baker**
72:1, 72:18
**balance**
49:8, 56:8,
59:13
**balances**
30:21
**balancing**
55:17, 58:12,
58:22
**bank**
18:8
**barksdale**
10:16, 35:11,
36:9, 42:12,
61:19, 62:7,
62:11, 62:16,
78:6
**barrow**
2:6, 27:14
**barton**
28:19
**base**
10:17, 35:12,
42:12, 45:14,
61:20, 62:7,
62:17
**based**
72:4

**bases**
35:21, 36:12,
61:17
**basically**
32:9, 43:9,
50:21, 56:20,
57:3, 64:1,
65:8, 65:10,
65:19, 66:3,
68:16, 70:4,
77:22, 78:2,
84:18, 86:1,
88:9, 88:15
**basin**
31:14, 31:19
**basis**
83:21
**baton**
15:4, 15:13,
16:11, 16:13,
17:6, 17:7,
17:9, 17:10,
20:6, 22:17,
22:18, 31:11,
32:13, 49:2,
68:7, 68:14,
68:19, 69:2,
69:5, 69:13,
71:4, 71:13,
71:20, 72:9,
72:19, 74:15,
74:16, 74:19,
75:8, 75:19,
83:13, 88:12,
88:14
**beach**
39:13
**beachfront**
39:11
**bear**
3:13
**beautiful**
5:4
**because**
6:16, 7:9,
7:18, 17:7,
18:19, 19:5,
21:2, 21:8,

22:6, 23:10,
24:18, 26:14,
27:7, 33:2,
33:11, 33:14,
35:1, 37:17,
38:5, 41:20,
44:18, 47:6,
47:18, 53:22,
59:7, 59:12,
60:1, 65:8,
65:9, 66:6,
67:8, 68:2,
68:11, 68:17,
69:5, 69:10,
70:16, 70:17,
71:2, 76:19,
79:13, 79:16,
80:8, 81:2,
83:5, 84:5,
85:2, 86:11,
87:3
**become**
87:1
**becomes**
8:4, 34:19,
65:20
**been**
6:9, 6:10,
6:12, 6:13,
6:14, 12:2,
18:9, 19:18,
20:9, 20:10,
24:11, 25:16,
26:12, 27:2,
28:20, 33:2,
35:12, 38:1,
38:14, 39:18,
40:8, 41:10,
50:3, 50:18,
55:15, 56:2,
56:6, 58:10,
59:15, 68:2,
71:22, 80:7,
80:21, 82:17,
84:21, 88:7,
89:1, 89:2,
89:3, 89:4
**before**
5:21, 9:21,

28:22, 51:18,
51:19
**beget**
3:11
**behalf**
13:17
**behind**
35:10, 80:11
**being**
11:9, 16:17,
23:19, 27:1,
49:3, 52:21,
61:22, 73:19,
74:4, 77:15,
83:15, 88:7
**belabor**
17:21
**believe**
47:5, 58:15,
60:21, 85:2,
85:9, 87:10
**benefit**
59:1, 72:15,
80:18, 81:3
**bernard**
4:15, 27:9,
31:5, 51:11,
51:13, 52:12,
59:2
**best**
6:18, 11:22,
14:6, 14:8,
22:5, 34:9,
75:15, 80:2,
81:8, 81:11,
90:3
**bet**
26:20
**better**
17:15, 17:16,
26:2, 41:19,
56:22, 73:2
**between**
9:15, 10:21,
11:21, 34:1,
36:8, 39:16,
51:14, 85:3
**beyond**
46:12, 49:4,

57:17
**bienville**
11:3
**big**
5:2, 18:6,
37:10, 39:16,
43:1, 46:15,
52:17, 52:20,
56:15, 57:9,
58:3, 71:22,
72:15
**biggest**
16:15, 71:14
**bill**
5:13, 6:1, 6:7,
7:5, 8:10, 8:12,
9:19, 10:1,
10:3, 12:5,
13:11, 17:19,
18:2, 30:14,
35:7, 37:1,
37:3, 38:19,
42:7, 44:14,
46:5, 48:9,
48:11, 50:15,
50:17, 64:1,
64:9, 64:10,
64:11, 64:12,
65:16, 65:19,
66:7, 66:9,
66:10, 66:11,
66:14, 66:18,
66:22, 74:6,
74:7, 77:21,
77:22, 78:3,
78:21, 81:17,
81:21, 81:22,
82:9, 87:6,
88:10, 89:1
**billion**
36:7, 36:13
**billions**
39:22
**bills**
5:12, 61:16,
87:1
**bit**
27:14, 39:10,

40:7, 53:8, 85:6
**black**
7:12, 8:14,
8:19, 9:4,
49:13, 53:12,
54:17, 55:12,
58:8, 58:18,
58:19, 68:17,
68:19, 70:3,
70:6, 75:3,
80:3, 81:18
**bless**
4:6
**blindly**
12:16
**board**
68:14, 77:10
**boats**
52:4
**body**
13:20, 48:4,
48:9, 48:11,
48:17, 82:7
**book**
2:19
**books**
52:11
**born**
4:22, 5:3
**bossier**
10:8, 11:2,
42:18, 42:21,
43:7, 44:17,
44:20, 62:14,
85:19
**both**
17:6, 27:19,
40:1, 51:4,
77:17
**bothers**
75:1
**bottom**
69:16
**boudreaux**
2:7
**break**
29:14
**breaking**
18:20

**breaks**
20:20, 52:8
**bri**
74:11
**bridge**
37:3
**brief**
74:12
**briefly**
8:10
**bright**
5:6
**bring**
16:22, 37:13,
80:22
**bringing**
42:9, 50:17
**brings**
31:10, 85:19
**broken**
16:3
**brought**
26:3, 27:13,
39:21, 62:20,
63:4
**build**
3:8, 6:18,
11:10, 11:14,
33:3, 41:13
**building**
8:6, 89:9
**builds**
30:3
**bussed**
68:19, 68:21
**button**
82:9
**buy**
26:20, 26:21
**buzzword**
33:13
**byproduct**
16:6

---
**C**
---

**caddo**
10:8, 11:2,
42:19

**calcasieu**
37:7, 37:8,
43:4, 43:6
**calendar**
73:19, 82:10,
84:12
**call**
2:3, 33:12,
49:1, 71:3
**called**
7:10, 57:19
**calls**
41:3
**came**
21:1, 61:16,
78:9, 87:19
**cameron**
33:17
**camp**
10:17, 36:9,
62:9, 62:13,
62:16, 63:3
**can't**
18:12, 27:18,
27:19, 49:22,
50:6, 54:22,
56:3, 73:4, 73:7
**candidate**
70:9
**cannot**
25:17
**capable**
60:3
**capital**
15:14
**caption**
90:10
**captive**
3:6, 3:17
**captives**
2:21, 3:4
**capturing**
49:7
**care**
36:17
**carlo's**
52:5
**carried**
3:4, 3:6, 3:7,

3:17
**carter**
2:4, 2:9, 2:11,
2:12, 8:17, 9:12
**carved**
78:13, 78:14
**carving**
51:15
**case**
50:9, 54:9,
83:19, 90:6
**cases**
20:20, 53:16
**caused**
3:7, 3:16
**causes**
59:21
**celebrating**
2:16, 2:18
**cell**
71:4
**center**
49:2, 49:3
**central**
14:20, 50:5,
68:20
**certain**
20:1, 53:18,
54:5, 54:11,
54:13, 76:16
**certainly**
11:12, 11:17,
12:21, 15:19,
36:12, 55:5,
57:9, 63:10,
75:21, 82:13
**certificate**
90:1
**challenge**
40:20, 58:11
**chalmette**
51:14, 51:16,
51:21, 51:22
**chamber**
1:8, 90:19
**champions**
39:18
**chance**
41:14

**change**
9:5, 19:5,
37:18, 59:10,
63:1, 64:14
**changes**
17:14, 24:8,
41:3, 50:22,
59:8
**changing**
57:7
**chapter**
2:20
**charge**
72:6, 72:7
**charles**
37:10, 42:18,
43:10, 52:21,
59:3
**children**
68:12
**choice**
9:9, 9:15, 70:9
**chris**
90:2, 90:17
**christian**
1:22
**church**
52:5
**cities**
10:14, 55:10
**citizens**
83:21
**city**
3:16, 10:16,
15:14, 18:3,
68:22, 72:9
**claiborne**
85:19
**class**
69:6
**clause**
83:19
**clean**
66:22
**clear**
13:19, 27:3,
66:8
**clerk**
4:13, 5:12

clint
5:1
close
2:8, 83:17
closer
8:2, 38:3
cloud
19:12, 19:14,
22:1, 23:4,
24:3, 25:15,
25:20
coached
69:7
coast
31:6, 39:1,
39:19, 39:20,
40:3
coastal
41:1
coastline
38:21, 39:7,
46:10, 46:15,
57:10
cognizant
56:11
cohesiveness
49:5
colleague
79:13, 79:15
colleague's
88:13
colleagues
88:14
come
2:2, 8:8,
24:16, 25:17,
27:21, 29:4,
29:20, 44:8,
47:19, 55:2,
56:12, 60:14,
73:22, 74:4
comes
14:20, 77:1
coming
27:20, 29:10,
74:19
comite
14:19

comment
37:7, 82:12
comments
37:21, 89:3
commercial
34:15
commission
31:14
committee
7:7, 11:8,
15:22, 35:16,
36:2, 36:3,
51:10, 53:9,
53:17, 59:16,
63:4, 64:7,
65:15, 66:15,
72:11, 78:2,
78:7, 78:20,
80:6, 81:17
committees
45:7
common
32:14, 85:2
commonality
17:6
communication
6:4
communities
3:22, 4:1,
10:13, 20:3,
22:2, 22:5,
31:7, 33:12,
33:13, 34:2,
34:20, 35:3,
46:13, 46:19,
47:7, 47:16,
47:22, 49:17,
54:20, 55:6,
55:8, 84:19
community
10:9, 18:6,
18:20, 31:9,
37:14, 46:8,
46:17, 47:9,
49:16, 50:2,
50:18, 51:17,
51:19, 52:6,
52:21, 53:3,

53:5, 57:6,
58:11, 64:9,
78:14, 85:9
comp
70:16
compare
56:18
compared
22:20, 57:14,
59:19
comparison
41:9
competing
20:4, 20:9,
22:9
complete
16:4
completely
31:16, 33:1,
69:3, 78:14
complexion
57:7
compliance
87:7
complicated
50:20
complies
41:7, 70:5,
70:18, 70:21
comply
33:3, 42:10,
49:10, 55:20,
87:5, 87:6
complying
32:22
computer
45:16, 61:5,
63:19, 88:4,
88:8
concept
73:13, 73:18,
86:12
conceptually
58:21, 60:15
concern
16:17, 16:20,
18:2, 18:11,
21:8, 26:22,

31:2, 31:21,
36:16, 38:7,
45:1, 45:8,
46:1, 46:2,
52:14, 52:15,
58:9
concerned
10:13, 21:2,
35:3, 53:6
concerns
16:10, 18:20,
42:11, 60:19,
71:11, 73:9,
78:20
cong
70:1, 71:18
congratulations
5:11
congress
9:1, 9:8, 23:2,
23:8, 23:10,
24:7, 33:18,
34:4, 45:7,
47:21, 67:13,
68:3, 70:2,
72:12, 72:14,
72:20, 73:1,
76:18
congressional
5:17, 7:11,
7:13, 7:22,
10:19, 10:21,
11:4, 11:5,
18:10, 22:14,
42:16, 44:18,
45:4, 49:12,
49:14, 52:9,
61:18, 61:20,
67:18
congressman
8:16, 9:11,
9:12, 9:16,
16:12, 17:11,
20:5, 27:4,
27:6, 32:4,
39:17, 40:2,
40:5, 40:9,

40:11, 40:14,
40:16, 42:14,
43:9, 44:7,
45:4, 62:21,
69:21, 71:12,
71:20, 71:21,
72:1
**congressmen**
16:1, 32:11,
38:6, 56:22,
71:8, 71:10
**congressperson**
20:13, 23:16,
23:22
**congresswoman**
9:16, 23:5
**congresswomen**
56:22
**connected**
10:17
**connectivity**
71:9
**consensus**
6:18, 8:6,
11:10, 11:15,
27:21, 28:10,
29:5, 30:3,
33:3, 41:13,
73:21, 89:8
**conservative**
18:4
**consider**
26:13, 28:9
**considered**
80:21
**consistent**
77:15
**consolidate**
11:2
**constituency**
12:1
**constituent's**
25:14, 25:15
**construction**
36:8
**contain**
90:8
**contained**
37:3

**continue**
8:17
**continues**
3:4
**continuities**
68:6
**continuity**
26:6, 56:16,
56:20, 57:18,
58:2, 67:11,
69:22
**contour**
39:2, 39:4
**conversation**
13:2
**cookie**
76:17
**coordinate**
29:13
**coordinated**
60:12
**copies**
61:4
**copy**
61:8
**corner**
21:10, 59:10
**corners**
6:20
**correct**
14:5, 30:19,
43:19, 43:21,
54:18, 90:8
**cortez**
2:2, 4:12,
4:15, 5:11,
5:18, 6:5, 6:7,
10:3, 12:3,
13:10, 16:21,
17:18, 19:12,
25:22, 30:13,
35:6, 36:22,
38:18, 42:6,
46:4, 50:14,
60:8, 61:6,
61:11, 62:3,
63:12, 63:20,
64:19, 64:22,

65:13, 67:5,
73:11, 77:11,
82:8, 84:10,
84:16, 85:12,
85:16, 86:3,
86:8, 86:14,
86:18, 87:14,
87:18, 88:3,
88:6, 88:16,
88:20
**could**
12:16, 16:18,
20:14, 34:5,
46:16, 47:3,
54:10, 54:11,
57:13, 59:6,
65:13, 69:6,
75:16, 79:21,
81:21, 81:22
**could've**
41:18
**counsel**
90:5
**count**
57:13
**counterparts**
18:12
**couple**
33:10, 52:17
**course**
9:19, 46:12,
52:13, 59:21,
62:11
**court**
25:5, 25:10,
30:2, 33:1,
41:8, 50:8,
50:9, 50:10,
56:6, 65:10,
65:11, 65:21,
65:22, 68:4,
68:7, 70:19,
70:22, 79:10,
79:12, 79:19,
83:5, 83:18,
87:3, 87:10,
87:11, 87:12
**court's**
79:22, 87:7

**courts**
49:9, 50:4,
59:14
**covering**
42:22
**covid**
20:10
**coy**
12:15
**crabbers**
52:3
**craw**
34:14
**create**
20:1, 53:12
**created**
19:17, 84:5
**creates**
9:3, 28:3, 28:4
**creating**
20:2, 20:3,
21:18, 29:16
**creative**
55:15
**criteria**
49:19, 54:6,
54:7
**crumble**
76:17
**culturally**
22:18
**current**
8:16, 44:2,
46:22, 48:15,
49:22, 50:7,
52:16
**currently**
7:3, 8:17,
40:5, 40:11,
45:4, 57:15
**cut**
14:15, 15:2,
15:7, 51:13
**cuts**
71:2

---
**D**
---
**dad**
5:9

| | | | |
|---|---|---|---|
| **data** | **defies** | 75:12, 76:12, | **diluting** |
| 45:11, 45:19 | 70:15 | 76:16, 76:18 | 36:16 |
| **daughter** | **definitely** | **deviations** | **diminish** |
| 5:1, 69:8 | 13:6 | 64:14, 64:15, | 3:14 |
| **daughters** | **delegation** | 75:11, 75:14 | **diminished** |
| 3:11, 3:12, | 12:17 | **dictates** | 45:3 |
| 3:13 | **delegations** | 65:10 | **direct** |
| **davis** | 8:3, 32:7 | **didn** | 71:4, 87:12 |
| 37:8, 37:11 | **deliberation** | 82:11 | **disadvantage** |
| **day** | 14:3 | **difference** | 20:14, 20:15 |
| 11:16, 30:10, | **deliver** | 33:12, 39:2, | **disadvantaged** |
| 77:21, 78:9, | 2:13 | 39:4, 39:16, | 20:4, 22:9 |
| 79:9, 80:11, | **delivering** | 43:3, 47:13, | **disagree** |
| 81:12, 82:7 | 72:8 | 59:18 | 29:18 |
| **days** | **democrat** | **differences** | **disasters** |
| 5:6, 6:10, | 25:8, 72:2, | 11:21, 59:17, | 20:11 |
| 6:14, 14:3, | 72:5 | 59:20 | **discover** |
| 14:4, 24:12, | **democratic** | **different** | 59:9 |
| 29:8, 41:22, | 24:22, 25:8 | 6:20, 6:22, | **discuss** |
| 72:22, 73:2 | **democrats** | 7:15, 8:7, | 5:22 |
| **deadline** | 72:7 | 13:20, 13:22, | **discussed** |
| 29:9, 87:4, | **depending** | 22:21, 23:17, | 63:5 |
| 87:5 | 9:14 | 28:5, 32:2, | **discussion** |
| **deaf** | **describe** | 32:18, 32:21, | 71:6 |
| 79:3 | 53:21 | 33:1, 33:6, | **discussions** |
| **deal** | **described** | 33:14, 33:15, | 42:12 |
| 13:20, 16:12, | 2:20, 77:22 | 34:2, 39:5, | **disembowels** |
| 32:10, 46:15, | **desegregation** | 39:7, 46:13, | 50:1 |
| 71:11 | 68:8, 69:11 | 46:14, 47:1, | **dispense** |
| **dealing** | **designed** | 47:16, 47:22, | 4:16 |
| 2:15, 32:17 | 42:14 | 52:8, 53:19, | **displace** |
| **deals** | **desirable** | 54:7, 55:15, | 9:1 |
| 85:22, 87:21 | 10:19 | 56:18, 57:11, | **disrespect** |
| **dealt** | **desk** | 57:14, 58:17, | 44:3, 44:10 |
| 66:9 | 67:8 | 60:2, 68:6, | **disrupt** |
| **debate** | **desoto** | 71:10, 89:7 | 19:4, 35:19, |
| 11:10, 34:6, | 10:8, 11:2 | **differs** | 38:9, 41:16 |
| 73:13, 82:12 | **destroyed** | 67:9 | **disruptive** |
| **decades** | 69:3 | **difficult** | 10:12 |
| 84:21 | **detail** | 7:2, 7:20, 8:4, | **disservice** |
| **declare** | 31:2 | 16:5, 18:17, | 50:5 |
| 37:6, 90:2, | **details** | 21:16, 28:6 | **dissimilar** |
| 90:12 | 9:20 | **difficulty** | 27:11 |
| **deeply** | **determine** | 12:15, 28:2, | **distinct** |
| 77:19 | 66:20 | 58:21 | 11:5, 48:5 |
| **defense** | **development** | **dig** | **distinctively** |
| 36:7, 62:10, | 52:22 | 44:14 | 19:17 |
| 62:15 | **deviation** | **digging** | **district** |
| | 8:1, 61:22, | 43:15 | 7:13, 8:13, |

8:14, 8:19, 9:1,
9:3, 9:4, 9:5,
9:10, 9:11,
9:13, 9:14,
9:18, 11:4,
15:4, 15:11,
15:17, 16:2,
16:18, 17:1,
18:5, 18:10,
18:14, 20:1,
21:13, 22:15,
22:21, 26:4,
28:20, 31:3,
31:4, 31:5,
31:16, 32:4,
32:5, 33:16,
33:21, 34:14,
35:2, 35:11,
35:13, 35:14,
35:20, 35:22,
36:5, 36:11,
42:17, 42:22,
43:10, 44:18,
45:3, 45:5,
46:22, 49:2,
49:3, 49:5,
49:14, 50:3,
51:11, 51:14,
51:15, 54:5,
57:1, 57:9,
57:10, 57:14,
57:17, 59:12,
61:18, 61:20,
62:22, 67:9,
67:18, 75:20,
75:21, 75:22,
76:10, 76:11,
76:22, 78:13,
81:6, 81:18,
83:1, 83:3,
83:21, 84:22,
85:3

**districting**
49:12

**districts**
5:17, 9:7,
9:21, 10:19,
10:21, 13:19,

27:3, 30:17,
42:15, 43:1,
48:6, 49:18,
52:9, 52:19,
53:13, 53:19,
54:17, 55:8,
55:10, 55:13,
56:12, 58:18,
67:14, 67:16,
67:17, 67:21,
68:15, 69:15,
69:19, 70:7,
75:4, 80:3,
81:7, 83:4,
83:11, 85:22

**diverse**
34:18

**divided**
33:19, 44:19

**divides**
31:16

**dixon**
61:2, 63:17,
84:14, 85:14,
86:6, 86:15,
87:16, 88:5

**dog**
71:16, 71:17

**doing**
14:6, 17:20,
18:17, 24:7,
32:3, 32:8,
51:15, 61:14,
61:21, 63:5,
79:10, 81:8,
81:9

**dollars**
20:17, 36:8,
39:22, 72:16

**done**
33:11, 41:18,
41:20, 43:12,
53:11, 58:19,
71:17, 81:16,
81:17, 87:4

**door**
52:4

**double-digit**
59:16, 59:20

**double-dipping**
51:3

**doubts**
30:11

**down**
8:9, 10:10,
14:20, 21:1,
24:21, 33:22,
37:9, 42:17,
43:7, 44:14,
47:2, 62:22,
69:16, 72:2,
81:14, 83:4

**draft**
88:9, 88:10

**drafted**
12:2

**dramatically**
57:11

**draw**
16:6, 20:22,
21:17, 27:3,
35:10, 49:18,
54:16, 55:8,
55:9, 55:12,
69:19, 79:21

**drawing**
26:3, 54:8,
54:12, 74:21,
75:9, 77:6, 80:3

**drawn**
35:12, 40:15

**drive**
34:13

**dropping**
51:3

**dubois**
85:3

**dump**
57:1

**duplicate**
88:17, 88:20

**dwell**
3:9

---
**E**
---

**each**
10:17, 17:5,

30:17, 54:5,
74:6

**earlier**
21:3, 38:13,
48:19, 62:20,
85:18

**early**
53:4

**ears**
79:3

**easily**
33:11

**east**
15:4, 16:11,
16:12, 17:9,
17:10, 18:7,
18:8, 20:6,
22:17, 39:4,
57:8, 68:7,
68:14, 69:2,
69:13, 71:13,
74:15, 74:16,
74:19, 75:8,
75:19, 83:13

**eastern**
39:1, 39:13,
39:19

**easy**
6:16, 7:18,
34:3, 34:11,
60:1

**eat**
3:9

**ebr**
31:5, 31:12,
40:10, 85:7

**echo**
17:22

**economic**
36:13, 52:22

**economically**
36:5

**economics**
22:19

**effect**
19:7, 38:22,
66:21, 78:4

**effective**
33:18, 34:4,

34:5, 86:21
**effectively**
61:12
**effort**
19:19, 19:22,
30:7, 51:4,
56:11, 81:6,
81:7
**efforts**
35:4, 82:5
**eight**
89:4
**eighth**
43:8, 44:17
**either**
69:10
**elders**
3:3
**elect**
70:9
**elected**
20:16, 23:2,
23:8, 51:19
**eliminate**
59:6
**ellawe**
5:2
**else**
34:17, 37:12,
38:9, 58:22
**email**
24:14
**employed**
90:6
**employees**
10:14
**employment**
10:15
**enacted**
56:17, 57:22,
58:5
**end**
4:6, 9:17,
16:17, 23:9,
30:10, 34:14,
53:20, 79:9
**ends**
61:22

**engage**
2:14
**enjoyed**
11:6
**enough**
30:3, 45:16,
57:12, 64:14
**entertain**
10:20, 11:1,
11:17, 12:22,
17:13
**entertaining**
13:6
**entire**
21:7, 21:13,
26:8, 54:21
**epitome**
51:20
**equal**
59:13, 83:19
**error**
88:10
**especially**
2:14, 18:4,
20:9, 20:18
**essence**
48:22
**establish**
13:14
**establishes**
86:12
**evangeline**
19:16, 19:20,
20:8, 24:9,
24:14
**even**
20:20, 22:8,
28:7, 29:5,
31:13, 39:6,
54:11, 87:8
**event**
4:21, 90:10,
90:13
**ever**
7:2, 28:22,
34:4, 51:17,
51:18, 51:19
**every**
7:4, 22:18,

23:21, 38:5,
59:11, 74:4,
83:15
**everybody**
12:18, 14:11,
28:7, 28:8,
45:17, 61:8,
73:14, 73:21
**everybody's**
52:3
**everyone**
2:16
**everything**
34:1, 34:17,
37:12, 38:9,
38:14, 41:4,
58:22, 72:3,
72:4
**everywhere**
54:2
**exact**
88:17
**example**
78:17
**except**
18:8
**exception**
64:6
**exceptions**
64:2, 64:3,
64:5
**exists**
57:15
**expense**
54:20, 55:8,
55:10, 58:19
**experiencing**
73:3
**expiration**
87:1
**explain**
65:2, 65:14,
74:18
**explained**
87:20
**explanation**
75:15
**expression**
66:4, 66:5,

66:7
**extends**
49:4
**extension**
69:4
**extent**
54:11, 59:5
**extracted**
19:20
**extraordinary**
5:16

---
**F**
---
**facet**
22:18
**fact**
41:16, 61:21,
70:12, 72:14,
79:2, 79:5,
81:8, 83:1,
85:21
**factor**
8:2, 35:1,
77:6, 77:7
**factors**
35:1
**failure**
23:12
**fair**
22:12
**fall**
48:16, 76:15
**familiar**
32:5, 32:11
**far**
7:1, 8:7,
10:12, 32:19,
33:15, 34:8,
35:2, 35:16,
40:10, 45:20
**fashion**
25:13
**father**
3:20, 4:6
**father's**
81:12, 82:6
**fear**
73:4

**federal**
7:10, 25:5,
41:8, 58:13,
68:4, 72:16
**feedback**
80:20
**feel**
23:21, 59:10,
71:15
**feeling**
16:18
**feliciana**
20:7, 33:21
**felt**
7:16, 41:19
**female**
22:22, 23:1,
23:4, 23:7,
23:9, 23:11,
24:4, 24:6
**females**
23:1
**fesi**
38:18, 38:20,
39:9, 40:13,
40:18, 41:15,
42:4, 56:15
**few**
6:10, 6:14,
7:16, 14:1,
20:8, 20:16,
24:12, 30:18,
79:4
**fields**
5:19, 5:20,
6:6, 63:18,
63:20, 63:21,
64:21, 65:2,
65:5, 65:7,
65:13, 65:18,
66:8, 66:13,
66:22, 67:4,
67:11, 67:17,
67:22, 68:9,
70:1, 70:12,
70:21, 71:18,
73:10, 74:1,
74:12, 74:21,

75:9, 75:20,
76:3, 76:6,
76:9, 77:2,
77:5, 77:9,
77:13, 79:1,
81:1, 81:11,
82:10, 82:14,
82:16, 83:7,
84:1, 84:12,
87:17, 87:18,
87:19, 88:9,
88:16, 88:19
**fight**
17:5
**fighting**
72:15
**filed**
12:10, 61:1,
64:4
**files**
7:6
**final**
5:13, 29:22
**finally**
23:10
**financial**
90:7
**find**
37:5, 49:16,
54:4, 54:13,
80:14, 89:8
**fine**
13:5, 79:3
**finery**
52:1
**finger**
19:18
**fingers**
21:21, 53:7,
59:6
**first**
5:15, 12:8,
21:9, 21:10,
35:16, 60:22,
61:2, 66:20,
80:10
**fisherman**
34:14, 34:15

**fishermen**
52:2
**fishing**
27:10
**fit**
49:19, 54:5
**five**
29:8, 67:20,
70:2, 73:17,
76:1, 76:5,
78:19
**five-hour**
77:20
**fix**
27:18, 27:19,
28:2, 28:3,
28:13, 35:17,
35:20, 41:18,
45:10, 45:14,
58:4, 59:2,
60:18, 68:5
**flag**
4:8
**flood**
52:10
**flooded**
52:13
**flooding**
31:12
**floor**
11:10, 25:17,
73:16, 82:9,
82:12, 82:13,
84:11
**fly**
50:22
**focal**
8:12
**focus**
3:15, 9:19,
22:4
**focused**
58:18
**foil**
63:12, 64:11,
65:1, 65:2,
65:6, 65:18,
66:3, 66:8,

66:17, 67:3,
78:1
**foil's**
79:16
**follow**
56:1, 87:11
**forbids**
83:20
**force**
10:16, 35:12,
42:12, 45:14,
61:20, 62:7,
62:17, 78:6
**forced**
68:18, 69:10
**forefront**
38:4, 49:9
**forever**
69:11
**forget**
21:12
**forgot**
88:13
**formula**
30:9
**fort**
36:8, 62:11,
62:17
**forth**
30:21
**forward**
9:15, 13:1,
28:10, 30:4,
54:13, 63:10,
66:20, 82:6
**forwarded**
65:16
**four**
73:15
**fourth**
28:20, 36:5,
42:16
**frankly**
8:6, 25:1,
63:22
**frequently**
22:15
**friday**
4:14

**front**
52:4
**fruit**
3:9
**fulfill**
58:7
**full**
90:8
**function**
39:5
**funding**
32:7, 62:16
**further**
63:13, 77:10,
84:10, 84:11,
90:12

**G**

**gained**
69:5
**game**
24:15
**gardens**
3:9
**garret**
71:3
**gary**
2:9
**gas**
26:10
**general**
43:1, 59:13
**gentleman**
6:1, 27:12
**geographic**
28:21
**george**
14:21, 68:20
**ger**
83:8
**gerrymandered**
83:9
**gerrymandering**
83:5, 83:15,
83:20
**getting**
7:6, 82:6, 89:9
**girls**
69:9

**gist**
86:1
**give**
3:12, 8:5,
16:14, 23:17,
24:2, 25:13,
30:18, 32:18,
33:6, 37:16,
75:16, 79:19
**given**
29:6, 43:1,
45:6, 86:10,
87:4
**gives**
41:9, 70:8,
83:15
**glad**
81:1
**go**
8:9, 12:9,
14:9, 18:19,
21:9, 31:19,
33:20, 33:21,
40:10, 46:22,
47:1, 50:10,
52:5, 54:8,
55:12, 57:4,
61:11, 65:22,
66:21, 69:10,
73:18, 73:20,
79:3
**goal**
19:9, 20:21,
20:22, 23:15,
32:22, 44:11
**goals**
32:21
**god**
3:5, 3:20, 4:4,
4:10
**goes**
14:20, 17:1,
31:5, 42:17,
66:19
**going**
8:9, 9:10,
9:17, 10:6,
12:6, 13:2,

17:21, 20:4,
20:9, 21:20,
22:3, 22:9,
22:10, 24:5,
24:16, 27:18,
27:20, 27:21,
28:13, 29:11,
29:19, 29:21,
30:8, 31:10,
32:11, 33:11,
33:12, 33:20,
35:20, 36:17,
37:15, 38:12,
43:7, 45:15,
48:1, 59:7,
61:7, 63:10,
68:1, 68:18,
69:19, 69:20,
69:21, 74:4,
75:13, 76:15,
82:10, 83:17,
84:17, 85:6,
86:10, 89:10
**good**
15:8, 30:8,
42:22, 43:13,
48:19, 69:4,
72:8, 72:19,
78:8
**gotten**
57:4
**government**
22:6
**governor**
86:22, 87:22
**grab**
75:7, 75:18,
75:22, 76:9,
83:10
**grabbing**
76:21
**granddaughter**
4:22, 5:2
**graves**
32:4, 39:18,
40:5, 40:9,
40:11, 40:14,
67:10, 71:3

**gray**
14:16, 14:17
**great**
2:12, 13:20,
16:10, 16:12,
20:18, 45:1,
71:11, 82:16
**greater**
15:13
**greensburg**
46:22
**group**
34:9, 34:12
**groups**
6:20
**grown**
51:21
**guard**
62:15
**guess**
14:14, 15:20,
17:21, 18:5,
29:14, 34:22,
35:11, 48:12,
53:20, 58:14,
62:8, 74:3, 80:6
**guide**
4:5
**guidelines**
41:2
**guiding**
53:14
**gutted**
48:22
**guys**
5:8, 52:3

**H**

**half**
57:17
**hall**
79:5
**hammond**
17:2, 17:4
**hand**
61:4
**handed**
88:7

handling
12:15
happen
29:1, 33:7
happened
28:22, 83:3
happens
42:5
happy
2:16, 8:10,
11:17, 12:18,
12:21, 41:12,
69:9, 74:3,
77:13
hard
5:6, 6:15,
22:7, 34:20,
49:21, 82:3,
82:4
harvesting
22:3
hat
87:8, 87:9
hate
17:6, 23:22,
79:6, 79:7
hear
72:10, 77:13,
77:21, 79:2
heard
22:8, 25:14,
25:16, 52:18,
60:19, 72:11,
80:5, 80:10,
84:3, 89:2
hearing
77:21, 80:6
heart
10:11
heavily
6:13
helena
20:7, 33:22,
47:1
help
11:14, 12:22,
39:9, 52:12
helping
39:18

henry
2:5
herculean
51:4
here
2:4, 2:5, 2:6,
2:7, 5:5, 7:9,
7:10, 7:13,
7:14, 16:7,
18:18, 19:6,
21:17, 24:21,
25:18, 28:3,
28:12, 29:9,
32:17, 32:20,
36:4, 40:1,
41:12, 41:21,
44:12, 49:10,
53:21, 56:11,
56:17, 61:9,
70:11, 74:17,
79:22, 80:1,
80:15, 81:15,
82:17, 83:14
hereby
90:2
hewitt
50:14, 50:16,
54:16, 54:19,
55:4, 56:13,
77:11, 77:14,
79:18, 81:10,
81:20
higgins
40:2
high
23:6
higher
65:22
hold
57:3, 61:7
holistically
13:3, 19:4
home
19:20, 80:20,
82:6
hometown
78:11
honest
23:19

honor
2:13, 55:18
honoring
80:2
hook
24:11
hope
34:6, 43:20,
45:10, 45:21
hopeful
80:7, 80:19
hoping
30:9
hosts
3:5
hours
78:19, 82:5
houses
3:8
however
49:22, 82:18
huge
80:13
hundred
40:22, 47:10
hurt
23:15
husband
5:1
husbands
3:13

---
**I**
---
iberia
28:21, 85:5
iberville
31:13
idea
24:1
ideal
59:19
ideas
52:18
identical
37:9, 47:5,
47:7, 47:8
identify
22:2

impact
36:13
important
2:14, 5:22,
57:5, 67:12,
87:11
improve
13:6
inability
23:13
inappropriate
66:2, 66:6
inches
5:4
include
49:13, 81:6
included
9:8, 26:12
includes
7:12
including
74:17
incorporate
78:19
incorporated
80:8
increase
3:14
increasingly
34:20
indivisible
4:10
industries
22:19
infinite
79:20
informally
59:14
information
37:16, 90:4
inner
68:22
input
14:10, 23:20
instruct
55:11
instructed
55:7, 55:9

**instructions**
3:8
**instrument**
81:20, 81:22,
82:1, 82:2
**integral**
62:10
**intend**
76:19
**intentionally**
83:20
**interest**
10:6, 11:22,
18:6, 18:20,
22:2, 22:5,
26:6, 26:10,
31:7, 31:9,
33:13, 34:2,
34:20, 35:3,
37:15, 46:8,
46:12, 47:7,
47:9, 47:17,
47:22, 49:17,
50:2, 51:18,
51:20, 52:6,
52:22, 53:6,
54:12, 54:20,
55:6, 55:9,
78:15, 84:19,
85:3, 85:9,
90:7, 90:12
**interests**
26:9, 46:14
**interfere**
75:3
**interrupt**
12:4
**introduced**
66:10, 66:12,
81:4, 81:5
**introducing**
6:1, 7:5, 81:3
**involved**
6:13, 6:14
**islands**
39:14
**israel**
3:5

**issue**
21:15, 31:15,
45:15, 58:3,
62:7, 71:6
**issues**
6:19, 19:3,
27:6, 31:8,
32:2, 32:6,
32:15, 33:15,
33:16, 39:8,
60:5, 71:7

**J**

**jackson**
2:6
**james**
31:13
**jealous**
17:5, 17:10
**jean**
4:22
**jeff**
37:8, 37:11
**jefferson**
18:7, 51:12,
51:13, 69:15,
85:4
**jeremiah**
2:19, 2:22,
3:1, 3:2
**jerusalem**
3:3, 3:7
**jesus**
4:6
**jive**
29:11
**job**
1:20, 41:19,
42:22, 43:13,
72:8, 72:19
**jobs**
36:14
**john**
68:7
**johnson**
42:20, 43:10,
45:4, 62:21
**journal**
4:12, 4:13,

4:16
**judge**
7:9, 7:10,
21:1, 50:10,
54:19, 56:4,
58:8, 68:7,
69:18, 70:3,
81:19
**judge's**
33:1, 41:8,
50:11, 55:20,
65:9, 70:5,
70:15
**julia**
23:5
**june**
1:10, 4:14,
90:16, 90:19
**juneteenth**
2:17, 2:18
**jury**
24:13, 24:18
**justice**
4:11
**justification**
75:6, 83:22,
84:1
**juts**
49:4, 74:13,
74:14, 74:15

**K**

**katrina**
52:13
**keep**
11:15, 13:1,
19:3, 30:4,
38:13, 42:14,
43:7, 43:12,
51:2, 64:9,
69:19, 87:9
**keeps**
30:1
**kenner**
18:3, 18:4,
18:9, 18:15
**kept**
48:5

**kids**
68:19, 68:21,
69:6
**kind**
14:14, 17:21,
27:10, 30:15,
30:21, 50:21,
56:14, 59:1,
59:15
**knew**
27:7, 51:19
**knows**
40:3, 82:17

**L**

**lacombe**
78:16
**lafayette**
26:12, 28:18,
28:20, 42:18,
43:4, 43:6,
43:10, 52:21,
59:4, 85:1, 85:2
**lafourche**
26:10
**lake**
37:10, 42:18,
43:10, 59:3
**lakeview**
18:13
**lambert**
2:4, 30:13,
30:15, 30:20
**land**
39:15
**landed**
34:7
**language**
48:10, 66:10,
66:11, 66:17,
67:1, 68:18,
78:1
**large**
12:4, 12:6,
76:10
**last**
7:16, 24:11,
86:15

**late**
24:15, 52:20
**latest**
66:4, 66:5,
66:7
**law**
65:20, 66:4,
66:5, 66:7, 87:1
**laws**
58:13
**lawyer**
87:9
**lays**
7:19
**lead**
2:10, 4:5
**leadership**
27:5
**leaned**
72:6, 72:7
**least**
25:12, 30:7,
59:14, 80:16
**leave**
16:18
**left**
17:8, 26:5,
67:8
**legal**
66:20, 78:1
**legislation**
5:22, 33:18,
34:5, 66:21
**legislative**
7:22, 87:8
**legislator**
66:1
**legislature**
5:16, 25:1
**less**
15:12, 32:12,
59:16
**let's**
42:4, 60:15,
81:15
**letlow**
23:5
**letter**
2:20, 2:21,

**3:2, 13:16**
**levingston**
69:4
**liberty**
4:11
**life**
22:18
**light**
5:6, 8:11,
14:17
**likely**
48:6
**line**
30:2, 31:7,
62:14, 71:4,
77:1
**lines**
11:5, 68:15
**listed**
90:10
**listen**
30:5
**lit**
8:11
**literally**
26:7
**litigation**
66:19
**little**
20:8, 22:16,
27:9, 27:14,
29:14, 39:10,
40:7, 53:8,
62:1, 74:12,
74:18, 76:7,
83:12, 85:6
**live**
14:15, 31:3,
37:8, 40:19,
67:10, 67:13
**lived**
51:22
**livelihood**
34:12
**lives**
32:4, 40:16,
42:20, 43:10,
45:4, 62:21

**livingston**
31:12
**local**
22:6, 32:6
**locally**
36:15
**locals**
14:11
**locations**
54:1
**long**
24:17, 34:6,
50:9, 50:19,
68:2, 82:17
**longer**
48:11, 48:12
**longtime**
24:18
**look**
11:7, 11:12,
12:19, 13:3,
15:9, 18:22,
19:1, 20:19,
23:14, 23:17,
23:18, 24:2,
25:3, 26:22,
28:1, 28:14,
29:19, 32:1,
32:16, 32:18,
33:6, 33:8,
37:6, 37:22,
41:5, 41:9,
41:11, 42:16,
43:17, 44:1,
44:5, 45:12,
45:17, 47:14,
48:8, 48:10,
49:9, 53:20,
55:22, 56:17,
56:18, 58:17,
64:19, 67:8,
68:4, 80:17,
81:8, 81:11,
82:6
**looked**
7:16, 8:7,
15:20, 33:4,
33:5, 45:9

**looking**
13:19, 19:15,
30:16, 31:1,
31:2, 31:3,
31:7, 32:1,
32:13, 33:9,
33:15, 35:1,
35:11, 38:21,
41:10, 43:22,
44:16, 44:17
**looks**
15:2, 15:3,
17:22, 18:18,
30:1, 30:16,
31:3, 36:19,
38:10, 57:22,
76:12, 76:13
**looping**
26:7, 26:15
**lord**
3:5, 3:6, 3:17
**lose**
40:1
**losing**
22:4, 23:7,
24:6, 39:14,
39:15
**lost**
22:11, 39:13,
39:14, 69:12
**lot**
6:19, 13:12,
13:13, 15:16,
16:14, 26:14,
26:19, 26:20,
26:21, 31:8,
31:11, 32:14,
33:16, 39:11,
41:19, 46:13,
47:18, 57:21,
57:22, 61:8,
73:2, 73:7,
80:12, 82:17,
85:2
**lots**
78:8
**louisiana**
1:8, 4:14,

10:11, 12:1,
27:13, 27:16,
31:6, 39:1,
46:7, 46:8,
46:18, 47:5,
47:6, 47:8,
50:1, 50:5,
74:13, 83:11
**love**
24:1
**lower**
26:10, 33:22,
50:10
**luneau**
86:16, 86:18,
86:19, 88:17

**M**

**ma**
76:12
**machines**
2:3, 2:8
**madam**
61:1
**made**
24:9, 41:11,
53:4, 54:10,
81:6, 81:7
**madison**
5:1
**mainly**
26:8, 26:11,
53:22
**maintain**
11:4
**maintained**
85:9
**major**
37:14, 52:10,
52:11
**majority**
7:12, 9:4,
49:13, 54:17,
70:6, 71:12,
75:3, 82:22,
83:2, 83:10
**make**
6:2, 9:9, 16:5,

17:14, 18:14,
19:9, 21:5,
28:15, 30:6,
33:7, 37:7,
39:19, 45:8,
50:21, 51:2,
54:3, 54:5,
54:14, 56:11,
59:7, 59:10,
64:7, 75:2,
79:7, 82:12
**makes**
29:15, 70:6,
86:20
**making**
30:7, 35:21,
59:8, 69:19
**many**
9:20, 23:1,
24:13, 29:3,
52:11, 57:13,
68:3, 80:5
**map**
8:22, 10:12,
13:19, 14:2,
14:10, 19:4,
19:15, 20:22,
21:17, 22:13,
26:3, 26:22,
28:11, 30:2,
31:16, 32:8,
35:10, 40:5,
40:12, 40:22,
41:19, 42:9,
42:17, 43:2,
43:22, 44:9,
44:20, 47:12,
47:15, 48:15,
50:1, 50:9,
50:20, 52:8,
52:15, 53:8,
54:8, 54:12,
55:3, 56:14,
56:17, 56:19,
57:13, 57:14,
57:21, 57:22,
58:6, 58:15,
62:2, 66:20,

67:8, 67:9,
70:13, 74:12,
74:21, 75:10,
76:12, 79:19,
79:21, 80:8,
80:10, 80:11,
80:15, 80:16,
81:3, 81:4,
81:5, 81:7,
84:5, 85:19
**maps**
24:15, 27:22,
29:11, 32:19,
33:5, 48:4,
54:3, 70:10,
70:11, 73:8,
75:13, 76:14,
77:6, 77:17,
84:17
**martin**
33:22, 85:5
**mary**
26:4, 28:22,
85:5
**matches**
43:21
**matter**
25:13, 49:6,
69:2, 69:16
**maybe**
6:20, 14:4,
15:4, 15:10,
15:11, 18:8,
29:1, 29:8,
37:16, 38:2,
40:7, 41:11,
46:17, 83:14
**mayor**
78:11
**mean**
15:9, 15:15,
20:13, 20:15,
26:9, 26:17,
27:2, 27:8,
27:11, 27:19,
31:20, 32:1,
32:5, 32:9,
33:9, 37:14,

41:3, 43:13,
43:20, 47:6,
49:6, 51:15,
52:6, 58:6,
65:21, 67:18,
70:7, 72:8,
76:11, 78:13,
78:18, 85:8
**meet**
22:4
**meetings**
14:11
**member**
6:2, 24:18,
72:12, 72:14,
72:20
**members**
2:8, 2:9, 2:12,
4:20, 6:8, 36:3,
36:4, 52:19,
60:9, 61:7,
63:22, 65:14,
65:17, 67:12,
67:13, 68:3,
70:2, 72:10,
72:11, 73:11,
76:14, 76:18,
84:11, 86:10,
86:20, 88:6,
89:1
**men**
47:21, 52:2
**mentioned**
43:11, 51:10,
55:6, 81:2,
85:18
**mesh**
28:15
**metro**
14:15, 71:12,
71:13
**metropolitan**
44:19
**mid-city**
18:13
**middle**
37:10, 37:12,
51:16, 69:6

**might**
11:20, 80:21
**mighty**
4:6
**mike**
42:20
**militarily**
36:4
**military**
61:17, 62:10,
64:9
**milligan**
4:17, 4:19,
11:20, 13:7,
35:6, 35:8,
36:1, 36:21,
42:11
**million**
36:14
**millions**
39:21
**mills**
10:4, 10:5,
11:7, 11:18,
12:3, 12:14,
13:5, 17:22,
27:12, 42:10,
85:15, 85:16,
85:17, 86:4,
86:11
**mind**
31:11, 38:13,
41:6, 44:12,
58:22
**minden**
10:17, 36:9,
62:9, 62:13,
62:16, 63:3
**mine**
27:18, 27:19,
58:9
**minor**
11:21
**minority**
53:13, 58:7,
67:16, 67:17,
67:21, 81:5,
81:7

**miss**
4:22, 5:2
**missed**
5:5
**mississippi**
15:1
**mistaken**
74:18
**mix**
22:11
**mobilize**
24:20
**mode**
80:15
**mom**
5:9
**moment**
61:8, 84:2
**money**
37:2, 37:5,
39:19
**month**
6:12
**months**
7:16, 14:1,
42:1
**monumental**
31:1, 33:10,
35:5
**more**
7:21, 9:20,
24:8, 29:8,
37:2, 41:11,
45:1, 69:6,
71:19, 71:20,
72:14, 72:15,
72:19, 73:15,
73:17, 75:1,
80:9, 80:18,
82:22, 83:2,
84:3, 84:4
**moreso**
22:8
**morning**
2:14, 4:21
**morris**
46:4, 46:6,
46:16, 47:3,

47:12, 48:3,
48:21, 49:21,
74:9, 74:11,
75:5, 75:17,
76:1, 76:5,
76:7, 76:19,
77:4, 77:8,
82:8, 82:15
**morrish**
39:15
**most**
7:1, 8:7,
15:13, 21:11,
32:19, 34:12,
43:4, 72:4
**move**
9:15, 10:21,
13:1, 28:10,
37:11, 54:13,
64:17, 78:8,
84:22
**moving**
11:16, 30:4,
61:9
**much**
8:2, 13:8,
13:22, 16:19,
17:7, 26:2,
26:17, 32:12,
38:22, 40:3,
45:3, 47:22
**multigenerational**
51:21
**multiple**
16:1, 38:6,
47:21, 61:16
**must**
10:18, 49:13
**myself**
13:8, 15:20,
61:10

**N**

**n**
79:1
**naaden**
1:22, 90:2,
90:17

**name**
24:4
**nation**
3:22, 4:3, 4:10
**national**
36:7, 62:14
**natural**
20:11
**nature**
10:9
**necessarily**
39:3, 54:1
**need**
20:12, 20:18,
24:9, 49:20,
71:3, 73:22,
84:3
**needs**
16:7
**neither**
90:5
**never**
68:3
**new**
13:19, 15:4,
15:10, 23:18,
24:2, 26:7,
26:15, 26:18,
28:10, 32:11,
34:8, 35:11,
48:16, 55:3,
57:1, 57:17,
67:16, 67:17,
68:4
**next**
25:11, 40:21,
63:15, 63:16,
63:17, 82:4,
84:13, 84:14,
85:13, 85:14,
86:5, 86:6,
87:16
**nine**
15:22, 16:3,
21:3
**none**
42:19, 75:13,
76:14

**normal**
77:17
**north**
18:3, 18:15,
27:13, 27:15,
37:11, 47:6,
57:9
**northeast**
48:5, 50:1,
74:13, 83:11
**northeastern**
46:18
**northwest**
10:11, 12:1,
46:18, 47:4,
48:5
**nothing**
72:13
**number**
7:21, 12:4,
12:6, 15:12,
41:7, 41:8,
57:16, 59:19,
61:3, 63:18,
67:19, 84:15,
85:15, 86:7,
86:16, 86:17,
87:17
**numbers**
19:7, 19:21,
20:1, 22:4,
35:19, 43:15,
43:17, 43:18,
44:14, 44:15,
44:16, 47:20,
59:7, 60:2,
61:9, 79:21

**O**

**objection**
4:17
**obviously**
36:16, 49:4,
55:14, 58:6
**occasions**
83:2
**odd-shaped**
83:12

**offer**
11:1, 11:13,
11:16, 11:19,
12:1, 37:15,
38:12, 51:7,
60:15, 65:17
**offered**
12:6, 12:8,
12:13, 38:11,
64:6, 64:12,
65:3, 79:13
**offering**
77:16
**officer**
87:10
**official**
4:13
**officials**
20:17
**offline**
29:3
**offshore**
26:9
**often**
53:5
**oh**
46:2
**oil**
26:10
**okay**
6:6, 14:14,
17:17, 19:10,
38:17, 40:13,
40:18, 42:4,
46:1, 46:3,
55:4, 60:8,
60:20, 60:21,
63:11, 63:13,
63:16, 67:9,
76:6, 85:12,
86:3, 87:14,
88:3, 88:6,
88:20, 89:1
**old**
5:2
**oliver**
4:22
**once**
18:22, 34:18,

35:15, 41:6,
44:10, 45:12
**one**
4:10, 6:16,
7:2, 7:17, 8:22,
14:3, 17:5,
21:6, 21:10,
23:3, 23:4,
23:22, 25:12,
29:16, 30:17,
36:11, 37:18,
38:12, 40:17,
41:7, 42:1,
46:8, 47:10,
48:16, 56:13,
57:19, 57:20,
58:6, 59:10,
59:22, 60:11,
61:18, 64:6,
65:11, 70:3,
71:19, 71:20,
72:12, 72:14,
72:15, 72:20,
77:18, 79:5,
81:4, 81:5,
81:18, 82:22,
83:2, 88:6, 89:4
**only**
6:10, 9:7,
10:22, 14:2,
16:3, 19:2,
21:4, 21:10,
23:7, 35:17,
70:8, 79:12,
84:3, 84:6,
85:21
**open**
2:3, 2:9
**operate**
54:15
**operating**
85:20
**opinion**
54:10, 57:8,
70:14
**opportunities**
80:4
**opportunity**
3:21, 25:7,

25:14, 25:16,
33:6, 70:9, 89:8
**opposed**
73:22, 74:1,
74:5, 74:7
**option**
51:8
**order**
2:2, 4:17,
5:19, 5:20, 7:9,
12:9, 13:3,
19:22, 21:1,
25:2, 30:3,
33:1, 33:4,
41:8, 42:10,
47:19, 49:11,
49:15, 50:11,
54:3, 54:14,
54:15, 54:16,
54:21, 55:1,
55:5, 55:7,
55:20, 58:8,
65:9, 65:11,
65:21, 68:4,
68:7, 68:13,
69:11, 70:5,
70:15, 70:19,
79:10, 79:19,
79:22, 87:7,
87:12
**ordered**
54:9, 68:14,
68:20, 70:22
**orders**
56:6, 87:11
**organizations**
53:1
**original**
62:2, 78:3
**orleans**
18:12, 26:7,
26:16, 26:18,
27:9, 51:13,
84:22
**other**
8:15, 8:20,
9:20, 10:18,
16:15, 17:5,

18:10, 19:18,
29:11, 32:12,
33:5, 33:10,
34:14, 35:1,
37:19, 40:17,
41:9, 42:1,
42:13, 55:18,
58:4, 58:20,
60:12, 64:10,
69:10, 78:15,
79:15, 85:20,
88:21
**others**
38:11, 52:17
**otherwise**
41:14, 90:7
**ouachita**
74:13, 74:19,
75:7, 75:18,
83:12
**ounces**
5:4
**out**
6:22, 7:19,
13:21, 15:22,
16:3, 16:9,
17:9, 18:15,
18:21, 19:21,
22:14, 30:20,
39:9, 43:16,
48:15, 49:1,
49:4, 51:16,
55:19, 59:1,
61:4, 63:19,
66:5, 66:16,
66:18, 69:12,
70:17, 74:2,
75:7, 75:17,
78:1, 78:3,
81:15, 82:18,
83:9, 84:18,
84:22, 87:21,
88:7
**outcome**
90:7
**outlier**
20:2
**outliers**
19:17, 21:18,

21:20
**outside**
70:17, 79:4
**over**
6:17, 7:16,
14:9, 22:16,
24:11, 24:14,
28:3, 30:16,
41:20, 41:21,
53:17, 56:7,
85:1
**overall**
57:7, 62:22,
64:15
**overarching**
55:1
**overwritten**
65:22
**oyster**
52:2

**P**

**page**
61:10, 90:10
**pages**
1:21, 90:8
**paid**
38:3
**pair**
52:3
**paper**
13:12, 13:13,
61:8
**parents**
69:9
**parish**
14:22, 15:5,
16:11, 16:13,
16:19, 17:2,
17:9, 17:10,
18:8, 19:16,
19:20, 20:6,
20:7, 20:8,
21:6, 21:7,
22:13, 22:16,
22:17, 22:20,
24:9, 24:10,
24:14, 32:15,

34:19, 37:8,
37:13, 38:5,
43:7, 43:17,
43:18, 44:17,
47:2, 48:21,
62:11, 62:13,
62:14, 64:8,
68:8, 68:14,
69:2, 69:13,
71:2, 71:13,
71:14, 74:13,
74:16, 74:19,
74:20, 75:8,
75:18, 75:19,
76:11, 78:12,
83:12, 83:13,
85:1
**parishes**
4:2, 15:7,
15:22, 16:3,
16:4, 20:20,
21:3, 21:4,
26:5, 44:15,
53:2
**parker's**
68:7
**part**
1:11, 3:15,
14:22, 15:3,
15:5, 15:6,
18:9, 23:16,
26:13, 31:19,
42:20, 44:7,
47:2, 47:18,
48:1, 51:5,
52:9, 62:8,
62:15, 74:5,
74:15, 90:19
**participate**
24:21
**participated**
24:17, 51:9
**participating**
77:16
**particular**
6:10, 7:21,
8:12, 8:22,
13:1, 16:18,

21:2, 48:10,
48:22, 54:9,
55:12, 73:16,
73:17
**particularly**
28:18
**parties**
90:6
**parts**
16:15, 18:13,
31:20, 37:11,
61:9, 74:16,
78:15, 78:16,
85:4
**party**
72:4
**pass**
48:9, 65:20,
66:14
**passage**
5:13
**passed**
14:1, 84:18
**passing**
34:5, 34:16,
61:4, 63:19
**past**
11:6
**pay**
15:16, 17:11
**peace**
3:16, 3:18,
4:1, 4:4
**peacock**
11:20, 13:7,
27:15, 42:6,
42:8, 44:13,
45:19, 46:1,
46:3, 62:4,
62:5, 63:7,
63:11, 86:7,
86:8, 86:9
**pearl**
78:15
**penalty**
90:3
**peninsul**
48:22

**peninsular**
49:1
**people**
3:21, 4:5,
6:21, 12:5,
15:7, 21:6,
21:11, 21:16,
24:9, 24:10,
24:20, 28:8,
28:13, 29:5,
30:18, 33:10,
34:7, 34:9,
34:12, 41:11,
47:4, 47:8,
48:7, 50:5,
51:20, 57:16,
59:19, 73:15,
74:8, 75:7,
75:8, 75:12,
78:8, 79:4,
80:20
**percent**
8:19, 8:20,
21:13, 41:17,
41:18, 47:10
**percentages**
49:20
**perfect**
75:14, 76:18
**perfectly**
76:15
**performance**
56:21
**perhaps**
80:7
**perjury**
90:3
**person**
9:2, 9:8, 24:4,
47:17, 57:3,
73:16
**person's**
9:9, 28:4
**personal**
4:18
**personally**
58:21
**perspective**
20:21

**ph**
85:3
**phone**
20:13, 24:11
**pick**
20:13, 85:1
**picking**
53:12
**picture**
52:17
**piece**
5:22, 66:21
**pieces**
15:3, 21:4,
71:2
**pierre**
47:1
**pile**
37:6
**pinged**
76:7
**place**
28:9, 38:2,
48:17, 49:8,
56:2, 56:6,
59:22
**places**
21:9
**plan**
7:11, 40:1,
49:12, 58:5,
70:4, 70:12,
70:16
**plans**
7:15
**plant**
3:9
**plaquemine**
27:9
**plaquermines**
85:4
**play**
12:15
**plays**
48:15
**please**
21:11, 21:14
**pledge**
2:10, 4:8

**pledged**
36:7
**pockets**
54:13
**point**
5:19, 5:20,
8:8, 8:12,
11:14, 13:2,
15:19, 16:22,
17:21, 18:21,
21:2, 21:5,
21:22, 33:2,
34:16, 53:4,
60:17, 74:2,
74:4, 82:18
**pointed**
16:9
**pointing**
76:1, 76:3,
76:5
**police**
24:13, 24:18
**polk**
36:8, 62:12,
62:17
**ponchatoula**
17:3, 17:4
**pops**
37:18
**populate**
45:16
**populated**
15:13, 22:10,
47:19
**population**
7:19, 8:4,
8:14, 8:15,
8:19, 15:9,
16:12, 22:3,
43:3, 43:4,
43:8, 44:2,
44:6, 49:7,
49:19, 53:22,
54:5, 54:14,
59:13, 62:22,
84:4
**populations**
19:21, 30:17,

32:20, 53:19,
85:22
**portion**
63:3, 76:10
**portraying**
48:18
**possible**
15:18
**possibly**
6:18, 32:10
**posture**
17:15, 19:3,
30:1, 52:16,
64:2
**potential**
23:6, 23:7,
23:12, 24:6
**pound**
69:19
**pounds**
5:3
**power**
15:12
**powerful**
40:19
**pra**
82:3
**prairieville**
32:13
**praise**
4:7
**pray**
3:17, 3:19
**prayer**
2:10, 2:13
**precinct**
19:6, 59:22
**precincts**
20:8, 20:16,
51:1, 53:12,
58:19, 59:21,
60:1, 76:20
**predict**
56:3
**predominant**
77:7
**preferrable**
48:7

**preferred**
48:4
**preliminary**
50:11
**prepared**
5:19, 12:11
**present**
67:13
**presentation**
7:7
**presented**
55:16, 58:16,
60:17, 86:11,
88:18, 89:1,
89:3
**presenting**
73:12, 78:22
**preserve**
84:19
**president**
4:19, 5:10,
5:20, 6:8, 10:2,
19:14, 24:13,
38:20, 42:8,
50:16, 62:5,
63:21, 77:14,
82:15, 84:9,
85:17, 86:9,
86:19, 87:19
**pretty**
27:5, 30:22,
46:15
**previous**
14:10, 66:1,
70:10
**price**
2:4
**principle**
53:14, 63:9
**principles**
55:18, 56:1,
56:5, 56:14,
57:20, 58:13,
58:20, 80:3
**prior**
50:4
**privilege**
4:18

**probably**
25:4, 26:19,
38:5, 40:21,
41:17, 47:21,
59:11, 59:14,
73:2
**problem**
23:8, 28:3,
28:4, 28:19,
29:7, 29:16,
31:22, 35:20,
38:8, 41:18
**problematic**
78:16
**problems**
27:15, 27:17,
28:14, 29:4,
31:12, 78:9
**proceeding**
50:12
**process**
6:12, 11:15,
13:1, 14:7,
24:16, 24:21,
24:22, 25:8,
25:12, 38:8,
44:4, 48:2,
48:14, 53:5,
58:12, 59:5,
66:19, 77:16,
82:18, 82:19
**product**
29:22
**projects**
52:11, 57:5
**prophet**
2:22
**prophets**
3:2
**prosperity**
4:1, 4:4
**protect**
23:15, 52:12
**protected**
10:18
**protection**
52:10, 83:19
**proud**
23:5

**provide**
36:13, 55:5
**provided**
65:19
**provides**
19:2
**public**
25:5, 68:12,
68:13, 69:3,
69:12
**publicly**
37:6
**pull**
6:21, 12:19,
51:6, 88:8
**purported**
49:2
**purpose**
7:11, 11:9,
53:12, 55:20,
76:21, 77:2,
77:4, 82:1
**put**
6:15, 17:15,
22:14, 28:8,
28:20, 29:21,
34:20, 35:18,
59:3, 61:19,
64:1, 78:6
**puts**
20:16
**putting**
23:6, 43:9,
61:15, 82:5

Q

**quagmire**
27:17
**question**
6:3, 10:2,
10:3, 12:5,
13:11, 17:19,
19:13, 21:19,
25:22, 26:1,
30:13, 35:7,
35:10, 36:22,
38:18, 42:7,
46:4, 50:15,

62:2, 62:3,
64:20, 64:21,
64:22, 67:5,
74:9, 74:22,
77:11
**questions**
8:11, 10:1,
12:10, 13:13,
60:9, 63:14,
64:17, 73:14,
73:15, 77:10,
84:11, 85:10,
86:3, 89:2
**quick**
24:19, 37:7
**quite**
6:9, 8:6,
22:22, 25:1,
41:10, 56:2,
63:22
**quorum**
2:9
**quote**
83:18

R

**race**
77:5, 77:6,
83:21
**racial**
30:21, 83:5,
83:14, 83:20
**racially**
83:8
**raised**
52:14, 78:20
**ran**
21:9
**ranked**
69:14, 69:15
**ranking**
44:18
**ranks**
43:3
**rapid**
24:19
**rapides**
48:21

| | | | |
|---|---|---|---|
| **re-elected**<br>23:13 | **recess**<br>60:18, 89:6,<br>89:11 | **regions**<br>28:5, 32:2,<br>33:14 | **represents**<br>20:6 |
| **reach**<br>11:14, 30:21,<br>32:20, 32:22,<br>75:7, 75:17,<br>83:9 | **recognize**<br>27:12<br>**recognized**<br>50:3<br>**recognizing**<br>5:21 | **regular**<br>77:17<br>**related**<br>62:16, 90:5<br>**relative**<br>5:16 | **republic**<br>4:9<br>**republican**<br>72:2, 72:5<br>**republicans**<br>72:6 |
| **reaching**<br>83:13 | **recordings**<br>90:4 | **rely**<br>10:17 | **requirement**<br>58:7 |
| **read**<br>8:9, 49:11,<br>54:21, 55:4 | **rectify**<br>38:8 | **remedial**<br>7:11, 49:12 | **reside**<br>40:6, 40:11,<br>40:17, 52:19 |
| **reading**<br>4:12, 4:16,<br>5:12, 43:19,<br>43:20 | **red**<br>10:8, 11:2,<br>85:20 | **remember**<br>21:8, 72:22<br>**remind**<br>2:15, 73:12 | **resides**<br>8:17, 43:2<br>**residue**<br>3:3 |
| **ready**<br>7:7, 61:10 | **redistricting**<br>1:9, 2:15,<br>6:11, 7:11, | **repeal**<br>5:14 | **resigning**<br>6:4 |
| **realize**<br>19:16, 20:14,<br>42:21, 43:2 | 41:2, 50:19,<br>55:18, 56:1,<br>57:20, 58:12, | **repeat**<br>74:8<br>**repeatedly** | **resolved**<br>50:9<br>**respect**<br>65:11, 77:19, |
| **really**<br>3:15, 8:13,<br>9:22, 10:11,<br>11:8, 11:20,<br>11:21, 15:16,<br>18:7, 19:9,<br>20:12, 21:19,<br>27:21, 31:1,<br>31:10, 31:13,<br>41:6, 42:14,<br>44:13, 45:6,<br>50:4, 70:14,<br>79:11, 85:21 | 58:20, 77:18,<br>80:2<br>**redraw**<br>68:14<br>**redraws**<br>25:11<br>**reece's**<br>88:11<br>**reese**<br>64:6, 78:6,<br>79:13<br>**refer**<br>2:19 | 49:11<br>**represent**<br>8:18, 15:21,<br>15:22, 17:2,<br>19:16, 21:3,<br>21:6, 21:7,<br>21:10, 21:14,<br>21:21, 28:5,<br>34:8, 34:10,<br>34:11, 38:5,<br>40:20, 45:2,<br>47:22 | 82:16<br>**respective**<br>67:14<br>**response**<br>16:9<br>**rest**<br>11:3, 12:20,<br>22:21<br>**return**<br>60:16, 63:15,<br>82:10, 84:12<br>**returned** |
| **reason**<br>8:21, 17:1,<br>17:8, 50:6,<br>55:1, 73:7,<br>87:3, 87:13 | **referenced**<br>21:3<br>**referred**<br>84:2 | **representation**<br>11:5, 15:10,<br>16:10, 16:20,<br>23:10, 24:5,<br>24:6, 56:16, | 73:19<br>**returns**<br>63:16, 85:12,<br>85:13, 86:4,<br>86:5, 87:15, |
| **reasonable**<br>79:14 | **reflect**<br>47:13 | 56:20, 57:18,<br>58:3, 67:12 | 88:21<br>**reverse** |
| **reasons**<br>7:17, 7:21 | **regard**<br>44:6 | **representative**<br>42:20 | 40:7<br>**richard** |
| **recall**<br>68:7, 68:9,<br>68:10, 68:11 | **regarding**<br>90:10<br>**regardless** | **represented**<br>16:1, 27:4,<br>38:6, 47:17,<br>84:21 | 72:1, 72:18<br>**rick**<br>78:2 |
| **received**<br>6:3, 90:9 | 23:18, 34:7<br>**region**<br>26:13 | **representing**<br>34:2, 72:12 | **right**<br>2:8, 10:1, |

13:15, 13:18,
14:16, 19:21,
20:1, 23:2,
24:5, 29:9,
30:10, 30:18,
30:22, 37:9,
37:12, 49:16,
51:14, 51:16,
57:2, 59:18,
61:10, 62:13,
65:18, 66:15,
66:17, 77:1,
79:19, 79:20,
81:17, 81:20,
82:4, 82:13,
83:13, 88:21
**ringing**
24:11
**ripple**
19:6, 59:11
**river**
10:8, 11:2,
14:20, 15:1,
31:14, 78:16,
85:20
**road**
52:20
**robert**
10:4, 85:15
**rocky**
52:5
**roll**
2:3
**room**
18:1, 18:19,
19:11
**rouge**
15:5, 15:13,
16:11, 16:13,
17:7, 17:9,
17:10, 20:6,
22:17, 22:18,
31:11, 32:14,
49:2, 68:8,
68:14, 68:19,
69:2, 69:5,
69:13, 71:4,
71:13, 71:20,

72:9, 72:19,
74:15, 74:16,
74:20, 75:8,
75:19, 83:13,
88:13
**rouge's**
88:14
**rulings**
56:6
**run**
9:10, 9:17
**running**
14:7
**rural**
22:7, 22:9,
26:11, 27:1,
27:5, 84:20

---
### S

**said**
3:5, 15:21,
17:22, 35:15,
38:12, 44:21,
45:9, 46:21,
51:18, 55:12,
59:14, 70:4,
79:5, 79:13
**same**
9:17, 21:7,
21:20, 27:17,
31:9, 33:16,
35:21, 35:22,
40:9, 46:17,
47:17, 59:22,
64:2, 64:4,
68:18, 69:21,
71:6, 73:6,
74:5, 77:22,
78:4, 81:2,
82:5, 86:12
**sat**
44:6
**satisfy**
12:17, 28:7,
28:8, 85:8
**save**
39:12, 39:20
**saving**
40:3

**say**
8:1, 12:21,
15:8, 15:17,
18:18, 21:11,
25:10, 35:4,
40:4, 48:11,
79:8
**saying**
56:21, 66:3
**says**
48:14, 50:8
**sb1**
64:2, 64:4
**scalise**
9:11, 15:5,
15:6, 15:11,
39:17, 40:10
**school**
68:13, 68:14,
68:15, 69:4
**schools**
69:12
**scramble**
80:15
**scratch**
41:22
**scripture**
2:19
**se**
63:12, 77:3
**seafood**
52:2
**seat**
40:6, 40:15,
40:19
**seats**
7:22, 40:17
**sec**
61:2, 63:17,
84:14, 85:14,
86:6, 86:15,
87:16, 88:5
**second**
4:21, 9:3,
12:4, 43:5, 88:1
**secretary**
2:3
**section**
5:14, 5:15,

11:3, 14:22,
19:19, 74:12,
74:14
**sector**
61:1
**see**
10:2, 11:13,
13:3, 14:4,
14:15, 17:16,
19:8, 28:14,
28:18, 29:15,
29:16, 29:22,
30:1, 31:8,
31:18, 36:19,
42:4, 43:18,
45:11, 45:18,
46:1, 46:2,
46:12, 53:7,
60:18, 62:2,
64:16, 64:21,
67:9, 69:18,
73:20, 76:7,
77:9, 85:10,
89:7
**seeing**
29:10
**seek**
3:16, 69:22
**seem**
18:14, 48:20
**seems**
33:13
**seen**
8:7, 47:15,
48:15, 52:21
**senat**
65:13
**senate**
1:8, 2:2, 4:13,
5:12, 5:13, 6:3,
6:4, 7:6, 16:2,
17:1, 45:2,
45:3, 67:9,
67:18, 90:19
**senators**
15:8, 42:13
**sense**
18:14, 29:15

| | | | |
|---|---|---|---|
| **sent**<br>3:2, 13:16,<br>13:20, 24:14<br>**separate**<br>46:18<br>**separated**<br>28:21<br>**serve**<br>3:21, 68:4<br>**served**<br>22:6, 68:3,<br>72:1<br>**service**<br>45:7<br>**serving**<br>9:5, 23:11,<br>23:18, 24:18<br>**session**<br>5:16, 6:10,<br>77:18, 80:12<br>**set**<br>60:10, 61:2,<br>61:3, 63:17,<br>63:18, 84:15,<br>85:15, 86:6,<br>86:7, 86:15,<br>86:16, 87:16,<br>87:17<br>**sets**<br>60:10<br>**setting**<br>23:6, 23:12<br>**seven**<br>21:3, 60:10,<br>89:3<br>**several**<br>21:20, 55:15<br>**shall**<br>3:18<br>**shape**<br>9:14, 50:7<br>**shaped**<br>76:15<br>**share**<br>5:8, 36:3,<br>46:10, 46:14<br>**shared**<br>36:2 | **shoes**<br>79:7<br>**short**<br>29:5, 37:7<br>**should**<br>8:1, 85:9<br>**should've**<br>38:2<br>**shows**<br>52:20<br>**shreveport**<br>10:16, 44:20<br>**shrimp**<br>52:4<br>**side**<br>14:19, 38:22,<br>39:1, 39:10,<br>39:13, 39:19,<br>70:17<br>**signature**<br>86:21, 87:2,<br>87:22<br>**signature-5tm1q**<br>90:14<br>**signed**<br>86:22<br>**significant**<br>57:15, 74:15<br>**significantly**<br>62:21<br>**similar**<br>7:17, 10:9,<br>10:13, 16:2,<br>22:17, 32:19,<br>33:4, 46:11<br>**similarities**<br>22:20, 69:18<br>**simple**<br>70:8, 72:22,<br>73:2<br>**simply**<br>22:22, 23:17,<br>24:1, 32:17,<br>48:14, 61:15,<br>70:4, 85:19<br>**since**<br>48:4, 65:16<br>**single**<br>23:21, 72:12 | **single-digits**<br>59:20<br>**sir**<br>67:22, 68:10,<br>77:9<br>**sister**<br>5:2<br>**sits**<br>10:1<br>**sitting**<br>9:1, 9:8,<br>23:15, 23:21,<br>40:16, 44:7<br>**situation**<br>22:8, 32:10<br>**six**<br>15:22, 29:8,<br>41:22, 44:15,<br>49:3, 70:2,<br>70:6, 76:4,<br>76:10<br>**six-day**<br>80:12<br>**size**<br>59:22<br>**slidell**<br>78:12, 78:15<br>**slightly**<br>64:14<br>**slip**<br>4:20<br>**slow**<br>45:15<br>**small**<br>11:3, 21:10<br>**smaller**<br>20:20<br>**smart**<br>45:21<br>**sole**<br>77:2<br>**solely**<br>58:18<br>**solutions**<br>77:17<br>**solve**<br>19:2, 23:8,<br>29:16 | **some**<br>6:9, 11:21,<br>13:2, 14:11,<br>15:7, 17:3,<br>20:20, 21:9,<br>21:18, 22:10,<br>25:13, 26:5,<br>26:9, 29:20,<br>29:21, 30:21,<br>32:12, 37:5,<br>38:1, 41:10,<br>42:12, 43:16,<br>45:10, 47:15,<br>50:21, 52:10,<br>52:18, 53:6,<br>53:15, 53:16,<br>56:2, 59:6,<br>60:5, 60:17,<br>60:18, 71:19,<br>75:11, 80:8,<br>80:19, 82:18,<br>84:3<br>**somebody**<br>13:16, 47:20<br>**someone**<br>9:4, 19:2,<br>40:19<br>**something**<br>6:12, 6:20,<br>8:6, 11:9,<br>11:13, 11:15,<br>16:6, 23:18,<br>24:2, 25:7,<br>28:8, 30:3,<br>32:18, 33:11,<br>37:17, 38:2,<br>41:7, 41:13,<br>44:22, 51:1,<br>58:17, 59:16,<br>62:18, 71:3,<br>71:17, 74:2<br>**somewhat**<br>5:5, 26:13,<br>26:14, 27:1,<br>53:17, 65:9<br>**somewhere**<br>59:8<br>**son**<br>4:6 |

**sons**
3:11, 3:12,
3:13
**sorry**
70:20
**sort**
9:21, 16:17,
21:21, 22:3,
43:12, 47:15,
52:17, 53:14
**sorts**
12:20, 49:7
**sought**
63:4
**sound**
80:12
**south**
14:22, 18:9,
37:13, 47:8
**southeast**
46:7, 48:6
**southwest**
18:8, 46:7,
48:6
**spaces**
36:10
**sparsely**
47:19
**speak**
18:12, 45:13,
54:22
**speaking**
24:3, 24:4
**special**
4:20, 6:10
**specific**
78:10
**specifically**
51:11
**specifics**
68:10, 74:7
**spending**
36:8
**split**
28:19, 37:9,
37:14, 38:6,
44:16
**splitting**
10:18, 51:14

**spoken**
7:4, 11:19,
29:3
**st**
14:21, 20:7,
26:4, 27:9,
28:18, 28:21,
31:5, 31:13,
33:22, 46:22,
51:11, 51:13,
52:12, 59:2,
68:20, 85:5
**stacked**
54:1
**staff**
35:18, 51:5
**staffs**
60:3
**stand**
25:17, 85:10,
89:11
**standard**
89:6
**standing**
74:17, 83:14
**stands**
4:10, 84:20,
87:6
**start**
7:7, 8:21,
12:11, 12:13,
34:18, 41:7,
41:22, 43:15,
44:16, 44:17,
60:22
**started**
7:4, 28:2
**starts**
76:22
**state**
3:21, 4:2, 4:5,
4:14, 8:3,
12:20, 13:19,
14:9, 16:15,
17:10, 19:7,
21:18, 28:6,
32:2, 33:14,
34:18, 36:13,

36:14, 38:1,
41:4, 41:17,
47:18, 48:7,
49:22, 57:16,
58:13, 59:10,
59:11, 61:22,
69:16, 71:7,
71:14, 72:8,
78:10, 83:1
**state's**
54:12
**stated**
11:8, 28:1
**statement**
30:6
**states**
4:9, 66:19,
83:4, 83:18
**stays**
30:2
**step**
25:11, 25:12
**steve**
39:17
**sticks**
76:8
**stifle**
73:13, 82:11
**still**
13:14, 16:9,
35:12, 39:10,
39:11, 52:15,
55:17, 62:8,
62:20
**straighten**
40:22
**strategy**
44:8
**strength**
36:10, 36:17
**strictly**
53:11, 55:19,
85:8
**strikes**
49:1
**stroke**
73:6
**strong**
36:4

**struck**
83:4
**structure**
8:4
**struggles**
5:5
**students**
69:2
**subsection**
5:15
**substantial**
63:1
**sufficient**
83:22
**sugar**
26:20, 26:22
**sugarcane**
26:18, 34:17
**suggestions**
80:5
**suited**
16:7
**summary**
66:19
**sundays**
52:6
**support**
50:1, 50:6,
52:7, 73:7,
78:7, 86:2
**supporting**
90:4
**supposed**
55:2
**supreme**
83:5, 83:18
**sure**
6:2, 23:14,
34:5, 35:21,
39:19, 42:3,
43:21, 45:9,
51:2
**surfaces**
20:17
**swap**
18:15, 60:1
**swear**
75:2

| | | | |
|---|---|---|---|
| **system**<br>25:5, 69:4<br>**systems**<br>52:10<br><br>**T**<br><br>**tail**<br>16:17, 71:16<br>**take**<br>3:11, 3:12,<br>6:19, 19:1,<br>19:8, 24:20,<br>25:9, 27:6,<br>29:14, 29:19,<br>30:18, 36:17,<br>37:10, 37:12,<br>39:3, 40:21,<br>44:1, 45:15,<br>45:17, 60:6,<br>70:13, 70:15,<br>77:5, 81:13,<br>83:8, 87:21,<br>88:13, 88:15<br>**taken**<br>19:19, 22:14,<br>38:2<br>**takes**<br>66:15<br>**taking**<br>12:11, 66:18<br>**talbot**<br>17:18, 17:20,<br>19:10<br>**talk**<br>26:6, 42:13,<br>78:12<br>**talked**<br>27:14, 38:15,<br>42:11, 53:8,<br>79:4<br>**talking**<br>8:21, 31:18,<br>40:8, 41:12,<br>59:18, 63:7,<br>63:8, 66:14,<br>72:11, 85:18<br>**tall**<br>42:3 | **tangipahoa**<br>17:2<br>**tape-recording**<br>90:9<br>**task**<br>7:18, 8:4,<br>21:16, 31:1,<br>33:10, 34:1,<br>35:5, 42:3<br>**taxes**<br>36:14<br>**team**<br>52:20, 69:8<br>**tell**<br>6:22, 22:15,<br>31:10, 49:3,<br>54:19, 61:12,<br>74:1, 74:5,<br>79:20<br>**telling**<br>66:14<br>**temporarily**<br>60:16, 63:15,<br>84:13, 85:13,<br>86:4, 87:15,<br>88:21<br>**ten**<br>45:6<br>**tentacles**<br>53:7, 53:11,<br>53:21, 59:6<br>**terms**<br>7:19, 14:7,<br>19:7, 34:7,<br>35:21, 43:21,<br>44:2, 55:2,<br>56:10, 63:3,<br>78:14<br>**terrebonne**<br>26:11, 85:5<br>**testify**<br>25:17, 78:9<br>**testimony**<br>1:7, 24:17,<br>25:5, 36:10,<br>79:2, 79:11<br>**texas**<br>31:6 | **textbook**<br>51:17<br>**th**<br>2:20<br>**tha**<br>75:15<br>**thank**<br>2:12, 3:20,<br>4:7, 4:19, 5:9,<br>5:21, 6:1, 6:8,<br>6:15, 10:5,<br>11:18, 13:8,<br>13:9, 13:10,<br>16:8, 17:17,<br>17:18, 19:11,<br>19:12, 19:14,<br>25:20, 25:21,<br>30:11, 30:12,<br>35:6, 35:8,<br>36:20, 36:21,<br>38:16, 38:17,<br>38:20, 42:5,<br>42:6, 42:8,<br>50:13, 50:14,<br>50:16, 60:5,<br>60:7, 62:5,<br>63:11, 63:12,<br>63:21, 67:3,<br>72:21, 73:10,<br>73:11, 77:8,<br>77:9, 77:14,<br>77:15, 82:7,<br>82:8, 82:14,<br>82:15, 84:8,<br>84:10, 85:17,<br>86:4, 86:9,<br>86:19, 87:14<br>**themselves**<br>74:9<br>**therefore**<br>16:13<br>**thereof**<br>3:10<br>**thi**<br>63:22<br>**thing**<br>7:20, 18:17,<br>21:11, 27:11, | 28:6, 34:3,<br>34:11, 37:18,<br>40:21, 41:3,<br>84:3, 88:10<br>**things**<br>6:18, 7:1,<br>8:22, 12:16,<br>12:20, 32:12,<br>34:13, 41:6,<br>49:8, 49:15,<br>64:1, 72:4,<br>80:8, 82:18<br>**think**<br>11:22, 17:7,<br>17:8, 21:16,<br>22:12, 27:14,<br>28:1, 28:22,<br>29:18, 30:7,<br>32:16, 32:17,<br>33:9, 38:9,<br>40:20, 41:18,<br>45:6, 46:10,<br>46:11, 47:14,<br>48:8, 48:10,<br>48:17, 48:18,<br>49:7, 50:17,<br>51:12, 52:18,<br>53:10, 53:16,<br>54:7, 55:7,<br>55:9, 55:14,<br>55:17, 55:22,<br>56:13, 56:15,<br>57:15, 58:2,<br>59:3, 61:9,<br>66:2, 66:3,<br>66:6, 70:18,<br>70:21, 72:18,<br>73:6, 74:6,<br>74:16, 79:6,<br>79:17, 80:4,<br>82:9, 84:4,<br>84:5, 84:7, 89:3<br>**third**<br>5:12, 26:4,<br>84:22<br>**thirds**<br>48:4, 48:9<br>**thought**<br>25:6, 40:13, |

40:14, 44:4,
76:3, 78:7
**thoughts**
38:4
**thousand**
75:11
**three**
14:4, 15:2,
15:3, 15:7,
15:8, 64:1,
71:2, 71:8,
71:9, 73:4
**through**
20:10, 31:19,
34:16, 38:14,
56:6, 73:18
**throughout**
10:14, 11:16,
25:7, 35:19,
38:8, 53:7,
58:11, 77:16
**throw**
55:19
**thrown**
27:1, 59:1
**throws**
32:9
**tight**
14:6, 24:19
**tight-knit**
53:3
**tighten**
61:21
**tighter**
20:21, 62:1
**till**
89:12
**timber**
34:13
**time**
6:9, 7:4,
12:11, 14:6,
18:18, 20:5,
20:12, 21:9,
24:20, 25:5,
29:6, 34:6,
41:10, 45:16,
50:19, 56:2,

57:12, 60:19,
64:17, 68:2,
69:7, 69:12,
79:17, 80:9,
80:17, 80:19,
81:2, 82:17,
84:8, 84:12,
86:2, 87:1,
87:9, 89:5,
89:10
**timeline**
24:19
**times**
6:19, 20:18,
61:16
**title**
5:14
**today**
2:9, 19:9,
38:15, 78:22,
80:22, 81:15,
87:9
**together**
6:21, 13:4,
27:2, 28:15,
29:13, 29:22,
34:21, 35:18,
51:6, 59:4,
64:9, 85:19
**told**
60:11, 81:19,
88:11
**tomorrow**
57:1, 81:12
**took**
38:22, 41:22,
44:8, 65:7,
66:5, 68:16,
69:11, 78:1,
78:3, 79:12,
79:15
**top**
69:14, 69:15
**topic**
6:16
**totally**
41:3
**touch**
40:10

**touched**
56:15
**touching**
10:22
**tough**
5:6, 27:21
**toward**
85:1
**tra**
57:19
**tradition**
12:7
**traditional**
50:2, 57:19
**transcribed**
1:22
**transcriber**
90:1, 90:2
**transcript**
1:6
**transcription**
90:9
**transparency**
14:7
**transparent**
64:3
**travel**
10:14
**traveled**
22:15
**traveling**
34:15, 34:19
**tried**
7:2, 21:5
**tries**
32:22
**troy**
8:16
**true**
13:21, 13:22,
47:11, 90:8
**truly**
51:14
**try**
6:17, 8:5,
11:10, 17:14,
20:22, 21:7,
21:16, 22:3,

24:2, 25:7,
28:6, 28:13,
30:8, 30:21,
32:20, 33:6,
34:10, 35:1,
37:17, 38:9,
39:9, 40:22,
41:13, 41:17,
42:14, 43:12,
45:14, 49:8,
51:5, 53:18,
54:13, 56:12,
60:6, 63:9,
74:11, 80:1
**trying**
6:19, 6:21,
10:7, 12:14,
16:6, 16:7,
19:22, 20:17,
21:17, 22:2,
23:8, 23:16,
23:17, 28:12,
30:11, 32:18,
35:9, 37:6,
38:14, 39:12,
41:16, 41:21,
42:9, 44:5,
44:8, 44:12,
49:10, 50:8,
50:21, 51:2,
53:15, 54:15,
55:2, 55:20,
60:4, 62:6,
68:12, 80:15,
84:19
**turn**
9:4
**tweaked**
32:20
**two**
8:21, 9:7,
14:3, 15:2,
15:4, 16:3,
23:22, 31:19,
32:10, 36:5,
39:16, 41:6,
41:8, 46:13,
48:4, 48:9,

52:8, 53:12,
54:16, 55:12,
56:12, 58:7,
64:2, 64:5,
67:20, 69:15,
70:6, 75:3,
77:21, 80:3,
81:7, 83:1

**U**

**ultimately**
29:21
**unconstitutional**
48:16, 84:7
**under**
4:10, 40:5,
40:12, 54:15,
64:4, 79:10,
90:3
**understand**
10:7, 13:5,
15:19, 16:5,
16:16, 16:20,
17:12, 21:8,
21:22, 23:14,
25:3, 28:13,
29:17, 30:22,
31:20, 32:16,
34:1, 37:22,
38:7, 39:7,
41:5, 42:2,
42:9, 46:16,
46:20, 46:21,
47:3, 63:2,
88:16
**understanding**
27:3
**unfair**
70:4
**unhappy**
41:12
**unincorporated**
17:3
**unit**
85:21
**united**
4:9, 83:4,
83:18

**unless**
13:16
**until**
33:2, 61:8,
84:17, 89:11
**upset**
24:10, 25:1
**uptown**
18:13
**urban**
27:1
**use**
68:18
**using**
68:17
**usually**
39:10

**V**

**valued**
57:21
**variation**
8:1
**vastly**
22:21
**vermilion**
32:15, 33:17
**vernon**
64:7
**verse**
3:1
**version**
19:15, 22:13
**versions**
19:19
**versus**
39:1, 39:5
**video-recorded**
1:6
**view**
65:8
**vio**
65:11
**violates**
56:14, 65:9,
65:11
**visit**
24:8, 89:6

**visual**
26:3
**visually**
56:18
**voice**
22:7, 22:10,
25:14
**voices**
25:15
**vote**
37:4, 70:12,
70:16, 81:13,
82:20
**voters**
56:21, 57:3,
57:13, 75:18,
75:19
**votes**
13:21, 16:15,
89:10
**voting**
82:20

**W**

**wag**
71:17
**wait**
84:17
**waive**
86:10
**want**
2:15, 2:18,
3:15, 6:2, 12:5,
16:14, 24:8,
25:16, 30:5,
33:8, 37:7,
37:16, 38:13,
45:8, 57:1,
62:18, 63:13,
63:14, 72:12,
73:11, 73:13,
74:2, 75:6,
81:12, 81:13,
81:14, 82:11,
82:12, 88:12
**wanted**
5:8, 8:5,
13:14, 13:18,

18:16, 18:21,
37:5, 37:20,
68:13, 73:8,
88:11
**wanting**
61:17, 67:7
**ward**
5:13, 5:18,
6:2, 6:4, 6:7,
6:8, 10:6, 11:7,
12:14, 13:9,
13:12, 13:14,
13:16, 13:22,
14:5, 14:13,
14:18, 15:19,
16:16, 17:12,
18:22, 19:15,
20:19, 23:1,
23:3, 23:14,
25:3, 25:19,
25:21, 26:19,
28:1, 29:17,
30:12, 30:15,
30:19, 31:18,
32:16, 33:20,
35:14, 36:20,
37:2, 37:22,
38:16, 38:21,
39:3, 40:4,
40:15, 41:5,
42:2, 42:9,
43:20, 45:12,
45:20, 46:2,
46:6, 46:10,
46:20, 47:10,
47:14, 48:8,
49:6, 50:13,
53:16, 54:18,
54:21, 55:22,
60:7, 60:8,
60:19, 61:3,
61:6, 61:7,
61:11, 61:14,
62:6, 63:2,
63:8, 63:14,
66:9, 66:12,
66:18, 85:18,
89:6

**ward's**
74:7, 78:3,
80:11, 80:16
**washington**
71:5, 72:3
**waste**
18:18
**watched**
68:3
**way**
2:16, 7:18,
8:3, 10:9, 25:8,
28:10, 31:6,
33:2, 33:4,
33:22, 35:18,
38:7, 39:5,
39:6, 41:9,
41:12, 42:14,
42:17, 42:18,
45:15, 48:17,
50:9, 53:21,
55:12, 56:15,
58:6, 59:11,
63:9, 76:12,
76:16, 78:21
**ways**
55:15, 79:21
**we'll**
14:3, 29:14,
36:19, 45:19,
71:15, 71:16
**we're**
2:18, 7:9,
7:13, 7:14,
10:7, 12:10,
13:2, 14:5,
14:6, 16:7,
20:1, 20:3,
21:12, 21:17,
22:4, 23:12,
24:5, 27:8,
29:18, 29:21,
30:8, 32:3,
33:18, 34:18,
39:14, 39:15,
39:22, 41:12,
41:21, 43:22,
47:6, 51:3,

61:9, 61:14,
61:15, 63:7,
68:17, 74:17,
79:9, 79:10,
80:1, 80:14,
82:4, 82:19,
83:14
**we've**
6:9, 8:7, 8:8,
10:13, 11:6,
20:9, 20:10,
26:12, 27:2,
30:16, 30:20,
31:11, 31:14,
39:13, 39:14,
40:8, 41:10,
59:15, 83:2
**webster**
10:8, 11:2,
62:11, 62:13,
85:20
**week**
51:9, 80:1
**weigh**
56:4
**weight**
44:2
**weighted**
54:8
**welcome**
67:4, 72:19
**went**
14:11, 41:20,
53:17, 69:1,
69:16
**weren't**
44:22, 69:9
**west**
14:19, 20:6,
20:7, 22:18,
39:5, 57:8, 69:5
**western**
38:22, 39:10
**wha**
54:9
**whack-a-mole**
37:18
**whatever**
14:17, 51:3,

53:19, 80:21
**whatsoever**
67:1
**whenever**
7:5, 7:6, 19:5,
53:18, 59:9
**whether**
7:5, 9:13,
9:16, 21:6,
34:4, 71:4, 71:5
**white**
2:5, 8:15,
8:20, 13:10,
13:13, 13:18,
14:2, 14:9,
14:14, 14:16,
14:19, 16:8,
16:22, 17:13,
17:17, 52:3,
67:6, 67:7,
67:15, 67:20,
68:1, 68:11,
68:17, 68:21,
70:3, 70:10,
70:20, 71:1,
72:21, 73:10
**whoever**
43:14
**whole**
16:4, 16:11,
16:19, 18:7,
26:5, 26:6,
26:19, 31:8,
32:14, 41:4,
41:9, 41:17,
47:19, 48:12,
64:8, 77:16,
78:19, 82:19
**willing**
11:12, 17:13,
19:1, 19:8,
28:14, 75:1
**willingness**
51:7, 60:6
**win**
72:6, 72:7
**wind**
32:9

**window**
55:19, 59:1
**wish**
5:9
**withdraw**
86:12
**withdrawn**
89:4
**withdraws**
86:14
**within**
59:15, 75:10,
75:12, 75:14,
76:11, 76:16,
87:4
**without**
4:16, 21:18,
23:9, 29:16,
74:8, 81:4,
83:22, 87:1
**wives**
3:11, 3:12
**woman**
40:16
**women**
47:21
**wonderful**
3:20
**wondering**
38:21, 69:17
**word**
83:8
**words**
2:21, 3:2
**work**
2:14, 6:15,
7:2, 10:5, 13:4,
17:15, 19:9,
24:21, 26:2,
28:16, 35:9,
37:17, 38:14,
43:14, 48:19,
49:21, 53:1,
54:3, 54:14,
57:5, 60:4,
73:20, 80:9,
80:15, 80:17
**worked**
6:11, 6:17,

7:1, 32:6
**workers**
52:1
**working**
40:1, 50:19,
52:12, 59:15,
82:3, 82:4
**works**
30:10
**would've**
41:14
**wouldn't**
16:13, 31:17,
48:3, 79:18
**wrap**
58:14
**wrestle**
68:5
**wrong**
72:13

**Y**

**ye**
3:8, 3:11,
3:13, 47:12,
70:1
**yeah**
14:18, 16:21,
26:2, 30:19,
37:22, 45:12,
45:22, 47:10,
49:6, 50:18,
51:12, 67:11,
77:5
**years**
6:17, 24:17,
45:7, 50:4,
56:7, 69:3,
69:17
**yellow**
76:2
**yesterday**
4:20, 4:21,
5:3, 5:7, 7:8,
11:8, 15:21,
35:15, 36:2,
51:10, 52:14,
53:8, 53:17,

72:11
**yourselves**
73:20

**Z**

**zachary**
68:20
**zone**
41:1

**0**

**00**
77:21

**1**

**1**
5:4, 89:11,
89:12, 90:19
**1,200**
21:6
**10**
6:12, 69:3
**100,000**
15:12
**11**
5:3
**12**
69:8
**13**
5:3
**15**
69:17, 89:11,
89:12
**150,000**
15:10
**163,000**
43:6
**167,000**
43:6
**17**
61:3
**18**
1:10, 5:14,
44:15, 90:19
**19**
5:4, 86:7

**2**

**2-year**
5:1

**20**
28:8, 29:5,
84:15, 89:9
**2010**
58:1
**2016**
31:12
**2018**
83:19
**2022**
1:10, 5:15,
36:6, 90:16
**21**
63:18
**22**
85:15
**23**
86:16, 86:17
**230**
13:21
**25**
87:17
**27**
90:16
**29**
2:20, 3:1

**3**

**3,400**
51:1
**30**
41:18
**34**
2:8
**350**
36:14
**3rd**
4:14

**4**

**40,000**
15:11
**453585**
1:20, 90:19
**47.9**
8:15
**48.047**
8:20

**5**

**50,000**
15:11
**51.95**
8:19
**52.097**
8:14

**6**

**6**
75:11
**60,000**
69:1
**600,000**
15:16
**6th**
9:1

**7**

**70**
41:17
**700**
75:11
**77,000**
36:14
**776,200**
30:18

**8**

**80**
41:17
**89**
90:8

**9**

**9**
5:3, 77:21
**9.6**
36:13
**90**
1:21
**90,000**
69:1