# Exhibit I



# Transcript of Louisiana Senate Chamber - Part 2

**Date:** June 18, 2022
**Case:** Transcription Services

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

```
 1
 2
 3
 4
 5
 6              TRANSCRIPT OF VIDEO-RECORDED
 7                    TESTIMONY OF THE
 8              LOUISIANA SENATE CHAMBER
 9                     REDISTRICTING
10                    JUNE 18, 2022
11                        PART 2
12
13
14
15
16
17
18
19
20   Job No.: 453585
21   Pages: 1 - 9
22   Transcribed by: Christian Naaden
```

1           P R O C E E D I N G S

2           SEN. CORTEZ:  Senator Mills suggests absence

3  of a quorum. Members, when the machines are open,

4  quorum call. Quorum call. Vote your machines. Senator

5  Morris is here. Senator Cloud is here. Senator Henry is

6  here. Senator Pope is here. Senator Fred Mills is here.

7  Close machines. Thirty-four members in a quorum.

8           MS. DIXON:  Continuing with Senate bills on

9  third reading and final passage. Senate Bill 3 by

10 Senator Ward is an act to amend Title 18 relative to

11 congressional districts.

12          SEN. CORTEZ:  Senator Ward.

13          SEN. WARD:  Thank you, Mr. President. Members,

14 as you all know, we went through a number of

15 amendments. I believe I have four -- five different

16 amendments and then a sixth amendment that was

17 duplicative.

18          The problem I -- I've run into, and quite

19 frankly I have been concerned about this from -- from

20 the get-go, is that I can't find anything -- we can't

21 find anything collectively that can get us to 20 votes.

22          And let me back up from the bill for just a

1  second. We have all worked really hard for a very long
2  time, I mean, for those that are on the committee, for
3  months. This is something that I did not intend to
4  carry a bill on.
5       It's something that happened over the last few
6  days. Quite honestly, last Monday, I didn't think I was
7  going to be here. I know that was questioned. I'm not
8  sure the intention of that. Certainly, I wouldn't be
9  here had I resigned. I think that was sort of silly but
10 that's a whole another story.
11      But what we have not been able to do is build
12 a consensus around anything. Now, I could make us all
13 as a body sit here and take votes on every one of these
14 amendments and, you know, some may get on. Some may
15 not.
16      But I don't think that I found a single
17 amendment that would get on, number one. Number two, I
18 don't think I found a single amendment that if it did
19 get on, we would come anywhere near the 20 votes we
20 needed to continue this process.
21      What I will say though is from the start of me
22 filing this bill, really for me even showing up to come

```
 1   and participate when I was -- I had every intention of
 2   moving on was with the best of intentions.
 3              I really, really hoped that I would be able to
 4   do what we've done all together on many other occasions
 5   which was work together and try and find some middle
 6   ground. Would that mean that what we did before was
 7   wrong or -- or what somebody else's bill that was
 8   presented was wrong? No.
 9              But sometimes, you have to try and find some
10   consensus that falls in between those two things. And
11   so my intention of even coming back was to try and give
12   one more -- one more effort in doing that.
13              I'm sorry. I haven't -- I haven't been able to
14   find that. But I can assure you it's because -- it's
15   not because I didn't try. Now, for me personally, the
16   last thing I would ever want to do would -- would be to
17   spend my last amount of time at this mike asking you to
18   vote repeatedly on something that I know wasn't going
19   to go anywhere.
20              When I walked in the building this morning, I
21   was hopeful. I thought we had an opportunity. When we
22   left to go over the amendments, I thought there was
```

1  some opportunity. But when you're dealing with
2  something like this, every time you satisfy four
3  people, you lose four people. Every time you satisfy
4  six people, you lose seven over here.
5           It's a difficult task and -- and, quite
6  frankly, at this point, one that I think the -- the
7  courts are going to have to decide. I wish it wouldn't
8  have to be that way because I think that this was our
9  opportunity. We were given a second bite at the apple.
10          And once again, that's not to say that what we
11 did earlier was not -- was not a legal and suitable
12 map. I -- I don't have the answer to that. But I know
13 we were here and directed to be here under court order
14 and we had -- we had to put our best foot forward.
15          This was my attempt. It was with the best of
16 intentions. And I hope everybody, on all sides of the
17 aisle, understand that. But because I don't think we're
18 going to get there, it -- I -- I'm going to move that
19 we return the bill to the calendar at this time.
20          SEN. CORTEZ: Okay. Senator Boudreaux, your --
21 your objection button is -- is lit up. Is there any
22 objection to returning it to the calendar? Okay. All

1  right. It's returning to the calendar. Okay. Members,
2  the -- the House has -- has not convened yet, but at
3  this time, we have no instruments here that we can
4  bring forward.
5        It's my understanding that the House has no
6  instruments that have been reported out of committee to
7  bring forward. So it's -- it's -- in my mind, we're at
8  the end of the road and I think that we just need to
9  give notice to the House that we should be prepared to
10 sine die. Senator Talbot, you want to make that motion?
11       SEN. TALBOT:  Thank you, Mr. President. I make
12 a motion that we adjourn sine die.
13       SEN. CORTEZ:  No. No. No. No. That we -- that
14 we send a message to the House requesting their
15 permission to adjourn.
16       SEN. TALBOT:  Make a motion that we inform the
17 House that we request to adjourn sine die.
18       SEN. CORTEZ:  Very good. Any objections?
19 Seeing no objections, that motion is adopted. Members,
20 let's just go ahead and stand at ease until the House
21 comes in and we will -- they will be in receipt of our
22 message. At ease.

```
 1              Well, they got exactly 53 votes on the motion.
 2   They got exactly 53 motions on the -- 53 votes on the
 3   motion to adjourn. [inaudible]
 4              SEN. CORTEZ:  Representative Stefanski.
 5              REP. STEFANSKI:  Mr. President, members, the
 6   speaker sent me to inform you that the House is ready
 7   to adjourn sine die.
 8              SEN. CORTEZ:  Very good. Thank you. Thank you,
 9   members of the House. Members of the Senate, just
10   before we recognize a motion, I wanted to make -- I
11   wanted to let the secretary read something.
12              MS. DIXON:  Members, I am in receipt of a
13   message from the House that the House has consented to
14   adjourn sine die. Respectfully submitted, Michelle
15   Fontenot, Clerk of the House.
16              SEN. CORTEZ:  Very good. Okay. Couple of
17   announcements here. First and foremost, I do want to
18   wish our colleague, Senator Jimmy Harris, happy
19   birthday. Happy I think it's 48th. He looks 38. But
20   happy birthday, Senator.
21              That's eight. And to all of you who -- who are
22   still fortunate enough to have your father around,
```

1  please wish them a Happy Father's Day tomorrow. And to
2  the fathers that are in here, Happy Father's Day to
3  you. Thank you for your hard work this session. I
4  appreciate you being here. And with that, Senator
5  Talbot for a motion.
6          SEN. TALBOT:  Thank you, Mr. President. I make
7  a motion that we adjourn sine die.
8          SEN. CORTEZ:  Without objection.

```
1              CERTIFICATE OF TRANSCRIBER
2       I, Chris Naaden, a transcriber, hereby declare
3  under penalty of perjury that to the best of my ability
4  from the audio recordings and supporting information;
5  and that I am neither counsel for, related to, nor
6  employed by any of the parties to this case and have no
7  interest, financial or otherwise, in its outcome, the
8  above 8 pages contain a full, true and correct
9  transcription of the tape-recording that I received
10 regarding the event listed on the caption on page 1.
11
12         I further declare that I have no interest in
13 the event of the action.
14              [signature]
15         _____
16         June 24, 2022
17         Chris Naaden
18
19 (453585, 4. Senate Chamber June 18 Part 2)
20
21
22
```

**A**
**ability**
9:3
**able**
3:11, 4:3, 4:13
**about**
2:19
**above**
9:8
**absence**
2:2
**act**
2:10
**action**
9:13
**adjourn**
6:12, 6:15, 6:17, 7:3, 7:7, 7:14, 8:7
**adopted**
6:19
**again**
5:10
**ahead**
6:20
**aisle**
5:17
**all**
2:14, 3:1, 3:12, 4:4, 5:16, 5:22, 7:21
**amend**
2:10
**amendment**
2:16, 3:17, 3:18
**amendments**
2:15, 2:16, 3:14, 4:22
**amount**
4:17
**announcements**
7:17
**another**
3:10
**answer**
5:12
**any**
5:21, 6:18, 9:6
**anything**
2:20, 2:21, 3:12
**anywhere**
3:19, 4:19
**apple**
5:9
**appreciate**
8:4
**around**
3:12, 7:22
**asking**
4:17
**assure**
4:14
**attempt**
5:15
**audio**
9:4

**B**
**back**
2:22, 4:11
**because**
4:14, 4:15, 5:8, 5:17
**been**
2:19, 3:11, 4:13, 6:6
**before**
4:6, 7:10
**being**
8:4
**believe**
2:15
**best**
4:2, 5:14, 5:15, 9:3
**between**
4:10
**bill**
2:9, 2:22, 3:4, 3:22, 4:7, 5:19
**bills**
2:8
**birthday**
7:19, 7:20
**bite**
5:9
**body**
3:13
**boudreaux**
5:20
**bring**
6:4, 6:7
**build**
3:11
**building**
4:20
**button**
5:21

**C**
**calendar**
5:19, 5:22, 6:1
**call**
2:4
**can't**
2:20
**caption**
9:10
**carry**
3:4
**case**
9:6
**certainly**
3:8
**certificate**
9:1
**chamber**
1:8, 9:19
**chris**
9:2, 9:17
**christian**
1:22
**clerk**
7:15
**close**
2:7
**cloud**
2:5
**colleague**
7:18
**collectively**
2:21

**come**
3:19, 3:22
**comes**
6:21
**coming**
4:11
**committee**
3:2, 6:6
**concerned**
2:19
**congressional**
2:11
**consensus**
3:12, 4:10
**consented**
7:13
**contain**
9:8
**continue**
3:20
**continuing**
2:8
**convened**
6:2
**correct**
9:8
**cortez**
2:2, 2:12, 5:20, 6:13, 6:18, 7:4, 7:8, 7:16, 8:8
**could**
3:12
**counsel**
9:5
**couple**
7:16
**court**
5:13
**courts**
5:7

**D**
**day**
8:1, 8:2
**days**
3:6
**dealing**
5:1

**decide** 5:7
**declare** 9:2, 9:12
**die** 6:10, 6:12, 6:17, 7:7, 7:14, 8:7
**different** 2:15
**difficult** 5:5
**directed** 5:13
**districts** 2:11
**dixon** 2:8, 7:12
**doing** 4:12
**done** 4:4
**duplicative** 2:17

**E**
**earlier** 5:11
**ease** 6:20, 6:22
**effort** 4:12
**eight** 7:21
**else's** 4:7
**employed** 9:6
**end** 6:8
**enough** 7:22
**even** 3:22, 4:11
**event** 9:10, 9:13
**ever** 4:16

**every** 3:13, 4:1, 5:2, 5:3
**everybody** 5:16
**exactly** 7:1, 7:2

**F**
**falls** 4:10
**father** 7:22
**father's** 8:1, 8:2
**fathers** 8:2
**few** 3:5
**filing** 3:22
**final** 2:9
**financial** 9:7
**find** 2:20, 2:21, 4:5, 4:9, 4:14
**first** 7:17
**five** 2:15
**fontenot** 7:15
**foot** 5:14
**foremost** 7:17
**fortunate** 7:22
**forward** 5:14, 6:4, 6:7
**found** 3:16, 3:18
**four** 2:15, 5:2, 5:3
**frankly** 2:19, 5:6

**fred** 2:6
**full** 9:8
**further** 9:12

**G**
**get-go** 2:20
**give** 4:11, 6:9
**given** 5:9
**go** 4:19, 4:22, 6:20
**going** 3:7, 4:18, 5:7, 5:18
**good** 6:18, 7:8, 7:16
**ground** 4:6

**H**
**happened** 3:5
**happy** 7:18, 7:19, 7:20, 8:1, 8:2
**hard** 3:1, 8:3
**harris** 7:18
**henry** 2:5
**here** 2:5, 2:6, 3:7, 3:9, 3:13, 5:4, 5:13, 6:3, 7:17, 8:2, 8:4
**hereby** 9:2
**honestly** 3:6
**hope** 5:16

**hoped** 4:3
**hopeful** 4:21
**house** 6:2, 6:5, 6:9, 6:14, 6:17, 6:20, 7:6, 7:9, 7:13, 7:15

**I**
**inform** 6:16, 7:6
**information** 9:4
**instruments** 6:3, 6:6
**intend** 3:3
**intention** 3:8, 4:1, 4:11
**intentions** 4:2, 5:16
**interest** 9:7, 9:12

**J**
**jimmy** 7:18
**job** 1:20
**june** 1:10, 9:16, 9:19

**K**
**know** 2:14, 3:7, 3:14, 4:18, 5:12

**L**
**last** 3:5, 3:6, 4:16, 4:17
**left** 4:22
**legal** 5:11

**let's**
6:20
**listed**
9:10
**lit**
5:21
**long**
3:1
**looks**
7:19
**lose**
5:3, 5:4
**louisiana**
1:8

**M**

**machines**
2:3, 2:4, 2:7
**make**
3:12, 6:10,
6:11, 6:16,
7:10, 8:6
**many**
4:4
**map**
5:12
**mean**
3:2, 4:6
**members**
2:3, 2:7, 2:13,
6:1, 6:19, 7:5,
7:9, 7:12
**message**
6:14, 6:22,
7:13
**michelle**
7:14
**middle**
4:5
**mike**
4:17
**mills**
2:2, 2:6
**mind**
6:7
**monday**
3:6
**months**
3:3

**more**
4:12
**morning**
4:20
**morris**
2:5
**motion**
6:10, 6:12,
6:16, 6:19, 7:1,
7:3, 7:10, 8:5,
8:7
**motions**
7:2
**move**
5:18
**moving**
4:2

**N**

**naaden**
1:22, 9:2, 9:17
**near**
3:19
**need**
6:8
**needed**
3:20
**neither**
9:5
**notice**
6:9
**number**
2:14, 3:17

**O**

**objection**
5:21, 5:22, 8:8
**objections**
6:18, 6:19
**occasions**
4:4
**okay**
5:20, 5:22,
6:1, 7:16
**once**
5:10
**one**
3:13, 3:17,

4:12, 5:6
**open**
2:3
**opportunity**
4:21, 5:1, 5:9
**order**
5:13
**other**
4:4
**otherwise**
9:7
**out**
6:6
**outcome**
9:7
**over**
3:5, 4:22, 5:4

**P**

**page**
9:10
**pages**
1:21, 9:8
**part**
1:11, 9:19
**participate**
4:1
**parties**
9:6
**passage**
2:9
**penalty**
9:3
**people**
5:3, 5:4
**perjury**
9:3
**permission**
6:15
**personally**
4:15
**please**
8:1
**point**
5:6
**pope**
2:6
**prepared**
6:9

**presented**
4:8
**president**
2:13, 6:11,
7:5, 8:6
**problem**
2:18
**process**
3:20
**put**
5:14

**Q**

**questioned**
3:7
**quite**
2:18, 3:6, 5:5
**quorum**
2:3, 2:4, 2:7

**R**

**read**
7:11
**reading**
2:9
**ready**
7:6
**really**
3:1, 3:22, 4:3
**receipt**
6:21, 7:12
**received**
9:9
**recognize**
7:10
**recordings**
9:4
**redistricting**
1:9
**regarding**
9:10
**related**
9:5
**relative**
2:10
**rep**
7:5
**repeatedly**
4:18

**reported**
6:6
**representative**
7:4
**request**
6:17
**requesting**
6:14
**resigned**
3:9
**respectfully**
7:14
**return**
5:19
**returning**
5:22, 6:1
**right**
6:1
**road**
6:8
**run**
2:18

### S

**satisfy**
5:2, 5:3
**say**
3:21, 5:10
**second**
3:1, 5:9
**secretary**
7:11
**seeing**
6:19
**sen**
2:2, 2:12,
2:13, 5:20,
6:11, 6:13,
6:16, 6:18, 7:4,
7:8, 7:16, 8:6,
8:8
**senate**
1:8, 2:8, 2:9,
7:9, 9:19
**senator**
2:2, 2:4, 2:5,
2:6, 2:10, 2:12,
5:20, 6:10,

7:18, 7:20, 8:4
**send**
6:14
**sent**
7:6
**session**
8:3
**seven**
5:4
**should**
6:9
**showing**
3:22
**sides**
5:16
**signature-dhmby**
9:14
**silly**
3:9
**sine**
6:10, 6:12,
6:17, 7:7, 7:14,
8:7
**single**
3:16, 3:18
**sit**
3:13
**six**
5:4
**sixth**
2:16
**some**
3:14, 4:5, 4:9,
5:1
**somebody**
4:7
**something**
3:3, 3:5, 4:18,
5:2, 7:11
**sometimes**
4:9
**sorry**
4:13
**sort**
3:9
**speaker**
7:6
**spend**
4:17

**stand**
6:20
**start**
3:21
**stefanski**
7:4, 7:5
**still**
7:22
**story**
3:10
**submitted**
7:14
**suggests**
2:2
**suitable**
5:11
**supporting**
9:4
**sure**
3:8

### T

**take**
3:13
**talbot**
6:10, 6:11,
6:16, 8:5, 8:6
**tape-recording**
9:9
**task**
5:5
**testimony**
1:7
**th**
7:19
**thank**
2:13, 6:11,
7:8, 8:3, 8:6
**thing**
4:16
**things**
4:10
**think**
3:6, 3:9, 3:16,
3:18, 5:6, 5:8,
5:17, 6:8, 7:19
**third**
2:9

**thirty-four**
2:7
**thought**
4:21, 4:22
**through**
2:14
**time**
3:2, 4:17, 5:2,
5:3, 5:19, 6:3
**title**
2:10
**together**
4:4, 4:5
**tomorrow**
8:1
**transcribed**
1:22
**transcriber**
9:1, 9:2
**transcript**
1:6
**transcription**
9:9
**true**
9:8
**try**
4:5, 4:9, 4:11,
4:15
**two**
3:17, 4:10

### U

**under**
5:13, 9:3
**understand**
5:17
**understanding**
6:5
**until**
6:20

### V

**video-recorded**
1:6
**vote**
2:4, 4:18
**votes**
2:21, 3:13,

| | | |
|---|---|---|
| 3:19, 7:1, 7:2 | **24**<br>9:16 | |
| **W** | **3** | |
| **walked**<br>4:20 | **38**<br>7:19 | |
| **want**<br>4:16, 6:10,<br>7:17 | **4** | |
| | **453585**<br>1:20, 9:19 | |
| **wanted**<br>7:10, 7:11 | **48**<br>7:19 | |
| **ward**<br>2:10, 2:12,<br>2:13 | **5** | |
| **way**<br>5:8 | **53**<br>7:1, 7:2 | |
| **we're**<br>5:17, 6:7 | | |
| **we've**<br>4:4 | | |
| **went**<br>2:14 | | |
| **whole**<br>3:10 | | |
| **wish**<br>5:7, 7:18, 8:1 | | |
| **without**<br>8:8 | | |
| **work**<br>4:5, 8:3 | | |
| **worked**<br>3:1 | | |
| **wouldn't**<br>3:8, 5:7 | | |
| **wrong**<br>4:7, 4:8 | | |
| **1** | | |
| **18**<br>1:10, 2:10,<br>9:19 | | |
| **2** | | |
| **2**<br>9:19 | | |
| **20**<br>2:21, 3:19 | | |
| **2022**<br>1:10, 9:16 | | |