# Exhibit J



# Transcript of House Hearing - Day 1

**Date:** June 15, 2022
**Case:** Transcription Services

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

LOUISIANA HOUSE OF REPRESENTATIVES

HEARING DAY 1

Wednesday, June 15, 2022

Job:  453354

Pages:  1 - 98

Transcribed by:  Jennifer Candela-Alvarez

P R O C E E D I N G S

1    SPEAKER SCHEXNAYDER:  Roll call, Members.    00:00:06
2  Go to your machines.  The House will come to order.    00:00:09
3  Roll call.  You're still voting, members?  Stefanski    00:00:12
4  is here.  Still voting?  All right.  Close them up.    00:00:20
5  Ninety-eight members in a quorum.    00:00:26

6    Today, Members, the House will be opened    00:00:28
7  in prayer by Representatives Edmonds.    00:00:29

8    REPRESENTATIVE EDMONDS:  Thank you, Mr.    00:00:39
9  Speaker.  Members, well, good afternoon, everybody.    00:00:39
10  What a privilege and honor as all of you express the    00:00:42
11  -- the great honor it is to be at this platform to    00:00:44
12  lead us in prayer.    00:00:46

13    You know, I'm reminded -- and I'll read a    00:00:48
14  verse of scripture as we start this special session.    00:00:50
15  I'm reminded of some our great legacy people in our    00:00:52
16  churches.  And every Sunday, when I walk into church,    00:00:55
17  there's a particular gentleman named Phillip that's    00:00:58
18  at the back of my church.    00:01:00

19    No matter what's going on, no matter if    00:01:01
20  it's a good day, a tough day -- he's a very elderly    00:01:03
21  man, and, you know, he can find a way to find    00:01:06

1  something that's not right or something he could feel          00:01:09

2  a hurt or pain about.  He's got the age to be able to          00:01:12

3  -- to be able to complain and gripe every now and             00:01:15

4  then.                                                          00:01:17

5          But every day, every Sunday I see him, we             00:01:17

6  agree on this:  This is the day that the Lord has             00:01:20

7  made, and we will rejoice and be glad in it.                 00:01:24

8          Yesterday, as I prepared to -- to come               00:01:27

9  today, I read this scripture.  I get a scripture             00:01:30

10 text.  And if you don't read the Psalms -- if you            00:01:32

11 don't read the Psalms, you ought to read a Psalms or         00:01:34

12 a -- or a Proverbs every day, in my opinion.                 00:01:37

13         And here's the Psalms that was my                    00:01:39

14 yesterday to prepare for this session:  Psalms 48            00:01:41

15 said, Oh, God, we give glory to you all day long and         00:01:43

16 constantly praise your name.  We may not find                00:01:49

17 agreement on everything, but we can agree it is our          00:01:53

18 privilege to bring praise to the Lord all day long.          00:01:56

19         Would you join with me as we pray                    00:01:59

20 together?                                                     00:02:01

21         Our Heavenly Father, we just come to you,           00:02:03

22 and we want to let you know that we love you.  We're         00:02:05

1   grateful the way you love us, the way you always show          00:02:08

2   your mercy and your grace, your love and your                  00:02:11

3   strength, your power, and authority that's in our              00:02:15

4   lives.  We thank you through the name of Jesus                 00:02:18

5   Christ, our Savior and our Lord.                               00:02:21

6        We're grateful for all of our places of                  00:02:23

7   worship -- the places that we raise our families, our         00:02:24

8   children, and our grandchildren.  We ask the richest          00:02:27

9   blessing upon all of our constituents and all of our          00:02:31

10  leaders.  We pray that, as we meet in this special            00:02:34

11  session, that you would you give our speaker great            00:02:37

12  wisdom.  We pray that you do the same for the                 00:02:39

13  president of the Senate.  We also ask that you bring          00:02:41

14  favor on our governor and give him wisdom as he               00:02:44

15  guides us as our leader.                                      00:02:46

16       Now this very day for these men and women,              00:02:48

17  my friends, I pray your richest blessing and                  00:02:50

18  anointing and presence and favor.  May your                  00:02:53

19  protection be on all of their homes and their family         00:02:56

20  members.  And may we all agree that we get the               00:02:59

21  privilege in the great State of Louisiana and in this        00:03:02

22  wonderful country, the United States of America, that        00:03:04

| | | |
|---|---|---|
| 1 | we can bring praise to you all day long.  Help us as | 00:03:07 |
| 2 | we move forward.  Give us wisdom, give us strength, | 00:03:11 |
| 3 | give us direction, and give us unity in Jesus's name. | 00:03:15 |
| 4 | And everybody said -- | 00:03:19 |
| 5 | ALL:  Amen. | 00:03:23 |
| 6 | SPEAKER SCHEXNAYDER:  Representative White | 00:03:24 |
| 7 | Will lead us in the pledge. | 00:03:25 |
| 8 | REPRESENTATIVE WHITE:  I pledge allegiance | 00:03:28 |
| 9 | to the flag of the United States of America, and to | 00:03:28 |
| 10 | the Republic -- | 00:03:51 |
| 11 | (No audio from 00:03:34 to 00:03:51) | |
| 12 | SPEAKER SCHEXNAYDER:  All right.  The | 00:03:51 |
| 13 | committee from the Senate.  Senator Hewitt. | 00:03:53 |
| 14 | SENATOR HEWITT:  Thank you, Mr. Speaker. | 00:04:11 |
| 15 | Members, we are here to inform you that the Senate | 00:04:12 |
| 16 | has convened, and we are ready to do business. | 00:04:15 |
| 17 | On a personal note, I would like to thank | 00:04:19 |
| 18 | all of you for your commitment to being here this | 00:04:21 |
| 19 | week for this very important work and for the | 00:04:24 |
| 20 | sacrifices that you've made to be here and the | 00:04:27 |
| 21 | sacrifices that you continue to make to serve the | 00:04:30 |
| 22 | people of Louisiana. So thank you very much.  I look | 00:04:33 |

1    forward to working with you this week.                    00:04:36

2         Thank you, Mr. Speaker.                    00:04:38

3         SPEAKER SCHEXNAYDER:  Thank you, Senator.                    00:04:40

4    (No audio from 00:04:40 to          00:04:50)

5         HOUSE CLERK:  Mr. Speaker and Members,                    00:04:51

6    Representative Davis requests five days' leave for                    00:04:52

7    seatmate, Representative Hilferty.                    00:04:55

8         SPEAKER SCHEXNAYDER:  Without objection.                    00:04:56

9         HOUSE CLERK:  Representative Wilford                    00:04:58

10   Carter requests five days' leave for his seatmate,                    00:04:59

11   Representative Moore.                    00:05:01

12        SPEAKER SCHEXNAYDER:  Without objection.                    00:05:02

13        HOUSE CLERK:  Representative Garofalo                    00:05:03

14   requests two days' leave for Representative                    00:05:04

15   McCormick.                    00:05:07

16        SPEAKER SCHEXNAYDER:  Without objection.                    00:05:09

17        HOUSE CLERK:  Representative Farnum                    00:05:10

18   requests two days' leave for Representative Tarver.                    00:05:13

19        SPEAKER SCHEXNAYDER:  Without objection.                    00:05:17

20        HOUSE CLERK:  Representative Muscarello                    00:05:20

21   requests five days' leave for Representative Stagni.                    00:05:22

22        SPEAKER SCHEXNAYDER:  Without objection.                    00:05:27

| | | |
|---|---|---|
| 1 | HOUSE CLERK:  Representative Bryant | 00:05:29 |
| 2 | request five days' leave for Representative Cox. | 00:05:32 |
| 3 | SPEAKER SCHEXNAYDER:  Without objection. | 00:05:36 |
| 4 | HOUSE CLERK:  Representative Coussan | 00:05:38 |
| 5 | requests one day's leave for representative | 00:05:39 |
| 6 | Beaullieu. | 00:05:42 |
| 7 | SPEAKER SCHEXNAYDER:  Without objection. | 00:05:43 |
| 8 | HOUSE CLERK:  And representative Freiberg | 00:05:44 |
| 9 | requests one day's leave for Representative McKnight. | 00:05:45 |
| 10 | SPEAKER SCHEXNAYDER:  Without objection. | 00:05:48 |
| 11 | (No audio from 00:05:46 to 00:06:15) | |
| 12 | SPEAKER SCHEXNAYDER:  Morning hour five. | 00:06:19 |
| 13 | HOUSE CLERK:  Mr. Speaker, Members of the | 00:06:23 |
| 14 | House, the House is in receipt of a communication. | 00:06:24 |
| 15 | The governor has issued a Proclamation No. 89 JBE | 00:06:27 |
| 16 | 2022 by virtue of the authority vested by the | 00:06:30 |
| 17 | Constitution.  I hereby call and convene the | 00:06:33 |
| 18 | legislative -- legislature of Louisiana into | 00:06:35 |
| 19 | extraordinary session to convene this day and to | 00:06:37 |
| 20 | adjourn June 20th. | 00:06:42 |
| 21 | I've set my hand officially and caused to | 00:06:45 |
| 22 | be affixed the Great Seal, signed, John Bel Edwards, | 00:06:46 |

| | | |
|---|---|---|
| 1 | Governor of Louisiana. | 00:06:49 |
| 2 | (No audio from 00:06:49 to 00:07:23) | |
| 3 | SPEAKER SCHEXNAYDER:  Morning hour five. | 00:07:23 |
| 4 | (No audio from 00:07:25 to 00:08:33) | |
| 5 | MALE SPEAKER:  Mr. Speaker on personal | 00:08:36 |
| 6 | privilege. | 00:08:47 |
| 7 | SPEAKER SCHEXNAYDER:  Members, good | 00:08:49 |
| 8 | afternoon, and thank you all for being here today so | 00:08:52 |
| 9 | unexpectedly and soon after we were -- had completed | 00:08:55 |
| 10 | our very successful session. | 00:08:59 |
| 11 | As we've said -- as I've said, this | 00:09:02 |
| 12 | special session is premature and unnecessary until | 00:09:04 |
| 13 | the legal process has played out in the court | 00:09:08 |
| 14 | systems.  But based on the federal judge and a call | 00:09:12 |
| 15 | into the special session by the governor, here we | 00:09:17 |
| 16 | are. | 00:09:20 |
| 17 | We are grateful for the hard work that our | 00:09:23 |
| 18 | Governmental Affairs Committee did during this past | 00:09:26 |
| 19 | year -- this year.  They've traveled the state.  They | 00:09:29 |
| 20 | held meetings after work.  They participated -- the | 00:09:34 |
| 21 | public participated in all means possible to this | 00:09:40 |
| 22 | process. | 00:09:43 |

| | | |
|---|---|---|
| 1 | They've even allowed those meetings to go | 00:09:46 |
| 2 | on long into the night in order to make sure that | 00:09:48 |
| 3 | everyone who wanted to be a part could be heard. | 00:09:51 |
| 4 | Those committees did everything they could to make | 00:09:55 |
| 5 | sure the process was fair, transparent, open to all | 00:09:59 |
| 6 | citizens of this state. | 00:10:04 |
| 7 | Members, the maps we passed, after all the | 00:10:08 |
| 8 | hard work, are fair and constitutional.  It concerns | 00:10:11 |
| 9 | me that we are now being asked to redo these maps in | 00:10:18 |
| 10 | just five days, something that was passed | 00:10:27 |
| 11 | overwhelmingly by two thirds of both bodies after a | 00:10:31 |
| 12 | long year's work. | 00:10:34 |
| 13 | But here we are, and we will do our best, | 00:10:38 |
| 14 | as we always do, over these next few days to make | 00:10:42 |
| 15 | sure voices are heard as the process continues to | 00:10:46 |
| 16 | play out.  I respect the legal process, and I know | 00:10:51 |
| 17 | how complicated redistricting laws are.  I view this | 00:10:56 |
| 18 | special session as one continuing step to this long | 00:11:00 |
| 19 | process. | 00:11:04 |
| 20 | I am going to ask you to support | 00:11:06 |
| 21 | suspending the rules today to allow us to refer these | 00:11:09 |
| 22 | bills to committee that will be introduced in a few | 00:11:13 |

| | | |
|---|---|---|
| 1 | minutes so that H and GA can begin its committee work | 00:11:17 |
| 2 | Friday to hear whatever bills are filed today.  That | 00:11:22 |
| 3 | will give you and the public time to review these | 00:11:28 |
| 4 | bills.  With that, I ask each and every one of you to | 00:11:32 |
| 5 | keep the hard work in mind that we're going to do, | 00:11:40 |
| 6 | and keep each other in mind that -- that we're here | 00:11:45 |
| 7 | because we were asked to come back and do a job. | 00:11:50 |
| 8 | Thank you. | 00:11:55 |
| 9 | MR. PRO TEM:  Representative Stefanski on | 00:11:57 |
| 10 | personal privilege. | 00:11:58 |
| 11 | REPRESENTATIVE STEFANSKI:  Thank you, Mr. | 00:12:06 |
| 12 | Pro tem.  I just want to reiterate a couple things | 00:12:07 |
| 13 | that the speaker touched on. | 00:12:10 |
| 14 | Number one, I -- I agree with the speaker. | 00:12:11 |
| 15 | I -- I believe this is premature.  We have not had a | 00:12:14 |
| 16 | -- a final ruling on the merits.  The second thing is | 00:12:18 |
| 17 | I agree the maps that we passed -- and I want you to | 00:12:22 |
| 18 | think back about the whole process that we went | 00:12:25 |
| 19 | through to get here.  Overwhelmingly, both in the | 00:12:27 |
| 20 | House and the Senate, did we approve this map. | 00:12:30 |
| 21 | To the extent that we overrode a | 00:12:34 |
| 22 | gubernatorial veto, that's only happened four times | 00:12:37 |

| | | |
|---|---|---|
| 1 | in the history of Louisiana.  One federal judge has | 00:12:40 |
| 2 | said that we can't use these maps.  In five to six | 00:12:45 |
| 3 | days -- a special session that we're going to try to | 00:12:51 |
| 4 | have in five to six days on an issue this | 00:12:53 |
| 5 | controversial and this important to so many people | 00:12:55 |
| 6 | around this state, in my opinion, is simply | 00:12:59 |
| 7 | unattainable. | 00:13:03 |
| 8 | The last thing I will say is the Fifth | 00:13:05 |
| 9 | Circuit, when they vacated their temporary stay on | 00:13:07 |
| 10 | the preliminary injunction, it's important to read | 00:13:11 |
| 11 | what they said. | 00:13:15 |
| 12 | Our ruling here concerns only the motions | 00:13:17 |
| 13 | for stay pending appeal and are for -- our | 00:13:19 |
| 14 | determinations are for that purpose only and do not | 00:13:23 |
| 15 | bind the Merits Panel. | 00:13:28 |
| 16 | That said, neither the plaintiff's | 00:13:31 |
| 17 | argument nor the district court's analysis is | 00:13:33 |
| 18 | entirely watertight.  And it is feasible that the | 00:13:36 |
| 19 | Merits Panel, conducting a less rushed examination of | 00:13:39 |
| 20 | the record in the light of a differently framed | 00:13:44 |
| 21 | arguments, may well side with the defendants. | 00:13:47 |
| 22 | Thank you, Members. | 00:13:52 |

1        SPEAKER SCHEXNAYDER:  All right.  Personal          00:13:52

2   privilege, Representative Duplessis.                     00:13:56

3        REPRESENTATIVE DUPLESSIS:  Thank you, Mr.           00:14:17

4   Speaker.  Thank you, Members, Chairman Stefanski.  I     00:14:17

5   have with me some documents in my hand.  These are       00:14:22

6   not notes.  This is a 152-page order from the federal    00:14:24

7   court.  This is a 34-page ruling from a -- from a        00:14:30

8   federal appellate court.                                 00:14:37

9        The speaker mentioned that we were asked            00:14:40

10  to come in here and redo a map that he believes is       00:14:42

11  legal.  Well, I don't think we were asked.  We were      00:14:46

12  ordered by a federal district court and by three         00:14:52

13  federal appellate judges -- four judges.                 00:14:57

14       We're either going to respect the law, or           00:15:02

15  we're not going to respect the law.  We've said time     00:15:05

16  after time after time that the maps being proposed       00:15:09

17  did not pass muster under the Voting Rights Act.         00:15:16

18       It feels like Groundhog Day because I've            00:15:20

19  come to this well so many times and repeated myself,     00:15:22

20  and we've made the same argument so many times.  The     00:15:25

21  question is are we going to respect the law, or are      00:15:29

22  we not going to respect the law?                         00:15:32

| | | |
|---|---|---|
| 1 | The issue of time has been raised.  We | 00:15:34 |
| 2 | know because it's all in the record that this body | 00:15:37 |
| 3 | has more than enough ability to get through these | 00:15:41 |
| 4 | maps in the six days in which we've been given, | 00:15:44 |
| 5 | starting today.  We know we have enough time to get | 00:15:47 |
| 6 | through the maps because the maps that have been | 00:15:51 |
| 7 | filed by myself, Senator Fields on the Senate side -- | 00:15:53 |
| 8 | they've been in the record for a very long time now. | 00:15:59 |
| 9 | And we were sent here with a very clear | 00:16:02 |
| 10 | mandate from the court to come back with a map that | 00:16:05 |
| 11 | had two African American congressional districts. | 00:16:09 |
| 12 | This is not complicated.  This is not hard.  It might | 00:16:13 |
| 13 | be hard for some of us, but we know what we're here | 00:16:17 |
| 14 | to do. | 00:16:20 |
| 15 | The fact of the matter is this:  The | 00:16:23 |
| 16 | current maps that we are under -- the current maps | 00:16:26 |
| 17 | that, yes, two thirds voted to override the governor | 00:16:30 |
| 18 | on -- the fact is that that map is on the wrong side | 00:16:33 |
| 19 | of the law, and it's on the wrong side of history. | 00:16:37 |
| 20 | So my challenge to this body is let's get | 00:16:42 |
| 21 | on the right side of the law and get on the right | 00:16:45 |
| 22 | side of history and adopt a map that complies with | 00:16:48 |

| | | |
|---|---|---|
| 1 | the federal order. | 00:16:52 |
| 2 | When I was young and I didn't listen to | 00:16:55 |
| 3 | what my mom had to say, she had a very specific thing | 00:16:57 |
| 4 | that she would say to me. | 00:17:01 |
| 5 | She said, Son, you have deliberately | 00:17:02 |
| 6 | disobeyed me. You deliberately disobeyed me. | 00:17:05 |
| 7 | We have been told what to do. So this is | 00:17:10 |
| 8 | not a choice that we have. We're either going to | 00:17:12 |
| 9 | deliberately disobey the courts, or we're going to do | 00:17:15 |
| 10 | the right thing. | 00:17:19 |
| 11 | SPEAKER SCHEXNAYDER: Representative | 00:17:31 |
| 12 | Phelps -- Representative Carter, why do you rise? | 00:17:32 |
| 13 | REPRESENTATIVE CARTER: For those of us | 00:17:36 |
| 14 | who aren't on House And Government Affairs, what do | 00:17:37 |
| 15 | Thursday and Friday look like as far as when we may | 00:17:39 |
| 16 | be down here? | 00:17:42 |
| 17 | SPEAKER SCHEXNAYDER: Let's get there | 00:17:43 |
| 18 | first, and then we'll fill you in. How about that? | 00:17:44 |
| 19 | REPRESENTATIVE CARTER: Just trying to get | 00:17:46 |
| 20 | my schedule together. | 00:17:47 |
| 21 | SPEAKER SCHEXNAYDER: Yes, sir. | 00:17:48 |
| 22 | REPRESENTATIVE PHELPS: Thank you, Mr. | 00:18:10 |

| | | |
|---|---|---|
| 1 | Speaker and Members.  I first come here just with the | 00:18:10 |
| 2 | responsibility of the people who sent me here to | 00:18:14 |
| 3 | represent not just my district but for the entire | 00:18:17 |
| 4 | State of Louisiana. | 00:18:19 |
| 5 | As the speaker mentioned, we did have -- | 00:18:22 |
| 6 | our committee did a great job in -- in doing the work | 00:18:24 |
| 7 | with us and for us.  We did have several state | 00:18:27 |
| 8 | meetings.  And when it was in my area, and as I was | 00:18:31 |
| 9 | told as across the state, it was deliberately and | 00:18:35 |
| 10 | very clearly stated and asked for another | 00:18:39 |
| 11 | congressional district so that we would have | 00:18:42 |
| 12 | additional representation in congress. | 00:18:45 |
| 13 | I've heard the words fair, that the map -- | 00:18:48 |
| 14 | previous maps were constitutional.  It could be a | 00:18:51 |
| 15 | controversial issue that we still have to address.  I | 00:18:54 |
| 16 | heard the word premature with us being here today. | 00:18:58 |
| 17 | I think it's very premature when we were - | 00:19:02 |
| 18 | - we -- the speaker -- the president hired lawyers at | 00:19:05 |
| 19 | the sums of $60,000 a month as the defense lawyers | 00:19:09 |
| 20 | for where we stand today. | 00:19:14 |
| 21 | When representatives Stefanski brought the | 00:19:17 |
| 22 | map, I did ask him -- some of you remember.  We read | 00:19:18 |

| | | |
|---|---|---|
| 1 | it in the paper, or I read it in the paper first, and | 00:19:23 |
| 2 | I asked the question.  Was that -- how was that | 00:19:25 |
| 3 | addressed as it did not come before the body?  And -- | 00:19:29 |
| 4 | and, of course, he could not answer for the speaker. | 00:19:31 |
| 5 | So that is something that has been | 00:19:34 |
| 6 | concerning, and I see everybody, you know, not really | 00:19:36 |
| 7 | listening.  But, again, I'm here on behalf of the | 00:19:38 |
| 8 | constituents across the State of Louisiana, wondering | 00:19:40 |
| 9 | are we paying $60,000 a month to discriminate against | 00:19:44 |
| 10 | minority people?  That's another question today. | 00:19:48 |
| 11 | Louisiana is more than just the rich, the | 00:19:56 |
| 12 | wealthy, the white.  There are black people.  There | 00:19:59 |
| 13 | are other minorities in this -- in this state not so | 00:20:03 |
| 14 | rich, not so wealthy.  Maybe the haves and the have- | 00:20:08 |
| 15 | nots? | 00:20:11 |
| 16 | I felt judged at times since I've been | 00:20:13 |
| 17 | here by the people that I am here representing.  And | 00:20:16 |
| 18 | those of whom I have had conversations with, I've | 00:20:20 |
| 19 | said, but I'm here to represent.  We shouldn't be | 00:20:23 |
| 20 | looked at -- how many SNAP recipients we have in our | 00:20:26 |
| 21 | districts and how many are receiving benefits and | 00:20:29 |
| 22 | make a determination of what's good and bad and | 00:20:32 |

| | | |
|---|---|---|
| 1 | ignore those people that pay taxes and try to live in | 00:20:35 |
| 2 | our great state as well. | 00:20:38 |
| 3 | So I would like to go back and tell them - | 00:20:41 |
| 4 | - and I hope they will see at the end of this week -- | 00:20:43 |
| 5 | that, no, our speaker, our legislator, our president | 00:20:45 |
| 6 | did not prematurely hire defense lawyers to | 00:20:50 |
| 7 | discriminate against African Americans and minorities | 00:20:54 |
| 8 | in this state.  Because I know we will do the right | 00:20:58 |
| 9 | thing and have fair representation for Louisiana. | 00:21:01 |
| 10 | Thank you. | 00:21:08 |
| 11 | SPEAKER SCHEXNAYDER:  All right. | 00:21:08 |
| 12 | Representative Gaines. | 00:21:16 |
| 13 | REPRESENTATIVE GAINES:  Members, were here | 00:21:24 |
| 14 | to -- to carry out a cause, to take advantage of an | 00:21:25 |
| 15 | opportunity to do what's just and right, to allow the | 00:21:32 |
| 16 | black citizens of Louisiana to elect a second black | 00:21:36 |
| 17 | congressman to create a second black majority | 00:21:41 |
| 18 | district, which is due, which is just, and which is | 00:21:43 |
| 19 | fair, based on the population, also, based on the | 00:21:45 |
| 20 | federal court's ruling. | 00:21:48 |
| 21 | The court has agreed that this is just, | 00:21:50 |
| 22 | and this is right.  And let me say a couple things: | 00:21:52 |

| | | |
|---|---|---|
| 1 | This -- this country was founded on the profound | 00:21:58 |
| 2 | principles of equally -- equity and -- and justice | 00:22:01 |
| 3 | and fairness.  This creed was loudly professed, | 00:22:03 |
| 4 | however, in regards to African Americans, in many | 00:22:08 |
| 5 | cases it was overtly delayed and systematically | 00:22:10 |
| 6 | denied. | 00:22:15 |
| 7 | With regards to the Voting Rights Act, | 00:22:18 |
| 8 | there have been several instances over the passing of | 00:22:20 |
| 9 | time that blacks were able to gain their voting | 00:22:23 |
| 10 | rights through struggle, sacrifice, and during the | 00:22:26 |
| 11 | many hostilities dating back to 1870 after the 15th | 00:22:29 |
| 12 | Amendment -- 1870, 1871 voting -- voter -- Voting | 00:22:35 |
| 13 | Enforcement Act that allowed blacks to vote, allowed | 00:22:39 |
| 14 | blacks to elect their representatives all over the | 00:22:41 |
| 15 | country on national and local levels. | 00:22:44 |
| 16 | Of course, when it was repealed -- and | 00:22:47 |
| 17 | I've talked to you about this before -- in 1894, | 00:22:50 |
| 18 | every black that was elected to office was removed | 00:22:53 |
| 19 | from office, denying blacks who had fought in wars, | 00:22:54 |
| 20 | paid taxes, their right to elect someone of their | 00:22:58 |
| 21 | choice. | 00:23:01 |
| 22 | It was 100 years before blacks were given | 00:23:02 |

| | | |
|---|---|---|
| 1 | the right to vote again through the 1965 Voting | 00:23:04 |
| 2 | Rights Act after that rollback.  Once again in 2013, | 00:23:06 |
| 3 | the Supreme Court rolled it back again by ruling in | 00:23:11 |
| 4 | in Shelby versus Holder that the -- the Voting Rights | 00:23:14 |
| 5 | Act was no longer needed to protect black votes. | 00:23:18 |
| 6 | Well, that's like saying in hurricane -- | 00:23:20 |
| 7 | in New Orleans that the levees are no longer needed | 00:23:23 |
| 8 | because it's not flooding.  Well, the reason why it's | 00:23:25 |
| 9 | not flooding is because the levees are there.  The | 00:23:27 |
| 10 | reason why blacks have their rights protected, | 00:23:29 |
| 11 | because the Voting Rights Act was there. | 00:23:30 |
| 12 | It was struck down in 2013, and | 00:23:31 |
| 13 | immediately after it was struck down, eight states | 00:23:34 |
| 14 | who had tried to pass voting rights restrictions sent | 00:23:37 |
| 15 | notice to the Justice Department that they were going | 00:23:42 |
| 16 | to file these same laws -- try to pass the same laws | 00:23:43 |
| 17 | to target black voting and -- and oppress black -- | 00:23:47 |
| 18 | black -- black voting ability and black voting | 00:23:50 |
| 19 | strength. | 00:23:55 |
| 20 | While the Voting Rights -- Voting Rights | 00:23:56 |
| 21 | Act was in place, there were 143 violations to the | 00:23:57 |
| 22 | Voting Rights Act between 2001 and 2013 -- 143 | 00:23:59 |

1    violations while it wasn't effect.  So you can                    00:24:04

2    imagine what was -- what was going to happen to black             00:24:06

3    voting ability after it was -- after it was repealed              00:24:07

4    and after -- after it was struck down.  Today,                    00:24:10

5    another rollback.                                                 00:24:14

6           There have been -- 32 states have passed                   00:24:15

7    voting restrictions that target black votes, and the              00:24:18

8    record shows that it has impacted blacks ability to               00:24:25

9    vote.                                                             00:24:28

10          So we are just here asking you to give a                   00:24:28

11   just and fair opportunity for minorities in the state            00:24:34

12   to elect someone of their choice, someone who can                00:24:36

13   fight for their interests, someone who can fight for             00:24:39

14   their causes.                                                    00:24:41

15          As you know, many of the causes that we                   00:24:41

16   fought for for our constituents, of which 90 percent            00:24:43

17   are black, have been struck down by this legislature.           00:24:44

18   So the representation and those who represent us make           00:24:49

19   a difference in terms of whether or not we can turn a           00:24:51

20   corner to the deviancies and -- and the things that             00:24:53

21   plaques -- plague our community.                                00:24:56

22          We can't complain about the problems in                  00:24:57

| | | |
|---|---|---|
| 1 | our communities or the problems in the urban cities | 00:24:59 |
| 2 | or the problems in black community, some of the | 00:25:01 |
| 3 | things that we face, without giving a -- without | 00:25:03 |
| 4 | giving a solution to -- to be able to avert these | 00:25:05 |
| 5 | problems, without giving an opportunity to be able to | 00:25:07 |
| 6 | change these problems.  And this is an opportunity | 00:25:10 |
| 7 | today to be able to effectuate a process -- the | 00:25:11 |
| 8 | political process that allowed blacks to get -- have | 00:25:15 |
| 9 | someone to represent their interests and to move | 00:25:17 |
| 10 | their community forward. | 00:25:20 |
| 11 | And when you move our communities forward, | 00:25:21 |
| 12 | all communities move forward.  A rising tide rises | 00:25:24 |
| 13 | all boats.  We can come together, and we can do this. | 00:25:27 |
| 14 | We just ask you for the opportunity to allow us to | 00:25:29 |
| 15 | turn the corner and allow us to work together to | 00:25:32 |
| 16 | create opportunities that's going to remove or at | 00:25:34 |
| 17 | least overcome the -- the difficulties and challenges | 00:25:38 |
| 18 | and deprivation of the past so that we can build a | 00:25:41 |
| 19 | better future. | 00:25:43 |
| 20 | Thank you. | 00:25:44 |
| 21 | SPEAKER SCHEXNAYDER:  All right. | 00:25:46 |
| 22 | Representative Pierre. | 00:25:46 |

| | |
|---|---|
| 1 | REPRESENTATIVE PIERRE:  Members, with all | 00:25:57 |
| 2 | due respect, I did hear Chairman Stefanski and our | 00:25:58 |
| 3 | speaker talk about time -- time.  In 2018, during the | 00:26:02 |
| 4 | Extraordinary Session right at three days HB 2 was -- | 00:26:09 |
| 5 | HB 1 was passed.  This past session we had HB 1 of | 00:26:14 |
| 6 | the speakers bill, and it was done in four hours. | 00:26:19 |
| 7 | We've come here on several special | 00:26:23 |
| 8 | sessions to do -- do a lot of things that was | 00:26:25 |
| 9 | necessary and important to the people that we all | 00:26:29 |
| 10 | serve, but we've got to be conscious of the fact that | 00:26:32 |
| 11 | the court has ordered, and both found that there are | 00:26:36 |
| 12 | ample time before election day to adopt and implement | 00:26:40 |
| 13 | new congressional maps that complies with the Voting | 00:26:43 |
| 14 | Rights Act; and legislative leadership has not | 00:26:47 |
| 15 | bothered to take any action since the governor order. | 00:26:50 |
| 16 | We have to come in.  We come in.  We order | 00:26:57 |
| 17 | them to come in, and we have meetings to talk about | 00:26:59 |
| 18 | it.  We have not done that.  So the time is now, and | 00:27:02 |
| 19 | we can make this happen. | 00:27:07 |
| 20 | Members, I ask that you do the right | 00:27:10 |
| 21 | thing, and let's correct the wrong, and let's move | 00:27:12 |
| 22 | forward with this additional congressional map. | 00:27:16 |

| | | |
|---|---|---|
| 1 | Thank you. | 00:27:18 |
| 2 | SPEAKER SCHEXNAYDER:  All right. | 00:27:22 |
| 3 | Representative Hughes. | 00:27:23 |
| 4 | REPRESENTATIVE HUGHES:  Thank you, Mr. | 00:27:38 |
| 5 | Speaker, Members.  The Book of Joshua commands us to | 00:27:38 |
| 6 | be strong and courageous.  Today is, in this session, | 00:27:44 |
| 7 | is simply about doing the right thing.  And Members, | 00:27:54 |
| 8 | from my perspective, it does not take courage to | 00:27:58 |
| 9 | simply do what is right. | 00:28:02 |
| 10 | Mr. Speaker and Members, as I stand here, | 00:28:06 |
| 11 | I can't help but reminisce and reflect upon a great | 00:28:09 |
| 12 | man who had such a profound impact on my life -- my | 00:28:13 |
| 13 | grandfather, The late, great Reverend Lieutenant | 00:28:18 |
| 14 | Colonel James Lawrence Winn, Junior, who was born | 00:28:23 |
| 15 | November 2nd, 1929. | 00:28:29 |
| 16 | When he graduated from McDonogh 35 Senior | 00:28:34 |
| 17 | High school in 1946, he enrolled in law school for a | 00:28:36 |
| 18 | year but then answered a calling to serve his | 00:28:40 |
| 19 | country.  And so, after being commissioned as a | 00:28:43 |
| 20 | second lieutenant through Southern's ROTC program, he | 00:28:47 |
| 21 | enrolled in the military full-time. | 00:28:50 |
| 22 | Despite so many racial challenges during | 00:28:53 |

1    that time, he was able to go from a second lieutenant          00:28:55

2    to lieutenant colonel.                                          00:28:59

3           But during that time, I can't help but                  00:29:02

4    reflect on the stories that he shared with me -- how           00:29:04

5    as he was fighting for his country and defending the           00:29:09

6    flag, when my grandmother was pregnant, he could not           00:29:12

7    stop at certain hospitals because of his race; how as          00:29:16

8    it he's fighting for this country and defending the            00:29:20

9    flag, simply to have that sacred honor, fundamental            00:29:22

10   right to vote, he, my grandmother, and so many other           00:29:31

11   people in my family that simply looked like him was            00:29:34

12   slapped with literacy tests and poll tests.                    00:29:37

13          As my grandfather defended this country                 00:29:42

14   and defended this nation, he not only had to fight to          00:29:44

15   keep our citizens safe, but he had to fight for                00:29:49

16   rights that should have been afforded to him as a              00:29:53

17   citizen, but he did not have because of the color of           00:29:57

18   his skin.                                                      00:30:00

19          And here today, Members, unfortunately,                 00:30:02

20   people that look like me find ourselves fighting yet           00:30:06

21   again simply for the fundamental right to vote.                00:30:09

22   There's a reason that the John Lewis Voting Rights             00:30:15

| | | |
|---|---|---|
| 1 | Act right now is in Congress.  Because we see so many | 00:30:17 |
| 2 | people that look like me, unfortunately, that | 00:30:21 |
| 3 | continue to this day to be disenfranchised. | 00:30:24 |
| 4 | Members, at the end of the day, this | 00:30:32 |
| 5 | session is about ensuring that black people have a | 00:30:34 |
| 6 | fair chance at representation.  They make up one | 00:30:39 |
| 7 | third of this state's population.  Members, I don't | 00:30:45 |
| 8 | think that's too much to ask. | 00:30:49 |
| 9 | Now, Members, we see House Bill 1 has been | 00:30:54 |
| 10 | filed and Senate Bill 1 has been filed, and we'll | 00:30:56 |
| 11 | hear things like, oh, six days is not enough time for | 00:30:59 |
| 12 | the public to weigh in.  Well, Members, those bills | 00:31:03 |
| 13 | were filed in previous sessions.  They have been | 00:31:06 |
| 14 | vetted.  They have been reviewed.  The public has had | 00:31:09 |
| 15 | time to weigh in on those bills.  And what those | 00:31:13 |
| 16 | bills both do is create a second black congressional | 00:31:16 |
| 17 | district. | 00:31:22 |
| 18 | I often talk about literacy, Members, but | 00:31:24 |
| 19 | I was also very good at math and fractions.  And one | 00:31:26 |
| 20 | thing I learned in elementary school -- one third of | 00:31:31 |
| 21 | six is two. | 00:31:34 |
| 22 | Members, what we are seeing at this | 00:31:39 |

| | | |
|---|---|---|
| 1 | moment, unfortunately, are the lingering effects of | 00:31:40 |
| 2 | slavery and Jim Crow.  But today, at this moment in | 00:31:45 |
| 3 | time, we have an opportunity.  We have a mandate to | 00:31:50 |
| 4 | simply do the right thing. | 00:31:57 |
| 5 | Members, we did not get it right last | 00:31:59 |
| 6 | session.  We didn't get it right in February, because | 00:32:02 |
| 7 | if we did, we would not be back here.  And so, | 00:32:04 |
| 8 | Members, at this consequential moment, it is our | 00:32:09 |
| 9 | obligation to uphold our constitutional | 00:32:14 |
| 10 | responsibility and do the right thing to ensure | 00:32:18 |
| 11 | people that look like me have a fair shot at | 00:32:22 |
| 12 | representation and to ensure that I don't have to go | 00:32:28 |
| 13 | back home and answer the question that I had to | 00:32:32 |
| 14 | answer last night for my 13-year-old niece that said, | 00:32:35 |
| 15 | Uncle Moe, why do we have to fight so hard?  I was | 00:32:39 |
| 16 | speechless. | 00:32:47 |
| 17 | But I hope we can make her proud and | 00:32:49 |
| 18 | children that look like her and citizens that look | 00:32:51 |
| 19 | like me and simply do the right thing and honor the | 00:32:54 |
| 20 | mandate of the court and the mandate of black | 00:32:59 |
| 21 | residents by adding his second congressional black | 00:33:02 |
| 22 | district.  It's never too late to do the right thing. | 00:33:07 |

| | | |
|---|---|---|
| 1 | The time has come.  The hour is now. | 00:33:11 |
| 2 | Thank you, Mr. Speaker. | 00:33:15 |
| 3 | SPEAKER SCHEXNAYDER:  All right. | 00:33:17 |
| 4 | Representative Newell. | 00:33:18 |
| 5 | REPRESENTATIVE NEWELL:  Good afternoon, | 00:33:34 |
| 6 | Mr. Speaker and Members.  This is the third | 00:33:35 |
| 7 | legislative session where we have had the chance to | 00:33:40 |
| 8 | do what is fair, what is right, and what is legal by | 00:33:46 |
| 9 | enacting legally compliant maps the third session. | 00:33:52 |
| 10 | So I don't know why this session should come as a | 00:34:00 |
| 11 | surprise to anyone.  I actually thought it would have | 00:34:05 |
| 12 | been called a little bit earlier because not one map | 00:34:08 |
| 13 | that was passed out of this body met the requirements | 00:34:13 |
| 14 | of the Voting Right Act. | 00:34:19 |
| 15 | Some of them were leaders in the | 00:34:22 |
| 16 | legislature have said that throughout the process -- | 00:34:24 |
| 17 | have said throughout this process we'll just let the | 00:34:27 |
| 18 | courts work it out.  Well, it has been worked out by | 00:34:31 |
| 19 | the courts, and the courts have ruled that the | 00:34:34 |
| 20 | legislature must pass -- must pass a map that has two | 00:34:38 |
| 21 | minority-majority congressional districts and that we | 00:34:46 |
| 22 | have failed to meet that burden. | 00:34:55 |

| | | |
|---|---|---|
| 1 | We failed to meet that burden, and -- and | 00:34:59 |
| 2 | we failed to meet the burden in proving why we don't | 00:35:01 |
| 3 | have the time to pass one. | 00:35:04 |
| 4 | Several of my colleagues have come up and | 00:35:07 |
| 5 | given examples as to the fact that we do have time to | 00:35:09 |
| 6 | pass this map and have told how we've passed | 00:35:14 |
| 7 | legislation in this body in less time than what we | 00:35:17 |
| 8 | have now. This is just another opportunity that the | 00:35:20 |
| 9 | courts are giving us to do what is right. | 00:35:29 |
| 10 | We can either pass a fair map now, or we | 00:35:33 |
| 11 | can prove to our citizens, the people that elected us | 00:35:36 |
| 12 | to come here -- we can prove to them, and we can | 00:35:39 |
| 13 | prove to the courts why we, as a legislative body, | 00:35:41 |
| 14 | have absolutely no business operating and voting | 00:35:46 |
| 15 | without the supervision of the Department of Justice | 00:35:50 |
| 16 | Preclearance. | 00:35:53 |
| 17 | We are here to do one thing, one thing in | 00:35:55 |
| 18 | these next five days and that is to pass one map, one | 00:35:59 |
| 19 | map which creates a second minority-majority | 00:36:04 |
| 20 | congressional district. | 00:36:08 |
| 21 | We have heard from the citizens. We've | 00:36:10 |
| 22 | given them ample time. We have heard everything we | 00:36:12 |

| | | |
|---|---|---|
| 1 | need to hear from the citizens all across this state. | 00:36:15 |
| 2 | We have gone to the different regions.  We've been in | 00:36:19 |
| 3 | their backyards to listen to what they've had, and we | 00:36:21 |
| 4 | gave them the opportunity to come to this building to | 00:36:24 |
| 5 | tell us what it is that they want.  And the | 00:36:27 |
| 6 | overwhelming -- the overwhelming thing that was said | 00:36:31 |
| 7 | -- they need a second minority-majority district. | 00:36:37 |
| 8 | If we start our work tomorrow morning, we | 00:36:41 |
| 9 | will have more than enough time to do what we should | 00:36:45 |
| 10 | have done in February.  Waiting -- that will push us | 00:36:48 |
| 11 | out of -- out of the time delay, and that will cause | 00:36:53 |
| 12 | confusions.  But if we start tomorrow, we will have | 00:36:56 |
| 13 | more than enough time to get these -- this one map | 00:36:59 |
| 14 | out -- the one map that the court has directed us to | 00:37:02 |
| 15 | do. | 00:37:06 |
| 16 | It is not too late to do what the courts | 00:37:08 |
| 17 | have directed us to do, and it is not too late to do | 00:37:11 |
| 18 | what is right by the citizens of this great State of | 00:37:15 |
| 19 | Louisiana. | 00:37:18 |
| 20 | SPEAKER SCHEXNAYDER:  Representative | 00:37:20 |
| 21 | Marcelle. | 00:37:22 |
| 22 | REPRESENTATIVE MARCELLE:  Mr. Speaker and | 00:37:39 |

| | | |
|---|---|---|
| 1 | Members of the House of Representatives, I find | 00:37:40 |
| 2 | myself standing here once again to talk about us | 00:37:44 |
| 3 | doing what's right.  I sat, and I listened as our | 00:37:49 |
| 4 | speaker came and as Representative Stefanski came to | 00:37:56 |
| 5 | this well and said that they thought that they had a | 00:38:00 |
| 6 | fair map.  They talked about the two thirds of this | 00:38:04 |
| 7 | House voting overwhelmingly for their map. | 00:38:08 |
| 8 | But I want you to look at the makeup of | 00:38:15 |
| 9 | this House.  The reason it was overwhelmingly voted | 00:38:17 |
| 10 | for, one, is because none of the other maps got out | 00:38:23 |
| 11 | of committee.  I didn't hear anybody come up here and | 00:38:28 |
| 12 | talk about that.  We presented map after map after | 00:38:32 |
| 13 | map, all of which would have given us -- either one | 00:38:39 |
| 14 | of them would have given us two minority | 00:38:46 |
| 15 | congressional districts.  But none of those maps made | 00:38:49 |
| 16 | it out of committee; so you definitely would not have | 00:38:54 |
| 17 | had an opportunity to vote on those maps because they | 00:38:56 |
| 18 | were withheld in the committee. | 00:39:00 |
| 19 | We did go all over this state, roadshows, | 00:39:05 |
| 20 | and as you have heard, people all over this state | 00:39:11 |
| 21 | know that from six -- a third of six is two.  You do | 00:39:16 |
| 22 | the math.  It's six congressional seats.  Now this is | 00:39:22 |

| | | |
|---|---|---|
| 1 | not based upon something that Denise Marcelle said. | 00:39:26 |
| 2 | You know, we have something called the census, and in | 00:39:30 |
| 3 | the census, it said that we had enough black folk in | 00:39:33 |
| 4 | this state to have two congressional districts.  It | 00:39:40 |
| 5 | is very simple to me. | 00:39:46 |
| 6 | We get up here every day, and we start off | 00:39:48 |
| 7 | with Psalms, and we start off with scriptures, and we | 00:39:52 |
| 8 | start off with prayer, and we talk about loving | 00:39:56 |
| 9 | everybody.  But when it's time to vote, we don't vote | 00:39:59 |
| 10 | that way.  We don't vote like we love blacks in this | 00:40:03 |
| 11 | state.  We vote along racial lines.  We vote along | 00:40:07 |
| 12 | party lines.  We do not vote like we love everybody | 00:40:13 |
| 13 | in this state. | 00:40:18 |
| 14 | Now we can go across the street and have a | 00:40:19 |
| 15 | great barbecue, and some of y'all drank a few beers, | 00:40:21 |
| 16 | although I don't drink; but at the end of the day, | 00:40:24 |
| 17 | you do not want us to have fair representation in | 00:40:29 |
| 18 | Louisiana.  And something is really wrong with that. | 00:40:32 |
| 19 | Something is really, really wrong with that.  Because | 00:40:36 |
| 20 | when I love somebody, I want them to have the equal | 00:40:40 |
| 21 | treatment that I have, access to the same things that | 00:40:42 |
| 22 | I have.  We may agree to disagree, and we may be on | 00:40:46 |

| | |
|---|---|
| 1 | both sides; but we can't keep allowing the scales to | 00:40:52 |
| 2 | be way up here on one side and way down here on the | 00:40:57 |
| 3 | other side and not allowing these people to ever rise | 00:41:00 |
| 4 | up. | 00:41:04 |
| 5 | And when we rise up, and when we get a | 00:41:05 |
| 6 | second congressional seat, that means that we will | 00:41:08 |
| 7 | have our voices heard in Washington.  That means that | 00:41:12 |
| 8 | we will have people fighting for the George Floyd | 00:41:18 |
| 9 | Act.  That means that the gun rights that we believe | 00:41:21 |
| 10 | are best common sense laws, red flag laws that we | 00:41:27 |
| 11 | believe is best for citizens not only of this state | 00:41:32 |
| 12 | but other states throughout the nation, that we | 00:41:36 |
| 13 | believe is best -- in the best interest of our | 00:41:39 |
| 14 | children and protecting our families, that we get to | 00:41:42 |
| 15 | vote. | 00:41:45 |
| 16 | But if you can hold this down here from | 00:41:46 |
| 17 | ever getting there, then we never get to vote.  It's | 00:41:48 |
| 18 | very, very simple.  I want to keep you with the one | 00:41:52 |
| 19 | congressional district that you have, and you don't | 00:41:55 |
| 20 | deserve another one.  And that's why we had the | 00:41:58 |
| 21 | preclearance for so long because they knew you | 00:42:01 |
| 22 | wouldn't be fair in Louisiana. | 00:42:04 |

| | | |
|---|---|---|
| 1 | This is no surprise to anyone.  So stop | 00:42:07 |
| 2 | getting up here feeding me something that's not true. | 00:42:12 |
| 3 | Let's do what's right.  Let's do what the judges told | 00:42:18 |
| 4 | us to do.  Oh, that's right.  We only want to do what | 00:42:24 |
| 5 | the judges tell us to do when it's in your benefit -- | 00:42:29 |
| 6 | to your benefit. | 00:42:32 |
| 7 | Do you know how many judges told us to do | 00:42:35 |
| 8 | the right thing?  We wouldn't be here.  We keep | 00:42:37 |
| 9 | talking about why did the governor call us back here. | 00:42:40 |
| 10 | He called us back here because the judge made a | 00:42:42 |
| 11 | ruling.  He said go back since you didn't do what was | 00:42:46 |
| 12 | right the first time or the second time or the third | 00:42:51 |
| 13 | time.  Please don't waste the citizens of Louisiana's | 00:42:55 |
| 14 | money by allowing us to come back here.  I want to go | 00:42:59 |
| 15 | on vacation with my grandkids.  I don't know about | 00:43:01 |
| 16 | y'all. | 00:43:05 |
| 17 | But we could have done this.  These maps | 00:43:05 |
| 18 | are not new.  We don't even have to recreate them. | 00:43:08 |
| 19 | They've been sitting here all along with the second | 00:43:11 |
| 20 | black majority seat -- minority-majority seat.  It's | 00:43:14 |
| 21 | already here.  Why are we playing this game?  It's | 00:43:22 |
| 22 | not enough time.  It -- the maps we have are fine. | 00:43:27 |

| | | |
|---|---|---|
| 1 | They don't hold muster to the courts.  A very | 00:43:32 |
| 2 | conservative court, I might add, ruled that it's more | 00:43:35 |
| 3 | likely that the plaintiffs would win. | 00:43:39 |
| 4 | So when are we going to start really | 00:43:47 |
| 5 | caring about each other like we say we love one | 00:43:49 |
| 6 | another?  When are we going to do that?  I suggest | 00:43:52 |
| 7 | that we start today.  Today is a good day to start | 00:43:59 |
| 8 | and not to introduce bills that does not create a | 00:44:03 |
| 9 | second minority-majority district.  That's not what | 00:44:08 |
| 10 | they told us to do. | 00:44:14 |
| 11 | I hope that you all are not proposing to | 00:44:15 |
| 12 | draft any such maps because we are going around in | 00:44:19 |
| 13 | the same circle.  So let's stop going around in a | 00:44:22 |
| 14 | circle as if we are in a circus, and let's do what's | 00:44:27 |
| 15 | right for all of the people of Louisiana, for all of | 00:44:31 |
| 16 | them. | 00:44:36 |
| 17 | If you had the majority, then you would | 00:44:36 |
| 18 | want your seat.  We want our seat at the table.  It's | 00:44:38 |
| 19 | real simple.  Give us an opportunity to elect another | 00:44:43 |
| 20 | black seat so that we can fight for the issues that | 00:44:48 |
| 21 | we believe our people want us to fight for. | 00:44:54 |
| 22 | Thank you. | 00:44:58 |

| | | |
|---|---|---|
| 1 | SPEAKER SCHEXNAYDER:  Representative Ivey. | 00:45:01 |
| 2 | REPRESENTATIVE IVEY:  Thank you, Mr. | 00:45:23 |
| 3 | Speaker. | 00:45:24 |
| 4 | Members, I wasn't planning on speaking.  I | 00:45:24 |
| 5 | didn't realize there were going to be a lot of | 00:45:26 |
| 6 | personal privileges, but I felt, after listening to | 00:45:27 |
| 7 | some of it, that it was important for me to come up | 00:45:29 |
| 8 | here. | 00:45:32 |
| 9 | I appreciate the various perspectives that | 00:45:33 |
| 10 | we have been presented, and I do not intend to offer | 00:45:36 |
| 11 | any personal thoughts or criticisms with regard to | 00:45:42 |
| 12 | what's been said even though there are certain things | 00:45:46 |
| 13 | that I personally have been offended by. | 00:45:48 |
| 14 | What I would like to do is simply offer my | 00:45:53 |
| 15 | own personal nonpolitical perspective on the matter | 00:45:56 |
| 16 | at hand.  We have a legislative duty.  The -- the law | 00:46:00 |
| 17 | requires us to draw maps of congressional districts. | 00:46:05 |
| 18 | That's our responsibility.  There's -- the current | 00:46:10 |
| 19 | legal status is that the lower court's ruling that we | 00:46:13 |
| 20 | must draw a second black minority district is what is | 00:46:18 |
| 21 | on the table today. | 00:46:24 |
| 22 | We have no idea, even though we have an | 00:46:25 |

|    |                                                            |          |
|----|------------------------------------------------------------|----------|
| 1  | expectation, that in early July that the courts may        | 00:46:27 |
| 2  | take up this matter of the case to, you know,              | 00:46:32 |
| 3  | potentially make a ruling, you know, at some point.        | 00:46:34 |
| 4  | We don't know when that is, and we don't know what         | 00:46:38 |
| 5  | the outcome will be.                                       | 00:46:42 |
| 6  |         And so it would be a gamble for -- for             | 00:46:44 |
| 7  | proponents of the current map to simply rely on the        | 00:46:48 |
| 8  | outcome in the judiciary.  And so what we do have          | 00:46:54 |
| 9  | before us, in my opinion, is an obligation to at           | 00:46:58 |
| 10 | least try to adhere to the federal ruling that is          | 00:47:02 |
| 11 | before us.                                                 | 00:47:07 |
| 12 |         I recognize that the probability of                | 00:47:08 |
| 13 | failure is far greater than the probability of             | 00:47:12 |
| 14 | success.  That said, I believe it is incumbent upon        | 00:47:15 |
| 15 | us to at least try.  And I simply ask that we all          | 00:47:19 |
| 16 | support the necessary procedural motions that would        | 00:47:26 |
| 17 | allow us, as a legislator, the opportunity to attempt      | 00:47:30 |
| 18 | to comply with the current federal law, regardless of      | 00:47:36 |
| 19 | how you may vote on the actual -- actual instruments       | 00:47:39 |
| 20 | should they even leave a committee.                        | 00:47:43 |
| 21 |         I just ask that you please support the             | 00:47:45 |
| 22 | procedural motions that would allow us the                 | 00:47:47 |

1    opportunity to vet the instruments that have been          00:47:50

2    filed and to make the necessary effort to attempt to       00:47:53

3    adhere to the current court ruling.                        00:47:57

4            Thank you.                                         00:47:59

5            SPEAKER SCHEXNAYDER:  Representative Boyd.          00:48:05

6            REPRESENTATIVE BOYD:  Thank you, Mr.               00:48:26

7    Speaker.                                                   00:48:26

8            Members, I, like Mr. Ivey or Rep Ivey did          00:48:27

9    not intend to come to the well today.  But as he          00:48:30

10   stressed, seeking the opportunity to hear other maps       00:48:34

11   and let other maps be brought to committee, it is          00:48:42

12   exactly what we are striving for ourselves.  There's       00:48:46

13   no guarantee with the second district that an African      00:48:51

14   American person will be elected.  It gives us the          00:48:55

15   opportunity to elect another African American person.      00:48:58

16           Redistricting was my first session here.           00:49:04

17   My first day was the first day of redistricting.  It       00:49:08

18   was difficult.  The session was difficult for me as        00:49:12

19   well because in 2022 I live in a time where I think        00:49:17

20   things are equal.  I have friends who are                  00:49:22

21   Republicans.  I have friends who are Democrats.  I         00:49:25

22   have friends who are independent.                          00:49:27

| | | |
|---|---|---|
| 1 | But to sit in a room where people want to | 00:49:30 |
| 2 | deny African Americans, minorities the opportunity to | 00:49:33 |
| 3 | elect someone -- no guarantee, just the opportunity | 00:49:39 |
| 4 | to elect someone that thinks like they do, and maybe | 00:49:43 |
| 5 | have the same views -- it's difficult. | 00:49:46 |
| 6 | So I, like Rep Ivey, implore to you today, | 00:49:50 |
| 7 | please.  That's all we're asking -- for the | 00:49:55 |
| 8 | opportunity to elect someone else.  And please keep | 00:49:58 |
| 9 | in mind that the other maps were not vetoed, but they | 00:50:02 |
| 10 | went into law without the governor's signature. | 00:50:05 |
| 11 | They went into law without the governor's | 00:50:10 |
| 12 | signature.  It's not just this map.  This is just the | 00:50:11 |
| 13 | only one that was vetoed.  This is just the only one | 00:50:14 |
| 14 | that went to the courts.  So we're asking for one | 00:50:16 |
| 15 | seat to be given the opportunity to elect someone | 00:50:20 |
| 16 | that represents their interest. | 00:50:26 |
| 17 | Thank you. | 00:50:28 |
| 18 | SPEAKER SCHEXNAYDER:  Representative | 00:50:30 |
| 19 | Glover. | 00:50:31 |
| 20 | REPRESENTATIVE GLOVER:  Speaker, Members, | 00:50:31 |
| 21 | I -- I am the -- the last of five children in my | 00:51:07 |
| 22 | family -- two older brothers and two older sisters. | 00:51:14 |

| | | |
|---|---|---|
| 1 | It was impressed upon me at an early age that I was | 00:51:21 |
| 2 | the only one those five actually born into an America | 00:51:28 |
| 3 | where, as an African American, I was vested with all | 00:51:36 |
| 4 | the rights that we believe are due to us as | 00:51:42 |
| 5 | Americans. | 00:51:47 |
| 6 | President Lyndon B. Johnson signed the | 00:51:49 |
| 7 | 1965 Voters Rights Act on August 6th of 1965.  I was | 00:51:51 |
| 8 | born in three days later on August 9th.  When I | 00:51:58 |
| 9 | started first grade, Northside Elementary school up | 00:52:03 |
| 10 | in Shreveport, that was the first wave of integrated | 00:52:07 |
| 11 | schools in Caddo Parish.  A similar dynamic was | 00:52:13 |
| 12 | taking place around the rest of the parish and the | 00:52:18 |
| 13 | rest of the state and the rest of the country. | 00:52:21 |
| 14 | That dynamic caught many of you in the | 00:52:25 |
| 15 | latter stages of your elementary and secondary | 00:52:28 |
| 16 | career.  It caught me at the beginning of mine.  So | 00:52:31 |
| 17 | as one who is numbered amongst the first generation | 00:52:35 |
| 18 | or the first wave rather of Generation X, we are | 00:52:39 |
| 19 | amongst that group that had the privilege and benefit | 00:52:44 |
| 20 | of being born into what we believe to be the real | 00:52:47 |
| 21 | full and true America -- the post Civil Rights | 00:52:55 |
| 22 | Movement America, the post Southern apartheid | 00:52:59 |

| | | |
|---|---|---|
| 1 | America. | 00:53:03 |
| 2 | I grew up, like many of you, reading the | 00:53:05 |
| 3 | history of my city and this state and this country | 00:53:10 |
| 4 | and believing that many of those things that I read | 00:53:15 |
| 5 | about and that I saw in my history books and on | 00:53:22 |
| 6 | documentaries and film were things that were a part | 00:53:28 |
| 7 | of America's past and certainly a limited part of our | 00:53:33 |
| 8 | present and had no expectation that they would be a | 00:53:38 |
| 9 | part of our future. | 00:53:43 |
| 10 | In fact, one of the great moments in my | 00:53:48 |
| 11 | life was realizing that -- again, as that first | 00:53:52 |
| 12 | grader at Northside Elementary School, one of the | 00:53:57 |
| 13 | things that we have to do every morning in addition | 00:53:59 |
| 14 | to reciting the pledge was to be able to identify who | 00:54:02 |
| 15 | was the president at that time, who was our governor, | 00:54:08 |
| 16 | and who was our mayor. | 00:54:14 |
| 17 | The mayor of Shreveport in 1971 was a guy | 00:54:15 |
| 18 | by the name of Littleberry Calhoun Allen.  He went by | 00:54:26 |
| 19 | L. Calhoun Allen, I guess, for obvious reasons; but | 00:54:26 |
| 20 | he was a two-term mayor that served between 1970 and | 00:54:30 |
| 21 | 1978, the last time in our city's history that we had | 00:54:32 |
| 22 | a commissioned form of government as well as a system | 00:54:36 |

1    of government that only elected local representatives            00:54:41

2    on an at-large basis.                                           00:54:44

3           That at-large system of election ensured                 00:54:45

4    that nobody who looked like me or from where I lived            00:54:49

5    had a chance of being able to be a part of Shreveport           00:54:55

6    government either as mayor or as a commissioner or as           00:55:00

7    a member of the council.                                        00:55:05

8           Fast forward to 1990, and I'm having the                 00:55:08

9    privilege on the fourth Tuesday in November of that             00:55:17

10   year of being sworn in as the youngest person to ever          00:55:20

11   serve on the Shreveport City Council.  And one of              00:55:23

12   those folks that I was sworn in with on that day was           00:55:29

13   Littleberry Calhoun Allen.                                      00:55:33

14          He had decided to get back into public                   00:55:37

15   life later in life, similar to yours truly, I guess;           00:55:39

16   and he was being sworn into the District BC as I was           00:55:44

17   being sworn into District A.  And young 24, 25-year-           00:55:48

18   old Cedric believed that to be a manifestation of the         00:55:53

19   fulfillment of the ideals of America that I grew up           00:56:00

20   listening to my dad tell me about, those things that          00:56:05

21   made us exceptional, those things that made it               00:56:09

22   worthwhile for him, an African American young man            00:56:13

| | | |
|---|---|---|
| 1 | that was born in the Orange Mound section of Memphis, | 00:56:17 |
| 2 | who went off to defend his country as a part of the | 00:56:20 |
| 3 | Air Force during the Korean War, despite the fact he | 00:56:25 |
| 4 | could not vote, substantial jobs that he could not | 00:56:32 |
| 5 | have an opportunity to be able to work, schools that | 00:56:36 |
| 6 | he could not attend -- he believed in the vision, the | 00:56:38 |
| 7 | dream, the ideals of America and worked towards | 00:56:45 |
| 8 | trying to ensure that his progeny would end up living | 00:56:49 |
| 9 | in a better America than the one that he grew up in. | 00:56:53 |
| 10 | And I believed for many years that that work had been | 00:56:58 |
| 11 | accomplished. | 00:57:05 |
| 12 | But the truth of the matter is, as Dr. | 00:57:08 |
| 13 | King said, freedom is never won once and forever. | 00:57:10 |
| 14 | It's not like the Super Bowl.  It's not like an NBA | 00:57:16 |
| 15 | championship.  It's something that has to be striven | 00:57:19 |
| 16 | for on a continuous basis because otherwise that | 00:57:25 |
| 17 | which has been won, that which has been achieved, | 00:57:32 |
| 18 | that which has been accomplished, unfortunately, even | 00:57:34 |
| 19 | in a place as exceptional as America, has the ability | 00:57:40 |
| 20 | to be able to be taken back. | 00:57:47 |
| 21 | I want you all to understand that despite | 00:57:52 |
| 22 | my expectations of not being in the midst of this | 00:57:56 |

| | | |
|---|---|---|
| 1 | type of history -- I thought the type of history that | 00:57:59 |
| 2 | I would have a chance to be able to be a part of | 00:58:02 |
| 3 | would be figuring out how we go on to even greater | 00:58:04 |
| 4 | heights and even loftier accomplishments because we | 00:58:09 |
| 5 | would have effectively dusted off the history of our | 00:58:12 |
| 6 | Civil War era, the history of our reconstruction, the | 00:58:18 |
| 7 | dark days of Jim Crow and black codes, the challenges | 00:58:24 |
| 8 | of the Civil Rights Movement; and I thought the | 00:58:28 |
| 9 | successes thereof had set us on a path and on a plane | 00:58:32 |
| 10 | to where we were going to go forth and become even | 00:58:34 |
| 11 | bigger, better, and greater. | 00:58:39 |
| 12 | In many respects, we have. But the truth | 00:58:44 |
| 13 | of the matter is the fact that, when you examine the | 00:58:49 |
| 14 | historical record, each and every time, especially in | 00:58:53 |
| 15 | places like Louisiana, every time that we have made | 00:58:58 |
| 16 | those types of moves, achieved those types of goals, | 00:59:02 |
| 17 | ascended to those types of heights, it has not been | 00:59:06 |
| 18 | because of the collective actions of those of us who | 00:59:12 |
| 19 | have the duties and responsibilities for taking the | 00:59:16 |
| 20 | appropriate actions. | 00:59:19 |
| 21 | And what do I mean by that? This body, in | 00:59:21 |
| 22 | the summer of 1971 -- this legislature, in the summer | 00:59:25 |

1   of 1971, was made up of 139 members.  There were only          00:59:31

2   100 members of the Louisiana House of Representatives           00:59:37

3   at that time.  There were 39 members of the Senate             00:59:40

4   then as it is now.  The way in which members were              00:59:47

5   elected to this body in the summer of 1971 was that            00:59:51

6   of the 64 parishes, each parish was guaranteed at             00:59:56

7   least one state representative.                                01:00:01

8          So no matter how big, no matter how small,              01:00:05

9   everybody had a step rep from their parish.  So the            01:00:07

10  opportunity as an African American to get elected to          01:00:11

11  the House of Representatives under that type of                01:00:14

12  system was a bit of a challenge.                               01:00:15

13         Those other 36 seats were apportioned out,             01:00:18

14  I'm assuming, based on upon some form of a formula            01:00:23

15  that, for instance, in Caddo Parish meant that Caddo          01:00:27

16  Parish had seven state representatives, and you voted          01:00:30

17  for seven state representatives no matter how many            01:00:35

18  people qualified to vote.                                      01:00:38

19         So if there were 25 names on your ballot,              01:00:39

20  and you voted for seven folks.  The seven top vote            01:00:41

21  getters were the ones who became the state                    01:00:44

22  representatives from Caddo Parish.  Orleans Parish,            01:00:45

1    to my understanding, was the only one that actually          01:00:48

2    had a single-member geographic district.  But of            01:00:51

3    those 139 members in 1971, there was only one black          01:00:56

4    despite the fact that the State of Louisiana at that         01:01:06

5    time was almost 30 percent black.  More than one out         01:01:09

6    of four of our citizens at that time were African            01:01:12

7    Americans, and they lived throughout Shreveport and          01:01:15

8    Bossier and Monroe and Lafayette, Baton Rouge, New           01:01:17

9    Orleans; but there was one.  That was five years             01:01:23

10   after the 1965 Voting Rights Act.                            01:01:28

11        This body, this collective legislature,                 01:01:34

12   had over half of a decade to figure out the way in           01:01:39

13   which to be able to compose itself in a manner that          01:01:42

14   was reflective of the population of the State of             01:01:46

15   Louisiana.  And yet we chose not to do so.                   01:01:50

16        What did it take?  It took a judge by the               01:01:56

17   name of E. Gordon West looking at the plans for              01:02:08

18   reapportionment that had been passed by the Louisiana        01:02:12

19   legislature, determining, yet again, that it failed          01:02:15

20   to meet the muster that must be met in order to              01:02:19

21   compliant with the Voters Rights Act of 1965, the           01:02:25

22   only means by which you even had a chance of being           01:02:28

| | | |
|---|---|---|
| 1 | able to create a mechanism by which you have an | 01:02:31 |
| 2 | opportunity to get elected.  But even then, it still | 01:02:33 |
| 3 | was found to be lacking. | 01:02:38 |
| 4 | And because this body, of which we are a | 01:02:43 |
| 5 | part of the tradition thereof, failed to act, Judge | 01:02:47 |
| 6 | West said, Hold my beer.  He reached out to a guy by | 01:02:53 |
| 7 | the name of Ed Steimel, who at that time was part of | 01:03:02 |
| 8 | the Public Affairs Research Council and appointed him | 01:03:05 |
| 9 | as a special master. | 01:03:09 |
| 10 | And Ed Steimel said, If we're going to do | 01:03:11 |
| 11 | this and do it fairly and do it effectively, we can't | 01:03:14 |
| 12 | to keep this body at 100.  We've got to expand it to | 01:03:16 |
| 13 | 105.  And you ended up with that -- at that point in | 01:03:19 |
| 14 | time, the eradication of the guarantee that each | 01:03:24 |
| 15 | parish in this state would have a member of this body | 01:03:27 |
| 16 | and created 105 single-member geographic districts. | 01:03:31 |
| 17 | And the number of African Americans in | 01:03:36 |
| 18 | this body didn't go to 25 percent as would have been | 01:03:38 |
| 19 | reflective of the population at the state at that | 01:03:42 |
| 20 | time.  If my memory serves correctly, I think it only | 01:03:45 |
| 21 | went to 8, the first of which from Shreveport was the | 01:03:48 |
| 22 | Honorable late Alfonse Jackson; and he was joined by | 01:03:54 |

| | | |
|---|---|---|
| 1 | a few others from around the state. | 01:03:58 |
| 2 | It took external force, external action, | 01:04:00 |
| 3 | someone other than the folks sitting at these desks | 01:04:05 |
| 4 | responsible for pushing these buttons to be able to | 01:04:08 |
| 5 | do that which was right by the entirety of the state. | 01:04:14 |
| 6 | Not just right, but in line with the fulfillment of | 01:04:19 |
| 7 | what we believe ourselves to be as Americans.  That | 01:04:23 |
| 8 | we are a democracy.  That the folks who get to lead | 01:04:26 |
| 9 | us are not based on blood. | 01:04:30 |
| 10 | And my dad taught me that that blood meant | 01:04:35 |
| 11 | not just your relation as in kinship, being able to | 01:04:37 |
| 12 | pass down leadership, power, authority, and privilege | 01:04:44 |
| 13 | based upon who you're related to.  He said that it's | 01:04:49 |
| 14 | also based upon the lack of bloodshed.  That we | 01:04:52 |
| 15 | actually have a peaceful, orderly manner by which we | 01:05:00 |
| 16 | go about selecting our leaders.  And once that | 01:05:04 |
| 17 | decision is made, those who win step up, and those | 01:05:07 |
| 18 | who lost step aside. | 01:05:11 |
| 19 | We are, whether we like it or not, in the | 01:05:12 |
| 20 | midst of, yet again, of not just Louisiana history | 01:05:21 |
| 21 | but American history, history that will determine | 01:05:26 |
| 22 | exactly who and what we are as a country. | 01:05:31 |

| | | |
|---|---|---|
| 1 | Every other point in time, members up | 01:05:35 |
| 2 | until this very moment, any progress around this | 01:05:39 |
| 3 | issue has come by the external force of the federal | 01:05:43 |
| 4 | government.  This judge has given us, yet again, as | 01:05:49 |
| 5 | Louisianans, the opportunity to be able to come | 01:05:54 |
| 6 | together and reason amongst ourselves and do that | 01:05:58 |
| 7 | which is representative of our state, that which | 01:06:07 |
| 8 | embodies what it is that is great about the ideals of | 01:06:10 |
| 9 | America and that is to come up with a system of | 01:06:15 |
| 10 | representation that is reflective of who we are and | 01:06:19 |
| 11 | to do it of our own volition and of our own free will | 01:06:23 |
| 12 | and not at the end of a federal judge's gavel. | 01:06:28 |
| 13 | So I would ask each of you to see | 01:06:35 |
| 14 | yourselves within that full arc of history and know | 01:06:38 |
| 15 | that it does, in fact, bend towards justice.  The | 01:06:44 |
| 16 | fact that I'm standing here before you is proof of | 01:06:49 |
| 17 | that.  But as I heard someone say, it does not bend | 01:06:53 |
| 18 | by itself.  It takes each of us being willing to do | 01:06:57 |
| 19 | that, which most of us are told to do, probably.  And | 01:07:07 |
| 20 | that is to what?  Vote your district. | 01:07:10 |
| 21 | And folks back home are telling you keep | 01:07:15 |
| 22 | it the way it is.  In fact, if we could, let's send | 01:07:19 |

| | | |
|---|---|---|
| 1 | it back to where it was because that's how we really | 01:07:24 |
| 2 | liked it.  That's what we do.  Then justice has | 01:07:27 |
| 3 | happened.  Every time that there has been some | 01:07:35 |
| 4 | movement, it comes by the force of someone other than | 01:07:39 |
| 5 | us rather than those of us who have been given the | 01:07:44 |
| 6 | privilege by our friends and our neighbors and our | 01:07:48 |
| 7 | loved ones to come here and push these buttons. | 01:07:50 |
| 8 | So with that, I ask you to move with very | 01:07:54 |
| 9 | deliberate, intentional intent to start this process | 01:08:01 |
| 10 | as quickly as possible and to move us through it as | 01:08:07 |
| 11 | quickly as possible and render a decision that is in | 01:08:11 |
| 12 | line with what it is that we know, based on history, | 01:08:15 |
| 13 | we have an obligation to do. | 01:08:18 |
| 14 | And if we aren't willing to do that, at | 01:08:19 |
| 15 | least be able to say that we have gone through the | 01:08:21 |
| 16 | process and said to the court, yet again, we couldn't | 01:08:24 |
| 17 | do it and then hear, hopefully, Judge Shelly Dick | 01:08:29 |
| 18 | say, hold my beer. | 01:08:34 |
| 19 | Thank you, Mr. Speaker. | 01:08:37 |
| 20 | SPEAKER SCHEXNAYDER:  Representative | 01:08:39 |
| 21 | LaFleur. | 01:08:39 |
| 22 | REPRESENTATIVE LAFLEUR:  Thank you, Mr. | 01:08:53 |

1   Speaker.                                                         01:08:54

2           The word of God declares in Matthew 25 and             01:08:57

3   40 The King will reply.  Truly, I tell you, whatever           01:09:00

4   you did for the least of those brothers and sisters           01:09:05

5   of mine, you did for me.                                       01:09:08

6           One third of this state is black.  One               01:09:12

7   third of six is two.  In every district, in every            01:09:16

8   school, public or private, one third of six is two.          01:09:21

9   You recognize that.  I know you do.  Yet you've              01:09:28

10  chosen to recognize that one third of six is two.            01:09:33

11          You can reverse the past by simply                    01:09:40

12  recognizing that one third of six is two.  This is           01:09:45

13  not -- not about party.  This is about right.  It is         01:09:51

14  about wrong.  It is simple math.  One third of six is        01:09:57

15  two.                                                          01:10:04

16          Thank you.                                            01:10:05

17          SPEAKER SCHEXNAYDER:  Representative                  01:10:08

18  Lyons.                                                        01:10:27

19          REPRESENTATIVE LYONS:  Thank you, Mr.                 01:10:27

20  Speaker.                                                      01:10:27

21          Members, my first inclination was to ask             01:10:29

22  you guys -- how you guys enjoyed your summer away,           01:10:35

| | |
|---|---|
| 1 | but we haven't been away that long.  So -- but the | 01:10:38 |
| 2 | thing of -- or the (indiscernible) is this past week, | 01:10:43 |
| 3 | while you guys were contemplating not coming back, | 01:10:47 |
| 4 | enjoying your summer, I was here in this town at a | 01:10:51 |
| 5 | conference. | 01:10:56 |
| 6 | And I was brought to that conference | 01:10:57 |
| 7 | because at that conference, there was a gentleman | 01:10:59 |
| 8 | from North Louisiana who stood up to make a report on | 01:11:03 |
| 9 | Oscar James Dunn.  And if you guys don't remember, we | 01:11:09 |
| 10 | passed a -- a bill here on this past session to | 01:11:12 |
| 11 | memorialize him as the first lieutenant governor | 01:11:16 |
| 12 | elected black in Louisiana. | 01:11:20 |
| 13 | But the gentleman's remarks were about a | 01:11:23 |
| 14 | fight to allow that opportunity to happen.  So there | 01:11:26 |
| 15 | were some members who actually knew of the work that | 01:11:32 |
| 16 | we had done, and they called upon me and said, Rep, | 01:11:35 |
| 17 | you've got to come and set this record straight | 01:11:38 |
| 18 | because it was a lot of work that -- that you -- that | 01:11:41 |
| 19 | you did with that. | 01:11:44 |
| 20 | So me -- as some of you may not know, I'm | 01:11:46 |
| 21 | very humble.  I don't jump out in front of a crowd | 01:11:48 |
| 22 | just to get cheers. | 01:11:51 |

| | | |
|---|---|---|
| 1 | So I'm like, you know, there's an article | 01:11:52 |
| 2 | written about it.  You can -- you can read it.  So, | 01:11:54 |
| 3 | nonetheless, I -- I went, and I explained to those | 01:11:57 |
| 4 | people.  And this is a -- a conference here.  For you | 01:12:02 |
| 5 | all who don't know, Oscar James Dunn was the third | 01:12:05 |
| 6 | Grand Master of the State of Louisiana of the Prince | 01:12:09 |
| 7 | Hall Masonry. | 01:12:11 |
| 8 | So there's members in this body from all | 01:12:12 |
| 9 | over the state, and I do, you know, actually talk | 01:12:14 |
| 10 | about how proud I am of this body.  So I explained to | 01:12:19 |
| 11 | them very eloquently that there was no fight.  There | 01:12:23 |
| 12 | was a presentation of the facts, and the members of | 01:12:26 |
| 13 | this body made the right choice based upon the | 01:12:30 |
| 14 | conscience of each member of this body as the process | 01:12:33 |
| 15 | went. | 01:12:37 |
| 16 | So there are some things that we fight | 01:12:38 |
| 17 | about here, but that was clear, based on the facts, | 01:12:40 |
| 18 | that that's how -- and how appropriate it should have | 01:12:43 |
| 19 | went.  And I explained to them the process and what | 01:12:45 |
| 20 | was involved in that. | 01:12:47 |
| 21 | So after that moment was over, there were | 01:12:49 |
| 22 | several members who said, hey, can I talk to you? | 01:12:52 |

1   Lyons, can I talk to you?  I said, well, yeah, let's      01:12:54

2   talk.  What do you want to talk about?                    01:12:57

3          They said, Well, I appreciate the fact             01:12:59

4   that you talked about how well your colleagues and        01:13:00

5   everybody did on this particular issue here, but why      01:13:03

6   do we have to have an opportunity for you to go back      01:13:07

7   in session again, and they couldn't do right with the     01:13:10

8   congressional maps?                                       01:13:13

9          I'm like, I can't really give you all of          01:13:15

10  the answers here right now.                               01:13:17

11         And two of gentlemen said, You know what?          01:13:19

12  I saw you in Shreveport.  And the other guys said,        01:13:21

13  Yeah.  And you were also down here in Baton Rouge?        01:13:24

14         I said, Yes, because I sit on the House            01:13:27

15  And Governmental Committee, and that was our charge       01:13:28

16  to go about the state and listen to the individual        01:13:31

17  people -- the community on the road show to find out      01:13:35

18  what was your thoughts and ideas about redistricting.     01:13:38

19         They said, Well, you were there.  Did you          01:13:41

20  hear?                                                     01:13:43

21  Q        Yes, I heard.  I heard very loud and             01:13:44

22  clearly.                                                  01:13:47

| | | |
|---|---|---|
| 1 | So why could that issue be not like the | 01:13:47 |
| 2 | first issue? | 01:13:50 |
| 3 | I said, Well, that's something to think | 01:13:51 |
| 4 | about and ponder.  So as I'm sitting there listening | 01:13:52 |
| 5 | to some of the comments, expression that was made, | 01:13:55 |
| 6 | one of the things that was said was that, as a | 01:13:59 |
| 7 | majority here, we voted two thirds of the body to put | 01:14:02 |
| 8 | maps out there that were fair and equitable maps. | 01:14:07 |
| 9 | And I thought about that process, and I | 01:14:13 |
| 10 | said, well, hmm-mm, maybe we didn't.  And the reason | 01:14:14 |
| 11 | I say that is because, like my colleagues, who sit on | 01:14:19 |
| 12 | house and governmental -- ascending governmental, you | 01:14:23 |
| 13 | all wasn't privy of the riot that we went through | 01:14:25 |
| 14 | about this beautiful state to all these different | 01:14:28 |
| 15 | places and hear are all the different testimony and | 01:14:31 |
| 16 | comments that were made; but I did. | 01:14:33 |
| 17 | I kept notes, I kept the files, and I kept | 01:14:34 |
| 18 | the records.  And, overwhelmingly, at every one of | 01:14:37 |
| 19 | those stops, the large amount of comments were about | 01:14:41 |
| 20 | you have to create a second minority district. | 01:14:45 |
| 21 | People came in on buses.  They came in on cars.  They | 01:14:48 |
| 22 | stood before us and waited hours and hours to speak | 01:14:51 |

1   to give their testimony, saying that we as a body          01:14:54

2   have to do what's right everywhere we stopped,             01:14:57

3   everywhere we went; and I did not miss one meeting          01:15:01

4   throughout this state.  I enjoyed it.                       01:15:04

5           So I say that to say to you all is that             01:15:07

6   there were several attempts -- many attempts to put        01:15:11

7   forth maps that met the Jingle's principles about the      01:15:15

8   -- the Voting Rights Act.  And I don't think any of        01:15:20

9   you guys voted on all of those maps.  They never made      01:15:25

10  it here.                                                   01:15:28

11          The only map that ever made or close to an         01:15:30

12  opportunity to get here was the one that you,              01:15:33

13  Representative Ivey, attempted to bring here to this       01:15:36

14  body that ended up over there on the table because        01:15:38

15  there was a vote by this body made to table that bill     01:15:41

16  and not let it be heard.                                   01:15:45

17          The rest of the bills -- Representative            01:15:47

18  Glover brought two bills in H And G.  They both died.     01:15:49

19  Representative Duplessis brought a bill that died.        01:15:53

20  And those maps, like every map that came before us,      01:15:57

21  the question was asked from members of the committee     01:16:00

22  in the chair:  Do you think that map is fair and          01:16:03

| | | |
|---|---|---|
| 1 | equitable?  Did that map sustain the Voting Rights | 01:16:07 |
| 2 | Act? | 01:16:09 |
| 3 | And the conversation was always yes, yes, | 01:16:09 |
| 4 | yes.  But all of those maps didn't come here.  They | 01:16:11 |
| 5 | didn't come before this body.  They couldn't -- they | 01:16:15 |
| 6 | didn't make it here.  So every opportunity that we | 01:16:16 |
| 7 | had for all those cities, for all those individuals | 01:16:21 |
| 8 | who came about to give their testimony about what | 01:16:24 |
| 9 | they thought -- in my estimation, we kind of ignored | 01:16:27 |
| 10 | that because it never happened.  It never happened. | 01:16:31 |
| 11 | So I want to be proud.  I want to be as | 01:16:36 |
| 12 | proud as I was Saturday night talking about this body | 01:16:40 |
| 13 | doing what's right when I gave them the facts of what | 01:16:44 |
| 14 | an individual did, not only for blacks in Louisiana | 01:16:48 |
| 15 | but for the State of Louisiana. | 01:16:51 |
| 16 | I want to feel good and be proud that | 01:16:53 |
| 17 | we're going to do what's right now.  Because guess | 01:16:55 |
| 18 | what?  A federal judge said what you brought us did | 01:16:57 |
| 19 | not meet the principles of (indiscernible).  It was | 01:17:02 |
| 20 | basically in violation of Section 2 of the Voting | 01:17:06 |
| 21 | Rights Act.  You did not create that; so we are being | 01:17:08 |
| 22 | ordered to do that now. | 01:17:11 |

| | | |
|---|---|---|
| 1 | So have we done that according to the | 01:17:13 |
| 2 | facts the first time, we may not be in this position | 01:17:15 |
| 3 | we are in now. And everyone is subject to their | 01:17:17 |
| 4 | opinions. I have mine, you have yours, but we have | 01:17:21 |
| 5 | the law -- the rules of law. We have a constitution, | 01:17:23 |
| 6 | and that tells us that that judge, at whatever level | 01:17:27 |
| 7 | they are, has jurisdiction over decisions that we | 01:17:30 |
| 8 | make when the oversight is there. And that's what it | 01:17:33 |
| 9 | is. It's based on fact. | 01:17:36 |
| 10 | So for all you members who I didn't see on | 01:17:39 |
| 11 | the road show, I didn't see while we did the heavy | 01:17:42 |
| 12 | lifting in committee, well, you have an opportunity | 01:17:44 |
| 13 | now. And now you get an opportunity -- you should | 01:17:49 |
| 14 | get an opportunity to look at a fair map that meets | 01:17:52 |
| 15 | the (indiscernible) principles, that meets the proper | 01:17:55 |
| 16 | procedures of all of the Voting Rights Act and vote | 01:17:57 |
| 17 | on it to send it out to the people as it should be | 01:18:00 |
| 18 | according to what's there. | 01:18:02 |
| 19 | And one very important question I'm going | 01:18:03 |
| 20 | to leave you with is one I asked on committee one day | 01:18:06 |
| 21 | after I sat there and I watched bill after bill, map | 01:18:08 |
| 22 | after map get voted down. I asked a question to an | 01:18:11 |

| | | |
|---|---|---|
| 1 | individual at the table. | 01:18:14 |
| 2 | I said, In the rule of law, as it pertains | 01:18:16 |
| 3 | to voting rights, does anything in there question | 01:18:20 |
| 4 | intent?  What is your intent?  So when I look at your | 01:18:24 |
| 5 | intent, when you vote down every map that makes | 01:18:28 |
| 6 | sense, according to what this federal judge, that | 01:18:31 |
| 7 | says the intent was obvious. | 01:18:34 |
| 8 | The intent was never to pass one.  The | 01:18:36 |
| 9 | intent was never to give this body an opportunity as | 01:18:39 |
| 10 | individual bodies who represent this state to vote on | 01:18:42 |
| 11 | something that was fair and equitable.  That had to | 01:18:45 |
| 12 | be what the intent was. | 01:18:48 |
| 13 | So as I look at you right now, examine | 01:18:50 |
| 14 | your hearts.  Something I always call a checkup from | 01:18:52 |
| 15 | the neck up.  Give yourself a checkup from the neck | 01:18:55 |
| 16 | up that does not include an R or a D.  It includes | 01:18:58 |
| 17 | faces of all you guys' represented districts.  And | 01:19:01 |
| 18 | let's do what's right for the people of Louisiana | 01:19:04 |
| 19 | according to what is fair and equitable.  Let's do | 01:19:07 |
| 20 | what's right.  Show what our intent is.  Because, | 01:19:09 |
| 21 | believe me, right now everything that you do shows | 01:19:12 |
| 22 | your intent -- shows my intent.  Let's do what's | 01:19:15 |

| | | |
|---|---|---|
| 1 | right. | 01:19:19 |
| 2 | Thank you, Mr. Speaker. | 01:19:20 |
| 3 | SPEAKER SCHEXNAYDER:  All right. | 01:19:35 |
| 4 | Representative Lavardain? | 01:19:36 |
| 5 | REPRESENTATIVE LAVARDAIN:  Thank you, Mr. | 01:19:39 |
| 6 | Speaker and Members.  Many folks are what we call | 01:19:39 |
| 7 | Constitutional scholars in here.  The preamble to the | 01:19:43 |
| 8 | United States Constitution says, We the people of the | 01:19:48 |
| 9 | United States, in order to form a more perfect union, | 01:19:51 |
| 10 | establish justice -- justice.  Let's talk about | 01:19:55 |
| 11 | justice, fairness, equality, doing what's right, | 01:19:58 |
| 12 | being fair, knowing what to do, and doing it. | 01:20:03 |
| 13 | Insure domestic tranquility, provide for | 01:20:07 |
| 14 | the common defense, promote the general welfare, and | 01:20:10 |
| 15 | secure the blessings of liberty to ourselves and our | 01:20:14 |
| 16 | posterity, do ordain and establish this Constitution | 01:20:17 |
| 17 | for the United States of -- of America. | 01:20:20 |
| 18 | We have a duty to do what's right.  The | 01:20:24 |
| 19 | judge has ordered us to come and provide a map for | 01:20:27 |
| 20 | the second congressional -- a second black | 01:20:31 |
| 21 | congressional district.  We need to do that. | 01:20:34 |
| 22 | Now I've heard my colleagues talk about | 01:20:37 |

| | | |
|---|---|---|
| 1 | this and that, but let's talk about the real monster | 01:20:39 |
| 2 | in the room.  There was a song that Salt-N-Pepa sang, | 01:20:43 |
| 3 | Let's talk about sex.  But, no.  Let's talk about | 01:20:48 |
| 4 | race.  That's the monster. | 01:20:51 |
| 5 | This is 19- -- this is 2022.  We're still | 01:20:56 |
| 6 | fighting battles as if it was 1965.  When you go back | 01:21:01 |
| 7 | and you look through history, you look at famous | 01:21:07 |
| 8 | Governors like Orval Faubus.  Orval Faubus was the | 01:21:10 |
| 9 | governor of the great State of Arkansas.  Once Brown | 01:21:13 |
| 10 | versus Board of Education became law, he shut down | 01:21:17 |
| 11 | all the schools in Arkansas. | 01:21:20 |
| 12 | Let's look at the great George Wallace. | 01:21:23 |
| 13 | He was the Governor of Alabama.  Segregation today, | 01:21:25 |
| 14 | segregation tomorrow, segregation forever.  That's | 01:21:30 |
| 15 | not us.  The great Bull Connor from the police chief | 01:21:33 |
| 16 | in Birmingham.  Bull countered everything to deny | 01:21:37 |
| 17 | African Americans the right to vote or have some type | 01:21:41 |
| 18 | of decency.  This whole bout is about race, folks. | 01:21:44 |
| 19 | We have to do what's right.  We know | 01:21:49 |
| 20 | what's right.  I'm encouraging everybody -- look at | 01:21:51 |
| 21 | yourself.  Let's do what's right.  We can't -- | 01:21:54 |
| 22 | African Americans can't be fighting the same battles | 01:21:58 |

| | | |
|---|---|---|
| 1 | we fought in the '60s.  This is 2022.  We have to do | 01:22:00 |
| 2 | what's right.  If we're going to move our state | 01:22:05 |
| 3 | forward, it has to be all of us. | 01:22:07 |
| 4 | Every time there was a map presented to H | 01:22:10 |
| 5 | And G, it could never get out of the committee, just | 01:22:12 |
| 6 | like Representative Lyons said, because nobody wanted | 01:22:16 |
| 7 | it out.  I'm encouraging you all -- the real picture | 01:22:18 |
| 8 | is race.  We have to put race aside and do what's | 01:22:22 |
| 9 | right for this great state. | 01:22:26 |
| 10 | Thank you, Mr. Chairman. | 01:22:28 |
| 11 | SPEAKER SCHEXNAYDER:  All right.  Morning | 01:22:34 |
| 12 | hour seven. | 01:22:34 |
| 13 | (No audio from 01:22:34 to 01:23:18) | |
| 14 | HOUSE CLERK:  Introduction of house bills. | 01:23:19 |
| 15 | House bill by Representative Duplessis to amend Title | 01:23:20 |
| 16 | 18 to provide relative to congressional districts | 01:23:23 |
| 17 | redistricting of Louisiana's congressional districts, | 01:23:25 |
| 18 | provided with respect to positions, offices other | 01:23:27 |
| 19 | than congressional, which are based upon | 01:23:30 |
| 20 | congressional districts.  That House Bill becomes | 01:23:32 |
| 21 | House Bill 1. | 01:23:34 |
| 22 | Representative Stefanski moves to suspend | 01:23:35 |

| | | |
|---|---|---|
| 1 | the rules for the purpose of referring this bill to | 01:23:37 |
| 2 | House And Governmental Affairs at this time. | 01:23:40 |
| 3 | SPEAKER SCHEXNAYDER:  Without objection. | 01:23:42 |
| 4 | HOUSE CLERK:  House bill by Speaker | 01:23:45 |
| 5 | Schexnayder to amend Title 18.  Provide relative to | 01:23:46 |
| 6 | congressional districts -- congressional districts -- | 01:23:49 |
| 7 | provide for redistricting of Louisiana's | 01:23:52 |
| 8 | congressional districts provides with respect to | 01:23:54 |
| 9 | positions and offices.  The bill becomes House Bill | 01:23:57 |
| 10 | 2. | 01:24:00 |
| 11 | And Representative Stefanski moves to | 01:24:01 |
| 12 | suspend the rules for the purpose of referring this | 01:24:03 |
| 13 | bill to House And Governmental Affairs at this time. | 01:24:05 |
| 14 | SPEAKER SCHEXNAYDER:  Representative | 01:24:07 |
| 15 | Duplessis, why do you ask? | 01:24:08 |
| 16 | REPRESENTATIVE DUPLESSIS:  Point of order, | 01:24:10 |
| 17 | Mr. Speaker. | 01:24:11 |
| 18 | SPEAKER SCHEXNAYDER:  Yes. | 01:24:12 |
| 19 | REPRESENTATIVE DUPLESSIS:  I have a | 01:24:12 |
| 20 | question.  We are moving to suspend the rules to move | 01:24:12 |
| 21 | the four bills that have been introduced on the House | 01:24:17 |
| 22 | side. | 01:24:20 |

1      SPEAKER SCHEXNAYDER:  Yes, sir.                    01:24:20

2      REPRESENTATIVE DUPLESSIS:  House Bill 2,          01:24:21

3  which you have authored, as I understand it -- well,  01:24:23

4  maybe I don't understand it.  My question is, rather, 01:24:26

5  is it your belief that this bill is in compliance     01:24:29

6  with the order that we got from federal court?        01:24:32

7      SPEAKER SCHEXNAYDER:  I do in the fact             01:24:34

8  that it complies with redistricting.                  01:24:36

9      REPRESENTATIVE DUPLESSIS:  Okay.  My              01:24:38

10  understanding of the order -- and I have it printed   01:24:39

11  right here.  It says that the -- it says very clearly 01:24:42

12  that we are ordered to move a bill that had two black 01:24:44

13  congressional district -- districts.                  01:24:48

14      Does this bill have two black                     01:24:50

15  congressional districts?                              01:24:51

16      SPEAKER SCHEXNAYDER:  It -- it complies           01:24:52

17  with redistricting, and, as you know, any bill that   01:24:53

18  we file, once it moves through the process, it can    01:24:55

19  change to anything.                                   01:24:58

20      REPRESENTATIVE DUPLESSIS:  My only                01:25:01

21  question, based on the order from the judge,          01:25:01

22  respectfully, Mr. Speaker, is does the bill -- House  01:25:04

| | | |
|---|---|---|
| 1 | Bill 2 have two black congressional districts? | 01:25:08 |
| 2 | SPEAKER SCHEXNAYDER: As I've said before, | 01:25:11 |
| 3 | my reading of it says that it complies with | 01:25:12 |
| 4 | redistricting, and that's why we're referring the | 01:25:17 |
| 5 | bill to committee. | 01:25:20 |
| 6 | REPRESENTATIVE DUPLESSIS: I -- I'm not | 01:25:22 |
| 7 | sure what -- what you mean when you say, it complies | 01:25:23 |
| 8 | with redistricting. But I'm -- I think we were sent | 01:25:25 |
| 9 | here to comply with the -- the judge's order. That's | 01:25:28 |
| 10 | why we're here. So we're being asked to suspend the | 01:25:30 |
| 11 | rules on a bill that, my read of it, does not comply | 01:25:33 |
| 12 | with redistricting and my read of it -- it does not | 01:25:37 |
| 13 | comply with the judge's order. | 01:25:39 |
| 14 | SPEAKER SCHEXNAYDER: Okay. | 01:25:43 |
| 15 | REPRESENTATIVE DUPLESSIS: Therefore, I | 01:25:43 |
| 16 | object. | 01:25:47 |
| 17 | SPEAKER SCHEXNAYDER: Okay. | 01:25:47 |
| 18 | Representative Carter, what do you ask? | 01:25:48 |
| 19 | REPRESENTATIVE CARTER: Mr. Speaker, I'd | 01:25:49 |
| 20 | like to ask the clerk question. We -- we -- Madam | 01:25:50 |
| 21 | Clerk, does the bill comply with the call of the | 01:25:53 |
| 22 | special session? That is, as I understand it, the | 01:25:57 |

| | | |
|---|---|---|
| 1 | governor's call says that it is to comply not only | 01:26:01 |
| 2 | with the -- the judge's order, but it has to create a | 01:26:04 |
| 3 | -- a second majority black district.  And I think | 01:26:10 |
| 4 | that's what the call was.  So does this bill comply | 01:26:14 |
| 5 | with the call?  Is it germane to the call? | 01:26:16 |
| 6 | (No audio from 01:26:20 to 01:27:43) | |
| 7 | SPEAKER SCHEXNAYDER:  All right. | 01:26:19 |
| 8 | Representative Carter, looking at the call, it -- | 01:27:47 |
| 9 | this -- this bill does comply with the call in the | 01:27:51 |
| 10 | fact that it does do redistricting of a congressional | 01:27:54 |
| 11 | district. | 01:28:01 |
| 12 | All right.  Representative Bryant. | 01:28:02 |
| 13 | REPRESENTATIVE BRYANT:  Mr. Speaker, what | 01:28:06 |
| 14 | is the racial makeup of your map -- your bill?  What | 01:28:07 |
| 15 | is -- what is the amount of -- | 01:28:10 |
| 16 | SPEAKER SCHEXNAYDER:  Representative Ivey? | 01:28:15 |
| 17 | Representative IVEY:  Yes.  Thank -- thank | 01:28:17 |
| 18 | you, Mr. Speaker.  First of all, it was on the point | 01:28:18 |
| 19 | of order because we shouldn't be debating the bill. | 01:28:21 |
| 20 | Second, is -- is this a debatable motion or the | 01:28:23 |
| 21 | objection? | 01:28:26 |
| 22 | SPEAKER SCHEXNAYDER:  The motion to refer | 01:28:36 |

| | | |
|---|---|---|
| 1 | is a very small debate, but on the bill, it is not. | 01:28:37 |
| 2 | REPRESENTATIVE IVEY:  Okay.  So -- | 01:28:42 |
| 3 | SPEAKER SCHEXNAYDER:  Not on the merits of | 01:28:43 |
| 4 | the bill. | 01:28:44 |
| 5 | REPRESENTATIVE IVEY:  Okay.  And -- and | 01:28:45 |
| 6 | so, Mr. Speaker, I -- I would like to request that my | 01:28:45 |
| 7 | colleague could reconsider the motion and -- and | 01:28:49 |
| 8 | withdraw it.  Every bill we bring is an instrument. | 01:28:52 |
| 9 | Every bill we bring is a work in progress from the | 01:28:55 |
| 10 | beginning.  And -- and I would like to maintain the | 01:28:58 |
| 11 | respect for that process and -- and ask my colleague | 01:29:01 |
| 12 | to reconsider.  Thank you. | 01:29:04 |
| 13 | SPEAKER SCHEXNAYDER:  To make that motion, | 01:29:05 |
| 14 | Representative Ivey, you would have to come to the | 01:29:06 |
| 15 | floor. | 01:29:08 |
| 16 | Representative Bryant, do you want to come | 01:29:08 |
| 17 | to the floor? | 01:29:10 |
| 18 | REPRESENTATIVE BRYANT:  I don't have to. | 01:29:12 |
| 19 | I -- why am I coming to the floor? | 01:29:12 |
| 20 | SPEAKER SCHEXNAYDER:  Because your button | 01:29:16 |
| 21 | is pressed to come to the floor. | 01:29:17 |
| 22 | REPRESENTATIVE BRYANT:  To ask a question | 01:29:19 |

1   about your bill?                                          01:29:20

2           SPEAKER SCHEXNAYDER:  That -- we can't ask        01:29:21

3   questions about the merits of the bill.                  01:29:23

4           REPRESENTATIVE BRYANT:  So the question of        01:29:26

5   --                                                       01:29:27

6           SPEAKER SCHEXNAYDER:  The -- the motion --        01:29:27

7           REPRESENTATIVE BRYANT:  -- does your bill         01:29:28

8   --                                                       

9           SPEAKER SCHEXNAYDER:  -- was to object to         01:29:29

10  sending the bill to committee.  That's -- that's         01:29:30

11  where we are.   All right.                               01:29:33

12          Representative Stefanski?  All right.  All        01:29:41

13  right.  I move to refer.  There was an objection.        01:29:47

14  All those in favor of referring it to committee, vote    01:29:51

15  yes.  All --                                             01:29:56

16          Representative Thomas?                            01:29:58

17          REPRESENTATIVE THOMAS:  Thank you, Mr.            01:30:02

18  Speaker.  What happens if this motion -- wait.           01:30:03

19  What's the motion?                                       01:30:08

20          SPEAKER SCHEXNAYDER:  That's what I was           01:30:10

21  explaining.                                              01:30:11

22          Representative Thomas:  Okay.  But -- but         01:30:11

1   I want to know what happens if it passes, if it                01:30:12

2   fails?                                                          01:30:17

3            SPEAKER SCHEXNAYDER:  If it passes, it                 01:30:18

4   will -- it will go to committee.  If not, it stays on          01:30:19

5   the floor.                                                     01:30:22

6            REPRESENTATIVE THOMAS:  Okay.                          01:30:23

7            SPEAKER SCHEXNAYDER:  It lies over until               01:30:23

8   tomorrow.                                                       01:30:24

9            REPRESENTATIVE THOMAS:  So it could                    01:30:25

10  conceivably get to committee anyway?                           01:30:26

11           SPEAKER SCHEXNAYDER:  Under -- under the               01:30:31

12  rules it would, yes.                                           01:30:32

13           REPRESENTATIVE THOMAS:  Okay.  Thank you.             01:30:33

14           SPEAKER SCHEXNAYDER:  All right.                       01:30:34

15           Representative Duplessis, point of order?             01:30:37

16           REPRESENTATIVE DUPLESSIS:  Just a -- just             01:30:39

17  a question and point of order.  It was stated at the           01:30:39

18  -- at the outset that committee would meet on Friday.          01:30:42

19           SPEAKER SCHEXNAYDER:  Uh-huh.                          01:30:44

20           REPRESENTATIVE DUPLESSIS:  Okay.  Is there            01:30:45

21  a reason why it would meet on Friday as opposed to             01:30:46

22  tomorrow?  And -- and if this were not going to                01:30:48

| | | |
|---|---|---|
| 1 | Representative Thomas's question, if it's -- if the | 01:30:53 |
| 2 | rules are not suspended for it to be read in | 01:30:55 |
| 3 | tomorrow, it's still going to proceed to committee, | 01:30:57 |
| 4 | will it not?  It just has to lie over. | 01:31:00 |
| 5 | SPEAKER SCHEXNAYDER:  If -- if we come in | 01:31:03 |
| 6 | tomorrow, yes. | 01:31:04 |
| 7 | REPRESENTATIVE DUPLESSIS:  If? | 01:31:07 |
| 8 | SPEAKER SCHEXNAYDER:  Uh-huh. | 01:31:07 |
| 9 | REPRESENTATIVE DUPLESSIS:  Why -- why | 01:31:08 |
| 10 | would -- I mean, why -- | 01:31:09 |
| 11 | SPEAKER SCHEXNAYDER:  If we -- if we have | 01:31:10 |
| 12 | no other bills on the floor that would be referred | 01:31:11 |
| 13 | in, we wouldn't have to come in tomorrow. | 01:31:13 |
| 14 | REPRESENTATIVE DUPLESSIS:  You mean in | 01:31:16 |
| 15 | committee? | 01:31:16 |
| 16 | SPEAKER SCHEXNAYDER:  You would have | 01:31:17 |
| 17 | committee only. | 01:31:17 |
| 18 | REPRESENTATIVE DUPLESSIS:  Right.  So we | 01:31:19 |
| 19 | would have committee tomorrow? | 01:31:20 |
| 20 | SPEAKER SCHEXNAYDER:  Yes. | 01:31:21 |
| 21 | REPRESENTATIVE DUPLESSIS:  Okay.  All | 01:31:22 |
| 22 | right. | 01:31:22 |

| | | |
|---|---|---|
| 1 | SPEAKER SCHEXNAYDER:  No.  You would have | 01:31:22 |
| 2 | committee Friday. | 01:31:23 |
| 3 | REPRESENTATIVE DUPLESSIS:  Okay.  I guess | 01:31:25 |
| 4 | my question is why would we not have committee | 01:31:25 |
| 5 | tomorrow since we -- | 01:31:27 |
| 6 | SPEAKER SCHEXNAYDER:  Because -- | 01:31:28 |
| 7 | REPRESENTATIVE DUPLESSIS: -- since we're | 01:31:28 |
| 8 | already on a short time schedule? | 01:31:29 |
| 9 | SPEAKER SCHEXNAYDER:  Well, we had -- we | 01:31:29 |
| 10 | had said that -- we had said that already with the | 01:31:29 |
| 11 | transparency of being able to have the public here | 01:31:33 |
| 12 | and being able to give notice of the committee.  The | 01:31:36 |
| 13 | chairman referred to wanting to have that committee | 01:31:38 |
| 14 | hearing on Friday. | 01:31:41 |
| 15 | REPRESENTATIVE DUPLESSIS:  Okay.  The | 01:31:43 |
| 16 | Senate is meeting -- the Senate Governmental Affairs | 01:31:43 |
| 17 | Committee is meeting tomorrow. | 01:31:45 |
| 18 | SPEAKER SCHEXNAYDER:  Yeah.  This is the | 01:31:46 |
| 19 | House. | 01:31:47 |
| 20 | REPRESENTATIVE DUPLESSIS:  I understand. | 01:31:48 |
| 21 | Yeah.  I -- I -- I do appreciate that. | 01:31:49 |
| 22 | SPEAKER SCHEXNAYDER:  Thank you. | 01:31:51 |

1          REPRESENTATIVE DUPLESSIS:  But I also -- I          01:31:51

2     also -- it -- it's also, my understanding, is it not,     01:31:52

3     that -- that we have already said we -- we don't have     01:31:54

4     time.  So I'm just wondering why we would wait until      01:31:56

5     Friday.  We would waste -- we would waste an entire       01:31:58

6     day.                                                      01:32:01

7          SPEAKER SCHEXNAYDER:  Because the chairman          01:32:01

8     asked that we give time for public and transparency       01:32:04

9     on the bill.  That's why we're doing it.                  01:32:07

10         REPRESENTATIVE DUPLESSIS:  Thank you.               01:32:09

11         SPEAKER SCHEXNAYDER:  All right.                    01:32:11

12    Representative Green?                                      01:32:14

13         REPRESENTATIVE GREEN:  Thank you, Mr.               01:32:17

14    Speaker.  Can this be a recorded vote?  Or I would        01:32:18

15    ask for a record vote.                                    01:32:22

16         SPEAKER SCHEXNAYDER:  It is -- it is a              01:32:29

17    recorded vote.  All right.                                01:32:30

18         Representative Duplessis, you wanted to             01:32:36

19    come to the floor?  Okay.  He waives.  All right.  So     01:32:37

20    the motion is we have a bill that --                      01:32:45

21         HOUSE CLERK:  Suspend the rules.                    01:32:49

22         SPEAKER SCHEXNAYDER:  Suspend the rules to          01:32:50

| | | |
|---|---|---|
| 1 | send to committee.  Representative Dustin Miller? | 01:32:50 |
| 2 | REPRESENTATIVE MILLER:  A lockout. | 01:32:55 |
| 3 | SPEAKER SCHEXNAYDER:  Let me -- let me -- | 01:32:55 |
| 4 | let me get to that part.  All right.  We've had a | 01:32:56 |
| 5 | motion to suspend the rules to allow the bill to go | 01:32:59 |
| 6 | to committee.  We had an objection by Representative | 01:33:02 |
| 7 | Duplessis.  All those in favor would vote yea to send | 01:33:04 |
| 8 | it, and all those opposed would vote no. | 01:33:08 |
| 9 | Representative Miller asked us for a | 01:33:12 |
| 10 | lockout with 20 members joining him in the lockout. | 01:33:15 |
| 11 | SPEAKER SCHEXNAYDER:  A lockout is | 01:33:23 |
| 12 | obvious.  All right.  Members, quorum call.  Quorum | 01:33:24 |
| 13 | call, Members. | 01:33:30 |
| 14 | Landry, yes.  You through voting.  All | 01:33:31 |
| 15 | right.  Close them up.  Ninety five members in a | 01:33:37 |
| 16 | quorum.  All right.  All right. | 01:33:44 |
| 17 | There was a motion made to send HB 2 to | 01:33:45 |
| 18 | committee.  Representative Duplessis objected.  All | 01:33:48 |
| 19 | those in favor vote, yea. | 01:33:52 |
| 20 | Representative Willard? | 01:33:54 |
| 21 | REPRESENTATIVE WILLARD:  For this vote to | 01:33:56 |
| 22 | pass, it would require two thirds of those present | 01:33:57 |

| | | |
|---|---|---|
| 1 | and voting; is that correct? | 01:34:00 |
| 2 | SPEAKER SCHEXNAYDER:  That is correct. | 01:34:01 |
| 3 | REPRESENTATIVE WILLARD:  Can I get a | 01:34:02 |
| 4 | numerical count on what that vote total would be | 01:34:03 |
| 5 | based off of the last quorum vote. | 01:34:07 |
| 6 | Sixty three? | 01:34:57 |
| 7 | REPRESENTATIVE WILLARD:  I didn't know how | 01:34:58 |
| 8 | many people voted. | 01:34:58 |
| 9 | SPEAKER SCHEXNAYDER:  Sixty three. | 01:34:58 |
| 10 | REPRESENTATIVE WILLARD:  Thank you, Mr. | 01:34:59 |
| 11 | Speaker. | 01:34:59 |
| 12 | SPEAKER SCHEXNAYDER: All right.  All | 01:35:03 |
| 13 | right.  We have a motion to suspend the rules and | 01:35:05 |
| 14 | allow the bill to go to committee.  All those in | 01:35:10 |
| 15 | favor vote yae.  Those opposed vote nay.  The clerk | 01:35:12 |
| 16 | will open the machines.  Members, go to your | 01:35:15 |
| 17 | machines.  Go to your machines, Members. | 01:35:16 |
| 18 | Landry, no. | 01:35:19 |
| 19 | If you're through voting, close them up. | 01:35:22 |
| 20 | 65 yays, 30 nays, and the bill -- the motion fails -- | 01:35:26 |
| 21 | it prevails.  I'm sorry.  Prevails.  Referred to | 01:35:30 |
| 22 | House And Governmental Affairs. | 01:35:39 |

| | | |
|---|---|---|
| 1 | Representative Stefanski, personal | 01:35:46 |
| 2 | privilege. | 01:35:47 |
| 3 | Representative Ivey? | 01:35:56 |
| 4 | (No audio from 01:35:58 to 01:36:39) | |
| 5 | REPRESENTATIVE LAVARDAIN:  Mr. Speaker, I | 01:36:41 |
| 6 | move to discharge the Committee on House And | 01:36:42 |
| 7 | Governmental Affairs for HB 1. | 01:36:44 |
| 8 | SPEAKER SCHEXNAYDER:  All right. | 01:36:47 |
| 9 | Representative Seabaugh? | 01:36:52 |
| 10 | REPRESENTATIVE SEABAUGH:  What would be | 01:36:54 |
| 11 | the effect of discharging the committee? | 01:36:55 |
| 12 | SPEAKER SCHEXNAYDER:  It would -- the bill | 01:37:00 |
| 13 | would come back to the floor and have to lie over. | 01:37:01 |
| 14 | REPRESENTATIVE SEABAUGH:  Okay.  Thank | 01:37:04 |
| 15 | you. | 01:37:04 |
| 16 | SPEAKER SCHEXNAYDER:  All right. | 01:37:06 |
| 17 | Representative Duplessis, what do you ask? | 01:37:06 |
| 18 | REPRESENTATIVE DUPLESSIS:  Would Chairman | 01:37:09 |
| 19 | Stefanski please state on the record his reasons and | 01:37:10 |
| 20 | rationale for moving to -- to discharge HB 1. | 01:37:12 |
| 21 | (No audio from 01:37:17 to 01:37:29) | |
| 22 | SPEAKER SCHEXNAYDER:  On a motion, he -- | 01:37:15 |

| | | |
|---|---|---|
| 1 | he doesn't have to explain it.  All right. | 01:37:31 |
| 2 | All right, members, the motion on -- | 01:37:35 |
| 3 | Representative Duplessis, do you want the | 01:37:37 |
| 4 | floor on a motion?  All right.  Representative | 01:37:40 |
| 5 | Duplessis? | 01:38:00 |
| 6 | REPRESENTATIVE DUPLESSIS:  Thank you, Mr. | 01:38:00 |
| 7 | Speaker.  Members, I was very much told just now by | 01:38:00 |
| 8 | the speaker that this is the House, not the Senate. | 01:38:05 |
| 9 | But what we just saw was a move to imitate the Senate | 01:38:08 |
| 10 | by making a motion to reconsider HB 1 after a | 01:38:12 |
| 11 | procedural vote.  Okay.  So we can play that side and | 01:38:17 |
| 12 | we can play that game when it's convenient. | 01:38:21 |
| 13 | Now the chairman wouldn't give his reasons | 01:38:24 |
| 14 | for his motion to reconsider, but we saw this same | 01:38:25 |
| 15 | thing happen a few weeks ago at the end of session | 01:38:28 |
| 16 | despite the fact that HB 2 made it to committee. | 01:38:31 |
| 17 | Now we as a body are going to take another | 01:38:35 |
| 18 | vote.  Because why?  Because I didn't want to vote | 01:38:37 |
| 19 | for a bill that did not comply with the judge's | 01:38:42 |
| 20 | order.  Why would I vote for a bill to go to | 01:38:44 |
| 21 | committee to be heard when it clearly does not comply | 01:38:48 |
| 22 | with the judge's order? | 01:38:51 |

| 1 | This is ridiculous.  Vote how you want to | 01:38:56 |
| 2 | vote because I know you're going to do that, but I | 01:38:59 |
| 3 | stand on my vote.  And I asked everyone that voted | 01:39:01 |
| 4 | red just now that you stand on that vote because that | 01:39:05 |
| 5 | vote -- that bill clearly does not comply with the | 01:39:08 |
| 6 | judge's orders. | 01:39:10 |
| 7 | All of this talk about, oh, well, we can | 01:39:12 |
| 8 | amend the bill.  This is the first step.  This is | 01:39:14 |
| 9 | just an instrument.  It's just an instrument in the | 01:39:16 |
| 10 | process.  No.  No.  We don't have time for that.  We | 01:39:18 |
| 11 | have six days to get this right, and you file a bill | 01:39:22 |
| 12 | that doesn't even come close to having two black | 01:39:26 |
| 13 | districts, but she want me and my colleagues to move | 01:39:29 |
| 14 | to suspend the rules to send that to committee.  I'm | 01:39:33 |
| 15 | not here to play those games. | 01:39:35 |
| 16 | Just like y'all don't want to be here, I | 01:39:35 |
| 17 | don't want to be here right now.  But if we don't get | 01:39:39 |
| 18 | this right, you know who's going to be here?  Our | 01:39:43 |
| 19 | children and our grandchildren having these same | 01:39:45 |
| 20 | ridiculous debates because we don't like a vote that | 01:39:47 |
| 21 | we just took because this is the House, not the | 01:39:51 |
| 22 | Senate. | 01:39:54 |

| | | |
|---|---|---|
| 1 | SPEAKER SCHEXNAYDER:  Representative | 01:39:57 |
| 2 | Carter, what do you ask? | 01:39:57 |
| 3 | REPRESENTATIVE CARTER:  Mr. Speaker, I | 01:39:59 |
| 4 | thought the chairman had the floor on personal | 01:40:00 |
| 5 | privilege. | 01:40:03 |
| 6 | SPEAKER SCHEXNAYDER:  To make a motion, | 01:40:05 |
| 7 | yes. | 01:40:06 |
| 8 | REPRESENTATIVE CARTER:  All right.  You | 01:40:07 |
| 9 | said personal privilege.  I didn't know it was to | 01:40:07 |
| 10 | make a motion. | 01:40:08 |
| 11 | SPEAKER SCHEXNAYDER:  Uh-huh. | 01:40:10 |
| 12 | REPRESENTATIVE CARTER:  But I guess you | 01:40:10 |
| 13 | can do that. | 01:40:10 |
| 14 | SPEAKER SCHEXNAYDER:  Yes, sir. | 01:40:11 |
| 15 | REPRESENTATIVE CARTER:  If -- if -- is -- | 01:40:12 |
| 16 | is a motion in -- in order to -- not only to | 01:40:15 |
| 17 | discharge -- can I make it now?  Not only to | 01:40:21 |
| 18 | discharge the Committee on -- on House And Government | 01:40:24 |
| 19 | but to -- to have a committee of a whole on -- on | 01:40:27 |
| 20 | House Bill 1 -- move it to a committee of a whole on | 01:40:31 |
| 21 | House Bill 1? | 01:40:39 |
| 22 | (No audio from 01:40:36 to 01:41:22) | |

```
1              SPEAKER SCHEXNAYDER:  All right.  So now      01:41:25

2    we have a motion on the floor.                          01:41:27

3              Representative Jefferson?                     01:41:29

4              REPRESENTATIVE JEFFERSON:  Mr. Speaker,       01:41:35

5    thank you.  What is the impact if it's discharged?     01:41:36

6    What would be the effect of that?                       01:41:41

7              SPEAKER SCHEXNAYDER:  It would -- which --    01:41:42

8    which motion?                                           01:41:48

9              REPRESENTATIVE JEFFERSON:  The motion we      01:41:49

10   are, I assume, getting ready to --                      01:41:50

11             SPEAKER SCHEXNAYDER:  Representative          01:41:52

12   Carter's?                                               01:41:53

13             REPRESENTATIVE JEFFERSON:  No, Chairman       01:41:53

14   Stefanski's.                                            01:41:53

15             SPEAKER SCHEXNAYDER:  Representative          01:41:54

16   Carter --                                               01:41:55

17             REPRESENTATIVE JEFFERSON:  Okay.              01:41:55

18             SPEAKER SCHEXNAYDER:  -- has a motion to      01:41:56

19   discharge and sent to the Committee of the Whole.       01:41:56

20             REPRESENTATIVE JEFFERSON:  Okay.  And I'll    01:41:59

21   hold my question then.                                  01:41:59

22             SPEAKER SCHEXNAYDER:  Thank you.  Come --     01:42:07
```

| | | |
|---|---|---|
| 1 | come to the floor, and make your motion. | 01:42:08 |
| 2 | REPRESENTATIVE HARRIS:  Thank you, Mr. | 01:42:14 |
| 3 | Speaker. | 01:42:15 |
| 4 | Members, this -- this bill is a bill that | 01:42:15 |
| 5 | has been in the -- in -- in the system for quite some | 01:42:19 |
| 6 | time, and it's -- it's not a new -- it's not a new | 01:42:22 |
| 7 | creature.  It's a bill that creates two minority | 01:42:25 |
| 8 | districts in congress.  And if it goes -- if you -- | 01:42:29 |
| 9 | if you allow the bill to go to committee to hold, | 01:42:33 |
| 10 | this body itself would have an opportunity to -- to | 01:42:35 |
| 11 | have a hearing on this bill, and it can be as soon as | 01:42:38 |
| 12 | this body wants it to be. | 01:42:42 |
| 13 | And so I'm asking that the bill not be -- | 01:42:43 |
| 14 | sit for another day because we have a time period.  I | 01:42:46 |
| 15 | know there's efforts going.  The -- the judge is | 01:42:49 |
| 16 | going to be hearing from lawyers tomorrow from the | 01:42:52 |
| 17 | House and the Senate, but we need to let everybody | 01:42:54 |
| 18 | know that we're moving this process along as fast as | 01:42:59 |
| 19 | we can.  We have six days. | 01:43:02 |
| 20 | So if you vote to have it as a committee | 01:43:04 |
| 21 | to hold, you can have a committee to hold tomorrow. | 01:43:06 |
| 22 | We can sit as a committee to hold tomorrow and hear | 01:43:09 |

1 this bill out and resolve it one way or the other,                    01:43:11

2 and I suggest that that's what we do.                    01:43:15

3        Otherwise, we're just trying to only hear                    01:43:17

4 one bill, one bill that does not comply even with the                    01:43:20

5 call and say, well, whatever the court does, I don't                    01:43:24

6 care.  We'll just -- we'll rely upon the courts.                    01:43:27

7        There are two branches -- there are three                    01:43:30

8 branches of government.  The court is one branch.  We                    01:43:32

9 -- we're the legislative branch.  This is our                    01:43:34

10 responsibility.  Let's not shrink from that                    01:43:36

11 responsibility because of politics.  All right.                    01:43:39

12        Our responsibility is to -- is to try to                    01:43:42

13 comply with the call.  The call is to write a bill                    01:43:45

14 that has two predominant black districts in the                    01:43:48

15 congress.  That's the call.                    01:43:50

16        And -- and -- and this bill is within that                    01:43:52

17 call.  If the chairman don't want to hear it in his                    01:43:55

18 committee, the whole committee should hear it.  The                    01:43:57

19 House of Representatives should hear it.                    01:43:59

20        I ask you to -- to vote in favor of having                    01:44:01

21 the House of -- of a whole?                    01:44:04

22        SPEAKER SCHEXNAYDER:  Representative                    01:44:07

1    Carter, do you want to take questions?                    01:44:07

2           Representative Hughes, what do you ask?           01:44:09

3           REPRESENTATIVE HUGHES:  Thank you, Mr.            01:44:12

4    Speaker.  I -- I just want to get clarity.               01:44:13

5    Initially, Chairman Stefanski made a motion, and I       01:44:15

6    don't think we disposed of that motion, and now          01:44:18

7    Representative Carter is making a motion.  So is it a     01:44:21

8    substitute motion?  And what motion are we actually      01:44:23

9    voting on?                                               01:44:25

10          SPEAKER SCHEXNAYDER:  It is a substitute          01:44:25

11   motion.                                                  01:44:26

12          REPRESENTATIVE HUGHES:  A substitute              01:44:27

13   motion.  Thank you for the clarity.  That's all I        01:44:28

14   needed.  Thank you.                                      01:44:28

15          SPEAKER SCHEXNAYDER:  All right.                  01:44:38

16   Question, Representative Phelps?                          01:44:39

17          REPRESENTATIVE PHELPS:  Thank you, Mr.            01:44:42

18   Speaker.                                                 01:44:43

19          Representative Carter, was it your                01:44:44

20   understanding before your amendment or seconding         01:44:44

21   motion?  I -- I don't know where I am today.  I'm        01:44:47

22   trying to understand this.  Before you came up, was      01:44:49

| | | |
|---|---|---|
| 1 | it your understanding that the motion that was | 01:44:51 |
| 2 | brought forth by Representative Stefanski was just to | 01:44:54 |
| 3 | discharge it, hear it as a committee as a whole, or | 01:44:56 |
| 4 | are you saying he was just discharging it for it to | 01:44:58 |
| 5 | lay over, then go to committee? | 01:45:01 |
| 6 | REPRESENTATIVE CARTER:  He moved -- I | 01:45:05 |
| 7 | think he moved to discharge it. | 01:45:05 |
| 8 | REPRESENTATIVE PHELPS:  And that means a | 01:45:07 |
| 9 | lie over. | 01:45:08 |
| 10 | REPRESENTATIVE CARTER:  I think the | 01:45:08 |
| 11 | chairman -- the chairman moved to discharge it which | 01:45:08 |
| 12 | basically means that the -- the motion would not be | 01:45:13 |
| 13 | scheduled for a hearing in his committee and that it | 01:45:16 |
| 14 | can be read over, I guess, tomorrow; and -- and he | 01:45:18 |
| 15 | can try to assign another committee, or you can have | 01:45:22 |
| 16 | it heard as the committee as a whole. | 01:45:24 |
| 17 | The chairman is basically saying that he | 01:45:26 |
| 18 | didn't -- doesn't want to have the -- hear the -- the | 01:45:28 |
| 19 | bill for whatever reason. | 01:45:31 |
| 20 | REPRESENTATIVE PHELPS:  Right. | 01:45:33 |
| 21 | REPRESENTATIVE CARTER:  Okay. | 01:45:33 |
| 22 | REPRESENTATIVE PHELPS:  We didn't know | 01:45:33 |

1    where it -- we still --                                    01:45:34

2          REPRESENTATIVE CARTER:  I don't know what            01:45:35

3    the reasons is.                                            01:45:35

4          REPRESENTATIVE PHELPS:  Okay.  And if so -           01:45:36

5    -                                                          01:45:37

6          REPRESENTATIVE CARTER:  Maybe because he             01:45:37

7    don't think there's enough time.  I don't know.           01:45:38

8    Maybe he's just not -- don't support the bill, or         01:45:40

9    maybe he just don't think -- he want -- he doesn't        01:45:42

10   want to hear the bill; so we know that.                   01:45:45

11         So now I'm -- I substitute motion that we           01:45:47

12   have -- hear it as a committee as the whole since the     01:45:50

13   chairman has decided not to hear it.                      01:45:52

14         REPRESENTATIVE PHELPS:  Thank you for that           01:45:55

15   clarity because I didn't know where the first one was     01:45:56

16   going, where it would end up.  Thank you.                 01:45:57

17         SPEAKER SCHEXNAYDER:  All right.                     01:46:00

18   Representative Thomas for a question.                     01:46:01

19         Representative Thomas:  Thank you, Mr.               01:46:03

20   Speaker.  I'd like clarification.  If this is             01:46:05

21   recommitted to the Committee of the Whole, does the       01:46:10

22   dean preside in the chair?                                01:46:14

| | |
|---|---|
| 1 | SPEAKER SCHEXNAYDER:  It has been | 01:46:24 |
| 2 | tradition that the dean would preside -- preside in | 01:46:24 |
| 3 | the chair. | 01:46:28 |
| 4 | Representative Thomas:  Thank you, Mr. | 01:46:29 |
| 5 | Speaker. | 01:46:30 |
| 6 | SPEAKER SCHEXNAYDER:  Thank you.  All | 01:46:30 |
| 7 | right.  Representative Gadberry. | 01:46:33 |
| 8 | REPRESENTATIVE GADBERRY:  Thank you, Mr. | 01:46:38 |
| 9 | Speaker.  A question.  You and others have mentioned | 01:46:38 |
| 10 | that this bill has been in the record for months, and | 01:46:42 |
| 11 | you're talking about HB 1.  Based on my analysis, the | 01:46:50 |
| 12 | bill, I think you're talking about, which was | 01:46:55 |
| 13 | introduced back in maybe February or March -- this | 01:46:57 |
| 14 | one is a little different than that; so this one's | 01:47:01 |
| 15 | only been on the record since it was introduced. | 01:47:04 |
| 16 | REPRESENTATIVE CARTER:  Right.  Right. | 01:47:06 |
| 17 | The bill was just -- | 01:47:08 |
| 18 | REPRESENTATIVE GADBERRY:  So it hadn't | 01:47:09 |
| 19 | been on there in months. | 01:47:10 |
| 20 | REPRESENTATIVE CARTER:  Well, we all know | 01:47:12 |
| 21 | about the numerous bills that were filed during the | 01:47:12 |
| 22 | February reapportionment session.  These -- this is | 01:47:17 |

1   one of the bills that was filed along with many        01:47:21

2   others.  It didn't get out of committee.  It hasn't    01:47:25

3   gotten a hearing.                                       01:47:27

4            REPRESENTATIVE GADBERRY:  Right.               01:47:28

5            REPRESENTATIVE CARTER:  But -- but it was      01:47:28

6   filed.                                                  01:47:30

7            REPRESENTATIVE GADBERRY:  But it's a           01:47:31

8   different bill.  It's been tweaked.                     01:47:31

9            REPRESENTATIVE CARTER:  It's -- it -- it's     01:47:34

10  been -- well, I don't --                                01:47:35

11           REPRESENTATIVE GADBERRY:  Based on my          01:47:36

12  analysis, it's been tweaked from the original bill, I   01:47:36

13  think --                                                01:47:39

14           REPRESENTATIVE CARTER:  Okay.                  01:47:39

15           REPRESENTATIVE GADBERRY:  -- you're            01:47:40

16  talking about.                                          01:47:40

17           REPRESENTATIVE CARTER:  Okay.  So maybe it     01:47:41

18  had been tweaked.  I -- I have no idea.                 01:47:41

19           REPRESENTATIVE GADBERRY:  So I haven't         01:47:44

20  looked at it, and I'm sure other House members          01:47:44

21  haven't looked at it.  So I'm -- that's my question.    01:47:46

22           REPRESENTATIVE CARTER:  Well, you didn't       01:47:50

1  look at it when -- when you're allowed to be --          01:47:51

2          REPRESENTATIVE GADBERRY:  Yeah, I looked         01:47:53

3  at it.                                                   01:47:53

4          REPRESENTATIVE CARTER:  You didn't look at       01:47:54

5  it when you allowed it to go to the committee, and --    01:47:54

6  and you we're fine with it until the speaker -- until    01:47:58

7  the chairman said he didn't want to -- he wanted a       01:47:59

8  discharge committee.  So all we're doing is -- you'll    01:48:01

9  get a chance to look at that bill and read that bill.    01:48:04

10 You will -- it's in the file already, but you'll get     01:48:06

11 a chance during the debate of the Committee of the       01:48:08

12 Whole to participate in what you think of that bill.     01:48:11

13         REPRESENTATIVE GADBERRY:  Okay.  I'll look       01:48:13

14 forward to that.  Thank you.                             01:48:14

15         SPEAKER SCHEXNAYDER:  Representative Boyd?        01:48:18

16         REPRESENTATIVE BOYD:  Representative             01:48:21

17 Carter, I just want to be clear on -- on -- I'm --       01:48:21

18 I'm so confused here right now.  So when -- when I --    01:48:24

19 when the chairman went up to discharge this bill, it     01:48:34

20 was simply because he was angry, I guess, with the       01:48:40

21 fact that we took a vote on HB 2.  I've heard one of     01:48:47

22 the representatives in here say the judge can't order    01:48:52

| | | |
|---|---|---|
| 1 | us to be here.  It was the governor for us to be | 01:48:55 |
| 2 | here. | 01:48:57 |
| 3 | So I -- I want to be clear that we are | 01:48:58 |
| 4 | right now here debating and arguing and fighting on | 01:49:00 |
| 5 | giving Louisiana citizens an opportunity to elect -- | 01:49:05 |
| 6 | just the opportunity to elect an African American | 01:49:11 |
| 7 | person; is that correct?  Is that what I'm hearing? | 01:49:14 |
| 8 | REPRESENTATIVE CARTER:  One of the reasons | 01:49:16 |
| 9 | why the governor made the call is -- that's why he | 01:49:16 |
| 10 | vetoed the bill because he wouldn't have that happen. | 01:49:19 |
| 11 | I want to -- I want to -- I want to withdraw my | 01:49:21 |
| 12 | motion at this time. | 01:49:23 |
| 13 | REPRESENTATIVE BOYD:  I -- I don't think | 01:49:24 |
| 14 | that you should. | 01:49:24 |
| 15 | REPRESENTATIVE CARTER:  I'm -- I'm going | 01:49:25 |
| 16 | to withdraw the motion -- | 01:49:26 |
| 17 | REPRESENTATIVE BOYD:  I think you -- I | 01:49:26 |
| 18 | don't think you should. | 01:49:27 |
| 19 | REPRESENTATIVE CARTER:  -- at this time. | 01:49:27 |
| 20 | REPRESENTATIVE BOYD:  I don't think you | 01:49:27 |
| 21 | should.  I think you should leave your motion because | 01:49:28 |
| 22 | you are absolutely correct in what you're saying. | 01:49:30 |

| | | |
|---|---|---|
| 1 | It's just -- | 01:49:32 |
| 2 | REPRESENTATIVE CARTER:  But I -- I have my | 01:49:33 |
| 3 | reasons -- | 01:49:33 |
| 4 | REPRESENTATIVE BOYD:  -- confusing to me. | 01:49:34 |
| 5 | REPRESENTATIVE CARTER:  -- for doing so, | 01:49:34 |
| 6 | Representative Boyd.  Mr. -- Mr. -- Mr. Speaker -- | 01:49:34 |
| 7 | SPEAKER SCHEXNAYDER:  Thank you. | 01:49:38 |
| 8 | REPRESENTATIVE CARTER:  -- I'll withdraw | 01:49:38 |
| 9 | my motion. | 01:49:38 |
| 10 | SPEAKER SCHEXNAYDER:  Thank you, | 01:49:39 |
| 11 | Representative Carter. | 01:49:39 |
| 12 | To the floor, Stefanski. | 01:49:40 |
| 13 | REPRESENTATIVE STEFANSKI:  Members, when - | 01:49:44 |
| 14 | - when we try to act in good faith and we try to | 01:49:46 |
| 15 | speed up this process and move things forward, it's | 01:49:51 |
| 16 | not just always about one party.  It takes this | 01:49:55 |
| 17 | entire body.  And I respect the vice chair's | 01:49:59 |
| 18 | explanation on why he was doing what he was doing, | 01:50:02 |
| 19 | but it highlights a point. | 01:50:06 |
| 20 | We're either going to try to expedite | 01:50:08 |
| 21 | this, and we're going to try to comply, or we're not; | 01:50:11 |
| 22 | and you can't have it both ways.  Okay?  And so, yes, | 01:50:14 |

| | | |
|---|---|---|
| 1 | I do take offense when my speaker's bill is objected | 01:50:18 |
| 2 | to when we send one bill straight there without | 01:50:22 |
| 3 | objection.  I do.  All right. | 01:50:26 |
| 4 | And I think we all -- you -- you have to | 01:50:28 |
| 5 | remember, it's not just all about one party allowing | 01:50:31 |
| 6 | the other to do something.  It works both ways.  And | 01:50:34 |
| 7 | my motion was for that.  It was to highlight that | 01:50:37 |
| 8 | point that it takes both of us in order to be able to | 01:50:41 |
| 9 | accomplish things in an expedited, collegial way. | 01:50:44 |
| 10 | With that said, the purpose that we're | 01:50:49 |
| 11 | here and to show that we're going to -- we're going | 01:50:52 |
| 12 | to expedite this process, I'm going to withdraw my | 01:50:55 |
| 13 | motion and allow the bill to -- to be -- allow the -- | 01:50:58 |
| 14 | the bill -- the vote that was made and the rules to | 01:51:01 |
| 15 | continue to be suspended to send it to committee. | 01:51:04 |
| 16 | Thank you, Mr. Speaker. | 01:51:08 |
| 17 | SPEAKER SCHEXNAYDER:  All right.  Do you | 01:51:10 |
| 18 | want to take questions? | 01:51:11 |
| 19 | SPEAKER SCHEXNAYDER:  No.  He waives.  All | 01:51:12 |
| 20 | right.  Next bill. | 01:51:13 |
| 21 | (No audio from 01:51:12 to 01:51:30) | |
| 22 | HOUSE CLERK:  House bill by Representative | 01:51:34 |

| | | |
|---|---|---|
| 1 | Ivey to amend Title 18 relative to congressional | 01:51:36 |
| 2 | districts, provide for redistricting of Louisiana's | 01:51:38 |
| 3 | congressional districts, positions, and offices. | 01:51:40 |
| 4 | That bill becomes House Bill 3. | 01:51:43 |
| 5 | And Representative Stefanski moves to | 01:51:45 |
| 6 | suspend the rules to commit -- refer this bill to | 01:51:47 |
| 7 | House And Governmental Affairs at this time. | 01:51:49 |
| 8 | SPEAKER SCHEXNAYDER:  Without objection. | 01:51:51 |
| 9 | All right.  On your objection. | 01:51:55 |
| 10 | REPRESENTATIVE SEABAUGH:  Members, we've | 01:51:59 |
| 11 | suspended the rules on two bills.  We've sent them to | 01:52:00 |
| 12 | committee.  I think that's enough, and let this one | 01:52:01 |
| 13 | go through the regular course.  So I do object. | 01:52:05 |
| 14 | SPEAKER SCHEXNAYDER:  Representative Ivey? | 01:52:08 |
| 15 | Representative Ivey, do you want to come speak on the | 01:52:15 |
| 16 | objection? | 01:52:16 |
| 17 | REPRESENTATIVE IVEY:  Yeah.  Yeah.  Thank | 01:52:16 |
| 18 | you, Mr. Speaker. | 01:52:30 |
| 19 | Members, on this objection, you know, it's | 01:52:30 |
| 20 | always interesting when -- you know, you get to | 01:52:35 |
| 21 | experience new things every day in the legislature, | 01:52:37 |
| 22 | and it seems -- I get to experience more | 01:52:39 |

1  extraordinary events than maybe the average                01:52:42

2  legislator here.                                           01:52:45

3          On this objection, I spent a lot of time           01:52:47

4  on the map.  It's not easy to draw these maps.  And -      01:52:50

5  - and, again, I've already stated the -- that I -- I       01:52:54

6  personally believe the probability of failure is much      01:52:57

7  greater than the probability of success with regard        01:52:59

8  to the current mandate by the federal court as it          01:53:02

9  currently stands.                                          01:53:06

10         I believe it is necessary for us to be             01:53:11

11 able to -- in the committee process to discuss the         01:53:15

12 instruments, the merits.  The maps look very               01:53:20

13 different.  And -- and so I actually am unable to          01:53:23

14 support HB 1 and SB 1 because of the -- the more           01:53:26

15 significant disruption that it makes to multiple           01:53:31

16 congressional districts.                                   01:53:35

17         I try to take an approach that would               01:53:37

18 create fewer ripple effects and maintain more              01:53:40

19 resemblance of what the current districts are.  And        01:53:42

20 so I believe that there is significant -- distinctly       01:53:46

21 different approaches between HB 1, HB 3 and 4, which        01:53:50

22 I've authored and then, of course, HB 2, which, in         01:53:57

1    its current posture, resembles the map already          01:54:01

2    passed.                                                 01:54:03

3            And so, Members, I ask that you please          01:54:04

4    oppose this objection.                                  01:54:08

5            SPEAKER SCHEXNAYDER:  Representative Ivey,       01:54:11

6    do you want to take questions?                          01:54:12

7            Representative Phelps?                           01:54:14

8            REPRESENTATIVE PHELPS:  Thank you, Mr.          01:54:17

9    Speaker.                                                01:54:18

10           Representative Ivey, is this a bill you          01:54:18

11   had drawn last session?                                 01:54:20

12           REPRESENTATIVE IVEY:  No.                        01:54:23

13           REPRESENTATIVE PHELPS:  Because I think --       01:54:23

14           It's not?                                        01:54:24

15           REPRESENTATIVE IVEY:  No.                        01:54:25

16           REPRESENTATIVE PHELPS:  Okay.  But you           01:54:25

17   were --                                                 01:54:26

18           REPRESENTATIVE IVEY:  I wasn't able to           01:54:26

19   complete it.  It takes a lot of time.  I focused on     01:54:27

20   other maps, and -- and, again, I supported the map      01:54:29

21   that we currently have.  I supported the overturning    01:54:33

22   of the veto.  The reason why is I believe the map to    01:54:36

| | | |
|---|---|---|
| 1 | be, absent some option that I saw on, you know, on | 01:54:40 |
| 2 | that -- on a bill that was filed that I could | 01:54:46 |
| 3 | support, I felt that it was the, you know, most -- | 01:54:48 |
| 4 | best map I could support. | 01:54:51 |
| 5 | And so in lieu of, you know, showing up | 01:54:53 |
| 6 | this special session with -- with no option I felt in | 01:54:56 |
| 7 | good conscience I could support, I decided to | 01:54:59 |
| 8 | complete my efforts and -- and bring the maps that I | 01:55:02 |
| 9 | have. | 01:55:05 |
| 10 | REPRESENTATIVE PHELPS:  And -- and does | 01:55:06 |
| 11 | your -- does your map have two districts drawn? | 01:55:07 |
| 12 | REPRESENTATIVE IVEY:  It -- it does have | 01:55:11 |
| 13 | with the federal court has required of us -- two | 01:55:13 |
| 14 | black majority-minority districts. | 01:55:17 |
| 15 | REPRESENTATIVE PHELPS:  Okay.  And -- and | 01:55:20 |
| 16 | I thank you for that.  That is one of the questions, | 01:55:21 |
| 17 | I think, that goes back to why we're here.  We do | 01:55:23 |
| 18 | want to hear the maps that have taken into | 01:55:25 |
| 19 | consideration of the two districts.  Thank you so | 01:55:27 |
| 20 | much. | 01:55:30 |
| 21 | SPEAKER SCHEXNAYDER:  All right.  No more | 01:55:33 |
| 22 | questions.  All right. | 01:55:36 |

| | | |
|---|---|---|
| 1 | Representative Gadberry, do you have a | 01:55:36 |
| 2 | question? | 01:55:38 |
| 3 | REPRESENTATIVE GADBERRY:  My question is | 01:55:44 |
| 4 | the same -- I guess the same.  I just want to | 01:55:45 |
| 5 | clarify.  This was not your map that you proposed | 01:55:47 |
| 6 | back in March; correct? | 01:55:52 |
| 7 | REPRESENTATIVE IVEY:  Correct. | 01:55:54 |
| 8 | REPRESENTATIVE GADBERRY:  HB 3. | 01:55:55 |
| 9 | REPRESENTATIVE IVY:  There's -- there's | 01:55:55 |
| 10 | been no map -- | 01:55:56 |
| 11 | REPRESENTATIVE GADBERRY:  Does it meet all | 01:55:57 |
| 12 | the criteria of redistricting? | 01:55:57 |
| 13 | REPRESENTATIVE IVEY:  I believe it does. | 01:56:01 |
| 14 | REPRESENTATIVE GADBERRY:  You believe it | 01:56:02 |
| 15 | does? | 01:56:03 |
| 16 | REPRESENTATIVE IVEY:  Yes, sir. | 01:56:03 |
| 17 | REPRESENTATIVE GADBERRY:  Okay. | 01:56:04 |
| 18 | REPRESENTATIVE IVEY:  All right. | 01:56:05 |
| 19 | REPRESENTATIVE GADBERRY:  All right. | 01:56:06 |
| 20 | We're -- we're on -- | 01:56:06 |
| 21 | SPEAKER SCHEXNAYDER:  All right.  There | 01:56:06 |
| 22 | are no more questions. | 01:56:06 |

| | | |
|---|---|---|
| 1 | REPRESENTATIVE IVEY:  Thank you. | 01:56:12 |
| 2 | SPEAKER SCHEXNAYDER:  All right. | 01:56:13 |
| 3 | Representative Jenkins, why do you rise? | 01:56:13 |
| 4 | REPRESENTATIVE JENKINS:  Point -- point of | 01:56:16 |
| 5 | order.  Just what are we voting on again now?  A lot | 01:56:17 |
| 6 | just passed.  Is this on an objection, or is this to | 01:56:19 |
| 7 | pass the bill on rule suspension?  Exactly where are | 01:56:21 |
| 8 | we right now? | 01:56:24 |
| 9 | SPEAKER SCHEXNAYDER:  To suspend the rules | 01:56:27 |
| 10 | to allow it to go to committee. | 01:56:28 |
| 11 | REPRESENTATIVE JENKINS:  That's -- that's | 01:56:30 |
| 12 | what we're voting on now? | 01:56:31 |
| 13 | SPEAKER SCHEXNAYDER:  That's what you're | 01:56:32 |
| 14 | going to vote on. | 01:56:32 |
| 15 | REPRESENTATIVE JENKINS:  Thank you, Mr. | 01:56:33 |
| 16 | Speaker. | 01:56:33 |
| 17 | SPEAKER SCHEXNAYDER:  All right.  All | 01:56:34 |
| 18 | right.  There's a motion made to suspend the rules | 01:56:36 |
| 19 | and allow the HB 3 to go to committee.  There was an | 01:56:42 |
| 20 | objection by Representative Seabaugh. | 01:56:45 |
| 21 | All those in favor of allowing it to go to | 01:56:47 |
| 22 | committee, vote yea.  Those opposed, vote nay.  The | 01:56:49 |

| | | |
|---|---|---|
| 1 | clerk will open the machines. | 01:56:52 |
| 2 | Members, go to your machines. Go to your | 01:56:53 |
| 3 | machines, Members. | 01:56:56 |
| 4 | Green, yes; Pressly, yes. | 01:56:58 |
| 5 | Are you through voting, Members? | 01:57:02 |
| 6 | All right. Close them up. | 01:57:04 |
| 7 | 79 yeas, 16 nays, and the motion passes. | 01:57:08 |
| 8 | HOUSE CLERK: Refer to House And | 01:57:13 |
| 9 | Governmental. | 01:57:14 |
| 10 | SPEAKER SCHEXNAYDER: Referred to House | 01:57:20 |
| 11 | And Governmental. | 01:57:21 |
| 12 | HOUSE CLERK: House bill by Representative | 01:57:21 |
| 13 | Ivey to amend Title 18, provide relative to | 01:57:22 |
| 14 | congressional districts, provide for redistricting of | 01:57:25 |
| 15 | Louisiana's congressional districts, positions, and | 01:57:28 |
| 16 | offices. And that bill becomes House Bill 4. | 01:57:30 |
| 17 | And Representative Stefanski moves to | 01:57:33 |
| 18 | suspend the rules for the purpose of referring this | 01:57:35 |
| 19 | bill to House And Governmental Affairs at this time. | 01:57:37 |
| 20 | SPEAKER SCHEXNAYDER: All right. Without | 01:57:39 |
| 21 | objection. | 01:57:39 |
| 22 | (No audio from 01:57:40 to 02:00:18) | |

| | | |
|---|---|---|
| 1 | SPEAKER SCHEXNAYDER: Announcements? | 02:00:23 |
| 2 | HOUSE CLERK: Mr. Speaker and Members, | 02:00:26 |
| 3 | House And Governmental Affairs will meet Friday, June | 02:00:27 |
| 4 | 17th at 10:00 a.m., Committee Room 5 for the purpose | 02:00:30 |
| 5 | of hearing those House bills referred earlier this | 02:00:33 |
| 6 | afternoon. | 02:00:36 |
| 7 | SPEAKER SCHEXNAYDER: Without objection. | 02:00:39 |
| 8 | (No audio from 02:00:49 to 02:01:41) | |
| 9 | SPEAKER SCHEXNAYDER: All right. | 02:01:41 |
| 10 | Representative Thompson for a motion. | 02:01:42 |
| 11 | REPRESENTATIVE THOMPSON: Mr. Speaker and | 02:01:46 |
| 12 | Members, I move we are adjourned until 4:00 o'clock | 02:01:46 |
| 13 | Friday. | 02:01:49 |
| 14 | SPEAKER SCHEXNAYDER: Without objection. | 02:01:51 |
| 15 | (No audio from 02:01:55 to 02:02:44) | |
| 16 | (End of recording.) | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |

1              CERTIFICATE OF TRANSCRIBER

2         I, Jennifer Candela-Alvarez, do hereby

3    certify that the foregoing transcript is a true and

4    correct record of the recorded proceedings; that said

5    proceedings were transcribed to the best of my

6    ability from the audio recording as provided; and

7    that I am neither counsel for, related to, nor

8    employed by and of the parties to this case and have

9    no interest, financial or otherwise, in its outcome.

10

11

12

13    _____

14    JENNIFER CANDELA-ALVAREZ

15    JUNE 23, 2022

16

17

18

19

20

21

22

| A |
|---|

**ability**
13:3, 19:18,
20:3, 20:8,
42:19, 98:6
**able**
3:2, 3:3, 18:9,
21:4, 21:5,
21:7, 24:1,
40:14, 41:5,
42:5, 42:20,
43:2, 45:13,
46:1, 47:4,
47:11, 48:5,
49:15, 70:11,
70:12, 89:8,
91:11, 92:18
**about**
3:2, 10:18,
14:18, 18:17,
20:22, 22:3,
22:17, 23:7,
25:5, 25:18,
30:2, 30:6,
30:12, 31:8,
33:9, 33:15,
34:5, 40:5,
41:20, 47:16,
48:8, 50:13,
50:14, 51:13,
52:2, 52:10,
52:17, 53:2,
53:4, 53:16,
53:18, 54:4,
54:9, 54:14,
54:19, 55:7,
56:8, 56:12,
59:10, 59:22,
60:1, 60:3,
60:18, 67:1,
67:3, 76:7,
84:11, 84:12,
84:21, 85:16,
88:16, 89:5
**absent**
93:1
**absolutely**
28:14, 87:22

**access**
31:21
**accomplish**
89:9
**accomplished**
42:11, 42:18
**accomplishments**
43:4
**according**
57:1, 57:18,
58:6, 58:19
**achieved**
42:17, 43:16
**across**
15:9, 16:8,
29:1, 31:14
**act**
12:17, 18:7,
18:13, 19:2,
19:5, 19:11,
19:21, 19:22,
22:14, 25:1,
27:14, 32:9,
39:7, 45:10,
45:21, 46:5,
55:8, 56:2,
56:21, 57:16,
88:14
**action**
22:15, 47:2
**actions**
43:18, 43:20
**actual**
36:19
**actually**
27:11, 39:2,
45:1, 47:15,
51:15, 52:9,
81:8, 91:13
**add**
34:2
**adding**
26:21
**addition**
40:13
**additional**
15:12, 22:22
**address**
15:15

**addressed**
16:3
**adhere**
36:10, 37:3
**adjourn**
7:20
**adjourned**
97:12
**adopt**
13:22, 22:12
**advantage**
17:14
**affairs**
8:18, 14:14,
46:8, 62:2,
62:13, 70:16,
73:22, 74:7,
90:7, 96:19,
97:3
**affixed**
7:22
**afforded**
24:16
**african**
13:11, 17:7,
18:4, 37:13,
37:15, 38:2,
39:3, 41:22,
44:10, 45:6,
46:17, 60:17,
60:22, 87:6
**after**
8:9, 8:20, 9:7,
9:11, 12:16,
18:11, 19:2,
19:13, 20:3,
20:4, 23:19,
30:12, 35:6,
45:10, 52:21,
57:21, 57:22,
75:10
**afternoon**
2:10, 8:8,
27:5, 97:6
**again**
16:7, 19:1,
19:2, 19:3,
24:21, 30:2,

**40:11, 45:19,**
47:20, 48:4,
49:16, 53:7,
91:5, 92:20,
95:5
**against**
16:9, 17:7
**age**
3:2, 39:1
**ago**
75:15
**agree**
3:6, 3:17,
4:20, 10:14,
10:17, 31:22
**agreed**
17:21
**agreement**
3:17
**air**
42:3
**alabama**
60:13
**alfonse**
46:22
**allegiance**
5:8
**allen**
40:18, 40:19,
41:13
**allow**
9:21, 17:15,
21:14, 21:15,
36:17, 36:22,
51:14, 72:5,
73:14, 79:9,
89:13, 95:10,
95:19
**allowed**
9:1, 18:13,
21:8, 86:1, 86:5
**allowing**
32:1, 32:3,
33:14, 89:5,
95:21
**almost**
45:5
**along**
31:11, 33:19,

79:18, 85:1
**already**
33:21, 70:8,
70:10, 71:3,
86:10, 91:5,
92:1
**also**
4:13, 17:19,
25:19, 47:14,
53:13, 71:1,
71:2
**although**
31:16
**always**
4:1, 9:14,
56:3, 58:14,
88:16, 90:20
**amen**
5:5
**amend**
61:15, 62:5,
76:8, 90:1,
96:13
**amendment**
18:12, 81:20
**america**
4:22, 5:9,
39:2, 39:21,
39:22, 40:1,
41:19, 42:7,
42:9, 42:19,
48:9, 59:17
**america's**
40:7
**american**
13:11, 37:14,
37:15, 39:3,
41:22, 44:10,
47:21, 87:6
**americans**
17:7, 18:4,
38:2, 39:5,
45:7, 46:17,
47:7, 60:17,
60:22
**amongst**
39:17, 39:19,
48:6

**amount**
54:19, 65:15
**ample**
22:12, 28:22
**analysis**
11:17, 84:11,
85:12
**angry**
86:20
**announcements**
97:1
**anointing**
4:18
**another**
15:10, 16:10,
20:5, 28:8,
32:20, 34:6,
34:19, 37:15,
75:17, 79:14,
82:15
**answer**
16:4, 26:13,
26:14
**answered**
23:18
**answers**
53:10
**any**
22:15, 34:12,
35:11, 48:2,
55:8, 63:17
**anybody**
30:11
**anyone**
27:11, 33:1
**anything**
58:3, 63:19
**anyway**
68:10
**apartheid**
39:22
**appeal**
11:13
**appellate**
12:8, 12:13
**appointed**
46:8
**apportioned**
44:13

**appreciate**
35:9, 53:3,
70:21
**approach**
91:17
**approaches**
91:21
**appropriate**
43:20, 52:18
**approve**
10:20
**arc**
48:14
**area**
15:8
**aren't**
14:14, 49:14
**arguing**
87:4
**argument**
11:17, 12:20
**arguments**
11:21
**arkansas**
60:9, 60:11
**around**
11:6, 34:12,
34:13, 39:12,
47:1, 48:2
**article**
52:1
**ascended**
43:17
**ascending**
54:12
**aside**
47:18, 61:8
**asked**
9:9, 10:7,
12:9, 12:11,
15:10, 16:2,
55:21, 57:20,
57:22, 64:10,
71:8, 72:9, 76:3
**asking**
20:10, 38:7,
38:14, 79:13
**assign**
82:15

**assume**
78:10
**assuming**
44:14
**at-large**
41:2, 41:3
**attempt**
36:17, 37:2
**attempted**
55:13
**attempts**
55:6
**attend**
42:6
**audio**
5:11, 6:4,
7:11, 8:2, 8:4,
61:13, 65:6,
74:4, 74:21,
77:22, 89:21,
96:22, 97:8,
97:15, 98:6
**august**
39:7, 39:8
**authored**
63:3, 91:22
**authority**
4:3, 7:16,
47:12
**average**
91:1
**avert**
21:4
**away**
50:22, 51:1

**B**

**back**
2:19, 10:7,
10:18, 13:10,
17:3, 18:11,
19:3, 26:7,
26:13, 33:9,
33:10, 33:11,
33:14, 41:14,
42:20, 48:21,
49:1, 51:3,
53:6, 60:6,

74:13, 84:13,
93:17, 94:6
**backyards**
29:3
**bad**
16:22
**ballot**
44:19
**barbecue**
31:15
**based**
8:14, 17:19,
31:1, 44:14,
47:9, 47:13,
47:14, 49:12,
52:13, 52:17,
57:9, 61:19,
63:21, 73:5,
84:11, 85:11
**basically**
56:20, 82:12,
82:17
**basis**
41:2, 42:16
**baton**
45:8, 53:13
**battles**
60:6, 60:22
**bc**
41:16
**beaullieu**
7:6
**beautiful**
54:14
**became**
44:21, 60:10
**because**
10:7, 12:18,
13:2, 13:6,
17:8, 19:8,
19:9, 19:11,
24:7, 24:17,
25:1, 26:6,
27:12, 30:10,
30:17, 31:19,
32:21, 33:10,
34:12, 37:19,
42:16, 43:4,

43:18, 46:4,
49:1, 51:7,
51:18, 53:14,
54:11, 55:14,
56:10, 56:17,
58:20, 61:6,
65:19, 66:20,
70:6, 71:7,
75:18, 76:2,
76:4, 76:20,
76:21, 79:14,
80:11, 83:6,
83:15, 86:20,
87:10, 87:21,
91:14, 92:13
**become**
43:10
**becomes**
61:20, 62:9,
90:4, 96:16
**been**
13:1, 13:4,
13:6, 13:8,
14:7, 16:5,
16:16, 18:8,
20:6, 20:17,
24:16, 25:9,
25:10, 25:13,
25:14, 27:12,
27:18, 29:2,
33:19, 35:10,
35:12, 35:13,
37:1, 42:10,
42:17, 42:18,
43:17, 45:18,
46:18, 49:3,
49:5, 51:1,
62:21, 79:5,
84:1, 84:10,
84:15, 84:19,
85:8, 85:10,
85:12, 85:18,
94:10
**beer**
46:6, 49:18
**beers**
31:15
**before**
16:3, 18:17,

18:22, 22:12,
36:9, 36:11,
48:16, 54:22,
55:20, 56:5,
64:2, 81:20,
81:22
**begin**
10:1
**beginning**
39:16, 66:10
**behalf**
16:7
**being**
5:18, 8:8, 9:9,
12:16, 15:16,
23:19, 39:20,
41:5, 41:10,
41:16, 41:17,
42:22, 45:22,
47:11, 48:18,
56:21, 59:12,
64:10, 70:11,
70:12
**bel**
7:22
**belief**
63:5
**believe**
10:15, 32:9,
32:11, 32:13,
34:21, 36:14,
39:4, 39:20,
47:7, 58:21,
91:6, 91:10,
91:20, 92:22,
94:13, 94:14
**believed**
41:18, 42:6,
42:10
**believes**
12:10
**believing**
40:4
**bend**
48:15, 48:17
**benefit**
33:5, 33:6,
39:19

**benefits**
16:21
**best**
9:13, 32:10,
32:11, 32:13,
93:4, 98:5
**better**
21:19, 42:9,
43:11
**between**
19:22, 40:20,
91:21
**big**
44:8
**bigger**
43:11
**bill**
22:6, 25:9,
25:10, 51:10,
55:15, 55:19,
57:21, 61:15,
61:20, 61:21,
62:1, 62:4,
62:9, 62:13,
63:2, 63:5,
63:12, 63:14,
63:17, 63:22,
64:1, 64:5,
64:11, 64:21,
65:4, 65:9,
65:14, 65:19,
66:1, 66:4,
66:8, 66:9,
67:1, 67:3,
67:7, 67:10,
71:9, 71:20,
72:5, 73:14,
73:20, 74:12,
75:19, 75:20,
76:5, 76:8,
76:11, 77:20,
77:21, 79:4,
79:7, 79:9,
79:11, 79:13,
80:1, 80:4,
80:13, 80:16,
82:19, 83:8,
83:10, 84:10,

84:12, 84:17,
85:8, 85:12,
86:9, 86:12,
86:19, 87:10,
89:1, 89:2,
89:13, 89:14,
89:20, 89:22,
90:4, 90:6,
92:10, 93:2,
95:7, 96:12,
96:16, 96:19
**bills**
9:22, 10:2,
10:4, 25:12,
25:15, 25:16,
34:8, 55:17,
55:18, 61:14,
62:21, 69:12,
84:21, 85:1,
90:11, 97:5
**bind**
11:15
**birmingham**
60:16
**bit**
27:12, 44:12
**black**
16:12, 17:16,
17:17, 18:18,
19:5, 19:17,
19:18, 20:2,
20:7, 20:17,
21:2, 25:5,
25:16, 26:20,
26:21, 31:3,
33:20, 34:20,
35:20, 43:7,
45:3, 45:5,
50:6, 51:12,
59:20, 63:12,
63:14, 64:1,
65:3, 76:12,
80:14, 93:14
**blacks**
18:9, 18:13,
18:14, 18:19,
18:22, 19:10,
20:8, 21:8,

31:10, 56:14
**blessing**
4:9, 4:17
**blessings**
59:15
**blood**
47:9, 47:10
**bloodshed**
47:14
**board**
60:10
**boats**
21:13
**bodies**
9:11, 58:10
**body**
13:2, 13:20,
16:3, 27:13,
28:7, 28:13,
43:21, 44:5,
45:11, 46:4,
46:12, 46:15,
46:18, 52:8,
52:10, 52:13,
52:14, 54:7,
55:1, 55:14,
55:15, 56:5,
56:12, 58:9,
75:17, 79:10,
79:12, 88:17
**book**
23:5
**books**
40:5
**born**
23:14, 39:2,
39:8, 39:20,
42:1
**bossier**
45:8
**both**
9:11, 10:19,
22:11, 25:16,
32:1, 55:18,
88:22, 89:6,
89:8
**bothered**
22:15

**bout**
60:18
**bowl**
42:14
**boyd**
37:5, 37:6,
86:15, 86:16,
87:13, 87:17,
87:20, 88:4,
88:6
**branch**
80:8, 80:9
**branches**
80:7, 80:8
**bring**
3:18, 4:13,
5:1, 55:13,
66:8, 66:9, 93:8
**brothers**
38:22, 50:4
**brought**
15:21, 37:11,
51:6, 55:18,
55:19, 56:18,
82:2
**brown**
60:9
**bryant**
7:1, 65:12,
65:13, 66:16,
66:18, 66:22,
67:4, 67:7
**build**
21:18
**building**
29:4
**bull**
60:15, 60:16
**burden**
27:22, 28:1,
28:2
**buses**
54:21
**business**
5:16, 28:14
**button**
66:20
**buttons**
47:4, 49:7

**C**

**caddo**
39:11, 44:15,
44:22
**calhoun**
40:18, 40:19,
41:13
**call**
2:2, 2:4, 7:17,
8:14, 33:9,
58:14, 59:6,
64:21, 65:1,
65:4, 65:5,
65:8, 65:9,
72:12, 72:13,
80:5, 80:13,
80:15, 80:17,
87:9
**called**
27:12, 31:2,
33:10, 51:16
**calling**
23:18
**came**
30:4, 54:21,
55:20, 56:8,
81:22
**can't**
11:2, 20:22,
23:11, 24:3,
32:1, 46:11,
53:9, 60:21,
60:22, 67:2,
86:22, 88:22
**candela-alvarez**
1:22, 98:2,
98:14
**care**
80:6
**career**
39:16
**caring**
34:5
**carry**
17:14
**cars**
54:21

**carter**
6:10, 14:12,
14:13, 14:19,
64:18, 64:19,
65:8, 77:2,
77:3, 77:8,
77:12, 77:15,
78:16, 81:1,
81:7, 81:19,
82:6, 82:10,
82:21, 83:2,
83:6, 84:16,
84:20, 85:5,
85:9, 85:14,
85:17, 85:22,
86:4, 86:17,
87:8, 87:15,
87:19, 88:2,
88:5, 88:8,
88:11
**carter's**
78:12
**case**
36:2, 98:8
**cases**
18:5
**caught**
39:14, 39:16
**cause**
17:14, 29:11
**caused**
7:21
**causes**
20:14, 20:15
**cedric**
41:18
**census**
31:2, 31:3
**certain**
24:7, 35:12
**certainly**
40:7
**certificate**
98:1
**certify**
98:3
**chair**
55:22, 83:22,

84:3
**chair's**
88:17
**chairman**
12:4, 22:2,
61:10, 70:13,
71:7, 74:18,
75:13, 77:4,
78:13, 80:17,
81:5, 82:11,
82:17, 83:13,
86:7, 86:19
**challenge**
13:20, 44:12
**challenges**
21:17, 23:22,
43:7
**championship**
42:15
**chance**
25:6, 27:7,
41:5, 43:2,
45:22, 86:9,
86:11
**change**
21:6, 63:19
**charge**
53:15
**checkup**
58:14, 58:15
**cheers**
51:22
**chief**
60:15
**children**
4:8, 26:18,
32:14, 38:21,
76:19
**choice**
14:8, 18:21,
20:12, 52:13
**chose**
45:15
**chosen**
50:10
**christ**
4:5
**church**
2:17, 2:19

**churches**
2:17
**circle**
34:13, 34:14
**circuit**
11:9
**circus**
34:14
**cities**
21:1, 56:7
**citizen**
24:17
**citizens**
9:6, 17:16,
24:15, 26:18,
28:11, 28:21,
29:1, 29:18,
32:11, 33:13,
45:6, 87:5
**city**
40:3, 41:11
**city's**
40:21
**civil**
39:21, 43:6,
43:8
**clarification**
83:20
**clarify**
94:5
**clarity**
81:4, 81:13,
83:15
**clear**
13:9, 52:17,
86:17, 87:3
**clearly**
15:10, 53:22,
63:11, 75:21,
76:5
**clerk**
6:5, 6:9, 6:13,
6:17, 6:20, 7:1,
7:4, 7:8, 7:13,
61:14, 62:4,
64:20, 64:21,
71:21, 73:15,
89:22, 96:1,

96:8, 96:12,
97:2
**close**
2:5, 55:11,
72:15, 73:19,
76:12, 96:6
**codes**
43:7
**colleague**
66:7, 66:11
**colleagues**
28:4, 53:4,
54:11, 59:22,
76:13
**collective**
43:18, 45:11
**collegial**
89:9
**colonel**
23:14, 24:2
**color**
24:17
**come**
2:3, 3:8, 3:21,
10:7, 12:10,
12:19, 13:10,
15:1, 16:3,
21:13, 22:7,
22:16, 22:17,
27:1, 27:10,
28:4, 28:12,
29:4, 30:11,
33:14, 35:7,
37:9, 48:3,
48:5, 48:9,
49:7, 51:17,
56:4, 56:5,
59:19, 66:14,
66:16, 66:21,
69:5, 69:13,
71:19, 74:13,
76:12, 78:22,
79:1, 90:15
**comes**
49:4
**coming**
51:3, 66:19
**commands**
23:5

comments
54:5, 54:16,
54:19
commissioned
23:19, 40:22
commissioner
41:6
commit
90:6
commitment
5:18
committee
5:13, 8:18,
9:22, 10:1,
15:6, 30:11,
30:16, 30:18,
36:20, 37:11,
53:15, 55:21,
57:12, 57:20,
61:5, 64:5,
67:10, 67:14,
68:4, 68:10,
68:18, 69:3,
69:15, 69:17,
69:19, 70:2,
70:4, 70:12,
70:13, 70:17,
72:1, 72:6,
72:18, 73:14,
74:6, 74:11,
75:16, 75:21,
76:14, 77:18,
77:19, 77:20,
78:19, 79:9,
79:20, 79:21,
79:22, 80:18,
82:3, 82:5,
82:13, 82:15,
82:16, 83:12,
83:21, 85:2,
86:5, 86:8,
86:11, 89:15,
90:12, 91:11,
95:10, 95:19,
95:22, 97:4
committees
9:4
common
32:10, 59:14

communication
7:14
communities
21:1, 21:11,
21:12
community
20:21, 21:2,
21:10, 53:17
complain
3:3, 20:22
complete
92:19, 93:8
completed
8:9
compliance
63:5
compliant
27:9, 45:21
complicated
9:17, 13:12
complies
13:22, 22:13,
63:8, 63:16,
64:3, 64:7
comply
36:18, 64:9,
64:11, 64:13,
64:21, 65:1,
65:4, 65:9,
75:19, 75:21,
76:5, 80:4,
80:13, 88:21
compose
45:13
conceivably
68:10
concerning
16:6
concerns
9:8, 11:12
conducting
11:19
conference
51:5, 51:6,
51:7, 52:4
confused
86:18
confusing
88:4

confusions
29:12
congress
15:12, 25:1,
79:8, 80:15
congressional
13:11, 15:11,
22:13, 22:22,
25:16, 26:21,
27:21, 28:20,
30:15, 30:22,
31:4, 32:6,
32:19, 35:17,
53:8, 59:20,
59:21, 61:16,
61:17, 61:19,
61:20, 62:6,
62:8, 63:13,
63:15, 64:1,
65:10, 90:1,
90:3, 91:16,
96:14, 96:15
congressman
17:17
connor
60:15
conscience
52:14, 93:7
conscious
22:10
consequential
26:8
conservative
34:2
consideration
93:19
constantly
3:16
constituents
4:9, 16:8,
20:16
constitution
7:17, 57:5,
59:8, 59:16
constitutional
9:8, 15:14,
26:9, 59:7
contemplating
51:3

continue
5:21, 25:3,
89:15
continues
9:15
continuing
9:18
continuous
42:16
controversial
11:5, 15:15
convene
7:17, 7:19
convened
5:16
convenient
75:12
conversation
56:3
conversations
16:18
corner
20:20, 21:15
correct
22:21, 73:1,
73:2, 87:7,
87:22, 94:6,
94:7, 98:4
correctly
46:20
could
3:1, 9:3, 9:4,
15:14, 16:4,
24:6, 33:17,
42:4, 42:6,
48:22, 54:1,
61:5, 66:7,
68:9, 93:2,
93:4, 93:7
couldn't
49:16, 53:7,
56:5
council
41:7, 41:11,
46:8
counsel
98:7
count
73:4

| | | | |
|---|---|---|---|
| **countered**<br>60:16<br>**country**<br>4:22, 18:1,<br>18:15, 23:19,<br>24:5, 24:8,<br>24:13, 39:13,<br>40:3, 42:2,<br>47:22<br>**couple**<br>10:12, 17:22<br>**courage**<br>23:8<br>**courageous**<br>23:6<br>**course**<br>16:4, 18:16,<br>90:13, 91:22<br>**court**<br>8:13, 12:7,<br>12:8, 12:12,<br>13:10, 17:21,<br>19:3, 22:11,<br>26:20, 29:14,<br>34:2, 37:3,<br>49:16, 63:6,<br>80:5, 80:8,<br>91:8, 93:13<br>**court's**<br>11:17, 17:20,<br>35:19<br>**courts**<br>14:9, 27:18,<br>27:19, 28:9,<br>28:13, 29:16,<br>34:1, 36:1,<br>38:14, 80:6<br>**coussan**<br>7:4<br>**cox**<br>7:2<br>**create**<br>17:17, 21:16,<br>25:16, 34:8,<br>46:1, 54:20,<br>56:21, 65:2,<br>91:18<br>**created**<br>46:16 | **creates**<br>28:19, 79:7<br>**creature**<br>79:7<br>**creed**<br>18:3<br>**criteria**<br>94:12<br>**criticisms**<br>35:11<br>**crow**<br>26:2, 43:7<br>**crowd**<br>51:21<br>**current**<br>13:16, 35:18,<br>36:7, 36:18,<br>37:3, 91:8,<br>91:19, 92:1<br>**currently**<br>91:9, 92:21<br><br>**D**<br>**dad**<br>41:20, 47:10<br>**dark**<br>43:7<br>**dating**<br>18:11<br>**davis**<br>6:6<br>**day**<br>1:2, 2:21, 3:5,<br>3:6, 3:12, 3:15,<br>3:18, 4:16, 5:1,<br>7:19, 12:18,<br>22:12, 25:3,<br>25:4, 31:6,<br>31:16, 34:7,<br>37:17, 41:12,<br>57:20, 71:6,<br>79:14, 90:21<br>**day's**<br>7:5, 7:9<br>**days**<br>6:6, 6:10,<br>6:14, 6:18,<br>6:21, 7:2, 9:10, | 9:14, 11:3,<br>11:4, 13:4,<br>22:4, 25:11,<br>28:18, 39:8,<br>43:7, 76:11,<br>79:19<br>**dean**<br>83:22, 84:2<br>**debatable**<br>65:20<br>**debate**<br>66:1, 86:11<br>**debates**<br>76:20<br>**debating**<br>65:19, 87:4<br>**decade**<br>45:12<br>**decency**<br>60:18<br>**decided**<br>41:14, 83:13,<br>93:7<br>**decision**<br>47:17, 49:11<br>**decisions**<br>57:7<br>**declares**<br>50:2<br>**defend**<br>42:2<br>**defendants**<br>11:21<br>**defended**<br>24:13, 24:14<br>**defending**<br>24:5, 24:8<br>**defense**<br>15:19, 17:6,<br>59:14<br>**definitely**<br>30:16<br>**delay**<br>29:11<br>**delayed**<br>18:5<br>**deliberate**<br>49:9 | **deliberately**<br>14:5, 14:6,<br>14:9, 15:9<br>**democracy**<br>47:8<br>**democrats**<br>37:21<br>**denied**<br>18:6<br>**denise**<br>31:1<br>**deny**<br>38:2, 60:16<br>**denying**<br>18:19<br>**department**<br>19:15, 28:15<br>**deprivation**<br>21:18<br>**deserve**<br>32:20<br>**desks**<br>47:3<br>**despite**<br>23:22, 42:3,<br>42:21, 45:4,<br>75:16<br>**determination**<br>16:22<br>**determinations**<br>11:14<br>**determine**<br>47:21<br>**determining**<br>45:19<br>**deviancies**<br>20:20<br>**dick**<br>49:17<br>**died**<br>55:18, 55:19<br>**difference**<br>20:19<br>**different**<br>29:2, 54:14,<br>54:15, 84:14,<br>85:8, 91:13,<br>91:21 |

| | | | |
|---|---|---|---|
| **differently** | 54:20, 59:21, | 91:4 | 34:5, 43:14, |
| 11:20 | 63:13, 65:3, | **drawn** | 44:6, 46:14, |
| **difficult** | 65:11 | 92:11, 93:11 | 48:13, 48:18, |
| 37:18, 38:5 | **districts** | **dream** | 52:14 |
| **difficulties** | 13:11, 16:21, | 42:7 | **earlier** |
| 21:17 | 27:21, 30:15, | **drink** | 27:12, 97:5 |
| **directed** | 31:4, 35:17, | 31:16 | **early** |
| 29:14, 29:17 | 46:16, 58:17, | **due** | 36:1, 39:1 |
| **direction** | 61:16, 61:17, | 17:18, 22:2, | **easy** |
| 5:3 | 61:20, 62:6, | 39:4 | 91:4 |
| **disagree** | 62:8, 63:13, | **dunn** | **ed** |
| 31:22 | 63:15, 64:1, | 51:9, 52:5 | 46:7, 46:10 |
| **discharge** | 76:13, 79:8, | **duplessis** | **edmonds** |
| 74:6, 74:20, | 80:14, 90:2, | 12:2, 12:3, | 2:8, 2:9 |
| 77:17, 77:18, | 90:3, 91:16, | 55:19, 61:15, | **education** |
| 78:19, 82:3, | 91:19, 93:11, | 62:15, 62:16, | 60:10 |
| 82:7, 82:11, | 93:14, 93:19, | 62:19, 63:2, | **edwards** |
| 86:8, 86:19 | 96:14, 96:15 | 63:9, 63:20, | 7:22 |
| **discharged** | **documentaries** | 64:6, 64:15, | **effect** |
| 78:5 | 40:6 | 68:15, 68:16, | 20:1, 74:11, |
| **discharging** | **documents** | 68:20, 69:7, | 78:6 |
| 74:11, 82:4 | 12:5 | 69:9, 69:14, | **effectively** |
| **discriminate** | **doing** | 69:18, 69:21, | 43:5, 46:11 |
| 16:9, 17:7 | 15:6, 23:7, | 70:3, 70:7, | **effects** |
| **discuss** | 30:3, 56:13, | 70:15, 70:20, | 26:1, 91:18 |
| 91:11 | 59:11, 59:12, | 71:1, 71:10, | **effectuate** |
| **disenfranchised** | 71:9, 86:8, | 71:18, 72:7, | 21:7 |
| 25:3 | 88:5, 88:18 | 72:18, 74:17, | **effort** |
| **disobey** | **domestic** | 74:18, 75:3, | 37:2 |
| 14:9 | 59:13 | 75:5, 75:6 | **efforts** |
| **disobeyed** | **done** | **during** | 79:15, 93:8 |
| 14:6 | 22:6, 22:18, | 8:18, 18:10, | **eight** |
| **disposed** | 29:10, 33:17, | 22:3, 23:22, | 19:13 |
| 81:6 | 51:16, 57:1 | 24:3, 42:3, | **either** |
| **disruption** | **down** | 84:21, 86:11 | 12:14, 14:8, |
| 91:15 | 14:16, 19:12, | **dusted** | 28:10, 30:13, |
| **distinctly** | 19:13, 20:4, | 43:5 | 41:6, 88:20 |
| 91:20 | 20:17, 32:2, | **dustin** | **elderly** |
| **district** | 32:16, 47:12, | 72:1 | 2:21 |
| 11:17, 12:12, | 53:13, 57:22, | **duties** | **elect** |
| 15:3, 15:11, | 58:5, 60:10 | 43:19 | 17:16, 18:14, |
| 17:18, 25:17, | **dr** | **duty** | 18:20, 20:12, |
| 26:22, 28:20, | 42:12 | 35:16, 59:18 | 34:19, 37:15, |
| 29:7, 32:19, | **draft** | **dynamic** | 38:3, 38:4, |
| 34:9, 35:20, | 34:12 | 39:11, 39:14 | 38:8, 38:15, |
| 37:13, 41:16, | **drank** | **E** | 87:5, 87:6 |
| 41:17, 45:2, | 31:15 | **each** | **elected** |
| 48:20, 50:7, | **draw** | 10:4, 10:6, | 18:18, 28:11, |
| | 35:17, 35:20, | | |

37:14, 41:1,
44:5, 44:10,
46:2, 51:12
**election**
22:12, 41:3
**elementary**
25:20, 39:9,
39:15, 40:12
**eloquently**
52:11
**else**
38:8
**embodies**
48:8
**employed**
98:8
**enacting**
27:9
**encouraging**
60:20, 61:7
**end**
17:4, 25:4,
31:16, 42:8,
48:12, 75:15,
83:16, 97:16
**ended**
46:13, 55:14
**enforcement**
18:13
**enjoyed**
50:22, 55:4
**enjoying**
51:4
**enough**
13:3, 13:5,
25:11, 29:9,
29:13, 31:3,
33:22, 83:7,
90:12
**enrolled**
23:17, 23:21
**ensure**
26:10, 26:12,
42:8
**ensured**
41:3
**ensuring**
25:5

**entire**
15:3, 71:5,
88:17
**entirely**
11:18
**entirety**
47:5
**equal**
31:20, 37:20
**equality**
59:11
**equally**
18:2
**equitable**
54:8, 56:1,
58:11, 58:19
**equity**
18:2
**era**
43:6
**eradication**
46:14
**especially**
43:14
**establish**
59:10, 59:16
**estimation**
56:9
**even**
9:1, 33:18,
35:12, 35:22,
36:20, 42:18,
43:3, 43:4,
43:10, 45:22,
46:2, 76:12,
80:4
**events**
91:1
**ever**
32:3, 32:17,
41:10, 55:11
**every**
2:17, 3:3, 3:5,
3:12, 10:4,
18:18, 31:6,
40:13, 43:14,
43:15, 48:1,
49:3, 50:7,

54:18, 55:20,
56:6, 58:5,
61:4, 66:8,
66:9, 90:21
**everybody**
2:10, 5:4,
16:6, 31:9,
31:12, 44:9,
53:5, 60:20,
79:17
**everyone**
9:3, 57:3, 76:3
**everything**
3:17, 9:4,
28:22, 58:21,
60:16
**everywhere**
55:2, 55:3
**exactly**
37:12, 47:22,
95:7
**examination**
11:19
**examine**
43:13, 58:13
**examples**
28:5
**exceptional**
41:21, 42:19
**expand**
46:12
**expectation**
36:1, 40:8
**expectations**
42:22
**expedite**
88:20, 89:12
**expedited**
89:9
**experience**
90:21, 90:22
**explain**
75:1
**explained**
52:3, 52:10,
52:19
**explaining**
67:21

**explanation**
88:18
**express**
2:11
**expression**
54:5
**extent**
10:21
**external**
47:2, 48:3
**extraordinary**
7:19, 22:4,
91:1

---
**F**
---

**face**
21:3
**faces**
58:17
**fact**
13:15, 13:18,
22:10, 28:5,
40:10, 42:3,
43:13, 45:4,
48:15, 48:16,
48:22, 53:3,
57:9, 63:7,
65:10, 75:16,
86:21
**facts**
52:12, 52:17,
56:13, 57:2
**failed**
27:22, 28:1,
28:2, 45:19,
46:5
**fails**
68:2, 73:20
**failure**
36:13, 91:6
**fair**
9:5, 9:8,
15:13, 17:9,
17:19, 20:11,
25:6, 26:11,
27:8, 28:10,
30:6, 31:17,
32:22, 54:8,

55:22, 57:14,
58:11, 58:19,
59:12
**fairly**
46:11
**fairness**
18:3, 59:11
**faith**
88:14
**families**
4:7, 32:14
**family**
4:19, 24:11,
38:22
**famous**
60:7
**far**
14:15, 36:13
**farnum**
6:17
**fast**
41:8, 79:18
**father**
3:21
**faubus**
60:8
**favor**
4:14, 4:18,
67:14, 72:7,
72:19, 73:15,
80:20, 95:21
**feasible**
11:18
**february**
26:6, 29:10,
84:13, 84:22
**federal**
8:14, 11:1,
12:6, 12:8,
12:12, 12:13,
14:1, 17:20,
36:10, 36:18,
48:3, 48:12,
56:18, 58:6,
63:6, 91:8,
93:13
**feeding**
33:2

**feel**
3:1, 56:16
**feels**
12:18
**felt**
16:16, 35:6,
93:3, 93:6
**few**
9:14, 9:22,
31:15, 47:1,
75:15
**fewer**
91:18
**fields**
13:7
**fifth**
11:8
**fight**
20:13, 24:14,
24:15, 26:15,
34:20, 34:21,
51:14, 52:11,
52:16
**fighting**
24:5, 24:8,
24:20, 32:8,
60:6, 60:22,
87:4
**figure**
45:12
**figuring**
43:3
**file**
19:16, 63:18,
76:11, 86:10
**filed**
10:2, 13:7,
25:10, 25:13,
37:2, 84:21,
85:1, 85:6, 93:2
**files**
54:17
**fill**
14:18
**film**
40:6
**final**
10:16

**financial**
98:9
**find**
2:22, 3:16,
24:20, 30:1,
53:17
**fine**
33:22, 86:6
**first**
14:18, 15:1,
16:1, 33:12,
37:16, 37:17,
39:9, 39:10,
39:17, 39:18,
40:11, 46:21,
50:21, 51:11,
54:2, 57:2,
65:18, 76:8,
83:15
**five**
6:6, 6:10,
6:21, 7:2, 7:12,
8:3, 9:10, 11:2,
11:4, 28:18,
38:21, 39:2,
45:9, 72:15
**flag**
5:9, 24:6,
24:9, 32:10
**flooding**
19:8, 19:9
**floor**
66:15, 66:17,
66:19, 66:21,
68:5, 69:12,
71:19, 74:13,
75:4, 77:4,
78:2, 79:1,
88:12
**floyd**
32:8
**focused**
92:19
**folk**
31:3
**folks**
41:12, 44:20,
47:3, 47:8,

**48:21, 59:6,**
60:18
**force**
42:3, 47:2,
48:3, 49:4
**foregoing**
98:3
**forever**
42:13, 60:14
**form**
40:22, 44:14,
59:9
**formula**
44:14
**forth**
43:10, 55:7,
82:2
**forward**
5:2, 6:1,
21:10, 21:11,
21:12, 22:22,
41:8, 61:3,
86:14, 88:15
**fought**
18:19, 20:16,
61:1
**found**
22:11, 46:3
**founded**
18:1
**four**
10:22, 12:13,
22:6, 45:6,
62:21
**fourth**
41:9
**fractions**
25:19
**framed**
11:20
**free**
48:11
**freedom**
42:13
**freiberg**
7:8
**friday**
10:2, 14:15,

68:18, 68:21,
70:2, 70:14,
71:5, 97:3,
97:13
**friends**
4:17, 37:20,
37:21, 37:22,
49:6
**front**
51:21
**fulfillment**
41:19, 47:6
**full**
39:21, 48:14
**full-time**
23:21
**fundamental**
24:9, 24:21
**future**
21:19, 40:9

**G**

**ga**
10:1
**gadberry**
84:7, 84:8,
84:18, 85:4,
85:7, 85:11,
85:15, 85:19,
86:2, 86:13,
94:1, 94:3,
94:8, 94:11,
94:14, 94:17,
94:19
**gain**
18:9
**gaines**
17:12, 17:13
**gamble**
36:6
**game**
33:21, 75:12
**games**
76:15
**garofalo**
6:13
**gave**
29:4, 56:13

**gavel**
48:12
**general**
59:14
**generation**
39:17, 39:18
**gentleman**
2:18, 51:7
**gentleman's**
51:13
**gentlemen**
53:11
**geographic**
45:2, 46:16
**george**
32:8, 60:12
**germane**
65:5
**getters**
44:21
**getting**
32:17, 33:2,
78:10
**give**
3:15, 4:11,
4:14, 5:2, 5:3,
10:3, 20:10,
34:19, 53:9,
55:1, 56:8,
58:9, 58:15,
70:12, 71:8,
75:13
**given**
13:4, 18:22,
28:5, 28:22,
30:13, 30:14,
38:15, 48:4,
49:5
**gives**
37:14
**giving**
21:3, 21:4,
21:5, 28:9, 87:5
**glad**
3:7
**glory**
3:15
**glover**
38:19, 38:20,

55:18
**go**
2:3, 9:1, 17:3,
24:1, 26:12,
30:19, 31:14,
33:11, 33:14,
43:3, 43:10,
46:18, 47:16,
53:6, 53:16,
60:6, 68:4,
72:5, 73:14,
73:16, 73:17,
75:20, 79:9,
82:5, 86:5,
90:13, 95:10,
95:19, 95:21,
96:2
**goals**
43:16
**god**
3:15, 50:2
**goes**
79:8, 93:17
**going**
2:20, 9:20,
10:5, 11:3,
12:14, 12:15,
12:21, 12:22,
14:8, 14:9,
19:15, 20:2,
21:16, 34:4,
34:6, 34:12,
34:13, 35:5,
43:10, 46:10,
56:17, 57:19,
61:2, 68:22,
69:3, 75:17,
76:2, 76:18,
79:15, 79:16,
83:16, 87:15,
88:20, 88:21,
89:11, 89:12,
95:14
**gone**
29:2, 49:15
**good**
2:10, 2:21,
8:7, 16:22,

25:19, 27:5,
34:7, 56:16,
88:14, 93:7
**gordon**
45:17
**gotten**
85:3
**government**
14:14, 40:22,
41:1, 41:6,
48:4, 77:18,
80:8
**governmental**
8:18, 53:15,
54:12, 62:2,
62:13, 70:16,
73:22, 74:7,
90:7, 96:9,
96:11, 96:19,
97:3
**governor**
4:14, 7:15,
8:1, 8:15,
13:17, 22:15,
33:9, 40:15,
51:11, 60:9,
60:13, 87:1,
87:9
**governor's**
38:10, 38:11,
65:1
**governors**
60:8
**grace**
4:2
**grade**
39:9
**grader**
40:12
**graduated**
23:16
**grand**
52:6
**grandchildren**
4:8, 76:19
**grandfather**
23:13, 24:13
**grandkids**
33:15

**grandmother**
24:6, 24:10
**grateful**
4:1, 4:6, 8:17
**great**
2:12, 2:16,
4:11, 4:21,
7:22, 15:6,
17:2, 23:11,
23:13, 29:18,
31:15, 40:10,
48:8, 60:9,
60:12, 60:15,
61:9
**greater**
36:13, 43:3,
43:11, 91:7
**green**
71:12, 71:13,
96:4
**grew**
40:2, 41:19,
42:9
**gripe**
3:3
**groundhog**
12:18
**group**
39:19
**guarantee**
37:13, 38:3,
46:14
**guaranteed**
44:6
**gubernatorial**
10:22
**guess**
40:19, 41:15,
56:17, 70:3,
77:12, 82:14,
86:20, 94:4
**guides**
4:15
**gun**
32:9
**guy**
40:17, 46:6
**guys**
50:22, 51:3,

51:9, 53:12,
55:9, 58:17

## H

**half**
45:12
**hall**
52:7
**hand**
7:21, 12:5,
35:16
**happen**
20:2, 22:19,
51:14, 75:15,
87:10
**happened**
10:22, 49:3,
56:10
**happens**
67:18, 68:1
**hard**
8:17, 9:8,
10:5, 13:12,
13:13, 26:15
**harris**
79:2
**haves**
16:14
**hb**
22:4, 22:5,
72:17, 74:7,
74:20, 75:10,
75:16, 84:11,
86:21, 91:14,
91:21, 91:22,
94:8, 95:19
**hear**
10:2, 22:2,
25:11, 29:1,
30:11, 37:10,
49:17, 53:20,
54:15, 79:22,
80:3, 80:17,
80:18, 80:19,
82:3, 82:18,
83:10, 83:12,
83:13, 93:18
**heard**
9:3, 9:15,

15:13, 15:16,
28:21, 28:22,
30:20, 32:7,
48:17, 53:21,
55:16, 59:22,
75:21, 82:16,
86:21
**hearing**
1:2, 70:14,
79:11, 79:16,
82:13, 85:3,
87:7, 97:5
**hearts**
58:14
**heavenly**
3:21
**heavy**
57:11
**heights**
43:4, 43:17
**held**
8:20
**help**
5:1, 23:11,
24:3
**here**
2:5, 5:15,
5:18, 5:20, 8:8,
8:15, 9:13,
10:6, 10:19,
11:12, 12:10,
13:9, 13:13,
14:16, 15:1,
15:2, 15:16,
16:7, 16:17,
16:19, 17:13,
20:10, 22:7,
23:10, 24:19,
26:7, 28:12,
28:17, 30:2,
30:11, 31:6,
32:2, 32:16,
33:2, 33:8,
33:9, 33:10,
33:14, 33:19,
33:21, 35:8,
37:16, 48:16,
49:7, 51:4,

51:10, 52:4,
52:17, 53:5,
53:10, 53:13,
54:7, 55:10,
55:12, 55:13,
56:4, 56:6,
59:7, 63:11,
64:9, 64:10,
70:11, 76:15,
76:16, 76:17,
76:18, 86:18,
86:22, 87:1,
87:2, 87:4,
89:11, 91:2,
93:17
**here's**
3:13
**hereby**
7:17, 98:2
**hewitt**
5:13, 5:14
**hey**
52:22
**high**
23:17
**highlight**
89:7
**highlights**
88:19
**hilferty**
6:7
**hire**
17:6
**hired**
15:18
**historical**
43:14
**history**
11:1, 13:19,
13:22, 40:3,
40:5, 40:21,
43:1, 43:5,
43:6, 47:20,
47:21, 48:14,
49:12, 60:7
**hmm-mm**
54:10
**hold**
32:16, 34:1,

46:6, 49:18,
78:21, 79:9,
79:21, 79:22
**holder**
19:4
**home**
26:13, 48:21
**homes**
4:19
**honor**
2:11, 2:12,
24:9, 26:19
**honorable**
46:22
**hope**
17:4, 26:17,
34:11
**hopefully**
49:17
**hospitals**
24:7
**hostilities**
18:11
**hour**
7:12, 8:3,
27:1, 61:12
**hours**
22:6, 54:22
**house**
1:1, 2:3, 2:7,
6:5, 6:9, 6:13,
6:17, 6:20, 7:1,
7:4, 7:8, 7:13,
7:14, 10:20,
14:14, 25:9,
30:1, 30:7,
30:9, 44:2,
44:11, 53:14,
54:12, 61:14,
61:15, 61:20,
61:21, 62:2,
62:4, 62:9,
62:13, 62:21,
63:2, 63:22,
70:19, 71:21,
73:22, 74:6,
75:8, 76:21,
77:18, 77:20,

77:21, 79:17,
80:19, 80:21,
85:20, 89:22,
90:4, 90:7,
96:8, 96:10,
96:12, 96:16,
96:19, 97:2,
97:3, 97:5
**however**
18:4
**hughes**
23:3, 23:4,
81:2, 81:3,
81:12
**humble**
51:21
**hurricane**
19:6
**hurt**
3:2

---
**I**
---

**idea**
35:22, 85:18
**ideals**
41:19, 42:7,
48:8
**ideas**
53:18
**identify**
40:14
**ignore**
17:1
**ignored**
56:9
**imagine**
20:2
**imitate**
75:9
**immediately**
19:13
**impact**
23:12, 78:5
**impacted**
20:8
**implement**
22:12
**implore**
38:6

**important**
5:19, 11:5,
11:10, 22:9,
35:7, 57:19
**impressed**
39:1
**inclination**
50:21
**include**
58:16
**includes**
58:16
**incumbent**
36:14
**independent**
37:22
**individual**
53:16, 56:14,
58:1, 58:10
**individuals**
56:7
**inform**
5:15
**initially**
81:5
**injunction**
11:10
**instance**
44:15
**instances**
18:8
**instrument**
66:8, 76:9
**instruments**
36:19, 37:1,
91:12
**insure**
59:13
**integrated**
39:10
**intend**
35:10, 37:9
**intent**
49:9, 58:4,
58:5, 58:7,
58:8, 58:9,
58:12, 58:20,
58:22

**intentional**
49:9
**interest**
32:13, 38:16,
98:9
**interesting**
90:20
**interests**
20:13, 21:9
**introduce**
34:8
**introduced**
9:22, 62:21,
84:13, 84:15
**introduction**
61:14
**involved**
52:20
**issue**
11:4, 13:1,
15:15, 48:3,
53:5, 54:1, 54:2
**issued**
7:15
**issues**
34:20
**itself**
45:13, 48:18,
79:10
**ivey**
35:1, 35:2,
37:8, 38:6,
55:13, 65:16,
65:17, 66:2,
66:5, 66:14,
74:3, 90:1,
90:14, 90:15,
90:17, 92:5,
92:10, 92:12,
92:15, 92:18,
93:12, 94:7,
94:13, 94:16,
94:18, 95:1,
96:13
**ivy**
94:9

---
**J**
---

**jackson**
46:22

**james**
23:14, 51:9,
52:5
**jbe**
7:15
**jefferson**
78:3, 78:4,
78:9, 78:13,
78:17, 78:20
**jenkins**
95:3, 95:4,
95:11, 95:15
**jennifer**
1:22, 98:2,
98:14
**jesus**
4:4
**jesus's**
5:3
**jim**
26:2, 43:7
**jingle's**
55:7
**job**
1:20, 10:7,
15:6
**jobs**
42:4
**john**
7:22, 24:22
**johnson**
39:6
**join**
3:19
**joined**
46:22
**joining**
72:10
**joshua**
23:5
**judge**
8:14, 11:1,
33:10, 45:16,
46:5, 48:4,
49:17, 56:18,
57:6, 58:6,
59:19, 63:21,
79:15, 86:22

**judge's**
48:12, 64:9,
64:13, 65:2,
75:19, 75:22,
76:6
**judged**
16:16
**judges**
12:13, 33:3,
33:5, 33:7
**judiciary**
36:8
**july**
36:1
**jump**
51:21
**june**
1:3, 7:20,
97:3, 98:15
**junior**
23:14
**jurisdiction**
57:7
**justice**
18:2, 19:15,
28:15, 48:15,
49:2, 59:10,
59:11

**K**

**keep**
10:5, 10:6,
24:15, 32:1,
32:18, 33:8,
38:8, 46:12,
48:21
**kept**
54:17
**kind**
56:9
**king**
42:13, 50:3
**kinship**
47:11
**knew**
32:21, 51:15
**know**
2:14, 2:22,

3:22, 9:16,
13:2, 13:5,
13:13, 16:6,
17:8, 20:15,
27:10, 30:21,
31:2, 33:7,
33:15, 36:2,
36:3, 36:4,
48:14, 49:12,
50:9, 51:20,
52:1, 52:5,
52:9, 53:11,
60:19, 63:17,
68:1, 73:7,
76:2, 76:18,
77:9, 79:15,
79:18, 81:21,
82:22, 83:2,
83:7, 83:10,
83:15, 84:20,
90:19, 90:20,
93:1, 93:3, 93:5
**knowing**
59:12
**korean**
42:3

**L**

**lack**
47:14
**lacking**
46:3
**lafayette**
45:8
**lafleur**
49:21, 49:22
**landry**
72:14, 73:18
**large**
54:19
**last**
11:8, 26:5,
26:14, 38:21,
40:21, 73:5,
92:11
**late**
23:13, 26:22,
29:16, 29:17,

46:22
**later**
39:8, 41:15
**latter**
39:15
**lavardain**
59:4, 59:5,
74:5
**law**
12:14, 12:15,
12:21, 12:22,
13:19, 13:21,
23:17, 35:16,
36:18, 38:10,
38:11, 57:5,
58:2, 60:10
**lawrence**
23:14
**laws**
9:17, 19:16,
32:10
**lawyers**
15:18, 15:19,
17:6, 79:16
**lay**
82:5
**lead**
2:13, 5:7, 47:8
**leader**
4:15
**leaders**
4:10, 27:15,
47:16
**leadership**
22:14, 47:12
**learned**
25:20
**least**
21:17, 36:10,
36:15, 44:7,
49:15, 50:4
**leave**
6:6, 6:10,
6:14, 6:18,
6:21, 7:2, 7:5,
7:9, 36:20,
57:20, 87:21
**legacy**
2:16

legal
8:13, 9:16,
12:11, 27:8,
35:19
legally
27:9
legislation
28:7
legislative
7:18, 22:14,
27:7, 28:13,
35:16, 80:9
legislator
17:5, 36:17,
91:2
legislature
7:18, 20:17,
27:16, 27:20,
43:22, 45:11,
45:19, 90:21
less
11:19, 28:7
let's
13:20, 14:17,
22:21, 33:3,
34:13, 34:14,
48:22, 53:1,
58:18, 58:19,
58:22, 59:10,
60:1, 60:3,
60:12, 60:21,
80:10
levees
19:7, 19:9
level
57:6
levels
18:15
lewis
24:22
liberty
59:15
lie
69:4, 74:13,
82:9
lies
68:7
lieu
93:5

lieutenant
23:13, 23:20,
24:1, 24:2,
51:11
life
23:12, 40:11,
41:15
lifting
57:12
light
11:20
liked
49:2
likely
34:3
limited
40:7
line
47:6, 49:12
lines
31:11, 31:12
lingering
26:1
listen
14:2, 29:3,
53:16
listened
30:3
listening
16:7, 35:6,
41:20, 54:4
literacy
24:12, 25:18
little
27:12, 84:14
littleberry
40:18, 41:13
live
17:1, 37:19
lived
41:4, 45:7
lives
4:4
living
42:8
local
18:15, 41:1
lockout
72:2, 72:10,

72:11
loftier
43:4
long
3:15, 3:18,
5:1, 9:2, 9:12,
9:18, 13:8,
32:21, 51:1
longer
19:5, 19:7
look
5:22, 14:15,
24:20, 25:2,
26:11, 26:18,
30:8, 57:14,
58:4, 58:13,
60:7, 60:12,
60:20, 86:1,
86:4, 86:9,
86:13, 91:12
looked
16:20, 24:11,
41:4, 85:20,
85:21, 86:2
looking
45:17, 65:8
lord
3:6, 3:18, 4:5
lost
47:18
lot
22:8, 35:5,
51:18, 91:3,
92:19, 95:5
loud
53:21
loudly
18:3
louisiana
1:1, 4:21,
5:22, 7:18, 8:1,
11:1, 15:4,
16:8, 16:11,
17:9, 17:16,
29:19, 31:18,
32:22, 34:15,
43:15, 44:2,
45:4, 45:15,

45:18, 47:20,
51:8, 51:12,
52:6, 56:14,
56:15, 58:18,
87:5
louisiana's
33:13, 61:17,
62:7, 90:2,
96:15
louisianans
48:5
love
3:22, 4:1, 4:2,
31:10, 31:12,
31:20, 34:5
loved
49:7
loving
31:8
lower
35:19
lyndon
39:6
lyons
50:18, 50:19,
53:1, 61:6

**M**

machines
2:3, 73:16,
73:17, 96:1,
96:2, 96:3
madam
64:20
made
3:7, 5:20,
12:20, 30:15,
33:10, 41:21,
43:15, 44:1,
47:17, 52:13,
54:5, 54:16,
55:9, 55:11,
55:15, 72:17,
75:16, 81:5,
87:9, 89:14,
95:18
maintain
66:10, 91:18

majority
17:17, 33:20,
34:17, 54:7,
65:3
majority-minority
93:14
make
5:21, 9:2, 9:4,
9:14, 16:22,
20:18, 22:19,
25:6, 26:17,
36:3, 37:2,
51:8, 56:6,
57:8, 66:13,
77:6, 77:10,
77:17, 79:1
makes
58:5, 91:15
makeup
30:8, 65:14
making
75:10, 81:7
male
8:5
man
2:22, 23:12,
41:22
mandate
13:10, 26:3,
26:20, 91:8
manifestation
41:18
manner
45:13, 47:15
many
11:5, 12:19,
12:20, 16:20,
16:21, 18:4,
18:11, 20:15,
23:22, 24:10,
25:1, 33:7,
39:14, 40:2,
40:4, 42:10,
43:12, 44:17,
55:6, 59:6,
73:8, 85:1
map
10:20, 12:10,

13:10, 13:18,
13:22, 15:13,
15:22, 22:22,
27:12, 27:20,
28:6, 28:10,
28:18, 28:19,
29:13, 29:14,
30:6, 30:7,
30:12, 30:13,
36:7, 38:12,
55:11, 55:20,
55:22, 56:1,
57:14, 57:21,
57:22, 58:5,
59:19, 61:4,
65:14, 91:4,
92:1, 92:20,
92:22, 93:4,
93:11, 94:5,
94:10
maps
9:7, 9:9,
10:17, 11:2,
12:16, 13:4,
13:6, 13:16,
15:14, 22:13,
27:9, 30:10,
30:15, 30:17,
33:17, 33:22,
34:12, 35:17,
37:10, 37:11,
38:9, 53:8,
54:8, 55:7,
55:9, 55:20,
56:4, 91:4,
91:12, 92:20,
93:8, 93:18
marcelle
29:21, 29:22,
31:1
march
84:13, 94:6
masonry
52:7
master
46:9, 52:6
math
25:19, 30:22,

50:14
matter
2:20, 13:15,
35:15, 36:2,
42:12, 43:13,
44:8, 44:17
matthew
50:2
maybe
16:14, 38:4,
54:10, 63:4,
83:6, 83:8,
83:9, 84:13,
85:17, 91:1
mayor
40:16, 40:17,
40:20, 41:6
mccormick
6:15
mcdonogh
23:16
mcknight
7:9
mean
43:21, 64:7,
69:10, 69:14
means
8:21, 32:6,
32:7, 32:9,
45:22, 82:8,
82:12
meant
44:15, 47:10
mechanism
46:1
meet
4:10, 27:22,
28:1, 28:2,
45:20, 56:19,
68:18, 68:21,
94:11, 97:3
meeting
55:3, 70:16,
70:17
meetings
8:20, 9:1,
15:8, 22:17
meets
57:14, 57:15

member
41:7, 46:15,
52:14
members
2:2, 2:4, 2:6,
2:7, 2:10, 4:20,
5:15, 6:5, 7:13,
8:7, 9:7, 11:22,
12:4, 15:1,
17:13, 22:1,
22:20, 23:5,
23:7, 23:10,
24:19, 25:4,
25:7, 25:9,
25:12, 25:18,
25:22, 26:5,
26:8, 27:6,
30:1, 35:4,
37:8, 38:20,
44:1, 44:2,
44:3, 44:4,
45:3, 48:1,
50:21, 51:15,
52:8, 52:12,
52:22, 55:21,
57:10, 59:6,
72:10, 72:12,
72:13, 72:15,
73:16, 73:17,
75:2, 75:7,
79:4, 85:20,
88:13, 90:10,
90:19, 92:3,
96:2, 96:3,
96:5, 97:2,
97:12
memorialize
51:11
memory
46:20
memphis
42:1
men
4:16
mentioned
12:9, 15:5,
84:9
mercy
4:2

**merits**
10:16, 11:15,
11:19, 66:3,
67:3, 91:12
**met**
27:13, 45:20,
55:7
**midst**
42:22, 47:20
**might**
13:12, 34:2
**military**
23:21
**miller**
72:1, 72:2,
72:9
**mind**
10:5, 10:6,
38:9
**mine**
39:16, 50:5,
57:4
**minorities**
16:13, 17:7,
20:11, 38:2
**minority**
16:10, 30:14,
35:20, 54:20,
79:7
**minority-majority**
27:21, 28:19,
29:7, 33:20,
34:9
**minutes**
10:1
**miss**
55:3
**moe**
26:15
**mom**
14:3
**moment**
26:1, 26:2,
26:8, 48:2,
52:21
**moments**
40:10
**money**
33:14

**monroe**
45:8
**monster**
60:1, 60:4
**month**
15:19, 16:9
**months**
84:10, 84:19
**moore**
6:11
**more**
13:3, 16:11,
29:9, 29:13,
34:2, 45:5,
59:9, 90:22,
91:14, 91:18,
93:21, 94:22
**morning**
7:12, 8:3,
29:8, 40:13,
61:11
**most**
48:19, 93:3
**motion**
65:20, 65:22,
66:7, 66:13,
67:6, 67:18,
67:19, 71:20,
72:5, 72:17,
73:13, 73:20,
74:22, 75:2,
75:4, 75:10,
75:14, 77:6,
77:10, 77:16,
78:2, 78:8,
78:9, 78:18,
79:1, 81:5,
81:6, 81:7,
81:8, 81:11,
81:13, 81:21,
82:1, 82:12,
83:11, 87:12,
87:16, 87:21,
88:9, 89:7,
89:13, 95:18,
96:7, 97:10
**motions**
11:12, 36:16,

36:22
**mound**
42:1
**move**
5:2, 21:9,
21:11, 21:12,
22:21, 49:8,
49:10, 61:2,
62:20, 63:12,
67:13, 74:6,
75:9, 76:13,
77:20, 88:15,
97:12
**moved**
82:6, 82:7,
82:11
**movement**
39:22, 43:8,
49:4
**moves**
43:16, 61:22,
62:11, 63:18,
90:5, 96:17
**moving**
62:20, 74:20,
79:18
**much**
5:22, 25:8,
75:7, 91:6,
93:20
**multiple**
91:15
**muscarello**
6:20
**must**
27:20, 35:20,
45:20
**muster**
12:17, 34:1,
45:20
**myself**
12:19, 13:7,
30:2

**N**

**name**
3:16, 4:4, 5:3,
40:18, 45:17,

46:7
**named**
2:18
**names**
44:19
**nation**
24:14, 32:12
**national**
18:15
**nay**
73:15, 95:22
**nays**
73:20, 96:7
**nba**
42:14
**necessary**
22:9, 36:16,
37:2, 91:10
**neck**
58:15
**need**
29:1, 29:7,
59:21, 79:17
**needed**
19:5, 19:7,
81:14
**neighbors**
49:6
**neither**
11:16, 98:7
**never**
26:22, 32:17,
42:13, 55:9,
56:10, 58:8,
58:9, 61:5
**new**
19:7, 22:13,
33:18, 45:8,
79:6, 90:21
**newell**
27:4, 27:5
**next**
9:14, 28:18,
89:20
**niece**
26:14
**night**
9:2, 26:14,

56:12
**ninety**
72:15
**ninety-eight**
2:6
**nobody**
41:4, 61:6
**none**
30:10, 30:15
**nonetheless**
52:3
**nonpolitical**
35:15
**north**
51:8
**northside**
39:9, 40:12
**note**
5:17
**notes**
12:6, 54:17
**notice**
19:15, 70:12
**nots**
16:15
**november**
23:15, 41:9
**number**
10:14, 46:17
**numbered**
39:17
**numerical**
73:4
**numerous**
84:21

**O**

**o'clock**
97:12
**object**
64:16, 67:9,
90:13
**objected**
72:18, 89:1
**objection**
6:8, 6:12,
6:16, 6:19,
6:22, 7:3, 7:7,

7:10, 62:3,
65:21, 67:13,
72:6, 89:3,
90:8, 90:9,
90:16, 90:19,
91:3, 92:4,
95:6, 95:20,
96:21, 97:7,
97:14
**obligation**
26:9, 36:9,
49:13
**obvious**
40:19, 58:7,
72:12
**offended**
35:13
**offense**
89:1
**offer**
35:10, 35:14
**office**
18:18, 18:19
**offices**
61:18, 62:9,
90:3, 96:16
**officially**
7:21
**often**
25:18
**oh**
3:15, 25:11,
33:4, 76:7
**okay**
63:9, 64:14,
64:17, 66:2,
66:5, 67:22,
68:6, 68:13,
68:20, 69:21,
70:3, 70:15,
71:19, 74:14,
75:11, 78:17,
78:20, 82:21,
83:4, 85:14,
85:17, 86:13,
88:22, 92:16,
93:15, 94:17
**old**
41:18

**older**
38:22
**once**
19:2, 30:2,
42:13, 47:16,
60:9, 63:18
**one**
7:5, 7:9, 9:18,
10:4, 10:14,
11:1, 25:6,
25:19, 25:20,
27:12, 28:3,
28:17, 28:18,
29:13, 29:14,
30:10, 30:13,
32:2, 32:18,
32:20, 34:5,
38:13, 38:14,
39:2, 39:17,
40:10, 40:12,
41:11, 42:9,
44:7, 45:1,
45:3, 45:5,
45:9, 50:6,
50:8, 50:10,
50:12, 50:14,
54:6, 54:18,
55:3, 55:12,
57:19, 57:20,
58:8, 80:1,
80:4, 80:8,
83:15, 84:14,
85:1, 86:21,
87:8, 88:16,
89:2, 89:5,
90:12, 93:16
**one's**
84:14
**ones**
44:21, 49:7
**only**
10:22, 11:12,
11:14, 24:14,
32:11, 33:4,
38:13, 39:2,
41:1, 44:1,
45:1, 45:3,
45:22, 46:20,

55:11, 56:14,
63:20, 65:1,
69:17, 77:16,
77:17, 80:3,
84:15
**open**
9:5, 73:16,
96:1
**opened**
2:7
**operating**
28:14
**opinion**
3:12, 11:6,
36:9
**opinions**
57:4
**opportunities**
21:16
**opportunity**
17:15, 20:11,
21:5, 21:6,
21:14, 26:3,
28:8, 29:4,
30:17, 34:19,
36:17, 37:1,
37:10, 37:15,
38:2, 38:3,
38:8, 38:15,
42:5, 44:10,
46:2, 48:5,
51:14, 53:6,
55:12, 56:6,
57:12, 57:13,
57:14, 58:9,
79:10, 87:5,
87:6
**oppose**
92:4
**opposed**
68:21, 72:8,
73:15, 95:22
**oppress**
19:17
**option**
93:1, 93:6
**orange**
42:1

ordain
59:16
order
2:3, 9:2, 12:6,
14:1, 22:15,
22:16, 45:20,
59:9, 62:16,
63:6, 63:10,
63:21, 64:9,
64:13, 65:2,
65:19, 68:15,
68:17, 75:20,
75:22, 77:16,
86:22, 89:8,
95:5
ordered
12:12, 22:11,
56:22, 59:19,
63:12
orderly
47:15
orders
76:6
original
85:12
orleans
19:7, 44:22,
45:9
orval
60:8
oscar
51:9, 52:5
other
10:6, 16:13,
24:10, 30:10,
32:3, 32:12,
34:5, 37:10,
37:11, 38:9,
44:13, 47:3,
48:1, 49:4,
53:12, 61:18,
69:12, 80:1,
85:20, 89:6,
92:20
others
47:1, 84:9,
85:2
otherwise
42:16, 80:3,

98:9
ought
3:11
ourselves
24:20, 37:12,
47:7, 48:6,
59:15
out
8:13, 9:16,
17:14, 27:13,
27:18, 29:11,
29:14, 30:10,
30:16, 43:3,
44:13, 45:5,
45:12, 46:6,
51:21, 53:17,
54:8, 57:17,
61:5, 61:7,
80:1, 85:2
outcome
36:5, 36:8,
98:9
outset
68:18
over
9:14, 18:8,
18:14, 30:19,
30:20, 45:12,
52:9, 52:21,
55:14, 57:7,
68:7, 69:4,
74:13, 82:5,
82:9, 82:14
overcome
21:17
override
13:17
overrode
10:21
oversight
57:8
overtly
18:5
overturning
92:21
overwhelming
29:6
overwhelmingly
9:11, 10:19,

30:7, 30:9,
54:18
own
35:15, 48:11

**P**

page
12:6, 12:7
pages
1:21
paid
18:20
pain
3:2
panel
11:15, 11:19
paper
16:1
parish
39:11, 39:12,
44:6, 44:9,
44:15, 44:16,
44:22, 46:15
parishes
44:6
part
9:3, 40:6,
40:7, 40:9,
41:5, 42:2,
43:2, 46:5,
46:7, 72:4
participate
86:12
participated
8:20, 8:21
particular
2:18, 53:5
parties
98:8
party
31:12, 50:13,
88:16, 89:5
pass
12:17, 19:14,
19:16, 27:20,
28:3, 28:6,
28:10, 28:18,
47:12, 58:8,

72:22, 95:7
passed
9:7, 9:10,
10:17, 20:6,
22:5, 27:13,
28:6, 45:18,
51:10, 92:2,
95:6
passes
68:1, 68:3,
96:7
passing
18:8
past
8:18, 21:18,
22:5, 40:7,
50:11, 51:2,
51:10
path
43:9
pay
17:1
paying
16:9
peaceful
47:15
pending
11:13
people
2:16, 5:22,
11:5, 15:2,
16:10, 16:12,
16:17, 17:1,
22:9, 24:11,
24:20, 25:2,
25:5, 26:11,
28:11, 30:20,
32:3, 32:8,
34:15, 34:21,
38:1, 44:18,
52:4, 53:17,
54:21, 57:17,
58:18, 59:8,
73:8
percent
20:16, 45:5,
46:18
perfect
59:9

period
79:14
person
37:14, 37:15,
41:10, 87:7
personal
5:17, 8:5,
10:10, 12:1,
35:6, 35:11,
35:15, 74:1,
77:4, 77:9
personally
35:13, 91:6
perspective
23:8, 35:15
perspectives
35:9
pertains
58:2
phelps
14:12, 14:22,
81:16, 81:17,
82:8, 82:20,
82:22, 83:4,
83:14, 92:7,
92:8, 92:13,
92:16, 93:10,
93:15
phillip
2:18
picture
61:7
pierre
21:22, 22:1
place
19:21, 39:12,
42:19
places
4:6, 4:7,
43:15, 54:15
plague
20:21
plaintiff's
11:16
plaintiffs
34:3
plane
43:9

planning
35:4
plans
45:17
plaques
20:21
platform
2:12
play
9:16, 75:11,
75:12, 76:15
played
8:13
playing
33:21
please
33:13, 36:21,
38:7, 38:8,
74:19, 92:3
pledge
5:7, 5:8, 40:14
point
36:3, 46:13,
48:1, 62:16,
65:18, 68:15,
68:17, 88:19,
89:8, 95:4
police
60:15
political
21:8
politics
80:11
poll
24:12
ponder
54:4
population
17:19, 25:7,
45:14, 46:19
position
57:2
positions
61:18, 62:9,
90:3, 96:15
possible
8:21, 49:10,
49:11

post
39:21, 39:22
posterity
59:16
posture
92:1
potentially
36:3
power
4:3, 47:12
praise
3:16, 3:18, 5:1
pray
3:19, 4:10,
4:12, 4:17
prayer
2:8, 2:13, 31:8
preamble
59:7
preclearance
28:16, 32:21
predominant
80:14
pregnant
24:6
preliminary
11:10
premature
8:12, 10:15,
15:16, 15:17
prematurely
17:6
prepare
3:14
prepared
3:8
presence
4:18
present
40:8, 72:22
presentation
52:12
presented
30:12, 35:10,
61:4
preside
83:22, 84:2
president
4:13, 15:18,

17:5, 39:6,
40:15
pressed
66:21
pressly
96:4
prevails
73:21
previous
15:14, 25:13
prince
52:6
principles
18:2, 55:7,
56:19, 57:15
printed
63:10
private
50:8
privilege
2:11, 3:18,
4:21, 8:6,
10:10, 12:2,
39:19, 41:9,
47:12, 49:6,
74:2, 77:5, 77:9
privileges
35:6
privy
54:13
pro
10:9, 10:12
probability
36:12, 36:13,
91:6, 91:7
probably
48:19
problems
20:22, 21:1,
21:2, 21:5, 21:6
procedural
36:16, 36:22,
75:11
procedures
57:16
proceed
69:3
proceedings
98:4, 98:5

**process**
8:13, 8:22,
9:5, 9:15, 9:16,
9:19, 10:18,
21:7, 21:8,
27:16, 27:17,
49:9, 49:16,
52:14, 52:19,
54:9, 63:18,
66:11, 76:10,
79:18, 88:15,
89:12, 91:11
**proclamation**
7:15
**professed**
18:3
**profound**
18:1, 23:12
**progeny**
42:8
**program**
23:20
**progress**
48:2, 66:9
**promote**
59:14
**proof**
48:16
**proper**
57:15
**proponents**
36:7
**proposed**
12:16, 94:5
**proposing**
34:11
**protect**
19:5
**protected**
19:10
**protecting**
32:14
**protection**
4:19
**proud**
26:17, 52:10,
56:11, 56:12,
56:16

**prove**
28:11, 28:12,
28:13
**proverbs**
3:12
**provide**
59:13, 59:19,
61:16, 62:5,
62:7, 90:2,
96:13, 96:14
**provided**
61:18, 98:6
**provides**
62:8
**proving**
28:2
**psalms**
3:10, 3:11,
3:13, 3:14, 31:7
**public**
8:21, 10:3,
25:12, 25:14,
41:14, 46:8,
50:8, 70:11,
71:8
**purpose**
11:14, 62:1,
62:12, 89:10,
96:18, 97:4
**push**
29:10, 49:7
**pushing**
47:4
**put**
54:7, 55:6,
61:8

**Q**

**qualified**
44:18
**question**
12:21, 16:2,
16:10, 26:13,
55:21, 57:19,
57:22, 58:3,
62:20, 63:4,
63:21, 64:20,
66:22, 67:4,

68:17, 69:1,
70:4, 78:21,
81:16, 83:18,
84:9, 85:21,
94:2, 94:3
**questions**
67:3, 81:1,
89:18, 92:6,
93:16, 93:22,
94:22
**quickly**
49:10, 49:11
**quite**
79:5
**quorum**
2:6, 72:12,
72:16, 73:5

**R**

**race**
24:7, 60:4,
60:18, 61:8
**racial**
23:22, 31:11,
65:14
**raise**
4:7
**raised**
13:1
**rather**
39:18, 49:5,
63:4
**rationale**
74:20
**reached**
46:6
**read**
2:14, 3:9,
3:10, 3:11,
11:10, 15:22,
16:1, 40:4,
52:2, 64:11,
64:12, 69:2,
82:14, 86:9
**reading**
40:2, 64:3
**ready**
5:16, 78:10

**real**
34:19, 39:20,
60:1, 61:7
**realize**
35:5
**realizing**
40:11
**really**
16:6, 31:18,
31:19, 34:4,
49:1, 53:9
**reapportionment**
45:18, 84:22
**reason**
19:8, 19:10,
24:22, 30:9,
48:6, 54:10,
68:21, 82:19,
92:22
**reasons**
40:19, 74:19,
75:13, 83:3,
87:8, 88:3
**receipt**
7:14
**receiving**
16:21
**recipients**
16:20
**reciting**
40:14
**recognize**
36:12, 50:9,
50:10
**recognizing**
50:12
**recommitted**
83:21
**reconsider**
66:7, 66:12,
75:10, 75:14
**reconstruction**
43:6
**record**
11:20, 13:2,
13:8, 20:8,
43:14, 51:17,
71:15, 74:19,

84:10, 84:15,
98:4
**recorded**
71:14, 71:17,
98:4
**recording**
97:16, 98:6
**records**
54:18
**recreate**
33:18
**red**
32:10, 76:4
**redistricting**
9:17, 37:16,
37:17, 53:18,
61:17, 62:7,
63:8, 63:17,
64:4, 64:8,
64:12, 65:10,
90:2, 94:12,
96:14
**redo**
9:9, 12:10
**refer**
9:21, 65:22,
67:13, 90:6,
96:8
**referred**
69:12, 70:13,
73:21, 96:10,
97:5
**referring**
62:1, 62:12,
64:4, 67:14,
96:18
**reflect**
23:11, 24:4
**reflective**
45:14, 46:19,
48:10
**regard**
35:11, 91:7
**regardless**
36:18
**regards**
18:4, 18:7
**regions**
29:2

**regular**
90:13
**reiterate**
10:12
**rejoice**
3:7
**related**
47:13, 98:7
**relation**
47:11
**relative**
61:16, 62:5,
90:1, 96:13
**rely**
36:7, 80:6
**remarks**
51:13
**remember**
15:22, 51:9,
89:5
**reminded**
2:14, 2:16
**reminisce**
23:11
**remove**
21:16
**removed**
18:18
**render**
49:11
**rep**
37:8, 38:6,
44:9, 51:16
**repealed**
18:16, 20:3
**repeated**
12:19
**reply**
50:3
**report**
51:8
**represent**
15:3, 16:19,
20:18, 21:9,
58:10
**representation**
15:12, 17:9,
20:18, 25:6,

26:12, 31:17,
48:10
**representatives**
1:1, 2:8,
15:21, 18:14,
30:1, 41:1,
44:2, 44:11,
44:16, 44:17,
44:22, 80:19,
86:22
**represented**
58:17
**representing**
16:17
**represents**
38:16
**republic**
5:10
**republicans**
37:21
**request**
7:2, 66:6
**requests**
6:6, 6:10,
6:14, 6:18,
6:21, 7:5, 7:9
**require**
72:22
**required**
93:13
**requirements**
27:13
**requires**
35:17
**research**
46:8
**resemblance**
91:19
**resembles**
92:1
**residents**
26:21
**resolve**
80:1
**respect**
9:16, 12:14,
12:15, 12:21,
12:22, 22:2,

61:18, 62:8,
66:11, 88:17
**respectfully**
63:22
**respects**
43:12
**responsibilities**
43:19
**responsibility**
15:2, 26:10,
35:18, 80:10,
80:11, 80:12
**responsible**
47:4
**rest**
39:12, 39:13,
55:17
**restrictions**
19:14, 20:7
**reverend**
23:13
**reverse**
50:11
**review**
10:3
**reviewed**
25:14
**rich**
16:11, 16:14
**richest**
4:8, 4:17
**ridiculous**
76:1, 76:20
**rights**
12:17, 18:7,
18:10, 19:2,
19:4, 19:10,
19:11, 19:14,
19:20, 19:22,
22:14, 24:16,
24:22, 32:9,
39:4, 39:7,
39:21, 43:8,
45:10, 45:21,
55:8, 56:1,
56:21, 57:16,
58:3
**riot**
54:13

**ripple**
91:18
**rise**
14:12, 32:3,
32:5, 95:3
**rises**
21:12
**rising**
21:12
**road**
53:17, 57:11
**roadshows**
30:19
**roll**
2:2, 2:4
**rollback**
19:2, 20:5
**rolled**
19:3
**room**
38:1, 60:2,
97:4
**rotc**
23:20
**rouge**
45:8, 53:13
**rule**
58:2, 95:7
**ruled**
27:19, 34:2
**rules**
9:21, 57:5,
62:1, 62:12,
62:20, 64:11,
68:12, 69:2,
71:21, 71:22,
72:5, 73:13,
76:14, 89:14,
90:6, 90:11,
95:9, 95:18,
96:18
**ruling**
10:16, 11:12,
12:7, 17:20,
19:3, 33:11,
35:19, 36:3,
36:10, 37:3
**rushed**
11:19

## S

**s**
61:1
**sacred**
24:9
**sacrifice**
18:10
**sacrifices**
5:20, 5:21
**safe**
24:15
**said**
3:15, 5:4,
8:11, 11:2,
11:11, 11:16,
12:15, 14:5,
16:19, 26:14,
27:16, 27:17,
29:6, 30:5,
31:1, 31:3,
33:11, 35:12,
36:14, 42:13,
46:6, 46:10,
47:13, 49:16,
51:16, 52:22,
53:1, 53:3,
53:11, 53:12,
53:14, 53:19,
54:3, 54:6,
54:10, 56:18,
58:2, 61:6,
64:2, 70:10,
71:3, 77:9,
86:7, 89:10,
98:4
**salt-n-pepa**
60:2
**same**
4:12, 12:20,
19:16, 31:21,
34:13, 38:5,
60:22, 75:14,
76:19, 94:4
**sang**
60:2
**sat**
30:3, 57:21

**saturday**
56:12
**savior**
4:5
**saw**
40:5, 53:12,
75:9, 75:14,
93:1
**say**
11:8, 14:3,
14:4, 17:22,
34:5, 48:17,
49:15, 49:18,
54:11, 55:5,
64:7, 80:5,
86:22
**saying**
19:6, 55:1,
82:4, 82:17,
87:22
**says**
58:7, 59:8,
63:11, 64:3,
65:1
**sb**
91:14
**scales**
32:1
**schedule**
14:20, 70:8
**scheduled**
82:13
**scholars**
59:7
**school**
23:17, 25:20,
39:9, 40:12,
50:8
**schools**
39:11, 42:5,
60:11
**scripture**
2:15, 3:9
**scriptures**
31:7
**seabaugh**
74:9, 74:10,
74:14, 90:10,

95:20
**seal**
7:22
**seat**
32:6, 33:20,
34:18, 34:20,
38:15
**seatmate**
6:7, 6:10
**seats**
30:22, 44:13
**second**
10:16, 17:16,
17:17, 23:20,
24:1, 25:16,
26:21, 28:19,
29:7, 32:6,
33:12, 33:19,
34:9, 35:20,
37:13, 54:20,
59:20, 65:3,
65:20
**secondary**
39:15
**seconding**
81:20
**section**
42:1, 56:20
**secure**
59:15
**see**
3:5, 16:6,
17:4, 25:1,
25:9, 48:13,
57:10, 57:11
**seeing**
25:22
**seeking**
37:10
**seems**
90:22
**segregation**
60:13, 60:14
**selecting**
47:16
**senate**
4:13, 5:13,
5:15, 10:20,

13:7, 25:10,
44:3, 70:16,
75:8, 75:9,
76:22, 79:17
**senator**
5:13, 5:14,
6:3, 13:7
**send**
48:22, 57:17,
72:1, 72:7,
72:17, 76:14,
89:2, 89:15
**sending**
67:10
**senior**
23:16
**sense**
32:10, 58:6
**sent**
13:9, 15:2,
19:14, 64:8,
78:19, 90:11
**serve**
5:21, 22:10,
23:18, 41:11
**served**
40:20
**serves**
46:20
**session**
2:15, 3:14,
4:11, 7:19,
8:10, 8:12,
8:15, 9:18,
11:3, 22:4,
22:5, 23:6,
25:5, 26:6,
27:7, 27:9,
27:10, 37:16,
37:18, 51:10,
53:7, 64:22,
75:15, 84:22,
92:11, 93:6
**sessions**
22:8, 25:13
**set**
7:21, 43:9,
51:17

**seven**
44:16, 44:17,
44:20, 61:12
**several**
15:7, 18:8,
22:7, 28:4,
52:22, 55:6
**sex**
60:3
**shared**
24:4
**shelby**
19:4
**shelly**
49:17
**short**
70:8
**shot**
26:11
**should**
24:16, 27:10,
29:9, 36:20,
52:18, 57:13,
57:17, 80:18,
80:19, 87:14,
87:18, 87:21
**shouldn't**
16:19, 65:19
**show**
4:1, 53:17,
57:11, 58:20,
89:11
**showing**
93:5
**shows**
20:8, 58:21,
58:22
**shreveport**
39:10, 40:17,
41:5, 41:11,
45:7, 46:21,
53:12
**shrink**
80:10
**shut**
60:10
**side**
11:21, 13:7,

13:18, 13:19,
13:21, 13:22,
32:2, 32:3,
62:22, 75:11
**sides**
32:1
**signature**
38:10, 38:12
**signature-oso**
98:12
**signed**
7:22, 39:6
**significant**
91:15, 91:20
**similar**
39:11, 41:15
**simple**
31:5, 32:18,
34:19, 50:14
**simply**
11:6, 23:7,
23:9, 24:9,
24:11, 24:21,
26:4, 26:19,
35:14, 36:7,
36:15, 50:11,
86:20
**since**
16:16, 22:15,
33:11, 70:5,
70:7, 83:12,
84:15
**single-member**
45:2, 46:16
**sir**
14:21, 63:1,
77:14, 94:16
**sisters**
38:22, 50:4
**sit**
38:1, 53:14,
54:11, 79:14,
79:22
**sitting**
33:19, 47:3,
54:4
**six**
11:2, 11:4,

13:4, 25:11,
25:21, 30:21,
30:22, 50:7,
50:8, 50:10,
50:12, 50:14,
76:11, 79:19
**sixty**
73:6, 73:9
**skin**
24:18
**slapped**
24:12
**slavery**
26:2
**small**
44:8, 66:1
**snap**
16:20
**solution**
21:4
**some**
2:16, 12:5,
13:13, 15:22,
21:2, 27:15,
31:15, 35:7,
36:3, 44:14,
49:3, 51:15,
51:20, 52:16,
54:5, 60:17,
79:5, 93:1
**somebody**
31:20
**someone**
18:20, 20:12,
20:13, 21:9,
38:3, 38:4,
38:8, 38:15,
47:3, 48:17,
49:4
**something**
3:1, 9:10,
16:5, 31:1,
31:2, 31:18,
31:19, 33:2,
42:15, 54:3,
58:11, 58:14,
89:6
**son**
14:5

| | | | |
|---|---|---|---|
| **song**<br>60:2 | **started**<br>39:9 | 62:11, 67:12,<br>74:1, 74:19, | **substantial**<br>42:4 |
| **soon**<br>8:9, 79:11 | **starting**<br>13:5 | 81:5, 82:2,<br>88:12, 88:13, | **substitute**<br>81:8, 81:10, |
| **sorry**<br>73:21 | **state**<br>4:21, 8:19, | 90:5, 96:17<br>**stefanski's** | 81:12, 83:11<br>**success** |
| **southern**<br>39:22 | 9:6, 11:6, 15:4,<br>15:7, 15:9, | 78:14<br>**steimel** | 36:14, 91:7<br>**successes** |
| **southern's**<br>23:20 | 16:8, 16:13,<br>17:2, 17:8, | 46:7, 46:10<br>**step** | 43:9<br>**successful** |
| **speak**<br>54:22, 90:15 | 20:11, 29:1,<br>29:18, 30:19, | 9:18, 44:9,<br>47:17, 47:18, | 8:10<br>**suggest** |
| **speaker's**<br>89:1 | 30:20, 31:4,<br>31:11, 31:13, | 76:8<br>**still** | 34:6, 80:2<br>**summer** |
| **speakers**<br>22:6 | 32:11, 39:13,<br>40:3, 44:7, | 2:4, 2:5,<br>15:15, 46:2, | 43:22, 44:5,<br>50:22, 51:4 |
| **speaking**<br>35:4 | 44:16, 44:17,<br>44:21, 45:4, | 60:5, 69:3, 83:1<br>**stood** | **sums**<br>15:19 |
| **special**<br>2:15, 4:10, | 45:14, 46:15,<br>46:19, 47:1, | 51:8, 54:22<br>**stop** | **sunday**<br>2:17, 3:5 |
| 8:12, 8:15,<br>9:18, 11:3, | 47:5, 48:7,<br>50:6, 52:6, | 24:7, 33:1,<br>34:13 | **super**<br>42:14 |
| 22:7, 46:9,<br>64:22, 93:6 | 52:9, 53:16,<br>54:14, 55:4, | **stopped**<br>55:2 | **supervision**<br>28:15 |
| **specific**<br>14:3 | 56:15, 58:10,<br>60:9, 61:2, | **stops**<br>54:19 | **support**<br>9:20, 36:16, |
| **speechless**<br>26:16 | 61:9, 74:19<br>**state's** | **stories**<br>24:4 | 36:21, 83:8,<br>91:14, 93:3, |
| **speed**<br>88:15 | 25:7<br>**stated** | **straight**<br>51:17, 89:2 | 93:4, 93:7<br>**supported** |
| **spent**<br>91:3 | 15:10, 68:17,<br>91:5 | **street**<br>31:14 | 92:20, 92:21<br>**supreme** |
| **stages**<br>39:15 | **states**<br>4:22, 5:9, | **strength**<br>4:3, 5:2, 19:19 | 19:3<br>**sure** |
| **stagni**<br>6:21 | 19:13, 20:6,<br>32:12, 59:8, | **stressed**<br>37:10 | 9:2, 9:5, 9:15,<br>64:7, 85:20 |
| **stand**<br>15:20, 23:10, | 59:9, 59:17<br>**status** | **striven**<br>42:15 | **surprise**<br>27:11, 33:1 |
| 76:3, 76:4<br>**standing** | 35:19<br>**stay** | **striving**<br>37:12 | **suspend**<br>61:22, 62:12, |
| 30:2, 48:16<br>**stands** | 11:9, 11:13<br>**stays** | **strong**<br>23:6 | 62:20, 64:10,<br>71:21, 71:22, |
| 91:9<br>**start** | 68:4<br>**stefanski** | **struck**<br>19:12, 19:13, | 72:5, 73:13,<br>76:14, 90:6, |
| 2:15, 29:8,<br>29:12, 31:6, | 2:4, 10:9,<br>10:11, 12:4, | 20:4, 20:17<br>**struggle** | 95:9, 95:18,<br>96:18 |
| 31:7, 31:8,<br>34:4, 34:7, 49:9 | 15:21, 22:2,<br>30:4, 61:22, | 18:10<br>**subject**<br>57:3 | **suspended**<br>69:2, 89:15, |

90:11
**suspending**
9:21
**suspension**
95:7
**sustain**
56:1
**sworn**
41:10, 41:12,
41:16, 41:17
**system**
40:22, 41:3,
44:12, 48:9,
79:5
**systematically**
18:5
**systems**
8:14

**T**

**table**
34:18, 35:21,
55:14, 55:15,
58:1
**take**
17:14, 22:15,
23:8, 36:2,
45:16, 75:17,
81:1, 89:1,
89:18, 91:17,
92:6
**taken**
42:20, 93:18
**takes**
48:18, 88:16,
89:8, 92:19
**taking**
39:12, 43:19
**talk**
22:3, 22:17,
25:18, 30:2,
30:12, 31:8,
52:9, 52:22,
53:1, 53:2,
59:10, 59:22,
60:1, 60:3, 76:7
**talked**
18:17, 30:6,

53:4
**talking**
33:9, 56:12,
84:11, 84:12,
85:16
**target**
19:17, 20:7
**tarver**
6:18
**taught**
47:10
**taxes**
17:1, 18:20
**tell**
17:3, 29:5,
33:5, 41:20,
50:3
**telling**
48:21
**tells**
57:6
**tem**
10:9, 10:12
**temporary**
11:9
**terms**
20:19
**testimony**
54:15, 55:1,
56:8
**tests**
24:12
**text**
3:10
**th**
7:20, 18:11,
97:4
**thank**
2:9, 4:4, 5:14,
5:17, 5:22, 6:2,
6:3, 8:8, 10:8,
10:11, 11:22,
12:3, 12:4,
14:22, 17:10,
21:20, 23:1,
23:4, 27:2,
34:22, 35:2,
37:4, 37:6,

38:17, 49:19,
49:22, 50:16,
50:19, 59:2,
59:5, 61:10,
65:17, 66:12,
67:17, 68:13,
70:22, 71:10,
71:13, 73:10,
74:14, 75:6,
78:5, 78:22,
79:2, 81:3,
81:13, 81:14,
81:17, 83:14,
83:16, 83:19,
84:4, 84:6,
84:8, 86:14,
88:7, 88:10,
89:16, 90:17,
92:8, 93:16,
93:19, 95:1,
95:15
**therefore**
64:15
**thereof**
43:9, 46:5
**thing**
10:16, 11:8,
14:3, 14:10,
17:9, 22:21,
23:7, 25:20,
26:4, 26:10,
26:19, 26:22,
28:17, 29:6,
33:8, 51:2,
75:15
**things**
10:12, 17:22,
20:20, 21:3,
22:8, 25:11,
31:21, 35:12,
37:20, 40:4,
40:6, 40:13,
41:20, 41:21,
52:16, 54:6,
88:15, 89:9,
90:21
**think**
10:18, 12:11,

15:17, 25:8,
37:19, 46:20,
54:3, 55:8,
55:22, 64:8,
65:3, 81:6,
82:7, 82:10,
83:7, 83:9,
84:12, 85:13,
86:12, 87:13,
87:17, 87:18,
87:20, 87:21,
89:4, 90:12,
92:13, 93:17
**thinks**
38:4
**third**
25:7, 25:20,
27:6, 27:9,
30:21, 33:12,
50:6, 50:7,
50:8, 50:10,
50:12, 50:14,
52:5
**thirds**
9:11, 13:17,
30:6, 54:7,
72:22
**thomas**
67:16, 67:17,
67:22, 68:6,
68:9, 68:13,
83:18, 83:19,
84:4
**thomas's**
69:1
**thompson**
97:10, 97:11
**thought**
27:11, 30:5,
43:1, 43:8,
54:9, 56:9, 77:4
**thoughts**
35:11, 53:18
**three**
12:12, 22:4,
39:8, 73:6,
73:9, 80:7
**through**
4:4, 10:19,

13:3, 13:6,
18:10, 19:1,
23:20, 49:10,
49:15, 54:13,
60:7, 63:18,
72:14, 73:19,
90:13, 96:5
**throughout**
27:16, 27:17,
32:12, 45:7,
55:4
**thursday**
14:15
**tide**
21:12
**time**
10:3, 12:15,
12:16, 13:1,
13:5, 13:8,
18:9, 22:3,
22:12, 22:18,
24:1, 24:3,
25:11, 25:15,
26:3, 27:1,
28:3, 28:5,
28:7, 28:22,
29:9, 29:11,
29:13, 31:9,
33:12, 33:13,
33:22, 37:19,
40:15, 40:21,
43:14, 43:15,
44:3, 45:5,
45:6, 46:7,
46:14, 46:20,
48:1, 49:3,
57:2, 61:4,
62:2, 62:13,
70:8, 71:4,
71:8, 76:10,
79:6, 79:14,
83:7, 87:12,
87:19, 90:7,
91:3, 92:19,
96:19
**times**
10:22, 12:19,
12:20, 16:16

**title**
61:15, 62:5,
90:1, 96:13
**today**
2:7, 3:9, 8:8,
9:21, 10:2,
13:5, 15:16,
15:20, 16:10,
20:4, 21:7,
23:6, 24:19,
26:2, 34:7,
35:21, 37:9,
38:6, 60:13,
81:21
**together**
3:20, 14:20,
21:13, 21:15,
48:6
**told**
14:7, 15:9,
28:6, 33:3,
33:7, 34:10,
48:19, 75:7
**tomorrow**
29:8, 29:12,
60:14, 68:8,
68:22, 69:3,
69:6, 69:13,
69:19, 70:5,
70:17, 79:16,
79:21, 79:22,
82:14
**took**
45:16, 47:2,
76:21, 86:21
**top**
44:20
**total**
73:4
**touched**
10:13
**tough**
2:21
**towards**
42:7, 48:15
**town**
51:4
**tradition**
46:5, 84:2

**tranquility**
59:13
**transcribed**
1:22, 98:5
**transcriber**
98:1
**transcript**
98:3
**transparency**
70:11, 71:8
**transparent**
9:5
**traveled**
8:19
**treatment**
31:21
**tried**
19:14
**true**
33:2, 39:21,
98:3
**truly**
41:15, 50:3
**truth**
42:12, 43:12
**try**
11:3, 17:1,
19:16, 36:10,
36:15, 80:12,
82:15, 88:14,
88:20, 88:21,
91:17
**trying**
14:19, 42:8,
80:3, 81:22
**tuesday**
41:9
**turn**
20:19, 21:15
**tweaked**
85:8, 85:12,
85:18
**two**
6:14, 6:18,
9:11, 13:11,
13:17, 25:21,
27:20, 30:6,
30:14, 30:21,

31:4, 38:22,
50:7, 50:8,
50:10, 50:12,
50:15, 53:11,
54:7, 55:18,
63:12, 63:14,
64:1, 72:22,
76:12, 79:7,
80:7, 80:14,
90:11, 93:11,
93:13, 93:19
**two-term**
40:20
**type**
43:1, 44:11,
60:17
**types**
43:16, 43:17

**U**

**uh-huh**
68:19, 69:8,
77:11
**unable**
91:13
**unattainable**
11:7
**uncle**
26:15
**under**
12:17, 13:16,
44:11, 68:11
**understand**
42:21, 63:3,
63:4, 64:22,
70:20, 81:22
**understanding**
45:1, 63:10,
71:2, 81:20,
82:1
**unexpectedly**
8:9
**unfortunately**
24:19, 25:2,
26:1, 42:18
**union**
59:9
**united**
4:22, 5:9,

59:8, 59:9,
59:17
**unity**
5:3
**unnecessary**
8:12
**until**
8:12, 48:2,
68:7, 71:4,
86:6, 97:12
**uphold**
26:9
**urban**
21:1
**use**
11:2

---
**V**
---

**vacated**
11:9
**vacation**
33:15
**various**
35:9
**verse**
2:15
**versus**
19:4, 60:10
**vested**
7:16, 39:3
**vet**
37:1
**veto**
10:22, 92:22
**vetoed**
38:9, 38:13,
87:10
**vetted**
25:14
**vice**
88:17
**view**
9:17
**views**
38:5
**violation**
56:20
**violations**
19:21, 20:1

**virtue**
7:16
**vision**
42:6
**voices**
9:15, 32:7
**volition**
48:11
**vote**
18:13, 19:1,
20:9, 24:10,
24:21, 30:17,
31:9, 31:10,
31:11, 31:12,
32:15, 32:17,
36:19, 42:4,
44:18, 44:20,
48:20, 55:15,
57:16, 58:5,
58:10, 60:17,
67:14, 71:14,
71:15, 71:17,
72:7, 72:8,
72:19, 72:21,
73:4, 73:5,
73:15, 75:11,
75:18, 75:20,
76:1, 76:2,
76:3, 76:4,
76:5, 76:20,
79:20, 80:20,
86:21, 89:14,
95:14, 95:22
**voted**
13:17, 30:9,
44:16, 44:20,
54:7, 55:9,
57:22, 73:8,
76:3
**voter**
18:12
**voters**
39:7, 45:21
**votes**
19:5, 20:7
**voting**
2:4, 2:5,
12:17, 18:7,

18:9, 18:12,
19:1, 19:4,
19:11, 19:14,
19:17, 19:18,
19:20, 19:22,
20:3, 20:7,
22:13, 24:22,
27:14, 28:14,
30:7, 45:10,
55:8, 56:1,
56:20, 57:16,
58:3, 72:14,
73:1, 73:19,
81:9, 95:5,
95:12, 96:5

---
**W**
---

**wait**
67:18, 71:4
**waited**
54:22
**waiting**
29:10
**waives**
71:19, 89:19
**walk**
2:17
**wallace**
60:12
**want**
3:22, 10:12,
10:17, 29:5,
30:8, 31:17,
31:20, 32:18,
33:4, 33:14,
34:18, 34:21,
38:1, 42:21,
53:2, 56:11,
56:16, 66:16,
68:1, 75:3,
75:18, 76:1,
76:13, 76:16,
76:17, 80:17,
81:1, 81:4,
82:18, 83:9,
83:10, 86:7,
86:17, 87:3,
87:11, 89:18,

90:15, 92:6,
93:18, 94:4
**wanted**
9:3, 61:6,
71:18, 86:7
**wanting**
70:13
**wants**
79:12
**war**
42:3, 43:6
**wars**
18:19
**washington**
32:7
**waste**
33:13, 71:5
**watched**
57:21
**watertight**
11:18
**wave**
39:10, 39:18
**way**
2:22, 4:1,
31:10, 32:2,
44:4, 45:12,
48:22, 80:1,
89:9
**ways**
88:22, 89:6
**we'll**
14:18, 25:10,
27:17, 80:6
**we're**
3:22, 4:6,
10:5, 10:6,
11:3, 12:14,
12:15, 13:13,
14:8, 14:9,
38:7, 38:14,
46:10, 56:17,
60:5, 61:2,
64:4, 64:10,
70:7, 71:9,
79:18, 80:3,
80:9, 86:6,
86:8, 88:20,

88:21, 89:10,
89:11, 93:17,
94:20, 95:12
**we've**
8:11, 12:15,
12:20, 13:4,
22:7, 22:10,
28:6, 28:21,
29:2, 46:12,
72:4, 90:10,
90:11
**wealthy**
16:12, 16:14
**wednesday**
1:3
**week**
5:19, 6:1,
17:4, 51:2
**weeks**
75:15
**weigh**
25:12, 25:15
**welfare**
59:14
**went**
10:18, 38:10,
38:11, 38:14,
40:18, 42:2,
46:21, 52:3,
52:15, 52:19,
54:13, 55:3,
86:19
**west**
45:17, 46:6
**whatever**
10:2, 50:3,
57:6, 80:5,
82:19
**whether**
20:19, 47:19
**white**
5:6, 5:8, 16:12
**whole**
10:18, 60:18,
77:19, 77:20,
78:19, 80:18,
80:21, 82:3,
82:16, 83:12,

83:21, 86:12
**wilford**
6:9
**willard**
72:20, 72:21,
73:3, 73:7,
73:10
**willing**
48:18, 49:14
**win**
34:3, 47:17
**winn**
23:14
**wisdom**
4:12, 4:14, 5:2
**withdraw**
66:8, 87:11,
87:16, 88:8,
89:12
**withheld**
30:18
**within**
48:14, 80:16
**without**
6:8, 6:12,
6:16, 6:19,
6:22, 7:3, 7:7,
7:10, 21:3,
21:5, 28:15,
38:10, 38:11,
62:3, 89:2,
90:8, 96:20,
97:7, 97:14
**women**
4:16
**won**
42:13, 42:17
**wonderful**
4:22
**wondering**
16:8, 71:4
**word**
15:16, 50:2
**words**
15:13
**work**
5:19, 8:17,
8:20, 9:8, 9:12,

10:1, 10:5,
15:6, 21:15,
27:18, 29:8,
42:5, 42:10,
51:15, 51:18,
66:9
**worked**
27:18, 42:7
**working**
6:1
**works**
89:6
**worship**
4:7
**worthwhile**
41:22
**wouldn't**
32:22, 33:8,
69:13, 75:13,
87:10
**write**
80:13
**written**
52:2
**wrong**
13:18, 13:19,
22:21, 31:18,
31:19, 50:14

## Y

**y'all**
31:15, 33:16,
76:16
**yae**
73:15
**yays**
73:20
**yea**
72:7, 72:19,
95:22
**yeah**
53:1, 53:13,
70:18, 70:21,
86:2, 90:17
**year**
8:19, 23:18,
41:10, 41:17
**year's**
9:12

**year-old**
26:14
**years**
18:22, 42:10,
45:9
**yeas**
96:7
**yesterday**
3:8, 3:14
**young**
14:2, 41:17,
41:22
**youngest**
41:10
**yourself**
58:15, 60:21
**yourselves**
48:14

## $

**$60,000**
15:19, 16:9

## 0

**00**
5:11, 6:4,
7:11, 8:2, 8:4,
96:22, 97:4,
97:8, 97:12
**01**
61:13, 65:6,
74:4, 74:21,
77:22, 89:21,
96:22, 97:8,
97:15
**02**
96:22, 97:8,
97:15
**03**
5:11
**04**
6:4
**05**
7:11
**06**
7:11, 8:2
**07**
8:2, 8:4

**08**
8:4

**1**

**10**
97:4
**100**
18:22, 44:2,
46:12
**105**
46:13, 46:16
**12**
89:21
**13**
26:14
**139**
44:1, 45:3
**143**
19:21, 19:22
**15**
1:3, 7:11,
18:11
**152**
12:6
**16**
96:7
**17**
74:21, 97:4
**18**
61:13, 61:16,
62:5, 90:1,
96:13, 96:22
**1870**
18:11, 18:12
**1871**
18:12
**1894**
18:17
**19**
60:5
**1929**
23:15
**1946**
23:17
**1965**
19:1, 39:7,
45:10, 45:21,
60:6

**1970**
40:20
**1971**
40:17, 43:22,
44:1, 44:5, 45:3
**1978**
40:21
**1990**
41:8

**2**

**20**
7:20, 65:6,
72:10
**2001**
19:22
**2013**
19:2, 19:12,
19:22
**2018**
22:3
**2022**
1:3, 7:16,
37:19, 60:5,
61:1, 98:15
**22**
61:13, 77:22
**23**
8:2, 61:13,
98:15
**24**
41:17
**25**
8:4, 41:17,
44:19, 46:18,
50:2
**26**
65:6
**27**
65:6
**29**
74:21
**2nd**
23:15

**3**

**30**
45:5, 73:20,

**89:21**
**32**
20:6
**33**
8:4
**34**
5:11, 12:7,
61:13
**35**
23:16, 74:4
**36**
44:13, 74:4,
77:22
**37**
74:21
**39**
44:3, 74:4

**4**

**4**
97:12
**40**
6:4, 50:3,
77:22, 96:22
**41**
77:22, 97:8
**43**
65:6
**44**
97:15
**453354**
1:20
**46**
7:11
**48**
3:14
**49**
8:2, 97:8

**5**

**50**
6:4
**51**
5:11, 89:21
**55**
97:15
**57**
96:22

**58**
74:4

**6**

**60**
61:1
**64**
44:6
**65**
73:20
**6th**
39:7

**7**

**74**
98:12
**79**
96:7

**8**

**89**
7:15

**9**

**90**
20:16
**98**
1:21
**9th**
39:8