# Exhibit L



# Transcript of Louisiana House Chamber

**Date:** June 18, 2022
**Case:** Transcription Services

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

TRANSCRIPT OF VIDEO-RECORDED

TESTIMONY OF THE

LOUISIANA HOUSE CHAMBER

REDISTRICTING

JUNE 18, 2022

Job No.: 453585

Pages: 1 - 10

Transcribed by: Christian Naaden

1          P R O C E E D I N G S

2          REP. SCHEXNAYDER:  House will come to order.

3    Members, vote your machines. Roll call. Vote your

4    machines, members.

5          Vote your machines. You through voting?

6    Gadberry, Pressly. Mine's not -- through voting,

7    members? All right. Close them up. 89 members in the

8    quorum. Today, members, the House will be opened in

9    prayer by Representative Turner.

10         REP. TURNER:  Hey. No -- no fried chicken

11   prayer today. Hey. I do want to take a moment. I just

12   want to say how proud I am and how fortunate I am to

13   serve with each and every one of y'all. Thank you. Also

14   will ask for your help in saying the Lord's Prayer if

15   you'll follow along with me.

16         All right. Our Father, who art in heaven,

17   hallowed be thy name. Thy kingdom come, thy will be

18   done on earth as it is in heaven. Give us this day our

19   daily bread. Forgive those trespasses as we forgive

20   those who trespassed against us. Lead us not to

21   temptation but deliver us from evil. [inaudible] glory

22   forever. Amen. Pretty good, members. Thank you.

1        REP. SCHEXNAYDER:  All right. Representative

2   Romero will lead us in the pledge.

3        REP. ROMERO:  I pledge allegiance to the flag

4   of the United States of --

5        REP. SCHEXNAYDER:  Morning hour four.

6        MS. FONTENOT:  Friday, June 17th, 2022 the

7   House of Representatives was called to order by the

8   Honorable Tanner Magee, speaker pro tem of the House of

9   Representatives. The roll being called, the following

10  members --

11       REP. SCHEXNAYDER:  Representative Thompson

12  moves to dispense with the reading of the journal

13  without objection so ordered. Morning hour five.

14       MS. FONTENOT:  Mr. Speaker, members, messages

15  from the Senate to the honorable speaker, members of

16  the House of Representatives, I'm directed to inform

17  your honorable body that the Senate has consented to

18  adjourn sine die and asks the House of Representatives

19  to do the same. Respectfully submitted, Yolanda Dixon,

20  Secretary of the Senate.

21       REP. SCHEXNAYDER:  All right. Representative

22  Stefanski?

1      REP. STEFANSKI:  Members, if you've been

2  watching the Senate, as I indicated yesterday, based on

3  where we are in the process with the amount of time

4  that not only the federal judge has ordered but the

5  governor made in his call, essentially, there was one

6  instrument that could still make its way through the

7  process.

8      I've been informed by the Senate that that

9  bill has been returned to the calendar. So any efforts

10  on our side to move a bill through the process would

11  inevitably end in failure because there's just flat out

12  not enough time. Based on that, Mr. Speaker, at this

13  time, I would move that we inform the Senate that the

14  House is ready to adjourn sine die. Thank you, Mr.

15  Speaker.

16      REP. SCHEXNAYDER:  Any objection to the motion

17  of sine die? Representative Duplessis? Object?

18      REP. DUPLESSIS:  Yeah. I'd like to raise an

19  objection.

20      REP. SCHEXNAYDER:  All right. All in favor of

21  --

22      REP. DUPLESSIS:  [inaudible] Can I speak on my

1    objection?

2              REP. SCHEXNAYDER:  It's a non-debatable

3    objection. All right. Representative Stefanski moves to

4    object.

5              REP. STEFANSKI:  To adjourn.

6              REP. SCHEXNAYDER:  To adjourn. Representative

7    Duplessis moves to object. All those in favor of

8    adjourning, vote yay. Those opposed, vote nay. The

9    clerk will open the machines. Members, vote your

10   machines. Pressly, yes. You through voting, members?

11             Speaker, yes. All right. You through voting?

12   All right. Close them up. 53 yays, 29 nays and the

13   motion passes. Members, we'll send a message to the

14   Senate we are concluded with our work. All right. Who's

15   [inaudible] who's -- Representative Hewitt? Senator

16   Hewitt?

17             SEN. HEWITT:  Thank you, Mr. Speaker. Members,

18   we're here from the Senate to inform you that we have

19   completed our work in the special session. We've worked

20   all very hard and I appreciate the effort, but now I

21   think it's time to sine die.

22             REP. SCHEXNAYDER:  Thank you, Senators. Thank

1  you for your hard work. Appreciate you. Yep.

2  Announcement.

3          MS. FONTENOT:  Members, the speaker appoints

4  the following committee to notify the Senate that the

5  House is ready to adjourn sine die, Representatives

6  Mike Johnson, Huval, Turner, Coussan and Stefanski.

7  Again, Representative Mike Johnson, Huval, Stefanski,

8  Turner and Coussan. Please meet the Sergeant at Arms

9  near the rear of the chamber.

10          REP. SCHEXNAYDER:  Representative Duplessis?

11          REP. DUPLESSIS:  Mr. Speaker, in recognizing

12  that we appear to be notifying the Senate, we've just

13  been notified by the Senate, I did have my personal

14  privilege button pressed. I would like to just ask for

15  that opportunity to be recognized for personal

16  privilege.

17          REP. SCHEXNAYDER:  Well, and -- and we can do

18  that but we're going to get our message across and then

19  when we come back.

20          REP. DUPLESSIS:  So we will recognize me for

21  personal privilege?

22          REP. SCHEXNAYDER:  I will.

1          REP. DUPLESSIS:  Thank you.

2          REP. SCHEXNAYDER:  Representative Coussan?

3          REP. COUSSAN:  Mr. Speaker, members, we have

4    informed the Senate that we are ready to adjourn sine

5    die.

6          REP. SCHEXNAYDER:  All right.

7          REP. DUPLESSIS:  Personal privilege. Well, the

8    sheep are going to be separated from the goats. And

9    when you look up and you say, when did I see you and

10   feed you? When were you in prison and I visited you?

11   When were you hungry and I fed you?

12          You know where the righteous are, you know

13   where the just are, you know where the unjust and

14   unrighteous are. I love you all, but again, we are so

15   much better than what we're showing today. Thank you,

16   Mr. Speaker.

17          REP. SCHEXNAYDER:  Representative Stefanski to

18   the floor. He waives. Representative Thompson for a

19   motion.

20          REP. THOMPSON:  Mr. Speaker and members, I

21   move we adjourn sine die.

22          REP. SCHEXNAYDER:  Duplessis objects. All

1    those in favor of sine die, vote yay. All those

2    opposed, vote nay. The clerk will --

3              FEMALE:  [inaudible]

4              REP. SCHEXNAYDER:  Yes.

5              REP. WILLARD:  What's the required vote to

6    adjourn sine die?

7              REP. SCHEXNAYDER:  Simple majority.

8              REP. WILLARD:  Of those present in voting or

9    53?

10             REP. SCHEXNAYDER:  Simple majority of the

11   members present.

12             REP. WILLARD:  I request a lockout.

13             REP. SCHEXNAYDER:  All right. 20 members

14   joining Representative Willard in a lockout. Request

15   for a lockout.

16             Vote your machines for a lockout. All right.

17   Lockout is obvious. Members, quorum call. Vote your

18   machines. Landry, yes. Mine's -- through voting,

19   members? Firment. You through voting?

20             All right. Close them up. 63 members in a

21   quorum. All right. All those in favor of sine die, vote

22   yay. All those opposed, vote nay. The clerk will open

1    the machines.

2              Members, vote your machines. Firment, yay.

3    Landry, no. All right. Through voting? All right. Close

4    it up. You voting no?

5              All right. Close the machine. 38 yays, 26

6    nays. The House is adjourned.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

1              CERTIFICATE OF TRANSCRIBER

2        I, Chris Naaden, a transcriber, hereby declare

3    under penalty of perjury that to the best of my ability

4    from the audio recordings and supporting information;

5    and that I am neither counsel for, related to, nor

6    employed by any of the parties to this case and have no

7    interest, financial or otherwise, in its outcome, the

8    above 9 pages contain a full, true and correct

9    transcription of the tape-recording that I received

10   regarding the event listed on the caption on page 1.

11

12        I further declare that I have no interest in

13   the event of the action.

14

15   _____

16        June 24, 2022

17        Chris Naaden

18

19   (453585, 6. House Chamber June 18)

20

21

22

## A

**ability**
10:3
**above**
10:8
**across**
6:18
**action**
10:13
**adjourn**
3:18, 4:14,
5:5, 5:6, 6:5,
7:4, 7:21, 8:6
**adjourned**
9:6
**adjourning**
5:8
**again**
6:7, 7:14
**against**
2:20
**all**
2:7, 2:16, 3:1,
3:21, 4:20, 5:3,
5:7, 5:11, 5:12,
5:14, 5:20, 7:6,
7:14, 7:22, 8:1,
8:13, 8:16,
8:20, 8:21,
8:22, 9:3, 9:5
**allegiance**
3:3
**along**
2:15
**also**
2:13
**amen**
2:22
**amount**
4:3
**announcement**
6:2
**any**
4:9, 4:16, 10:6
**appear**
6:12
**appoints**
6:3

**appreciate**
5:20, 6:1
**arms**
6:8
**art**
2:16
**asks**
3:18
**audio**
10:4

## B

**back**
6:19
**based**
4:2, 4:12
**because**
4:11
**been**
4:1, 4:8, 4:9,
6:13
**being**
3:9
**best**
10:3
**better**
7:15
**bill**
4:9, 4:10
**body**
3:17
**bread**
2:19
**button**
6:14

## C

**calendar**
4:9
**call**
2:3, 4:5, 8:17
**called**
3:7, 3:9
**caption**
10:10
**case**
10:6
**certificate**
10:1

**chamber**
1:8, 6:9, 10:19
**chicken**
2:10
**chris**
10:2, 10:17
**christian**
1:22
**clerk**
5:9, 8:2, 8:22
**close**
2:7, 5:12,
8:20, 9:3, 9:5
**come**
2:2, 2:17, 6:19
**committee**
6:4
**completed**
5:19
**concluded**
5:14
**consented**
3:17
**contain**
10:8
**correct**
10:8
**could**
4:6
**counsel**
10:5
**coussan**
6:6, 6:8, 7:2,
7:3

## D

**daily**
2:19
**day**
2:18
**declare**
10:2, 10:12
**deliver**
2:21
**die**
3:18, 4:14,
4:17, 5:21, 6:5,
7:5, 7:21, 8:1,

8:6, 8:21
**directed**
3:16
**dispense**
3:12
**dixon**
3:19
**done**
2:18
**duplessis**
4:17, 4:18,
4:22, 5:7, 6:10,
6:11, 6:20, 7:1,
7:7, 7:22

## E

**each**
2:13
**earth**
2:18
**effort**
5:20
**efforts**
4:9
**employed**
10:6
**end**
4:11
**enough**
4:12
**essentially**
4:5
**event**
10:10, 10:13
**every**
2:13
**evil**
2:21

## F

**failure**
4:11
**father**
2:16
**favor**
4:20, 5:7, 8:1,
8:21
**fed**
7:11

| | | | |
|---|---|---|---|
| **federal**<br>4:4 | **goats**<br>7:8 | 5:18 | **M** |
| **feed**<br>7:10 | **going**<br>6:18, 7:8 | **information**<br>10:4 | **machine**<br>9:5 |
| **female**<br>8:3 | **good**<br>2:22 | **informed**<br>4:8, 7:4 | **machines**<br>2:3, 2:4, 2:5, |
| **financial**<br>10:7 | **governor**<br>4:5 | **instrument**<br>4:6 | 5:9, 5:10, 8:16,<br>8:18, 9:1, 9:2 |
| **firment**<br>8:19, 9:2 | **H** | **interest**<br>10:7, 10:12 | **made**<br>4:5 |
| **five**<br>3:13 | **hallowed**<br>2:17 | **J** | **magee**<br>3:8 |
| **flag**<br>3:3 | **hard**<br>5:20, 6:1 | **job**<br>1:20 | **majority**<br>8:7, 8:10 |
| **flat**<br>4:11 | **heaven**<br>2:16, 2:18 | **johnson**<br>6:6, 6:7 | **make**<br>4:6 |
| **floor**<br>7:18 | **help**<br>2:14 | **joining**<br>8:14 | **meet**<br>6:8 |
| **follow**<br>2:15 | **here**<br>5:18 | **journal**<br>3:12 | **members**<br>2:3, 2:4, 2:7, |
| **following**<br>3:9, 6:4 | **hereby**<br>10:2 | **judge**<br>4:4 | 2:8, 2:22, 3:10,<br>3:14, 3:15, 4:1, |
| **fontenot**<br>3:6, 3:14, 6:3 | **hewitt**<br>5:15, 5:16,<br>5:17 | **june**<br>1:10, 3:6,<br>10:16, 10:19 | 5:9, 5:10, 5:13,<br>5:17, 6:3, 7:3,<br>7:20, 8:11, |
| **forever**<br>2:22 | **hey**<br>2:10, 2:11 | **K** | 8:13, 8:17,<br>8:19, 8:20, 9:2 |
| **forgive**<br>2:19 | **honorable**<br>3:8, 3:15, 3:17 | **kingdom**<br>2:17 | **message**<br>5:13, 6:18 |
| **fortunate**<br>2:12 | **hour**<br>3:5, 3:13 | **know**<br>7:12, 7:13 | **messages**<br>3:14 |
| **four**<br>3:5 | **house**<br>1:8, 2:2, 2:8,<br>3:7, 3:8, 3:16, | **L** | **mike**<br>6:6, 6:7 |
| **friday**<br>3:6 | 3:18, 4:14, 6:5,<br>9:6, 10:19 | **landry**<br>8:18, 9:3 | **mine's**<br>2:6, 8:18 |
| **fried**<br>2:10 | **hungry**<br>7:11 | **lead**<br>2:20, 3:2 | **moment**<br>2:11 |
| **full**<br>10:8 | **huval**<br>6:6, 6:7 | **listed**<br>10:10 | **morning**<br>3:5, 3:13 |
| **further**<br>10:12 | **I** | **lockout**<br>8:12, 8:14,<br>8:15, 8:16, 8:17 | **motion**<br>4:16, 5:13,<br>7:19 |
| **G** | **indicated**<br>4:2 | **look**<br>7:9 | **move**<br>4:10, 4:13,<br>7:21 |
| **gadberry**<br>2:6 | **inevitably**<br>4:11 | **lord's**<br>2:14 | **moves**<br>3:12, 5:3, 5:7 |
| **give**<br>2:18 | **inform**<br>3:16, 4:13, | **louisiana**<br>1:8 | **much**<br>7:15 |
| **glory**<br>2:21 | | **love**<br>7:14 | |

**N**

naaden
1:22, 10:2,
10:17
name
2:17
nay
5:8, 8:2, 8:22
nays
5:12, 9:6
near
6:9
neither
10:5
non-debatable
5:2
notified
6:13
notify
6:4
notifying
6:12

**O**

object
4:17, 5:4, 5:7
objection
3:13, 4:16,
4:19, 5:1, 5:3
objects
7:22
obvious
8:17
one
2:13, 4:5
only
4:4
open
5:9, 8:22
opened
2:8
opportunity
6:15
opposed
5:8, 8:2, 8:22
order
2:2, 3:7

ordered
3:13, 4:4
otherwise
10:7
out
4:11
outcome
10:7

**P**

page
10:10
pages
1:21, 10:8
parties
10:6
passes
5:13
penalty
10:3
perjury
10:3
personal
6:13, 6:15,
6:21, 7:7
please
6:8
pledge
3:2, 3:3
prayer
2:9, 2:11, 2:14
present
8:8, 8:11
pressed
6:14
pressly
2:6, 5:10
pretty
2:22
prison
7:10
privilege
6:14, 6:16,
6:21, 7:7
pro
3:8
process
4:3, 4:7, 4:10

proud
2:12

**Q**

quorum
2:8, 8:17, 8:21

**R**

raise
4:18
reading
3:12
ready
4:14, 6:5, 7:4
rear
6:9
received
10:9
recognize
6:20
recognized
6:15
recognizing
6:11
recordings
10:4
redistricting
1:9
regarding
10:10
related
10:5
rep
2:2, 2:10, 3:1,
3:3, 3:5, 3:11,
3:21, 4:1, 4:16,
4:18, 4:20,
4:22, 5:2, 5:5,
5:6, 5:22, 6:10,
6:11, 6:17,
6:20, 6:22, 7:1,
7:2, 7:3, 7:6,
7:7, 7:17, 7:20,
7:22, 8:4, 8:5,
8:7, 8:8, 8:10,
8:12, 8:13
representative
2:9, 3:1, 3:11,

3:21, 4:17, 5:3,
5:6, 5:15, 6:7,
6:10, 7:2, 7:17,
7:18, 8:14
representatives
3:7, 3:9, 3:16,
3:18, 6:5
request
8:12, 8:14
required
8:5
respectfully
3:19
returned
4:9
right
2:7, 2:16, 3:1,
3:21, 4:20, 5:3,
5:11, 5:12,
5:14, 7:6, 8:13,
8:16, 8:20,
8:21, 9:3, 9:5
righteous
7:12
roll
2:3, 3:9
romero
3:2, 3:3

**S**

same
3:19
say
2:12, 7:9
saying
2:14
schexnayder
2:2, 3:1, 3:5,
3:11, 3:21,
4:16, 4:20, 5:2,
5:6, 5:22, 6:10,
6:17, 6:22, 7:2,
7:6, 7:17, 7:22,
8:4, 8:7, 8:10,
8:13
secretary
3:20
see
7:9

sen
5:17
senate
3:15, 3:17,
3:20, 4:2, 4:8,
4:13, 5:14,
5:18, 6:4, 6:12,
6:13, 7:4
senator
5:15
senators
5:22
send
5:13
separated
7:8
sergeant
6:8
serve
2:13
session
5:19
sheep
7:8
showing
7:15
side
4:10
signature-ut7b1
10:14
simple
8:7, 8:10
sine
3:18, 4:14,
4:17, 5:21, 6:5,
7:4, 7:21, 8:1,
8:6, 8:21
speak
4:22
speaker
3:8, 3:14,
3:15, 4:12,
4:15, 5:11,
5:17, 6:3, 6:11,
7:3, 7:16, 7:20
special
5:19
states
3:4

stefanski
3:22, 4:1, 5:3,
5:5, 6:6, 6:7,
7:17
still
4:6
submitted
3:19
supporting
10:4

**T**
take
2:11
tanner
3:8
tape-recording
10:9
tem
3:8
temptation
2:21
testimony
1:7
th
3:6
thank
2:13, 2:22,
4:14, 5:17,
5:22, 7:1, 7:15
think
5:21
thompson
3:11, 7:18,
7:20
through
2:5, 2:6, 4:6,
4:10, 5:10,
5:11, 8:18,
8:19, 9:3
thy
2:17
time
4:3, 4:12,
4:13, 5:21
today
2:8, 2:11, 7:15
transcribed
1:22

transcriber
10:1, 10:2
transcript
1:6
transcription
10:9
trespassed
2:20
trespasses
2:19
true
10:8
turner
2:9, 2:10, 6:6,
6:8

**U**
under
10:3
united
3:4
unjust
7:13
unrighteous
7:14

**V**
video-recorded
1:6
visited
7:10
vote
2:3, 2:5, 5:8,
5:9, 8:1, 8:2,
8:5, 8:16, 8:17,
8:21, 8:22, 9:2
voting
2:5, 2:6, 5:10,
5:11, 8:8, 8:18,
8:19, 9:3, 9:4

**W**
waives
7:18
want
2:11, 2:12
watching
4:2

way
4:6
we'll
5:13
we're
5:18, 6:18,
7:15
we've
5:19, 6:12
willard
8:5, 8:8, 8:12,
8:14
without
3:13
work
5:14, 5:19, 6:1
worked
5:19

**Y**
y'all
2:13
yay
5:8, 8:1, 8:22,
9:2
yays
5:12, 9:5
yeah
4:18
yep
6:1
yesterday
4:2
yolanda
3:19

**1**
10
1:21
17
3:6
18
1:10, 10:19

**2**
20
8:13
2022
1:10, 3:6,

```
10:16
24
10:16
26
9:5
29
5:12
              3
38
9:5
              4
453585
1:20, 10:19
              5
53
5:12, 8:9
              6
63
8:20
              8
89
2:7
```