# Exhibit N

UNCERTIFIED ROUGH DRAFT

```
 1              ROUGH DRAFT

 2

 3              N O T I C E

 4

 5     This transcript is an UNCERTIFIED ROUGH DRAFT

 6     TRANSCRIPT ONLY.  It contains raw output from the

 7     court reporter's stenotype machine translated into

 8     English by the court reporter's computer software,

 9     without the benefit of proofreading.  It may

10     contain untranslated steno outlines,

11     mistranslations (wrong words), and misspellings.

12     These and any other errors will be corrected in

13     the final transcript.  Since this rough draft

14     transcript has not been proofread, the court

15     reporter cannot assume responsibility for any

16     errors therein.

17

18     This rough draft transcript is intended to

19     assist attorneys in their case preparation and is

20     not to be construed as the final transcript.  It

21     is not to be read by the witness or quoted in any

22     pleading or for any other purpose and may not be
```

23    filed with any court.

24

25


UNCERTIFIED ROUGH DRAFT

UNCERTIFIED ROUGH DRAFT

1    this is a deposition in the matter of Robinson

2    versus Ardoin.

3

4

5         MR. FARR:  I'll just identify myself for

6    the record.  My name is Tom Farr.  With me in the

7    room is Alyssa Riggins.  We're both partners with

8    Nelson Mullins, and we're representing the

9    Secretary of State.

10                   ^ WITNESS NAME,

11    having been first duly sworn, was examined and

12    testified as follows:

13                        EXAMINATION

```
14    BY MR. FARR:

15       Q      Dr. Handley, can you hear me?

16       A      I can.

17       Q      Nice to see you today.

18              Would you let me know if you don't

19    understand any of the questions I ask, either

20    because I'm not speaking clearly or because I've

21    asked a stupid question?  And if you do that, I'll

22    try to rephrase my question.  All right?

23       A      Yes.

24       Q      And I don't think this is going to take a

25    long time.  But if you need to take a break at
```

UNCERTIFIED ROUGH DRAFT

Page 3

UNCERTIFIED ROUGH DRAFT

```
1     some point in time, just let me know.  That's

2     perfectly okay with me.  All right?

3        A      Yes.

4               I'm sorry.  Is there a way -- people are

5     flashing in and out.  It's a little bit
```

6    distracting.  I don't know --

7              Never mind.  Sorry.  Go ahead.

8              (A discussion was held off the record.)

9              MR. FARR:  Thanks, Dr. Handley.

10              And please let me know if you're having

11    any issues, because we want to accommodate you,

12    make this as easy as possible.  So just give me a

13    holler.

14              I'd like to call up as Exhibit 1 in this

15    deposition document number 225-2, which I believe

16    is Dr. Handley's remedial report.  Can we put that

17    on the screen so Dr. Handley can see that.

18              A/V TECH:  Yes.  Please stand by.

19              (Exhibit Handley-1 marked for

20    identification and attached to the transcript.)

21    BY MR. FARR:

22    Q    Dr. Handley, I want to ask you some

23    questions about your remedial report, which is the

24    reason why we're here today.  I first want to

25    start off by asking you about two different tests

UNCERTIFIED ROUGH DRAFT

UNCERTIFIED ROUGH DRAFT

1    that you have performed in your report.

2              There's one mention on page 2 of your

3    report called, District-Specific, Functional

4    Analysis of Remedial Map.

5              Do you see that?

6    A      I don't see it on the screen.

7              Now I see it on the screen.

8              I also have a copy of my report here.

9    Q      Okay.  Why don't you refer to your

10   report.  That will make it quicker.

11   A      Thank you.  Yes.

12   Q      Thank you very much.

13             So on page 2, you've got a test you call,

14   District-Specific, Functional Analysis of Remedial

15   Map.  And then on page 3, you've got a test

16   called, Calculating the Black Voting Age

17   Percentage Needed to Elect Black-Preferred

18   Candidates.

19             Is that a fairly accurate description of

20   your report?

21   A      I would say that's fairly accurate.  I'm

22   not sure I would call those tests, but those are

23   the titles of those two sections, yes.

24       Q     Okay.  What would you call them instead

25   of tests?


UNCERTIFIED ROUGH DRAFT


                                               Page 5
                    UNCERTIFIED ROUGH DRAFT

1        A     I'm not really sure.  I haven't thought

2   of a word to do this.  I mean, it's --

3        Q     If you don't have a specific word and I

4   happen to use the word "test," you'll know what

5   I'm speaking of, okay?

6        A     Yes.

7        Q     So I wanted to ask you, what is the

8   difference between these two tests or measurements

9   that we find in your report?  What does one do

10   versus what does the other one do?

11       A     So table number 1 looks at the

12   recalculated or recompiled election results for

13   the actual district with the VAP set as what the

14    district is set at, which is about a little over

15    51, about 52 percent Black voting age population.

16         So this is what the recompiled election

17    results indicate that that particular district at

18    52 percent Black voting age population.

19         Then when I'm discussing calculating the

20    Black voting age population needed to elect, I am

21    sliding the black voting age population away from

22    51 and down as far as -- let me see the table -- I

23    think it's as far as 40 percent and up as high as

24    55 percent.

25         MR. FARR:  Could I ask a question.  Could

UNCERTIFIED ROUGH DRAFT

Page 6
UNCERTIFIED ROUGH DRAFT

1    I get the volume turned up on Dr. Handley, please.

2         Okay.  Thanks.

3    Q    Dr. Handley, are both of these tests or

4    whatever word applies to them, are they both

```
 5   considered a functional analysis?

 6      A    I would say yes.  I'm not sure that we

 7   have a distinct definition of what a functional

 8   analysis is.  But in my mind, it looks at election

 9   results.

10      Q    Okay.  Well, how would you define a

11   functional analysis?

12      A    As I said, I think it looks as election

13   results, would the Black-preferred candidate

14   actually win.

15      Q    Okay.  So I want to now talk about the

16   district-specific analysis that you've done on

17   Mr. Fairfax's remedial map.

18           Is that similar to the test or analysis

19   you performed in your prior reports?

20      A    You're referring to the effectiveness

21   analysis in Table 1?

22      Q    Table 1, yes, ma'am.

23      A    That is precisely the same.  The only

24   thing that's changed is that the district is

25   slightly different in configuration.
```

UNCERTIFIED ROUGH DRAFT

Page 7

UNCERTIFIED ROUGH DRAFT

1    Q     Okay.  What is meant by "effectiveness

2    score"?

3    A     That's the word that I use to indicate

4    the percentage of the district -- of the elections

5    as recompiled in that district that the

6    Black-preferred candidate would win, it's

7    effective in electing the Black-preferred

8    candidate.

9    Q     So you have an effectiveness score 1 and

10   2.  What are the differences between those two?

11   A     I analyzed 15 contests that included

12   Black candidates, and all of those contests, the

13   candidate preferred by Black voters was, in fact,

14   one of the Black candidates, if there were more

15   than one black candidate.

16        The first score, score number 1, looks at

17   all 15 contests and looked to see if the

18   Black-preferred candidate would win that contest

19   or proceed to the runoff.

20        And the percentage that you see next to

21   each district is the percentage of the

22    15 elections that the Black-preferred candidate

23    would either win outright with 50 percent of the

24    vote or proceed to the runoff.

25                The effectiveness score, number 2 looks


UNCERTIFIED ROUGH DRAFT


                                                      Page 8
                         UNCERTIFIED ROUGH DRAFT

1    at what would happen if there are only two

2    candidates.  So let's say in the effectiveness

3    score number 1, our Black-preferred candidate

4    makes it to a runoff, what's likely to happen in

5    the runoff.

6                And in that instance, I have to focus on

7    just those elections with two candidates.  And

8    that's what you have in effectiveness score

9    number 2.

10               (Cross-talk.)

11    Q    Okay.

12    A    It looks at the percentage of cases of

13    elections that the Black-preferred candidate would

14    have won in a two-contest situation.

15        Q     Okay.  And you're the one who selected

16    which contests to evaluate, or did someone else do

17    that for you?

18        A     I looked at all contests that had Black

19    candidates since 2015.  So it's -- I mean, I said

20    I want to look at all contests that have Black

21    candidates, and then it's the elections themselves

22    that dictated which would be included and which

23    wouldn't under those conditions.

24        Q     Okay.  Can white candidates be the

25    preferred candidates of choice for

UNCERTIFIED ROUGH DRAFT

Page 9
UNCERTIFIED ROUGH DRAFT

1    African-American voters?

2        A     They can.

3        Q     And could the results of your

4    effectiveness test be changed if you included

5    other contests in your analysis besides the ones

6    you selected?

7        A    The ones I selected were selected

8    specifically because they gave Black voters an

9    option.  They didn't have to vote for the Black

10   candidate.  In all these instances, they did, but

11   they didn't have to.  There were examples in

12   Congressional elections where the Black-preferred

13   candidate was not the Black candidate.

14       Q    Okay.

15       A    My effectiveness score is based on those

16   elections in which Black voters had the

17   opportunity to vote for a Black candidate.

18       Q    You could have included some elections

19   where the Black-preferred candidate was a white

20   Democrat, and you didn't do that; is that correct?

21       A    Again, my definition of "effectiveness"

22   is, in situations where Black voters have the

23   option to vote for a Black candidate, what

24   happens.

25       Q    But you could have done the same study

UNCERTIFIED ROUGH DRAFT

1   for contests involving a white Democrat, correct?

2       A    Yes, it's correct.  I would not do that

3   in this case, but I could have.

4       Q    Have you done that in other cases where

5   you have used a contest that has a white Democrat

6   as an example of a contest where the

7   Black-preferred candidate either won or lost an

8   election?

9       A    Where the Black candidate either won or

10  lost an election.

11          Do you want to repeat that?

12      Q    Sure.

13          In other studies that you've performed,

14  have you ever used a contest where the

15  Black-preferred candidate was a white Democrat and

16  not a Black person?

17      A    Yes.  Certainly in states where there are

18  no Black candidates who ran, the only option would

19  be to include white candidates, yes.

20      Q    In Mr. Fairfax's remedial plan, you

21    looked at both Congress District 2 and

22    Congressional District 5; is that correct?

23        A    I produced effectiveness scores for all

24    six districts, including 2 and 5.

25        Q    Okay.  And it appears to me that the


UNCERTIFIED ROUGH DRAFT

UNCERTIFIED ROUGH DRAFT

1    results for Congressional District 2 are more

2    effective than the results for Congressional

3    District 5; is that correct?

4        A    The Black-preferred candidate won more

5    contests in both instances in District 2 than in

6    District 5.

7        Q    Do you have an opinion that explains this

8    difference?

9        A    The Black-preferred candidate is more

10    likely to win in District 2 than in District 5.

11        Q    Did you ever study why that's so?

12        A    I did a racial Black voting analysis of

13    Congressional elections and statewide elections,

14    of the Congressional elections in Districts 2, 3,

15    4, and 5, not District 1.  But I looked at

16    Congressional elections in Districts 2, 3, 4, 5,

17    and 6, and voting was less polarized in District 2

18    than in 3, 4, 5, and 6.

19    Q     Okay.  So to make sure I understand that,

20    you believe that voting in the area encompassed by

21    Congressional District 2 is less polarized than in

22    the area encompassed by Congressional District 5;

23    is that correct?

24    A     Not exactly.

25          The Congressional elections themselves


UNCERTIFIED ROUGH DRAFT


Page 12
UNCERTIFIED ROUGH DRAFT

1    were less polarized.  The statewide elections were

2    still polarized, but there was more white

3    crossover voting.

4      Q      We'll get to that in a second because I

5  want to make sure I understand how you define

6  "polarized voting."

7            So let's now turn to page 3, in the

8  section that's titled, Voting Patterns in Remedial

9  District 5.

10            And in that section, you use a term,

11  starkly racially polarized.

12            Can you tell me what that means.

13      A      It means there is a very large difference

14  between Black support for Black-preferred

15  candidates and white support for white -- for

16  Black-preferred candidates.  The white support for

17  Black-preferred Black candidates is very low.

18      Q      Is there ever an instance where polarized

19  voting is not starkly racially polarized voting?

20      A      Do you mean in Louisiana, or do you mean

21  when I've done these analyses in other places?

22  There's certainly many places where it's not

23  starkly polarized.

24      Q      I'm just trying to understand.  Can you

25  have polarized voting -- let's start over.

UNCERTIFIED ROUGH DRAFT

UNCERTIFIED ROUGH DRAFT

1          What is the definition of "polarized

2    voting"?  I've always thought it meant that a

3    majority of the whites voted for a different

4    candidate than the majority of Blacks.

5          Is that an accurate definition?

6    A     No, I wouldn't say that.  I would say

7    that's true if you were talking about two

8    candidates, but a lot of these elections aren't

9    two candidates.

10         So I would say that the definition is

11   white voters voting alone would elect a different

12   candidate than Black voters voting alone.

13   Q     So that's polarized voting.

14         What's the difference between that and

15   starkly racialized polarized voting?

16   A     "Starkly" is an adjective saying that the

17   difference is quite stark; in other words, there's

18   a big difference.

19   Q     How do you -- when does it cross the line

20   between just polarized voting and starkly

21  racialized polarized voting?

22      A     Well, for example, when I looked at

23  elections in Virginia where you consistently have

24  40 percent -- the voting is polarized and Blacks

25  would have elected different candidates, but you


UNCERTIFIED ROUGH DRAFT


                                        Page 14
UNCERTIFIED ROUGH DRAFT

1   have white crossover vote to the tune of

2   40 percent.  That is not starkly polarized.

3         When you have crossover vote to the tune

4   of 10 percent, that is starkly polarized.

5      Q     Is there a difference between the way you

6   could categorize polarized voting in a district

7   where the Black-preferred candidate can win with

8   less than 50 percent black voting age population

9   versus a district where the Black-preferred

10  candidate cannot win without the BVAP being over

11  50 percent?

12    A    Voting can be polarized in either

13    instance.

14    Q    Excuse me?  I'm sorry.  Could you repeat

15    that?

16    A    Voting could certainly be polarized in

17    both instances.

18    Q    Is there a difference in the type of

19    polarization?  Is one of them -- are they both

20    starkly racially polarized, or is one of them --

21    A    I don't know without seeing the

22    percentages.

23    Q    Excuse me?  I'm sorry.  I apologize,

24    Dr. Handley.  Could you repeat that.

25    A    I wouldn't know without knowing the

UNCERTIFIED ROUGH DRAFT

Page 15

UNCERTIFIED ROUGH DRAFT

1    percentages.  The word "starkly" was attached to

2    the difference between the white support and the

3    Black support -- Black voter support for the

 4    Black-preferred candidate.

 5            The hypothetical you just gave me doesn't

 6    give me enough information to answer that

 7    question.

 8    Q    Okay.  So in terms of how you would

 9    define "polarized voting," you don't see a

10    difference between a district where a Black can be

11    elected with less than 50 percent Black voting age

12    population versus one which requires that the

13    district be over 50 percent for the

14    Black-preferred candidate to win?

15    A    In both instances, it's quite possible

16    that voting was racially polarized.

17    Q    Is the level of racial polarization the

18    same in both of those districts?

19    A    Define "level of polarization."  What do

20    you mean by "level"?

21    Q    Well, in one district, the Black

22    candidate needs to have a district that's at least

23    50 percent Black voting age population to be able

24    to win the election, while in the other district,

25    the Black voting age population can be under

UNCERTIFIED ROUGH DRAFT

Page 16

UNCERTIFIED ROUGH DRAFT

1   50 percent.

2           So does that indicate any difference in

3   the level of polarization rates in those two types

4   of districts?

5       A     Every contest could be polarized in both

6   of those.

7       Q     But are they the same rate in both or a

8   different rate?

9       A     It could be a hundred percent -- every

10  contest could be polarized in both instances.

11      Q     What do you mean by "polarized"?

12      A     Black and white voters are supporting

13  different candidates.  If they had voted

14  separately, they would have elected different

15  candidates.

16      Q     Okay.  So are more white voters

17  supporting the candidate preferred by the Black

18  candidate in a district that's under 50 percent

19  than the percent of white voters supporting the

20    Black-preferred candidate in a district that's

21    over 50 percent?

22        A    It's possible.

23        Q    Well, isn't it not only possible, isn't

24    it likely, Dr. Handley?

25        A    Oh, you know, you also have to take into


UNCERTIFIED ROUGH DRAFT


                                        Page 17
                    UNCERTIFIED ROUGH DRAFT

1    account turnout rates and the degree of Black

2    cohesion.  So no, it's not always the case that

3    that would be so.

4        Q    Okay.  In your profession, what does the

5    term "white crossover voting" mean?

6        A    It is a reference to whites who are

7    supporting the Black-preferred candidate when most

8    whites are not.  In other words, it's the degree

9    of white support for the Black-preferred

10    candidate, assuming that the majority of whites

11    did not support that candidate.

12      Q      Okay.  And districts in which a

13  Black-preferred candidate can win with less than

14  50 percent Black voting age population, is it fair

15  to call those districts crossover districts?

16      A      That's not a term that I use.

17      Q      You've never heard that before?

18      A      I might have.  I'm not really sure.  I

19  don't use that term.

20      Q      Are you aware of any other experts in

21  your field who have used the term "crossover

22  district"?

23      A      No.

24      Q      I want you to tell me what Appendix A to

25  your report is.


UNCERTIFIED ROUGH DRAFT


Page 18
UNCERTIFIED ROUGH DRAFT

1      A      Appendix A is the results of the racial

2  Black voting analysis, just those precincts that

3    fall within the District 5 in the remedial map.

4    Q    Okay.  And you did not do a similar

5    appendix for Congressional District 2 in the

6    remedial map, did you?

7    A    That's correct.

8    Q    And you had the data and the time

9    available to you to perform the same analysis

10   that's in Appendix A for District 5 for remedial

11   District 2, did you not?

12   A    No, I don't have very much time, sir.

13   Q    So why didn't you do that analysis for

14   Congressional District 2?

15   A    I wasn't asked to do that.  I was asked

16   whether Congressional District 5 could go below

17   50 percent and still elect the candidate of

18   choice.  And so I used the analysis that you see,

19   and I think it's in Table 2, to answer that

20   question.

21   Q    Do you have an opinion on whether the

22   Black-preferred candidate in Congressional

23   District 2 could be elected in a district with

24   less than 50 percent black voting age population?

25   A    I have not done the analysis, so I don't

UNCERTIFIED ROUGH DRAFT

UNCERTIFIED ROUGH DRAFT

1    have an informed opinion in the sense that I

2    haven't done the analysis.

3        Q    Do you have any opinion?

4        A    Well, I would speculate that the

5    Black-preferred candidate could win minus

6    50 percent.  But as I said, I didn't do the

7    analysis.

8        Q    If you had done the same analysis for

9    Congressional District 2 that you've done in this

10   report for Congressional District 5, you could

11   have answered that question, correct?

12       A    I could have done the same analysis for

13   Congressional District 2 in the remedial plan as

14   Congressional District 5, that's correct.

15       Q    And you could have determined the level

16   of Black population that was needed for the

17   Black-preferred candidate to win that district in

18   Congressional District 2, correct?

19       A    I could do exactly the same analysis that

20    I did for 5 that I did for 2.

21        Q      Okay.  Now, I want to look at the section

22    in your report called, Calculating the Black

23    Voting Age Population Needed to Elect

24    Black-Preferred Candidates.

25            Are you there?


UNCERTIFIED ROUGH DRAFT


                                        Page 20
                  UNCERTIFIED ROUGH DRAFT

1      A      Yes.

2      Q      And I think we agreed that this can be

3    called a functional analysis?

4      A      Yes.

5      Q      And you did not perform this type of

6    analysis in your prior reports, did you?

7      A      In this case, that's correct.

8      Q      And we've just -- we've also agreed that

9    you didn't perform this type of analysis for

10   Congressional District 2 in the remedial plan?

11      A      Correct.

12      Q      If you had performed this analysis for

13  Congressional District 2, you could have

14  determined whether Blacks could elect their

15  preferred candidate in that district with less

16  than 50 percent Black voting age population; is

17  that correct?

18      A      Is that -- I think that's the same

19  question you asked me before.  Is there a

20  difference between that question and your earlier

21  question?

22      Q      Well --

23      A      Am I missing something?

24      Q      You can answer the question, Dr. Handley.

25  It's not -- the purpose is not for you to ask me


UNCERTIFIED ROUGH DRAFT




                                        Page 21
UNCERTIFIED ROUGH DRAFT

1   questions.  You can answer or decline to answer.

2   It's up to you.

3      A      I'm trying to understand if it's a

4    different question or not, if I've missed

5    something.

6            Do you want to repeat the question,

7    please?

8      Q      Sure.

9            If you performed this analysis, this

10    calculating the black voting age population needed

11    to elect Black-preferred candidates, if you had

12    done that for Congressional District 2 in the

13    remedial plan, you could have determined whether

14    Blacks could elect their candidate of choice with

15    less than 50 percent Black voting age population;

16    is that correct?

17      A      Yes.

18      Q      If Blacks could elect their candidate of

19    choice in New Orleans, in a New Orleans-based

20    Congressional district that was less than

21    50 percent Black voting age population, would that

22    indicate the presence of significant white

23    crossover voting in that district?

24      A      Yes.  Most likely, yes.

25      Q      And would you still consider voting in

UNCERTIFIED ROUGH DRAFT

Page 22

UNCERTIFIED ROUGH DRAFT

1    that district that I've just described racially

2    polarized?

3      A    Yes.  Again, you have to have racial

4    polarization to have white crossover voting.

5    That's the definition, in my mind anyway, of

6    crossover voting.  It means the majority of whites

7    are voting for someone else.

8      Q    Would you -- in a district such as I've

9    just described in New Orleans, would there be

10   starkly racially polarized voting in that type of

11   district?

12     A    If -- I don't actually know, off the top

13   of my head, if I ever knew what the percentage of

14   white crossover voting is.

15          But, I mean, if you want to give me an

16   example, I think if you've got, say, 35 percent

17   white crossover voting, that is not starkly

18   polarized.

19          Does that answer your question?

20     Q     Sure.

21          What if they could win -- the Black

22     candidate could win the district if there was

23     20 percent white crossover voting?  Would that be

24     starkly racially polarized voting at that point?

25     A     The adjective "stark" does not mean


UNCERTIFIED ROUGH DRAFT


                                        Page 23
                     UNCERTIFIED ROUGH DRAFT

1     anything about who's winning or losing.  It simply

2     means there is a very large difference between who

3     white voters and Black voters are supporting.

4     Q     Well, then, what I'm having trouble

5     understanding in your testimony is, when does it

6     cross the line between polarized voting and

7     starkly racially polarized voting?

8     A     When there's a very large difference

9     between white support for the Black-preferred

10     candidate and Black support for the

11    Black-preferred candidate.

12        Q      And how do you define "very large

13    difference"?

14        A      Well, if it's -- for example, let's look

15    at Table -- Appendix A, and let's go down

16    (inaudible) white support.  I'm going to start

17    down in 2019 because there's two candidates here.

18    It's 5.7 percent.  It's 6. -- it's 6.6 percent.

19    It's 8.5 percent.  Then it's 9.3 percent.

20            And just reading the percentage of whites

21    voting for the Black-preferred candidate, those

22    are very low numbers.  And there's a very high

23    percentage of Blacks voting for the

24    Black-preferred candidate.

25            That's stark.


                   UNCERTIFIED ROUGH DRAFT




                                          Page 24
                   UNCERTIFIED ROUGH DRAFT

1             If it were 35 percent, that would not be

2    stark.

3        Q      Would it be stark if it was 25 percent?

4        A      I don't think I would use the word

5    "stark" unless, you know, you're talking about one

6    contest in which it's 25 and the rest of the

7    contests it's 5.

8        Q      So what -- again, I'm having a hard time

9    understanding.  When does it become -- at what

10   point does it become starkly racially polarized

11   versus when it's just racially polarized?

12       A      When the difference is stark.  When

13   there's a very large difference.  There's -- I'm

14   not going to be able to pinpoint it for you.  I'm

15   just going to say, 6 percent is pretty stark and

16   25 percent, 30 percent is not stark.

17       Q      Okay.  But other than that, you can't

18   explain to me when something crosses the line from

19   being polarized to starkly racially polarized?

20       A      No.  It's an adjective I used to describe

21   very polarized voting.  I could have said

22   "dramatically polarized."  I could have said

23   "very, very polarized."  Or I could have just said

24   "starkly polarized."

25       Q      Do you think it's fair to say that the

UNCERTIFIED ROUGH DRAFT

UNCERTIFIED ROUGH DRAFT

1    polarization rate is higher in those parts of

2    remedial District 5 other than Baton Rouge than it

3    is in Baton Rouge or New Orleans?

4       A     I did not separate out Baton Rough from

5    remedial map District 5.  What I can tell you is

6    that voting is starkly polarized in remedial map

7    District 5.  I can't tell you about Baton Rough in

8    particular.  I did not look at Baton Rough in

9    particular; I looked at the district that -- the

10   size of which is necessary to actually create a

11   Congressional district.

12      Q     But you didn't look to see whether

13   polarized voting was starkly racially polarized

14   voting in either Baton Rough or New Orleans?

15      A     I did not do a racial bloc voting

16   analysis of Baton Rough.  I did not do one of

17   New Orleans.

18      Q     Okay.  Now I want to turn to your

19    calculations for CD5 in your report.  You say that

20    the purpose of this analysis was to determine the

21    Black voting age population necessary to provide

22    Black voters with an opportunity to elect their

23    preferred candidates in this starkly polarized

24    area of the state.

25            Do you recall saying that?


UNCERTIFIED ROUGH DRAFT


Page 26
UNCERTIFIED ROUGH DRAFT

1    A    I'm still getting there.

2          Yes, that's correct.

3    Q    What does the term "necessary" mean?

4    A    Here it means, does the Black-preferred

5    candidate get enough votes to be elected

6    consistently?

7    Q    How would you define "elected

8    consistently"?

9    A    Well, we would look down the Table 2, and

10    we would see how many times the Black-preferred

11    candidate actually won the election under various

12    Black VAP scenarios.

13        Q       So if the Black-preferred candidate won a

14    majority of the elections, would that be

15    considered elected consistently, under your

16    definition?

17        A       It would be elected the majority of the

18    elections.  In a majority of the elections, a

19    Black-preferred candidate would win if the

20    district was 52 percent Black VAP.

21        Q       That helps.  Thank you.

22            Now turn to page 4 of your report, and I

23    want to read part of it into the record, if I may.

24            It's on page 4 in the first full

25    paragraph, there's a sentence that says, If voting


UNCERTIFIED ROUGH DRAFT

UNCERTIFIED ROUGH DRAFT

1    is racially polarized but a significant number of

2    white voters typically crossover, in quotation

3    marks, to vote for Black voters' preferred

4    candidate, it may be the case that crossover

5    voting can compensate for depressed Black turnout

6    relative to white turnout.  If this is the case,

7    Black voters need not make up at least 50 percent

8    of the voters in an election for the

9    Black-preferred candidate to win.  On the other

10   hand, without significant white crossover voting,

11   a Black VAP of 50 percent, or even higher, may be

12   necessary to elect the candidates of choice for

13   the Black voters.

14          Did I read that correctly?

15   A     Yes.

16   Q     So my question is, if a Black-preferred

17   candidate can win in a district with less than

18   50 percent Black voting age population, does that

19   mean, based upon what I just read from your

20   report, that there is a significant white

21   crossover vote in that district?

22   A     I think you're ignoring part of the

23   sentence.

24          So part of it rests on the turnout.  If

25   the turnout was comparable, then yes, that would

UNCERTIFIED ROUGH DRAFT

UNCERTIFIED ROUGH DRAFT

1    be true.  But let's say white turnout was very

2    depressed, that wouldn't be true.

3            So you're not giving me enough variables

4    there to answer that question.

5    Q    We can go to the report and your Table 2,

6    I think it's called, Dr. Handley.  But none of the

7    elections that you studied were elections

8    involving white turnout that was lower than the

9    Black turnout.

10           Am I correct in that?

11   A    That's correct, yes.

12   Q    Is that right?

13   A    Yes.

14   Q    Okay.  So if the white turnout was not

15   depressed and Blacks were winning districts with

16   less than 50 percent Black voting age population,

17   would that indicate the presence of significant

18   white crossover voting in that district?

19     A     I would say usually.  I would think so.

20   But maybe there are instances when the level of

21   Black cohesion -- I mean, I think the answer is

22   yes.  I can't think of an example off the top of

23   my head where it wouldn't be.  But I don't want to

24   categorically -- without knowing all the

25   variables, don't want to say there wouldn't be an

UNCERTIFIED ROUGH DRAFT

Page 29
UNCERTIFIED ROUGH DRAFT

1   instance of that.

2             But usually, it's the case that if

3   Black-preferred candidates are winning with less

4   than 50 percent of the vote, there is white

5   crossover voting.

6     Q     And significant white crossover voting,

7   correct?

8     A     Well, if you mean by "significant" there

9   is sufficient white crossover voting to elect the

10    Black-preferred candidate in less than 50 percent,

11    yeah.  I mean -- but, I mean, "significant" as I

12    used it here might be 30 percent, 35 percent.

13    There wasn't an endgame in mind when I said

14    "significant."

15        Q    By on page 4 of your report, you used the

16    word, significant number of white voters.

17            Do you see that?

18        A    Yes.

19        Q    And so what did that mean when you said

20    that in your report?

21        A    Well, that's some hypothetical.  It may

22    be 30 percent; it may be 35 percent; it may be

23    40 percent.  But it's certainly more than, say, 5

24    or 10 or 15 percent.

25        Q    Okay.  So you would agree that if Blacks


UNCERTIFIED ROUGH DRAFT

UNCERTIFIED ROUGH DRAFT

1    were cohesive and if the white turnout was not

2    depressed, a district that allowed a

3    Black-preferred candidate to win with less than

4    50 percent black voting age population would

5    indicate the presence of significant white

6    crossover voting; is that right?

7        A        Again, yes.   There may be exceptions to

8    that.   But as a general rule, I can't think of

9    what they would be.   And I would say yes.

10       Q        Okay.   Now, Dr. Handley, I want to turn

11   to your Table 2.   And you let me know when you've

12   got that in front of you.

13       A        I have it.

14       Q        Just in general, could you tell me what

15   this table is designed to portray.

16       A        This takes the information from the --

17   from Appendix B, the racial Black voting analysis,

18   and it inserts into -- this is just algebra.   So

19   I'm looking at how the Black-preferred candidate

20   would do in the very specific conditions of

21   remedial District 5 with the voting patterns and

22   turnout patterns of remedial District 5, how that

23   candidate would do in a district if you dropped

24   the number down to 40 percent, if you put it at

25   45, if it was at 50 percent, and if it was

UNCERTIFIED ROUGH DRAFT

UNCERTIFIED ROUGH DRAFT

1    55 percent.

2             So you can see, using algebra, how the

3    Black -- what percentage of votes the

4    Black-preferred candidate would get in each of

5    these conditions.

6    Q    So when you say, Congressional

7    District 5, are you actually using the geography

8    of the remedial District 5 in this analysis?

9    A    That's correct.

10   Q    And then you're just leaving everything

11   alone as far as the statistics for the district

12   except you're changing the Black voting age

13   population to be at 40 percent, 45 percent, or

14   50 percent; is that correct?

15   A    That's correct.

16   Q    Okay.  Tell me about the first column

17   about the candidates.  Could you explain that,

18    please.

19        A       So you see these are the contests.   Next

20    to that, you see the race of the Black-preferred

21    candidate.

22                Is that the column you're referring to?

23        Q       Yes.   Tell me why you picked -- I think

24    you told me that you only picked races with Black

25    candidates.   So you don't need to repeat that.


UNCERTIFIED ROUGH DRAFT


                                              Page 32
UNCERTIFIED ROUGH DRAFT

1                 I think you've broken this chart into

2     three different sections.   Could you tell me about

3     the two-candidate contests, the contests with more

4     than two candidates, and the contests with more

5     than one Black candidate.   What do those

6     represent?

7         A       Those are just the number of major party

8     candidates in a contest.   That's an organizational

9    principle.  The analysis is done the same.

10        However, there is a caveat.  Those last

11   two contests, in which there were more than one

12   Black voter and Black -- more than one Black

13   candidate, and Black voters divided their support,

14   and, therefore, were not cohesive.

15        They were cohesive behind Black

16   candidates, plural, but not a single Black

17   candidate.  There was actually no percentage Black

18   voting age population in which the Black-preferred

19   candidate would win.

20        So essentially, those two contests are

21   not included in my discussion because those

22   candidates simply wouldn't have won.

23   Q    Okay.  Now, tell me about the section of

24   this chart that deals with turnout rate.  Explain

25   that to me, please.


UNCERTIFIED ROUGH DRAFT

UNCERTIFIED ROUGH DRAFT

1      A      So the turnout of VAP, you can see that

2   for Black voters and for non-Black voters.  That's

3   just the percentage of Black voters who turned out

4   to vote in that election, and the percentage of

5   non-Black voters who turned out to vote in that

6   election.  That's not an estimate.  We know

7   turnout by race.  So that's simply reporting a

8   number that we know.

9      Q      Do they have registration by race in

10  Louisiana?

11     A      They do.

12     Q      Okay.  So in the turnout chart, you're

13  just getting the percentage by dividing the number

14  of registered African-Americans who turned out to

15  vote against their voting age population; is that

16  correct?

17     A      That's correct.

18     Q      Okay.  Got you.  All right.

19            And then tell me about the column at the

20  end where you've got the percent of Black

21  population preferred candidate would have to --

22  would have received if the district was 55

23  percent, 50 percent, 45 percent, and 40 percent.

24  Explain that to me, please.

25     A      So given the turnout rates, given the

UNCERTIFIED ROUGH DRAFT

UNCERTIFIED ROUGH DRAFT

1    degree of cohesion, and given the crossover

2    voting, calculating this out, I can determine, by

3    putting in to this spreadsheet a 55 percent, 50,

4    45, and 40 percent, the percentage of votes the

5    Black-preferred candidate would get in that

6    particular contest.

7        Q      And would you agree that the results

8    you've reported could be different if you had

9    included statewide elections where the preferred

10   candidate was a white Democrat for elections such

11   as the 2012 and 2016 presidential race, the two

12   governor races for Governor Edwards, which I think

13   were 2015 and 2019?

14            You would have reported different results

15   for whether the Black-preferred candidate would

16   win at these different racial percentages if you

17    had included this other race.

18          Am I correct about that?

19    A    You would be correct if white voters were

20    much more willing to vote for white Democrats than

21    Black Democrats.  I didn't do that analysis.  But

22    under those circumstances, if you had white voters

23    more willing to vote for white Democrats than

24    Black Democrats, yes, it would change.

25    Q    Next question is, I see that you used

UNCERTIFIED ROUGH DRAFT

Page 35
UNCERTIFIED ROUGH DRAFT

1    increments of 5 percent when you were attempting

2    to evaluate what percent of Black voting age

3    population would be needed for the Black candidate

4    to win the district.

5          Why did you choose increments of

6    5 percent?

7    A    Basically, to simplify the table.  I

8    mean, you could calculate it for a bunch more

9    percentages, but these are estimates anyway.

10         I don't want to give the impression that,

11   you know, somehow -- it just seemed to me -- this

12   was a decision that I made -- that increments were

13   the best way to do this, and I just chose

14   5 percent increments.

15   Q    Have you ever testified in other cases,

16   Dr. Handley, to the effect that a district that's,

17   say, 46 to 49 percent can be one in which Blacks

18   can effectively elect their preferred candidates?

19   A    Probably.  There are certainly a lot of

20   places in which Black-preferred candidates can get

21   elected with less than 50 percent of the vote.

22   And I've worked in some of them.  So I'm sure I've

23   found -- I don't know what the percentages are,

24   but I've certainly found percentages less than 50,

25   yes.


                    UNCERTIFIED ROUGH DRAFT

UNCERTIFIED ROUGH DRAFT

1    Q      And didn't you find that was the case for

2    an Ohio Congressional district that connected

3    Cleveland to Akron in a case you testified in a

4    few years ago, that that district didn't have to

5    be 50 percent?

6    Q

7    A      That's correct.

8    Q      And didn't you also recently give a

9    report in an Ohio legislative case where you

10   stated that Senate districts in Hamilton county

11   could be created with less than 50 percent and

12   still be an effective district for Blacks to elect

13   a preferred candidate choice?

14   A      No, I don't believe so.

15   Q      You didn't do that?

16   A      I think I found that you did need

17   50 percent.

18   Q      Oh, you did?

19   A      I don't -- maybe I'm misremembering.

20   Q      We'll check on that before you testify,

21   and I'll have those reports if we need to have

22   them.  If you're right, then we won't talk about

23   it again.

24              Now, I want to look at your just at the

25    part of your chart involving the two candidate

UNCERTIFIED ROUGH DRAFT

UNCERTIFIED ROUGH DRAFT

1    contestses.  And I think that's nine elections.

2             Is that a fair statement?

3    A     Yes.

4    Q     And if I look at the comparisons between

5    what you're projecting let's just say for U.S.

6    president, November 2020, what's what you're

7    projecting the percentage of the vote will be

8    based upon the percent of the Black population, it

9    appears to me that the percentage of the vote goes

10   up about four points for every 5 percent increase

11   in the Black voting age population.

12            Is that a fair statement?

13   A     Possibly.  I couldn't look at that, but

14   possibly.

15   Q     Okay.  So if that's correct?

16   A     You mean here in this particular -- this

17    line, right, the president; is that correct?

18        Q     I'm looking at your report, and I'm

19    looking at say for president, 2020, you said

20    (inaudible) in a district that's 45 percent is

21    49.6 percent but if it goes up to 50 percent, the

22    percent of the Black vote is 53.4 percent?

23        A     That's correct.  You're fading in and

24    out, however, I want to say.  I don't know what's

25    going on with the microphone.


UNCERTIFIED ROUGH DRAFT




                                        Page 38
                  UNCERTIFIED ROUGH DRAFT

1        Q     Oh, thanks, Dr. Handley.  I appreciate

2    that.  I'll just try to repeat that.

3              Just looking at U.S. president, November

4    2020, you report that in a district that has got

5    45 percent Black voting age population, the

6    percent of vote that the Black-preferred candidate

7    would receive is 49.6; is that correct?

8      A      Yes.

9      Q      And then if you go to the left, you say

10    that if the district is increased to 50 percent

11    Black, the percent of the vote that the

12    Black-preferred candidate would receive is 53.4

13    percent.

14            Is that correct?

15    A      Yes.

16    Q      So that's close to a four-point

17    difference, right, in percent of the vote?

18    A      Four-point, did you say?

19    Q      Yeah.

20    A      Yeah.

21    Q      Okay.  So if you look at the other eight

22    races, isn't it pretty fair to say that there is a

23    consistent increase of about 4 percent of the

24    percentage of the vote when you increase the

25    district black percent from 45 to 50 percent?


UNCERTIFIED ROUGH DRAFT

UNCERTIFIED ROUGH DRAFT

1      A      Yes.

2      Q      Okay.  So then if you --

3             (Cross-talk.)

4      A      Yeah, yes.

5      Q      Okay.  So then if you divide 4, which is

6      the percent of the increase in the vote percentage

7      by 5, which is the percent by which you've

8      increased the black voting age population, again,

9      these are just estimates, would you get about a

10     0.8 increase in the percent of the vote received

11     for every 1 percent increase in the black voting

12     age population.  Is that a fair statement?

13     A      Yes.  That's not how this is done, but

14     it's true that if you divided 4 into 5, 4 is about

15     0.8 of 5.  Yes, that's true.

16     Q      Okay.  So now let's look at what you

17     reported for the 2020 presidential race.  You

18     reported that in a district that was 45 percent

19     black, that the percent of vote by the

20     Black-preferred candidate was 49.6 percent; is

21     that correct?

22     A      Yes.

23     Q      So let's just raise that Black percent to

24     46 percent.  If you had studied this district at

25   46 percent, would that not result in about a 0.8

UNCERTIFIED ROUGH DRAFT

Page 40

UNCERTIFIED ROUGH DRAFT

1   percent increase in the percent of the vote

2   received by the Black-preferred candidate?

3      A      Let me -- first of all, let me not --

4   let's not focus on that contest.  And let's make

5   it clear that actually we would have to do that

6   for all of these contests.  And I think what

7   you'll find is, at 50 percent, only a majority of

8   the elections are won by the Black-preferred

9   candidate.

10         So the way that this is done is, I'm

11   going to look down the 50 percent column and I'm

12   going to see how many elections were won or lost.

13   And I'm only at six of the nine at 50 percent.

14         Now, by the time we get to the actual

15   composition of the district, which is 51 percent,

16    we're up at 7 elections.

17          But the focus is not on a single

18    election.  It's, let's go down the column and

19    let's see.

20          So if you wanted to go down that column

21    and let's add 0.8 to each of those, we would still

22    find that the majority of the contests would not

23    be won, not at 46, 47, 48, and barely at 50.

24          So I mean, we could play this game.  But

25    the fact is that you're not going to get a

UNCERTIFIED ROUGH DRAFT

Page 41
UNCERTIFIED ROUGH DRAFT

1    majority of the contests until you're over

2    50 percent.

3    Q    Let's revisit that, Dr. Handley.

4          For the nine elections at 45 percent, you

5    are projecting that the Black-preferred candidate

6    would win three of nine.  Is that correct?

7    A    At 45 percent.

8    Q    Yes.  Is that correct?

9    A    That's correct.

10    Q    And then you've got two districts or two

11  elections, president 2020 and Secretary of State

12  for 2015 where you're reporting that the percent

13  of vote received by the Black-preferred candidate

14  in a district that's 45 percent Black VAP would be

15  49.6 percent and 49.5 percent.

16         Do you see that?

17    A    Yes.

18    Q    So are you telling me that based upon

19  your analysis that if you raised the Black percent

20  to 46 percent if that was the percent in the

21  district, are you saying that those two districts

22  would not then perform for Black-preferred

23  candidates?

24    A    No.  What I'm saying is that the

25  lieutenant governor at 41.6, the Attorney General


                    UNCERTIFIED ROUGH DRAFT

UNCERTIFIED ROUGH DRAFT

1    at 43, the treasurer at 45.3, and the treasurer at

2    47.6 would not elect.

3        Q      Right.  But that's not my question.

4            If the district -- if percentage of black

5    population in a district was raised to 46 percent,

6    do you not agree that the percent of vote received

7    by the Black-preferred candidate under your

8    analysis of the 2020 presidential election would

9    exceed 50 percent?

10       A      So I didn't do this at 46 percent.

11           So if we look your -- what was it, 0.8

12   and added it, those two elections would also

13   elect.  But without really doing it at 46 or 47 or

14   48 or 49, I can't answer that.  All I can tell you

15   is that 50, you don't even get a majority.  And

16   you don't get a substantial number of elections

17   until you hit 55 percent.

18       Q      Well, Dr. Handley, you told me previously

19   that you thought a district would be effective and

20   have the necessary Black population if the

21   Black-preferred candidate could win a majority of

22   the elections.

23           Do you recall saying that?

24     A     I thought I said if they were elected

25     consistently.


UNCERTIFIED ROUGH DRAFT


Page 43

UNCERTIFIED ROUGH DRAFT

1          I'm not sure what the courts think an

2     effective minority district is.  I'm giving you

3     the numbers here and I'm telling you that at

4     50 percent, you would win six out of the nine

5     contests.  At 51 percent, you're up at 7 out of

6     the nine contests.  At 55 percent, you're doing

7     better.

8     Q     That's not my question.  We're not

9     focused on how many Black-preferred candidate

10    wince at 50 percent or 55 percent.

11         I'm asking you, isn't it not true that if

12    you had -- if the consistent increase in vote

13    share that we see on your chart for every time you

14    raise the Black percent 5 percent, if that would

15    occur again, if you just raised the district

16    percent by 1 percent, is it not true that the

17    Black-preferred candidate would win the 2020

18    presidential election and the 2015 Secretary of

19    State election?

20       A    Without doing the analysis, I don't know

21    that for a fact.  But adding 0.8 to it would put

22    them over 50 percent.  That is --

23       Q    Okay.  That's fine.

24            And that would mean under those

25    circumstances the Black-preferred candidate would


UNCERTIFIED ROUGH DRAFT




Page 44
UNCERTIFIED ROUGH DRAFT

1    win a majority of those nine races; is that right?

2       A    Yes.  Well, they would win the same as if

3    it were 50 percent.  That's correct.

4       Q    Okay.  Thank you.

5            Now, just a few more questions about your

6    report.  Is Black turnout normally higher in

```
 7    federal elections or off-year state elections?

 8       A      Could you mean in general in the United

 9    States?  What do you mean?

10       Q      Well, you told me how you calculated

11    turnout.  Is the turnout rate, if you took the

12    number of registered voters who voted in Louisiana

13    in federal elections or the I think it's called a

14    blue moon election when there's only a U.S. Senate

15    seat up, if you looked at the years when there

16    were federal elections and you did a turnout

17    analysis by dividing the number of Black

18    registered voters by voting age population, would

19    the turnout for Black voters be higher in federal

20    elections or in off-year state elections?

21       A      I could probably answer that question by

22    looking at earlier reports.  But I don't know off

23    the top of my head.

24              I suspect it would be federal elections.

25    But I mean, with the Louisiana system, it's really
```

UNCERTIFIED ROUGH DRAFT

UNCERTIFIED ROUGH DRAFT

1    hard to say when your federal elections are

2    sometimes in, I don't know how this works, in

3    December.  I mean, I don't really know.

4        Q    Well, if we look at your Table 2, the

5    highest turnout rate of Blacks occurred in the

6    2020 presidential election.

7             Is that a fair statement?

8        A    Yes.  I said yes.  I'm sorry.  I think

9    you might not have heard my answer.

10       Q    Okay.  Thanks.  But you, having agreed

11   that the turnout for the presidential election was

12   higher than for the off-year state elections, you

13   only included one federal election in your group

14   of nine contests that you analyzed?

15       A    That's correct.  There was only one

16   federal election that -- no, wait a minute.

17            So there's a U.S. Senate contest in 2020,

18   right?  That's the same election.

19       Q    Well, you told me you didn't count the

20   Senate election, and my question was focused only

21   on the nine two-candidate contests that you looked

22   at.

23            You only used one federal election

24    amongst those contests, two-candidate contests; is

25    that right?


UNCERTIFIED ROUGH DRAFT


Page 46

UNCERTIFIED ROUGH DRAFT

1     A     Yes.

2     Q     All right.  Then you used the 2018

3     Secretary of State election.  Do you know whether

4     that was an off-year election for -- or let me

5     rephrase that.

6           I understand that the statewide offices

7     in Louisiana are elected in odd years.  Do you

8     have that same understanding?

9     A     Yes.

10    Q     So do the Secretary of State election in

11    2018 was the equivalent of a special election.  It

12    wasn't a normally scheduled statewide election,

13    was it?

14    A     I assume not.

15    Q     And do you have an opinion on whether

16  turnout rates in what would be an off-year

17  election for statewide office are higher or lower

18  than the turnout rates for statewide elections

19  held normally in the odd numbered years?

20    A     Well, I can see here that the turnout of

21  Blacks and non-Blacks is lower in 2018.  But not

22  as low as it is in 2017.  But that must have been

23  a special election as well.  I guess it varies

24  depending on what you're talking about.

25    Q     Well, it's accurate to say that the


UNCERTIFIED ROUGH DRAFT


Page 47
UNCERTIFIED ROUGH DRAFT

1  turnout rates you report for the Secretary of

2  State election for 2018 is the second lowest

3  turnout rate amongst the nine two-candidate

4  contests you studied?

5    A     Yes.

6    Q     Now, in performing this study,

```
 7    Dr. Handley, did you take into account the quality

 8    of the candidates, name ID, their history of

 9    having been elected in public office previously,

10    things like that?  Did you analyze those sorts of

11    factors?

12        A    No.  I only looked at whether Black

13    voters supported the candidates, which you can see

14    that they did.

15        Q    Okay.  Thank you.

16             Did you take into account the amount of

17    funding available to the respective candidates?

18        A    Again, no.  I only looked at whether

19    Black voters supported those candidates, which

20    they did regardless of the funding or the quality

21    of the candidate or whatever.  These were clearly

22    candidates preferred by the Black voters.

23        Q    If you had a choice between studying

24    polarization rates in an election that involved

25    equally funded candidates both of whom were
```

UNCERTIFIED ROUGH DRAFT

UNCERTIFIED ROUGH DRAFT

1    quality candidates versus an election where one

2    candidate dramatically outspends the other

3    candidate, would you have a preference of which

4    one of those elections you'd want to study to look

5    at polarization issues?

6        A    I would not, no.  It I might be more

7    interested in what visible candidates, if we

8    actually knew the race of the candidates.  But

9    it's quite often that white candidates have more

10   funding available to them than Black candidates.

11   So I wouldn't segregate on the basis of campaign

12   funding, no.

13       Q    I'll move on to I want to ask you some

14   questions about Dr. Palmer's report.

15            The first thing I'd like to call up,

16   please, you'll get an exhibit on your computer

17   screen.  R, what I want to talk to you about.

18            MS. BRANNON:  I'm just going to obviously

19   you can ask your questions but I'm going to object

20   on the basis of relevance because obviously her

21   testimony here is not going to be about anything

22   in Dr. -- her testimony at the hearing this week

23    is not going to be anything about Dr. Palmer's

24    report.  But you can --

25          MR. FARR:  Understand.  Thank you.


            UNCERTIFIED ROUGH DRAFT




                                        Page 49
              UNCERTIFIED ROUGH DRAFT

1          So if you can court reporter, I'd like

2    for you to pull up just so Dr. Handley can look at

3    it document number 225-1, which I guess we could

4    label as Exhibit 2A for this deposition.

5          A/V TECH:  Please stand by.

6          (Exhibit ^ marked for identification and

7    attached to the transcript.)

8    BY MR. FARR:

9    Q    I'd like for you to go to page 3 as it's

10   indicated on the top of the page with the Court

11   filing, 3 of 48.

12

13          (Reporter interruption.)

14          MR. FARR:  Whoever is pulling the

15    document up must have misunderstood me.  I'm

16    trying to pull up document 225-1, filed on

17    0-6-22-22, page 3 of 48, in case number

18    3:22-CV-00211-SDD-SDJ.

19              (Reporter interruption.)

20              MR. FARR:  It would be Dr. Fairfax

21    direction's remedial report.

22              (Exhibit ^ marked for identification and

23    attached to the transcript.)

24    BY MR. FARR:

25        Q    I'd like to have Dr. Handley look at a


                    UNCERTIFIED ROUGH DRAFT




                                              Page 50
                    UNCERTIFIED ROUGH DRAFT

1    map on page 3 of 48.  That's it.

2              Dr. Handley, have you looked at that map

3    before?

4        A    No.

5        Q    Yes?

6    A    No.  No, I have not.

7    Q    So you don't know whether that's

8  direction Dr. Fairfax's remedial map?

9    A    That's correct.  I do not.

10    Q    I'm sorry, ma'am.  You don't know whether

11  it is or it isn't?

12    A    That's correct.  I do not.

13        MR. FARR:  I'd now like to turn to

14  Dr. Palmer's report, which is document number

15  169108, and I'd like to turn to page 24 ever 35.

16  Mark.

17        A/V TECH:  This being introduced as an

18  exhibit?

19        MR. FARR:  Yes.

20        A/V TECH:  So this will be 3?

21        MR. FARR:  Yes.

22        A/V TECH:  One moment, please.

23        (Exhibit ^ marked for identification and

24  attached to the transcript.)

25        THE WITNESS:  Would it be all right to


UNCERTIFIED ROUGH DRAFT

UNCERTIFIED ROUGH DRAFT

1    take a break now?

2         MR. FARR:  Yes, ma'am.  Let's do that.

3         (Recess from ^ ^ a.m. ^ p.m. until

4    ^ ^ a.m. ^ p.m.).

5         MR. FARR:  Can we call up Dr. Palmer's

6    report.  And I wanted to get table 16, which we

7    would mark as Exhibit 4 for this deposition.

8    BY MR. FARR:

9    Q    Dr. Handley, do you have that table?  Can

10   you see it on your screen?

11   A    I can see it on the screen.

12   Q    I'll just represent to you, this is a

13   table that was prepared by Dr. Palmer.  It's

14   titled vote shares of Black-preferred candidates

15   under the illustrative maps.  I'll represent to

16   you that the maps that Dr. Palmer was looking at

17   were drawn by Mr. Cooper.

18        I just wanted to ask you a couple of

19   questions about this and then I want you to

20   respond to some testimony by Dr. Palmer.

21        Do you notice, in looking at table 16,

22   that Dr. Palmer looked at some other elections

23    besides those that you evaluated in your -- in the

24    nine election set of two-candidate contests?

25        A    Yes.


UNCERTIFIED ROUGH DRAFT


Page 52
UNCERTIFIED ROUGH DRAFT

 1        Q    And is it true that he looked -- at the

 2    2012 U.S. presidential election, 2014 U.S. Senate,

 3    2015 commissioner of agricultural, 2015 treasurer,

 4    2015 Attorney General, 2015 governor, between 16

 5    president, 2016 Senator, and 2019 governor?

 6             Did I read that correctly?

 7        A    You went a little fast, but I got most of

 8    them, yes.

 9        Q    And you didn't look at any of those

10    elections?

11        A    Like I said, you went through those fast.

12    But I don't think so.

13        Q    Do you have any objection to Dr. Palmer

14    looking at these elections in preparing a racial

15    polarization report?

16        A      Do I have any objection.

17               (Cross-talk.)

18        Q      Right.  Is there anything inappropriate

19    from the perspective of an expert in your field

20    that he did by looking at the elections listed on

21    table 16?

22        A      I focused on elections that include Black

23    candidates if there are a sufficient number of

24    Black candidates.  Apparently he does not.

25        Q      Okay.  All right.  I'd now like to?


                    UNCERTIFIED ROUGH DRAFT




                                            Page 53
                    UNCERTIFIED ROUGH DRAFT

1             MR. FARR:  I'd like to pull up the

2    testimony at the preliminary injunction hearing of

3    Dr. Palmer, please.  And I would like to go to

4    page 267 of that testimony.

5               (Exhibit ^ marked for identification and

 6   attached to the transcript.)

 7   BY MR. FARR:

 8      Q     All right.  Thank you.

 9            Can you read that, Dr. Palmer, or excuse

10   me, Dr. Handley, are you able to read that screen?

11      A     Yes.

12      Q     Okay.  I'll represent to you that this is

13   from examination by one of my co-counsel,

14   Ms. McKnight, of Dr. Palmer related to the chart

15   we just looked at.  So I'd like to ask the

16   question, and if you don't mind, I'd like for you

17   to read the answer.

18            So I'm going to start on line 14.  So now

19   understanding that under map one, CD5 has been

20   drawn to the level of 50.04 percent any part Black

21   population, do you have an understanding of how

22   much of this vote percentage -- of these winning

23   vote percentages for CD5 are made up of white

24   voters?

25            And his answer was?

UNCERTIFIED ROUGH DRAFT

Page 54

UNCERTIFIED ROUGH DRAFT

1    A    You would like me to read it?

2    Q    Yes, ma'am, if you can.

3    A    It ranges, but usually a few percentage

4    points would be my guess.

5    Q    Okay.  And what do you base that guess

6    on?

7    A    Well, in some of them the percentage is

8    below that number.  And so I don't know to the

9    degree that's about white crossover voting versus

10    different levels of support from Black voters.

11    There is going to be variations in both

12    dimensions.  In some it's higher and so the same

13    problems.  So we don't know exactly from this

14    table what the percentages are.

15    Q    Okay.  So you can't tell this court what

16    the percentage of white vote share is for the CD5

17    victories.  Correct?

18    A    I'm sorry.  Can you say that again?

19    Q    The question is on line three, okay --

20    A    Okay, I can't see.  This isn't showing

21    anymore.  We have to scroll down.

22    Q     Please scroll up to 268.

23          I'll repeat the question.

24          Okay.  So can't tell this court what

25    percentage of the white vote share is for the CD5


UNCERTIFIED ROUGH DRAFT


Page 55

UNCERTIFIED ROUGH DRAFT

1    victories, correct?

2     A     I'm sorry.  Where are you?  So you can't

3    tell this Court what the percentage of -- okay.

4    Not necessarily.

5     Q     Okay.  Is it true that CD2 and CD5 could

6    likely be drawn at below 50 percent black voting

7    age population and still elect Black-preferred

8    candidates?

9     A     Based on this table, yes.

10    Q     All right.  And then referring back to

11    that table, you can look at it if we need to call

12    it up, Dr. Handley, but isn't it true that

13    Dr. Palmer included all the races that you studied

14    in your set of the nine two-candidate contests?

15        A    I don't know.  It could be.  I didn't

16    look at that.

17        Q    Okay.  Well, we'll just the record there

18    will show that it did.

19            Based upon this testimony that we just

20    read, do you have any --

21            MS. BRANNON:  I'm going to object.  She

22    said she didn't look at that.  So if you wanted

23    her to answer a question about it, you have to

24    call back up that exhibit.  The record shouldn't

25    reflect what you think it said.  If you're going


                    UNCERTIFIED ROUGH DRAFT




                                            Page 56
                    UNCERTIFIED ROUGH DRAFT
1    to ask her about it, you can call back up the page

2    and she can answer your question.

3            MR. FARR:  That's fine.  I'm just trying

4    to save people time because the answer is going to

5     be very obvious.

6              Could you please call up exhibit I think

7     it's exhibit -- Palmer's report, Exhibit 3, I

8     think.  Table 16.  Which is on page 24 of 35.  Got

9     it?

10             Okay, there you go.

11             So Dr. Handley, is it not true that

12    besides the races that he studied that you didn't

13    pick, he also studied all the races that you

14    selected and analyzed from your report in your

15    nine-contest set?  Is that correct.

16     A     Let me check.

17             How do I know from this which month it

18    is?  I mean, what if --

19     Q     You're welcome to look at your chart two

20    in your report to compare the election contests

21    you used versus table 16.

22     A     Okay.  Maybe we can just get through them

23    one by one.

24             So I see the U.S. president.

25             Lieutenant governor, 2015.

UNCERTIFIED ROUGH DRAFT

UNCERTIFIED ROUGH DRAFT

1          And Secretary of State, yes.

2          Treasurer, 2017, yes.

3          Secretary of State, 2018, yes.

4          Secretary of State, 20-19, yes.

5          Treasurer, 2019.

6          Assuming that there's not one in November

7     and then October, I would say that we looked at

8     the same ones.  But I can't be certain because the

9     months aren't there.  But it looks like they're

10    the same, yes.

11    Q     So going back to Dr. Palmer's testimony

12    where he says, if you call back Exhibit 4, page

13    268, Ms. McKnight's question was, okay, is it true

14    that CD2 and CD5 could likely be drawn below

15    50 percent BVAP and still elect Black-preferred

16    candidate?  And the answer is was based on this

17    table, yes.

18          My question is, do you have any basis for

19    disputing Dr. Palmer's testimony?

20    A     Well, again, he looked at a lot of

21    contests that included only white candidates, and

22    it appears that white voters that are willing to

23    vote for white Democrats more than they are for

24    Black Democrats.

25              So I would say that I'm not sure that I

UNCERTIFIED ROUGH DRAFT

Page 58
UNCERTIFIED ROUGH DRAFT

1    would reach the same conclusion.  It's weighing

2    contests in which clearly there must be less

3    polarization if the Democratic -- the

4    Black-preferred candidate is white than if the

5    Black-preferred candidate is Black.

6    Q    Let me rephrase my question.

7              Based upon what you know now about

8    Louisiana, do you have any information to dispute

9    Dr. Palmer's testimony?

10    A    I think I did just answer that, didn't I?

11    I said --

12    Q    No, you said what you would do.  I'm not

13    asking about what you would do.  I'm saying, based

14    upon what you have done and based upon what you

15    know about Louisiana, do you currently have any

16    information to dispute Dr. Palmer's testimony?

17        A    I believe that it is harder for a Black

18    preferred Black Democrat to get elected than a

19    white preferred -- I believe that white preferred

20    Black candidates -- candidates preferred by Black

21    voters get more votes from white if they're white.

22            So it might be the case that a white

23    Democrat could win but a Black Democrat could not.

24        Q    Okay.

25        Q    Dr. Handley, I've just got one more


                    UNCERTIFIED ROUGH DRAFT


                                              Page 59
                    UNCERTIFIED ROUGH DRAFT

1    question to maybe follow up.

2            Looking at your study of Mr. Fairfax's

3    remedial District 5, have you made any analysis of

4    whether District 5 will perform in the 2022

5    election?

6    A    Yes, to the extent that you see in tables

7    1 and 2.  Those are attempts to predict, and I

8    believe that the remedial map District 5 provides

9    Black voters with an opportunity to elect.

10    MR. FARR:  I have no further questions.

11    MS. BRANNON:  There's no redirect.

12    COURT REPORTER:  Anything else for the

13    record?

14    MR. FARR:  Not for the defendants.

15    MS. BRANNON:  No redirect from the

16    plaintiffs.

17    COURT REPORTER:  Is there anything else

18    for the record at all?

19    MR. FARR:  I'd like to thank Dr. Handley.

20    COURT REPORTER:  Before we leave, can I

21    just confirm your transcript orders.  I have a

22    request for delivery tomorrow and a rough draft.

23    MR. FARR:  Correct.

24    COURT REPORTER:  And Ms. Brannon?

25    MS. BRANNON:  Same request, and you can


UNCERTIFIED ROUGH DRAFT

UNCERTIFIED ROUGH DRAFT

1    send it to the ACLU at my address, both a rough

2    whenever, and then a final one tomorrow would be

3    great.

4            COURT REPORTER:  Does anyone else on the

5    call need any transcript services?

6            MS. FREEL:  The AG's office would like a

7    copy, please.

8            COURT REPORTER:  Yes.  The request by the

9    other parties is for delivery tomorrow.  Do you

10   need it tomorrow?

11           MS. FREEL:  That's fine.  Whatever

12   everyone else is doing.

13           COURT REPORTER:  Everyone else is

14   receiving it tomorrow.  Do you want to order it

15   for delivery tomorrow?

16           MS. FREEL:  Yes, that is fine.

17           COURT REPORTER:  Anyone else else?

18           Okay.  Thank you everyone.

19

20

21

22

23

24

25

UNCERTIFIED ROUGH DRAFT