IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>    Defendant. | Case No. 3:22-cv-00211-SDD-SDJ c/w |
| EDWARD GALMON, SR. et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State,<br><br>    Defendant. | Case No. 3:22-cv-00214-SDD-SDJ |

**MOTION TO SUBSTITUTE COUNSEL**

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Edward Galmon, Sr., Ciara Hart, Norris Henderson, and Tramelle Howard (the "Galmon Plaintiffs"), who respectfully represent:

1.

The Galmon Plaintiffs are currently represented by Darrel J. Papillion, Renee C. Crasto, and Jennifer Wise Moroux of the law firm Walters, Papillion, Thomas, Cullens, LLC. In addition, Abha Khanna, Jonathan P. Hawley, Lalitha D. Madduri, Olivia N. Sedwick, and Jacob D. Shelly

of the law firm Elias Law Group, L.L.P. have been admitted *pro hac vice* to represent the Galmon Plaintiffs in this matter.

2.

On March 20, 2023, President Biden nominated Mr. Papillion for a federal judgeship in the Eastern District of Louisiana, and it is anticipated that Mr. Papillion will likely be confirmed in the next few weeks.

3.

As a result, the Galmon Plaintiffs wish to enroll J.E. Cullens, Jr., Andrée Matherne Cullens, and S. Layne Lee of Walters, Papillion, Thomas, Cullens, LLC as counsel in place of Darrel J. Papillion and Jennifer Wise Moroux in the above captioned matter. Abha Khanna, Jonathan P. Hawley, Lalitha D. Madduri, Olivia N. Sedwick, Jacob D. Shelly, and Renee Crasto will remain counsel.

**WHEREFORE**, the Galmon Plaintiffs pray that Darrel J. Papillion and Jennifer Wise Moroux be withdrawn as counsel of record, and J.E. Cullens, Jr., Andrée Matherne Cullens, and S. Layne Lee be enrolled as counsel in their place, with Abha Khanna, Jonathan P. Hawley, Olivia N. Sedwick, Jacob D. Shelly, and Renee Crasto to remain as counsel.

[SIGNATURE BLOCK ON NEXT PAGE]

|  |  |
|---|---|
|  | Respectfully submitted, |
| By: *s/Jennifer Wise Moroux*<br>Darrel J. Papillion (Bar Roll No. 23243)<br>Jennifer Wise Moroux (Bar Roll No. 31368)<br>**WALTERS, PAPILLION,**<br>**THOMAS, CULLENS, LLC**<br>12345 Perkins Road, Building One<br>Baton Rouge, Louisiana 70810<br>Phone: (225) 236-3636<br>Fax: (225) 236-3650<br>Email: papillion@lawbr.net<br>Email: jmoroux@lawbr.net | Abha Khanna*<br>Jonathan P. Hawley*<br>**ELIAS LAW GROUP LLP**<br>1700 Seventh Avenue, Suite 2100<br>Seattle, Washington 98101<br>Phone: (206) 656-0177<br>Facsimile: (206) 656-0180<br>Email: akhanna@elias.law<br>Email: jhawley@elias.law |
| */s/ J.E. Cullens, Jr.*<br>J. E. Cullens, Jr. (Bar Roll No. 23011)<br>Andrée Matherne Cullens (Bar Roll No. 23212)<br>S. Layne Lee (Bar Roll No. 17689)<br>Renee Chabert Crasto (Bar Roll No. 31657)<br>**WALTERS, PAPILLION,**<br>**THOMAS, CULLENS, LLC**<br>12345 Perkins Road, Building One<br>Baton Rouge, Louisiana 70810<br>Phone: (225) 236-3636<br>Fax: (225) 236-3650<br>cullens@lawbr.net<br>acullens@lawbr.net<br>laynelee@lawbr.net<br>crasto@lawbr.net | Lalitha D. Madduri*<br>Olivia N. Sedwick*<br>Jacob D. Shelly*<br>**ELIAS LAW GROUP LLP**<br>250 Massachusetts Ave. NW Suite 400<br>Washington DC 20001<br>Phone: (202) 968-4490<br>Facsimile: (202) 968-4498<br>Email: lmadduri@elias.law<br>Email: osedwick@elias.law<br>Email: jshelly@elias.law<br><br>*Counsel for Plaintiffs*<br><br>*Admitted pro hac vice* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of May, 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent through the Court's electronic filing system to all counsel of record.

*s/Jennifer Wise Moroux*
Jennifer Wise Moroux