# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>    Defendant. | Case No. 3:22-cv-00211-SDD-SDJ c/w |
| EDWARD GALMON, SR. et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State,<br><br>    Defendant. | Case No. 3:22-cv-00214-SDD-SDJ |

## [Proposed] ORDER

Considering the foregoing Motion to Substitute Counsel filed in the above matter;

**IT IS ORDERED, ADJUDGED AND DECREED** that J.E. Cullens, Jr., Andrée Matherne Cullens, and S. Layne Lee of Walters, Papillion, Thomas, Cullens, LLC are substituted in place of Darrel Papillion and Jennifer Wise Moroux for the Galmon Plaintiffs, Edward Galmon, Sr., Ciara Hart, Norris Henderson, and Tramelle Howard, with Abha Khanna, Jonathan P. Hawley, Lalitha D. Madduri, Olivia N. Sedwick, Jacob D. Shelly, and Renee Crasto to remain as counsel.

Baton Rouge, Louisiana, this _____ day of _____, 2023.

_____
JUDGE