# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 27, 2023

Mr. Michael L. McConnell
Middle District of Louisiana, Baton Rouge
United States District Court
777 Florida Street
Room 139
Baton Rouge, LA 70801

    No. 22-30333   Robinson v. Ardoin
                          USDC No. 3:22-CV-211
                          USDC No. 3:22-CV-214

Dear Mr. McConnell,

We have received the Supreme Court order dismissing the writ of certiorari before judgment as improvidently granted.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Allison G. Lopez, Deputy Clerk
                                        504-310-7702

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

June 26, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130



Re: Kyle Ardoin, Louisiana Secretary of State, et al.
    v. Press Robinson, et al.
    No. 21-1596
    (Your No. 22-30333)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The writ of certiorari before judgment is dismissed as improvidently granted. The stay heretofore entered by the Court on June 28, 2022, is vacated. This will allow the matter to proceed before the Court of Appeals for the Fifth Circuit for review in the ordinary course and in advance of the 2024 congressional elections in Louisiana. See this Court's Rule 11.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk