**Prouty, Erika Dackin**

| | |
|---|---|
| **From:** | Sarah Brannon <sbrannon@aclu.org> |
| **Sent:** | Thursday, June 29, 2023 2:31 PM |
| **To:** | McKnight, Katherine L.; Phil Gordon; Thomas-Lundborg, Alora; Stanko, Andrew; Knehans, Dakota; Margulis, David; Dayle Chung; Dayton Campbell-Harris; McDonald, Hallie; Jared Evans; Erickson, Jessica; External - John Adcock; Bahn, Josephine M.; Luis Manuel Rico Román; Megan Keenan; mdeleeuw@cozen.com; Engle-Hardy, Noelle; Nora Ahmed; rsoloman@cozen.com; Ron Wilson; Greenwood, Ruth; Ruth Greenwood; Sara Rohani; Stuart Naifeh; Victoria Wenger; Greenwood, Ruth |
| **Cc:** | Giglio, Amanda; Prouty, Erika Dackin; WaleJ@ag.louisiana.gov; alyssa.riggins@nelsonmullins.com; JonesCar@ag.louisiana.gov; phil.strach@nelsonmullins.com; tom.farr@nelsonmullins.com; cassie.holt@nelsonmullins.com; BoutteM@ag.louisiana.gov; JamesM@ag.louisiana.gov; MurrillE@ag.louisiana.gov; BarbalichL@ag.louisiana.gov; WilliamsM@ag.louisiana.gov; john@scwllp.com; FreelA@ag.louisiana.gov; kimk@scwllp.com; Mengis, Michael W.; Sauceda, Carol; Braden, E. Mark; Raile, Richard; Lewis, Patrick T.; Jason Torchinsky; Andrew Pardue |
| **Subject:** | Re: Nairne, et al. v. Ardoin, et al., No. 22-cv-178 - Proposed Pre-Trial Schedule |

Sorry to not get back to you sooner. You should go ahead and submit your filing. We are not going to come to an agreement and we plan to submit our own filing shortly.

We appreciate the Defendants proposed adjustments to the schedule in this matter. But we still think the 6 weeks that Defendants are now requesting to prepare their expert reports is too long and unnecessary. And therefore, we think we will need to take this issue up with the Magistrate today.

As to the election data, assumed we were discussing election data as opposed to just election results – it is my understanding that just the election results have very little relevancy in this matter. Additionally, Plaintiffs have considered Defendants' proposal that the parties be allowed to supplemental expert reports with data from the October 14, 2023 and Nov. 18, 2023 elections. Plaintiffs opposed this request. This would be weeks, if not well over a month, after the close of expert discovery, which under the Defendants proposed schedule would be Sept. 29, 2023. And in the case of the Nov. 18, 2023 election, less than ten days before trial. Plaintiffs do not think it is feasible in this time period for the data to be made available, analyzed and appropriately disclosed to opposing counsel before trial. Furthermore, this additional data is not necessary. There is other recent election data available currently to all parties. This is also something we should discuss with the Magistrate.

thanks
Sarah

---

**From:** Sarah Brannon <sbrannon@aclu.org>
**Sent:** Thursday, June 29, 2023 2:05 PM
**To:** McKnight, Katherine L. <kmcknight@bakerlaw.com>; Phil Gordon <pgordon@HoltzmanVogel.com>; Thomas-Lundborg, Alora <tthomaslundborg@law.harvard.edu>; Stanko, Andrew <astanko@cozen.com>; Knehans, Dakota



Case 3:22-cv-00211-SDD-SDJ    Document 243-1    07/12/23    Page 2 of 11

<dknehans@cozen.com>; Margulis, David <dmargulis@cozen.com>; Dayle Chung <dchung@naacpldf.org>; Dayton Campbell-Harris <DCampbell-Harris@aclu.org>; McDonald, Hallie <hmcdonald@cozen.com>; Jared Evans <jevans@naacpldf.org>; Erickson, Jessica <jerickson@cozen.com>; External - John Adcock <jnadcock@gmail.com>; Bahn, Josephine M. <jbahn@cozen.com>; Luis Manuel Rico Román <LRoman@aclu.org>; Megan Keenan <MKeenan@aclu.org>; mdeleeuw@cozen.com <mdeleeuw@cozen.com>; Engle-Hardy, Noelle <nengle-hardy@cozen.com>; Nora Ahmed <Nahmed@laaclu.org>; rsoloman@cozen.com <rsoloman@cozen.com>; Ron Wilson <cabral2@aol.com>; Greenwood, Ruth <rgreenwood@law.harvard.edu>; Ruth Greenwood <greenwood@law.harvard.edu>; Sara Rohani <srohani@naacpldf.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Victoria Wenger <vwenger@naacpldf.org>; Greenwood, Ruth <rgreenwood@law.harvard.edu>
**Cc:** Giglio, Amanda <agiglio@cozen.com>; Prouty, Erika Dackin <eprouty@bakerlaw.com>; WaleJ@ag.louisiana.gov <WaleJ@ag.louisiana.gov>; alyssa.riggins@nelsonmullins.com <alyssa.riggins@nelsonmullins.com>; JonesCar@ag.louisiana.gov <JonesCar@ag.louisiana.gov>; phil.strach@nelsonmullins.com <phil.strach@nelsonmullins.com>; tom.farr@nelsonmullins.com <tom.farr@nelsonmullins.com>; cassie.holt@nelsonmullins.com <cassie.holt@nelsonmullins.com>; BoutteM@ag.louisiana.gov <BoutteM@ag.louisiana.gov>; JamesM@ag.louisiana.gov <JamesM@ag.louisiana.gov>; MurrillE@ag.louisiana.gov <MurrillE@ag.louisiana.gov>; BarbalichL@ag.louisiana.gov <BarbalichL@ag.louisiana.gov>; WilliamsM@ag.louisiana.gov <WilliamsM@ag.louisiana.gov>; john@scwllp.com <john@scwllp.com>; FreelA@ag.louisiana.gov <FreelA@ag.louisiana.gov>; kimk@scwllp.com <kimk@scwllp.com>; Mengis, Michael W. <mmengis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Lewis, Patrick T. <plewis@bakerlaw.com>; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; Andrew Pardue <apardue@HoltzmanVogel.com>
**Subject:** Re: Nairne, et al. v. Ardoin, et al., No. 22-cv-178 - Proposed Pre-Trial Schedule

We are conferring now and should be able to get back to you shortly.

---

**From:** McKnight, Katherine L. <kmcknight@bakerlaw.com>
**Sent:** Thursday, June 29, 2023 1:50 PM
**To:** Sarah Brannon <sbrannon@aclu.org>; Phil Gordon <pgordon@HoltzmanVogel.com>; Thomas-Lundborg, Alora <tthomaslundborg@law.harvard.edu>; Stanko, Andrew <astanko@cozen.com>; Knehans, Dakota <dknehans@cozen.com>; Margulis, David <dmargulis@cozen.com>; Dayle Chung <dchung@naacpldf.org>; Dayton Campbell-Harris <DCampbell-Harris@aclu.org>; McDonald, Hallie <hmcdonald@cozen.com>; Jared Evans <jevans@naacpldf.org>; Erickson, Jessica <jerickson@cozen.com>; External - John Adcock <jnadcock@gmail.com>; Bahn, Josephine M. <jbahn@cozen.com>; Luis Manuel Rico Román <LRoman@aclu.org>; Megan Keenan <MKeenan@aclu.org>; mdeleeuw@cozen.com <mdeleeuw@cozen.com>; Engle-Hardy, Noelle <nengle-hardy@cozen.com>; Nora Ahmed <Nahmed@laaclu.org>; rsoloman@cozen.com <rsoloman@cozen.com>; Ron Wilson <cabral2@aol.com>; Greenwood, Ruth <rgreenwood@law.harvard.edu>; Ruth Greenwood <greenwood@law.harvard.edu>; Sara Rohani <srohani@naacpldf.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Victoria Wenger <vwenger@naacpldf.org>; Greenwood, Ruth <rgreenwood@law.harvard.edu>
**Cc:** Giglio, Amanda <agiglio@cozen.com>; Prouty, Erika Dackin <eprouty@bakerlaw.com>; WaleJ@ag.louisiana.gov <WaleJ@ag.louisiana.gov>; alyssa.riggins@nelsonmullins.com <alyssa.riggins@nelsonmullins.com>; JonesCar@ag.louisiana.gov <JonesCar@ag.louisiana.gov>; phil.strach@nelsonmullins.com <phil.strach@nelsonmullins.com>; tom.farr@nelsonmullins.com <tom.farr@nelsonmullins.com>; cassie.holt@nelsonmullins.com <cassie.holt@nelsonmullins.com>; BoutteM@ag.louisiana.gov <BoutteM@ag.louisiana.gov>; JamesM@ag.louisiana.gov <JamesM@ag.louisiana.gov>; MurrillE@ag.louisiana.gov <MurrillE@ag.louisiana.gov>; BarbalichL@ag.louisiana.gov <BarbalichL@ag.louisiana.gov>; WilliamsM@ag.louisiana.gov <WilliamsM@ag.louisiana.gov>; john@scwllp.com <john@scwllp.com>; FreelA@ag.louisiana.gov <FreelA@ag.louisiana.gov>; kimk@scwllp.com <kimk@scwllp.com>; Mengis, Michael W. <mmengis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Lewis, Patrick T. <plewis@bakerlaw.com>; Jason Torchinsky

2

&lt;jtorchinsky@HoltzmanVogel.com&gt;; Andrew Pardue &lt;apardue@HoltzmanVogel.com&gt;
**Subject:** RE: Nairne, et al. v. Ardoin, et al., No. 22-cv-178 - Proposed Pre-Trial Schedule

Counsel,

We write to follow up regarding our e-mail this morning about a proposed schedule in the Nairne matter.  We have not yet heard from you and appreciate that coordination takes time but believe it would be helpful to the Court to have a proposal before the conference this afternoon.  We intend to file the attached by 1:30pm Central to put forward Defendants' proposal for the Court's consideration.  We have included Plaintiffs' June 27 proposed dates in this filing so that the Court can have both proposals before it.  However, if you prefer that we remove Plaintiffs' June 27 proposed dates or edit them in any way to reflect an updated proposal we are happy to do so.

Could you please let us know what you prefer?  If we do not hear from you, we will plan to file this as is.

Thanks very much,

Kate


**Katherine L. McKnight**
Partner

BakerHostetler
Washington Square
1050 Connecticut Ave, N.W. | Suite 1100
Washington, DC 20036-5403
T +1.202.861.1618

kmcknight@bakerlaw.com
bakerlaw.com



---

**From:** McKnight, Katherine L.
**Sent:** Thursday, June 29, 2023 10:14 AM
**To:** Sarah Brannon &lt;sbrannon@aclu.org&gt;; Phil Gordon &lt;pgordon@HoltzmanVogel.com&gt;; Thomas-Lundborg, Alora &lt;tthomaslundborg@law.harvard.edu&gt;; Stanko, Andrew &lt;astanko@cozen.com&gt;; Knehans, Dakota &lt;dknehans@cozen.com&gt;; Margulis, David &lt;dmargulis@cozen.com&gt;; Dayle Chung &lt;dchung@naacpldf.org&gt;; Dayton Campbell-Harris &lt;DCampbell-Harris@aclu.org&gt;; McDonald, Hallie &lt;hmcdonald@cozen.com&gt;; Jared Evans &lt;jevans@naacpldf.org&gt;; Erickson, Jessica &lt;jerickson@cozen.com&gt;; External - John Adcock &lt;jnadcock@gmail.com&gt;; Bahn, Josephine M. &lt;jbahn@cozen.com&gt;; Luis Manuel Rico Román &lt;LRoman@aclu.org&gt;; Megan Keenan &lt;MKeenan@aclu.org&gt;; mdeleeuw@cozen.com; Engle-Hardy, Noelle &lt;nengle-hardy@cozen.com&gt;; Nora Ahmed &lt;Nahmed@laaclu.org&gt;; rsoloman@cozen.com; Ron Wilson &lt;cabral2@aol.com&gt;; Greenwood, Ruth &lt;rgreenwood@law.harvard.edu&gt;; Ruth Greenwood &lt;greenwood@law.harvard.edu&gt;; Sara Rohani &lt;srohani@naacpldf.org&gt;; Stuart Naifeh &lt;snaifeh@naacpldf.org&gt;; Victoria Wenger &lt;vwenger@naacpldf.org&gt;; Greenwood, Ruth &lt;rgreenwood@law.harvard.edu&gt;
**Cc:** Giglio, Amanda &lt;agiglio@cozen.com&gt;; Prouty, Erika Dackin &lt;eprouty@bakerlaw.com&gt;; WaleJ@ag.louisiana.gov; alyssa.riggins@nelsonmullins.com; JonesCar@ag.louisiana.gov; phil.strach@nelsonmullins.com; tom.farr@nelsonmullins.com; cassie.holt@nelsonmullins.com; BoutteM@ag.louisiana.gov; JamesM@ag.louisiana.gov; MurrillE@ag.louisiana.gov; BarbalichL@ag.louisiana.gov; WilliamsM@ag.louisiana.gov; john@scwllp.com; FreelA@ag.louisiana.gov; kimk@scwllp.com; Mengis, Michael W. &lt;mmengis@bakerlaw.com&gt;; Sauceda, Carol &lt;csauceda@bakerlaw.com&gt;; Braden, E. Mark &lt;MBraden@bakerlaw.com&gt;; Raile, Richard &lt;rraile@bakerlaw.com&gt;; Lewis, Patrick T. &lt;plewis@bakerlaw.com&gt;; Jason Torchinsky &lt;jtorchinsky@HoltzmanVogel.com&gt;; Andrew Pardue

&lt;apardue@HoltzmanVogel.com&gt;
**Subject:** RE: Nairne, et al. v. Ardoin, et al., No. 22-cv-178 - Proposed Pre-Trial Schedule

Counsel,

Thank you for your time yesterday afternoon. Following are updates on Defendants' positions on two items.

**First: Proposed Schedule.** We heard your concerns about timing and have adjusted dates in the following proposal to address concerns raised by Plaintiffs (see column titled Defendants' Meet and Confer Proposal). This adjusted proposal allows more time to conduct expert depositions than the original scheduling order and also ensures the same amount of time to depose fact witnesses (3 weeks). This also builds in time in October between the end of expert discovery and pre-trial deadlines. We made the following adjustments:

1. Moved Defendants' expert disclosure and reports a week earlier, respectively.
2. Delayed the exchange of witness lists by a few days so it post-dates the exchange of Defendants' expert reports and limited it to "Fact Witnesses." We added an additional date for Expert Witness lists due on the same date as the final expert witness reports are exchanged; an Expert Witness List may not be necessary but we wanted to accommodate what we understood to be your interest in exhibit list exchanges prior to the time for depositions.
3. Matched Plaintiffs' proposals for the last three dates leading up to trial.
4. Combined the due date for expert-related motions with the due date for Daubert motions.

Please let us know your position on this proposal so we can determine whether further narrowing is possible and to prepare for this afternoon's conference with the Court.

| Event | Before Stay | Time Between Events in First Scheduling Order | Plaintiffs' 6/27 Proposal | Defendants Propo... |
|---|---|---|---|---|
| Plaintiffs' Expert Reports | 7/22/2022 | | 6/30/2023 | 6/3... |
| Defendants Expert Disclosures | 9/2/2022 | 6 weeks after P reports | 7/6/2023 | 8/1... |
| Defendants Expert Reports | 9/9/2022 | 7 weeks after P reports | 7/21/2023 | 8/1... |
| Exchange Fact Witness Lists | No date set | | 8/10/2023 | 8/1... |
| Plaintiffs' Rebuttal Expert Disclosures | No date set | | 7/25/2023 | 8/2... |
| Plaintiffs' Rebuttal Expert Reports | 9/23/2022 | 2 weeks after D reports | 8/4/2023 | 9/... |
| Defendants' Sur-Rebuttal Expert Disclosure | No date set | | 8/8/2023 | 9/... |
| Fact discovery close and file related motions | 10/17/2022 | | 8/31/2023 | 8/3... |
| Defendants' Sur-Rebuttal Expert Reports | 10/7/2022 | 2 weeks after P reports | 8/11/2023 | 9/1... |
| Exchange Expert Witness Lists | No date set | | | |
| Expert discovery close | 10/21/2022 | 2 weeks after surrebuttals | 9/22/2023 | 9/2... |
| Dispositive & Daubert & Expert-related motions | 10/28/2022 | 1 week later | 9/29/2023 | 10/... |
| File pre-trial order | No date set | | 10/20/2023 | 10/2... |
| Proposed findings of fact & conclusions of law | 12/12/2022 | 5 weeks prior to trial | 10/27/2023 | 10/2... |
| Pre-trial conference | 12/19/2022 | 4 weeks prior to trial | 11/2/2023 | 10/3... |
| Trial briefs | 12/23/2022 | 3 weeks prior to trial | 11/13/2023 | 11/... |
| Trial scheduled to begin | 1/17/2023 | | 11/27/2023 | 11/2... |

**Second: Rebuttal and sur-rebuttal expert disclosures.** We can agree to including these dates under the same parameters as defined in the original scheduling order (Dkt. 66). Specifically:

> "Second, the parties discussed at length their positions on the appropriateness, timing, and scope of rebuttal experts. (R. Doc. 52 at 4, 5, 7).Ultimately, the parties agreed that Plaintiffs would be able to "introduce[e] new experts at the rebuttal stage" but only "to rebut expert testimony" offered by Defendant and Intervenors "on topics not covered by Plaintiffs' initial slate of experts." (R. Doc. 52 at 7). Defendant and Intervenors can then offer sur-rebuttal expert reports, but any surrebuttal by Defendant and Intervenors would be limited to those experts first identified by Plaintiffs "at the rebuttal stage". (R. Doc. 52 at 5, 7). Therefore, the Court has included an additional deadline for Defendant and Intervenors to provide sur-rebuttal expert reports."

We look forward to Plaintiffs' position on election data. To be clear, we view the issue of election data (and whether data can be available for expert analysis in a timely manner) as distinct from election results (identification of which candidate won or lost a specific election). We trust this is in alignment with Plaintiffs' understanding based on a comment by Sarah during our call but please let us know if not.

Kate


**Katherine L. McKnight**
Partner



Washington Square
1050 Connecticut Ave, N.W. | Suite 1100
Washington, DC 20036-5403
T +1.202.861.1618

kmcknight@bakerlaw.com
bakerlaw.com

---

**From:** McKnight, Katherine L.
**Sent:** Wednesday, June 28, 2023 1:42 PM
**To:** Sarah Brannon <sbrannon@aclu.org>; Phil Gordon <pgordon@HoltzmanVogel.com>; Thomas-Lundborg, Alora <tthomaslundborg@law.harvard.edu>; Stanko, Andrew <astanko@cozen.com>; Knehans, Dakota <dknehans@cozen.com>; Margulis, David <dmargulis@cozen.com>; Dayle Chung <dchung@naacpldf.org>; Dayton Campbell-Harris <DCampbell-Harris@aclu.org>; McDonald, Hallie <hmcdonald@cozen.com>; Jared Evans <jevans@naacpldf.org>; Erickson, Jessica <jerickson@cozen.com>; External - John Adcock <jnadcock@gmail.com>; Bahn, Josephine M. <jbahn@cozen.com>; Luis Manuel Rico Román <LRoman@aclu.org>; Megan Keenan <MKeenan@aclu.org>; mdeleeuw@cozen.com; Engle-Hardy, Noelle <nengle-hardy@cozen.com>; Nora Ahmed <Nahmed@laaclu.org>; rsoloman@cozen.com; Ron Wilson <cabral2@aol.com>; Greenwood, Ruth <rgreenwood@law.harvard.edu>; Ruth Greenwood <greenwood@law.harvard.edu>; Sara Rohani <srohani@naacpldf.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Victoria Wenger <vwenger@naacpldf.org>; Greenwood, Ruth <rgreenwood@law.harvard.edu>
**Cc:** Giglio, Amanda <agiglio@cozen.com>; Prouty, Erika Dackin <eprouty@bakerlaw.com>; WaleJ@ag.louisiana.gov; alyssa.riggins@nelsonmullins.com; JonesCar@ag.louisiana.gov; phil.strach@nelsonmullins.com; tom.farr@nelsonmullins.com; cassie.holt@nelsonmullins.com; BoutteM@ag.louisiana.gov; JamesM@ag.louisiana.gov; MurrillE@ag.louisiana.gov; BarbalichL@ag.louisiana.gov; WilliamsM@ag.louisiana.gov; john@scwllp.com; FreelA@ag.louisiana.gov; kimk@scwllp.com; Mengis, Michael W. <mmengis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Lewis,

5

Patrick T. <plewis@bakerlaw.com>; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; Andrew Pardue <apardue@HoltzmanVogel.com>
**Subject:** RE: Nairne, et al. v. Ardoin, et al., No. 22-cv-178 - Proposed Pre-Trial Schedule

Counsel,

We look forward to our meet and confer later today. For now, we wanted to offer the following proposal which aligns with the amount of time afforded the parties in the original scheduling order. We can agree to Plaintiffs' proposed dates related to fact discovery but view the original time between events related to expert discovery as necessary in this case.

In addition to the proposed schedule, we would like to discuss the following during our meet and confer:

1. **Fall 2023 Election Data**: we expect that Parties may want to make use of election data from October 14 and November 18 elections and we would like to protect the Parties' right to do so to the extent possible given the tight timeframe.

2. **Supplemental Interrogatories**: we understand your proposal for condensing response deadlines for supplemental interrogatories to 14 days and can agree to this shift as long as it applies to all parties.

3. **Written Discovery Responses by Parties**: the Secretary of State and the Attorney General have outstanding written discovery requests that they served on Plaintiffs last year. At the time the case was stayed, Plaintiffs had 3 days remaining to respond to the SOS written discovery and 11 days to respond to the AG written discovery. We propose that Plaintiffs serve responses to these written discovery requests within 3 and 11 days of tomorrow's Status Conference: Monday, July 3, 2023 (adding a day for next business day), for response to SOS written discovery and Monday, July 11, 2023, for response to AG written discovery.

| Event | Before Stay | Time Between Events in First Scheduling Order | Plaintiffs' 6/27 Proposal | Defendants' 6/28 Proposal | Time Between Defendants' 6/... |
|---|---|---|---|---|---|
| ...ert Reports | 7/22/2022 | | 6/30/2023 | 6/30/2023 | |
| ...ness Lists | No date set | | 8/10/2023 | 8/10/2023 | 21 days before d... |
| ...pert Disclosures | 9/2/2022 | 6 weeks after P reports | 7/6/2023 | 8/11/2023 | 6 weeks after P r... |
| ...pert Reports | 9/9/2022 | 7 weeks after P reports | 7/21/2023 | 8/18/2023 | 7 weeks after P r... |
| ...uttal Expert Disclosures | No date set | | 7/25/2023 | 8/22/2023 | |
| ...close and file related motions | 10/17/2022 | | 8/31/2023 | 8/31/2023 | |
| ...uttal Expert Reports | 9/23/2022 | 2 weeks after D reports | 8/4/2023 | 9/1/2023 | 2 weeks after D r... |
| ...ur-Rebuttal Expert Disclosure | No date set | | 8/8/2023 | 9/5/2023 | |
| ...ur-Rebuttal Expert Reports | 10/7/2022 | 2 weeks after P reports | 8/11/2023 | 9/15/2023 | 2 weeks after P r... |
| ...ry close and file related motions | 10/21/2022 | 2 weeks after surrebuttals | 9/22/2023 | 9/29/2023 | 2 weeks after su... |
| ...Daubert motions | 10/28/2022 | 1 week later | 9/29/2023 | 10/6/2023 | 1 week later |
| ...rder | No date set | | 10/20/2023 | 10/20/2023 | |
| ...ings of fact & conclusions of law | 12/12/2022 | 5 weeks prior to trial | 10/27/2023 | 10/23/2023 | 5 weeks prior to... |
| ...rence | 12/19/2022 | 4 weeks prior to trial | 11/2/2023 | 10/30/2023 | 4 weeks prior to... |
| | 12/23/2022 | 3 weeks prior to trial | 11/13/2023 | 11/6/2023 | 3 weeks prior to... |
| ...d to begin | 1/17/2023 | | 11/27/2023 | 11/27/2023 | |

We look forward to discussing.

Kate

**Katherine L. McKnight**
Partner



Washington Square
1050 Connecticut Ave, N.W. | Suite 1100
Washington, DC 20036-5403
T +1.202.861.1618

kmcknight@bakerlaw.com
bakerlaw.com

---

**From:** McKnight, Katherine L.
**Sent:** Wednesday, June 28, 2023 9:04 AM
**To:** Sarah Brannon <sbrannon@aclu.org>; Phil Gordon <pgordon@HoltzmanVogel.com>; Thomas-Lundborg, Alora <tthomaslundborg@law.harvard.edu>; Stanko, Andrew <astanko@cozen.com>; Knehans, Dakota <dknehans@cozen.com>; Margulis, David <dmargulis@cozen.com>; Dayle Chung <dchung@naacpldf.org>; Dayton Campbell-Harris <DCampbell-Harris@aclu.org>; McDonald, Hallie <hmcdonald@cozen.com>; Jared Evans <jevans@naacpldf.org>; Erickson, Jessica <jerickson@cozen.com>; External - John Adcock <jnadcock@gmail.com>; Bahn, Josephine M. <jbahn@cozen.com>; Luis Manuel Rico Román <LRoman@aclu.org>; Megan Keenan <MKeenan@aclu.org>; mdeleeuw@cozen.com; Engle-Hardy, Noelle <nengle-hardy@cozen.com>; Nora Ahmed <Nahmed@laaclu.org>; rsoloman@cozen.com; Ron Wilson <cabral2@aol.com>; Greenwood, Ruth <rgreenwood@law.harvard.edu>; Ruth Greenwood <greenwood@law.harvard.edu>; Sara Rohani <srohani@naacpldf.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Victoria Wenger <vwenger@naacpldf.org>; Greenwood, Ruth <rgreenwood@law.harvard.edu>
**Cc:** Giglio, Amanda <agiglio@cozen.com>; Prouty, Erika Dackin <eprouty@bakerlaw.com>; WaleJ@ag.louisiana.gov; alyssa.riggins@nelsonmullins.com; JonesCar@ag.louisiana.gov; phil.strach@nelsonmullins.com; tom.farr@nelsonmullins.com; cassie.holt@nelsonmullins.com; BoutteM@ag.louisiana.gov; JamesM@ag.louisiana.gov; MurrillE@ag.louisiana.gov; BarbalichL@ag.louisiana.gov; WilliamsM@ag.louisiana.gov; john@scwllp.com; FreelA@ag.louisiana.gov; kimk@scwllp.com; Mengis, Michael W. <mmengis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Lewis, Patrick T. <plewis@bakerlaw.com>; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; Andrew Pardue <apardue@HoltzmanVogel.com>
**Subject:** RE: Nairne, et al. v. Ardoin, et al., No. 22-cv-178 - Proposed Pre-Trial Schedule

Sarah,

Thank you for your e-mail. Counsel for Defendants will be available to meet and confer this afternoon between 2pm and 4pm (Central)/3pm and 5pm (Eastern) and will look to circulate a proposal before we talk.

Would you pick a time in that window that works for your team and circulate a dial in?

Thanks,

Kate

**Katherine L. McKnight**
Partner



Washington Square
1050 Connecticut Ave, N.W. | Suite 1100
Washington, DC 20036-5403
T +1.202.861.1618

kmcknight@bakerlaw.com
bakerlaw.com

---

**From:** Sarah Brannon <sbrannon@aclu.org>
**Sent:** Tuesday, June 27, 2023 12:08 PM
**To:** Phil Gordon <pgordon@HoltzmanVogel.com>; Thomas-Lundborg, Alora <tthomaslundborg@law.harvard.edu>; Stanko, Andrew <astanko@cozen.com>; Knehans, Dakota <dknehans@cozen.com>; Margulis, David <dmargulis@cozen.com>; Dayle Chung <dchung@naacpldf.org>; Dayton Campbell-Harris <DCampbell-Harris@aclu.org>; McDonald, Hallie <hmcdonald@cozen.com>; Jared Evans <jevans@naacpldf.org>; Erickson, Jessica <jerickson@cozen.com>; External - John Adcock <jnadcock@gmail.com>; Bahn, Josephine M. <jbahn@cozen.com>; Luis Manuel Rico Román <LRoman@aclu.org>; Megan Keenan <MKeenan@aclu.org>; mdeleeuw@cozen.com; Engle-Hardy, Noelle <nengle-hardy@cozen.com>; Nora Ahmed <Nahmed@laaclu.org>; rsoloman@cozen.com; Ron Wilson <cabral2@aol.com>; Greenwood, Ruth <rgreenwood@law.harvard.edu>; Ruth Greenwood <greenwood@law.harvard.edu>; Sara Rohani <srohani@naacpldf.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Victoria Wenger <vwenger@naacpldf.org>; Greenwood, Ruth <rgreenwood@law.harvard.edu>
**Cc:** Giglio, Amanda <agiglio@cozen.com>; Prouty, Erika Dackin <eprouty@bakerlaw.com>; WaleJ@ag.louisiana.gov; alyssa.riggins@nelsonmullins.com; McKnight, Katherine L. <kmcknight@bakerlaw.com>; JonesCar@ag.louisiana.gov; phil.strach@nelsonmullins.com; tom.farr@nelsonmullins.com; cassie.holt@nelsonmullins.com; BoutteM@ag.louisiana.gov; JamesM@ag.louisiana.gov; MurrillE@ag.louisiana.gov; BarbalichL@ag.louisiana.gov; WilliamsM@ag.louisiana.gov; john@scwllp.com; FreelA@ag.louisiana.gov; kimk@scwllp.com; Mengis, Michael W. <mmengis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Lewis, Patrick T. <plewis@bakerlaw.com>; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; Andrew Pardue <apardue@HoltzmanVogel.com>
**Subject:** Re: Nairne, et al. v. Ardoin, et al., No. 22-cv-178 - Proposed Pre-Trial Schedule

[External Email: Use caution when clicking on links or opening attachments.]
Counsel,

As you are aware, we have a scheduling conference in this matter set now for Thursday, June 29, 2023 at 3:00 pm CT before Magistrate Judge Scott D. Johnson. In anticipation of that conference and to facilitate productive conversations about the schedule in this case, we have drafted a proposed schedule, which is attached here. And we request to meet and confer with you all to discuss our proposal before the conference with Magistrate Judge Johnson. Plaintiffs' counsel can be available on Weds, June 28th for a meet and confer. Please let us know what time would work best for you all.

Thank-you,
Sarah

**From:** Sarah Brannon <sbrannon@aclu.org>
**Sent:** Tuesday, June 20, 2023 11:57 AM
**To:** Phil Gordon <pgordon@HoltzmanVogel.com>; Thomas-Lundborg, Alora <tthomaslundborg@law.harvard.edu>; Stanko, Andrew <astanko@cozen.com>; Knehans, Dakota <dknehans@cozen.com>; Margulis, David <dmargulis@cozen.com>; Dayle Chung <dchung@naacpldf.org>; Dayton Campbell-Harris <DCampbell-Harris@aclu.org>; McDonald, Hallie <hmcdonald@cozen.com>; Jared Evans <jevans@naacpldf.org>; Erickson, Jessica <jerickson@cozen.com>; External - John Adcock <jnadcock@gmail.com>; Bahn, Josephine M. <jbahn@cozen.com>; Luis Manuel Rico Román <LRoman@aclu.org>; Megan Keenan <MKeenan@aclu.org>; mdeleeuw@cozen.com <mdeleeuw@cozen.com>; Engle-Hardy, Noelle <nengle-hardy@cozen.com>; Nora Ahmed <Nahmed@laaclu.org>; rsoloman@cozen.com <rsoloman@cozen.com>; Ron Wilson <cabral2@aol.com>; Greenwood, Ruth <rgreenwood@law.harvard.edu>; Ruth Greenwood <greenwood@law.harvard.edu>; Sara Rohani <srohani@naacpldf.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Victoria Wenger <vwenger@naacpldf.org>; Greenwood, Ruth <rgreenwood@law.harvard.edu>
**Cc:** Giglio, Amanda <agiglio@cozen.com>; Prouty, Erika Dackin <eprouty@bakerlaw.com>; WaleJ@ag.louisiana.gov <WaleJ@ag.louisiana.gov>; alyssa.riggins@nelsonmullins.com <alyssa.riggins@nelsonmullins.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; JonesCar@ag.louisiana.gov <JonesCar@ag.louisiana.gov>; phil.strach@nelsonmullins.com <phil.strach@nelsonmullins.com>; tom.farr@nelsonmullins.com <tom.farr@nelsonmullins.com>; cassie.holt@nelsonmullins.com <cassie.holt@nelsonmullins.com>; BoutteM@ag.louisiana.gov <BoutteM@ag.louisiana.gov>; JamesM@ag.louisiana.gov <JamesM@ag.louisiana.gov>; MurrillE@ag.louisiana.gov <MurrillE@ag.louisiana.gov>; BarbalichL@ag.louisiana.gov <BarbalichL@ag.louisiana.gov>; WilliamsM@ag.louisiana.gov <WilliamsM@ag.louisiana.gov>; john@scwllp.com <john@scwllp.com>; FreelA@ag.louisiana.gov <FreelA@ag.louisiana.gov>; kimk@scwllp.com <kimk@scwllp.com>; Mengis, Michael W. <mmengis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Lewis, Patrick T. <plewis@bakerlaw.com>; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; Andrew Pardue <apardue@HoltzmanVogel.com>
**Subject:** Re: Nairne, et al. v. Ardoin, et al., No. 22-cv-178


Sorry for the oversight. We will make sure to include these individuals in all future correspondence.

Sarah

---

**From:** Phil Gordon <pgordon@HoltzmanVogel.com>
**Sent:** Tuesday, June 20, 2023 11:32 AM
**To:** Thomas-Lundborg, Alora <tthomaslundborg@law.harvard.edu>; Stanko, Andrew <astanko@cozen.com>; Knehans, Dakota <dknehans@cozen.com>; Margulis, David <dmargulis@cozen.com>; Dayle Chung <dchung@naacpldf.org>; Dayton Campbell-Harris <DCampbell-Harris@aclu.org>; McDonald, Hallie <hmcdonald@cozen.com>; Jared Evans <jevans@naacpldf.org>; Erickson, Jessica <jerickson@cozen.com>; External - John Adcock <jnadcock@gmail.com>; Bahn, Josephine M. <jbahn@cozen.com>; Luis Manuel Rico Román <LRoman@aclu.org>; Megan Keenan <MKeenan@aclu.org>; mdeleeuw@cozen.com <mdeleeuw@cozen.com>; Engle-Hardy, Noelle <nengle-hardy@cozen.com>; Nora Ahmed <Nahmed@laaclu.org>; rsoloman@cozen.com <rsoloman@cozen.com>; Ron Wilson <cabral2@aol.com>; Greenwood, Ruth <rgreenwood@law.harvard.edu>; Ruth Greenwood <greenwood@law.harvard.edu>; Sara Rohani <srohani@naacpldf.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Victoria Wenger <vwenger@naacpldf.org>; Greenwood, Ruth <rgreenwood@law.harvard.edu>; Sarah Brannon <sbrannon@aclu.org>
**Cc:** Giglio, Amanda <agiglio@cozen.com>; Prouty, Erika Dackin <eprouty@bakerlaw.com>; WaleJ@ag.louisiana.gov <WaleJ@ag.louisiana.gov>; alyssa.riggins@nelsonmullins.com <alyssa.riggins@nelsonmullins.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; JonesCar@ag.louisiana.gov <JonesCar@ag.louisiana.gov>; phil.strach@nelsonmullins.com <phil.strach@nelsonmullins.com>; tom.farr@nelsonmullins.com <tom.farr@nelsonmullins.com>; cassie.holt@nelsonmullins.com <cassie.holt@nelsonmullins.com>; BoutteM@ag.louisiana.gov <BoutteM@ag.louisiana.gov>; JamesM@ag.louisiana.gov <JamesM@ag.louisiana.gov>; MurrillE@ag.louisiana.gov <MurrillE@ag.louisiana.gov>; BarbalichL@ag.louisiana.gov <BarbalichL@ag.louisiana.gov>;

WilliamsM@ag.louisiana.gov <WilliamsM@ag.louisiana.gov>; john@scwllp.com <john@scwllp.com>; FreelA@ag.louisiana.gov <FreelA@ag.louisiana.gov>; kimk@scwllp.com <kimk@scwllp.com>; Mengis, Michael W. <mmengis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Lewis, Patrick T. <plewis@bakerlaw.com>; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; Andrew Pardue <apardue@HoltzmanVogel.com>
**Subject:** Nairne, et al. v. Ardoin, et al., No. 22-cv-178

Counsel,

Good morning.

It has come to my attention that there has been correspondence from Plaintiffs in the above captioned matter that omits a number of counsel for the State. Please add me, Jason Torchinsky, and Andrew Pardue to all future correspondence regarding this matter.

Thank you,

Phil Gordon



**PRIVILEGED AND CONFIDENTIAL**
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address. Thank you.

**DISCLAIMER**
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Holtzman Vogel Baran Torchinsky & Josefiak PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a

complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.