UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
JULY 12, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

| | |
|---|---|
| PRESS ROBINSON, ET AL | CIVIL ACTION |
| VERSUS | |
| KYLE ARDOIN, ET AL | NO. 22-211-SDD-SDJ |

CONSOLIDATED WITH

| | |
|---|---|
| EDWARD GALMON, SR., ET AL | CIVIL ACTION |
| VERSUS | |
| KYLE ARDOIN, ET AL | NO. 22-214-SDD-SDJ |

This matter came on this day for a *Telephone Status Conference*.

PRESENT:  Sarah E. Brannon, Esq.
Counsel for Robinson Plaintiffs

Lalitha D. Madduri, Esq.
Counsel for Galmon Plaintiffs

Katherine L. McKnight, Esq.
Counsel for Defendants

The parties discussed potential deadlines for proceedings for either the remedy phase of the preliminary injunction or trial on the merits.

The Court takes this matter under advisement and will issue a scheduling order next week.

\* \* \* \* \*

C:  CV 36; T: 30 mins