IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENÉ SOULÉ, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, and POWER COALITION FOR EQUITY AND JUSTICE,<br><br>Plaintiffs,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>Defendant. | Case No. 3:22-cv-00211-SDD-SDJ c/w |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, and TRAMELLE HOWARD,<br><br>Plaintiffs,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State,<br><br>Defendant. | Case No. 3:22-cv-00214-SDD-SDJ |

**MOTION TO WITHDRAW AS COUNSEL**

NOW INTO COURT, through undersigned counsel, come Plaintiffs Edward Galmon Sr., Ciara Hart, Norris Henderson and Tramelle Howard (collectively, the "Galmon Plaintiffs") who respectfully submit this motion to withdraw Olivia N. Sedwick as counsel for the Galmon Plaintiffs.

- 1 -

Ms. Sedwick seeks withdrawal as counsel because she is departing Elias Law Group LLP. Plaintiffs will continue to be represented by J.E. Cullens, Jr., Andrée Matherne Cullens, Stephen Layne Lee and Renee Chabert Crasto of Walters, Thomas, Cullens, LLC and Abha Khanna, Jonathan P. Hawley, Lalitha D. Madduri and Jacob D. Shelly of Elias Law Group LLP.

| | |
|---|---|
| Dated: July 14, 2023 | Respectfully submitted, |

J.E. Cullens, Jr. (Bar Roll No. 23011)
Andrée Matherne Cullens (Bar Roll No. 23212)
Stephen Layne Lee (Bar Roll No. 17689)
Renee Chabert Crasto (Bar Roll No. 31657)
**WALTERS, THOMAS, CULLENS, LLC**
12345 Perkins Road, Building One
Baton Rouge, Louisiana 70810
Phone: (225) 236-3636
Fax: (225) 236-3650
Email: cullens@lawbr.net
Email: acullens@lawbr.net
Email: laynelee@lawbr.net
Email: crasto@lawbr.net

By: *Olivia N. Sedwick*
Lalitha D. Madduri*
Olivia N. Sedwick*
Jacob D. Shelly*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Facsimile: (202) 968-4498
Email: lmadduri@elias.law
Email: osedwick@elias.law
Email: jshelly@elias.law

Abha Khanna*
Jonathan P. Hawley*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
Email: akhanna@elias.law
Email: jhawley@elias.law

*Counsel for the* Galmon *Plaintiffs*

*Admitted *pro hac vice*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2023, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

/s/ Olivia N. Sedwick
Olivia N. Sedwick
Counsel for Plaintiffs