## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON et al., | CIVIL ACTION NO. 3:22-CV-00211-SDD-SDJ **c/w** |
| *Plaintiffs* | |
| v. | |
| KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | |
| *Defendant.* | |
| EDWARD GALMON, SR., et al | CIVIL ACTION NO. 3:22-CV-00214-SDD-SDJ |
| *Plaintiffs* | |
| v. | |
| R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | |
| *Defendant.* | |

## MOTION OF DEFENDANTS
## TO WITHDRAW COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel and pursuant to Local Rule 9014-4, comes Judy Y. Barrasso, which, respectfully moves to withdraw Viviana H. Aldous. as counsel of record, as of the law firm of Barrasso, Usdin, Kupperman, Freeman & Sarver, L.L.C., 909 Poydras Street, Suite 2350, New Orleans, Louisiana 70112, (504) 589-9700 in this proceeding.as counsel for Michael Mislove, Lisa J. Fauci, Robert Lipton and Nicholas Mattei ("Math/Science Intervenors").

Viviana H. Aldous is no longer employed by Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. and Judy Y. Barrasso is currently enrolled as counsel for Math/Science Intervenors and will also remain as counsel of record.

- 2 -

**WHEREFORE**, Math/Science Intervenors respectfully request that the Court withdraw Viviana Aldous, as counsel for Defendants in the above-captioned matter.

Respectfully submitted,

/s/ Judy Y. Barrasso
Judy Y. Barrasso (2814)
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone: 504-589-9700
Facsimile: 504-589-9701

Keni L. Holleb Hotaling*
Andrew J. Plague*
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 923-2975

Sam Hirsch*
Jessica Ring Amunson*
Alex S. Trepp*
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
(202) 639-600
shirsch@jenner.com;
jamunson@jenner.com; atrepp@jenner.com
khotaling@jenner.com; aplague@jenner.com

*Attorneys for MATH/Science Intervenors*

#1896857v1