# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON et al., | CIVIL ACTION NO. 3:22-CV-00211-SDD-SDJ **c/w** |
| *Plaintiffs*, | |
| v. | |
| KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | |
| *Defendant*. | |
| | |
| EDWARD GALMON, SR., et al | CIVIL ACTION NO. 3:22-CV-00214-SDD-SDJ |
| *Plaintiffs*, | |
| v. | |
| R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | |
| Defendant. | |

## ORDER

CONSIDERING THE ABOVE AND FOREGOING:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that Viviana H. Aldous, be withdrawn as counsel of record for Math/Science Intervenors.

Baton Rouge, Louisiana, this _____ day of _____, 2023.

_____
JUDGE UNITED STATES DISTRICT COURT

#1896857v1