UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, ET AL | CIVIL ACTION |
| VERSUS | |
| KYLE ARDOIN, ET AL | NO. 22-211-SDD-SDJ |

CONSOLIDATED WITH

| | |
|---|---|
| EDWARD GALMON, SR., ET AL | CIVIL ACTION |
| VERSUS | |
| KYLE ARDOIN, ET AL | NO. 22-214-SDD-SDJ |

**O R D E R**

The Court held a telephone status conference on July 12, 2023.

The parties filed Notices of their respective positions regarding the continuation of these proceedings following the stay lifted by the United States Supreme Court.

The Court ORDERS that the preliminary injunction hearing stayed by the United States Supreme Court, and which stay has been lifted, be and is hereby reset to October 3-5, 2023, at 9:00 a.m. in Courtroom Three.

The parties shall meet and confer and jointly submit a proposed pre-hearing scheduling order on or before Friday July 21, 2023.

Signed in Baton Rouge, Louisiana, on <u>July 17, 2023</u>.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**