# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON et al., <br><br> *Plaintiffs* <br><br> v. <br><br> KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, <br><br> *Defendant*. | CIVIL ACTION NO. 3:22-CV-00211-SDD-SDJ **c/w** |
| EDWARD GALMON, SR., et al <br><br> *Plaintiffs* <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, <br><br> *Defendant*. | CIVIL ACTION NO. 3:22-CV-00214-SDD-SDJ |

## DEFENDANTS *EX PARTE* MOTION TO SUBSTITUTE PLEADING

Defendants Michael Mislove, Lisa J. Fauci, Robert Lipton and Nicholas Mattei ("Math/Science Intervenors") respectfully move this Court to grant leave to substitute the attached Motion to Withdraw Counsel for R. Doc 248.

**WHEREFORE,** Math/Science Intervenors requests the Court permit the attached Motion to Withdraw Counsel to be filed.

- 2 -

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso (2814)
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone: 504-589-9700
Facsimile: 504-589-9701

Keni L. Holleb Hotaling*
Andrew J. Plague*
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 923-2975

Sam Hirsch*
Jessica Ring Amunson*
Alex S. Trepp*
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
(202) 639-600
shirsch@jenner.com;
jamunson@jenner.com; atrepp@jenner.com
khotaling@jenner.com; aplague@jenner.com

***Attorneys for MATH/Science Intervenors***

#1896930v1