# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON et al., | CIVIL ACTION NO. 3:22-CV-00211-SDD-SDJ **c/w** |
| *Plaintiffs* | |
| v. | |
| KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | |
| *Defendant.* | |
| EDWARD GALMON, SR., et al | CIVIL ACTION NO. 3:22-CV-00214-SDD-SDJ |
| *Plaintiffs* | |
| v. | |
| R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | |
| *Defendant.* | |

## MOTION OF DEFENDANTS
## TO WITHDRAW COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel and pursuant to Local Rule 9014-4, comes Judy Y. Barrasso, which, respectfully moves to withdraw Viviana H. Aldous. as counsel of record, as of the law firm of Barrasso, Usdin, Kupperman, Freeman & Sarver, L.L.C., 909 Poydras Street, Suite 2350, New Orleans, Louisiana 70112, (504) 589-9700 in this proceeding.as counsel for Michael Mislove, Lisa J. Fauci, Robert Lipton and Nicholas Mattei ("Math/Science Intervenors").

Viviana H. Aldous is no longer employed by Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. and Judy Y. Barrasso is currently enrolled as counsel for Math/Science Intervenors and will also remain as counsel of record.

- 2 -

**WHEREFORE**, Math/Science Intervenors respectfully request that the Court withdraw Viviana Aldous, as counsel for Defendants in the above-captioned matter.

    Respectfully submitted,

    */s/ Judy Y. Barrasso*
    Judy Y. Barrasso (2814)
    BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
    909 Poydras Street, Suite 2350
    New Orleans, Louisiana 70112
    Telephone: 504-589-9700
    Facsimile: 504-589-9701

    Keni L. Holleb Hotaling*
    Andrew J. Plague*
    JENNER & BLOCK LLP
    353 North Clark Street
    Chicago, IL 60654
    (312) 923-2975

    Sam Hirsch*
    Jessica Ring Amunson*
    Alex S. Trepp*
    JENNER & BLOCK LLP
    1099 New York Avenue, NW, Suite 900
    Washington, D.C. 20001
    (202) 639-600
    shirsch@jenner.com;
    jamunson@jenner.com; atrepp@jenner.com
    khotaling@jenner.com; aplague@jenner.com

    ***Attorneys for MATH/Science Intervenors***

#1896857v1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON et al., | CIVIL ACTION NO. 3:22-CV-00211-SDD-SDJ **c/w** |
| *Plaintiffs* | |
| v. | |
| KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | |
| *Defendant.* | |
| EDWARD GALMON, SR., et al | CIVIL ACTION NO. 3:22-CV-00214-SDD-SDJ |
| *Plaintiffs* | |
| v. | |
| R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | |
| *Defendant.* | |

## **LOCAL RULE 83(B)(13) CERTIFICATION**

Pursuant to Local Civil Rule 83(b)(13) of the Local Rules of the Middle District of Louisiana, the undersigned certifies that Viviana Aldous (Bar No. 38653) consents to the filing of Michael Mislove, Lisa J. Fauci, Robert Lipton and Nicholas Mattei ("Math/Science Intervenors") Motion to Withdraw Viviana Aldous.

- 2 -

Respectfully submitted,

*/s/ Judy Y. Barrasso*

Judy Y. Barrasso (2814)
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone: 504-589-9700
Facsimile: 504-589-9701

Keni L. Holleb Hotaling*
Andrew J. Plague*
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 923-2975

Sam Hirsch*
Jessica Ring Amunson*
Alex S. Trepp*
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
(202) 639-600
shirsch@jenner.com;
jamunson@jenner.com; atrepp@jenner.com
khotaling@jenner.com; aplague@jenner.com

***Attorneys for MATH/Science Intervenors***

#1896857v1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON et al., ) | CIVIL ACTION NO. 3:22-CV-00211-SDD-SDJ **c/w** |
| *Plaintiffs* ) | |
| v. ) | |
| KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, ) | |
| *Defendant*. ) | |
| EDWARD GALMON, SR., et al ) | CIVIL ACTION NO. 3:22-CV-00214-SDD-SDJ |
| *Plaintiffs* ) | |
| v. ) | |
| R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, ) | |
| Defendant. ) | |

## **ORDER**

CONSIDERING THE ABOVE AND FOREGOING:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that Viviana H. Aldous, be withdrawn as counsel of record for Math/Science Intervenors.

Baton Rouge, Louisiana, this _____ day of _____, 2023.

_____
JUDGE UNITED STATES DISTRICT COURT

#1896857v1