# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, <br><br> *Defendant.* | CIVIL ACTION NO. 3:22-CV-00211-SDD-SDJ **c/w** |
| EDWARD GALMON, SR., et al <br><br> *Plaintiffs,* <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, <br><br> Defendant. | CIVIL ACTION NO. 3:22-CV-00214-SDD-SDJ |

## **ORDER**

Considering the foregoing *Ex Parte* Motion to Substitute Pleading:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that the attached pleading be substituted for R. Doc. 248.

Baton Rouge, Louisiana, this _____ day of _____, 2023.

_____
JUDGE UNITED STATES DISTRICT COURT

#1896930v1