UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENÉ SOULÉ, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, and POWER COALITION FOR EQUITY AND JUSTICE,<br><br>Plaintiffs,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>Defendant. | Case No. 3:22-cv-00211 |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, and TRAMELLE HOWARD,<br><br>Plaintiffs,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State,<br><br>Defendant. | Civil Action: 3:22-cv-00214 |

**MOTION FOR *PRO HAC VICE* ADMISSION**

MAY IT PLEASE THE COURT:

1

In accordance with Local Rule 83 governing Visiting Attorneys of the United States District Court of Louisiana, the undersigned, Angelique Freel, counsel for the Intervenor-Defendant, the State of Louisiana, by and through Attorney General Jeff Landry, and a member of the Bar of the State of Louisiana in good standing and of this court, respectfully requests this Court to permit Brennan Bowen to appear and participate *pro hac vice* as additional counsel on behalf of the Attorney General and State of Louisiana in both of the above captioned actions.

1.

Mr. Bowen is a licensed attorney admitted to practice in the state of Arizona. Mr. Bowen practice is located at 2575 E. Camelback Road, Suite 860, Phoenix, AZ 85016. Mr. Bowen is a member in good standing with the Arizona State Bar.

2.

Pursuant to Local Rule 83, the Affidavit of Brennan Bowen is attached hereto in support of this motion as Exhibit "A". The affidavit states that Brennan Bowen is a member in good standing with the Arizona State Bar and was admitted on May 3, 2021. Brennan Bowen is admitted to practice law in Arizona and the Ninth Circuit.

3.

Also, Pursuant to Local Rule 83, a Certificate of Good Standing from the Supreme Court of Arizona is attached to Mr. Bowen's Affidavit verifying that Brennan Bowen is admitted to practice in that Court and is in good standing therein.

WHEREFORE, Angelique Freel, counsel of record for Defendant, The State of Louisiana, in these consolidated cases and a member in good standing, prays that this court enter an Order permitting Brennan Bowen to appear *pro hac vice* as counsel on behalf of The State of Louisiana, in the above captioned matters.

Dated: July 21, 2023

Respectfully submitted,

/s/ Angelique Duhon Freel
Angelique Duhon Freel (La. Bar Roll No. 28561)
Carey Tom Jones (La. Bar Roll No. 07474)
Jeffrey M. Wale (La. Bar Roll No. 36070)
Assistant Attorneys General
Louisiana Department of Justice
Civil Division
P. O. BOX 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6060
Facsimile: (225) 326-6098
Email: freela@ag.louisiana.gov
       walej@ag.state.la.us
       jonescar@ag.louisiana.gov

Jason Torchinsky (DC 976033)
Phillip M. Gordon (DC 1531277)
Dallin Holt (VSB 97330)
Brennan Bowen (AZ 36639)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: jtorchinsky@holtzmanvogel.com
       pgordon@holtzmanvogel.com
       dholt@holtzmanvogel.com
       bbowen@holtzmanvogel.com

*pro hac vice motion forthcoming

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 21st day of July 2023, the foregoing has been filed with the Clerk via the CM/ECF system that has sent a Notice of Electronic filing to all counsel of record.

*/s/ Angelique Duhon Freel*
Angelique Duhon Freel