UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENÉ SOULÉ, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, and POWER COALITION FOR EQUITY AND JUSTICE,<br><br>    Plaintiffs,<br><br> v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>    Defendant. | Case No. 3:22-cv-00211 |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, and TRAMELLE HOWARD,<br><br>    Plaintiffs,<br><br> v.<br><br>R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State,<br><br>    Defendant. | Civil Action: 3:22-cv-00214 |

**ORDER**

  CONSIDERING the foregoing Motion for Admission *Pro Hac Vice:*

  IT IS ORDERED that the Motion is GRANTED, and Brennan Bowen is hereby enrolled as additional counsel for the Intervenor-Defendant, State of Louisiana, by and through Attorney General Jeff Landry, in the above captioned matters.

1

2

     READ SIGNED AND DATED this _____ day of _____, 2023, in Baton Rouge, Louisiana.

                                                                             _____
                                                                                    UNITED STATES DISTRICT JUDGE