# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, et al., *Plaintiffs,* v. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, *Defendant.* | Civil Action No. 3:22-cv-00211-SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Scott D. Johnson |
| EDWARD GALMON, SR., et al., *Plaintiffs,* v. R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, *Defendant.* | Consolidated with<br>Civil Action No. 3:22-cv-00214-SDD-SDJ |

## **[PROPOSED] SCHEDULING ORDER FOR PRELIMINARY INJUNCTION HEARING**

The Court, upon consideration of the proposed schedules for the forthcoming October 3-5, 2023, preliminary-injunction hearing submitted by the parties in accordance with the Court's order of July 17, 2023 (ECF No. 250), hereby adopts the following pre-hearing schedule to govern the preliminary-injunction hearing reset for October 3-5, 2023:

| Date | Deadline |
|---|---|
| Friday, August 4, 2023 | Plaintiffs' Supplemental Expert Reports/Disclosures Due |
| Friday, August 18, 2023 | Parties to Exchange Fact Witness Lists |
| Friday, September 8, 2023 | Defendants' Supplemental Expert Reports/Disclosures Due |
| Tuesday, September 12, 2023 | Exchange Supplemental Fact Witness Lists |
| Tuesday, September 19, 2023 | Deadline for Fact and Expert Depositions |
| Monday, September 25, 2023 | Supplemental Memorandum in Support and Memorandum in Opposition of Proposed Remedial Plan Due |
| Friday, September 29, 2023 | Parties to Exchange Final Witness Lists and Copies of Exhibits |

The parties may not submit new proposed remedial plans. The Court will consider the plan submitted on June 22, 2022, in accordance with its Order of June 17, 2022 (ECF No. 206).

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE