# Exhibit A

| | |
|---|---|
| **From:** | Lewis, Patrick T. |
| **To:** | Lali Madduri; Prouty, Erika Dackin; McKnight, Katherine L.; Phil Strach; Murrill, Elizabeth; Alyssa Riggins; Freel, Angelique; Jones, Carey; Cassie Holt; Jason Torchinsky; Wale, Jeffrey M.; John Branch; Mengis, Michael W.; McPhee, Shae; Tom Farr; Braden, E. Mark; Dallin Holt; john@scwllp.com; Raile, Richard |
| **Cc:** | Abha Khanna; Jacob Shelly; Jonathan Hawley; Alison (Qizhou) Ge; J. Cullens; S. Layne Lee; Andrée M. Cullens; Savitt, Adam P; Amitav Chakraborty; Jonathan Hurwitz; Leah Aden; Sarah Brannon; Stuart Naifeh; Alora Thomas; Victoria Wenger; Nora Ahmed; Sara Rohani; Sophia LIn Lakin; Jared Evans; John Adcock; tracie.washington.esq@gmail.com; Megan Keenan |
| **Subject:** | RE: Robinson v. Ardoin / Galmon v. Ardoin -- Meet and Confer re Pre-Hearing Schedule |
| **Date:** | Friday, July 21, 2023 2:31:57 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png |

Dear Counsel,

Thanks for your email. We appreciate your effort below to address some of the concerns we raised about Plaintiffs' proposed schedule. However, we continue to have a foundational disagreement over Plaintiffs' claimed right to restart the remedial phase of this case with a new plan submission, which was inconsistent with the representations Plaintiffs made to the Court on July 12, 2023, that they would stand on their 2022 remedial plan submission. Your schedule below is entirely designed around a new plan submission, and our schedule is entirely designed around additional evidence concerning Plaintiffs' existing remedial plan submission.

Because of this fundamental disagreement about approach, we will not be able to consent to your proposed schedule. Procedurally, we believe the appropriate next step is to submit our proposed schedules separately, as our differences are not of the type that lend themselves to inclusion in a joint filing. We believe that providing the Court a "joint submission" that consists of different schedules (and explanations for the schedules) would elevate form over substance.

Finally, we ask that Plaintiffs refrain from presenting the Court with the chart below as the summary of the parties' differences. While I understand why you presented the dates in that manner to us for negotiation purposes, if presented to the Court, the chart could inaccurately suggest that Defendants proposed a schedule that included a "submission of new plans" when Defendants did not.

Please let us know if you have any further questions.

Sincerely,

pl

**Patrick Lewis**
Partner



Key Tower
127 Public Square | Suite 2000
Cleveland, OH 44114-1214
T +1.216.861.7096

plewis@bakerlaw.com
bakerlaw.com

---

**From:** Lali Madduri <lmadduri@elias.law>
**Sent:** Friday, July 21, 2023 11:33 AM
**To:** Prouty, Erika Dackin <eprouty@bakerlaw.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Phil Strach <phil.strach@nelsonmullins.com>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Freel, Angelique <FreelA@ag.louisiana.gov>; Lewis, Patrick T. <plewis@bakerlaw.com>; Jones, Carey <JonesCar@ag.louisiana.gov>; Cassie Holt <cassie.holt@nelsonmullins.com>; Jason Torchinsky <jtorchinsky@holtzmanvogel.com>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; John Branch <john.branch@nelsonmullins.com>; Mengis, Michael W. <mmengis@bakerlaw.com>; McPhee, Shae <McPheeS@ag.louisiana.gov>; Tom Farr <tom.farr@nelsonmullins.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Dallin Holt <dholt@holtzmanvogel.com>; john@scwllp.com; Raile, Richard <rraile@bakerlaw.com>
**Cc:** Abha Khanna <akhanna@elias.law>; Jacob Shelly <jshelly@elias.law>; Jonathan Hawley <jhawley@elias.law>; Alison (Qizhou) Ge <age@elias.law>; J. Cullens <cullens@lawbr.net>; S. Layne Lee <laynelee@lawbr.net>; Andrée M. Cullens <acullens@lawbr.net>; Savitt, Adam P <asavitt@paulweiss.com>; Amitav Chakraborty <achakraborty@paulweiss.com>; Jonathan Hurwitz <jhurwitz@paulweiss.com>; Leah Aden <laden@naacpldf.org>; Sarah Brannon <sbrannon@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; Nora Ahmed <Nahmed@laaclu.org>; Sara Rohani <SRohani@naacpldf.org>; Sophia LIn Lakin <slakin@aclu.org>; Jared Evans <jevans@naacpldf.org>; John Adcock <jnadcock@gmail.com>; tracie.washington.esq@gmail.com; Megan Keenan <MKeenan@aclu.org>
**Subject:** RE: Robinson v. Ardoin / Galmon v. Ardoin -- Meet and Confer re Pre-Hearing Schedule

Counsel,

See below for an amended proposed schedule. Plaintiffs' updated schedule incorporates changes that reflect the points Defendants raised during yesterday's meet and confer. We've also removed initial briefing in support of in opposition to plans. Plaintiffs can also represent that we intend to submit no more than a single joint remedial plan.

| Event | Defendants' Proposed Deadline | Plaintiffs' Proposed Deadline | Plaintiffs' Amended Dates |
|---|---|---|---|
| Deadline for the submission of any proposed plans and supporting expert reports | August 4, 2023 | August 15, 2023 | August 11, 2023 |
| Deadline for parties to exchange fact and | August 11, 2023 | September 1, 2023 | August 11, 2023 |

2

| | | | |
|---|---|---|---|
| expert witness lists | | | |
| Deadline for expert reports in response to any proposed plans | September 8, 2023 | August 29, 2023 | September 5, 2023 |
| Deadline for supplemental witness disclosures | | | September 8, 2023 |
| Deadline for fact and expert depositions | September 15, 2023 | September 19, 2023 | September 19, 2023 |
| Deadline for prehearing briefs | September 22, 2023 | September 26, 2023 | September 26, 2023 |
| Deadline to exchange copies of exhibits and final witness list | September 29, 2023 | September 26, 2023 | September 29, 2023 |
| Remedial hearing | October 3 to October 5, 2023 | October 3 to October 5, 2023 | October 3 to October 5, 2023 |

**Lali Madduri**
Counsel
**Elias Law Group LLP**
202-968-4593

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Lali Madduri
**Sent:** Thursday, July 20, 2023 12:50 PM
**To:** Prouty, Erika Dackin <eprouty@bakerlaw.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Phil Strach <phil.strach@nelsonmullins.com>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Freel, Angelique <FreelA@ag.louisiana.gov>; Lewis, Patrick T. <plewis@bakerlaw.com>; Jones, Carey <JonesCar@ag.louisiana.gov>; Cassie Holt <cassie.holt@nelsonmullins.com>; Jason Torchinsky <jtorchinsky@holtzmanvogel.com>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; John Branch <john.branch@nelsonmullins.com>; Mengis, Michael W. <mmengis@bakerlaw.com>; McPhee, Shae <McPheeS@ag.louisiana.gov>; Tom Farr <tom.farr@nelsonmullins.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Dallin Holt <dholt@holtzmanvogel.com>; john@scwllp.com; Raile, Richard <rraile@bakerlaw.com>
**Cc:** Abha Khanna <akhanna@elias.law>; Jacob Shelly <jshelly@elias.law>; Jonathan Hawley <jhawley@elias.law>; Alison (Qizhou) Ge <age@elias.law>; J. Cullens <cullens@lawbr.net>; S. Layne Lee <laynelee@lawbr.net>; Andrée M. Cullens <acullens@lawbr.net>; Savitt, Adam P <asavitt@paulweiss.com>; Amitav Chakraborty <achakraborty@paulweiss.com>; Jonathan Hurwitz <jhurwitz@paulweiss.com>; Leah Aden <laden@naacpldf.org>; Sarah Brannon <sbrannon@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; Nora Ahmed <Nahmed@laaclu.org>; Sara Rohani <SRohani@naacpldf.org>; Sophia LIn Lakin <slakin@aclu.org>; Jared Evans <jevans@naacpldf.org>; John Adcock <jnadcock@gmail.com>; tracie.washington.esq@gmail.com; Megan Keenan <MKeenan@aclu.org>
**Subject:** RE: Robinson v. Ardoin / Galmon v. Ardoin -- Meet and Confer re Pre-Hearing Schedule

Counsel,

See below for Plaintiffs' proposed schedule. Looking forward to discussing this afternoon.

| Event | Defendants' Proposed Deadline | Plaintiffs' Proposed Deadline |
|---|---|---|
| Deadline for the submission of plaintiffs' proposed map, supporting memoranda, and expert reports | Friday, August 4, 2023 | Tuesday, August 15, 2023 |
| Deadline for defendants' responses to plaintiffs' proposed map and expert | Friday, September 8, 2023 | Tuesday, August 29, 2023 |

| | | |
|---|---|---|
| reports | | |
| Deadline for parties to exchange fact and expert witness lists | Friday, August 11, 2023 | Friday, September 1, 2023 |
| Deadline for fact and expert depositions | Friday, September 15, 2023 | Tuesday, September 19, 2023 |
| Deadline for supplemental memoranda in support of or in opposition to the proposed remedial maps | Friday, September 22, 2023 | Tuesday, September 26, 2023 |
| Deadline to exchange final witness lists and copies of exhibits | Friday, September 29, 2023 | Tuesday, September 26, 2023 |
| Remedial hearing | Tuesday, October 3 to Thursday, October 5, 2023 | Tuesday, October 3 to Thursday, October 5, 2023 |

**Lali Madduri**
Counsel
**Elias Law Group LLP**
202-968-4593

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Lali Madduri
**Sent:** Wednesday, July 19, 2023 5:37 PM
**To:** Prouty, Erika Dackin <eprouty@bakerlaw.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Phil Strach <phil.strach@nelsonmullins.com>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Freel, Angelique <FreelA@ag.louisiana.gov>; Lewis, Patrick T. <plewis@bakerlaw.com>; Jones, Carey <JonesCar@ag.louisiana.gov>; Cassie Holt <cassie.holt@nelsonmullins.com>; Jason Torchinsky <jtorchinsky@holtzmanvogel.com>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; John Branch <john.branch@nelsonmullins.com>; Mengis, Michael W. <mmengis@bakerlaw.com>; McPhee, Shae <McPheeS@ag.louisiana.gov>; Tom Farr <tom.farr@nelsonmullins.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Dallin Holt <dholt@holtzmanvogel.com>; john@scwllp.com; Raile, Richard <rraile@bakerlaw.com>
**Cc:** Abha Khanna <akhanna@elias.law>; Jacob Shelly <jshelly@elias.law>; Jonathan Hawley <jhawley@elias.law>; Alison (Qizhou) Ge <age@elias.law>; J. Cullens <cullens@lawbr.net>; S. Layne Lee <laynelee@lawbr.net>; Andrée M. Cullens <acullens@lawbr.net>; Savitt, Adam P <asavitt@paulweiss.com>; Amitav Chakraborty <achakraborty@paulweiss.com>; Jonathan Hurwitz <jhurwitz@paulweiss.com>; Leah Aden <laden@naacpldf.org>; Sarah Brannon <sbrannon@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; Nora Ahmed <Nahmed@laaclu.org>; Sara Rohani <SRohani@naacpldf.org>; Sophia LIn Lakin <slakin@aclu.org>; Jared Evans <jevans@naacpldf.org>; John Adcock <jnadcock@gmail.com>; tracie.washington.esq@gmail.com; Megan Keenan <MKeenan@aclu.org>
**Subject:** RE: Robinson v. Ardoin / Galmon v. Ardoin -- Meet and Confer re Pre-Hearing Schedule

Thanks, Erika. We'll send a Teams link for 4-5 tomorrow.

**Lali Madduri**
Counsel
**Elias Law Group LLP**
202-968-4593

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Prouty, Erika Dackin <eprouty@bakerlaw.com>
**Sent:** Wednesday, July 19, 2023 4:02 PM
**To:** Lali Madduri <lmadduri@elias.law>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Phil Strach <phil.strach@nelsonmullins.com>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Freel, Angelique <FreelA@ag.louisiana.gov>; Lewis, Patrick T. <plewis@bakerlaw.com>; Jones, Carey <JonesCar@ag.louisiana.gov>; Cassie Holt <cassie.holt@nelsonmullins.com>; Jason Torchinsky <jtorchinsky@holtzmanvogel.com>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; John Branch <john.branch@nelsonmullins.com>; Mengis, Michael W. <mmengis@bakerlaw.com>; McPhee, Shae <McPheeS@ag.louisiana.gov>; Tom Farr <tom.farr@nelsonmullins.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Dallin Holt <dholt@holtzmanvogel.com>; john@scwllp.com; Raile, Richard <rraile@bakerlaw.com>
**Cc:** Abha Khanna <akhanna@elias.law>; Jacob Shelly <jshelly@elias.law>; Jonathan Hawley <jhawley@elias.law>; Alison (Qizhou) Ge <age@elias.law>; J. Cullens <cullens@lawbr.net>; S. Layne Lee <laynelee@lawbr.net>; Andrée M. Cullens <acullens@lawbr.net>; Savitt, Adam P <asavitt@paulweiss.com>; Amitav Chakraborty <achakraborty@paulweiss.com>; Jonathan Hurwitz <jhurwitz@paulweiss.com>; Leah Aden <laden@naacpldf.org>; Sarah Brannon <sbrannon@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; Nora Ahmed <Nahmed@laaclu.org>; Sara Rohani <SRohani@naacpldf.org>; Sophia LIn Lakin <slakin@aclu.org>; Jared Evans <jevans@naacpldf.org>; John Adcock <jnadcock@gmail.com>; tracie.washington.esq@gmail.com; Megan Keenan <MKeenan@aclu.org>
**Subject:** RE: Robinson v. Ardoin / Galmon v. Ardoin -- Meet and Confer re Pre-Hearing Schedule

Dear Counsel,

On behalf of the Defendant/Intervenors, we are available tomorrow between 3:30pm to 5pm ET tomorrow to meet and confer to discuss a proposed pre-hearing schedule.

In preparation for that meet and confer, below is Defendant/Intervenors' proposal for the pre-hearing schedule. To be clear, Plaintiffs' supplemental expert reports will not be permitted to include any new remedial plans, per Plaintiffs' counsel's representations to the Court during last week's status conference.

| Date | Deadline |
| --- | --- |
| Friday, August 4, 2023 | Plaintiffs' Supplemental Expert Reports Due |
| Friday, August 11, 2023 | Exchange Fact & Expert Witness Lists |
| Friday, September 8, 2023 | Defendants' Supplemental Expert Reports Due |
| Friday, September 15, 2023 | Deadline for Fact and Expert Depositions |
| Friday, September 22, 2023 | Supplemental Memorandum in Support and Memorandum in Opposition of Proposed Remedial Plan Due |
| Friday, September 29, 2023 | Exchange Final Witness Lists and Copies of Exhibits |
| Tuesday, October 3 to Thursday, October 5, 2023 | Preliminary Injunction Hearing on Remedy |

Sincerely,

**Erika Prouty**
Associate

**BakerHostetler**
200 Civic Center Drive | Suite 1200
Columbus, OH 43215-4138
T +1.614.462.4710

eprouty@bakerlaw.com
bakerlaw.com



---

**From:** Lali Madduri <lmadduri@elias.law>
**Sent:** Tuesday, July 18, 2023 5:16 PM
**To:** McKnight, Katherine L. <kmcknight@bakerlaw.com>; Phil Strach <phil.strach@nelsonmullins.com>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Prouty, Erika Dackin <eprouty@bakerlaw.com>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Freel, Angelique <FreelA@ag.louisiana.gov>; Lewis, Patrick T. <plewis@bakerlaw.com>; Jones, Carey <JonesCar@ag.louisiana.gov>; Cassie Holt <cassie.holt@nelsonmullins.com>; Jason Torchinsky <jtorchinsky@holtzmanvogel.com>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; John Branch <john.branch@nelsonmullins.com>; Mengis, Michael W. <mmengis@bakerlaw.com>; McPhee, Shae <McPheeS@ag.louisiana.gov>; Tom Farr <tom.farr@nelsonmullins.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Dallin Holt <dholt@holtzmanvogel.com>; john@scwllp.com; Raile, Richard <rraile@bakerlaw.com>
**Cc:** Abha Khanna <akhanna@elias.law>; Jacob Shelly <jshelly@elias.law>; Jonathan Hawley <jhawley@elias.law>; Alison (Qizhou) Ge <age@elias.law>; J. Cullens <cullens@lawbr.net>; S. Layne Lee <laynelee@lawbr.net>; Andrée M. Cullens <acullens@lawbr.net>; Savitt, Adam P <asavitt@paulweiss.com>; Amitav Chakraborty <achakraborty@paulweiss.com>; Jonathan Hurwitz <jhurwitz@paulweiss.com>; Leah Aden <laden@naacpldf.org>; Sarah Brannon <sbrannon@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; Nora Ahmed <Nahmed@laaclu.org>; Sara Rohani <SRohani@naacpldf.org>; Sophia LIn Lakin <slakin@aclu.org>; Jared Evans <jevans@naacpldf.org>; John Adcock <jnadcock@gmail.com>; tracie.washington.esq@gmail.com; Megan Keenan <MKeenan@aclu.org>
**Subject:** Robinson v. Ardoin / Galmon v. Ardoin -- Meet and Confer re Pre-Hearing Schedule

[External Email: Use caution when clicking on links or opening attachments.]

Counsel,

I am writing on behalf of the Galmon and Robinson Plaintiffs. Per yesterday's Court order, are defense counsel available on Thursday 7/20 between 3 and 5pm ET to meet and confer regarding a pre-hearing schedule?

Thanks,
Lali

**Lali Madduri**
Counsel

**Elias Law Group LLP**
202-968-4593

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.