## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,<br>                  *Plaintiffs*,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana.<br><br>                  *Defendant*. | Civil Action No. 3:22-cv-00211-SDD-RLB |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, TRAMELLE HOWARD,<br>                  *Plaintiffs*,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana.<br><br>                  *Defendant*. | Civil Action No. 3:22-cv-00214-SDD-RLB |

### *ROBINSON* AND *GALMON* PLAINTIFFS' PROPOSED PREHEARING SCHEDULE

On July 17, 2023, the Court set a hearing on a remedy under the preliminary injunction entered on June 6, 2022, and ordered that the parties meet and confer and submit a proposed prehearing scheduling order. Between July 19 and 21, 2023, the parties exchanged initial proposed schedules, met-and-conferred, and exchanged revised proposals. The parties have not been able to reach consensus on the case schedule. The Plaintiffs propose the following schedule for prehearing discovery, briefing, and exchange of witness and exhibit lists.

| Event | Plaintiffs' Proposed Deadline | Time from Order Setting Hearing Dates |
|---|---|---|
| Submission of proposed plans and expert reports in support | 8/11/2023 | 25 days |
| Exchange of fact and expert witness disclosures | 8/11/2023 | 25 days |
| Submission of responsive expert reports | 9/5/2023 | 50 days |
| Exchange of supplemental witness disclosures | 9/8/2023 | 53 days |
| Deadline for fact and expert depositions | 9/19/2023 | 64 days |
| Prehearing briefs | 9/26/2023 | 71 days |
| Final witness and exhibits lists | 9/29/2023 | 74 days |
| Remedial hearing | 10/3/2023-10/5/2023 | 78 days |

Plaintiffs' proposed schedule allows for any party, including the Defendant or Defendant-Intervenors, to submit a new or amended map along with supporting expert evidence. Consistent with the Court's 2022 remedial orders, the *Robinson* and *Galmon* Plaintiffs intend to jointly submit at most one map. Providing Plaintiffs the opportunity to propose a new map will provide for a more robust remedial process by allowing Plaintiffs to incorporate new election data and

accommodate concerns raised by Defendants in opposition to the initial remedial map Plaintiffs proposed in 2022. Plaintiffs' proposal also allows Defendants a new opportunity to submit a proposed map, consistent with the Court's approach to the remedial proceedings initiated last year.[1]

By contrast, Defendants decline to even contemplate a schedule that accommodates the submission of a new proposed map, despite the two and a half months between the Court's order and the hearing. Defendants have offered no reason as to why the parties should be precluded from offering a new proposed map that takes account of the most recent election data and better addresses concerns raised during last year's remedial proceedings.[2] Under the Court's schedule, there is ample time for the parties to consider new proposed maps; indeed, the two and a half months between the Court's setting of the remedial hearing (July 17) and the hearing itself (October 3) is almost two months more than provided during the initial remedial proceedings last year.

Although Plaintiffs believe the Court's schedule allows for sufficient time for the consideration of new maps, should the Court order that no new maps may be proposed, Plaintiffs respectfully request that the Court also decline to permit additional expert briefing from any party on the original maps. Plaintiffs and Defendants have already submitted expert reports in support of and in opposition to the map Plaintiffs proposed during the June 2022 remedial proceedings, and—with the exception of one deposition of Defendant's expert, which was interrupted by the issuance of the stay from the U.S. Supreme Court—expert depositions are complete. Under this

---

[1] Any schedule the Court adopts that allows for new maps should require all parties—including Defendants, if they choose to do so—to produce their proposed maps and any supporting expert reports by the same deadline—under Plaintiffs' proposed schedule, by August 11, 2023.

[2] Defendants claim that Plaintiffs stated an intention not to alter the remedial map they submitted in June 2022, but Plaintiffs intended only to state that should no further map submissions be permitted, a remedial hearing could be set within a couple of weeks of the status conference on July 12, 2023. The Court has now set the remedial hearing for nearly 2.5 months from today, providing ample time to consider more up-to-date maps.

3

alternative proposal, Plaintiffs and Defendants would meet and confer to reschedule the pending expert deposition, schedule an exchange of fact witness lists and depositions of fact witnesses, and set a deadline for pre-hearing briefs.

Date: July 21, 2023                                          Respectfully submitted,

By: /s/Abha Khanna
Abha Khanna
Jonathan P. Hawley
ELIAS LAW GROUP LLP
1700 Seventh Ave. Suite 2100
Seattle, Washington 98101
(206) 656-0177
akhanna@elias.law
jhawley@elias.law

Lalitha D. Madduri
Jacob D. Shelly
ELIAS LAW GROUP LLP
250 Massachusetts Ave, NW Suite 400
Washington, D.C. 20001
(202) 968-4490
lmadduri@elias.law
jshelly@elias.law

J. E. Cullens, Jr.
Andrée Matherne Cullens
S. Layne Lee
WALTERS, THOMAS, CULLENS, LLC
12345 Perkins Road, Bldg. One
Baton Rouge, LA 70810
(225) 236-3636

*Counsel for Galmon Plaintiffs*

By: /s/ John Adcock
John Adcock
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
jnadcock@gmail.com

Stuart Naifeh (admitted *pro hac vice*)
Leah Aden (admitted *pro hac vice*)
Victoria Wenger (admitted *pro hac vice*)
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
laden@naacplef.org
snaifeh@naacpldf.org
vwenger@naacpldf.org

Jonathan H. Hurwitz
Robert A. Atkins
Yahonnes Cleary
Amitav Chakraborty
Adam P. Savitt
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue Of The Americas, New York, NY 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
jhurwitz@paulweiss.com
ratkins@paulweiss.com
ycleary@paulweiss.com
achakraborty@paulweiss.com
asavitt@paulweiss.com

*Counsel for Robinson Plaintiffs*
(Continued on next page)

5

Sarah Brannon
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
sbrannon@aclu.org

R. Jared Evans
I. Sara Rohani (admitted *pro hac vice*)
NAACP Legal Defense and Educational
Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
jevans@naacpldf.org
srohani@naacpldf.org


Tracie L. Washington
Louisiana Justice Institute
Suite 132
3157 Gentilly Blvd
New Orleans LA, 70122
Tel: (504) 872-9134
tracie.washington.esq@gmail.com

Sophia Lin Lakin
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org

T. Alora Thomas-Lundborg
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
tthomaslundborg@law.harvard.edu

Nora Ahmed
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org
msnider@laaclu.org


*Counsel for Robinson Plaintiffs*