UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**PRESS ROBINSON, ET AL**                                                      **CIVIL ACTION**

**VERSUS**                                                                                       **NO: 3:22-CV-00211**

**R. KYLE ARDOIN, in his official capacity**
**As Secretary of State of Louisiana**

*Consolidated with*

**EDWARD GALMON, ET AL**                                                  **CIVIL ACTION**

**VERSUS**                                                                                       **NO: 3:22-CV-00214**

**R. KYLE ARDOIN, in his official capacity**
**As Secretary of State of Louisiana**

**MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

    **NOW INTO COURT,** through undersigned counsel, comes Defendant, R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, who respectfully requests that the following attorney be enrolled as additional counsel of record in the above numbered and captioned matter: JOHN C. CONINE, JR. (La. Bar Roll No. 36834) of the law firm Shows, Cali & Walsh, L.L.P., 628 St. Louis St. (70802), P.O. Drawer 4425, Baton Rouge, Louisiana, 70821; telephone (225) 346-1461; facsimile (225) 346-1467, coninej@scwllp.com . JOHN C. CONINE, JR. is a partner with the law firm Shows, Cali & Walsh, L.L.P., and he is admitted to practice in the United States Court for the Middle District of Louisiana.

    WHEREFORE, Defendant, R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, prays that this Motion to Enroll Additional Counsel of Record be GRANTED.

                                                                **Respectfully submitted:**

                                                                /s/John C. Walsh_____
                                                                John C. Walsh, La. Bar Roll No. 24903
                                                                SHOWS, CALI & WALSH, LLP

628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467
Email:   john@scwllp.com


/s/Phillip J. Strach* (Lead Counsel)
phillip.strach@nelsonmullins.com
Thomas A. Farr*
tom.farr@nelsonmullins.com
John E. Branch, III*
john.branch@nelsonmullins.com
Alyssa M. Riggins*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLLP**
301 Hillsborough St., Ste 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
*Admitted pro hac vice*

*Counsel for R. Kyle Ardoin, in his official capacity*
*As Secretary of State of Louisiana*


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of August, 2023, a copy of the foregoing has been served upon all counsel of record via CM/ECF system and has been filed electronically with the Clerk of Court using the CM/ECF system.


/s/ John C. Walsh
John C. Walsh