UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, et al., <br><br>*Plaintiffs,*<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>*Defendant.* | Civil Action No. 3:22-cv-00211-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |
| EDWARD GALMON, SR., et al., <br><br>*Plaintiffs,*<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>*Defendant.* | Consolidated with <br> Civil Action No. 3:22-cv-00214-SDD-SDJ |

### EMERGENCY MOTION TO CANCEL HEARING ON REMEDY AND TO ENTER A SCHEDULING ORDER FOR TRIAL

Attorney General Jeff Landry, on behalf of the State of Louisiana, Secretary of State Kyle Ardoin, Clay Schexnayder, Speaker of the Louisiana House of Representatives, and Patrick Page Cortez, President of the Louisiana Senate, each in their respective official capacities (collectively "Defendants") seek an Emergency Motion to Reset Deadlines and Request that this Matter be Set for Trial (hereinafter, "Emergency Motion").

1.

The Court should immediately cancel the currently scheduled remedial proceeding set for October 3rd and set this matter for a trial on the merits with sufficient time for any appeals to be resolved prior to the 2024 congressional elections.

2.

The following are all causing extreme prejudice to Defendants: (1) the delay of over a month and counting for a schedule prior to the remedial hearing on Plaintiffs' motion for preliminary injunction to be set (as well as Plaintiffs' inaction absent a schedule); (2) the failure to set a date or scheduling order for a prompt trial on the merits; and (3) the lack of jurisdiction to commence a remedial proceeding. Defendants require a prompt decision given the impending remedial proceeding.

3.

Defendants sought consent from Plaintiffs for the relief sought herein. Plaintiffs oppose such relief.

4.

Defendants also contemporaneously filed a motion to expedite the decision on this motion, seeking a ruling by September 8, 2023.

5.

Therefore, for the reasons more fully explained in Defendants' memorandum in support, Defendants respectfully request the Court cancel the remedial proceeding currently scheduled for October 3-5 and set this matter for trial on the merits to be conducted with sufficient time for any appeals prior to the 2024 congressional elections.

Dated: August 25, 2023

/s/ *John C. Walsh*
John C. Walsh, LA Bar Roll No. 24903
**SHOWS, CALL & WALSH, L.L.P**
Batton Rouge, LA 70821
Ph: (225) 383-1461
Fax: (225) 346-5561

/s/ *Phillip J. Strach*
Phillip J. Strach*
phillip.strach@nelsonmullins.com
  *Lead Counsel for Secretary Ardoin*
Thomas A. Farr*
tom.farr@nelsonmullins.com
John E. Branch, III*

<table>
<tr><td>

john@scwllp.com

</td><td>

john.branch@nelsonmullins.com
Alyssa M. Riggins*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
Ph: (919) 329-3800

\* admitted *pro hac vice*

*Counsel for Defendant R. Kyle Ardoin, in his official capacity as Secretary of State of Louisiana*

</td></tr>
<tr><td>

*/s/ Michael W. Mengis*
Michael W. Mengis, LA Bar No. 17994
**BAKERHOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002
Phone: (713) 751-1600
Fax: (713) 751-1717
Email: mmengis@bakerlaw.com

E. Mark Braden*
Katherine L. McKnight*
Richard B. Raile*
**BAKERHOSTETLER LLP**
1050 Connecticut Ave., N.W., Ste. 1100
Washington, D.C. 20036
(202) 861-1500
mbraden@bakerlaw.com
kmcknight@bakerlaw.com
rraile@bakerlaw.com
Patrick T. Lewis*
**BAKERHOSTETLER LLP**
127 Public Square, Ste. 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com

\* Admitted pro hac vice

</td><td>

*/s/ Erika Dackin Prouty*
Erika Dackin Prouty*
**BAKERHOSTETLER LLP**
200 Civic Center Dr., Ste. 1200
Columbus, Ohio 43215
(614) 228-1541
eprouty@bakerlaw.com

*Counsel for Legislative Intervenors, Clay Schexnayder, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Patrick Page Cortez, in his Official Capacity as President of the Louisiana Senate*

</td></tr>
</table>

|  |  |
|---|---|
| | Jeff Landry<br>Louisiana Attorney General |
| Jason B. Torchinsky (DC 976033)*<br>Phillip M. Gordon (DC 1531277)*<br>Holtzman Vogel Baran<br>Torchinsky & Josefiak, PLLC<br>15405 John Marshall Highway<br>Haymarket, VA 20169<br>(540) 341-8808 phone<br>(540) 341-8809 fax<br>jtorchinsky@holtzmanvogel.com<br>pgordon@holtzmanvogel.com<br>*admitted pro hac vice | */s/Angelique Duhon Freel*<br>Elizabeth B. Murrill (LSBA No. 20685)<br>Shae McPhee (LSBA No. 38565)<br>Morgan Brungard (CO Bar No. 50265)*<br>Angelique Duhon Freel (LSBA No. 28561)<br>Carey Tom Jones (LSBA No. 07474)<br>Jeffrey M. Wale (LSBA No. 36070)<br>Office of the Attorney General<br>Louisiana Department of Justice<br>1885 N. Third St.<br>Baton Rouge, LA 70804<br>(225) 326-6000 phone<br>(225) 326-6098 fax<br>murrille@ag.louisiana.gov<br>freela@ag.louisiana.gov<br>walej@ag.louisiana.gov<br>jonescar@ag.louisiana.gov<br>mcphees@ag.louisiana.gov<br>brungardm@ag.louisiana.gov<br><br>*Counsel for Defendant, State of Louisiana* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 25th day of August 2023, the foregoing has been filed with the Clerk via the CM/ECF system that has sent a Notice of Electronic filing to all counsel of record.

*/s/ Jeffrey M. Wale*
Jeffrey M. Wale