# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, et al., *Plaintiffs,* v. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, *Defendant.* | Civil Action No. 3:22-cv-00211-SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Scott D. Johnson |
| EDWARD GALMON, SR., et al., *Plaintiffs,* v. R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, *Defendant.* | Consolidated with<br>Civil Action No. 3:22-cv-00214-SDD-SDJ |

## **ORDER**

Before the Court is Defendants' Emergency Motion to Cancel Hearing on Remedy and to Enter a Scheduling Order for Trial. After considering the motion, the Court is of the opinion it should be GRANTED.

IT IS THEREFORE ORDERED that the preliminary injunction hearing currently scheduled to begin on October 3, 2023 is hereby cancelled and a scheduling order setting trial is forthcoming.

Baton Rouge, Louisiana, this _____ day of _____, 2023.

_____
Honorable Judge Shelly D. Dick
UNITED STATES DISTRICT JUDGE
Middle District of Louisiana