UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00211-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |
| EDWARD GALMON, SR., et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, <br><br> *Defendant.* | Consolidated with <br> Civil Action No. 3:22-cv-00214-SDD-SDJ |

## MOTION FOR EXPEDITED CONSIDERATION OF EMERGENCY MOTION TO RESET DEADLINES AND SET THIS MATTER FOR TRIAL ON THE MERITS

Attorney General Jeff Landry, on behalf of the State of Louisiana, Secretary of State Kyle Ardoin, Clay Schexnayder, Speaker of the Louisiana House of Representatives, and Patrick Page Cortez, President of the Louisiana Senate, each in their respective official capacities (collectively "Defendants") move for expedited consideration of their Emergency Motion to Reset Deadlines and Request that this Matter be Set for Trial (hereinafter, "Emergency Motion").

1.

The Emergency Motion primarily relates to this Court's: (1) failure to set appropriate deadlines for the currently scheduled remedial hearing on Plaintiff's motion for preliminary

injunction; (2) failure to set a date or scheduling order for a prompt trial on the merits; and, (3) lack of jurisdiction to commence a remedial proceeding.

2.

Defendants require a prompt decision given the impending remedial proceeding.

3.

Defendants sought consent from Plaintiffs for the relief sought herein. Plaintiffs oppose such relief.

4.

Therefore, given the compressed timeline laid out in the accompanying Memorandums, Defendants respectfully request the Court require a response by Plaintiffs by Wednesday, August 30, and issue an opinion respecting the Emergency Motion by Friday, September 8th.

Dated: August 25, 2023

/s/ *John C. Walsh*
John C. Walsh, LA Bar Roll No. 24903
**SHOWS, CALL & WALSH, L.L.P**
Batton Rouge, LA 70821
Ph: (225) 383-1461
Fax: (225) 346-5561
john@scwllp.com

/s/ *Phillip J. Strach*
Phillip J. Strach*
phillip.strach@nelsonmullins.com
   *Lead Counsel for Secretary Ardoin*
Thomas A. Farr*
tom.farr@nelsonmullins.com
John E. Branch, III*
john.branch@nelsonmullins.com
Alyssa M. Riggins*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
Ph: (919) 329-3800

* admitted *pro hac vice*

|  | *Counsel for Defendant R. Kyle Ardoin, in his official capacity as Secretary of State of Louisiana* |
|---|---|
| */s/ Michael W. Mengis* | */s/ Erika Dackin Prouty* |
| Michael W. Mengis, LA Bar No. 17994 | Erika Dackin Prouty* |
| **BAKERHOSTETLER LLP** | **BAKERHOSTETLER LLP** |
| 811 Main Street, Suite 1100 | 200 Civic Center Dr., Ste. 1200 |
| Houston, Texas 77002 | Columbus, Ohio 43215 |
| Phone: (713) 751-1600 | (614) 228-1541 |
| Fax: (713) 751-1717 | eprouty@bakerlaw.com |
| Email: mmengis@bakerlaw.com | |
|  | *Counsel for Legislative Intervenors, Clay Schexnayder, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Patrick Page Cortez, in his Official Capacity as President of the Louisiana Senate* |
| E. Mark Braden* | |
| Katherine L. McKnight* | |
| Richard B. Raile* | |
| **BAKERHOSTETLER LLP** | |
| 1050 Connecticut Ave., N.W., Ste. 1100 | |
| Washington, D.C. 20036 | |
| (202) 861-1500 | |
| mbraden@bakerlaw.com | |
| kmcknight@bakerlaw.com | |
| rraile@bakerlaw.com | |
| Patrick T. Lewis* | |
| **BAKERHOSTETLER LLP** | |
| 127 Public Square, Ste. 2000 | |
| Cleveland, Ohio 44114 | |
| (216) 621-0200 | |
| plewis@bakerlaw.com | |

*\* Admitted pro hac vice*

|  | Jeff Landry |
|---|---|
|  | Louisiana Attorney General |
| Jason B. Torchinsky (DC 976033)* | */s/Angelique Duhon Freel* |
| Phillip M. Gordon (DC 1531277)* | Elizabeth B. Murrill (LSBA No. 20685) |
| Holtzman Vogel Baran | Shae McPhee (LSBA No. 38565) |
| Torchinsky & Josefiak, PLLC | Morgan Brungard (CO Bar No. 50265)* |
| 15405 John Marshall Highway | Angelique Duhon Freel (LSBA No. 28561) |
| Haymarket, VA 20169 | Carey Tom Jones (LSBA No. 07474) |
| (540) 341-8808 phone | Jeffrey M. Wale (LSBA No. 36070) |
| (540) 341-8809 fax | Office of the Attorney General |

jtorchinsky@holtzmanvogel.com
pgordon@holtzmanvogel.com
*admitted pro hac vice

Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
murrille@ag.louisiana.gov
freela@ag.louisiana.gov
walej@ag.louisiana.gov
jonescar@ag.louisiana.gov
mcphees@ag.louisiana.gov
brungardm@ag.louisiana.gov

*Counsel for Defendant, State of Louisiana*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on this 25th day of August 2023, the foregoing has been filed with the Clerk via the CM/ECF system that has sent a Notice of Electronic filing to all counsel of record.

              */s/ Jeffrey M. Wale*
              Jeffrey M. Wale