## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, et al., | |
| *Plaintiffs,* | Civil Action No. 3:22-cv-00211-SDD-SDJ |
| v. | Chief Judge Shelly D. Dick |
| KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | Magistrate Judge Scott D. Johnson |
| *Defendant.* | |
| EDWARD GALMON, SR., et al., | |
| *Plaintiffs,* | Consolidated with |
| v. | Civil Action No. 3:22-cv-00214-SDD-SDJ |
| R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | |
| *Defendant.* | |

### **DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO EXPEDITE**

Pursuant to this Court's inherent authority to manage the cases on its docket, *see Woodson v. Surgitek*, 57 F.3d 1406, 1417 (5th Cir. 1995), Attorney General Jeff Landry, on behalf of the State of Louisiana, Secretary of State Kyle Ardoin, Clay Schexnayder, Speaker of the Louisiana House of Representatives, and Patrick Page Cortez, President of the Louisiana Senate, each in their respective official capacities (collectively "Defendants") move this Court to expedite its decision on Defendants' contemporaneously-filed Emergency Motion to Cancel Hearing and to Enter a Scheduling Order for Trial on the Merits. Due to the fast-approaching remedial hearing on Plaintiffs' Motion for Preliminary Injunction, a response by Plaintiffs is respectfully requested by Wednesday, August 30th, and a decision is respectfully requested by Friday, September 8th.

**BACKGROUND**

On July 17, 2023, the Court ordered "that the preliminary injunction hearing stayed by the United States Supreme Court, and which stay has been lifted, be and is hereby reset to October 3-5, 2023, at 9:00 a.m." (ECF No. 250). The Court further directed that "[t]he parties shall meet and confer and jointly submit a proposed pre-hearing scheduling order on or before Friday July 21, 2023." *Id.* The parties met and conferred in good faith and were unable to reach complete agreement with respect to a schedule to govern the remedial proceedings and, therefore, the Plaintiffs and the Defendants each filed their own proposed scheduling orders. *See* (ECF Nos. 255 & 256). Although there was not complete agreement between the parties, the dates were, in many respects, similar. *Compare* (ECF No. 256 at 2) *with* (ECF No. 255-1 at 1). The primary disagreement between the parties was, and still is, Plaintiff's assertion that they are permitted, and therefore intend, to submit a *new* remedial plan for the Court's consideration. *See* (ECF No. 255 at 3-7). Many, but not all, of the divergent dates and deadlines stem from that fundamental disagreement.

On August 22, 2023, the United States Court of Appeals for the Fifth Circuit set Defendants' appeal of the underlying preliminary injunction order for oral argument on October 6, 2023. *Robinson v. Ardoin*, No. 22-30333 (5th Cir.). It is now August 24, 2023, and, at the time of this filing, this Court has yet to issue a scheduling order in this matter. Furthermore, many of the deadlines in Plaintiffs' and Defendants' schedules have passed. Plaintiffs' proposed schedule had August 11th as the date the parties would submit "any proposed plans" and as the deadline to exchange witness lists. (ECF No. 255 at 5). Defendants, jointly, proposed August 4th as the deadline for Plaintiffs' supplemental expert reports and disclosures and August 18 as the date to exchange fact and witness lists. (ECF No. 255-2 at 1).

Therefore, as outlined in Defendants' Emergency Motion, there is no longer sufficient time to conduct a remedial hearing while properly protecting the rights of Defendants to offer a robust defense.

### I. The Court Should Grant this Motion and Issue an Opinion on the Contemporaneously Filed Emergency Motion Forthwith.

This Court has the inherent power "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for the litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *Woodson*, 57 F.3d at 1417. Although Defendants are mindful of the Court's substantial docket, a swift ruling on the Emergency Motion is necessary for Defendants to protect their rights. Therefore, the Court should invoke its power to control its docket by expediting a decision on the Emergency Motion.

Currently, the underlying order granting a preliminary injunction is on appeal and oral argument is just over 6 weeks away. Similarly, the scheduled remedial proceeding is itself only 6 weeks away. Given the compressed timeline, Defendants respectfully maintain a prompt ruling by this Court is warranted and necessary.

### CONCLUSION

For the aforementioned reasons, Defendants respectfully request that the Court grant the motion, order Plaintiffs to file a response by close of business by Wednesday, August 30th, and issue an opinion on the Defendants' Emergency Motion by close of business on Friday, September 8th.

Respectfully submitted,

/s/ *John C. Walsh*  
John C. Walsh, LA Bar Roll No. 24903

/s/ *Phillip J. Strach*  
Phillip J. Strach*

3

**SHOWS, CALL & WALSH, L.L.P**
Batton Rouge, LA 70821
Ph: (225) 383-1461
Fax: (225) 346-5561
john@scwllp.com

phillip.strach@nelsonmullins.com
*Lead Counsel for Secretary Ardoin*
Thomas A. Farr*
tom.farr@nelsonmullins.com
John E. Branch, III*
john.branch@nelsonmullins.com
Alyssa M. Riggins*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
Ph: (919) 329-3800

* admitted *pro hac vice*

*Counsel for Defendant R. Kyle Ardoin, in his official capacity as Secretary of State of Louisiana*

*/s/ Michael W. Mengis*
Michael W. Mengis, LA Bar No. 17994
**BAKERHOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002
Phone: (713) 751-1600
Fax: (713) 751-1717
Email: mmengis@bakerlaw.com

E. Mark Braden*
Katherine L. McKnight*
Richard B. Raile*
**BAKERHOSTETLER LLP**
1050 Connecticut Ave., N.W., Ste. 1100
Washington, D.C. 20036
(202) 861-1500
mbraden@bakerlaw.com
kmcknight@bakerlaw.com
rraile@bakerlaw.com
Patrick T. Lewis*
**BAKERHOSTETLER LLP**
127 Public Square, Ste. 2000
Cleveland, Ohio 44114

*/s/ Erika Dackin Prouty*
Erika Dackin Prouty*
**BAKERHOSTETLER LLP**
200 Civic Center Dr., Ste. 1200
Columbus, Ohio 43215
(614) 228-1541
eprouty@bakerlaw.com

*Counsel for Legislative Intervenors, Clay Schexnayder, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Patrick Page Cortez, in his Official Capacity as President of the Louisiana Senate*

4

(216) 621-0200
plewis@bakerlaw.com

*\* Admitted pro hac vice*

|  |  |
|---|---|
|  | Jeff Landry |
|  | Louisiana Attorney General |
|  |  |
| Jason B. Torchinsky (DC 976033)* | */s/Angelique Duhon Freel* |
| Phillip M. Gordon (DC 1531277)* | Elizabeth B. Murrill (LSBA No. 20685) |
| Holtzman Vogel Baran | Shae McPhee (LSBA No. 38565) |
| Torchinsky & Josefiak, PLLC | Morgan Brungard (CO Bar No. 50265)* |
| 15405 John Marshall Highway | Angelique Duhon Freel (LSBA No. 28561) |
| Haymarket, VA 20169 | Carey Tom Jones (LSBA No. 07474) |
| (540) 341-8808 phone | Jeffrey M. Wale (LSBA No. 36070) |
| (540) 341-8809 fax | Office of the Attorney General |
| jtorchinsky@holtzmanvogel.com | Louisiana Department of Justice |
| pgordon@holtzmanvogel.com | 1885 N. Third St. |
| *admitted pro hac vice | Baton Rouge, LA 70804 |
|  | (225) 326-6000 phone |
|  | (225) 326-6098 fax |
|  | murrille@ag.louisiana.gov |
|  | freela@ag.louisiana.gov |
|  | walej@ag.louisiana.gov |
|  | jonescar@ag.louisiana.gov |
|  | mcphees@ag.louisiana.gov |
|  | brungardm@ag.louisiana.gov |

*Counsel for Defendant, State of Louisiana*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 25th day of August 2023, the foregoing has been filed with the Clerk via the CM/ECF system that has sent a Notice of Electronic filing to all counsel of record.

*/s/ Jeffrey M. Wale*
Jeffrey M. Wale