## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, et al., *Plaintiffs,* v. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, *Defendant.* | Civil Action No. 3:22-cv-00211-SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Scott D. Johnson |
| EDWARD GALMON, SR., et al., *Plaintiffs,* v. R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, *Defendant.* | Consolidated with<br>Civil Action No. 3:22-cv-00214-SDD-SDJ |

## **ORDER**

Before the Court is Defendants' Motion for Expedited Consideration of Emergency Motion. After considering the motion, the Court is of the opinion it should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs will file a response to Defendants' Emergency Motion by Wednesday, August 30, 2023, and an opinion on Defendants' Emergency Motion will be issued by Friday, September 8th, 2023.

Baton Rouge, Louisiana, this _____ day of _____, 2023.

2

_____
Honorable Judge Shelly D. Dick
UNITED STATES DISTRICT JUDGE
Middle District of Louisiana