IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENÉ SOULÉ, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, and POWER COALITION FOR EQUITY AND JUSTICE,<br><br>                Plaintiffs,<br><br>    v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>                Defendant. | Case No. 3:22-cv-00211-SDD-SDJ c/w |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, and TRAMELLE HOWARD,<br><br>                Plaintiffs,<br><br>    v.<br><br>R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State,<br><br>                Defendant. | Case No. 3:22-cv-00214-SDD-SDJ |

**MOTION TO ADMIT QIZHOU GE *PRO HAC VICE***

**NOW INTO COURT,** come Plaintiffs Edward Galmon, Sr., Ciara Hart, Norris Henderson, and Tramelle Howard (collectively "Plaintiffs"), by and through undersigned counsel, who respectfully move this Honorable Court pursuant to Local Civil Rule 83(b)(8) for an order admitting Qizhou Ge to appear pro hac vice in the above-captioned case as co-counsel for Plaintiffs.

I am confident Ms. Ge will acquit herself uprightly in proceedings before this Court in the above-captioned matter. In further support of this Motion, Qizhou Ge's declaration and certificate of good standing are attached, along with a proposed order admitting Ms. Ge p*ro hac vice.*

Dated: August 29, 2023

/s/ J.E. Cullens, Jr.
J.E. Cullens, Jr. (Bar Roll No. 23011)
Andrée Matherne Cullens (Bar Roll No. 23212)
Stephen Layne Lee (Bar Roll No. 17689)
Renee Chabert Crasto (Bar Roll No. 31657)
**WALTERS, THOMAS, CULLENS, LLC**
12345 Perkins Road, Building One
Baton Rouge, Louisiana 70810
Phone: (225) 236-3636
Fax: (225) 236-3650
Email: cullens@lawbr.net
Email: acullens@lawbr.net
Email: laynelee@lawbr.net
Email: crasto@lawbr.net

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2023 the *Pro Hac Vice* Motion for Qizhou Ge was filed electronically with the Clerk of Court using the CM/ECF system.

/s/ J.E. Cullens, Jr.
J.E. Cullens, Jr.