IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENÉ SOULÉ, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, and POWER COALITION FOR EQUITY AND JUSTICE,<br><br>        Plaintiffs,<br><br>   v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>        Defendant. | Case No. 3:22-cv-00211-SDD-SDJ c/w |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, and TRAMELLE HOWARD,<br><br>        Plaintiffs,<br><br>   v.<br><br>R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State,<br><br>        Defendant. | Case No. 3:22-cv-00214-SDD-SDJ |

### DECLARATION OF QIZHOU GE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

QIZHOU GE declares under penalty of perjury that the following is true and correct:

1. I am an attorney at Elias Law Group LLP, co-counsel for Plaintiffs in the above-captioned matter. I submit this declaration in support of the motion of J.E. Cullens, Jr. for my admission *pro hac vice* to practice in this Court in the above-captioned matter. I am associated in this matter with Mr. Cullens, who is a member in good standing of this Court.

2. I have been a member in good standing of the District of Columbia Bar since December 7, 2022. A Certificate of Good Standing issued by the Clerk of the District of Columbia Court of Appeals is attached hereto as Exhibit A.
3. No criminal or disciplinary proceedings are currently pending against me, nor have such proceedings ever been brought against me.
4. Plaintiffs in the above-captioned matter have requested my representation.
5. I have familiarized myself with and agree to abide by the Local Rules of this Court.
6. I DO SOLEMNLY AFFIRM that I will conduct myself as an attorney and counselor of this Court, uprightly and according to the law; and that I will support the Constitution of the United States.

Dated: August 29, 2023

*/s/ Qizhou Ge*_____
Qizhou Ge
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Phone: (202) 968-4518
Fax: (202) 968-4498
Email: age@elias.law