UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>*Defendant.* | Civil Action No. 3:22-cv-00211-SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Scott D. Johnson |
| EDWARD GALMON, SR., et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>*Defendant.* | Consolidated with<br>Civil Action No. 3:22-cv-00214-SDD-SDJ |

## *EX PARTE* MOTION FOR ADMISSION *PRO HAC VICE*

In accordance with Local Civil Rule 83(b)(8) governing visiting attorneys to the United States District Court for the Middle District of Louisiana, the undersigned, counsel of record for Clay Schexnayder, in his official capacity as Speaker of the Louisiana House of Representatives, and of Patrick Page Cortez, in his official capacity as President of the Louisiana Senate ("Legislative Intervenors"), respectfully requests that this Court permit attorney **Robert J. Tucker** (hereafter "Applicant") to appear and participate *pro hac vice* as counsel on behalf of Legislative Intervenors.

1. Applicant is a member in good standing of the bar of a court of the United States or of the highest court of a state, specifically: **Supreme Court of Ohio**. *See* Local Civ. R. 83(b)(8)(A).

2.  Applicant is not a member of the bar of this Court. *See id*.

3.  Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Applicant is attached here as Exhibit A swearing that no disciplinary proceedings or criminal charges have been instituted against Applicant. That declaration also contains the oath required by Local Civil Rule 83(b)(8)(D).

4.  Attached to the Applicant's declaration that is attached to this Motion is a certificate from the presiding Judge or Clerk of the highest court of the state, or court of the United States, issued within six months of the filing of this Motion, where Applicant has been so admitted to practice, showing that that Applicant has been so admitted in such court, and that Applicant is in good standing. *See* Local Civ. R. 83(b)(8)(B); Ex. A.

WHEREFORE, the undersigned, a member of the bar of this Court in good standing, respectfully requests that this Court enter an order permitting Applicant to appear *pro hac vice* for Legislative Intervenors in the above-captioned matter.

Date: August 29, 2023                                   Respectfully submitted,

                                                        */s/ Michael W. Mengis*
                                                        Michael W. Mengis (La. Bar No. 17994)
                                                        BAKER & HOSTETLER, LLP
                                                        811 Main St., Ste 1100
                                                        Houston, TX 77002
                                                        Phone: 713.646.1330
                                                        Fax: 713.751.1717
                                                        mmengis@bakerlaw.com

                                                        *Counsel for Clay Schexnayder, in his official capacity as Speaker of the Louisiana House of Representatives, and of Patrick Page Cortez, in his official capacity as President of the Louisiana Senate*

**CERTIFICATE OF SERVICE**

I do hereby certify that on August 29, 2023, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF System, which will transmit a copy to all counsel of record.

                                                    */s/ Michael W. Mengis*
                                                    Michael W. Mengis
                                                    Bar Roll No. 17994
                                                    mmengis@bakerlaw.com