UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, et al., *Plaintiffs,* v. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, *Defendant.* | Civil Action No. 3:22-cv-00211-SDD-SDJ Chief Judge Shelly D. Dick Magistrate Judge Scott D. Johnson |
| EDWARD GALMON, SR., et al., *Plaintiffs,* v. R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, *Defendant.* | Consolidated with Civil Action No. 3:22-cv-00214-SDD-SDJ |

**DECLARATION OF ROBERT J. TUCKER IN SUPPORT OF
<u>MOTION FOR ADMISSION *PRO HAC VICE*</u>**

I, **Robert J. Tucker**, declare the following:

1. I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2. No disciplinary proceedings or criminal charges have been instituted against me.

3. A Certificate of Good Standing from the **Supreme Court of Ohio** ("Certificate"), issued within the past six months of the filing of the associated motion for admission *pro hac vice*, is attached to this Declaration as Exhibit 1. The Certificate shows that I have been admitted to that court, and that I am in good standing of that court.

**EXHIBIT A**

Furthermore, I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2023                              Respectfully submitted,

                                                     /s/ Robert J. Tucker
                                                    Robert J. Tucker