# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, et al., *Plaintiffs,* v. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, *Defendant.* | Civil Action No. 3:22-cv-00211-SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Scott D. Johnson |
| EDWARD GALMON, SR., et al., *Plaintiffs,* v. R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, *Defendant.* | Consolidated with<br>Civil Action No. 3:22-cv-00214-SDD-SDJ |

## **[PROPOSED] ORDER**

Upon consideration of the Legislative Intervenors' *ex parte* motion for the *pro hac vice* admission of **Robert J. Tucker**, and considering the grounds presented, it is hereby

ORDERED that the motion is GRANTED; and further

ORDERED that **Robert J. Tucker** shall be admitted *pro hac vice* in the above-captioned matter.

SO ORDERED.

This \_\_\_\_ day of August, 2023.

_____
United States District Judge