UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRESS ROBINSON, ET AL** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 22-211-SDD-SDJ** |
| **KYLE ARDOIN, ET AL** | |

*CONSOLIDATED WITH*

| | |
|---|---|
| **EDWARD GALMON, SR., ET AL** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 22-214-SDD-SDJ** |
| **KYLE ARDOIN, ET AL** | |

A video conference was held on August 31, 2023, for the purpose of scheduling pre-hearing exchanges and filings ahead of the remedial hearing scheduled for October 3-5, 2023.

    **PRESENT:**    **John Nelson Adcock**
                      **Jonathan Hurwitz**
                      **Victoria Wenger**
                      **Sara Rohani**
                      **Stuart C. Naifeh**
                      **Sarah E Brannon**
                      Counsel for Plaintiffs, Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, National Association for the Advancement of Colored People Louisiana State Conference, and Power Coalition for Equity and Justice

                      **Jacob Shelly**
                      Counsel for Consolidated Plaintiffs, Edward Galmon, Sr., Ciara Hart, Norris Henderson, and Tramelle Howard

                      **John Carroll Walsh**
                      **Alyssa Riggins**
                      **John Conine, Jr.**
                      **Thomas A. Farr**
                      Counsel for Defendant, Kyle Ardoin

**Michael W. Mengis**
**Efrem Mark Braden**
**Erika Prouty**
**Patrick T. Lewis**
Counsel for Intervenor Defendant, Clay Schexnayder and Patrick Page Cortez

**Jeffrey Wale**
**Philip Gordon**
**Brennan Bowen**
**Carey T. Jones**
Counsel for Intervenor Defendant, State of Louisiana- Attorney General Jeff Landry

**Stephen M. Irving**
Counsel for Movant, Louisiana Legislative Black Caucus

**Arthur Ray Thomas**
Counsel for Movant, Vincent Pierre

The parties discussed the proposed scheduling plans entered by the parties (R. Docs. 255 and 256).[1] The Court heard argument from both sides regarding points of disagreement, including the entrance of a new remedial plan by Plaintiffs, introduction of new expert witnesses,[2] and timing of disclosures and depositions. The Court and parties together constructed two alternate scheduling plans, and the Court took the options and parties' positions under advisement.

Signed in Baton Rouge, Louisiana, on August 31, 2023.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The parties were ordered to submit a joint proposal (R. Doc. 250), but instead they entered competing proposals.
[2] Briefly, Plaintiffs argue that the parties should be limited to experts retained for the original hearing in June 2022, with limited updates to account for the intervening year; Defendants argue that new experts and expert topics should be allowed.

C:cv32a; T: 01:15