# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRESS ROBINSON, ET AL** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 22-211-SDD-SDJ** |
| **KYLE ARDOIN, ET AL** | |

*CONSOLIDATED WITH*

| | |
|---|---|
| **EDWARD GALMON, SR., ET AL** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 22-214-SDD-SDJ** |
| **KYLE ARDOIN, ET AL** | |

A video status conference was held on September 1, 2023, following up on the conference held the day prior.

**PRESENT:** **Jonathan Hurwitz**
**Sara Rohani**
**Stuart C. Naifeh**
**Amitav Chakraborty**
Counsel for Plaintiffs, Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, National Association for the Advancement of Colored People Louisiana State Conference, and Power Coalition for Equity and Justice

**Jacob Shelly**
**J. Cullens**
Counsel for Consolidated Plaintiffs, Edward Galmon, Sr., Ciara Hart, Norris Henderson, and Tramelle Howard

**John Carroll Walsh**
**Alyssa Riggins**
**John Conine, Jr.**
**Thomas A. Farr**
Counsel for Defendant, Kyle Ardoin

**Efrem Mark Braden**
**Erika Prouty**

C:cv32a; T: 00:10

**Patrick T. Lewis**
**Robert Tucker**
Counsel for Intervenor Defendants, Clay Schexnayder and Patrick Page Cortez

**Jeffrey Wale**
**Philip Gordon**
**Carey T. Jones**
Counsel for Intervenor Defendant, State of Louisiana- Attorney General Jeff Landry

**Ernest Johnson**
Counsel for Movant, Vincent Pierre

Having considered the scheduling options presented in the conference on August 31, 2023,[1] the Court announced its intent to order a schedule that allows for new expert witnesses to be offered. The Court then presented the parties with an additional option: a brief continuance of the remedial hearing to allow for more expansive pre-hearing discovery. The parties will confer as soon as possible and notify the Court of their positions no later than Wednesday, September 6, 2023—a joint agreed scheduling proposal would be welcome but is not expected. Stated positions should address:

- Continuing the Remedial Hearing to be held in the week of October 23 or November 6
- Whether Plaintiffs will offer a new proposed remedial plan
- Whether both parties will introduce new expert witnesses
- Discovery and briefing schedules that accommodate the above.

Signed in Baton Rouge, Louisiana, on September 1, 2023.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] See Minute Entry for Scheduling Conference August 31, 2023. (R. Doc. 271).
C:cv32a; T: 00:10