IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, et al., <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, <br><br>　　　　　Defendant. <br><br>*consolidated with* <br><br>EDWARD GALMON, SR., et al., <br><br>Plaintiffs, <br><br>v. <br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, <br><br>　　　　　Defendant. | CIVIL ACTION <br>NO. 3:22-CV-00211-SDD-SDJ <br>*consolidated with* <br>NO. 3:22-CV-00214-SDD-SDJ |

## NOTICE OF DEFENDANTS' PROPOSED SCHEDULE

NOW INTO COURT, through the undersigned counsel, comes Defendant R. Kyle Ardoin, in his official capacity as Secretary of State for the State of Louisiana, the State of Louisiana, and Legislative Intervenors Clay Schexnayder and Patrick Page Cortez (collectively "Defendants") pursuant to Fed. R. Civ. P. 16(b) and this Court's September 1, 2023, order [D.E. 272] and notify the Court as follows:

1. Following the Status Conference on September 1, 2023, and the entry of D.E. 272, counsel for Defendants emailed counsel for Plaintiffs on Friday September 1, 2023, seeking their position on whether Plaintiffs wanted a new map and a new hearing date. Counsel for Plaintiffs indicated

that a response was forthcoming on Monday. Hearing nothing, Counsel for Defendants' followed up again on Tuesday, September 5, 2023. Finally, at 11:31 PM counsel for Plaintiffs notified the counsel for Defendants' that the plaintiffs would stick to the October 3-5 hearing date and schedule discussed on Friday's call. This was confirmed again on the morning of September 6, 2023. A true and accurate copy of this email correspondence is attached as Exhibit 1.

2. Throughout the day on September 6, 2023, counsel for Defendants drafted a consent motion with the scheduling order they believed was agreed to via email. Unfortunately, no agreement on that motion could be reached.

3. As such, Defendants' hereby provide notice to the Court pursuant to D.E. 272 of their proposed schedule. This schedule listed below contemplates the October 3-5, 2023 hearing date elected by Plaintiffs and Defendants' understanding that Plaintiffs will not submit a new map.

| 1. | All Parties Serve Fact Witness Disclosures | **September 14, 2023** |
| --- | --- | --- |
| 2. | Defendants Serve Expert Reports (Supplemental and New) | **September 15, 2023** |
| 3. | Plaintiffs Disclose Rebuttal Expert Witnesses | **September 18, 2023** |
| 4. | Plaintiffs Serve Rebuttal Expert Reports | **September 28, 2023** |
| 5. | All Parties File Witness and Exhibit Lists | **September 29, 2023** |
| 6. | All Parties File Pre-Hearing Briefs (limit 30 pages per side) | **September 29, 2023** |

Respectfully submitted, this the 6th day of September, 2023.


*/s/ Patrick T. Lewis*　　　　　　　　　　　　／s/ *Phillip J. Strach*
Patrick T. Lewis*　　　　　　　　　　　　　　Phillip J. Strach, *pro hac vice*
BAKERHOSTETLER LLP　　　　　　　　　　phillip.strach@nelsonmullins.com
127 Public Square, Ste. 2000　　　　　　　　　*Lead Counsel

Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com

/*s/ Michael W. Mengis*
Michael W. Mengis, LA Bar No. 17994
BAKERHOSTETLER LLP
811 Main Street, Suite 1100
Houston, Texas 77002
Phone: (713) 751-1600
Fax: (713) 751-1717
Email: mmengis@bakerlaw.com
E. Mark Braden*
Katherine L. McKnight*
Richard B. Raile*
BAKERHOSTETLER LLP
1050 Connecticut Ave., N.W., Ste. 1100
Washington, D.C. 20036
(202) 861-1500
mbraden@bakerlaw.com
kmcknight@bakerlaw.com
rraile@bakerlaw.com
Erika Dackin Prouty*
Robert J. Tucker*
BAKERHOSTETLER LLP
200 Civic Center Dr., Ste. 1200
Columbus, Ohio 43215
(614) 228-1541
eprouty@bakerlaw.com
rtucker@bakerlaw.com
* Admitted pro hac vice

*Counsel for Legislative Intervenors, Clay Schexnayder, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Patrick Page Cortez, in his Official Capacity as President of the Louisiana Senate*

Thomas A. Farr, *pro hac vice*
tom.farr@nelsonmullins.com
John E. Branch, III, *pro hac vice*
john.branch@nelsonmullins.com
Alyssa M. Riggins, *pro hac vice*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt, *pro hac vice*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
301 Hillsborough St, Suite 1400
Raleigh, NC 27601
Ph: (919) 329-3800

/s/ *John C. Walsh*
John C. Walsh, LA Bar Roll No. 24903
John C. Conine, Jr, LA Bar Roll No. 36834
SHOWS, CALI & WALSH, L.L.P
P.O. Drawer 4436
Baton Rouge, LA 70821
Ph: (225) 383-1461
Fax: (225) 346-5561
john@scwllp.com
coninej@scwllp.com

*Counsel for Defendant R. Kyle Ardoin, in his official capacity as Secretary of State of Louisiana*

**Jeff Landry**
**Louisiana Attorney General**

/*s/ Angelique Duhon Freel*
Elizabeth B. Murrill (LSBA No. 20685)
Solicitor General
Shae McPhee (LSBA No. 38565)
Angelique Duhon Freel (LSBA No. 28561)
Carey Tom Jones (LSBA No. 07474)
Amanda M. LaGroue (LSBA No. 35509)
Jeffrey M. Wale (LSBA No. 36070)
OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third St.
Baton Rouge, LA 70804

(225) 326-6000 phone
(225) 326-6098 fax
murrille@ag.louisiana.gov
mcphees@ag.louisiana.gov
freela@ag.louisiana.gov
jonescar@ag.louisiana.gov
lagrouea@ag.louisiana.gov
walej@ag.louisiana.gov

Jason B. Torchinsky (DC Bar No 976033)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2300 N Street, NW
Suite 643A
Washington, DC 20037
Tel: 202-737-8808
Email: jtorchinsky@holtzmanvogel.com
Phillip M. Gordon (DC Bar No. 1531277)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
15405 John Marshall Hwy.
Haymarket, VA 20169
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: pgordon@holtzmanvogel.com
*admitted pro hac vice

4872-9813-2862 v.1