# Exhibit 1

## Alyssa Riggins

| | |
|---|---|
| **From:** | Alyssa Riggins |
| **Sent:** | Wednesday, September 6, 2023 6:04 PM |
| **To:** | Stuart Naifeh; Jacob Shelly; Phil Gordon |
| **Cc:** | Amitav Chakraborty; Steve Irving; John Adcock; Leah Aden; Nora Ahmed; Atkins, Robert A; Sarah Brannon; Cleary, Yahonnes; coninej@scwllp.com; Jared Evans; Jonathan Hurwitz; ernestjohnson@lacapfund.com; Sophia LIn Lakin; Stephanie Willis; Sara Rohani; Kathryn Sadasivan; Adam Savitt; Daniel Sinnreich; msnider@slls.org; Alora Thomas-Lundborg; john@scwllp.com; Victoria Wenger; crasto@lawbr.net; acullens@lawbr.net; cullens@lawbr.net; Jonathan Hawley; Abha Khanna; laynelee@lawbr.net; Lali Madduri; Alison (Qizhou) Ge; Cassie Holt; John Branch; brungardm@ag.louisiana.gov; Tom Farr; Dallin Holt; duhona@ag.state.la.us; lagrouea@ag.louisiana.gov; JonesCar@ag.louisiana.gov; Jason Torchinsky; mcphees@ag.louisiana.gov; plewis@bakerlaw.com; kmcknight@bakerlaw.com; Brennan Bowen; walej@ag.state.la.us; mmengis@bakerlaw.com; MurrillE@ag.louisiana.gov; eprouty@bakerlaw.com; Phil Strach |
| **Subject:** | RE: Robinson v. Ardoin - No. 22-cv-00178-SDD-SDJ (consolidated case) |

Stuart,

We are perplexed by your changes to the proposed scheduling order. We laid out what we thought the schedule articulated by Judge Johnson to be in an email to Jacob yesterday at 2:54 PM. Jacob responded in agreement at 11:31 PM. At that point the only difference was the pre-hearing brief dates. We sent a proposal at 10:19 AM, which Jacob agreed to. The changes to the scheduling order are different than what was agreed to below. As such, it appears we don't have an agreement, and will need the Court to enter a scheduling order as referenced in Friday's status conference. We will file a notice with our schedule as articulated last week. Since it was Plaintiffs' collective decision as to whether they would elect one of the new hearing dates offered by Chief Judge Dick, we trust you will notify the Court of your intention to keep to the October 3-5 dates and your proposed schedule.

Best,
Alyssa



**ALYSSA RIGGINS**  SENIOR ASSOCIATE
alyssa.riggins@nelsonmullins.com
301 HILLSBOROUGH STREET | SUITE 1400
RALEIGH, NC 27603
T 919.329.3810   F 919.329.3799
NELSONMULLINS.COM   VCARD   VIEW BIO

**From:** Stuart Naifeh <snaifeh@naacpldf.org>
**Sent:** Wednesday, September 6, 2023 4:30 PM
**To:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Jacob Shelly <jshelly@elias.law>; Phil Gordon

<pgordon@HoltzmanVogel.com>
**Cc:** Amitav Chakraborty <achakraborty@paulweiss.com>; Steve Irving <steve@steveirvingllc.com>; John Adcock <jnadcock@gmail.com>; Leah Aden <laden@naacpldf.org>; Nora Ahmed <Nahmed@laaclu.org>; Atkins, Robert A <ratkins@paulweiss.com>; Sarah Brannon <sbrannon@aclu.org>; Cleary, Yahonnes <ycleary@paulweiss.com>; coninej@scwllp.com; Jared Evans <jevans@naacpldf.org>; Jonathan Hurwitz <jhurwitz@paulweiss.com>; ernestjohnson@lacapfund.com; Sophia LIn Lakin <slakin@aclu.org>; Stephanie Willis <swillis@laaclu.org>; Sara Rohani <Srohani@naacpldf.org>; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Adam Savitt <asavitt@paulweiss.com>; Daniel Sinnreich <dsinnreich@paulweiss.com>; msnider@slls.org; Alora Thomas-Lundborg <tthomaslundborg@law.harvard.edu>; john@scwllp.com; Victoria Wenger <vwenger@naacpldf.org>; crasto@lawbr.net; acullens@lawbr.net; cullens@lawbr.net; Jonathan Hawley <jhawley@elias.law>; Abha Khanna <akhanna@elias.law>; laynelee@lawbr.net; Lali Madduri <lmadduri@elias.law>; Alison (Qizhou) Ge <age@elias.law>; Cassie Holt <cassie.holt@nelsonmullins.com>; John Branch <john.branch@nelsonmullins.com>; brungardm@ag.louisiana.gov; Tom Farr <tom.farr@nelsonmullins.com>; Dallin Holt <dholt@HoltzmanVogel.com>; duhona@ag.state.la.us; lagrouea@ag.louisiana.gov; JonesCar@ag.louisiana.gov; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; mcphees@ag.louisiana.gov; plewis@bakerlaw.com; kmcknight@bakerlaw.com; Brennan Bowen <bbowen@HoltzmanVogel.com>; walej@ag.state.la.us; mmengis@bakerlaw.com; MurrilE@ag.louisiana.gov; eprouty@bakerlaw.com; Phil Strach <phil.strach@nelsonmullins.com>
**Subject:** Re: Robinson v. Ardoin - No. 22-cv-00178-SDD-SDJ (consolidated case)

---

**External Source/Sender notice**
Use caution responding or clicking links/attachments.

---

Hi Alyssa,

Please see attached plaintiffs combined edits to the motion and schedule.

**Stuart C. Naifeh** (he/him/él)
Manager, Redistricting Project



40 Rector Street, 5th Floor, New York, NY 10006
o: 212.217.1669  |  c: 917.574.5846  |  snaifeh@naacpldf.org
naacpldf.org

PRIVILEGE AND CONFIDENTIALITY NOTICE: This email and any attachments may contain privileged or confidential information and is/are for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>
**Date:** Wednesday, September 6, 2023 at 4:08 PM
**To:** Jacob Shelly <jshelly@elias.law>, Stuart Naifeh <snaifeh@naacpldf.org>, Phil Gordon <pgordon@HoltzmanVogel.com>
**Cc:** Amitav Chakraborty <achakraborty@paulweiss.com>, Steve Irving <steve@steveirvingllc.com>, John Adcock <jnadcock@gmail.com>, Leah Aden <laden@naacpldf.org>, Nora Ahmed <Nahmed@laaclu.org>, Atkins, Robert A <ratkins@paulweiss.com>, Sarah Brannon <sbrannon@aclu.org>, Cleary, Yahonnes <ycleary@paulweiss.com>, coninej@scwllp.com, Jared Evans <jevans@naacpldf.org>,

Jonathan Hurwitz <jhurwitz@paulweiss.com>, ernestjohnson@lacapfund.com <ernestjohnson@lacapfund.com>, Sophia LIn Lakin <slakin@aclu.org>, Stephanie Willis <swillis@laaclu.org>, Sara Rohani <Srohani@naacpldf.org>, Kathryn Sadasivan <ksadasivan@naacpldf.org>, Adam Savitt <asavitt@paulweiss.com>, Daniel Sinnreich <dsinnreich@paulweiss.com>, msnider@slls.org <msnider@slls.org>, Alora Thomas-Lundborg <tthomaslundborg@law.harvard.edu>, john@scwllp.com <john@scwllp.com>, Victoria Wenger <vwenger@naacpldf.org>, crasto@lawbr.net <crasto@lawbr.net>, acullens@lawbr.net <acullens@lawbr.net>, cullens@lawbr.net <cullens@lawbr.net>, Jonathan Hawley <jhawley@elias.law>, Abha Khanna <akhanna@elias.law>, laynelee@lawbr.net <laynelee@lawbr.net>, Lali Madduri <lmadduri@elias.law>, Alison (Qizhou) Ge <age@elias.law>, Cassie Holt <cassie.holt@nelsonmullins.com>, John Branch <john.branch@nelsonmullins.com>, brungardm@ag.louisiana.gov <brungardm@ag.louisiana.gov>, Tom Farr <tom.farr@nelsonmullins.com>, Dallin Holt <dholt@HoltzmanVogel.com>, duhona@ag.state.la.us <duhona@ag.state.la.us>, lagrouea@ag.louisiana.gov <lagrouea@ag.louisiana.gov>, JonesCar@ag.louisiana.gov <JonesCar@ag.louisiana.gov>, Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>, mcphees@ag.louisiana.gov <mcphees@ag.louisiana.gov>, plewis@bakerlaw.com <plewis@bakerlaw.com>, kmcknight@bakerlaw.com <kmcknight@bakerlaw.com>, Brennan Bowen <bbowen@HoltzmanVogel.com>, walej@ag.state.la.us <walej@ag.state.la.us>, mmengis@bakerlaw.com <mmengis@bakerlaw.com>, MurrillE@ag.louisiana.gov <MurrillE@ag.louisiana.gov>, eprouty@bakerlaw.com <eprouty@bakerlaw.com>, Phil Strach <phil.strach@nelsonmullins.com>

**Subject:** RE: Robinson v. Ardoin - No. 22-cv-00178-SDD-SDJ (consolidated case)

[Caution: EXTERNAL EMAIL]

Hi Jacob,

Just wanted to follow up on below since we do have to let the Court know something today.



**ALYSSA RIGGINS  SENIOR ASSOCIATE**
alyssa.riggins@nelsonmullins.com
301 HILLSBOROUGH STREET | SUITE 1400
RALEIGH, NC 27603
T 919.329.3810  F 919.329.3799
NELSONMULLINS.COM  VCARD  VIEW BIO

---

**From:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>
**Sent:** Wednesday, September 6, 2023 1:08 PM
**To:** Jacob Shelly <jshelly@elias.law>; Stuart Naifeh <snaifeh@naacpldf.org>; Phil Gordon <pgordon@HoltzmanVogel.com>
**Cc:** Amitav Chakraborty <achakraborty@paulweiss.com>; Steve Irving <steve@steveirvingllc.com>; John Adcock <jnadcock@gmail.com>; Leah Aden <laden@naacpldf.org>; Nora Ahmed <Nahmed@laaclu.org>; Atkins, Robert A <ratkins@paulweiss.com>; Sarah Brannon <sbrannon@aclu.org>; Cleary, Yahonnes <ycleary@paulweiss.com>; coninej@scwllp.com; Jared Evans <jevans@naacpldf.org>; Jonathan Hurwitz <jhurwitz@paulweiss.com>;

ernestjohnson@lacapfund.com; Sophia LIn Lakin <slakin@aclu.org>; Stephanie Willis <swillis@laaclu.org>; Sara Rohani <Srohani@naacpldf.org>; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Adam Savitt <asavitt@paulweiss.com>; Daniel Sinnreich <dsinnreich@paulweiss.com>; msnider@slls.org; Alora Thomas-Lundborg <tthomaslundborg@law.harvard.edu>; john@scwllp.com; Victoria Wenger <vwenger@naacpldf.org>; crasto@lawbr.net; acullens@lawbr.net; cullens@lawbr.net; Jonathan Hawley <jhawley@elias.law>; Abha Khanna <akhanna@elias.law>; laynelee@lawbr.net; Lali Madduri <lmadduri@elias.law>; Alison (Qizhou) Ge <age@elias.law>; Cassie Holt <cassie.holt@nelsonmullins.com>; John Branch <john.branch@nelsonmullins.com>; brungardm@ag.louisiana.gov; Tom Farr <tom.farr@nelsonmullins.com>; Dallin Holt <dholt@HoltzmanVogel.com>; duhona@ag.state.la.us; lagrouea@ag.louisiana.gov; JonesCar@ag.louisiana.gov; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; mcphees@ag.louisiana.gov; plewis@bakerlaw.com; kmcknight@bakerlaw.com; Brennan Bowen <bbowen@HoltzmanVogel.com>; walej@ag.state.la.us; mmengis@bakerlaw.com; MurrillE@ag.louisiana.gov; eprouty@bakerlaw.com; Phil Strach <phil.strach@nelsonmullins.com>
**Subject:** RE: Robinson v. Ardoin - No. 22-cv-00178-SDD-SDJ (consolidated case)

Jacob,

Please find attached a consent motion and scheduling order. All Defendants have signed off on this. Please let us know if this is acceptable to both the Galmon and Robinson Plaintiffs.

Best,
Alyssa



**ALYSSA RIGGINS**  SENIOR ASSOCIATE
alyssa.riggins@nelsonmullins.com
**301 HILLSBOROUGH STREET | SUITE 1400**
**RALEIGH, NC 27603**
T 919.329.3810  F 919.329.3799
**NELSONMULLINS.COM**  VCARD  VIEW BIO

**From:** Jacob Shelly <jshelly@elias.law>
**Sent:** Wednesday, September 6, 2023 10:54 AM
**To:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Stuart Naifeh <snaifeh@naacpldf.org>; Phil Gordon <pgordon@HoltzmanVogel.com>
**Cc:** Amitav Chakraborty <achakraborty@paulweiss.com>; Steve Irving <steve@steveirvingllc.com>; John Adcock <jnadcock@gmail.com>; Leah Aden <laden@naacpldf.org>; Nora Ahmed <Nahmed@laaclu.org>; Atkins, Robert A <ratkins@paulweiss.com>; Sarah Brannon <sbrannon@aclu.org>; Cleary, Yahonnes <ycleary@paulweiss.com>; coninej@scwllp.com; Jared Evans <jevans@naacpldf.org>; Jonathan Hurwitz <jhurwitz@paulweiss.com>; ernestjohnson@lacapfund.com; Sophia LIn Lakin <slakin@aclu.org>; Stephanie Willis <swillis@laaclu.org>; Sara Rohani <Srohani@naacpldf.org>; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Adam Savitt <asavitt@paulweiss.com>; Daniel Sinnreich <dsinnreich@paulweiss.com>; msnider@slls.org; Alora Thomas-Lundborg <tthomaslundborg@law.harvard.edu>; john@scwllp.com; Victoria Wenger <vwenger@naacpldf.org>; crasto@lawbr.net; acullens@lawbr.net; cullens@lawbr.net; Jonathan Hawley <jhawley@elias.law>; Abha Khanna <akhanna@elias.law>; laynelee@lawbr.net; Lali Madduri <lmadduri@elias.law>; Alison (Qizhou) Ge <age@elias.law>; Cassie Holt <cassie.holt@nelsonmullins.com>; John Branch <john.branch@nelsonmullins.com>; brungardm@ag.louisiana.gov; Tom Farr <tom.farr@nelsonmullins.com>; Dallin Holt <dholt@HoltzmanVogel.com>;

duhona@ag.state.la.us; lagrouea@ag.louisiana.gov; JonesCar@ag.louisiana.gov; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; mcphees@ag.louisiana.gov; plewis@bakerlaw.com; kmcknight@bakerlaw.com; Brennan Bowen <bbowen@HoltzmanVogel.com>; walej@ag.state.la.us; mmengis@bakerlaw.com; MurrillE@ag.louisiana.gov; eprouty@bakerlaw.com; Phil Strach <phil.strach@nelsonmullins.com>
**Subject:** RE: Robinson v. Ardoin - No. 22-cv-00178-SDD-SDJ (consolidated case)

That works for us, we are happy to see the draft consent motion when you have it ready.

Best,
Jacob

**Jacob Shelly**
**Elias Law Group LLP**
250 Massachusetts Ave NW Suite 400
Washington DC 20001
202-968-4496

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>
**Sent:** Wednesday, September 6, 2023 10:19 AM
**To:** Jacob Shelly <jshelly@elias.law>; Stuart Naifeh <snaifeh@naacpldf.org>; Phil Gordon <pgordon@HoltzmanVogel.com>
**Cc:** Amitav Chakraborty <achakraborty@paulweiss.com>; Steve Irving <steve@steveirvingllc.com>; John Adcock <jnadcock@gmail.com>; Leah Aden <laden@naacpldf.org>; Nora Ahmed <Nahmed@laaclu.org>; Atkins, Robert A <ratkins@paulweiss.com>; Sarah Brannon <sbrannon@aclu.org>; Cleary, Yahonnes <ycleary@paulweiss.com>; coninej@scwllp.com; Jared Evans <jevans@naacpldf.org>; Jonathan Hurwitz <jhurwitz@paulweiss.com>; ernestjohnson@lacapfund.com; Sophia LIn Lakin <slakin@aclu.org>; Stephanie Willis <swillis@laaclu.org>; Sara Rohani <Srohani@naacpldf.org>; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Adam Savitt <asavitt@paulweiss.com>; Daniel Sinnreich <dsinnreich@paulweiss.com>; msnider@slls.org; Alora Thomas-Lundborg <tthomaslundborg@law.harvard.edu>; john@scwllp.com; Victoria Wenger <vwenger@naacpldf.org>; crasto@lawbr.net; acullens@lawbr.net; cullens@lawbr.net; Jonathan Hawley <jhawley@elias.law>; Abha Khanna <akhanna@elias.law>; laynelee@lawbr.net; Lali Madduri <lmadduri@elias.law>; Alison (Qizhou) Ge <age@elias.law>; Cassie Holt <cassie.holt@nelsonmullins.com>; John Branch <john.branch@nelsonmullins.com>; brungardm@ag.louisiana.gov; Tom Farr <tom.farr@nelsonmullins.com>; Dallin Holt <dholt@HoltzmanVogel.com>; duhona@ag.state.la.us; lagrouea@ag.louisiana.gov; JonesCar@ag.louisiana.gov; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; mcphees@ag.louisiana.gov; plewis@bakerlaw.com; kmcknight@bakerlaw.com; Brennan Bowen <bbowen@HoltzmanVogel.com>; walej@ag.state.la.us; mmengis@bakerlaw.com; MurrillE@ag.louisiana.gov; eprouty@bakerlaw.com; Phil Strach <phil.strach@nelsonmullins.com>
**Subject:** RE: Robinson v. Ardoin - No. 22-cv-00178-SDD-SDJ (consolidated case)

Hi Jacob,

Thanks for letting us know that both sets of plaintiffs would like to stick with the October 3 hearing date. We would prefer the September 29th date for the pre-trial briefs. This would make the schedule:
- Sept. 14: Serve fact witness disclosures
- Sept. 15: Defendants serve expert reports (supplemental and new)
- Sept. 18: Plaintiffs Disclose rebuttal expert witnesses
- Sept. 28: Plaintiffs serve rebuttal expert reports
- Sept. 29: Serve final witness lists, exhibit lists, pre-trial brief limited to 1 per side, at 30 pages.

If this is acceptable to you, we would propose a consent motion that notifies the court of the selected hearing date with a proposed order entering the schedule detailed above. Please let us know if you agree. If so, we are happy to prepare the filing.

Best,
Alyssa



---

**ALYSSA RIGGINS**  SENIOR ASSOCIATE
alyssa.riggins@nelsonmullins.com |
301 HILLSBOROUGH STREET | SUITE 1400
RALEIGH, NC 27603
T 919.329.3810   F 919.329.3799
NELSONMULLINS.COM   VCARD   VIEW BIO

---

**From:** Jacob Shelly <jshelly@elias.law>
**Sent:** Tuesday, September 5, 2023 11:31 PM
**To:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Stuart Naifeh <snaifeh@naacpldf.org>; Phil Gordon <pgordon@HoltzmanVogel.com>
**Cc:** Amitav Chakraborty <achakraborty@paulweiss.com>; Steve Irving <steve@steveirvingllc.com>; John Adcock <jnadcock@gmail.com>; Leah Aden <laden@naacpldf.org>; Nora Ahmed <Nahmed@laaclu.org>; Atkins, Robert A <ratkins@paulweiss.com>; Sarah Brannon <sbrannon@aclu.org>; Cleary, Yahonnes <ycleary@paulweiss.com>; coninej@scwllp.com; Jared Evans <jevans@naacpldf.org>; Jonathan Hurwitz <jhurwitz@paulweiss.com>; ernestjohnson@lacapfund.com; Sophia LIn Lakin <slakin@aclu.org>; Stephanie Willis <swillis@laaclu.org>; Sara Rohani <Srohani@naacpldf.org>; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Adam Savitt <asavitt@paulweiss.com>; Daniel Sinnreich <dsinnreich@paulweiss.com>; msnider@slls.org; Alora Thomas-Lundborg <tthomaslundborg@law.harvard.edu>; john@scwllp.com; Victoria Wenger <vwenger@naacpldf.org>; crasto@lawbr.net; acullens@lawbr.net; cullens@lawbr.net; Jonathan Hawley <jhawley@elias.law>; Abha Khanna <akhanna@elias.law>; laynelee@lawbr.net; Lali Madduri <lmadduri@elias.law>; Alison (Qizhou) Ge <age@elias.law>; Cassie Holt <cassie.holt@nelsonmullins.com>; John Branch <john.branch@nelsonmullins.com>; brungardm@ag.louisiana.gov; Tom Farr <tom.farr@nelsonmullins.com>; Dallin Holt <dholt@HoltzmanVogel.com>; duhona@ag.state.la.us; lagrouea@ag.louisiana.gov; JonesCar@ag.louisiana.gov; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; mcphees@ag.louisiana.gov; plewis@bakerlaw.com; kmcknight@bakerlaw.com; Brennan Bowen <bbowen@HoltzmanVogel.com>; walej@ag.state.la.us; mmengis@bakerlaw.com; MurrillE@ag.louisiana.gov; eprouty@bakerlaw.com; Phil Strach <phil.strach@nelsonmullins.com>
**Subject:** RE: Robinson v. Ardoin - No. 22-cv-00178-SDD-SDJ (consolidated case)

Hi Alyssa,

Thank you for your patience as we have several team members in trial. To ensure timely relief, the Robinson and Galmon plaintiffs will elect to stick with the October 3 hearing date. It sounds like we share an understanding of the pretrial deadlines the court is likely to order. Our notes reflect that the magistrate judge signaled a September 30 deadline for pretrial briefs, but we are not opposed to a September 29 deadline if the court so orders. I do not believe there are any remaining issues requiring a meet-and-confer tomorrow, but let me know if you disagree.

Best,

Jacob

**Jacob Shelly**
Elias Law Group LLP
250 Massachusetts Ave NW Suite 400
Washington DC 20001
202-968-4496

_____

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

_____

**From:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>
**Sent:** Tuesday, September 5, 2023 2:54 PM
**To:** Jacob Shelly <jshelly@elias.law>; Stuart Naifeh <snaifeh@naacpldf.org>; Phil Gordon <pgordon@HoltzmanVogel.com>
**Cc:** Amitav Chakraborty <achakraborty@paulweiss.com>; Steve Irving <steve@steveirvingllc.com>; John Adcock <jnadcock@gmail.com>; Leah Aden <laden@naacpldf.org>; Nora Ahmed <Nahmed@laaclu.org>; Atkins, Robert A <ratkins@paulweiss.com>; Sarah Brannon <sbrannon@aclu.org>; Cleary, Yahonnes <ycleary@paulweiss.com>; coninej@scwllp.com; Jared Evans <jevans@naacpldf.org>; Jonathan Hurwitz <jhurwitz@paulweiss.com>; ernestjohnson@lacapfund.com; Sophia LIn Lakin <slakin@aclu.org>; Stephanie Willis <swillis@laaclu.org>; Samantha Osaki <sosaki@aclu.org>; Sara Rohani <Srohani@naacpldf.org>; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Adam Savitt <asavitt@paulweiss.com>; Daniel Sinnreich <dsinnreich@paulweiss.com>; msnider@slls.org>; Alora Thomas-Lundborg <tthomaslundborg@law.harvard.edu>; john@scwllp.com; tlwesq@cox.net; Victoria Wenger <vwenger@naacpldf.org>; crasto@lawbr.net; acullens@lawbr.net; cullens@lawbr.net; Jonathan Hawley <jhawley@elias.law>; Abha Khanna <akhanna@elias.law>; laynelee@lawbr.net; Lali Madduri <lmadduri@elias.law>; Alison (Qizhou) Ge <age@elias.law>; Cassie Holt <cassie.holt@nelsonmullins.com>; John Branch <john.branch@nelsonmullins.com>; brungardm@ag.louisiana.gov; Tom Farr <tom.farr@nelsonmullins.com>; Dallin Holt <dholt@HoltzmanVogel.com>; duhona@ag.state.la.us; lagrouea@ag.louisiana.gov; JonesCar@ag.louisiana.gov; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; mcphees@ag.louisiana.gov; plewis@bakerlaw.com; kmcknight@bakerlaw.com; Brennan Bowen <bbowen@HoltzmanVogel.com>; walej@ag.state.la.us; mmengis@bakerlaw.com; MurrillE@ag.louisiana.gov; eprouty@bakerlaw.com; Phil Strach <phil.strach@nelsonmullins.com>
**Subject:** RE: Robinson v. Ardoin - No. 22-cv-00178-SDD-SDJ (consolidated case)

Jacob,

As an initial matter, we are concerned that after almost four days, Plaintiffs still cannot tell us whether they intend to request a continuance of the October 3rd hearing and whether they seek to submit a new map. This delay cuts against our time to meaningfully meet-and-confer about the critically important schedule in this rapidly-moving case.

Regardless, for clarity, can you confirm two points for us: (1) does your email below report the positions of all Plaintiffs, or just *Galmon* Plaintiffs?  (2) Your email also does not mention the October 23 dates offered by Judge Dick. Is it your intention not to seek a date change to that week?

Our understanding based on the Friday call is that if the October 3 hearing date held that Judge Johnson would be granting Defendants' proposed schedule. Your dates match ours, but your language doesn't quite match what we have from our notes. Our collective recollection is below. I suspect we may just have a difference in language but agree in principle as to what Judge Johnson indicated Friday the schedule would be.

Defendants proposed schedule was:
- Sept. 14: Serve fact witness disclosures
- Sept. 15: Defendants serve expert reports (supplemental and new)
- Sept. 18: Plaintiffs Disclose rebuttal expert witnesses
- Sept. 28: Plaintiffs serve rebuttal expert reports

- Sept. 29: Serve final witness and exhibit lists

We note that Judge Johnson indicated that Judge Dick asked for a single trial brief for each side limited to 30 pages. We see you have proposed Saturday, September 30. Given that many of us may be traveling for the hearing, we would also be amenable to the 29th as the deadline for this too. We could also make September 30 or even October 2 work.

Best,
Alyssa



**ALYSSA RIGGINS** SENIOR ASSOCIATE
alyssa.riggins@nelsonmullins.com

301 HILLSBOROUGH STREET | SUITE 1400
RALEIGH, NC 27603
T 919.329.3810   F 919.329.3799
NELSONMULLINS.COM   VCARD   VIEW BIO

---

**From:** Jacob Shelly <jshelly@elias.law>
**Sent:** Tuesday, September 5, 2023 11:49 AM
**To:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Stuart Naifeh <snaifeh@naacpldf.org>; Phil Gordon <pgordon@HoltzmanVogel.com>
**Cc:** Amitav Chakraborty <achakraborty@paulweiss.com>; Steve Irving <steve@steveirvingllc.com>; John Adcock <jnadcock@gmail.com>; Leah Aden <laden@naacpldf.org>; Nora Ahmed <Nahmed@laaclu.org>; Atkins, Robert A <ratkins@paulweiss.com>; Sarah Brannon <sbrannon@aclu.org>; Cleary, Yahonnes <ycleary@paulweiss.com>; coninej@scwllp.com; Jared Evans <jevans@naacpldf.org>; Jonathan Hurwitz <jhurwitz@paulweiss.com>; ernestjohnson@lacapfund.com; Sophia LIn Lakin <slakin@aclu.org>; Stephanie Willis <swillis@laaclu.org>; Samantha Osaki <sosaki@aclu.org>; Sara Rohani <Srohani@naacpldf.org>; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Adam Savitt <asavitt@paulweiss.com>; Daniel Sinnreich <dsinnreich@paulweiss.com>; msnider@slls.org; Alora Thomas-Lundborg <tthomaslundborg@law.harvard.edu>; john@scwllp.com; tlwesq@cox.net; Victoria Wenger <vwenger@naacpldf.org>; crasto@lawbr.net; acullens@lawbr.net; cullens@lawbr.net; Jonathan Hawley <jhawley@elias.law>; Abha Khanna <akhanna@elias.law>; laynelee@lawbr.net; Lali Madduri <lmadduri@elias.law>; Alison (Qizhou) Ge <age@elias.law>; Cassie Holt <cassie.holt@nelsonmullins.com>; John Branch <john.branch@nelsonmullins.com>; brungardm@ag.louisiana.gov; Tom Farr <tom.farr@nelsonmullins.com>; Dallin Holt <dholt@HoltzmanVogel.com>; duhona@ag.state.la.us; lagrouea@ag.louisiana.gov; JonesCar@ag.louisiana.gov; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; mcphees@ag.louisiana.gov; plewis@bakerlaw.com; kmcknight@bakerlaw.com; Brennan Bowen <bbowen@HoltzmanVogel.com>; walej@ag.state.la.us; mmengis@bakerlaw.com; MurrillE@ag.louisiana.gov; eprouty@bakerlaw.com; Phil Strach <phil.strach@nelsonmullins.com>
**Subject:** RE: Robinson v. Ardoin - No. 22-cv-00178-SDD-SDJ (consolidated case)

Good morning,

Unfortunately, our clients are traveling and so we will not be able to confirm our position until the end of the day. If we stick with the October 3 hearing date, our understanding from the magistrate judge is that the pre-hearing deadlines will be as follows:

- Sept. 14: Serve fact witness disclosures

- Sept. 15: Serve supplemental expert reports
- Sept. 18: Disclose rebuttal expert witnesses
- Sept. 28: Serve rebuttal expert reports
- Sept. 29: Serve final witness and exhibit lists
- Sept. 30: File pre-hearing briefs

In the event that we elect the November 6 rehearing date, you are welcome to prepare a proposed prehearing schedule. We will be able to confer tomorrow to confirm if there are any areas of agreement; if there are not, we can separately propose our preferred schedules to the court well in advance of tomorrow's end-of-day filing deadline.

Best,
Jacob


**Jacob Shelly**
Elias Law Group LLP
250 Massachusetts Ave NW Suite 400
Washington DC 20001
202-968-4496

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>
**Sent:** Tuesday, September 5, 2023 8:41 AM
**To:** Stuart Naifeh <snaifeh@naacpldf.org>; Phil Gordon <pgordon@HoltzmanVogel.com>
**Cc:** Amitav Chakraborty <achakraborty@paulweiss.com>; Jacob Shelly <jshelly@elias.law>; Steve Irving <steve@steveirvingllc.com>; John Adcock <jnadcock@gmail.com>; Leah Aden <laden@naacpldf.org>; Nora Ahmed <Nahmed@laaclu.org>; Atkins, Robert A <ratkins@paulweiss.com>; Sarah Brannon <sbrannon@aclu.org>; Cleary, Yahonnes <ycleary@paulweiss.com>; coninej@scwllp.com; Jared Evans <jevans@naacpldf.org>; Jonathan Hurwitz <jhurwitz@paulweiss.com>; ernestjohnson@lacapfund.com; Sophia LIn Lakin <slakin@aclu.org>; Stephanie Willis <swillis@laaclu.org>; Samantha Osaki <sosaki@aclu.org>; Sara Rohani <Srohani@naacpldf.org>; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Adam Savitt <asavitt@paulweiss.com>; Daniel Sinnreich <dsinnreich@paulweiss.com>; msnider@slls.org; Alora Thomas-Lundborg <tthomaslundborg@law.harvard.edu>; john@scwllp.com; tlwesq@cox.net; Victoria Wenger <vwenger@naacpldf.org>; crasto@lawbr.net; acullens@lawbr.net; cullens@lawbr.net; Jonathan Hawley <jhawley@elias.law>; Abha Khanna <akhanna@elias.law>; laynelee@lawbr.net; Lali Madduri <lmadduri@elias.law>; Alison (Qizhou) Ge <age@elias.law>; Cassie Holt <cassie.holt@nelsonmullins.com>; John Branch <john.branch@nelsonmullins.com>; brungardm@ag.louisiana.gov; Tom Farr <tom.farr@nelsonmullins.com>; Dallin Holt <dholt@HoltzmanVogel.com>; duhona@ag.state.la.us; lagrouea@ag.louisiana.gov; JonesCar@ag.louisiana.gov; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; mcphees@ag.louisiana.gov; plewis@bakerlaw.com; kmcknight@bakerlaw.com; Brennan Bowen <bbowen@HoltzmanVogel.com>; walej@ag.state.la.us; mmengis@bakerlaw.com; MurrillE@ag.louisiana.gov; eprouty@bakerlaw.com; Phil Strach <phil.strach@nelsonmullins.com>
**Subject:** RE: Robinson v. Ardoin - No. 22-cv-00178-SDD-SDJ (consolidated case)

Good Morning,

We are following up on our correspondence from Friday afternoon. Given that the Judge has ordered us to confer and provide the Court with an update tomorrow, we need to understand Plaintiffs position on a new date hearing date as soon as possible.

Best,
Alyssa



ALYSSA RIGGINS  SENIOR ASSOCIATE
alyssa.riggins@nelsonmullins.com

301 HILLSBOROUGH STREET | SUITE 1400
RALEIGH, NC 27603
T 919.329.3810  F 919.329.3799

NELSONMULLINS.COM   VCARD   VIEW BIO

**From:** Stuart Naifeh <snaifeh@naacpldf.org>
**Sent:** Friday, September 1, 2023 3:41 PM
**To:** Phil Gordon <pgordon@HoltzmanVogel.com>
**Cc:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Amitav Chakraborty <achakraborty@paulweiss.com>; Jacob Shelly <jshelly@elias.law>; Steve Irving <steve@steveirvingllc.com>; John Adcock <jnadcock@gmail.com>; Leah Aden <laden@naacpldf.org>; Nora Ahmed <Nahmed@laaclu.org>; Atkins, Robert A <ratkins@paulweiss.com>; Sarah Brannon <sbrannon@aclu.org>; Cleary, Yahonnes <ycleary@paulweiss.com>, coninej@scwllp.com; Jared Evans <jevans@naacpldf.org>; Jonathan Hurwitz <jhurwitz@paulweiss.com>; ernestjohnson@lacapfund.com; Sophia LIn Lakin <slakin@aclu.org>; Stephanie Willis <swillis@laaclu.org>; Samantha Osaki <sosaki@aclu.org>; Sara Rohani <Srohani@naacpldf.org>; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Adam Savitt <asavitt@paulweiss.com>; Daniel Sinnreich <dsinnreich@paulweiss.com>; msnider@slls.org; Alora Thomas-Lundborg <tthomaslundborg@law.harvard.edu>; john@scwllp.com; tlwesq@cox.net; Victoria Wenger <vwenger@naacpldf.org>; crasto@lawbr.net; acullens@lawbr.net; cullens@lawbr.net; Jonathan Hawley <jhawley@elias.law>; Abha Khanna <akhanna@elias.law>; laynelee@lawbr.net; Lali Madduri <lmadduri@elias.law>; Alison (Qizhou) Ge <age@elias.law>; Cassie Holt <cassie.holt@nelsonmullins.com>; John Branch <john.branch@nelsonmullins.com>; brungardm@ag.louisiana.gov; Tom Farr <tom.farr@nelsonmullins.com>; Dallin Holt <dholt@HoltzmanVogel.com>; duhona@ag.state.la.us; lagrouea@ag.louisiana.gov; JonesCar@ag.louisiana.gov; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; mcphees@ag.louisiana.gov; plewis@bakerlaw.com; kmcknight@bakerlaw.com; Brennan Bowen <bbowen@HoltzmanVogel.com>; walej@ag.state.la.us; mmengis@bakerlaw.com; MurrillE@ag.louisiana.gov; eprouty@bakerlaw.com; Phil Strach <phil.strach@nelsonmullins.com>
**Subject:** Re: Robinson v. Ardoin - No. 22-cv-00178-SDD-SDJ (consolidated case)

Hi Phil,

Unfortunately, we cannot.

**Stuart C. Naifeh** (he/him/él)
Manager, Redistricting Project



40 Rector Street, 5th Floor, New York, NY 10006
o: 212.217.1669  |  c: 917.574.5846  |  snaifeh@naacpldf.org
naacpldf.org

PRIVILEGE AND CONFIDENTIALITY NOTICE: This email and any attachments may contain privileged or confidential information
and is/are for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is
prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it
from your system.

**From:** Phil Gordon <pgordon@HoltzmanVogel.com>
**Date:** Friday, September 1, 2023 at 3:11 PM
**To:** Stuart Naifeh <snaifeh@naacpldf.org>
**Cc:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>, Amitav Chakraborty <achakraborty@paulweiss.com>, Jacob Shelly <jshelly@elias.law>, Steve Irving <steve@steveirvingllc.com>, John Adcock <jnadcock@gmail.com>, Leah Aden <laden@naacpldf.org>, Nora Ahmed <Nahmed@laaclu.org>, Atkins, Robert A <ratkins@paulweiss.com>, Sarah Brannon <sbrannon@aclu.org>, Cleary, Yahonnes <ycleary@paulweiss.com>, coninej@scwllp.com <coninej@scwllp.com>, Jared Evans <jevans@naacpldf.org>, Jonathan Hurwitz <jhurwitz@paulweiss.com>, ernestjohnson@lacapfund.com <ernestjohnson@lacapfund.com>, Sophia LIn Lakin <slakin@aclu.org>, Stephanie Willis <swillis@laaclu.org>, Samantha Osaki <sosaki@aclu.org>, Sara Rohani <Srohani@naacpldf.org>, Kathryn Sadasivan <ksadasivan@naacpldf.org>, Adam Savitt <asavitt@paulweiss.com>, Daniel Sinnreich <dsinnreich@paulweiss.com>, msnider@slls.org <msnider@slls.org>, Alora Thomas-Lundborg <tthomaslundborg@law.harvard.edu>, john@scwllp.com <john@scwllp.com>, tlwesq@cox.net <tlwesq@cox.net>, Victoria Wenger <vwenger@naacpldf.org>, crasto@lawbr.net <crasto@lawbr.net>, acullens@lawbr.net <acullens@lawbr.net>, cullens@lawbr.net <cullens@lawbr.net>, Jonathan Hawley <jhawley@elias.law>, Abha Khanna <akhanna@elias.law>, laynelee@lawbr.net <laynelee@lawbr.net>, Lali Madduri <lmadduri@elias.law>, Alison (Qizhou) Ge <age@elias.law>, Cassie Holt <cassie.holt@nelsonmullins.com>, John Branch <john.branch@nelsonmullins.com>, brungardm@ag.louisiana.gov <brungardm@ag.louisiana.gov>, Tom Farr <tom.farr@nelsonmullins.com>, Dallin Holt <dholt@HoltzmanVogel.com>, duhona@ag.state.la.us <duhona@ag.state.la.us>, lagrouea@ag.louisiana.gov <lagrouea@ag.louisiana.gov>, JonesCar@ag.louisiana.gov <JonesCar@ag.louisiana.gov>, Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>, mcphees@ag.louisiana.gov <mcphees@ag.louisiana.gov>, plewis@bakerlaw.com <plewis@bakerlaw.com>, kmcknight@bakerlaw.com <kmcknight@bakerlaw.com>, Brennan Bowen <bbowen@HoltzmanVogel.com>, walej@ag.state.la.us <walej@ag.state.la.us>, mmengis@bakerlaw.com <mmengis@bakerlaw.com>, MurrillE@ag.louisiana.gov <MurrillE@ag.louisiana.gov>, eprouty@bakerlaw.com <eprouty@bakerlaw.com>, Phil Strach <phil.strach@nelsonmullins.com>
**Subject:** Re: Robinson v. Ardoin - No. 22-cv-00178-SDD-SDJ (consolidated case)

[Caution: EXTERNAL EMAIL]

Stuart,

You represented before the Court earlier today that you would be able to reach a decision on if you would seek a new map.  Can you please let us know your position on at least that by the end of the day?

Regards,

Phil Gordon

**Phil Gordon**
*Partner*
**Holtzman Vogel**

Office:  540.341.8808
pgordon@HoltzmanVogel.com // www.HoltzmanVogel.com

On Sep 1, 2023, at 2:56 PM, Stuart Naifeh <snaifeh@naacpldf.org> wrote:

Some people who received this message don't often get email from snaifeh@naacpldf.org. Learn why this is important

Hi Alyssa,

Speaking for both the Robinson and Galmon plaintiffs, we are not going to be in a position to make a proposal before Monday, unfortunately.

**Stuart C. Naifeh** (he/him/él)
Manager, Redistricting Project

<image005.png>

40 Rector Street, 5th Floor, New York, NY 10006
o: 212.217.1669  |  c: 917.574.5846  |  snaifeh@naacpldf.org
naacpldf.org

PRIVILEGE AND CONFIDENTIALITY NOTICE: This email and any attachments may contain privileged or
confidential information and is/are for the sole use of the intended recipient(s). Any unauthorized use or
disclosure of this communication is prohibited. If you believe that you have received this email in error,
please notify the sender immediately and delete it from your system.

**From:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>
**Date:** Friday, September 1, 2023 at 2:22 PM
**To:** Amitav Chakraborty <achakraborty@paulweiss.com>, Jacob Shelly <jshelly@elias.law>, Steve Irving <steve@steveirvingllc.com>, Phil Gordon <pgordon@holtzmanvogel.com>, John Adcock <jnadcock@gmail.com>, Leah Aden <laden@naacpldf.org>, Nora Ahmed <Nahmed@laaclu.org>, Atkins, Robert A <ratkins@paulweiss.com>, Sarah Brannon <sbrannon@aclu.org>, Cleary, Yahonnes <ycleary@paulweiss.com>, coninej@scwllp.com <coninej@scwllp.com>, Jared Evans <jevans@naacpldf.org>, Jonathan Hurwitz <jhurwitz@paulweiss.com>, ernestjohnson@lacapfund.com <ernestjohnson@lacapfund.com>, Sophia LIn Lakin <slakin@aclu.org>, Stephanie Willis <swillis@laaclu.org>, Stuart Naifeh <snaifeh@naacpldf.org>, Samantha Osaki <sosaki@aclu.org>, Sara Rohani <Srohani@naacpldf.org>, Kathryn Sadasivan <ksadasivan@naacpldf.org>, Adam Savitt <asavitt@paulweiss.com>, Daniel Sinnreich <dsinnreich@paulweiss.com>, msnider@slls.org <msnider@slls.org>, Alora Thomas-Lundborg <tthomaslundborg@law.harvard.edu>, john@scwllp.com <john@scwllp.com>, tlwesq@cox.net <tlwesq@cox.net>, Victoria Wenger <vwenger@naacpldf.org>, crasto@lawbr.net <crasto@lawbr.net>, acullens@lawbr.net <acullens@lawbr.net>, cullens@lawbr.net <cullens@lawbr.net>, Jonathan Hawley <jhawley@elias.law>, Abha Khanna <akhanna@elias.law>, laynelee@lawbr.net <laynelee@lawbr.net>, Lali Madduri <lmadduri@elias.law>, Alison (Qizhou) Ge <age@elias.law>
**Cc:** Cassie Holt <cassie.holt@nelsonmullins.com>, John Branch <john.branch@nelsonmullins.com>, brungardm@ag.louisiana.gov <brungardm@ag.louisiana.gov>, Tom Farr <tom.farr@nelsonmullins.com>, Dallin Holt <dholt@HoltzmanVogel.com>, duhona@ag.state.la.us <duhona@ag.state.la.us>,

[lagrouea@ag.louisiana.gov](mailto:lagrouea@ag.louisiana.gov) <[lagrouea@ag.louisiana.gov](mailto:lagrouea@ag.louisiana.gov)>, [JonesCar@ag.louisiana.gov](mailto:JonesCar@ag.louisiana.gov) <[jonescar@ag.louisiana.gov](mailto:jonescar@ag.louisiana.gov)>, Jason Torchinsky <[jtorchinsky@holtzmanvogel.com](mailto:jtorchinsky@holtzmanvogel.com)>, [mcphees@ag.louisiana.gov](mailto:mcphees@ag.louisiana.gov) <[mcphees@ag.louisiana.gov](mailto:mcphees@ag.louisiana.gov)>, [plewis@bakerlaw.com](mailto:plewis@bakerlaw.com) <[plewis@bakerlaw.com](mailto:plewis@bakerlaw.com)>, [kmcknight@bakerlaw.com](mailto:kmcknight@bakerlaw.com) <[kmcknight@bakerlaw.com](mailto:kmcknight@bakerlaw.com)>, Brennan Bowen <[bbowen@holtzmanvogel.com](mailto:bbowen@holtzmanvogel.com)>, [walej@ag.state.la.us](mailto:walej@ag.state.la.us) <[walej@ag.state.la.us](mailto:walej@ag.state.la.us)>, [mmengis@bakerlaw.com](mailto:mmengis@bakerlaw.com) <[mmengis@bakerlaw.com](mailto:mmengis@bakerlaw.com)>, [murrille@ag.louisiana.gov](mailto:murrille@ag.louisiana.gov) <[murrille@ag.louisiana.gov](mailto:murrille@ag.louisiana.gov)>, [eprouty@bakerlaw.com](mailto:eprouty@bakerlaw.com) <[eprouty@bakerlaw.com](mailto:eprouty@bakerlaw.com)>, Phil Strach <[phil.strach@nelsonmullins.com](mailto:phil.strach@nelsonmullins.com)>
**Subject:** RE: Robinson v. Ardoin - No. 22-cv-00178-SDD-SDJ (consolidated case)

<div style="border: 1px solid #d4a017; background-color: #fdf3d1; padding: 4px;">

[Caution: EXTERNAL EMAIL]

</div>

Dear All,

We are writing about the schedules proposed by Judge Dick and Judge Johnson at the status conference earlier today. As we understood it, Plaintiffs are going to confer about the proposed new hearing dates and then if you want a new date, we need to have conferred on a schedule and get back to the court by Wednesday. To be sure that we can meet that deadline, can you please let us know your position on the proposed schedules later today?

Best,
Alyssa



**ALYSSA RIGGINS  SENIOR ASSOCIATE**
alyssa.riggins@nelsonmullins.com
**301 HILLSBOROUGH STREET | SUITE 1400**
**RALEIGH, NC 27603**
T 919.329.3810   F 919.329.3799
**NELSONMULLINS.COM   VCARD   VIEW BIO**

**From:** Chakraborty, Amitav <[achakraborty@paulweiss.com](mailto:achakraborty@paulweiss.com)>
**Sent:** Thursday, August 31, 2023 9:12 AM
**To:** Alyssa Riggins <[alyssa.riggins@nelsonmullins.com](mailto:alyssa.riggins@nelsonmullins.com)>; Jacob Shelly <[jshelly@elias.law](mailto:jshelly@elias.law)>; Steve Irving <[steve@steveirvingllc.com](mailto:steve@steveirvingllc.com)>; Phil Gordon <[pgordon@HoltzmanVogel.com](mailto:pgordon@HoltzmanVogel.com)>; [JNADCOCK@GMAIL.COM](mailto:JNADCOCK@GMAIL.COM); [laden@naacpldf.org](mailto:laden@naacpldf.org); Nora Ahmed <[Nahmed@laaclu.org](mailto:Nahmed@laaclu.org)>; Atkins, Robert A <[ratkins@paulweiss.com](mailto:ratkins@paulweiss.com)>; [sbrannon@aclu.org](mailto:sbrannon@aclu.org); Cleary, Yahonnes <[ycleary@paulweiss.com](mailto:ycleary@paulweiss.com)>; [coninej@scwllp.com](mailto:coninej@scwllp.com); [jevans@naacpldf.org](mailto:jevans@naacpldf.org); Hurwitz, Jonathan <[jhurwitz@paulweiss.com](mailto:jhurwitz@paulweiss.com)>; [ernestjohnson@lacapfund.com](mailto:ernestjohnson@lacapfund.com); [slakin@aclu.org](mailto:slakin@aclu.org); [swillis@laaclu.org](mailto:swillis@laaclu.org); [snaifeh@naacpldf.org](mailto:snaifeh@naacpldf.org); [sosaki@aclu.org](mailto:sosaki@aclu.org); [srohani@naacpldf.org](mailto:srohani@naacpldf.org); [ksadasivan@naacpldf.org](mailto:ksadasivan@naacpldf.org); Savitt, Adam P <[asavitt@paulweiss.com](mailto:asavitt@paulweiss.com)>; Sinnreich, Daniel <[dsinnreich@paulweiss.com](mailto:dsinnreich@paulweiss.com)>; [msnider@sills.org](mailto:msnider@sills.org); [tthomaslundborg@law.harvard.edu](mailto:tthomaslundborg@law.harvard.edu); [john@scwllp.com](mailto:john@scwllp.com); [tlwesq@cox.net](mailto:tlwesq@cox.net); [vwenger@naacpldf.org](mailto:vwenger@naacpldf.org); [crasto@lawbr.net](mailto:crasto@lawbr.net); [acullens@lawbr.net](mailto:acullens@lawbr.net); [cullens@lawbr.net](mailto:cullens@lawbr.net); Jonathan Hawley <[jhawley@elias.law](mailto:jhawley@elias.law)>; Abha Khanna <[akhanna@elias.law](mailto:akhanna@elias.law)>; [laynelee@lawbr.net](mailto:laynelee@lawbr.net); Lali Madduri <[lmadduri@elias.law](mailto:lmadduri@elias.law)>; Alison (Qizhou) Ge <[age@elias.law](mailto:age@elias.law)>

**Cc:** Cassie Holt <cassie.holt@nelsonmullins.com>; John Branch <john.branch@nelsonmullins.com>; brungardm@ag.louisiana.gov; Tom Farr <tom.farr@nelsonmullins.com>; Dallin Holt <dholt@HoltzmanVogel.com>; duhona@ag.state.la.us; lagrouea@ag.louisiana.gov; JonesCar@ag.louisiana.gov; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; mcphees@ag.louisiana.gov; plewis@bakerlaw.com; kmcknight@bakerlaw.com; Brennan Bowen <bbowen@holtzmanvogel.com>; walej@ag.state.la.us; mmengis@bakerlaw.com; murrille@ag.louisiana.gov; eprouty@bakerlaw.com; Phil Strach <phil.strach@nelsonmullins.com>
**Subject:** RE: Robinson v. Ardoin - No. 22-cv-00178-SDD-SDJ (consolidated case)

Alyssa,

Thanks for letting us know.  The *Robinson* and *Galmon* Plaintiffs are not available at 1 pm ET, but we are available at 2 pm ET.  Please let us know if that works for you.

Best,
Amitav

**Amitav Chakraborty** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3242 (Direct Phone) | 212 492 0242 (Direct Fax)
achakraborty@paulweiss.com | www.paulweiss.com

---

**From:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>
**Sent:** Thursday, August 31, 2023 8:47 AM
**To:** Jacob Shelly <jshelly@elias.law>; Chakraborty, Amitav <achakraborty@paulweiss.com>; Steve Irving <steve@steveirvingllc.com>; Phil Gordon <pgordon@HoltzmanVogel.com>; JNADCOCK@GMAIL.COM; laden@naacpldf.org; Nora Ahmed <Nahmed@laaclu.org>; Atkins, Robert A <ratkins@paulweiss.com>; sbrannon@aclu.org; Cleary, Yahonnes <ycleary@paulweiss.com>; coninej@scwllp.com; jevans@naacpldf.org; Hurwitz, Jonathan <jhurwitz@paulweiss.com>; ernestjohnson@lacapfund.com; slakin@aclu.org; swillis@laaclu.org; snaifeh@naacpldf.org; sosaki@aclu.org; srohani@naacpldf.org; ksadasivan@naacpldf.org; Savitt, Adam P <asavitt@paulweiss.com>; Sinnreich, Daniel <dsinnreich@paulweiss.com>; msnider@slls.org; tthomaslundborg@law.harvard.edu; john@scwllp.com; tlwesq@cox.net; vwenger@naacpldf.org; crasto@lawbr.net; acullens@lawbr.net; cullens@lawbr.net; Jonathan Hawley <jhawley@elias.law>; Abha Khanna <akhanna@elias.law>; laynelee@lawbr.net; Lali Madduri <lmadduri@elias.law>; Alison (Qizhou) Ge <age@elias.law>
**Cc:** Cassie Holt <cassie.holt@nelsonmullins.com>; John Branch <john.branch@nelsonmullins.com>; brungardm@ag.louisiana.gov; Tom Farr <tom.farr@nelsonmullins.com>; Dallin Holt <dholt@HoltzmanVogel.com>; duhona@ag.state.la.us; lagrouea@ag.louisiana.gov; JonesCar@ag.louisiana.gov; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; mcphees@ag.louisiana.gov; plewis@bakerlaw.com; kmcknight@bakerlaw.com; Brennan Bowen <bbowen@holtzmanvogel.com>; walej@ag.state.la.us; mmengis@bakerlaw.com; murrille@ag.louisiana.gov; eprouty@bakerlaw.com; Phil Strach <phil.strach@nelsonmullins.com>
**Subject:** RE: Robinson v. Ardoin - No. 22-cv-00178-SDD-SDJ (consolidated case)

Hi Jacob and Amitav,

Thanks for getting the ball rolling on scheduling. We are not available at 11, but I believe that both counsel for the Secretary and counsel for the Legislative Intervenors are available at 1 pm EST. Would that time work on your end?



**ALYSSA RIGGINS**  SENIOR ASSOCIATE
alyssa.riggins@nelsonmullins.com

**301 HILLSBOROUGH STREET | SUITE 1400**
**RALEIGH, NC 27603**
T 919.329.3810   F 919.329.3799
**NELSONMULLINS.COM**   VCARD   VIEW BIO

**From:** Jacob Shelly <jshelly@elias.law>
**Sent:** Thursday, August 31, 2023 8:36 AM
**To:** Chakraborty, Amitav <achakraborty@paulweiss.com>; Steve Irving <steve@steveirvingllc.com>; Phil
Gordon <pgordon@HoltzmanVogel.com>; JNADCOCK@GMAIL.COM; laden@naacpldf.org; Nora Ahmed
<Nahmed@laaclu.org>; Atkins, Robert A <ratkins@paulweiss.com>; sbrannon@aclu.org; Cleary,
Yahonnes <ycleary@paulweiss.com>; coninej@scwllp.com; jevans@naacpldf.org; Hurwitz, Jonathan
<jhurwitz@paulweiss.com>; ernestjohnson@lacapfund.com; slakin@aclu.org; swillis@laaclu.org;
snaifeh@naacpldf.org; sosaki@aclu.org; srohani@naacpldf.org; ksadasivan@naacpldf.org; Savitt, Adam
P <asavitt@paulweiss.com>; Sinnreich, Daniel <dsinnreich@paulweiss.com>; msnider@slls.org;
tthomaslundborg@law.harvard.edu; john@scwllp.com; tlwesq@cox.net; vwenger@naacpldf.org;
crasto@lawbr.net; acullens@lawbr.net; cullens@lawbr.net; Jonathan Hawley <jhawley@elias.law>;
Abha Khanna <akhanna@elias.law>; laynelee@lawbr.net; Lali Madduri <lmadduri@elias.law>; Alison
(Qizhou) Ge <age@elias.law>
**Cc:** Cassie Holt <cassie.holt@nelsonmullins.com>; John Branch <john.branch@nelsonmullins.com>;
brungardm@ag.louisiana.gov; Tom Farr <tom.farr@nelsonmullins.com>; Dallin Holt
<dholt@HoltzmanVogel.com>; duhona@ag.state.la.us; lagrouea@ag.louisiana.gov;
JonesCar@ag.louisiana.gov; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>;
mcphees@ag.louisiana.gov; plewis@bakerlaw.com; kmcknight@bakerlaw.com; Brennan Bowen
<bbowen@holtzmanvogel.com>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>;
walej@ag.state.la.us; mmengis@bakerlaw.com; murrille@ag.louisiana.gov; eprouty@bakerlaw.com;
Phil Strach <phil.strach@nelsonmullins.com>
**Subject:** Re: Robinson v. Ardoin - No. 22-cv-00178-SDD-SDJ (consolidated case)

The Galmon Plaintiffs are available at that time as well.

**Jacob Shelly**
Elias Law Group LLP
250 Massachusetts Ave NW Suite 400
Washington DC 20001
202-968-4496

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any
unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the
sender immediately and delete it from your system.

**From:** Chakraborty, Amitav <achakraborty@paulweiss.com>
**Sent:** Thursday, August 31, 2023 8:34:29 AM

**To:** Jacob Shelly <jshelly@elias.law>; Steve Irving <steve@steveirvingllc.com>; Phil Gordon <pgordon@HoltzmanVogel.com>; JNADCOCK@GMAIL.COM <JNADCOCK@GMAIL.COM>; laden@naacpldf.org <laden@naacpldf.org>; Nora Ahmed <Nahmed@laaclu.org>; Atkins, Robert A <ratkins@paulweiss.com>; sbrannon@aclu.org <sbrannon@aclu.org>; Cleary, Yahonnes <ycleary@paulweiss.com> coninej@scwllp.com <coninej@scwllp.com>; jevans@naacpldf.org <jevans@naacpldf.org>; Hurwitz, Jonathan <jhurwitz@paulweiss.com>; ernestjohnson@lacapfund.com <ernestjohnson@lacapfund.com>; slakin@aclu.org <slakin@aclu.org>; swillis@laaclu.org <swillis@laaclu.org>; snaifeh@naacpldf.org <snaifeh@naacpldf.org>; sosaki@aclu.org <sosaki@aclu.org>; srohani@naacpldf.org <srohani@naacpldf.org>; ksadasivan@naacpldf.org <ksadasivan@naacpldf.org>; Savitt, Adam P <asavitt@paulweiss.com>; Sinnreich, Daniel <dsinnreich@paulweiss.com>; msnider@slls.org <msnider@slls.org>; tthomaslundborg@law.harvard.edu <tthomaslundborg@law.harvard.edu>; john@scwllp.com <john@scwllp.com>; tlwesq@cox.net <tlwesq@cox.net>; vwenger@naacpldf.org <vwenger@naacpldf.org>; crasto@lawbr.net <crasto@lawbr.net>; acullens@lawbr.net <acullens@lawbr.net>; cullens@lawbr.net <cullens@lawbr.net>; Jonathan Hawley <jhawley@elias.law>; Abha Khanna <akhanna@elias.law>; laynelee@lawbr.net <laynelee@lawbr.net>; Lali Madduri <lmadduri@elias.law>; Alison (Qizhou) Ge <age@elias.law>
**Cc:** cassie.holt@nelsonmullins.com <cassie.holt@nelsonmullins.com>; john.branch@nelsonmullins.com <john.branch@nelsonmullins.com>; brungardm@ag.louisiana.gov <brungardm@ag.louisiana.gov>; tom.farr@nelsonmullins.com <tom.farr@nelsonmullins.com>; Dallin Holt <dholt@HoltzmanVogel.com>; duhona@ag.state.la.us <duhona@ag.state.la.us>; lagrouea@ag.louisiana.gov <lagrouea@ag.louisiana.gov>; JonesCar@ag.louisiana.gov <JonesCar@ag.louisiana.gov>; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; mcphees@ag.louisiana.gov <mcphees@ag.louisiana.gov>; plewis@bakerlaw.com <plewis@bakerlaw.com>; kmcknight@bakerlaw.com <kmcknight@bakerlaw.com>; Brennan Bowen <bbowen@holtzmanvogel.com>; alyssa.riggins@nelsonmullins.com <alyssa.riggins@nelsonmullins.com>; walej@ag.state.la.us <walej@ag.state.la.us>; mmengis@bakerlaw.com <mmengis@bakerlaw.com>; murrille@ag.louisiana.gov <murrille@ag.louisiana.gov>; eprouty@bakerlaw.com <eprouty@bakerlaw.com>; phil.strach@nelsonmullins.com <phil.strach@nelsonmullins.com>
**Subject:** RE: Robinson v. Ardoin - No. 22-cv-00178-SDD-SDJ (consolidated case)

All,

Consistent with the court's order from yesterday, are you available to meet and confer regarding the proposed schedule ahead of the scheduling conference this afternoon?  The *Robinson* Plaintiffs are available at 11 am ET to discuss.

Best,
Amitav
**Amitav Chakraborty** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3242 (Direct Phone) | 212 492 0242 (Direct Fax)
achakraborty@paulweiss.com | www.paulweiss.com

---

**From:** Chakraborty, Amitav
**Sent:** Thursday, August 24, 2023 10:48 AM
**To:** 'Jacob Shelly' <jshelly@elias.law>; Steve Irving <steve@steveirvingllc.com>; Phil Gordon <pgordon@HoltzmanVogel.com>; JNADCOCK@GMAIL.COM; laden@naacpldf.org; Nora Ahmed <Nahmed@laaclu.org>; Atkins, Robert A <ratkins@paulweiss.com>; sbrannon@aclu.org; Cleary, Yahonnes <ycleary@paulweiss.com>; coninej@scwllp.com; jevans@naacpldf.org; Hurwitz, Jonathan

<jhurwitz@paulweiss.com>; ernestjohnson@lacapfund.com; slakin@aclu.org; swillis@laaclu.org; snaifeh@naacpldf.org; sosaki@aclu.org; srohani@naacpldf.org; ksadasivan@naacpldf.org; Savitt, Adam P <ASavitt@paulweiss.com>; Sinnreich, Daniel <dsinnreich@paulweiss.com>; msnider@slls.org; tthomaslundborg@law.harvard.edu; john@scwllp.com; tlwesq@cox.net; vwenger@naacpldf.org; crasto@lawbr.net; acullens@lawbr.net; cullens@lawbr.net; Jonathan Hawley <jhawley@elias.law>; Abha Khanna <akhanna@elias.law>; laynelee@lawbr.net; Lali Madduri <lmadduri@elias.law>; Alison (Qizhou) Ge <age@elias.law>

**Cc:** cassie.holt@nelsonmullins.com; john.branch@nelsonmullins.com; brungardm@ag.louisiana.gov; tom.farr@nelsonmullins.com; Dallin Holt <dholt@HoltzmanVogel.com>; duhona@ag.state.la.us; lagrouea@ag.louisiana.gov; JonesCar@ag.louisiana.gov; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; mcphees@ag.louisiana.gov; plewis@bakerlaw.com; kmcknight@bakerlaw.com; Brennan Bowen <bbowen@holtzmanvogel.com>; alyssa.riggins@nelsonmullins.com; walej@ag.state.la.us; mmengis@bakerlaw.com; murrille@ag.louisiana.gov; eprouty@bakerlaw.com; phil.strach@nelsonmullins.com

**Subject:** RE: Robinson v. Ardoin - No. 22-cv-00178-SDD-SDJ (consolidated case)

Phil,

The *Robinson* Plaintiffs oppose the motions as well.

Best,
Amitav
**Amitav Chakraborty** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3242 (Direct Phone) | 212 492 0242 (Direct Fax)
achakraborty@paulweiss.com | www.paulweiss.com

---

**From:** Jacob Shelly <jshelly@elias.law>
**Sent:** Thursday, August 24, 2023 10:32 AM
**To:** Steve Irving <steve@steveirvingllc.com>; Phil Gordon <pgordon@HoltzmanVogel.com>; JNADCOCK@GMAIL.COM; laden@naacpldf.org; Nora Ahmed <Nahmed@laaclu.org>; Atkins, Robert A <ratkins@paulweiss.com>; sbrannon@aclu.org; Chakraborty, Amitav <achakraborty@paulweiss.com>; Cleary, Yahonnes <ycleary@paulweiss.com>; coninej@scwllp.com; jevans@naacpldf.org; Hurwitz, Jonathan <jhurwitz@paulweiss.com>; ernestjohnson@lacapfund.com; slakin@aclu.org; swillis@laaclu.org; snaifeh@naacpldf.org; sosaki@aclu.org; srohani@naacpldf.org; ksadasivan@naacpldf.org; Savitt, Adam P <asavitt@paulweiss.com>; Sinnreich, Daniel <dsinnreich@paulweiss.com>; msnider@slls.org; tthomaslundborg@law.harvard.edu; john@scwllp.com; tlwesq@cox.net; vwenger@naacpldf.org; crasto@lawbr.net; acullens@lawbr.net; cullens@lawbr.net; Jonathan Hawley <jhawley@elias.law>; Abha Khanna <akhanna@elias.law>; laynelee@lawbr.net; Lali Madduri <lmadduri@elias.law>; Alison (Qizhou) Ge <age@elias.law>
**Cc:** cassie.holt@nelsonmullins.com; john.branch@nelsonmullins.com; brungardm@ag.louisiana.gov; tom.farr@nelsonmullins.com; Dallin Holt <dholt@HoltzmanVogel.com>; duhona@ag.state.la.us; lagrouea@ag.louisiana.gov; JonesCar@ag.louisiana.gov; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; mcphees@ag.louisiana.gov; plewis@bakerlaw.com; kmcknight@bakerlaw.com; Brennan Bowen <bbowen@holtzmanvogel.com>; alyssa.riggins@nelsonmullins.com; walej@ag.state.la.us; mmengis@bakerlaw.com; murrille@ag.louisiana.gov; eprouty@bakerlaw.com; phil.strach@nelsonmullins.com
**Subject:** RE: Robinson v. Ardoin - No. 22-cv-00178-SDD-SDJ (consolidated case)

Good morning,

The *Galmon* Plaintiffs also oppose the motions.

Best,
Jacob

**Jacob Shelly**
Elias Law Group LLP
250 Massachusetts Ave NW Suite 400
Washington DC 20001
202-968-4496

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Steve Irving <steve@steveirvingllc.com>
**Sent:** Wednesday, August 23, 2023 5:51 PM
**To:** Phil Gordon <pgordon@HoltzmanVogel.com>; JNADCOCK@GMAIL.COM; laden@naacpldf.org; nahmed@laaclu.org; ratkins@paulweiss.com; sbrannon@aclu.org; achakraborty@paulweiss.com; ycleary@paulweiss.com; coninej@scwllp.com; jevans@naacpldf.org; jhurwitz@paulweiss.com; ernestjohnson@lacapfund.com; slakin@aclu.org; swillis@laaclu.org; snaifeh@naacpldf.org; sosaki@aclu.org; srohani@naacpldf.org; ksadasivan@naacpldf.org; asavitt@paulweiss.com; dsinnreich@paulweiss.com; msnider@slls.org; tthomaslundborg@law.harvard.edu; john@scwllp.com; tlwesq@cox.net; vwenger@naacpldf.org; crasto@lawbr.net; acullens@lawbr.net; cullens@lawbr.net; Jonathan Hawley <jhawley@elias.law>; Abha Khanna <akhanna@elias.law>; laynelee@lawbr.net; Lali Madduri <lmadduri@elias.law>; jennifer@morouxlaw.com; papillion@lawbr.net; Olivia Sedwick <osedwick@elias.law>; Jacob Shelly <jshelly@elias.law>
**Cc:** cassie.holt@nelsonmullins.com; john.branch@nelsonmullins.com; brungardm@ag.louisiana.gov; tom.farr@nelsonmullins.com; Dallin Holt <dholt@HoltzmanVogel.com>; duhona@ag.state.la.us; lagrouea@ag.louisiana.gov; JonesCar@ag.louisiana.gov; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; mcphees@ag.louisiana.gov; plewis@bakerlaw.com; kmcknight@bakerlaw.com; Brennan Bowen <bbowen@holtzmanvogel.com>; alyssa.riggins@nelsonmullins.com; walej@ag.state.la.us; mmengis@bakerlaw.com; murrille@ag.louisiana.gov; eprouty@bakerlaw.com; phil.strach@nelsonmullins.com
**Subject:** Re: Robinson v. Ardoin - No. 22-cv-00178-SDD-SDJ (consolidated case)

It's opposed.

Steve Irving

Get Outlook for Android

**From:** Phil Gordon <pgordon@HoltzmanVogel.com>
**Sent:** Wednesday, August 23, 2023 4:42:08 PM
**To:** JNADCOCK@GMAIL.COM <JNADCOCK@GMAIL.COM>; laden@naacpldf.org <laden@naacpldf.org>; nahmed@laaclu.org <nahmed@laaclu.org>; ratkins@paulweiss.com <ratkins@paulweiss.com>; sbrannon@aclu.org <sbrannon@aclu.org>; achakraborty@paulweiss.com <achakraborty@paulweiss.com>; ycleary@paulweiss.com <ycleary@paulweiss.com>; coninej@scwllp.com <coninej@scwllp.com>; jevans@naacpldf.org <jevans@naacpldf.org>; jhurwitz@paulweiss.com <jhurwitz@paulweiss.com>; Steve Irving <steve@steveirvingllc.com>; ernestjohnson@lacapfund.com <ernestjohnson@lacapfund.com>; slakin@aclu.org <slakin@aclu.org>; swillis@laaclu.org <swillis@laaclu.org>; snaifeh@naacpldf.org <snaifeh@naacpldf.org>; sosaki@aclu.org <sosaki@aclu.org>; srohani@naacpldf.org <srohani@naacpldf.org>; ksadasivan@naacpldf.org <ksadasivan@naacpldf.org>; asavitt@paulweiss.com <asavitt@paulweiss.com>;

dsinnreich@paulweiss.com <dsinnreich@paulweiss.com>; msnider@slls.org <msnider@slls.org>;
tthomaslundborg@law.harvard.edu <tthomaslundborg@law.harvard.edu>; john@scwllp.com
<john@scwllp.com>; tlwesq@cox.net <tlwesq@cox.net>; vwenger@naacpldf.org
<vwenger@naacpldf.org>; crasto@lawbr.net <crasto@lawbr.net>; acullens@lawbr.net
<acullens@lawbr.net>; cullens@lawbr.net <cullens@lawbr.net>; jhawley@elias.law
<jhawley@elias.law>; akhanna@elias.law <akhanna@elias.law>; laynelee@lawbr.net
<laynelee@lawbr.net>; lmadduri@elias.law <lmadduri@elias.law>; jennifer@morouxlaw.com
<jennifer@morouxlaw.com>; papillion@lawbr.net <papillion@lawbr.net>; osedwick@elias.law
<osedwick@elias.law>; jshelly@elias.law <jshelly@elias.law>
**Cc:** cassie.holt@nelsonmullins.com <cassie.holt@nelsonmullins.com>; john.branch@nelsonmullins.com
<john.branch@nelsonmullins.com>; brungardm@ag.louisiana.gov <brungardm@ag.louisiana.gov>;
tom.farr@nelsonmullins.com <tom.farr@nelsonmullins.com>; Dallin Holt <dholt@HoltzmanVogel.com>;
duhona@ag.state.la.us <duhona@ag.state.la.us>; lagrouea@ag.louisiana.gov
<lagrouea@ag.louisiana.gov>; JonesCar@ag.louisiana.gov <JonesCar@ag.louisiana.gov>; Jason
Torchinsky <jtorchinsky@HoltzmanVogel.com>; mcphees@ag.louisiana.gov
<mcphees@ag.louisiana.gov>; plewis@bakerlaw.com <plewis@bakerlaw.com>;
kmcknight@bakerlaw.com <kmcknight@bakerlaw.com>; Brennan Bowen
<bbowen@holtzmanvogel.com>; alyssa.riggins@nelsonmullins.com
<alyssa.riggins@nelsonmullins.com>; walej@ag.state.la.us <walej@ag.state.la.us>;
mmengis@bakerlaw.com <mmengis@bakerlaw.com>; murrille@ag.louisiana.gov
<murrille@ag.louisiana.gov>; eprouty@bakerlaw.com <eprouty@bakerlaw.com>;
phil.strach@nelsonmullins.com <phil.strach@nelsonmullins.com>
**Subject:** Robinson v. Ardoin - No. 22-cv-00178-SDD-SDJ (consolidated case)

Good afternoon,

Defendants intend to file an emergency motion with the Court requesting that the remedial hearing be
cancelled and a date for trial be set. We also intend to file a motion to expedite consideration of this
motion.

Please let us know your position on these motions by 4:00 p.m. central time tomorrow.

Regards,

Phil Gordon



**PRIVILEGED AND CONFIDENTIAL**
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of
the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the
taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not
compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you
have received this communication in error, please contact me at the above email address. Thank you.

**DISCLAIMER**

Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Holtzman Vogel Baran Torchinsky & Josefiak PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.