UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,<br>*Plaintiffs*,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana.<br><br>*Defendant*. | Civil Action No. 3:22-cv-00211-SDD-RLB |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, TRAMELLE HOWARD,<br>*Plaintiffs*,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana.<br><br>*Defendant*. | Civil Action No. 3:22-cv-00214-SDD-RLB |

## NOTICE OF *ROBINSON* AND *GALMON* PLAINTIFFS' PROPOSED PREHEARING SCHEDULE

Pursuant to this Court's order dated September 1, 2023, [ECF 272] Plaintiffs in the above captioned cases hereby notify the Court of their proposed discovery and briefing schedule in advance of the remedial hearing scheduled for October 3-5, 2023.

1. On August 25, 2023, Defendants filed an emergency motion to cancel the remedial hearing. Plaintiffs objected to Defendants' motion in part on the ground that deferring adoption of a remedy would risk that Louisiana voters would again be forced to endure an election under an unlawful map. The Court denied Defendants' motion on August 29, 2023.

2. The Court held scheduling conferences on August 30 and September 1, 2023, during which the parties shared their proposals for a pre-hearing schedule. ECF Nos. 271-72. The parties have since exchanged communications and failed to reach consensus on a pre-hearing scheduling order.

3. At the September 1 conference, the Court offered to hold the remedial hearing the week of October 16, 2023, or the week of November 6, 2023, if the parties so stipulated. Plaintiffs now renew their objection to deferring the remedial hearing and ask that it go forward as scheduled on October 3-5, 2023. Plaintiffs reiterate that time is of the essence in this case, as Defendants have never conceded any date before which a new map could be implemented without disruption to the November 2024 election.

4. "This case has been extensively litigated."  Order, ECF No. 267.  Before the Supreme Court stayed the action last year, the "preparation necessary for the remedial hearing was essentially complete" in June 2022. *Id.* at 2 ("The Defendants elected not to prepare any remedial maps. The Plaintiffs disclosed proposed remedial maps; witnesses and exhibits were disclosed; expert reports were disclosed; and Defendants deposed Plaintiffs' identified experts.").  The

2

purpose of the remedial hearing is not to relitigate the first *Gingles* precondition or any other element of Plaintiffs' Section 2 claims that were determined at the liability phase of the preliminary injunction. As the Court has recognized, the "only remaining issue is the selection of a congressional district map" that cures the likely violation of the Voting Rights Act identified by the Court in its June 6, 2022 Opinion and Order. *Id.*; *see also* ECF No. 173. That "limited inquiry," *id.*, is all the Court should consider at the remedial hearing. *See Milligan v. Allen*, Case No. 2:210cv01530-AMM, Order (N.D. Ala., Aug. 6, 2023), at 10-11 (purpose of "remedial proceeding is to determine whether [the proposed remedial plan] remediates that likely violation of Section Two that we found," "not [to] relitigate the findings we made in connection with that liability determination").

5. As time is of the essence, Plaintiffs are willing to forego the opportunity to submit a new map, and instead rest on the previous submission to the Court. *See* ECF No. 225. The Plaintiffs propose the following pre-hearing schedule for discovery, briefing, and exchange of witness and exhibit lists.

| Event | Plaintiffs' Proposed Deadline |
|---|---|
| Parties Serve Fact Witness Disclosures | September 14, 2023 |
| Parties Serve Expert Reports (Supplemental and New) | September 15, 2023 |
| Parties Disclose Rebuttal Expert Witnesses | September 18, 2023 |
| Parties Serve Rebuttal Expert Reports | September 28, 2023 |
| Parties File Witness and Exhibit Lists | September 29, 2023 |
| Parties File Pre-Hearing Briefs (30 pages per side) | September 29, 2023 |
| Remedial Hearing | October 3, 2023-October 5, 2023 |

6. This proposed schedule is similar to the schedule proposed by the Defendants. The dates match exactly. The only difference is that Plaintiffs' proposed schedule provides a reciprocal opportunity for both sides to supplement the remedial record, while Defendants' schedule provides that opportunity only to the Defendants, precluding plaintiffs from offering supplemental analysis of the proposed remedial plan, including analysis of the results of the 2022 mid-term elections. Plaintiffs believe providing all parties the opportunity to supplement the record will aid the court in its determination of the remedial issues.

7. In proposing this schedule, Plaintiffs do not waive the right to object to the scope of Defendants' expert reports and any testimony or other evidence Defendants offer to the extent that evidence addresses issues beyond the limited scope of the remedial hearing.

Date: September 6, 2023

By: */s/ Abha Khanna*
Abha Khanna
Jonathan P. Hawley
ELIAS LAW GROUP LLP
1700 Seventh Ave. Suite 2100
Seattle, Washington 98101
(206) 656-0177
akhanna@elias.law
jhawley@elias.law

Lalitha D. Madduri
Jacob D. Shelly
ELIAS LAW GROUP LLP
250 Massachusetts Ave, NW Suite 400
Washington, D.C. 20001
(202) 968-4490
lmadduri@elias.law
jshelly@elias.law

J. E. Cullens, Jr.
Andrée Matherne Cullens
S. Layne Lee
WALTERS, THOMAS, CULLENS, LLC
12345 Perkins Road, Bldg. One
Baton Rouge, LA 70810
(225) 236-3636

*Counsel for Galmon Plaintiffs*

Respectfully submitted,

By: */s/ Amitav Chakraborty*
Amitav Chakraborty
Jonathan H. Hurwitz
Robert A. Atkins
Yahonnes Cleary
Adam P. Savitt
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue Of The Americas, New York, NY 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
achakraborty@paulweiss.com
jhurwitz@paulweiss.com
ratkins@paulweiss.com
ycleary@paulweiss.com
asavitt@paulweiss.com

John Adcock
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
jnadcock@gmail.com

Stuart Naifeh
Leah Aden
Victoria Wenger
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
laden@naacplef.org
snaifeh@naacpldf.org
vwenger@naacpldf.org

*Counsel for Robinson Plaintiffs*
(Continued on next page)

Sarah Brannon
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
sbrannon@aclu.org

R. Jared Evans
I. Sara Rohani (admitted *pro hac vice*)
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
jevans@naacpldf.org
srohani@naacpldf.org


Tracie L. Washington
Louisiana Justice Institute
Suite 132
3157 Gentilly Blvd
New Orleans LA, 70122
Tel: (504) 872-9134
tracie.washington.esq@gmail.com

Sophia Lin Lakin
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org

T. Alora Thomas-Lundborg
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
tthomaslundborg@law.harvard.edu

Nora Ahmed
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org
msnider@laaclu.org



*Counsel for Robinson Plaintiffs*