UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**PRESS ROBINSON, ET AL.**            **CIVIL ACTION**

**VERSUS**                            **No. 22-211-SDD-SDJ**

**KYLE ARDOIN, in his official capacity
as Secretary of State for Louisiana**

*and*

**EDWARD GALMON, SR., ET AL.**        **CIVIL ACTION**

**VERSUS**                            **No. 22-214-SDD-SDJ**

**KYLE ARDOIN, in his official capacity
as Secretary of State for Louisiana**

## ORDER

On August 29, 2023, Chief Judge Dick issued an Order denying Defendant's Motion to Cancel Hearing on Remedy and referring the matter of a pre-hearing scheduling order to Magistrate Judge Johnson. (R. Doc. 267). After hearing from the parties at two status conferences (R. Docs. 271, 272), the Court ordered that the parties submit proposed pre-hearing plans addressing (1) timing of the hearing, (2) whether Plaintiffs would submit a revised remedial map, (3) whether the parties would introduce new expert witnesses, and (4) discovery and briefing schedules. (R. Doc. 272). The Parties submitted separate proposals on September 6, 2023. (R. Doc. 273, Defendant; R. Doc. 274, Plaintiffs).

The parties' proposals both contemplate the remedial hearing's remaining on its scheduled date beginning October 3, 2023. Plaintiffs have decided to forego the opportunity to submit a new remedial plan. And the parties' proposed discovery and briefing dates are the same; however, the

content of the discovery is not agreed. Namely, Defendant's proposal contemplates *only* Defendant submitting expert reports—both supplemental and new;[1] Plaintiffs' proposal allows for both supplemental and new expert reports from *all* parties. The Court has not contemplated and sees no reason for allowing only one party to submit supplemental and new expert witnesses. Indeed, both parties should have equal opportunity to present updated discovery before the hearing. Accordingly,

**IT IS ORDERED** that the following pre-hearing deadlines are set:

| | |
|---|---|
| Parties Serve Fact Witness Disclosures | September 14, 2023 |
| Parties Serve Expert Reports (Supplemental and New) | September 15, 2023 |
| Parties Disclose Rebuttal Expert Witnesses | September 18, 2023 |
| Parties Serve Rebuttal Expert Reports | September 28, 2023 |
| Parties File Witnesses and Exhibit Lists | September 29, 2023 |
| Parties File Pre-Hearing Briefs (limit 30 pages per side) | September 29, 2023 |
| Remedial Hearing | October 3-5, 2023[2] |

Signed in Baton Rouge, Louisiana, on September 7, 2023.

*[signature]*

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] As briefly discussed in the minute entry R. Doc. 271, whether the parties are entitled to new expert witnesses or restricted to supplementing the experts put forth for the original hearing in June 2022 has been a contested issue. At the status conference on September 1, 2023, the Court expressed its inclination to issue a schedule allowing for new experts. (R. Doc. 272).

[2] Date and details set in R. Doc. 250.