IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE, | CIVIL ACTION NO. 3:22-cv-00211-SDD-SDJ  Chief Judge Shelly D. Dick  Magistrate Judge Scott D. Johnson |
| *Plaintiffs*, | |
| v. | |
| KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | |
| *Defendant.* | |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, and TRAMELLE HOWARD, | Consolidated with  CIVIL ACTION NO. 3:22-cv-00214-SDD-SDJ |
| *Plaintiffs*, | |
| v. | |
| R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | |
| *Defendant.* | |

**ORDER**

Considering the Unopposed Motion for Leave to File Brief *Amicus Curiae* in Support of Neither Party and to Exceed Page Limit and supporting memorandum of Michael Mislove, Lisa J. Fauci, Robert Lipton, and Nicholas Mattei,

**IT IS HEREBY ORDERED** that the Proposed *Amici*'s Motion is GRANTED and the *Amicus* Brief may be filed.

Baton Rouge, Louisiana, this _____ day of _____, 2023.

_____
SHELLY D. DICK
UNITED STATES
CHIEF DISTRICT JUDGE
