**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE, <br>       *Plaintiffs*, <br><br> v. <br><br> KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana. <br><br>       *Defendant*. | Civil Action No. 3:22-cv-00211-SDD-RLB |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, TRAMELLE HOWARD, <br>       *Plaintiffs*, <br><br> v. <br><br> KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana. <br><br>       *Defendant*. | Civil Action No. 3:22-cv-00214-SDD-RLB |

## JOINT EMERGENCY MOTION FOR STATUS CONFERENCE

NOW INTO COURT, come Plaintiffs Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, NAACP Louisiana State Conference, and Power Coalition for Equity and Justice (the "Robinson Plaintiffs"), and Edward Galmon, Sr., Ciara Hart, Norris Henderson, and Tramelle Howard (the "Galmon Plaintiffs") to request that this Court set a status conference as soon as possible—and preferably no later than tomorrow—in light of the decision by the Fifth Circuit vacating the remedial hearing set to take place starting October 3, 2023. *See In re Landry*, No. 23-30642 (5th Cir. September 28, 2023).

On September 15, 2023, Defendants filed a petition for writ of mandamus to the Fifth Circuit seeking an order directing this Court to vacate the remedial hearing and instead set a trial date to adjudicate Plaintiffs' challenge to Louisiana's congressional districts pursuant to Section 2 of the Voting Rights Act. *See generally* ECF No. 1. On September 20, 2023, Robinson Plaintiffs and Galmon Plaintiffs filed separate responses to the petition. Earlier today, a motions panel of the Fifth Circuit, in a split decision, granted the petition in part, vacating the October remedial hearing and stating that "[f]urther scheduling in the case must be done by the district court pursuant to the principles enunciated" by its ruling. *In re Landry*, No. 23-30642, at *10. The Fifth Circuit did not, however, order this court to set a trial date and it confirmed that the preliminary injunction is not moot. *Id.* at *6, FN. 4.

Accordingly, the Robinson and Galmon Plaintiffs respectfully request that the Court schedule a status conference on an expedited basis—preferably as early as this afternoon or tomorrow morning—in order to determine the Court's availability for a new schedule for remedial proceedings in this case in light of the writ of mandamus.

2

Date: September 28, 2023                     Respectfully submitted,

By: */s/Amitav Chakraborty*
    Robert A. Atkins (admitted *pro hac vice*)
    Yahonnes Cleary (admitted *pro hac vice*)
    Jonathan H. Hurwitz (admitted *pro hac vice*)
    Amitav Chakraborty (admitted *pro hac vice*)
    Adam P. Savitt (admitted *pro hac vice*)
    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    1285 Avenue Of The Americas, New York, NY 10019
    Tel.: (212) 373-3000
    Fax: (212) 757-3990
    ratkins@paulweiss.com
    ycleary@paulweiss.com
    jhurwitz@paulweiss.com
    achakraborty@paulweiss.com
    asavitt@paulweiss.com

    *Counsel for Robinson Plaintiffs*

Leah Aden (admitted *pro hac vice*)
Stuart Naifeh (admitted *pro hac vice*)
Victoria Wenger (admitted *pro hac vice*)
NAACP Legal Defense and Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
laden@naacplef.org
snaifeh@naacpldf.org
vwenger@naacpldf.org

R. Jared Evans
LA. Bar No. 34537
I. Sara Rohani (admitted *pro hac vice*)
NAACP Legal Defense and Educational
Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
jevans@naacpldf.org
srohani@naacpldf.org


Nora Ahmed (admitted *pro hac vice*)
LA. Bar No. 33382
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org
msnider@laaclu.org

Tracie L. Washington
LA. Bar No. 25925
Louisiana Justice Institute
Suite 132
3157 Gentilly Blvd
New Orleans LA, 70122
Tel: (504) 872-9134
tracie.washington.esq@gmail.com

John Adcock
Adcock Law LLC
L.A. Bar No. 30372
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
jnadcock@gmail.com

T. Alora Thomas (admitted *pro hac vice*)
Sophia Lin Lakin (admitted *pro hac vice*)
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, NY 10004
athomas@aclu.org
slakin@aclu.org
sosaki@aclu.org

Sarah Brannon (admitted *pro hac vice*)
American Civil Liberties Union
Foundation
915 15th St., NW
Washington, DC 20005
sbrannon@aclu.org


*Counsel for Robinson Plaintiffs*

| | |
|---|---|
| J. E. Cullens, Jr.<br>Andrée Matherne Cullens<br>S. Layne Lee<br>WALTERS, PAPILLION, THOMAS,<br>CULLENS, LLC<br>12345 Perkins Road, Bldg. One<br>Baton Rouge, LA 70810<br>(225) 236-3636 | */s/ Abha Khanna*<br>Abha Khanna (admitted *pro hac vice*)<br>Jonathan P. Hawley (admitted *pro hac vice*)<br>ELIAS LAW GROUP LLP<br>1700 Seventh Ave. Suite 2100<br>Seattle, Washington 98101<br>(206) 656-0177<br>akhanna@elias.law<br><br>Lalitha D. Madduri (admitted *pro hac vice*)<br>Jacob D. Shelly (admitted *pro hac vice*)<br>ELIAS LAW GROUP LLP<br>250 Massachusetts Ave, NW Suite 400<br>Washington, D.C. 20001<br>(202) 968-4490<br><br>*Counsel for Galmon Plaintiffs* |