**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,<br><br>*Plaintiffs*,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>*Defendant*. | Civil Action No. 3:22-cv-00211-SDD-RLB |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, TRAMELLE HOWARD,<br>*Plaintiffs*,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>*Defendant*. | Civil Action No. 3:22-cv-00214-SDD-RLB |

**PLAINTIFFS' JOINT LIST OF EXHIBITS AND WITNESSES FOR REMEDIAL PROCEEDINGS**

Pursuant to the Court's order on September 7, 2023, *see* ECF No. 275, the *Robinson* and *Galmon* Plaintiffs (together, the "Plaintiffs") respectfully submit the following list of exhibits and witnesses they expect to use in connection with the remedial hearing to be set by the Court.

1. Exhibits

The Plaintiffs expect to use the following exhibits during their case-in chief and reserve the right to revise or supplement this list, including but not limited to, revisions or supplements in response to Defendants' preliminary injunction submissions. The Plaintiffs further reserve the right to offer additional exhibits on cross-examination or as part of their rebuttal, and reserve the right to offer exhibits listed or offered by any other party to this action. In addition to exhibits, Plaintiffs reserve the right to present demonstratives.

Plaintiffs also proceed with the understanding that the evidence and testimony introduced to the Court through the preliminary injunction hearing in *Robinson* v. *Ardoin*, 605 F. Supp. 3d 759 (M.D. La. 2022) held in May 2022 are a part of the record in this remedial hearing in their entirety, and reserve the right to use all such materials during this hearing.

| Exhibit No. | Description |
| --- | --- |
| PR-86 | Deposition Testimony of Dr. Douglas Johnson, dated June 28, 2022 |
| PR-87 | Remedial Report of Anthony Fairfax, dated June 22, 2022 (ECF No. 225-1) |
| PR-88 | Remedial Report of Dr. Lisa Handley, dated June 22, 2022 (ECF No. 225-2) |

| PR-89 | Supplemental Report of Dr. Lisa Handley, dated September 15, 2023 |
| --- | --- |
| PR-90 | Remedial Report of Maxwell Palmer, dated September 15, 2023 |
| PR-91 | Deposition Testimony of Dr. David A. Swanson, dated September 22, 2023 |
| PR-92 | Deposition Testimony of Sean P. Trende, dated September 26, 2023 |
| PR-93 | Rebuttal Report of Anthony Fairfax, dated September 28, 2023 |
| PR-94 | Rebuttal Report of Michael S. Martin, dated September 28, 2023 |
| PR-95 | Rebuttal Report of Dr. Jonathan Rodden, dated September 28, 2023 |

2. <u>Witnesses</u>

Plaintiffs list below the witnesses they presently intend to or may call at the remedial hearing, unless otherwise specified, and reserve the right to call witnesses listed by any other party to this action. The Plaintiffs also reserve the right to call additional witnesses based on the Defendants' submissions in connection with the remedial hearing, or otherwise in rebuttal.

| **Witness** | **Likelihood** |
| --- | --- |
| Dr. Lisa Handley | Intends to call |
| Mr. Anthony Fairfax | Intends to call |
| Dr. Maxwell Palmer | Intends to call |
| Dr. Jonathan Rodden | Intends to call |
| Dr. Michael S. Martin | May call |
| Edwin René Soulé | May call |
| Dr. Alice Washington | May call |

3

| Clee Earnest Lowe | May call |
| --- | --- |
| Edgar Cage | May call |
| Dr. Press Robinson | May call |
| Martha Davis | May call |
| Ambrose Sims | May call |
| Ashley Shelton | May call |
| Davante Lewis | May call |
| Christopher Tyson | May call |

Date: September 29, 2023               Respectfully submitted,

By: */s/Amitav Chakraborty*

Stuart Naifeh (admitted *pro hac vice*)
Leah Aden (admitted *pro hac vice*)
Victoria Wenger (admitted *pro hac vice*)
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
laden@naacplef.org
snaifeh@naacpldf.org
vwenger@naacpldf.org

R. Jared Evans
I. Sara Rohani (admitted *pro hac vice*)
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
jevans@naacpldf.org

Robert A. Atkins (admitted *pro hac vice*)
Jonathan H. Hurwitz (admitted *pro hac vice*)
Yahonnes Cleary (admitted *pro hac vice*)
Amitav Chakraborty (admitted *pro hac vice*)
Adam P. Savitt (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue Of The Americas, New York, NY 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
jhurwitz@paulweiss.com
ratkins@paulweiss.com
ycleary@paulweiss.com
achakraborty@paulweiss.com
asavitt@paulweiss.com

4

srohani@naacpldf.org

Nora Ahmed (admitted *pro hac vice*)
Stephanie Willis
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

Tracie L. Washington
Louisiana Justice Institute
Suite 132
3157 Gentilly Blvd
New Orleans LA, 70122
Tel: (504) 872-9134
tracie.washington.esq@gmail.com

John Adcock
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
jnadcock@gmail.com

Sophia Lin Lakin (admitted *pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org

Sarah Brannon (admitted *pro hac vice*)
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
sbrannon@aclu.org

T. Alora Thomas-Lundborg (admitted *pro hac vice*)
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
tthomaslundborg@law.harvard.edu

*Counsel for Robinson Plaintiffs*

| | |
|---|---|
| J. E. Cullens, Jr.<br>Andrée Matherne Cullens<br>S. Layne Lee<br>WALTERS, THOMAS, CULLENS, LLC<br>12345 Perkins Road, Bldg. One<br>Baton Rouge, LA 70810<br>(225) 236-3636 | By: */s/Abha Khanna*<br>Abha Khanna (*admitted pro hac vice*)<br>ELIAS LAW GROUP LLP<br>1700 Seventh Ave. Suite 2100<br>Seattle, Washington 98101<br>(206) 656-0177<br>akhanna@elias.law<br><br>Daniel Cohen (*admitted pro hac vice*)<br>Qizhou Ge (*admitted pro hac vice*)<br>Jacob D. Shelly (*admitted pro hac vice*)<br>ELIAS LAW GROUP LLP<br>250 Massachusetts Ave, NW Suite 400<br>Washington, D.C. 20001<br>(202) 968-4490<br>dcohen@elias.law<br>age@elias.law<br>jshelly@elias.law<br><br>*Counsel for Galmon Plaintiffs* |