# Exhibit B

## Supplemental Report on the Remedial Congressional Plan
## Dr. Lisa Handley

This report supplements my earlier report on the remedial congressional map, *Dr. Lisa Handley Report on Remedial Map*, dated June 22, 2022. I have prepared this supplemental report because I have revised my effectiveness scores for ascertaining if a district provides Black voters with an opportunity to elect their candidates of choice to the U.S. House of Representatives. Effectiveness Score #1 now incorporates the November 2022 U.S. Senate contest and Effectiveness Score #2 is now based on eight two-candidate statewide elections. These modifications have not changed my assessment of which districts in the Enacted and Remedial Maps provide Black voters with an opportunity to elect their preferred candidates.

I increased the number of contests included in Effectiveness Score #1 as a consequence of my analysis of the November 2022 Louisiana election for U.S. Senate. Because this election contest was racially polarized and included a Black candidate (Gary Chambers) who was the candidate of choice of Black voters,[1] the contest met the definition of contests to be included in the calculation of Effectiveness Score #1. I have therefore increased the number of contests included in the calculation from the original 15 to 16 election contests.

I excluded one of the nine contests originally included in Effectiveness Score #2. The contests contained in this score were to be racially polarized two-candidate contests in which Black voters preferred the Black candidate. But one of the contests I included had a minor third-party candidate: the October 2019 race for Treasurer in which Teresa Kenny, with no party affiliation, obtained only 5.4% of the vote statewide.[2] Effectiveness Score #2 is therefore now based on eight elections rather than nine contests.

Table 1 reports the updated effectiveness scores for all of the congressional districts in the Remedial and Enacted Maps.

---

[1] My analysis of the November 2022 U.S. Senate contest in Congressional District 5 in both the Enacted Map and the Remedial Map indicates that the contest was racially polarized, with the Black candidate, Gary Chambers, Jr., the candidate of choice of Black voters and White voters strongly supporting John Kennedy.

[2] Although the 2020 presidential election included a number of minor candidates, one of the two major party candidates received at least 50% of the vote in all of the remedial and enacted districts examined.

**Table 1: Effectiveness Scores for Remedial and Enacted Maps**

| Congressional District | Remedial Map | | Enacted Map | |
| --- | --- | --- | --- | --- |
| | Effectiveness Score #1 | Effectiveness Score #2 | Effectiveness Score #1 | Effectiveness Score #2 |
| 1 | 12.5% | 0.0% | 6.3% | 0.0% |
| 2 | 100.0% | 100.0% | 100.0% | 100.0% |
| 3 | 0.0% | 0.0% | 12.5% | 0.0% |
| 4 | 25.0% | 0.0% | 25.0% | 0.0% |
| 5 | 87.5% | 75.0% | 25.0% | 0.0% |
| 6 | 0.0% | 0.0% | 12.5% | 0.0% |

**Conclusion**  This modification to the effectiveness scores does not change my overall conclusions regarding the Enacted and Remedial Congressional Maps. Voting is markedly racially polarized in the area of Enacted and Remedial Congressional District 5. This racial polarization substantially impedes the ability of Black voters to elect candidates of their choice unless a district is offered that provides Black voters with this opportunity. The Remedial Map remedies the vote dilution found in the Enacted Map by creating an additional Black opportunity district that is not found in the Enacted Map.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed September 15, 2023.

Lisa Handley, Ph.D.