# Exhibit F

```
 1                UNITED STATES DISTRICT COURT

 2               MIDDLE DISTRICT OF LOUISIANA

 3

 4   PRESS ROBINSON, ET AL      *      CIVIL ACTION
                                *
 5   VERSUS                     *      NO. 22-211-SDD
                                *
 6   KYLE ARDOIN, ET AL         *      CONSOLIDATED WITH
                                *
 7                              *
     EDWARD GALMON SR., ET AL    *      NO. 22-214-SDD
 8                              *
     VERSUS                     *      MAY 9, 2022
 9                              *
     KYLE ARDOIN, ET AL         *      VOLUME 1 OF 5
10   * * * * * * * * * * * * * *

11

12            MOTION FOR PRELIMINARY INJUNCTION BEFORE
                  THE HONORABLE SHELLY D. DICK
13             UNITED STATES CHIEF DISTRICT JUDGE

14   APPEARANCES:

15   FOR THE ROBINSON          NAACP LEGAL DEFENSE FUND AND
     PLAINTIFFS:               EDUCATIONAL FUND, INC.
16                             BY:  STUART NAIFEH, ESQ.
                                    KATHRYN SADASIVAN, ESQ.
17                                  VICTORIA WENGER, ESQ.
                                    SARA ROHANI, ESQ.
18                             40 RECTOR STREET, FIFTH FLOOR
                               NEW YORK, NEW YORK 10006
19
                               ADCOCK LAW, LLC
20                             BY:  JOHN ADCOCK, ESQ.
                               3110 CANAL STREET
21                             NEW ORLEANS, LOUISIANA 70119

22   FOR THE GALMON            WALTERS, PAPILLION, THOMAS,
     PLAINTIFFS:               CULLENS, LLC
23                             BY:  DARREL J. PAPILLION, ESQ.
                               12345 PERKINS ROAD, BUILDING ONE
24                             BATON ROUGE, LOUISIANA 70810

25
```

```
 1                                ELIAS LAW GROUP, LLP
                                  BY:  ABHA KHANNA, ESQ.
 2                                1700 SEVENTH AVE., SUITE 2100
                                  SEATTLE, WASHINGTON 98101
 3
                                  ELIAS LAW GROUP, LLP
 4                                BY:  JACOB D. SHELLY, ESQ.
                                       OLIVIA N. SEDWICK, ESQ.
 5                                     LALITHA D. MADDURI, ESQ.
                                  10 G STREET N.E., SUITE 600
 6                                WASHINGTON, D.C. 20002

 7   FOR KYLE ARDOIN,             SHOWS, CALI & WALSH, LLP
     IN HIS OFFICIAL              BY:  JOHN C. WALSH, ESQ.
 8   CAPACITY AS SECRETARY        628 ST. LOUIS STREET
     OF STATE                     BATON ROUGE, LOUISIANA 70821
 9
                                  NELSON MULLINS RILEY AND
10                                SCARBOROUGH, LLC
                                  BY:  PHILLIP STRACH, ESQ.
11                                     THOMAS A. FARR, ESQ.
                                  4140 PARKLAKE AVENUE, SUITE 200
12                                RALEIGH, NORTH CAROLINA 27612

13   FOR THE LOUISIANA           STEPHEN M. IRVING, LLC
     LEGISLATIVE BLACK CAUCUS:    BY:  STEPHEN M. IRVING, ESQ.
14                                111 FLOUNDERS DRIVE, SUITE 700
                                  BATON ROUGE, LOUISIANA 70810
15
                                  JOHNSON LAW FIRM
16                                BY:  ERNEST L. JOHNSON, ESQ.
                                  3313 GOVERNMENT STREET
17                                BATON ROUGE, LOUISIANA 70806

18                                ARTHUR THOMAS & ASSOCIATES
                                  BY:  ARTHUR R. THOMAS, ESQ.
19                                3313 GOVERNMENT STREET
                                  BATON ROUGE, LOUISIANA 70806
20
     FOR LEGISLATIVE             BAKERHOSTETLER, LLP
21   INTERVENORS CLAY            BY:  PATRICK T. LEWIS, ESQ.
     SCHEXNAYDER AND PATRICK     127 PUBLIC SQUARE, SUITE 2000
22   CORTEZ:                     CLEVELAND, OHIO 44114

23                                BAKERHOSTETLER, LLP
                                  BY:  E. MARK BRADEN, ESQ.
24                                     KATHERINE L. MCKNIGHT, ESQ.
                                  1050 CONNECTICUT AVENUE, N.W.,
25                                SUITE 1100
                                  WASHINGTON, D.C. 20036
```

```
 1  INTERVENOR DEFENDANT         LOUISIANA'S OFFICE OF THE ATTORNEY
    STATE OF LOUISIANA:          GENERAL
 2                               BY:   JEFFREY M. WALE, ESQ.
                                       ANGELIQUE D. FREEL, ESQ.
 3                                     CAREY TOM JONES, ESQ.
                                 1885 NORTH THIRD STREET
 4                               BATON ROUGE, LOUISIANA 70802

 5                               HOLTZMAN VOGEL BARAN TORCHINSKY &
                                 JOSEFIAK, PLLC
 6                               BY:   PHILLIP M. GORDON, ESQ.
                                 15405 JOHN MARSHALL HIGHWAY
 7                               HAYMARKET, VIRGINIA 20169

 8
    OFFICIAL COURT REPORTER:     SHANNON L. THOMPSON, CCR
 9                               UNITED STATES COURTHOUSE
                                 777 FLORIDA STREET
10                               BATON ROUGE, LOUISIANA 70801
                                 SHANNON_THOMPSON@LAMD.USCOURTS.GOV
11                               (225)389-3567

12

13         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY USING
                 COMPUTER-AIDED TRANSCRIPTION SOFTWARE
14

15

16

17

18

19

20

21

22

23

24

25
```

1                                    <u>INDEX</u>

2    PLAINTIFFS' WITNESSES:                              <u>PAGE</u>

3    **MICHAEL MCCLANAHAN**

4         DIRECT EXAMINATION BY MR. NAIFEH               17

5         CROSS-EXAMINATION BY MR. WALE                  31

6    **WILLIAM S. COOPER**

7         DIRECT EXAMINATION BY MS. KHANNA               59

8         CROSS-EXAMINATION BY MR. LEWIS                 94

9         REDIRECT EXAMINATION BY MS. KHANNA             122

10   **ANTHONY E. FAIRFAX**

11        DIRECT EXAMINATION BY MS. SADASIVAN            126

12        CROSS-EXAMINATION BY MR. STRACH                157

13        REDIRECT EXAMINATION BY MS. SADASIVAN          179

14   **CHARLES CRAVINS**

15        DIRECT EXAMINATION BY MR. SHELLY               182

16        CROSS-EXAMINATION BY MR. WALE                  197

17   **CHRISTOPHER J. TYSON**

18        DIRECT EXAMINATION BY MS. SEDWICK              212

19        CROSS-EXAMINATION BY MR. WALSH                 223

20   **MAXWELL PALMER, PH.D.**

21        DIRECT EXAMINATION BY MS. MADDURI              233

22        CROSS-EXAMINATION BY MS. MCKNIGHT              258

23        REDIRECT EXAMINATION BY MS. MADDURI            269

24

25

10:23 1   **A.**   OKAY.

2   **Q.**   SO YOU WOULD ADMIT THAT A LOT OF PEOPLE LIVING IN BATON

3   ROUGE -- LIVE HERE NOW, THEY ONCE LIVED IN NEW ORLEANS?

4   **A.**   I DON'T KNOW WHERE THEY CAME FROM 'CAUSE, YOU KNOW,

5   KATRINA AFFECTED ALMOST ALL OF LOUISIANA.

6   **Q.**   SURE.

7   **A.**   SO THEY COULD HAVE COME FROM A LITTLE BIT OF EVERYWHERE.

8   I DON'T KNOW WHERE THEY CAME FROM, THOUGH.

9   **Q.**   SURE.  BUT YOU COULD SEE THAT SOME PEOPLE DID -- YOU KNOW,

10   DID MOVE FROM NEW ORLEANS TO THE BATON ROUGE AREA?

11   **A.**   I KNOW A FEW THAT MOVED.

12         **MR. NAIFEH:**  OBJECTION.  ASKED AND ANSWERED.

13         **MR. WALE:**  I APOLOGIZE, YOUR HONOR.  I'M MOVING ON.

14   **BY MR. WALE:**

15   **Q.**   AND SO --

16         **THE COURT:**  OKAY, FOLKS.  IF YOU'RE GOING TO MAKE

17   OBJECTIONS, MAKE THEM AND THEN EITHER LET ME RULE ON THEM OR IF

18   -- I MEAN, OKAY.  GO AHEAD.  CARRY ON.

19         **MR. WALE:**  YES, YOUR HONOR, I APOLOGIZE.  I'M GOING

20   TO MOVE ON.

21         **THE COURT:**  CARRY ON.

22   **BY MR. WALE:**

23   **Q.**   SO WOULD YOU SAY THAT NEW ORLEANS AND BATON ROUGE WOULD

24   HAVE A LOT IN COMMON WITH EACH OTHER AS BOTH URBAN AREAS?

25   **A.**   NO.

10:24  1    Q.   YOU WOULD NOT.

       2         WELL, IN YOUR DECLARATION YOU DO STATE THAT NEW

       3    ORLEANS AND BATON ROUGE ARE DISTINCT CITIES WITH DISTINCT

       4    NEEDS?

       5    A.   "DISTINCT," THAT MEANS THAT THEY HAVE THEIR OWN -- NEW

       6    ORLEANS HAS ITS OWN AND BATON ROUGE HAS ITS OWN.

       7    Q.   RIGHT.  AND SO FOR THAT REASON YOU THINK THAT THEY SHOULD

       8    BE IN DIFFERENT CONGRESSIONAL DISTRICTS.  RIGHT?

       9    A.   YEAH.

      10    Q.   AND SO MY QUESTION FOR YOU IS:  DON'T ALL THE

      11    CONGRESSIONAL DISTRICTS HAVE CITIES THAT ARE VERY DISTINCT FROM

      12    EACH OTHER?  I MEAN, FOR EXAMPLE, MONROE AND BOGALUSA ARE IN

      13    THE SAME CONGRESSIONAL DISTRICT, BUT THEY HAVE VERY DISTINCT

      14    NEEDS.

      15         WOULD YOU AGREE TO THAT?

      16    A.   YEAH.

      17    Q.   AND WOULD YOU AGREE ABOUT LAKE CHARLES AND LAFAYETTE

      18    HAVING DISTINCT NEEDS?

      19    A.   UH-HUH.

      20    Q.   AND THEN ALSO, YOU KNOW, LIKE SHREVEPORT AND MINDEN UP IN

      21    NORTH LOUISIANA?

      22    A.   RIGHT.

      23    Q.   SO YOU WOULD AGREE WITH THAT.

      24         I WAS INTERESTED THAT YOU HAD STATED IN YOUR

      25    DECLARATION -- I DO FORGET WHERE -- THAT YOU SAID THAT YOU FEEL

03:27  1    **A.**   I DO.

2    **Q.**   YOU MENTIONED YOU'RE A LAWYER.  WHERE DID YOU ATTEND LAW

3    SCHOOL?

4    **A.**   SOUTHERN UNIVERSITY LAW CENTER IN BATON ROUGE.

5    **Q.**   IN YOUR EXPERIENCE, IS IT COMMON FOR ST. LANDRY RESIDENTS

6    TO ATTEND COLLEGE OR A UNIVERSITY IN BATON ROUGE?

7    **A.**   YES.

8    **Q.**   DO YOU HAVE ANY OTHER PERSONAL EXPERIENCE WITH THAT?

9    **A.**   YES.  WE ARE NINE SIBLINGS IN MY FAMILY.  OF THE NINE,

10   FIVE HAVE COLLEGE DEGREES OR POST-GRADUATE DEGREES.  ALL FIVE

11   OF THOSE ATTENDED COLLEGE IN BATON ROUGE.  ALSO, JUST A LOT --

12   THERE ARE A LOT OF PEOPLE I KNOW -- A LOT OF PEOPLE FROM ST.

13   LANDRY PARISH WHO ATTEND COLLEGE IN BATON ROUGE.

14   **Q.**   AND WHAT DO YOU ATTRIBUTE THAT EDUCATIONAL CONNECTION TO?

15   **A.**   WELL, I THINK AS FAR AS THE AFRICAN-AMERICAN COMMUNITY IS

16   CONCERNED, THAT STARTED AS THE ONLY OPTION, BECAUSE THERE WERE

17   NO INTEGRATED COLLEGES THAT PEOPLE COULD ATTEND.  THERE WAS

18   GRAMBLING, BUT GRAMBLING IS IN NORTHWEST LOUISIANA AND

19   VIRTUALLY INACCESSIBLE AT THAT TIME FROM ST. LANDRY PARISH.

20          AND THE OTHER COLLEGE IN LAFAYETTE WAS AT THE TIME

21   KNOWN AS SOUTHERN LOUISIANA INSTITUTE.  SO IT WAS A REGIONAL

22   COLLEGE AND JUST DIDN'T HAVE THE PRESTIGE THAT LSU HAD AND

23   CONTINUES TO HAVE IN LOUISIANA.

24          AND SO FROM THAT NECESSITY, I GUESS, FROM THE

25   SEGREGATION AND THE EDUCATIONAL OPPORTUNITIES, IT'S BECOME SORT

03:28 1    OF A TRADITION FOR PEOPLE TO ATTEND IN BATON ROUGE.

2    **Q.**   IN ADDITION TO THE EDUCATIONAL TIES, ARE THERE OTHER

3    ECONOMIC TIES THAT LINK ST. LANDRY PARISH WITH BATON ROUGE?

4    **A.**   DEFINITELY.

5    **Q.**   CAN YOU DESCRIBE THAT?

6    **A.**   ALL OF SOUTH LOUISIANA IS VERY INVOLVED AND, IN SOME

7    EXTENT, DEPENDENT UPON THE PETROCHEMICAL INDUSTRY, AND

8    PARTICULARLY AS IT RELATES TO OFFSHORE DRILLING AND REFINING.

9    AND SO THERE ARE A LOT OF JOBS IN THAT INDUSTRY.

10         MY FATHER, FOR INSTANCE, BELONGED TO BATON ROUGE

11   LOCAL 1177, WHICH IS THE LABORERS LOCAL.  AND HE AND A LOT OF

12   MEN FROM ST. LANDRY PARISH OF HIS GENERATION RODE A BUS OR

13   HITCHHIKED EVERY DAY TO BATON ROUGE TO WORK.  AS A MATTER OF

14   FACT, THOSE BUSES WEREN'T COMMERCIAL BUSES.  THEY WERE BUSES

15   THAT WERE SET UP SPECIFICALLY FOR THAT PURPOSE:  TO BRING

16   PEOPLE TO WORK IN BATON ROUGE.  SO THAT, AND, OF COURSE, WE

17   HAVE A REFINERY IN ST. LANDRY PARISH THAT'S A VERY STRONG TIE,

18   A VERY STRONG ECONOMIC TIE.

19         ALSO, THERE IS AGRICULTURAL TIES THAT -- YOU KNOW,

20   IMMEDIATELY TO THE WEST OF THE CITY OF BATON ROUGE.  IF YOU ARE

21   TRAVELING UP 190 TOWARD OPELOUSAS, YOU'LL SEE SUGARCANE FIELDS

22   ALL THROUGHOUT THAT AREA, AND THAT IS A VERY IMPORTANT RURAL

23   CROP IN ST. LANDRY PARISH AND A LOT OF SOUTH LOUISIANA UP -- AS

24   I SAID, UP TO THE BORDER OF BATON ROUGE PROPER.

25   **Q.**   ARE THERE SOCIAL AND CULTURAL CONNECTIONS THAT ST. LANDRY

03:30 1   PARISH SHARES WITH BATON ROUGE?

2   **A.**   WELL, WE DO A ZYDECO PUBLIC AFFAIRS PROGRAM, SO -- THAT

3   PEOPLE LISTEN TO IN BATON ROUGE.  AND YES, THERE ARE.  THE

4   MEDIA -- I KNOW A MEDIA MARKET IS A TERM OF ART USED IN THAT

5   INDUSTRY.  BUT MEDIA -- SO ST. LANDRY PARISH IS NOT PART OF THE

6   BATON ROUGE MEDIA MARKET, BUT THERE IS A GREAT DEAL OF BATON

7   ROUGE MEDIA CONSUMPTION IN ST. LANDRY PARISH.

8           WHEN YOU SUBSCRIBE FOR CABLE, FOR INSTANCE, YOU CAN

9   GET THE BATON ROUGE STATIONS.  THE BATON ROUGE NEWSPAPER IS

10   VERY WIDELY READ IN ST. LANDRY PARISH.  BATON ROUGE TELEVISION

11   STATIONS, RADIO STATIONS ARE VERY POPULAR IN ST. LANDRY PARISH.

12   SO THERE IS THAT CONNECTION.

13           THERE'S ALSO FAMILY CONNECTIONS THAT DERIVE FROM

14   THOSE ECONOMIC CONNECTIONS WE TALKED ABOUT EARLIER.  PEOPLE GET

15   JOBS AT THE PLANTS, THEY MOVE THERE, THEIR FAMILIES GROW UP

16   THERE.  I HAVE TWO DAUGHTERS WHO LIVE IN BATON ROUGE.

17           YOU ALSO HAVE THAT HISTORIC CONNECTION.  I TALKED

18   ABOUT SPANISH GOVERNANCE OF LOUISIANA.  BATON ROUGE AND ST.

19   LANDRY PARISH ALSO BOTH SHARE THE VESTIGES OF THAT STRONG

20   FRENCH AND SPANISH INFLUENCE ON BOTH OF THOSE AREAS, AND THE

21   FOOD.  YOU KNOW, IT'S PERVASIVE.  THOSE CONNECTIONS ARE

22   PERVASIVE.

23   **Q.**   ANY OTHER CONNECTIONS IN RELIGION, SPORTS, OTHER THINGS

24   LIKE THAT?

25   **A.**   YEAH.   THE CATHOLIC CHURCH IS VERY -- THERE ARE A LOT OF

03:32 1  CATHOLICS IN SOUTH LOUISIANA, AND THE CATHOLIC CHURCH
      2  HISTORICALLY HAS HAD A LOT OF INFLUENCE IN THE SOUTHERN PART OF
      3  THE STATE, BOTH -- WELL, PARTICULARLY FROM A CULTURAL AND
      4  SOCIAL STANDPOINT.
      5          AND AS FAR AS SPORTS ARE CONCERNED, THIS IS SAINTS
      6  COUNTRY.  AND SO, YOU KNOW, THIS IS WHERE THE SAINTS FANS ARE.
      7  **Q.**   WOULD COMMUNITIES OF INTEREST BEST BE MAINTAINED BY
      8  GROUPING ST. LANDRY PARISH IN A CONGRESSIONAL DISTRICT WITH
      9  SHREVEPORT OR WITH BATON ROUGE?
     10  **A.**   DEFINITELY BATON ROUGE.
     11  **Q.**   WHEN WE'RE THINKING SPECIFICALLY ABOUT CONGRESSIONAL
     12  REPRESENTATION, WHY IS IT IMPORTANT TO KEEP ST. LANDRY PARISH
     13  WITH BATON ROUGE?
     14  **A.**   ST. LANDRY PARISH IS NOT A SMALL PARISH, YOU KNOW,
     15  LOUISIANA -- AS FAR AS LOUISIANA PARISHES GO, BUT IT IS NOT A
     16  LARGE HEAVILY-POPULATED AREA.  GENERALLY MOSTLY RURAL, 13
     17  MUNICIPALITIES BUT NOT DENSELY POPULATED.  IN ORDER FOR ST.
     18  LANDRY TO HAVE ITS FULL POLITICAL POTENTIAL, IT NEEDS TO BE
     19  PAIRED WITH WHAT I CALL SOME CENTER OF INFLUENCE OR CENTERS OF
     20  INFLUENCE.
     21          AND THERE HAVE TRADITIONALLY BEEN MORE DENSELY --
     22  THREE -- THREE MORE DENSELY POPULATED AREAS THAT ST. LANDRY HAS
     23  BEEN ASSOCIATED WITH AND HAS ALIGNED WITH.  AND THOSE WOULD BE
     24  LAKE CHARLES, LAFAYETTE AND BATON ROUGE.  AND THERE ARE NO
     25  OTHER DENSELY-POPULATED AREAS THAT -- WHERE ST. LANDRY CAN

03:33 1  EXTEND AND MAGNIFY ITS INFLUENCE BY ASSOCIATING WITH THOSE

2  AREAS.  IF ST. LANDRY IS CUT OFF FROM ONE OF THOSE, YOU CAN

3  MAKE IT.  YOU STILL HAVE SOME VOICE BECAUSE YOU HAVE TWO

4  REMAINING.  IF YOU'RE CUT OFF FROM TWO, YOU HAVE LESS OF A

5  VOICE, BUT YOU STILL -- THERE IS STILL SOME REASON FOR PEOPLE

6  TO PAY ATTENTION TO YOU.  BUT WHEN YOU'RE CUT OFF FROM ALL

7  THREE, YOU ARE EFFECTIVELY DISENFRANCHISED AS FAR AS

8  CONGRESSIONAL POLITICS GO BECAUSE NOBODY CARES ABOUT YOU.

9           FOR INSTANCE, RIGHT NOW UNDER THE 2011 MAP, ST.

10  LANDRY IS DIVIDED BETWEEN THE NORTHWESTERN PART OF THE STATE

11  AND THE NORTHEASTERN PART OF THE STATE.  AS FAR AS I KNOW, THE

12  CONGRESSMAN FROM SHREVEPORT HAS NEVER VISITED.  HE HAS ROUGHLY

13  HALF THE GEOGRAPHIC AREA OF ST. LANDRY PARISH.  I DON'T KNOW

14  THAT HE'S VISITED SINCE HE'S BEEN ELECTED.

15           NOW, I DO KNOW THAT SEVERAL DIFFERENT CONGRESS PEOPLE

16  FROM NORTHWEST LOUISIANA HAVE VISITED.  SO I DON'T -- I DON'T

17  KNOW WHAT'S THE REASON FOR THAT DISPARITY.  WELL, I DO HAVE

18  SOME IDEAS WHAT THE REASONS ARE FOR THAT DISPARITY, BUT THE

19  DISPARITY EXISTS.

20  Q.  JUST FOR THE RECORD, I THINK YOU SAID PEOPLE FROM

21  NORTHWEST HAVE --

22  A.  NO.  NORTHEAST.  I'M SORRY.  I MEANT TO SAY FROM THE

23  NORTHEAST HAVE VISITED.  FROM THE MONROE AREA, THE CURRENT

24  CONGRESSMAN IS FROM START, I BELIEVE.  I KNOW SHE'S BEEN THERE,

25  WHICH IS IN THE NORTHEAST PORTION OF THE STATE.  BUT THE

03:35 1    CONGRESSMAN FROM THE NORTHWEST, WHO IS FROM SHREVEPORT, AS FAR

2    AS I KNOW, HAS NEVER VISITED ST. LANDRY.

3    **Q.**    ARE THERE POLICY INTERESTS THAT RESIDENTS OF ST. LANDRY

4    SHARE WITH BATON ROUGE THAT THEY DO NOT NECESSARILY SHARE WITH

5    SHREVEPORT RESIDENTS?

6    **A.**    ABSOLUTELY.  AND LET ME JUST -- I'LL GIVE YOU JUST A

7    COUPLE.  ONE IS THE PETROCHEMICAL INDUSTRY THAT I MENTIONED

8    EARLIER, PARTICULARLY AS IT DEALS WITH REFINING AND OFFSHORE

9    OIL DRILLING.  AND, YOU KNOW, THAT -- IN THE NORTHERN PART OF

10   THE STATE YOU HAVE NATURAL GAS.  BUT THAT IS A DIFFERENT ANIMAL

11   FROM THE REFINERY AND OFFSHORE OIL DRILLING PETROCHEMICAL

12   BUSINESS.

13         IN THE SOUTHERN PART OF THE STATE YOU ALSO HAVE THE

14   ENVIRONMENTAL CONCERNS THAT COME WITH THOSE REFINERIES.  AND

15   I'M SURE YOU'VE HEARD OF CANCER ALLEY AND THOSE TYPES OF

16   ENVIRONMENTAL CONCERNS INVOLVED WITH, YOU KNOW, AIR QUALITY AND

17   WATER QUALITY AND THAT TYPE OF THING THAT WOULD -- THAT WOULD

18   BE COMMON TO ST. LANDRY PARISH AND TO BATON ROUGE.

19         ALSO, YOU HAVE THE ISSUE OF CLIMATE AS IT RELATES TO

20   THE PETROCHEMICAL INDUSTRY, BUT YOU ALSO HAVE THE ISSUE OF

21   WEATHER AND DISASTER RELIEF.  IN SOUTH LOUISIANA, DISASTER

22   RELIEF -- CONGRESSIONAL POLICY ON DISASTER RELIEF IS CRITICAL.

23   AND BATON ROUGE AND ST. LANDRY PARISH WOULD SHARE THAT; WHEREAS

24   THE NORTHERN PART OF THE STATE, PARTICULARLY NORTHWESTERN PART

25   OF THE STATE -- THE NORTHEASTERN PART OF THE STATE HAS THE

03:37 1    RIVER -- MISSISSIPPI RIVER.  THERE ARE SOME FLOODING PROBLEMS.

2    THERE ARE SOME DISASTER RELIEF ISSUES THAT WOULD AFFECT THAT

3    PART.

4              BUT THE SOUTHERN PART, HURRICANES ARE THE THING.  AND

5    IT SEEMS THAT EVERY YEAR WE GET HIT WITH ONE, SOMETIMES

6    MULTIPLE HURRICANES.  YOU MAY HAVE SEEN IN THE NEWS IN THE LAST

7    COUPLE OF YEARS THERE ARE SOME CONGRESS PEOPLE WHO ARE OPPOSED

8    TO THE FEDERAL GOVERNMENT'S AGGRESSIVE RESPONSE TO DISASTER --

9    FEMA'S RESPONSE APPROPRIATIONS DEALING WITH DISASTER RELIEF.

10             IN NORTH LOUISIANA YOU MIGHT BE ABLE TO GET AWAY WITH

11   BEING OPPOSED TO THOSE RELIEF EFFORTS.  IN SOUTH LOUISIANA

12   YOU'RE NOT GOING TO MAKE IT THROUGH THE NEXT ELECTION IF YOU

13   ARE NOT SUPPORTING YOUR PEOPLE IN THAT DISASTER RELIEF.

14   Q.   ARE THE CROPS THE SAME CROPS FOR --

15   A.   ONE -- I WAS GOING TO TELL YOU ONE MORE.  AND THIS ONE IS

16   NOT AS WIDELY KNOWN, BUT I MENTIONED THE SUGARCANE FIELDS WEST

17   OF BATON ROUGE.  SUGARCANE IS AN IMPORTANT RURAL CROP IN SOUTH

18   LOUISIANA.  AND THE ISSUE OF SUGAR SUPPORTS, THAT'S SOMETHING A

19   LOT OF PEOPLE NEVER PAY ANY ATTENTION TO.  IT'S NOT AS WIDELY

20   KNOWN AS MAYBE SOME OF THE OTHER ISSUES THAT I'VE MENTIONED.

21   BUT THE ISSUE OF SUGAR SUPPORTS, PRICE SUPPORTS IS CRITICAL IN

22   SOUTH LOUISIANA AND UNIMPORTANT IN THE NORTHWESTERN PART OF THE

23   STATE.

24   Q.   SWITCHING GEARS SLIGHTLY, HAS YOUR VOTING PRECINCT CHANGED

25   RECENTLY?

04:10  1    AND WHEN I LOOK BACK OVER MY LIFE -- I DON'T THINK I REALIZED

       2    IT GROWING UP -- MANY OF THE CHANGES THAT WERE HAPPENING IN THE

       3    CITY BECAUSE OF INTEGRATION AND BATON ROUGE'S KIND OF LONG

       4    RESISTANCE TO IMPLEMENTING THE MANDATES OF BROWN WERE REFLECTED

       5    IN MY LIFE IN THE CHANGES THAT I WOULD SEE IN THE CITY BEFORE

       6    LEAVING FOR SCHOOL AND THEN COMING BACK TO FIND REALLY A TALE

       7    OF TWO CITIES NARRATIVE AS WE TALK ABOUT OFTEN WITH BUILD BATON

       8    ROUGE.  AND I THINK RESONATES WITH MANY PEOPLE AS WE GRAPPLE

       9    WITH THE ISSUES OF RACE AND CLASS STRATIFICATION IN BATON

      10    ROUGE.

      11    **Q.**   SO I WANT TO SHIFT GEARS JUST A LITTLE BIT.  HAVE YOU HAD

      12    THE OPPORTUNITY TO REVIEW THE GALMON PLAINTIFFS' ILLUSTRATIVE

      13    PLANS?

      14    **A.**   YES.

      15    **Q.**   AND IN YOUR VIEW, WOULD IT MAKE SENSE TO CREATE A

      16    CONGRESSIONAL DISTRICT THAT CONNECTS BATON ROUGE AND THE DELTA

      17    PARISHES?

      18    **A.**   ABSOLUTELY.

      19    **Q.**   AT A HIGH LEVEL, COULD YOU SHARE WITH US THE CONNECTIONS

      20    THAT YOU SEE BETWEEN BATON ROUGE AND THE DELTA PARISHES?

      21    **A.**   WELL, BATON ROUGE IS HERE ON THE MISSISSIPPI RIVER, AND

      22    LOUISIANA'S HISTORY FLOWS THROUGH THE DELTA -- AND LOUISIANA'S

      23    BLACK HISTORY FLOWS THROUGH THE DELTA.  IN MANY WAYS, BLACK

      24    POPULATION IS STILL CENTERED AROUND THE RIVER, WHICH WE KNOW IS

      25    THE SOURCE OF THE PLANTATION INDUSTRY.  AND SO WE KNOW THAT

04:11  1    THOSE CONNECTIONS EXIST THROUGH FAMILY, THROUGH FAITH NETWORKS,

2    THROUGH CULTURAL EXPERIENCES.  THE CONNECTION TO BATON ROUGE

3    THROUGHOUT THE DELTA AND PARTS OF CENTRAL LOUISIANA INCLUDED I

4    THINK ARE FELT IN FAMILY BONDS.  I'VE SEEN IT IN MY FAMILY

5    THROUGH FAITH BONDS, AND PEOPLE TRAVEL FOR REVIVALS AND OTHER

6    EXPERIENCES THROUGHOUT THIS REGION.  THERE ARE STRONG

7    CONNECTIONS.  AND I KNOW MANY OTHERS WHOSE FAMILIES ARE

8    CONNECTED TO THE AREAS OF THE DELTA.  AND THEY SPEND WEEKENDS

9    GOING HOME FOR DINNER AND CAN BE BACK AT WORK IN BATON ROUGE ON

10   MONDAY MORNING.  SO I THINK THOSE CONNECTIONS ARE STRONG.

11   **Q.**   OKAY.  LET'S TAKE A FEW OF THOSE IN TURN.  SO FIRST, IF

12   YOU COULD KIND OF GIVE US -- YOU'VE GIVEN US A LITTLE BIT

13   ALREADY, BUT THE FAMILIAL TIES, THE EDUCATIONAL TIES BETWEEN

14   BATON ROUGE AND THE DELTA PARISHES.

15   **A.**   YEAH.  AND I'LL TAKE THOSE IN REVERSE.  THE EDUCATIONAL

16   TIES ARE STRONG.  MY FAMILY, AS MANY OTHERS, GRANDPARENTS AND

17   GREAT GRANDPARENTS RECEIVED EDUCATION FROM MCKINLEY SENIOR HIGH

18   SCHOOL WHEN THAT WAS THE ONLY OPTION FOR PURSUING HIGH SCHOOL

19   FOR BLACK STUDENTS IN THIS REGION BEFORE CAPITOL HIGH SCHOOL

20   WOULD COME ONLINE, I BELIEVE, IN THE 1950'S.  AND THEN WE HAD,

21   YOU KNOW, SLOW SCHOOL INTEGRATION AND OTHER OPTIONS.

22         AND SO MCKINLEY SENIOR HIGH SCHOOL, PEOPLE MAY NOT

23   REALIZE, WAS ONE OF THE ONLY PLACES TO PURSUE EDUCATION AFTER

24   EIGHTH GRADE FOR BLACK STUDENTS, NOT JUST IN BATON ROUGE BUT

25   THROUGHOUT THE REGION.  AND I'VE MET PEOPLE WHO -- ELDERLY

04:13 1   PEOPLE WHO TALK ABOUT COMING TO BATON ROUGE TO GO TO NINTH
2   GRADE FROM THE RURAL AREAS OF THE DELTA.  AND SO THAT IS
3   STRONG.
4         WE ALSO KNOW THAT SOUTHERN UNIVERSITY IS HERE, AND
5   ALSO LELAND COLLEGE USED TO BE HERE AS WELL.  SO YOU HAD TWO
6   HISTORICALLY BLACK COLLEGES IN THE REGION.  BOTH OF MY
7   GRANDMOTHERS ATTENDED BOTH INSTITUTIONS, AND SO -- AND THEY
8   WERE CONNECTED TO OTHERS WHO CONNECTED TO THOSE INSTITUTIONS AS
9   ROUTES TO HIGHER EDUCATION AND ONTO THE MIDDLE CLASS AS THOSE
10   INSTITUTIONS WERE VERY IMPORTANT FOR BLACK ACCESS TO THE MIDDLE
11   CLASS IN THIS REGION.
12         FAMILIAL, AGAIN, I KNOW SO MANY PEOPLE, INCLUDING MY
13   OWN FAMILY.  AND THEN YOU LOOK AT THE FUNERAL PROGRAMS AND YOU
14   SEE THE CONNECTION THROUGHOUT THE DELTA AND MANY OTHERS WHO
15   STILL HAVE PARENTS AND GRANDPARENTS THROUGHOUT THE DELTA THAT
16   THEY VISIT AND CONNECT WITH ON A REGULAR BASIS, EVEN THOUGH
17   THEY RESIDE HERE IN THE CITY OF BATON ROUGE OR IN THE BROADER
18   METROPOLITAN AREA.
19   **Q.**   NOW, WHAT ABOUT FROM AN ECONOMIC PERSPECTIVE, THE
20   CONNECTIONS BETWEEN BATON ROUGE AND THE DELTA PARISHES?
21   **A.**   WELL, BATON ROUGE OBVIOUSLY IS THE MOST URBANIZED AREA IN
22   THE DELTA BEFORE YOU GET FURTHER DOWN TO NEW ORLEANS.  THE
23   PETROCHEMICAL INDUSTRY HAS A STRONG FOOTHOLD HERE.  AND THAT
24   HAS GROWN THROUGHOUT THE 20TH CENTURY.
25         ONE OF MY GREAT-GRANDFATHERS WAS ONE OF THE FIRST

04:14 1    BLACK EMPLOYEES AT EXXON.  AND SO, YOU KNOW, THOSE JOBS
      2    PROVIDED SOME OPPORTUNITIES FOR BLACK PEOPLE EARLY ON IN THE
      3    20TH CENTURY AND CONTINUE TO DO SO TODAY.  AND THOSE ARE JOBS
      4    THAT NOT ONLY EXIST IN BATON ROUGE, BUT STRETCH UP THE RIVER.
      5    AND THE PEOPLE WHO WORK IN THOSE INDUSTRIES LIVE ALL AROUND AND
      6    COMMUTE FROM ALL AROUND THE DELTA.  AND SO THERE ARE STRONG
      7    ECONOMIC TIES THERE, TO SAY NOTHING OF THE GOVERNMENTAL BASE
      8    HERE IN BATON ROUGE AND THE AMOUNT OF TRAVEL THAT PEOPLE ENJOY
      9    WHEN THEY COMMUTE TO WORK FROM RURAL AREAS AS WE LIKE TO DO IN
     10    LOUISIANA.
     11    Q.   NOW, WHAT ABOUT FROM A HISTORICAL PERSPECTIVE?  YOU TALKED
     12    ABOUT THE CONNECTION EARLIER, THE CONNECTION BETWEEN BATON
     13    ROUGE AND THE MISSISSIPPI RIVER.  SO FROM A HISTORICAL
     14    PERSPECTIVE, WHAT WOULD YOU SAY?
     15    A.   THE HISTORY OF THAT, AGAIN, IS THE DELTA REGION, THE
     16    PLANTATION ECONOMY TRANSFORMING INTO THE PETROCHEMICAL ECONOMY,
     17    BLACK COMMUNITIES REALLY NEVER LEAVING THE PLANTATION GEOGRAPHY
     18    OF LOUISIANA, STAYING CLOSE TO THE RIVER.  AND THAT'S WHERE WE
     19    FIND POPULATION TO THIS DAY, LITERALLY, THROUGHOUT LOUISIANA.
     20    Q.   NOW, SHIFTING GEARS AGAIN JUST A LITTLE BIT, YOU'VE ALSO
     21    SEEN THE ENACTED MAP.  CORRECT?
     22    A.   YES.
     23    Q.   AND WHEN VIEWING THE ENACTED MAP, IT IS YOUR UNDERSTANDING
     24    THAT DISTRICT 2 LINKS BATON ROUGE AND NEW ORLEANS TOGETHER.
     25    CORRECT?

04:16  1   **A.**  YES.

2   **Q.**  AND IN YOUR LIVED EXPERIENCE, WOULD YOU SAY THAT BATON

3   ROUGE AND NEW ORLEANS ARE -- MAKE SENSE AS COMMUNITIES JOINED

4   TOGETHER?

5   **A.**  NO.  IN THE WAY THAT IT IS -- IT IS CONSTRUCTED IN CD --

6   IN THE EXISTING CD2, YOU HAVE IN BATON ROUGE AND NEW ORLEANS

7   THE TWO POPULATION CENTERS OF THE STATE.  AND WHILE THEY ARE AN

8   HOUR AND SOME CHANGE APART FROM EACH OTHER, THEY ARE VERY

9   DIFFERENT ECONOMIES.  THEY HAVE VERY DIFFERENT HISTORIES.  AND

10   THE SCALE AND SCOPE OF NEW ORLEANS' ECONOMY AND THE ISSUES IT

11   FACES -- AS IT RECEIVES OVER 30 MILLION VISITORS A YEAR IS A

12   SYMBOL FOR GLOBAL TOURISM -- ARE VERY DIFFERENT FROM THE STATE

13   CAPITAL, UNIVERSITY TOWN THAT BATON ROUGE IS.

14        I KNOW FROM MY EXPERIENCE IN SENATOR LANDRIEU'S

15   OFFICE AND ON CAPITOL HILL THE IMPORTANCE OF CONGRESSIONAL

16   REPRESENTATION TO BRING FEDERAL RESOURCES HOME TO THE DISTRICT

17   AND HOME TO LOUISIANA.  AND THE ISSUES THAT NEW ORLEANS FACES

18   AND THE ISSUES THAT BATON ROUGE FACE ARE VERY DIFFERENT AND

19   REQUIRE THEIR OWN LEVELS OR THEIR OWN ADVOCATES IN CONGRESS TO

20   ADVANCE THOSE ISSUES.

21        AND SO LINKING PEOPLE ON HARDING BOULEVARD AND PEOPLE

22   ON BULLARD DOES NOT NECESSARILY MAKE SENSE TO ME BECAUSE THOSE

23   ARE DISTINCT COMMUNITIES LINKED BY RACE.  BUT THERE ARE OTHER

24   FACTORS THAT I THINK NEED TO BE TAKEN INTO CONSIDERATION THAT

25   JUSTIFY HAVING A DIFFERENT REPRESENTATION IN THE BATON ROUGE

04:18 1  AND DELTA REGION THAN YOU HAVE IN THE ORLEANS REGION.

2  **Q.**   NOW, BASED ON YOUR EXPERIENCES, HOW DOES GROUPING BATON

3  ROUGE AND NEW ORLEANS TOGETHER IN A CONGRESSIONAL DISTRICT

4  AFFECT THE VOTING POWER OF BLACK VOTERS IN BATON ROUGE?

5  **A.**   WELL, I THINK IT RUNS THE RISK OF SUBORDINATING THE ISSUES

6  OF BLACK VOTERS IN BATON ROUGE, WHICH, AGAIN, ARE BLACK VOTERS

7  WHO LIVE IN THE STATE CAPITAL, WHO LIVE IN THE SHADOW OF

8  SOUTHERN UNIVERSITY AND THE TREMENDOUS IMPACTS SOUTHERN

9  UNIVERSITY HAS ON THIS COMMUNITY, WHO LIVE IN A DECIDEDLY

10  DIFFERENT URBAN CONTEXT THAN THOSE IN NEW ORLEANS AND,

11  THEREFORE, HAVE DIFFERENT ISSUES THAT REQUIRE ADVOCACY AND

12  ATTENTION AND PRIORITY THAT I'M NOT SURE ALWAYS HAPPENS IN THE

13  CURRENT CONSTRUCTION.

14  **Q.**   COULD YOU GIVE ANY EXAMPLES OF SUBURBAN AREAS OR AREAS

15  OUTSIDE OF THE LARGER METROPOLITAN AREA OF NEW ORLEANS THAT

16  HAVE A CONNECTION TO NEW ORLEANS THAT ALSO HAVE A CONNECTION TO

17  BATON ROUGE?

18  **A.**   YOU KNOW, AGAIN, I THINK YOU CAN LOOK AT THE RIVER

19  PARISHES AS HAVING, YOU KNOW, SOME CONNECTION, PERHAPS THE

20  NORTH SHORE AS WELL.  BUT BY AND LARGE, I THINK THAT THOSE --

21  YOU KNOW, NEW ORLEANS IS SUCH A SPECIFIC URBAN CONTEXT AND THE

22  AREAS AROUND IT THAT DRAIN INTO NEW ORLEANS AND SUPPORT IT AND

23  FEED OFF OF ITS TOURISM INDUSTRY, THE PORT OF NEW ORLEANS,

24  DIFFERENTIATE IT FROM THE BATON ROUGE REGION.

25  **Q.**   AGAIN, BASED ON YOUR LIVED EXPERIENCE AS A NATIVE

04:20   1   LOUISIANIAN, DOES FOCUSING ON CULTURAL SIMILARITIES OR CULTURAL

2   IDENTIFIERS SUCH AS FOOD OR MUSIC OR ANY DIFFERENCES IN THOSE

3   CULTURAL IDENTITIES -- PERHAPS BY FOCUSING ON THOSE THINGS,

4   DOES IT DIMINISH THE ROLE THAT RACE SHOULD PLAY IN THESE

5   CONVERSATIONS?

6   **A.**   YES.   LOOK, I THINK, YOU KNOW, WE ARE LOUISIANIANS AND WE

7   LOVE OUR FOOD, WE LOVE OUR CULTURE, WE LOVE OUR MUSIC.   IT'S A

8   RICH AND UNIQUE CULTURE THAT WE SHOULD TAKE PRIDE IN IT.   AND

9   IN SOME AREAS OF THE STATE WE USE BLACK PEPPER, IN SOME AREAS

10   WE SAY WE USE RED PEPPER.   IN ALL OF THE STATE WE HAD JIM CROW,

11   RIGHT?   IN ALL OF THE STATE WE HAD A VERY RIGID SOCIAL

12   HIERARCHY THAT WAS THE DOMINANT FORCE IMPACTING BLACK LIFE, IN

13   PARTICULAR ALL LIVES IN THE STATE OF LOUISIANA.   SO IT'S GREAT

14   TO REVEL IN THOSE CULTURAL NARRATIVES.   WE'RE ALL VERY FAMILIAR

15   WITH GUMBO NARRATIVE, RIGHT, THIS COLLECTION OF CULTURES AND

16   THIS MIXING.   BUT IT'S IMPORTANT NOT TO CONFUSE THAT, I THINK,

17   WITH WHAT PEOPLE'S LIVED EXPERIENCES HAVE BEEN AND CONTINUE TO

18   BE, PARTICULARLY AROUND RACE, THE ROLE THAT HAS PLAYED IN

19   EDUCATIONAL OPPORTUNITIES AND ECONOMIC OPPORTUNITIES, SOCIAL

20   OPPORTUNITIES, YOUR ABILITY TO MOVE, YOU KNOW, YOUR ABILITY TO

21   LIVE IN CERTAIN PLACES, YOU KNOW, WHERE YOU WENT TO SCHOOL.

22   AND SO I DON'T THINK WE SHOULD USE THAT TO KIND OF MINIMIZE OR

23   KIND OF WHITEWASH, IF YOU WILL, THAT VERY SPECIFIC HISTORY THAT

24   WE ALL KNOW AND WHICH, YOU KNOW, HAS CUMULATIVE IMPACTS ON THE

25   PRESENT.

04:22 1    **Q.**   AND IN YOUR LIVED EXPERIENCE, DO YOU BELIEVE THAT IT MAKES

2    MORE SENSE TO LINK BATON ROUGE WITH NEW ORLEANS AND THE RIVER

3    PARISHES THAN TO LINK BATON ROUGE WITH THE DELTA PARISHES?

4    **A.**   NO.  I THINK, AGAIN, RACE IS A FACTOR THAT WE TAKE INTO

5    ACCOUNT, AND WE TAKE RACE INTO ACCOUNT WITH OTHER URBAN

6    DYNAMICS.  I DO NOT THINK IT MAKES SENSE TO LINK BATON ROUGE

7    AND NEW ORLEANS, THE TWO, YOU KNOW, LARGEST POPULATION CENTERS

8    OF THE STATE, THE TWO LARGEST BLACK COMMUNITIES OF THE STATE

9    AND VERY DIFFERENT ECONOMIES AND VERY DIFFERENT, YOU KNOW,

10    SETTINGS THAT REQUIRE REPRESENTATION.

11         I THINK BATON ROUGE IS NATURALLY CONNECTED TO THE

12    DELTA REGION, AND I THINK THE HISTORY OF BLACK SETTLEMENT IN

13    BATON ROUGE ALSO REFLECTS VERY REAL AND ENDURING CONNECTIONS TO

14    THE DELTA REGION.

15         **MS. SEDWICK:**  NO FURTHER QUESTIONS, YOUR HONOR.

16         **THE COURT:**  CROSS.

17         **MR. WALSH:**  GOOD AFTERNOON, YOUR HONOR.

18         JOHN WALSH ON BEHALF OF SECRETARY OF STATE

19    ARDOIN.

20         **THE COURT:**  MR. WALSH.

21                    **CROSS-EXAMINATION**

22    BY MR. WALSH:

23    **Q.**   GOOD AFTERNOON, MR TYSON.

24    **A.**   GOOD AFTERNOON.

25    **Q.**   IS IT MR. TYSON OR PROFESSOR TYSON?

1                UNITED STATES DISTRICT COURT

2                MIDDLE DISTRICT OF LOUISIANA

3

4    PRESS ROBINSON, ET AL        *        CIVIL ACTION
                                  *
5    VERSUS                       *        NO. 22-211-SDD
                                  *
6    KYLE ARDOIN, ET AL           *        CONSOLIDATED WITH
                                  *
7                                 *
     EDWARD GALMON SR., ET AL     *        NO. 22-214-SDD
8                                 *
     VERSUS                       *        MAY 10, 2022
9                                 *
     KYLE ARDOIN, ET AL           *        VOLUME 2 OF 5
10   * * * * * * * * * * * * * *  *

11

12            MOTION FOR PRELIMINARY INJUNCTION BEFORE
                  THE HONORABLE SHELLY D. DICK
13            UNITED STATES CHIEF DISTRICT JUDGE

13

14   APPEARANCES:

15   FOR THE ROBINSON              NAACP LEGAL DEFENSE FUND AND
     PLAINTIFFS:                   EDUCATIONAL FUND, INC.
16                                 BY:  STUART NAIFEH, ESQ.
                                        KATHRYN SADASIVAN, ESQ.
17                                      VICTORIA WENGER, ESQ.
                                        SARA ROHANI, ESQ.
18                                 40 RECTOR STREET, FIFTH FLOOR
                                   NEW YORK, NEW YORK 10006
19
                                   ADCOCK LAW, LLC
20                                 BY:  JOHN ADCOCK, ESQ.
                                   3110 CANAL STREET
21                                 NEW ORLEANS, LOUISIANA 70119

22                                 AMERICAN CIVIL LIBERTIES UNION
                                   FOUNDATION VOTING RIGHTS PROJECT
23                                 BY:  SARAH E. BRANNON, ESQ.
                                        SAMANTHA OSAKI, ESQ.
24                                 915 15TH STREET N.W.
                                   WASHINGTON, D.C. 20005

25

```
 1                              PAUL, WEISS, RIFKIND, WHARTON &
                               GARRISON, LLP
 2                              BY:  AMITAV CHAKRABORTY, ESQ.
                                     RYAN RIZZUTO, ESQ.
 3                                   ADAM SAVITT, ESQ.
                               1285 AVENUE OF THE AMERICAS
 4                              NEW YORK, NEW YORK 10019

 5      FOR THE GALMON         WALTERS, PAPILLION, THOMAS,
        PLAINTIFFS:            CULLENS, LLC
 6                              BY:  DARREL J. PAPILLION, ESQ.
                               12345 PERKINS ROAD, BUILDING ONE
 7                              BATON ROUGE, LOUISIANA 70810

 8                              ELIAS LAW GROUP, LLP
                               BY:  ABHA KHANNA, ESQ.
 9                              1700 SEVENTH AVE., SUITE 2100
                               SEATTLE, WASHINGTON 98101
10
                               ELIAS LAW GROUP, LLP
11                              BY:  JACOB D. SHELLY, ESQ.
                                     OLIVIA N. SEDWICK, ESQ.
12                                   LALITHA D. MADDURI, ESQ.
                               10 G STREET N.E., SUITE 600
13                              WASHINGTON, D.C. 20002

14      FOR KYLE ARDOIN,       SHOWS, CALI & WALSH, LLP
        IN HIS OFFICIAL        BY:  JOHN C. WALSH, ESQ.
15      CAPACITY AS SECRETARY  628 ST. LOUIS STREET
        OF STATE               BATON ROUGE, LOUISIANA 70821
16
                               NELSON MULLINS RILEY AND
17                              SCARBOROUGH, LLC
                               BY:  PHILLIP STRACH, ESQ.
18                                   THOMAS A. FARR, ESQ.
                               4140 PARKLAKE AVENUE, SUITE 200
19                              RALEIGH, NORTH CAROLINA 27612

20      FOR THE LOUISIANA      STEPHEN M. IRVING, LLC
        LEGISLATIVE BLACK CAUCUS:  BY:  STEPHEN M. IRVING, ESQ.
21                              111 FLOUNDERS DRIVE, SUITE 700
                               BATON ROUGE, LOUISIANA 70810
22
                               JOHNSON LAW FIRM
23                              BY:  ERNEST L. JOHNSON, ESQ.
                               3313 GOVERNMENT STREET
24                              BATON ROUGE, LOUISIANA 70806

25
```

```
 1                              ARTHUR THOMAS & ASSOCIATES
                                BY:  ARTHUR R. THOMAS, ESQ.
 2                              3313 GOVERNMENT STREET
                                BATON ROUGE, LOUISIANA 70806
 3
     FOR LEGISLATIVE            BAKERHOSTETLER, LLP
 4   INTERVENORS CLAY           BY:  PATRICK T. LEWIS, ESQ.
     SCHEXNAYDER AND PATRICK    127 PUBLIC SQUARE, SUITE 2000
 5   CORTEZ:                    CLEVELAND, OHIO 44114

 6                              BAKERHOSTETLER, LLP
                                BY:  E. MARK BRADEN, ESQ.
 7                                   KATHERINE L. MCKNIGHT, ESQ.
                                1050 CONNECTICUT AVENUE, N.W.,
 8                              SUITE 1100
                                WASHINGTON, D.C. 20036
 9
     INTERVENOR DEFENDANT,      LOUISIANA'S OFFICE OF THE ATTORNEY
10   STATE OF LOUISIANA:        GENERAL
                                BY:   JEFFREY M. WALE, ESQ.
11                                    ANGELIQUE D. FREEL, ESQ.
                                      CAREY TOM JONES, ESQ.
12                              1885 NORTH THIRD STREET
                                BATON ROUGE, LOUISIANA 70802
13
                                HOLTZMAN VOGEL BARAN TORCHINSKY &
14                              JOSEFIAK, PLLC
                                BY:  PHILLIP M. GORDON, ESQ.
15                              15405 JOHN MARSHALL HIGHWAY
                                HAYMARKET, VIRGINIA 20169
16
     OFFICIAL COURT REPORTER:   SHANNON L. THOMPSON, CCR
17                              UNITED STATES COURTHOUSE
                                777 FLORIDA STREET
18                              BATON ROUGE, LOUISIANA 70801
                                SHANNON_THOMPSON@LAMD.USCOURTS.GOV
19                              (225)389-3567

20

21       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY USING
               COMPUTER-AIDED TRANSCRIPTION SOFTWARE
22

23

24

25
```

1                            <u>INDEX</u>

2    PLAINTIFFS' WITNESSES:                              <u>PAGE</u>

3    **LISA R. HANDLEY, PH.D.**

4        DIRECT EXAMINATION BY MS. BRANNON          7

5        CROSS-EXAMINATION BY MR. FARR              30

6        REDIRECT EXAMINATION BY MS. BRANNON        54

7    **DOROTHY NAIRNE, PH.D.**

8        DIRECT EXAMINATION BY MS. OSAKI            60

9        CROSS-EXAMINATION BY MR. WALE              71

10   **TRACI BURCH, PH.D. (VIA VIDEOCONFERENCE)**

11       VOIR DIRE BY MR. CHAKRABORTY              79

12       DIRECT EXAMINATION BY MR. CHAKRABORTY     81

13       CROSS-EXAMINATION BY MS. MCKNIGHT        101

14       REDIRECT EXAMINATION BY MR. CHAKRABORTY  121

15   **ALLAN J. LICHTMAN, PH.D. (VIA VIDEOCONFERENCE)**

16       DIRECT EXAMINATION BY MR. HAWLEY         123

17       CROSS-EXAMINATION BY MR. BRADEN          154

18       REDIRECT EXAMINATION BY HAWLEY           171

19   **R. BLAKESLEE GILPIN, PH.D.**

20       VOIR DIRE BY MR. RIZZUTO                 173

21       DIRECT EXAMINATION BY MR. RIZZUTO        175

22       CROSS-EXAMINATION BY MS. MCKNIGHT        184

23   **ASHLEY SHELTON**

24       DIRECT EXAMINATION BY SAVITT             188

25       CROSS-EXAMINATION BY MR. WALE            205

11:09 1   DISTRICT 2 IN THIS ILLUSTRATIVE MAP.  THANK YOU.

2   **BY MS. OSAKI:**

3   **Q.**   DR. NAIRNE, GEOGRAPHICALLY WHAT AREAS WOULD YOU BE LINKED

4   WITH IN THIS CONGRESSIONAL DISTRICT 2 OF THIS ILLUSTRATIVE MAP?

5   **A.**   IN THIS MAP I WOULD BE WITH THE PEOPLE THAT I'M WORKING

6   WITH CURRENTLY, ALONG WITH THE RIVER PARISHES, ALL THE WAY INTO

7   ORLEANS AND JEFFERSON PARISHES.  THIS MAP MAKES SENSE TO ME.

8   **Q.**   DO YOU HAVE ANY PERSONAL CONNECTIONS WITH ANY OF THOSE

9   OTHER PARISHES?

10   **A.**   I HAVE PERSONAL CONNECTIONS:  FAMILY, FRIENDS, COLLEAGUES

11   IN ALL OF THIS -- IN THIS ENTIRE AREA.

12   **Q.**   HOW WOULD YOU DESCRIBE COMMUNITIES IN THESE AREAS, THESE

13   RIVER PARISH AREAS, BASED ON YOUR PERSONAL KNOWLEDGE?

14   **A.**   WE HAVE A SHARED HISTORY.  WE HAVE A SHARED CULTURAL

15   HERITAGE, AND WE WORK TOGETHER TO MAKE IMPROVEMENTS ALONG THIS

16   AREA WITH COMMUNITY DEVELOPMENT WHERE WE'RE DOING WORK AROUND

17   CREATING JOBS FOR PEOPLE, OPPORTUNITIES FOR YOUNG PEOPLE AND

18   TRYING TO IMPROVE OUR HEALTH.

19   **Q.**   WHAT DID YOU MEAN BY THAT, "TRYING TO IMPROVE YOUR

20   HEALTH"?

21   **A.**   THIS AREA IS KNOWN AS CANCER ALLEY AND JUST -- SO I'VE

22   WORKED SOMEWHAT WITH THE CANCER INDEX AND LOOKING AT JUST

23   NEIGHBORS ACROSS THE STREET, NEXT TO ME, EVEN MY OWN MOTHER

24   WHO HAD A TUMOR THE SIZE OF A SOCCER BALL IN HER BELLY.  AND

25   SO, YOU KNOW, JUST CANCER IS EVERYWHERE.  AND, YOU KNOW, IF

11:10 1   IT'S IN MY OWN HOUSE, THEN IS IT IN ME TOO?  SO IT REALLY

2   REQUIRES US TO DO QUITE A BIT OF WORK TOGETHER.

3   **Q.**   SO YOU DESCRIBE SOME OF THE HEALTH INEQUITIES THAT ARE

4   SIMILAR ALONG THE RIVER PARISHES.  WHAT ABOUT INDUSTRIES?  ARE

5   THERE ANY INDUSTRIES THAT ARE SIMILAR ALONG THESE COMMUNITIES?

6   **A.**   WELL, THE SUGARCANE INDUSTRY DEFINED THIS AREA AND THIS

7   REGION, BUT NOW THE SUGARCANE INDUSTRY IS MECHANIZED SO PEOPLE

8   DON'T HAVE THOSE JOBS ANYMORE.  SO THERE'S A LOT OF NOT MUCH TO

9   DO GOING ON IN ASSUMPTION AND ST. JAMES, ST. JOHN AND ST.

10   CHARLES.

11   **Q.**   NOW, UNDER THIS NEW -- UNDER THIS ILLUSTRATIVE PLAN AND

12   BASED ON YOUR LIVED EXPERIENCES, DO YOU BELIEVE THAT YOUR

13   COMMUNITY'S INTEREST WOULD BE FAIRLY REPRESENTED?

14   **A.**   UNDER THIS MAP, YES.

15   **Q.**   WHY IS THAT?

16   **A.**   IT WOULD GIVES US A BASE SO THAT WE CAN MOBILIZE AND SO

17   THAT WE CAN ORGANIZE AND SO THAT WE HAVE ONE COLLECTIVE VOICE

18   AND SO THAT WE WOULD HAVE ACTION TOGETHER SO THAT WE CAN MOVE

19   FORWARD AND IMPROVE NOT JUST OUR COMMUNITIES AND OUR HOUSEHOLDS

20   BUT OUR ENTIRE STATE.

21   **Q.**   BASED ON YOUR LIVED EXPERIENCES AS A LOUISIANIAN, DOES IT

22   MAKE SENSE CULTURALLY, SOCIOECONOMICALLY, HISTORICALLY OR

23   OTHERWISE FOR YOUR COMMUNITY TO FALL UNDER THIS ILLUSTRATIVE

24   MAP'S CONGRESSIONAL DISTRICT 2 ALONGSIDE THESE OTHER RIVER

25   PARISH COMMUNITIES?

11:11 1    **A.**   TO ME IT MAKES COMPLETE SENSE THAT WE ARE IN THIS
       2    DISTRICT.
       3    **Q.**   THANK YOU.
       4            FINALLY, DR. NAIRNE, HOW WOULD YOU FEEL IF A MAP LIKE
       5    THIS ILLUSTRATIVE PLAN -- THAT IS, A MAP THAT ENACTS A SECOND
       6    MAJORITY-BLACK CONGRESSIONAL DISTRICT -- WERE TO BE ENACTED
       7    INTO LAW?
       8    **A.**   I KNOW EXACTLY THE HOUSEHOLDS THAT I'M GOING TO KNOCK ON
       9    THEIR DOORS, SHOULD THIS HAPPEN.  THERE WERE A NUMBER OF PEOPLE
      10    -- SO DURING THE CENSUS AND LEADING UP TO THE ELECTIONS FOR
      11    2020, I WAS A BLOCK CAPTAIN FOR "TOGETHER LOUISIANA."  SO THERE
      12    WERE A COUPLE OF HOUSEHOLDS THAT I KNOCKED ON THEIR DOORS, AND
      13    THEY WERE LIKE, "OH, GOOD.  YOU MEAN CHANGE IS COMING FOR US?"
      14    SO THEN WHEN THEY SEE THAT, AWE, CHANGE IS NOT REAL, THEIR
      15    HOPES ARE DASHED, THEY FEEL LIKE, "WOW," YET AGAIN
      16    DISAPPOINTED.  "YOU LIED TO ME," SOME MAN SAID.  SO IT'S JUST
      17    LIKE, "NO, I DIDN'T LIE TO YOU.  THIS PROCESS JUST TAKES A
      18    WHILE."
      19            SO I KNOW I WOULD GO TO HIS HOME.  THIS IS SOMEBODY
      20    I'VE KNOWN ALL MY LIFE.  AND JUST TO SEE THAT, YOU KNOW, HE'S
      21    WEATHERED AND WORN OUT, AND JUST TO HAVE HIM HAVE A LITTLE BIT
      22    OF HOPE, WOW, WOULD THAT MAKE MY YEAR, MY DAY, MY HOUR.  SO
      23    THAT'S WHERE I WOULD GO AND SAY, "LOOK, CHANGE IS COMING, EVEN
      24    HERE TO ASSUMPTION PARISH."  SO WE'D HAVE SOME HAPPY PEOPLE WHO
      25    WOULD HAVE HOPE AGAIN IN LOUISIANA.

05:22 1   **A.**   YES.   I THINK IT'S WELL-DOCUMENTED THAT BATON ROUGE IS A
      2   TALE OF TWO CITIES.   YOU KNOW, BASICALLY WE HAVE THE WORST AND
      3   THE BEST QUALITY OF LIFE WITHIN A FEW SQUARE MILES OF EACH
      4   OTHER, IN THAT, YOU KNOW, NORTH BATON ROUGE BEING PREDOMINANTLY
      5   AFRICAN AMERICAN; SOUTH BATON ROUGE BEING PREDOMINANTLY WHITE
      6   AND, YOU KNOW, THE INCOME BATCHING.

      7           YOU KNOW, CERTAINLY THE NORTH BATON ROUGE COMMUNITY
      8   IS POOR IN MODERATE INCOME, AND SOUTH BATON ROUGE IS SO MUCH
      9   MORE A WEALTHY COMMUNITY.   AND THEN, YOU KNOW, ALSO TOO
     10   POLITICALLY.   IT'S BEEN INTERESTING BECAUSE BASICALLY VOTERS IN
     11   THE STATE OF LOUISIANA -- I MEAN, IN THE CITY OF BATON ROUGE,
     12   THEY BASICALLY HAVE VOTED TO SECEDE FROM NORTH BATON ROUGE, IS
     13   THE BEST WAY I COULD PUT IT.   IT IS CURRENTLY IN COURT.
     14   BUT I MEAN, IT GIVES YOU AN IDEA OF HOW POWERFUL THAT
     15   DIFFERENCE IS OR THE DIVISION BETWEEN COMMUNITIES IN EAST BATON
     16   ROUGE PARISH.

     17   **Q.**   THANK YOU.

     18           AND YOU MENTIONED THAT NORTH BATON ROUGE WAS
     19   PREDOMINANTLY PEOPLE OF COLOR.   WOULD YOU SAY THAT NORTH BATON
     20   ROUGE HAS -- OR THE PEOPLE OF NORTH BATON ROUGE HAVE COMMON
     21   NEEDS THAT GO BEYOND RACE?

     22   **A.**   YES.

     23   **Q.**   AND COULD YOU SPEAK TO THOSE NEEDS?

     24   **A.**   I MEAN, I THINK THAT, YOU KNOW, WE'VE -- AGAIN, SECOND --
     25   YOU KNOW, LIKE WE'RE THE SECOND POOREST STATE, BUT I THINK

05:24  1   AFTER SOME OF THE DATA WE SAW TODAY, MAYBE WE'VE BEAT

      2   MISSISSIPPI, UNFORTUNATELY, TO BE THE POOREST STATE.

      3         YOU KNOW, IN NORTH BATON ROUGE WE HAVE HOUSING

      4   INSECURITY.  WE'VE GOT FOOD INSECURITY.  WE HAVE ABSOLUTELY,

      5   YOU KNOW, FOOD DESERTS, AS WELL AS -- YOU KNOW, JUST NOT -- NO

      6   OPPORTUNITIES FOR ECONOMIC -- YOU KNOW, ECONOMIC GROWTH, AND,

      7   YOU KNOW, AND -- YEAH.

      8   Q.   THANK YOU, MS. SHELTON.

      9         SHIFTING GEARS AGAIN, THE DEFENDANTS ARGUE THAT

     10   POLITICAL PARTY RATHER THAN RACE IS RESPONSIBLE FOR VOTING

     11   PATTERNS IN LOUISIANA.  IN YOUR EXPERIENCE AS PRESIDENT AND CEO

     12   OF POWER COALITION, DO YOU FIND THAT BLACK VOTERS VOTE FOR

     13   DEMOCRATS JUST BECAUSE THEY ARE DEMOCRATS?

     14   A.   NO.  I THINK THAT THEY VOTE FOR -- I MEAN, I THINK THEY

     15   VOTE FOR WHO IS GOING TO CARE ABOUT THEIR SELF-INTERESTS.  DOES

     16   THAT HAPPEN TO BE DEMOCRATS?  MOST OF THE TIME, MORE THAN

     17   LIKELY.  HOWEVER, I THINK IT IS ALSO TRUE THAT I DON'T THINK

     18   THAT BLACK COMMUNITIES ARE SERVED WELL BY EITHER SIDE.

     19   Q.   THANK YOU, MS. SHELTON.

     20         AND JUST ONE MORE TOPIC.  WHY IS IT IMPORTANT TO

     21   POWER COALITION'S CONSTITUENTS FOR THERE TO BE AN ADDITIONAL

     22   MAJORITY-BLACK DISTRICT?

     23   A.   BECAUSE, AGAIN, I MEAN, I THINK THAT ONE OF THE THINGS

     24   THAT WAS SO BEAUTIFUL WAS THAT WHEN WE STARTED THE

     25   REDISTRICTING JOURNEY AS AN ORGANIZATION AND TRYING TO ENGAGE