# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENÉ SOULÉ, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, and POWER COALITION FOR EQUITY AND JUSTICE, | Case No. 3:22-cv-00211-SDD-SDJ |
| Plaintiffs, | |
| v. | |
| KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | |
| Defendant. | |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, and TRAMELLE HOWARD, | Case No. 3:22-cv-00214-SDD-SDJ |
| Plaintiffs, | |
| v. | |
| R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State, | |
| Defendant. | |

## Motion to Withdraw as Counsel

NOW INTO COURT, through undersigned counsel, come Plaintiffs Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, National Association for the Advancement of Colored People Louisiana State Conference, and Power Coalition for Equity and Justice (collectively, the

"Robinson Plaintiffs") who respectfully submit this motion to withdraw Daniel S. Sinnreich as counsel of record for the Robinson Plaintiffs.

Daniel S. Sinnreich is currently a counsel with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for the Robinson Plaintiffs in this matter. Mr. Sinnreich is withdrawing as counsel because he is leaving the employ of Paul, Weiss. Paul, Weiss will continue to represent the Robinson Plaintiffs in this matter.

WHEREFORE, Robinson Plaintiffs pray that their motion be granted and that Daniel S. Sinnreich be withdrawn as counsel of record for the Robinson Plaintiffs in the above-captioned matter.

DATED: October 4, 2023

Respectfully submitted,

*/s/ John Adcock*

John Adcock
Adcock Law LLC
L.A. Bar No. 30372
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
Fax: (504) 308-1266
jnadcock@gmail.com

*/s/ Daniel S. Sinnreich*

Daniel S. Sinnreich
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas,
New York, NY 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
dsinnreich@paulweiss.com

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENÉ SOULÉ, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, and POWER COALITION FOR EQUITY AND JUSTICE, | Case No. 3:22-cv-00211-SDD-SDJ |
| Plaintiffs, | |
| v. | |
| KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | |
| Defendant. | |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, and TRAMELLE HOWARD, | Case No. 3:22-cv-00214-SDD-SDJ |
| Plaintiffs, | |
| v. | |
| R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State, | |
| Defendant. | |

## <u>ORDER</u>

CONSIDERING THE ABOVE AND FOREGOING:

IT IS ORDERED that Daniel S. Sinnreich is withdrawn as counsel of record for Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, National Association for the Advancement of Colored People Louisiana State Conference, and Power Coalition for Equity and Justice.

Baton Rouge, Louisiana, this _____ day of _____, 2023

_____

UNITED STATES DISTRICT JUDGE

**<u>Certificate of Service</u>**

I hereby certify that on October 4, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

October 4, 2023

*<u>/s/ John Adcock</u>*
John Adcock
Adcock Law LLC
L.A. Bar No. 30372
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
Fax: (504) 308-1266
jnadcock@gmail.com