UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
OCTOBER 17, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

| | |
|---|---|
| PRESS ROBINSON, ET AL | CIVIL ACTION |
| VERSUS | |
| KYLE ARDOIN, ET AL | NO. 22-211-SDD-SDJ |

CONSOLIDATED WITH

| | |
|---|---|
| EDWARD GALMON, SR., ET AL | CIVIL ACTION |
| VERSUS | |
| KYLE ARDOIN, ET AL | NO. 22-214-SDD-SDJ |

This matter came on this day for a *Status Conference*.

PRESENT: **Amitav Chakraborty, Esq.**
**John Nelson Adcock, Esq.**
Counsel for Robinson Plaintiffs

**Jacob D. Shelly, Esq.**
Counsel for Galmon Plaintiffs

**Philip J. Strach, Esq.**
Counsel for Kyle Ardoin

**Katherine L. McKnight, Esq.**
Counsel for Clay Schexnayder and Patrick Page Cortez

**Jason Brett Torchinsky, Esq.**
**Angelique Duhon Freel, Esq.**
Counsel for State of Louisiana – Attorney General Landry

**Stephen M. Irving, Esq.**
**Arthur Ray Thomas, Esq.**
Counsel for Louisiana Legislative Black Caucus

The parties discussed potential deadlines for proceedings for the remedy phase of the preliminary injunction.

The parties shall meet and confer to submit a joint scheduling order by October 20, 2023.

The hearing on the remedy phase of the preliminary injunction is set for February 5, 2024, to February 9, 2024, at 9:00 a.m. in Courtroom Three. By agreement of the parties, each side shall be limited to the presentation of one proposed remedial map. Discovery cut off shall be 14 days prior to the hearing.

\* \* \* \* \*

S. Thompson/Reporter
C: CV 36; T: 65 mins

CV 22-211-SDD-RLB
Press Robinson, et al v. Kyle Ardoin, et al.
c/w CV 22-214
Edward Galmon, Sr. v. Kyle Ardoin, et al
Status Conference
TUESDAY, October 17, 2023

**Sign-In Sheet:**

Please sign and print your name and the name of the party you represent.

| Signature | Name (Please Print Legibly) | Party Represented |
|---|---|---|
| [signature] | Jacob Shelly | Galmon Plaintiffs |
| [signature] | Arthur R. Thomas | Plaintiff |
| [signature] | Amitav Chakrabarti | Robinson Plaintiffs |
| [signature] | John Adcock | Robinson Plaintiffs |
| [signature] | Steve Irving | Black Caucus |
| [signature] | Angelique Freel | State of LA through AG |
| [signature] | Jason Torchinsky | State of LA through AG |
| [signature] | Phil Strach | Secretary of State |
| [signature] | Kate McKnight | President Cortez + Speaker Schexnayder |
| [signature] | John C Walsh | Sec. of State |
| [signature] | Carey T. Jones | State |
| [signature] | Jeffrey Wale | State through AG |
| [signature] | Brennan Bowen | State through AG |
| [signature] | John C. Conine, Jr. | SoS, Defendants |