# Exhibit 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,<br>       *Plaintiffs*,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana.<br><br>       *Defendant*. | Civil Action No. 3:22-cv-00211-SDD-RLB |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, TRAMELLE HOWARD,<br>       *Plaintiffs*,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana.<br><br>*Defendant*. | Civil Action No. 3:22-cv-00214-SDD-RLB |

**[PROPOSED] SCHEDULING ORDER**

The Court having heard from the parties at a status conference held on October 17, 2023, and having issued a minute order on October 19, 2023, ECF No. 301,

**IT IS HEREBY ORDERED** as follows:

1. The hearing on the remedy phase of the preliminary injunction is set for February 5-9, 2024, commencing at 9:00 a.m. in Courtroom 3.

2. By agreement of the parties, each side shall be limited to the presentation of one proposed remedial map.

3. The following schedule shall govern prehearing discovery, briefing, and exchange of expert and exhibit lists;

    a. December 15, 2023– deadline to identify experts performing RPV or Election Analysis on 2023 Elections and any Fact Witnesses

    b. January 12, 2024 – deadline for parties to exchange Expert Reports on RPV or Election Analysis on 2023 Elections

    c. January 22, 2024 – close of discovery

    d. January 26, 2024 – parties to exchange exhibit lists for remedial hearing

    e. January 30, 2024 – parties to file witness and exhibit lists, with objections

    f. January 31, 2024 – parties to file prehearing briefs

4. Defendants represent that the map they intend to offer this court as a remedial plan for this remedial phase of the preliminary injunction hearing is any map that the State of Louisiana enacts.

5. In the event that the State of Louisiana enacts a map close in time to February 5, 2024, the parties shall meet and confer regarding any adjustment to the pre-hearing schedule to afford the parties an opportunity to take discovery and submit expert reports and testimony concerning any such map, as time allows before the start of the remedial hearing on February 5, 2024.

6. Any proposed remedial map to be considered at the hearing shall comply with the Court's preliminary injunction Ruling and Order, ECF No. 173, except to the extent that the Ruling and Order may be reversed or modified on appeal. *See* Ruling and Order at 2 ("The appropriate remedy in this context is a remedial congressional redistricting plan that includes an additional majority-Black congressional district.").

Signed in Baton Rouge, Louisiana, this _____ day of _____, 2023.

_____
Chief Judge Shelly D. Dick

4864-7131-3289 v.1