**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

PRESS ROBINSON, *et al*

*versus*

KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana

*consolidated with*

EDWARD GALMON, SR., *et al*

*versus*

KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana

CIVIL ACTION

22-211-SDD-SDJ

CIVIL ACTION

22-214-SDD-SDJ

## **SCHEDULING ORDER**

The parties have met and conferred and agree on the following prehearing deadlines, which are hereby established:

- Deadline to identify experts performing RPV or Election Analysis on 2023 Elections and any Fact Witnesses: **December 15, 2023**

- Deadline for parties to exchange Expert Reports on RPV or Election Analysis on 2023 Elections: **January 12, 2024**

- Close of Discovery: **January 22, 2024**

- Deadline for parties to exchange exhibit lists for remedial hearing: **January 26, 2024**

- Deadline for parties to file witness and exhibit lists, with objections: **January 30, 2024**

- Deadline for parties to file prehearing briefs: **January 31, 2024**

The parties have also agreed to the following terms:

a. Each side shall be limited to the presentation of one proposed remedial map.

b. In the event that the State of Louisiana enacts a map close in time to February 5, 2024, the parties shall meet and confer regarding any adjustment to the pre-hearing schedule to afford Plaintiffs an opportunity to take discovery and submit expert reports and testimony concerning any such map, as time allows before the start of the remedial hearing on February 5, 2024.

c. Any proposed remedial map to be considered at the hearing shall comply with the Court's preliminary injunction *Ruling and Order*, ECF No. 173, except to the extent that the *Ruling and Order* may be reversed or modified on appeal. *See Ruling and Order* at 2 ("The appropriate remedy in this context is a remedial congressional redistricting plan that includes an additional majority-Black congressional district.").

Signed in Baton Rouge, Louisiana, on October 23, 2023.

*Shelly D. Dick*
_____
**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**