## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENÉ SOULÉ, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, and POWER COALITION FOR EQUITY AND JUSTICE,<br><br>        Plaintiffs,<br><br> v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>        Defendant. | Case No. 3:22-cv-00211 |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, and TRAMELLE HOWARD,<br><br>        Plaintiffs,<br><br> v.<br><br>R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State,<br><br>        Defendant. | Civil Action: 3:22-cv-00214 |

## **MOTION TO ENROLL COUNSEL**

**NOW INTO COURT,** through undersigned counsel, comes Defendant-Interevnor, the State of Louisiana, by and through Attorney General Jeff Landry, who respectfully requests that the following attorney be enrolled as additional counsel of record in the above numbered and captioned matter:

        Jeffrey M. Landry
        (La. Bar Roll No. 29942)
        Attorney General
        Louisiana Department of Justice
        P. O. Box 94005
        Baton Rouge, LA 70804-9005
        Telephone: (225) 326-6000
        Fax:   (225) 326-6098
        LandryJ@ag.louisiana.gov

Jeffrey M. Landry is the duly elected Attorney General of the State of Louisiana and is licensed to practice in the State of Louisiana and in this Honorable Court.

WHEREFORE, the Defendant-Intervenor prays that the Motion to Enroll Counsel be GRANTED.

        Respectfully submitted,

        Jeff Landry
        Louisiana Attorney General

        */s/ Jeffrey M. Wale*
        Elizabeth B. Murrill (LSBA No. 20685)
        Solicitor General
        Shae McPhee (LSBA No. 38565)
        Angelique Duhon Freel (LSBA No. 28561)
        Carey Tom Jones (LSBA No. 07474)
        Amanda M. LaGroue (LSBA No. 35509)
        Jeffrey M. Wale (LSBA No. 36070)
        OFFICE OF THE ATTORNEY GENERAL
        LOUISIANA DEPARTMENT OF JUSTICE
        1885 N. Third St.
        Baton Rouge, LA 70804
        (225) 326-6000 phone
        (225) 326-6098 fax
        murrille@ag.louisiana.gov
        mcphees@ag.louisiana.gov
        freela@ag.louisiana.gov
        jonescar@ag.louisiana.gov
        lagrouea@ag.louisiana.gov
        walej@ag.louisiana.gov

Jason Torchinsky (DC 976033)
Phillip M. Gordon (DC 1531277)
Brennan Bowen (AZ 36639)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: jtorchinsky@holtzmanvogel.com
pgordon@holtzmanvogel.com
bbowen@holtzmanvogel.com

## **CERTIFICATE OF SERVICE**

**I CERTIFY** I have served the foregoing was filed electronically and served on counsel for the parties by electronic notification by CM/ECF on November 21, 2023.

/s/ *Jeffrey M. Wale*
Jeffrey M. Wale