UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
NOVEMBER 27, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

| | |
|---|---|
| PRESS ROBINSON, ET AL | CIVIL ACTION |
| VERSUS | |
| KYLE ARDOIN, ET AL | NO. 22-211-SDD-SDJ |

CONSOLIDATED WITH

| | |
|---|---|
| EDWARD GALMON, SR., ET AL | CIVIL ACTION |
| VERSUS | |
| KYLE ARDOIN, ET AL | NO. 22-214-SDD-SDJ |

This matter came on this day for a *Status Conference*.

Making appearances for the parties were[1]:

**Stuart C. Naifeh, Esq.**
Counsel for Robinson Plaintiffs

**Abha Khanna, Esq.**
Counsel for Galmon Plaintiffs

**Philip J. Strach, Esq.**
Counsel for Kyle Ardoin

**Katherine L. McKnight, Esq.**
Counsel for Clay Schexnayder and Patrick Page Cortez

**Elizabeth Baker Murrill, Esq.**
**Angelique Duhon Freel, Esq.**
Counsel for State of Louisiana – Attorney General Landry

---

[1] Numerous other enrolled counsel for the parties were present in person and telephonically.

        **Stephen M. Irving, Esq.**
        **Arthur Ray Thomas, Esq.**
        Counsel for Louisiana Legislative Black Caucus

      The parties discussed scheduling of the bench trial.

      The parties filed briefs setting forth their scheduling preferences. (Rec. Doc. Nos. 307, 311). This matter is scheduled for a remedial hearing on the preliminary injunction set to commence on February 5, 2024. Pursuant to the Fifth Circuit's most recent ruling in this case the remaining procedure will be converted to a trial on the merits.

      The Plaintiffs move the Court to convert the presently scheduled preliminary injunction remedial hearing date to a trial on the merits. The Defendants and intervenors submit that a trial commencing on February 5, 2024 leaves insufficient time for trial preparation and argue that considering the legislative process the earliest the legislature could plausibly enact a Voting Rights Act ("VRA") Section 2[2] compliant map would be January 25, 2024. Defendants propose a trial date commencing on or after March 11th. Plaintiff's counsel expressed that unalterable conflicts and expert witness availability make a March 11th trial date impossible.

The Court hereby sets the following dates:

      The deadline for the parties to produce and exchange enacted maps and illustrative maps is January 30, 2024. The maps exchanged among the parties shall be contemporaneously filed in the record. If the Defendant/Intervenors fail to produce a new enacted map on or before January 30, 2024, this matter will proceed to a trial on the merits on February 5, 2024 which shall continue daily until complete. If a new enacted map is produced, exchanged with Plaintiff's counsel, and filed in the record on or before

---

[2] 52 U.S.C § 10301.

January 30, 2023, a trial on the merits shall be held commencing on March 25, 2024, and shall continue daily until complete.

An in-person final pre-trial conference shall be held in Court Room 3 seven days before trial. Expert reports shall be exchanged and filed in the record within ten days after the exchange of maps.  Motions in limine shall be filed thirty days prior to trial.

This matter is hereby referred to the Magistrate Judge for a detailed scheduling order under both schedules set forth above.

\* \* \* \* \*

C:  CV 36; T: 30 mins