IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,<br><br>*Plaintiffs*,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendant*. | CIVIL ACTION NO. 3:22-cv-00211-SDD-RLB |

## EX PARTE MOTION FOR *PRO HAC VICE* ADMISSION OF DAYTON CAMPBELL-HARRIS

In accordance with Local Civil Rule 83(b)(8) governing visiting attorneys to the United States District Court for the Middle District of Louisiana, the undersigned John Adcock, counsel of record for Plaintiffs, respectfully request that this Court permit attorney Dayton Campbell-Harris to appear and participate *pro hac vice* as counsel on behalf of the Robinson Plaintiffs.

1. Mr. Campbell-Harris is a licensed attorney admitted to practice in the State of Washington. He is a member in good standing of the Bar of the State of Washington.

2. Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Mr. Campbell-Harris is attached here as Exhibit 1 swearing that no disciplinary proceedings or criminal charges

have been instituted against him. That declaration also contains the oath required by Local Civil Rule 83(b)(8)(D).

3. Also pursuant to Local Civil Rule 83(b)(8), a Certificate of Good Standing from the State of Washington is attached here as Exhibit 2.

WHEREFORE, John Adcock, member of the bar of this Court in good standing, pray that this court enter an order permitting Dayton Campbell-Harris to appear *pro hac vice* for Plaintiffs in the above-captioned matter.

Date: December 8, 2023                                  Respectfully submitted,

*/s/ John Adcock*
John Adcock (La. Bar No. 30372)
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
jnadcock@gmail.com

*Attorney for Robinson Plaintiffs*