IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE, | CIVIL ACTION NO. 3:22-cv-00211  Chief Judge Shelly D. Dick Magistrate Judge Scott D. Johnson |
| *Plaintiffs*, | |
| v. | |
| KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | |
| *Defendant*. | |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, and TRAMELLE HOWARD, | Consolidated with  CIVIL ACTION NO. 3:22-cv-00214 |
| *Plaintiffs*, | |
| v. | |
| R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | |
| *Defendant*. | |

# MOTION TO SUBSTITUTE PLEADING

*Amici* Michael Mislove, Lisa J. Fauci, Robert Lipton, and Nicholas Mattei respectfully move this Court to grant leave to substitute the attached Motion for Andrew J. Plague and Keri Holleb Hotaling to Withdraw as Counsel for the document at Docket No. 316.

WHEREFORE, Amici request the Court permit the attached Motion to Withdraw Counsel to be filed.

Dated: December 11, 2023

Respectfully submitted,

**BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.**

**JENNER & BLOCK LLP**

*/s/ Jessica Ring Amunson*

Judy Y. Barrasso (La. Bar No. 2814)
BARRASSO USDIN KUPPERMAN
 FREEMAN &SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, LA 70112
Tel: (504) 589-9700
Fax: (504) 589-9701
jbarrasso@barrassousdin.com

Jessica Ring Amunson*
Sam Hirsch*
Alex S. Trepp*
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
(202) 639-6000
shirsch@jenner.com
jamunson@jenner.com
atrepp@jenner.com

Keri L. Holleb Hotaling*
Andrew J. Plague*
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 923-2975
khotaling@jenner.com
aplague@jenner.com

* *Pro hac vice*

*Counsel for Amici*