IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE, | CIVIL ACTION NO.  3:22-cv-00211<br><br>Chief Judge Shelly D. Dick<br>Magistrate Judge Scott D. Johnson |
| *Plaintiffs*, | |
| v. | |
| KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | |
| *Defendant.* | |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, and TRAMELLE HOWARD, | Consolidated with<br><br>CIVIL ACTION NO. 3:22-cv-00214 |
| *Plaintiffs*, | |
| v. | |
| R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | |
| *Defendant.* | |

## MOTION TO WITHDRAW ANDREW J. PLAGUE AND KERI HOLLEB HOTALING AS COUNSEL

1

Pursuant to Local Civil Rule 83(b)(13), Jessica Ring Amunson of Jenner & Block LLP hereby moves the Court to enter an Order herein withdrawing Andrew J. Plague and Keri Holleb Hotaling as counsel of record *pro hac vice* for *Amici* Michael Mislove, Lisa J. Fauci, Robert Lipton, and Nicholas Mattei. Mr. Plague and Ms. Holleb Hotaling are no longer with Jenner & Block LLP. *Amici* will continue to be represented by attorneys Alex S. Trepp, Jessica Ring Amunson, and Sam Hirsch of Jenner & Block LLP and Judy Y. Barrasso of Barrasso Usdin Kupperman Freeman & Sarver, LLC. This withdrawal will not delay any proceedings. Pursuant to Local Rule 83(b)(13), the undersigned certifies that Mr. Plague and Ms. Holleb Hotaling have consented to their withdrawal from this proceeding.

For the reasons stated above, Ms. Amunson respectfully requests that this Court grant this motion to withdraw Andrew J. Plague and Keri Holleb Hotaling as counsel and remove Mr. Plague and Ms. Holleb Hotaling from further electronic notifications in this case.

Dated: December 11, 2023

Respectfully submitted,

**BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.**

**JENNER & BLOCK LLP**

*/s/ Jessica Ring Amunson*

Judy Y. Barrasso (La. Bar No. 2814)
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, LA 70112
Tel: (504) 589-9700
Fax: (504) 589-9701

Jessica Ring Amunson*
Sam Hirsch*
Alex S. Trepp*
JENNER & BLOCK LLP
1099 New York Avenue, NW,
Suite 900
Washington, D.C. 20001

jbarrasso@barrassousdin.com

(202) 639-6000
shirsch@jenner.com
jamunson@jenner.com
atrepp@jenner.com

Keri L. Holleb Hotaling*
Andrew J. Plague*
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 923-2975
khotaling@jenner.com
aplague@jenner.com

*Pro hac vice*

*Counsel for Amici*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE, | CIVIL ACTION NO. 3:22-cv-00211<br><br>Chief Judge Shelly D. Dick<br>Magistrate Judge Scott D. Johnson |
| *Plaintiffs*, | |
| v. | |
| KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | |
| *Defendant.* | |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, and TRAMELLE HOWARD, | Consolidated with<br><br>CIVIL ACTION NO. 3:22-cv-00214 |
| *Plaintiffs*, | |
| v. | |
| R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | |
| *Defendant.* | |

4

# [PROPOSED] ORDER

Before the Court is counsel for *Amici*, Jessica Ring Amunson's Motion to Withdrawal Attorneys Keri Holleb Hotaling and Andrew J. Plague as Counsel.

It is hereby ordered that the *Amici's* Motion is GRANTED, thereby withdrawing Andrew J. Plague and Keri Holleb Hotaling as counsel of record for the *Amici* herein. The Clerk of Court is DIRECTED to terminate Mr. Plague and Ms. Holleb Hotaling's appearances on the docket.

Baton Rouge, Louisiana, this _____ day of _____, 2023.

 _____
 SHELLY D. DICK
 UNITED STATES
 CHIEF DISTRICT JUDGE