IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,<br><br>        *Plaintiffs*,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>        *Defendant.* | CIVIL ACTION<br>NO. 3:22-cv-00211<br><br>Chief Judge Shelly D. Dick<br>Magistrate Judge Scott D. Johnson |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, and TRAMELLE HOWARD,<br><br>        *Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>       *Defendant.* | Consolidated with<br><br>CIVIL ACTION<br>NO. 3:22-cv-00214 |

# [PROPOSED] ORDER

Before the Court is counsel for *Amici*, Jessica Ring Amunson's Motion to Substitute Pleading.

IT IS HEREBY ORDERED that the *Amici's* Motion is GRANTED, thereby substituting the attached Motion to Withdrawal Attorneys Keri Holleb Hotaling and Andrew J. Plague as Counsel for docket entry 316.

Baton Rouge, Louisiana, this _____ day of _____, 2023.

_____
SHELLY D. DICK
UNITED STATES
CHIEF DISTRICT JUDGE