# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRESS ROBINSON, ET AL** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 22-211-SDD-SDJ** |
| **KYLE ARDOIN, ET AL** | |

*CONSOLIDATED WITH*

| | |
|---|---|
| **EDWARD GALMON, SR., ET AL** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 22-214-SDD-SDJ** |
| **KYLE ARDOIN, ET AL** | |

## ORDER

At the parties' request, a video status conference was held on December 21, 2023, regarding the schedule and submissions in advance of trial.

    **PRESENT:**   **Stuart C. Naifeh**
                         **Sara Rohani**
                         **Alora Thomas-Lundborg**
                         **Amitav Chakraborty**
                         **Sarah Brannon**
                         Counsel for Plaintiffs Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, National Association for the Advancement of Colored People Louisiana State Conference, and Power Coalition for Equity and Justice

                         **Jacob Shelly**
                         **Daniel Cohen**
                         Counsel for Consolidated Plaintiffs Edward Galmon, Sr., Ciara Hart, Norris Henderson, and Tramelle Howard

T: 00:45

**Cassie Holt**
**Alyssa Riggins**
**John Conine, Jr.**
Counsel for Defendant Kyle Ardoin

**Patrick T. Lewis**
**Michael Mengis**
Counsel for Intervenor Defendants Clay Schexnayder and Patrick Page Cortez

**Brennan Bowen**
**Amanda LaGroue**
Counsel for Intervenor Defendant State of Louisiana- Attorney General Jeff Landry

**Stephen Irving**
Counsel for Movant Louisiana Legislative Black Caucus

The parties had largely agreed on pre-trial schedules for both eventualities—trial beginning February 5, 2024, or March 25, 2024. (*See* Minute Entry, R. Doc. 315). They presented the Court with the primary remaining issue: whether Plaintiffs can submit revised maps, and whether such a submission would necessarily trigger the March trial date. The Court heard considerations from all parties and, after consultation with the District Judge, determined that Plaintiffs **may** submit new maps for the February trial date. Because Plaintiffs will produce new maps tomorrow, and in order to allow Defendants time to evaluate those new maps, pre-trial motions may be filed 21 days before the February trial date, rather than the previously ordered 30 days.

The Court **instructed** the parties to submit a joint motion to adopt scheduling order that incorporates the above. If any disagreements remain, the parties should set out their positions clearly and concisely for the Court's consideration.

Signed in Baton Rouge, Louisiana, on December 21, 2023.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

T: 00:45