UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENÉ SOULÉ, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, and POWER COALITION FOR EQUITY AND JUSTICE, <br><br>Plaintiffs, <br><br>v. <br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, <br><br>Defendant. | Case No. 3:22-cv-00211 |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, and TRAMELLE HOWARD, <br><br>Plaintiffs, <br><br>v. <br><br>R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State, <br><br>Defendant. | Civil Action: 3:22-cv-00214 |

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, through undersigned counsel, comes Intervenor-Defendant the State of Louisiana, through Louisiana Attorney General Jeff Landry, who respectfully submits this motion to withdraw Jeff Landry as counsel of record in this matter.

Jeff Landry currently represents the Intervenor-Defendant and is the Attorney General of the State of Louisiana. He is leaving his position as the Attorney General of the State of Louisiana. The State of Louisiana will remain represented by the other counsel enrolled in this suit.

WHEREFORE, Intervenor-Defendant the State of Louisiana, through Louisiana Attorney General Jeff Landry, respectfully prays that this motion be granted and Jeff Landry be withdrawn as counsel of record in this matter.

Respectfully submitted,

Jeff Landry
Louisiana Attorney General

*/s Jeffrey M. Wale*
Elizabeth B. Murrill (LSBA No. 20685)
Solicitor General
Shae McPhee (LSBA No. 38565)
Angelique Duhon Freel (LSBA No. 28561)
Carey Tom Jones (LSBA No. 07474)
Jeffrey M. Wale (LSBA No. 36070)
OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
murrille@ag.louisiana.gov
freela@ag.louisiana.gov
walej@ag.louisiana.gov
jonescar@ag.louisiana.gov
mcphees@ag.louisiana.gov

Jason Torchinsky (DC 976033)
Phillip M. Gordon (DC 1531277)
Dallin Holt (VSB 97330)
Brennan Bowen (AZ 36639)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
Telephone: (540) 341-8808

                    Facsimile: (540) 341-8809  
                    Email: jtorchinsky@holtzmanvogel.com  
                           pgordon@holtzmanvogel.com  
                           dholt@holtzmanvogel.com  
                           bbowen@holtzmanvogel.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 3rd day of January, 2024, the foregoing has been sent electronically to all counsel of record.

                                         */s/ Jeffrey M. Wale*  
                                         Jeffrey M. Wale