UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENÉ SOULÉ, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, and POWER COALITION FOR EQUITY AND JUSTICE,<br><br>Plaintiffs,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>Defendant. | Case No. 3:22-cv-00211 |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, and TRAMELLE HOWARD,<br><br>Plaintiffs,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State,<br><br>Defendant. | Civil Action: 3:22-cv-00214 |

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, through undersigned counsel, comes Intervenor-Defendant the State of Louisiana, through Louisiana Attorney General Jeff Landry, who respectfully submits this motion to withdraw Jeffrey Wale as counsel of record in this matter.

Jeffrey Wale currently represents the Intervenor-Defendant and is employed as an Assistant Attorney General in the Louisiana Department of Justice. He is leaving his employment in the Louisiana Department of Justice. The State of Louisiana will remain represented by the other counsel enrolled in this suit.

WHEREFORE, Intervenor-Defendant the State of Louisiana, through Louisiana Attorney General Jeff Landry, respectfully prays that this motion be granted and Jeffrey Wale be withdrawn as counsel of record in this matter.

    Respectfully submitted,

    Jeff Landry
    Louisiana Attorney General

    */s Jeffrey M. Wale*
    Elizabeth B. Murrill (LSBA No. 20685)
    Solicitor General
    Shae McPhee (LSBA No. 38565)
    Angelique Duhon Freel (LSBA No. 28561)
    Carey Tom Jones (LSBA No. 07474)
    Jeffrey M. Wale (LSBA No. 36070)
    OFFICE OF THE ATTORNEY GENERAL
    LOUISIANA DEPARTMENT OF JUSTICE
    1885 N. Third St.
    Baton Rouge, LA 70804
    (225) 326-6000 phone
    (225) 326-6098 fax
    murrille@ag.louisiana.gov
    freela@ag.louisiana.gov
    walej@ag.louisiana.gov
    jonescar@ag.louisiana.gov
    mcphees@ag.louisiana.gov

    Jason Torchinsky (DC 976033)
    Phillip M. Gordon (DC 1531277)
    Dallin Holt (VSB 97330)
    Brennan Bowen (AZ 36639)
    HOLTZMAN VOGEL BARAN
    TORCHINSKY & JOSEFIAK PLLC
    15405 John Marshall Hwy

Haymarket, VA 20169  
Telephone: (540) 341-8808  
Facsimile: (540) 341-8809  
Email: jtorchinsky@holtzmanvogel.com  
pgordon@holtzmanvogel.com  
dholt@holtzmanvogel.com  
bbowen@holtzmanvogel.com  

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 3rd day of January, 2024, the foregoing has been sent electronically to all counsel of record.

*/s/ Jeffrey M. Wale*
Jeffrey M. Wale