UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**PRESS ROBINSON, ET AL**                               **CIVIL ACTION**

**VERSUS**
                                                        **NO. 22-211-SDD-SDJ**
**KYLE ARDOIN, ET AL**

*CONSOLIDATED WITH*

**EDWARD GALMON, SR., ET AL**                           **CIVIL ACTION**

**VERSUS**
                                                        **NO. 22-214-SDD-SDJ**
**KYLE ARDOIN, ET AL**

## ORDER

Before the Court is a Consent Motion for a Scheduling Order (R. Doc. 325) filed by the Parties in this matter pursuant to the status conference held December 21, 2023 (R. Doc. 324).

**IT IS ORDERED** that the Parties' Consent Motion for a Scheduling Order (R. Doc. 325) is **GRANTED** subject to the Court's additions and modifications indicated in **bold type** below, and the deadlines are set as follows:

1. Should the Legislature fail to enact a map compliant with §2 of the Voting Rights Act ("VRA") on or before January 30, 2024 (see R. Doc. 315), the following schedule shall apply:

    a. December 22, 2023 – deadline for Plaintiffs to serve expert disclosures in accordance with Rule 26(a)(2)(B). Plaintiffs file expert reports related to illustrative maps, other than those related to Racially Polarized Voting ("RPV") or election analysis on 2023 elections

    b. January 5, 2024 – deadline for Parties to exchange initial list of fact and expert witnesses, except for experts performing RPV or election analysis on 2023 elections, and including any experts previously disclosed in connection with the preliminary injunction and remedial proceedings that the party may call at trial

    c. January 12, 2024 – deadline for Parties to serve rebuttal expert reports, other than those related to RPV or election analysis on 2023 elections

    d. January 12, 2024 – close of fact discovery

    e. January 15, 2024 – deadline for Parties to file pre-trial motions

    f. **January 15, 2024 – deadline for Parties to file non-dispositive pre-trial motions and to file *Daubert* Motions in Limine on experts thus far identified**

    g. January 15, 2024 – deadline for the simultaneous exchange of expert reports related to RPV or election analysis on 2023 elections

    h. January 19, 2024 – deadline for the simultaneous exchange of rebuttal expert reports related to RPV or election analysis on 2023 elections

    i. January 22, 2024 – deadline for Parties to serve surrebuttal expert reports

    j. January 22, 2024 – deadline for Parties to oppose any pretrial motions **and to oppose *Daubert* Motions in Limine on experts made the subject of the deadline in part 1(f) above**

    k. **January 22, 2024 – deadline for Parties to file *Daubert* Motions in Limine on experts related to RPV or election analysis on 2023 elections**

    l. January 24, 2024 – deadline for the close of expert discovery

    m. **January 26, 2024 – deadline for Parties to oppose *Daubert* Motions in Limine on experts related to RPV or election analysis on 2023 elections**

    n. January 26, 2024 – deadline for Parties to file dispositive motions

    o. January 26, 2024 – deadline for Parties to exchange witness and exhibit lists for trial

    p. January 29, 2024 – final in-person pretrial conference

    q. **January 30, 2024** – deadline for Parties to file motions in opposition to dispositive motions

    r. **February 1, 2024** – deadline for Parties to file witness and exhibit lists, with objections, and exchange labeled exhibits

    s. February 5, 2024 – first day of trial, commencing at 9 am

2. Should the Legislature enact a map compliant with §2 of the VRA on or before January 30, 2024, the following schedule shall apply:

    a. January 30, 2024 – deadline for Parties to produce, exchange, and file enacted maps and illustrative maps

    b. February 6, 2024 – deadline for Plaintiffs to notify Court whether they oppose the new enacted map

    c. February 8, 2024 – deadline for Plaintiffs to file an Amended Complaint or supplemental complaint

    d. February 9, 2024 – deadline for the simultaneous exchange of expert reports related to the new enacted map

    e. February 16, 2024 – deadline for Defendants to respond to Plaintiffs' Amended Complaint, if filed

    f. February 19, 2024 – deadline for the simultaneous exchange of rebuttal expert reports

    g. February 22, 2024 – close of fact and expert discovery

    h. February 23, 2024 – deadline for Parties to file pretrial motions, **including Motions in Limine**

    i. March 1, 2024 – deadline for Parties to file oppositions to pretrial motions

    j. March 8, 2024 – deadline for Parties to file dispositive motions

    k. March 11, 2024 – deadline for Parties to exchange witness and exhibit lists

    l. March 18, 2024 – final in-person trial conference

    m. March 18, 2024 – deadline for Parties to file oppositions to dispositive motions

    n. March 19, 2024 – deadline for Parties to file witness and exhibit lists, with objections, and exchange stamped exhibits

    o. March 25, 2024 – first day of trial, commencing at 9am

Signed in Baton Rouge, Louisiana, on January 2, 2024.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**