IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>   Defendant.<br><br>*consolidated with*<br><br>EDWARD GALMON, SR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>   Defendant. | CIVIL ACTION<br>NO. 3:22-CV-00211-SDD-SDJ<br>*consolidated with*<br>NO. 3:22-CV-00214-SDD-SDJ |

## **NOTICE OF SUBSTITUTION**

  Nancy Landry, by and through undersigned counsel, hereby notifies the Court that R. Kyle Ardoin no longer holds the office of Secretary of State for Louisiana and that she, as the successor in office and current Secretary of State for Louisiana, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, is automatically substituted as a party in the above-captioned consolidated matters. Secretary Landry respectfully requests that all future filings be served through her undersigned counsel.

  Respectfully submitted, this the 9th day of January, 2024.

*/s/ Phillip J. Strach*
Phillip J. Strach*
    *Lead Counsel*
Thomas A. Farr*
John E. Branch, III*
Alyssa M. Riggins*
Cassie A. Holt*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
tom.farr@nelsonmullins.com
john.branch@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com

*/s/ John C. Walsh*
John C. Walsh, LA Bar Roll No. 24903
John C. Conine, Jr., LA Bar Roll No. 36834
**SHOWS, CALL & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4425
Baton Rouge, LA 70821
Ph: (225) 346-1461
Fax: (225) 346-1467
john@scwllp.com
coninej@scwllp.com

* *Admitted pro hac vice*

*Counsel for Defendant R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana*