UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,<br>     *Plaintiffs*,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana.<br><br>     *Defendant*. | Civil Action No.3:22-cv-00211-SDD-SDJ<br><br>**MOTION TO ENROLL ARIELLE B. MCTOOTLE PRO HAC VICE** |

  NOW INTO COURT, come Plaintiffs, Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, National Association for the Advancement of Colored People ("NAACP") Louisiana State Conference, and Power Coalition for Equity and Justice, who respectfully move this Honorable Court pursuant to Local Rule 83(b)(8) for an order permitting ARIELLE B. MCTOOTLE to appear pro hac vice as counsel for *Robinson* Plaintiffs in this case.

  In support of this motion, Plaintiffs, through undersigned counsel state as follows:

  1. ARIELLE B. MCTOOTLE is an associate of the law firm of Paul, Weiss,

Rifkind, Wharton & Garrison LLP;

2. ARIELLE B. MCTOOTLE is a member of good standing in the Bar of the State of New York. Her New York State Bar Registration Number is 5993217. There have been no disciplinary proceedings or criminal charges instituted against her. In support of this motion, attached are a Declaration and Certificate of Good Standing for ARIELLE B. MCTOOTLE.

3. The mailing address for ARIELLE B. MCTOOTLE is Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

4. The telephone number for ARIELLE B. MCTOOTLE is 212-373-3948.

5. The facsimile number for ARIELLE B. MCTOOTLE is 646-871-0075.

6. The e-mail address for ARIELLE B. MCTOOTLE is amctootle@paulweiss.com.

7. The name and office address of the Louisiana attorney with whom ARIELLE B. MCTOOTLE is associated for the purpose of this case is John Adcock, Adcock Law LLC, 3110 Canal Street, New Orleans, Louisiana 70119. Ms. McTootle seeks admission *pro hac vice* in this case to represent Plaintiffs, Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, National Association for the Advancement of Colored People ("NAACP") Louisiana State Conference, and Power Coalition for Equity and Justice, in association with Mr. Adcock, a resident attorney admitted to practice in this Court.

8. ARIELLE B. MCTOOTLE is familiar with the Federal Rules of Civil Procedure and agrees to abide by those rule and the Local Rules of this Court.

Date: January 10, 2024                    Respectfully submitted,

By: */s/John Adcock*

John Adcock
Adcock Law LLC
L.A. Bar No. 30372
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
Fax: (504) 308-1266
jnadcock@gmail.com

*Counsel for Robinson Plaintiffs*