Page 1

1

2                    UNITED STATES DISTRICT COURT

3                    MIDDLE DISTRICT OF LOUISIANA

4                     Case No. 22:211-SDD-SDJ

5       -----------------------------------x

        PRESS ROBINSON, et al.,

6

                            Plaintiffs,

7

                    vs.

8

        KYLE ARDOIN, in his official capacity

9       as Secretary of State for Louisiana

10      AND

11      EDWARD GALMON, SR., et al.,

12                      Plaintiffs,

13                  vs.

14      KYLE ARDOIN, in his official capacity

15      as Secretary of State for Louisiana,

16                      Defendant.

        -----------------------------------x

17

18             REMOTE VIDEOTAPED DEPOSITION OF

19               DAVID A. SWANSON, PH.D.

20                 September 22, 2023

21

22

23      Reported by:

24      KATHY S. KLEPFER

25      RMR, RPR, CRR, CLR

Page 2

1                          D.A. SWANSON - PH.D.

2                          September 22, 2023

3                              9:04 a.m.

4                REMOTE VIDEOTAPED deposition of

5           DAVID A. SWANSON, PH.D., before Kathy S.

6           Klepfer, a Registered Professional Reporter,

7           Registered Merit Reporter, Certified Realtime

8           Reporter, Certified Livenote Reporter, and

9           Notary Public of the State of New York.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          D.A. SWANSON - PH.D.

2            A P P E A R A N C E S:

3          (All appearing remotely)

4

5    ELIAS LAW GROUP

6    Attorneys for Plaintiffs

7         11200 Rockville Pike, #405

8         Rockville, MD  20852

9    BY:  ALISON GE, ESQ.

10         DANIEL COHEN, ESQ.

11         JACOB SHELLY, ESQ.

12

13   NELSON MULLINS RILEY AND SCARBOROUGH

14   Attorneys for Defendant

15        301 Hillsborough Street

16        Suite 1400

17        Raleigh, NC  27603

18   BY:  THOMAS FARR, ESQ.

19         CASSIE HOLT, ESQ.

20

21

22

23

24

25

Page 4

1                        D.A. SWANSON - PH.D.

2                    A P P E A R A N C E S (Cont'd.)

3                      (All appearing remotely)

4

5        SHOWS CALI & WALSH LLP

6        Attorneys for Defendant

7            628 St. Louis Street

8            Baton Rouge, LA   70802

9        BY:   JOHN C. CONINE, ESQ.

10

11

12

13       ALSO  PRESENT:

14           ADRIENNE SCALO, Concierge Technician

15           JOE RAGUSO, Videographer

16

17

18

19

20

21

22

23

24

25

1                    D.A. SWANSON - PH.D.

2                           INDEX

3        EXAMINATION OF D. SWANSON, PH.D.:              PAGE

4        By Ms. Ge                                        7

5

6

7        SWANSON EXHIBITS:                              PAGE

8        Exhibit 1, Notice of Deposition                 14

9        Exhibit 2, Expert Report of David A. Swanson,   29

         Ph.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    D.A. SWANSON - PH.D.

2                THE VIDEOGRAPHER:  Good morning.  We

3        are going on the record at 9:04 a.m. PDT on

4        Friday, September 22, 2023.

5                Please note that the deposition is

6        being conducted virtually.  Quality of

7        recording depends on quality of camera and

8        internet connection of participants.  What

9        is seen from the witness and heard on-screen

10       is what will be recorded.  Audio and video

11       recording will continue to take place unless

12       all parties agree to go off the record.

13               This is media unit 1 of the

14       video-recorded deposition of Dr. David A.

15       Swanson being taken by counsel here in the

16       matter of Press Robinson, et al., versus

17       Edward Galmon, Sr., et al., filed in the

18       United States District Court for the Middle

19       District of Louisiana, Civil Action Number

20       22:211-SDD-SDJ.

21               My name is Joe Raguso with Veritext,

22       and I'm the videographer.  The court

23       reporter is Kathy Klepfer, also with

24       Veritext.

25               I am not authorized to administer an

```
 1                    D.A. SWANSON - PH.D.
 2           oath, I am not related to any party in this
 3           action, nor am I financially interested in
 4           the outcome.
 5                   Counsels' appearances have been noted
 6           on the stenographic record, and the court
 7           reporter will now swear in the witness.
 8                             * * *
 9        DAVID A. SWANSON, PH.D.,  called as a
10              witness, having been duly sworn by a Notary
11              Public, was examined and testified as
12              follows:
13       EXAMINATION BY
14       MS. GE:
15           Q.    Good morning, Dr. Swanson.  My name is
16       Alison Ge, and I represent the Galmon plaintiffs
17       in this matter.
18                   Will you please state your full name
19       for the record, please?
20           A.    David Arthur Swanson.
21           Q.    Thank you.
22                   Is anyone in the room with you today?
23           A.    My dog, Sophia.
24           Q.    Did you bring anything with you to the
25       deposition today, any documents, hard copy or
```

```
                                            Page 8
1                       D.A. SWANSON - PH.D.
2       electronic?
3            A.    I have a hard copy of my report.
4            Q.    Anything else?
5            A.    No.
6            Q.    And how are you viewing this
7       deposition?  By laptop or phone?
8            A.    What was the question?
9            Q.    How are you viewing this deposition?
10                 Are you on your laptop or are you on
11      your phone?
12           A.    I'm on a laptop.
13           Q.    And did you bring any other devices
14      like a phone or a laptop or a tablet with you?
15           A.    No, this is from my house so things
16      like that are in my house, so I didn't bring
17      them with me.  They're here with me.
18           Q.    Okay.  Well, if you have them, would
19      you please put them away at this time?
20           A.    My phone's away.
21           Q.    Okay.  Great.
22                 Do you have any other programs or tabs
23      open on your screen?
24           A.    No.
25           Q.    Great.
```

                                                    Page 9

 1                    D.A. SWANSON - PH.D.
 2          A.    One exception is, to access this, I
 3     had to go through my e-mail account.  So
 4     underlying this is my e-mail account, and that's
 5     open.
 6          Q.    Okay.  Would you please -- would you
 7     be able to close that at this time?
 8          A.    No; then I will lose this.
 9          Q.    Okay.  Do you have --
10                Have you ever been deposed as an
11     expert witness before?
12          A.    I have.
13          Q.    Have you ever been deposed for any
14     other reason?
15          A.    Not that I can think of.
16          Q.    Have you testified at trial before?
17          A.    Yes.
18          Q.    How many times?
19          A.    Several.  I can't -- I don't know the
20     exact count.
21          Q.    Have you ever been asked to analyze a
22     proposed remedial map before?
23          A.    No.
24                Well, actually, that's not true.  I've
25     just been asked in the case of the Mississippi

```
 1                    D.A. SWANSON - PH.D.
 2      Supreme Court District that I worked on.
 3           Q.    And what did you conclude in that
 4      case?
 5           A.    I concluded in -- in -- in my report
 6      that the proposed boundaries affected some
 7      things of interest, such as diversity of the
 8      population in Supreme Court District 1, among
 9      other findings.
10           Q.    Okay.  And was that the only case
11      where you were asked to look at a remedial map?
12           A.    Yes.
13           Q.    What were your other cases about where
14      you have testified at trial?
15           A.    One was about a statistical matter in
16      a trial about votes in Arkansas, another one was
17      about how population estimates are done in the
18      State of Alaska, but I was only deposed, didn't
19      go to trial on that one.
20                 Another one that I have gone to trial
21      on recently in July was a Hopi water allotment
22      case, where I testified on my population
23      projections.  I've also done population
24      projections that related to the construction of
25      a hospital south of Nashville, Tennessee.  So it
```

1                    D.A. SWANSON - PH.D.

2         was on a needs basis, whether or not the

3         hospital met all the qualifications.  And there

4         are probably more.  I can't recall them all.

5              Q.    Okay.  Thank you.

6                    And I would like to go over some

7         ground rules for today's deposition just to make

8         sure that we're all on the same page.  Okay?

9                    During this deposition, I will ask you

10        questions, and as you answer them, the court

11        reporter will be taking down my questions and

12        your answers.

13                   The court reporter is on Zoom with us

14        to write it all down so you will need to provide

15        clear verbal answers to make an accurate record,

16        especially given that we're not all in the same

17        room.  So no nodding or shaking of the head.

18                   Can you agree to do that?

19             A.    Yes.

20             Q.    I will do my very best not to

21        interrupt you today.

22                   Will you please try to also do the

23        same?

24             A.    Yes.

25             Q.    Your answers will be under oath,

```
 1                    D.A. SWANSON - PH.D.
 2        meaning that you are swearing to their
 3        truthfulness and accuracy.  The oath that you
 4        took today has the same effect as if you were
 5        testifying in a court of law.
 6                 Do you understand that?
 7        A.    Yes.
 8        Q.    If you do not understand or hear a
 9        question, please ask me to rephrase or repeat
10        the question.  If you answer a question, I will
11        assume that you understood the question.
12                 Does that sound fair?
13        A.    Yes.
14        Q.    And can you please give complete
15        answers to -- to my questions throughout?
16                 When --
17        A.    Yes; I'll try to give you complete
18        answers.
19        Q.    Great.
20                 When answering, if you think of
21        something that might help you remember or give a
22        more accurate answer, for example, any
23        documents, please tell us.  We might be able to
24        get those documents, at least electronically.
25                 Your attorney may object to some of my
```

```
                                              Page 13
 1                  D.A. SWANSON - PH.D.
 2       questions.  These objections are for the judge
 3       to consider later.  You must still answer my
 4       questions unless you are specifically told not
 5       to do so by your attorney.
 6                  And just a reminder that you should
 7       not speak to anyone, including your attorney,
 8       through any other medium, for example, text or
 9       e-mail, while we're on the record.
10                  Does that sound -- do you understand
11       that?
12            A.    I understand that.
13            Q.    And finally, if you need to take a
14       break, just please say so.  I will only ask that
15       if a question is pending, you answer my question
16       before we go on a break.  Okay?
17            A.    Yes.
18            Q.    Great.
19                  Okay.  I think we would like to start
20       by introducing Exhibit 1.
21                  Give us one moment to pull up this
22       document.
23                  (Swanson Exhibit 1, Notice of
24            Deposition, marked for identification as of
25            this date.)
```

```
 1                    D.A. SWANSON - PH.D.
 2            MR. COHEN:  We just tried to add it to
 3       the folder to introduce it.
 4            Do you -- does the court transcriber
 5       see it?
 6            THE CONCIERGE:  I see it.  This is the
 7       concierge.  I see it in Marked Exhibits, and
 8       then you would just want to share your
 9       screen.
10            MR. COHEN:  Great.
11            THE VIDEOGRAPHER:  Counsel, if you're
12       going to share the screen -- this is the
13       videographer -- would you like the document
14       and the witness in view, or just the
15       witness?
16            MR. COHEN:  We can put the document in
17       the view.  I'm going to share my screen in a
18       second.
19            THE VIDEOGRAPHER:  Just for the final
20       video record purposes and the recordings, I
21       can do side-by-side or just the witness.
22            MR. COHEN:  Oh, side-by-side.
23            THE VIDEOGRAPHER:  Sure.
24            MS. GE:  And are you able to see the
25       witness and the screen share side-by-side?
```

```
                                             Page 15
 1                    D.A. SWANSON - PH.D.
 2               THE VIDEOGRAPHER:  Yes.
 3               THE WITNESS:  Is that a question for
 4          me?
 5               THE VIDEOGRAPHER:  This is the
 6          videographer.
 7               That's the current view I have
 8          cropped.  Everyone can personalize it how
 9          they choose on their end.
10               MS. GE:  Okay.
11               I will ask the court reporter to
12          please mark this deposition notice as
13          Exhibit 1.
14      BY MS. GE:
15          Q.   Dr. Swanson, have you seen this
16      notice?
17          A.   Have I seen this document?
18          Q.   Yes.
19          A.   Yes.
20          Q.   And do you understand that you are
21      appearing today pursuant to this deposition
22      notice, Exhibit 1?
23          A.   Yes.
24          Q.   Great.
25               Okay.  I would like to turn to some
```

```
 1                    D.A. SWANSON - PH.D.
 2        general background questions at this time.
 3                  And actually, I don't think that we
 4        need this exhibit pulled up at this time.  Thank
 5        you.
 6                  Is it fair to say that your report in
 7        this case discusses communities of interest in
 8        Louisiana?
 9             A.    Yes, it does.
10             Q.    And what do you understand the term
11        "communities of interest" to mean?
12             A.    There are different definitions, but
13        the consistent one is listed in my report.
14             Q.    Uh-huh.
15             A.    Following the research by Chen, we've
16        used work from Dr. Stephanopoulos.
17             Q.    And just in your own words, can you --
18        can you describe what that term means to you in
19        the context of your report?
20             A.     In the context of the report, it means
21        that there's a lot of common interests based on
22        a lot of different socio-demographic and other
23        variables.
24             Q.    Okay.  What is your basis for
25        understanding communities of interest in
```

```
                                          Page 17

 1                      D.A. SWANSON - PH.D.
 2         Louisiana?
 3              A.    Are you asking about the dataset I
 4         used?
 5              Q.    Just about your general interests for
 6         addresses about communities in Louisiana.
 7                    How did you come up with -- with
 8         your -- with the communities of interest that
 9         you found?
10              A.    I used data provided by the U.S.
11         Census Bureau in conjunction with a cluster
12         analysis.
13              Q.    Okay.  Have you ever lived in
14         Louisiana?
15              A.    No.
16              Q.    Have you ever published any articles
17         about Louisiana?
18              A.    Not that I can remember.
19              Q.    Have you taught any courses about
20         Louisiana demography?
21              A.    No.
22              Q.    Have you taught any courses about
23         Louisiana geography?
24              A.    No.
25              Q.    Have you ever been to Louisiana?
```

1                    D.A. SWANSON - PH.D.

2          A.    Yes.

3          Q.    When?

4          A.    More times than I can probably count.

5      I lived in Arkansas, I lived in Mississippi, so

6      I've crossed into Louisiana by road.  In both

7      those cases, I've also flown into New Orleans,

8      for example.

9          Q.    So are these contacts all personal

10     experiences traveling through Louisiana, without

11     necessarily visiting?

12         A.    No.

13         Q.    What is the longest amount of time

14     that you spent in Louisiana in any given trip?

15         A.    Probably three to four days.

16         Q.    Okay.  So would you agree that you are

17     not an expert in Louisiana demography?

18         A.    No.

19         Q.    Dr. Swanson, what's your current job?

20         A.    I'm a Professor Emeritus from the

21     University of California, Riverside.  I'm a

22     research associate with a 0.25 full-time

23     equivalent position with the Population Research

24     Center at Portland State University, and I'm an

25     affiliated faculty member of the Center for

```
                                              Page 19
 1                  D.A. SWANSON - PH.D.
 2        Studies in Demography and Ecology at the
 3        University of Washington.
 4             Q.    What do you consider to be your main
 5        area of expertise?
 6             A.    Demography.
 7             Q.    Do you consider yourself to be an
 8        expert in the field of redistricting electoral
 9        maps?
10             A.    Would you specify what you mean by an
11        "expert"?
12             Q.    Do you consider yourself to be an
13        expert?
14                   I think that that would have to be
15        your own definition.
16             A.    Well, my own definition is I know
17        something about the field in both cases.
18             Q.    Okay.  And what is your basis for that
19        expertise?
20             A.    One of the fields in demography is --
21        that you look at when you study populations is
22        geographic distribution, and I have looked at
23        geographic distributions of populations among
24        the other four main focus issues in demography.
25             Q.    Okay.  Have you published any
```

```
 1                    D.A. SWANSON - PH.D.
 2        peer-reviewed articles on redistricting
 3        electoral maps?
 4             A.    Not that I can recall specifically on
 5        that issue.
 6             Q.    Okay.  Do you teach any courses on
 7        redistricting electoral maps?
 8             A.    No.
 9             Q.    Are you an expert in cluster analysis?
10             A.    I have a basic understanding of
11        cluster analysis.
12             Q.    Okay.  And where do you gain that
13        basic understanding?
14             A.    Experience in using it.
15             Q.    Okay.  Have you published any
16        peer-reviewed papers using cluster analysis to
17        evaluate redistricting maps?
18             A.    I'd have to think if they're
19        peer-reviewed papers I've published.  I have
20        published reports, and I don't recall offhand if
21        I have published ones on cluster analysis that
22        involve peer-reviewed journals.
23             Q.    Okay.  Were your papers on cluster
24        analysis evaluating redistricting maps?
25             A.    No.
```

1                    D.A. SWANSON - PH.D.

2          Q.    When were you first contacted about

3    this case?

4          A.    Sometime earlier this summer or late

5    in the spring.

6          Q.    Who contacted you?

7          A.    Tom Farr.

8          Q.    And what were you instructed to do?

9          A.    In terms of an assignment, it's the

10   assignment that's listed in the report I've

11   given.

12         Q.    Have you been asked to do anything

13   else in this matter?

14         A.    Not other that I can say other than

15   what's in the report.

16         Q.    Okay.  When did you begin working on

17   your report in this case?

18         A.    Sometime in the -- during the summer.

19         Q.    And how much time did you spend on

20   your reports in this case?

21         A.    I'd have to look back at the hours

22   worked on it.  I don't recall off the top of my

23   head the amount of time I've spent on it.

24         Q.    Did anyone help you prepare your

25   reports in this case?

```
1                    D.A. SWANSON - PH.D.
2          A.    Are you asking if someone helped do
3     data analysis or actually write the report?
4          Q.    I guess we can take those one-by-one.
5                Did anyone help you conduct data
6     analysis for your report?
7          A.    Yes.
8          Q.    And who was that?
9          A.    Tom Bryan of BryanGeoDemographics.
10         Q.    And who is BryanGeoDemographics?  What
11    kind of firm is it?
12         A.    Well, the name pretty much speaks for
13    itself.  They -- the firm does geodemographics
14    and works in -- with the redistricting data, the
15    94-171 data, for example, among other things,
16    and does mapping.
17         Q.    And what specifically did they help
18    with or in -- in doing the data analysis for
19    your report?
20         A.    You will see it in the report under
21    the tables and under the figures that are in
22    there where it says this is done under the
23    direction of David Swanson by geo- --
24    BryanGeoDemographics.
25         Q.    How did you provide instruction on the
```

```
 1                    D.A. SWANSON - PH.D.
 2        work product they provided?
 3             A.    The general instructions were, as an
 4        example, to look at what might be the case with
 5        the racial and other distributions of pieces of
 6        geography that were used to do the proposed
 7        congressional district by, as an example.
 8             Q.    What did you do to verify that their
 9        work is accurate?
10             A.    You mean if I asked -- had someone
11        separate from this conduct an analysis of it?
12             Q.    Did you have anyone separately conduct
13        an analysis of --
14             A.    No.
15             Q.    Would it have been possible for you to
16        verify that their work was accurate?
17             A.    It depends on what the -- the budget
18        was by the client that hired me, and that would
19        be up to them if they wanted to have that done
20        and -- and ascertain if they -- what kind of
21        budget and cost they want to go through and
22        whether or not they would want someone else to
23        review it.
24             Q.    And what is your personal experience
25        level with GIS and mapping tools?
```

1                    D.A. SWANSON - PH.D.

2          A.    I have used them before in the same

3     sense I'm using them now.  I'm not a GIS mapper

4     expert, but I have used them so I have some

5     understanding of how they're constructed and how

6     they're used.

7                    For example, arc maps, arc infoshape

8     files, and the vectors that make up the datasets

9     that go into using locational geometric measures

10    and physical attributes.  So I have a basic

11    understanding of GIS and mapping.

12         Q.    Okay.  Would you have been able to

13    look at the work product or the code or the

14    underlying analysis done by BryanGeoDemographics

15    to verify that it was accurate and in line with

16    your instructions?

17         A.    I would have had to teach myself or go

18    through a lot of coursework with GIS in order to

19    do that.  There's probably not enough time left

20    in my life for that.

21         Q.    And so would you say that you did not

22    do anything in this matter to verify the work

23    that BryanGeoDemographics conducted?

24         A.    Other than looking at the maps and

25    making sure they looked reasonably consistent

```
                                              Page 25
 1                    D.A. SWANSON - PH.D.
 2         and -- and data were consistent in tables and
 3         maps and those kinds of issues.  So, in that
 4         sense, I did verify them, but if you're asking
 5         about the technical details and the boundaries,
 6         no.
 7              Q.    So just from eyeballing the map and
 8         the analysis, were they in line with what you
 9         were hoping they would produce in their work
10         product?
11              A.    They appeared to be.
12              Q.    Okay.  What did counsel provide to you
13         in this case for your analysis?
14              A.    I'm not sure what you're asking.
15                    In the form of data?
16              Q.    We can take each of those one at a
17         time.
18                    Did they provide you with any data?
19              A.    No, not specifically.
20              Q.    How did you gather the data that was
21         used in your analysis in your report?
22              A.    Part of the data was gathered through
23         BryanGeoDemographics and part of the data I
24         gathered based on where I knew data were at the
25         U.S. Census Bureau.
```

```
                                            Page 26
 1                    D.A. SWANSON - PH.D.
 2        Q.     Do you know where BryanGeoDemographics
 3     collected the data that they used?
 4        A.     I believe they're listed in the
 5     sources in -- along with the figures.  So the
 6     population data and others obviously would be
 7     from the P.L. 94-171 file.
 8        Q.     Okay.  Did counsel provide you with
 9     any assumptions in this case for your analysis?
10        A.     No.
11        Q.     Did they provide you with any
12     documents?
13        A.     They provided me with reports done by
14     other people; I believe the plaintiff reports.
15        Q.     Okay.  But you didn't review any other
16     documents pertaining to this case outside of
17     expert reports?
18        A.     I can't recall doing that.
19        Q.     Did you review the pleadings in this
20     case?
21        A.     And what would be the pleading?
22        Q.     Any of the complaint, any of the
23     motions, any of the -- the briefing?
24        A.     If it's included in the expert
25     documents I looked at, then I did.  If not, I
```

```
                                              Page 27
                        D.A. SWANSON - PH.D.
 1
 2      didn't.
 3          Q.    Okay.  And you said that you reviewed
 4      other expert reports, correct?
 5          A.    Of -- from the plaintiffs' side, yes.
 6          Q.    Do you recall which ones?
 7          A.    The names of the people?  I think they
 8      were Cooper, Fairfield.  There may have been
 9      others and -- and -- and the like, but that's
10      what I recall.
11          Q.    And did you read -- did you review
12      those reports as you were preparing your expert
13      report, or was this just general information for
14      your understanding of the case?
15          A.    Probably more the latter than the
16      former, but I looked at the reports as I would
17      go along to see, if I wrote something down in
18      response to the reports, that it was accurate.
19          Q.    Have you talked to anyone else about
20      this case other than counsel?
21          A.    Tom Bryan.
22          Q.    Anyone else?
23          A.    No.
24          Q.    Did you speak with Mr. Trendy?
25          A.    I don't know who Mr. Trendy is.
```

```
                                            Page 28
 1                   D.A. SWANSON - PH.D.
 2        Q.    Did you speak with any of the other
 3   defendant experts?
 4        A.    Not that I can recall.
 5        Q.    What opinions do you offer in your
 6   report?
 7        A.    Well, the final opinion is that the
 8   seven northeast Louisiana parishes that included
 9   East Carroll are in a different community of
10   interest than East Baton Rouge and the Lafayette
11   Parishes.
12        Q.    And what sources do you rely upon in
13   reaching those opinions?
14        A.    I rely upon the cluster analysis and
15   the data I retrieved from the U.S. Census Bureau
16   that served as input into the cluster analysis.
17        Q.    And are these sources that you
18   normally -- normally relied upon in your area of
19   expertise?
20        A.    Census Bureau data is obviously a set
21   of data that I rely upon in the normal course of
22   demographic work in the United States.
23        Q.    Is there anything that you wish you
24   had done in your work for this case but haven't
25   done?
```

```
                                          Page 29
 1                    D.A. SWANSON - PH.D.
 2        A.    No.
 3        Q.    Let's pull up your expert report at
 4   this time.
 5               At this time, I would like to mark
 6   this as Exhibit 2.
 7               (Swanson Exhibit 2, Expert Report of
 8         David A. Swanson, Ph.D., marked for
 9         identification as of this date.)
10   BY MS. GE:
11        Q.    Dr. Swanson, are you familiar with
12   this exhibit?
13        A.    That's the report I did, yes.
14        Q.    Great.
15               And so if I refer to "your report" or
16   "this report" in my questions, will you
17   understand that I'm referring to this exhibit?
18        A.    Yes.
19        Q.    Can you ask -- can you tell me what
20   you were asked to do in your report?
21        A.    Essentially, what's listed in the
22   assignment.  If you want to the turn to that --
23   that portion of the report, I can read it to
24   you.
25        Q.    I believe that would be on page 9,
```

```
                                              Page 30
 1                 D.A. SWANSON - PH.D.
 2       perhaps.
 3                 Does that help, Dr. Swanson?
 4       A.    I don't see the Assignment.  I see the
 5       Executive Summary.
 6       Q.    I apologize.  It would be on page 4.
 7                 Is that accurate, Dr. Swanson?  Would
 8       you like to read --
 9       A.    I see that's the Assignment page now,
10       and that's what I wrote so that's the
11       assignment.
12       Q.    Okay.  Were you asked to do anything
13       else in your report?
14       A.    Other than what's in the Assignment?
15       Q.    Yes.
16       A.    I don't recall being asked anything
17       else.
18       Q.    All right.  Let's now turn to your
19       cluster analysis, and I think we can turn to
20       page 34.  And I will admit that I'm not super
21       familiar, so bear with me.
22                 What is cluster analysis?
23       A.    It's basically a system for
24       classifying sets of objects into groups.
25       Q.    Okay.  And what is cluster analysis
```

```
                                            Page 31
 1                  D.A. SWANSON - PH.D.
 2       typically used for?
 3            A.    Classifying sets of objects into
 4       groups.
 5            Q.    Okay.  What types of objects?
 6            A.    Anything from innate objects to people
 7       to wildlife to stars in the universe probably.
 8                  I list some of the areas where it's
 9       used in different fields there in paragraph 47.
10            Q.    And whose idea was to it employ a
11       cluster analysis in this case, yours or
12       counsel's?
13            A.    Mine.
14            Q.    And have you ever used it in the
15       context of evaluating redistricting maps?
16            A.    As I responded earlier, I believe I
17       have used it in the context of the Supreme Court
18       District case in Mississippi.
19            Q.    And you have not used it any other
20       cases?
21            A.    In redistricting cases, no, I have
22       not.
23            Q.    And those were not congressional maps,
24       correct?
25            A.    The Mississippi Supreme Court case is
```

```
                                            Page 32
 1                  D.A. SWANSON - PH.D.
 2       not a congressional map.
 3            Q.    Have you ever employed cluster
 4       analysis to evaluate congressional districts?
 5            A.    No.
 6            Q.    Are you aware of any other experts who
 7       have employed cluster analysis in redistricting
 8       cases?
 9            A.    They're listed there under paragraph
10       47 some of the uses of it, and in 48 and
11       elsewhere in the report.
12            Q.    And do you understand how they used
13       it?
14            A.    I understand how cluster analysis is
15       used.
16            Q.    Are you aware of any other experts who
17       have employed cluster analysis to evaluate
18       congressional districts?
19            A.    Other than the ones I have cited here,
20       no, I'm not.
21            Q.    Of the ones you have cited there, do
22       they employ it to evaluate congressional
23       districts?
24            A.    You know, I'm not sure if they
25       employed it specifically to evaluate
```

```
                                          Page 33
 1                  D.A. SWANSON - PH.D.
 2        congressional districts.  It may be that they
 3        looked at the state districts, other sorts of
 4        things.  So I would have to go back and look at
 5        the reports, but they did use it in a
 6        redistricting-type atmosphere.
 7             Q.    Okay.  And is it possible to verify
 8        that the results of your cluster analysis are
 9        accurate?
10             A.    Sure.  I provided the dataset that I
11        input into the statistical software package I
12        used and the name of the type of clustered
13        analysis I used.  So given that there are maybe
14        slight differences if someone uses a different
15        statistical package, such as SAS or SPSS, than
16        the one I used, which is NCSS, there may be
17        slight differences, but in essence, one can
18        verify and run the cluster analysis and will
19        come up with the same results.  So it's
20        replicable.
21             Q.    Okay.  And I think what you're telling
22        me is that someone can take the technical
23        analysis you ran and run something that follows
24        the assumptions that you made and get the same
25        results; is that correct?
```

```
                                          Page 34
 1                D.A. SWANSON - PH.D.
 2          A.    Using the same data, the 64 parishes
 3     in Louisiana and a cluster analysis routine
 4     that's a K-Means cluster analysis routine, they
 5     should come up with the same results.
 6          Q.    Did you do anything to verify that the
 7     results that your cluster analysis generated
 8     were in fact accurate results?
 9          A.    The cluster analysis routine does that
10     largely internally based on statistical measures
11     and other processes.  It optimizes what are
12     determined to be the clusters.
13          Q.    So is your answer that the results --
14     you know, you get -- you get some assumptions,
15     you get some data through the cluster analysis,
16     and whatever results the cluster analysis spits
17     out is accurate?
18          A.    Well, in the -- what sense do you mean
19     "accuracy"?
20                You mean would it repeat and put the
21     same parishes into the same clusters with the
22     same K-Means clustering routine and the same set
23     of data?  In that sense, yes, it's replicable.
24          Q.    I definitely mean more in the sense
25     of, did you do anything to verify that the
```

Page 35

                    D.A. SWANSON - PH.D.

1

2      results of your cluster analysis generated

3      reasonable results or results that -- that

4      looked correct?

5           A.    As I said before, the cluster analysis

6      routine handles much of that internally when

7      you're doing it.  So it optimizes what are the

8      clusters that take place.

9                 If you want to turn to a portion of my

10     report where I show what the cluster analysis

11     results are, which is in the Appendix 7.1, I can

12     give you an example of that.

13          Q.    Okay.  But just so that we're -- we're

14     clear on this, you did not do anything after the

15     cluster analysis ended to verify that that was

16     accurate?

17                You relied on the cluster analysis to

18     verify the accuracy of the analysis?

19          A.    I think the question you're asking is

20     if -- do people use statistical routines and

21     then attempt to use some other means to look at

22     the statistical routines, for example, in a

23     classic T-test.

24                Once you have done a classic T-test,

25     is there any reason to go repeat that using

```
 1                    D.A. SWANSON - PH.D.
 2        other types and tests, and people generally do
 3        not do that in the statistical field.  So I
 4        didn't do that here.
 5             Q.    Got it.
 6                   So you just accepted the results of
 7        the cluster analysis?
 8             A.    Yes.
 9             Q.    Okay.  And another expert without, you
10        know, reading your report closely, but
11        understanding that you used cluster analysis on
12        the parishes in Louisiana, so without getting
13        the exact same list of variables that you used,
14        would another expert be able to replicate your
15        analysis?
16             A.    Yes.
17             Q.    Is it possible that another expert
18        would have used different variables?
19             A.    There might be different variables
20        that people would use, and it may result in a
21        different answer to a cluster analysis, of
22        course.
23             Q.    Okay.  Redistricting scholars
24        generally consider the demographic similarity of
25        geographically proximate or adjacent
```

```
 1                    D.A. SWANSON - PH.D.
 2       communities; is that correct?
 3            A.    I would assume that's the case.  I
 4       can't speak to redistricting scholars in
 5       general.
 6            Q.    Are you saying that you're not
 7       familiar with what redistricting scholars
 8       generally do as they're -- as they're drawing
 9       maps?
10            A.    I'm not as familiar with them as I am
11       in other areas of demography.
12            Q.    I understand.
13                  So from your limited understanding of
14       redistricting scholars, would you say that they
15       generally perform statistical analyses of
16       communities of interest with their measurements
17       focused on a geographically-based conception of
18       communities of interest; is that right?
19            A.    Again, I'm not able to speak to what
20       they generally use, if they use statistical
21       procedures, they use judgment.
22            Q.    Okay.  And -- and that's done because
23       your area of expertise is in the broad area of
24       demography, not necessarily the discrete area of
25       redistricting?
```

```
                                        Page 38
 1                  D.A. SWANSON - PH.D.
 2        A.     Correct.
 3        Q.     Okay.  I understand.
 4               Let's turn to page 33, paragraph 46 of
 5        your report.  I believe that's one page up from
 6        where we are now.
 7               Are you able to see the text of your
 8        report, Dr. Swanson?
 9        A.     I can see paragraph 44, 45, and 46.
10        Q.     Okay.  Are you able to read the text?
11        A.     I can.
12        Q.     Okay.  Great.
13               And in paragraph 46, you contrast your
14        "objective, empirically- and
15        scientifically-based" cluster analysis with Mr.
16        Fairfax's "subjective judgment and also ad hoc
17        elements," such as "'census designated places'
18        and 'major landmark areas'" in developing his
19        communities of interest analysis.
20               Did I read that correctly?
21        A.     You did.  You summarized it correctly.
22        Q.     Okay.  Is your position that
23        recognized landmarks are not an objective
24        measure?
25        A.     Let me ask you the question:  What
```

```
                                            Page 39
 1                    D.A. SWANSON - PH.D.
 2       would a -- what would a statue in a town square
 3       represent in terms of a common community of
 4       interest?
 5           Q.    I, unfortunately, am not a
 6       redistricting expert, but I would be interested
 7       to hear your opinion about how you view
 8       landmarks.
 9           A.    Well, landmarks such as
10       human-constructed landmarks are probably not
11       going to be as efficient or as useful in
12       identifying communities of interest by
13       themselves.
14                 In conjunction with other data that
15       represent social, economic, racial, and other
16       forms of stratification and differences, then
17       they might be useful.
18                 If you look at natural landmarks, it
19       would be the same issue there.  Natural
20       landmarks may be useful, but I would not use
21       them alone.
22           Q.    Would you say that recognized
23       landmarks are -- continue to be informative if
24       they are paired with other variables?
25           A.    They have the potential to be
```

```
                                            Page 40
  1                D.A. SWANSON - PH.D.
  2        informative, just like all variables do.
  3             Q.    Okay.  Let's actually go back to page
  4        34, paragraph 47 of your report, where you
  5        explain "using cluster analysis" -- and I'm
  6        quoting -- "Using cluster analysis in a spacial
  7        demography approach allows for an examination of
  8        the potential classification of aggregates of
  9        people (for example, by parish) into groups (for
 10        example, communities of interest)."
 11                  Did I read that correctly?
 12             A.    You did.
 13             Q.    Okay.  So a geo-spacial clustering
 14        analysis takes into account geography, right?
 15             A.    Well, it's bounded by the parishes.
 16        So that would be the administrative areas that
 17        represent the geography, in this case, the
 18        spacial aspect.
 19             Q.    Okay.  So is your understanding of a
 20        geo-spacial clustering analysis that, as long as
 21        you are doing things on a parish level, you
 22        don't have to figure out where parishes are in
 23        relationship to each other?
 24             A.    If you're asking me about proximity
 25        measures of parishes?
```

```
                                         Page 41
 1                 D.A. SWANSON - PH.D.
 2        Q.    That's right.
 3        A.    That's the question you're asking?
 4        Q.    Yes.
 5        A.    It might be useful.  Again, it's --
 6     there are a lot of variables that have the
 7     potential to be useful that, in some cases, may
 8     turn out not to be or turn out to be.
 9             Proximity as a measure is not one that
10     I used in this cluster analysis approach.
11        Q.    Okay.  So is your understanding of a
12     geo-spacial clustering analysis that the only
13     geographic measure is the parish itself?
14        A.    That's correct.
15        Q.    Did you employ a geo-spacial
16     clustering analysis in your report?
17        A.    Would you ask that again?
18        Q.    Did you employ a geo-spacial
19     clustering analysis in your report?
20        A.    The cluster analysis is geo-spacial.
21     Since it covers parishes, the variables that are
22     contained by the parishes that I used, and then
23     moves the parishes into two -- one of two
24     groups.
25        Q.    Did you include any variables that
```

```
                                              Page 42
 1                   D.A. SWANSON - PH.D.

 2        address geography?

 3                And I understand that parish is not a

 4        variable because it is a discrete object that

 5        you are grouping together; is that right?

 6             A.    Could you give me an example about

 7        what you mean by "geography"?

 8             Q.    I think my understanding of

 9        "geography" is its -- its location in a state.

10             A.    So here's how I'm interpreting your

11        question.

12                You're asking again about proximity,

13        say, of the centroid of a certain parish to the

14        centroid of another parish.

15                Is that basically what you're asking

16        me?

17             Q.    That is the only example that comes to

18        mind for me, but I wanted to ask it broadly so

19        that -- to give you an opportunity to think of

20        any other geographic variables that you might

21        have considered.

22             A.    Well, in a sense, your question is too

23        broad for me to answer other than me trying to

24        make an example and interpret what you're asking

25        me.
```

```
                                          Page 43
 1                    D.A. SWANSON - PH.D.
 2          Q.     Okay.  I'll try again, then, and give
 3     you a very specific question.
 4          A.     Thank you.
 5          Q.     In employing your geo-spacial
 6     clustering analysis, you did not take into
 7     account the centroid or the -- the exact
 8     location of each parish as a variable; is that
 9     correct?
10          A.     And -- and specifically, the distance
11     to the other centroids of the parishes?
12          Q.     That's correct, yes.
13          A.     No, I did not.
14                 And would you like me to tell you why?
15          Q.     Sure.
16          A.     One of the reasons is, if you looked
17     at East Carroll Parish and looked at East Baton
18     Rouge Parish, what's roughly the distance
19     between them?  Just by distance alone, it says
20     there's a difference here compared to Tensas
21     Parish, which is much closer, say, to East
22     Carroll Parish.
23                 So right away, if you use proximity
24     measures, you're going to start saying, why
25     would these two sets of parishes be together?
```

```
 1                    D.A. SWANSON - PH.D.
 2        So in a sense, by not doing that, I gave it a --
 3        more of a chance using the variables I did that
 4        the potential was that, for example, East Baton
 5        Rouge Parish and East Carroll Parish might turn
 6        out to be in the same cluster together.
 7             Q.    Okay.  But would you agree that,
 8        generally, proximity is a useful thing to
 9        consider as you're drawing maps, as you're
10        drawing the redistricting maps?
11             A.    Well, I'm not sure necessarily about
12        drawing maps, but proximity of variables can be
13        useful in a lot of spacial-demographic and other
14        types of geographic analysis, absolutely.
15             Q.    I understand.
16                   And we're on page 34.  I would like to
17        point you to paragraph 48 of your report, and
18        I'm quoting:  "Cluster analysis is aimed at
19        uncovering as-yet-unknown groups of objects.
20        This is the approach I used here in examining
21        the 'Community of Interest' grouping in regards
22        to Louisiana's parishes."
23                   Did I read that correctly?
24             A.    You did.
25             Q.    Does this mean that each cluster
```

```
                                              Page 45

 1                    D.A. SWANSON - PH.D.

 2        represents a community of interest?

 3            A.    No.  The clusters represent groups of

 4        sets of objects, in this case, parishes, that

 5        would fall into one group or the other.

 6            Q.    Is a group a community of interest?

 7            A.    In this sense, the way I used a

 8        cluster analysis and how it's stated here, yes,

 9        the groupings are aimed at identifying

10        communities of interest.

11            Q.    Got it.

12                  Does this mean that cluster analysis

13        can reveal new communities of interest that

14        weren't previously recognized, for example, by

15        previous maps?

16            A.    Yes.

17            Q.    Okay.  And this might reveal new

18        communities of interest that weren't previously

19        recognized by the people of Louisiana; is that

20        correct?

21            A.    Yes.

22            Q.    Okay.  Jumping down to paragraph 49 of

23        your report, you "use a cluster analysis

24        approach to ascertain if the addition of East

25        Baton Rouge Parish to the set of seven northeast
```

```
                                                Page 46
 1                    D.A. SWANSON - PH.D.
 2          Louisiana parishes found in existing CD 5 as
 3          proposed by plaintiff joins these parishes in
 4          the same COI group or does not."
 5                    Did I read that correctly?
 6          A.     Yes.
 7          Q.     So it sounds like your task was to
 8          analyze one specific pairing and determine
 9          whether they belonged in the same community of
10          interest, correct?
11          A.     If you go back and look at the
12          assignment, I believe that's pretty much what
13          the assignment that listed says.
14          Q.     Okay.  Great.
15                    On the other hand, you were not tasked
16          with affirmatively figuring out what the
17          communities of interest in Louisiana are,
18          correct?
19          A.     You mean defining them?
20          Q.     Yes.
21          A.     By definition, I'd have to have a
22          definition of what community of interests are if
23          I'm going to see if they're in the same one.
24          Q.     But was your task to kind of figure
25          out, you know, what are, roughly, the
```

Page 47

                        D.A. SWANSON - PH.D.

1

2       communities of interest in Louisiana?

3            A.    I'm not sure what you're asking me

4       here.

5            Q.    Okay.  Let's move on, and maybe we'll

6       come back to it later if it makes sense.

7                  How does cluster analysis tell you if

8       parishes are in fact in the same community of

9       interest?

10           A.    Cluster analysis is an iterative

11      procedure, so it's a numerical solution to the

12      issue of classifying sets of objects into

13      groups.  It takes and it tries to do that using

14      a lot of the standard measures that you see

15      scattered well throughout the area of

16      inferential and descriptive statistics -- means,

17      for example, arithmetic averages, standard

18      deviations.

19                  So it takes the variables that you

20      have included and constructs means of them.  It

21      looks at the standard deviations of those, and

22      standard deviations basically boil down to the

23      Euclidian measure of distance between two

24      vectors.  So you can look at the sets of

25      variables as vectors, and the standard

Page 48

```
1                    D.A. SWANSON - PH.D.
2        deviations would be the Euclidian distance
3        between the vectors.
4                 So once it's constructed those, then
5        it tries to iterate to a solution through, okay,
6        are these -- if I put them into this group, what
7        is the average distance between the observations
8        for that particular object, in this case, a
9        parish, and the mean for that group?
10                 And what it does, essentially, is it
11        then, if it can lower the overall variance, the
12        overall differences, it keeps moving till it
13        thinks it's got to a solution where that's as
14        minimal as you can go, and then it defines that
15        as being in one cluster or one group as -- as
16        opposed to another.
17        Q.    So that, at the end of all of this, we
18        can say there's -- let's say there's two
19        clusters, and we'll say these two clusters are
20        different communities of interest -- are the two
21        different communities of interest in this case;
22        is that right?
23        A.    Correct.
24                 And the process, if you recall,
25        earlier when I said it does internal
```

```
                                            Page 49
 1                  D.A. SWANSON - PH.D.
 2        verification, what it does then is it produces
 3        an F-test of the variables, which is, is the
 4        within-group variance less than the
 5        between-group variance?
 6                  And again, for all the variables, the
 7        F-test results are probably not going to be
 8        statistically significant for all of them, but
 9        you kind of look at the overall issue and see
10        what they are.
11            Q.    Okay.  Great.
12            A.    And again, if you want to, if you want
13        to turn to the appendix, I can give you a
14        description of what's going on in the two groups
15        and pick any one of the cluster analyses that I
16        did.
17            Q.    Yes, we will definitely get to your
18        appendix in short order.
19                  On -- but for now, let's turn to page
20        33, paragraph 45, so that's the previous page.
21                  And we talked a little bit about this
22        previously, but now that we have your report in
23        front of us, it looks like you, on page -- on
24        paragraph 45, you cite to three papers -- Chen
25        (2022), Rossiter (2018), and Mollenkopf
```

```
                                             Page 50
 1                  D.A. SWANSON - PH.D.
 2        (2013) -- as examples of cluster analyses; is
 3        that correct?
 4             A.   Yes.
 5             Q.   Do you know if any of them assessed
 6        congressional districts?
 7             A.   The last one, the Mollenkopf, et al.,
 8        paper did not, I think, look at congressional
 9        districts.  I believe the Rossiter ones may
10        have, but I would have to go back and look at
11        the actual papers to recall.
12             Q.   Okay.  And these papers were trying to
13        identify communities of interest, correct?
14             A.   Yes; I believe that's the case.
15             Q.   Okay.
16             A.   Because that says right there
17        "defining the COI."
18             Q.   Great.
19                  And their objective was to basically
20        identify groups that map drawers should try to
21        avoid splitting, direct?
22             A.   They tried to identify communities of
23        interest using cluster analysis.
24             Q.   But is the takeaway from that that
25        these are the communities of interest map
```

```
                                                    Page 51
 1                      D.A. SWANSON - PH.D.
 2         drawers should preserve as they are drawing
 3         their maps?
 4              A.    Would you repeat that question?  I'm
 5         not understanding exactly what you're asking.
 6         I'm sorry.
 7              Q.    Let me try -- let me try rephrasing
 8         this.
 9                    The objective of these three papers is
10         to identify communities of interest and, in
11         using that information, basically say we need to
12         keep these communities of interest together so
13         as you're drawing a map, you should avoid
14         splitting up these communities of interest,
15         correct?
16              A.    Okay.  Now understand what you're
17         asking.
18                    They may or may not use maps in what
19         they defined as "community of interest."  That
20         may not have been the purpose.
21              Q.    You're not aware if that was what the
22         intent was?
23              A.    In some cases, I believe at least
24         there is probably some mapping process involved,
25         but that doesn't necessarily mean that they were
```

```
                                        Page 52
 1                D.A. SWANSON - PH.D.
 2      mapping things as being communities of interest.
 3      I would have to go back and look at the reports
 4      again.
 5           Q.    From your understanding of
 6      redistricting, do map drawers tend to want to
 7      keep communities -- identify communities of
 8      interest together?
 9           A.    Yeah; I believe that's one of the
10      issues that's important based on some of the
11      literature I cite here, along with compactness,
12      core retention, and other issues that are
13      typically found in redistricting cases.
14           Q.    Okay.  And focusing on these three
15      papers that you cite in this paragraph, none of
16      these papers were using clustering to argue that
17      certain groups do not belong in the same
18      district, correct?
19           A.    I'd have to go back and look at the
20      papers.  I can't answer that off the top of my
21      head since it's now been a while since I've read
22      the papers.
23           Q.    Okay.  And you don't have general
24      familiarity within your expertise in this area;
25      is that correct?
```

```
                                            Page 53

 1                  D.A. SWANSON - PH.D.
 2        A.    I do not have general familiarity with
 3    what?
 4        Q.    With what redistricting scholars tend
 5    to do when they use cluster analysis.
 6              MR. FARR:  I'll just object to the
 7         form of that question.
 8              You may answer, Dr. Swanson.
 9              THE WITNESS:  First of all, I don't
10         think cluster analysis is routinely used by
11         redistricting people, and so to the extent
12         that they use cluster analysis, I would make
13         the -- probably the well-verified assumption
14         that it's done for mapping purposes.
15    BY MS. GE:
16        Q.    All right.  Are these the only three
17    papers you are aware of that use cluster
18    analysis for this kind of analysis?
19        A.    They are the ones that I found in
20    doing searches of looking through the literature
21    for them.
22        Q.    Okay.  Let's turn back to page 36,
23    which I believe is the next page, or a couple
24    pages.
25              Let's look at paragraph 51 of your
```

```
                                            Page 54
 1                  D.A. SWANSON - PH.D.
 2        report.
 3                  You select the two cluster options for
 4        your cluster analysis, correct?
 5             A.    Yes.
 6             Q.    Why did you use the minimum number of
 7        clusters possible?
 8             A.    Because it's sufficient in terms of
 9        running the cluster routine.  If I picked, say,
10        63 clusters, it may not have been able to
11        iterate to a solution because the intensity of
12        going through the numerical solution of this may
13        have been too high, and two clusters basically
14        was all I needed.
15                  The assignment was, are -- is East
16        Carroll Parish in a different community of
17        interest than East Baton Rouge Parish and/or
18        Lafayette Parish.  I mean, essentially, that's
19        the assignment.  So the immediate answer to that
20        is I need to look at two clusters.
21             Q.    So because your assignment was to
22        separate out two communities of interest, you
23        felt like you did not need to have additional
24        clusters; is that correct?
25             A.    Yes, I would say that's fairly
```

```
                                          Page 55
 1                  D.A. SWANSON - PH.D.
 2      obvious.  You don't need additional clusters for
 3      that.
 4          Q.    Okay.  And help me understand this
 5      paragraph.  If cluster analysis groups things
 6      that are alike -- and let's take another
 7      example.  Let's say that we take a group of
 8      people and assign them a score based on their
 9      political affiliation from 1 to 100.  Right?
10              If there are two clusters, everyone
11      would either be a Democrat or a Republican,
12      right?  Even if they were assigned a score
13      around 50; is that correct?
14          A.    If the cluster analysis iterated to a
15      satisfactory solution, that would be the attempt
16      of it.
17          Q.    Okay.
18          A.    But not all cluster analysis iterate
19      to a satisfactory solution.
20          Q.    Right.
21          A.    You need to keep that in mind.
22              There are a lot of statistical
23      procedures that -- you know, one you may be
24      familiar with would be regression analysis.  If
25      you get a low coefficient of determination in a
```

```
 1                    D.A. SWANSON - PH.D.
 2        regression analysis, it indicates you don't want
 3        to use the model because conditional information
 4        of the independent variables is not giving you
 5        any more information about what the means are
 6        under those conditional independent variables,
 7        and it will be the overall mean of the dependent
 8        variable in general.
 9             Q.    Understood.
10                   Just turning back to this -- this
11        example, I'm just trying to wrap my head around
12        this.
13                   If, for example, this cluster analysis
14        lists two groups with two clusters are able to
15        arrive at -- at a sufficient answer --
16             A.    Yes.
17             Q.    -- but if we have three clusters, in
18        that example of everyone arranged by the
19        partisan score, if we have three clusters now,
20        there might be people in the middle with a --
21        with a score of, say, 40 to 60, let's say like
22        the independents or the undecideds, they would
23        be suddenly grouped together, right, if we were
24        to increase from two clusters to three clusters?
25                   MR. FARR:  Objection to the form.
```

```
                                             Page 57
 1                    D.A. SWANSON - PH.D.
 2       BY MS. GE:
 3            Q.    You may answer.
 4            A.    That may be the case, depending on the
 5       variables used and whether or not cluster
 6       analysis iterated to a satisfactory solution.
 7            Q.    Okay.
 8            A.    So, in general, it's a hard question
 9       to answer, but I return to the answer I gave you
10       earlier:  If the assignment is to see if East
11       Carroll Parish and East Baton Rouge are in the
12       same community of interest or not, why would you
13       use more than two clusters?
14            Q.    So returning back to my example for
15       one more -- for one more question, and then I'll
16       move on.
17                  Is it possible for people who were
18       previously in different clusters under a
19       2-cluster analysis be put into the same cluster
20       under a 3-cluster analysis or even a 63-cluster
21       analysis?
22            A.    I would have to look at the specifics
23       of the dataset and what the question is to
24       answer that question satisfactorily.
25            Q.    Would it be possible if you are
```

```
                                              Page 58
 1                    D.A. SWANSON - PH.D.
 2         running a cluster analysis with testing out
 3         different numbers of clusters?
 4              A.    Well, the sense is that -- what you're
 5         asking, is the potential there?  And the answer
 6         would likely be yes.  I mean, people never
 7         thought there were black swans until they were
 8         discovered in Australia and wouldn't have
 9         thought of it.
10                    So if you look at those rare events
11         like that, the potential is there for all sorts
12         of things.  So, in principle, yes, it's
13         possible.  Specifically, I don't know.
14              Q.    In your experience with cluster
15         analysis, do you typically test out a different
16         number of clusters to see if that changes your
17         results?
18              A.    It -- it depends on what you're trying
19         to do with the cluster analysis.  If it's a
20         completely exploratory analysis and you don't
21         know how things are going to cluster, you might.
22                    If it's clearly the case that what
23         you're looking for is, do two objects fall under
24         the same cluster or not, you don't need to do
25         that.
```

```
 1                    D.A. SWANSON - PH.D.
 2         Q.     I understand.
 3         A.     And there are also situations where,
 4    in advance, a priori, you might be given
 5    information about clusters.  Then you're trying
 6    to see if something else fits into one or more
 7    of the different clusters, and that's a
 8    variation of cluster analysis called
 9    discriminate analysis.
10         Q.     Got it.
11                So would you say that for your
12    analysis you made decisions about the number of
13    clusters you would need based off of your task
14    in this case?
15         A.     Yes.
16         Q.     Okay.  And so just -- just to be
17    clear, you did not test your results with a
18    different number of clusters in this analysis?
19         A.     No.
20         Q.     And are there more than two
21    communities of interest in Louisiana?
22         A.     There may be.
23                Again, I refer to the black swan
24    issue.  We don't know until you start examining
25    it and have some sort of a hypothesis, you know,
```

```
                                              Page 60
 1                    D.A. SWANSON - PH.D.
 2        guiding your research.
 3                There's a reason why people use
 4        research hypotheses or constructions in the case
 5        of assignment because you can end up looking at
 6        something forever and not coming to a
 7        satisfactory conclusion.
 8             Q.    And that was your -- that wasn't your
 9        task in this case; it was not to identify the
10        total number of communities of interest in
11        Louisiana?
12             A.    That's correct.
13             Q.    Do you have a sense of how many
14        communities of interest are in Louisiana?
15             A.    No.
16             Q.    Do you have any basis for
17        understanding the number of communities of
18        interest in Louisiana?
19             A.    The other basis that would be in there
20        are the figures and examples I cite in the
21        report drawn from different sources.
22             Q.    Understood.
23             A.    The Louisiana Folklore Source.
24             Q.    Yes, we will get to that.
25                But those are the only two bases that
```

```
                                              Page 61
 1                    D.A. SWANSON - PH.D.
 2        you have for understanding communities of
 3        interest in Louisiana?
 4            A.    Yes.
 5            Q.    Okay.  Let's turn to page 37,
 6        paragraph 54 of your report, and this is first
 7        focused on your cluster analysis for your
 8        variable methodology, and it looks like you
 9        selected 14 variables, correct?
10            A.    Yes.
11            Q.    How did you choose those variables?
12            A.    I used my judgment in the sense of
13        what provides the basic 97 variables that were
14        available from the Census Bureau's dataset for,
15        in this case, Parish or county equivalent,
16        what -- which of them would probably provide
17        kind of a robust characterization of communities
18        of interest.
19                  So I can see the first one:  Percent
20        of persons under age 5.  That can represent
21        several things, including what's the fertility
22        rate of the population.  And fertility rates are
23        likely to vary by parish.
24                  The second:  Black or African-American
25        alone.  It reflects the racial dimension.
```

```
                                            Page 62
 1                    D.A. SWANSON - PH.D.
 2                    Bachelor's degree or higher.  It's one
 3         of the measurements that people standardly use
 4         to look at social stratification.
 5                    Owner-occupied housing unit rates,
 6         another one that can look at social
 7         stratification, but also other issues.  So, for
 8         example, if there's a low degree of
 9         owner-occupied housing in an area, it may mean
10         that it's low-income and that most of the people
11         there are renting.
12                    Persons per household is another one.
13         There's some correlation with the persons under
14         five in the sense of, does it reflect fertility?
15         It could also reflect aging.
16                    So, for example, there may be one
17         parish where a lot of migrants moved in, and
18         there -- there are multi-generational family
19         households.  In another parish, it might be a
20         population that's aging in place, and so the
21         persons-per-household number is low.
22                    Median household income, another one
23         that indicates socioeconomic status because it
24         provides the income information, and income is
25         one of the social stratification bedrocks in the
```

                                                        Page 63

1                           D.A. SWANSON - PH.D.

2          United States.

3                     Population per square mile, that

4          reflects the differences, a rural area is going

5          to have less population density than an urban

6          area, and that can affect how people interact.

7                     Living -- foreign born persons, that's

8          another one, again, reflects migration, language

9          issues, all sorts of things that could reflect

10         different communities of interest.

11                    If you have a high proportion of

12         people speaking Spanish as the native tongue in

13         one parish versus another, that's clearly going

14         to be one of the dimensions on which a community

15         of interest might be defined.

16                    Living in the same house one year ago;

17         persons under one year of age.  Again, that

18         reflects mobility.  How stable is the population

19         in the area?  Is it a population that's been

20         there or is it an area that has a lot of new

21         migrants?

22                    Same with the one preceding that:

23         Foreign born persons.  Again, that's going to

24         affect it.

25                    Language other than English spoken at

```
                                            Page 64
 1                 D.A. SWANSON - PH.D.
 2      home.  Obviously that is going to impact issues
 3      about communities of interest.
 4                 Households with a broadband internet
 5      subscription reflects not only income but it
 6      reflects communication issues, and so people
 7      that are in an area that do not have access to
 8      broadband may have different sources of
 9      information than those who have access to
10      broadband.
11                 Are you -- what percent of the
12      population is in the civilian labor force?
13      Again, another socioeconomic kind of issue, and
14      it also reflects other issues such as, is the
15      population aging.  There -- in a really extreme
16      aged population, you won't have a lot of people
17      in the -- in the civilian labor force.
18                 And the last one is another one,
19      persons in poverty.
20           Q.    Got it.
21           A.    So does that help answer your question
22      about why I selected them?
23           Q.    Absolutely.
24           A.    They reflect demographic, economic,
25      and social characteristics of the parishes.
```

1                     D.A. SWANSON - PH.D.

2          Q.     Absolutely.  It's helpful to

3     understand your thought process as you selected

4     these variables.

5                     And I want to return to something you

6     said at the very beginning about you selecting

7     those 14 variables out of -- I think you said 95

8     census variables that were available, correct?

9          A.     I think it's 97, but I would have to

10    go look.

11         Q.     And you said -- you just said, I think

12    it's also in your report, that you kind of

13    selected the variables that, in your judgment,

14    represent the right selection of variables?

15         A.     Correct.

16         Q.     Would you --

17         A.     But again, trying to keep it somewhat

18    parsimonious, if I selected 97 variables, the

19    cluster analysis may have difficulty dealing

20    with them.  And then, even here, there's some

21    correlation among the different variables.

22                    For example, you're going to find

23    broadband access has some degree of correlation

24    with the persons in poverty and other variables.

25    But as long as the correlations aren't to the

```
                                            Page 66
 1                   D.A. SWANSON - PH.D.
 2         point that they're co-linear, that is, one is
 3         100 percent correlated with the other, they do
 4         provide aspects and information that's useful.
 5              Q.    And when you say that you selected
 6         these variables in your -- in your best
 7         judgment, does that mean that your selection of
 8         these 14 variables was subjective?
 9              A.    Absolutely.  Based on my experience.
10              Q.    Okay.  Based on your experience in
11         demography; is that right?
12              A.    Yeah, and actually, today based --
13         this would be based on my -- there's different
14         types of demography.  There's formal
15         mathematical demography, there's methodological
16         demography, and then there's social demography,
17         and that largely deals with issues of
18         inequality, social stratification, and stems
19         directly from sociology, as you're probably
20         familiar with.
21                   So in that case, this reflects a lot
22         of the social dimensions, I think, about
23         inequality measures in the United States that
24         would then lend themselves to form communities
25         of interest among the other variables that are
```

```
                                              Page 67
 1                  D.A. SWANSON - PH.D.
 2       in here in addition to that.
 3          Q.    But you drew from your expertise in
 4       social demography to select these 14 variables?
 5          A.    In my experience, yes.
 6          Q.    In your experience, okay.
 7                And earlier in your report, I think we
 8       quoted this already, but you basically kind of
 9       contrast your objective, empirical cluster
10       analysis with Mr. Fairfax's subjective judgment.
11                Do you recall that?
12          A.    I do.
13          Q.    So did both you and Mr. Fairfax use
14       your subjective judgment and prior experience to
15       determine which were the appropriate variables
16       to use?
17          A.    I can't speak to what Mr. Fairfax used
18       in terms of his selected judgment, and I have
19       described to you what formed the basis of mine.
20          Q.    All right.  Can you think -- when you
21       picked the 14, I would really appreciate you
22       kind of running through your thought process in
23       selecting them.
24                Can you think of any others that might
25       have informed the analysis?
```

1              D.A. SWANSON - PH.D.

2        A.    There may have been, but some of the

3    ones that I examined available from the Census

4    Bureau, again, were -- would start to run the

5    issue of too high a correlation with other

6    variables.  So that was one reason to exclude

7    them.  Some of them, when I looked at them,

8    didn't reflect what I thought would be a

9    community of interest variable.

10       Q.    And why did you determine that 14

11   variables, all from the Census, was the correct

12   or likely maximum needed to form two clusters?

13            (Court reporter interrupted for

14       clarification.)

15       Q.    Apologies.

16            Why did you -- I'll try to repeat.

17            Why did you determine that 14

18   variables was the correct or likely maximum

19   number of variables needed to form two clusters?

20       A.    I wouldn't call it "correct."  I would

21   say it's the maximum number of variables that I

22   thought fit given other variables available that

23   represented the dimensions that I looked at

24   without having other variables in there that are

25   highly correlated with an existing one.

Page 69

1                     D.A. SWANSON - PH.D.

2          Q.    So you did determine that some of the

3     variables you selected are correlated to some

4     extent; is that right?

5          A.    Yes.

6          Q.    But you still kept them in because

7     they weren't perfectly correlated; is that

8     right?

9          A.    That's correct.

10          Q.    Did you map or visualize any of these

11     variables on their own just to determine whether

12     it made sense to include them in your analysis?

13          A.    Yes.  In essence, I -- I used my

14     judgment initially to look at them, and then, in

15     the performance of the cluster analysis, it

16     started to reveal those issues as well.

17          Q.    What sorts of issues does the

18     analysis, as its running through its internal

19     algorithm, highlight for you?

20          A.    One of the things that would come out

21     of it is that you can -- you can see, in doing

22     what's called the F-test, is the variance

23     between the groups smaller or larger than within

24     the groups; and the F-test starts to tell you if

25     there -- if there's a lot of variance within the

```
                                          Page 70
 1                   D.A. SWANSON - PH.D.
 2        group, some of the variables in there may not be
 3        as -- as well-formed as others so the -- that
 4        you're -- in one way, if it collapsed entirely,
 5        you would have sets of what are called collinear
 6        variables and it wouldn't be able to do that,
 7        and I didn't experience that in the cluster
 8        analysis.
 9            Q.    Are all the variables you selected
10        equally important?
11            A.    They probably vary in terms of their
12        importance.
13            Q.    Did you weight any of the variables?
14            A.    No.
15            Q.    Why not?
16            A.    I -- because I just took them as is.
17                  Weighting would involve finding
18        something to weight the variables to, and in a
19        sense, by looking at, for example, percent, when
20        you're looking at percents, it's a dimensionless
21        variable.
22                  You follow me?
23            Q.    Could you explain?
24            A.    Yes; it's dimensionless.  You know,
25        you can compare a -- you can make comparisons of
```

```
                                          Page 71
1                   D.A. SWANSON - PH.D.
2       percent of people who are under five years of
3       age from place to place, whereas if I looked at
4       the actual number of people, Baton Rouge Parish
5       is probably going to have a lot more people that
6       are under the age of five than will East Carroll
7       Parish simply because the size of the parishes
8       are very different.  And so by -- by creating a
9       percent, you have made it dimensionless.  Now
10      they're comparable.
11           Q.    I understand.
12                 Did you consider any other variables,
13      either in the sense of -- well, you said you
14      considered all the Census variables.
15                 Did you consider any non-Census
16      variables?
17           A.    I didn't go beyond Census variables to
18      look at that.  That could have been a task that
19      would have taken forever to assemble them for
20      all 64 parishes in Louisiana, and it would have
21      been from maybe disparate sources.
22                 The Census Bureau I trust.  You know,
23      it's -- it's the go-to source for information
24      like this, so I stayed with the Census Bureau.
25           Q.    Did you consider media markets?
```

1             D.A. SWANSON - PH.D.

2        A.    Did I consider what?

3        Q.    Media markets.

4        A.    Media market?

5        Q.    Yes.

6        A.    I don't know what media market is.

7        Q.    Okay.  Did you consider school

8    districts?

9        A.    Okay.  Now I understand what you're

10   saying with "media markets."  I thought you were

11   asking me if I went to a data site called Media

12   Market.

13       Q.    Oh.  No.  No.  The concept of media

14   markets.

15            You want to return back to the

16   question about media markets?

17       A.    No, again, but the -- I would have to

18   turn to other sources of data to try to assemble

19   them for this, and I wanted to keep a consistent

20   set of data from an organization that I have

21   a -- a high level, not a hundred percent level,

22   of trust in, just like anybody else who produces

23   data.  And that wasn't readily available, I

24   don't think, on -- on the Census Bureau website,

25   was media market, how it was identified, and

```
 1                    D.A. SWANSON - PH.D.
 2         that would be sort of a classification system
 3         right there.
 4                    And if you're asking about school
 5         districts, that's not on the site here again,
 6         and while there is a site of the Census Bureau,
 7         SAIPE, S-A-I-P-E, that does have information on
 8         it, it's a different disparate data source, and
 9         school districts may or may not transcend parish
10         boundaries in Louisiana.  I don't know that
11         offhand.  So I get information about the -- the
12         people in school based on persons under five
13         years of age, for example.
14              Q.   Okay.  Did you consider major
15         roadways?
16              A.   Consider?
17              Q.   Did you consider major roadways in
18         Louisiana?
19              A.   No.
20              Q.   And sorry, one last question about
21         variables:
22                    Did you consider educational
23         institutions and kind of the areas that flowed
24         into higher education institutions?
25              A.   To some extent, the -- the bachelor's
```

```
 1                    D.A. SWANSON - PH.D.
 2        degree or higher percent of population for the
 3        population age 25 and older reflects that to
 4        some extent.
 5             Q.    Okay.  Did you consider utilities or
 6        other public service commissions?
 7             A.    No.
 8             Q.    So you limited yourself to the data
 9        that was readily available to you from the
10        Census and did not attempt to reconcile other
11        data sources even if they would have been
12        helpful; is that correct?
13                  MR. FARR:  Objection to form.
14                  THE WITNESS:  I wouldn't use the term
15             to "reconcile."  I would use the term
16             "search" for other data sources.  And in my
17             judgment, when I looked at the variables
18             available, these appeared to me to be
19             adequate in terms of defining communities of
20             interest.
21        BY MS. GE:
22             Q.    And when you say "adequate," that's
23        drawing from your expertise in social
24        demography; is that correct?
25             A.    Yes.
```

```
                                              Page 75
 1                   D.A. SWANSON - PH.D.
 2        Q.    Why did you choose to cluster at the
 3   parish level?
 4        A.    Well, the clustering is -- in the
 5   assignment is:  Is East Baton Rouge Parish in
 6   the same community of interest as East Carroll
 7   Parish?  That kind of forms the dimensions and
 8   what the cluster analysis would be by defining a
 9   piece of geography right there.
10        Q.    Okay.  And so the way that you chose
11   to run your cluster analysis was informed by the
12   assignment and the assumptions of that
13   assignment; is that correct?
14        A.    Well, it's informed by the assignment.
15        Q.    Okay.  Did you consider choosing to
16   cluster on, say, the Census block or VTD or
17   another unit of geography?
18        A.    You Google all the sub-parish -- you
19   Google all the Parish locally, you're going to
20   have difficulty getting data and assembling it.
21   so that's one reason, and that wasn't the
22   assignment.
23            The assignment -- I looked at the
24   assignment like this.  It's basically a research
25   hypothesis.  And as I said earlier, you want to
```

Page 76

D.A. SWANSON - PH.D.

1   have a research hypothesis always to guide your

2   research because, otherwise, you're going to be

3   looking at all sorts of things.

4                So using the assignment as a -- as a

5   proxy, basically, for a research hypothesis, it

6   was clear to me that I should look at the parish

7   level.

8        Q.    Understood.

9                In your experience with Louisiana

10  parishes and communities, are parishes always

11  comprised of a homogeneous population?

12       A.    No.

13       Q.    Is it possible for a parish to be

14  comprised of multiple communities of interest?

15       A.    If you look at subareas of the parish,

16  it's highly likely you would find -- again, the

17  potential is there to find different communities

18  of interest within the parish.

19       Q.    Okay.  Did you run analyses or

20  otherwise consider whether a parish may have

21  multiple communities of interest, or did you

22  limit yourself to the parish level?

23       A.    Again, the answer is something I

24  already provided to you, and that is the

```
 1                    D.A. SWANSON - PH.D.
 2       difficulty with getting data that are consistent
 3       at the parish -- below the parish level would be
 4       another task.   The data sets may be very
 5       different.
 6            Q.    It looks like you have some individual
 7       and some household variables.
 8                  Would it have been possible for you to
 9       run that kind of analysis?
10            A.    At the sub-parish level?
11            Q.    That's correct.
12            A.    It -- it's possible that I could have
13       done that, and it may have turned out to be
14       communities of interest, but again, if you're
15       just looking at persons per household, that to
16       me by itself would not be an adequate indicator
17       of a community of interest, just one of several
18       that could define what a community of interest
19       is.
20            Q.    I understand.
21                  So you were, to some extent, limited
22       by the variables that were in front of you; is
23       that right?
24            A.    To some extent.   And keep in mind
25       there's a broader set that I chose these from.
```

```
 1                    D.A. SWANSON - PH.D.
 2           Q.    Okay.  Let's take a moment to drill
 3      down on some of the variables you selected, and
 4      let's start with population per square mile.
 5                 Are you familiar with any literature
 6      suggesting that population density is essential
 7      to identifying a community of interest?
 8           A.    I wouldn't say essential, but it's
 9      likely that it would.
10           Q.    Is that something --
11           A.    And in answer to the question you
12      asked me earlier about, and my response was the
13      population density in the rural area is going to
14      be lower than it is in an urban area.
15                 So right there is a symptomatic
16      indicator.  Rural versus urban are -- are
17      generally two constructs used by geographers and
18      others to say, you know, there's differences
19      between these two sets of areas, and population
20      density is one of several ways you can help
21      define that.
22           Q.    I understand.
23                 In selecting the variables, did you
24      intend to group kind of these dense urban areas
25      together and then sparse rural places together?
```

```
 1                     D.A. SWANSON - PH.D.
 2          A.    Well, I didn't know how it would turn
 3     out, but it seemed like an obvious one to use,
 4     and not knowing necessarily all the parishes,
 5     whether or how urbanized they were or how rural
 6     they were in advance, I had some indication that
 7     East Carroll Parish, which I believe I have
 8     actually been in, is very different than East
 9     Baton Rouge Parish.
10          Q.    I understand.
11                But does including population per
12     square mile of a variable tend to group together
13     cities?
14          A.    It would.  Absolutely, it would.
15          Q.    Okay.
16          A.    Or parishes that are heavily
17     urbanized.  That's probably another way to look
18     at it.
19          Q.    Right.  From your experience running
20     redistricting analysis, is it always necessary
21     to group together urban areas and then group
22     together all rural areas?
23          A.    Well, what's the research question?
24     That's the -- or the assignment?  That would be
25     the answer to that.
```

1                    D.A. SWANSON - PH.D.

2              So it would vary depending on what a

3        research question someone had, if they're doing

4        an academic research project or what's an

5        assignment if someone's engaged to look at

6        something.

7         Q.    But that was not your assignment here?

8         A.    My assignment is clearly specified in

9        the report.

10        Q.    I understand.

11              And just from your experience, cities

12        within a state are not always very close to one

13        another, correct?

14        A.    Say that again.

15        Q.    Cities within a state are not always

16        very close to one another, correct?

17              MR. FARR:  Objection to the form.

18              Go ahead, Dr. Swanson.

19              THE WITNESS:  Well, it depends.

20        There's a -- in metropolitan statistical

21        areas, there could be a lot of cities

22        clustered around a much larger central city.

23        Other states, it may vary.

24              So, again, I would look at that as a

25        research question where you go out and

```
                                          Page 81
 1                  D.A. SWANSON - PH.D.
 2          empirically look at what the answer is.  I
 3          can't answer that offhand off the top of my
 4          head other than anecdotal information about
 5          geographic areas I'm familiar with.
 6                  If you look at Alaska, where I once
 7          lived, Anchorage does not have very many
 8          large cities very close to it.  If you look
 9          at California, where I once lived, Los
10          Angeles has a lot of cities that are pretty
11          highly populated very close within the --
12          the area.
13     BY MS. GE:
14          Q.    Are you familiar with that answer in
15     Louisiana?
16          A.    I'm somewhat familiar, given the time
17     I've spent in Louisiana and plus looking at data
18     from Louisiana.
19          Q.    Would you say that sometimes cities in
20     Louisiana are relatively small such that their
21     population is not large enough to make up a
22     congressional district; is that right?
23          A.    I don't -- I don't -- I don't know the
24     answer to that offhand without doing the
25     research on it.  So I can't say if a city -- are
```

```
1                    D.A. SWANSON - PH.D.
2        you asking me is a city so small that it's not
3        going to be -- meet the requirements of being in
4        a congressional district all by itself?  Is that
5        the question you're asking?
6            Q.    That's correct.
7            A.    I'm sure there are cities that would
8        probably be so small they're not going to meet
9        whatever the standards are for a congressional
10       district.
11           Q.    So would you agree that it's not
12       unnatural or unusual for these isolated small
13       cities to be connected to perhaps other small
14       cities with a lot of sparsely territory --
15       sparsely populated territory in between?
16           A.    To some extent --
17                 MR. FARR:  Objection --
18                 Objection to the form.
19                 Go ahead.
20                 THE WITNESS:  To some extent, the
21           enacted plan reflects that.
22       BY MS. GE:
23           Q.    Would you say that, generally, many
24       plans -- well, scratch that.
25                 Would you say that the remedial plan
```

```
                                           Page 83
 1                  D.A. SWANSON - PH.D.
 2      also reflects that?
 3           A.    With extensions, yes.
 4           Q.    With your inclusion of population
 5      density as a variable in your cluster analysis,
 6      is it your claim that anytime a district is
 7      composed of sparse places in the corner of a
 8      state, with more densely populated areas that
 9      are a few hours' drive away, we can conclude
10      that race predominated in the drawing of that
11      district?
12           A.    I think you would have to have more
13      variables and more analysis other -- to -- to
14      state that claim other than what you just
15      stated.
16           Q.    Let's discuss another variable that
17      you included.
18                 It looks like you included median
19      household income, correct?
20           A.    Yes.
21           Q.    Did you run any analysis on whether
22      median household income correlates with urban or
23      rural status?
24           A.    Not specifically.
25           Q.    In your experience, would median
```

```
1                      D.A. SWANSON - PH.D.
2          income figures capture significant income
3          inequality within parishes?
4               A.    They could.
5               Q.    It also looks like you included
6          owner-occupied housing unit rates, correct?
7               A.    Correct.
8               Q.    Did you run any analysis on whether
9          owner-occupied housing unit rates correlates
10         with urban or rural status?
11              A.    Not specifically.
12              Q.    Okay.  Let's now run through your
13         different scenarios.
14                    You produced a number of variables
15         included from your list of 14, correct?
16              A.    Yes.
17              Q.    And you didn't add in any new
18         variables.
19                    The original 14 was the entire
20         universe of variables considered, correct?
21              A.    Correct.
22              Q.    How did you choose which variables to
23         eliminate in each of the various scenarios?
24              A.    Scroll down and start reading some --
25         from the paragraphs that precede the selection.
```

```
                                            Page 85
```

                    D.A. SWANSON - PH.D.

1

2        Q.    Would you like us to scroll, or do you

3    want to explain to us --

4        A.    You could go down and start -- compare

5    the next set, which would be the 12-variable set

6    to the 14-variable set, and I believe I have a

7    description of what I eliminated and why.

8        Q.    Okay.  Did you calculate any scenarios

9    that you did not publish in your report?

10       A.    No.

11       Q.    And in each of these four scenarios,

12   population per square mile stayed in each of

13   them, correct?

14       A.    I believe that's the case, yes.

15       Q.    And so did median household income and

16   owner-occupied housing unit rate; is that

17   correct?

18       A.    I believe that's the case.

19       Q.    What led you to the conclusion that

20   these are the core variables to inform your

21   cluster analysis?

22       A.    I would again point you to the

23   discussion I have when I precede each of the

24   different scenarios and why I excluded or

25   eliminate certain variables.

1                     D.A. SWANSON - PH.D.

2         Q.    Would you be able to kind of explain

3    that in your own words?

4         A.    Yeah; in general, what they did is

5    they captured different dimensions of what might

6    be a community of interest, and so I would

7    eliminate sets of them at a time to see how

8    robust the cluster procedure would be using --

9    eliminating some that I thought were probably

10   reasonably good indicators of a community of

11   interest.

12        Q.    Okay.  And the variables that you

13   chose to eliminate in each scenario, you chose

14   to eliminate those based on your expertise in

15   social demography; is that right?

16        A.    Yeah; my experience.  I -- I like the

17   fact that you use "expertise."  I use

18   "experience."  I don't know if any of us could

19   call ourselves an expert in any field.

20        Q.    You ultimately conclude that East

21   Baton Rouge Parish and the seven parishes of

22   East Carroll, Franklin, Madison, Morehouse,

23   Richland, Tensas, and West Carroll are not part

24   of the same cluster in each scenario, correct?

25        A.    Correct.

```
                                            Page 87
 1                    D.A. SWANSON - PH.D.
 2         Q.    Did you analyze whether the use of any
 3    variables not included in your report could
 4    result in East Baton Rouge Parish sharing a
 5    cluster with any of the northeastern parishes?
 6         A.    No.
 7         Q.    Would you agree that it is possible
 8    that the use of different variables could result
 9    in East Baton Rouge and one of these seven
10    parishes being placed in the same cluster?
11         A.    Again, I would look at your question
12    as a research hypothesis, and it's a research
13    hypothesis that could be investigated.
14         Q.    Okay.
15              MR. FARR:  Excuse me.  Can we take a
16         five-minute break when it's convenient for
17         you?
18              MS. GE:  Sure.  Let me finish maybe
19         two or three questions, and then we can take
20         a five-minute break.
21              Does that work?
22              MR. FARR:  Thank you very much.
23              MS. GE:  Okay.
24    BY MS. GE:
25         Q.    And sorry, just to clarify, you didn't
```

```
                                          Page 88
 1                 D.A. SWANSON - PH.D.
 2       investigate that hypothesis, correct, of using
 3       different variables to see if it would place --
 4            A.    Yeah, I believe you asked me that
 5       question before, and my answer was the same.
 6       So, no, I didn't.
 7            Q.    Okay.  So as soon as your analysis
 8       kind of revealed the results that seemed
 9       adequate to you, you were kind of done
10       investigating; that was the end of your
11       analysis; is that right?
12            A.    Other than going through the four
13       scenarios to see if it would maintain it through
14       dropping the number of variables down that I
15       ended up using, yes.
16                 MS. GE:  Okay.  I think that we're in
17            a place to take a five-minute break.
18                 MR. FARR:  Thank you.
19                 THE VIDEOGRAPHER:  We are going off
20            the record.  The time is 10:32 a.m.
21                 (Recess.)
22                 THE VIDEOGRAPHER:  We are back on the
23            record.  The time is 10:41 a.m.
24       BY MS. GE:
25            Q.    Could we pull Exhibit 2 back up to
```

```
                                              Page 89
 1                    D.A. SWANSON - PH.D.
 2        where we just were.  I believe you were
 3        discussing the various scenarios.
 4                  Between your four scenarios, did any
 5        of the parish clusters change when they were --
 6        A.      Yes, they did.
 7        Q.      -- when they were -- sorry, between
 8        the 14 and the 12 variables and between the 9
 9        and the 7?
10        A.      Yeah, they did.
11        Q.      Do you know which ones changed?
12                  We can look at the appendix shortly.
13        A.      Not offhand because I wasn't -- you
14        know, I was focused on the seven northeast
15        Louisiana parishes in East Baton Rouge.  So some
16        of them may have moved in and out.  I could see
17        that they were doing that.
18        Q.      Okay.  I think we'll turn to the
19        appendix shortly, but it would be good to
20        confirm which ones changed.
21                  And can you just help me understand
22        this exercise of running through the different
23        scenarios?  What new information did each
24        scenario provide?
25        A.      What it's based on is the robustness
```

```
                                          Page 90

 1                    D.A. SWANSON - PH.D.
 2        of doing this.  Starting off with a fair number
 3        of variables that I thought would differentiate
 4        a community of interest, what would happen if I
 5        started eliminating some of them so that there
 6        was less descriptive of what community of
 7        interest may be, and that would indicate to me
 8        is it pretty certain or not that the two groups
 9        of interest, specifically, the seven northeast
10        Louisiana parishes and, particularly, East
11        Carroll, would -- would or would not be in a
12        different community of interest than East Baton
13        Rouge and then, say, Lafayette Parish as well.
14             Q.    Okay.
15             A.    And I stress, when I started this, I
16        didn't know what the answer would be.
17             Q.    All right.  But it was -- it was a
18        yes-or-no question?  It was a yes-or-no
19        hypothesis?
20             A.    Yes.
21             Q.    Turning -- let's turn to page 40,
22        paragraph 65.
23                   Okay.  You conclude that "the
24        likelihood is very high" that East Baton Rouge
25        Parish is in fact in a different community of
```

1              D.A. SWANSON - PH.D.

2       interest group than the other seven parishes you

3       had identified, correct?

4           A.    Yes.

5           Q.    What likelihood are you referring to?

6           A.    My judgmental likelihood.  You never

7       want to say, hardly ever, that something's a

8       hundred percent.  There's -- you know, I tend to

9       look at the world from a probabilistic basis,

10      and there's very few things that are either zero

11      or a hundred percent.  So I tend to use terms

12      like "likelihood" or "probability."

13          Q.    Okay.  So this is based on you, in

14      your experience, running cluster analyses

15      that --

16          A.    Or even more broader than that.

17                Based on my experience in general

18      dealing with inferential statistics and related

19      areas.

20          Q.    Okay.  Is there an objective way to

21      measure this likelihood that a specific parish

22      is either in or out of a community of interest

23      group than other parishes?

24          A.    Well, the cluster analysis essentially

25      does that.  It does provide an objective measure

```
                                               Page 92
 1                    D.A. SWANSON - PH.D.
 2        of that.
 3                 And if -- again, whenever you're ready
 4        to turn to the appendix where it is, I will
 5        point out to you exactly where that is.
 6             Q.    But when you say "likelihood" here,
 7        you're basically saying, I ran these -- this
 8        cluster analysis through these four scenarios,
 9        and in my experience, this seems like there is a
10        strong likelihood?
11             A.    Essentially, that would be correct.
12             Q.    Okay.  And this conclusion, this
13        overarching conclusion, that is predicated on
14        the 14 variables that you selected in your
15        subjective judgment; is that right?
16             A.    And in conjunction with the reduction
17        down to the seven variables and the consistency
18        with the other definitions of what constituted
19        cultural regions and economic regions in
20        Louisiana.
21             Q.    When you say that, do you mean that,
22        after you ran your cluster analysis, you took a
23        look at some of the regional, cultural maps --
24             A.    Yes.
25             Q.    -- to verify that that confirmed?
```

```
                                              Page 93
 1                    D.A. SWANSON - PH.D.
 2         Okay.
 3                    When you were doing that verifying,
 4         did you limit yourself to the four regional maps
 5         you introduced in your report?
 6              A.    Yes; those are the ones I found pretty
 7         quickly, so I used them.
 8              Q.    Did you look at any other regional
 9         maps?
10              A.    I can't recall.  There -- there may
11         have been others around, but these seemed --
12         they're easy to find, and -- and once I had
13         several of them, that's what I stayed with.
14              Q.    How did you know how many maps to find
15         to confirm your understanding?
16              A.    Well, I -- I didn't know in advance.
17         I just thought if I have several of them,
18         that -- that provides some confirmation.
19              Q.    Okay.  And if someone, another expert,
20         were to run a similar cluster analysis but
21         choose different variables, is it possible that
22         they would arrive at a different conclusion?
23              A.    It's possible.
24              Q.    Okay.  Now let's turn to page 61 of
25         your report, the Appendix 7.4.
```

```
                                              Page 94
 1                    D.A. SWANSON - PH.D.
 2              And again, it looks like there are two
 3      clusters, correct, 1 and 2?
 4         A.    Yes.
 5         Q.    So it looks like most of the clus- --
 6      most of the parishes are in Cluster 1 and just a
 7      couple are in Cluster 2, correct?
 8         A.    Under this -- under this initial
 9      scenario, that's correct.
10         Q.    Got it.
11              Can you tell me which parishes are
12      grouped in Cluster 2?
13         A.    Well, from the page, I can see it's
14      East Baton Rouge, Jefferson Parish, and
15      Lafayette Parish right there on this page.
16      Lincoln Parish is one of them too.
17         Q.    Okay.
18         A.    The remainder of this --
19         Q.    Can we scroll down to the second page
20      just to verify the number of ones in Cluster 2.
21              I think there are only a few.
22         A.    Orleans Parish.
23         Q.    Okay.
24         A.    And that looks like the list.
25         Q.    Okay.  So I think, by my count, that
```

```
 1                    D.A. SWANSON - PH.D.
 2          was five parishes in Cluster 2, correct?
 3               A.    I believe that's correct.
 4               Q.    Is your analysis telling us that these
 5          five parishes are a community of interest?
 6               A.    In the sense of doing the cluster
 7          analysis, yes.
 8               Q.    Okay.  And the rest of the parishes
 9          are in a different community of interest?
10               A.    Yes.
11               Q.    So is your opinion that a
12          congressional district that failed to include
13          these five parishes together would split a
14          community of interest?
15               A.    I hadn't thought about that, whether
16          or not it includes the five of them together
17          would split it.  So I don't have an opinion
18          about that at this time.
19               Q.    Okay.  That's just not something you
20          considered?
21               A.    Correct.
22               Q.    Just based on your familiarity with
23          Louisiana geography, are these parishes close
24          together?
25               A.    The ones in the same cluster, not
```

```
 1                    D.A. SWANSON - PH.D.
 2        necessarily.
 3             Q.    Could these five parishes conceivably
 4        be joined together in a district, or would you
 5        have to leave some of them out?
 6             A.    Again, I haven't considered that issue
 7        so I don't -- I can't answer that question.
 8             Q.    Did you, I guess, map your clusters
 9        after you were done with your cluster analysis
10        and just kind of eyeball, think about whether
11        they could be joined together?
12             A.    Well, it just never occurred to me.  I
13        don't do congressional redistricting, so that
14        wasn't the task I'm -- I was asked to do, and
15        it's not what I do.  You know, I don't
16        redistrict.  That's done by other people,
17        correct?
18             Q.    I understand.  So it seems like you
19        were not thinking about this with congressional
20        districts in mind; you were merely --
21             A.    No.
22             Q.    -- focused on your -- on your
23        hypothesis?
24             A.    Yes.
25             Q.    Okay.  And just to be clear, my
```

```
                                              Page 97
 1                    D.A. SWANSON - PH.D.
 2         understanding of the conclusion, your claim is
 3         that certain places, for example, East Carroll
 4         and East Baton Rouge, simply do not go together
 5         because they're not part of the same community
 6         of interest, correct?
 7              A.    Correct.
 8              Q.    Have you identified any specific
 9         policy interests that might be different in East
10         Carroll and East Baton Rouge?
11              A.    Policy interests?
12              Q.    Yes.
13              A.    No.
14              Q.    So I'm just curious.  What variables
15         do you think make these places so different?
16              A.    Well, there is like 74, in my
17         judgment, what I believe to be a reasonable set
18         of indicators of communities of interest based
19         on the 14 variables I selected as a starting
20         point.
21                    Those clearly indicate that, for
22         example, East Orleans, East Baton Rouge Parish,
23         and East Carroll Parish are in different
24         communities of interest based on those
25         variables.
```

```
 1                    D.A. SWANSON - PH.D.
 2         Q.    But you don't have a specific -- you
 3    don't have a sense of which specific variable is
 4    kind of driving that difference; is that right?
 5                 You're just taking the cluster
 6    analysis results as is?
 7         A.    To -- that's correct.
 8                 And when you look in the internal
 9    indications of it, it's kind of -- it's kind of
10    put together.
11                 So let's -- let's -- if you want, I'll
12    go through and tell you what the -- those
13    numbers beside the clusters mean.  That will
14    probably give you an indication or -- or answer
15    your question, in part.
16         Q.    Sure.  Do you mean the -- so, in
17    addition to the cluster, there's like Dist. 1
18    and Dist. 2?
19         A.    Right.  So if you go back up the page,
20    we can look directly at East Orleans and East
21    Baton Rouge.
22         Q.    Sure.
23         A.    Let me know when you're ready.
24         Q.    Sure.  Would you like to explain what
25    Dist. 1 and Dist. 2 are labeled here?
```

 1                    D.A. SWANSON - PH.D.

 2          A.    Would you like me to explain what

 3     those measures mean, and that, in part, would

 4     answer one of your previous questions about how

 5     the cluster analysis is kind of internally

 6     verified?

 7          Q.    Yes, please.

 8          A.    So if you look at East Baton Rouge

 9     Parish, which, in this case, is placed in

10     Cluster No. 2 -- keep in mind that the cluster

11     numbers are -- are -- are just artifacts.  You

12     know, I could have easily said this is Cluster 1

13     and the other ones are in Cluster 2.  Okay?

14              So what it says right there, looking

15     at East Baton Rouge Parish, that number under

16     "Dist. 1" is the average distance between its

17     average scores and the average of all the 14

18     variables inside that cluster.  So that, again,

19     is like a variance issue.  It's a Euclidian

20     distance of measure when you're looking at

21     vectors.

22              So it says the average distance for

23     East Baton Rouge Parish from the center of

24     Cluster 1 is 4.427 units.  It's not in Cluster

25     1.  It's in Cluster 2.

```
                                      Page 100
 1                    D.A. SWANSON - PH.D.
 2               Now look across the other column.
 3         What's the number there?  1.1159.  So it's
 4         saying, on average, its set of variables is much
 5         closer to the mean of Cluster 1 than -- or, mean
 6         of Cluster 2 than it is of Cluster 1.  1.1159
 7         units of measure is far less than 4.4273 units
 8         of measure.
 9               So it's saying that's part of the
10         reason it's based in Cluster 2 and not in
11         Cluster 1.  Because it's a better fit.  It's
12         closer to the mean.
13         Q.    And what is the difference between the
14         variable or the output Dist. 2 versus Dist. 1?
15         A.    I just explained it.  It's the -- it's
16         the distance, on average, of all the variables
17         in that cluster to that cluster's mean of all
18         those variables.
19         Q.    Okay.
20         A.    And so you have to look at this,
21         it's -- you know, there's -- there's 14
22         dimensions in this, so you can't -- you can't,
23         you know, display 14-space.  You can display
24         2-space easily on a -- on a 2-dimensional
25         surface, but not 14-space.
```

```
                                            Page 101

 1                     D.A. SWANSON - PH.D.

 2               So what it's saying is that there

 3        are -- these are vectors, and that's a Euclidian

 4        distance from the point of these vectors, and

 5        that corresponds to what variance is, in point

 6        of fact, if you look at the formula for looking

 7        what the distance is between two vectors.

 8               So what it's saying is, on average,

 9        all -- all the units that make up the variables

10        for East Baton Rouge are closer to the center of

11        Cluster 2 than they are to Cluster 1.

12        Q.    Got it.  Okay.  So you kind of take

13        all the 14 variables in aggregate and a mean,

14        and it doesn't -- and there is no way for you to

15        go back and verify this is the one variable that

16        is making these two clusters so different?

17        It'll kind of all of them?

18        A.    There are -- there are other

19        procedures, such as the F-test I mentioned

20        earlier, that looks at each individual variable

21        and determines whether or not it's statistically

22        significant.  That's another way you can do it,

23        but the sig- -- statistical significance is

24        nulls correspond with substantive significance.

25               Do you follow me?
```

1               D.A. SWANSON - PH.D.

2       Q.    If you could explain.

3       A.    Yeah, for example, someone might do a

4    T-test and say, I started off with a preset

5    alpha level of 0.05.  If the probability that

6    the null hypothesis that the two means are -- or

7    the two populations have the same mean is

8    rejected, it means I've got to get a probability

9    less than 0.05 to make that decision to reject

10   the null hypothesis.  Otherwise, I won't.

11      Q.    And that was not a test that you ran

12   here?

13      A.    Yeah.  But do you follow generally

14   what I'm saying?

15      Q.    Yes.

16      A.    Well, in one instance, it could be

17   that the difference between the two means is

18   like $1, if you're looking at money.  If you got

19   a large enough sample, the -- a sample size of

20   huge amounts will say, yes, there's this

21   statistically significant difference between

22   $220 in this unit and $221 in the other one.

23            So that's what I mean by statistical

24   significance is not always the indicator.  In

25   most cases, you would say, so what?  One city

Page 103

1                    D.A. SWANSON - PH.D.

2          has or one group of people have a dollar more in

3          average income than another group?  It's not

4          substantive.

5                    So then you have got to apply your

6          judgment in -- in addition to the statistical

7          significance to say, what makes this a

8          substantive difference?  And I think most

9          people, including you and others listening,

10         would say $1 is not going to make a huge

11         difference.  Does 10?  Does 20?  Does 200?  Does

12         200,000?

13                   200,000 probably does, so we have

14         narrowed the range down.  So somewhere in

15         between $1 and 200,000, say, that is going to be

16         a substantive difference.  And what may

17         determine that is exactly what the research

18         question is.  For example, if the federal

19         definitions of the percent of people in poverty

20         were used, that's a way you could say is it a

21         substantive difference.

22                   So that's what I'm stressing about the

23         difference between statistical significance and

24         the difference between substantive significance.

25         You've got to -- you've got to be able to look

1          D.A. SWANSON - PH.D.

2     at both, and I think that requires some

3     experience.

4          Most people I have encountered in

5     their lives, when they -- they took statistical

6     significance as -- as a golden rule, and they

7     really didn't understand what underlies it.  So

8     I --

9          Q.    I understand.

10         A.    The -- the cluster analysis does do a

11    series of F-tests, which would be like T-tests.

12    If you're doing multiple T-tests, it accounts

13    for some of the problems you would have with

14    that.

15         And so a couple of the variables at

16    different times -- and I would have to go back

17    and look -- showed up as not being statistically

18    significant, but my judgment, looking at the

19    differences, it was again bassed on a sample

20    size of 64, and the differences still, you know,

21    looked to me fairly large.  So I used judgment

22    and to say, yeah, I'm not going to eliminate

23    them and rerun it without it.

24         I know that it's a lot to absorb, and

25    I sounded like I'm lecturing, but I -- and I

1                    D.A. SWANSON - PH.D.

2          apologize for that, but it --

3          Q.    That's definitely helpful.

4          A.    -- it's just the way you have to look

5     at statistical inference and related factors:

6     Substance/statistical difference.

7          Q.    So some explanation it seems like your

8     cluster analysis might reveal things that are

9     not observable -- are not observable in a -- in

10    a non-statistical fashion.

11               Like it's -- it's hard to point to a

12    specific thing that caused the result that your

13    cluster analysis produced; is that right?

14         A.    Yeah.  And you know, different people

15    would have a different procedure.  Some people

16    may have pulled out -- when they looked at the

17    F-test, pulled one of the variables out, but

18    again, I would stress you have to look very

19    closely at it and are you falling into what's,

20    by some statistical authors called "the cult of

21    statistical significance trap"; that is, simply,

22    because it's statistically significant, they

23    would pull it, and it may not be substantively a

24    big difference, as I said earlier.

25               If you have a sample size that's

```
 1                      D.A. SWANSON - PH.D.
 2        really large, it could be you're looking at one
 3        group of people and another group of people, and
 4        the mean income difference is $1.  Is that
 5        substantive or not?  You have got to make those
 6        decisions.
 7             Q.    Okay.
 8             A.    So do you want me to turn now to East
 9        Carroll Parish and look at the numbers under
10        "Dist. 1" and "Dist. 2"?
11             Q.    Sure, why don't you explain to us how
12        you --
13             A.    Sure.  As you can see, East Carroll
14        Parish is in district -- in Cluster 1 in this
15        case, and notice it says the distance from the
16        mean of all the variables to the mean of the
17        cluster is 4.9 units.
18                   And that's a much lower distance, on
19        the order of 1 whole unit, than what the
20        distance is to the mean of the second cluster,
21        the first one, that East Baton Rouge.  There the
22        distance is 6.
23                   So on that basis, you're looking at
24        this is one of the reasons it's -- the primary
25        reason it's placed into Cluster 2 is because all
```

1                    D.A. SWANSON - PH.D.

2         the variables, the means, the distance from them

3         to the mean of the cluster of that variable is

4         smaller than it would be if it was placed in the

5         other cluster and vice-versa.  The same thing

6         goes for East Baton Rouge.

7                    So those statistic measures are saying

8         this is the closest -- this is what it's closest

9         to in terms of the cluster means.

10            Q.    I understand.

11                    So the right variable to kind of see

12        how far apart two different parishes are is to

13        look at Dist. 2 to see how far apart both of

14        them are from the -- the mean?

15            A.    Well, you've got -- you don't want to

16        kind of look at it that way.  Since East Carroll

17        Parish is located in Cluster 2, you can look

18        under distance in 2, and that tells you how far

19        the mean of all those variables is from the mean

20        of the cluster.

21                    If you look at the distance in Cluster

22        1, it shows you how far it is to the mean of

23        that one.  So you've got to look at both of them

24        simultaneously and then you see which one is the

25        smallest.

```
                                        Page 108

 1                    D.A. SWANSON - PH.D.

 2                    In the case of East Baton Rouge

 3        Parish, the distance is smaller when it's placed

 4        in Cluster 2, and East Carroll Parish, the

 5        distance is smaller when it's placed in Cluster

 6        1.

 7            Q.    Got it.  Okay.

 8                    Can we use your cluster analysis to

 9        criticize any map that groups any of the

10        parishes in Cluster 1 in different districts?

11            A.    Could you ask that again?  I'm not

12        sure what you're asking.

13            Q.    Sure.

14                    Can we use the results of your cluster

15        analysis and its appendix to say any map that

16        groups together parishes in Cluster 1 but

17        separates them into different districts, can we

18        say that those maps are -- you know, don't group

19        together communities of interest?

20            A.    It's possible it's used as basis for

21        that.  I wouldn't use this as the sole basis for

22        doing that.

23            Q.    And why is that?

24            A.    Well, some of these clusters other --

25        these other parishes, there may be different
```

                        D.A. SWANSON - PH.D.

1    reasons why they're in different congressional

2    parishes.

3                And keep in mind, I was not asked to

4    look at that question.  I was asked simply, the

5    research question that I was given is, are they

6    in the same community of interest.

7         Q.    And so your analysis is very limited

8    to, you know, a couple -- like looking at two

9    pairs of parishes, not any evaluation of

10   communities of interest as a whole in Louisiana?

11        A.    Yeah, that's correct.

12        Q.    Okay.

13        A.    And I just decided that was better to

14   use all of the parishes of Louisiana in this

15   exercise than simply parishes that were in --

16   either included in Enabled District 1 or

17   Proposed district -- 5, I mean, and Proposed

18   District 5.  So I used all of them.

19        Q.    Okay.  But you agree that your cluster

20   analysis could be informative to assess a map

21   that groups the parishes in Cluster 1 in

22   different configurations?

23        A.    It could be.

24        Q.    Okay.  Let's maybe run through that

```
                                           Page 110
 1                     D.A. SWANSON - PH.D.
 2          exercise and -- let me see -- and I'll kind of
 3          refer you to the enacted map and the remedial
 4          map, which I think -- I think Dan will be able
 5          to kind of navigate them so that we can look at
 6          them together.
 7                     So let's look at Jackson Parish.  Do
 8          you see that in --
 9                     Actually, sorry.  Can you stay with
10          the appendix just so we can verify which cluster
11          it's in?
12                     So Jackson Parish, which cluster is
13          that in?
14          A.     Jackson is in Cluster 1.
15          Q.     In Cluster 1, okay.
16                     And then let's scroll down to Union
17          Parish.
18                     What cluster is that in?
19          A.     1.
20          Q.     Okay.  So both of them are in Cluster
21          1.
22                     Can we go to the enacted map?
23                     And is Jackson Parish and Union Parish
24          in different districts in the enacted map?
25          A.     I can't see the enacted map to tell
```

```
                                        Page 111
 1                    D.A. SWANSON - PH.D.
 2        you if that's the case.  This is a -- it's
 3        not --
 4             Q.    Yeah, it's the one -- it's the one
 5        that's pulled up.
 6             A.    I can see the map, but I can't read
 7        it.  It's too small of print '.
 8                   MS. GE:  Dan, is there any way we can
 9             make that bigger?
10        BY MS. GE:
11             Q.    Are you able to see the parishes now?
12             A.    It's better.  It's still not perfect.
13                   So I can see Union is in Enacted 4.
14             Q.    Uh-huh.  And where is Jackson?
15             A.    I'm looking for it.
16                   I'm probably -- I'm probably scanning
17        right over it.  Where is it located?
18                   I see it.  Yeah, it's in 5, yeah.
19             Q.    So just from the results of your
20        cluster analysis, could we use that to criticize
21        this grouping of splitting apart Jackson and
22        Union?
23                   MR. FARR:  Objection to the form.
24                   Go ahead.
25                   THE WITNESS:  It's possible that
```

```
                                              Page 112
 1                   D.A. SWANSON - PH.D.
 2           someone wanted to do that.
 3       BY MS. GE:
 4           Q.    Okay.  And let's do -- let's do one
 5       more example just so that I understand how to --
 6       how to take the results of your cluster
 7       analysis.
 8                 Can we go back to the appendix?
 9                 Okay.  Great.  And let's take a look
10       at Bossier.
11                 Can you see which cluster that's in?
12           A.    I couldn't hear what you said.
13                 Which parish?
14           Q.    Bossier.
15           A.    Bossier?
16           Q.    Bossier.
17           A.    Yes.
18           Q.    Which cluster is that in?
19           A.    That's in 1.
20           Q.    That's in 1, okay.
21                 And how about -- how about Caddo?
22           A.    Caddo is in -- this is the 7-variable
23       grouping, okay.
24                 Caddo is in Cluster 1.
25           Q.    Is in Cluster 1.
```

```
 1                    D.A. SWANSON - PH.D.
 2              MS. GE:  Sorry.  Give me one second.
 3         I apologize.  Could we take a five-minute
 4         break?
 5              MR. FARR:  Sure.  No problem.  Take
 6         your time.
 7              THE VIDEOGRAPHER:  We're going off the
 8         record.  The time is 11:08 a.m.
 9              (Recess.)
10              THE VIDEOGRAPHER:  We are back on the
11         record.  The time is 11:17 a.m.
12    BY MS. GE:
13         Q.   Okay.  Apologies.  I think that I
14    directed us to maybe the wrong page.  I think
15    that we wanted to look at page 55, so the
16    cluster analysis with the 14 variables to start.
17              Okay.  According to your cluster
18    analysis, what cluster is Bossier Parish is?
19         A.   It's in 2.
20         Q.   It's in 2.  Okay.
21              And Caddo is in 1, correct?
22         A.   It is.
23         Q.   Okay.  And so is your analysis telling
24    us that they should be in different districts?
25         A.   No.
```

Page 114

```
 1                      D.A. SWANSON - PH.D.
 2                 MR. FARR:  Objection.
 3                 THE WITNESS:  No, that's not the
 4           purpose of it.  As I -- the research
 5           question, the assignment I'm given is, are
 6           the seven -- basically, is East Carroll
 7           Parish in the same community of interest as
 8           East Baton Rouge Parish.
 9                 So that -- that's -- that's not within
10           the scope of what I was asked to do so I'm
11           not able to answer your question.
12     BY MS. GE:
13           Q.    You're not able to compare two
14     parishes in two different clusters that are not
15     East Carroll and East Baton Rouge?
16           A.    I can compare, but the question you're
17     asking about whether or not they should be in
18     two different districts is another question, and
19     that's not what I was asked to do in terms of
20     performing this task.
21           Q.    Okay.  Are you familiar with where
22     Bossier and -- and Caddo are?
23           A.    Bossier, yeah.  I was in the U.S. Army
24     with a kid from Bossier Parish, and he used to
25     talk about it when I was stationed at Ft.
```

```
                                            Page 115
1                      D.A. SWANSON - PH.D.
2         Campbell, Kentucky.
3              Q.    Okay.
4              A.    And I'm somewhat familiar with it, so
5         I can't remember if I have been through Caddo
6         Parish or not.  It's up in that Red River
7         District area, I believe.  So some of them I
8         can't recall if I have driven through there.
9         Other ones I can or been on the ground there.
10             Q.    Okay.  Could we just quickly look at
11        the enacted map on page 12, so on the same page
12        about where the two -- where the two parishes
13        are.
14                   Do you mind zooming in?
15                   Dr. Swanson, can you -- can you see
16        where the two parishes are?
17             A.    Yeah, I can see them.
18             Q.    Okay.  Are they in the same
19        congressional district in the enacted map?
20             A.    They're in 4.
21             Q.    Okay.  And are they next to each
22        other?
23             A.    Yes, they are.
24             Q.    From your personal experience, would
25        you agree that these are similar parishes?
```

```
                                               Page 116

 1                    D.A. SWANSON - PH.D.

 2                MR. FARR:  Objection.

 3                THE WITNESS:  Well, from my personal

 4           experience, I'm not able to answer that

 5           question.  I -- I've looked at this issue in

 6           terms of the variables that I used in the

 7           cluster analysis.

 8      BY MS. GE:

 9           Q.    I understand.

10                So your analysis can result in similar

11      parishes or parishes next to each other being

12      put into different clusters, is that right, just

13      looking at the results of your -- of your

14      analysis?

15           A.    Yes.

16           Q.    Okay.  And is there any reason to

17      believe that the results of your cluster

18      analysis is more accurate when it comes to

19      comparing East Carroll and East Baton Rouge than

20      when it comes to comparing Bossier and Caddo?

21                MR. FARR:  Objection.

22                THE WITNESS:  Yeah, I -- I don't think

23           that's the right way to form the question in

24           the sense of "more accurate."

25
```

                    D.A. SWANSON - PH.D.

1

2      BY MS. GE:

3          Q.    Okay.  Well, let's --

4          A.    It's what the -- as I went through and

5      explained the cluster analysis would do, it's

6      where it placed them in terms of bringing the

7      cluster analysis procedure and the methods and

8      the processes that it uses.

9          Q.    Okay.  Let me take a step back and

10     just to make sure that I understand this

11     correctly.

12              Your hypothesis is focused on

13     comparing East Baton Rouge with East Carroll and

14     those surrounding parishes, and that was your

15     research question in formulating your cluster

16     analysis, correct?

17         A.    Yes.

18         Q.    And so you're not really focused on,

19     you know, Bossier and Caddo or any of the other

20     parishes in Louisiana, correct, when you're

21     running your cluster analysis?

22         A.    Correct.

23         Q.    And so, to some extent, it doesn't

24     really matter where the clusters place Bossier

25     and Caddo and Union, Jackson, or any of these

```
                                              Page 118
 1                    D.A. SWANSON - PH.D.
 2        other parishes that we have looked at, right?
 3                 MR. FARR:  Objection.
 4                 THE WITNESS:  The assignment I was
 5            given --
 6                 MR. FARR:  Objection.
 7                 THE WITNESS:  In terms of my
 8            assignment, it doesn't matter to me.  It may
 9            matter to other people that had other
10            assignments or other reasons to look at
11            them.
12        BY MS. GE:
13            Q.    Does it inform the accuracy of your
14        cluster analysis where these other parishes are
15        placed?
16            A.    Again, I wouldn't use the term
17        "accuracy" of where they are placed.  The
18        cluster analysis did what it did.
19            Q.    And it was not part of your assignment
20        to kind of throw these clusters onto a map and
21        verify that they made sense; is that right?
22                 MR. FARR:  Objection.
23                 THE WITNESS:  And again, I wouldn't
24            use the term "verify" where they were.
25                 I mean, you're talking about in terms
```

Page 119

D.A. SWANSON - PH.D.

1
2          of these congressional districts?  Is that

3          what you're asking?  Verify where they were

4          in terms of congressional districts?  Is

5          that your question?

6     BY MS. GE:

7          Q.    Well, where they are in relation to

8     each other, either in district or just by

9     regional familiarity.

10         A.    Or other processes that might be of

11    interest to someone else for another purpose?

12         Q.    But that was not part of your

13    assignment; that was not something that you did?

14         A.    That's correct.

15         Q.    Were there any inputs in your cluster

16    analysis that were specific to East Baton Rouge

17    or East Carroll and the surrounding parishes

18    that would allow us to trust the results of the

19    cluster analysis more?  Like was your cluster

20    analysis fine-tuned to these parishes?

21         A.    The cluster analysis uses all 64

22    parishes in Louisiana under the variables that I

23    have described in the report.

24         Q.    So it doesn't really distinguish the

25    amount of information that you're feeding the

```
 1                      D.A. SWANSON - PH.D.
 2        algorithm?  You're --
 3                      I'm sorry, let me rephrase that.
 4                      The -- the kind of information and the
 5        amount of information that you are feeding the
 6        algorithm are the same for each parish in
 7        Louisiana regardless of whether that was your --
 8        the parishes you were focused on to reach your
 9        hypothesis or not?
10             A.    Correct.
11             Q.    Is that right?
12                      Okay.  I understand.
13                      And I believe that, after you ran your
14        cluster analysis in the different scenarios, you
15        did not visualize your results and kind of map
16        out the clusters on a -- overlay the districts
17        or anything else; is that right?
18             A.    Well, in the sense that -- yeah, no, I
19        didn't.
20             Q.    Okay.  So do you have a sense of if
21        your analysis results -- results in clusters of
22        different parishes kind of all over Louisiana
23        that are not contiguous with each other?
24             A.    It would put some parishes in
25        Louisiana together that are not contiguous.
```

```
                                              Page 121
 1                 D.A. SWANSON - PH.D.
 2        Q.    Okay.  If we visualize your results,
 3   would we find something that looked like
 4   districts?
 5        A.    I don't know.
 6        Q.    And you don't know if geographically
 7   similar proximate parishes would be clustered
 8   together; is that right?
 9        A.    That would be a research question to
10   look at.
11        Q.    So that was not part of your research
12   question here?
13        A.    That's correct.
14        Q.    Okay.  Okay.  Let's now turn to your
15   communities of interest analysis using the
16   cultural map, and I believe that it would be
17   helpful to maybe look at page 25 to 29.
18             It's possible I have the wrong page
19   numbers.  Okay.  So the proper page is page 26,
20   and we can take one of these at a time, but just
21   generally, how did you find these four regional
22   maps?
23        A.    A Google search.
24        Q.    And you just picked the first four
25   maps that popped up?
```

                    D.A. SWANSON - PH.D.

1

2          A.     Essentially.  I think there may have

3    been more, but I don't recall them, but I was

4    looking for something more than one but not 200

5    different maps.  I didn't know how many I would

6    find to begin with, but essentially, that's it.

7    Once I got to several maps, I thought, okay,

8    this -- this is reasonable.

9          Q.    Okay.  Did you review any other

10   regional maps?

11         A.    I can't recall seeing others.  I think

12   these are -- I think I saw a Google site showing

13   other maps.  They may have been lower down on my

14   screen, and when I clicked on some of these,

15   these are basically the ones that I found.

16         Q.    Did -- did you find any maps that you

17   decided not to include in your report?

18         A.    There may have been maps that were

19   less complete.  You follow me?  They didn't

20   cover the whole state.

21         Q.    Okay.

22         A.    I can't recall expressly, but that may

23   have been the case; that I saw some that were

24   partial maps.

25         Q.    Okay.  Let's take these maps one at a

```
                                          Page 123

 1                    D.A. SWANSON - PH.D.

 2        time, and I believe that we are on page 26 where

 3        we have Figure 4-1.

 4                    And this is a map from the Louisiana

 5        Regional Folklore Program; is that correct?

 6             A.    Correct.

 7             Q.    Do you know when this map was drawn?

 8             A.    No, I don't recall when it was drawn.

 9             Q.    Do you know if the Louisiana Regional

10        Folklore Program updates this map with the

11        latest data?

12             A.    No, I don't.

13             Q.    Do you know how this map was drawn?

14             A.    No.  Other than the description that I

15        think was at the website.  I can't recall how

16        detailed it was.

17             Q.    But you don't have any indication that

18        they took into account, you know, racial,

19        ethnic, geographic, or governmental interests;

20        is that right?

21             A.    That's correct.

22             Q.    And you don't have any indication that

23        they took into account, you know, social,

24        partisan, or historical interests; is that

25        right?
```

                    D.A. SWANSON - PH.D.

1

2          A.    Well, beyond what they described, I --

3    I, in terms of, you know, Regional Folklore

4    Program Maps, I don't know exactly all the

5    details that went into it.

6          Q.    Sure.

7                And you don't know if these regions,

8    as they draw them, have individuals who are

9    likely to have similar legislative concerns and

10   who might benefit from cohesive representation

11   or legislature; is that right?

12         A.    That's correct.

13         Q.    So this map wasn't drawn to identify

14   communities of interest for redistricting

15   purposes; is that right?

16         A.    That appeared to me to be the case.

17         Q.    Okay.  And it seems likely that this

18   map is how the Louisiana Regional Folklore

19   Program decided to divide -- divide up Louisiana

20   for their organizational purposes, right?

21         A.    Whatever the organizational purposes

22   might be, if they're educational in nature or

23   whatever it is, yes.

24         Q.    Let's turn to Figure 4-2 on page 27,

25   and this is a map from the Smithsonian Museum

```
                                                      Page 125
 1                      D.A. SWANSON - PH.D.
 2          Magazine; is that right?
 3               A.    That's correct.
 4               Q.    Do you know when this map was drawn?
 5               A.    I don't remember the date.
 6               Q.    Do you know if the Smithsonian Museum
 7          Magazine updates this map with the latest data?
 8               A.    I don't know.
 9               Q.    Do you know how this map was drawn?
10               A.    I believe there is a description of
11          the magazine, but exactly the variables and
12          the -- the choices that went into it, I do not
13          know.
14               Q.    So you don't have any indication that
15          they took into account, you know, racial,
16          ethnic, geographic, or governmental interests;
17          is that right?
18               A.    That's correct.
19               Q.    And you don't know if these regions
20          have individuals who are likely to have similar
21          legislative concerns and might benefit from
22          cohesive representation; is that right?
23               A.    That's correct.
24               Q.    And again, this map was also not drawn
25          to identify communities of interest for
```

Page 126

```
 1                    D.A. SWANSON - PH.D.
 2        redistricting purposes, right?
 3             A.    As far as I know.
 4             Q.    And it actually seems like this map is
 5        directed at tourists who are planning a trip to
 6        Louisiana; is that correct?
 7             A.    It looks that way to me.  It looks
 8        that way to you too, right?  That's how I
 9        interpreted it.  It looked like a -- kind of a
10        marketing tourism map.
11             Q.    Right.
12                   And would you agree that tourists who
13        are visiting a region and might look at this map
14        are not residents of that region?
15             A.    It may be the case, but I don't know
16        exactly.  It may be it's aimed at people who
17        live down in the greater New Orleans area to
18        tell them about the Sportsman's Paradise that's
19        up there in north Louisiana.  I don't know.
20             Q.    But likely, if they're looking at
21        Sportsman's Paradise, tourists don't tend to
22        live in Sportsman's Paradise who are looking at
23        this map of that region; is that right?
24             A.    I don't know the answer to that.  I
25        really don't.  There might be people who live
```

Page 127

```
 1                    D.A. SWANSON - PH.D.
 2        there that look at it.  I just don't know.
 3             Q.    Sure.
 4             A.    But I would agree with you it looks --
 5        it has the hallmarks of kind of a map you would
 6        provide to tourists, but the tourists may not
 7        all be from out of state.
 8             Q.    Sure.
 9                   Let's now turn to the next map, which
10        I believe is on page 28, and this is Figure 4-3.
11                   And this map is a map of Parishes by
12        Folklife Region by the Louisiana Department of
13        Culture, Recreation, and Tourism; is that right?
14             A.    I believe that's correct.
15             Q.    Do you know when this map was drawn?
16             A.    No.
17             Q.    Do you know if the Louisiana
18        Department of Culture, Recreation, and Tourism
19        updates this map with the latest data?
20             A.    No.
21             Q.    Do you know how this map was drawn?
22             A.    Not exactly.  Again, beyond whatever
23        description was associated with this map when I
24        found it online.
25             Q.    Right.  But you don't have any
```

```
 1                    D.A. SWANSON - PH.D.
 2          indication that they took into account racial,
 3          ethnic, geographic, or governmental interests;
 4          is that right?
 5               A.    That's correct.
 6               Q.    And you don't know if these regions,
 7          as they draw them, have individuals who are
 8          likely to have similar legislative concerns and
 9          who can benefit from cohesive representation; is
10          that right?
11               A.    I don't know the answer; that's
12          correct.
13               Q.    Okay.  And this map was also not drawn
14          to identify communities of interest for
15          redistricting purposes, correct?
16               A.    I believe that's the case.
17               Q.    And it looks to me that this is also a
18          map directed at tourists who are planning a trip
19          to Louisiana, correct?
20               A.    I wouldn't be as certain about that as
21          I think there's a higher likelihood the prior
22          map was.  This may be directed for educational
23          purposes to people that live in Louisiana, too,
24          to give them more of the history of their state.
25                    I -- I don't know the answer, but to
```

```
                                                    Page 129
 1                    D.A. SWANSON - PH.D.
 2        me, if you're asking my judgment, it looks less
 3        so a tourism map than the previous one.
 4             Q.    Sure.
 5                   It just seemed to me that the map was
 6        from the Louisiana Department of Culture,
 7        Recreation, and Tourism so --
 8             A.    Yeah, that's an indication as opposed
 9        to the Smithsonian Magazine.
10             Q.    Right.
11                   And let's take a look at the final map
12        that you included, which is on page 29, and this
13        is Figure 4-4, and this appears to be a map of
14        the Louisiana Parishes by Economic Development
15        Region drawn by the Louisiana --
16             A.    Correct.
17             Q.    -- Economic Development Agency, right?
18             A.    Correct.
19             Q.    Do you know when this map was drawn?
20             A.    No.
21             Q.    Do you know if the Louisiana Economic
22        Development Agency updates this map with the
23        latest data?
24             A.    I don't know.
25             Q.    Do you know how this map was drawn?
```

```
                                           Page 130
 1                   D.A. SWANSON - PH.D.
 2          A.    No; not the details, other than
 3      general descriptions that are probably -- are in
 4      one of the department's economic reports.
 5          Q.    So you don't have any indication that
 6      they took into account racial, ethnic,
 7      geographic, or governmental interests, correct?
 8          A.    Generally, that's the -- that's
 9      correct.
10          Q.    And you don't know if these regions
11      have individuals who are likely to have similar
12      legislative interests or have similar
13      legislative concerns, correct?
14          A.    That's correct.
15          Q.    And this map was also not drawn to
16      identify communities of interest for
17      redistricting purposes; is that right?
18          A.    I believe that's the case.
19          Q.    And it seems like this map is directed
20      at potentially external investments into
21      Louisiana, right?
22               MR. FARR:  Objection.  Objection to
23          the form.
24               THE WITNESS:  It's probably used for
25          that purpose, but it may not be the only
```

```
                                        Page 131

 1                    D.A. SWANSON - PH.D.

 2           purpose.

 3       BY MS. GE:

 4           Q.    Sure.

 5                 And it seems like this map is how

 6       Louisiana Economic Development Agency decided to

 7       divide up Louisiana for their organizational

 8       purposes; is that right?

 9                 MR. FARR:  Objection.

10                 THE WITNESS:  I don't know the answer

11           as to why they -- they produced this.

12       BY MS. GE:

13           Q.    Sure.

14                 Taken altogether, is it fair to say

15       that these four cultural maps are all pretty

16       different from each other?

17           A.    In the sense of how they're organized?

18           Q.    Yes.

19           A.    There's -- the parishes they include

20       or don't include for different reasons?

21           Q.    That's correct.  Uh-huh.

22           A.    There clearly are differences among

23       them.

24           Q.    Okay.  Let's take a moment maybe to

25       talk about some of those differences, and let's
```

```
                                              Page 132
 1                    D.A. SWANSON - PH.D.
 2        start with -- I'll direct us back to the first
 3        figure on page 26.
 4                    Apologies.  We're going to go back and
 5        forth a little bit.
 6                    Okay.  So, for example, let's look in
 7        the northern part of Louisiana, and it -- which
 8        it roughly follows the river as the dividing
 9        line between regions, right?
10                    Do you see that in the northern -- in
11        the northern part?
12             A.    Of the eastern boundary?
13             Q.    On the --
14             A.    When you say "the river," you're
15        talking about the eastern side of it and the
16        Mississippi River, correct?
17             Q.    Well, there's also another river; is
18        that right?
19             A.    What's -- what other river besides --
20             Q.    Do you see --
21             A.    Pardon me?
22             Q.    Dividing of regions, I believe, 1 and
23        2.
24             A.    Oh, okay.  So you're looking at both
25        Region 2.  I think one of the rivers up there,
```

```
 1                    D.A. SWANSON - PH.D.
 2        the Sabine River maybe, the Red River, but on
 3        the eastern side of Region 1, if that's what
 4        you're asking me, the boundary is up against
 5        Mississippi, and that would be largely the
 6        Mississippi River.
 7            Q.    Uh-huh.  But would you -- would you
 8        agree that, you know, Region 1 and 2 it seems to
 9        also kind of follow that river dividing line?
10                 MR. FARR:  Objection.
11                 THE WITNESS:  Are you asking me if --
12            if the -- the Region 2 and Region 1 is split
13            because of whether it's the Sabine River or
14            the Red River, whichever one it is, and
15            there it's dividing them?
16        BY MS. GE:
17            Q.    Yeah, it's roughly where the different
18        regions are split in -- in this first map.
19            A.    Yeah, I don't know the answer to that
20        question.
21            Q.    Okay.
22            A.    You could look at -- the red lines
23        represent highways, the interstates.  So one way
24        you could say is, along with the river, it might
25        be the interstates are doing some of it too.
```

Page 134

1                    D.A. SWANSON - PH.D.

2          Q.    Okay.  But we'll -- we'll hold that

3      kind of in mind --

4          A.    Again, I don't know the answer to that

5      question either.

6          Q.    Right.  So we'll hold that in mind,

7      and let's go to Figure 2 or the second map on

8      page 27.

9                    Again, in the northern part of the

10     state, that northern part of the state is

11     divided horizontally, correct?

12         A.    Yes.

13         Q.    Which is different from the way that

14     it was done in that first map?

15         A.    Yes; somewhat.

16         Q.    Okay.  And let's go down to the map on

17     page 28.

18                    And here, once again looking at the

19     northern part of the state, it looks like that

20     part of the state is divided into three separate

21     regions; is that right?

22         A.    You're talking about the green area,

23     the red area, and the blue area?

24         Q.    Yeah.

25         A.    Yes.

```
 1                    D.A. SWANSON - PH.D.
 2           Q.    And so just looking at these maps,
 3      they all recognize slightly different
 4      communities of interest, correct?
 5           A.    Well, I --
 6                MR. FARR:  Objection.
 7                THE WITNESS:  No, I haven't done a
 8           community of interest analysis along the
 9           borders of these maps.  So that's a question
10           that -- that's a research question:
11                I can say that they, as I said
12           earlier, that the area that's culturally
13           identified in the red area, which includes
14           East Carroll Parish, is certainly not in the
15           same area that's identified as -- as what
16           East Baton Rouge Parish is in.
17      BY MS. GE:
18           Q.    Okay.  Are these maps more trustworthy
19      to identify the seven parishes that -- that you
20      just specified versus any of the other regions
21      in Louisiana?
22           A.    More trustworthy?
23           Q.    Right.  So it sounds like you rely on
24      these maps to say that the northeast -- the
25      seven northeastern parishes that you identify
```

1                    D.A. SWANSON - PH.D.

2          should be grouped together as the communities of

3          interest; is that right?

4               A.    I -- the -- the four maps here I have

5          selected indicate that there are differences

6          based on however these are defined between East

7          Carroll Parish and East Baton Rouge Parish

8          that -- that I found using the cluster analysis.

9          That's the long and short of it.

10              Q.    Okay.  And once again, you are not

11         looking at any of the other divisions of regions

12         in Louisiana other than that one section in

13         northeastern Louisiana?

14              A.    For my assignment, that's what -- what

15         I'm looking at.

16              Q.    Okay.  And considering these four maps

17         side-by-side, are any of these maps more valid

18         in identifying communities of interest than the

19         others?

20              A.    That's a question that I can't answer.

21              Q.    Do these maps identify communities of

22         interest?

23              A.    Again, I think I responded to that

24         question earlier.

25                    I would -- I would do something to

Page 137

1                    D.A. SWANSON - PH.D.

2          perform a community of interest analysis on

3          these maps to see what they did.

4              Q.    Okay.

5              A.    It's a research question, not

6          something you can answer offhand.

7              Q.    Okay.  So is it your understanding

8          that these different maps can't really tell us

9          what constitutes a racial gerrymander; is that

10         right?

11             A.    I hadn't --

12                   MR. FARR:  Objection.

13                   THE WITNESS:  I hadn't thought of it

14             in those terms.

15         BY MS. GE:

16             Q.    Okay.

17             A.    So, again, that's a research question,

18         I would say, that do they or do they not.  I

19         don't know the answer to that.  It would be a

20         research question.

21             Q.    So that was not something that you

22         investigated in performing your analysis?

23             A.    That's correct.

24             Q.    Let's turn to page 47, and this is

25         where the remedial map is.

```
                                              Page 138
 1                    D.A. SWANSON - PH.D.
 2             So is it your claim that District 5 in
 3      the remedial plan is a racial gerrymander
 4      because it disagrees with the cultural regions
 5      identified in the four maps that we just
 6      discussed from the Louisiana Regional Folklore
 7      Program, Smithsonian Museum, and the other two
 8      as well?
 9             MR. FARR:  Objection.
10      BY MS. GE:
11        Q.    Is that what you're claiming here?
12             MR. FARR:  Objection to the form.
13             THE WITNESS:  It's not because they're
14        in different communities of interest.  The
15        other analysis I performed putting things
16        together indicated that to me as opposed to
17        the community of interest analysis.
18      BY MS. GE:
19        Q.    Was taking a look at those four maps
20      that we just went through --
21             Apology.  Can you hear me now?
22        A.    I can hear you.
23        Q.    Okay.  Great.  Thank you.
24             Was taking a look at those four maps
25      that we just discussed informative to your
```

```
                                            Page 139
 1                    D.A. SWANSON - PH.D.
 2        conclusion about District 5 being a racial
 3        gerrymander in -- in conjunction with your
 4        cluster analysis?
 5                    MR. FARR:  Objection to the form.
 6                    I don't think he's ever said there was
 7               any "racial gerrymander."  That's a legal
 8               issue.
 9                    THE WITNESS:  So my answer to that
10               question would be it -- it -- these -- these
11               tended to support the identification of East
12               Carroll Parish being in a different
13               community of interest than East Baton Rouge
14               Parish.
15        BY MS. GE:
16            Q.    And once again, you are just looking
17        kind of at that northeast slice of the state as
18        validated by -- by the regional map that you
19        chose, is that right?
20            A.    That's correct; they supported what
21        the cluster analysis did.
22            Q.    Now, we've talked a bit about how much
23        these different regional cultural maps disagree,
24        but they all do agree on a Baton Rouge region;
25        is that right?
```

```
                                             Page 140
 1                 D.A. SWANSON - PH.D.
 2        A.    They all -- they all agree with the
 3   fact that East Baton Rouge is not included in
 4   any of those same districts that East Carroll is
 5   included in.
 6        Q.    And maybe we can just take a quick
 7   look through the different maps again on page
 8   26 -- starting on page 26 as an example.
 9             So on page 26, this has -- has a
10   Region 4 that includes East Baton Rouge, right?
11        A.    Yes.
12        Q.    And then on page 27, this map has a
13   Plantation Country, which includes Baton Rouge;
14   is that right?
15        A.    Yes.
16        Q.    And then on page 28, it looks like
17   Region 8, I believe, includes Baton Rouge,
18   correct?
19        A.    I believe that East Baton Rouge is in
20   Region 2.
21        Q.    Oh.
22        A.    Region 8 would be East Carroll Parish.
23        Q.    Oh, you're right.  That is Region 2,
24   not Region 8.
25             And then for the map on page 29, it
```

```
                                            Page 141
 1                  D.A. SWANSON - PH.D.
 2        looks like it's in that rough capital region in
 3        blue; is that right?
 4            A.    Yes.
 5            Q.    And when every single map that you
 6        selected and put into your report agreed on the
 7        definition of a cultural region, does that give
 8        us greater confidence that this grouping is
 9        significant?
10            A.    Well, it helps support it; that the --
11        the findings of the cluster analysis that it's
12        consistent with something else.
13            Q.    Okay.  And would you agree that in
14        each of these maps, the parishes of East and
15        West Feliciana and St. Helena are part of the
16        Baton Rouge region?
17                  Can you see on this -- on this map?
18        We can scroll through the rest of them if it
19        would be helpful.
20            A.    I know where they are.  You're talking
21        about the Florida parishes areas.
22                  I can see that, looking at this map,
23        Washington and Tangipahoa, which I think would
24        be considered in the Florida area parishes, are
25        separated under this map, the economic
```

Page 142

                    D.A. SWANSON - PH.D.

1

2      development map, from the others ones, East and

3      West Feliciana and St. Helena.

4           Q.    Okay.  And -- and I believe that this

5      is the case in every map that you include except

6      for the Cooper map, but Pointe Coupee is also

7      part of Baton Rouge region; is that correct?

8           A.    I don't know.  I'd have to look at the

9      maps.  I don't recall off the top of my head if

10     that's the case.

11          Q.    Okay.  Would it be helpful to look at

12     the maps?

13          A.    Sure.  Let's bring them up.

14          Q.    Okay.  Great.  They start on page 26.

15                Does it look like Pointe Coupee and

16     East and West Feliciana and St. Helena are part

17     of that Baton Rouge --

18          A.    Yes.

19          Q.    -- region?

20                And on page 27, does it all -- also

21     look like those parishes are grouped together?

22          A.    Well, they're -- there are some of

23     grouped together in the Plantation Country, and

24     then the far -- ones over on the far west of the

25     Florida area parishes are grouped into Greater

```
                                    Page 143
 1                   D.A. SWANSON - PH.D.
 2        New Orleans.
 3            Q.    Right.  But that's not where the
 4        parishes that I think we were just discussing
 5        of --
 6            A.    That's correct.
 7            Q.    -- East and West Feliciana, St.
 8        Helena, and Pointe Coupee?
 9            A.    That's correct.
10            Q.    Okay.  Great.
11                  And -- and then can you verify that
12        the same grouping is -- is also here?
13            A.    Correct.
14            Q.    Okay.  So if we were trying to
15        preserve a Baton Rouge community of interest, it
16        would be better to put those parishes together
17        with Baton Rouge, correct?
18            A.    It's a research question.  It would
19        take analysis to answer that question fully.
20            Q.    So would you have any opinion --
21        scratch that.
22            A.    Not at this time.
23            Q.    Do you -- do you know if the enacted
24        map put these parishes together with Baton
25        Rouge?
```

```
                                              Page 144
 1                   D.A. SWANSON - PH.D.
 2        A.    I don't know.  I would have to look in
 3     the enacted map.
 4             MS. GE:  Could we pull up the enacted
 5        map, please?
 6             I believe it's on page 12.  Great.
 7     BY MS. GE:
 8        Q.    Can you see that map?  Should we zoom
 9     in a little bit?
10        A.    I can see it.
11             I believe that, basically, the Florida
12     parishes in one, including the -- is that
13     Tangipahoa that looks like it might be split,
14     but they're not included with East Baton Rouge.
15        Q.    Right.  And of the ones that we just
16     talked about and looked at in all of your
17     different regional, cultural maps of, you know,
18     East and West Feliciana, St. Helena, Pointe
19     Coupee, are all of those parishes grouped
20     together with Baton Rouge in this map?
21        A.    No.
22        Q.    So you would agree then that the
23     remedial map does a better job than the enacted
24     map of preserving a Baton Rouge community of
25     interest, correct?
```

Page 145

                    D.A. SWANSON - PH.D.

1

2        A.     No.

3        Q.     And why is that?

4        A.     Well, that's not what the cluster

5    analysis shows.

6               I used these -- I used the other maps

7    to support or look at, you know, independent

8    evidence that supports what the cluster analysis

9    shows.

10       Q.     And so you would construct the

11   analysis -- the results of your cluster analysis

12   even if they disagreed with the regional,

13   cultural map that you include in your

14   communities of interest citation?

15       A.     The only district -- the only point of

16   interest to me was, are East Baton Rouge and

17   East Carroll included in any of them?  And they

18   weren't.  That's the issue, and that's what they

19   said to me; that they weren't.

20       Q.     So you have no opinion based on your

21   observation of these four regional maps that you

22   include on whether East Feliciana -- East and

23   West Feliciana and St. Helena and Pointe Coupee

24   should be grouped together with Baton Rouge?

25       A.     My answer to that again is, as I said

```
 1                    D.A. SWANSON - PH.D.
 2         before, it's a research question.
 3              Q.    Okay.  And is it your opinion that
 4         these four maps that you introduced here are not
 5         useful in determining whether East and West
 6         Feliciana, St. Helena, and Pointe Coupee should
 7         be group together with Baton Rouge?
 8              A.    And again, my answer to that, it's a
 9         research question.  Just off the top of my head,
10         whether they're useful or not is -- is not the
11         issue.  It would be a question to research.
12              Q.    Okay.  So you have no opinion on -- on
13         that -- on that issue?
14              A.    Not at this time.
15              Q.    Okay.  Thank you.
16                    MS. GE:  Would this be a good time for
17         a ten-minute break?  Any objections to that?
18                    MR. FARR:  No problem.
19                    MS. GE:  Okay.
20                    THE VIDEOGRAPHER:  We're going off the
21         record.  The time is 11:52 a.m.
22                    (Recess.)
23                    THE VIDEOGRAPHER:  We are back on the
24         record.  The time is 12:04 p.m.
25
```

```
 1                    D.A. SWANSON - PH.D.
 2     BY MS. GE:
 3          Q.    Dr. Swanson, I just have a handful
 4     more questions, and then we'll release you from
 5     this.
 6               Do you -- do you have in mind an
 7     alternative map that does a better job of
 8     keeping these cultural regions together than the
 9     remedial map?
10          A.    You mean some other map that I might
11     create?
12          Q.    Or are you aware of any other map?
13          A.    The maps I'm aware of are the remedial
14     map and the enacted map.
15          Q.    Okay.  Have you produced such a map
16     that might do a better job of keeping these
17     regional -- cultural regions together?
18          A.    No.
19          Q.    Do you know if the legislature has
20     produced a map that does a better job of keeping
21     these cultural regions together?
22          A.    I don't know.
23          Q.    Do you know of anyone who has produced
24     such a map?
25          A.    I do not.
```

                                                    Page 148

1                   D.A. SWANSON - PH.D.

2              MS. GE:  I believe that's all the

3         questions that I have for now.  I don't know

4         if there are...

5              MR. FARR:  Thank you.  We have no

6         questions.

7              Thank you, counsel, for a very

8         professional deposition.  We appreciate it.

9              MS. GE:  Okay.  Thank you so much for

10        your time, Dr. Swanson.

11             THE WITNESS:  Yeah, thank you for the

12        questions also.

13             MS. GE:  Take care.

14             (Continued on the next page to include

15        the jurat.)

16

17

18

19

20

21

22

23

24

25

```
                                              Page 149
1                   D.A. SWANSON - PH.D.
2                   THE VIDEOGRAPHER:  If it's okay with
3          counsel, I'll close up the video record.
4                   We are going off the record at 12:06
5          p.m. PDT, and this concludes today's
6          testimony given by Dr. David A. Swanson.
7                   The total number of media units used
8          was 4 and will be retained by Veritext.
9                   (Whereupon, the deposition concluded
10         at 12:06 p.m.)
11                              oOo
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 150

```
 1              D.A. SWANSON - PH.D.

 2                 CERTIFICATE

 3        STATE OF NEW YORK )

                          :  ss

 4        COUNTY OF NEW YORK)

 5            I, Kathy S. Klepfer, a Registered

 6        Merit Reporter and Notary Public within and

 7        for the State of New York, do hereby

 8        certify:

 9            That DAVID A. SWANSON, PH.D., the

10        witness whose deposition is herein before

11        set forth, was duly sworn by me and that

12        such deposition is a true record of the

13        testimony given by such witness.

14            I further certify that I am not

15        related to any of the parties to this action

16        by blood or marriage and that I am in no way

17        interested in the outcome of this matter.

18            In witness whereof, I have hereunto

19        set my hand this 23rd day of September 2023.

20

21        KATHY S. KLEPFER, RPR, RMR, CRR, CLR

22

23

24

25
```

Page 151

1    ALISON GE, ESQ.

2    age@elias.law

3                       September 24, 2023

4    RE:    Press Robinson, Et Al. v. Galmon, Edward Sr., Et Al.

5           9/22/2023, Dr. David A. Swanson (#6113988)

6           The above-referenced transcript is available for

7    review.

8           Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12          The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-ny@veritext.com

16

17    Return completed errata within 30 days from

18   receipt of testimony.

19     If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21

22                      Yours,

23                  Veritext Legal Solutions

24

25

Page 152

1    Press Robinson, Et Al. v. Galmon, Edward Sr., Et Al.

2    Dr. David A. Swanson (#6113988)

3                     E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____   _____

24   Dr. David A. Swanson                          Date

25

Page 153

1    Press Robinson, Et Al. v. Galmon, Edward Sr., Et Al.

2    Dr. David A. Swanson (#6113988)

3                   ACKNOWLEDGEMENT OF DEPONENT

4        I, Dr. David A. Swanson, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____    _____

12   Dr. David A. Swanson                         Date

13   *If notary is required

14                   SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                   _____ DAY OF _____, 20___.

16

17

18                   _____

19                   NOTARY PUBLIC

20

21

22

23

24

25

**[& - 55]**                                                    Page 1

| & |
| --- |
| **&**   4:5 |

| 0 |
| --- |
| **0.05**   102:9 |
| **0.05.**   102:5 |
| **0.25**   18:22 |

| 1 |
| --- |
| **1**   5:8 6:13 10:8 |
| 13:20,23 15:13 |
| 15:22 55:9 |
| 94:3,6 98:17 |
| 98:25 99:12,16 |
| 99:24,25 100:5 |
| 100:6,11,14 |
| 101:11 102:18 |
| 103:10,15 |
| 106:4,10,14,19 |
| 107:22 108:6 |
| 108:10,16 |
| 109:17,22 |
| 110:14,15,19 |
| 110:21 112:19 |
| 112:20,24,25 |
| 113:21 132:22 |
| 133:3,8,12 |
| **1.1159**   100:6 |
| **1.1159.**   100:3 |
| **10**   103:11 |
| **100**   55:9 66:3 |
| **10:32**   88:20 |
| **10:41**   88:23 |
| **11200**   3:7 |
| **11:08**   113:8 |

**11:17**   113:11
**11:52**   146:21
**12**   85:5 89:8
115:11 144:6
**12:04**   146:24
**14**   5:8 61:9
65:7 66:8 67:4
67:21 68:10,17
84:15,19 85:6
89:8 92:14
97:19 99:17
100:21,23,25
101:13 113:16
**1400**   3:16

| 2 |
| --- |
| **2**   5:9 29:6,7 |
| 57:19 88:25 |
| 94:3,7,12,20 |
| 95:2 98:18,25 |
| 99:10,13,25 |
| 100:6,10,14,24 |
| 100:24 101:11 |
| 106:10,25 |
| 107:13,17,18 |
| 108:4 113:19 |
| 113:20 132:23 |
| 132:25 133:8 |
| 133:12 134:7 |
| 140:20,23 |
| **20**   103:11 |
| 153:15 |
| **200**   103:11 |
| 122:4 |
| **200,000**   103:12 |
| 103:13,15 |

**2013**   50:2
**2018**   49:25
**2022**   49:25
**2023**   1:20 2:2
6:4 150:19
151:3
**20852**   3:8
**22**   1:20 2:2 6:4
**220**   102:22
**221**   102:22
**22:211**   1:4 6:20
**23rd**   150:19
**24**   151:3
**25**   74:3 121:17
**26**   121:19
123:2 132:3
140:8,8,9
142:14
**27**   124:24
134:8 140:12
142:20
**27603**   3:17
**28**   127:10
134:17 140:16
**29**   5:9 121:17
129:12 140:25

| 3 |
| --- |
| **3**   57:20 |
| **30**   151:17 |
| **301**   3:15 |
| **30125**   150:21 |
| **33**   38:4 49:20 |
| **34**   30:20 40:4 |
| 44:16 |

**36**   53:22
**37**   61:5

| 4 |
| --- |
| **4**   30:6 111:13 |
| 115:20 140:10 |
| 149:8 |
| **4-1**   123:3 |
| **4-2**   124:24 |
| **4-3**   127:10 |
| **4-4**   129:13 |
| **4.427**   99:24 |
| **4.4273**   100:7 |
| **4.9**   106:17 |
| **40**   56:21 90:21 |
| **405**   3:7 |
| **44**   38:9 |
| **45**   38:9 49:20 |
| 49:24 |
| **46**   38:4,9,13 |
| **47**   31:9 32:10 |
| 40:4 137:24 |
| **48**   32:10 44:17 |
| **49**   45:22 |

| 5 |
| --- |
| **5**   46:2 61:20 |
| 109:18,19 |
| 111:18 138:2 |
| 139:2 |
| **50**   55:13 |
| **51**   53:25 |
| **54**   61:6 |
| **55**   113:15 |

| 6 | 113:11 146:21 | 30:7 33:9 34:8 | **adrienne** 4:14 |
|---|---|---|---|
| **6** 106:22 | **able** 9:7 12:23 | 34:17 35:16 | **advance** 59:4 |
| **60** 56:21 | 14:24 24:12 | 116:18,24 | 79:6 93:16 |
| **61** 93:24 | 36:14 37:19 | **acknowledge...** | **affect** 63:6,24 |
| **6113988** 151:5 | 38:7,10 54:10 | 153:3 | **affected** 10:6 |
| 152:2 153:2 | 56:14 70:6 | **acknowledg...** | **affiliated** 18:25 |
| **628** 4:7 | 86:2 103:25 | 151:12 | **affiliation** 55:9 |
| **63** 54:10 57:20 | 110:4 111:11 | **action** 6:19 7:3 | **affirmatively** |
| **64** 34:2 71:20 | 114:11,13 | 150:15 | 46:16 |
| 104:20 119:21 | 116:4 | **actual** 50:11 | **african** 61:24 |
| **65** 90:22 | **above** 151:6 | 71:4 | **age** 61:20 63:17 |

**7**

| **7** 5:4 89:9 | 153:7 | **actually** 9:24 | 71:3,6 73:13 |
|---|---|---|---|
| 112:22 | **absolutely** | 16:3 22:3 40:3 | 74:3 151:2 |
| **7.1** 35:11 | 44:14 64:23 | 66:12 79:8 | **aged** 64:16 |
| **7.4.** 93:25 | 65:2 66:9 | 110:9 126:4 | **agency** 129:17 |
| **70802** 4:8 | 79:14 | **ad** 38:16 | 129:22 131:6 |
| **74** 97:16 | **absorb** 104:24 | **add** 14:2 84:17 | **aggregate** |
| | **academic** 80:4 | **addition** 45:24 | 101:13 |

**8**

| **8** 140:17,22,24 | **accepted** 36:6 | 67:2 98:17 | **aggregates** |
|---|---|---|---|
| | **access** 9:2 64:7 | 103:6 | 40:8 |

**9**

| **9** 29:25 89:8 | 64:9 65:23 | **additional** | **aging** 62:15,20 |
|---|---|---|---|
| **9/22/2023** | **account** 9:3,4 | 54:23 55:2 | 64:15 |
| 151:5 | 40:14 43:7 | **additions** 153:6 | **ago** 63:16 |
| **94-171** 22:15 | 123:18,23 | **address** 42:2 | **agree** 6:12 |
| 26:7 | 125:15 128:2 | **addresses** 17:6 | 11:18 18:16 |
| **95** 65:7 | 130:6 | **adequate** 74:19 | 44:7 82:11 |
| **97** 61:13 65:9 | **accounts** | 74:22 77:16 | 87:7 109:20 |
| 65:18 | 104:12 | 88:9 | 115:25 126:12 |
| **9:04** 2:3 6:3 | **accuracy** 12:3 | **adjacent** 36:25 | 127:4 133:8 |
| | 34:19 35:18 | **administer** | 139:24 140:2 |

**a**

| **a.m.** 2:3 6:3 | 118:13,17 | 6:25 | 141:13 144:22 |
|---|---|---|---|
| 88:20,23 113:8 | 151:9 | **administrative** | **agreed** 141:6 |
| | **accurate** 11:15 | 40:16 | **ahead** 80:18 |
| | 12:22 23:9,16 | **admit** 30:20 | 82:19 111:24 |
| | 24:15 27:18 | | |

**aimed** 44:18
45:9 126:16
**al** 1:5,11 6:16
6:17 50:7
151:4,4 152:1
152:1 153:1,1
**alaska** 10:18
81:6
**algorithm**
69:19 120:2,6
**alike** 55:6
**alison** 3:9 7:16
151:1
**allotment**
10:21
**allotted** 151:20
**allow** 119:18
**allows** 40:7
**alpha** 102:5
**alternative**
147:7
**altogether**
131:14
**american** 61:24
**amount** 18:13
21:23 119:25
120:5
**amounts**
102:20
**analyses** 37:15
49:15 50:2
76:20 91:14
**analysis** 17:12
20:9,11,16,21
20:24 22:3,6

22:18 23:11,13
24:14 25:8,13
25:21 26:9
28:14,16 30:19
30:22,25 31:11
32:4,7,14,17
33:8,13,18,23
34:3,4,7,9,15
34:16 35:2,5
35:10,15,17,18
36:7,11,15,21
38:15,19 40:5
40:6,14,20
41:10,12,16,19
41:20 43:6
44:14,18 45:8
45:12,23 47:7
47:10 50:23
53:5,10,12,18
53:18 54:4
55:5,14,18,24
56:2,13 57:6
57:19,20,21
58:2,15,19,20
59:8,9,12,18
61:7 65:19
67:10,25 69:12
69:15,18 70:8
75:8,11 77:9
79:20 83:5,13
83:21 84:8
85:21 88:7,11
91:24 92:8,22
93:20 95:4,7
96:9 98:6 99:5

104:10 105:8
105:13 108:8
108:15 109:8
109:21 111:20
112:7 113:16
113:18,23
116:7,10,14,18
117:5,7,16,21
118:14,18
119:16,19,20
119:21 120:14
120:21 121:15
135:8 136:8
137:2,22
138:15,17
139:4,21
141:11 143:19
145:5,8,11,11
**analyze** 9:21
46:8 87:2
**anchorage** 81:7
**anecdotal** 81:4
**angeles** 81:10
**answer** 11:10
12:10,22 13:3
13:15 34:13
36:21 42:23
52:20 53:8
54:19 56:15
57:3,9,9,24
58:5 64:21
76:24 78:11
79:25 81:2,3
81:14,24 88:5
90:16 96:7

98:14 99:4
114:11 116:4
126:24 128:11
128:25 131:10
133:19 134:4
136:20 137:6
137:19 139:9
143:19 145:25
146:8
**answering**
12:20
**answers** 11:12
11:15,25 12:15
12:18
**anybody** 72:22
**anytime** 83:6
**apart** 107:12
107:13 111:21
**apologies** 68:15
113:13 132:4
**apologize** 30:6
105:2 113:3
**apology** 138:21
**appearances**
7:5
**appeared** 25:11
74:18 124:16
**appearing** 3:3
4:3 15:21
**appears** 129:13
**appended**
153:7
**appendix** 35:11
49:13,18 89:12
89:19 92:4

**[appendix - back]**

93:25 108:15
110:10 112:8
**applicable**
151:8
**apply** 103:5
**appreciate**
67:21 148:8
**approach** 40:7
41:10 44:20
45:24
**appropriate**
67:15
**arc** 24:7,7
**ardoin** 1:8,14
**area** 19:5 28:18
37:23,23,24
47:15 52:24
62:9 63:4,6,19
63:20 64:7
78:13,14 81:12
115:7 126:17
134:22,23,23
135:12,13,15
141:24 142:25
**areas** 31:8
37:11 38:18
40:16 73:23
78:19,24 79:21
79:22 80:21
81:5 83:8
91:19 141:21
**argue** 52:16
**arithmetic**
47:17

**arkansas** 10:16
18:5
**army** 114:23
**arranged** 56:18
**arrive** 56:15
93:22
**arthur** 7:20
**articles** 17:16
20:2
**artifacts** 99:11
**ascertain** 23:20
45:24
**asked** 9:21,25
10:11 21:12
23:10 29:20
30:12,16 78:12
88:4 96:14
109:4,5 114:10
114:19
**asking** 17:3
22:2 25:4,14
35:19 40:24
41:3 42:12,15
42:24 47:3
51:5,17 58:5
72:11 73:4
82:2,5 108:12
114:17 119:3
129:2 133:4,11
**aspect** 40:18
**aspects** 66:4
**assemble** 71:19
72:18
**assembling**
75:20

**assess** 109:21
**assessed** 50:5
**assign** 55:8
**assigned** 55:12
**assignment**
21:9,10 29:22
30:4,9,11,14
46:12,13 54:15
54:19,21 57:10
60:5 75:5,12
75:13,14,22,23
75:24 76:5
79:24 80:5,7,8
114:5 118:4,8
118:19 119:13
136:14
**assignments**
118:10
**associate** 18:22
**associated**
127:23
**assume** 12:11
37:3
**assumption**
53:13
**assumptions**
26:9 33:24
34:14 75:12
**atmosphere**
33:6
**attached**
151:11
**attempt** 35:21
55:15 74:10

**attorney** 12:25
13:5,7 151:13
**attorneys** 3:6
3:14 4:6
**attributes**
24:10
**audio** 6:10
**australia** 58:8
**authorized**
6:25
**authors** 105:20
**available** 61:14
65:8 68:3,22
72:23 74:9,18
151:6
**average** 48:7
99:16,17,17,22
100:4,16 101:8
103:3
**averages** 47:17
**avoid** 50:21
51:13
**aware** 32:6,16
51:21 53:17
147:12,13

**b**

**bachelor's** 62:2
73:25
**back** 21:21
33:4 40:3
46:11 47:6
50:10 52:3,19
53:22 56:10
57:14 72:15
88:22,25 98:19

101:15 104:16
112:8 113:10
117:9 132:2,4
146:23
**background**
16:2
**based** 16:21
25:24 34:10
37:17 38:15
52:10 55:8
59:13 66:9,10
66:12,13 73:12
86:14 89:25
91:13,17 95:22
97:18,24
100:10 136:6
145:20
**bases** 60:25
**basic** 20:10,13
24:10 61:13
**basically** 30:23
42:15 47:22
50:19 51:11
54:13 67:8
75:24 76:6
92:7 114:6
122:15 144:11
**basis** 11:2
16:24 19:18
60:16,19 67:19
91:9 106:23
108:20,21
**bassed** 104:19
**baton** 4:8 28:10
43:17 44:4

45:25 54:17
57:11 71:4
75:5 79:9
86:21 87:4,9
89:15 90:12,24
94:14 97:4,10
97:22 98:21
99:8,15,23
101:10 106:21
107:6 108:2
114:8,15
116:19 117:13
119:16 135:16
136:7 139:13
139:24 140:3
140:10,13,17
140:19 141:16
142:7,17
143:15,17,24
144:14,20,24
145:16,24
146:7
**bear** 30:21
**bedrocks** 62:25
**beginning** 65:6
**believe** 26:4,14
29:25 31:16
38:5 46:12
50:9,14 51:23
52:9 53:23
79:7 85:6,14
85:18 88:4
89:2 95:3
97:17 115:7
116:17 120:13

121:16 123:2
125:10 127:10
127:14 128:16
130:18 132:22
140:17,19
142:4 144:6,11
148:2
**belong** 52:17
**belonged** 46:9
**benefit** 124:10
125:21 128:9
**best** 11:20 66:6
**better** 100:11
109:14 111:12
143:16 144:23
147:7,16,20
**beyond** 71:17
124:2 127:22
**big** 105:24
**bigger** 111:9
**bit** 49:21 132:5
139:22 144:9
**black** 58:7
59:23 61:24
**block** 75:16
**blood** 150:16
**blue** 134:23
141:3
**boil** 47:22
**borders** 135:9
**born** 63:7,23
**bossier** 112:10
112:14,15,16
113:18 114:22
114:23,24

116:20 117:19
117:24
**boundaries**
10:6 25:5
73:10
**boundary**
132:12 133:4
**bounded** 40:15
**break** 13:14,16
87:16,20 88:17
113:4 146:17
**briefing** 26:23
**bring** 7:24 8:13
8:16 142:13
**bringing** 117:6
**broad** 37:23
42:23
**broadband**
64:4,8,10
65:23
**broader** 77:25
91:16
**broadly** 42:18
**bryan** 22:9
27:21
**bryangeodem...**
22:9,10,24
24:14,23 25:23
26:2
**budget** 23:17
23:21
**bureau** 17:11
25:25 28:15,20
68:4 71:22,24
72:24 73:6

**bureau's** 61:14

**c**

**c** 3:2 4:2,9
**caddo** 112:21
  112:22,24
  113:21 114:22
  115:5 116:20
  117:19,25
**calculate** 85:8
**cali** 4:5
**california**
  18:21 81:9
**call** 68:20
  86:19
**called** 7:9 59:8
  69:22 70:5
  72:11 105:20
**camera** 6:7
**campbell** 115:2
**capacity** 1:8,14
**capital** 141:2
**capture** 84:2
**captured** 86:5
**care** 148:13
**carroll** 28:9
  43:17,22 44:5
  54:16 57:11
  71:6 75:6 79:7
  86:22,23 90:11
  97:3,10,23
  106:9,13
  107:16 108:4
  114:6,15
  116:19 117:13
  119:17 135:14

136:7 139:12
140:4,22
145:17
**case** 1:4 9:25
  10:4,10,22
  16:7 21:3,17
  21:20,25 23:4
  25:13 26:9,16
  26:20 27:14,20
  28:24 31:11,18
  31:25 37:3
  40:17 45:4
  48:8,21 50:14
  57:4 58:22
  59:14 60:4,9
  61:15 66:21
  85:14,18 99:9
  106:15 108:2
  111:2 122:23
  124:16 126:15
  128:16 130:18
  142:5,10
**cases** 10:13
  18:7 19:17
  31:20,21 32:8
  41:7 51:23
  52:13 102:25
**cassie** 3:19
**caused** 105:12
**cd** 46:2
**census** 17:11
  25:25 28:15,20
  38:17 61:14
  65:8 68:3,11
  71:14,15,17,22

71:24 72:24
  73:6 74:10
  75:16
**center** 18:24,25
  99:23 101:10
**central** 80:22
**centroid** 42:13
  42:14 43:7
**centroids** 43:11
**certain** 42:13
  52:17 85:25
  90:8 97:3
  128:20
**certainly**
  135:14
**certificate**
  150:2
**certified** 2:7,8
**certify** 150:8,14
**chance** 44:3
**change** 89:5
  152:4,7,10,13
  152:16,19
**changed** 89:11
  89:20
**changes** 58:16
  151:10 153:6
**characteristics**
  64:25
**characterizati...**
  61:17
**chen** 16:15
  49:24
**choices** 125:12

**choose** 15:9
  61:11 75:2
  84:22 93:21
**choosing** 75:15
**chose** 75:10
  77:25 86:13,13
  139:19
**citation** 145:14
**cite** 49:24 52:11
  52:15 60:20
**cited** 32:19,21
**cities** 79:13
  80:11,15,21
  81:8,10,19
  82:7,13,14
**city** 80:22
  81:25 82:2
  102:25
**civil** 6:19
**civilian** 64:12
  64:17
**claim** 83:6,14
  97:2 138:2
**claiming**
  138:11
**clarification**
  68:14
**clarify** 87:25
**classic** 35:23,24
**classification**
  40:8 73:2
**classifying**
  30:24 31:3
  47:12

| | | | |
|---|---|---|---|
| **clear** 11:15 | 53:5,10,12,17 | 116:7,17 117:5 | **coefficient** |
| 35:14 59:17 | 54:3,4,9 55:5 | 117:7,15,21 | 55:25 |
| 76:7 96:25 | 55:14,18 56:13 | 118:14,18 | **cohen** 3:10 14:2 |
| **clearly** 58:22 | 57:5,19,19,20 | 119:15,19,19 | 14:10,16,22 |
| 63:13 80:8 | 57:20 58:2,14 | 119:21 120:14 | **cohesive** |
| 97:21 131:22 | 58:19,21,24 | 136:8 139:4,21 | 124:10 125:22 |
| **clicked** 122:14 | 59:8 61:7 | 141:11 145:4,8 | 128:9 |
| **client** 23:18 | 65:19 67:9 | 145:11 | **coi** 46:4 50:17 |
| **close** 9:7 80:12 | 69:15 70:7 | **cluster's** | **collapsed** 70:4 |
| 80:16 81:8,11 | 75:2,8,11,16 | 100:17 | **collected** 26:3 |
| 95:23 149:3 | 83:5 85:21 | **clustered** 33:12 | **collinear** 70:5 |
| **closely** 36:10 | 86:8,24 87:5 | 80:22 121:7 | **column** 100:2 |
| 105:19 | 87:10 91:14,24 | **clustering** | **come** 17:7 |
| **closer** 43:21 | 92:8,22 93:20 | 34:22 40:13,20 | 33:19 34:5 |
| 100:5,12 | 94:6,7,12,20 | 41:12,16,19 | 47:6 69:20 |
| 101:10 | 95:2,6,25 96:9 | 43:6 52:16 | **comes** 42:17 |
| **closest** 107:8,8 | 98:5,17 99:5 | 75:4 | 116:18,20 |
| **clr** 1:25 150:21 | 99:10,10,12,13 | **clusters** 34:12 | **coming** 60:6 |
| **clus** 94:5 | 99:18,24,24,25 | 34:21 35:8 | **commissions** |
| **cluster** 17:11 | 100:5,6,6,10,11 | 45:3 48:19,19 | 74:6 |
| 20:9,11,16,21 | 100:17 101:11 | 54:7,10,13,20 | **common** 16:21 |
| 20:23 28:14,16 | 101:11 104:10 | 54:24 55:2,10 | 39:3 |
| 30:19,22,25 | 105:8,13 | 56:14,17,19,24 | **communication** |
| 31:11 32:3,7 | 106:14,17,20 | 56:24 57:13,18 | 64:6 |
| 32:14,17 33:8 | 106:25 107:3,5 | 58:3,16 59:5,7 | **communities** |
| 33:18 34:3,4,7 | 107:9,17,20,21 | 59:13,18 68:12 | 16:7,11,25 |
| 34:9,15,16 | 108:4,5,8,10,14 | 68:19 89:5 | 17:6,8 37:2,16 |
| 35:2,5,10,15,17 | 108:16 109:20 | 94:3 96:8 | 37:18 38:19 |
| 36:7,11,21 | 109:22 110:10 | 98:13 101:16 | 39:12 40:10 |
| 38:15 40:5,6 | 110:12,14,15 | 108:24 114:14 | 45:10,13,18 |
| 41:10,20 44:6 | 110:18,20 | 116:12 117:24 | 46:17 47:2 |
| 44:18,25 45:8 | 111:20 112:6 | 118:20 120:16 | 48:20,21 50:13 |
| 45:12,23 47:7 | 112:11,18,24 | 120:21 | 50:22,25 51:10 |
| 47:10 48:15 | 112:25 113:16 | **code** 24:13 | 51:12,14 52:2 |
| 49:15 50:2,23 | 113:17,18 | | 52:7,7 54:22 |

**[communities - constructions]**                                          Page 8

59:21 60:10,14
60:17 61:2,17
63:10 64:3
66:24 74:19
76:11,15,18,22
77:14 97:18,24
108:19 109:11
121:15 124:14
125:25 128:14
130:16 135:4
136:2,18,21
138:14 145:14
**community**
28:9 39:3
44:21 45:2,6
46:9,22 47:8
51:19 54:16
57:12 63:14
68:9 75:6
77:17,18 78:7
86:6,10 90:4,6
90:12,25 91:22
95:5,9,14 97:5
109:7 114:7
135:8 137:2
138:17 139:13
143:15 144:24
**compactness**
52:11
**comparable**
71:10
**compare**  70:25
85:4 114:13,16
**compared**
43:20

**comparing**
116:19,20
117:13
**comparisons**
70:25
**complaint**
26:22
**complete**  12:14
12:17 122:19
153:8
**completed**
151:17
**completely**
58:20
**composed**  83:7
**comprised**
76:12,15
**conceivably**
96:3
**concept**  72:13
**conception**
37:17
**concerns**  124:9
125:21 128:8
130:13
**concierge**  4:14
14:6,7
**conclude**  10:3
83:9 86:20
90:23
**concluded**  10:5
149:9
**concludes**
149:5

**conclusion**  60:7
85:19 92:12,13
93:22 97:2
139:2
**conditional**
56:3,6
**conduct**  22:5
23:11,12
**conducted**  6:6
24:23
**confidence**
141:8
**configurations**
109:23
**confirm**  89:20
93:15
**confirmation**
93:18
**confirmed**
92:25
**congressional**
23:7 31:23
32:2,4,18,22
33:2 50:6,8
81:22 82:4,9
95:12 96:13,19
109:2 115:19
119:2,4
**conine**  4:9
**conjunction**
17:11 39:14
92:16 139:3
**connected**
82:13

**connection**  6:8
**consider**  13:3
19:4,7,12
36:24 44:9
71:12,15,25
72:2,7 73:14
73:16,17,22
74:5 75:15
76:21
**considered**
42:21 71:14
84:20 95:20
96:6 141:24
**considering**
136:16
**consistency**
92:17
**consistent**
16:13 24:25
25:2 72:19
77:2 141:12
**constituted**
92:18
**constitutes**
137:9
**construct**
145:10
**constructed**
24:5 39:10
48:4
**construction**
10:24
**constructions**
60:4

constructs
  47:20 78:17
cont'd  4:2
contacted  21:2
  21:6
contacts  18:9
contained
  41:22
context  16:19
  16:20 31:15,17
contiguous
  120:23,25
continue  6:11
  39:23
continued
  148:14
contrast  38:13
  67:9
convenient
  87:16
cooper  27:8
  142:6
copies  151:14
copy  7:25 8:3
core  52:12
  85:20
corner  83:7
correct  27:4
  31:24 33:25
  35:4 37:2 38:2
  41:14 43:9,12
  45:20 46:10,18
  48:23 50:3,13
  51:15 52:18,25
  54:4,24 55:13

60:12 61:9
65:8,15 68:11
68:18,20 69:9
74:12,24 75:13
77:11 80:13,16
82:6 83:19
84:6,7,15,20,21
85:13,17 86:24
86:25 88:2
91:3 92:11
94:3,7,9 95:2,3
95:21 96:17
97:6,7 98:7
109:12 113:21
117:16,20,22
119:14 120:10
121:13 123:5,6
123:21 124:12
125:3,18,23
126:6 127:14
128:5,12,15,19
129:16,18
130:7,9,13,14
131:21 132:16
134:11 135:4
137:23 139:20
140:18 142:7
143:6,9,13,17
144:25 153:8
corrections
  153:6
correctly  38:20
  38:21 40:11
  44:23 46:5
  117:11

correlated  66:3
  68:25 69:3,7
correlates
  83:22 84:9
correlation
  62:13 65:21,23
  68:5
correlations
  65:25
correspond
  101:24
corresponds
  101:5
cost  23:21
counsel  6:15
  14:11 25:12
  26:8 27:20
  148:7 149:3
  151:14
counsel's  31:12
counsels  7:5
count  9:20 18:4
  94:25
country  140:13
  142:23
county  61:15
  150:4
coupee  142:6
  142:15 143:8
  144:19 145:23
  146:6
couple  53:23
  94:7 104:15
  109:9

course  28:21
  36:22
courses  17:19
  17:22 20:6
coursework
  24:18
court  1:2 6:18
  6:22 7:6 10:2,8
  11:10,13 12:5
  14:4 15:11
  31:17,25 68:13
cover  122:20
covers  41:21
create  147:11
creating  71:8
criticize  108:9
  111:20
cropped  15:8
crossed  18:6
crr  1:25 150:21
cs  151:15
cult  105:20
cultural  92:19
  92:23 121:16
  131:15 138:4
  139:23 141:7
  144:17 145:13
  147:8,17,21
culturally
  135:12
culture  127:13
  127:18 129:6
curious  97:14
current  15:7
  18:19

| d | | | |
|---|---|---|---|
| **d**  5:3 | 101:1 102:1 | 72:11,18,20,23 | **defendant**  1:16 |
| **d.a.**  2:1 3:1 4:1 | 103:1 104:1 | 73:8 74:8,11 | 3:14 4:6 28:3 |
| 5:1 6:1 7:1 8:1 | 105:1 106:1 | 74:16 75:20 | **define**  77:18 |
| 9:1 10:1 11:1 | 107:1 108:1 | 77:2,4 81:17 | 78:21 |
| 12:1 13:1 14:1 | 109:1 110:1 | 123:11 125:7 | **defined**  51:19 |
| 15:1 16:1 17:1 | 111:1 112:1 | 127:19 129:23 | 63:15 136:6 |
| 18:1 19:1 20:1 | 113:1 114:1 | **dataset**  17:3 | **defines**  48:14 |
| 21:1 22:1 23:1 | 115:1 116:1 | 33:10 57:23 | **defining**  46:19 |
| 24:1 25:1 26:1 | 117:1 118:1 | 61:14 | 50:17 74:19 |
| 27:1 28:1 29:1 | 119:1 120:1 | **datasets**  24:8 | 75:8 |
| 30:1 31:1 32:1 | 121:1 122:1 | **date**  13:25 29:9 | **definitely**  34:24 |
| 33:1 34:1 35:1 | 123:1 124:1 | 125:5 152:24 | 49:17 105:3 |
| 36:1 37:1 38:1 | 125:1 126:1 | 153:12 | **definition** |
| 39:1 40:1 41:1 | 127:1 128:1 | **david**  1:19 2:5 | 19:15,16 46:21 |
| 42:1 43:1 44:1 | 129:1 130:1 | 5:9 6:14 7:9,20 | 46:22 141:7 |
| 45:1 46:1 47:1 | 131:1 132:1 | 22:23 29:8 | **definitions** |
| 48:1 49:1 50:1 | 133:1 134:1 | 149:6 150:9 | 16:12 92:18 |
| 51:1 52:1 53:1 | 135:1 136:1 | 151:5 152:2,24 | 103:19 |
| 54:1 55:1 56:1 | 137:1 138:1 | 153:2,4,12 | **degree**  62:2,8 |
| 57:1 58:1 59:1 | 139:1 140:1 | **day**  150:19 | 65:23 74:2 |
| 60:1 61:1 62:1 | 141:1 142:1 | 153:15 | **democrat**  55:11 |
| 63:1 64:1 65:1 | 143:1 144:1 | **days**  18:15 | **demographic** |
| 66:1 67:1 68:1 | 145:1 146:1 | 151:17 | 16:22 28:22 |
| 69:1 70:1 71:1 | 147:1 148:1 | **dealing**  65:19 | 36:24 44:13 |
| 72:1 73:1 74:1 | 149:1 150:1 | 91:18 | 64:24 |
| 75:1 76:1 77:1 | **dan**  110:4 | **deals**  66:17 | **demography** |
| 78:1 79:1 80:1 | 111:8 | **decided**  109:14 | 17:20 18:17 |
| 81:1 82:1 83:1 | **daniel**  3:10 | 122:17 124:19 | 19:2,6,20,24 |
| 84:1 85:1 86:1 | **data**  17:10 22:3 | 131:6 | 37:11,24 40:7 |
| 87:1 88:1 89:1 | 22:5,14,15,18 | **decision**  102:9 | 66:11,14,15,16 |
| 90:1 91:1 92:1 | 25:2,15,18,20 | **decisions**  59:12 | 66:16 67:4 |
| 93:1 94:1 95:1 | 25:22,23,24 | 106:6 | 74:24 86:15 |
| 96:1 97:1 98:1 | 26:3,6 28:15 | **declare**  153:4 | **dense**  78:24 |
| 99:1 100:1 | 28:20,21 34:2 | **deemed**  153:6 | **densely**  83:8 |
| | 34:15,23 39:14 | | |

**[density - discrete]**

**density**   63:5
78:6,13,20
83:5
**department**
127:12,18
129:6
**department's**
130:4
**dependent**   56:7
**depending**   57:4
80:2
**depends**   6:7
23:17 58:18
80:19
**deponent**
151:13 153:3
**deposed**   9:10
9:13 10:18
**deposing**
151:13
**deposition**   1:18
2:4 5:8 6:5,14
7:25 8:7,9 11:7
11:9 13:24
15:12,21 148:8
149:9 150:10
150:12
**describe**   16:18
**described**
67:19 119:23
124:2
**description**
49:14 85:7
123:14 125:10
127:23

**descriptions**
130:3
**descriptive**
47:16 90:6
**designated**
38:17
**detailed**   123:16
**details**   25:5
124:5 130:2
**determination**
55:25
**determine**   46:8
67:15 68:10,17
69:2,11 103:17
**determined**
34:12
**determines**
101:21
**determining**
146:5
**developing**
38:18
**development**
129:14,17,22
131:6 142:2
**deviations**
47:18,21,22
48:2
**devices**   8:13
**difference**
43:20 98:4
100:13 102:17
102:21 103:8
103:11,16,21
103:23,24

105:6,24 106:4
**differences**
33:14,17 39:16
48:12 63:4
78:18 104:19
104:20 131:22
131:25 136:5
**different**   16:12
16:22 28:9
31:9 33:14
36:18,19,21
48:20,21 54:16
57:18 58:3,15
59:7,18 60:21
63:10 64:8
65:21 66:13
71:8 73:8
76:18 77:5
79:8 84:13
85:24 86:5
87:8 88:3
89:22 90:12,25
93:21,22 95:9
97:9,15,23
101:16 104:16
105:14,15
107:12 108:10
108:17,25
109:2,23
110:24 113:24
114:14,18
116:12 120:14
120:22 122:5
131:16,20
133:17 134:13

135:3 137:8
138:14 139:12
139:23 140:7
144:17
**differentiate**
90:3
**difficulty**   65:19
75:20 77:2
**dimension**
61:25
**dimensional**
100:24
**dimensionless**
70:20,24 71:9
**dimensions**
63:14 66:22
68:23 75:7
86:5 100:22
**direct**   50:21
132:2
**directed**   113:14
126:5 128:18
128:22 130:19
**direction**   22:23
**directly**   66:19
98:20
**disagree**
139:23
**disagreed**
145:12
**disagrees**   138:4
**discovered**
58:8
**discrete**   37:24
42:4

**discriminate**
59:9
**discuss**  83:16
**discussed**  138:6
138:25
**discusses**  16:7
**discussing**  89:3
143:4
**discussion**
85:23
**disparate**  71:21
73:8
**display**  100:23
100:23
**dist**  98:17,18
98:25,25 99:16
100:14,14
106:10,10
107:13
**distance**  43:10
43:18,19 47:23
48:2,7 99:16
99:20,22
100:16 101:4,7
106:15,18,20
106:22 107:2
107:18,21
108:3,5
**distinguish**
119:24
**distribution**
19:22
**distributions**
19:23 23:5

**district**  1:2,3
6:18,19 10:2,8
23:7 31:18
52:18 81:22
82:4,10 83:6
83:11 95:12
96:4 106:14
109:17,18,19
115:7,19 119:8
138:2 139:2
145:15
**districts**  32:4
32:18,23 33:2
33:3 50:6,9
72:8 73:5,9
96:20 108:10
108:17 110:24
113:24 114:18
119:2,4 120:16
121:4 140:4
**diversity**  10:7
**divide**  124:19
124:19 131:7
**divided**  134:11
134:20
**dividing**  132:8
132:22 133:9
133:15
**divisions**
136:11
**document**
13:22 14:13,16
15:17
**documents**
7:25 12:23,24

26:12,16,25
**dog**  7:23
**doing**  22:18
26:18 35:7
40:21 44:2
53:20 69:21
80:3 81:24
89:17 90:2
93:3 95:6
104:12 108:22
133:25
**dollar**  103:2
**dr**  6:14 7:15
15:15 16:16
18:19 29:11
30:3,7 38:8
53:8 80:18
115:15 147:3
148:10 149:6
151:5 152:2,24
153:2,4,12
**draw**  124:8
128:7
**drawers**  50:20
51:2 52:6
**drawing**  37:8
44:9,10,12
51:2,13 74:23
83:10
**drawn**  60:21
123:7,8,13
124:13 125:4,9
125:24 127:15
127:21 128:13
129:15,19,25

130:15
**drew**  67:3
**drill**  78:2
**drive**  83:9
**driven**  115:8
**driving**  98:4
**dropping**  88:14
**duly**  7:10
150:11

**e**

**e**  3:2,2 4:2,2 9:3
9:4 13:9 73:7
152:3,3,3
**earlier**  21:4
31:16 48:25
57:10 67:7
75:25 78:12
101:20 105:24
135:12 136:24
**easily**  99:12
100:24
**east**  28:9,10
43:17,17,21
44:4,5 45:24
54:15,17 57:10
57:11 71:6
75:5,6 79:7,8
86:20,22 87:4
87:9 89:15
90:10,12,24
94:14 97:3,4,9
97:10,22,22,23
98:20,20 99:8
99:15,23
101:10 106:8

**[east - example]**                                                    Page 13

106:13,21
107:6,16 108:2
108:4 114:6,8
114:15,15
116:19,19
117:13,13
119:16,17
135:14,16
136:6,7 139:11
139:13 140:3,4
140:10,19,22
141:14 142:2
142:16 143:7
144:14,18
145:16,17,22
145:22 146:5
**eastern** 132:12
132:15 133:3
**easy** 93:12
**ecology** 19:2
**economic** 39:15
64:24 92:19
129:14,17,21
130:4 131:6
141:25
**education**
73:24
**educational**
73:22 124:22
128:22
**edward** 1:11
6:17 151:4
152:1 153:1
**effect** 12:4

**efficient** 39:11
**either** 55:11
71:13 91:10,22
109:17 119:8
134:5
**electoral** 19:8
20:3,7
**electronic** 8:2
**electronically**
12:24
**elements** 38:17
**elias** 3:5
**elias.law** 151:2
**eliminate** 84:23
85:25 86:7,13
86:14 104:22
**eliminated** 85:7
**eliminating**
86:9 90:5
**emeritus** 18:20
**empirical** 67:9
**empirically**
38:14 81:2
**employ** 31:10
32:22 41:15,18
**employed** 32:3
32:7,17,25
**employing** 43:5
**enabled** 109:17
**enacted** 82:21
110:3,22,24,25
111:13 115:11
115:19 143:23
144:3,4,23
147:14

**encountered**
104:4
**ended** 35:15
88:15
**engaged** 80:5
**english** 63:25
**entire** 84:19
**entirely** 70:4
**equally** 70:10
**equivalent**
18:23 61:15
**errata** 151:11
151:13,17
**especially**
11:16
**esq** 3:9,10,11
3:18,19 4:9
151:1
**essence** 33:17
69:13
**essential** 78:6,8
**essentially**
29:21 48:10
54:18 91:24
92:11 122:2,6
**estimates** 10:17
**et** 1:5,11 6:16
6:17 50:7
151:4,4 152:1
152:1 153:1,1
**ethnic** 123:19
125:16 128:3
130:6
**euclidian** 47:23
48:2 99:19

101:3
**evaluate** 20:17
32:4,17,22,25
**evaluating**
20:24 31:15
**evaluation**
109:10
**events** 58:10
**evidence** 145:8
**exact** 9:20
36:13 43:7
**exactly** 51:5
92:5 103:17
124:4 125:11
126:16 127:22
**examination**
5:3 7:13 40:7
**examined** 7:11
68:3
**examining**
44:20 59:24
**example** 12:22
13:8 18:8
22:15 23:4,7
24:7 35:12,22
40:9,10 42:6
42:17,24 44:4
45:14 47:17
55:7 56:11,13
56:18 57:14
62:8,16 65:22
70:19 73:13
97:3,22 102:3
103:18 112:5
132:6 140:8

examples  50:2
  60:20
except  142:5
exception  9:2
exclude  68:6
excluded  85:24
excuse  87:15
executive  30:5
exercise  89:22
  109:16 110:2
exhibit  5:8,9
  13:20,23 15:13
  15:22 16:4
  29:6,7,12,17
  88:25
exhibits  5:7
  14:7
existing  46:2
  68:25
experience
  20:14 23:24
  58:14 66:9,10
  67:5,6,14 70:7
  76:10 79:19
  80:11 83:25
  86:16,18 91:14
  91:17 92:9
  104:3 115:24
  116:4
experiences
  18:10
expert  5:9 9:11
  18:17 19:8,11
  19:13 20:9
  24:4 26:17,24

27:4,12 29:3,7
  36:9,14,17
  39:6 86:19
  93:19
expertise  19:5
  19:19 28:19
  37:23 52:24
  67:3 74:23
  86:14,17
experts  28:3
  32:6,16
explain  40:5
  70:23 85:3
  86:2 98:24
  99:2 102:2
  106:11
explained
  100:15 117:5
explanation
  105:7
exploratory
  58:20
expressly
  122:22
extensions  83:3
extent  53:11
  69:4 73:25
  74:4 77:21,24
  82:16,20
  117:23
external  130:20
extreme  64:15
eyeball  96:10
eyeballing  25:7

**f**

f  49:3,7 69:22
  69:24 101:19
  104:11 105:17
fact  34:8 47:8
  86:17 90:25
  101:6 140:3
factors  105:5
faculty  18:25
failed  95:12
fails  151:19
fair  12:12 16:6
  90:2 131:14
fairfax  67:13
  67:17
fairfax's  38:16
  67:10
fairfield  27:8
fairly  54:25
  104:21
fall  45:5 58:23
falling  105:19
familiar  29:11
  30:21 37:7,10
  55:24 66:20
  78:5 81:5,14
  81:16 114:21
  115:4
familiarity
  52:24 53:2
  95:22 119:9
family  62:18
far  100:7
  107:12,13,18
  107:22 126:3

142:24,24
farr  3:18 21:7
  53:6 56:25
  74:13 80:17
  82:17 87:15,22
  88:18 111:23
  113:5 114:2
  116:2,21 118:3
  118:6,22
  130:22 131:9
  133:10 135:6
  137:12 138:9
  138:12 139:5
  146:18 148:5
fashion  105:10
federal  103:18
feeding  119:25
  120:5
feliciana
  141:15 142:3
  142:16 143:7
  144:18 145:22
  145:23 146:6
felt  54:23
fertility  61:21
  61:22 62:14
field  19:8,17
  36:3 86:19
fields  19:20
  31:9
figure  40:22
  46:24 123:3
  124:24 127:10
  129:13 132:3
  134:7

**figures** 22:21
26:5 60:20
84:2
**figuring** 46:16
**file** 26:7
**filed** 6:17
**files** 24:8
**final** 14:19 28:7
129:11
**finally** 13:13
**financially** 7:3
**find** 65:22
76:17,18 93:12
93:14 121:3,21
122:6,16
**finding** 70:17
**findings** 10:9
141:11
**fine** 119:20
**finish** 87:18
**firm** 22:11,13
**first** 21:2 53:9
61:6,19 106:21
121:24 132:2
133:18 134:14
**fit** 68:22 100:11
**fits** 59:6
**five** 62:14 71:2
71:6 73:12
87:16,20 88:17
95:2,5,13,16
96:3 113:3
**florida** 141:21
141:24 142:25
144:11

**flowed** 73:23
**flown** 18:7
**focus** 19:24
**focused** 37:17
61:7 89:14
96:22 117:12
117:18 120:8
**focusing** 52:14
**folder** 14:3
**folklife** 127:12
**folklore** 60:23
123:5,10 124:3
124:18 138:6
**follow** 70:22
101:25 102:13
122:19 133:9
**following** 16:15
**follows** 7:12
33:23 132:8
**force** 64:12,17
**foregoing**
153:5
**foreign** 63:7,23
**forever** 60:6
71:19
**form** 25:15
53:7 56:25
66:24 68:12,19
74:13 80:17
82:18 111:23
116:23 130:23
138:12 139:5
**formal** 66:14
**formed** 67:19
70:3

**former** 27:16
**forms** 39:16
75:7
**formula** 101:6
**formulating**
117:15
**forth** 132:5
150:11
**found** 17:9
46:2 52:13
53:19 93:6
122:15 127:24
136:8
**four** 18:15
19:24 85:11
88:12 89:4
92:8 93:4
121:21,24
131:15 136:4
136:16 138:5
138:19,24
145:21 146:4
**franklin** 86:22
**friday** 6:4
**front** 49:23
77:22
**ft** 114:25
**full** 7:18 18:22
**fully** 143:19
**further** 150:14

**g**

**gain** 20:12
**galmon** 1:11
6:17 7:16
151:4 152:1

153:1
**gather** 25:20
**gathered** 25:22
25:24
**ge** 3:9 5:4 7:14
7:16 14:24
15:10,14 29:10
53:15 57:2
74:21 81:13
82:22 87:18,23
87:24 88:16,24
111:8,10 112:3
113:2,12
114:12 116:8
117:2 118:12
119:6 131:3,12
133:16 135:17
137:15 138:10
138:18 139:15
144:4,7 146:16
146:19 147:2
148:2,9,13
151:1
**general** 16:2
17:5 23:3
27:13 37:5
52:23 53:2
56:8 57:8 86:4
91:17 130:3
**generally** 36:2
36:24 37:8,15
37:20 44:8
78:17 82:23
102:13 121:21
130:8

**generated** 34:7
35:2
**generational**
62:18
**geo** 22:23 40:13
40:20 41:12,15
41:18,20 43:5
**geodemograp...**
22:13
**geographers**
78:17
**geographic**
19:22,23 41:13
42:20 44:14
81:5 123:19
125:16 128:3
130:7
**geographically**
36:25 37:17
121:6
**geography**
17:23 23:6
40:14,17 42:2
42:7,9 75:9,17
95:23
**geometric** 24:9
**gerrymander**
137:9 138:3
139:3,7
**getting** 36:12
75:20 77:2
**gis** 23:25 24:3
24:11,18
**give** 12:14,17
12:21 13:21

35:12 42:6,19
43:2 49:13
98:14 113:2
128:24 141:7
**given** 11:16
18:14 21:11
33:13 59:4
68:22 81:16
109:6 114:5
118:5 149:6
150:13 153:9
**giving** 56:4
**go** 6:12 9:3
10:19 11:6
13:16 23:21
24:9,17 27:17
33:4 35:25
40:3 46:11
48:14 50:10
52:3,19 65:10
71:17,23 80:18
80:25 82:19
85:4 97:4
98:12,19
101:15 104:16
110:22 111:24
112:8 132:4
134:7,16
**goes** 107:6
**going** 6:3 14:12
14:17 39:11
43:24 46:23
49:7,14 54:12
58:21 63:4,13
63:23 64:2

65:22 71:5
75:19 76:3
78:13 82:3,8
88:12,19
103:10,15
104:22 113:7
132:4 146:20
149:4
**golden** 104:6
**good** 6:2 7:15
86:10 89:19
146:16
**google** 75:18,19
121:23 122:12
**governmental**
123:19 125:16
128:3 130:7
**great** 8:21,25
12:19 13:18
14:10 15:24
29:14 38:12
46:14 49:11
50:18 112:9
138:23 142:14
143:10 144:6
**greater** 126:17
141:8 142:25
**green** 134:22
**ground** 11:7
115:9
**group** 3:5 45:5
45:6 46:4 48:6
48:9,15 49:4,5
55:7 70:2
78:24 79:12,21

79:21 91:2,23
103:2,3 106:3
106:3 108:18
146:7
**grouped** 56:23
94:12 136:2
142:21,23,25
144:19 145:24
**grouping** 42:5
44:21 111:21
112:23 141:8
143:12
**groupings** 45:9
**groups** 30:24
31:4 40:9
41:24 44:19
45:3 47:13
49:14 50:20
52:17 55:5
56:14 69:23,24
90:8 108:9,16
109:22
**guess** 22:4 96:8
**guide** 76:2
**guiding** 60:2

**h**

**h** 152:3
**hallmarks**
127:5
**hand** 46:15
150:19
**handful** 147:3
**handles** 35:6
**happen** 90:4

**hard** 7:25 8:3
57:8 105:11
**head** 11:17
21:23 52:21
56:11 81:4
142:9 146:9
**hear** 12:8 39:7
112:12 138:21
138:22
**heard** 6:9
**heavily** 79:16
**helena** 141:15
142:3,16 143:8
144:18 145:23
146:6
**help** 12:21
21:24 22:5,17
30:3 55:4
64:21 78:20
89:21
**helped** 22:2
**helpful** 65:2
74:12 105:3
121:17 141:19
142:11
**helps** 141:10
**hereto** 153:7
**hereunto**
150:18
**high** 54:13
63:11 68:5
72:21 90:24
**higher** 62:2
73:24 74:2
128:21

**highlight** 69:19
**highly** 68:25
76:17 81:11
**highways**
133:23
**hillsborough**
3:15
**hired** 23:18
**historical**
123:24
**history** 128:24
**hoc** 38:16
**hold** 134:2,6
**holt** 3:19
**home** 64:2
**homogeneous**
76:12
**hopi** 10:21
**hoping** 25:9
**horizontally**
134:11
**hospital** 10:25
11:3
**hours** 21:21
83:9
**house** 8:15,16
63:16
**household**
62:12,21,22
77:7,15 83:19
83:22 85:15
**households**
62:19 64:4
**housing** 62:5,9
84:6,9 85:16

**huge** 102:20
103:10
**huh** 16:14
111:14 131:21
133:7
**human** 39:10
**hundred** 72:21
91:8,11
**hypotheses**
60:4
**hypothesis**
59:25 75:25
76:2,6 87:12
87:13 88:2
90:19 96:23
102:6,10
117:12 120:9

**i**

**idea** 31:10
**identification**
13:24 29:9
139:11
**identified**
72:25 91:3
97:8 135:13,15
138:5
**identify** 50:13
50:20,22 51:10
52:7 60:9
124:13 125:25
128:14 130:16
135:19,25
136:21
**identifying**
39:12 45:9

78:7 136:18
**immediate**
54:19
**impact** 64:2
**importance**
70:12
**important**
52:10 70:10
**include** 41:25
69:12 95:12
122:17 131:19
131:20 142:5
145:13,22
148:14
**included** 26:24
28:8 47:20
83:17,18 84:5
84:15 87:3
109:17 129:12
140:3,5 144:14
145:17
**includes** 95:16
135:13 140:10
140:13,17
**including** 13:7
61:21 79:11
103:9 144:12
**inclusion** 83:4
**income** 62:10
62:22,24,24
64:5 83:19,22
84:2,2 85:15
103:3 106:4
**increase** 56:24

| | | | |
|---|---|---|---|
| **independent** 56:4,6 145:7 | **information** 27:13 51:11 | 17:8 28:10 | **interests** 16:21 |
| **independents** 56:22 | 56:3,5 59:5 | 37:16,18 38:19 | 17:5 46:22 |
| **index** 5:2 | 62:24 64:9 | 39:4,12 40:10 | 97:9,11 123:19 |
| **indicate** 90:7 | 66:4 71:23 | 44:21 45:2,6 | 123:24 125:16 |
| 97:21 136:5 | 73:7,11 81:4 | 45:10,13,18 | 128:3 130:7,12 |
| **indicated** 138:16 | 89:23 119:25 | 46:10,17 47:2 | **internal** 48:25 |
| **indicates** 56:2 | 120:4,5 | 47:9 48:20,21 | 69:18 98:8 |
| 62:23 | **informative** | 50:13,23,25 | **internally** |
| **indication** 79:6 | 39:23 40:2 | 51:10,12,14,19 | 34:10 35:6 |
| 98:14 123:17 | 109:21 138:25 | 52:2,8 54:17 | 99:5 |
| 123:22 125:14 | **informed** 67:25 | 54:22 57:12 | **internet** 6:8 |
| 128:2 129:8 | 75:11,14 | 59:21 60:10,14 | 64:4 |
| 130:5 | **infoshape** 24:7 | 60:18 61:3,18 | **interpret** 42:24 |
| **indications** 98:9 | **initial** 94:8 | 63:10,15 64:3 | **interpreted** 126:9 |
| **indicator** 77:16 | **initially** 69:14 | 66:25 68:9 | **interpreting** |
| 78:16 102:24 | **innate** 31:6 | 74:20 75:6 | 42:10 |
| **indicators** 86:10 97:18 | **input** 28:16 33:11 | 76:15,19,22 77:14,17,18 | **interrupt** 11:21 |
| **individual** 77:6 | **inputs** 119:15 | 78:7 86:6,11 | **interrupted** 68:13 |
| 101:20 | **inside** 99:18 | 90:4,7,9,12 91:2,22 95:5,9 | **interstates** |
| **individuals** | **instance** 102:16 | 95:14 97:6,18 | 133:23,25 |
| 124:8 125:20 | **institutions** | 97:24 108:19 | **introduce** 14:3 |
| 128:7 130:11 | 73:23,24 | 109:7,11 114:7 | **introduced** |
| **inequality** | **instructed** 21:8 | 119:11 121:15 | 93:5 146:4 |
| 66:18,23 84:3 | **instruction** | 124:14 125:25 | **introducing** |
| **inference** 105:5 | 22:25 | 128:14 130:16 | 13:20 |
| **inferential** | **instructions** | 135:4,8 136:3 | **investigate** |
| 47:16 91:18 | 23:3 24:16 | 136:18,22 | 88:2 |
| **inform** 85:20 | **intend** 78:24 | 137:2 138:14 | **investigated** |
| 118:13 | **intensity** 54:11 | 138:17 139:13 | 87:13 137:22 |
| | **intent** 51:22 | 143:15 144:25 | **investigating** |
| | **interact** 63:6 | 145:14,16 | 88:10 |
| | **interest** 10:7 | **interested** 7:3 | **investments** |
| | 16:7,11,25 | 39:6 150:17 | 130:20 |

**involve** 20:22
70:17
**involved** 51:24
**isolated** 82:12
**issue** 20:5
39:19 47:12
49:9 59:24
64:13 68:5
96:6 99:19
116:5 139:8
145:18 146:11
146:13
**issues** 19:24
25:3 52:10,12
62:7 63:9 64:2
64:6,14 66:17
69:16,17
**it'll** 101:17
**iterate** 48:5
54:11 55:18
**iterated** 55:14
57:6
**iterative** 47:10

**j**

**jackson** 110:7
110:12,14,23
111:14,21
117:25
**jacob** 3:11
**jefferson** 94:14
**job** 18:19
144:23 147:7
147:16,20
**joe** 4:15 6:21

**john** 4:9
**joined** 96:4,11
**joins** 46:3
**journals** 20:22
**judge** 13:2
**judgment**
37:21 38:16
61:12 65:13
66:7 67:10,14
67:18 69:14
74:17 92:15
97:17 103:6
104:18,21
129:2
**judgmental**
91:6
**july** 10:21
**jumping** 45:22
**jurat** 148:15

**k**

**k** 34:4,22
**kathy** 1:24 2:5
6:23 150:5,21
**keep** 51:12 52:7
55:21 65:17
72:19 77:24
99:10 109:4
**keeping** 147:8
147:16,20
**keeps** 48:12
**kentucky** 115:2
**kept** 69:6
**kid** 114:24
**kind** 22:11
23:20 46:24

49:9 53:18
61:17 64:13
65:12 67:8,22
73:23 75:7
77:9 78:24
86:2 88:8,9
96:10 98:4,9,9
99:5 101:12,17
107:11,16
110:2,5 118:20
120:4,15,22
126:9 127:5
133:9 134:3
139:17
**kinds** 25:3
**klepfer** 1:24
2:6 6:23 150:5
150:21
**knew** 25:24
**know** 9:19
19:16 26:2
27:25 32:24
34:14 36:10
46:25 50:5
55:23 58:13,21
59:24,25 70:24
71:22 72:6
73:10 78:18
79:2 81:23
86:18 89:11,14
90:16 91:8
93:14,16 96:15
98:23 99:12
100:21,23
104:20,24

105:14 108:18
109:9 117:19
121:5,6 122:5
123:7,9,13,18
123:23 124:3,4
124:7 125:4,6
125:8,9,13,15
125:19 126:3
126:15,19,24
127:2,15,17,21
128:6,11,25
129:19,21,24
129:25 130:10
131:10 133:8
133:19 134:4
137:19 141:20
142:8 143:23
144:2,17 145:7
147:19,22,23
148:3
**knowing** 79:4
**kyle** 1:8,14

**l**

**la** 4:8
**labeled** 98:25
**labor** 64:12,17
**lafayette** 28:10
54:18 90:13
94:15
**landmark**
38:18
**landmarks**
38:23 39:8,9
39:10,18,20,23

**language** 63:8
63:25
**laptop** 8:7,10
8:12,14
**large** 81:8,21
102:19 104:21
106:2
**largely** 34:10
66:17 133:5
**larger** 69:23
80:22
**late** 21:4
**latest** 123:11
125:7 127:19
129:23
**law** 3:5 12:5
**leave** 96:5
**lecturing**
104:25
**led** 85:19
**left** 24:19
**legal** 139:7
151:23
**legislative**
124:9 125:21
128:8 130:12
130:13
**legislature**
124:11 147:19
**lend** 66:24
**level** 23:25
40:21 72:21,21
75:3 76:8,23
77:3,10 102:5

**life** 24:20
**likelihood**
90:24 91:5,6
91:12,21 92:6
92:10 128:21
**likely** 58:6
61:23 68:12,18
76:17 78:9
124:9,17
125:20 126:20
128:8 130:11
**limit** 76:23 93:4
**limited** 37:13
74:8 77:21
109:8
**lincoln** 94:16
**line** 24:15 25:8
132:9 133:9
152:4,7,10,13
152:16,19
**linear** 66:2
**lines** 133:22
**list** 31:8 36:13
84:15 94:24
**listed** 16:13
21:10 26:4
29:21 32:9
46:13
**listening** 103:9
**lists** 56:14
**literature**
52:11 53:20
78:5
**little** 49:21
132:5 144:9

**live** 126:17,22
126:25 128:23
**lived** 17:13
18:5,5 81:7,9
**livenote** 2:8
**lives** 104:5
**living** 63:7,16
**llp** 4:5
**locally** 75:19
**located** 107:17
111:17
**location** 42:9
43:8
**locational** 24:9
**long** 40:20
65:25 136:9
**longest** 18:13
**look** 10:11
19:21 21:21
23:4 24:13
33:4 35:21
39:18 46:11
47:24 49:9
50:8,10 52:3
52:19 53:25
54:20 57:22
58:10 62:4,6
65:10 69:14
71:18 76:7,16
79:17 80:5,24
81:2,6,8 87:11
89:12 91:9
92:23 93:8
98:8,20 99:8
100:2,20 101:6

103:25 104:17
105:4,18 106:9
107:13,16,17
107:21,23
109:5 110:5,7
112:9 113:15
115:10 118:10
121:10,17
126:13 127:2
129:11 132:6
133:22 138:19
138:24 140:7
142:8,11,15,21
144:2 145:7
**looked** 19:22
24:25 26:25
27:16 33:3
35:4 43:16,17
68:7,23 71:3
74:17 75:23
104:21 105:16
116:5 118:2
121:3 126:9
144:16
**looking** 24:24
53:20 58:23
60:5 70:19,20
76:4 77:15
81:17 99:14,20
101:6 102:18
104:18 106:2
106:23 109:9
111:15 116:13
122:4 126:20
126:22 132:24

134:18 135:2
136:11,15
139:16 141:22
**looks** 47:21
49:23 61:8
77:6 83:18
84:5 94:2,5,24
101:20 126:7,7
127:4 128:17
129:2 134:19
140:16 141:2
144:13
**los** 81:9
**lose** 9:8
**lot** 16:21,22
24:18 41:6
44:13 47:14
55:22 62:17
63:20 64:16
66:21 69:25
71:5 80:21
81:10 82:14
104:24
**louis** 4:7
**louisiana** 1:3,9
1:15 6:19 16:8
17:2,6,14,17,20
17:23,25 18:6
18:10,14,17
28:8 34:3
36:12 45:19
46:2,17 47:2
59:21 60:11,14
60:18,23 61:3
71:20 73:10,18

76:10 81:15,17
81:18,20 89:15
90:10 92:20
95:23 109:11
109:15 117:20
119:22 120:7
120:22,25
123:4,9 124:18
124:19 126:6
126:19 127:12
127:17 128:19
128:23 129:6
129:14,15,21
130:21 131:6,7
132:7 135:21
136:12,13
138:6
**louisiana's**
44:22
**low** 55:25 62:8
62:10,21
**lower** 48:11
78:14 106:18
122:13

**m**

**made** 33:24
59:12 69:12
71:9 118:21
153:5
**madison** 86:22
**magazine**
125:2,7,11
129:9
**mail** 9:3,4 13:9

**main** 19:4,24
**maintain** 88:13
**major** 38:18
73:14,17
**make** 11:7,15
24:8 42:24
53:12 70:25
81:21 97:15
101:9 102:9
103:10 106:5
111:9 117:10
**makes** 47:6
103:7
**making** 24:25
101:16
**map** 9:22 10:11
25:7 32:2
50:20,25 51:13
52:6 69:10
96:8 108:9,15
109:21 110:3,4
110:22,24,25
111:6 115:11
115:19 118:20
120:15 121:16
123:4,7,10,13
124:13,18,25
125:4,7,9,24
126:4,10,13,23
127:5,9,11,11
127:15,19,21
127:23 128:13
128:18,22
129:3,5,11,13
129:19,22,25

130:15,19
131:5 133:18
134:7,14,16
137:25 139:18
140:12,25
141:5,17,22,25
142:2,5,6
143:24 144:3,5
144:8,20,23,24
145:13 147:7,9
147:10,12,14
147:14,15,20
147:24
**mapper** 24:3
**mapping** 22:16
23:25 24:11
51:24 52:2
53:14
**maps** 19:9 20:3
20:7,17,24
24:7,24 25:3
31:15,23 37:9
44:9,10,12
45:15 51:3,18
92:23 93:4,9
93:14 108:18
121:22,25
122:5,7,10,13
122:16,18,24
122:25 124:4
131:15 135:2,9
135:18,24
136:4,16,17,21
137:3,8 138:5
138:19,24

139:23 140:7
141:14 142:9
142:12 144:17
145:6,21 146:4
147:13
**mark**  15:12
29:5
**marked**  13:24
14:7 29:8
**market**  72:4,6
72:12,25
**marketing**
126:10
**markets**  71:25
72:3,10,14,16
**marriage**
150:16
**mathematical**
66:15
**matter**  6:16
7:17 10:15
21:13 24:22
117:24 118:8,9
150:17
**maximum**
68:12,18,21
**md**  3:8
**mean**  16:11
19:10 23:10
34:18,20,24
42:7 44:25
45:12 46:19
48:9 51:25
54:18 56:7
58:6 62:9 66:7

92:21 98:13,16
99:3 100:5,5
100:12,17
101:13 102:7
102:23 106:4
106:16,16,20
107:3,14,19,19
107:22 109:18
118:25 147:10
**meaning**  12:2
**means**  16:18,20
34:4,22 35:21
47:16,20 56:5
102:6,8,17
107:2,9
**measure**  38:24
41:9,13 47:23
91:21,25 99:20
100:7,8
**measurements**
37:16 62:3
**measures**  24:9
34:10 40:25
43:24 47:14
66:23 99:3
107:7
**media**  6:13
71:25 72:3,4,6
72:10,11,13,16
72:25 149:7
**median**  62:22
83:18,22,25
85:15
**medium**  13:8

**meet**  82:3,8
**member**  18:25
**mentioned**
101:19
**merely**  96:20
**merit**  2:7 150:6
**met**  11:3
**methodologi...**
66:15
**methodology**
61:8
**methods**  117:7
**metropolitan**
80:20
**middle**  1:3 6:18
56:20
**migrants**  62:17
63:21
**migration**  63:8
**mile**  63:3 78:4
79:12 85:12
**mind**  42:18
55:21 77:24
96:20 99:10
109:4 115:14
134:3,6 147:6
**mine**  31:13
67:19
**minimal**  48:14
**minimum**  54:6
**minute**  87:16
87:20 88:17
113:3 146:17
**mississippi**
9:25 18:5

31:18,25
132:16 133:5,6
**mobility**  63:18
**model**  56:3
**mollenkopf**
49:25 50:7
**moment**  13:21
78:2 131:24
**money**  102:18
**morehouse**
86:22
**morning**  6:2
7:15
**motions**  26:23
**move**  47:5
57:16
**moved**  62:17
89:16
**moves**  41:23
**moving**  48:12
**mullins**  3:13
**multi**  62:18
**multiple**  76:15
76:22 104:12
**museum**
124:25 125:6
138:7

**n**

**n**  3:2 4:2
**name**  6:21 7:15
7:18 22:12
33:12
**names**  27:7
**narrowed**
103:14

nashville  10:25
native  63:12
natural  39:18
  39:19
nature  124:22
navigate  110:5
nc  3:17
ncss  33:16
necessarily
  18:11 37:24
  44:11 51:25
  79:4 96:2
necessary
  79:20 153:6
need  11:14
  13:13 16:4
  51:11 54:20,23
  55:2,21 58:24
  59:13
needed  54:14
  68:12,19
needs  11:2
nelson  3:13
never  58:6 91:6
  96:12
new  2:9 18:7
  45:13,17 63:20
  84:17 89:23
  126:17 143:2
  150:3,4,7
nodding  11:17
non  71:15
  105:10
normal  28:21

normally  28:18
  28:18
north  126:19
northeast  28:8
  45:25 89:14
  90:9 135:24
  139:17
northeastern
  87:5 135:25
  136:13
northern  132:7
  132:10,11
  134:9,10,19
notary  2:9 7:10
  150:6 153:13
  153:19
note  6:5 151:10
noted  7:5 153:7
notice  5:8
  13:23 15:12,16
  15:22 106:15
null  102:6,10
nulls  101:24
number  6:19
  54:6 58:16
  59:12,18 60:10
  60:17 62:21
  68:19,21 71:4
  84:14 88:14
  90:2 94:20
  99:15 100:3
  149:7
numbers  58:3
  98:13 99:11
  106:9 121:19

numerical
  47:11 54:12
ny  151:15

**o**

oath  7:2 11:25
  12:3
object  12:25
  42:4 48:8 53:6
objection  56:25
  74:13 80:17
  82:17,18
  111:23 114:2
  116:2,21 118:3
  118:6,22
  130:22,22
  131:9 133:10
  135:6 137:12
  138:9,12 139:5
objections  13:2
  146:17
objective  38:14
  38:23 50:19
  51:9 67:9
  91:20,25
objects  30:24
  31:3,5,6 44:19
  45:4 47:12
  58:23
observable
  105:9,9
observation
  145:21
observations
  48:7

obvious  55:2
  79:3
obviously  26:6
  28:20 64:2
occupied  62:5,9
  84:6,9 85:16
occurred  96:12
offer  28:5
offhand  20:20
  73:11 81:3,24
  89:13 137:6
official  1:8,14
oh  14:22 72:13
  132:24 140:21
  140:23
okay  8:18,21
  9:6,9 10:10
  11:5,8 13:16
  13:19 15:10,25
  16:24 17:13
  18:16 19:18,25
  20:6,12,15,23
  21:16 24:12
  25:12 26:8,15
  27:3 30:12,25
  31:5 33:7,21
  35:13 36:9,23
  37:22 38:3,10
  38:12,22 40:3
  40:13,19 41:11
  43:2 44:7
  45:17,22 46:14
  47:5 48:5
  49:11 50:12,15
  51:16 52:14,23

53:22 55:4,17
57:7 59:16
61:5 66:10
67:6 72:7,9
73:14 74:5
75:10,15 76:20
78:2 79:15
84:12 85:8
86:12 87:14,23
88:7,16 89:18
90:14,23 91:13
91:20 92:12
93:2,19,24
94:17,23,25
95:8,19 96:25
99:13 100:19
101:12 106:7
108:7 109:13
109:20,25
110:15,20
112:4,9,20,23
113:13,17,20
113:23 114:21
115:3,10,18,21
116:16 117:3,9
120:12,20
121:2,14,14,19
122:7,9,21,25
124:17 128:13
131:24 132:6
132:24 133:21
134:2,16
135:18 136:10
136:16 137:4,7
137:16 138:23

141:13 142:4
142:11,14
143:10,14
146:3,12,15,19
147:15 148:9
149:2
**older** 74:3
**once** 35:24 48:4
81:6,9 93:12
122:7 134:18
136:10 139:16
**ones** 20:21 27:6
32:19,21 50:9
53:19 68:3
89:11,20 93:6
94:20 95:25
99:13 115:9
122:15 142:2
142:24 144:15
**online** 127:24
**ooo** 149:11
**open** 8:23 9:5
**opinion** 28:7
39:7 95:11,17
143:20 145:20
146:3,12
**opinions** 28:5
28:13
**opportunity**
42:19
**opposed** 48:16
129:8 138:16
**optimizes**
34:11 35:7

**options** 54:3
**order** 24:18
49:18 106:19
**organization**
72:20
**organizational**
124:20,21
131:7
**organized**
131:17
**original** 84:19
**orleans** 18:7
94:22 97:22
98:20 126:17
143:2
**outcome** 7:4
150:17
**output** 100:14
**outside** 26:16
**overall** 48:11
48:12 49:9
56:7
**overarching**
92:13
**overlay** 120:16
**own** 16:17
19:15,16 69:11
86:3
**owner** 62:5,9
84:6,9 85:16

| p |
|---|

**p** 3:2,2 4:2,2
73:7
**p.l.** 26:7

**p.m.** 146:24
149:5,10
**package** 33:11
33:15
**page** 5:3,7 11:8
29:25 30:6,9
30:20 38:4,5
40:3 44:16
49:19,20,23
53:22,23 61:5
90:21 93:24
94:13,15,19
98:19 113:14
113:15 115:11
115:11 121:17
121:18,19,19
123:2 124:24
127:10 129:12
132:3 134:8,17
137:24 140:7,8
140:9,12,16,25
142:14,20
144:6 148:14
152:4,7,10,13
152:16,19
**pages** 53:24
**paired** 39:24
**pairing** 46:8
**pairs** 109:10
**paper** 50:8
**papers** 20:16
20:19,23 49:24
50:11,12 51:9
52:15,16,20,22
53:17

**[paradise - persons]**

**paradise**
126:18,21,22
**paragraph**
31:9 32:9 38:4
38:9,13 40:4
44:17 45:22
49:20,24 52:15
53:25 55:5
61:6 90:22
**paragraphs**
84:25
**pardon**  132:21
**parish**  40:9,21
41:13 42:3,13
42:14 43:8,17
43:18,21,22
44:5,5 45:25
48:9 54:16,17
54:18 57:11
61:15,23 62:17
62:19 63:13
71:4,7 73:9
75:3,5,7,18,19
76:7,14,16,19
76:21,23 77:3
77:3,10 79:7,9
86:21 87:4
89:5 90:13,25
91:21 94:14,15
94:16,22 97:22
97:23 99:9,15
99:23 106:9,14
107:17 108:3,4
110:7,12,17,23
110:23 112:13

113:18 114:7,8
114:24 115:6
120:6 135:14
135:16 136:7,7
139:12,14
140:22
**parishes**  28:8
28:11 34:2,21
36:12 40:15,22
40:25 41:21,22
41:23 43:11,25
44:22 45:4
46:2,3 47:8
64:25 71:7,20
76:11,11 79:4
79:16 84:3
86:21 87:5,10
89:15 90:10
91:2,23 94:6
94:11 95:2,5,8
95:13,23 96:3
107:12 108:10
108:16,25
109:3,10,15,16
109:22 111:11
114:14 115:12
115:16,25
116:11,11
117:14,20
118:2,14
119:17,20,22
120:8,22,24
121:7 127:11
129:14 131:19
135:19,25

141:14,21,24
142:21,25
143:4,16,24
144:12,19
**parsimonious**
65:18
**part**  25:22,23
86:23 97:5
98:15 99:3
100:9 118:19
119:12 121:11
132:7,11 134:9
134:10,19,20
141:15 142:7
142:16
**partial**  122:24
**participants**
6:8
**particular**  48:8
**particularly**
90:10
**parties**  6:12
150:15
**partisan**  56:19
123:24
**party**  7:2
**pdt**  6:3 149:5
**peer**  20:2,16,19
20:22
**pending**  13:15
**people**  26:14
27:7 31:6
35:20 36:2,20
40:9 45:19
53:11 55:8

56:20 57:17
58:6 60:3 62:3
62:10 63:6,12
64:6,16 71:2,4
71:5 73:12
96:16 103:2,9
103:19 104:4
105:14,15
106:3,3 118:9
126:16,25
128:23
**percent**  61:19
64:11 66:3
70:19 71:2,9
72:21 74:2
91:8,11 103:19
**percents**  70:20
**perfect**  111:12
**perfectly**  69:7
**perform**  37:15
137:2
**performance**
69:15
**performed**
138:15
**performing**
114:20 137:22
**personal**  18:9
23:24 115:24
116:3
**personalize**
15:8
**persons**  61:20
62:12,13,21
63:7,17,23

| | | | |
|---|---|---|---|
| 64:19 65:24 | 92:1 93:1 94:1 | **picked** 54:9 | 15:12 99:7 |
| 73:12 77:15 | 95:1 96:1 97:1 | 67:21 121:24 | 144:5 |
| **pertaining** | 98:1 99:1 | **piece** 75:9 | **plus** 81:17 |
| 26:16 | 100:1 101:1 | **pieces** 23:5 | **point** 44:17 |
| **ph.d.** 1:19 2:1,5 | 102:1 103:1 | **pike** 3:7 | 66:2 85:22 |
| 3:1 4:1 5:1,3,9 | 104:1 105:1 | **place** 6:11 35:8 | 92:5 97:20 |
| 6:1 7:1,9 8:1 | 106:1 107:1 | 62:20 71:3,3 | 101:4,5 105:11 |
| 9:1 10:1 11:1 | 108:1 109:1 | 88:3,17 117:24 | 145:15 |
| 12:1 13:1 14:1 | 110:1 111:1 | **placed** 87:10 | **pointe** 142:6,15 |
| 15:1 16:1 17:1 | 112:1 113:1 | 99:9 106:25 | 143:8 144:18 |
| 18:1 19:1 20:1 | 114:1 115:1 | 107:4 108:3,5 | 145:23 146:6 |
| 21:1 22:1 23:1 | 116:1 117:1 | 117:6 118:15 | **policy** 97:9,11 |
| 24:1 25:1 26:1 | 118:1 119:1 | 118:17 | **political** 55:9 |
| 27:1 28:1 29:1 | 120:1 121:1 | **places** 38:17 | **popped** 121:25 |
| 29:8 30:1 31:1 | 122:1 123:1 | 78:25 83:7 | **populated** |
| 32:1 33:1 34:1 | 124:1 125:1 | 97:3,15 | 81:11 82:15 |
| 35:1 36:1 37:1 | 126:1 127:1 | **plaintiff** 26:14 | 83:8 |
| 38:1 39:1 40:1 | 128:1 129:1 | 46:3 | **population** |
| 41:1 42:1 43:1 | 130:1 131:1 | **plaintiffs** 1:6 | 10:8,17,22,23 |
| 44:1 45:1 46:1 | 132:1 133:1 | 1:12 3:6 7:16 | 18:23 26:6 |
| 47:1 48:1 49:1 | 134:1 135:1 | 27:5 | 61:22 62:20 |
| 50:1 51:1 52:1 | 136:1 137:1 | **plan** 82:21,25 | 63:3,5,18,19 |
| 53:1 54:1 55:1 | 138:1 139:1 | 138:3 | 64:12,15,16 |
| 56:1 57:1 58:1 | 140:1 141:1 | **planning** 126:5 | 74:2,3 76:12 |
| 59:1 60:1 61:1 | 142:1 143:1 | 128:18 | 78:4,6,13,19 |
| 62:1 63:1 64:1 | 144:1 145:1 | **plans** 82:24 | 79:11 81:21 |
| 65:1 66:1 67:1 | 146:1 147:1 | **plantation** | 83:4 85:12 |
| 68:1 69:1 70:1 | 148:1 149:1 | 140:13 142:23 | **populations** |
| 71:1 72:1 73:1 | 150:1,9 | **pleading** 26:21 | 19:21,23 102:7 |
| 74:1 75:1 76:1 | **phone** 8:7,11 | **pleadings** | **portion** 29:23 |
| 77:1 78:1 79:1 | 8:14 | 26:19 | 35:9 |
| 80:1 81:1 82:1 | **phone's** 8:20 | **please** 6:5 7:18 | **portland** 18:24 |
| 83:1 84:1 85:1 | **physical** 24:10 | 7:19 8:19 9:6 | **position** 18:23 |
| 86:1 87:1 88:1 | **pick** 49:15 | 11:22 12:9,14 | 38:22 |
| 89:1 90:1 91:1 | | 12:23 13:14 | |

possible   23:15
   33:7 36:17
   54:7 57:17,25
   58:13 76:14
   77:8,12 87:7
   93:21,23
   108:20 111:25
   121:18
potential   39:25
   40:8 41:7 44:4
   58:5,11 76:18
potentially
   130:20
poverty   64:19
   65:24 103:19
precede   84:25
   85:23
preceding
   63:22
predicated
   92:13
predominated
   83:10
prepare   21:24
preparing
   27:12
present   4:13
preserve   51:2
   143:15
preserving
   144:24
preset   102:4
press   1:5 6:16
   151:4 152:1
   153:1

pretty   22:12
   46:12 81:10
   90:8 93:6
   131:15
previous   45:15
   49:20 99:4
   129:3
previously
   45:14,18 49:22
   57:18
primary
   106:24
principle   58:12
print   111:7
prior   67:14
   128:21
priori   59:4
probabilistic
   91:9
probability
   91:12 102:5,8
probably   11:4
   18:4,15 24:19
   27:15 31:7
   39:10 49:7
   51:24 53:13
   61:16 66:19
   70:11 71:5
   79:17 82:8
   86:9 98:14
   103:13 111:16
   111:16 130:3
   130:24
problem   113:5
   146:18

problems
   104:13
procedure
   47:11 86:8
   105:15 117:7
procedures
   37:21 55:23
   101:19
process   48:24
   51:24 65:3
   67:22
processes   34:11
   117:8 119:10
produce   25:9
produced
   84:14 105:13
   131:11 147:15
   147:20,23
produces   49:2
   72:22
product   23:2
   24:13 25:10
professional
   2:6 148:8
professor   18:20
program   123:5
   123:10 124:4
   124:19 138:7
programs   8:22
project   80:4
projections
   10:23,24
proper   121:19
proportion
   63:11

proposed   9:22
   10:6 23:6 46:3
   109:18,18
provide   11:14
   22:25 25:12,18
   26:8,11 61:16
   66:4 89:24
   91:25 127:6
provided   17:10
   23:2 26:13
   33:10 76:25
provides   61:13
   62:24 93:18
proximate
   36:25 121:7
proximity
   40:24 41:9
   42:12 43:23
   44:8,12
proxy   76:6
public   2:9 7:11
   74:6 150:6
   153:19
publish   85:9
published
   17:16 19:25
   20:15,19,20,21
pull   13:21 29:3
   88:25 105:23
   144:4
pulled   16:4
   105:16,17
   111:5
purpose   51:20
   114:4 119:11

130:25 131:2
**purposes** 14:20
53:14 124:15
124:20,21
126:2 128:15
128:23 130:17
131:8
**pursuant** 15:21
**put** 8:19 14:16
34:20 48:6
57:19 98:10
116:12 120:24
141:6 143:16
143:24
**putting** 138:15

**q**

**qualifications**
11:3
**quality** 6:6,7
**question** 8:8
12:9,10,10,11
13:15,15 15:3
35:19 38:25
41:3 42:11,22
43:3 51:4 53:7
57:8,15,23,24
64:21 72:16
73:20 78:11
79:23 80:3,25
82:5 87:11
88:5 90:18
96:7 98:15
103:18 109:5,6
114:5,11,16,18
116:5,23

117:15 119:5
121:9,12
133:20 134:5
135:9,10
136:20,24
137:5,17,20
139:10 143:18
143:19 146:2,9
146:11
**questions** 11:10
11:11 12:15
13:2,4 16:2
29:16 87:19
99:4 147:4
148:3,6,12
**quick** 140:6
**quickly** 93:7
115:10
**quoted** 67:8
**quoting** 40:6
44:18

**r**

**r** 3:2 4:2 152:3
152:3
**race** 83:10
**racial** 23:5
39:15 61:25
123:18 125:15
128:2 130:6
137:9 138:3
139:2,7
**raguso** 4:15
6:21
**raleigh** 3:17

**ran** 33:23 92:7
92:22 102:11
120:13
**range** 103:14
**rare** 58:10
**rate** 61:22
85:16
**rates** 61:22
62:5 84:6,9
**reach** 120:8
**reaching** 28:13
**read** 27:11
29:23 30:8
38:10,20 40:11
44:23 46:5
52:21 111:6
151:9 153:5
**readily** 72:23
74:9
**reading** 36:10
84:24
**ready** 92:3
98:23
**really** 64:15
67:21 104:7
106:2 117:18
117:24 119:24
126:25 137:8
**realtime** 2:7
**reason** 9:14
35:25 60:3
68:6 75:21
100:10 106:25
116:16 151:11
152:6,9,12,15

152:18,21
**reasonable**
35:3 97:17
122:8
**reasonably**
24:25 86:10
**reasons** 43:16
106:24 109:2
118:10 131:20
**recall** 11:4 20:4
20:20 21:22
26:18 27:6,10
28:4 30:16
48:24 50:11
67:11 93:10
115:8 122:3,11
122:22 123:8
123:15 142:9
**receipt** 151:18
**recently** 10:21
**recess** 88:21
113:9 146:22
**recognize**
135:3
**recognized**
38:23 39:22
45:14,19
**reconcile** 74:10
74:15
**record** 6:3,12
7:6,19 11:15
13:9 14:20
88:20,23 113:8
113:11 146:21
146:24 149:3,4

150:12
**recorded**  6:10
  6:14
**recording**  6:7
  6:11
**recordings**
  14:20
**recreation**
  127:13,18
  129:7
**red**  115:6 133:2
  133:14,22
  134:23 135:13
**redistrict**  96:16
**redistricting**
  19:8 20:2,7,17
  20:24 22:14
  31:15,21 32:7
  33:6 36:23
  37:4,7,14,25
  39:6 44:10
  52:6,13 53:4
  53:11 79:20
  96:13 124:14
  126:2 128:15
  130:17
**reduction**
  92:16
**refer**  29:15
  59:23 110:3
**referenced**
  151:6
**referring**  29:17
  91:5

**reflect**  62:14,15
  63:9 64:24
  68:8
**reflects**  61:25
  63:4,8,18 64:5
  64:6,14 66:21
  74:3 82:21
  83:2
**regardless**
  120:7
**regards**  44:21
**region**  126:13
  126:14,23
  127:12 129:15
  132:25 133:3,8
  133:12,12
  139:24 140:10
  140:17,20,22
  140:23,24
  141:2,7,16
  142:7,19
**regional**  92:23
  93:4,8 119:9
  121:21 122:10
  123:5,9 124:3
  124:18 138:6
  139:18,23
  144:17 145:12
  145:21 147:17
**regions**  92:19
  92:19 124:7
  125:19 128:6
  130:10 132:9
  132:22 133:18
  134:21 135:20

136:11 138:4
  147:8,17,21
**registered**  2:6,7
  150:5
**regression**
  55:24 56:2
**reject**  102:9
**rejected**  102:8
**related**  7:2
  10:24 91:18
  105:5 150:15
**relation**  119:7
**relationship**
  40:23
**relatively**  81:20
**release**  147:4
**relied**  28:18
  35:17
**rely**  28:12,14
  28:21 135:23
**remainder**
  94:18
**remedial**  9:22
  10:11 82:25
  110:3 137:25
  138:3 144:23
  147:9,13
**remember**
  12:21 17:18
  115:5 125:5
**reminder**  13:6
**remote**  1:18 2:4
**remotely**  3:3
  4:3

**renting**  62:11
**repeat**  12:9
  34:20 35:25
  51:4 68:16
**rephrase**  12:9
  120:3
**rephrasing**
  51:7
**replicable**
  33:20 34:23
**replicate**  36:14
**report**  5:9 8:3
  10:5 16:6,13
  16:19,20 21:10
  21:15,17 22:3
  22:6,19,20
  25:21 27:13
  28:6 29:3,7,13
  29:15,16,20,23
  30:13 32:11
  35:10 36:10
  38:5,8 40:4
  41:16,19 44:17
  45:23 49:22
  54:2 60:21
  61:6 65:12
  67:7 80:9 85:9
  87:3 93:5,25
  119:23 122:17
  141:6
**reported**  1:23
**reporter**  2:6,7
  2:8,8 6:23 7:7
  11:11,13 15:11
  68:13 150:6

| | | | |
|---|---|---|---|
| **reports** 20:20 | 143:18 146:2,9 | **revealed** 88:8 | 130:17,21 |
| 21:20,25 26:13 | 146:11 | **review** 23:23 | 131:8 132:9,18 |
| 26:14,17 27:4 | **residents** | 26:15,19 27:11 | 134:6,21 |
| 27:12,16,18 | 126:14 | 122:9 151:7 | 135:23 136:3 |
| 33:5 52:3 | **responded** | **reviewed** 20:2 | 137:10 139:19 |
| 130:4 | 31:16 136:23 | 20:16,19,22 | 139:25 140:10 |
| **represent** 7:16 | **response** 27:18 | 27:3 | 140:14,23 |
| 39:3,15 40:17 | 78:12 | **richland** 86:23 | 141:3 143:3 |
| 45:3 61:20 | **rest** 95:8 | **right** 30:18 | 144:15 |
| 65:14 133:23 | 141:18 | 37:18 40:14 | **riley** 3:13 |
| **representation** | **result** 36:20 | 41:2 42:5 | **river** 115:6 |
| 124:10 125:22 | 87:4,8 105:12 | 43:23 48:22 | 132:8,14,16,17 |
| 128:9 | 116:10 | 50:16 53:16 | 132:19 133:2,2 |
| **represented** | **results** 33:8,19 | 55:9,12,20 | 133:6,9,13,14 |
| 68:23 | 33:25 34:5,7,8 | 56:23 65:14 | 133:24 |
| **represents** 45:2 | 34:13,16 35:2 | 66:11 67:20 | **rivers** 132:25 |
| **republican** | 35:3,3,11 36:6 | 69:4,8 73:3 | **riverside** 18:21 |
| 55:11 | 49:7 58:17 | 75:9 77:23 | **rmr** 1:25 |
| **required** | 59:17 88:8 | 78:15 79:19 | 150:21 |
| 153:13 | 98:6 108:14 | 81:22 86:15 | **road** 18:6 |
| **requirements** | 111:19 112:6 | 88:11 90:17 | **roadways** |
| 82:3 | 116:13,17 | 92:15 94:15 | 73:15,17 |
| **requires** 104:2 | 119:18 120:15 | 98:4,19 99:14 | **robinson** 1:5 |
| **rerun** 104:23 | 120:21,21 | 105:13 107:11 | 6:16 151:4 |
| **research** 16:15 | 121:2 145:11 | 111:17 116:12 | 152:1 153:1 |
| 18:22,23 60:2 | **retained** 149:8 | 116:23 118:2 | **robust** 61:17 |
| 60:4 75:24 | **retention** 52:12 | 118:21 120:11 | 86:8 |
| 76:2,3,6 79:23 | **retrieved** 28:15 | 120:17 121:8 | **robustness** |
| 80:3,4,25 | **return** 57:9 | 123:20,25 | 89:25 |
| 81:25 87:12,12 | 65:5 72:15 | 124:11,15,20 | **rockville** 3:7,8 |
| 103:17 109:6 | 151:13,17 | 125:2,17,22 | **room** 7:22 |
| 114:4 117:15 | **returning** | 126:2,8,11,23 | 11:17 |
| 121:9,11 | 57:14 | 127:13,25 | **rossiter** 49:25 |
| 135:10 137:5 | **reveal** 45:13,17 | 128:4,10 | 50:9 |
| 137:17,20 | 69:16 105:8 | 129:10,17 | |

**rouge**  4:8 28:10
 43:18 44:5
 45:25 54:17
 57:11 71:4
 75:5 79:9
 86:21 87:4,9
 89:15 90:13,24
 94:14 97:4,10
 97:22 98:21
 99:8,15,23
 101:10 106:21
 107:6 108:2
 114:8,15
 116:19 117:13
 119:16 135:16
 136:7 139:13
 139:24 140:3
 140:10,13,17
 140:19 141:16
 142:7,17
 143:15,17,25
 144:14,20,24
 145:16,24
 146:7
**rough**  141:2
**roughly**  43:18
 46:25 132:8
 133:17
**routine**  34:3,4
 34:9,22 35:6
 54:9
**routinely**  53:10
**routines**  35:20
 35:22

**rpr**  1:25 150:21
**rule**  104:6
**rules**  11:7
**run**  33:18,23
 68:4 75:11
 76:20 77:9
 83:21 84:8,12
 93:20 109:25
**running**  54:9
 58:2 67:22
 69:18 79:19
 89:22 91:14
 117:21
**rural**  63:4
 78:13,16,25
 79:5,22 83:23
 84:10

**s**

**s**  1:24 2:5 3:2
 4:2 73:7 150:5
 150:21 152:3
**sabine**  133:2,13
**saipe**  73:7
**sample**  102:19
 102:19 104:19
 105:25
**sas**  33:15
**satisfactorily**
 57:24
**satisfactory**
 55:15,19 57:6
 60:7
**saw**  122:12,23
**saying**  37:6
 43:24 72:10

92:7 100:4,9
 101:2,8 102:14
 107:7
**says**  22:22
 43:19 46:13
 50:16 99:14,22
 106:15
**scalo**  4:14
**scanning**
 111:16
**scarborough**
 3:13
**scattered**  47:15
**scenario**  86:13
 86:24 89:24
 94:9
**scenarios**  84:13
 84:23 85:8,11
 85:24 88:13
 89:3,4,23 92:8
 120:14
**scholars**  36:23
 37:4,7,14 53:4
**school**  72:7
 73:4,9,12
**scientifically**
 38:15
**scope**  114:10
**score**  55:8,12
 56:19,21
**scores**  99:17
**scratch**  82:24
 143:21
**screen**  6:9 8:23
 14:9,12,17,25

122:14
**scroll**  84:24
 85:2 94:19
 110:16 141:18
**sdd**  1:4 6:20
**sdj**  1:4 6:20
**search**  74:16
 121:23
**searches**  53:20
**second**  14:18
 61:24 94:19
 106:20 113:2
 134:7
**secretary**  1:9
 1:15
**section**  136:12
**see**  14:5,6,7,24
 22:20 27:17
 30:4,4,9 38:7,9
 46:23 47:14
 49:9 57:10
 58:16 59:6
 61:19 69:21
 86:7 88:3,13
 89:16 94:13
 106:13 107:11
 107:13,24
 110:2,8,25
 111:6,11,13,18
 112:11 115:15
 115:17 132:10
 132:20 137:3
 141:17,22
 144:8,10

**seeing** 122:11
**seemed** 79:3
  88:8 93:11
  129:5
**seems** 92:9
  96:18 105:7
  124:17 126:4
  130:19 131:5
  133:8
**seen** 6:9 15:15
  15:17
**select** 54:3 67:4
**selected** 61:9
  64:22 65:3,13
  65:18 66:5
  67:18 69:3
  70:9 78:3
  92:14 97:19
  136:5 141:6
**selecting** 65:6
  67:23 78:23
**selection** 65:14
  66:7 84:25
**sense** 24:3 25:4
  34:18,23,24
  42:22 44:2
  45:7 47:6 58:4
  60:13 61:12
  62:14 69:12
  70:19 71:13
  95:6 98:3
  116:24 118:21
  120:18,20
  131:17

**sent** 151:14
**separate** 23:11
  54:22 134:20
**separated**
  141:25
**separately**
  23:12
**separates**
  108:17
**september** 1:20
  2:2 6:4 150:19
  151:3
**series** 104:11
**served** 28:16
**service** 74:6
**set** 28:20 34:22
  45:25 72:20
  77:25 85:5,5,6
  97:17 100:4
  150:11,19
**sets** 30:24 31:3
  43:25 45:4
  47:12,24 70:5
  77:4 78:19
  86:7
**seven** 28:8
  45:25 86:21
  87:9 89:14
  90:9 91:2
  92:17 114:6
  135:19,25
**several** 9:19
  61:21 77:17
  78:20 93:13,17
  122:7

**shaking** 11:17
**share** 14:8,12
  14:17,25
**sharing** 87:4
**sheet** 151:11
**shelly** 3:11
**short** 49:18
  136:9
**shortly** 89:12
  89:19
**show** 35:10
**showed** 104:17
**showing** 122:12
**shows** 4:5
  107:22 145:5,9
**side** 14:21,21
  14:22,22,25,25
  27:5 132:15
  133:3 136:17
  136:17
**sig** 101:23
**sign** 151:12
**signature**
  150:21
**signed** 151:20
**significance**
  101:23,24
  102:24 103:7
  103:23,24
  104:6 105:21
**significant** 49:8
  84:2 101:22
  102:21 104:18
  105:22 141:9

**similar** 93:20
  115:25 116:10
  121:7 124:9
  125:20 128:8
  130:11,12
**similarity**
  36:24
**simply** 71:7
  97:4 105:21
  109:5,16
**simultaneously**
  107:24
**single** 141:5
**site** 72:11 73:5
  73:6 122:12
**situations** 59:3
**size** 71:7
  102:19 104:20
  105:25
**slice** 139:17
**slight** 33:14,17
**slightly** 135:3
**small** 81:20
  82:2,8,12,13
  111:7
**smaller** 69:23
  107:4 108:3,5
**smallest** 107:25
**smithsonian**
  124:25 125:6
  129:9 138:7
**social** 39:15
  62:4,6,25
  64:25 66:16,18
  66:22 67:4

**[social - statistical]**                                                  Page 33

74:23 86:15
123:23
**socio**  16:22
**socioeconomic**
62:23 64:13
**sociology**  66:19
**software**  33:11
**sole**  108:21
**solution**  47:11
48:5,13 54:11
54:12 55:15,19
57:6
**solutions**
151:23
**someone's**  80:5
**something's**
91:7
**somewhat**
65:17 81:16
115:4 134:15
**soon**  88:7
**sophia**  7:23
**sorry**  51:6
73:20 87:25
89:7 110:9
113:2 120:3
**sort**  59:25 73:2
**sorts**  33:3
58:11 63:9
69:17 76:4
**sound**  12:12
13:10
**sounded**
104:25

**sounds**  46:7
135:23
**source**  60:23
71:23 73:8
**sources**  26:5
28:12,17 60:21
64:8 71:21
72:18 74:11,16
**south**  10:25
**space**  100:23
100:24,25
**spacial**  40:6,13
40:18,20 41:12
41:15,18,20
43:5 44:13
**spanish**  63:12
**sparse**  78:25
83:7
**sparsely**  82:14
82:15
**speak**  13:7
27:24 28:2
37:4,19 67:17
**speaking**  63:12
**speaks**  22:12
**specific**  43:3
46:8 91:21
97:8 98:2,3
105:12 119:16
**specifically**
13:4 20:4
22:17 25:19
32:25 43:10
58:13 83:24
84:11 90:9

**specifics**  57:22
**specified**  80:8
135:20
**specify**  19:10
**spend**  21:19
**spent**  18:14
21:23 81:17
**spits**  34:16
**split**  95:13,17
133:12,18
144:13
**splitting**  50:21
51:14 111:21
**spoken**  63:25
**sportsman's**
126:18,21,22
**spring**  21:5
**spss**  33:15
**square**  39:2
63:3 78:4
79:12 85:12
**sr**  1:11 6:17
151:4 152:1
153:1
**ss**  150:3
**st**  4:7 141:15
142:3,16 143:7
144:18 145:23
146:6
**stable**  63:18
**standard**  47:14
47:17,21,22,25
**standardly**
62:3

**standards**  82:9
**stars**  31:7
**start**  13:19
43:24 59:24
68:4 78:4
84:24 85:4
113:16 132:2
142:14
**started**  69:16
90:5,15 102:4
**starting**  90:2
97:19 140:8
**starts**  69:24
**state**  1:9,15 2:9
7:18 10:18
18:24 33:3
42:9 80:12,15
83:8,14 122:20
127:7 128:24
134:10,10,19
134:20 139:17
150:3,7
**stated**  45:8
83:15
**states**  1:2 6:18
28:22 63:2
66:23 80:23
**stationed**
114:25
**statistic**  107:7
**statistical**
10:15 33:11,15
34:10 35:20,22
36:3 37:15,20
55:22 80:20

| | | | |
|---|---|---|---|
| 101:23 102:23 | **subareas** 76:16 | **sure** 11:8 14:23 | 38:1,8 39:1 |
| 103:6,23 104:5 | **subjective** | 24:25 25:14 | 40:1 41:1 42:1 |
| 105:5,6,10,20 | 38:16 66:8 | 32:24 33:10 | 43:1 44:1 45:1 |
| 105:21 | 67:10,14 92:15 | 43:15 44:11 | 46:1 47:1 48:1 |
| **statistically** | **subscribed** | 47:3 82:7 | 49:1 50:1 51:1 |
| 49:8 101:21 | 153:14 | 87:18 98:16,22 | 52:1 53:1,8 |
| 102:21 104:17 | **subscription** | 98:24 106:11 | 54:1 55:1 56:1 |
| 105:22 | 64:5 | 106:13 108:12 | 57:1 58:1 59:1 |
| **statistics** 47:16 | **substance** | 108:13 113:5 | 60:1 61:1 62:1 |
| 91:18 | 105:6 | 117:10 124:6 | 63:1 64:1 65:1 |
| **statue** 39:2 | **substantive** | 127:3,8 129:4 | 66:1 67:1 68:1 |
| **status** 62:23 | 101:24 103:4,8 | 131:4,13 | 69:1 70:1 71:1 |
| 83:23 84:10 | 103:16,21,24 | 142:13 | 72:1 73:1 74:1 |
| **stay** 110:9 | 106:5 | **surface** 100:25 | 75:1 76:1 77:1 |
| **stayed** 71:24 | **substantively** | **surrounding** | 78:1 79:1 80:1 |
| 85:12 93:13 | 105:23 | 117:14 119:17 | 80:18 81:1 |
| **stems** 66:18 | **suddenly** 56:23 | **swan** 59:23 | 82:1 83:1 84:1 |
| **stenographic** | **sufficient** 54:8 | **swans** 58:7 | 85:1 86:1 87:1 |
| 7:6 | 56:15 | **swanson** 1:19 | 88:1 89:1 90:1 |
| **step** 117:9 | **suggesting** 78:6 | 2:1,5 3:1 4:1 | 91:1 92:1 93:1 |
| **stephanopoul...** | **suite** 3:16 | 5:1,3,7,9 6:1,15 | 94:1 95:1 96:1 |
| 16:16 | **summarized** | 7:1,9,15,20 8:1 | 97:1 98:1 99:1 |
| **stratification** | 38:21 | 9:1 10:1 11:1 | 100:1 101:1 |
| 39:16 62:4,7 | **summary** 30:5 | 12:1 13:1,23 | 102:1 103:1 |
| 62:25 66:18 | **summer** 21:4 | 14:1 15:1,15 | 104:1 105:1 |
| **street** 3:15 4:7 | 21:18 | 16:1 17:1 18:1 | 106:1 107:1 |
| **stress** 90:15 | **super** 30:20 | 18:19 19:1 | 108:1 109:1 |
| 105:18 | **support** 139:11 | 20:1 21:1 22:1 | 110:1 111:1 |
| **stressing** | 141:10 145:7 | 22:23 23:1 | 112:1 113:1 |
| 103:22 | **supported** | 24:1 25:1 26:1 | 114:1 115:1,15 |
| **strong** 92:10 | 139:20 | 27:1 28:1 29:1 | 116:1 117:1 |
| **studies** 19:2 | **supports** 145:8 | 29:7,8,11 30:1 | 118:1 119:1 |
| **study** 19:21 | **supreme** 10:2,8 | 30:3,7 31:1 | 120:1 121:1 |
| **sub** 75:18 | 31:17,25 | 32:1 33:1 34:1 | 122:1 123:1 |
| 77:10 | | 35:1 36:1 37:1 | 124:1 125:1 |

126:1 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1
136:1 137:1
138:1 139:1
140:1 141:1
142:1 143:1
144:1 145:1
146:1 147:1,3
148:1,10 149:1
149:6 150:1,9
151:5 152:2,24
153:2,4,12
**swear** 7:7
**swearing** 12:2
**sworn** 7:10
150:11 153:14
**symptomatic**
78:15
**system** 30:23
73:2

**t**

**t** 35:23,24
102:4 104:11
104:12 152:3,3
**tables** 22:21
25:2
**tablet** 8:14
**tabs** 8:22
**take** 6:11 13:13
22:4 25:16
33:22 35:8
43:6 55:6,7

78:2 87:15,19
88:17 101:12
112:6,9 113:3
113:5 117:9
121:20 122:25
129:11 131:24
140:6 143:19
148:13
**takeaway**
50:24
**taken** 6:15
71:19 131:14
**takes** 40:14
47:13,19
**talk** 114:25
131:25
**talked** 27:19
49:21 139:22
144:16
**talking** 118:25
132:15 134:22
141:20
**tangipahoa**
141:23 144:13
**task** 46:7,24
59:13 60:9
71:18 77:4
96:14 114:20
**tasked** 46:15
**taught** 17:19
17:22
**teach** 20:6
24:17
**technical** 25:5
33:22

**technician** 4:14
**tell** 12:23 29:19
43:14 47:7
69:24 94:11
98:12 110:25
126:18 137:8
**telling** 33:21
95:4 113:23
**tells** 107:18
**ten** 146:17
**tend** 52:6 53:4
79:12 91:8,11
126:21
**tended** 139:11
**tennessee** 10:25
**tensas** 43:20
86:23
**term** 16:10,18
74:14,15
118:16,24
**terms** 21:9 39:3
54:8 67:18
70:11 74:19
91:11 107:9
114:19 116:6
117:6 118:7,25
119:4 124:3
137:14
**territory** 82:14
82:15
**test** 35:23,24
49:3,7 58:15
59:17 69:22,24
101:19 102:4
102:11 105:17

**testified** 7:11
9:16 10:14,22
**testifying** 12:5
**testimony**
149:6 150:13
151:9,18 153:8
**testing** 58:2
**tests** 36:2
104:11,11,12
**text** 13:8 38:7
38:10
**thank** 7:21 11:5
16:4 43:4
87:22 88:18
138:23 146:15
148:5,7,9,11
**thing** 44:8
105:12 107:5
**things** 8:15
10:7 22:15
33:4 40:21
52:2 55:5
58:12,21 61:21
63:9 69:20
76:4 91:10
105:8 138:15
**think** 9:15
12:20 13:19
16:3 19:14
20:18 27:7
30:19 33:21
35:19 42:8,19
50:8 53:10
65:7,9,11
66:22 67:7,20

67:24 72:24
83:12 88:16
89:18 94:21,25
96:10 97:15
103:8 104:2
110:4,4 113:13
113:14 116:22
122:2,11,12
123:15 128:21
132:25 136:23
139:6 141:23
143:4
**thinking** 96:19
**thinks** 48:13
**thomas** 3:18
**thought** 58:7,9
65:3 67:22
68:8,22 72:10
86:9 90:3
93:17 95:15
122:7 137:13
**three** 18:15
49:24 51:9
52:14 53:16
56:17,19,24
87:19 134:20
**throw** 118:20
**till** 48:12
**time** 8:19 9:7
16:2,4 18:13
18:22 21:19,23
24:19 25:17
29:4,5 81:16
86:7 88:20,23
95:18 113:6,8

113:11 121:20
123:2 143:22
146:14,16,21
146:24 148:10
151:19
**timeframe**
151:8
**times** 9:18 18:4
104:16
**today** 7:22,25
11:21 12:4
15:21 66:12
**today's** 11:7
149:5
**together** 42:5
43:25 44:6
51:12 52:8
56:23 78:25,25
79:12,21,22
95:13,16,24
96:4,11 97:4
98:10 108:16
108:19 110:6
120:25 121:8
136:2 138:16
142:21,23
143:16,24
144:20 145:24
146:7 147:8,17
147:21
**told** 13:4
**tom** 21:7 22:9
27:21
**tongue** 63:12

**took** 12:4 70:16
92:22 104:5
123:18,23
125:15 128:2
130:6
**tools** 23:25
**top** 21:22 52:20
81:3 142:9
146:9
**total** 60:10
149:7
**tourism** 126:10
127:13,18
129:3,7
**tourists** 126:5
126:12,21
127:6,6 128:18
**town** 39:2
**transcend** 73:9
**transcriber**
14:4
**transcript**
151:6,20 153:5
153:8
**trap** 105:21
**traveling** 18:10
**trendy** 27:24
27:25
**trial** 9:16 10:14
10:16,19,20
**tried** 14:2
50:22
**tries** 47:13 48:5
**trip** 18:14
126:5 128:18

**true** 9:24
150:12 153:8
**trust** 71:22
72:22 119:18
**trustworthy**
135:18,22
**truthfulness**
12:3
**try** 11:22 12:17
43:2 50:20
51:7,7 68:16
72:18
**trying** 42:23
50:12 56:11
58:18 59:5
65:17 143:14
**tuned** 119:20
**turn** 15:25
29:22 30:18,19
35:9 38:4 41:8
41:8 44:5
49:13,19 53:22
61:5 72:18
79:2 89:18
90:21 92:4
93:24 106:8
121:14 124:24
127:9 137:24
**turned** 77:13
**turning** 56:10
90:21
**two** 41:23,23
43:25 47:23
48:18,19,20
49:14 54:3,13

54:20,22 55:10
56:14,14,24
57:13 58:23
59:20 60:25
68:12,19 78:17
78:19 87:19
90:8 94:2
101:7,16 102:6
102:7,17
107:12 109:9
114:13,14,18
115:12,12,16
138:7

**type**  33:6,12
**types**  31:5 36:2
44:14 66:14
**typically**  31:2
52:13 58:15

---

**u**

**u.s.**  17:10 25:25
28:15 114:23
**uh**  16:14
111:14 131:21
133:7
**ultimately**
86:20
**uncovering**
44:19
**undecideds**
56:22
**under**  11:25
22:20,21,22
32:9 56:6
57:18,20 58:23
61:20 62:13

63:17 71:2,6
73:12 94:8,8
99:15 106:9
107:18 119:22
141:25

**underlies**  104:7
**underlying**  9:4
24:14
**understand**
12:6,8 13:10
13:12 15:20
16:10 29:17
32:12,14 37:12
38:3 42:3
44:15 51:16
55:4 59:2 65:3
71:11 72:9
77:20 78:22
79:10 80:10
89:21 96:18
104:7,9 107:10
112:5 116:9
117:10 120:12
**understanding**
16:25 20:10,13
24:5,11 27:14
36:11 37:13
40:19 41:11
42:8 51:5 52:5
60:17 61:2
93:15 97:2
137:7
**understood**
12:11 56:9
60:22 76:9

**unfortunately**
39:5
**union**  110:16
110:23 111:13
111:22 117:25
**unit**  6:13 62:5
75:17 84:6,9
85:16 102:22
106:19
**united**  1:2 6:18
28:22 63:2
66:23
**units**  99:24
100:7,7 101:9
106:17 149:7
**universe**  31:7
84:20
**university**
18:21,24 19:3
**unknown**  44:19
**unnatural**
82:12
**unusual**  82:12
**updates**  123:10
125:7 127:19
129:22
**urban**  63:5
78:14,16,24
79:21 83:22
84:10
**urbanized**  79:5
79:17
**use**  33:5 35:20
35:21 36:20
37:20,20,21

39:20 43:23
45:23 51:18
53:5,12,17
54:6 56:3
57:13 60:3
62:3 67:13,16
74:14,15 79:3
86:17,17 87:2
87:8 91:11
108:8,14,21
109:15 111:20
118:16,24
**used**  16:16 17:4
17:10 23:6
24:2,4,6 25:21
26:3 31:2,9,14
31:17,19 32:12
32:15 33:12,13
33:16 36:11,13
36:18 41:10,22
44:20 45:7
53:10 57:5
61:12 67:17
69:13 78:17
93:7 103:20
104:21 108:20
109:19 114:24
116:6 130:24
145:6,6 149:7
151:20
**useful**  39:11,17
39:20 41:5,7
44:8,13 66:4
146:5,10

**uses** 32:10
33:14 117:8
119:21
**using** 20:14,16
24:3,9 34:2
35:25 40:5,6
44:3 47:13
50:23 51:11
52:16 76:5
86:8 88:2,15
121:15 136:8
**utilities** 74:5

**v**

**v** 151:4 152:1
153:1
**valid** 136:17
**validated**
139:18
**variable** 42:4
43:8 56:8 61:8
68:9 70:21
79:12 83:5,16
85:5,6 98:3
100:14 101:15
101:20 107:3
107:11 112:22
**variables** 16:23
36:13,18,19
39:24 40:2
41:6,21,25
42:20 44:3,12
47:19,25 49:3
49:6 56:4,6
57:5 61:9,11
61:13 65:4,7,8

65:13,14,18,21
65:24 66:6,8
66:25 67:4,15
68:6,11,18,19
68:21,22,24
69:3,11 70:2,6
70:9,13,18
71:12,14,16,17
73:21 74:17
77:7,22 78:3
78:23 83:13
84:14,18,20,22
85:20,25 86:12
87:3,8 88:3,14
89:8 90:3
92:14,17 93:21
97:14,19,25
99:18 100:4,16
100:18 101:9
101:13 104:15
105:17 106:16
107:2,19
113:16 116:6
119:22 125:11
**variance** 48:11
49:4,5 69:22
69:25 99:19
101:5
**variation** 59:8
**various** 84:23
89:3
**vary** 61:23
70:11 80:2,23
**vectors** 24:8
47:24,25 48:3

99:21 101:3,4
101:7
**verbal** 11:15
**verification**
49:2
**verified** 53:13
99:6
**verify** 23:8,16
24:15,22 25:4
33:7,18 34:6
34:25 35:15,18
92:25 94:20
101:15 110:10
118:21,24
119:3 143:11
151:9
**verifying** 93:3
**veritext** 6:21,24
149:8 151:14
151:23
**veritext.com**
151:15
**versa** 107:5
**versus** 6:16
63:13 78:16
100:14 135:20
**vice** 107:5
**video** 6:10,14
14:20 149:3
**videographer**
4:15 6:2,22
14:11,13,19,23
15:2,5,6 88:19
88:22 113:7,10
146:20,23

149:2
**videotaped**
1:18 2:4
**view** 14:14,17
15:7 39:7
**viewing** 8:6,9
**virtually** 6:6
**visiting** 18:11
126:13
**visualize** 69:10
120:15 121:2
**votes** 10:16
**vs** 1:7,13
**vtd** 75:16

**w**

**walsh** 4:5
**want** 14:8
23:21,22 29:22
35:9 49:12,12
52:6 56:2 65:5
72:15 75:25
85:3 91:7
98:11 106:8
107:15
**wanted** 23:19
42:18 72:19
112:2 113:15
**washington**
19:3 141:23
**water** 10:21
**way** 45:7 70:4
75:10 79:17
91:20 101:14
101:22 103:20
105:4 107:16

111:8 116:23
126:7,8 133:23
134:13 150:16

**ways**  78:20

**we've**  16:15
139:22

**website**  72:24
123:15

**weight**  70:13
70:18

**weighting**
70:17

**went**  72:11
117:4 124:5
125:12 138:20

**west**  86:23
141:15 142:3
142:16,24
143:7 144:18
145:23 146:5

**whereof**  150:18

**whichever**
133:14

**wildlife**  31:7

**wish**  28:23

**witness**  6:9 7:7
7:10 9:11
14:14,15,21,25
15:3 53:9
74:14 80:19
82:20 111:25
114:3 116:3,22
118:4,7,23
130:24 131:10
133:11 135:7

137:13 138:13
139:9 148:11
150:10,13,18
151:8,10,12,19

**words**  16:17
86:3

**work**  16:16
23:2,9,16
24:13,22 25:9
28:22,24 87:21

**worked**  10:2
21:22

**working**  21:16

**works**  22:14

**world**  91:9

**wrap**  56:11

**write**  11:14
22:3

**wrong**  113:14
121:18

**wrote**  27:17
30:10

**x**

**x**  1:5,16

**y**

**yeah**  52:9
66:12 86:4,16
88:4 89:10
102:3,13
104:22 105:14
109:12 111:4
111:18,18
114:23 115:17
116:22 120:18

129:8 133:17
133:19 134:24
148:11

**year**  63:16,17

**years**  71:2
73:13

**york**  2:9 150:3
150:4,7

**z**

**zero**  91:10

**zoom**  11:13
144:8

**zooming**
115:14

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.