IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,<br>        *Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana,<br><br>        *Defendant*. | CIVIL ACTION NO. 3:22-cv-00211 SDD-SDJ |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, TRAMELLE HOWARD,<br>        *Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana,<br><br>        *Defendant*. | CIVIL ACTION NO. 3:22-cv-00214 SDD-SDJ |

**PLAINTIFFS' MOTION TO EXCLUDE
PROPOSED EXPERT TESTIMONY OF
<u>DR. DOUGLAS JOHNSON</u>**

Plaintiffs, through undersigned counsel, hereby move to exclude the proposed expert testimony and reports of Dr. Douglas Johnson in accordance with the requirements of Federal Rule of Evidence 702 and for the reasons stated in the attached Memorandum of Law.

Plaintiffs respectfully request that this Court grant the motion to exclude the proposed expert testimony and reports of Dr. Johnson.

DATED: January 15, 2024

By: /s/ *Kathryn Sadasivan*

Respectfully submitted,

Stuart Naifeh (admitted *pro hac vice*)
Kathryn Sadasivan (admitted *pro hac vice*)
Victoria Wenger (admitted *pro hac vice*)
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
vwenger@naacpldf.org

R. Jared Evans
I. Sara Rohani (admitted *pro hac vice*)
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
jevans@naacpldf.org
srohani@naacpldf.org

Nora Ahmed (admitted *pro hac vice*)
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

Robert A. Atkins (admitted *pro hac vice*)
Jonathan H. Hurwitz (admitted *pro hac vice*)
Yahonnes Cleary (admitted *pro hac vice*)
Amitav Chakraborty (admitted *pro hac vice*)
Adam P. Savitt (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue Of The Americas, New York, NY 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
jhurwitz@paulweiss.com
ratkins@paulweiss.com
ycleary@paulweiss.com
achakraborty@paulweiss.com
asavitt@paulweiss.com

John Adcock
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
jnadcock@gmail.com

Sophia Lin Lakin (admitted *pro hac vice*)
Dayton Campbell-Harris (admitted *pro hac*)**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org

Megan Keenan (admitted *pro hac vice*

| | |
|---|---|
| Tracie L. Washington<br>Louisiana Justice Institute<br>Suite 132<br>3157 Gentilly Blvd<br>New Orleans LA, 70122<br>Tel: (504) 872-9134<br>tracie.washington.esq@gmail.com | Sarah Brannon (admitted *pro hac vice*)**<br>American Civil Liberties Union Foundation<br>915 15th St., NW<br>Washington, DC 20005<br>sbrannon@aclu.org<br><br>T. Alora Thomas-Lundborg (admitted *pro hac vice*)<br>Election Law Clinic<br>Harvard Law School<br>6 Everett Street, Ste. 4105<br>Cambridge, MA 02138<br>(617) 495-5202<br>tthomaslundborg@law.harvard.edu<br><br>*Counsel for Robinson Plaintiffs*<br><br>**Practice is limited to federal court.* |
| | By: /s/*Abba Khanna* |
| J. E. Cullens, Jr.<br>Andrée Matherne Cullens<br>S. Layne Lee<br>WALTERS, THOMAS, CULLENS, LLC<br>12345 Perkins Road, Bldg. One<br>Baton Rouge, LA 70810<br>(225) 236-3636 | Abha Khanna (*admitted pro hac vice*)<br>ELIAS LAW GROUP LLP<br>1700 Seventh Ave. Suite 2100<br>Seattle, Washington 98101<br>(206) 656-0177<br>akhanna@elias.law<br><br>Daniel Cohen (*admitted pro hac vice*)<br>Qizhou Ge (*admitted pro hac vice*)<br>Jacob D. Shelly (*admitted pro hac vice*)<br>ELIAS LAW GROUP LLP<br>250 Massachusetts Ave, NW Suite 400<br>Washington, D.C. 20001<br>(202) 968-4490<br>dcohen@elias.law<br>age@elias.law<br>jshelly@elias.law<br><br>*Counsel for Galmon Plaintiffs* |

3