**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| PRESS ROBINSON, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00211-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |
| EDWARD GALMON, SR., et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, <br><br> *Defendant.* | Consolidated with <br> Civil Action No. 3:22-cv-00214-SDD-SDJ |

**DEFENDANT STATE OF LOUISIANA'S**
**NOTICE OF ENACTMENT OF NEW CONGRESSIONAL MAP**

Pursuant to the Court's November 2023 Minute Entry, (ECF No. 315), and the Court's subsequent Order granting the Parties Consent Motion for a Scheduling Order, (ECF No. 330), the State hereby notifies the Court of the congressional map newly enacted by the Louisiana Legislature (the "New Map").[1]

On January 8, 2024, Governor Landy convened a special session of the Louisiana Legislature to "redraw our congressional districts."[2] On January 19, 2024, the Louisiana

---

[1] *See* Act 2, S.B. 8, 2024 1st Extraordinary Sess. (La. 2024) (attached herein as appendix A).
[2] *Governor Jeff Landry Assumes Office*, Office of the Governor (Jan. 8, 2024) https://gov.louisiana.gov/news/governor-jeff-landry-assumes-office.

Legislature passed the New Map, containing two majority-black districts.[3] And, on January 22, 2024, Governor Landry signed the New Map into law.[4] For the Court's convince, below is the New Map:



In relevant part, Plaintiffs' Complaint sought (1) a declaration that the then-effective congressional map (the "Previous Map") violated the Section 2 of the Voting Rights Act, (2) an

---

[3] Emily Cochrane, *Louisiana Lawmakers Approve Map That Empowers More Black Voters*, N.Y. Times (Jan. 19, 2024) https://www.nytimes.com/2024/01/19/us/politics/louisiana-voting-map.html.

[4] *See supra* n.1.

injunction against the Previous Map, and (3) a new map that "includes two districts in which Black

voters have an opportunity to elect candidates of their choice." (ECF No. 1 at 52–53).

Given that the Previous Map is no longer law, and that the New Map contains two majority-

black districts, this case is now moot.

Dated: January 23, 2024

Jason B. Torchinsky (DC 976033)*
Phillip M. Gordon (DC 1531277)*
Brennan A.R. Bowen (AZ 036639)*
Holtzman Vogel Baran
Torchinsky & Josefiak, PLLC
15405 John Marshall Highway
Haymarket, VA 20169
(540) 341-8808 phone
(540) 341-8809 fax
jtorchinsky@holtzmanvogel.com
pgordon@holtzmanvogel.com
bbowen@holtzmanvogel.com
*admitted pro hac vice

Respectfully Submitted,

*/s/ Carey Tom Jones*
Elizabeth B. Murrill (LSBA No. 20685)
   *Louisiana Attorney General*
Morgan Brungard (CO Bar No. 50265)*
Carey Tom Jones (LSBA No. 07474)
Amanda M. LaGroue (LSBA No. 35509)

Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
murrille@ag.louisiana.gov
jonescar@ag.louisiana.gov
mcphees@ag.louisiana.gov
brungardm@ag.louisiana.gov
LaGroueA@ag.louisiana.gov

*Counsel for Defendant, State of Louisiana*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 23rd day of January 2024, the foregoing has been filed with the Clerk via the CM/ECF system that has sent a Notice of Electronic filing to all counsel of record.

*/s/ Carey Tom Jones*
Carey Tom Jones