UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,<br>*Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana.<br><br>*Defendant*. | Civil Action No. 3:22-cv-00211-SDD-SDJ |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, TRAMELLE HOWARD,<br>*Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana.<br><br>*Defendant*. | Civil Action No. 3:22-cv-00214-SDD-SDJ |

## MOTION TO APPLY THE FIRST-FILED RULE

Plaintiffs, through undersigned counsel, hereby move the Court to apply the first-filed rule and deem the above-captioned case "first-filed" as it relates to *Callais v. Landry*, No. 3:24-cv-122-DCJ-CES-RRS (W.D. La.), currently pending in the United States District Court for the Western District of Louisiana.

| | |
|---|---|
| DATED:  February 5, 2024 | Respectfully submitted, |
| By: /s/ *Tracie L. Washington*<br>Tracie L. Washington<br>LA. Bar No. 25925<br>Louisiana Justice Institute<br>8004 Belfast Street<br>New Orleans, LA 70125<br>Tel: (504) 872-9134<br>tracie.washington.esq@gmail.com<br><br>*Counsel for NAACP Louisiana State Conference, Dorothy Nairne, Martha Davis, Clee Earnest Lowe, and Rene Soule* | By: /s/ *Stuart Naifeh*<br>Stuart Naifeh (admitted *pro hac vice*)<br>Kathryn Sadasivan (admitted *pro hac vice*)<br>Victoria Wenger (admitted *pro hac vice*)<br>NAACP Legal Defense and Educational Fund, Inc.<br>40 Rector Street, 5th Floor<br>New York, NY 10006<br>Tel: (212) 965-2200<br>snaifeh@naacpldf.org<br>ksadasivan@naacpldf.org<br>vwenger@naacpldf.org<br><br>*Counsel for Robinson Plaintiffs* |
| J. E. Cullens, Jr.<br>Andrée Matherne Cullens<br>S. Layne Lee<br>WALTERS, THOMAS, CULLENS, LLC<br>12345 Perkins Road, Bldg. One<br>Baton Rouge, LA 70810<br>(225) 236-3636 | By: /s/ *Abha Khanna*<br>Abha Khanna (admitted *pro hac vice*)<br>ELIAS LAW GROUP LLP<br>1700 Seventh Ave. Suite 2100<br>Seattle, Washington 98101<br>(206) 656-0177<br>akhanna@elias.law<br><br>Daniel Cohen (admitted *pro hac vice*)<br>Qizhou Ge (admitted *pro hac vice*)<br>Jacob D. Shelly (admitted *pro hac vice*)<br>ELIAS LAW GROUP LLP<br>250 Massachusetts Ave, NW Suite 400<br>Washington, D.C. 20001<br>(202) 968-4490<br>dcohen@elias.law<br>age@elias.law<br>jshelly@elias.law<br><br>*Counsel for Galmon Plaintiffs* |

R. Jared Evans
LA. Bar No. 34537
I. Sara Rohani (admitted *pro hac vice*)
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
jevans@naacpldf.org
srohani@naacpldf.org

Sarah Brannon (admitted *pro hac vice*)*
Megan C. Keenan (admitted *pro hac vice*)
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Nora Ahmed
NY Bar No. 5092374 (admitted *pro hac vice*)
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

John Adcock
L.A. Bar No. 30372
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
jnadcock@gmail.com

Robert A. Atkins (admitted *pro hac vice*)
Yahonnes Cleary (admitted *pro hac vice*)
Jonathan H. Hurwitz (admitted *pro hac vice*)
Amitav Chakraborty (admitted *pro hac vice*)
Adam P. Savitt (admitted *pro hac vice*)
Arielle B. McTootle (admitted *pro hac vice*)
Robert Klein (admitted *pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue Of The Americas
New York, NY 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
ratkins@paulweiss.com
ycleary@paulweiss.com
jhurwitz@paulweiss.com
achakraborty@paulweiss.com
asavitt@paulweiss.com
amctootle@paulweiss.com
rklein@paulweiss.com

Sophia Lin Lakin (admitted *pro hac vice*)
Dayton Campbell-Harris (admitted *pro hac vice*)*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbell-harris@aclu.org

T. Alora Thomas-Lundborg (admitted *pro hac vice*)
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
tthomaslundborg@law.harvard.edu

*Additional counsel for Robinson Plaintiffs*

*Practice is limited to federal court.