UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, and POWER COALITION FOR EQUITY AND JUSTICE,<br><br>*Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana,<br><br>*Defendant*. | Civil Action No. 3:22-cv-00211-SDD-RLB |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, and TRAMELLE HOWARD,<br>*Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana,<br><br>*Defendant*. | Civil Action No. 3:22-cv-00214-SDD-RLB |

### *GALMON* PLAINTIFFS' NOTICE REGARDING THE NEW ENACTED CONGRESSIONAL MAP

Pursuant to this Court's scheduling order, ECF No. 330, *Galmon* Plaintiffs hereby give notice that they do not oppose Senate Bill 8 ("S.B. 8"), the new enacted congressional map that was passed by the legislature in the 2024 First Extraordinary Session and was signed by the

1

Governor and became effective on January 22, 2024. *Galmon* Plaintiffs respectfully request that the Court retain jurisdiction of this action to adjudicate challenges to S.B. 8 and any related litigation regarding Louisiana's congressional map. *See* Mot. to Apply First-Filed Rule, ECF No. 345.

Date: February 6, 2024

J. E. Cullens, Jr.
Andrée Matherne Cullens
S. Layne Lee
WALTERS, THOMAS, CULLENS, LLC
12345 Perkins Road, Bldg. One
Baton Rouge, LA 70810
(225) 236-3636

Respectfully submitted,

By: */s/Abha Khanna*
Abha Khanna (*admitted pro hac vice*)
ELIAS LAW GROUP LLP
1700 Seventh Ave. Suite 2100
Seattle, Washington 98101
(206) 656-0177
akhanna@elias.law

Lalitha D. Madduri (*admitted pro hac vice*)
Jacob D. Shelly (*admitted pro hac vice*)
Daniel Cohen (*admitted pro hac vice*)
Qizhou Ge (*admitted pro hac vice*)
ELIAS LAW GROUP LLP
250 Massachusetts Ave, NW Suite 400
Washington, D.C. 20001
(202) 968-4490
lmadduri@elias.law
jshelly@elias.law
dcohen@elias.law
age@elias.law

*Counsel for Galmon Plaintiffs*