## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,<br>     *Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana.<br>     *Defendant*. | Civil Action No. 3:22-cv-00211-SDD-SDJ |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, TRAMELLE HOWARD,<br>     *Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana.<br>     *Defendant*. | Civil Action No. 3:22-cv-00214-SDD-SDJ |

**NOTICE REGARDING PLAINTIFFS' POSITION ON**
**<u>NEW ENACTED CONGRESSIONAL MAP</u>**

Pursuant to this Court's scheduling order, *see* ECF No. 330, the *Robinson* Plaintiffs hereby provide notice of their position regarding the congressional districting plan passed by the Louisiana Legislature during the First Extraordinary Session of 2024 as Senate Bill 8 on January 19, 2020, and signed by Governor Jeff Landry on January 22, 2024 (the "State's Remedial Map"). *See* ECF No. 342. As the statements of the Governor, the Attorney General, and numerous legislators during the First Extraordinary Session make clear, the State's Remedial Map was adopted as a direct result of this Court's and the Fifth Circuit's orders finding that the congressional districting plan adopted by the Louisiana Legislature in March 2022 likely violates Section 2 of the Voting Rights Act of 1965, 52 U.S.C § 10301, and to avoid imposition of a map by this Court.[1]

Plaintiffs do not oppose the new enacted map, but they reject Defendants' assertion that "this case is now moot." ECF No. 342. As indicated in Plaintiffs' Motion to Apply the First-Filed Rule, ECF No. 345, after the enactment of the State's Remedial Map, a case captioned *Callais, et al.* v. *Landry* was filed in the Western District of Louisiana. The *Callais* plaintiffs assert that the State's Remedial Map constitutes an unconstitutional racial gerrymander and is not justified by the State's need to comply with Section 2. *See* Compl., *Callais* v. *Landry*, No. 3:24-cv-122-DCJ-CES-RRS (W.D. La. Jan. 31, 2024). As the *Callais* litigation makes clear, this case is not moot. This Court should retain jurisdiction over this matter to determine the legal viability of the State's Remedial Map in light of the likely violation previously identified by this Court and the Fifth Circuit. *See N. Carolina v. Covington*, 138 S. Ct. 2548, 2551 (2018) (explaining that a voting rights case does not become moot upon a legislature's enactment of a new plan and that a court may

---

[1] E.g., Office of the Governor, Governor Jeff Landry Opens First Special Session on Court Ordered Redistricting (Jan. 16, 2024), https://gov.louisiana.gov/news/governor-jeff-landry-opens-first-special-session-on-court-ordered-redistricting (asking legislature to support SB8 to avoid a map drawn "by some heavy-handed member of the Federal Judiciary"); statement of Rep. Beaullieu, House Floor, Jan. 19, 2024 ("If we don't act, it's very clear that the federal court will impose the plaintiff's proposed map on our state and we don't want that.").

retain jurisdiction to evaluate the new plan's compliance with federal law); *E. Jefferson Coal. for Leadership & Dev. v. Par. of Jefferson*, 706 F. Supp. 470, 471 (E.D. La. 1989) (court may defer to legislative remedy but must assess whether legislature's "proposal can be adopted without violence to the Constitution").

Accordingly, the *Robinson* Plaintiffs request that this Court set a status conference at its earliest convenience to set a schedule for further proceedings.

DATED:  February 6, 2024                                Respectfully submitted,


By: /s/ *Tracie L. Washington*                         By: */s/ Stuart Naifeh*
Tracie L. Washington                                    Stuart Naifeh (admitted *pro hac vice*)
LA. Bar No. 25925                                       Kathryn Sadasivan (admitted *pro hac vice*)
Louisiana Justice Institute                             Victoria Wenger (admitted *pro hac vice*)
8004 Belfast Street                                     NAACP Legal Defense and Educational Fund, Inc.
New Orleans, LA 70125                                   40 Rector Street, 5th Floor
Tel: (504) 872-9134                                     New York, NY 10006
tracie.washington.esq@gmail.com                         Tel: (212) 965-2200
                                                        snaifeh@naacpldf.org
                                                        ksadasivan@naacpldf.org
                                                        vwenger@naacpldf.org

*Counsel for NAACP Louisiana State*                     *Counsel for Robinson Plaintiffs*
*Conference, Dorothy Nairne, Martha*
*Davis, Clee Earnest Lowe, and Rene*
*Soule*

R. Jared Evans
LA. Bar No. 34537
I. Sara Rohani (admitted *pro hac vice*)
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
jevans@naacpldf.org
srohani@naacpldf.org

Sarah Brannon (admitted *pro hac vice*)*
Megan C. Keenan (admitted *pro hac vice*)
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Nora Ahmed
NY Bar No. 5092374 (admitted *pro hac vice*)
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

John Adcock
L.A. Bar No. 30372
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
jnadcock@gmail.com
*Additional counsel for Robinson Plaintiffs*

Robert A. Atkins (admitted *pro hac vice*)
Yahonnes Cleary (admitted *pro hac vice*)
Jonathan H. Hurwitz (admitted *pro hac vice*)
Amitav Chakraborty (admitted *pro hac vice*)
Adam P. Savitt (admitted *pro hac vice*)
Arielle B. McTootle (admitted *pro hac vice*)
Robert Klein (admitted *pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue Of The Americas
New York, NY 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
ratkins@paulweiss.com
ycleary@paulweiss.com
jhurwitz@paulweiss.com
achakraborty@paulweiss.com
asavitt@paulweiss.com
amctootle@paulweiss.com
rklein@paulweiss.com

Sophia Lin Lakin (admitted *pro hac vice*)
Dayton Campbell-Harris (admitted *pro hac vice*)*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbell-harris@aclu.org

T. Alora Thomas-Lundborg (admitted *pro hac vice*)
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
tthomaslundborg@law.harvard.edu

*Practice is limited to federal court.