IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,<br><br>     *Plaintiffs*,<br><br> v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana | 3:22-cv-00211-SDD-SDJ |

## EX PARTE MOTION TO ADMIT COUNSEL PRO HAC VICE

In accordance with Local Civil Rule 83(b)(8) governing visiting attorneys to the United States District Court for the Middle District of Louisiana, the undersigned John Adcock, counsel of record for Plaintiffs, respectfully requests that this Court permit attorney Daniel J. Hessel to appear and participate *pro hac vice* as counsel on behalf of Plaintiffs.

1. Mr. Hessel is a licensed attorney admitted to practice in State of New York. He is a member in good standing of the Bar of the State of New York.

2. Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Mr. Hessel is attached here as Exhibit A swearing that no disciplinary proceedings or criminal charges have been instituted against him. That declaration also contains the oath required by Local Civil Rule 83(b)(8)(D).

3. Also pursuant to Local Civil Rule 83(b)(8), a Certificate of Good Standing from the State of New York is attached to Mr. Hessel's declaration.

WHEREFORE, John Adcock, a member of the bar of this Court in good standing, pray that this Court enter an order permitting Daniel J. Hessel to appear *pro hac vice* for Plaintiffs in the above-captioned matter.

Dated: February 7, 2024

                                 Respectfully submitted,

                                 By: */s/ John Adcock*

John Adcock
Adcock Law LLC
L.A. Bar No. 30372
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
Fax: (504) 308-1266
jnadcock@gmail.com

*Counsel for Robinson Plaintiffs*