**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE, | Civil Action No. 3:22-cv-00211-SDD-SDJ |
| *Plaintiffs*, | |
| v. | |
| NANCY LANDRY, in her official capacity as Secretary of State for Louisiana. | |
| *Defendant*. | |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, TRAMELLE HOWARD, | Civil Action No. 3:22-cv-00214-SDD-SDJ |
| *Plaintiffs*, | |
| v. | |
| NANCY LANDRY, in her official capacity as Secretary of State for Louisiana. | |
| *Defendant*. | |

## NOTICE OF FILINGS RELATING TO ENACTED CONGRESSIONAL MAP

The *Robinson* Plaintiffs ("Plaintiffs"), through undersigned counsel, hereby provide notice

to the Court of filings in the related case *Callais* v. *Landry*, No. 3:24-cv-122-DCJ-CES-RRS (W.D.

La.) ("*Callais*").

*First*, consistent with Plaintiffs' Motion to Apply the First-Filed Rule in *Robinson*, ECF No. 345, on February 7, 2024, the *Robinson* Plaintiffs moved to intervene as defendants in *Callais* and to transfer the case to this District for consolidation or coordination with *Robinson*. *See* Ex. A.  The *Galmon* Plaintiffs have likewise moved to intervene in *Callais*.  *See* Ex. B.

*Second*, on February 7, 2024, the *Callais* plaintiffs filed a Motion for Preliminary Injunction requesting that the court (i) enjoin the defendant Secretary of State from implementing the congressional redistricting map set out in SB8, and (ii) order the Secretary instead to implement a congressional redistricting map proposed by the *Callais* plaintiffs to administer future elections. *See* Ex. C at 1; Ex. D at 33.  The alternative map the *Callais* plaintiffs ask the court to adopt includes only a single majority-Black district, and includes no other districts in which Black voters would have any opportunity to elect candidates of their choice.  *See* Ex. E at 12 (showing BVAP in the five majority-white districts ranging from 12.6% to 34.2%).

*Third*, on February 8, 2024, the court in *Callais* entered a minute order instructing the parties, once plaintiffs have served the defendant, to contact the court to request a scheduling conference to determine a briefing schedule and hearing date for the pending motion by plaintiffs for a preliminary injunction, the motion by the *Robinson* Plaintiffs to intervene and for transfer, and the motion by the *Galmon* Plaintiffs to intervene.  *Callais*, ECF No. 19.  The *Callais* plaintiffs served the defendant Secretary of State on February 8, 2024.  *Callais*, ECF No. 21.

DATED:  February 9, 2024                Respectfully submitted,


By: /s/ *Tracie L. Washington*          By: /s/ *Stuart Naifeh*
Tracie L. Washington                    Stuart Naifeh (admitted *pro hac vice*)
LA. Bar No. 25925                       Kathryn Sadasivan (admitted *pro hac vice*)
Louisiana Justice Institute             Victoria Wenger (admitted *pro hac vice*)
8004 Belfast Street                     NAACP Legal Defense and Educational Fund, Inc.
New Orleans, LA 70125                    40 Rector Street, 5th Floor
Tel: (504) 872-9134                     New York, NY 10006
tracie.washington.esq@gmail.com         Tel: (212) 965-2200
                                        snaifeh@naacpldf.org
                                        ksadasivan@naacpldf.org
                                        vwenger@naacpldf.org


*Counsel for NAACP Louisiana State*     *Counsel for Robinson Plaintiffs*
*Conference, Dorothy Nairne, Martha*
*Davis, Clee Earnest Lowe, and Rene*
*Soule*

3

R. Jared Evans
LA. Bar No. 34537
I. Sara Rohani (admitted *pro hac vice*)
NAACP Legal Defense and
Educational Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
jevans@naacpldf.org
srohani@naacpldf.org

Sarah Brannon (admitted *pro hac vice*)*
Megan C. Keenan (admitted *pro hac vice*)
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Nora Ahmed
NY Bar No. 5092374 (admitted *pro hac vice*)
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

John Adcock
L.A. Bar No. 30372
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
jnadcock@gmail.com

Robert A. Atkins (admitted *pro hac vice*)
Yahonnes Cleary (admitted *pro hac vice*)
Jonathan H. Hurwitz (admitted *pro hac vice*)
Amitav Chakraborty (admitted *pro hac vice*)
Adam P. Savitt (admitted *pro hac vice*)
Arielle B. McTootle (admitted *pro hac vice*)
Robert Klein (admitted *pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
ratkins@paulweiss.com
ycleary@paulweiss.com
jhurwitz@paulweiss.com
achakraborty@paulweiss.com
asavitt@paulweiss.com
amctootle@paulweiss.com
rklein@paulweiss.com

Sophia Lin Lakin (admitted *pro hac vice*)
Dayton Campbell-Harris (admitted *pro hac vice*)*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbell-harris@aclu.org

T. Alora Thomas-Lundborg (admitted *pro hac vice*)
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
tthomaslundborg@law.harvard.edu

*Additional counsel for Robinson Plaintiffs*

*Practice is limited to federal court.