UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, et al., *Plaintiffs,* v. NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, *Defendant.* | Civil Action No. 3:22-cv-00211-SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Scott D. Johnson |
| EDWARD GALMON, SR., et al., *Plaintiffs,* v. NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, *Defendant.* | Consolidated with<br>Civil Action No. 3:22-cv-00214-SDD-SDJ |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINTS**

Intervenor-Defendants the State of Louisiana (the "State") and Defendant Nancy Landry, in her official capacity as Louisiana Secretary of State, (together "Defendants"), by and through their counsel, do hereby move that Plaintiffs' Complaints, (*Galmon*, No. 3:22-cv-00214, ECF No. 1; *Robinson*, 3:22-cv-00211, ECF No. 1), be dismissed. This Court lacks jurisdiction over Plaintiffs' claims because they are now moot for two reasons: (1) a superseding law rendered ineffective the law that Plaintiffs initially challenged, and (2) Plaintiffs acknowledged—in both filings with this Court and in public statements—that they are not injured and there is no controversy here.

For the reasons more fully set forth in the attached memorandum of law, Defendants respectfully request that this Court DISMISS Plaintiffs' complaints.

1

Respectfully submitted, this the 9th day of February, 2024.

| | |
|---|---|
| Jason B. Torchinsky (DC 976033)* | */s/ Elizabeth B. Murrill* |
| Phillip M. Gordon (DC 1531277)* | Elizabeth B. Murrill (LSBA No. 20685) |
| Brennan A.R. Bowen (AZ 036639)* | *Louisiana Attorney General* |
| Holtzman Vogel Baran | Morgan Brungard (LSBA No. 40298) |
| Torchinsky & Josefiak, PLLC | Carey Tom Jones (LSBA No. 07474) |
| 15405 John Marshall Highway | Amanda M. LaGroue (LSBA No. 35509) |
| Haymarket, VA 20169 | |
| (540) 341-8808 phone | Office of the Attorney General |
| (540) 341-8809 fax | Louisiana Department of Justice |
| jtorchinsky@holtzmanvogel.com | 1885 N. Third St. |
| pgordon@holtzmanvogel.com | Baton Rouge, LA 70804 |
| bbowen@holtzmanvogel.com | (225) 326-6000 phone |
| | (225) 326-6098 fax |
| *\* Admitted pro hac vice* | murrille@ag.louisiana.gov |
| | jonescar@ag.louisiana.gov |
| | brungardm@ag.louisiana.gov |
| | LaGroueA@ag.louisiana.gov |
| | |
| | *Counsel for Intervenor-Defendant State of Louisiana* |
| | |
| John C. Walsh, LA Bar Roll No. 24903 | Phillip J. Strach* |
| John C. Conine, Jr., LA Bar Roll No. 36834 | Thomas A. Farr* |
| SHOWS, CALL & WALSH, L.L.P. | John E. Branch, III* |
| 628 St. Louis St. (70802) | Alyssa M. Riggins* |
| P.O. Box 4425 | Cassie A. Holt* |
| Baton Rouge, LA 70821 | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| Ph: (225) 346-1461 | 301 Hillsborough Street, Suite 1400 |
| Fax: (225) 346-1467 | Raleigh, North Carolina 27603 |
| john@scwllp.com | Ph: (919) 329-3800 |
| coninej@scwllp.com | phil.strach@nelsonmullins.com |
| | tom.farr@nelsonmullins.com |
| | john.branch@nelsonmullins.com |
| | alyssa.riggins@nelsonmullins.com |
| | cassie.holt@nelsonmullins.com |
| | |
| | *\* Admitted pro hac vice* |
| | |
| | *Counsel for Defendant NANCY LANDRY, in her official capacity as Secretary of State of Louisiana* |

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 9th day of February 2024, the foregoing has been filed with the Clerk via the CM/ECF system that has sent a Notice of Electronic filing to all counsel of record.

*/s/ Carey Tom Jones*
Carey Tom Jones