## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, et al., | Civil Action No. 3:22-cv-00211-SDD-SDJ |
| *Plaintiffs,* | Chief Judge Shelly D. Dick |
| v. | Magistrate Judge Scott D. Johnson |
| NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, | |
| *Defendant.* | |
| EDWARD GALMON, SR., et al., | |
| *Plaintiffs,* | Consolidated with |
| v. | Civil Action No. 3:22-cv-00214-SDD-SDJ |
| NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, | |
| *Defendant.* | |

## <u>ORDER</u>

Considering the foregoing *Motion to Dismiss Plaintiffs' Complaints* and Defendants' supporting memorandum,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that Plaintiffs' Complaints, (*Galmon*, No. 3:22-cv-00214, ECF No. 1; *Robinson*, 3:22-cv-00211, ECF No. 1), are dismissed as moot.

Baton Rouge, Louisiana, this 9th day of February, 2024.

_____
The Honorable Chief Judge Shelly D. Dick
U.S. District Judge

1