UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00211-SDD-SDJ <br><br><br> Chief Judge Shelly D. Dick <br><br><br> Magistrate Judge Scott D. Johnson |
| EDWARD GALMON, SR., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Consolidated with <br> Civil Action No. 3:22-cv-00214-SDD-SDJ |

## EX PARTE MOTION FOR LEAVE TO PARTICIPATE REMOTELY

Pursuant to this Court's Order at ECF No. 349, counsel for Legislative Intervenors respectfully request leave to participate by videoconference or telephone in the February 21, 2024, scheduling conference in this action. *See* ECF No. 349 (Feb. 7, 2024) (ordering that "requests to appear by videoconference shall be filed by Motion no later than 48 hours before the conference.") Legislative Intervenors' counsel seeks leave to participate by telephone given their schedules which were set prior to the February 7, 2024, Order. Legislative Intervenors respectfully submit that their counsel's participation by videoconference or telephone will not delay the proceedings or inhibit their full participation in this matter.

WHEREFORE, for the foregoing reasons, counsel for Legislative Intervenors respectfully seek leave to participate by videoconference or telephone at the scheduling conference set for February 21, 2024, at 3:00 p.m. CT.

Respectfully submitted, this the 16th day of February, 2024.

Respectfully submitted,

Patrick T. Lewis*
BAKERHOSTETLER LLP
127 Public Square, Ste. 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com

Erika Dackin Prouty*
Robert J. Tucker*
BAKERHOSTETLER LLP
200 Civic Center Dr., Ste. 1200
Columbus, Ohio 43215
(614) 228-1541
eprouty@bakerlaw.com
rtucker@bakerlaw.com

*Admitted pro hac vice*

By: /s/Michael W. Mengis
LA Bar No. 17994
BAKERHOSTETLER LLP
811 Main Street, Suite 1100
Houston, Texas 77002
Phone: (713) 751-1600
Fax: (713) 751-1717
Email: mmengis@bakerlaw.com

E. Mark Braden*
Katherine L. McKnight*
Richard B. Raile*
BAKERHOSTETLER LLP
1050 Connecticut Ave., N.W., Ste. 1100
Washington, D.C. 20036
(202) 861-1500
mbraden@bakerlaw.com
kmcknight@bakerlaw.com
rraile@bakerlaw.com

*Counsel for Legislative Intervenors, Phillip DeVillier, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Cameron Henry, in his Official Capacity as President of the Louisiana Senate*

## CERTIFICATE OF SERVICE

    I do hereby certify that on February 16, 2024, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF System, which will transmit a copy to all counsel of record.

                                          */s/ Michael W. Mengis*
                                           Michael W. Mengis