## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
FEBRUARY 21, 2024
CHIEF DISTRICT JUDGE SHELLY D. DICK

**PRESS ROBINSON, ET AL**                                      **CIVIL ACTION**

**VERSUS**
                                                              **NO. 22-211-SDD-SDJ**
**KYLE ARDOIN, ET AL**

### CONSOLIDATED WITH

**EDWARD GALMON, SR., ET AL**                                 **CIVIL ACTION**

**VERSUS**
                                                              **NO. 22-214-SDD-SDJ**
**KYLE ARDOIN, ET AL**


This matter came on this day for status conference.


**PRESENT:**   **John N. Adcock, Esq.**
               **Arielle B. McTootle, esq. – by telephone**
               **Stuart C. Naifeh, Esq.**
               **Kathryn C. Sadasivan, Esq.**
               **Sarah E. Brannon, Esq.**
               Counsel for Robinson Plaintiffs

               **Lalitha D. Madduri, Esq.**
               Counsel for Galmon Plaintiffs

               **John Carroll Walsh, Esq.**
               **Philip J. Strach, Esq.**
               **John Clifton Conine, Jr.**
               Counsel for Kyle Ardoin

               **Katherine L. McKnight, Esq.- by telephone**
               **Michael W. Mengis, Esq. – by telephone**
               Counsel for Clay Schexnayder and Patrick Page Cortez

**Cary T. Jones, Esq.**
**Jason Brett Torchinsky, Esq.**
**Phillip Michael Gordon, Esq.**
Counsel for State of Louisiana – Attorney General Landry

**Stephen M. Irving, Esq.**
**Ernest L. Johnson, I, Esq.**
**Arthur Ray Thomas, Esq.**
Counsel for Louisiana Legislative Black Caucus

The pending motions are discussed.

The March 25, 2024 bench trial is continued without date.

Defendants moved for leave to file a reply to the *Motion to Dismiss.* Court granted leave, defendants to file a reply memorandum within three days. Reply memorandum not to exceed five pages in length.

* * * * *

C:  CV 36; T: 30 mins.