UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENÉ SOULÉ, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, and POWER COALITION FOR EQUITY AND JUSTICE,<br><br>Plaintiffs,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>Defendant. | Case No. 3:22-cv-00211 |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, and TRAMELLE HOWARD,<br><br>Plaintiffs,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State,<br><br>Defendant. | Civil Action: 3:22-cv-00214 |

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, through undersigned counsel, comes Intervenor-Defendant, the State of Louisiana, through Louisiana Attorney General Liz Murrill, who respectfully represents that Shae McPhee (Bar Roll No. 38565) has ended his service with the Department of Justice,

Office of Attorney General, and moves to withdraw Shae McPhee as counsel of record in this matter and that he be removed from receiving notices filed in this matter effective from the date of this filing.

        Respectfully submitted,

        LIZ MURRILL
        LOUISIANA ATTORNEY GENERAL

        */s/ Liz Murrill*

        Elizabeth B. Murrill (LSBA No. 20685)
        Attorney General
        Carey T. Jones (LSBA No. 07474)
        OFFICE OF THE ATTORNEY GENERAL
        LOUISIANA DEPARTMENT OF JUSTICE
        1885 N. Third St.
        Baton Rouge, LA 70804
        (225) 326-6000 phone
        (225) 326-6098 fax
        murrille@ag.louisiana.gov
        jonescar@ag.louisiana.gov

        Jason Torchinsky (DC 976033)
        Phillip M. Gordon (DC 1531277)
        Dallin Holt (VSB 97330)
        Brennan Bowen (AZ 36639)
        HOLTZMAN VOGEL BARAN
        TORCHINSKY & JOSEFIAK PLLC
        15405 John Marshall Hwy
        Haymarket, VA 20169
        Telephone: (540) 341-8808
        Facsimile: (540) 341-8809
        Email: jtorchinsky@holtzmanvogel.com
               pgordon@holtzmanvogel.com
               dholt@holtzmanvogel.com
               bbowen@holtzmanvogel.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2024 the foregoing motion was electronically filed with the Clerk of Court via the Court's CM/ECF system, which provides notification of such filing to all counsel of record by electronic means.

*s/ Carey T. Jones*
CAREY T. JONES