IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana,<br><br>　　　　　Defendant. | Case No. 3:22-cv-00211-SDD-SDJ |
| EDWARD GALMON, SR. et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana,<br><br>　　　　　Defendant. | Case No. 3:22-cv-00214-SDD-SDJ |

**MOTION TO WITHDRAW AS COUNSEL**

NOW INTO COURT, through the undersigned counsel, come Plaintiffs Edward Galmon, Sr., Ciara Hart, Norris Henderson, and Tramelle Howard (the "*Galmon* Plaintiffs"), who respectfully submit this motion to withdraw Jonathan P. Hawley as counsel for the *Galmon* Plaintiffs.

Mr. Hawley seeks withdrawal as counsel because he is departing Elias Law Group LLP. Plaintiffs will continue to be represented by J.E. Cullens, Jr., Andrée Matherne Cullens, and S. Layne Lee of Walters, Thomas, Cullens, LLC and Abha Khanna, Lalitha Madduri, Daniel Cohen, Qizhou Ge, and Jacob D. Shelly of Elias Law Group LLP.

Per M.D. La. Local Civil Rule 7(e), counsel for the *Galmon* Plaintiffs requested and obtained consent from all parties.

Dated: March 22, 2024

By: *J.E. Cullens, Jr.*
J.E. Cullens, Jr.
Andrée Matherne Cullens
S. Layne Lee
**WALTERS, THOMAS, CULLENS, LLC**
12345 Perkins Road, Building One
Baton Rouge, Louisiana 70810
Phone: (225) 236-3636
Fax: (225) 236-3650
Email: cullens@lawbr.net
Email: acullens@lawbr.net
Email: laynelee@lawbr.net

*Counsel for the* Galmon *Plaintiffs*

*Admitted *pro hac vice*

Respectfully submitted,

Abha Khanna*
Jonathan P. Hawley*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Facsimile: (206) 656-0180
Email: akhanna@elias.law
Email: jhawley@elias.law

Lalitha Madduri*
Daniel Cohen*
Qizhou Ge*
Jacob D. Shelly*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave, NW Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Facsimile: (202) 968-4498
Email: lmadduri@elias.law
Email: dcohen@elias.law
Email: age@elias.law
Email: jshelly@elias.law