UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,<br>        *Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana,<br><br>        *Defendant*. | Civil Action No. 3:22-cv-00211-SDD-RLB |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, TRAMELLE HOWARD,<br>        *Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana,<br><br>        *Defendant*. | Civil Action No. 3:22-cv-00214-SDD-RLB |

### *GALMON* PLAINTIFFS' MOTION TO EXPEDITE CONSIDERATION OF MOTION TO RECONSIDER DISMISSAL RULING AND TO SCHEDULE REMEDIAL PROCEEDINGS

For the reasons stated in the accompanying memorandum, Edward Galmon, Sr., Ciara Hart, Norris Henderson, and Tramelle Howard ("*Galmon* Plaintiffs") respectfully move for expedited consideration of their Motion to Reconsider Dismissal Ruling and Schedule Remedial Proceedings, ECF No. 372.

Date: May 1, 2024                                              Respectfully submitted,

                                                               By: */s/Abha Khanna*

J. E. Cullens, Jr.                                             Abha Khanna (admitted *pro hac vice*)
Andrée Matherne Cullens                                        ELIAS LAW GROUP LLP
S. Layne Lee                                                   1700 Seventh Ave. Suite 2100
WALTERS, THOMAS, CULLENS, LLC                                  Seattle, Washington 98101
12345 Perkins Road, Bldg. One                                  (206) 656-0177
Baton Rouge, LA 70810                                          akhanna@elias.law
(225) 236-3636

                                                               Lalitha Madduri (admitted *pro hac vice*)
                                                               Jacob D. Shelly (admitted *pro hac vice*)
                                                               Daniel Cohen (admitted *pro hac vice*)
                                                               Qizhou Ge (admitted *pro hac vice*)
                                                               ELIAS LAW GROUP LLP
                                                               250 Massachusetts Ave, NW Suite 400
                                                               Washington, D.C. 20001
                                                               (202) 968-4490

                                                               *Counsel for Galmon Plaintiffs*