UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,<br>    *Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana,<br><br>    *Defendant*. | Civil Action No. 3:22-cv-00211-SDD-RLB |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, TRAMELLE HOWARD,<br>    *Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana,<br><br>    *Defendant*. | Civil Action No. 3:22-cv-00214-SDD-RLB |

***GALMON* PLAINTIFFS' MOTION TO EXPEDITE CONSIDERATION OF MOTION TO RECONSIDER DISMISSAL RULING AND TO SCHEDULE REMEDIAL PROCEEDINGS**

Edward Galmon, Sr., Ciara Hart, Norris Henderson, and Tramelle Howard ("*Galmon* Plaintiffs") respectfully move for expedited consideration of their Motion to Reconsider Dismissal Ruling and to Schedule Remedial Proceedings, ECF No. 372. Sufficient time remains to ensure that *Galmon* Plaintiffs do not suffer a repeat of their 2022 experience—when they were compelled to vote in congressional districts found likely to violate Section 2 of the Voting Rights Act—but only if the parties proceed promptly to the remedial proceeding necessary to resolve *Galmon* Plaintiffs' live injury. Accordingly, *Galmon* Plaintiffs request that any oppositions to their motion for reconsideration be filed by Friday, May 3, with any reply due Monday, May 6. Should the Court grant the motion for reconsideration, *Galmon* Plaintiffs respectfully request that the Court schedule remedial proceedings to commence on the Court's earliest available date.

Date: May 1, 2024

Respectfully submitted,

By: */s/Abha Khanna*

| | |
|---|---|
| J. E. Cullens, Jr.<br>Andrée Matherne Cullens<br>S. Layne Lee<br>WALTERS, THOMAS, CULLENS, LLC<br>12345 Perkins Road, Bldg. One<br>Baton Rouge, LA 70810<br>(225) 236-3636 | Abha Khanna (admitted *pro hac vice*)<br>ELIAS LAW GROUP LLP<br>1700 Seventh Ave. Suite 2100<br>Seattle, Washington 98101<br>(206) 656-0177<br>akhanna@elias.law<br><br>Lalitha Madduri (admitted *pro hac vice*)<br>Jacob D. Shelly (admitted *pro hac vice*)<br>Daniel Cohen (admitted *pro hac vice*)<br>Qizhou Ge (admitted *pro hac vice*)<br>ELIAS LAW GROUP LLP<br>250 Massachusetts Ave, NW Suite 400<br>Washington, D.C. 20001<br>(202) 968-4490<br><br>*Counsel for Galmon Plaintiffs* |

1