IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>    Defendant.<br><br>*consolidated with*<br><br>EDWARD GALMON, SR., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>    Defendant. | CIVIL ACTION<br>NO. 3:22-CV-00211-SDD-SDJ<br>*consolidated with*<br>NO. 3:22-CV-00214-SDD-SDJ |

**THE STATE OF LOUISIANA'S AND THE SECRETARY OF STATE'S JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE MOTION FOR RECONSIDERATION**

Under Federal Rule of Civil Procedure 6(b)(1)(A), the State of Louisiana and the Secretary of State for Louisiana (together Defendants) jointly move to extend their deadline to respond to the *Galmon* Plaintiffs' Motion to Reconsider Dismissal Ruling and to Schedule Remedial Proceedings. *See* ECF No. 372. The Court has given Defendants until 10:00 a.m. on Monday, May 6, 2024, to respond to the *Galmon* Plaintiffs' Motion. *See* ECF No. 374. For its part, the three-judge panel in the *Callais*

litigation has scheduled a status conference for 10:30 a.m. on Monday—30 minutes later—which may impact the *Galmon* Plaintiffs' Motion here and Defendants' corresponding response. For that reason and others further explained in the Memorandum in Support of this Motion, Defendants respectfully request a very modest extension of four hours—until 2:00 p.m. on Monday—to respond to the *Galmon* Plaintiffs' Motion.

Dated: May 2, 2024

Respectfully Submitted,

Jason B. Torchinsky (DC Bar No 976033)*
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
2300 N Street, NW
Suite 643A
Washington, DC 20037
Tel: 202-737-8808
Email: jtorchinsky@holtzmanvogel.com

Phillip M. Gordon (VA Bar No. 95621)*
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
15405 John Marshall Hwy.
Haymarket, VA 20169
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: pgordon@holtzmanvogel.com

Brennan A.R. Bowen (AZ Bar No. 036639)*
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
2575 East Camelback Rd, Ste 860
Phoenix, AZ 85016
602-388-1262
Email: bbowen@holtzmanvogel.com
admitted *pro hac vice*\*

*/s/ Morgan Brungard*
Morgan Brungard (LSBA No. 40298)
*Deputy Solicitor General*
Carey Tom Jones (LSBA No. 07474)
Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
BrungardM@ag.louisiana.gov
JonesCar@ag.louisiana.gov

*Counsel for Intervenor-Defendant State of Louisiana*

*/s/ Phillip J. Strach*
Phillip J. Strach
phillip.strach@nelsonmullins.com
Thomas A. Farr*
tom.farr@nelsonmullins.com
John E. Branch, III*
john.branch@nelsonmullins.com
Alyssa M. Riggins*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
Telephone: (919) 329-3800
Facsimile: (919) 329-3799

*/s/ John C. Walsh*
John C. Walsh (Louisiana Bar Roll No. 24903)
john@scwllp.com
**SHOWS, CALI & WALSH, L.L.P.**
P.O. Box 4046
Baton Rouge, LA 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-5561

*Counsel for Defendant R. Kyle Ardoin*
admitted *pro hac vice**

## CERTIFICATE OF SERVICE

I hereby declare that I served the foregoing document on counsel for all parties via email on May 2, 2024.

*/s/ Morgan Brungard*
Morgan Brungard