IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>　　　　Defendant.<br><br>*consolidated with*<br><br>EDWARD GALMON, SR., et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>　　　　Defendant. | CIVIL ACTION<br>NO. 3:22-CV-00211-SDD-SDJ<br>*consolidated with*<br>NO. 3:22-CV-00214-SDD-SDJ |

**MEMORANDUM IN SUPPORT OF THE STATE'S AND THE SECRETARY'S JOINT MOTION FOR EXTENSION OF TIME**

　　The State and the Secretary of State (together Defendants), respectfully request a modest four-hour extension of its deadline—from 10:00 a.m. Monday to 2:00 p.m. Monday—to respond to the *Galmon* Plaintiffs' Motion for Reconsideration.

　　The Court may, for good cause, extend a party's response date. Fed. R. Civ. P. 6(b)(1)(A). Indeed, the Court has broad discretion over response timelines and may at any time in its discretion grant an extension of time. *See Lujan v. Nat'l Wildlife Fed'n* 497 U.S. 871, 895–96 (1990).

1

Defendants have good cause to request this extension. This case involves a challenge to the map for the State's congressional voting districts enacted in 2022 through House Bill 1 (HB 1). Earlier this year, the Louisiana Legislature passed Senate Bill 8 (SB 8) that repealed HB1 and enacted a different map. Given the repeal of HB 1, this Court on April 25, 2024, dismissed this case on mootness grounds. *See* ECF No. 371.

Meanwhile, a different group of plaintiffs challenged the constitutionality of SB 8 in the Western District of Louisiana. *See* Compl., *Callais v. Landry*, No. 3:24-cv-00122 (W.D. La. Jan. 31, 2024), ECF No. 1. That case was assigned to a three-judge panel, which held a three-day trial on the merits on April 8–10, 2024. On April 30, 2024, the *Callais* court enjoined SB 8 and scheduled a status conference for May 6, 2024, at 10:30 a.m. to discuss the remedial phase of that litigation. *See* Inj. & Reasons for J., *Callais*, No. 3:24-cv-00122 (W.D. La. Apr. 30, 2024), ECF No. 198 at 59.

In response to the *Callais* court's injunction of SB 8, the *Galmon* Plaintiffs have asked this Court to reconsider dismissing this case on mootness grounds and to schedule a remedial phase. *See* ECF No. 372. This Court set Defendants' deadline for responding to the *Galmon* Plaintiffs' Motion for 10:00 a.m. on Monday, May 6—30 minutes prior to the *Callais* status conference.

Because any decisions made at the *Callais* status conference (or shortly thereafter) very well may affect the *Galmon* Plaintiffs' Motion, Defendants ask for a very modest four-hour extension to allow them enough time to attend the *Callais*

status conference and incorporate in their responses any decisions made at, or relevant information from, that conference. A four-hour extension will not prejudice the *Galmon* Plaintiffs because Defendants will respond on the same date, allowing resolution of the *Galmon* Plaintiffs' Motion to remain on its current timetable.

In sum, the interplay between this case and *Callais* counsels in favor of a modest four-hour extension. The *Callais* status conference on Monday will likely shed light on the immediate future of that litigation and how, if at all, it affects this case. For these reasons, there is good cause to allow Defendants an additional four hours to respond to the *Galmon* Plaintiffs' Motion for Reconsideration.

Dated: May 2, 2024                                              Respectfully Submitted,

Jason B. Torchinsky (DC Bar No 976033)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2300 N Street, NW
Suite 643A
Washington, DC 20037
Tel: 202-737-8808
Email: jtorchinsky@holtzmanvogel.com

Phillip M. Gordon (VA Bar No. 95621)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
15405 John Marshall Hwy.
Haymarket, VA 20169
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: pgordon@holtzmanvogel.com

Brennan A.R. Bowen (AZ Bar No. 036639)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC

*/s/ Morgan Brungard*
Morgan Brungard (LSBA No. 40298)
*Deputy Solicitor General*
Carey Tom Jones (LSBA No. 07474)
Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
BrungardM@ag.louisiana.gov
JonesCar@ag.louisiana.gov

*Counsel for Intervenor-Defendant State of Louisiana*

2575 East Camelback Rd, Ste 860
Phoenix, AZ 85016
602-388-1262
Email: bbowen@holtzmanvogel.com
admitted *pro hac vice*\*

*/s/ Phillip J. Strach*
Phillip J. Strach
phillip.strach@nelsonmullins.com
Thomas A. Farr\*
tom.farr@nelsonmullins.com
John E. Branch, III\*
john.branch@nelsonmullins.com
Alyssa M. Riggins\*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt\*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
Telephone: (919) 329-3800
Facsimile: (919) 329-3799

*/s/ John C. Walsh*
John C. Walsh (Louisiana Bar Roll No. 24903)
john@scwllp.com
**SHOWS, CALI & WALSH, L.L.P.**
P.O. Box 4046
Baton Rouge, LA 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-5561

*Counsel for Defendant R. Kyle Ardoin*
admitted *pro hac vice*\*

4

## CERTIFICATE OF SERVICE

I hereby declare that I served the foregoing document on counsel for all parties via email on May 2, 2024.

<u>/s/ Morgan Brungard</u>
Morgan Brungard