IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>    Defendant.<br><br>*consolidated with*<br><br>EDWARD GALMON, SR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br><br>    Defendant. | CIVIL ACTION<br>NO. 3:22-CV-00211-SDD-SDJ<br>*consolidated with*<br>NO. 3:22-CV-00214-SDD-SDJ |

## [PROPOSED] ORDER

It is hereby ORDERED that the State and the Secretary will have until 2:00 p.m. on May 6, 2024, to file a response to *Galmon* Plaintiffs' motion for reconsideration, ECF No. 372. Thus, extending their time to file a response by four hours.

The State and the Secretary's motion for extension of time is hereby GRANTED.

Dated this 2nd day of May 2024.

_____

Chief Judge Shelly D. Dick