# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, et al., Plaintiffs, | Defendant Case No.: 3:22-CV-00211-SDD-RLB |

v.

KYLE ARDOIN, IN HIS OFFICIAL CAPACITY

AS LOUISIANA SECRETARY OF STATE,

| | |
|---|---|
| EDWARD GALMON, SR., et al., Plaintiffs, | Defendant Case No.: 3:22-CV-00214-BAJ-RLB |

v.

KYLE ARDOIN, IN HIS OFFICIAL CAPACITY

AS LOUISIANA SECRETARY OF STATE

## NOTICE OF JOINDER OF LOUISIANA LEGISLATIVE BLACK CAUCUS IN PLAINTIFF'S MOTION TO RECONSIDER DISMISSAL RULING AND TO SCHEDULE REMEDIAL PROCEEDING (ECF 372)

Intervenor Louisiana Legislative Black Caucus joins the Motion to Reconsider Dismissal Ruling and to Schedule Remedial Proceedings (ECF No. 372) filed on May 2, 2024 by Plaintiffs Edward Galmon, Sr., Ciara Hart, Norris Henderson, and Tramelle Howard and joined on May 2, 2024 (ECF 376) by Plaintiffs Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, National Association for the Advancement of Colored People Louisiana State Conference ("Louisiana NAACP"), and Power Coalition for Equity and Justice and give notice of their Joinder in the Motion to Reconsider Dismissal Ruling and to Schedule Remedial Proceedings (ECF No. 372) filed by on May 2, 2024.

By Attorneys:

**THE MALEY LAW FIRM**

**BY: Stephen M. Irving**
**Stephen M. Irving, #7070 (Of Counsel) TA**
**PO Box 3154**
**Baton Rouge, LA 70821**
**4707 Bluebonnet Boulevard, Suite B**
**Baton Rouge, LA 70809**
**Telephone: 225.346.6781**
**Facsimile: 225.346.6788**
**Steve@steveirvingllc.com**

and

ERNEST L. JOHNSON #07290
3313 Government St.
Baton Rouge, Louisiana 70806
(225) 413-3219
Ernestjohnson@lacapfund.com

CERTIFICATE OF SERVICE

I do certify that on this 5th day of May 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

                        **Stephen M. Irving**
                      STEPHEN M. IRVING #07170 T.A