UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,<br>   *Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana.<br><br>   *Defendant*. | Civil Action No. 3:22-cv-00211-SDD-RLB |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, TRAMELLE HOWARD,<br>   *Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana.<br><br>   *Defendant*. | Civil Action No. 3:22-cv-00214-SDD-RLB |

**_GALMON_ PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO RECONSIDER DISMISSAL RULING AND TO SCHEDULE REMEDIAL PROCEEDINGS**

Edward Galmon, Sr., Ciara Hart, Norris Henderson, and Tramelle Howard ("*Galmon* Plaintiffs"), by counsel, respectfully move this Court pursuant to Local Civil Rule 7(f) for leave of this Court to file a Reply in support of their Motion to Reconsider Dismissal Ruling and to Schedule Remedial Proceedings, ECF No. 372. A copy of the proposed Reply is attached as **Exhibit A**. For cause, *Galmon* Plaintiffs respectfully represent as follows:

On May 1, *Galmon* Plaintiffs moved for reconsideration of this Court's order granting Defendants' Motion to Dismiss in light of the Western District of Louisiana's permanent injunction in *Callais v. Landry*, No. 3:24-cv-00122-DCJ-CES-RRS (W.D. La.), which barred the use of S.B. 8 and again left *Galmon* Plaintiffs without a compliant congressional districting map to which this Court held they were entitled. ECF No. 372. In their Oppositions, both Defendants Secretary of State and the State of Louisiana discuss new developments that occurred after the *Galmon* Plaintiffs' initial motion; namely, the Western District's May 6 status conference and its May 3 *sua sponte* order granting *Galman* Plaintiffs limited intervention for remedial proceedings. *See* ECF Nos. 380–81. *Galmon* Plaintiffs thus respectfully request leave to reply to these new arguments.

Under Rule 7(f), replies may be filed without leave of court for Rule 12 and Rule 56 motions, and this Court may grant leave to file a reply in other motions. Such leave is appropriate here, where *Galmon* Plaintiffs seek reconsideration of this Court's Rule 12 order granting Defendants' Motion to Dismiss. *See* ECF No. 371 at 3, 13. This Court's reconsideration could be just as dispositive of this case as a Rule 12 or Rule 56 motion, and good cause exists because Plaintiffs seek to address additional arguments raised for the first time after their initial Motion for Reconsideration was filed, to ensure this Court is fully informed on the relevant issues.

## CONCLUSION

The Court should grant the Motion for Leave to File a Reply.

Date: May 7, 2024                                Respectfully submitted,

By: */s/Abha Khanna*

J. E. Cullens, Jr.  
Andrée Matherne Cullens  
S. Layne Lee  
WALTERS, THOMAS, CULLENS, LLC  
12345 Perkins Road, Bldg. One  
Baton Rouge, LA 70810  
(225) 236-3636

Abha Khanna (admitted *pro hac vice*)  
ELIAS LAW GROUP LLP  
1700 Seventh Ave. Suite 2100  
Seattle, Washington 98101  
(206) 656-0177  
akhanna@elias.law

Lalitha Madduri (admitted *pro hac vice*)  
Daniel Cohen (admitted *pro hac vice*)  
Qizhou Ge (admitted *pro hac vice*)  
Jacob D. Shelly (admitted *pro hac vice*)  
ELIAS LAW GROUP LLP  
250 Massachusetts Ave, NW Suite 400  
Washington, D.C. 20001  
(202) 968-4490

*Counsel for Galmon Plaintiffs*