UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,<br>    *Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana.<br><br>    *Defendant*. | Civil Action No. 3:22-cv-00211-SDD-RLB |
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, TRAMELLE HOWARD,<br>    *Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana.<br><br>    *Defendant*. | Civil Action No. 3:22-cv-00214-SDD-RLB |

### ***GALMON* PLAINTIFFS' NOTICE OF FILING**

*Galmon* Plaintiffs respectfully notify this Court of the Joint Motion for a Stay Pending Appeal filed by the State of Louisiana and the Secretary of State in *Callais v. Landry*, No. 3:24-cv-00122-DCJ-CES-RRS (W.D. La. May 8, 2024), ECF No. 222.

In their Memorandum in support of the Joint Motion, State of Louisiana and the Secretary of State represent that:

> At this point, only HB1 is entered into the election system and is the only map that could presently be used. ECF No. 217-1 at 4. SB8 or some other map ordered by the court could alternatively be used so long as the Secretary could begin entering it into the election systems by May 15—but this Court's injunction prevents her from doing so. *Id.* at 5. Indeed, after May 15, HB1 is the only map that feasibly could be used. See *id.* at 4–5. No other maps are feasible.

State of Louisiana's and the Secretary of State's Mem. in Supp. of Joint Mot. for a Stay Pending Appeal at 5–6, *Callais v. Landry*, No. 3:24-cv-00122-DCJ-CES-RRS (W.D. La. May 8, 2024), ECF No. 222-1.

This statement provides additional support for *Galmon* Plaintiffs' Reply in Support of Their Motion to Reconsider Dismissal Ruling and to Schedule Remedial Proceedings. *See* ECF No. 384 at 1, 3–4 (highlighting the fact that "each *Galmon* Plaintiff is currently assigned to a district created by H.B. 1, which precludes any finding of mootness even under Defendants' H.B. 1-centric analysis" and Attorney General Liz Murrill's public statement that HB 1 is "what's currently loaded in the system" and "should remain in place" if S.B. 8 is not used for the 2024 election).

A full copy of the Memorandum in Support of the Joint Motion for a Stay Pending Appeal is attached as Exhibit A.

Date: May 9, 2024                                       Respectfully submitted,

                                                        By: */s/Abha Khanna*

1

| | |
|---|---|
| J. E. Cullens, Jr.<br>Andrée Matherne Cullens<br>S. Layne Lee<br>WALTERS, THOMAS, CULLENS, LLC<br>12345 Perkins Road, Bldg. One<br>Baton Rouge, LA 70810<br>(225) 236-3636 | Abha Khanna (admitted *pro hac vice*)<br>ELIAS LAW GROUP LLP<br>1700 Seventh Ave. Suite 2100<br>Seattle, Washington 98101<br>(206) 656-0177<br>akhanna@elias.law<br><br>Lalitha Madduri (admitted *pro hac vice*)<br>Jacob D. Shelly (admitted *pro hac vice*)<br>Daniel Cohen (admitted *pro hac vice*)<br>Qizhou Ge (admitted *pro hac vice*)<br>ELIAS LAW GROUP LLP<br>250 Massachusetts Ave, NW Suite 400<br>Washington, D.C. 20001<br>(202) 968-4490<br><br>*Counsel for Galmon Plaintiffs* |