IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS ROBINSON et al., <br><br> Plaintiffs, <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, <br><br> Defendant. | Case No. 3:22-cv-00211-SDD-SDJ |
| EDWARD GALMON, SR. et al., <br><br> Plaintiffs, <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, <br><br> Defendant. | Case No. 3:22-cv-00214-SDD-SDJ |

**[PROPOSED] ORDER**

CONSIDERING the foregoing Motion to Withdraw Motion to Reconsider Dismissal Ruling and Schedule Remedial Hearing,

IT IS HEREBY ORDERED that the motion is GRANTED and that the Motion to Withdraw Motion to Reconsider Dismissal Ruling and Schedule Remedial Hearing, ECF No. 372, is withdrawn.

READ, SIGNED, and DATED this _____ day of _____, 2024, in Baton Rouge, Louisiana.

- 2 -

                                                                                                  _____

Honorable Chief Judge Shelly D. Dick  
United States District Court  
Middle District of Louisiana

- 2 -