**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| PRESS ROBINSON, et al., *Plaintiffs,* v. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, *Defendant.* | Civil Action No. 3:22-cv-00211-SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Scott D. Johnson |
| EDWARD GALMON, SR., et al., *Plaintiffs,* v. R. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, *Defendant.* | Consolidated with<br>Civil Action No. 3:22-cv-00214-SDD-SDJ |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Phillip M. Gordon and Brennan A.R. Bowen of the Law Firm of Holtzman Vogel Baran Torchinsky & Josefiak PLLC and hereby moves the Court for an order allowing them to withdraw as counsel as they are leaving the firm and will no longer be representing Defendant State of Louisiana. Attorney's Jason B. Torchinsky, Elizabeth B. Murrill, Morgan Brungard, Carey Tom Jones, and Amanda M. LaGroue will continue to serve as counsel of record for the Plaintiffs.

WHEREFORE, Phillip M. Gordon and Brennan A.R. Bowen pray this Honorable Court grant their motion and issue an order permitting their withdrawal as counsel of record.

<div style="display: flex;">

Dated: January 29, 2025

Jason B. Torchinsky (DC 976033)*
Phillip M. Gordon (DC 1531277)*
Brennan A.R. Bowen (AZ 036639)*
Holtzman Vogel Baran
Torchinsky & Josefiak, PLLC
15405 John Marshall Highway
Haymarket, VA 20169
(540) 341-8808 phone
(540) 341-8809 fax
jtorchinsky@holtzmanvogel.com
pgordon@holtzmanvogel.com
bbowen@holtzmanvogel.com
*admitted pro hac vice

_____
Phillip M. Gordon (DC 1531277)*
**NAMAN HOWELL SMITH & LEE**
400 Austin Ave., Suite 800
Waco, TX 76701
Phone: 254.755.4100
Fax: 254.754.6331
pgordon@namanhowell.com
*admitted pro hac vice

_____
Brennan A.R. Bowen (AZ 036639)*
FRAZIER LAW
7702 E. Doubletree Ranch Road
Suite 300
Scottsdale, AZ 85258

</div>

Respectfully Submitted,

*/s/ Elizabeth B. Murrill*
Elizabeth B. Murrill (LSBA No. 20685)
   *Louisiana Attorney General*
Morgan Brungard ( LSBA No. 40298)
Carey Tom Jones (LSBA No. 07474)
Amanda M. LaGroue (LSBA No. 35509)

Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
murrille@ag.louisiana.gov
jonescar@ag.louisiana.gov
brungardm@ag.louisiana.gov
LaGroueA@ag.louisiana.gov

*Counsel for Defendant State of Louisiana*

BBowen@frazierlawpllc.net
*admitted pro hac vice

## CERTIFICATE OF SERVICE

 I hereby certify that, on this 29th day of January 2025, the foregoing has been filed with the Clerk via the CM/ECF system that has sent a Notice of Electronic filing to all counsel of record.

       */s/ Elizabeth B. Murrill*
       Elizabeth B. Murrill