**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE, <br><br> *Plaintiffs*, <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, <br><br> *Defendant*. | Civil Action No. 3:22-cv-00211-SDD-RLB |

## MOTION TO WITHDRAW AS COUNSEL

I, Megan C. Keenan, respectfully request leave to withdraw as counsel for Plaintiffs, because I am leaving my current position at the American Civil Liberties Union Foundation on January 29, 2026. Plaintiffs will continue to be represented by my colleagues Sarah Brannon, Dayton Campbell-Harris, and Sophia Lin Lakin at the American Civil Liberties Union Foundation, as well as our co-counsel at the ACLU Foundation of Louisiana; NAACP Legal Defense & Educational Fund; Paul, Weiss, Rifkind, Wharton & Garrison LLP; Election Law Clinic at Harvard Law School; and Adcock Law LLC.

Date: January 29, 2026                    Respectfully submitted,

                                         */s/ Megan C. Keenan*

1

Megan C. Keenan
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20005
mkeenan@aclu.org

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| PRESS ROBINSON, EDGAR CAGE, DOROTHY NAIRNE, EDWIN RENE SOULE, ALICE WASHINGTON, CLEE EARNEST LOWE, DAVANTE LEWIS, MARTHA DAVIS, AMBROSE SIMS, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ("NAACP") LOUISIANA STATE CONFERENCE, AND POWER COALITION FOR EQUITY AND JUSTICE,<br><br>*Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana,<br><br>*Defendant*. | Civil Action No. 3:22-cv-00211-SDD-RLB |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Upon consideration of the Motion to Withdraw as Counsel, IT IS ORDERED that the Motion is GRANTED, and Megan C. Keenan is hereby withdrawn as counsel for Plaintiffs in the above-captioned matter.

Date: _____          _____
                                **CHIEF JUDGE SHELLY D. DICK**
                                **UNITED STATES DISTRICT COURT**
                                **MIDDLE DISTRICT OF LOUISIANA**

3